```
                IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 08-13141-KJC
                                )
TRIBUNE COMPANY,                )
                                )    Chapter 11
                                )
                                )    Courtroom 5
                                )    824 Market Street
            Debtors.            )    Wilmington, Delaware
                                )
                                )    March 8, 2011
                                )    10:00 a.m.

                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE KEVIN J. CAREY
                 UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:             Sidley Austin, LLP
                             BY: JAMES CONLAN, ESQ.
                             BY: JAMES BENDERNAGEL, ESQ.
                             BY: KEVIN LANTRY, ESQ.
                             One South Dearborn
                             Chicago, IL 60603
                             (312) 853-7000


ECRO:                        AL LUGANO

Transcription Service:       DIAZ DATA SERVICES
                             331 Schuylkill Street
                             Harrisburg, Pennsylvania 17110
                             (717) 233-6664
                             www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For the Debtors:                Cole, Schotz, Meisel, Forman
                                & Leonard, P.A.
                                BY: NORMAN PERNICK, ESQ.
                                500 Delaware Ave., Ste. 1410
                                Wilmington, DE 19801
                                (302) 652-3131

For JP Morgan:                  Davis Polk & Wardwell
                                BY: ELLIOT MOSKOWITZ, ESQ.
                                BY: BENJAMIN KAMINETZKY, ESQ.
                                BY: DONALD S. BERNSTEIN, ESQ.
                                BY: DAMIAN S. SCHAIBLE, ESQ.
                                BY: MICHAEL RUSSANO, ESQ.
                                450 Lexington Avenue
                                New York, NY 10017
                                (212) 450-4000

                                Richards Layton & Finger
                                BY: BOB STEARN, ESQ.
                                BY: MARK COLLINS, ESQ.
                                One Rodney Square
                                920 North King Street
                                Wilmington, DE  19801
                                (302) 651-7700

For Wilmington Trust Co.:       Brown Rudnick
                                BY: MARTIN SIEGEL, ESQ.
                                BY: ROBERT STARK, ESQ.
                                Seven Times Square
                                New York, NY 10036
                                (212) 209-4800

                                Sullivan Hazeltine Allinson,
                                LLC
                                BY:  WILLIAM SULLIVAN, ESQ.
                                4 East 8th Street, Suite 400
                                Wilmington, DE  199801
                                (302)250-4375

For Aurelius Capital:           Akin Gump Strauss Hauer & Feld
                                BY: DAVID ZENSKY, ESQ.
                                BY: DANIEL GOLDEN, ESQ.
                                BY: NICK ADAMS, ESQ.
                                BY: PHIL DUBLIN, ESQ.
                                BY: NANCY CHUNG, ESQ.
                                BY: DAWN HAROP, ESQ.
                                BY: MITCH HURLEY, ESQ.
                                One Bryant Park
                                New York, NY 10036
                                (212) 872-1000

APPEARANCES:
(Continued)

For Aurelius Capital:              Ashby & Geddes
                                   BY: BILL BOWDEN, ESQ.
                                   BY: AMANDA WINFREE, ESQ.
                                   500 Delaware Ave.
                                   P.O. Box 1150
                                   Wilmington, DE 19899
                                   (302) 654-1888

                                   Friedman Kaplan Seiler &
                                   Adelman, LLP
                                   BY: ED FRIEDMAN, ESQ.
                                   BY: GREGORY FOX, ESQ.
                                   1633 Broadway
                                   New York, NY  10019-6708

For Law Debenture:                 Bifferato Gentilotti
                                   BY: GARVAN MCDANIEL, ESQ.
                                   800 North King Street
                                   Plaza Level
                                   Wilmington, DE 19801
                                   (302) 429-1900

                                   Kasowitz, Benson, Torres &
                                   Friedman
                                   BY: CHRISTINE MONTENEGRO, ESQ.
                                   BY: DAVID ROSNER, ESQ.
                                   1633 Broadway
                                   New York, NY 10019
                                   (212) 506-1726

For Official Committee
of Unsecured Creditors:            Chadbourne & Parke, LLP
                                   BY: DAVID LEMAY, ESQ.
                                   BY: THOMAS MCCORMACK, ESQ.
                                   BY: HOWARD SEIFE, ESQ.
                                   BY: ANDREW ROSENBLUM, ESQ.
                                   BY: ROBERT SCHWINGER, ESQ.
                                   BY: MARC ASHLEY, ESQ.
                                   BY: BOB KIRBY, ESQ.
                                   BY: DOUGLAS DEUTSCH. ESQ.
                                   30 Rockefeller Plaza
                                   New York, NY 10112
                                   (212) 408-5100

                                   Landis, Rath & Cobb
                                   BY: ADAM G. LANDIS, ESQ.
                                   BY: DANIEl B. RATH, ESQ.
                                   919 Market Street, Suite 1800
                                   Wilmington, DE 19801
                                   (302) 467-4400

APPEARANCES:
(Continued)

For Official Committee
of Unsecured Creditors:          Zuckerman Spaeder
                                 BY: GRAEM BUSH, ESQ.
                                 BY: ANDREW GOLDFARB, ESQ.
                                 BY: JAMES SOTTILE, ESQ.
                                 1800 M Street, NW
                                 Suite 1000
                                 Washington, DC 20036
                                 (202) 778-1800


For Merrill Lynch:               Potter, Anderson & Corroon
                                 BY: LAURIE S. SILVERSTEIN, ESQ
                                 BY: R. STEPHEN MCNEILL, ESQ.
                                 Hercules Plaza
                                 1313 North Market Street
                                 6th Floor
                                 Wilmington, DE 19801
                                 (302) 984-6000


For Oaktree/Angelo Gordon:       Young, Conaway, Stargatt &
                                 Taylor
                                 BY: ROBERT BRADY, ESQ.
                                 BY: BLAKE N. CLEARY, ESQ.
                                 The Brandywine Building
                                 1000 West Street, 17th Floor
                                 Wilmington, DE 19801
                                 (302) 571-6600


                                 Dewey LeBouef
                                 BY: BRUCE BENNETT, ESQ.
                                 BY: JAMES JOHNSTON, ESQ.
                                 BY: JOSHUA MESTER, ESQ.
                                 333 South Grand Avenue
                                 Suite 2600
                                 Los Angeles, CA 90071
                                 (213) 621-6000

For Special Committee of the
Board of Directors:              Jones Day
                                 BY: LYNN MARVIN, ESQ.
                                 77 West Wacker
                                 Chicago, Illinois 60601
                                 (312) 782-3939


For DBTCA:                       McCarter & English
                                 BY: KATHARINE MAYER, ESQ.
                                 BY: DAVID ADLER, ESQ.
                                 405 N. King Street, 8th Fl.
                                 Wilmington, DE  19801
                                 (302) 984-6312

APPEARANCES:
(Continued)

For Citigroup:                    Paul Weiss Rifkind Warton &
                                  Garrison, LLP
                                  BY:  ANDREW GORDON, ESQ.
                                  1285 Avenue of the Americas
                                  New York, NY 10019-6064
                                  (212) 373-3000

For U. S. Trustee:                Office of the U. S. Trustee
            `                     BY:  DAVID KLAUDER, ESQ.
                                  844 King Street, Ste. 2207
                                  Wilmington, DE  19801
                                  (302) 573-6491

For Barclays:                     Edwards Angell Palmer & Dodge
                                  BY: ALEINE PORTERFIELD, ESQ.
                                  919 N. Market St., 15th Floor
                                  Wilmington, DE  19801
                                  (302) 777-7770

For Morgan Stanley:               Barnes & Thornburg
                                  BY: DAVID POWLEN, ESQ.
                                  1000 North West St., Ste. 1200
                                  Wilmington, DE  19801-1058
                                  (302)868-4536

For Merrill Lynch Capital:        Kay Scholer
                                  BY: MADLYN GLEICH PRIMOFF, ESQ
                                  BY: JANE PARVER, ESQ.
                                  425 Park Avenue
                                  New York, NY  10022-3598
                                  (212) 836-7042

For Wells Fargo / Bridge
Lender:                           Fox Rothschild, LLP
                                  BY: JEFFREY SCHLERF, ESQ.
                                  919 N. Market St., Ste. 1300
                                  Wilmington, DE  19899-2323
                                  (302) 622-4212

                                  White & Case
                                  BY:  SCOTT GREISSMAN, ESQ.
                                  1155 Avenue of the Americas
                                  New York, NY  10036-2787
                                  (212) 819-8567

TELEPHONIC APPEARANCES:

For Jason D Abbruzzese:        Realm Partners
                               BY: JASON D. ABBRUZZESE
                               (212) 612-1441

For Official Committee of
Unsecured Creditors:           Chadbourne & Park, LLP
                               BY:  MARC D. ASHLEY, ESQ.
                               (212) 408-5194
                               BY: DOUGLAS DEUTSCH, ESQ.
                               (212) 408-5169
                               BY: JESSICA MARRERO, ESQ.
                               (212)408-5100
                               BY: MARC ROITMAN, ESQ.
                               (212)408-5271
                               BY: FRANK VASQUEZ, ESQ.
                               (212)408-5111

                               Zuckerman & Spaeder, LLP
                               BY: GRAEM BUSH, ESQ.
                               BY: JAMES SOTTILE, ESQ.
                               BY: ANDREW GOLDFARB, ESQ.
                               BY: ANDREW CARIDAS, ESQ.
                               (202) 778-1800

                               Landis Rath & Cobb, LLP
                               BY: MATTHEW B. MCGUIRE, ESQ.
                               (302)467-4431

For Barclays:                  Mayer Brown, LLP
                               BY: JEAN-MARIE ATAMIAN, ESQ.
                               (212)506-2678
                               BY: MICHAEL L. SIMES, ESQ.
                               (212) 506-2607
                               BY: AMIT TREHAN, ESQ.
                               (212) 506-2198

                               Barclays Capital, Inc.
                               BY: EITAN MELAMED
                               (310)907-0455
                               BY: BEN WILSON
                               (212)412-7642

For Credit Agreement
Lenders:                       Angelo Gordon & Co., LP
                               BY: GAVIN BAIERA, ESQ.
                               (212)692-0217

                               Wilmer Cutler Pickering Hale &
                               Dorr
                               BY: MICHELLE GOLDIS, ESQ.
                               (212) 295-6329
                               ANDREW N. GOLDMAN, ESQ.
                               (212)230-8836

```
TELEPHONIC APPEARANCES:
(Continued)

For SuttonBrook Capital:        SuttonBrook Capital
                                Management, LP
                                BY: CAROL L. BALE, ESQ.
                                (212) 588-6640
For Monarch Alternative
Capital, LP:                    Monarch Alternative Capital LP
                                BY: ROBERT G. BURNS, ESQ.
                                (212) 554-1768

For Bank of America:            O'Melveny & Myers
                                BY: DANIEL CANTOR, ESQ.
                                (212) 326-2000
                                BY: DANIEL S. SHAMAH, ESQ.
                                (212)326-2138

                                Bank of America
                                BY: ESTHER CHUNG, ESQ.
                                (646) 855-6705

For Tribune:                    DK Partners
                                BY: EPHRAIM DIAMOND, ESQ.
                                (646) 282-5841
                                BY: DAVE ELDERSVELD, ESQ.
                                (312)222-4707

                                Sidley Austin
                                BY: GREG DEMO, ESQ.
                                (312) 853-7758
                                BY: KEN KANSA, ESQ.
                                (312) 853-7163
                                BY: SOPHIA MULLEN, ESQ.
                                (212) 839-5884
                                BY: ALLISON STROMBERG,ESQ.
                                (312) 853-0497
                                BY: CANDICE KLINE, ESQ.
                                (312) 853-7778
                                BY: JILLIAN LIDWIG, ESQ.
                                (312) 853-7523
                                BY: BRETT MYRICK, ESQ.
                                (312) 853-1049

                                Tribune Company
                                BY: GARY WEITMAN, ESQ.
                                (312) 222-3394
                                BY: DON LIEBENTRITT, ESQ.
                                (312) 222-3651

For Jefferies & Company:        Jefferies & Company
                                BY: JUSTIN BRASS, ESQ.
                                (203) 708-5847
```

TELEPHONIC APPEARANCES:
(Continued)

For Wilmington Trust:          Brown Rudnick, LLP
                               BY:  KATHERINE BROMBERG, ESQ.
                               (212) 209-4929

For Goldman Sachs & Co.:       Goldman Sachs & Company
                               BY: SCOTT BYNUM, ESQ.
                               (212) 902-8060

For Citibank:                  Paul Weiss Rifkind Wharton
                               BY: KIRA DAVIS, ESQ.
                               (212) 373-3000
                               BY: ANDREW GORDON, ESQ.
                               (212)373-3543
                               BY: ANDREW LEVY, ESQ.
                               (202)223-7328
                               BY: SHANNON PENNOCK, ESQ.
                               (212) 373-3000

For Arrowgrass Management:     Arrowgrass Capital Partners,
                               U.S., LP
                               BY: ARIF GANGAT, ESQ.
                               (212) 584-1160

                               Aurelius Capital Management LP
                               BY: MATTHEW A. ZLOTO, ESQ.
                               (646) 445-6518
For Aurelius Capital
Management:                    Akin Gump Strauss Hauer & Feld
                               BY: SHAYA ROCHESTER, ESQ.
                               (212) 872-1076
                               BY: JOHN BERRY, ESQ.
                               (212) 872-8075

                               Friedman Kaplan Seiler &
                               Adelman
                               BY: KIZZY JARASHOW, ESQ.
                               (212) 833-1115

For George Dougherty:          Grippo & Elden, LLC
                               BY: GEORGE DOUGHERTY, ESQ.
                               (312) 704-7700

For Silver Point Capital:      Silver Point Capital
                               BY: MATTHEW EHMER, ESQ.
                               (203) 542-4219

For Mina Faltas:               Viking Global Investors
                               BY: MINA FALTAS
                               (212) 672-7011

TELEPHONIC APPEARANCES:
(Continued)

For Bennett Management:              Lucy Galbraith
                                     BY: LUCY GALBRAITH, ESQ.
                                     (203) 353-3101

For Morgan  Stanley:                 Weil Gotshal & Manges, LLP
                                     BY: ASHISH D. GANDHI, ESQ.
                                     (212) 310-8024
                                     BY: DAVID LITVACK, ESQ.
                                     (212)310-8361
                                     BY: ANDREA SAAVEDRA, ESQ.
                                     (212) 310-8544

                                     Morgan Stanley
                                     BY: BRIAN MCGOWAN, ESQ.
                                     (212) 761-1596
For Serengeti Asset
Management:                          Serengeti Asset Management
                                     BY: NICHOLAS HEILBUT, ESQ.
                                     (212) 466-2167

For Anna Kalenchits:                 Anna Kalenchits
                                     (212)723-1808

For Nomura Securities:               Nomura Securities
                                     BY: ARTHUR KAVALIS, ESQ.
                                     (212)667-2370

For JPMorgan Chase Bank:             Davis Polk & Wardwell, LLP
                                     BY: PETER KIM, ESQ.
                                     (212) 450-3028

For Partner Fund Management:         Vinson & Elkins, LLP
                                     BY: LANCE A. MULHERN, ESQ.
                                     (212) 237-0184
For Oaktree Capital
Management:                          Oaktree Capital Management
                                     BY: KENNETH C. LIANG, ESQ.
                                     (213) 830-6422
For Brigade Capital
Management:                          Brigade Capital Management
                                     BY: NEIL LOSQUADRO
                                     (212) 745- 9758

For Great Banc Trust Co.:            Morgan Lewis & Bockius, LLP
                                     BY: RACHEL MAUCERI, ESQ.
                                     (215) 963-5000

For Pryor Cashman, LLP:              Pryor Cashman, LLP
                                     BY: TINA MOSS, ESQ.
                                     (212) 326-0421

TELEPHONIC APPEARANCES:
(Continued)

For Royal Bank of Scotland:        Royal Bank of Scotland
                                   BY: COURTNEY ROGERS, ESQ.
                                   (203) 897-4815

For Eos Partners:                  Eos Partners
                                   BY: MIKE J. SCHOTT, ESQ.
                                   (212) 593-4046

For Prof. Expert:                  Raymond James
                                   BY: ROBERT SCHWARTZ, ESQ.
                                   (212) 872-7441

For Non-Party:                     The Seaport Group
                                   BY: KENNETH SMALLEY, ESQ.
                                   (212) 616-7763

For Contrarian Capital
Management:                        Contrarian Capital Management
                                   BY: JOSHUA TRUMP, ESQ.
                                   (203) 862-8299

For Alvarez & Marsal, Inc.:        Alvarez & Marsal, Inc.
                                   BY: BRIAN WHITTMAN, ESQ.
                                   (312) 601-4227

For Insured:                       Smith Management
                                   BY: JENNIFER WILD, ESQ.
                                   (212) 418-6877

For Macquarie Capital:             Macquarie Capital (USA)
                                   BY: RUSHABH VORA, ESQ.
                                   (212) 231-6311

For Chicago Fundamental
Investment Partners:               Chicago Fundamental Investment
                                   BY: PETER GRUSZKA, ESQ.
                                   (312) 416-4215

For Kramer Levin:                  Kramer Levin Neftalis &
                                   Frankel, LLP
                                   BY: JORDAN KAYE, ESQ.
                                   (212) 715-9489

For Silver Point Capital:          Silver Point Capital
                                   BY: MATTHEW EHMER, ESQ.
                                   (203)542-4219

```
TELEPHONIC APPEARANCES:
(Continued)

For Deutsche Bank AG:          Bingham McCutchen, LLP
                               BY: JEFFREY OLINSKY
                               BY: CHAD VALERIO
                               (212) 705-7857


For Law Debenture Trust:       Kasowitz Benson Torres & Park
                               BY: SHERON KORPUS, ESQ.
                               (212) 506-1700
                               BY: DAVID ROSNER, ESQ.
                               (212) 506-1726
```

1    WILMINGTON, DELAWARE, TUESDAY, MARCH 8, 2011, 10:04 A.M.

2                THE CLERK:  Be seated, please.

3                THE COURT:  Good morning, everyone.

4                ALL:  Good morning, Your Honor.

5                THE COURT:  I'd like first to address the two

6    discovery issues that -- well, two of the discovery issues

7    we talked about yesterday.  Bear with me for a second.  But

8    first I'd like to make sure I have all the papers that I

9    thought I had.

10               Well, let's talk about the dispute between

11   Aurelius and Citigroup Global.  There is a request to depose

12   Timothy Dilworth and a request for additional document

13   production.  They are denied.

14               Next, there was a request by Aurelius and Law

15   Debenture directed at Angelo Gordon to produce all schedules

16   concerning the freedom communication shareholder agreement.

17   That request is denied.

18               Ladies and gentlemen, we have had enough

19   discovery in this case.  And except for that which has

20   already been allowed and is scheduled as a result of that

21   has -- that which has been allowed or agreed, I intend to

22   allow nothing additional.  And my mailbox for these requests

23   is now closed.  We are going to proceed with getting to the

24   evidence in this case.  Is there anything preliminary or are

25   the DCL plan proponents prepared to put on their first

1  witness?

2          MR. BENDERNAGEL:  We're prepared to put on our

3  first witness, but there is something preliminary, Your

4  Honor.

5          THE COURT:  All right.

6          MR. BENDERNAGEL:  I just want to report on where

7  we are on the confidentiality issue that we addressed

8  yesterday afternoon.

9          THE COURT:  All right.

10          MR. BENDERNAGEL:  You had asked to give an update

11  as to where we would be with respect to essentially filing

12  the two briefs, the noteholder brief and a DCL brief in a

13  fashion that was not as heavily redacted as what has already

14  occurred.  And I have good news to report.  I believe at the

15  end of today, both the noteholders and the DCL plan

16  proponents will be in a position where they'll be able to

17  file those two briefs with minor redactions.  And the

18  redactions relate solely to the question of the material

19  relating to the FCC question.  I don't believe that there's

20  any controversy that that material is propriety.  You heard

21  Mr. Johnson yesterday talking about the sensitivity of the

22  material that's being sought by Aurelius in the motion you

23  just denied.  It's of that ilk that the material is being

24  redacted.  Other than that, I don't believe anything else in

25  either brief is going to be redacted and the like.

1           So that's the status report on where we stand

2   with respect to that.  Hopefully, the Chicago Tribune is

3   satisfied with that.  If they don't, I'm quite sure that

4   they'll make their views known on that issue.

5           With respect to today, our first witness, nothing

6   we're going to utilize at least on a direct examination is

7   confidential so that's where we are.

8           THE COURT:  All right.  Let me ask if anyone

9   wishes to be heard in connection with the confidentiality

10  issue.

11  (No audible response heard.)

12          THE COURT:  Okay.  Let's proceed.

13          MR. BENDERNAGEL:  Your Honor, at this time, the

14  DCL plan proponents would call as their first witness, David

15  Kurtz.  And I'd ask that he come up and be sworn in.

16          THE CLERK:  Please raise your right hand.

17  DAVID STEVEN KURTZ, DCL PLAN PROPONENTS WITNESS, SWORN

18          MR. BENDERNAGEL:  May I proceed, Your Honor?

19          THE COURT:  Mr. Bendernagel, I have one question.

20  There was some discussion earlier in a pre-trial statement

21  reflects it that this witness might involve some expert

22  testimony.  So my question is are we on the hour and a half

23  limit with this witness on direct or not?

24          MR. BENDERNAGEL:  I don't -- I believe he's

25  almost strictly a fact witness.  We are not going to have

1  him address the valuation study by Lazard other than at the

2  very end to respond to certain comments that Mr. Zensky made

3  yesterday in his opening statement that I don't believe -- I

4  think are more factual than, you know, expert testimony.

5  We're not asking him to testify on that basis.  He's being

6  tendered as a fact witness, Your Honor.

7            THE COURT:  All right.  And while I think of it,

8  we'll go till about 12:15.  We'll take a lunch break.  I

9  have a hearing, telephonic hearing in the interim at 12:30.

10  I'll just ask that if the parties are moving in and out of

11  the courtroom, they do so quietly during that hearing which

12  I don't expect to be very extensive and we'll probably

13  reconvene around 1:30.

14            MR. BENDERNAGEL:  Okay, Your Honor.

15            THE COURT:  All right.

16            MR. BENDERNAGEL:  Thank you.  May I approach the

17  bench?  I have a binder that I'd like to hand out that has

18  both certain demonstratives, as well as, the exhibits that

19  he's going to use in his direct examination.

20            THE COURT:  Yeah, certainly.  Thank you.

21            MR. BENDERNAGEL:  We've shared that binder with

22  the noteholders, Your Honor, and we've just distributed a

23  few more copies to other parties in the case so everybody

24  has those documents.  The documents will also be available

25  on the screens as they come up.  And as I indicated, there's

1  no confidentiality issues --

2            THE COURT:  All right.

3            MR. BENDERNAGEL:  -- in connection with this

4  material.  May I begin?

5            THE COURT:  You may.

6            DIRECT EXAMINATION, DAVID STEVEN KURTZ

7  BY MR. BENDERNAGEL:

8  Q     Good morning, Mr. Kurtz.

9  A     Good morning.

10  Q     Could you -- I know you've stated your name for the

11  record so we can move on.  By whom are you currently

12  employed?

13  A     Lazard.

14  Q     And what is your current position at Lazard?

15  A     I am Managing Director and Global Co-Head of

16  Restructuring at Lazard.

17  Q     And what are your responsibilities in that position?

18  A     To participate in the management of our restructuring

19  group.

20  Q     And could you give us a little background as to who

21  Lazard is, what type of firm it is, and how big it is?

22  A     Lazard is an investment bank.  We're a public company

23  of approximately 2,000 plus professionals with offices

24  throughout the world.

25  Q     And you indicated you were in the restructuring group

1    or practice.   Is that correct?

2    A      Yes.

3    Q      Could you describe what -- how big that is and what it

4    does?

5    A      Lazard's global restructuring practice includes

6    approximately 100, 100 plus professionals throughout the

7    world.

8    Q      And how long have you been with Lazard?

9    A      Since 2002.

10   Q      And prior to 2002, what was the nature of your

11   employment?

12   A      I was a practicing lawyer.

13   Q      And how long had you been a practicing lawyer?

14   A      Twenty-three years.

15   Q      And did you have an area specialty?

16   A      Bankruptcy and restructuring.

17   Q      And was that true for all 23 years or some portion of

18   the 23 years?

19   A      All 23 years.

20   Q      And could you just briefly describe your educational

21   background?

22   A      I have a BA and JD degree all from Case Western

23   Reserve University.

24   Q      And when was Lazard retained to work on this matter?

25   A      That would be November of 2008.

1   Q     And what specifically was Lazard asked to do in

2   connection with this matter?

3   A     To provide the full range of restructuring services to

4   Tribune Corporation and its subsidiaries.

5   Q     Now who are the primary members at the present time of

6   the Lazard team working on this engagement?

7   A     At the present time, myself and Soneal Mondava [ph].

8   Q     And what are your responsibilities on the engagement?

9   A     Well, I'm the leader of the engagement.  I have spent

10  most if not close to all of my time working with the company

11  in connection with the potential litigation issues arising

12  out of the LBO transaction that preceded Tribune's entry

13  into Chapter 11.

14  Q     Okay.  And who is the other individual that's working

15  on it is Mr. Mondava is that correct?

16  A     Correct.

17  Q     What are his responsibilities as compared to yours?

18  A     Mr. Mondava leads a team of junior Lazard personnel

19  who work for and report directly to him in connection with

20  this engagement.  Mr. Mondava has worked on a coordinated

21  basis with me in connection with the activities I just

22  described relating to the LBO.  In addition, Mr. Mondava led

23  the valuation effort for Lazard.  Mr. Mondava has also

24  worked with and advised Tribune Company in connection with

25  unrelated business matters, unrelated to the LBO.

1  Q     And you're familiar with an individual named John

2  Chachis [ph]?

3  A     Yes.

4  Q     Who is Mr. Chachis?

5  A     Mr. Chachis was a Managing Director and Co-Head of the

6  media group at Lazard until he left the firm in

7  approximately March of 2010.

8  Q     And what was his role in this engagement?

9  A     Mr. Chachis was a senior member of the Lazard team

10  working for Tribune Corporation until his departure from

11  Lazard.

12  Q     And what expertise did he bring to the team as

13  compared to you and Mr. Mondava?

14  A     Mr. Chachis was our industry expert.

15  Q     Okay.  Now at the time Lazard was retained, what were

16  the major challenges facing Tribune in the fall of 2008

17  after it filed for bankruptcy?

18  A     Right.  The actual filing was in December of 2008.

19  And, you know, always the first challenge when we undertake

20  these engagements immediately prior to a company's entry

21  into Chapter 11 is to ensure that we have properly

22  stabilized the business.  That the company makes a smooth

23  entry into Chapter 11.  That the company has sufficient

24  funding available to it with which to manage its business.

25  that management has a clear understanding as to the rules,

1  regulations, and protocols associated with operating a

2  Chapter 11.  We work with a management team to hopefully

3  develop a level of comfort on their part that, you know,

4  their jobs are secure, their paychecks will be forthcoming,

5  and that the noise associated with the bankruptcy should not

6  interfere with their day to day activities which need to be

7  focused on running the business for maximum value.

8  Q     Now were you successful in stabilizing the business?

9  A     Yes.

10  Q     One you had stabilized the business, what was the next

11  challenge?

12  A     The next challenge was to begin the process of

13  thinking about formulating a plan of reorganization for

14  Tribune Corporation.

15  Q     Now have you prepared a chart relating to this issue?

16  A     Yes.

17         MR. BENDERNAGEL:  Your Honor, at this time, I'd

18  like you to take a look at if we could have up on the screen

19  the first slide entitled Key Factors in Developing a Plan of

20  Reorganization to Exit Bankruptcy.

21  BY MR. BENDERNAGEL:

22  Q     Do you have that document in front of you, Mr. Kurtz?

23  A     I do.

24  Q     Did you prepare -- was this prepared at your

25  direction?

1    A      Yes.

2    Q      And what does this document show?

3    A      This document shows as we describe in the heading, the

4    key factors in developing a plan of reorganization to exit

5    bankruptcy.

6    Q      And could you walk the Court through each of the

7    factors that are listed on this page and the like?

8    A      Certainly.  What I'm trying to capture in the first

9    bullet point is activity that is designed to ensure that the

10   company takes maximum advantage out of its being in Chapter

11   11.  And so, you know, as we all know, Chapter 11 presents

12   opportunities to reject executory contracts which can be

13   utilized both to relieve the company of a burdensome

14   contract, but also as a lever to obtain better terms on a

15   negotiated basis.  And so there was a sort of a work stream

16   associated with that effort to make sure that we were doing

17   everything possible to create value, you know, utilizing

18   bankruptcy tools.

19   Q      In your view has that been accomplished?

20   A      Yes, that work is done.  I take the next two bullet

21   points together, internally rationalize business operations

22   and evaluate potential strategic asset sales.  One of the

23   undertakings that we participated in on the part of Tribune

24   Corporation was to review its portfolio of businesses to

25   determine whether there were opportunities to convert

1    certain of those business into cash and terms that would

2    provide greater value than Tribune continuing to operate

3    those business.  And the best example of this is the Chicago

4    Cubs Baseball Team.  I think as most people know, that asset

5    had been identified for sale prior to Tribune commencing

6    Chapter 11.  Subsequent to Chapter 11, you know, now that

7    the company no longer needed to sell the Cubs in order to

8    generate liquidity to, you know, deal with its business

9    operations and capital structure, we took another look at

10   the Cubs to make sure that we were all comfortable that

11   selling the cubs was the right answer.  And as people know,

12   we concluded that it was and subsequently, the Cubs were

13   sold.  On the flip side, there were other potential asset

14   sales that we thought about and concluded not to pursue.

15   Q    And is that work that you just described with respect

16   to Bullets 2 and 3 pretty much done at this juncture?

17   A    Yes.

18   Q    Now what's the fourth bullet relate to?

19   A    The fourth bullet point relates to work stream

20   involving an effort to determine the correct amount of

21   liabilities that Tribune Company would need to deal with in

22   connection with this Chapter 11 case.  And so as many of us

23   who practice in this area well know, it is not unusual for,

24   you know, all kinds of claims to come out of the woodwork

25   when a company files Chapter 11 and a bar date is

1  established.  And so there was a work stream involved in

2  analyzing those claims so that we could properly determine,

3  you know which claims are legitimate against Tribune

4  Corporation and in so doing, we were able to determine that

5  the correct amount of debt that we would be dealing with in

6  our Chapter 11 plan.

7  Q    Now the -- and what is the status of that work at this

8  juncture?

9  A    Finished.

10 Q    And now what's the last point about?

11 A    The last point is -- was to investigate and seek to

12 resolve potential LBO related causes of action.  And these

13 were causes of action that potentially emanated from the

14 events that related to the acquisition of the company by the

15 ESOP as the Zell entities, you know, participated.

16 Q    Now had Lazar been involved prior to the petition date

17 in connection with that LBO or in connection with the

18 assessment of strategic alternatives that took place leading

19 up to the LBO?

20 A    No.

21 Q    What steps did you take to familiarize yourself with

22 the LBO and the circumstances leading up to the LBO?

23        MR. ZENSKY:  Your Honor, could I just ask Mr.

24 Bendernagel for clarification to make sure that this is

25 directed to the witness individually as opposed to Lazard as

1    a whole?  Or at least make sure the record is clear as to

2    the nature of the question?

3              MR. BENDERNAGEL:  I'd be glad to clarify, Your

4    Honor.

5              MR. ZENSKY:  Thank you.

6    BY MR. BENDERNAGEL:

7    Q    What steps -- let's start with Lazard.  What steps did

8    Lazard take to familiarize itself?  And then if you could

9    identify what you did in that regard that would be helpful.

10   A    Sure.  We began an effort working in conjunction with

11   lawyers from Sidley Austin to first develop an understanding

12   of what transpired in connection with the LBO.  And then to

13   evaluate certain facts and circumstances, certain specific

14   facts and circumstances that would be most important to the

15   existence or non-existence of the LBO related causes of

16   action.

17   Q    Now did you participate in that work?

18   A    I did.

19   Q    And at this juncture, do you have an understanding of

20   the LBO and the circumstances that led to that LBO?

21   A    Yes.

22   Q    If you'd take a look at the second slide that is now

23   up on the screen that's entitled Significant Events Leading

24   to the Leverage ESOP transaction.  Do you see that?

25   A    Yes.

1  Q     First of all, was this document prepared at your

2  direction?

3  A     Yes.

4  Q     And what does this document purport to show?

5         MR. ZENSKY:  Your Honor, I have an objection to

6  this line of questions.  May I be heard for a moment?

7         THE COURT:  Yes.

8         MR. ZENSKY:  As Mr. Bendernagel just brought out,

9  this -- Lazard had no involvement in the transaction so

10 anything on this chart would be -- I think this witness

11 would lack a foundation except through his investigation.

12 He has no firsthand knowledge of any of these events.  I

13 suppose if the Court thinks that's useful as a summary, I

14 don't have an objection to that, but it should be clear that

15 he is not competent to testify as to the truth of any of

16 this and all of it would be based on an after the fact

17 investigation.  It would also suffer from hearsay

18 infirmities as well.

19        THE COURT:  Well, all of that may be true, but

20 let me ask this.  Is there anything in this demonstrative

21 for example which varies from that to which the parties have

22 agreed should be admitted in the examiner's report?  It

23 looks to me to, you know, parallel that.

24        MR. ZENSKY:  Your Honor, the objection is not to

25 the demonstrative.  The dates are not controversial.  I

1  don't know what type of testimony Mr. Bendernagel intends to

2  elicit with regard to this witness's after the fact

3  conclusions about these events.  And that's the nature of

4  the objection.

5          THE COURT:  That's when you should stand up.

6  (Laughter)

7          THE COURT:  Thank you.

8          MR. BENDERNAGEL:  May I proceed, Your Honor?

9          THE COURT:  You may.

10 BY MR. BENDERNAGEL:

11 Q    I think I was asking you about this timeline that is

12 in this demonstrative.  And I think I had asked you had this

13 been prepared at your direction and you indicated yes.

14 A    Yes.

15 Q    And what does this purport to show?

16 A    This is -- this purports to layout a timeline of

17 events from, you know, essentially the beginning of the

18 process that ultimately culminated in the LBO transaction to

19 the last step which is Tribune electing to become an S

20 Corporation in March of 2008.

21 Q    And I take it in preparing yourself to get involved in

22 the case, it was important that you have some understanding

23 of what happened in the LBO.  Is that correct?

24 A    Yes.

25 Q    And could you start to walk us through what's on the

1  chart just as a summary for the Court in terms of the events

2  leading up to the LBO in April of 2001?

3  A    Sure.  Well, I think it's fair to say that all of this

4  begin in February of 2005 when Tribune Corporation began to

5  consider strategic alternatives in order to maximize the

6  value of its assets and engage both Merrill Lynch and

7  Citicorp as financial advisors and Wachtell Lipton as legal

8  counsel to assist them in that effort.  In September of

9  2006, the board formed a special committee to in effect

10  continue the analysis that had been in process since

11  February of 2005 and that committee engaged its own set of

12  advisors, Morgan Stanley on the financial side and Skadden

13  Arps as legal counsel.  In the fall of 2006, a formal data

14  room was established.  Thirty-one potential bidders signed

15  confidentiality letters, 15 bidders actually entered the

16  data room, 6 expression of -- excuse me, expressions of

17  interest were received.

18  Q    Now were bids actually submitted at some point in

19  time?

20  A    Yes.

21  Q    And when did that occur?

22  A    That occurred in approximately January of 2007.

23  Q    And what happened with those bids?  Were they acted

24  upon?  How did the company deal with that?

25  A    The special committee was leading the effort at this

1    point.  The bids were analyzed by a combination of the three

2    financial advisory firms who were involved, Merrill, Citi,

3    as well as, Morgan Stanley.  And the special committee began

4    the process of making decisions with respect to those bids.

5    Q    Now in February, did they make some decisions in that

6    regard?

7    A    They did.  In addition to the third party bids, the

8    company was also considering what I'll describe as a self-

9    help transaction whereby they would borrow a significant

10   amount of money, utilize those proceeds to effectuate a

11   tender offer pursuant to which -- excuse me, to utilize that

12   -- those funds to either make a tender offer or special

13   dividend to shareholders to get a major slug of cash in the

14   hands of shareholders.  And then that would either shortly

15   thereafter or on a coterminous basis, involve the spinoff of

16   the broadcasting and entertainment business.

17   Q    And that's what's referred to as the self help plan?

18   A    That's right because it didn't involve or require the

19   participation of a third party.

20   Q    Now in February, did they make any decisions regarding

21   the self help plan and these three bids?

22   A    As the chart indicates in February of 2007, the

23   special committee decided to move forward with the self help

24   plan.  However, they were also interesting -- interested in

25   continuing to pursue an expression of interest to a proposal

1   they had received from what we're calling EGI Zell here,

2   whereby the company would be acquired by an ESOP pursuant to

3   a leverage acquisition where the ESOP would end up owning

4   the company.

5   Q    So following this decision in February, what happened?

6   A    Following this decision in February, the advisors for

7   the special committee and the company continued to do their

8   work and analysis on both the stand alone plan, as well as,

9   the Zell transaction with the view toward determining which

10  of the two options presented greater value to the company,

11  the more attractive option.

12  Q    And what was ultimately determined?

13  A    It was ultimately determined to proceed with the Zell

14  transaction.

15  Q    Now it indicates here, the Zell transaction was going

16  to be in two steps.  Do you see that?

17  A    Yes.

18  Q    And what were the two steps?

19  A    Step No. 1 was the a tender offer for a fixed number

20  of shares of Tribune stock which worked out to be slightly

21  north of 50 percent.

22  Q    How did that tender offer compare to the

23  recapitalization proposal that was part of the self help

24  plan?

25  A    It was intended to replicate the -- that part of the

1  self help, excuse me, the self help transaction.

2  Q      And what was the second step?

3  A      The second step was the formal merger of Tribune

4  Corporation into the ESOP whereby the ESOP would become the

5  100 percent owner of the company.  In connection with that

6  transaction, Tribune acquired the remaining equity interests

7  that were outstanding subsequent to step one.

8  Q      Now why is -- what's your understanding as to why this

9  deal was structured in two steps as opposed to one?

10              MR. ZENSKY:  I think it's time to stand up, Your

11  Honor.  As you know, that's a hotly contested issue.  Again,

12  the witness has no foundation to give an opinion and issued

13  no expert report giving views in advance as to why the

14  transaction was structured the way it was.

15              THE COURT:  Any response?

16              MR. BENDERNAGEL:  Yes, Your Honor.  I'm not

17  asking for his opinion.  I'm asking as a person working on

18  this deal what his understanding was in that regard.  You're

19  free to dispute what his understanding is.  I'm not asking

20  it for the truth of the matter, but basically layout what

21  his understanding was in that part of the transaction.

22              MR. ZENSKY:  Again, Your Honor, without a

23  foundation, I don't know what the --

24              THE COURT:  Sustained.

25              MR. ZENSKY:  Thank you.

1    BY MR. BENDERNAGEL:

2    Q    Now going back to the table that's set up here, the

3    significant events relating to the leveraged ESOP

4    transaction, do you see that?  We're looking at the

5    timeline.

6    A    Yes.

7    Q    The timeline indicates that on April 1, the board

8    approves the EGI Zell proposal.  Do you see that?

9    A    Yes.

10   Q    And then there are a bunch of events that occur

11   between then and the step one closing.  Could you just

12   summarize what happened during that time period?

13   A    Sure.  On April 5, bank loan commitment letters were

14   signed to ensure that the funding to facilitate the

15   transaction was available.  The tender offer that I referred

16   to a moment ago was launched on April 26.  On May 9, BRC

17   issues a solvency opinion relating to Step 1.  That was then

18   brought dated or brought down, if you will, on May 24, 2007.

19   On May 17, the senior credit agreement was executed and step

20   one closed on June 4.

21   Q    Now if you take a look at the next slide that's in the

22   deck that we've provided to you, it's entitled Step 1

23   Transaction.  Do you see that?

24   A    Yes.

25   Q    Did you prepare this slide or was it prepared at your

1   direction?

2   A      Yes.

3   Q      And what does this slide purport to show?

4   A      This slide purports to show in schematic form the

5   events that I just described concerning Step 1.

6   Q      Could you just walk the Court through what the

7   schematic shows?

8   A      Yes.  The schematic shows a series of interrelated

9   transactions.  The -- let's start at the top.  New lenders,

10  the new lenders lent to the company in the form of new debt

11  approximately -- I'm going to look at the actual -- it's

12  just easier for me to see it this way.  The new lenders lent

13  $7 billion to the Tribune Company at that point in time.  At

14  the same time, EGI invested $250 million cash into Tribune.

15  That $250 million took the form of a $200 million note and a

16  $50 million equity purchase at $34 per share.  Those funds

17  were utilized to purchase as I indicated, I think the exact

18  number is 52 percent of the existing Tribune equity, 126

19  million shares, and the remaining proceeds were utilized for

20  ordinary operating liquidity and to retire $2.8 billion,

21  approximately $2.8 billion of debt that the Tribune had

22  outstanding prior to Step 1.

23  Q      And what is the chart entitled Step 1 Sources and Uses

24  show?

25  A      It's just a typical sources and uses chart that breaks

1    down what I just described.

2    Q     Okay.  Now after Step 1 closed, what events occur

3    after that leading up to the Step 2 transaction?

4              MR. ZENSKY:  Your Honor, I have an objection to

5    the form of the question.

6              MR. BENDERNAGEL:  I'll rephrase, Your Honor.

7    BY MR. BENDERNAGEL:

8    Q     I'll go back to the timeline.  The timeline indicates

9    that on June 4, the Step 1 deal closes.  Do you see that?

10   A     Yeah.

11   Q     What's the next entry on the page?

12   A     August 21 which was the date on which the shareholders

13   approved the ESOP merger.

14   Q     And what happens on November 30, 2007?

15   A     FCC approval which was a requirement in order for the

16   transaction to occur was obtained.

17   Q     And what happens on December 20 --

18   A     VRC issues it's Step 2 solvency opinion, the bridge

19   credit agreement is executed and Step 2 closes.

20   Q     Now have you prepared a chart that depicts the Step 2

21   transactions in a manner similar to what we were just

22   talking about with respect to Step 1?

23   A     Yes.

24   Q     And is that the next chart in the deck?

25   A     It is.

1    Q      Could you walk the Court through this chart?

2    A      Yes.  They're similar to what I just took the Court

3    through in connection with Step 1.  This is a schematic that

4    lays out the interrelated transactions that occurred in

5    connection with Step 2.  In Step 2, there was an incremental

6    loan in the amount of $3.7 billion made to Tribune

7    Corporation.  At the same time, there was a net incremental

8    infusion by the Zell entity in the amount of $56.1 million.

9    The proceeds of those loans in addition to cash on hand was

10   utilized to purchase the remaining 117.1 million shares of

11   Tribune equity outstanding at $34 per share and to retire

12   vested options that automatically -- well, unvested options

13   that vested in connection with the change of control

14   associated with the closing of Step 2.

15   Q      Okay.  Now if you go back to the first slide, the one

16   Key Factors in Developing a Plan of Organization.  Do you

17   see that?

18   A      Not yet.  I can do it.  Yes.

19   Q      That last bullet point uses the phrase LBO Related

20   Causes of Action.  Do you see that?

21   A      Yes.

22   Q      What's your understanding of what that phrase is

23   referencing?

24   A      That phrase is intended to be catch all for the

25   various potential claims and causes of action that are

1  alleged to have arisen in connection with the events that I

2  just described pertaining to the LBO.

3  Q    Now in connection with your work on this matter, did

4  you become familiar with what those potential claims might

5  be?

6  A    Yes.

7  Q    If you could turn to the fifth slide in the deck

8  entitled Principal LBO related causes of action.

9  A    I see it.

10 Q    Is this a slide that was prepared under your

11 direction?

12 A    Yes.

13 Q    What does this purport to show?

14 A    This purports to show a summary of, you know, what

15 I'll describe as the key causes of action that have been

16 alleged by various parties throughout the process pertaining

17 to or arising from the LBO.

18 Q    Now I think you testified here about a year ago

19 regarding in an exclusivity hearing.  Do you recall that?

20 A    Yes.

21 Q    And as part of your testimony at that time, you talked

22 about the negotiating process that the company had

23 undertaken to try and resolve these LBO related causes of

24 action.  Do you recall that?

25 A    Yes.

1    Q      In connection with those discussions, were these the

2    types of claims that are set forth in this slide that were

3    being discussed among the parties?

4    A      Yes.

5    Q      Could you basically summarize for the Court what those

6    major causes of action were?

7    A      Okay.  Starting at the top, we have the fraudulent

8    conveyance claims that we've all spent so much time talking

9    and thinking about.  These are claims under the bankruptcy

10   statutes and potentially state law statutes to avoid the

11   obligations and guarantees of senior lenders and bridge

12   lenders by Tribune Company.  Also, under the umbrella of

13   fraudulent conveyance claims, are claims that would be

14   available to recover amounts paid to shareholders, senior

15   lenders, bridge lenders, arrangers and advisors in

16   connection with the LBO, as well as, payments that were made

17   on account of the debt incurred in connection with the LBO

18   subsequent to the closing of the transaction, but prior to

19   the commencement by Tribune of Chapter 11 cases.

20   Q      Okay.  What's the third bullet relate to, the major

21   bullet for --

22   A      Well, the second --

23   Q      Oh, I'm sorry, what does the second major bullet

24   relate to?

25   A      Yeah.  The second or equitable subordination claims.

1    These are claims that exist under bankruptcy laws pursuant

2    to which allegations have been made that the company --

3    well, that the claims of senior lenders, bridge -- and

4    bridge debt lenders should be subordinated in right of

5    payment to the claims of pre LBO creditors.

6    Q     And the bullet relating to breach of fiduciary duty

7    and illegal dividend claims, what does that relate to?

8    A     Yes.  That relates to potential damage claims that

9    might exist against director's officers and principal

10   shareholders of the company for breaching fiduciary duties

11   or being the recipient of illegal dividends --

12   Q     And what does the final category relate to?

13   A     Yeah.  And there were -- and there are also

14   allegations that claims exist under these remedies against

15   the senior lenders, principal shareholders Zell and the

16   advisors for aiding and abetting the company's alleged

17   breach of fiduciary duty.  The last is preference claims.

18   And these are claims that might exist under the bankruptcy

19   preference statute to recover amounts paid to insiders EGI

20   Zell and others during the one year prior to the bankruptcy

21   filing.

22   Q     Now in your work, trying to negotiate a resolution of

23   these various causes of action, did you develop an

24   understanding of what the key issues underlying these

25   questions were?

1    A      I and the Lazar team did that.

2    Q      And if you could take a look at the next slide which

3    is entitled key issues related to the LBO related causes of

4    action, do you recognize this document?

5    A      Yes.

6    Q      And what does this document purport to show?

7    A      What this document purports to show is the key issues

8    that would determine the validity or lack thereof of the

9    claims that I just laid out for you in the prior slide.

10   Q      Now the first three points on the page relate to the

11   so called Step 1 transactions.  Is that correct?

12   A      Yes.

13   Q      And could you just walk the Court through these three

14   specific issues and explain why in your view they're

15   important?

16   A      Right.  So starting with --

17              MR. ZENSKY:  I have an objection, Your Honor.

18              THE COURT:  Basis?

19              MR. ZENSKY:  At Mr. Kurtz's deposition, Mr.

20   Bendernagel instructed the witness not to answer anything

21   regarding the conclusions that Lazard may have reached.  And

22   the question as posed seems to be asking for the thought

23   process of Lazard about each of these issues which I would

24   agree are some of the important issues.

25              MR. BENDERNAGEL:  May I respond, Your Honor?

1      THE COURT:  Yes, in fact, you're opening

2  paralleled many of them yesterday.

3      MR. BENDERNAGEL:  I'm sorry?

4      THE COURT:  Mr. -- I was talking to Mr. Zensky.

5  I said his opening paralleled many of these issues on this

6  page yesterday.  Mr. Bendernagel, any response?

7      MR. BENDERNAGEL:  The response -- let me rephrase

8  the question, if that's helpful.

9  (Laughter)

10      THE COURT:  Mr. Zensky will let you know.

11  (Laughter)

12      MR. BENDERNAGEL:  We had indicated before I was

13  interrupted --

14  (Laughter)

15   BY MR. BENDERNAGEL:

16  Q     -- that the first three issues related to Step 1 and

17  why don't you just describe what your understanding of those

18  issues are.

19  A    Okay.  Starting from the top with Step 1 an intention

20  or constructive fraudulent conveyance, either at the parent

21  or the subsidiaries or both.  Number two is should Step 2

22  debt be included when assessing whether Step 1 was solvent

23  or not and if so, does it make a difference?  Number 3 is if

24  the parent was insolvent in Step 1, were the subsidiaries

25  also insolvent at Step 1.

1    Q      Okay.  And what does the fourth issue relate to?

2    A      The fourth issue relates to Step 2.  Really runs in

3    parallel to what I just described.  With Step 2, an

4    intentional or constructive fraudulent conveyance at the

5    parent and/or the subs.

6    Q      And the firth issue states what weight should be

7    accorded senior lender statutory defenses.  What is that a

8    reference to?

9    A      Yes.  Over the course of our interactions with the

10   various parties, arguments were made by the senior lenders

11   that there are statutory defenses, defenses available under

12   the bankruptcy statute that would insulate them from any

13   liability or exposure with respect to the claims that I just

14   described.  And so one of the things we looked at in

15   conjunction with the lawyers from Sidley Austin was the

16   weight to be accorded their argument that these statutory

17   defenses can be properly involved by them.

18   Q      Now the last item reads are there equitable remedies

19   that could be invoked against the senior lenders and what

20   are you trying to get across with that point?

21   A      Equitable subordination.

22   Q      Anything else?

23   A      Also remedies that might be available to limit the

24   ability of Step 1 lenders to participate in recoveries that

25   would -- might be available in the event that Step 2 was

1  invalidated.

2  Q    Okay.  It's my understanding that as part of your

3  analysis, your work on the [indiscernible] connection with

4  these LBO related claims, you develop a recovery model.  Is

5  that correct?

6  A    Yes.

7  Q    And what is a recovery model, first of all?

8  A    A recovery model is designed to illustrate the

9  recoveries that would be available to the various parties

10 assuming different outcomes with respect to these claims.

11 Q    And so if, in fact, you assume that for instance the

12 Step 2 debt was to be included, you could essentially assess

13 what the outcome would be.  Is that correct?

14 A    Correct.

15 Q    Okay.  Now how did that recovery analysis help you in

16 connection with the negotiations that you were embarking on?

17 A    Right.

18      MR. ZENSKY:  Your Honor, Mr. Bendernagel, I

19 assume you're not asking him for the conclusions on the

20 recovery model because that was not produced.

21      MR. BENDERNAGEL:  Well, the recovery model has

22 been given to everybody including the examiner.  That's what

23 the examiner used in his analysis, but he's correct, that my

24 question is more designed as not for the conclusions, but

25 what the impact of having the recovery model was.

1       THE COURT:  You may proceed.  Do you remember the

2   question?

3       MR. KURTZ:  Yeah, the impact of the recovery

4   model enabled us to engage in discussions with third parties

5   and to utilize different hypothetical outcomes to calculate

6   a potential dollar recovery.

7   BY MR. BENDERNAGEL:

8   Q    Now at some point, you began to negotiate with parties

9   in connection with the LBO related claims.  Is that correct?

10  A    Yes.

11  Q    And when -- can you just trace when that occurred and

12  who you were talking with?

13  A    I'd say it began in earnest.  Well, we began talking

14  about talking in the fall of 2009.  At that point, I reached

15  out to what I would describe as the players who are active

16  in the process both with respect to institution holding the

17  largest amount of noteholder debt, Centerbridge.  I was

18  involved in discussions with the three institutions who were

19  sort of driving the process for the senior lenders.  Those

20  three institutions are JP Morgan, Angelo Gordon, and

21  Oaktree.  We were also of course talking to the creditors'

22  committee.  We did have discussions with the indenture

23  trustee for the noteholders sort of on a coordinated basis

24  with the conversations that we were having with Centerbridge

25  because the indenture trustee was the indenture trustee for

1  the debt that Centerbridge owned and so there was a

2  commonality of interest there.  We also had conversations,

3  but less intensively with the lawyer for the PHONES or I

4  guess I should say the indenture trustee for the PHONES.

5  Q    Okay.  Now if you could take a look at the next slide,

6  I think it's Slide 7 in the deck, it's entitled Efforts to

7  Resolve the LBO Related Causes of Action.  Do you have that

8  slide in front of you?

9  A    Yes.

10 Q    And first of all was this prepared at your direction?

11 A    Yes.

12 Q    And what does this slide purport to show?

13 A    This is designed to reflect the salient events

14 starting from the December 8, 2008 bankruptcy petition until

15 the filing by the mediator of the third mediator report

16 which reflected the settlement with the bridge lenders which

17 is the final settlement that we reached along the path to

18 getting to where we are today.

19 Q    Okay.  Now starting with the spring of 2009 and

20 carrying through to the December 15, 2009 time period, I

21 take it that's the period where you were talking about

22 talking.  Is that correct?

23 A    Right.  We talked about talking rather than talking.

24 Here's the reason why I draw that distinction because there

25 was a recognition among the parties that we couldn't really

1   engage in meaningful settlement discussions until all of the

2   parties had the relevant data available to them.  And so,

3   the first step was to ensure the parties that I just

4   enumerated that, you know, conditioned upon the execution of

5   satisfactory confidentiality agreements, the Tribune

6   Corporation was prepared to make a lot of information

7   available to all of the parties such that everyone would

8   have the same information in front of them and we'd all be

9   starting from the same place.

10  Q    And --

11  A    And then we made it clear to -- I did, to these

12  various parties that I referred to, the principal

13  negotiators, that we intended this to be a prelude to the

14  actual process of undertaking if not a formal, at least a

15  semi-formal effort to try to orchestrate a settlement of

16  these claims.

17  Q    Now during this time period in the fall of 2009, were

18  you making efforts through these conversations to sort of

19  understand where the various parties positions were?

20  A    Yes.  I felt that it was important that if or we, I

21  should say, were going to play the role as intermediary or

22  honest broker, if you will, I needed to be as objective and

23  non-partisan as possible.  And so in order to that, I needed

24  to understand, you know, not just what we were thinking when

25  we talked to ourselves, I mean, we the team that was working

1  on this for the Tribune Corporation, but I needed to go out

2  and listen to, you know, the bank's side of the story and

3  then I needed to hear the noteholder's side of the story,

4  and then I needed to hear the committee's side of the story.

5  And I was very pleased that, you know, everyone was prepared

6  to deal with me on that basis.

7  Q    Okay.  Now going to the slide that has the timeline on

8  it, you see this date January 5, 2010.  Do you see that?

9  A    I do.

10  Q    It says committee convened settlement meeting with

11  principal creditor constituents.  Do you see that?

12  A    Yes.

13  Q    Did you attend that meeting?

14  A    Yes.

15  Q    What was the purpose of that meeting?  What was your

16  understanding of the purpose of that meeting?

17  A    Right.  That conclave was orchestrated by the

18  creditors' committee.  The creditors' committee also

19  interested in trying to promote a settlement, felt that it

20  would be helpful to the process if, you know, all of the

21  major players were brought together in one room at one time

22  and that the process of exchanging settlement offers were to

23  begin.  And that was the purpose of the meeting on the 5th

24  of January 2010.

25  Q    Did Lazard make a presentation at that meeting?

1  A     We did.  And so we at the invitation of the creditors'

2  committee and with the understanding of all the parties that

3  we would be doing so, you know, we laid out facts,

4  circumstances as, you know, we understood them based upon

5  the work that we had done.

6  Q     The facts and circumstances about what?

7  A     The LBO.

8  Q     Okay.  Were other presentations made at that meeting?

9  A     Yes.

10  Q     And what were the nature of those presentations?

11  A     Similar presentations by other parties reflecting the

12  point of view of the lenders, the noteholders, and the like.

13  Q     Now, you know, you indicated that one of the purposes

14  of this meeting was to try to move forward and get bids

15  exchanged.

16  A     Right.

17  Q     Was the meeting successful in that regard?

18  A     No.

19  Q     What was your -- what happened?  What did you learn

20  from the meeting?

21  A     What I learned was what I expected to learn which was

22  the parties were very far apart at least in terms of what

23  they were willing to commit to in the form of settlement

24  offers as of that point in time.

25  Q     And to go back to this chart, it says -- the next item

1  says January to March 2010, the debtors engage in extensive

2  settlement discussions.  Do you see that?

3  A     I do.

4  Q     Were you involved in this discussions?

5  A     Yes.

6  Q     What was your role in those discussions?

7  A     I decided that the best maybe only way to try to make

8  this happen was not to bring everyone together in one room

9  and ask for formal settlement offers that were on the record

10 and binding upon parties.  But as I indicated, to try to

11 play the role of the intermediary, the honest broker to coax

12 the parties together, if you will, and that's the role I

13 played.

14 Q     And who were you meeting with in this connection?

15 A     I was in constant discussion with all of the parties

16 that I enumerated with the exception of counsel for

17 Wilmington Trust who I spent very little time with during

18 this time, this period.

19 Q     Now how would you characterize the nature of these

20 discussions that you just described?

21 A     Well, we had our good days and we had our bad days.

22 The good days were, you know, cordial and constructive, but

23 there were many days that, you know, parties were very

24 emotional, the discussions were contentious, the accusations

25 were flowing in both directions and I was right in the

1  middle of it.

2  Q    And what did you attribute that acrimony to?

3  A    Well, I think we have people who, you know, believed

4  in their respective positions for one thing.  And, you know,

5  we're sort of two minds in terms of thinking about what I

6  was doing.  I mean, on the one hand, I was trying to, you

7  know, break through people's pre-conceived notions regarding

8  what they would be prepared to settle at and get them to a

9  level beyond what they thought they would be willing to pay

10 and, you know, that was hard and there were some hard

11 conversations associated with that.

12 Q    Well, did anybody drop out of the negotiations?

13 A    And I should say in that regard, I assumed the role of

14 sort of, you know, when I'm talking to the banks I was

15 making the noteholder arguments and when I was talking to

16 the noteholders, I was making the bank arguments.

17 Q    Now as the negotiations progressed, did anybody drop

18 out of the negotiations?

19 A    Well, I don't know whether it's fair to say that

20 Oaktree dropped out or we dropped Oaktree, but at some point

21 along the way, we stopped talking to Oaktree.

22 Q    And why was that?

23 A    Oaktree was just not willing to pay anywhere near what

24 I thought it would take to get a deal done and so we just

25 stopped talking to them.

1  Q      Now did you eventually get a deal done?

2  A      We did.

3  Q      And how did that come about, if you recall?

4  A      Through continued efforts to bring the parties

5  together, you know, back channel, off the record

6  conversations.  You know, people whispering in my ear that

7  if you can get them to this, I'll do that and letting the

8  other side, but all being done in a non-binding basis so

9  that people still had deniability of they wanted

10 deniability.  You know, I was trying to make it work through

11 the back channel.  And, you know, fortunately people,

12 although we had our moments of lack of trust, for the most

13 part, people trusted me enough to work with me on that basis

14 and we succeeded.  Not with Oaktree, but with the other

15 parties and not with Wilmington Trust obviously.

16 Q      And who were the other parties just to the record is

17 clear?

18 A      So we were able to strike a deal that included JP

19 Morgan and Angelo Gordon on the lender's side.  The

20 creditors' committee, Centerbridge, the largest holder of

21 pre-petition notes, excuse me, pre-LBO notes, as well as,

22 the indenture trustee for those notes.

23 Q      If you'll take a look at -- in your binder Exhibit 396

24 for a moment.  In your binder.

25 A      Right.

1  Q       There's Exhibit 396.  It's under a tab that says --

2  A       I have it.

3  Q       -- Exhibit 396.

4  A       I have it.

5  Q       Do you recognize this document?

6  A       Yes.

7  Q       And what is this document?

8  A       It's a settlement support agreement.

9  Q       And if you'd look at Page 18 of the settlement support

10 agreement, there is an Exhibit A.  Do you see that?

11 A       Page 18?

12 Q       Yes.  It says Exhibit A, Select Terms of the

13 Settlement Agreement.

14 A       Right.

15 Q       Is it fair to characterize this exhibit as the term

16 sheet?

17 A       Yes.

18 Q       And I take it you're familiar with the provisions of

19 this term sheet.  Is that correct?

20 A       Yes.

21 Q       And this became the settlement that was part of the

22 debtors' filing in April of 2010?  Is that correct?

23          MR. ZENSKY:  Your Honor, I haven't objected to

24 any leading questions, but I would to pose an objection at

25 this point.

1      THE COURT:  Sustained.

2   BY MR. BENDERNAGEL:

3   Q    Okay.  If you could take a look at the next slide.

4   And if we could, it's entitled April Settlement.

5   A    Right.

6   Q    Do you recognize this document?

7   A    Yes.

8   Q    What is this document?

9   A    This is a document that describes the principal terms

10  of deal that was reached among the parties that I just

11  enumerated.

12  Q    Okay.  Now could you walk the Court through what the

13  principal terms of this deal was as reflected on this chart?

14  A    Right.  It was a global settlement of all claims

15  against all parties related to the LBO, the acquisition by

16  Zell.  The noteholders were to receive a strip of

17  distributable value representing 7.4 percent of the pot

18  which assuming enterprise value of $6.1 billion which was

19  the enterprise value, that we -- that Lazard had established

20  for that pot as of that point in time, the 7.4 percent

21  equated to approximately $450 million resulting in

22  approximately a 35 percent recovery by senior -- by

23  noteholders on account of their claims.  Other parent GUC's,

24  GUC's are general unsecured creditors were also to receive a

25  35 percent recovery on their claims.  Subsidiary general

1  unsecured creditors were to receive a 100 percent recovery

2  on their claims.  Senior lenders would recovery 63 percent

3  of their claims.  And as I indicated, the settlement enjoyed

4  the support of the debtors and, as well as, the creditors'

5  committee, JP Morgan, Angelo Gordon, Centerbridge, the

6  largest noteholder as we indicated here holding

7  approximately 37 percent of the notes, and Law Debenture as

8  indenture trustee for some of those notes.

9  Q    Now the last item on the page states and I'm quoting

10  "Aurelius, owner of approximately 100 million notes informs

11  debtor that it will not be objecting to the settlement."  Do

12  you see that?

13  A    I do.

14  Q    What's that note based on?

15  A    That note is based on a conversation that I had with

16  Dan Gropper [ph] shortly after the settlement was announced.

17  Q    And what specifically did Mr. Gropper say?

18  A    That Aurelius would not be objecting to the

19  settlement.

20  Q    Okay.  Now I take it from your statement earlier that

21  Oaktree was not -- that Oaktree did object to the

22  settlement.  Is that correct?

23  A    Vigorously.

24  Q    And what was your understanding of what Oaktree's

25  principal objection was?

1    A      They thought that $450 million was way too much for

2    the senior lenders to be paying in settlement of these

3    claims.

4    Q      Now the PHONES also objected to the deal.  Is that

5    correct?

6    A      Yes.

7    Q      And what was your understanding as to what their

8    objection was?

9    A      Well, they weren't getting anything, at least as of

10   this point and so they had no recourse other than to object.

11   Q      Now following the execution of the settlement support

12   agreement and the filing of a plan in the April timeframe,

13   did the debtors continue to try to expand the settlement?

14   A      We did.

15   Q      What did you do in that regard?

16   A      We spent the next several months working very hard to

17   try to find a way to bring Oaktree into the fold on terms

18   that would be acceptable to the creditors' committee and

19   Centerbridge.

20   Q      And why were you undertaking that effort?

21   A      It unfortunately became clear to us that, you know,

22   Oak Tree was, you know, not going to, you know, just go away

23   on this point.  And, in fact, they were working hard to try

24   to undermine the settlement both with respect to launching a

25   litigation strategy, but perhaps of greater concern to us,

1   they were working hard to create a blocking position in the

2   senior debt so that we would not be able to obtain the

3   affirmative vote of that class.

4   Q     Now in working with Oaktree, in reaching out to

5   Oaktree, were you successful in brokering a settlement that

6   was satisfactory to Oaktree, Centerbridge, and the

7   committee?

8   A     Unfortunately, no.

9   Q     Now if you go back to the chart, it's the timeline, I

10  think it's Slide 7, the efforts to resolve the LBO related

11  claims, the next item is May 10, 2010, examiner is

12  appointed.  Do you see that?

13  A     Yes.

14  Q     And what was your understanding of the job that the

15  examiner was given as it related to the LBO related claims?

16  A     The examiner was to investigate the facts and to

17  evaluate potential claims arising there from.

18  Q     And he did that in and eventually he issues a report

19  on July 26.  Correct?

20  A     Yes.

21  Q     What was the impact of the July 26 report on the April

22  settlement in your view?

23  A     In my view, it made the April settlement impossible to

24  proceed with as structured.

25  Q     And why was that?

1   A      The examiner's conclusions with respect to the

2   potential for intentional fraud in connection with Step 2,

3   made it in my view, unrealistic to believe that the releases

4   that were to be delivered under the global plan would ever

5   be approved by the Court.

6   Q      Were there any other factors?  Did the examiner report

7   have any other impact on the negotiations?

8   A      The examiner report was viewed by the lender community

9   as a vindication of Oak Tree's position.  That at least with

10  respect to the claims that had the largest dollar recovery

11  associated with them, that being the Step 1 claims, you

12  know, they were right and that the $450 million settlement

13  was too high.  I should also mention that even before the

14  examiner issued its report, you know, it was no clear

15  whether we had a -- we were -- we would be successful in

16  obtaining the affirmative vote of the class given Oaktree's

17  effort to try to, you know, create a blocking position in

18  the senior debt.  So I think it was, you know, I don't know,

19  I guess if you're dead once, it doesn't matter if you're

20  dead twice, but the combination of the two made it

21  impossible, in my view, to proceed with the plan, the global

22  plan, the $450 million plan as we had structured it in

23  April.

24  Q      And what -- at that juncture, what did the debtor do

25  given the fact that this plan seemed to have problems?

1    A      Well, we tried to regroup.  So the first thing we

2    needed to do and everybody was doing it in their own offices

3    was to try to figure out what did this examiner report

4    really say?  What did it mean?  And, you know, as all of you

5    know who have seen the examiner report, it's not something

6    that you can, you know, sit down with in one evening and

7    digest.  And so it's a very large report, a very large

8    document, very dense.  A lot of very thorough work.  And so

9    I'd say that that first week, you know, everybody was sort

10   of trying to feel their way around, you know, what did this

11   mean?  I think for us it meant that any new plan that was to

12   be formulated by Tribune Corporation would have to preserve

13   claims that were released under the plan, our plan, the

14   April plan, if you will.  And that necessitated the creation

15   of a litigation trust, if you will, whereby those claims

16   would be placed into the trust and pursued by a litigation

17   trustee subsequent to the emergence by Tribune from Chapter

18   11.

19   Q      And were there discussions with the other parties

20   about trying to restructure the deal?

21   A      Yes.

22   Q      And could you describe who you were talking to during

23   that July, early August timeframe about potentially

24   restructuring the deal?

25   A      It was the same cast of characters now including

1   Oaktree.  And so what we're trying to do is to, you know,

2   sort of create a new settlement, if you will, that would

3   hopefully enjoy the support of the three key institutions

4   and the senior lender debt, senior bank debt, as well as,

5   Centerbridge who was still the largest bondholder by a, you

6   know, significant margin.  They hadn't sold any of their

7   debt as of this point in time in the creditors' committee.

8   Q    And how would you characterize the discussions during

9   this July/August timeframe with regard to potentially

10  restructuring the earlier settlement?

11  A    Difficult, contentious.

12  Q    Were the banks willing to pay the $450 million that

13  was in the original deal?

14  A    No.

15          MR. ZENSKY:  Your Honor, can I ask that that be

16  rephrased?  I assume he's asking --

17          MR. BENDERNAGEL:  I'll rephrase the question.  In

18  connection --

19          THE COURT:  Well, Mr. Bendernagel, would you like

20  to make a motion, Mr. Zensky to strike the answer?

21          MR. ZENSKY:  I'm sorry, I didn't hear --

22          THE COURT:  Would you like to make a motion to

23  strike the answer?

24          MR. ZENSKY:  I would, Your Honor, thank you.

25          THE COURT:  Granted.

1      MR. ZENSKY:  I didn't hear the witness had

2  answered.

3      THE COURT:  Okay.

4  BY MR. BENDERNAGEL:

5  Q    Let me rephrase the question.  In connection with the

6  negotiations, did you develop an understanding as to what

7  the bank's position was with respect to paying $450 million

8  in connection with a settlement that would have a litigation

9  trust?

10 A    They weren't prepared to do it.

11 Q    And were any of the other parties to the settlement

12 prepared to do that?

13 A    To pay $450 --

14 Q    No, were they willing to accept $450 million in the

15 litigation trust?

16 A    Yes.

17 Q    And which parties was it your understanding were

18 willing to proceed in that fashion?

19 A    The Centerbridge post examiner report was prepared to

20 proceed with the original deal at the original price which

21 for them was a 7.4 percent strip.

22 Q    Okay.  Now you indicated that 7.4 percent strip

23 earlier.  Can you explain what 7 --

24      MR. ZENSKY:  I'm sorry, but I have to interrupt.

25 I believe that Mr. Bendernagel just elicited testimony that

1  was blocked in discovery on the basis of common interest.

2  There was a claim that the debtor, JP Morgan, and

3  Centerbridge had a common interest up until August 9 and Mr.

4  Bendernagel just elicited testimony about what

5  Centerbridge's position was I believe in that very timeframe

6  that he's focusing on.

7  BY MR. BENDERNAGEL:

8  Q     Your Honor, excuse me, but I take it these

9  negotiations continued after August 9, did they not?

10 A     Yes.

11 Q     And did you have discussions with Centerbridge

12 regarding the subject matter we are talking about after that

13 December 9 -- August 9 timeframe?

14 A     Yes.

15 Q     If I can go back to where I was before the objection,

16 you had mentioned a 7.4 percent strip.

17 A     Right.

18 Q     Can you explain what a strip is first of all?

19 A     Sure.  The plan consideration as we had contemplated

20 it and this was -- there was no controversy around this that

21 I was aware of was to, you know, deliver plan consideration

22 in two forms.  There would be a cash component.  There would

23 be an amount of new debt that would be issued by the Tribune

24 Corporation that would be distributed to creditors on a

25 prorated basis.  And then, of course, there would be the

1  equity of the reorganized company.  And so when I refer to a

2  strip and a 7.4 percent strip, what that meant was that

3  Centerbridge would receive 7.4 percent of the cash, 7.4

4  percent of the notes, and 7.4 percent of the equity.

5  Q    Now how did the strip come about?  Why was it used for

6  the April settlement?

7  A    Right.  It was as you would expect, a specifically

8  negotiated point in connection with the April deal.  The

9  banks made it very clear that they were not prepared to pay

10  Centerbridge in the form of cash and Centerbridge quickly

11  agreed that they would take their recovery in the form of a

12  strip.

13  Q    Now in this August timeframe, you indicated there were

14  negotiations going back and forth as to what to do with

15  respect, if anything, at the April settlement.  Do you

16  recall that?

17  A    Right.  During which period, Mr. Bendernagel?

18  Q    The August timeframe.

19  A    Right.

20  Q    Did these discussions ever lead to a new settlement?

21  A    No.  We came very close, but we were not successful.

22  Q    At that juncture in time, what did the debtors -- what

23  were the debtors' options?

24  A    Well, the last -- my last realistic hope of forging a

25  new deal that I was able to work a straight that involved

1  the parties that I've just described, Centerbridge on the

2  one hand, the three significant institutions and the bank

3  lending group on the other, the creditors' committee

4  terminated on August 19 during a face to face meeting that I

5  participated in at Centerbridge.  Where I thought we were

6  really close to getting something done and if we could just

7  have one more move, we could make it happen and that failed.

8  And I reached the conclusion that I had exhausted all of my

9  tools and all of my abilities to try to make this happen on

10 my own, our own.  I certainly wasn't the only person engaged

11 in settlement discussions, lawyers were involved and, you

12 know, people are talking to themselves.  So I don't mean to

13 imply that all of this was running through me, but I think I

14 was the one again, trying to pull everybody together and I

15 concluded that we just weren't going to be successful in

16 making that happen on the 19th.  And so it was incumbent

17 upon us to determine where do we go from here.  And what we

18 decided was that we needed some help.  And what we needed

19 was the assistance of a mediator who would have a

20 significant or sufficient amount of statute to try to, you

21 know, corral this very difficult, very strong minded group

22 of creditors and hopefully through a mediation process that

23 was led by that mediator, accomplish what, you know, we were

24 not able to accomplish after the examiner report came out

25 and bring the parties together.

1  Q    And at this point in time, did the committee -- the

2  special committee was established at Tribune.  Correct?

3  A    Yes.

4  Q    And what was your understanding of the purpose of the

5  special committee?

6  A    The purpose of the special committee was to control

7  the reorganization process from that point forward and to be

8  the ultimate decision maker with regard to determinations

9  that had to be made by the company.

10  Q    And who was on the special committee?

11  A    There were four directors of Tribune Corporation who

12  were appointed to the special committee; Mark Shapiro who

13  became chairman of the creditors' committee, Maggie

14  Wulderader [ph], Frank Wood, and Jeffrey Burk.

15  Q    Now did you think the establishment of the special

16  committee was a good idea at that juncture?

17  A    Yes.

18  Q    And why did you think that?

19  A    I thought it was very important given the fact that

20  the global plan had collapsed, our plan effort had failed.

21  You know, there was an increasing likelihood, if not

22  probability that we were headed into some pretty heavy

23  litigation and I felt it was important to have the

24  independence of the special committee available to make

25  decisions that the company would need to make in that

1  regard.

2  Q     Who's idea was the special committee?

3  A     Mr. Leibentritt.

4           MR. BENDERNAGEL:  Okay.  Now, Your Honor, this

5  would be a good time to take the morning break if --

6           THE COURT:  Well --

7           MR. BENDERNAGEL:  Or do you want me to keep

8  going?

9           THE COURT:  I was thinking since we've got less

10 than an hour we'd keep going, but if you need a break or if

11 Mr. Kurtz needs a break, we'll take five minutes.

12          MR. KURTZ:  I'm good.  Whatever --

13 (Laughter)

14          MR. BENDERNAGEL:  Cooperative witness, Your

15 Honor.

16 (Laughter)

17          THE COURT:  Well, it's early yet, you know.

18          MR. BENDERNAGEL:  Yeah.

19          MR. KURTZ:  Yeah, no promises for this afternoon.

20          MR. BENDERNAGEL:  All right, let's keep going.

21          MR. KURTZ:  Okay.

22 BY MR. BENDERNAGEL:

23 Q     You've now got a situation where you've -- we're at

24 the end of August or late August.

25 A     Right.

1    Q      The special committee has been appointed.

2    A      Right.

3    Q      The -- there's been a request for a mediator and a

4    mediator has been appointed.

5    A      Yes.

6    Q      What happens next?

7    A      Well, a couple of things happen.  First, we begin

8    preparing for the mediation.  And the mediation gets

9    scheduled for the 26th and 27th of September, a Sunday and a

10    Monday in Wilmington.  The mediator requested from all of

11    the parties participant statements of their position, if you

12    will, prior to the mediation.  And so there was a

13    significant amount of activity involved in preparing those

14    statements.  Number two, we also had a new participant at

15    the Tribune Corporation who we began to work with and that

16    was the Jones Day law firm.  Because upon the establishment

17    of the special committee, the special committee hired Jones

18    Day as its counsel to advise them.  And the Jones Day firm

19    became a very active participant in the events that

20    transpired during the months of September and October.  And

21    so as whereas before, it was kind of company, Lazard,

22    Sidley, sort of day to day on the ground, now it's company,

23    Lazard, Sidley, Jones Day.  On a separate path, we continued

24    to try to, you know, rekindle the settlement negotiations

25    and so, you know, now we had the backdrop of the mediation

1    about to begin at the end of September and we reached out to

2    all of the same people, you know, Centerbridge, the three

3    senior lenders, the creditors' committee, to determine

4    whether there was any opportunity to strike a deal before

5    the mediation actually began.

6    Q      And what kind of reception did you get from the

7    various parties?

8    A      Centerbridge's position as I understood it was that

9    they were going to wait for the mediation and, you know,

10   deal with these issues in connection with the mediation.

11   And so, you know, while we always, I always had a cordial

12   relationship with Centerbridge and, you know, I probably had

13   over a hundred conversations with them over, you know, the

14   period of months, I don't -- I can't say.  There didn't seem

15   to be a willingness on their part to further engage at that

16   point with the mediation about to begin.  We did have

17   conversations with the lenders with regard to the

18   possibility of some form of plan of reorganization that we

19   might be prepared to move forward with and those discussions

20   also failed.

21   Q      Did you have discussions with Aurelius during this

22   time period?

23   A      No.

24   Q      And why not?

25   A      Well, there were a couple reasons.  First, I had had a

1  conversation with Mr. Gropper from Aurelius.  It was

2  sometime in early August.  I was away on vacation.  He sent

3  an email that he wanted to talk.  He wanted to talk quickly

4  and so I called him from vacation, but -- I was listening to

5  Mr. Zensky yesterday and that's true, it was not a good

6  connection.  I was in Russia and so we did discuss enough in

7  that conversation to led me to conclude that at least as of

8  that point in time, you know, settlement with Aurelius was

9  not something that was possible.  And I based that on, well,

10 Mr. Gropper told me two things during that conversation.

11 Number one, that Aurelius had increased its deposition and

12 the notes.  And so I think at this point, now they were up

13 to around $250 million.  And he told me that he expected to

14 be paid in full from the banks.  And I didn't believe that

15 paid in full, especially in light of the fact that we had

16 been at $450 million only shortly before, I didn't think

17 that that was terribly conducive to obtaining a settlement.

18 In the meantime, during the month of August as I have just

19 testified, we were in very active conversations with

20 Centerbridge.  And so I was certainly talking to the largest

21 noteholder by a factor of, you know, let's call it

22 Centerbridge owns $400 plus million, Aurelius is at $250 at

23 that point in time.  So I continued to speak to

24 Centerbridge, met with Centerbridge.  I believed that we had

25 the noteholder position at the table through those

1   discussions with Centerbridge.  And then Centerbridge also

2   indicated to me that they were in turn speaking to Aurelius.

3   And, you know, that's why I neither reached out further to

4   Aurelius and, you know, I think it's fair to say I never

5   heard from them again either, at least until the mediation.

6   Q    Well, let's -- I'd like you to take a look at a

7   document that Mr. Zensky used yesterday at -- in his

8   opening.  It's Exhibit DCL-999.  That's a September 23 email

9   from Mr. Leibentritt to various people including, I believe

10  yourself.

11  A    Yes.

12  Q    Do you have that document in front of you?

13  A    Yes.

14  Q    I take it you've seen this document before?

15  A    Yes.

16  Q    And could you describe for the Court what essentially

17  this series of emails relates to?

18         MR. ZENSKY:  Excuse me, Your Honor, I have an

19  objection to form.  I'd just that it be broken down a bit

20  rather than asking for a narrative on the entire document.

21         MR. BENDERNAGEL:  All right.  Well, let me ask

22  generally, focusing on the email from Mr. Leibentritt of

23  September 23.  It starts on the bottom of Page 1, goes over

24  to Page 3 and then it has an attachment from Mr. Whitman.

25  Do you see that document?

1          MR. KURTZ:  Yes.

2          MR. BENDERNAGEL:  I take it you reviewed this

3   document.  Is that correct?

4          MR. KURTZ:  I have reviewed the document.

5          MR. BENDERNAGEL:  And just summarizing generally,

6   what's your understanding of what Mr. Leibentritt's doing in

7   this document.

8          MR. ZENSKY:  Your Honor, the same objection,

9   sorry.

10          THE COURT:  Sustained as to form.

11  BY MR. BENDERNAGEL:

12  Q    Okay.  If you take a look at the Leibentritt email, he

13  talks on Page 2 abut a Plan A, a Plan B, and something

14  called a pure purity plan.  Do you see that?

15  A    Yes.

16  Q    And what were those different plans?  At least what

17  was your understanding as to what those different plans

18  were?

19  A    The difference between Plan A, Plan B, and pure purity

20  is that your question?

21  Q    Yeah, as a general matter, what was your

22  understanding?

23  A    Okay.  Plan A was a settlement plan.  And as outlined

24  in Mr. Leibentritt's email, it would involve a payment by

25  the senior lenders in the amount of $220 million which taken

1    together with their what we call the natural recovery, the

2    recovery that the senior lenders would realize from the

3    company pursuant to the waterfall without any augmentation

4    for litigation claims would deliver $300 million to total

5    value.  So that was part number one.  Then there would be an

6    additional payment made in the amount of $150 million.  That

7    would be in settlement of the disgorgement claims against

8    the four major Step 2 lenders, JP Morgan, Citi, Merrill and

9    B of A, the total liability being -- their total liability

10   being $220 million, but it would settle all of those

11   disgorgement claims for $150 million.  And so if this

12   happened the way Mr. Leibentritt had outlined it, the

13   noteholders would have recovered $450 million which was the

14   same number that we had back in April.

15   Q    And what was Plan B?

16   A    Well as Mr. Leibentritt indicates down on the bottom,

17   Plan B is what we call the modified purity plan.  The

18   modified purity plan contemplated that there would be a

19   Court determination with respect to claims arising out of

20   Step 1 prior to emergence from Chapter 11.  Now why focus on

21   Step 1 alone?  The focus on Step 1 was based upon the

22   realization and I don't think this is in dispute by, you

23   know, many of the parties that in the event that at least

24   based upon how the waterfall flows, in the event that Step 1

25   is determined not to be a fraudulent conveyance and assuming

1  that the Step 1 lenders can participate to the full extent

2  of their entitled recovery based upon a finding that that is

3  valid, then, you know, they would be entitled to the vast

4  majority of the value of the company just given the size of

5  their claims.  And also having our company claims flow.  And

6  so if we could obtain a determination as to whether Step 1

7  on a standalone basis was a fraudulent conveyance, it would

8  allow us to distribute most of the plan value upon our

9  emergence and have a much smaller holdback to deal with the

10 potential implications of a determination that Step 2 was a

11 fraudulent conveyance.  And, of course, we would also have

12 the litigation trust to pursue the claims that were to go

13 into the litigation trust.

14 Q    And what was the pure purity plan?

15 A    The pure purity plan was just a pure holdback plan

16 where nothing is resolved prior to confirmation.  A

17 sufficient amount of value was placed in a litigation trust

18 or some form of trust to satisfy the obligations of the pre-

19 LBO creditors and the company would emerge from bankruptcy

20 with that value in that litigation trust.

21 Q    Now the pure purity plan is described in greater

22 detail in the Whitman attachment to the Leibentritt

23 analysis.  Is that correct?

24 A    Well, this was Whitman's rendition of the pure purity

25 plan.  I'm not sure that it was more than that.

1  Q     And I take it you're familiar with Mr. Whitman's

2  rendition of this plan.  Is that correct?

3  A     Yes.

4  Q     Would this plan have worked?

5  A     This plan would not have worked --

6          MR. ZENSKY:  Objection, Your Honor.  We were

7  foreclosed from asking this question at the deposition based

8  on an alleged attorney/client communication and I can cite

9  the deposition transcript if need be.

10          MR. BENDERNAGEL:  I don't remember, that, Your

11  Honor.  Maybe he ought to cite the deposition transcript.

12          THE COURT:  All right, one moment.  Go ahead, Mr.

13  Zensky.

14          MR. ZENSKY:  Your Honor, at Page 412, Mr. Hurley

15  asked the witness at deposition, to your knowledge, did the

16  debtors ever reach a conclusion that a plan with that type

17  of structure, in other words, putting all of the claims in

18  the litigation trust with the company -- that the company

19  would not be able to get out of bankruptcy with such a plan.

20  And Mr. Bendernagel objected and instructed him not to

21  answer to the extent it calls for information that might

22  impinge on attorney/client privilege or work product.  And

23  continued, I don't want you, meaning Mr. Kurtz, if your

24  opinion in that regard is based on what the lawyers told you

25  about whether the plan would work, that's problematic.  And

1  then if you answer outside of that, I'll let the witness

2  answer.

3            THE COURT:  And then what happened?

4            MR. ZENSKY:  Okay.  It continues, did the debtors

5  ever reach a conclusion that the plan with the type of

6  structure, the pure purity type of structure would that --

7  would the company would not be able to get out of

8  bankruptcy, would that kind of construct?  Same instruction.

9  And then the witness answered consistent with the

10  instruction, we did not, to my knowledge, reach a conclusion

11  as to whether it was feasible or not feasible.  So either's

12  been blocked by attorney/client privilege or the witness has

13  said the never reached a conclusion.

14            MR. BENDERNAGEL:  Well, it's not blocked by

15  attorney/client privilege, he answered the question.

16            MR. ZENSKY:  Well --

17            THE COURT:  Well so --

18            MR. ZENSKY:  Consistent with the instruction you

19  gave him.

20            THE COURT:  -- let me ask you this.  In light of

21  that, do you still press your objection to the question?

22            MR. ZENSKY:  Either on the attorney/client bat or

23  on foundation, he said they never reached a conclusion four

24  days ago.

25            THE COURT:  Any response?

1          MR. BENDERNAGEL:  Your Honor, I think that the

2    answer that he gave in that context if I could have the

3    transcript back was I think I know how to answer.  We did

4    not, to my knowledge, reach a conclusion as to whether it

5    was feasible or not feasible.

6          THE COURT:  Overruled.  You may answer the

7    question.  Do you remember it?

8          MR. KURTZ:  The question was -- I'm sorry, please

9    -- I'd like you to ask the question.

10   BY MR. BENDERNAGEL:

11   Q    I think the question was did you come to a conclusion

12   as to whether Mr. Whitman's plan would work and, you know,

13   you've heard what you testified to at your deposition.  Is

14   that still your position?

15   A    Well, the Whitman plan could work if the lenders

16   accepted it.

17   Q    Okay.  If the -- okay.  I'll move on, Your Honor.  One

18   last question about this document that's been marked as

19   Exhibit 999.  If you'll look at the top of Page 3 of the

20   Leibentritt email, he states, you may know that as of last

21   Friday, Centerbridge sold out its position in the bonds, the

22   word being to Aurelius [indiscernible] terrorists, and/or

23   its friends.  Do you see that statement?

24   A    Yes.

25   Q    Now you -- is it your view that Aurelius is a

1   terrorist?

2   A       No.

3   Q       How would you characterize Aurelius, you know, in

4   terms of its positioning in these types of proceedings?

5   A       Tough and hardnosed.

6   Q       Now have you had dealings with Aurelius in the past?

7   A       Many.

8   Q       How would you characterize your dealings with

9   Aurelius?

10  A       Completely cordial.

11  Q       Now in connection after Centerbridge --

12  A       Although we frequently -- we don't always agree, but

13  even when we disagree, the discussions are cordial.

14  Q       Now after Centerbridge bought out Aurelius, did you

15  approach Aurelius?

16              MR. ZENSKY:  I think you mean the reverse.

17              MR. BENDERNAGEL:  Yeah, well, we could only hope.

18  (Laughter)

19  BY MR. BENDERNAGEL:

20  Q       Let me rephrase, Your Honor.  After Aurelius bought

21  out Centerbridge --

22  A       Yes.

23  Q       -- did you approach Aurelius regarding potential

24  settlement structures?

25  A       Yes.

1    Q    And what was the response?

2    A    Mr. Gropper told me that Aurelius had no interest in

3    engaging in discussions with the company.

4    Q    Now if you go back to the timeline which is page --

5    Slide 7, we're now to the point in late September and it

6    indicates that the mediation statements were due on

7    September 20.  Is that consistent with your recollection?

8    A    Yes.

9    Q    And the first mediation session takes place on

10   September 26 and 27.  Do you see that?

11   A    Yes.

12   Q    Did you attend that session?

13   A    Yes.

14   Q    Now was any type of settlement reached at that

15   mediation?

16   A    Yes.

17         MR. BENDERNAGEL:  Your Honor, at this juncture,

18   I'd ask the witness to look at Exhibit 383.  It's in the

19   binder.  It's the mediator's report dated September 28,

20   2010.

21         MR. KURTZ:  I have it.

22   BY MR. BENDERNAGEL:

23   Q    Are you familiar with this document?

24   A    I am.

25   Q    What is this document?

1  A      This is a term sheet that reflects the settlement that

2  was reached at the first mediation session.

3  Q      And who were the parties to this settlement?

4  A      The company, Angelo Gordon, and Oaktree.

5  Q      And have you prepared a term -- a slide summarizing

6  the major points with respect to this settlement?

7  A      Yes.

8  Q      And if you would take a look at what I believe is

9  Slide #8, I mean, 9, entitled September Settlement $328

10  million.  Do you see that?

11  A      Yes.

12  Q      Was this prepared at your direction?

13  A      Yes.

14  Q      Could you summarize what this purports to show?

15  A      Right.  This purports to show a settlement where by

16  Step 1 avoidance claims against the senior lenders, the

17  senior loan agent, the senior loan arrangers, and Step 1

18  selling stockholders would be resolved in exchange for the

19  senior lenders forgoing $328 million of cash recoveries that

20  they would otherwise be entitled to.

21  Q      And --

22  A      Assuming Step 1 was valid.

23  Q      And how much would the noteholders receive in

24  connection with this settlement?

25  A      They would receive a total of $300 million, $238

1  million coming from the senior lenders, the remainder

2  through their natural recovery, producing a percentage

3  recovery of approximately 23 percent.

4  Q     And how would the other parent general unsecured

5  creditors be treated?

6  A     The parent general unsecured creditors would receive

7  the same 23 percent, subsidiary general unsecured creditors

8  would receive 50 percent recovery on their claims.

9  Q     And what was going to happen to the causes of action

10 that weren't being settled by this deal?

11 A     As I indicated on the chart in the second to last

12 bullet point, other LBO related causes of action would be

13 assigned to a litigation trust for prosecution.

14 Q     And just going back to the second bullet point, it

15 says noteholders receive $300 million in cash.  Do you see

16 that?

17 A     I do.

18 Q     Now that's different than the strip approach that was

19 used in the April settlement.  Correct?

20 A     Right.

21 Q     Why was cash used in connection with this settlement?

22        MR. ZENSKY:  Objection, Your Honor.  May I be

23 heard for a moment?

24        THE COURT:  Yes.

25        MR. ZENSKY:  This was an issue that was explored

1  during deposition and it got into the intersection of what

2  happened at the mediation and what didn't.  And I think we

3  were frustrated in attempting to find this out.  So I think

4  that the testimony at a minimum has to be clear that we're

5  not going to now allow people to talk about the mediation

6  when we were not allowed to explore it in discovery.

7           MR. BENDERNAGEL:  Let me rephrase the question.

8  I can take care of this.

9           THE COURT:  All right.

10           MR. BENDERNAGEL:  I'm not asking you, Mr. Kurtz,

11  to talk about the back and forth.  I just want you to

12  explain what was your understanding as you exited the

13  mediation as to what the benefits -- what the benefits or

14  detriments of using cash as opposed to strip were.

15           MR. KURTZ:  My understanding was that the $300

16  million would be paid in cash and it was right to do it that

17  way at that point in time.

18           MR. BENDERNAGEL:  Why do you say that?

19           MR. KURTZ:  Because what we were solving for was

20  a $300 million payment to the lenders.  The only way to

21  ensure, excuse me, the noteholders.  The only way to ensure

22  that the noteholders would actually receive $300 million was

23  to pay it in cash.  And so we were concerned about

24  introducing valuation issues into the mix in this regard for

25  a couple of different reasons.  Number one, we were

1    concerned that if we utilized the valuation that we were

2    working with at that point in time which actually was a

3    larger number than the 6.1 that we were utilizing back in

4    April, it opened the door to a potential argument by someone

5    that well, wait a minute, we're not really getting $300

6    million because your valuation is too high.  And so we could

7    have had litigation over the valuation.  The other risk that

8    we wanted to eliminate was what if everybody agreed that the

9    valuation, the Lazard valuation whatever it would have been

10   at that moment, as of that point in time was completely

11   correct, but, you know, sometimes values go up and sometimes

12   values go down.  And so what if the value went down?

13   Turbulence in the financial markets, problems --

14            THE COURT:  Someone has enacted PDA on this side

15   of the bar.  Let me ask you to turn it off.  See if that

16   solves the problem.

17            MR. KURTZ:  If the value went down, let's say by

18   10 percent, this $300 million settlement just became a $270

19   million settlement.  And so we felt under these

20   circumstances that the right way to structure a $300 million

21   payment to the noteholders in a world where unfortunately,

22   we didn't have the noteholders in agreement with us at that

23   point in time was to pay it in cash.

24   BY MR. BENDERNAGEL:

25   Q    Now you indicated that the value could go up, could go

1  down.  At that point in time, what was the value that Lazard

2  was working with in late September?

3  A    Well, we had not reached a conclusion on value but, it

4  was somewhere in the I want to say $6.7 to $6.8 billion

5  range.

6  Q    And were the other parties to the negotiations aware

7  of that during that time period?

8  A    Yes.

9  Q    Now the original valuation back in the March or back

10  in the April settlement was pinned to $6.1 billion.  Is that

11  correct?

12  A    Well, it really wasn't pinned to anything.  The

13  settlement was structured as a 7.4 percent strip of value.

14  And so it was complete indifferent to the valuation.  We

15  talk about it as a $450 million deal because 7.4 percent at

16  a $6.1 billion enterprise value yields a $450 million

17  payment.  But it wasn't in any way contingent upon a value

18  or dependent upon a value or driven by a value.

19  Q    But at that juncture, the value that you were talking

20  about was $6.1 billion back in the April timeframe?

21  A    Yes.

22  Q    When did you first start to believe that that number

23  might get to be higher at some point?

24  A    Well, as we watched the Tribune operating performance

25  improve through the 2010 calendar year and run ahead against

1    the forecasts, we were watching that valuation and I would

2    say that by the summer of 2010, we were thinking that if we

3    did the valuation over at that point in time, it would be

4    higher number.  And the number we were working with at that

5    stage was $6.5 billion.

6    Q      Now did you make that known to the other creditor

7    constituents?

8    A      I believe we made it known to everyone who had signed

9    a confidentiality agreement.

10   Q      I see.  Now was the September settlement presented to

11   the special committee?

12   A      Yes.

13   Q      And did you participate in that presentation?

14   A      Yes.

15   Q      And what did the special committee decide?

16   A      They decided to approve the settlement.

17   Q      Now following September 28, what happened?  What does

18   the debtor do with respect to moving forward with the

19   process?

20   A      We immediately go to work on expanding the parties

21   participating in the settlement with the view toward

22   increasing the consideration that would be available there

23   under.

24   Q      And why did you do that?

25   A      Well, it -- if you -- well, if you take a look at DCL

1  Exhibit 383 which I believe you showed me earlier, the

2  mediator makes clear what was absolutely consistent with our

3  intention which is that the mediator is confident that the

4  proposed plan will lead to additional constructive

5  discussions between and among the debtors and other parties.

6  Accordingly, the mediator does not consider the mediation to

7  be closed.  And so we immediately begin the work of trying

8  to promote additional constructive discussions among other

9  parties that had not participated in the settlement that I

10  just describe a few moments ago.

11  Q     Were those efforts eventually successful?

12  A     Yes, after two more mediation sessions they were

13  successful.

14  Q     And if you could take a look at Exhibit 384, do you

15  recognize Exhibit 384?

16  A     Yes, I do.

17  Q     And what is Exhibit 384?

18  A     This is the mediator's second report which attaches as

19  an exhibit.  The second settlement that was arrived at as a

20  result of the second and third mediation sessions.

21  Q     And who was a party to this particular agreement?

22  A     Well, in addition to the three parties to the first

23  settlement, Tribune, Angelo Gordon, and Oaktree, this

24  settlement enjoyed the support of the creditors' committee,

25  as well as, JP Morgan.

1    Q      If you'd take a look at the I think 9th and 10th, the

2    10th and 11th slides in the deck, they're entitled October

3    Settlement $521 million, plus significant LT concessions.

4    Do you see that?

5    A      Yes.

6    Q      And was this document prepared under your direction?

7    A      Yes.

8    Q      And what is this document?

9    A      This document describes the salient terms of the

10   second settlement.

11   Q      Could you walk the Court through those terms, please?

12   A      Excuse me, yes, I will.  Under this settlement, Step 1

13   and Step 2 avoidance claims would be resolved as they exist

14   against or reportedly exist against senior lenders, senior

15   loan arrangers, and Step 1 selling shareholders in exchange

16   for the senior lenders forgoing $401 million of cash

17   recoveries.  The -- in addition, the Step 2 disgorgement

18   claims, so now what I'm talking about are disgorgement

19   claims that arose or would arise in the event that Step 2

20   were determined to be a fraudulent conveyance.  This is to

21   claw back payments that were made in account of Step 2 debt

22   were settled for $120 million.  And that settlement was

23   backstopped by JP Morgan, Merrill Lynch, Bank of America,

24   and Citicorp.  And so while they weren't the only parties

25   exposed on those -- on that -- those disgorgement claims,

1  they agreed to underwrite the settlement for the entire

2  group in the amount of $120 million.  Based upon this, the

3  noteholders cash recovery increase from $300 million to $420

4  million in cash amounting to a percentage recovery of 32.73

5  percent plus litigation trust recoveries, and later, we

6  describe the litigation trust recoveries.  Another important

7  component part of the second settlement, if you will, were

8  concessions by the senior lenders with regard to their

9  participation in the litigation trust.  And so rather than

10  the senior lenders participating to the extent of their pro-

11  rata share in the litigation trust and the next page of this

12  chart illustrates this point, you know, they agreed in

13  connection with this deal that the first $90 million of

14  those recoveries would go to non-LBO creditors.  And so

15  there would be no sharing by the senior lenders.  And then

16  the next $20 million of recoveries would go to repay a $20

17  million loan that the company would make to offset costs of

18  the litigation trusts.  The litigation trust and thereafter

19  the non-LBO creditors would recover 65 percent of litigation

20  trust recoveries until they were paid in full with the LBO

21  lenders receiving 35 percent of their recoveries until they

22  were paid in full which was a substantial improvement over

23  what the pro-rata recoveries would have been.  Which as I

24  recall, would -- if you did it on a pure pro-rata basis, it

25  would be approximately 81 percent in favor of the lenders

1  and 19 percent in favor of the pre-LBO debt holders.

2  Q     And I take it under the September settlement, pro-rata

3  sharing was how the litigation trust was going to be

4  handled.  Is that correct?

5            MR. ZENSKY:  Objection, leading, Your Honor.

6            THE COURT:  Sustained.

7  BY MR. BENDERNAGEL:

8  Q     Let me rephrase the question.  Under the September

9  settlement, there was going to be a litigation trust.

10 Correct?

11 A     Yes.

12 Q     And how was the sharing going to be handled under that

13 litigation trust?

14 A     Pro-rata straight down the line.

15 Q     And under a pro-rata sharing, who would get what?

16 A     Well, as I indicated, that's where the senior lenders

17 would get 80 -- slightly over 80 percent and everybody else

18 would get the remainder.

19 Q     Now was this -- now if you take a look at the first

20 page of the slide, the slide that's marked 10, it identifies

21 preserved causes of action.  Do you see that?

22 A     Yes.

23 Q     What were the preserved causes of action and where

24 were they going to go?

25 A     These were claims that were preserved for assignment

1   to the litigation trust that was to be established under

2   this plan.  And they break down as follows.  Avoidance

3   claims against Step 2 shareholders.  As I indicated when I

4   walked through the schematic with respect to Step 2, there

5   was $4 billion of payments made to Step 2 shareholders in

6   connection with Step 2.  In the event that a Court were to

7   conclude that intentional fraud existed in Step 2, there

8   would be an action available to recover those payments from

9   Step 2 selling shareholders because they, you know, 540 good

10  faith defense would not be available.  So that was number

11  one.  Number two were claims against directors and officers

12  including $200 million in potentially applicable directors

13  and officers liability insurance and so there were no

14  releases to be granted under this plan to directors or

15  officers whatsoever.  Claims against EGI and Sam Zell,

16  claims against the advisors to recover fees and/or damages,

17  and claims against Morgan Stanley.

18  Q     Now you indicated --

19  A     Who was the special committee advisor.

20  Q     -- there were no releases to be granted under this

21  plan and I take it you're talking about with respect to the

22  LBO claims.  Is that correct?  Unless you were a settling

23  party.

24  A     Yes.  There was a -- you know, obviously, the settling

25  parties would obtain releases in exchange for the

1   consideration that they were paying.  And there was also to

2   be a release for Step 1 selling shareholders.

3   Q    And what was your understanding as to the basis for

4   the Step 1 selling shareholder release?

5   A    The senior lenders insisted that in consideration of

6   the payments that they were making to facilitate these

7   settlements, that Step 1 selling shareholders needed to be

8   released.

9   Q    Now was the October settlement presented to the

10  special committee?

11  A    Yes.

12  Q    And did you participate in that presentation?

13  A    Yes.

14  Q    If you could turn to the exhibit that's been marked

15  1020, the very last exhibit in the binder.  Do you see this

16  document?

17  A    Yes.

18  Q    Do you recognize this document?

19  A    Yes.

20  Q    And what is this document?

21  A    This is the presentation that was made, a copy of the

22  written presentation that was made to the special committee

23  on, I believe it was October 11.  I think this book is dated

24  October 10, but the meeting itself occurred on October 11

25  that lays out the second settlement as I've just described

1    it.

2    Q    Did you participate in that presentation?

3    A    Yes.

4    Q    What was your role?

5    A    It was my role to present the first several pages of

6    these materials.

7    Q    And the first several pages are background and

8    summary.  Do you see that?

9    A    I'm sorry?

10    Q    The first two pages, what do they reflect?

11    A    The terms of the first settlement.

12    Q    And turning to Page 3, what's set forth here?

13    A    The terms of the second settlement.

14    Q    And that goes over to Page 4?  Is that correct?

15    A    Yes.

16    Q    And what's on Page 5?

17    A    Confirmation considerations.  And so what we wanted to

18    make sure of was that we, you know, established the

19    appropriate context for the settlement.  And so, you know,

20    on the good news side, you know, we believed that now with

21    JP Morgan, Angelo Gordon, Oaktree, and the creditors'

22    committee onboard, it was highly likely that the senior

23    lender class would approve this settlement which, you know,

24    as you know, based upon my prior testimony was a big issue

25    for us the first time around.  Now we were fairly certain we

1   had that vote.  This provides for the distribution of all of

2   Tribune's new common stock at emergence.  And so, you know,

3   avoids potential complications associated with the

4   establishment of a litigation trust and having to place a

5   meaningful amount, a fairly significant percentage of

6   Tribune equity in that litigation trust.  In fairness, we

7   wanted to make sure the Board understood that there would be

8   opposition to this plan.  The -- we did not unfortunately

9   enjoy the support at this point in time of any of the senior

10  noteholders who are participating in the process, nor the

11  bridge holder, the bridge debt holders, nor for that matter,

12  the PHONES.  And we advised the board that it was very

13  likely that these parties would, you know, do everything

14  they could to try to oppose this settlement and block it

15  from being approved by the Court.

16  Q     Now what is reflected on Page 6?

17  A     This is intended to layout in numerical form, the

18  recoveries available to creditors both under what we call

19  the Step 1 settlement, as well as, the Step 2 settlement.

20  Q     Now I take it the Step 1 settlement is what we've been

21  calling the September settlement. Is that correct?

22  A     Yes.  Or the first settlement.

23  Q     And the comment Step 2 settlement shows the

24  incremental difference between the October settlement and

25  the September settlement.  Is that correct?

1   A      Yes.

2   Q      And what is the increased consideration that is shown

3   as being associated with the difference between the

4   September settlement and the October settlement?

5   A      Okay.  Well we can take it one by one.  With respect

6   to the bridge, we were -- sorry, let me start with the

7   bonds.  So under the Step 1 settlement, the bonds would have

8   recovered $300 million in total.  Under the second

9   settlement, that number goes up to $420 million.  Parent

10  trade and retirees would recover 35.2 percent, subsidiary

11  trade 35.2 percent, I'm sorry, swap claim 35.2 percent.  The

12  subsidiary trade would be paid in full 100 cents.  And when

13  you look at the settlement consideration that was -- hold

14  on, let me -- so the total consideration as we indicate up

15  in the top together with Step 1 settlement, the aggregate

16  settlement amount is being paid a total of approximately

17  $521 million.  And so we went from $328 million under the

18  first settlement to $521 million under this settlement.

19  Q      So it's improvement of about $193 million?

20  A      Right.

21  Q      And what does the chart on Page 7 show?

22  A      This first shows the natural splits under the

23  litigation trust on a pro-rata basis as I indicated earlier,

24  just based upon face amount owed.  The Step 1 senior parent

25  loan claims would recover 80.7 percent of disgorgement

1  recoveries, 19.3 percent would be shared by, you know, the

2  non-Step 1 bank debt holders.  And so that let's call it 81

3  and 19 percent natural split would be reversed and now the

4  non-LBO creditors would recover 65 percent from the

5  litigation trust and the senior lenders would recover 35

6  percent.  This, of course, is in addition to the 90 percent

7  priority recovery that only goes to the non -- the pre-LBO

8  creditors.

9  Q    You mean $90 million or 90 percent?

10 A    $90 million.

11 Q    Now I take it the litigation trust information or

12 value that's being discussed on Page 7 is addition, in

13 addition to the $521 million identified on Page 6.  Is that

14 correct?

15 A    Yes.

16 Q    And this litigation value, litigation trust value was

17 not available, I take it in the September settlement.

18 Correct?

19 A    The -- I'm sorry the 90 -- can you re-ask the

20 question?

21 Q    The litigation split --

22 A    The favorable split --

23 Q    That's correct.

24 A    -- incorporated in the Step 2 settlement?

25 Q    Yeah, was that --

1  A      Was not available in Step 1 in the first settlement.

2  Q      If you take a look at the last three pages of this

3  Exhibit 8, 9, and 10.  Well, 8 and 9, what's going on on

4  this page, these two pages?

5  A      Right.  These are the pages presented by you as I

6  recall, Mr. Bendernagel and --

7  (Laughter)

8           MR. KURTZ: -- what we -- so I left the room to go

9  to the bathroom.

10  (Laughter)

11           MR. KURTZ:  What happened -- this -- well, first

12  with regard to the examiner's report, what we were trying to

13  do was -- well, first we note up on top that this settlement

14  enjoys the support of the UCC which was important to us.

15  Number two, we attempted to match this settlement up against

16  the conclusions reached by the examiner report.  Then we

17  explained why we believed that $120 million was fair

18  consideration to be paid in exchange for the settlement of

19  the disgorgement claims.

20  BY MR. BENDERNAGEL:

21  Q      And what's happening on Page 9?

22  A      We described the releases.  We indicate to the Board

23  that the company has retained an expert and the conclusions

24  of that expert as they existed as of that point in time or

25  that the settlement fell squarely within the range of

1  reasonableness.

2  Q      If you take a look at the last page of the document,

3  there's something called examiner recovery range.  Do you

4  see that?

5  A      Yes.

6  Q      What's depicted on this page?

7  A      This is intended to be a slightly revised version of

8  six scenarios that are contained in the examiner report.

9  And when I say slightly revised, I mean that they -- the way

10 the examiner ran these scenarios, he did it on the basis of,

11 you know, what we call high intercompany claims and low

12 intercompany claims.  And so there's a significant

13 intercompany claims that exist between Tribune parent and

14 Tribune subsidiaries, the vast majority of which flow in the

15 direction of Tribune parent to the subsidiaries.  He ran it

16 two different ways.  What we did here for simplicity

17 purposes was just take the midpoint of those two different

18 intercompany claim amounts and, you know, rerun the

19 examiner's scenarios and his conclusions based upon that.

20 Q      And what was the purpose of showing this to the

21 committee?

22 A      The purpose of showing that in five of the six

23 scenarios laid out in the examiner's report, this settlement

24 produced a greater recovery for the noteholders than what

25 the noteholders would have been entitled to based upon those

1   five scenarios.

2   Q     And what happens in the sixth scenario?

3   A     The six scenario is where all of the LBO debt is

4   avoided, the Step 1 debt is avoided and under those

5   circumstances, the noteholders would be paid in full and

6   that's what's reflected here.

7   Q     Now did you recommend this settlement to the board?

8   A     Yes.

9   Q     I mean, this special committee?

10  A     I thought it fell within the range of reasonableness.

11  Q     Why did you believe that?

12  A     It was really two things.

13              MR. ZENSKY:  Your Honor, I have an objection.

14  It's been established that Mr. Kurtz and his team did some

15  investigation into the background of the leverage buyout.

16  When he was asked what conclusions Lazard reached as a

17  result of that investigation, he was directed not to answer

18  at his deposition.  And in order to now testify whether the

19  settlement is fair or not in his in opinion, it implicates

20  the conclusions and findings that Lazard reached to the

21  extent they did an investigation into the underlying facts.

22  And I think it would be -- we're prejudiced in our ability

23  to cross examine him on this issue if we weren't allowed to

24  delve into what conclusions Lazard reached in connection

25  with its investigation.

1    THE COURT:  Mr. Bendernagel?

2        MR. BENDERNAGEL:  I'll rephrase the question,

3    Your Honor.

4    BY MR. BENDERNAGEL:

5    Q    Let me ask it a different way.  Was this settlement

6    based on your work as, you know, in connection with these

7    negotiations, talking to the various parties and the like,

8    did you develop in those discussions based a sense of what a

9    reasonable range of results would be?

10   A    Mr. Bendernagel, by this point in time, I had been at

11   this for about a year.  I probably had a thousand plus

12   conversations with various parties regarding these claims

13   and the strengths and weaknesses and people's settlement

14   positions.  And in that connection, I did form a view as to

15   what a reasonable range of settlement would be.

16   Q    And based on that view, did you have a conclusion as

17   to where this deal fell within that range?

18   A    Based upon that view, this deal fell squarely within

19   that range.

20   Q    Now you were -- you indicated yesterday, you listened

21   to Mr. Zensky's opening statement. Is that correct?

22   A    Parts of it.

23   Q    And in part of it, towards the end of his opening

24   statement, he was talking about the $450 million settlement

25   back in April and the fact that both Centerbridge and

1   Aurelius supported that settlement.  Do you recall that?

2   A     I think technically what we say is that Centerbridge

3   supported it and Aurelius did not object, but yes.

4   Q     And he also indicated that that was the product of

5   good faith negotiation.  Do you recall that?

6   A     Yes.

7   Q     I take it you agree with that characterization.  Is

8   that correct?

9   A     Absolutely.

10  Q     Do you believe that the negotiations that took place

11  leading to the settlement that was presented to the special

12  committee on October 11 were somehow qualitatively different

13  than the negotiations back in the April timeframe?

14  A     No.

15  Q     Mr. Zensky also seemed to suggest that the April

16  settlement was a reasonable settlement.  Do you recall that?

17  A     Yes.

18  Q     Do you believe the April settlement was a reasonable

19  settlement?

20  A     Yes.

21  Q     Now Mr. Zensky then went on to explain that Aurelius'

22  current position is that a reasonable settlement would be

23  five times higher -- three times higher than the April

24  settlement.  Are you aware of that?

25  A     Yes.

1    Q    Can you explain in your mind what happened between

2    April and now that would suggest that that was an

3    appropriate outcome?

4    A    There's nothing that I could think of that could

5    possibly explain a change in position of that order of

6    magnitude.

7                MR. BENDERNAGEL:  We don't have anything further,

8    Your Honor.

9                THE COURT:  All right.  Well, we might as well

10   break here and commence cross when we resume this afternoon.

11               MR. ZENSKY:  Your Honor, can I make a suggestion?

12               THE COURT:  Certainly.

13               MR. ZENSKY:  I had about five minutes of

14   questions on the slides that Mr. Bendernagel presented so if

15   we could take care of that now, then we won't be interrupted

16   in switching the multimedia presentations.

17               THE COURT:  All right.  Well, I have a hard stop

18   at 12:15, so if you can do it within that timeframe, you're

19   welcome to.

20               MR. ZENSKY:  Okay, thank you.

21               MR. BENDERNAGEL:  Are there any penalties if he

22   doesn't do it within that timeframe, Your Honor?

23               MR. ZENSKY:  Thank you, Your Honor.

24               THE COURT:  I'll reserve answering that question.

25   (Laughter)

CROSS EXAMINATION

1

BY MR. ZENSKY:

2

3   Q      Good afternoon, Mr. Kurtz.  Nice to see you again.

4   A      Good afternoon.

5   Q      Hope you're doing well.  I just did want to ask you a

6   few questions on the slides before we break.

7   A      Sure.

8   Q      If I could ask the operator to pull up the Slide 2 of

9   the PowerPoint.  Okay.  Mr. Kurtz, on Slide 2, May 17, 2007,

10  there's a reference to senior credit agreement executed?

11  A      Right.

12  Q      Okay.  There is no other reference after that in

13  connection with the Step 2 to another senior credit

14  agreement being executed is there?

15  A      There is no reference here.

16  Q      And that's because the original senior credit

17  agreement provided for the incremental debt that would be

18  necessary to close Step 2?

19  A      That's my understanding.

20  Q      Okay.  Now if we look at Slide 3 and Slide 4 which you

21  testified about on direct?

22  A      Right.

23  Q      Slide 3 references Zell equity investment and the Zell

24  exchangeable note in the amounts of $50 million and $200

25  million?

1   A      Yes.

2   Q      And the next slide references another Zell net cash

3   payment of $56 million?

4   A      Right.

5   Q      Okay.  That's the aggregate amount of money that Mr.

6   Zell invested in connection with this transaction.  Correct?

7   A      Yes.

8   Q      As against $12 billion of debt?

9   A      Right.

10  Q      And the company ended up in bankruptcy within a year,

11  did it not?

12  A      Correct.

13  Q      If you could look at Slide 7 for a moment.

14  A      Sure.

15  Q      You testified on direct about a conclave, I think as

16  you described it that was held on January 5 with the

17  creditors' committee?

18  A      Yes.

19  Q      Okay.  Would I be correct in stating that no

20  representative of the PHONES debt was invited that meeting?

21  A      I think we did this a year ago.  I -- my recollection

22  is that Mr. Stark was there.  I defer to him as to whether

23  he was or not.  There were -- I mean, it was a huge room

24  and, you know, there probably 70 people there and so it may

25  be possible that someone was there that I don't remember and

1   it's possible, especially the older that I get, that I

2   remember things that never happened.

3   (Laughter)

4            MR. ZENSKY:  You may not be the only one.

5   (Laughter)

6   BY MR. ZENSKY:

7   Q    Okay.  Then turning to Slide 10 and 11 which you

8   testified about just a few moments ago.

9   A    Yes.

10  Q    Okay.  Number one, I take it you agree that the

11  consideration described as being paid to the noteholders on

12  Slide 10 includes their natural waterfall recovery?

13  A    Which number are we talking about?

14  Q    The $420 million.

15  A    It does include their natural recovery.

16  Q    Right.  So the settlement for the releases is

17  something less than that?

18  A    That's right.

19  Q    Okay.

20           THE COURT:  So the record's clear, that's the

21  page titled October settlement.

22           MR. ZENSKY:  October settlement, yes, Your Honor,

23  thank you.

24  BY MR. ZENSKY:

25  Q    Now if we kind of toggle back and forth between the

1  April settlement and the October settlement, Mr. Kurtz, I

2  take it you would agree that at least as an initial payment,

3  the percentage recover of the noteholders went down from

4  approximately 35 percent to 32, almost 33 percent?

5  A    Yeah, in terms of card value coming out of the plan at

6  closing, you are correct.

7  Q    Okay.  And in that same timeframe, the enterprise

8  value under Lazard's view went up by a magnitude of $700

9  million, did it not?

10  A    It did.

11  Q    Okay.  And all of that value, that increase in

12  enterprise value is being allocated to the senior lenders

13  under the October plan.  Correct?

14  A    Well, under the October plan, the noteholders get $420

15  million.

16  Q    Okay.

17  A    And then there are other creditors who also recover.

18  And everything that isn't paid to the non-senior lender

19  class goes to the non-senior -- everything that isn't paid

20  to the pre-LBO creditors, goes to the senior lenders.

21  Q    And that's the equity of the company?

22  A    Well, not just the equity, the cash, I mean, it's the

23  full strip.

24  Q    Okay.  So going back to my question, am I correct that

25  all or virtually all of that increased value of the $700

1    million is now redounding to the benefit of the senior

2    lenders?

3    A      That's true.

4    Q      Okay.  And their percentage recovery has increased

5    from the time of the April plan to the October plan as

6    against their allowed claim?

7    A      Correct.

8              MR. ZENSKY:  That's all I had, Your Honor, and

9    I've been true to my word and we'll pick up after lunch.

10             THE COURT:  Thank you very much.  We will stand

11   in recess until 1:30.

12             MR. ZENSKY:  Your Honor, will we be operating

13   once cross is done that there is no consultation regarding

14   the testimony?

15             THE COURT:  Mr. Kurtz, I instruct you not to

16   discuss your testimony during the break with anyone.  Do you

17   understand, sir?

18             MR. KURTZ:  I do.

19             THE COURT:  Thank you.  We stand in recess.

20   (Recess from 12:11 p.m. to 1:33 p.m.)

21             THE COURT:  Good afternoon.  Mr. Zensky?

22             MR. ZENSKY:  Your Honor, may I hand up the

23   witness binder?

24             THE COURT:  You certainly may.

25             MR. ZENSKY:  Thank you.

1          THE COURT:  Thank you.

2          MR. ZENSKY:  Good afternoon, Mr. Kurtz.

3          MR. KURTZ:  Good afternoon.

4       DAVID STEVEN KURTZ, CROSS-EXAMINATION (Resumed)

5  BY MR. ZENSKY:

6  Q    I actually did have one more question on the

7  PowerPoint we looked at, but we don't need to call it up on

8  the slide.  Slide 10, that described the October settlement,

9  there were bullets that described the preserved causes of

10 action to the litigation trust.

11 A    Slide 10?

12 Q    Yes.

13 A    Okay.  I'm with you.

14 Q    Do you have that?

15 A    I do.

16 Q    Do you see the first bullet under that point:

17 avoidance claims against step two selling shareholders?

18 A    Yes.

19 Q    Okay.  Now, isn't it true that --

20 A    I'm sorry, the second bullet point?

21 Q    Under preserved causes of action.

22 A    Oh, I'm sorry.  The -- at which bullet point.

23 Q    I'm sorry.  Let's try again.

24 A    No, I'm down at --

25 Q    Yeah, the first bullet point under preserved --

1    A      Under the last --

2    Q      Yeah.

3    A      Okay.

4    Q      Okay.  It refers to avoidance claims against step two

5    selling shareholders?

6    A      Yes.

7    Q      Okay.  Isn't it true that the plan actually releases

8    those claims for the first $100,000 of proceeds?

9    A      Oh, that's true.

10   Q      Okay.  So, it would be --

11   A      But --

12   Q      -- something less than $4 billion then?

13   A      Right.  Now, I understand there are conditions around

14   that $100,000 regarding your employment with Tribune.  I'm

15   just not clear on the details, but there is a $100,000

16   carve-out that I believe is subject to certain

17   conditionality.

18   Q      Okay.  Okay.  You discussed, on your direct,

19   principally the conduct of the negotiations that occurred

20   from late 2009, early 2010, up until almost the present,

21   correct?

22   A      Yes.

23   Q      Okay.  And in those talks, Lazzard [ph] does not act

24   as a principle.  Lazzard is the agent for the company,

25   correct?

1    A      Yes.

2    Q      So decisions are made by the company, not by Lazzard?

3    A      True.

4    Q      All right.  And you reported to Mr. Levenshrit [ph] in

5    connection with your investigation into the leverage buyout?

6    A      Yes.

7    Q      Okay.  And you reported to him in connection with the

8    conduct of the negotiations, correct?

9    A      Yes.

10   Q      Okay.  He was the principle negotiator for the debtors

11   in all of the talks that you described on direct?

12   A      Yes.

13   Q      Okay.  Now, you were asked -- or Lazzard was asked to

14   do an investigation into the circumstances surrounding the

15   leverage buyout?

16   A      Yes.

17   Q      And what you tried to do, as I understand it, was

18   place the circumstances as they existed at the time of the

19   closing of step one and step two?

20   A      To place them within the context of the marketplaces

21   of that point in time.

22   Q      Sure.  And that was the assignment that was given to

23   you by the company and by Sidley?

24   A      That's part of what we did.

25   Q      Okay.  You didn't do a solvency analysis at either

1  step one or step two, did you?

2  A      Correct.

3  Q      Okay.  And as far as you know, no one did a solvency

4  analysis for the debtors in connection with the closing of

5  step one or step two?

6  A      Well, VRC.

7  Q      I'm sorry.  Let me rephrase.  Post-petition, okay,

8  Lazzard never did a solvency analysis for step one or step

9  two.

10 A      Correct.

11 Q      Okay.  And as far as you know, no one else did post-

12 petition.

13 A      Also correct.

14 Q      Okay.  That's what I was getting at.  Now, in the

15 investigation that Lazzard did do, as I understand it, you

16 didn't independently, meaning you and your team didn't go

17 into the document depository and search around for relevant

18 documents.

19 A      Correct.

20 Q      You relied on Sidley to select the documents that they

21 thought were meaningful for you to look at?

22 A      Yeah, that is my general understanding.

23 Q      Well, that's exactly what you testified to at your

24 deposition, isn't it?

25 A      Sounds familiar.

1    Q      Okay.  And there came a time where the committee began

2    to take 2004 discovery in connection with the leverage

3    buyout?

4    A      Right.

5    Q      Okay.  And Lazzard didn't undertake to review those

6    transcripts, line by line.  Rather, Sidley referred you to

7    the pages they thought were important?

8    A      You know, I can't tell you whether Mr. Mendava [ph]

9    may have read them himself or not.  I don't know.

10   Q      Okay.  You remember your deposition was taken last

11   Tuesday --

12   A      Last Tuesday.

13   Q      -- I believe.

14   A      Right.

15   Q      Okay.  Do you remember being asked this question?

16           MR. ZENSKY:  Your Honor, may I approach the

17   witness?

18           THE COURT:  You may.

19           MR. KURTZ:  Thank you.

20   BY MR. ZENSKY:

21   Q      Okay.  Can I refer you to page 125 of your deposition

22   transcript, Mr. Kurtz?

23   A      125.  Okay.

24   Q      Let's see.  Excuse me one second.

25   A      Okay.  I'm at page 125.

1  Q      Okay.  If you look at the question that began at line

2  19, and you were discussing these depositions with Mr.

3  Hurley.

4  A      Right.

5  Q      And your answer, at line 20, was:

6  "A      Yes, and I don't know if Lazzard personnel actually

7  attended depositions.  Maybe they did; maybe not; maybe one

8  or more.  I just don't remember, but I know that we --

9  again, we didn't review the transcript of every deposition,

10  but you know, there were probably excerpts where, you know,

11  someone from Sidley may have said, 'Hey, this is something

12  you guy should take a look at.  So-and-so said this.'"

13  A      Right.  I think I can clarify.

14  Q      Okay.

15  A      I am quite certain that we did not review the

16  transcript of every deposition.  We may -- I didn't, but Mr.

17  Mendava may have read a complete transcript of one or two of

18  the depositions.

19  Q      Okay.  Fair --

20  A      That's what I --

21  Q      -- enough.

22  A      -- meant.

23  Q      And apart from that, you relied on Sidley to tell you

24  which pages might be important?

25  A      Fair enough.

1  Q    Okay.  Now, you used the phrase, on your direct,

2  "honest broker".

3  A    Right.

4  Q    Okay.  And that's a phrase you used when you testified

5  here last February as well --

6  A    Yes.

7  Q    -- right?  Now, in the debtors' role as an honest

8  broker, as I understand it, the debtors formed a view as to

9  what they thought would be a fair outcome for all the

10  stakeholders in this case?  Let me rephrase that.  Okay.

11  Lazzard did an investigation and discussed that with the

12  company, correct?

13  A    Correct.

14  Q    Okay.  And by January/February timeframe 2010, the

15  debtors began to form review about the strength of the LBO

16  claims?

17  A    True.

18  Q    Okay.  And in that timeframe, the debtors also formed

19  a view as to what would be a fair outcome for all the

20  stakeholders, in their opinion?

21  A    Well, we began to form a view.  I don't think we ever

22  reached a final conclusion as to what a fair settlement

23  would be, in the event that we had to make that decision, as

24  a company.

25  Q    Okay.  Fair enough.  But you -- the company began to

1  get a sense of what it thought would be a fair outcome for

2  all its stakeholders.

3  A    That's true.

4  Q    Okay.  And part of that was assessing, again within a

5  range, what you thought would be a fair payment from the

6  senior lenders to the pre-LBO creditors.

7  A    We certainly thought about that.

8  Q    Okay.  Now, during the timeframe of the April plan

9  negotiations, the debtor always strove to maintain the role

10 of an honest broker, right?

11 A    Yes.

12 Q    And it did so through to the October settlement as

13 well.

14 A    Yes.

15 Q    Okay.  And that includes -- or strike that.  Being an

16 honest broker, in your view, means striving to remain

17 neutral, as between the stakeholders?

18 A    Yes.

19 Q    Not take a side, one side or the other?

20 A    When playing that role, it's best not to be a

21 partisan.

22 Q    Okay.  So the proposals that the debtor would've

23 developed in its mind, or the range that it thought was

24 appropriate, was something that would be fair, not just to

25 the senior notes and the PHONES, but would also be fair, in

1   the debtors' view, to the senior lenders?

2   A     Well, I think it's fair to say that we tried to

3   analyze what was fair, from all perspectives.

4   Q     Fair to all the stakeholders?

5   A     Yes.

6   Q     Now, you testified a moment ago that Mr. Levenshrit

7   was the key negotiator for -- the lead negotiator for the

8   debtors, correct?

9   A     I did.

10  Q     And you reported to him, in connection with your work?

11  A     Yes.

12  Q     Okay.  Now, you understand that he has longstanding

13  ties to Mr. Zell, do you not?

14  A     I do.

15  Q     Okay.  Close to 30 years' worth of close ties.

16  A     That doesn't surprise me.

17  Q     Okay.  Why don't you look, if you can, Mr. Kurtz,

18  please, at the first exhibit in your binder: 810.

19  A     Okay.

20  Q     And if we could pull that up.

21  A     Yes.

22  Q     Now, if I could ask you first to focus on the e-mail

23  at the bottom of page one, which is from Mr. Levenshrit,

24  dated August 21.

25  A     I see it.

1    Q      Do you see that?

2    A      Yes.

3    Q      And he's talking to the directors that ultimately

4    became the members of the debtors' special committee in

5    2010.

6    A      Right, he's writing to them, yes.

7    Q      Okay.  And at the bottom, he says at the bottom of

8    that page:

9    "David, Jim, and I have been the face of the company in its

10   dealings with all constituencies."

11          Right?

12   A      Yes.

13   Q      So that David would be you.

14   A      Correct.

15   Q      Jim would be Jim Conlan.

16   A      Yes.

17   Q      And I, Mr. Levenshrit.

18   A      Exactly.

19   Q      All right.  We've agreed on something.

20   A      Yes.

21   Q      Okay.  Now --

22          THE COURT:  Oh, let's build on that, shall we?

23   (Laughter)

24          MR. ZENSKY:  I'll do my best, Your Honor.

25   BY MR. ZENSKY:

1    Q      Now, if you look up to the next e-mail, which is from

2    Mr. Shapiro back to Mr. Levenshrit, do you --

3    A      Yes --

4    Q      -- see that?

5    A      -- I do.

6    Q      Okay.  Mr. Shapiro ultimately became the chairman of

7    the special committee.

8    A      Correct.

9    Q      Okay.  And there's discussion in that e-mail about Mr.

10   Levenshrit stepping down as general counsel, but staying on

11   as the chief restructuring officer, correct?

12   A      I need to read it.

13   Q      Okay.  Please do.

14   A      Is this the e-mail that begins "Just spoke with Don

15   for an hour"?

16   Q      Indeed, it is.

17   A      Okay.  Give me a moment to read it.  I've read it.

18   Q      Okay.  Do you see the sentence that says, from Mr.

19   Shapiro:

20   "He's too much of a central figure, and all the players have

21   a certain comfort level with him."

22   A      Right.

23   Q      Okay.  Would you agree with that statement from your

24   participation in all the negotiations?

25   A      That all of the players had a certain comfort level

1  with --

2  Q     Yes.

3  A     -- Mr. Levenshrit?

4  Q     Yes.

5  A     I think there were moments when that was true, and I

6  think that there were moments when that was less true.

7  Q     Okay.  Do you agree with the portion that he's "too

8  much of a central figure"?

9  A     I don't understand what he's --

10 Q     In the sense, too much of a central figure to not

11 continue to participate in the talk?

12 A     Well, I think what Mr. Shapiro was -- I've never read

13 this e-mail before, so I'm trying to piece it together with

14 you.  I think what he's saying is he's been too involved to

15 -- for us to pull him out of the process entirely.

16 Q     Okay.

17 A     That's how I would interpret it.

18 Q     Okay.  Now, if you turn the page, which is the end of

19 the first e-mail in the chain.

20 A     So now we're back to the --

21 Q     Yeah.

22 A     -- 21st e-mail?

23 Q     Exactly, the second page.

24 A     Okay.

25 Q     And the bottom paragraph from Mr. Levenshrit is

1   "Things you should recall or know about me".  Do you see

2   that?

3   A     Oh, down here.  Right.

4   Q     Okay.  So can you read the first two sentences into

5   the record for us?

6   A     Sure.

7             MR. BENDERNAGEL:  Your Honor, you're going to

8   read private information about Mr. Levenshrit's compensation

9   or his holdings.  I think that ought to be -- you could

10  point to it.  We're not trying to object to that, but that

11  shouldn't be part of the public record.

12            THE COURT:  Okay.  That's not in the first two

13  sentences, and if we need to take it off the screens, we can

14  do that.

15            MR. ZENSKY:  Okay.  It was certainly my -- not my

16  intent to accomplish -- I think the nature of the objection,

17  so I'll try to work around it, Your Honor.

18            THE COURT:  All right.  Thank you.

19            MR. KURTZ:  So just so I don't make a mistake,

20  the first two sentences end after the parenthetical, which

21  follows the word "company".  Is that where you want me to

22  end?

23  BY MR. ZENSKY:

24  Q     Just go up to the parenthetical for now, Mr. Kurtz.

25  A     Just stop at the parenthetical?

1    Q      Okay.

2    A      Okay.

3            "Things you should recall/know about me.

4    "I have worked for Sam since 1982.  As I indicated in my bio

5    on the company's website, I am a member of the board of

6    managers and the president of the trust company that is the

7    trustee for all significant Zell family trusts."

8    Q     Okay.  Now, why don't you skip over the next sentence,

9    and you see there's a sentence: "The other half is for

10   various duties."

11   A      Right.

12   "The other half is for various duties carried out from time

13   to time, all unrelated to Tribune."

14   Q     Okay.  If you could continue.

15   A     "I also receive fees for being on the trust company

16   board and board committees."

17           MR. ZENSKY:  Okay.  Jim, do you have an objection

18   to the next sentence?

19               MR. BENDERNAGEL:  No.

20   BY MR. ZENSKY:

21   Q     Okay.  If you could continue with the next sentence

22   for us.

23   A     "I invested 500" -- is that it?

24   Q     Yes.

25   A     "I invested $500,000 alongside EGI-TRB in the Tribune

1    deal and thus hold a note and warrant, just like EGI-TRB

2    (but a lot smaller)."

3    Q    Okay.  And then, without referring to any of the

4    specific numbers, do you see that he also states, further

5    down, that he has made many investments in EGI vehicles over

6    the years?

7    A    Where would that be, Mr. Zensky?  I'm sorry.  What --

8    do you have a sentence you want to refer me to?

9    Q    Yeah, "I have made many investments in EGI vehicles."

10   A    For some reason, I'm not seeing it.

11   Q    Okay.  We can move on.  I -- the Court has the letter

12   and can refer to that.  Now, do you know all this

13   information that's set forth on noteholder exhibit 810,

14   during the time you were negotiating the settlements that

15   you've discussed today?

16   A    No.

17   Q    Okay.  Did you know that Mr. Levenshrit was actually a

18   step two selling shareholder or through a vehicle that he

19   wholly owned?

20   A    I don't recall knowing that.

21   Q    Okay.  So if that, in fact, is true, you understand

22   that he may be eligible for a partial release, under the

23   debtor committee lender plan?

24   A    I don't remember ever consciously thinking about Don

25   as a beneficiary of any release.

1    Q    Okay.  Well, putting that aside, and putting at least

2    what you did know about his ties to Sam Zell, did it ever

3    occur to you that he may not be capable of fulfilling the

4    role as an honest broker in these negotiations?

5    A    It occurred to me that there was an issue that we

6    needed to be sensitive to.

7    Q    Okay.  And do you think that given Mr. Levenshrit's

8    ties to Mr. Zell and everything we just looked at, that he

9    would be more likely to come to the table in these

10   discussions about what a fair settlement would be, thinking

11   that this was a terrible transaction and a fraud on the

12   company's creditors or that it was a wonderful transaction

13   that just went unforeseeably awry?

14          MR. BENDERNAGEL:  Objection, Your Honor.

15          THE COURT:  Sustained.

16   BY MR. ZENSKY:

17   Q    Okay.  Given what you knew about Mr. Levenshrit at the

18   time, and assuming that his description of his connections

19   to Mr. Zell here are true, do you believe that he'd be

20   likely to come to the table thinking that the transaction

21   that is being discussed was a fraudulent transfer?

22          MR. BENDERNAGEL:  Objection.

23          THE COURT:  Sustained.

24          MR. ZENSKY:  I'll move on, Your Honor.

25   BY MR. ZENSKY:

1  Q     During the course of your investigation, you reported

2  also to Sidley Austin?

3  A     I'd say I worked together with Sidley & --

4  Q     Okay.

5  A     -- Austin.

6  Q     Fair enough.  And that was the only law firm you

7  worked with in conducting your investigation, meaning

8  Lazzard's investigation into the transaction.

9  A     The only law firm I work with, until Jones Day arrived

10  in late August of 2010, was Sidley Austin.

11  Q     Right.  But by that time, the Lazzard investigation

12  into the transaction was pretty much complete.

13  A     I agree.

14  Q     Now, you understand that Sidley Austin was the firm

15  that handled the financing for Tribune in connection with

16  the leverage buyout.

17  A     Yes.

18  Q     Okay.  So they handled the financing that is -- or

19  would be under attack in the litigation.

20  A     Well, let's define "handled financing".  What I

21  understand is that Sidley did some bank work for Tribune

22  Company in connection with the LBO.  That's what I

23  understood.

24  Q     Okay.  And did you understand that on the SEC filings

25  that were made in connection with the transaction, that

1  Sidley lawyers were listed?

2  A     I'm not sure I knew that.

3  Q     Now, did you ever hear it discussed that Sidley might

4  be a potential defendant in litigation arising out of

5  [indiscernible]?

6  A     You know, I just don't recall.  I mean, it wouldn't

7  surprise me if they were on some list, but I don't have a

8  clear recollection --

9  Q     No.

10  A     -- of that.

11  Q     Did you ever discuss with Mr. Shapiro or Mr.

12  Levenshrit, for example, the possibility that that could

13  happen: that Sidley would be named as a defendant?

14  A     I don't remember doing that.

15  Q     Now, you also understand that Sidley could never bring

16  litigation against the senior lenders in this case, correct?

17  A     I don't believe they could.

18  Q     Okay.  That's because they represent JPMorgan and

19  Merrill Lynch in other matters, right?

20  A     That sounds correct to me.

21  Q     Okay.  Let's turn to the negotiations of the April

22  plan, which --

23  A     Right.

24  Q     -- you discussed, at length, on direct.

25  A     Can I close the -- are we done with --

1   Q      Yes, with that exhibit, sure.

2   A      Okay.  Thank you.

3   Q      When the information-gathering period, information-

4   sharing period ended and you moved into the bid-ask phase of

5   this, so to speak, you testified that the parties were "very

6   far apart" at the outset.

7   A      Yeah, based upon what I witnessed at the January 4 or

8   5 conclave, as I called it, they were very far apart.

9   Q      Okay.  And let's see if we can put some specifics

10  around that.  The opening offer from the senior lender and

11  bank side of the case was under $100 million, correct?

12  A      That sounds right to me.

13  Q      Does $75 million ring a bell with you that that was

14  the opening offer?

15  A      Yes.

16  Q      Okay.  Now, that was $75 million offered against the

17  potential exposure, if you will, of up to $3 billion, if

18  there was full avoidance, is that right?

19  A      Well, that -- I always view their potential exposure

20  as the amount of pre-LBO debt, which --

21  Q      Exactly.  Okay.  So let's say --

22  A      Three billion doesn't sound like the right number to

23  me.

24  Q      Okay.  Well, if we have $1.3 billion, give or take, in

25  senior notes --

1  A      Give or take.

2  Q      Okay.  And then there's a question about the amount of

3  the PHONES, whether it's in 7's or 1.1 billion.

4  A      I think of it as 7, but okay.

5  Q      Okay.  So --

6  A      So that takes me to 2 billion.

7  Q      Okay.  And then, if we include other unsecured

8  creditors and pre-petition interest.

9  A      I don't think you get up to 3 billion, but I think

10  we're talking about the same thing.

11  Q      Okay.  Two-and-a-half --

12  A      The numbers are the numbers.

13  Q      Two-and-a-half, give or take.

14  A      Better.

15  Q      Okay.  So the opening offer from the banks was an

16  incredibly small fraction of the potential exposure.

17  A      I viewed it as a very small offer.

18  Q      Now, the ask on the noteholder side was something on

19  the order of about 900 million, 950 million.  Does that ring

20  a bell with you?

21  A      Actually, it doesn't.  I thought -- no, my

22  recollection isn't clear on that.  I thought it was a

23  somewhat lower number, but I can't tell you that I'm certain

24  about that.

25  Q      Okay.  Whatever number it was, it came from

1    Centerbridge, right, at that point in time?

2    A      Yes, it was Centerbridge's number.

3    Q      Okay.  And the most anyone ever asked for in these

4    talks was Centerbridge, right?

5    A      True.

6    Q      All right.  Now --

7    A      Well, until -- in those talks, yes.

8    Q      Yes.

9    A      Right.

10   Q      Now, when you saw how far apart the bid-ask spread

11   was, you didn't give up and go home, right?

12   A      To the contrary.

13   Q      Okay.  And you didn't take the opening offer from the

14   bank side, which was a very, very small percentage of the

15   potential claim, as indicating that there could never be a

16   deal --

17   A      Right.

18   Q      -- right?  In fact, I think you said you had a

19   thousand conversations between then and today, in connection

20   with the various settlement plans.

21   A      Yeah, more than a thousand.

22   Q      Sorry.  I stand corrected.

23   A      (Laughter)

24   Q      Now, by the time of the exclusivity hearing, which was

25   February 2010 --

1    A      Right.

2    Q      -- I think you testified that you had already had 23

3    face-to-face meetings with various parties.

4    A      Sounds right.

5    Q      Sounds right?  Okay.  And those meetings were

6    augmented by, literally, daily phone calls back and forth

7    with the parties?

8    A      Correct.

9    Q      Okay.  And Centerbridge was a big part of those early

10   discussions.

11   A      Absolutely.

12   Q      And the involvement of Centerbridge in those talks and

13   its support for the settlement that came out of it was

14   incredibly important to the debtors' view.

15   A      Yes.

16   Q      And it was important, because the support of the

17   largest bondholder gave you comfort in the outcome.

18   A      Yes.

19   Q      Now, the deal that was reached was a strip, I think

20   you testified -- or strike that.  The structure of the deal

21   involved the strip of consideration.

22   A      Yes.

23   Q      And with the strip of consideration, all parties can

24   share pro rata in the upside, if you will, of any

25   appreciation in the company's value?

1  A      The upside and the downside

2  Q      Okay.  Now, it was Centerbridge that demanded a strip

3  as the structure for the negotiations, right?

4  A      I don't remember it that way.

5  Q      Okay.

6  A      I remember Centerbridge -- Centerbridge's willingness

7  to accept a strip quickly.  I don't recall Centerbridge

8  demanding a strip.

9  Q      Okay.  So you don't recall a point in time where

10 Centerbridge said, "It has to be a strip or we can't

11 proceed"?

12 A      No, my thought was always that Centerbridge would've

13 been happy to take cash, but that wasn't available.

14 Q      All right.  Now, when the April plan later came apart,

15 initially at least, the discussions involved a similar

16 structure: a strip of consideration to the senior notes?

17 A      Which point in time are --

18 Q      After the --

19 A      Where are you in the --

20 Q      Sure.

21 A      -- calendar, at this point?

22 Q      The second half of August.  We're still talking about

23 a strip of consideration.

24 A      Correct.

25 Q      Okay.  Now, you testified, on direct, that Oaktree was

1  not a supporter of the April plan.

2  A     Right.

3  Q     Okay.  They were part of the negotiations that led to

4  it but dropped out at some point along the way?

5  A     Well, they either dropped out or we dropped them, but

6  --

7  Q     Okay.

8  A     -- they were not there at the end.

9  Q     Right.  They thought the numbers being discussed were

10 too high?

11 A     Too high.

12 Q     And in fact, Oaktree hated the April settlement, did

13 they not?

14 A     I think that's a fair characterization.

15 Q     Okay.  That's -- and you described it that way.

16 A     That was my choice of words.

17 Q     Now, didn't Oaktree tell you in this case that they

18 didn't want to set a precedent for recoveries of junior debt

19 in a chapter 11 case that involved fraudulent transfer

20 claims?

21 A     Yes.

22 Q     Okay.  Now, who at Oaktree told you that?

23 A     I heard Mr. Lange [ph] say that.

24 Q     Okay.  And do you know Mr. Karsh [ph]?

25 A     I've met Mr. Karsh.

1  Q      Okay.  And what's the working connection between Mr.

2  Lange and Mr. Karsh?

3  A      Mr. Lange works for Mr. Karsh.

4  Q      Okay.  And do you know Howard Marx [ph]?

5  A      No.

6  Q      All right.  Did you ever see any e-mails in this case

7  where Mr. Karsh and Mr. Marx makes that same statement: that

8  we need to have the settlement set an example for future

9  cases?

10 A      I'm not clear on that.

11 Q      Okay.  Can you look at the next binder -- the next

12 exhibit in your binder?

13 A      Sure.  That would be NPP-870?

14 Q      Yes.

15 A      Which e-mail are you referring me to?

16 Q      Somewhere in the middle.  You're not on it, and I'd

17 just like you to tell us whether you've seen this e-mail,

18 sir.  It's --

19 A      Which -- this is from Marx to Karsh?

20 Q      Yes.

21 A      Dated October 13?

22 Q      Yes, if you could read that for us.

23 A      (No audible response)

24 Q      If you could read it into the record.

25 A      Sure.

1        "Thanks.  Stuff will soon" --

2  Q     You're on the wrong one, sir.  The middle e-mail.

3  A     Oh, I'm sorry.

4  Q     11:45 p.m., October 12.

5  A     This is the one that "glad to hear"?

6  Q     Yes.

7  A     "Glad to hear 'the newcomers' may be proved wrong.  We

8  need to show others that they can't come in buy juniors

9  where we're senior and get rich.  I hope this sets an

10 example.  H.M."

11 Q     Okay.  So have you ever seen this e-mail before?

12 A     No.

13 Q     Okay.  Does it surprise you, in light of the

14 conversation you had previously had with Mr. Lange?

15 A     Now, I need to read it, after having read it to you.

16        MR. BENDERNAGEL:  Objection to the form of the

17 question.  I'm not sure whether he's --

18        MR. ZENSKY:  I'll withdraw the question.

19        THE COURT:  Very well.

20 BY MR. ZENSKY:

21 Q     Okay.  Now, Oaktree did everything in its -- we're

22 done with e-mail, Mr. Kurtz.

23 A     Okay.

24 Q     But if you'd like to read it, we can --

25 A     (Laughter)

1    Q      We can wait a moment.

2    A      Okay.  Sorry.

3    Q      Now, Oaktree did everything in its power to blow up

4    the April plan, did it not?

5    A      Correct.

6    Q      And the consequence of blowing up the April plan, if

7    all things being equal it would've proceeded, would mean to

8    extend the company's stay in bankruptcy.

9    A      That would've been the consequence.

10   Q      Okay.  And one of the things they did, or told people

11   they were doing, was buy up debt to obtain a blocking

12   position.

13   A      Right.

14   Q      And they lobbied third parties to vote against the

15   April plan.

16   A      Yes.

17   Q      Okay.  They filed objections to the April plan.

18   A      They did.

19   Q      They moved to terminate exclusivity.

20   A      I think that's correct.

21   Q      Okay.  They objected to the disclosure statement in

22   connection with the April plan.

23   A      You know, I'm not sure I knew that, but it certainly

24   doesn't surprise me.

25   Q      And do you remember they objected to the plan

1    solicitation procedures?

2    A    No, I don't remember that.

3    Q    And ultimately, they told you they did have the vote

4    to block the April plan from being confirmed.

5    A    They told me that.

6    Q    Okay.  And that was one of the major reasons that the

7    April plan ended up being terminated.

8    A    It was one of the factors.

9    Q    Okay.  Excuse me one second.  Now, at the time the

10   April plan was being negotiated, so we're back in the --

11   A    Back --

12   Q    -- February/March/early-April timeframe, Aurelius

13   owned about $100/$125 million worth of notes, as you

14   understood it?

15   A    The number 113 sticks in my mind.

16   Q    Okay.  And they had not yet become party to the

17   depository agreement and were not privy to non-public

18   information.  Do you recall that?

19   A    As of when?

20   Q    As of February/March 2010.

21   A    Well, they did become party to the --

22   Q    The depository agreement.

23   A    Thank you.  Depository agreement, I think it was the

24   end of -- maybe -- it was either the end of March or early

25   April when that happened.

1    Q    Okay.  And you suggested that they should be brought

2    into the talks at that point in time, did you not?

3    A    I did.

4    Q    Okay.  Now, Aurelius accepted the April plan all the

5    way up until the examiner report was released, did it not?

6    A    Yes, to my knowledge.  Yes.

7    Q    Right.  They were not the reason the April plan came

8    apart.

9    A    They had nothing to do with that.

10    Q    Okay.  Now, you said on direct that you had a

11    conversation with Mr. Gropper about the April plan.

12    A    Which conversation?

13    Q    Okay.  A conversation where he told you that Aurelius

14    would not be objecting to the April plan.

15    A    Right.

16    Q    Okay.  He did also say, in that conversation, that

17    they thought the settlement was low, but nonetheless, would

18    not be objected.

19    A    Yeah, I think he said, "I think it's a little light,

20    but I'm not going to object."

21    Q    Okay.  And he told you they weren't going to be

22    objecting, because they respected the process, because

23    Centerbridge had been at the table, or words to that effect?

24    A    Possibly.

25    Q    Okay.  Now, you testified on direct that you know my

1  client from several other matters, right?

2  A     I do.

3  Q     Okay.  You've dealt with them on other cases beside

4  this?

5  A     Yes.

6  Q     You've never had an experience with Aurelius or its

7  representatives where they acted in bad faith in a chapter

8  11, have you?

9  A     No.

10  Q     Okay.  I think we have a double-negative in there.

11  No, you haven't had such an experience, correct?

12  A     I have not had an experience where they acted in bad

13  faith.

14  Q     Okay.  And while my client can be an aggressive

15  advocate for its rights in a chapter 11, so can Oaktree.

16  A     Aurelius isn't the only aggressive hedge fund that

17  I've dealt with.

18  Q     Right.

19           THE COURT:  Not by any means.

20  (Laughter)

21  BY MR. ZENSKY:

22  Q     In fact, Mr. Kurtz, in your opinion, Oaktree is

23  equally aggressive in asserting its rights in chapter 11.

24  A     I would put Oaktree in an aggressive category as well.

25  Q     Okay.  And when we asked, at your deposition, which

1  one was more aggressive, I think you said it would be an

2  insult to one to say that the other was more aggressive.

3  (Laughter)

4  A    I did say that.

5  Q    Okay.  And that was truthful testimony?

6  A    Yes.

7  Q    Okay.

8  (Laughter)

9  Q    All right.  Now, after the April plan was terminated,

10 there were lots of negotiations, yet again --

11 A    Yes.

12 Q    -- right?  And you spoke to everyone who would speak

13 to you.

14 A    Right.

15 Q    Okay.  In fact, I think you've told us -- or in your

16 deposition, there were so many talks, that you couldn't

17 recall who proposed what at any particular time.

18 A    I can't tell you that I have a clear recollection of

19 every proposal and who made it.  In fact, I'm sure I don't.

20 Q    Okay.  So it was not unlike the period that preceded

21 the April plan: a lot going on?

22 A    Well, I mean, just to be clear, which period are we

23 talking about now?

24 Q    The August/September 2010.

25 A    I'm sorry.  Your question was --

1    Q      I'll withdraw the question.

2    A      Okay.  Thank you.

3    Q      Now, during this period, like the other period, there

4    were many starts and stops in the talks, where you might

5    appear to have a disagreement on one point, but you wouldn't

6    give up, right?

7    A      Right.

8    Q      All right.  Now, if you could look just at one example

9    of that, at the next exhibit in your binder.

10   A      That would be --

11   Q      1251, I'm sorry, Noteholder -- oh, 2151.

12   A      2151, right?

13   Q      Yes.

14   A      I have it.

15   Q      Okay.  In the middle, there's an e-mail from you to

16   Mr. Shapiro and Mr. Levenshrit.

17   A      Right.

18   Q      Okay.  You see that?

19   A      I do.

20   Q      And if you could just read the first sentence into the

21   record for us, sir.

22   A      This is Friday, October 1 e-mail?

23   Q      Yes.

24   A      All right.

25   "We should formalize OT's rejection of the JP committee

1  construct.  They've already told us it's a non-starter, but

2  let's confirm.  I'm also fine with a three-way" --

3  Q    I'm just asking you for the --

4  A    Oh, just that?

5  Q    Yes.

6  A    I'm sorry.

7  Q    Okay.  So at that point in time, there was some aspect

8  of this on the table that Oaktree told you was a non-

9  starter?

10  A    They told us that they wouldn't agree.

11  Q    You didn't give up on the negotiations?

12  A    No.

13  Q    And you came to a settlement 10/12 days after this?

14  A    Yeah, through the help of the mediator, we did.

15  Q    Now, in this timeframe -- so the timeframe is after

16  the examiner report and before Centerbridge sold out its

17  position --

18  A    Okay.

19  Q    -- and you were still talking to Centerbridge as well?

20  A    Absolutely.

21  Q    Do you recall a meeting --

22         MR. BENDERNAGEL:  Objection, Your Honor.  Can we

23  clarify what time period we're talking?

24  BY MR. ZENSKY:

25  Q    Sure.  I'll -- after the April plan was terminated, so

1    --

2    A      So August?

3    Q      Yeah, after August 9.  Do you recall that as the date

4    that the plan support agreement was terminated?

5    A      Yes.

6    Q      Okay.  So after April 9 and before --

7    A      August 9.

8    Q      I'm sorry.  Let's try again.  After August 9, 2010 and

9    before Centerbridge sold out its position, you had talked to

10   them in the ongoing effort to make a settlement?

11   A      Yes.

12   Q      Okay.  And do you remember a meeting that you attended

13   with representatives of Centerbridge, with its then-counsel

14   Mr. Golden, sitting up here, and Mr. Conlan and Mr.

15   Levenshrit?

16   A      Which -- do you have a date for me?

17   Q      Yeah, in the second and third week of August, that

18   timeframe.

19   A      August 19?

20   Q      Yes.

21   A      I remember that meeting.

22   Q      Okay.  And do you remember at that meeting that either

23   you or Mr. Levenshrit told Centerbridge that the senior

24   lenders had threatened the jobs of the executives of the

25   company?

1   A      I don't have a clear recollection of that.

2   Q      Okay.  So it may have happened; it may not have

3   happened; you're just not sure?

4   A      Right.

5   Q      Before the April plan terminated, so now I'm before --

6   A      Pre-August 9.

7   Q      Exactly.  Before August 9, do you recall actually

8   reaching an agreement that would bring Oaktree into the mix

9   for 375 million, rather than the 450 that was in the April

10  plan?

11  A      I was -- I believe there was an agreement reached that

12  fell apart shortly thereafter, so maybe that implies there

13  was no agreement reached.  This happened, if I think I know

14  what you're referring to, while I was out of the country for

15  a couple of weeks, and so I was not firsthand involved.  But

16  what I was -- my understanding is that there was a call.

17  There was an agreement reached, and then, lo and behold,

18  after a week or so, there's no agreement at all --

19  Q      Okay.

20  A      Which was not unusual for --

21  Q      Sure, understood.

22  A      -- some of this process.

23  Q      And you know who Mr. Baiera is, right?

24  A      Yes.

25  Q      And who is that?

1    A       Angelo Gordon.

2    Q       Okay.  If he testified that an agreement was reached

3    with the debtors for a new settlement before the April plan

4    was actually terminated, you wouldn't have any reason to

5    doubt that, would you?

6    A       No.

7    Q       Now, you discussed, on direct, the appointment of the

8    examiner.  Do you recall that?

9    A       Yes.

10   Q       Okay.  And you would agree that the examiner was

11   certainly competent to undertake the assignment he was

12   given?

13   A       Yes.

14   Q       All right.  And in your view, he's viewed as a

15   formidable academic in the bankruptcy arena, is he not?

16   A       Correct.

17   Q       All right.  And you certainly have no reason to

18   believe that the examiner had any bias in connection with

19   his engagement?

20   A       No.

21   Q       And you would describe his examination as exhaustive,

22   would you not?

23   A       Yes.

24   Q       Now, when he issued his report, it was an important

25   document in trying to pave the way for a consensual plan,

1  was it not?

2  A      Well, there -- it was an important document, right.

3  Q      Okay.  Well, that's one of the purposes that an

4  examiner is appointed, right: to release a report that the

5  parties can rely on in trying to negotiate a consensual

6  plan?

7  A      I have no quarrel with that.

8  Q      Okay.  Now, unfortunately, the examiner's report did

9  not lead to a wholly consensual plan, did it?

10 A      No, this is proof of that.

11 Q      Yes.  And each of the stakeholders in the case read

12 the report and took the interpretation that was most

13 favorable to its side.

14 A      Exactly.

15 Q      Okay.  And one of those parties was Aurelius, right?

16 A      Yes.

17 Q      Okay.  And they've, in good faith, tried to explain

18 their interpretation to you and the debtors, have they not?

19         MR. BENDERNAGEL:  Objection to the form of the

20 question.

21         THE COURT:  Sustained.

22 BY MR. ZENSKY:

23 Q      Okay.  They have explained their interpretation to you

24 and to the debtors, have they not?

25 A      They have.

1  Q      Okay.  And you've testified in your deposition that

2  they did so in good faith, as far as you could tell.

3  A      As far as I could tell.

4  Q      Okay.  And there's nothing wrong with a stakeholder

5  making the best case for its position, is there?

6  A      No.

7  Q      Okay.  Now, to -- and to the extent they've argued

8  that the examiner report supports a higher level of recovery

9  than the proposed settlement, you don't have any doubt that

10 that's their sincere belief?

11              MR. BENDERNAGEL:  I object to the form of the

12 question.

13              MR. ZENSKY:  Well --

14              THE COURT:  Sustained.

15              MR. ZENSKY:  -- Your Honor, with all due respect,

16 the witness was asked to draw inferences about everyone's

17 motivation and good faith in the talks for three hours on

18 direct.

19              THE COURT:  Was there an objection?

20              MR. ZENSKY:  Well -- okay.

21 BY MR. ZENSKY:

22 Q      Shortly after the examiner report was issued, you got

23 an e-mail from Mr. Gropper while you were on vacation in

24 Russia?

25 A      Yes.

1   Q      And he asked to talk to you?

2   A      Yes.

3   Q      And that's the conversation that you referred to on

4   direct, where the -- you lost your connection two or three

5   times?

6   A      Right.

7   Q      Okay.  And that was the first time you spoke to him

8   about the case, after the April plan had terminated -- or

9   excuse me, after the examiner report had come out.

10  A      That's not the way I remember it.

11  Q      Okay.  You think you had a --

12  A      I'm sorry.  Finish.  I've got to get my time periods

13  right.  Could you ask it again?

14  Q      Of course.  You did speak to him after he sent you the

15  e-mail.

16  A      Right.

17  Q      And that was the first time you spoke to him about the

18  case, after the examiner report was released.

19  A      Oh, yes, after the examiner's report was released.

20  Q      Okay.

21  A      That's true.

22  Q      And you testified, on direct, that what you think he

23  told you was, "I expect to be paid in full."

24  A      Paid in full from the banks.

25  Q      Okay.  Now, isn't what he actually said that he

1  thought that under the examiner report, the senior notes

2  would be entitled to be paid in full, in other words, under

3  the examiner's conclusions about the strength of the claims?

4  A     I think he based his view on his reading of the

5  examiner report.

6  Q     Sure.  And he told you that.

7  A     He did.

8  Q     Now, do you think that that was overly aggressive --

9  or strike that.  Now, you concluded, from that call, I think

10 you said, that there was no interest in negotiating a

11 resolution that would be consistent with what you thought

12 might be doable?

13 A     Right.

14 Q     Okay.  Now, he never said he was unwilling to talk to

15 the banks in that conversation, did he?

16 A     I don't recall him saying that.

17 Q     Okay.  Now, at some point after that conversation,

18 Aurelius purchased Centerbridge position --

19 A     Right.

20 Q     -- right, or a portion of it, and became the largest

21 holder of the senior notes?

22 A     Yes.

23 Q     Okay.  Now, you testified, on direct, that after that

24 point, you approached my client regarding potential

25 settlement structure and that you were told by Mr. Gropper

1  that Aurelius had no interest engaging in discussions with

2  the company.

3  A      Right.

4  Q      Do you recall that?

5  A      I do.

6  Q      All right.  Now, do you remember, at your deposition

7  last week, you said that there was only one communication

8  between you and my client between the time of the examiner

9  report and the mediation?

10 A      Well, I didn't say that this was before the mediation

11 --

12 Q      Okay.

13 A      -- when he said that.

14 Q      So was it after the mediation?

15 A      During the mediation.

16         MR. ZENSKY:  Okay.  Well, Your Honor, now we --

17 Mr. Bendernagel elicited testimony about a statement made

18 during mediation in direct violation of the Court's order

19 and in direct violation of the motion practice that we had,

20 where they insisted there be no discovery into the

21 mediation.  It should be stricken from the record, at a

22 minimum.  I don't know what other appropriate remedy would

23 be, Your Honor.

24         MR. BENDERNAGEL:  Your Honor, let me respond to

25 that.  Yesterday, Mr. Zensky made the statement in the --

1  his opening statement that there was never a conversation

2  between Mr. Kurtz and Mr. Gropper at any point in time, up

3  until October 12, which he knows is a falsehood.  And he's

4  using the example of the mediation to prevent inquiry, to

5  create that illusion.  We wouldn't have to bring this out,

6  but for the fact that he's trying to utilize the mediation

7  order to create a false premise.  The false premise being

8  that there were no such conversations during this time

9  period.  Now, there clearly were conversations and the like.

10  I don't mind withdrawing the testimony, but he shouldn't be

11  able to say there were no conversations between these people

12  when they were both at the mediation and the like.  I just

13  don't think that's appropriate that you can do that in this

14  context.  That's the reason we took the -- you know, I mean,

15  he opened the door by making the statement that there were

16  no conversations before October 12, which is a falsehood.

17  He knew that.

18          MR. ZENSKY:  Your Honor, I said other than in

19  mediation.

20          MR. BENDERNAGEL:  He said no other conversation.

21          MR. ZENSKY:  And now -- and Mr. Bendernagel has

22  admitted that, without discussing it, he intentionally

23  elicited evidence from a witness, in violation of this

24  Court's order.

25          THE COURT:  We're going to stand in recess.

1   (Recess at 2:16 p.m. to 2:22 p.m.)

2           THE COURT:  All right.  Let me preface what I'm

3   about to say with something I normally say at the outset of

4   hearings and trials in which the parties bring their own,

5   real, live, in-person court reporter, and that is, whatever

6   is generated is -- not unless memorialized in a future Court

7   order, is an official transcript.  But the court reporter

8   was good enough to send me the transcript from -- the

9   unofficial transcript from yesterday's opening.  And as I

10  review it, I'm looking at page 85, and here's what Mr.

11  Zensky said:

12  "Mr. Kurtz, the lead financial advisor to the debtors,

13  testified that between the day the examiner report came out

14  and the day the settlement was announced, the second term

15  sheet was announced, he recalls a single phone call with the

16  representative, my client, Your Honor, when he was on

17  vacation in Russia, and they kept getting disconnected,

18  because of a bad connection.  That was the extent of the

19  discussions between the debtors and the senior noteholders

20  before announcing their settlement."

21      Now, I don't -- if there's another place where Mr.

22  Zensky said something, someone else can point that out to

23  me, but I think that's what he said.  So if that's the case,

24  where does that leave us, then?

25          MR. ZENSKY:  Well, Your Honor, at -- in the -- it

1    was based on the deposition, and at the deposition, any

2    question about the mediation was carved out, so if I omitted

3    that in my description yesterday, it would be completely

4    inadvertent, but more important, if Mr. Bendernagel wanted

5    to make a record, all he should've asked was "Did you

6    discuss the case at mediation?" rather than eliciting an

7    alleged specific offer or demand made at the mediation.  I

8    didn't make any representation about what was or was not

9    said at a mediation.

10           THE COURT:  Well, let's just chalk this up to an

11   honest error and misunderstanding, and the first instance in

12   which the issues come up.  But Mr. Bendernagel, I will say

13   this.  If you wish to open that door, for whatever reason,

14   you need to wave a flag and tell me that's what you're

15   doing.

16           MR. BENDERNAGEL:  I'll try to keep that in mind,

17   Your Honor.  And look, this may come up, because, you know,

18   the difficulty is that -- you know, especially if people are

19   saying they were excluded from things.  That's different

20   than getting into the question of what was actually talked

21   about.  I had understood the mediation order, and I argued

22   the mediation order, was protecting --

23           THE COURT:  I remember.

24           MR. BENDERNAGEL:  -- the substance of the

25   material, but the idea that you can say, "I was excluded; no

1  one was talking to me," that puts us in sort of a quandary,

2  and that's the problem.  You know, in retrospect, I reacted

3  to what I read as an unqualified statement.  I'm not

4  accusing Mr. Zensky of ever being -- everybody's tired, and

5  they're working hard.  And maybe I should've read it -- I

6  should've raised it with him ahead of time, and I'll do that

7  in the future.  But we have a little bit of a problem here

8  if people are going to say they were categorically excluded

9  from something when they were there.  And I don't know how

10  you deal with that, given the order, because the order

11  wasn't anticipated that that's what it was going to be used

12  for: that you'd be able to hide behind it and say, "I wasn't

13  there," when you were.

14          THE COURT:  Well, let's do this.  If that

15  situation arises again, if you want a brief moment to

16  discuss it with inquiring counsel, I'll give you that time.

17  And if the parties can't resolve it, I will.

18          MR. BENDERNAGEL:  Okay.  Thank you, Your Honor.

19          MR. ZENSKY:  It's -- Your Honor, I have no

20  problem with the process question of -- or -- on direct or

21  cross of eliciting whether there was a session where my

22  client met with the debtors at any one or more mediation,

23  but not what was said to anyone.  I did not open the door to

24  that, and I believe that that testimony should be stricken.

25  It was inappropriate, and it was not necessary to rebut what

1  Mr. Bendernagel believed I said on my opening.

2            MR. BENDERNAGEL:  What Mr. Bendernagel believed

3  he said on the opening is what he said on the opening.  Now,

4  you just read it.  Your Honor, I think we just should move

5  on.

6            THE COURT:  We're going to move on.  The request

7  is denied.

8            MR. ZENSKY:  Does that mean that now we have

9  liberty to explore the entirety of these issues, Your Honor,

10 because now we have opened the door in a way that was not

11 contemplated --

12           THE COURT:  No, no.

13           MR. ZENSKY:  -- by your order.

14           THE COURT:  I knew you were standing there when I

15 said what I just said, Mr. Zensky.  The answer is no.

16 BY MR. ZENSKY:

17 Q    So your testimony is that between the call when you

18 were in Russia and the mediation, that you had no further

19 contact with my client about the settlement?

20 A    Right.

21 Q    Now -- and your explanation is that Mr. Gropper didn't

22 pick up the phone?  He should've been calling you if he was

23 interested in settling?

24 A    That was part of it.

25 Q    Okay.  In fact, he did pick up the phone.  He actually

1  came to see you in mid-August, did he not?

2  A    I don't remember that, but maybe you can refresh my

3  recollection.

4  Q    August 17, 2010.  Do you remember that he came with

5  his colleague, Mr. Priato [ph], to meet with you and Mr.

6  Levenshrit and Mr. Conlan?

7  A    (No audible response)

8  Q    He was accompanied by lawyers from Friedman Kaplan.

9  A    What date was that?

10  Q    August 17, 2010.

11  A    Where did we meet?

12  Q    I believe it was at Sidley's office.

13  A    (No audible response)

14  Q    Let me see if I can refresh your recollection --

15  A    Thank you.

16  Q    -- this way.  Do you remember that -- by mid-August,

17  that my client now owned about $250 million worth of bonds?

18  A    Right.

19  Q    And do you remember a meeting where Mr. Gropper told

20  you that, under the examiner report, there were essentially

21  three paths to the senior noteholders receiving full

22  recovery?

23  A    Is this something that happened at that meeting, the

24  meeting that you're referring to?

25  Q    You're the one testifying, sir.  Do you remember that

1  meeting?

2  A     I'm trying to remember.  First, I'm trying to remember

3  the meeting.  Then, we can talk about what happened at the

4  meeting.  You know, I do have a recollection, now that you

5  mention it, of a meeting where Mr. Gropper brought the

6  Friedman Kaplan lawyers.

7  Q     Okay.

8  A     I do remember that happening, now that you mention it.

9  Q     So this is -- if this is August 17, this is now a

10 month or so before the mediation actually started, right,

11 before the --

12 A     I don't think we --

13 Q     -- first mediation session?

14  A    We hadn't even asked for the mediator at that --

15 Q     Okay.

16 A     -- point.

17 Q     Fair enough.  And he never said at that meeting,

18 absent full payment, Aurelius would object to any plan the

19 debtors put forward?

20 A     I don't -- I mean, I'm obviously pretty vague about

21 the meeting.  I just -- I had completely lost sight of it,

22 until you reminded me, but I don't remember him saying that

23 at that meeting.

24 Q     Do you remember him asking you to arrange a meeting

25 with the banks, in which the debtors would participate?

1  A     Vaguely.

2  Q     And do you remember you telling him that it would be a

3  waste of time, because the banks think that the examiner

4  report supports them?

5  A     You know, it -- I can't tell you that didn't happen.

6  I just don't remember enough about that meeting to be able

7  to tell you that it did.

8  Q     Okay.  And do you remember telling him that there was

9  a zero chance of a negotiated deal with the banks in the

10  near term, as a result of their interpretation of the

11  examiner report?

12  A     Well, given where I believed Aurelius was, based at

13  least on the conversation I had when I was on vacation,

14  compared to what I believed the banks were prepared to pay,

15  there was, I felt, an unbridgeable gulf.

16  Q     Okay.  And you didn't --

17  A     That's true.

18  Q     And you did not thereafter arrange a meeting between

19  the -- between my client and any of the senior lenders.

20  A     Well, here -- what I don't remember is whether I went

21  to the lenders and said, "Would you like to meet with

22  Aurelius?" and they said no, or whether I never followed up.

23  I just don't remember.

24  Q     Okay.  All right.  Let me ask you to turn to the next

25  exhibit in the binder, and it's the document that Mr. -- one

1    of the documents Mr. Bendernagel went through with you on

2    direct.

3    A      Which?

4    Q      It's 836.

5    A      Okay.

6    Q      Okay.  And it's the --

7            MR. BENDERNAGEL:  For the record, Your Honor,

8    that was the PPL-999, so it is connected.

9            THE COURT:  I have it.

10   BY MR. ZENSKY:

11   Q      Now, the e-mail that Mr. Levenshrit sent on September

12   23, you were one of the recipients of that, at the time it

13   was sent, right?

14   A      Right.

15   Q      Okay.  And if you look at page three, Mr. Bendernagel

16   directed your attention to the state -- the paragraph

17   begins: "You may know that, as of last Friday."

18   A      Yes, I see that paragraph.

19   Q      And that's where he said that Centerbridge sold out of

20   its position in the bonds, the word being to Aurelius re:

21   terrorist and/or its friends.  Do you see that?

22   A      Yes.

23   Q      And you've testified already that that's an untrue --

24   or an unfair characterization --

25   A      I believe so.

1    Q      -- of my client, right?

2    A      Right.

3    Q      Now, this was sent to, among others, the four

4    directors who ultimately became -- or were already, in fact,

5    the members of the debtors' special committee, am I right?

6    A      Yes.

7    Q      Okay.  And wouldn't you think that that statement

8    would poison the possibility of a consensual deal, calling

9    the then-senior largest noteholder a terrorist?

10   A      No.

11   Q      Okay.  Well, let's --

12   A      Can I --

13   Q      You answered --

14   A      -- explain why?

15   Q      -- my question.

16   A      Well, the --

17   Q      Well, Mr. Bendernagel can redirect you.

18          THE COURT:  You may explain, Mr. Kurtz.

19   BY MR. ZENSKY:

20   Q      Please explain.

21   A      Okay.

22   (Laughter)

23          MR. KURTZ:  Thank you.

24          THE COURT:  I do enjoy having you here, Mr.

25   Zensky.

1          MR. ZENSKY:  Yes.

2   (Laughter)

3          THE COURT:  I really do.

4          MR. ZENSKY:  I'm not as slow as I look.

5   (Laughter)

6          MR. KURTZ:  Mr. Levenshrit wasn't the only source

7   of information and evaluation about the parties that were

8   participating in the process.  The special committee was

9   working very closely with Jones Day and, in particular David

10  Heiman [ph], who most of us in this courtroom know.  He's a

11  senior bankruptcy partner at Jones Day.  He's been doing

12  this for a long time.  He knows Aurelius.  And so, truly,

13  what I would expect, if there were any doubt in people's

14  mind as to the integrity of Aurelius, is that they'd ask Mr.

15  Heiman.  And I'm sure Mr. Heiman would not characterize

16  Aurelius as terrorists.

17  BY MR. ZENSKY:

18  Q    Okay.  So your view is it did not poison the

19  atmosphere for a consensual talk?

20  A    I do not have any reason to believe that it did.

21  Q    Okay.  Now, in the second part of that paragraph, Mr.

22  Levenshrit makes a statement about what he believes to be my

23  client's cost basis in the notes.

24  A    Right.

25  Q    Do you see that?  And --

1   A      Yes.

2   Q      -- that that, in his view, could be an impediment to

3   settlement discussions as well, am I right?  Am I reading it

4   right?

5   A      I'm trying to read it, to make sure that you are

6   right.  I've read it.  What's your question?

7   Q      You don't agree that a distressed investor's basis is

8   necessarily what will or will not drive a settlement, do

9   you?

10  A      No.

11  Q      Let's make sure we don't have a double-negative.

12  (Laughter)

13  Q      You -- you'll -- let me try to --

14  A      I'm agreeing with you.

15  Q      Okay.  That's what I thought.  Okay.  Let me move onto

16  the topic of the claims that are in the trust -- or the

17  preserved claims going into the litigation trust, Mr. Kurtz.

18  A      Yes.

19  Q      All right.  Mr. Sottile said yesterday, in his

20  opening, that the -- quote:

21  "The senior notes, in general unsecured creditors of the

22  parent, are paid 34 cents on the dollar up front.  Your

23  Honor, in addition, they get the lion's share of recoveries

24  from litigation against third parties, and we submit the

25  evidence is going to show that litigation -- that that

1  litigation has very substantial potential value."

2  A     Right.

3  Q     Okay.  Were you here for that part of the opening?

4  A     I'm not sure I was.  I wasn't here yesterday.  I was

5  listening in the speaker for part of it --

6  Q     Okay.

7  A     -- back in the office.

8  Q     Understood.  Now, to your knowledge, the debtor has

9  never attempted to value the claims being preserved for the

10  trust, have they?

11  A     The debtor has never done a valuation, that I am aware

12  of, of the claims that are going into the trust.  That's

13  true.

14  Q     Okay.  And to your knowledge, no one else has

15  attempted to value those claims, have they?

16  A     Done a valuation on the claims?

17  Q     Yes.

18  A     Not that I'm aware of.

19  Q     Okay.  And those same claims are preserved under the

20  noteholder plan, are they not?

21  A     I believe so.

22  Q     Now, in the same way that the debtors, to your

23  knowledge, have never attempted to value those claims, I

24  take it no one has attempted to value what the impact would

25  be of the bar order in the proposed plan of reorganization

1    on the preserved claims?

2    A     The lawyers may have done that.

3    Q     Okay.  No one's attempted to quantify what the impact

4    may be.

5    A     I don't know if the lawyers have done that or not.

6    Q     Okay.  All right.  Let me ask you a few questions

7    about the creditors' committee, Mr. Kurtz.

8    A     Sure.

9    Q     You would agree that their job, in a chapter 11, and

10   in this case as well, is to obtain the highest possible

11   recovery for the unsecured creditors?

12   A     Right.

13   Q     Okay.  Or in --

14   A     For their constituency.

15   Q     Yeah, the pre-LBO creditors or non-LBO creditors.

16   A     Yeah, it was pretty clear that the creditors'

17   committee did not view their mandate as enhancing the

18   recovery for the banks.

19   Q     Okay.  Now, after the examiner report came out, am I

20   correct that you never heard the representative of the

21   creditors' committee, not once, make the pitch that the

22   examiner report strengthened the LBO causes of action, in

23   any way?

24   A     I don't remember a conversation in which -- I don't

25   recall that being said to me.

1    Q      Okay.  And --

2    A      That's true.

3    Q      -- you don't recall ever hearing the committee demand

4    more than $420 million to settle the case, do you, after the

5    examiner report came out?

6    A      In a discussion with me?

7    Q      Yeah, or that you were present at.

8    A      Well, I think that's probably not true, but I don't

9    recall participating in a discussion where the committee

10   said to me -- said a number to me that was in excess of that

11   number.

12   Q      So you're speculating that they may have asked for

13   more; you just never witnessed it?

14   A      That's right.

15   Q      Okay.  So the record's clear.

16   A      Exactly.

17   Q      Let me ask you to turn back to Noteholder Exhibit 836

18   for a moment --

19   A      Sure.

20   Q      -- Mr. Kurtz.

21   A      836.  I have it.

22   Q      Okay.  You talked a little bit about this on direct.

23   I'm on page three of the exhibit.

24   A      Right.

25   Q      The second paragraph, the one that discusses -- I'm

1    sorry.  I'm sorry.  Flip back a page.  My mistake, sir.

2    A      Okay.

3    Q      The middle paragraph, about defaulting to plan B.

4    A      This is the one -- the paragraph that begins "If we

5    were unable"?

6    Q      Yes, you've got it.

7    A      Okay.  I see that paragraph.

8    Q      Now, approximately a week before the date of this e-

9    mail, this e-mail of September 23 --

10   A      Right.

11   Q      -- approximately a week before, Oaktree filed its own

12   proposed plan of reorganization, correct?

13   A      I think it was Oaktree and Angelo Gordon.

14   Q      Okay.  Thank you.  And that plan proposed that the

15   Court determine that step one was not a fraudulent transfer,

16   and therefore, the step one -- the holders of step-one debt

17   could be paid in full?

18   A      Right.

19   Q      And in this e-mail, plan B is essentially saying that

20   if the debtors can't get plan A accomplished, they would

21   support plan B, am I --

22   A      Let me just --

23   Q      -- right?

24   A      -- read it, to be sure.  Okay.  I've read it.  What's

25   the question?

1  Q      So, in the e-mail, Mr. Levenshrit's just saying the

2  debtors' position is if they can't get plan A accomplished,

3  then they would default to plan B and approve of that sort

4  of structure?

5  A      That's what this says.

6  Q      Okay.  And under the plan B, if that had been the plan

7  that came out of these discussions, there would be no

8  settlement payment, of any kind, to the pre-LBO creditors,

9  correct?

10  A      Came out of which discussions?

11  Q      If plan B is what ultimately was presented to the

12  Court, there would be no settlement payment, of any kind.

13  A      Assuming the Court concluded that step one was not a

14  fraudulent conveyance.

15  Q      Understood.  But the proposal was not to have the

16  step-one holders make a payment; it was to litigate that

17  there was no cause of action in --

18  A      It was to ask the Court to decide the issue.

19  Q      And prior to the first mediation, the debtors told

20  Oaktree that they would support that structure, did they

21  not?

22  A      I don't remember it exactly that way.  I think it --

23  what the -- and you probably have the document.  There was a

24  statement issued.  It wasn't really a statement.  It was a

25  distribution from Randy Michaels to the employees.  And I

1    think what it said is that -- something like the

2    Oaktree/Angelo Gordon plan might provide a basis on which

3    the company could proceed, should settlement efforts fail.

4    Q    Okay.  I -- so you're not aware that Mr. Shapiro told

5    Oaktree and Angelo Gordon he would support that structure?

6    A    I have come to believe that he said that.

7    Q    And in fact, he reprimanded Mr. Levenshrit for not

8    issuing a public statement in support of what is plan B --

9    referred to as plan B?

10   A    That's not my understanding.  My understanding is that

11   he was upset with -- he, Mr. Shapiro, was upset with Mr.

12   Levenshrit, because the statement that was issued internally

13   was not also issued publicly.  My understanding was not what

14   the verbiage contained in the internal communication.  My

15   understanding of Mr. Shapiro's unhappiness was that the

16   manner in which it was distributed, not the content of the

17   statement.

18   Q    Okay.  But the debtors were, as you now understand it,

19   prepared to support that proposal, if need be?

20   A    I don't -- I see what Mr. Levenshrit says in his e-

21   mail.  I don't remember it exactly that way.  I don't recall

22   the company ever having made a determination to support this

23   construct.  It was certainly something that was under

24   consideration.  I don't recall that any definitive decision

25   had been made to go down this path.

1  Q     Mr. Shapiro would be in a position to know that, would

2  he not?

3  A     Well, Mr. Shapiro would be in a position to know what

4  his position was.  There had been no special committee

5  meeting, that I was aware of, at which this was decided.

6  Q     All right.  Have you reviewed the minutes of the

7  special committee meetings?

8  A     Which meeting?

9  Q     Any of the special committee meetings?

10 A     I have.

11 Q     Okay.  And do you recall reading the minutes of

12 September 17, 2010?

13 A     I do.  I don't think I was at that meeting, but I did

14 read it once.

15 Q     You do recall reading them.  All right.

16 A     I read it once.

17 Q     All right.  And do you recall that, in that -- in

18 those --

19 A     Maybe I'm wrong.

20 Q     -- minutes, the special committee, I believe,

21 expresses its approval for that structure?

22 A     Do you have the minutes?  Can I read them?

23 Q     I'll find them on a break.

24 A     Okay.  I mean, I have no doubt that you're

25 mischaracterizing [*sic*], because I wasn't there, obviously I

1  didn't know what happened.  So I was maybe not completely in

2  step with what was going on at this point, with respect to

3  this issue.

4  Q    Okay.  All right.  This is not a proposal you'd want

5  to be associated with, is it?

6  A    Well, look, I don't think that there's anything, you

7  know, per se, wrong with asking the Court to decide whether

8  step one is a fraudulent conveyance or not.  My preference

9  would've been to continue the settlement effort and try to

10 produce a pot of money that we could use to settle with.  So

11 I guess I'll leave it at that.

12 Q    Okay.  And this proposal would not produce a pot of

13 money, at least in its --

14 A    Well, it only wouldn't produce a pot of money if the

15 Judge concluded that step one wasn't a fraudulent

16 conveyance.  If the Judge found that step one was a

17 fraudulent conveyance, it would've produced a huge pot of

18 money.

19 Q    Okay.  You say this has been a painful and difficult

20 restructuring.

21 A    Yes.

22 Q    And would you say the debtor is anxious to get it over

23 with, at virtually any cost?

24 A    Well, I don't know what the "at virtually any cost"

25 means.  I think it's fair to say that the company believes

1 that it is in the best interest of maximizing value to exit

2 bankruptcy.

3 Q    Okay.  And do you think it's acceptable to propose a

4 deficient litigation settlement, simply in order to expedite

5 their exit from chapter 11?

6 A    I'm sorry.  Can I have that one again?

7 Q    Yeah.  Do you think it's acceptable to propose a

8 deficient litigation settlement, simply in order to --

9 A    Oh, are you saying deficient?

10 Q    Deficient, yes.

11 A    Okay.  Do it one more time.  I thought you were saying

12 efficient, which is why I didn't understand your question.

13 Go ahead.

14 Q    Do you think it's acceptable for the debtors to

15 propose a deficient litigation settlement, in order to

16 expedite their exit from chapter 11?

17 A    No.

18         MR. ZENSKY:  All right.  Can I have a minute,

19 Your Honor?

20         THE COURT:  Yes.

21         MR. ZENSKY:  I may be done.  Your Honor, just to

22 close out the loose end, I'd like to hand up to the witness

23 the minutes of the special committee meeting I referred to.

24         THE COURT:  Okay.  Shall we mark them?

25         MR. ZENSKY:  Yeah, they're on the exhibit list.

1    I don't think there's any objection to it.  I just don't

2    know the number of the exhibit, off hand.  Can we leave a

3    blank in the --

4              MR. BENDERNAGEL:  We'll come back and rather than

5    mark a seventh copy of these minutes --

6              THE COURT:  All right.

7              MR. BENDERNAGEL:  -- be better off --

8              THE COURT:  That's fine.  Thank you.

9              MR. ZENSKY:  Okay.  May I approach the witness?

10              THE COURT:  You may.

11   BY MR. ZENSKY:

12   Q    Mr. Kurtz, I've handed you the minutes from the

13   September 17 special committee meeting.  I'd just ask if you

14   read the second page for a moment, or any part of it that

15   you like.

16   A    Starting with the bullet point, barring settlement?

17   Q    Yeah, the second -- you don't need to read it into the

18   record.  Just read it for yourself.

19   A    I stand corrected.

20   Q    Okay.  So the special committee did vote, as an

21   alternative to approve the Angelo and Oaktree structure?

22   A    I apologize.  I wasn't at that meeting, but --

23   Q    Okay.

24   A    -- it appears to be that way.

25              MR. ZENSKY:  That's all I have now, Your Honor.

1    Thank you.

2              THE COURT:  All right.  Is there any other cross-

3    examination?

4              MS. STAGGY:  Good afternoon, Your Honor.

5    Katherine Staggy [ph] on behalf of Samuel Zell and EGI-TRB.

6    BY MS. STAGGY:

7    Q     Good afternoon, Mr. Kurtz.

8    A     Good afternoon.

9    Q     Just a couple of brief questions.  Do you recall

10   before the lunch break, you were talking about the

11   descriptions that you had put together in your charts about

12   the step-one and step-two transactions?

13   A     Yes.

14   Q     Okay.  And I don't know if we can pull up our slides

15   on page three and four.  Okay.  And Mr. Zensky asked you

16   some questions about what Zell did in connection with these

17   transactions.  Do you recall that?

18   A     Yes.

19   Q     Okay.  And in fact, the entity that made the

20   investments and received the exchangeable notes in step one

21   and then in step two was actually EGI-TRB LLC, correct?

22   A     Yes.

23   Q     Okay.  And so, in your charts here, on slides on page

24   three and page four, where they talk, under sources and

25   uses, and you talk about Zell Equity Investment and Zell

1  Exchangeable Note.  The party that's involved there is

2  really EGI-TRB LLC, correct?

3  A    Right.

4  Q    Okay.  Now, you also testified, prior to the break, in

5  response to some questions about the September and October

6  settlements, that you were seeking to match up those

7  settlements to what was in the examiner's report, correct?

8  A    Yes.

9  Q    And you also spent some time studying the examiner's

10 report to understand what his conclusions were, correct?

11 A    Right.

12 Q    And you're aware that the examiner concluded that he

13 could  not find any credible evidence to support conclusions

14 that the Zell Group aided and abetted any breach of

15 fiduciary duty in connection with the leverage Aesop

16 transaction.  You understand that, correct?

17 A    You know, I -- you're probably right.  The report

18 speaks for itself.  I just don't remember.  I mean, I can't

19 tell you I know you're right.

20 Q    Okay.  And you're aware that -- and you're -- but

21 you're not offering any opinion that the examiner's

22 conclusions were incorrect, are you?

23 A    No.

24 Q    And in fact, you tried to match your settlement and

25 the plan that's before the Court to what the examiner's

1   conclusions were, correct?

2   A     Well, as it relates to the senior lenders, yes.  As it

3   relates to Mr. Zell, you know, he wasn't getting any -- he

4   was not going to be released, and claims, as they may exist

5   against him, will be placed in the litigation trust.  So,

6   there was no study of the examiner's report, as it related

7   to Mr. Zell, that was relevant to me, because the one thing

8   I was sure of, at least as of this point in time, was that

9   any claims that may exist against him are going into the

10  litigation trust.

11  Q    So you're not offering any opinion that those claims

12  have any validity, correct?

13  A    I'm not saying either that they do or they don't have

14  validity.

15  Q    Okay.  And similarly, you're aware that the -- are you

16  aware that the examiner concluded that with regard to

17  preference claims against EGI-TRB, that it was reasonably

18  likely that the Court would find that the transfers that

19  occurred in connection with step two were within the

20  ordinary course of business?  Are you aware of that?

21  A    I'll give you the same answer.  I mean, it sounds

22  familiar, but I really wasn't carefully studying what the

23  examiner said about Mr. Zell, because I knew that it really

24  didn't matter as to him, because he wasn't getting a

25  release.

1    Q      Okay.  So you aren't offering an opinion that there

2    are any valid claims against EGI-TRB?

3    A      I have no opinion on that.

4    Q      Okay.  And despite your efforts to match the

5    settlement to the examiner's report, your view is whatever

6    the examiner's report said about the claims against either

7    Mr. Zell or EGI-TRB, those were just going to go into the

8    litigation trust.

9              MR. BENDERNAGEL:  I object, Your Honor.  It

10   mischaracterizes his testimony.  He just said he didn't try

11   to match the examiner report against all of the findings of

12   the --

13             THE COURT:  Well, I'll sustain the objection, but

14   Counsel, I had first thought this line of questioning was

15   going to lead to elicitation of facts that aren't already on

16   the record or aren't already discussed in great length in

17   this and other related proceedings, but I'm not getting that

18   feeling now.

19             MS. STAGGY:  Okay.  Well, I apologize for that.

20   Okay.

21   BY MS. STAGGY:

22   Q      And you indicated, sir, that you were attempting to be

23   fair to all stakeholders in connection with the plan that is

24   being proposed to the Court, correct?

25   A      I did.

1  Q     Okay.  And yet that plan takes claims that you haven't

2  studied and transfers them over to a litigation trust.

3  A     I never felt any duty or obligation, in connection

4  with this process, to look out for the interests of Mr.

5  Zell.

6            MS. STAGGY:  Your Honor, we have no further

7  questions.

8            THE COURT:  Thank you.  Any other cross-

9  examination?

10  (No audible response)

11            THE COURT:  Redirect?

12            MR. BENDERNAGEL:  Thank you, Your Honor.  I'll be

13  brief.

14                     REDIRECT EXAMINATION

15  BY MR. BENDERNAGEL:

16  Q     Mr. Gropper, this afternoon -- Mr. Gropper.

17  (Laughter)

18  Q     Okay.

19  A     I don't know how to respond to that.

20  (Laughter)

21  Q     No further questions.

22            THE COURT:  You need a good night's sleep

23  tonight, Mr. Bendernagel, I think.

24  BY MR. BENDERNAGEL:

25  Q     Mr. Kurtz --

1    A      Yeah.

2    Q      -- there is a lot of discussion of your conversations

3    with Mr. Gropper, and in connection with those

4    conversations, you used the phrase "unbridgeable gap".  Do

5    you recall that?

6    A      It sounds familiar.

7    Q      What do you mean when you used the term "unbridgeable

8    gap"?

9    A      That the gulf was just too wide.

10   Q      Would you have characterized the gulf between you or

11   the debtors and Oaktree in the spring as unbridgeable?

12   A      The -- oh, no.  I felt that the -- well, the order of

13   magnitude was a small fraction of what we're talking about

14   when we speaking about the differential between where the

15   lenders are and where Mr. Gropper told me he was.

16   Q      Now, has Mr. Gropper, outside the context of a

17   mediation, ever called you and indicated that he thought the

18   gap was reachable?

19   A      No.

20   Q      Now, there was a lot of discussion about the e-mail

21   that's been marked as 836.  It was marked earlier in the day

22   as 999, but we'll use Mr. Zensky's copy.  This is the

23   September 23 letter.

24   A      Right, 836.

25   Q      That's correct.  This is the September 23 e-mail from

1  Mr. Levenshrit to a whole host of people --

2  A     Right.

3  Q     -- regarding the three separate proposals and the

4  like.

5  A     I have it.

6  Q     If you could turn to the top of page three, Mr. Zensky

7  asked you to focus on the sentence after the sentence where

8  Mr. Levenshrit refers to Aurelius in the -- with the words

9  "terrorist".  The next sentence, the beginning reads:

10 "No one holds out any hope of achieving a settlement with

11 Aurelius, so the mediation may be a formality, and plan B

12 may be our only option."

13     Do you see that?  And I've left out the parenthetical

14 that Mr. Zensky --

15 A     Right.

16 Q     -- focused on.

17 A     Yeah.

18 Q     Was there a sentiment in this timeframe, before the

19 mediation, that it would be hard to do a deal with Aurelius?

20 A     There was.

21 Q     And I take it that one of the alternatives was this

22 plan B issue, correct?

23 A     Right.

24 Q     Now, Mr. Zensky asked you a lot of questions about

25 what you testified to at your deposition.  Did Mr. Hurley

1  ask you about plan B at your deposition?

2  A      I think it came up.

3  Q      Do you recall -- well, let me ask it more directly.

4  What was your view as to the likelihood that plan B was

5  going to go anywhere?

6  A      Slim.

7  Q      And why was that?

8  A      I never thought the Judge would agree to litigate plan

9  B separate from all of the other litigation claims prior to

10  confirmation.  That was my view.

11  Q      And if you turn to page two of this e-mail from Mr.

12  Zensky, could you just read into the record the paragraph

13  that begins "The biggest problem with plan B"?

14          MR. ZENSKY:  Actually, I -- Your Honor, I don't

15  think the e-mail was from me.

16          MR. BENDERNAGEL:  Oh, the e-mail from Mr.

17  Levenshrit that Mr. Zensky is so fond of.

18  (Laughter)

19          MR. KURTZ:  All right.  What paragraph was it in,

20  Mr. Bendernagel?

21  BY MR. BENDERNAGEL:

22  Q      The paragraph --

23  A      Oh, I --

24  Q      It's the third -- fourth paragraph on the page.

25  A      Yes, I'm with you.

1  "The biggest problem with plan B is whether the Court will

2  make the required step-one-only finding, which would require

3  a trial as to just those facts, or whether the Court would

4  be persuaded to look at the LBO as a whole, as it would be

5  vigorously argued by the bonds and other junior creditors.

6  Without the step-one-only finding, plan B fails."

7  Q     And I take it you agreed with that position?

8  A     That was the statement of my view.

9  Q     Now, if you take a look at Exhibit 810, it's the first

10  one in Mr. Zensky's binder.  This is --

11  A     Okay.

12  Q     -- the e-mail from Mr. Levenshrit to the special

13  committee members on Saturday, August 21.  It appears at the

14  bottom of page one and goes over to page two.  Do you see

15  that?

16  A     Saturday, August 21 e-mail?

17  Q     Yes.

18  A     Yes, I have it.

19  Q     And you've looked at this e-mail before, is that

20  correct?

21  A     Right.

22  Q     Is it fair to say that the e-mail is addressing

23  formation issues regarding the special committee?

24  A     That's my understanding.

25  Q     If you look at the very top, page two, it talks about

1  separate counsel.  Do you see that?

2  A     "Separate counsel, you must have it."  Yes.

3  Q     And who is the one that's saying "you must have it" in

4  this e-mail?

5  A     Mr. Levenshrit.

6  Q     Okay.  Now, Mr. Levenshrit, further down on the page,

7  talks -- lays out information, regarding his situation, is

8  that correct?

9  A     Yes.

10  Q     And then, on the first page, there's commentary by Mr.

11  Shapiro regarding Mr. Levenshrit's position on the case.  Do

12  you see that?  It's in the --

13  A     Are you referring to Mr. Shapiro's e-mail?

14  Q     That's correct.  Later in the day, on the 21st.

15  A     Yes.

16  Q     And Mr. Zensky read the sentence:

17         "He's too much of a central figure."

18         Do you see that?

19  A     Yes.

20  Q     Could you read the sentence right before that?

21  A     "We'd be crazy to take him off the restructuring at

22  this point."

23  Q     And do you agree that that would've been a crazy thing

24  to do at that juncture?

25  A     Yes.

1  Q    And why is that?

2  A    Well, Don had lived this process, you know, with me,

3  with Mr. Conlan, from the very beginning.  He was steeped in

4  all of the history regarding the discussions, the

5  negotiations, the positions taken by various people, and to

6  forego all of that, I think, very important knowledge and

7  history would've been crazy.

8  Q    Now, they asked you a question as to whether you had -

9  - you're aware that Mr. Levenshrit had this long

10  relationship with Mr. Zell.  Do you recall that?

11  A    Yes.

12  Q    And they also asked you the question of whether you

13  were concerned about that at all.  Do you remember that?

14  A    Right.

15  Q    Did you ever discuss, with Mr. Levenshrit, this issue

16  and satisfy yourself, one way or another, regarding whether

17  Mr. Levenshrit was playing it straight or trying to favor

18  somebody?

19  A    Yes.

20  Q    And could you recount what that conversation -- when

21  that conversation was and what you concluded?

22  A    It was early in the process, and we hit the subject

23  head on.  Don told me that, you know, notwithstanding his

24  long relationship with Mr. Zell, now he was the general

25  counsel of Tribune Corporation, and all of his effort and

1    activities would be focused on maximizing the value of the

2    Tribune Corporation, even if it were to conflict with the

3    interests of Mr. Zell.

4    Q    And at any point in the work that you did in

5    connection with these negotiations around this matter, did

6    Mr. Levenshrit try to influence you in the direction of any

7    particular creditor or Mr. Zell or directors, officers, and

8    the like?

9              MR. ZENSKY:  Objection, Your Honor.

10             THE COURT:  Sustained.

11   BY MR. BENDERNAGEL:

12   Q    One last question.  I think you testified back the

13   first time you were here, in terms of whether Mr. Levenshrit

14   had done anything to interfere with your work.  Do you --

15   A    Right.

16   Q    -- recall that?

17   A    Yes.

18   Q    What was your testimony at that time?

19   A    He had not.

20   Q    Is that still your testimony?

21   A    It is.

22             MR. BENDERNAGEL:  I have nothing further, Your

23   Honor.

24             THE COURT:  Recross?

25             MR. ZENSKY:  I think I just have one or two

1    questions, Mr. Kurtz.

2                      RECROSS EXAMINATION

3    BY MR. ZENSKY:

4    Q       At the beginning of redirect, you were asked whether

5    you believed, as of September 23, the gulf between my client

6    and the banks was unbridgeable.

7    A       Right.

8    Q       Do you recall that?  Now, September 23 was before the

9    mediation actually got underway, right?

10   A       Right.

11   Q       The first session was September 26 or thereabout.

12   A       September 26.

13   Q       You reached the conclusion that it was unbridgeable

14   based on the phone call in Russia, which was aborted or

15   curtailed by a bad connection, and the meeting, which I

16   refreshed your recollection about, at which my client said,

17   "Put him in a room with the banks."  Right?  That's the

18   basis for your unbridgeable view?

19   A       No, that's not the only basis.

20   Q       Okay.  Well, those are the only communications you had

21   with my client in that timeframe.

22   A       That's true, but that was not the only basis.

23   Q       Okay.  But those were the only communications you had

24   with them about the case, correct?

25                      MR. BENDERNAGEL:  Object to the form of the

1  question.

2            MR. KURTZ:  I testified to that.  That's right.

3            THE COURT:  Overruled.

4            MR. ZENSKY:  That's all I had, Your Honor.

5            THE COURT:  Any more recross?

6  (No audible response)

7            THE COURT:  Thank you, sir.  You may step down.

8  Run fast, Mr. Kurtz.

9  (Laughter)

10            THE COURT:  Mr. Bendernagel, the pre-trial

11  statement says that next is either Mr. Smith or Mr.

12  Selganic.

13            MR. BENDERNAGEL:  It's Mr. Selganic.  Can we

14  offer the exhibits before we get to Mr. Selganic?  And then

15  can we take an afternoon break or is that --

16            THE COURT:  Well, the answer to your second

17  question is yes.  With respect to the first, have counsel at

18  all conferred about what can come in by agreement and what

19  is disputed?  I -- the reason I ask the question is, to the

20  extent the exhibits will come in by agreement, I -- let's do

21  it at the end.  To the extent that what you'd like to get in

22  now is going to be the subject of dispute, then I guess we

23  should talk about it.

24            MR. BENDERNAGEL:  Why don't we consult over the

25  break, and if -- I don't think we're going to have a fight

1  about the exhibits that we're talking about today, and we

2  can work out a protocol so that we avoid bothering you with

3  the exhibits unless we really have to.

4          THE COURT:  Okay.  Ten-minute recess.

5  (Recess at 3:03 p.m. to 3:16 p.m.)

6          MR. MCCORMICK:  Good afternoon, Your Honor.  Tom

7  McCormick on behalf of the committee and DCL plan

8  proponents.  Call Mr. Bill Salganik to the stand.

9          Your Honor, as a matter of logistics, may I

10 approach with the binders that we will use with this

11 witness?

12         THE COURT:  You may.

13     MARC WILLIAM SALGANIK, COMMITTEE'S WITNESS, SWORN

14         THE CLERK:  Please state your full name for the

15 record and spell it, and please adjust the microphone

16 towards you.

17         MR. SALGANIK:  My name is Marc William Salganik.

18         THE CLERK:  Spell it.

19         MR. SALGANIK:  S -- Marc with a C, by the way,

20 and S-A-L-G-A-N-I-K.

21         MR. FRIEDMAN:  Your Honor, may we briefly address

22 a few of the procedural and evidentiary matters briefly so

23 that we do not interrupt the flow of the witness

24 examination?

25         THE COURT:  All right.

1          MR. FRIEDMAN:  So two things.  First, I

2    understand from Mr. McCormick that his intention is to

3    introduce into evidence a whole bunch of Committee minutes,

4    and the question with respect to all of those minutes will

5    be the purpose for which they are being offered, and there's

6    a lot of back-and-forth on objections, not objections to a

7    whole bunch of exhibits.  So all I want to say for now is

8    that we're not going to interrupt the flow of the

9    examination.  There are many, many, many of the minutes I

10   know that Mr. McCormick is putting in that this witness is

11   not going to testify about, so the simple point I want to

12   make is that the admission of the minutes into evidence may

13   be appropriate for certain limited purposes.  For example,

14   if there is -- there may be some relevance at some point to

15   the fact that something was written in the minutes, but we

16   are not conceding that a statement written in the minutes is

17   evidence that, in fact, such a statement was made, and

18   that's just a general concern or objection that we're

19   expressing.  It's not going to arise with this witness in

20   any way, as I understand it, because this witness is going

21   to testify about what happened, what he heard, the minutes

22   of meetings he attended.  There won't be any problem.  So I

23   just wanted to make the record clear that when we're not

24   objecting to Mr. McCormick's offer of this evidence, it's

25   because there may be some limited purpose for which all of

1   the minutes are admissible along the lines of what I just

2   said.

3          THE COURT:  Okay.  Well, all right we -- when are

4   we going to have that discussion?

5          MR. MCCORMICK:  Well --

6          MR. FRIEDMAN:  Well --

7          MR. MCCORMICK:  Let me say this, if I may, Your

8   Honor.  I have bench briefs on this.  I have tried with Mr.

9   Friedman the last day or so to try to eliminate some of

10  this, but the question of whether meeting minutes are

11  admissible as business records has long been settled in the

12  third circuit, and I've got cases on that.  I've got a bench

13  memo if you'd like to see it.  So I don't see that there's a

14  real issue there, and I -- so I'm not a hundred-percent sure

15  of what Mr. Friedman's -- what he's retaining for purposes

16  of his objections to the minutes, but if you'd like that

17  bench memo, I'd be happy to give it to you, but the third

18  circuit has long since decided that minutes of committee

19  meetings are business records and should be introduced as

20  such.

21         THE COURT:  Well, let me ask the question this

22  way.  You intend to use them, but do you intend to offer

23  them presently?

24         MR. MCCORMICK:  I intend to offer them, Your

25  Honor, as a unit to demonstrate that the minute were taken,

1   were reflected.  They support the demonstrative that we have

2   in front of Your Honor, and also -- but the truth is that Ed

3   and I have already talked -- I'm not going to use very many

4   of them.  I'm going to use three or four of them, and two of

5   them involve Aurelius presentations to the committee, so I

6   don't think he has any problem with those.

7           MR. FRIEDMAN:  That is correct, Your Honor.

8           MR. MCCORMICK:  And maybe all this comes down to

9   is we should just go ahead and maybe fight -- well, unless

10  you want us to fight now.  I think they're business records.

11  I don't think there's any question about that under third-

12  circuit law, and I'm not sure if we need to --

13          THE COURT:  Let me ask the question this way.  Is

14  the presence of the witness necessary for me to hear and

15  resolve objections whenever we argue them?

16          MR. FRIEDMAN:  I don't believe so.

17          MR. MCCORMICK:  Well, I want them introduced for

18  all the purposes that I can use them, but they're --

19          THE COURT:  Well, you'll examine the witness.

20          MR. MCCORMICK:  Yes.

21          THE COURT:  But can we argue about it later?

22          MR. FRIEDMAN:  Yes, let's argue about it later.

23          THE COURT:  Okay.

24          MR. MCCORMICK:  And he's going to introduce them

25  in the since that he's going to hit all the items you're

1  supposed to hit to make a business record to be introduced,

2  but --

3             THE COURT:  I understand.

4             MR. MCCORMICK:  -- he's going to do that for all

5  of them.  Okay.

6             MR. FRIEDMAN:  And, Your Honor, subject to what

7  is ultimately determined with respect to the minutes, we

8  also have an objection to the demonstrative, but I

9  understand that's not being offered into evidence.  So to

10 the extent the witness actually testifies about these

11 matters, there may be no issue.

12            THE COURT:  All right.  Thank you.  You may

13 proceed.

14            MR. MCCORMICK:  Thank you, Mr. Friedman.

15                    DIRECT EXAMINATION

16 BY MR. MCCORMICK:

17 Q    Good afternoon, Mr. Salganik.

18 A    Good afternoon, Mr. McCormick.

19 Q    Are you currently employed?

20 A    I'm retired.

21 Q    And when did you retire?

22 A    I retired in March 2008.

23 Q    Where were you last employed before you retired?

24 A    At the Baltimore Sun.

25 Q    How long had you worked at the Baltimore Sun, Mr.

1  Salganik?

2  A      Thirty years.

3  Q      Can you tell the Court briefly what your job title was

4  while you worked at the Baltimore Sun?

5  A      I was a reporter and editor, and I edited the Sunday

6  News Analysis section.  I was weekend Metro editor.  I was

7  Education editor on the desk.  As a reporter, I covered a

8  variety of beats, including Education, City Hall, and for

9  the last 12 years I worked there, I worked for the Business

10 section covering health.

11 Q      And what is your educational background, sir?

12 A      I have a bachelor's degree from Brown University in

13 1968 and a master's degree in journalism from Columbia

14 University in 1969.

15 Q      Now, Mr. Salganik, did there come a time when you came

16 to serve on the Official Committee of Unsecured Creditors in

17 the Tribune bankruptcy?

18 A      Yes.

19 Q      And whom do you represent on the committee?

20 A      The Washington-Baltimore Newspaper Guild.

21 Q      What is the guild?

22 A      The guild is a union local.  We have about 1,500

23 members.  We represent workers at the Baltimore Sun, at the

24 Washington Post, and about two dozen other workplaces in the

25 Baltimore-Washington area.

1    Q      Are any employees of Tribune members of the guild?

2    A      Yes.  We represent I -- about 210 employees at the

3    Baltimore Sun, which makes us the largest or one of the

4    largest bargaining units within Tribune.  There are other

5    guild members at WPIX, a television station in New York, but

6    they're members of the Newspaper Guild of New York.

7    Q      And what was your position with the guild when you

8    were appointed to serve as its representative on the

9    committee?

10   A      I was president of the local.

11   Q      And is that position elected by the vote of the

12   membership of the guild?

13   A      Yes.

14   Q      During what period of time were you president of the

15   guild?

16   A      From early 2003 to early 2009.

17   Q      And did your term end in 2009?

18   A      Yes.

19   Q      Now, you continued to serve on the committee after

20   your tenure as president of the guild ended, correct?

21   A      Yes.  When my term as president ended, the local

22   executive counsel appointment me to continue to serve on

23   this committee.

24   Q      What were your responsibilities as president of the

25   guild?

1  A      We have a professional staff, which takes the lead on

2  bargaining grievances and arbitrations, organizing and so

3  on.  As president, it was our job -- or as officers, it was

4  our job to set policy for the local and to oversee the

5  staff.

6  Q      Is there a body called the executive council that

7  works with the guild?

8  A      Yes, there is.

9  Q      And what is the president's role with regard to the

10 executive council?

11 A      The council is sort of like a board of directors for

12 the local, and the president is -- serves as chairman.

13 Q      Now, as president, were you the officer in charge of

14 oversight with respect to all of the responsibilities of the

15 guild?

16 A      Yes.

17 Q      Did you have any experience in negotiations on

18 collective-bargaining agreements or other agreements while

19 you served as president of the guild?

20 A      Yes.  I served on five or six bargaining committees at

21 the Baltimore Sun, some of those as president, some before I

22 became president, and as a union officer, I was also

23 involved in negotiating settlements to grievances.

24 Q      Now, how did you come to be appointed to represent the

25 guild on the committee?

1  A    Our -- the attorney for the local, Mr. Paul, attended

2  the formation meeting, and when we were given a seat, he

3  called and said, "I need to give them a name, and I want to

4  give them your name."

5  Q    And what did you believe were your qualifications to

6  represent the guild on the committee?

7  A    Well, I think among the people who might have served

8  from the local, I was familiar with Tribune as a longtime

9  employee at the Sun.  Having been a business reporter, I was

10 more familiar than some others with reading balance sheets

11 and things like that.  And I think as a reporter and as a

12 union officer, I'm used to being thrown into a new situation

13 and trying to figure things out and locate the landmarks,

14 get advice and proceed.

15 Q    Did you think your experience with the guild in its

16 management was useful to you in terms of your service on the

17 UCC?

18 A    Yes.

19 Q    When did you join the committee, Mr. Salganik?

20 A    I was not at the formation meeting.  I was at what I

21 believe was the second meeting, which would have been in

22 January 2009.

23 Q    Now, how was it, from your understanding, that the

24 guild became a member of the committee?

25 A    We submitted an application to the U.S. Trustee's

1  Office.

2  Q      And was it your understanding that the U.S. Trustee

3  selected the guild for --

4  A      Yes.

5  Q      -- service on the committee?

6  A      Yes.  It's my understanding that the U.S. Trustee

7  selected all the members of the committee.

8  Q      What unsecured claims does the guild have vis-à-vis

9  the debtors?

10 A      Well, we were concerned with having our collective-

11 bargaining agreement assumed.  We also, in our application

12 to the U.S. Trustee, submitted a lot of data on potential

13 claims if the company were to shut down so that our members

14 would be due back pay and severance and notice pay and so

15 on.

16 Q      Has your primary concern been the collective-

17 bargaining contracts in recent time, certainly?

18 A      Yes.

19 Q      Are you receiving compensation for serving on the

20 committee?

21 A      No.

22 Q      Let me turn to a slightly different subject matter for

23 a moment.  Who are the other members of the committee in

24 this case?

25 A      Warner Brothers, Buena Vista, Deutsche Bank,

1  Wilmington Trust, JP Morgan, Pension Benefit Guaranty

2  Corporation and William Niese.

3  Q    And was it your understanding that all of them were

4  appointed by the Trustee, as well?

5  A    Yes.

6  Q    What do you believe to be the purpose of a creditors'

7  committee?

8  A    The purpose of the creditors' committee is to work

9  through the reorganization process to try to obtain the best

10 result for unsecured creditors.

11 Q    Now, with regard to the committee's activities, does

12 the committee hold regular meetings?

13 A    Yes.

14 Q    And generally speaking, how often has the committee

15 held meetings since the committee was formed?

16 A    Generally, once a week.  There might have been times

17 when we went two or three weeks without a meeting, and then

18 there were busy times where we might have met two or three

19 or four times in a week.

20 Q    And are those meetings conducted in person or over the

21 phone?

22 A    I'd say we averaged once a month in person.  The

23 others, by phone.

24 Q    Now, who has participated in these meetings, from your

25 observation, Mr. Salganik?

1    A      All of the members of the committee, and it was rare

2    for even a single member to miss a meeting.  Almost all the

3    members were also accompanied by their own legal counsel at

4    the committee meetings.  And then, the committee's

5    professionals participated.

6    Q      And tell the hor -- tell the Court who the committee's

7    professionals are.

8    A      Chadbourne is legal counsel.  Zuckerman Spaeder is

9    special counsel.  Landis, Rath and Cobb is the local counsel

10   in Delaware, and Moelis and AlixPartners are financial

11   advisors.

12   Q     Now, was there ever a time when any committee members

13   were excluded from committee meetings?

14   A      Yes.  Committee members were excluded if they had an

15   interest that might be different from or conflicting with

16   the committee.  For example, we took a position opposing the

17   management bonus plan in this court.

18   Q      When you say we --

19   A      We, the guild, while the committee was supporting it,

20   so when the committee was discussing its legal strategy

21   around the bonuses, we were excluded.

22   Q      How about other members of the committee?  Were they

23   ever excluded from the activities of the committee?

24   A      Yes.  JP Morgan was excluded many times when we were

25   considering legal strategy that might include suing JP

1  Morgan.   Deutsche Bank and Wilmington Trust were excluded

2  when sometimes they had introduced motions or taken

3  positions, you know, as -- in their own capacity that were

4  different from the committee.   And I believe PBGC was

5  excluded once or twice when we discussed pension issues.

6  Q    And at meetings in which you were present --

7  withdrawn.   And I may have asked you this indirectly before,

8  but let me ask it directly.   Did a representative of the

9  guild participate in all of the committee meetings?

10  A    Usually, both Mr. Paul and I attended.   Occasionally,

11  it was just one of us, and I think there were a couple of

12  meetings where neither of us was there.

13  Q    Is what takes place at committee meetings recorded or

14  memorialized in any way?

15  A    Yes.

16  Q    Are there minutes prepared for the committee meetings?

17  A    There are.

18  Q    And who prepares those minutes?

19  A    Legal counsel that's present at the meeting.

20  Q    And does committee counsel have the responsibility to

21  make sure that the minutes accurately reflect the meetings

22  that they describe?

23  A    Yes, they do, and the committee members also review

24  the minutes.

25  Q    Well, how long after each meeting are the minutes

1  distributed to the members of the committee on a general,

2  notional sense?

3  A    We get draft minutes usually a week or two after the

4  meeting, and then we have a week to respond if we believe

5  there are any errors.

6  Q    And do the members of the committee have a

7  responsibility to review those draft minutes?

8  A    Yes.

9  Q    And is it your regular practice to review those draft

10  minutes?

11  A    Yes.

12  Q    And have you ever commented on or corrected any of the

13  draft minutes that were circulated?

14  A    Once or twice.

15  Q    And are the comments that you may have given reflected

16  in the final minutes?

17  A    They were.

18  Q    Are the final minutes kept in the ordinary course of

19  the company's -- excuse me, of the committee's business?

20  A    Yes.

21  Q    Did you have any reason to believe that any of these

22  minutes do not accurately reflect the substance of the

23  committee's meetings?

24  A    No.

25           MR. MCCORMICK:  Your Honor, I have a binder,

1  painfully large though it may be, but the binder, the first

2  one, volume one, is essentially minutes from meetings of the

3  committee that took place between December 17th, 2009 and

4  October 22nd, 2010, and the minute meetings [sic] are listed

5  as Exhibits 3 to 95 in that binder, and it was my intention

6  to introduce those meeting minutes now.

7          THE COURT:  Well, Mr. Friedman.

8          MR. FRIEDMAN:  Subject to the statement earlier,

9  Your Honor, and the review of the redactions and omissions

10  and as has been said on the record before, we've got no

11  objection to these coming in for purposes that may be shown

12  to be appropriate.

13          MR. MCCORMICK:  Well, can I do it the other way,

14  which is if he's got a purpose that he thinks is

15  inappropriate, he would tell me which minutes he doesn't

16  want in because I think I've met all the requirements, and I

17  think I've met third-circuit law for getting them in as

18  business records.

19          THE COURT:  Well, he agreed, first of all, to

20  argue about this later.

21          MR. MCCORMICK:  Yes, I apologize.

22          THE COURT:  And it was on the assumption that we

23  don't need the presence of the witness for me to resolve the

24  objection.

25          MR. MCCORMICK:  You're right.

1           THE COURT:  Okay.

2           MR. MCCORMICK:  You reminded me properly, and I

3  will move according to that protocol.

4           THE COURT:  Thank.

5  BY MR. MCCORMICK:

6  Q     Well, let me ask you quickly, though, just for the

7  purposes of establishing that.  Would you look at your

8  binder and page through, if you will, the minutes that

9  appear there.  And you can -- I guess for purposes of moving

10  this along, you don't have to look at all of them, but look

11  through some of them, Mr. Salganik, and I'll ask you have

12  you seen those documents before.

13  A     Yes.  These are the committee minutes from the period

14  you men -- you described.

15  Q     All right.  Did you know in advance of committee

16  meetings that topics for discussion might be taken up at the

17  committee minutes -- meetings?

18  A     Yes.  We received an agenda from counsel.

19  Q     And how did -- you got counsel -- counsel sent agendas

20  in advance for many of the minute -- meetings?

21  A     Yes.  Counsel posted them to IntraLinks.

22  Q     All right.  We'll cover IntraLinks in a second.

23  A     Okay.

24  Q     But let me direct you to look at the witness book that

25  I've given you for Exhibits 96 through 131, which I will

1  represent to the Court are agendas for meetings of the

2  committee.  With regard to Exhibits 96 through 131, have you

3  seen these documents before?

4  A     I have.

5  Q     And what are they?

6  A     Those are the agendas that I spoke about a minute ago.

7  Q     And they cover the period December 17th through

8  October 21, 2000 -- December 17th, 2009 through October 21,

9  2010?

10  A     Yes.

11         MR. MCCORMICK:  Now, Your Honor, I don't think

12  they've objected to these, so I'm going to move those in.

13         MR. FRIEDMAN:  No objection.

14         THE COURT:  DCL 96 through 131 are admitted

15  without objection.

16      (DCL Exhibits 96 through 131 are received in evidence)

17  BY MR. MCCORMICK:

18  Q     Now, you mentioned that -- the term "IntraLinks" a

19  moment ago.  How did the committee's advisors distribute

20  written materials to members of the committee?

21  A     Okay.  IntraLinks was a system that had electronic

22  mailboxes, password-protected, so that committee members had

23  access to the materials, and since not all the materials

24  went to all the members because we were excluded from

25  certain discussions, our password allowed us access only to

1  the materials we were supposed to get.  Whenever anything

2  was posted on IntraLinks, we would receive an email

3  notifying us that there was a new posting.

4  Q     This was a distribution method for materials coming

5  from the committee and its counsel and its advisors?

6  A     Yes.

7  Q     What kinds of documents have been sent to the

8  committee by the committee lawyers and advisors on

9  IntraLinks?

10 A     Legal memoranda, draft legal filings, the final legal

11 filings, both by the committee and by other parties, reports

12 from our financial advisors, news articles, press releases.

13 Q     Do you know the total quantity of memoranda or other

14 written reports or analyses that the committee received from

15 its counsel and financial advisors in this way?

16 A     Well, we received several a week, so over the course

17 of two-plus years, several hundred.

18 Q     Now, are you familiar with the leveraged buyout

19 transaction that Tribune entered into in 2007?

20 A     Yes.

21 Q     And how did you first become aware of it?

22 A     I became aware as a Tribune employee at the time and

23 also as a union officer.

24 Q     And what was your understanding of the basic structure

25 of that 2007 LBO transaction?

1 A      Tribune, which had been a publicly-traded company,

2 went private under the control of Sam Zell, who became an

3 investor.  And the first step of the transaction in June

4 2007, I believe, bought back about half the shares and also

5 refinanced or paid off some existing debt.  The second step

6 of the transaction in December 2007 bought back the

7 remaining shares and made Tribune a private company, and it

8 also set up an employee stock-ownership plan that was the

9 stockholder.

10 Q    Did there come a time when the committee decided to

11 assemble -- withdrawn.  Did there come a time when the

12 committee decided to evaluate possible legal claims that

13 might arise from the Tribune LBO transaction?

14 A     Yes

15 Q    And when did that effort begin?

16 A    Quite early in the committee's functioning, we

17 instructed our attorneys to do legal research on potential

18 claims.

19 Q    And does the committee have -- when you said you

20 instructed your attorneys, who are the attorneys that you

21 were talking about at that time?

22 A     Chadbourne.

23 Q    And does the committee have any other outside

24 advisors?

25 A     Yes.  We have Zuckerman and Landis as additional legal

1  counsel and Alix and Moelis as financial advisors.

2  Q     And with regard to Moelis, can you tell me who was the

3  representative of Moelis who was primarily involved in

4  advising the committee on financial matters?

5  A     Primarily, Zul Jamal.

6  Q     And do you know what his position is at Moelis?

7  A     I don't know what his title is.

8  Q     When were Chadbourne and Landis retained by the

9  committee?

10  A     At the formation meeting or immediately after.

11  Q     And when was -- I apologize if I didn't mention

12  Landis.  Did I say Chadbourne and Landis?

13  A     You did.

14  Q     All right.  What were the roles of Chadbourne and

15  Landis when they were retained?

16  A     Chadbourne was our lead bankruptcy counsel, and Landis

17  was the local counsel in Delaware.

18  Q     And when were Moelis and AlixPartners retained by the

19  committee?

20  A     I believe Alix was also retained at that same meeting,

21  immediately after formation, and Moelis was selected at the

22  next meeting, the first meeting that I attended.

23  Q     Let's take them one at a time.  Can you give the Court

24  a little bit more direction as to what the role of Moelis

25  was as the committee's advisor?

1    A    Moelis, as investment banks, advised us on the value

2    of the company.  They advised us on trends in the newspaper

3    and broadcast industry, and when there were particular

4    transactions that Tribune was considering, such as the sale

5    of the Chicago Cubs, they would analyze those transactions

6    for the committee.

7    Q    Did Moelis provide the committee with written

8    presentations or reports concerning the financial conditions

9    in the industry?

10   A    Yes.  We received weekly reports about financial

11   conditions in the industry.

12   Q    And is that in the TV broadcasting and newspaper

13   industries?

14   A    Yes.

15   Q    Let me have you look at the documents in the folder

16   that have been marked as Exhibits for Identification 185

17   through 209, Mr. Salganik.  And I ask you to look at those

18   for a moment.  Have you seen those documents before?

19   A    I have.

20   Q    And are they the Moelis weekly TV broadcasting and

21   newspaper industry updates in the period December 2009

22   through October 2010?

23   A    Yes.

24            MR. MCCORMICK:  Your Honor, we would move for

25   Exhibits 185 to 209 to be admitted into evidence.

1    THE COURT:  Any objection?

2    MR. FRIEDMAN:  No objection, Your Honor.

3    THE COURT:  DCL 185 through 209 are admitted

4  without objection.

5    (DCL Exhibits 185 through 209 received in evidence)

6  BY MR. MCCORMICK:

7  Q    What was the role of AlixPartners at the committee's -

8  - as the committee's advisor?

9  A    Alix reported to us weekly on the financial

10  performance of the company.  They also gave us quarterly and

11  annual summaries of the financial performance, and they

12  analyzed the company's business plans.

13  Q    And similarly to Moelis, did AlixPartners ever provide

14  the committee with written presentations or reports

15  concerning Tribune's financial performance?

16  A    Yes.  We received a weekly report and then, you know,

17  special reports, as I mentioned.

18  Q    Let me ask you to look at the documents which have

19  been marked for identification Exhibits 210 through 223 and

20  Exhibits 225 through 255.  Essentially, 210 through 255, but

21  not 224.

22  A    Okay.

23  Q    Have you seen those documents before?

24  A    Yes.  These are the Alix weekly financial reports to

25  the committee from the same period, December of 2009 through

1   October 2010.

2            MR. MCCORMICK:  Your Honor, we would also move

3   now for the introduction of Exhibits 210 through 255 minus

4   224.

5            THE COURT:  Is there any objection?

6            MR. FRIEDMAN:  No, Your Honor.

7            THE COURT:  All right.  DCL 210 through 223 and

8   225 through 255 are admitted without objection.

9        (DCL Exhibits 210 through 223 and 225 through 255 are

10  received in evidence)

11  BY MR. MCCORMICK:

12  Q    Also now, if you would be kind enough to do so, Mr.

13  Salganik, would you look at Number 224 so we can get that

14  one out of the way, too.  And perhaps you can tell the Court

15  what that is.

16  A    This is the AlixPartners report to us covering the

17  fourth quarter and full year 2009 operating reports, and it

18  is dated March 18th, 2010.

19            MR. MCCORMICK:  Your Honor, I'll move 224 into

20  evidence, as well.

21            THE COURT:  Any objection?

22            MR. FRIEDMAN:  No objection.

23            THE COURT:  Admitted without objection.

24       (DCL Exhibit 224 is received in evidence)

25  BY MR. MCCORMICK:

1  Q      Now, looking briefly at the timeline -- and I don't

2  know, Mr. Salganik, did I give you one of these smaller

3  versions of our timeline?

4  A      Yeah.

5  Q      No.

6            MR. MCCORMICK:  May I approach the witness, Your

7  Honor?

8            THE COURT:  You may.

9  BY MR. MCCORMICK:

10  Q      You see that this timeline of key events begins in

11  December of 2009, correct?

12  A      Yes.

13  Q      Now, can you tell me, sir, when was Zuckerman Spaeder

14  retained by the committee?

15  A      In the summer of 2009, I believe August.

16  Q      And why did the committee consider retaining an

17  additional counsel at that time?

18  A      Because we saw that it might be necessary for us to

19  take legal action against the banks, and Chadbourne had

20  represented the banks in unrelated matters.

21  Q      And is that the reason why the committee didn't ask

22  Chadbourne to pursue those legal claims?

23  A      Yes.

24  Q      Do you know which banks were Chadbourne clients?

25  A      I believe JP Morgan, Citibank and Merrill Lynch.

1  Q      How did the committee learn that those banks were

2  Chadbourne clients?

3  A      Chadbourne disclosed that at the time they were hired.

4  Q      And at the time they were hired, meaning right after

5  the bankruptcy was filed in December --

6  A      Yes.  Yeah.

7  Q      -- 2008?

8  A      Yeah.

9  Q      Were you involved in the committee's decision to

10 retain Zuckerman Spaeder as additional counsel?

11 A      Yes.  I was involved both in deciding to hire

12 additional counsel and in selecting the counsel.

13 Q      And did you have an opinion as to whether the

14 committee should retain additional counsel?

15 A      Yes.  I thought we should.

16 Q      Now, did the committee interview law firms in the

17 summer of 2009 for purposes of deciding which special

18 counsel to hire?

19 A      Yes.  Four firms made presentations to the committee

20 Q      And presumably, Zuckerman was one of them.

21 A      Yes.

22 Q      And Mr. Friedman's firm, Friedman Kaplan, was one of

23 them too, correct?

24 A      Yes.

25 Q      Do you remember any other firms?

1    A      I don't.

2    Q      Did you favor the hiring of Zuckerman Spaeder?

3    A      Yes.

4    Q      Once Zuckerman was retained, what was its role?

5    A      Its role was to take the lead in investigating the

6    potential causes of action against the banks and in

7    negotiating with the banks.

8    Q      And after Zuckerman was hired, what was Chadbourne's

9    role, from your observations?

10   A      Chadbourne coordinated with Zuckerman and continued to

11   investigate causes of action against non-bank defendants.

12   Q      And who served as the primary bankruptcy counsel?

13   A      Chadbourne.

14   Q      Before or after Zuckerman was hired, did you have any

15   cause to question Chadbourne's role in advising the

16   committee?

17   A      No, never.

18   Q      And through the course of this process, did you also

19   consult with your own lawyer, Mr. Robert Paul?

20   A      Yes.  Mr. Paul attended almost every meeting with me,

21   and the local also retained a Delaware bankruptcy attorney

22   to advise us.

23   Q      Now, you referred earlier in your testimony to duties

24   that the members of the committee had to all of the

25   unsecured creditors.  Do you remember that?

1    A      Yes.

2    Q      Did you ever observe anything that led you to believe

3    that Chadbourne's relationship with JP Morgan, Citibank,

4    Merrill Lynch or any other bank was interfering with the

5    committee's members' fulfillment of those duties in any way?

6            MR. FRIEDMAN:  Objection, Your Honor.

7    Foundation.

8            THE COURT:  Any response?

9            MR. MCCORMICK:  Foundation?  I think the question

10   was appropriate based upon the fact that he was sitting in

11   all these meetings for all that period of time, and he's now

12   being asked a question whether he saw anything

13   inappropriate.  So I think the foundation's been laid.

14           THE COURT:  Sustained as to form.

15           MR. MCCORMICK:  All right.

16   BY MR. MCCORMICK:

17   Q      Did you ever observe anything that led you to believe

18   that Chadbourne was favoring JP Morgan, Citibank or Merrill

19   Lynch in any way, from your observations?

20   A      No, I never saw anything like that.

21   Q      Now, going back to the committee's decision in 2009 to

22   conduct an investigation into possible claims arising from

23   the Tribune LBO transaction, what was done to investigate

24   those claims?

25   A      The attorneys requested and reviewed many documents

1   and interviewed some of the people involved.

2   Q    Can you describe generally the parties from whom the

3   committee sought documents or information?

4   A    From Tribune, from the directors and officers at the

5   time of the LBO transaction, from Mr. Zell and his

6   companies, from the senior lenders, and I -- from advisors

7   of various types to the transaction.

8   Q    Do you know if the committee also sought documents

9   from some of the larger shareholders at Tribune?

10  A    Yes.  I'm sorry, yes, also shareholders.

11  Q    Do you have, Mr. Salganik, the sense of the volume of

12  documents collected by the committee's counsel during its

13  investigation?

14  A    Yeah, I --

15          MR. FRIEDMAN:  Objection, Your Honor.

16          THE COURT:  Basis?

17          MR. FRIEDMAN:  Foundation.

18          THE COURT:  Overruled.  You may answer, sir.

19  BY MR. MCCORMICK:

20  A    I believe it was about four-million document -- pages

21  of documents.

22  Q    Now, over what period of time was the committee's

23  investigation into possible LBO-related legal claims

24  conducted?

25  A    From 2009 and into 2010.  Were the members of the

1   committee involved in the investigation?

2   A      We received frequent reports from counsel as to what

3   they were doing and what they were discovering.

4   Q      What was your purpose as a member of the committee in

5   undertaking this investigation?

6   A      To see if there were causes of action against people

7   involved in the LBO and to pursue those as needed to

8   maximize the recovery for the unsecured creditors.

9   Q      Was the committee's investigation sufficient to

10  accomplish your objective?

11  A      I believe it was.

12  Q      And did the committee ever take any steps to pursue

13  legal claims based on its investigation?

14  A      Yes.  It filed two motions for standing in this court

15  and subsequently filed two complaints, as well.

16  Q      Well, let me refer you to the timeline, and you'll see

17  the identification on the key events line is February 1,

18  2010, first standing motion filed by UCC.  Do you see that?

19  A      I do.

20  Q      And does that refresh your recoll -- I forgot to ask

21  you, but does that refresh your recollection as to when that

22  first filing was made?

23  A      Yes, it does.

24  Q      And do you remember, sir, what claim that was and what

25  complaint it was, if you will, that was the basis of that

1  standing motion?

2  A    I believe the first motion was against the banks, the

3  senior lenders, and the second was against the non-bank

4  participants.

5  Q    And looking across the top of our key events and

6  moving your eyes over to the date September 13, 2010, is

7  that your understanding as the date when the second standing

8  motion was filed by the UCC?

9  A    Yes, it is.

10  Q    And what was your understanding as to the claims that

11  were the subject of that standing motion?

12  A    That was the claims against all potential defendants

13  other than the banks.

14  Q    And what is your understanding as to the outcome of

15  those motions seeking standing from this Court for purposes

16  of proceeding with those claims?

17  A    The Court granted us standing.

18  Q    Did the committee take any further steps to pursue

19  those claims?

20  A    (No audible response)

21  Q    Withdrawn.

22  A    Okay.

23  Q    Was the committee prepared to litigate the claims

24  asserted in those complaints if appropriate under the

25  circumstances?

1    A      Yes, absolutely.

2    Q      You know there was an April settlement in this case,

3    right?

4    A      I do.

5    Q      All right.  Did there come a time when the committee

6    began to negotiate a settlement of possible legal claims

7    arising the Tribune LBO transaction that ultimately led to

8    the April settlement?

9    A      Yes, beginning early in 2010.

10   Q      And let me ask you to look at the timeline again, and

11   perhaps this will be the first time that I'll use one of the

12   minutes.  Well, let's try it a little bit differently.  Who

13   were the parties to those negotiations in the early part of

14   2010, from your recollections?

15   A      On the senior lender side, there was JP Morgan,

16   Oaktree and Angelo Gordon.  Centerbridge participated as the

17   largest bondholder at that time.  The committee participated

18   and Tribune.

19   Q      And these were discussions that took place in the

20   first quarter, if you will, of -- and perhaps a little later

21   in 2010?

22   A      Yes.

23   Q      How were those negotiations conducted?

24   A      Various meetings, sometimes all the parties together,

25   sometimes different combinations of parties, sometimes in

1  person, sometimes by phone.  The committee was represented

2  by its professionals at these -- that is, the committee

3  itself did not do the negotiating.

4  Q    Well, let me turn now to Exhibit 5, which is minutes

5  from the January 7, 2010 creditors' committee meeting.  And

6  perhaps -- okay.  You can put it up on the screen, but you

7  can have it there in your book.  Are you there?

8  A    Yes.

9  Q    Thank you.  If you turn to the second page -- well,

10  first of all, let's look at the first page.  Under members,

11  it lists Washington-Baltimore Newspaper Guild Local 32035

12  present.  Do you see that?

13  A    Yes.

14  Q    And this was the meeting, from looking at these

15  documents, that you believe took place on January 7th, 2010?

16  A    Yes.

17  Q    Look at the next page, which is Roman Numeral IV.  Do

18  you see that?

19  A    Yes.

20  Q    And it says -- the heading of it is Report on Tuesday,

21  January 5, 2010 LBO Meeting.

22  A    Yes.

23  Q    And did you understand that there had been a meeting

24  on January 5th?

25  A    Yes.  It was essentially the kickoff for negotiations

1  and involved all the parties that I named a little while

2  ago.

3  Q    And let me look -- have you look at Roman Numeral V,

4  which is entitled LBO Presentations.  Do you see that?

5  A    Yes.

6  Q    And the statement there says, "The committee's

7  discussion on this matter is reported in a separate

8  supplement," and then it has a parenthetical.  Do you see

9  that?

10  A    Yes.

11  Q    Do you remember that there were LBO presentations made

12  at this January 7th meeting?

13  A    Yes, I do remember.

14  Q    Well, let me turn your attention to Exhibit Number 6,

15  which is January 7 Creditors' Committee In-Person Meeting

16  minutes Supplement.  Do you have that in front of you?

17  A    Yes.

18  Q    And look at Roman Numeral VIII.  It says LBO

19  Presentations.

20  A    Yes, I see that.

21  Q    And did you understand at that time -- withdrawn.

22  Were presentations made to the committee by the debtors, the

23  senior lenders, and Centerbridge on this January 7th date?

24  A    Yes, they were.

25  Q    And how long did those presentations take?

1  A      The meeting took all day.  I'd say the presentations

2  were about an hour each.

3  Q      So maybe three hours of presentations from the

4  debtors, senior lenders, and Centerbridge?

5  A      Yes, on that order.

6  Q      Do you know how it was that these presentations came

7  to be given to the committee?

8  A      I'm not sure who initiated the idea, but throughout

9  the course of the bankruptcy, when parties requested to

10  speak to the committee, we scheduled a meeting with them.

11  Q      Now, did any of those parties use written materials

12  during their presentations?

13  A      Yes.  All these of these presentations included

14  written materials.

15  Q      And were the committee members provided with copies of

16  those written presentations?

17  A      Yes.

18  Q      Let me have you look at what is in -- listed as

19  Exhibit 181 for identification, which for purposes of the

20  record, I will indicate is -- appears to be the January 2010

21  presentation by Lazard.  Can you look at that, Mr. Salganik?

22  A      Yes.

23  Q      And have you seen this document before?

24  A      Yes.  We were given copies at the meeting.  Yes.

25  Q      Okay.  And just for the record, what is it?

1   A      This is Lazard's presentation to us on January 7th.

2   Q      And I'm going to -- I know we know it, but I'll just

3   cover the -- who's Lazard, from your understanding?

4   A      Lazard is the investment banker who's advising

5   Tribune.

6   Q      And this was a presentation from Lazard that was given

7   to you on January 7th, 2010.

8   A      Yes.

9           MR. MCCORMICK:  Your Honor, I would move into

10  evidence Exhibit 181.

11          THE COURT:  Is there any objection?

12          MR. FRIEDMAN:  For admissibility for the purpose

13  that this presentation was made, no objection, Your Honor.

14          MR. MCCORMICK:  That's --

15          MR. FRIEDMAN:  Same comment --

16          MR. MCCORMICK:  That's fine with me.

17          MR. FRIEDMAN:  -- for the other presentations.

18          MR. MCCORMICK:  That's fine with me for this

19  particular document.

20          THE COURT:  Admitted without objection under

21  those conditions.

22      (Exhibit 181 is received in evidence)

23  BY MR. MCCORMICK:

24  Q      Now, let me have you look at Exhibit 182, which, on

25  its face, appears to be a January 7th presentation by the

1  senior lenders, and ask you if you recognize that.

2  A    Yes.  This is another document that we received at

3  that meeting, and this is the presentation on behalf of the

4  senior lenders.

5         MR. MCCORMICK:  I would move that document into

6  evidence, Your Honor.

7         MR. FRIEDMAN:  Same limitation, but otherwise

8  accepted.

9         THE COURT:  Admitted likewise.

10        (Exhibit 182 is received in evidence)

11 BY MR. MCCORMICK:

12 Q    And you said on that meeting.  You mean this was a

13 presentation made on January 7th, 2010 by the senior

14 lenders.

15 A    Yes.

16 Q    Okay.  Now, let me finish the trifecta.  Look at

17 Number 183, and -- which appears on its face to be the

18 Centerbridge preseduction -- presentation, and I ask you,

19 sir, if that looks familiar to you.

20 A    Yes.  This is another document that we received at the

21 January 7th meeting to go along with the presentation.

22 Q    And I presume that each of these parties presented to

23 the committee separately.

24 A    Yes.

25        MR. MCCORMICK:  I would also move Exhibit 183

1  into evidence, Your Honor.

2             MR. FRIEDMAN:  With the same comment, no

3  objection, Your Honor.

4             THE COURT:  Admitted likewise.

5       (DCL Exhibit 183 received in evidence)

6  BY MR. MCCORMICK:

7  Q     Did you have any initial reaction to these

8  presentations that were made to the committee on January

9  7th, 2010?

10 A     Yes.  I could see that the parties were very far apart

11 and taking very different views.  The senior lenders were

12 saying that the LBO claims were nearly worthless, and

13 Centerbridge, in particular, was saying that the claims were

14 very strong and should be pursued and were likely to be

15 successful, and the debtors were somewhere in the middle.

16 Q     Did the committee take any action after these

17 presentations?

18 A     Yes.  We asked our counsel to analyze them and report

19 back to us.

20 Q     And did they do so?

21 A     Yes.

22 Q     Now, did the settlement negotiations that had begun in

23 January continue after the January 7th presentations by

24 these various parties to the committee?

25 A     Yes.

1    Q      And who primarily represented the committee in the

2    direct negotiations with the other parties?

3    A      Counsel, both Zuckerman and Chadbourne.

4    Q      And did the financial advisors participate at all?

5    A      I believe they did, at least to provide input when

6    they needed to analyze the financial implications of

7    proposals or potential proposals.

8    Q      And having Zuckerman and Chadbourne and Moelis

9    involved in these negotiations, did that strike you as

10   unusual in any way from your experiences?

11   A      No.

12   Q      What was your involvement with the negotiations as a

13   member of the committee?

14   A      As a member of the committee, we gave direction to

15   counsel on proposals and on tactics.  And this was quite

16   consistent with my experience in collective bargaining,

17   where you have a diverse bargaining committee.  The

18   professionals or leaders are representing the bargaining

19   committee in smaller talks.  The larger committee gives

20   instructions to the designated negotiators, and the

21   negotiators report back.

22   Q      Did the committee always have the final authority with

23   regard to any settlement positions taken by the committee?

24   A      Yes.  And from -- again, from my collective-bargaining

25   experience, that's something I was very sensitive to.

1  Q      Did the committee give their attorneys directions on

2  negotiating positions to take?

3  A      Yes.

4  Q      Did Centerbridge join any other committee meetings

5  after the January 7th presentation?

6  A      Yes.  They made another presentation on March 17th.

7  Q      And how did it come that Centerbridge addressed the

8  committee on March 17th?

9  A      I believe they asked to come, and so we scheduled it.

10 Q      And do you recall any of the general topics that

11 Centerbridge discussed at the March 17th meeting?

12 A      Generally, their view of the bargaining and what would

13 be a fair settlement.

14 Q      Now, did there come a time when certain of the

15 negotiating parties agreed to a proposed settlement?

16 A      Yes.

17 Q      And when was that?

18 A      That was in April, early April.

19 Q      And can you just describe generally the process that

20 led to that settlement?

21 A      Again, there were negotiations back and forth,

22 proposals exchanged over, you know, basically going back to

23 January, and eventually, the parties came to an agreement or

24 most of the parties came to an agreement.

25 Q      And who were the parties to the April settlement?

1  A      The committee, Tribune, Angelo Gordon, JP Morgan and

2  Centerbridge.

3  Q      Did any of the parties involved in the negotiations

4  decline to support the April settlement?

5  A      Yes, Oaktree.

6  Q      And who is Oaktree, to your understanding?

7  A      Oaktree is a fund owning a large amount of senior

8  debt.

9  Q      Did you understand -- did you have an understanding as

10 to why Oaktree was not supportive of the April settlement?

11            MR. FRIEDMAN:  Objection, Your Honor.  No

12 foundation.  I've been sitting here pretty quietly, but

13 there've been a lot of questions asked about the

14 negotiations without any basis for -- without any evidence

15 that this witness has knowledge about what transpired in the

16 negotiations.

17            THE COURT:  Well, the question was does he have

18 an understanding, and if the answer is yes, then I think Mr.

19 McCormick needs to lay a foundation for the questions he

20 wants to ask after that.

21 BY MR. MCCORMICK:

22 Q      Do you have an understanding of what Oaktree's

23 position was relative to the April settlement?

24 A      Yes.

25 Q      And from where did the derive that information?

1  A      From reports to us from counsel.

2  Q      All right.  Are you familiar with the terms of the

3  April settlement?

4  A      Yes.

5  Q      In general, can you tell me what they are?

6          MR. FRIEDMAN:  Objection, Your Honor.  Same

7  objection.

8          THE COURT:  Overruled.  You may answer.

9  BY MR. MCCORMICK:

10  Q      Go ahead.

11  A      Okay.  The -- under the settlement, the noteholders

12  were to receive $450 million in initial consideration.  This

13  was to be in the form of a so-called strip divided among

14  cash, stock in the reorganized company and loans from the

15  reorganized company -- loans to the reorganized company.

16  All LBO claims were to be released.  The unsecured creditors

17  at the subsidiary level, the trade creditors, were to

18  receive full recovery.  The unsecured creditors at the

19  parent level, mostly executive retirees, were to receive

20  treatment equivalent to the bonds, but in cash, not as a

21  strip.

22  Q      And were you -- was the committee regularly advised on

23  the process of the negotiations through that -- the course

24  of the period before the settlement?

25  A      Yes.

1  Q     And did the committee hold a meeting to discuss the

2  April settlement?

3  A     Yes.

4  Q     And do you know when that occurred?

5  A     That was April 8th.

6  Q     And did the committee reach a decision as to whether

7  to support the settlement during the April 8th meeting?

8  A     Yes.  We voted to support the settlement.

9  Q     And why did you vote to support the settlement?

10  A     Based on what we knew at that time and on the

11  negotiating position of the parties and on advice we had

12  received from our counsel, it seemed like a fair settlement,

13  and what provided sort of confirmation or validation to me

14  was the fact that sophisticated parties on the senior-lender

15  and noteholder side had done their own evaluations of the

16  claims and negotiated hard over a period of months and

17  arrived at that figure.

18  Q     Now, I mentioned it briefly a moment ago, but just

19  relative to the April settlement, did the committee's

20  counsel have the authority to approve or reject the April

21  settlement on the committee's behalf?

22  A     No.  The committee had the final say on whether to go

23  through with any settlement or to take any position in

24  bargaining.

25  Q     Now, let's talk briefly about events that occurred

1  after the April plan, and let's turn specifically to the

2  examiner's report.  You're familiar with that, yes?

3  A     Yes.

4  Q     And did there come a time when the bankruptcy Court

5  issued an order appointing an examiner in this case?

6  A     Yes.  That was on April 20th, 2010.

7  Q     Well, actually, let me go back to one question and

8  with -- by reference to the timeline of key events.  Do you

9  see -- in the period of March 2010, do you recall that there

10  was -- let's just use the term "lots of activity" by the

11  committee in the March period?

12  A     Yes.

13  Q     And was there a great deal of communications between

14  the committee's counsel and its members with regard to the

15  status of events in that timeframe?

16  A     Yes.  The green dots below the line show committee

17  meetings, and we had, it looks like, nine or ten of them in

18  the month of March.

19  Q     And all of them leading up to what we just spoke about

20  a moment ago, which was the committee's approval of the

21  April plan.

22  A     Yes.

23  Q     I apologize.  Now, let me go back to the examiner's

24  report.  You knew that that the examiner was appointed on or

25  about April 20th, 2010?

1    A       Yes.

2    Q       And did you see a copy of the --

3    A       The Court ordered the appointment of the examiner.

4    The examiner was selected at some later date.

5    Q       All right.  Fair enough.  Did you see a copy of the

6    court order approving the appointment of the examiner?

7    A       Yes, I did.

8    Q       And briefly, to your understanding, what was the

9    examiner appointed to do?

10   A       The examiner was appointed to examine potential LBO

11   claims, and also, there was a motion at that time by

12   Wilmington Trust seeking to pursue some of the claims

13   itself, and the examiner was asked to review whether that

14   motion was appropriate.

15   Q       And did the examiner issue a report?

16   A       Yes.

17   Q       And when was that?

18   A       That was in late July, July 26th.

19   Q       Of 2010.

20   A       Of 2010.

21   Q       Did you review the examiner's report after it was

22   issued?

23   A       Yes.  I read the summary, I read the recovery

24   scenarios, and I glanced at the other parts of the report.

25   Q       Now, was the examiner's report discussed at any

1   committee meetings?

2   A     Oh, yes.  Many meetings.

3   Q     And did the committee's advisors, their legal and

4   financial advisors, provide presentations to the committee

5   on the examiner's report?

6   A     Yes.  At the -- I believe the next two meetings after

7   the examiner's report was issued, we received detailed

8   reports from Zuckerman, from Chadbourne and from Moelis, and

9   it was frequently mentioned at meetings after that.

10  Q     And the written reports would have been provided to

11  you on IntraLinks in advance of the meetings for review

12  before the meetings?

13  A     Yes.  Some reports were distributed at the meeting,

14  but examiner's report was posted as soon as it was issued,

15  and so that was on IntraLinks for us.

16  Q     And the written reports from your advisors, legal and

17  financial, were provided to the committee through IntraLinks

18  and then also at the meetings, as well?

19  A     I don't recall whether they were provided in advance

20  or just at the meeting.

21  Q     All right.  After the examiner's report was issued in

22  July of 2010, did anything change with respect to the April

23  settlement?

24  A     The -- soon after the examiner's report was issued,

25  the April settlement fell apart.  Some of the parties

1  supporting it withdrew their support, and Tribune withdrew

2  it in the -- from the Court.

3  Q    Well, after the April settlement collapsed, were there

4  any other further efforts to reach a negotiated settlement

5  in or around August of 2010?

6          MR. FRIEDMAN:  Objection.  Foundation.

7          THE COURT:  Overruled.

8  BY MR. MCCORMICK:

9  A    Yes.  There were continuing discussions among the

10 parties throughout August.

11 Q    And what parties were involved in those August

12 negotiations, to your understanding?

13 A    To my understanding, the same ones that I had listed

14 earlier, the three major senior lenders, the debtor, the

15 committee and Centerbridge.

16 Q    Were the members of the -- were members of the

17 committee involved in the August negotiations, if you will?

18 A    Yes.  We were involved as we had been in the earlier

19 negotiations in giving direction to counsel.

20 Q    Did the committee consider any specific settlement

21 proposals in the August timeframe?

22 A    Yes.  There were a lot of proposals made during the

23 August timeframe.

24 Q    Do you recall -- did those proposals differ from the

25 April settlement?

1    A       Yes, they did.

2    Q       And do you recall any of those differences?

3    A       This was the first time we'd begun to see proposals

4    that included a litigation trust to pursue some of the

5    claims, and in most of the proposals we saw, though not the

6    ones from Centerbridge, there was a lower upfront

7    consideration.

8    Q       What amount of upfront consideration was discussed in

9    this August timeframe?

10   A       There were a number of different proposals, but

11   several of them around the number 375 million.

12   Q       And did the members of the committee stay informed

13   about those negotiations?

14   A       Yes.   Just like in March, we met many times in August,

15   10 or 12 times, and received reports on the progress of the

16   negotiations.

17   Q       Well, thank you for reminding me.   If you look at the

18   August timeframe on the timeline of key events, can you see

19   how many minutes took place of this committee in August of

20   2010?

21   A       I see ten.

22   Q       Ten.   Is that consistent with your recollection?

23   A       Yes.

24   Q       Now, if I just asked you this, I apologize.   Did the

25   negotiations in August result in a settlement and a proposed

1  plan of reorganization?

2  A    No.

3  Q    Did anyone besides the committee's advisors ever

4  communicate directly to the committee members in August 2010

5  in connection with these negotiations?

6  A    Yes, Aurelius.

7  Q    How did that meeting come about?

8  A    I believe they requested it, and we scheduled it.

9  Q    And do you remember the date of your meeting with

10 Aurelius?

11 A    August 19th.

12 Q    Well, let's turn to Exhibit 68, which is August 19,

13 2010 Creditors' Committee Telephonic Meeting Minutes, and

14 ask you, sir, if you recognize that document.

15 A    Yes.  These are the minutes of the August 19th

16 meeting.

17 Q    And you were present at this meeting, you personally.

18 A    Yes.  Yeah, the minutes show that I was present.

19 Q    All right.  And now, let's turn to Exhibit 69, which

20 I'll do it by a leading question because hopefully I won't

21 draw anything, but -- the committee's practice was to have

22 supplemental minutes for events that occurred, so there's

23 actually a separate supplemental set of minutes for the

24 August 19th meeting; is that right?

25 A    Yes.

1  Q    That's Exhibit 69.

2  A    Yes.  I believe the supplemental minutes were prepared

3  whenever one member or one of more members were excluded

4  because they didn't -- those members didn't have access to

5  the minutes for the same reason they didn't have access to

6  the meeting.

7  Q    But was anyone excluded from the meeting for

8  Aurelius's presentation?

9  A    I believe JP Morgan was excluded.

10 Q    Oh, right.  Okay.  Now, let me ask you to please look

11 at paragraph eight on Exhibit 69, which is entitled Aurelius

12 Presentation.

13 A    Yes.

14 Q    What do you remember about what Aurelius told the

15 committee on August 19th?

16 A    They told us that the examiner's report was good for

17 the bondholder's and should lead to a recovery which

18 included a larger upfront component than the earlier

19 settlement and plan, and they also talked about several what

20 they called paths to full recovery for the bondholder -- for

21 the bondholders, and in those cases, they said that they

22 believed each of those was more probable than the examiner

23 had indicated.

24 Q    Well, let's turn specifically to the next page of

25 Exhibit 69, which is the page carrying Bates identifier

1   0864.  And go to the second full bullet point, and I think

2   this reflects what you just told me.  I want to be sure.

3   Starting "Aurelius argued that the examiner's report

4   demonstrates that there is a significant value available to

5   unsecured creditors in these bankruptcy cases," do you see

6   that?

7   A      Yes.

8   Q      Is that consistent with your recollections --

9   A      Yes.

10  Q      -- of what they said?

11  A      Yes.

12  Q      And then the next sentence is, "Aurelius stated that

13  the examiner's report supports three different means by

14  which bondholders would receive par value."  Do you see

15  that?

16  A      Yes.  I believe these are the same three means that

17  were described in the opening statement yesterday.

18  Q      Well, and I don't want to belabor these notes, but

19  perhaps you've said it, which is they took those positions

20  based upon the notion that the examiner was wrong on those

21  points, right?

22          MR. FRIEDMAN:  I object to the question, Your

23  Honor.

24          MR. MCCORMICK:  All right.  Then let me go

25  through the document.  Well, I won't -- I'll wait for a

1    ruling, actually.

2             THE COURT:  Would you like to re --

3             MR. MCCORMICK:  So I just --

4             THE COURT:  Would you like to respond to the

5    objection?

6             MR. MCCORMICK:  Yes.  I'll try another question.

7             MR. FRIEDMAN:  He would not like to respond to

8    the objection.

9             MR. MCCORMICK:  I would not like to respond to

10   the question.  Thank you, Your Honor.

11            THE COURT:  I gathered that.

12            MR. MCCORMICK:  Yes.  Nicely done, Ed.

13   BY MR. MCCORMICK:

14   Q    Okay.  Look at step one, fraudulent conveyance.  Do

15   you see that?  And --

16   A    Yes.

17   Q    -- it says, quote, "Aurelius believes that step one,

18   fraudulent conveyance claims against the senior lenders

19   would be found to be valid whereas the examiner concluded

20   that the transactions should not be collapsed in that the

21   debtors were not rendered insolvent in step one."  Do you

22   see that?

23   A    Yes.

24   Q    So that's point one that you remember them saying?

25   A    Yes.

1    Q      All right.  And let's look at point two, equitable

2    estoppel.  "Aurelius stated that pre-LBO creditors should

3    receive all benefit from avoidance of step-two debt and

4    step-one creditors should not participate in that recovery

5    whereas the examiner found the answer to be in equipoise,"

6    end quote.  Do you see that?

7    A      I do.

8    Q      That was another point you remember them making.

9    A      Yes.

10   Q      And number three, equitable subordination and/or

11   disallowance.  "Aurelius believes that further investigation

12   is warranted and would prove valuable for general unsecured

13   creditors whereas the examiner found such remedies to be

14   'somewhat unlikely'."  Do you see that?

15   A      I do.

16   Q      All right.  And these are -- these minutes are

17   consistent with what you recollect Aurelius saying at this

18   meeting?

19   A      Yes, they are.

20   Q      All right.  How long was the presentation by Aurelius

21   at this August 19 meeting?

22   A      Half an hour, 45 minutes.

23   Q      And did you give any consideration to what Aurelius

24   had said during the presentation?

25   A      Yes.

1    Q      What kind of consideration did you give it?

2    A      We considered their point of view when we evaluated

3    future settlements and bargaining positions.

4    Q      Do you believe the committee gave due consideration to

5    Aurelius's views as the settlement process continued?

6                  MR. FRIEDMAN:  Objection.

7                  THE COURT:  Basis.

8                  MR. FRIEDMAN:  He's asking for an opinion without

9    foundation.

10                 THE COURT:  Overruled.  You may answer.

11   BY MR. MCCORMICK:

12   A      I do believe we gave consideration to Aurelius's

13   position.

14   Q      Now, did Aurelius become more involved in settlement

15   negotiations in this period, August, and then into

16   September?

17   A      Yes.

18   Q      And do you have a theory as to why?

19                 MR. FRIEDMAN:  Objection, Your Honor.

20                 THE COURT:  Sustained.

21   BY MR. MCCORMICK:

22   Q      Let me ask you this way.  Did you learn, at some point

23   in time, that Aurelius had purchased Centerbridge's

24   position?

25   A      We did.

1    Q     All right.  And did that play a role in your

2    understanding as to why Aurelius was playing a larger role

3    in the settlement process?

4              MR. FRIEDMAN:  Objection.

5              THE COURT:  Sustained.

6              MR. MCCORMICK:  All right.

7    BY MR. MCCORMICK:

8    Q     Let me ask you this.  Did there come a time when the

9    committee participated in a court-ordered mediation process

10   with the other parties?

11   A     Yes.

12   Q     And do you remember when the court appointed the

13   mediator?

14   A     September 1st.

15   Q     And when was the first mediation session held?

16   A     It was late September, and I see on the timeline

17   September 28th is when the mediator issued his report, so --

18   and I don't remember whether the report came out on the last

19   day of the mediation or the day after the mediation.  So it

20   was a two-day mediation session in Wilmington that ended in

21   this report on the 28th.

22   Q     And this was at the end of September.

23   A     Yes.

24   Q     All right.  Did anyone represent the committee at that

25   first session of the mediation?

1    A    Yes.  All three of our law firms were represented, as

2    was Moelis, and at the suggestion of the mediator or Judge

3    Carrey, several of the committee members attended, as well.

4    Q    And you were there?

5    A    I was.

6    Q    And was someone from PBGC there?

7    A    Yes.

8    Q    And was someone for -- present for Bill Niese, who

9    represents the retirees?

10   A    Yes.  His counsel, Jay Titlebaum [ph] attended.

11   Q    And what about someone from Warner Brothers?

12   A    I think Warner's attorney, Ed Sassower, participated

13   by phone.

14   Q    And did the mediator issue a report at the end of

15   their first mediation session?

16   A    Yes.

17   Q    And do you recall what the report said?

18   A    The report said that a settlement had been reached by

19   the debtors, Angelo Gordon and Oaktree and that the mediator

20   was keeping the process open to try to bring other parties

21   in.

22   Q    And do you recall the terms of the proposed settlement

23   announced at the end of the first mediation session?

24   A    In general.

25   Q    And what are they?

1   A    The initial consideration to the bondholders was to be

2   $300 million.  The -- there was also a litigation trust, but

3   the lion's share was to go to the senior lenders.  The trade

4   creditors were to receive 50 cents on the dollar if they, as

5   a class, approved the plan incorporating that settlement and

6   10 cents on the dollar if they did not approve it, and the

7   unsecured creditors at the parent level were to receive, I

8   believe it was, 24 cents on the dollar.

9   Q    And what was your reaction to this proposal?

10  A    I thought it was not a fair settlement.

11  Q    And why not?

12  A    It was worse for the unsecured creditors at the parent

13  and subsidiary level than the April plan, and it was worse

14  for the bondholders.

15  Q    Did the committee come to a decision about what to do

16  in response to this proposal?

17  A    Yes.

18  Q    And what was that decision?

19  A    We issued a press release saying we didn't believe

20  that it was a fair settlement and that if it was -- were not

21  changed, we would oppose it.

22  Q    And that press release -- I'll just have you look at

23  it.  It's Exhibit 273 in the binder.

24  A    I don't believe I have 273.

25  Q    I think it's actually --

1   A      Oh, I'm sorry.

2   Q      It's --

3   A      Yeah, it's after 252.

4   Q      Yeah, the little at the end there.

5   A      Yes, I see it.

6   Q      You see it?

7   A      I do.

8   Q      And did you participate in the drafting of this press

9   release?

10  A      Yes, I did.

11  Q      And can you read from the press release any statements

12  consistent with what you just said.

13  A      "The committee is disappointed that Tribune and some

14  senior lenders have reached an agreement that does not

15  provide fair value to all creditors.  The committee will

16  continue its efforts to reach a fair and equitable

17  resolution of potential claims against the senior lenders

18  and others.  If the plan is not modified to reflect a fair

19  settlement, the committee intends to oppose the plan and the

20  settlements it embodies."

21  Q      And that was the view of the committee at that time.

22  A      Yes.

23  Q      Did the committee ever agree to accept this particular

24  settlement proposal?

25  A      No.

1  Q     Now, after the September 27th, 2010 mediation session,

2  did the members of the committee meet with any other parties

3  concerning any potential settlement?

4  A     Yes.  The mediation effort continued, and there was

5  another mediation session in early October.  Also, Aurelius

6  made a presentation to the committee in early October.

7  Q     So Aurelius had an in-person meeting with the

8  committee in early October?

9  A     Yes, October 7th.

10 Q     Let me show you what has been previously identified as

11 Exhibit 87, which is Supplemental B Committee Meeting

12 Minutes for October 7, 2010.  Are you there?

13 A     Yes.

14 Q     All right.  And so I presume then that JP Morgan was

15 also precluded from the meeting with Aurelius.

16 A     Yes.  They -- the minutes show that.

17 Q     All right.  Now, what do you remember about Aurelius's

18 presentation to the committee, which is described in Exhibit

19 87?

20 A     They said they would like to see a settlement, but

21 that the settlement that was on the table was not

22 acceptable, and they outlined or proposed alternative --

23 what I guess you would call an all-litigation plan that

24 would reserve all LBO-related causes of action to -- for a

25 litigation trust.

1    Q      Did they al -- I'm sorry, go ahead.

2    A      I'm sorry.  The same concept is the plan they

3    ultimately filed, the noteholder plan.

4    Q      I forgot to ask you this.  Do you know how it came to

5    be that Aurelius was meeting with the committee on October

6    7?

7    A      I believe they requested it.

8    Q      Did Aurelius also provide information about its

9    modeling of the litigation claims relative to the LBO

10   transaction?

11   A      Yes.

12   Q      And what did they say on that subject matter?

13   A      They said that they had worked out a model to evaluate

14   the claims and that they did this by using the sort of

15   seven-point probability scale that the examiner had assigned

16   to each claim, giving a numerical value to each of those

17   findings by the examiner and essentially multiplying the

18   probability times the value of the claim.

19   Q      And I should have done this a moment ago, but who was

20   there at this meeting on the 7th from Aurelius?

21   A      There were several people.  I think Mr. Botsky [ph]

22   led the presentation.

23   Q      Okay.  And do you remember I talked about the August

24   19th meeting with Aurelius.

25   A      Yes.

1  Q      Who was the representative of Aurelius at that

2  meeting?

3  A      I believe Mr. Gropper [ph].

4  Q      Now, let me turn you to the second page of Exhibit 87,

5  and you'll see the Roman Numeral 14 that is labeled Aurelius

6  Exposure Model.  Do you see that?

7  A      Yes.

8  Q      And the first sentence there says, quote, "Special

9  counsel described the Aurelius model," and then it goes on

10  to say, "See summary of Aurelius Exposure model dated

11  October 7, 2010, which has been posted to IntraLinks," end

12  quote.  Do you see that?

13  A      Yes.

14  Q      Is that an accurate statement of what happened after

15  Aurelius left?

16  A      Yes.  Zuckerman and Moelis told us that they had --

17  Q      Careful.  I'm sorry.  Go ahead.  I'm just worried

18  about privilege.  I didn't mean to step on you.  Go ahead.

19  A      Okay.  They told us that they had met with Aurelius --

20  Q      Oh, sorry.

21  A      -- to gain an understanding of the model and that they

22  were beginning to analyze it.

23  Q      And I apologize for stepping on your answer.  Did

24  Moelis and Zuckerman explain to the committee that they had

25  met, previous to this meeting, with Aurelius?

1    A     Yes.

2    Q     And do you know how many times they met or the tenor

3    of those meetings?

4    A     As of this meeting, I think they had met just the

5    once, the day before, but there were a number of other

6    meetings in this period.

7    Q     All right.  And when you say special counsel, who is

8    special counsel?

9    A     Zuckerman.

10   Q     And which was the counsel that was special on that

11   day?

12   A     Mr. Satile.

13   Q     Now, look at the next -- look at the next paragraph,

14   if you will.  It says, quote, "The committee discussed the

15   Aurelius Exposure model and the appropriate settlement value

16   of the issues underlying the 2007 leveraged Aesop

17   transaction complaints," end quote.  Do you see that?

18   A     Yes.

19   Q     Is that accurate?

20   A     Yes.

21   Q     Now, let me ask you, did a subsequent mediation

22   session after the first session on September 27 result in a

23   proposed settlement that the committee did agree to support?

24   A     Yes.

25   Q     And when was the subsequent mediation session?

1  A    I believe it was the day after this meeting.

2  Q    October 8th, 2010?

3  A    Yes.

4  Q    And let me show you what has been marked as Exhibit

5  88, which is minutes from a meeting of October 9, 2010 of

6  the creditors' committee meeting.  And again, I'll kind of

7  move this along.  You were present at this meeting, right?

8  A    Yes.  The minutes confirm that I was present.

9  Q    All right.  And then let's turn to the second page of

10 this exhibit, Exhibit 88, and Roman Numeral III, Report on

11 Mediation.

12 A    Yes.

13 Q    And your counsel reported to you and advisors reported

14 to you on the mediation session that occurred on October

15 8th?

16 A    Yes.

17 Q    All right.  And, in fact, if you look at the next

18 page, in the middle of the sentence, it says, quote,

19 "Counsel provided a detailed review of the negotiation

20 process that unfolded at the mediation session on October

21 8th, 2010."  That's accurate, correct?

22 A    Yes.

23 Q    Now, let's go to the next page under Roman Numeral IV,

24 and you'll see it's called Aurelius Exposure Model.  Do you

25 see that?

1  A      Yes.

2  Q      And let me quote from it.  It says, quote, "The

3  committee continued its discussion from the October 7

4  committee meeting regarding the Aurelius Exposure model and

5  the appropriate settlement value of the issues underlying

6  the 2007 leveraged Aesop transaction complaints."  Did I

7  read that write?

8  A      Yes.

9  Q      Is that an accurate statement?

10 A      Yes.

11 Q      Now, who from the professionals spoke on the subject

12 matter of the Aurelius exposure model?

13 A      Mr. Satile was still special, and I believe also Zul

14 Jamal.

15 Q      And again, remind everybody who Zul Jamal is.

16 A      He's from Moelis.

17 Q      All right.  And so Mr. Satile and Mr. Jamal gave

18 presentations or continued the discussion of the Aurelius

19 model?

20 A      Yes.

21 Q      And it then lists on Page -- the next page, Committee

22 Vote on Proposed Settlement.  Do you see that?

23 A      Yes.

24 Q      Did the committee vote that day?

25 A      We did not.

1    Q      Why not?

2    A      I found Mr. Satile's presentation quite complicated

3    and hard to absorb since it covered many causes of action

4    and had a lot of numbers, and I requested a written version

5    of his presentation so that I could be sure I understood it

6    before we voted.

7    A      And did you get such a written presentation from Mr.

8    Satile?

9    A      We did later that night or earlier the next morning.

10   Q      And did you read it?

11   A      I did.

12   Q      Now, on October 10, 2010, let's look at Exhibit 89,

13   which is meeting minutes from October 10, 2010 and ask you,

14   sir, if you were present for this meeting on October 10,

15   2010 of the creditors' committee.

16   A      Yes, I was.

17   Q      And let me turn to the next page under Roman Numeral

18   II, Proposed Settlement.  The second bullet point there

19   says, "The committee discussed special counsel's

20   memorandum."  You see that?

21   A      Yes

22   Q      Is that an accurate statement?

23   A      Yes.

24   Q      And I think you said it, but special counsel's

25   memorandum was Mr. Satile's memorandum.

1   A      Correct.

2   Q      And that was discussed at this meeting?

3   A      Yes.

4   Q      And after the considerations on October 10th, did the

5   committee reach a decision on the October settlement and

6   plan?

7   A      Yes, it did.

8   Q      And what was that decision?

9   A      We voted to support the plan.

10  Q      All right.  And by the way, on October 10th, did you

11  ask questions of Mr. Satile?

12  A      I did.

13  Q      Did you personally vote in favor of approving the

14  settlement?

15  A      Yes, I did.

16  Q      Why?

17  A      I thought this was a fair settlement for -- in general

18  for the unsecured creditors.

19  Q      Did you have an understanding of the terms of the

20  October settlement?

21  A      Yes.

22  Q      And what's your knowledge of the terms of the October

23  settlement?

24  A      There was an initial consideration of $420 million for

25  the noteholders.  This was to be cash, not a strip.  The

1  unsecured creditors at the subsidiary level were restored to

2  full recovery.  The unsecured creditors at the parent level,

3  again, received treatment equivalent to the bonds, and the -

4  - it settled the claims against the banks and against the

5  arrangers for the step-two financing and preserved other

6  claims for the litigation trust.

7  Q    What specific legal claims will be held by the

8  litigation trust?

9  A    Claims against directors and officers, against Mr.

10  Zell and his companies, against advisors, against the

11  providers of the solvency opinion and against selling

12  shareholders at step two.

13  Q    And how will any recoveries from that trust be

14  distributed, to your understanding?

15  A    The terms of the agreement were that the first $90

16  million of recovery would go to the noteholders.  The next

17  20 million would repay the company for advancing the money

18  to conduct the litigation, and after that, it would be split

19  65 percent to the noteholders and 35 percent to the senior

20  lenders.

21  Q    Did the committee's counsel or advisors advise the

22  committee concerning the claims that were to be held by the

23  litigation trust?

24  A    Yes.

25  Q    And did they -- did the committee's counsel and its

1  advisors provide their views on the merits and general value

2  of those claims?

3  A    Yes.

4  Q    Did you have a view on the feature of the settlement

5  whereby the noteholders would receive their upfront

6  consideration in the form of cash rather than as a strip?

7  A    Yes, I did.

8  Q    And what was that view?

9  A    My view was that it was less desirable than a strip

10  because we believed the value of the company was increasing

11  at that time, so the strip would increase in value as the

12  value of the company increased.  Cash would not, although

13  the strip also could decrease in value if the company's

14  value decreased.

15  Q    And was the committee successful in trying to get a

16  strip for the settlement?

17           MR. FRIEDMAN:  Objection, Your Honor.

18           THE COURT:  Basis?

19           MR. FRIEDMAN:  Foundation as to what was said in

20  negotiations.

21           THE COURT:  Overruled.  You may answer if you're

22  able.

23  BY MR. MCCORMICK:

24  A    Yes.  We instructed our counsel to seek a strip until

25  the very last day, and they reported back and said we were

1   not successful in achieving that.

2   Q     And why did you vote for the settlement if it didn't

3   have a strip in it?

4   A     Because I thought it was fair overall.  I thought

5   compared to the April settlement, it would very likely

6   result in a better recovery for the noteholders because I

7   thought there was substantial value in the litigation trust

8   and because the noteholders got the lion's share of that

9   value.  And relative to the earlier October settlement, it

10  improved the position of the unsecured creditors at the

11  parent and subsidiary levels.

12  Q     After the committee voted to approve the October

13  settlement, did any additional parties join that settlement?

14  A     Yes, the bridge lenders.

15  Q     And do you know when they joined the October

16  settlement?

17  A     I don't recall the date, a few weeks later.

18  Q     Are you familiar with the terms under which the bridge

19  lenders agreed to join the settlement?

20  A     In general, yes.

21  Q     And what is your understanding of that?

22  A     That another $13 million would be provided to the

23  noteholders.

24  Q     Is it your understanding that the October settlement

25  has been incorporated into the so-called DCL plan of

1    reorganization that is the subject of this hearing?

2    A    Yes.

3    Q    And do you know when the DCL plan was filed with the

4    Court?

5    A    It was filed October 22nd.

6    Q    Did Aurelius agree to support the DCL plan?

7    A    No.  Aurelius filed its own plan.

8    Q    Are you familiar generally with the terms of the

9    noteholder plan?

10   A    Generally.

11   Q    And what is your general understanding?

12   A    Similar to the presentation Aurelius had given to the

13   committee.  This was a plan that reserved all of the

14   potential LBO claims for the litigation trust, and the

15   initial recovery for various categories was what I would

16   call a worst-case recovery, what they would get if their

17   category of creditor lost at every step of the litigation.

18   Q    Do you have an understanding as to how the guild would

19   be treated under the noteholder plan?

20   A    Yes.

21   Q    And what is that?

22   A    Our collective-bargaining agreement would be assumed.

23   Q    And can you compare that treatment to how the guild

24   will be treated under the DCL plan?

25   A    The DCL plan would also assume the collective-

1    bargaining agreement.

2    Q    Well, given that, did you favor the noteholder and DCL

3    plans equally?

4    A    No.

5    Q    Why not?

6    A    I thought the DCL plan was better for creditors for

7    the reason I described, that it was likely to lead to a

8    better recovery.  The pure litigation plan had -- could lead

9    to a much larger recovery, but it could also lead to a much

10   smaller one.

11   Q    Do you believe that the settlement incorporated in the

12   DCL plan is more or less favorable to the unsecured

13   creditors than the April plan would have been?

14   A    Yes.

15              THE COURT:  Which?

16   BY MR. MCCORMICK:

17   A    Which?

18   Q    Okay.  Do you --

19   A    I'm sorry.  It's the same for the --

20   Q    No.  Do you believe the settlement incorporated in the

21   DCL plan is more or less favorable to the unsecured

22   creditors than the April plan would have been?

23   A    For the parent and subsidiary unsecured creditors,

24   it's the same.

25   Q    What does the addition of the litigation trust mean

1  for recovery potentially for noteholders or others?

2  A    That the probability is that the recovery will be

3  larger than under the April plan.

4          MR. HURLEY:  Your Honor, may I interpose an

5  objection and a motion to strike?

6          THE COURT:  State the basis for your objection.

7          MR. HURLEY:  Your Honor, I took the deposition of

8  Moelis, who's the financial advisor for the committee.  We

9  tried to get information about work that they had done to

10  evaluate the litigation trust.  We were not allowed that

11  information based on instruction of work product and

12  attorney-client privilege.  This witness is not a lawyer.

13  This witness apparently wasn't even present for much of

14  these meetings, so I think the witness does not have the

15  foundation, and we were not allowed to explore in discovery

16  the topic that they're asking him to testify about.

17          THE COURT:  Mr. McCormick, any response?

18          MR. MCCORMICK:  I don't know what he's talking

19  about.  He's saying that the noteholder plan -- or rather

20  the noteholders, because of the litigation trust, are likely

21  to receive recoveries that they wouldn't have received under

22  the April plan that would have settled all those claims.

23          THE COURT:  And how would he know this?

24          MR. MCCORMICK:  He would know this from --

25  BY MR. MCCORMICK:

1    Q      Well, how would you know that?

2    A      The -- we received copies of the plans, and they were

3    described to us by counsel.

4    Q      And did you look in -- and did you look at the plans

5    themselves?

6    A      I did not look at the plan itself.

7              THE COURT:  I'm sorry.  Let me ask you to pause.

8              MR. MCCORMICK:  Yeah.

9              THE COURT:  The motion to strike is granted.

10             MR. MCCORMICK:  Okay.

11   BY MR. MCCORMICK:

12   Q      Well, compared to the April settlement, is the DCL

13   plan less favorable to anyone that you are aware of?

14   A      It's less favorable to the step-two arrangers who

15   provided $120 million to the settlement, and it's less

16   favorable to the potential detender [sic] -- defendants who

17   would have been released under the April plan.

18   Q      Now, let me turn your attention just briefly back over

19   to the chart that we've put in here today, and you'll see

20   that the top half of the chart shows some of the key events

21   that I described earlier and the dates on which they

22   occurred.  Each of the green dots on the bottom half of the

23   chart represents a committee meeting as reflected in the

24   minutes.  What, if anything, do you believe that this chart

25   shows?

1   A     I think it shows that the committee was quite

2   attentive to what was going on.  We met frequently, although

3   the chart doesn't show it.  We had lively discussions at the

4   meetings, and we pursued the claims and did our best to work

5   in the interests of unsecured creditors.

6   Q     You explained earlier that the committee had

7   obligations to all unsecured creditors.  In your view, have

8   the members of the committee fulfilled their obligations?

9             MR. FRIEDMAN:  Objection, Your Honor.

10            THE COURT:  I'll allow it.  You may answer, sir.

11  BY MR. MCCORMICK:

12  A     In my view, yes.

13  Q     And have you?

14  A     I believe I have.

15  Q     Why?

16  A     We met frequently.  We listened to discussion.  We

17  engaged expert advisors.  I tried to learn not only from our

18  advisors, but from the various constituents who came in and

19  spoke to us, and I learned a lot from the other committee

20  members who had substantial bankruptcy and legal experience,

21  and I -- so I think we gave consideration to all the

22  important information.  We weighed things carefully.  We

23  debated fully, and we did the best job we could.

24  Q     Now, you mentioned a moment ago that you had

25  conversations within the committee.  Wilmington Trust and

1 Deutsche Bank were on the committee, right?

2 A     Yes.

3 Q     And were they frequently participants in discussions

4 on all of these issues?

5 A     Oh, yes.  They were very vigorous advocates for their

6 point of view.

7 Q     And did you ask questions during the committee

8 process?

9 A     I did.

10 Q     Okay.  Does the committee support the DCL plan?

11 A     Yes.

12             MR. MCCORMICK:  No further questions, Your Honor.

13             THE COURT:  All right.  Who's going to cross

14 here?  Mr. Friedman?

15             MR. FRIEDMAN:  I am, Your Honor.

16             THE COURT:  How much time do you estimate you

17 will need on cross?

18             MR. FRIEDMAN:  I believe I can be done in an

19 hour.

20             THE COURT:  Okay.  Let's take a ten-minute break,

21 and we'll begin with cross.  We'll stand in recess.

22         (Recess from 4:47 to 5:03)

23             THE COURT:  Cross-examination.

24                     CROSS-EXAMINATION

25 BY MR. FRIEDMAN:

1   Q      Good morning, Mr. Salganik.

2   A      Good afternoon, Mr. Friedman.

3   Q      I would like to make sure we're oriented in time

4   before I start asking you questions.  So we're going to

5   focus on the period after the April 2010 settlement and

6   plan.  You recall you gave testimony --

7   A      Yes.

8   Q      -- about the committee --

9   A      Yes.

10  Q      -- activity and the negotiations that occurred in that

11  time frame?

12  A      Yes.

13  Q      There was a settlement reached by certain parties in

14  the mediation initially in September that is sometimes

15  referred to as the first mediation settlement, correct?

16  A      Yes.

17  Q      And then there was a subsequent settlement in the

18  mediation in October that is sometimes referred to as the

19  second mediation settlement --

20  A      Yes.

21  Q      -- correct?

22  A      Yes.

23  Q      And you testified on direct examination with respect

24  to the terms of both those settlements, correct?

25  A      Yes.

1  Q      The second mediation settlement became embodied in

2  what is now referred to as the debtor creditor lender or DCL

3  plan, correct?

4  A      Yes.

5  Q      The committee of which you are a representative is a

6  proponent of that plan --

7  A      Yes.  We --

8  Q      -- correct?

9  A      Yes.  We're the C in the DCL.

10 Q      Okay.   And it is the committee position that the

11 settlement embodied in that plan is fair and equitable and

12 the product of arms length negotiation, correct?

13 A      Yes.

14 Q      You personally did not participate in the negotiations

15 leading to that settlement, correct?

16 A      I -- I attended the first mediation session, but other

17 than that I did not.

18 Q      Okay.  And other than your attendance at the first

19 mediation session, am I correct that counsel for the

20 committee engaged in the negotiations of the settlement on

21 behalf of the committee?

22 A      Yes.

23 Q      The negotiations were with the parties that are

24 sometimes referred to as the bank lenders or the LBO

25 lenders, correct?

1  A    Yes.  And -- and at various times with Centerbridge

2  and later Aurelius.

3  Q    Okay.  The bank lenders, as we refer to them in this

4  case, include Oaktree, Angelo Gordon and JP Morgan, correct?

5  A    Yes.

6  Q    You became aware in the course of your service as a

7  committee member that the negotiations were quite

8  contentious?

9  A    Yes.

10 Q    And did you become aware that Oaktree and the other

11 bank lenders were taking very aggressive positions in the

12 negotiations?

13 A    Yes.

14 Q    And am -- am I correct that the focal point of the

15 negotiations related to the claims and contentions of the

16 bank lenders on the one hand and the noteholders on the

17 other hand?

18 A    Yes.

19 Q    In other words the great contention and controversy

20 with the bank lenders was not what will be the resolution

21 for the union, for example.  Is that correct?

22 A    I'm sorry.

23 Q    Yes.  I'll --

24 A    I --

25 Q    -- back up and try to make that question more clear.

1        With respect to which the guild of which you are a

2    representative, there were collective bargaining agreements

3    that have been -- that will be assumed under the DCL plan,

4    correct?

5    A    Yes, and under the noteholder plan.

6    Q    And am I correct that in the committee's negotiations

7    with the bank lenders there was no great controversy over

8    whether the collective bargaining agreements would be

9    assumed?

10   A    Yes, you are correct.

11   Q    Was there great controversy in the negotiation with

12   the banks concerning the treatment for the retirees?

13   A    No.

14   Q    Okay.  And what about with respect to the treatment of

15   the general unsecured creditors at the subsidiaries?  Was

16   that a very contentious negotiation to your knowledge?

17   A    It was not.

18   Q    Okay.  And under the DCL plan the subsidiaries at the

19   -- I'm sorry -- the -- I'll -- I'll start the question

20   again.  I'm sorry.  Under the DCL plan the general unsecured

21   creditors at the subsidiaries will be paid in full, correct?

22   A    That's correct.

23   Q    And was there controversy in the committee's

24   negotiations with the bank concerning the treatment of

25   general unsecured creditors at the parent?

1    A      There was some discussion of the -- of the details,

2    but --

3    Q      But the real controversy and the heated negotiations

4    related to the banks on the one hand and the noteholders on

5    the other, correct?

6    A      Yes.  And to some extent the PHONES.

7    Q      Okay.  Do you know which counsel was the committee's

8    primary negotiator in the negotiations of the settlement

9    with the banks?

10   A      I believe Zuckerman and Chadpoint did that together.

11   Q      Okay.  And do you know who Ken Liang is?

12   A      I don't know his title, but he's an official with

13   Oaktree.

14   Q      Are you aware that committee counsel had extensive

15   negotiations with Oaktree as well as with the other bank

16   lenders?

17   A      Yes.

18   Q      Are you aware that Mr. Liang testified that the

19   committee's primary negotiator was Howard Seife?

20              MR. MCCORMICK:  Objection.  Foundation.

21              THE COURT:  Sustained as to form.

22              MR. FRIEDMAN:  Well, here.  Okay.

23   BY MR. FRIEDMAN:

24   Q      Mr. -- Mr. Liang testified -- was asked at his

25   deposition in connection with the settlement negotiations at

1 Page 83 of his deposition who spoke for the creditors'

2 committee and his answer was, "You know, primarily, Howard

3 Seife."

4      My question for you is whether you have any

5 information based on your service as a member of the

6 committee as to which of the committee lawyers was the

7 primary spokesperson for the committee in negotiations with

8 the banks?

9           MR. MCCORMICK:  Objection, Your Honor.  I -- I

10 stand only because there was a long spectrum of time and a

11 long series of negotiations that dealt with separate plans,

12 et cetera.  This seems to be an inchoate inquiry about an

13 uncertain period of time and -- and either everybody

14 understands that or it needs to be refined so that it's not

15 misleading.

16           THE COURT:  Condemn the time, Mr. Friedman.

17           MR. FRIEDMAN:  Okay.

18 BY MR. FRIEDMAN:

19 Q     Well, there were negotiations over an extensive period

20 of time, correct?

21 A     Correct.

22 Q     At any point along the spectrum of time when

23 negotiations were occurring do you understand that Mr. Seife

24 was the primary spokesperson for the committee in

25 negotiations with the banks?

1    A    It's not clear to me who was the primary spokesperson

2    at any given session, although there was a time, I believe

3    in September, where we approved a statement clarifying the

4    roles of the counsel -- or codifying, I should say.

5    Q    Am I correct that as you sit here you do not have any

6    knowledge as to which of the committee lawyers served as the

7    primary spokesperson for the committee in the negotiations

8    with the banks at any point in time?

9    A    Our instructions to the -- to our counsel as embodied

10   in the September statement were that Zuckerman was to take

11   the lead in negotiating with the banks.

12   Q    Based on your instructions to -- well, withdrawn.  And

13   prior to the September statement had the committee given any

14   instruction as to which of the law firms, Chad, Warner,

15   Zuckerman should be the primary spokesperson in

16   negotiations?

17   A    I -- I understood the September statement to be not a

18   change in policy, but a codification of policy, writing down

19   what had been the practice.

20   Q    Was the Chadbourne firm authorized by the committee to

21   engage in negotiations itself with any of the bank lenders

22   not in the presence of the Zuckerman firm?

23   A    Zuckerman was to take the lead.  I don't -- I don't

24   know whether Chadbourne may have had conversations when

25   Zuckerman wasn't there.

1    Q    Would that have been consistent with the committee

2    authorization to its counsel for Chadbourne to have meetings

3    with, for example, JP Morgan's counsel or communications

4    with JP Morgan's counsel without the presence of Zuckerman?

5    A    As I recall the policy statement, it said Zuckerman

6    was to take the lead.  I don't think there was a specific

7    instruction saying Mr. Seife cannot speak unless someone

8    from Zuckerman was present.

9    Q    Okay.  Now am I correct that in the settlement that

10   was ultimately arrived at, the second mediation settlement,

11   that the committee achieved the objectives of certain of its

12   constituents?

13   A    Yes.

14   Q    And the objectives were achieved for the general

15   unsecured creditors at the subsidiaries, correct?

16   A    Yes.

17   Q    Because the objective there was to obtain one-hundred

18   cents on the dollar, correct?

19   A    Yes.

20   Q    And the committee achieved the objectives that were

21   established for the guild, of course, which was the

22   assumption of the collective bargaining agreement, correct?

23   A    Yes.

24   Q    And --

25   A    I mean, I think to -- to have overturned the contracts

1    would have required substantial legal hurdles.  So it was

2    never an issue and we did achieve it.  But I don't -- I

3    think it would have been difficult for them to do otherwise.

4    Q    Okay.  And am I correct that in terms of the back and

5    forth in the negotiations after the -- after the examiner

6    report came out, you do not have a recollection of what the

7    committee proposed to the bank lenders and what the bank

8    lenders proposed to the committee?

9    A    I'm sorry.  In what time period?

10   Q    I'm now focusing on the period of time after the

11   examiner report came out and the parties were engaged in

12   negotiations?

13   A    Right.  I -- there were a lot of proposals.  They

14   didn't lead to a settlement.  I don't' recall the proposals

15   in detail.

16   Q    Okay.  And this was a period of time, again, after the

17   examiner report came out when the committee was making

18   proposals to the bank lenders, correct?

19   A    Yes.

20   Q    And am I correct that you do not have a recollection

21   of any of the specific proposals that the committee made to

22   the bank lenders?

23   A    As a -- as an entire proposal I do not.

24   Q    Okay.  Am I also correct that you do not remember the

25   specific direction or guidance that the committee gave to

1  counsel as it proceeded into negotiations with the bank

2  lenders?

3  A    We gave guidance on a number of points.  We -- we did

4  seek to get full recovery for the unsecured creditors at the

5  subsidiary level.  We sought treatment for the unsecured

6  creditors at the parent level roughly equivalent to the

7  bonds, and we sought a higher recovery for the bonds and a

8  robust litigation trust.

9  Q    Okay.  Beyond what you have just testified, did you --

10  do you recall any direction or instruction that the

11  committee provided to counsel as to what it should demand

12  and propose in the negotiations with the bank lenders?

13  A    Yes.  We instructed the counsel to demand or propose a

14  strip for the -- for the bondholders.

15  Q    Okay.  You recall, as you testified earlier, that in

16  the April settlement the consideration for the bondholders

17  consisted of a strip that had a value of approximately 450

18  million?

19  A    Yes.

20  Q    $450 million, obviously.  Am I -- am I correct that in

21  the negotiations that occurred after the examiner report was

22  issued, you do not remember whether committee counsel was

23  instructed to seek more or less than 450 million as an

24  initial payment?

25  A    No.  I -- I think our focus on that at that time was

1    on the litigation trust and establishing that in a way that

2    would preserve as many claims as possible not grant releases

3    to parties not contributing to the settlement, and -- and to

4    distribute that in a way that would give more benefit to the

5    bondholders.

6    Q     Okay.  Let's just for the moment focus on the $450

7    million in consideration initial value that was provided

8    under the April plan.  You recall that number?

9    A     Yes.

10   Q     And my question to you is as you directed and guided

11   counsel after the examiner report was issued, did the

12   committee ever direct or guide counsel to seek a cash or

13   strip with value in excess of $450 million?

14   A     In excess of 450, not that I recall.

15   Q     Okay.  You testified earlier about your experience in

16   negotiations and collective bargaining, correct?

17   A     Yes.

18   Q     Would you agree with me that in any negotiation the

19   initial proposal by a party is of critical importance in

20   terms of where those negotiations end up?

21   A     Yes.

22   Q     Would you agree with me that it's very rare for a

23   party to achieve a result in negotiations that is better for

24   the party than its initial proposal?

25   A     Yes.

1  Q     Am I also correct that you do not remember what the

2  terms of the initial proposal after the examiner's report

3  that committee counsel was directed to make to the bank

4  group?

5  A     I -- I don't recall the detail.

6  Q     Okay.  Now you -- you testified with reference to the

7  April settlement and plan that Centerbridge was a party to

8  those negotiations, correct?

9  A     Yes.

10 Q     You testified that the validation or confirmation to

11 you concerning the fairness of the April settlement was the

12 involvement of Centerbridge and the fact that Centerbridge

13 as one sophisticated party was on the other side of the

14 bargaining table from the banks that were also sophisticated

15 parties, correct?

16 A     Yes.  I think I said it was confirmation.  I don't

17 know that I said it was the confirmation.

18 Q     I believe you said confirmation and validation.  Is

19 that correct?

20 A     Yes.

21 Q     Okay.  And I am correct that in connection with the

22 settlement ultimately supported by the committee in this

23 case there is no such confirmation or validation in the form

24 of a noteholder that played the role that Centerbridge

25 played in the April settlement.  Is that correct?

1  A     Yes.  A majority of the noteholders by number voted in

2  favor of the plan, but that -- that could not have been a

3  consideration in us supporting it because the voting

4  occurred after we supported it.

5  Q    Now when you say a majority of the noteholders in

6  numbers supported the plan, are you aware of the voting

7  results in terms of dollar amounts of the noteholders and

8  their support for the noteholder plan and the DCL plan?

9  A     Yes.  And I -- I don't know that I recall it exactly,

10  but in dollar amount it was overwhelmingly against,

11  something on the order of eighty or eighty-five percent.

12  Q    Maybe even ninety percent overwhelmingly in opposition

13  to the DCL plan?

14  A     Yes.

15  Q    That's in very sharp contrast to the noteholder

16  position with respect to the April settlement, correct?

17  A     Yes.

18  Q    Does that give you pause --

19  A     I don't know -- I don't know that I knew the voting

20  results of the April settlement.

21  Q    But you knew at the time of the April settlement that

22  the largest noteholder in dollar terms was a supporter of

23  the settlement and had participated in the negotiations and

24  had agreed to the settlement?

25  A     Yes.

1  Q    Whereas with respect to the ultimate October

2  settlement, you knew that the largest noteholder at the time

3  was vigorously opposed to the settlement?

4  A    Yes.

5  Q    And you now know that ninety percent of the

6  noteholders in dollar terms are opposed to the settlement

7  endorsed by the committee?

8  A    Yes, and roughly two-thirds in number terms were in

9  favor.

10  Q    Okay.  Now you testified on direct examination when

11  Mr. McCormick was questioning you about the terms of the

12  October settlement.  Do you recall that?

13  A    I do.

14  Q    And those terms involved a -- a payment by the bank

15  lenders of $420 million.  Is that correct?

16  A    Yes.

17  Q    Am I correct that when you compare the October

18  settlement to the April settlement from the perspective of

19  the bank lenders, the October settlement is more favorable

20  to them than the April settlement?

21  A    Yes.  And I believe it's more favorable to the

22  noteholders as well.

23  Q    And in simple terms, the reason why the October

24  settlement is more favorable to the bank lenders than the

25  April settlement is that under the October settlement the

1    bank lenders are paying 420 million, which is obviously less

2    than 450 million --

3    A    Yes, it is.

4    Q    -- and the bank lenders are receiving an interest in

5    the litigation trust which they did not have under the April

6    settlement, correct?

7    A    Yes.

8    Q    Okay.   The October settlement, obviously, was agreed

9    to after the examiner report was issued, correct?

10   A    Yes.

11   Q    You testified when Mr. McCormick was questioning you

12   that you read the summary and other parts of the examiner

13   report, correct?

14   A    Yes.  I read the -- the summary and the recovery

15   scenarios.

16   Q    Okay.  And you -- you recall that when you looked at

17   the examiner report, you saw that one of the findings by the

18   examiner was that a court is somewhat likely to find that

19   the Tribune entities incurred obligations and made transfers

20   in step two with actual intent to hinder delay and defraud

21   creditors?

22   A    Yes.  I remember that.

23   Q    Do you remember seeing that when you looked at the

24   report, correct?

25   A    Yes.

1  Q     And you recall you testified about this at your

2  deposition, you have an understanding as to what is meant by

3  "somewhat likely" when the examiner uses that term?

4  A     It means better than fifty-fifty.

5  Q     Okay.  So at the time of the October settlement, your

6  understanding was that the examiner had made a finding that

7  it was better than fifty-fifty; that the step two financing

8  would be found to be an actual fraudulent conveyance,

9  correct?

10  A     Yes.

11  Q     Okay.  And are you familiar with the terms of the

12  settlement that are embodied in that second mediation term

13  sheet for the bank lenders?

14  A     In general, yes.

15  Q     Okay.  And -- and what's your understanding of the

16  second -- second mediation term sheet, the October

17  settlement, as to what the bank lenders are paying or giving

18  up in settlement of the claims against them?

19  A     They're essentially giving up the $420 million as you

20  mentioned.  They're receiving releases for claims against

21  them, and they receive thirty-five percent of the litigation

22  trust after the initial 90 million is paid to the

23  noteholders and after the next 20 million is repaid to the

24  company for the expenses of the litigation.

25  Q     Now let -- let me ask you about the second mediation

1   settlement for a moment compared to the first mediation

2   settlement.  The first mediation settlement was one in which

3   the committee did not join, correct?

4   A    Yes.

5   Q    In the first mediation settlement there was an

6   agreement on the part of the bank lenders to pay $300

7   million in settlement of claims relating to step one.  Is

8   that correct?

9   A    It was in settlement of claims against the banks.  I'm

10  not sure whether it was all step one or included any step

11  two claims.

12  Q    Okay.  Well, let me ask -- let me ask you to take a

13  look at an exhibit.  This is Noteholder Exhibit 847, which

14  is also DCL Exhibit, I believe, 383 and 1005.  This is the

15  mediator's report in connection with the first mediation.

16  A    Yes.  This is the mediator's report.

17  Q    Okay.  Do you have that on the screen in front of you?

18  A    I have it on the screen, but I --

19  Q    Yeah.

20  A    -- can't see the type very well.

21        MR. FRIEDMAN:  May -- may we approach the

22  witness, Your Honor?

23        THE COURT:  You may.

24        THE WITNESS:  Thank you.

25  BY MR. FRIEDMAN:

1  Q    Okay.  So if -- if you look at Exhibit 847, you see

2  it's the one-page mediator report and then there's an

3  attached term sheet.

4  A    Yes.

5  Q    Do you see that?

6  A    I do see that.

7  Q    And you -- you read this mediator's report and term

8  sheet at the time that it was issued, September --

9  A    Yes, I did.

10 Q    -- September 28th, 2010?

11 A    I'm sorry.  Yes, I did.

12 Q    Okay.  And can -- can you look at this document and

13 tell me if I am correct that the settlement provided here is

14 a $300 million in cash for the senior noteholder claims from

15 the bank lenders and that it is not a settlement of the

16 claims against the step two lenders?

17 A    I see the 300 million and let me see about the

18 settlement.

19 Q    If you look up on the first page of the term sheet,

20 the box that refers to senior loan guarantee claims, you see

21 the second bullet point that says, "Step two senior loan

22 claims will not be allowed under the plan and shall be

23 subject to objection by the litigation trust."  Does that --

24 A    It says -- that's the third bullet point, but, yes.

25 Q    Oh, I see.  It's the -- sorry.  It's the third bullet

1  point in the first box --

2  A     Yes.

3  Q     -- and the second bullet point in the third box --

4  sorry -- and the second bullet point in the second box.  It

5  appears twice on the page.

6  A     Ah.

7  Q     You see that?

8  A     Yes.

9  Q     And does that refresh your recollection that the first

10  mediation settlement was a settlement for the step one

11  lenders, but not for the step two lenders?

12  A     Yes.

13  Q     And when we move to the second mediation settlement,

14  do you -- am I correct that the step two lenders are making

15  a payment of $120 million in settlement of the disgorgement

16  claims against those lenders?

17  A     I'm sorry.  Where -- where are you?

18  Q     Okay.  Sorry.  I see you're still looking at the

19  exhibit.

20  A     No.  This is --

21  Q     I'm now asking you a question about --

22  A     Yes.

23  Q     -- the second mediation term sheet --

24  A     Yes.

25  Q     -- which is the settlement that ultimately becomes

1  embodied in the DCL plan.

2  A     Yes.

3  Q     In -- in that settlement you recall that the amount of

4  the consideration for the noteholders from the banks goes

5  from the 300 million in the first mediation settlement to

6  420 million --

7  A     Yes.

8  Q     -- in the second mediation?

9  A     Yes.  And that the additional amount comes from the

10  arrangers.

11  Q     And the additional amount comes from the arrangers on

12  step two --

13  A     Yes.

14  Q     -- correct?

15  A     Yes.

16  Q     And that additional amount is in settlement of the

17  step two disgorgement claims.  Is that correct?

18  A     Yes.

19  Q     Okay.  And do you have an understanding as to what is

20  meant by the step two disgorgement claims?

21  A     I have a general or a lay understanding.

22  Q     Okay.  And -- and what's your understanding?

23  A     My understanding is that disgorgement means that they

24  have to return fees or payments that they received.

25  Q     And are you aware of the magnitude of the step two

1  fees and payments that were claimed to be subject to

2  disgorgement?

3  A    I -- I did not recall the number until your colleague

4  refreshed my recollection at my deposition and it was 300,

5  350 million.

6  Q    Yes.

7  A    Yeah.

8  Q    That -- that is the -- that's the correct number.  And

9  did you make a determination that the one-hundred-and-

10 twenty-million-dollar payment was a reasonable settlement of

11 the step two disgorgement claims?

12         MR. MCCORMICK:  Objection, Your Honor.  I -- this

13 -- this witness is being asked to break down pieces of a

14 settlement.  He's testified to it as a -- as a settlement

15 that was reached on mass and if he did reach that decision

16 he did it with privilege.  I would also argue on the grounds

17 that he shouldn't be disclosing privileged information.

18         THE COURT:  Overruled.  You may answer, sir, if

19 you are able.

20         MR. MCCORMICK:  Thank you, Your Honor.

21         THE WITNESS:  Yeah.  When each proposal or

22 settlement came to us, I evaluated it as a package.  To me

23 it's similar to a collective bargaining agreement.  Our

24 field members at *The Sun* will vote tomorrow night on a -- a

25 collective bargaining agreement extension that contains some

1  things the members will like and some things they won't

2  like, and they can't -- they can't modify one piece of it

3  and they can't necessarily say we got this part for that

4  part.

5  Q    At the time you decided to support the settlement

6  that's embodied in the second mediation term sheet, did you

7  actually compare the terms of the first mediation settlement

8  to the second mediation settlement?

9  A    Yes.

10  Q    And at the time you decided to support the second

11  mediation settlement, were you aware of the magnitude of the

12  step two disallowance claims?

13  A    We had advice as to the value of the settlement as a

14  package.  So I -- I don't know that I could have assessed

15  each piece and given you the value of each piece.

16  Q    All right.  Let me -- let me back up and ask a couple

17  of questions.

18       First, in connection with your evaluation of the

19  settlement embodied in the second mediator report, did you

20  give consideration to what would be the natural recovery for

21  the noteholders in the absence of any settlement?

22  A    Yes.  We were certainly informed about that.

23  Q    Okay.  Are you -- do you have an understanding of what

24  is meant by "natural recovery" when I use that term?

25  A    Yes.  Apart from the settlement what -- if -- if there

1  were no LBO claims, no -- no accusation of fraudulent

2  conveyance, what would they receive.

3  Q    Yes.  And do you have an understanding as to the

4  amount or magnitude of the noteholders' natural recovery at

5  the time of the second mediation term sheet?

6  A    I did and I'm not sure I recall the precise number,

7  but I remember it was somewhere on the order of sixty-five,

8  75 million.

9  Q    Okay.  And just to make sure we're all talking the

10  same language, when you looked at the amounts provided in

11  the first term sheet and the second term sheet -- we

12  referred to 300 million in the first term sheet, 420 million

13  in the second term sheet -- were you aware that those

14  numbers included the natural recovery for the noteholders as

15  well as additional amounts offered to be paid in settlement?

16  A    Yes.  We were aware of that.

17  Q    Okay.  So just to check the arithmetic, going back to

18  the first term sheet for the moment, would you agree that if

19  the natural recovery for the noteholders at that time was

20  $60 million, then the three-hundred-million-dollar figure in

21  that first term sheet would represent a settlement payment

22  of $240 million?

23  A    Yes.

24  Q    Okay.  Now were you aware at the time you were

25  considering the October settlement that there were both

1  disallowance and disgorgement claims against the step one

2  and the step two lenders?

3  A     Yes.

4  Q     And were you aware that the first mediation settlement

5  did not settle either the disgorgement claim or the

6  disallowance claim with respect to the step two lenders?

7  A     Yes.

8  Q     Did you give consider -- well, withdrawn.  And I

9  believe you testified that you understood the 120 million

10  additional consideration in the second term sheet to be in

11  respect of the step two disgorgement claim.  Is that

12  correct?

13  A     Yes.  And I'm -- I'm aware that it settled additional

14  step two claims as well.

15  Q     Okay.  Well, let me understand what you're saying.  At

16  the time that you decided to support the second mediation

17  term sheet, was it your understanding that the one-hundred-

18  and-twenty-million-dollar payment was in settlement of step

19  two disgorgement and disallowance claims?

20  A     I believe we did understand that.

21  Q     You knew at the time, as you testified a moment ago,

22  that the disgorgement claim against the step two lenders was

23  a three -- in the range of 315, $318 million?

24  A     I don't know that I had that number in October.  I --

25  I learned it or re-learned it at my deposition.

1   Q      Okay.   Were you aware in October of the magnitude of

2   the disallowance claims against the step two lenders?

3   A      Yeah.   I'm not -- I'm not sure that we -- we knew each

4   piece and the potential claim, but we had advice about the

5   overall fairness and value of the package being settled.

6   Q      You understood that your fiduciary duty at the time of

7   these settlement negotiations was to try to obtain the best

8   result possible for all of the constituents of the UCC,

9   correct?

10  A      Yes.

11  Q      And in the course of your efforts to fulfill your

12  fiduciary duty, did you make an effort to evaluate the value

13  of the claims against the step two lenders?

14  A      I made an effort to understand the value of the

15  settlement.

16  Q      Can you answer my question?

17  A      Did I ask about it piece by piece?   I didn't.   I

18  assume that if we're given advice, that the whole package is

19  fair.   I don't need to ask about each piece.

20  Q      You were aware at the time of the October settlement

21  that the examiner had expressed the opinion that it was

22  somewhat likely that the step two financing would be found

23  to be an intentional fraudulent conveyance, correct?

24              MR. MCCORMICK:   Objection, Your Honor.   Asked and

25  answered.

1         THE COURT:  Sustained.  And --

2         MR. FRIEDMAN:  Okay.

3         THE COURT:  -- let me ask you to pause there for

4  one moment.  Let's go off the record.  Nancy, will you push

5  some buttons?  Janet did hers.

6         (Off the record discussion)

7         MR. FRIEDMAN:  Okay.

8         THE COURT:  All right.  Sorry for the

9  interruption, Mr. Friedman.

10         MR. FRIEDMAN:  Okay.

11         THE COURT:  I wanted you to be as comfortable as

12  possible during your cross-examination.

13         (Laughter)

14         THE COURT:  I -- I appreciate that.

15  BY MR. FRIEDMAN:

16  Q    Okay.  I think the question I was about to ask you,

17  Mr. Salganik, was whether in light of the examiner's finding

18  -- withdrawn.  Sorry.  My question is whether you gave

19  consideration to whether the step two settlement embodied in

20  the October term sheet was reasonable in light of the

21  examiner's finding concerning the prospects for the

22  intentional fraudulent conveyance claim?

23  A    I gave consideration to whether the settlement as a

24  package was adequate for what it settled.

25  Q    At the time of the settlement that's embodied in the

1  second mediator report, you understood that the noteholders

2  wanted a strip rather than cash.  Is that correct?

3  A    Yes.

4  Q    At the time you decided to support that October

5  settlement, were you aware of the impact of Tribune's

6  enterprise value of the fairness of a settlement?

7  A    Yes.

8  Q    Okay.  And what was your understanding of the impact

9  of the enterprise value on the fairness of a settlement?

10  A    The enterprise value had increased, so if the

11  settlement had been in a strip, which included a percentage

12  of enterprise value in stock, that stock would be worth

13  more.

14  Q    Okay.  Stated in other terms, that as the enterprise

15  value increases, the value of the consideration for the

16  constituent receiving a strip is greater, correct?

17  A    Yes.  And as it decreases the value is less.

18  Q    And at the time of the October settlement your

19  understanding was that the enterprise value of Tribune was

20  increasing, correct?

21  A    That's correct.

22  Q    And am I correct that approximately ten days after the

23  October settlement the first version of the DCL plan was

24  filed and it reflected an increase in enterprise value from

25  a midpoint of 6.1 billion to a midpoint of 6.75 billion.  Is

1    that correct?

2    A    Yes.  I'm sorry.  You're asking me did I know that?

3    Q    My question is did you know that ten days after the

4    October settlement the first version of the DCL plan was

5    filed and it reflected that increase in enterprise value?

6    A    Yes, I did.

7    Q    Am I also correct that at the time you agree -- at the

8    time the committee agreed to the October settlement, the

9    committee was aware of the increase in enterprise value that

10   was reflected in the plan ten days later?

11   A    We had information from time to time about the

12   enterprise value from Mullis.  I'm not sure exactly what

13   number we had on what date, but we were aware that it had

14   increased since April.

15   Q    Did -- in connection with your decision to support the

16   October settlement, did you calculate what the value of a

17   strip would have been for the noteholders based on the then

18   enterprise value of Tribune?

19   A    I did not.

20   Q    Okay.  Did you give consideration to the percentage --

21   well, withdrawn.

22        Going back to the April plan, were you here during the

23   examination of Mr. Kurtz this morning?

24   A    I was not.

25   Q    Okay.  With respect to the April plan, were you aware

1  of what percentage of the banks' claim they were recovering

2  after the settlement?

3  A    I -- I was aware in April because we looked at term

4  sheets or summary sheets.  I don't recall the number.

5  Q    Okay.  And is it clear in your mind what I'm referring

6  to when I talk about a party's percentage recovery on its

7  claim?

8  A    Yes.

9  Q    Okay.  Did you consider at the time of the October

10 settlement whether the banks' percentage recovery on its

11 claim was greater or lesser compared to what its recovery

12 would have been under the April plan?

13 A    I -- I don't believe I did because what we were trying

14 to decide in voting on the October plan was whether that

15 plan was fair or, if not, whether we should proceed with a

16 litigation plan.

17 Q    Were you also trying to decide in the days and weeks

18 leading up to the October settlement what would be the best

19 possible strategy for obtaining the best possible

20 settlement?

21 A    Yes.

22 Q    Did you give consideration to the banks' percentage

23 recovery under the April plan or under subsequent proposals

24 as part of trying to formulate the best possible strategy?

25 A    Yes.  We gave some consideration to the -- to the

1   April plan.

2   Q    My -- my question was as a matter of negotiating

3   strategy did the committee look at how much greater the

4   banks' percentage recovery would be under the October

5   settlement compared to the April settlement?

6   A    Not that I recall.

7   Q    Okay.  You testified, when Mr. McCormick was

8   questioning you, about Aurelius's presence at committee

9   meetings, one in August, one in October.  Do you recall

10  that?

11  A    Yes.

12  Q    Okay.  Now, in fact, let me turn to the exhibit that

13  Mr. McCormick was asking you about.  Just bear with me half

14  a second.  First we have -- it's Noteholder Exhibit 806,

15  which is the same as DCL Exhibit 69.  Bear with me.  I may

16  have -- that's the right number.  Yes.

17          MR. FRIEDMAN:  Do we have a copy of it that we

18  can give him?

19          THE WITNESS:  That one I have a copy of.

20  BY MR. FRIEDMAN:

21  Q    Oh, you have that one right in front of you?

22  A    I have -- I have a notebook.  So --

23  Q    Okay.

24  A    -- 69?

25  Q    69.  It's the August 19, 2010 creditors' committee

1  telephonic meeting.

2  A     Yes.  I have it.

3  Q     And if you look at the -- it's the second bullet point

4  up from the bottom --

5  A     On the second page.

6  Q     -- on the second page.  It says that the:

7              "Aurelius stated that in light of the examiner's

8              report, the committee should not agree to a

9              settlement that decreases the initial

10             consideration to the unsubordinated bondholders

11             of Tribune to an amount that is less than that

12             provided in the debtors' original plan."

13             Do you see that?

14 A     I do.

15 Q     And am I correct that, in fact, Aurelius made that

16 statement at the meeting?

17 A     Yes.

18 Q     Okay.  All right.  Now I would like to shift to the

19 October meeting and I'll call your attention to what is

20 Noteholder Exhibit 860 and DCL Exhibit 87.

21 A     Okay.  I have it.

22 Q     Okay.  And if you look at the first page of that

23 exhibit and you look at the second bullet point under the

24 Aurelius presentation, you see that bullet point begins with

25 the words, "Aurelius stated."  Do you see that?

1    A      I do.

2    Q      And is that an accurate statement of what Aurelius

3    stated at the October 7, 2010 meeting?

4    A      Yes.  This is consistent with my memory of that

5    meeting.

6    Q      So it is accurate that Aurelius stated that they would

7    like to see a settlement of the LBO-related causes of

8    auction.  Is that correct?

9    A      Yes.

10   Q      And Aurelius also stated that, "Any settlement must be

11   grounded in a fair reading of the legal risks and a proper

12   analysis of the expected outcomes," correct?

13   A      Yes.

14   Q      And that's what Aurelius said?

15   A      Yes.  And I agree with that statement.

16   Q      Okay.  Aurelius, if you look at the sub-bullet point

17   under that, you see the statement, "Aurelius claimed that

18   the examiner's report was fundamentally good for all non-LBO

19   lenders and a fair settlement has to reflect the risks and

20   benefits for all parties."  Do you see that?

21   A      Yes.

22   Q      And did you agree with that statement by Aurelius?

23   A      Yes.

24   Q      Now at this meeting Aurelius explained the decision

25   tree or the model that it had developed, correct?

1   A      Yes.

2   Q      And the model -- and you -- you listened to the

3   presentation and you received additional information after

4   the presentation.  Is that correct?

5   A      Yes.

6   Q      Would you agree with me that the model represented a

7   thoughtful and thorough analysis and effort to value the

8   claims?

9   A      Yes.

10  Q      Do you recall that the model reflected an expected

11  value for the claims of $1.8 billion?

12  A      Yes.

13  Q      When Aurelius was at the meeting, was there any

14  discussion by committee members or committee representatives

15  concerning assumptions or procedures built into the model?

16  A      I -- I don't believe we asked any questions at that

17  meeting.

18  Q      Okay.  Are you aware that the committee's financial

19  advisor spent time discussing the model with Aurelius

20  representatives both before and after the meeting?

21  A      Yes.  Financial advisor and special counsel.

22  Q      Okay.  And are -- are you aware that the financial

23  advisor said to the -- withdrawn.  Are you aware that the

24  committee's financial advisor said to Aurelius that, in

25  substance, the model was good or a good way to look at the

1    claims?

2            MR. MCCORMICK:  Objection, Your Honor.

3    Foundation.

4            MR. FRIEDMAN:  I'll break it down.

5            THE COURT:  Okay.

6    BY MR. FRIEDMAN:

7    Q    Are -- are you aware of communications from the

8    committee's financial advisor to Aurelius concerning the

9    model?

10   A    No.  I mean, I know there were communications.  I

11   don't -- I don't know the substance.

12   Q    Did -- did the committee ever advise Aurelius of flaws

13   or infirmities in the model?

14           MR. MCCORMICK:  Objection, Your Honor.  What does

15   he mean by committee?

16           MR. FRIEDMAN:  I'll -- I'll break it down.

17   BY MR. FRIEDMAN:

18   Q    To your knowledge, Mr. Salganik, did any

19   representative of the committee ever communicate to Aurelius

20   flaws or criticisms with respect to the model?

21   A    As I said, I don't know what special counsel or the

22   financial advisors communicated to Aurelius.

23   Q    Now you testified a moment ago that you recalled that

24   the model resulted in a valuation of the claims at $1.8

25   billion, correct?

1   A      Yes.

2   Q      Did Aurelius ever say that they would refuse to settle

3   for less than $1.8 billion?

4   A      Not that -- not to my knowledge.

5   Q      To -- to your knowledge what Aurelius said is that

6   they were interested in settlement, correct?

7   A      Yes.  That's reflected in the minutes.

8   Q      And Aurelius said that the settlement should be

9   grounded "in a fair reading of the legal risks and a proper

10  analysis of the expected outcomes," correct?

11  A      Yes.

12  Q      Now when you decided that a settlement for the

13  noteholders of $420 million in cash plus a litigation trust

14  was a fair and reasonable settlement, were you taking into

15  account the $1.8 billion value reflected in the Aurelius

16  model?

17  A      I -- I was taking into the account the -- what we had

18  heard from Aurelius and other constituents and, also, what

19  we heard from our own professionals.

20  Q      In light of the Aurelius model and the inputs in that

21  model, can you explain to me how a settlement of $420

22  million is a fair and reasonable settlement of a claim that

23  has a value of $1.8 billion?

24         MR. MCCORMICK:  Objection, Your Honor.

25  Argumentative.

1        THE COURT:  Overruled.  You may answer, sir, if

2   you're able.

3        THE WITNESS:  I'm sorry.  What was the question?

4   BY MR. FRIEDMAN:

5   Q    The question was how did you reach the determination

6   that a four-hundred-and-twenty-million-dollar settlement

7   plus the litigation trust is a fair and reasonable

8   settlement with respect to claims that have a value, per the

9   Aurelius model, of $1.8 billion?

10  A    I determined that based on advice from counsel and the

11  financial advisors and discussion within the committee.

12  Q    Did there come a point prior to the October settlement

13  when the committee made the determination that it should

14  take the best settlement it could obtain for the noteholders

15  rather than litigating?

16  A    Prior to the October settlement?  No.  We were

17  prepared to litigate if we didn't consider that we had a

18  fair settlement.

19  Q    Okay.  At the time that you determined the October

20  settlement was fair, did you give consideration to how that

21  settlement would be evaluated if the enterprise value turned

22  out to be greater than the debtors were representing it to

23  be?

24  A    As I think I said, we -- we were aware that the value

25  was going up and we were aware that a strip would increase

1  in value if the enterprise value increased.

2  Q    Are -- are you aware that at the present time the DCL

3  plan proponents are saying that the value of the Tribune

4  enterprise is 6.75 billion?

5  A    I believe that's the number that was in the plan as

6  filed.

7  Q    Okay.  And are you aware whether or not the enterprise

8  value today is greater than 6.75 billion?

9  A    I'm not.

10  Q    Okay.  Are you aware of the enterprise value that has

11  been determined by Aurelius's expert in this case?

12  A    I am not.

13  Q    Okay.  Have you given consideration in connection with

14  your support of the DCL plan to what the natural recoveries

15  would be for Aurelius and other noteholders if the

16  enterprise value is greater than 6.75 billion?

17  A    What the natural recoveries would be if --

18  Q    If the --

19  A    -- if the enterprise --

20  Q    -- enterprise value is greater than 6.75 billion?

21  A    Not that I recall.

22  Q    Okay.  You would agree that as the enterprise value

23  goes up, the natural recovery for all constituents of the

24  UCC also goes up, correct?

25  A    Yes.

1   Q    Now I just want to go back once more briefly to the

2   examiner finding that you've testified about a little bit,

3   which is the finding concerning somewhat likely intentional

4   fraud at --

5   A    Yes.

6   Q    -- step two.  You recall that.  Did -- did you give

7   consideration to what the natural recovery would be for the

8   noteholders if that claim and that claim alone were

9   successful in litigation?

10  A    As I said, we evaluated the package and not individual

11  components.

12  Q    Am I correct, then, that you did not give

13  consideration to what the natural recovery would be for the

14  noteholders if that claim and that claim alone were

15  successful?

16  A    I -- I -- we had a lot of advice about claims, about

17  the value of claims and about the probability.  I don't

18  recall what -- what value was assigned to that claim in

19  particular.  But when we had a package before us, we asked

20  our professionals to evaluate the package.

21  Q    Okay.

22        MR. FRIEDMAN:  Your Honor, could I have sixty

23  seconds and then I may be done?

24        THE COURT:  You may.

25        MR. FRIEDMAN:  Thanks.

1              (Pause)

2              MR. FRIEDMAN:  Thank you, Your Honor.  No further

3    questions.

4              THE COURT:  Is there any other cross-examination?

5              (No audible response)

6              THE COURT:  Redirect.

7              MR. MCCORMICK:  Your Honor, I will be brief.

8                      REDIRECT EXAMINATION

9    BY MR. MCCORMICK:

10   Q    Mr. Salganik, do you recall Mr. Friedman asking you

11   several questions about the examiner's determination that --

12   that it was somewhat likely that there might be an

13   intentional fraudulent conveyance at step two of the

14   transaction?

15   A    Yes.

16   Q    And is it that finding that led, certainly in part, to

17   the creation of the litigation trust?

18   A    That was certainly a -- salient factor.

19   Q    And do you understand what claims will go into the

20   litigation trust?  I know he asked them earlier, but claims

21   against D&Os, correct?

22   A    Correct.

23   Q    Do you know whether or not there's a D&O policy in

24   place that covers the officers and directors during the

25   period of time that they served at Tribune, these officers

1  and directors who could conceivably be defendants in this

2  litigation trust --

3  A      Yes, I --

4  Q      -- claims?

5  A      -- do.

6  Q      And do you know how much that D&O policy is -- is

7  worth?

8  A      I -- I believe it's 200 million.

9  Q      And do you know what the value of payments made to

10  shareholders were at step two of the transaction?

11  A      I -- two, three, four million, somewhere in that

12  range.

13  Q      You mean billion?

14  A      Billion.  Yes.

15  Q      Two, three, or $4 billion.  And do you understand that

16  if there was an intentional fraudulent conveyance at step

17  two the trust will be able to pursue claims against those

18  shareholders?

19            MR. FRIEDMAN:  Objection, Your Honor.

20            THE COURT:  Response.

21            MR. MCCORMICK:  I don't think it's a good

22  objection.

23            THE COURT:  Sustained.

24            MR. MCCORMICK:  Oh, all right.

25            (Laughter)

1  BY MR. MCCORMICK:

2  Q    Are -- are you aware of the potential claims that

3  might be brought against shareholders in step -- that arise

4  out of the litigation trust from the step two determinations

5  by the examiner?

6  A    Yes.  We've had extensive reports and discussions on

7  potential claims against shareholders.

8  Q    All right.  And -- and just so I know, the face value

9  of those from your understanding is how much?

10  A    Well, I -- it's in the billions, but I -- two, three,

11  four billion, somewhere in that range.

12  Q    And do you know if -- if ERC is a potential defendant

13  that would be covered by the litigation trust?

14  A    Yes.

15  Q    Do you have any idea how much the claims against them

16  are worth?

17  A    I'm not sure whether the claim would only be for the

18  fee or whether there's some other claim against them.  And -

19  - and their fee, I remember, is one or two million.

20  Q    And what about the financial advisors, do you have a

21  sense of the payments that were made to the financial

22  advisors during the course of this transaction?

23  A    I know that payments were made to financial advisors.

24  I don't recall the number.

25  Q    All right.  And so is it the case, Mr. Salganik, that

1  if these step two claims are as strong as Aurelius believes

2  they are, they will have the chance to benefit from the

3  pursuit of those claims in this litigation trust?

4                MR. FRIEDMAN:  Objection.

5                THE COURT:  Well, I'll allow it.  You may answer

6  if you can, sir.

7                THE WITNESS:  Yes.  That's my understanding.

8                MR. MCCORMICK:  I have no further questions, Your

9  Honor.

10                THE COURT:  Recross?

11                        RECROSS-EXAMINATION

12  BY MR. FRIEDMAN:

13  Q    Just so we're clear, Mr. Salganik, the litigation

14  trusts that you are referring to does not include any of the

15  claims against the step one or step two lenders, correct?

16  A    That's correct.

17  Q    Am I also correct that to the extent the claims on

18  behalf of the litigation trust are successful, the step one

19  and step two lenders will be beneficiaries of those claims?

20  A    I'm sorry.  Could you ask that again?

21  Q    Yes.  In the event and to the extent that the

22  litigation trust claims are successful, the beneficiaries of

23  those claims include the step one and step two lenders?

24  A    Yes.

25  Q    Okay.

1          MR. FRIEDMAN:  Your Honor, I have no further

2    questions.  I do have one further thing for the Court.

3          THE COURT:  All right.  Are we finished with the

4    witness?

5          MR. FRIEDMAN:  Nothing from me.

6          THE COURT:  Thank you, sir.  You may step down.

7          Yes, Mr. Friedman.

8          MR. FRIEDMAN:  Based on the witness's testimony

9    concerning what he was advised by counsel and others, we

10   would move to strike the testimony he gave on direct

11   examination as to his statements concerning the fairness and

12   reasonableness of the settlement since his testimony as a

13   whole makes clear that he's been hearing advice and that his

14   testimony and opinion is simply based on what he has heard

15   from others, and the specifics of that have not been

16   provided to us.

17         THE COURT:  Any response?

18         MR. MCCORMICK:  Your Honor, I think that this

19   witness testified as to several subject matters and as to

20   several sources of information that he used to reach his

21   opinion, including information given to him by other

22   parties, including given -- information given to him by

23   Centerbridge, by Aurelius, by the lenders, by the debtors.

24   He testified to communications he had with other committee

25   members.  He testified to communications that he received

1   from counsel that were not privileged, included

2   communications regarding the status of the negotiations, the

3   positions that people were taking, et cetera.

4           And so for him to conclude that, taking all of

5   this information, including his advice from counsel, to

6   reach a conclusion that it was a reasonable and fair

7   settlement I don't see why that would be the subject of

8   being precluded.

9           THE COURT:  Well, it was a component, but plenty

10  of other testimony concerning other inputs, the motion is

11  denied.

12          MR. FRIEDMAN:  Thank you, Your Honor.

13          THE COURT:  Okay.  Now in terms of timing, will

14  someone give me a preview for tomorrow?

15          Mr. BENDERNAGEL:  Your Honor, Jim Bendernagel for

16  the debtors.

17          My sense is that we'll start out with the witness

18  from JP Morgan, Ms. Cumis [ph], and that she'll be followed

19  by Professor Black, and my guess is that that will take most

20  of the day and it's not inconceivable it could go into

21  Thursday.  The person that follows that is Professor Fischel

22  [ph], after that is Mr. Mandava, which is a switch, which we

23  had told the noteholders about last week.  We've just

24  flopped or flipped the order of Mr. Mandava and Mr. Chachas.

25          THE COURT:  Okay.

1      MR. BENDERNAGEL:  And then Mr. Whitman.  My

2  understanding is that they're going to ask for Mr. -- Mr.

3  Whitman to testify about two, but not three of his expert

4  reports.  The other will be proffered, and then Mr. Dempsey

5  and I expect that Mr. Dempsey will be a proffer, and then

6  Mr. Hartenstein and at this juncture I think that would

7  complete the DCL proponents presentation.  Just in doing our

8  math, we sort of estimate that that will probably take us

9  into Monday, maybe into Tuesday, but we made good progress

10  today in the sense that we got through two witnesses, which

11  is better than getting through one witness.

12      But --

13      THE COURT:  Okay.  Thank you, Mr. Bendernagel.

14      We will resume at ten o'clock tomorrow and,

15  again, go to six or a little later depending on where a

16  break may fall.

17      I'll point out to the participants and attendees

18  that until -- until you leave, court staff and security must

19  hang around.  I'm free to go.  So I ask that you not linger

20  here, but find meeting rooms, hotel rooms or watering holes

21  elsewhere.  And I ask one further thing and that is with

22  respect to empty bottles and trash and other containers,

23  please leave no trace.

24      That concludes today's session.  Court will stand

25  adjourned.

1          MR. MCCORMICK:  Thank you, Your Honor.

2          MR. FRIEDMAN:  Thank you, Your Honor.

3      (Whereupon at 6:14 p.m., the hearing was adjourned)

4                    CERTIFICATION

5          I certify that the foregoing is a correct

6  transcript from the electronic sound recording of the

7  proceedings in the above-entitled matter.

8

9

10

11  Sherri Breach                    March 9, 2011

12  AAERT Cert. No. 397

13  Certified Court Transcriptionist

14

300

```
 1                         INDEX
 2                                              Further
 3              Direct   Cross  Redirect  Recross  Redirect
 4
 5  WITNESSES:
 6
 7  David Steven Kurtz    17      99      171      179
 8
 9  Marc Salganik        185     254      293      296
10
11
12
13
14
15
16  DCL EXHIBITS:                    Marked      Received
17
18   96-131   Meeting Agendas        197         197
19
20      181   Lazard Presentation 1/7/10   215      215
21      182   Senior Lenders Presentation 1/7/10 216  216
22      183   Centerbridge Presentation 1/7/10
23
24  185-209   Moelis Updates (12/2009-10/2010)  201   202
25
26  210-223 &
27  225-255   Alix Financial Reports
28            (12/2009-10/2010)         202         203
29
30      224   AlixPartners 4th quarter & 2009
31            Operating Reports         203         203
32
33
```

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **08-13141-kjc**(1) 1:5 | | **action**(28) 23:12  23:13  24:16  34:20  34:25 | | **after**(84) 19:17  25:16  26:2  33:2  33:3 | | **all**(188) 12:4  12:8  12:15  13:5  13:9  14:8 | |
| **a.m**(2) 1:15  12:1 | | 35:8  35:15  35:24  36:6  37:23  38:4  43:7 | | 52:16  59:9  59:10  62:14  74:11  74:14  74:20 | | 15:7  15:15  16:2  17:17  17:19  17:22  18:10 | |
| **abbruzzese**(2) 6:3  6:4 | | 77:9  77:12  85:21  85:23  86:8  103:10 | | 82:12  98:12  102:9  115:20  125:18  128:15 | | 21:11  22:10  22:24  25:1  25:16  25:19  27:3 | |
| **abetted**(1) 167:14 | | 103:21  157:22  160:17  203:19  205:6  205:1 | | 133:9  135:3  135:15  135:25  136:3  136:6 | | 34:24  36:8  41:7  43:10  44:1  44:7  44:8 | |
| **abetting**(1) 37:16 | | 208:6  216:16  237:24  243:3 | | 136:8  137:18  140:22  141:8  141:9  141:14 | | 45:20  46:2  47:15  49:8  51:14  51:15  56:4 | |
| **abilities**(1) 6:9 | | | | 141:18  141:19  142:17  142:23  143:14 | | 59:18  61:8  61:9  61:13  63:20  64:10  65:2 | |
| **ability**(2) 40:24  94:22 | | **active**(3) 42:15  64:19  66:19 | | 157:19  158:4  172:7  186:19  192:25  193:3 | | 67:21  69:10  71:12  71:17  78:9  89:1  94:3 | |
| **able**(15) 13:16  23:4  49:18  54:2  60:25 | | **activities**(5) 18:21  20:6  177:1  190:11 | | 199:10  199:21  204:4  205:8  205:14  216:16 | | 97:9  97:17  101:11  101:25  101:25  102:8 | |
| 61:24  71:19  72:7  144:11  147:12  151:6 | | **activity**(4) 21:9  64:13  222:10  254:10 | | 216:23  218:5  219:20  222:1  223:21  224:6 | | 105:4  105:11  109:9  109:19  110:2  111:3 | |
| 246:22  274:19  289:2  293:17 | | **actual**(5) 19:18  32:11  44:14  268:20  269:8 | | 224:9  224:21  224:24  225:3  233:19  236:3 | | 111:4  112:10  112:19  113:20  113:24  113:25 | |
| | | **actually**(25) 27:15  27:18  65:5  78:22  79:2 | | 237:1  239:14  240:22  241:1  244:4  245:18 | | 115:18  116:7  116:13  117:12  123:6  124:23 | |
| **aborted**(1) 178:14 | | 103:6  104:7  108:6  117:17  122:21  137:7 | | 247:12  254:5  262:5  262:5  262:10  262:16 | | 125:14  127:6  129:7  131:4  133:9  134:8 | |
| **absence**(1) 275:21 | | 138:4  141:25  146:20  148:25  150:10  166:2 | | 263:21  264:11  265:2  266:4  268:9  269:22 | | 134:24  137:18  138:14  138:17  140:15  143:5 | |
| **absent**(1) 150:18 | | 173:14  178:9  184:10  222:7  227:23  230:1 | | 269:23  280:22  281:3  282:2  286:3  286:20 | | 145:2  146:5  151:24  155:19  157:6  162:6 | |
| **absolutely**(5) 82:2  96:9  124:11  135:20 | | 235:25  275:7 | | 297:22 | | 162:15  162:17  163:4  164:18  165:6  165:25 | |
| **absorb**(1) 243:3 | | | | **afternoon**(17) 13:8  63:19  97:10  98:3  98:4 | | 166:2  169:11  169:23  173:9  173:19  174:2 | |
| **abut**(1) 68:13 | | **adam**(1) 3:48 | | 102:21  103:2  103:3  166:4  166:7  166:8 | | 181:4  181:7  181:25  182:3  183:8  183:18 | |
| **academic**(1) 138:15 | | **adams**(1) 2:46 | | 170:16  179:15  180:6  184:17  184:18  254:2 | | 183:25  184:4  184:12  187:14  189:7  190:3 | |
| **accept**(3) 58:14  125:7  236:23 | | **addition**(10) 18:22  28:7  34:9  82:22  83:17 | | | | 191:1  191:2  192:9  194:16  194:19  195:10 | |
| **acceptable**(5) 53:18  163:3  164:7  164:14 | | 91:6  91:12  91:13  155:23  249:25 | | **again**(23) 30:11  30:22  61:14  67:5  98:3 | | 195:15  195:22  196:3  196:24  199:14  202:7 | |
| 237:22 | | | | 103:23  108:9  110:4  133:10  136:8  141:13 | | 205:24  206:11  206:11  206:15  209:12 | |
| | | **additional**(18) 12:12  12:22  69:6  82:4  82:8 | | 147:15  164:6  210:10  217:24  218:21  241:6 | | 210:5  210:24  211:10  212:1  213:1  213:13 | |
| **accepted**(3) 73:16  131:4  215:8 | | 198:25  203:17  204:10  204:12  204:14 | | 242:15  245:3  257:20  262:16  295:20  298:1 | | 217:4  220:2  220:16  222:19  223:5  224:21 | |
| **access**(4) 196:23  196:25  228:4  228:5 | | 247:13  273:9  273:11  273:16  276:15  277:10 | | | | 227:19  229:24  231:1  231:3  231:16  231:20 | |
| **accompanied**(2) 149:8  191:3 | | 277:13  286:3 | | **against**(63) 23:3  37:9  37:14  40:19  51:15 | | 233:1  233:6  233:24  234:1  236:15  237:14 | |
| **accomplish**(4) 61:23  61:24  115:16  208:10 | | | | 69:7  76:16  80:25  83:14  86:3  86:3  86:11 | | 237:17  237:24  240:7  241:9  241:17  242:17 | |
| **accomplished**(3) 21:19  159:20  160:2 | | **address**(3) 12:5  15:1  180:21 | | 86:15  86:16  86:17  92:15  99:8  102:6 | | 244:10  248:13  250:22  252:7  252:21  253:4 | |
| **accorded**(2) 40:7  40:16 | | **addressed**(2) 13:7  218:7 | | 103:17  104:4  120:16  121:16  129:14  155:2 | | 253:13  270:10  275:16  276:9  278:8  279:8 | |
| **according**(1) 195:3 | | **addressing**(1) 174:22 | | 168:5  168:9  168:17  169:2  169:6  169:11 | | 284:18  285:18  285:20  290:23  293:24  294:8 | |
| **accordingly**(1) 82:6 | | **adelman**(2) 3:13  8:39 | | 203:19  205:6  205:11  208:6  209:2  209:3 | | 294:25  296:3  297:4 | |
| **account**(5) 36:17  51:23  83:21  288:15 | | **adequate**(1) 279:24 | | 209:12  230:18  236:17  245:4  245:4  245:9 | | | |
| **accurate**(7) 239:14  240:19  241:21  242:9 | | **adjourned**(2) 298:25  299:3 | | 245:9  245:10  245:10  245:11  266:10  269:18 | | **all-litigation**(1) 237:23 | |
| 243:22  285:2  285:6 | | **adjust**(1) 180:15 | | 269:20  270:9  271:16  272:16  277:1  277:22 | | **allegations**(2) 37:2  37:14 | |
| | | **adler**(1) 4:50 | | 278:2  278:13  292:21  293:17  294:3  294:7 | | **alleged**(5) 35:1  35:16  37:16  71:8  146:7 | |
| **accurately**(2) 192:21  193:22 | | **admissibility**(1) 214:12 | | 294:15  294:18  295:15 | | **allinson**(1) 2:36 | |
| **accusation**(1) 276:1 | | **admissible**(2) 182:1  182:11 | | | | **allison**(1) 7:36 | |
| **accusations**(1) 47:24 | | **admission**(1) 181:14 | | **agenda**(1) 195:18 | | **allocated**(1) 101:12 | |
| **accusing**(1) 147:4 | | **admitted**(10) 25:22  144:22  196:14  200:25 | | **agendas**(4) 195:19  196:1  196:6  300:18 | | **allow**(5) 12:22  70:8  78:5  252:10  295:5 | |
| **achieve**(2) 262:2  264:23 | | 201:3  202:8  202:23  214:20  215:9  216:4 | | **agent**(2) 76:17  104:24 | | **allowed**(9) 12:20  12:21  78:6  94:23  102:6 | |
| **achieved**(3) 261:11  261:14  261:20 | | | | **aggregate**(2) 90:15  99:5 | | 196:25  250:10  250:15  271:22 | |
| **achieving**(2) 172:10  247:1 | | **advance**(5) 30:13  195:15  195:20  224:11 | | **aggressive**(8) 132:14  132:16  132:23  132:24 | | | |
| **acquired**(2) 29:2  30:6 | | 224:19 | | 133:1  133:2  142:8  256:11 | | **almost**(5) 14:25  101:4  104:20  191:2  205:20 | |
| **acquisition**(5) 23:14  29:3  51:15 | | | | | | **alone**(4) 29:8  69:21  291:8  291:14 | |
| **acrimony**(1) 48:2 | | **advancing**(1) 245:17 | | **ago**(16) 31:16  35:18  72:24  82:10  99:21 | | **along**(8) 43:17  48:21  126:4  182:1  195:10 | |
| **across**(2) 40:20  209:5 | | **advantage**(1) 21:10 | | 100:8  111:6  196:6  196:19  212:2  221:18 | | 215:21  241:7  259:22 | |
| **act**(1) 104:23 | | **advice**(9) 188:14  221:11  275:13  278:4 | | 222:20  238:19  252:24  277:21  287:23 | | **alongside**(1) 116:25 | |
| **acted**(3) 27:23  132:7  132:12 | | 278:18  289:10  291:16  296:13  297:5 | | | | **already**(9) 12:20  13:13  124:2  135:1 | |
| | | | | **agree**(26) 38:24  74:12  96:7  100:10  101:2 | | 152:23  153:4  169:15  169:16  183:3 | |
| | | **advise**(4) 64:18  205:22  245:21  287:12 | | 113:23  114:7  119:13  135:10  138:10  155:7 | | | |
| | | **advised**(6) 18:24  89:12  200:1  200:2 | | 157:9  173:8  175:23  236:23  240:23  248:6 | | **also**(78) 15:24  18:23  21:14  25:17  28:8 | |
| | | 220:22  296:9 | | 264:18  264:22  276:18  281:7  284:8  285:15 | | 28:24  36:12  37:13  39:25  40:23  42:21  43:2 | |
| | | | | 285:22  286:6  290:22 | | 45:18  51:24  53:4  55:13  64:14  65:20  67:1 | |
| | | **advising**(3) 199:4  205:15  214:4 | | | | 70:5  70:11  87:1  96:4  96:15  101:17  106:13 | |
| | | **advisor**(10) 86:19  145:12  199:25  201:8 | | **agreed**(14) 12:21  25:22  60:11  79:8  84:1 | | 109:18  110:25  116:15  117:4  119:2  120:15 | |
| | | 250:8  286:19  286:21  286:23  286:24  287:8 | | 84:12  112:19  174:7  194:19  218:15  247:19 | | 131:16  135:2  161:13  167:4  167:9  176:12 | |
| | | | | 266:24  268:8  281:8 | | 183:2  184:8  187:22  189:11  191:3  192:23 | |
| | | **advisors**(31) 27:7  27:12  29:6  36:15  37:16 | | | | 197:23  198:4  198:8  199:20  201:10  202:2 | |
| | | 86:16  191:11  196:19  197:5  197:8  197:12 | | **agreeing**(1) 155:14 | | 202:12  205:18  205:21  207:8  207:10  215:25 | |
| | | 197:15  198:24  199:1  207:6  217:4  224:3 | | **agreement**(37) 6:43  12:16  31:19  33:19 | | 223:11  224:18  228:19  235:2  237:5  237:15 | |
| | | 224:4  224:16  227:3  241:13  245:10  245:21 | | 50:8  50:10  50:13  53:12  79:22  81:9  82:21 | | 238:8  242:13  246:13  248:25  249:9  262:24 | |
| | | 246:1  252:17  252:18  287:22  289:11  294:2 | | 136:4  137:8  137:11  137:13  137:17  137:18 | | 265:1  265:14  270:14  274:16  281:7  282:17 | |
| | | 294:22  294:23 | | 138:2  179:18  179:20  189:11  218:23  218:2 | | 285:10  288:18  290:24  295:17 | |
| | | | | 236:14  245:15  248:22  249:1  261:22  270: | | | |
| | | **advisory**(1) 28:2 | | 274:23  274:25 | | **alternative**(4) 7:8  7:9  165:21  237:22 | |
| | | **advocate**(1) 132:15 | | | | **alternatives**(3) 23:18  27:5  172:21 | |
| | | **advocates**(1) 253:5 | | **agreements**(5) 44:5  187:18  187:18  257:2 | | **although**(5) 49:12  74:12  246:12  252:2 | |
| | | **aert**(1) 299:12 | | 257:8 | | **alvarez**(2) 10:25  10:25 | |
| | | **aesop**(3) 167:15  240:16  242:6 | | | | **always**(8) 19:19  65:11  65:11  74:12  110:9 | |
| | | **affirmative**(2) 54:3  55:16 | | **ahead**(9) 71:12  80:25  147:6  164:13  183:9 | | 121:19  125:12  217:22 | |
| | | | | 220:10  238:1  239:17  239:18 | | | |
| | | | | | | **amanda**(1) 3:6 | |
| | | | | **aided**(1) 167:14 | | **america**(3) 7:13  7:19  83:23 | |
| | | | | **aiding**(1) 37:16 | | **americas**(2) 5:8  5:46 | |
| | | | | **akin**(2) 2:43  8:32 | | **amit**(1) 6:35 | |
| | | | | **aleine**(1) 5:19 | | **among**(9) 36:3  43:25  51:10  82:5  82:8 | |
| | | | | **alix**(5) 199:1  199:20  201:9  201:24  300:27 | | 153:3  188:7  220:13  225:9 | |
| | | | | **alixpartners**(6) 191:10  199:18  201:7 | | | |
| | | | | 201:13  202:16  300:30 | | | |

| Word | Page:Line |
|---|---|
| **amount**(28) | 22:20 23:5 28:10 34:6 34:8 42:17 59:23 61:20 64:13 68:25 69:6 70:1 84:2 89:5 90:16 90:24 99:5 121:20 122:2 219:7 226:8 266:10 273:3 273:9 273:11 273:16 276:4 284:11 |
| **amounting**(1) | 84:4 |
| **amounts**(7) | 36:14 37:19 93:18 98:24 266:7 276:10 276:15 |
| **analyses**(1) | 197:14 |
| **analysis**(13) | 27:10 29:8 41:3 41:15 41:23 70:23 105:25 106:4 106:8 185:6 285:12 286:7 288:10 |
| **analyze**(5) | 111:3 200:5 216:18 217:6 |
| **analyzed**(2) | 28:1 201:12 |
| **analyzing**(1) | 23:2 |
| **and**(301) | 12:11 12:12 12:14 12:18 12:19 12:20 12:22 13:12 13:12 13:14 13:15 13:17 13:25 14:15 14:15 14:22 15:7 15:10 15:12 15:22 15:25 16:14 16:15 16:17 16:20 16:21 16:25 17:3 17:8 17:10 17:13 17:15 17:16 17:17 17:20 17:22 17:24 18:1 18:4 18:7 18:8 18:14 18:19 18:24 19:1 19:5 19:8 19:12 19:13 19:19 20:1 20:5 21:2 21:6 21:7 21:11 21:15 21:22 22:1 22:3 22:9 22:11 22:12 22:12 22:15 22:16 22:22 22:25 23:1 23:4 23:7 23:10 23:11 23:12 23:22 24:8 24:12 24:13 24:14 24:19 24:20 25:4 25:16 26:3 26:12 26:13 26:15 26:21 26:25 27:6 27:6 27:7 27:11 27:12 27:21 27:23 28:3 28:14 28:16 28:17 28:21 29:7 29:8 29:12 29:18 30:2 30:12 31:10 31:11 31:19 32:3 32:15 32:19 32:20 32:23 32:25 32:25 33:14 33:17 33:19 33:24 34:11 34:25 35:21 35:23 36:9 36:10 36:11 36:15 37:3 37:6 37:7 37:9 37:12 37:13 37:13 37:15 37:16 37:18 37:20 38:1 38:2 38:6 38:13 38:14 38:21 39:16 39:23 40:1 40:6 40:14 40:19 41:7 41:11 42:5 42:11 42:11 42:20 43:1 43:10 43:12 43:19 44:2 44:8 44:10 44:11 44:22 44:23 45:2 45:2 45:4 45:5 45:22 45:23 46:1 46:2 46:6 46:10 46:12 46:14 46:25 47:9 47:10 47:12 47:14 47:21 47:22 47:25 48:2 48:4 48:8 48:10 48:10 48:13 48:15 48:22 48:24 49:3 49:7 49:11 49:14 49:15 49:16 49:19 50:7 50:9 50:18 50:21 51:4 52:3 52:4 52:7 52:9 52:17 52:24 53:7 53:10 53:12 53:18 53:20 53:23 54:6 54:14 54:16 54:18 54:18 54:25 55:12 55:24 56:2 56:4 56:6 56:7 56:8 56:14 56:16 56:19 56:22 57:1 57:4 57:8 58:11 58:17 59:2 59:3 59:11 59:20 59:25 60:1 60:2 60:4 60:10 60:14 61:2 61:6 61:7 61:8 61:9 61:11 61:14 61:16 61:17 61:18 61:22 61:25 62:1 62:4 62:7 62:10 62:14 62:18 62:23 64:3 64:8 64:9 64:9 64:12 64:15 64:18 64:20 64:25 65:1 65:6 65:9 65:11 65:12 65:19 65:24 66:4 66:5 66:6 66:9 66:11 66:12 66:13 66:14 66:20 67:1 67:3 67:4 |
| **and**(301) | 67:16 67:24 68:5 68:13 68:16 68:19 68:23 69:8 69:11 69:15 69:22 69:25 70:5 70:5 70:9 70:11 70:14 70:19 71:1 71:8 71:20 71:20 71:22 71:25 72:3 72:9 73:12 74:5 75:1 75:5 75:9 75:10 76:3 76:4 76:5 76:8 76:17 76:21 76:23 77:4 77:9 77:14 78:1 78:2 78:2 78:11 78:16 78:23 79:6 79:11 79:12 79:19 80:6 80:14 80:25 81:1 81:4 81:13 81:15 81:24 82:5 82:5 82:7 82:14 82:17 82:20 82:21 82:23 83:1 83:2 83:6 83:8 83:13 83:15 83:22 83:24 83:24 84:5 84:9 84:11 84:14 84:15 84:18 85:1 85:2 85:12 85:15 85:17 85:23 86:2 86:11 86:13 86:13 86:15 86:17 86:21 87:1 87:3 87:12 87:20 88:7 88:7 88:12 88:14 88:16 88:17 88:19 88:21 89:2 89:4 89:12 89:14 89:23 89:24 90:2 90:4 90:10 90:12 90:17 90:21 91:2 91:3 91:5 91:16 92:3 92:3 92:6 92:21 92:23 93:9 93:11 93:12 93:13 93:18 93:19 93:20 94:2 94:4 94:5 94:14 94:18 94:20 94:22 95:7 95:13 95:13 95:13 95:14 95:16 95:23 95:25 95:25 96:3 96:4 97:2 97:10 98:16 98:20 98:23 98:24 99:2 99:10 99:24 99:25 100:7 100:25 101:1 101:7 101:11 101:17 101:18 101:21 102:4 102:8 102:9 104:23 105:6 105:7 105:17 105:19 105:22 105:23 106:3 106:11 106:16 106:17 107:1 107:5 108:2 108:5 108:6 108:23 109:4 109:11 109:14 109:18 110:4 110:12 110:25 111:10 111:10 111:20 112:3 112:7 112:9 112:17 112:18 113:9 113:20 114:5 114:25 115:13 116:6 116:9 116:16 117:1 117:1 117:3 117:12 118:1 118:7 118:8 118:11 118:18 118:19 119:24 120:18 121:4 121:9 121:10 122:2 122:7 122:8 123:3 123:11 123:13 123:19 124:5 124:6 124:9 124:12 124:12 124:16 124:23 125:1 126:12 126:15 126:22 127:1 127:2 127:4 127:7 127:16 128:9 129:16 129:19 129:24 129:25 130:3 130:6 130:16 130:17 131:1 131:21 132:14 132:22 133:5 133:12 133:19 134:4 134:16 134:19 134:22 135:13 135:16 135:19 136:6 136:8 136:12 136:14 136:16 136:17 136:22 137:15 137:17 137:17 137:23 137:25 138:10 138:14 138:17 138:21 139:11 139:12 139:15 139:17 139:18 140:1 140:4 140:7 |
| **and**(301) | 140:17 141:1 141:3 141:7 141:17 141:22 142:6 142:12 142:25 143:8 143:9 143:19 144:2 144:3 144:9 144:12 144:21 144:21 145:4 145:5 145:9 145:10 145:14 145:17 145:19 146:1 146:11 146:11 146:17 146:21 147:2 147:4 147:5 147:6 147:9 147:12 147:17 147:24 147:25 148:1 148:21 149:5 149:6 149:19 150:17 151:2 151:8 151:16 151:18 151:19 151:21 151:22 151:25 152:6 152:15 152:19 152:23 153:25 154:7 154:9 154:12 154:15 154:25 155:24 156:14 156:19 157:9 158:1 159:13 159:14 159:16 159:19 160:3 160:6 160:19 160:23 160:25 161:5 161:7 162:11 162:17 163:9 163:12 163:19 163:22 164:3 164:5 165:4 165:21 166:5 166:12 166:14 166:15 166:15 166:16 166:20 166:21 166:23 166:24 166:24 166:25 166:25 167:5 167:9 167:12 167:14 167:20 167:20 167:24 167:24 168:4 168:15 169:4 169:17 169:22 170:1 170:2 171:3 171:11 171:15 171:17 172:3 172:11 172:17 172:21 173:7 173:11 174:5 174:7 174:14 174:19 175:3 175:10 175:16 175:23 176:1 176:5 176:12 176:16 176:22 176:25 177:4 177:7 178:6 178:15 179:14 179:18 179:25 180:1 180:7 180:15 180:15 180:20 180:22 181:4 181:5 181:17 182:12 182:14 182:19 183:2 183:6 183:8 183:9 183:12 183:14 183:24 184:6 184:21 185:5 185:5 185:8 185:11 186:7 186:11 186:15 187:2 187:2 187:4 187:9 187:12 187:22 188:2 188:3 188:3 188:5 188:11 188:11 189:14 189:14 190:2 190:3 190:14 190:17 190:20 191:1 191:4 191:6 191:9 191:10 191:10 192:1 192:6 192:7 192:10 192:11 192:18 192:20 192:23 193:4 193:6 193:9 193:12 193:13 193:15 193:4 194:4 194:5 194:9 194:14 194:16 194:22 195:2 195:8 195:9 195:11 195:19 196:5 196:7 196:23 197:5 197:5 197:8 197:11 197:15 197:21 197:22 197:24 198:3 198:4 198:7 198:7 198:15 198:19 198:23 198:25 199:1 199:1 199:2 199:6 199:8 199:11 199:12 199:14 199:16 199:18 199:18 199:21 200:3 200:12 200:12 200:17 200:20 200:20 201:10 201:11 201:13 201:16 201:19 202:7 202:9 202:14 202:17 202:17 203:1 203:16 203:19 203:21 203:25 204:4 204:13 204:20 204:22 205:6 |
| **and**(301) | 205:8 205:10 205:12 205:18 205:21 206:1 206:25 207:1 207:4 207:5 207:6 207:25 208:3 208:7 208:12 208:15 208:16 208:20 208:24 208:24 209:3 209:5 209:5 209:10 209:14 210:10 210:10 210:16 210:18 210:19 210:20 211:14 211:20 211:23 212:1 212:3 212:6 212:8 212:18 212:21 212:23 212:25 213:4 213:15 213:23 213:25 214:2 214:6 215:1 215:3 215:12 215:17 215:18 215:22 216:11 216:12 216:14 216:14 216:15 216:18 216:20 217:1 217:3 217:4 217:8 217:8 217:8 217:15 217:15 217:20 217:24 217:8 218:9 218:10 218:12 218:17 218:19 218:22 218:23 218:25 219:1 219:6 219:18 219:25 220:14 220:22 221:1 221:4 221:6 221:9 221:10 221:11 221:13 221:15 221:16 221:16 222:1 222:4 222:7 222:13 222:14 222:17 222:19 223:2 223:8 223:11 223:13 223:15 223:17 223:24 224:3 224:3 224:8 224:8 224:10 224:15 224:16 224:16 224:18 225:1 225:11 225:15 226:2 226:5 226:12 226:15 226:25 227:8 227:9 227:13 227:17 227:19 228:17 228:19 228:19 228:21 229:1 229:1 229:12 229:18 230:15 231:1 231:3 231:10 231:12 231:16 231:23 232:3 232:15 232:18 233:1 233:12 233:15 233:16 233:18 233:22 234:2 234:4 234:6 234:8 234:11 234:14 234:17 234:19 234:19 234:22 234:25 235:5 235:6 235:9 235:11 235:13 235:13 235:18 235:20 235:22 236:8 236:11 236:13 236:16 236:18 236:19 236:21 236:24 237:14 237:22 238:12 238:14 238:17 238:19 238:23 239:5 239:8 239:8 239:16 239:21 239:23 239:24 240:2 240:7 240:10 240:15 240:25 241:4 241:6 241:9 241:10 241:13 241:13 241:17 241:24 242:2 242:4 242:13 242:15 242:17 242:17 242:21 243:3 243:4 243:4 243:7 243:10 243:13 243:17 243:24 244:2 244:5 244:8 244:10 244:22 245:3 245:4 245:5 245:9 245:10 245:11 245:13 245:18 245:19 245:25 246:1 246:8 246:15 246:25 246:25 247:2 247:8 247:9 247:11 247:15 247:21 248:3 248:11 248:14 248:21 248:28 249:2 249:23 250:5 250:11 250:15 250:23 251:2 251:4 251:4 251:15 251:19 251:21 252:4 252:4 252:13 252:18 252:19 252:20 252:21 252:23 252:25 253:3 253:7 253:21 254:5 254:10 254:17 254:23 255:10 255:11 255:11 255:18 256:1 256:1 256:2 256:4 256:10 256:10 256:14 256:15 256:16 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**and**(197) 256:19 256:25 257:5 257:6 257:14 257:18 257:23 258:3 258:4 258:6 258:10 258:11 259:2 259:10 259:13 259:1 260:12 261:14 261:20 261:24 262:2 262:4 262:7 262:11 262:16 262:20 263:7 263:7 263:12 264:1 264:3 264:3 264:10 264:10 264:16 265:7 265:12 265:18 265:2 266:7 266:8 266:9 266:23 266:23 267:5 267:8 267:14 267:21 267:23 268:4 268:12 268:14 268:16 268:19 268:20 269:1 269:1 269:15 269:15 269:21 269:23 270:14 271:2 271:7 271:7 271:12 271:12 271:15 271:17 271:22 272:3 272:4 272:9 272:13 273:9 273:11 273:16 273:19 273:22 273:2 273:25 274:1 274:4 274:8 274:15 275:1 275:2 275:3 275:10 275:15 275:16 276:3 276:6 276:9 276:11 277:1 277:2 277:4 277:8 277:13 277:19 278:4 278:8 278:11 278:24 279:1 280:8 280:17 280:18 280:22 280:24 281:5 282:5 282:17 284:3 284:15 284:19 284:20 284:22 284:23 285:2 285:11 285:14 285:15 285:19 285:19 285:22 286:2 286:2 286:3 286:7 286:7 286:20 286:21 286:22 288:8 288:9 288:1 288:18 288:18 288:20 288:22 289:7 289:1 289:11 289:25 290:7 290:15 291:8 291:10 291:14 291:17 291:23 292:16 292:19 292:24 293:1 293:6 293:9 293:15 294:6 294:8 294:8 294:12 294:18 294:19 294:20 294:25 295:19 295:21 295:23 296:9 296:1 296:13 296:14 296:15 296:19 297:4 297:7 297:18 297:19 297:20 297:24 298:1 298:4 298:5 298:5 298:6 298:14 298:17 298:18 298:21 298:21 298:21 298:22 298:22 298:22

**and-twenty-million-dolla!**(1) 277:18
**and/or**(5) 40:5 73:22 86:16 152:21 231:10
**anderson**(1) 4:14
**andrea**(1) 9:13
**andrew**(8) 3:38 4:7 5:7 6:22 6:23 6:52 8:16 8:18
**angeles**(1) 4:38
**angell**(1) 5:18
**angelo**(16) 6:44 12:15 42:20 49:19 52:5 76:4 82:23 88:21 138:1 159:13 161:5 165:21 210:16 219:1 234:19 256:4
**anna**(2) 9:24 9:24
**announced**(4) 52:16 145:14 145:15 234:23
**announcing**(1) 145:20
**annual**(1) 201:11
**another**(13) 22:9 84:6 98:13 99:2 145:21 176:16 215:2 215:20 218:6 230:6 231:8 237:5 247:22
**answer**(28) 22:11 38:20 57:20 57:23 71:21 72:1 72:2 73:2 73:3 73:6 94:17 108:5 148:15 168:21 179:16 207:18 219:18 220: 231:5 232:10 239:23 246:21 252:10 259:2 274:18 278:16 289:1 295:5
**answered**(5) 58:2 72:9 72:15 153:13
**answering**(1) 97:24
**anticipated**(1) 147:11
**anxious**(1) 163:22

**any**(129) 13:20 25:12 25:15 28:20 30:15 39:6 40:12 50:24 55:6 55:7 56:11 57:6 58:11 65:4 69:3 72:25 75:14 80:17 89:9 97:21 117:3 117:25 124:24 127:6 132:19 133:17 138:4 138:18 140:9 144:2 146:1 146:8 147:22 150:18 151:19 154:13 154:2 157:23 160:8 160:12 161:24 162:9 163:2 163:24 165:1 165:14 166:2 167:13 167:14 167:21 168:3 168:9 168:11 168:12 169:2 170:3 170:8 172:10 177:4 177:6 179:5 181:20 181:22 183:6 183:11 186:1 187:1 191:12 192:14 193:5 193:12 193:21 193:2 198:23 201:1 202:5 202:21 204:25 205:1 206:4 206:5 206:8 206:19 208:12 209:18 213:11 214:11 216:7 216:16 217:10 217:2 218:4 218:10 219:3 219:14 219:14 221:23 221:23 225:5 225:4 225:20 226:2 231:13 231:1 237:2 237:3 245:13 247:13 250:17283:5 259:4 259:22 260:2 260:5 260:8 260:13 260:21 262:21 263:10 264:18 270:10 275:21 285:10 286:13 286:16 287:18 292: 294:15 295:14 296:17

**anybody**(2) 48:12 48:17
**anyone**(8) 14:8 102:16 123:3 147:23 227:8 228:7 233:24 251:13
**anything**(20) 12:24 13:24 25:10 25:20 38:20 40:22 53:9 60:15 80:12 97:7 163:6 177:14 197:1 206:2 206:12 206:17 206:20 224:22 227:21 251:24
**anywhere**(2) 48:23 173:5
**apart**(10) 46:22 108:23 121:8 123:10 125:14 131:8 137:12 216:10 224:25 275:2
**apart"**(1) 121:6
**apologize**(7) 165:22 169:19 194:21 199:11 222:23 226:24 229:23
**apparently**(1) 250:13
**appear**(2) 134:5 195:9
**appearances**(6) 6:1 7:1 8:2 9:1 10:1 11:1
**appears**(6) 165:24 174:13 213:20 214:25 215:17 272:5
**applicable**(1) 86:12
**application**(2) 188:25 189:11
**appointed**(5) 54:12 62:12 64:1 64:4 139:4 186:8 187:24 190:4 222:24 223:9 223:10 233:12
**appointing**(1) 222:5
**appointment**(4) 138:7 186:22 223:3 223:6
**appreciate**(1) 279:14
**appreciation**(1) 124:25
**approach**(9) 15:16 74:15 74:23 77:18 107:16 165:9 180:10 203:6 270:21
**approached**(1) 142:24
**appropriate**(12) 88:19 97:3 110:24 143:22 144:13 181:13 194:12 206:10 209:24 223:14 240:15 242:5
**approval**(3) 33:15 162:21 222:20
**approve**(7) 81:16 88:23 160:3 165:21 221:20 235:6 247:12
**approved**(5) 33:13 55:5 89:15 235:5 260:3
**approves**(1) 31:8
**approving**(2) 223:6 244:13
**approximately**(18) 16:23 17:6 19:7 27:22 32:11 32:21 51:21 51:22 52:7 52:10 77:3 84:25 90:16 101:4 159:8 159:11 263:17 280:22

**april**(104) 27:2 31:7 31:13 31:16 50:22 51:4 53:12 54:21 54:23 55:23 56:14 60:6 60:8 60:15 69:14 77:19 79:4 80:10 80:20 95:25 96:13 96:15 96:18 96:23 97:2 101: 102:5 110:8 120:21 125:14 126:1 126:12 129:4 129:6 129:15 129:17 129:22 130:4 130:7 130:10 130:25 131:4 131:7 131:11 131:14 133:9 133:11 135:25 136:6 137:5 137:9 138:3 141:8 210:2 210:8 218:18 218:18 218:25 219:4 219:10 219:23 220:3 221:2 221:5 221:7 221:19 221:20 222:1 222:6 222:21 222:25 224:22 224:25 225:3 225:15 235:13 247:5 249:13 249:22 250:3 250:22 251:12 251:17 254:5 263:16 264:8 265:7 265:11 265:25 266:16 266:20 266:2 267:18 267:20 267:25 268:5 281:14 281:22 281:25 282:3 282:12 282:23 283:1 283:5

**arbitrations**(1) 187:2
**are**(163) 12:13 12:23 12:24 13:7 14:7 14:22 14:25 15:4 15:10 16:11 16:17 18:5 18:8 18:17 20:4 21:7 23:3 25:25 31:10 34:25 36:2 36:9 36:3 37:13 37:13 37:18 38:24 39:18 40:11 40:18 40:20 42:15 42:20 43:18 51:24 59:12 61:12 74:13 75:23 83:18 88:7 89:10 92:5 93:8 96:24 97:21 100:13 101:6 101:17 104:13 105:2 118:19 120:25 122:12 125:17 125:19 127:15 133:22 146:18 147:8 155:5 155:16 155:22 156:12 156:19 156:20 164:9 167:22 168:9 168:15 168:20 169:2 171:15 171:5 178:20 181:5 181:9 181:16 182:1 182:3 182:10 182:19 184:19 186:1 186:4 189:19 189:23 190:20 191:7 191:10 192:16 192:15 192:25 193:5 193:15 193:18 194:4 195:13 196:1 196:5 196:6 196:14 196:16 197:18 198:20 200:20 201:3 201:24 202:8 202:9 211:7 217:18 220:2 220:5 227:15 229:16 231:16 231:16 231:19 234:25 237:12 247:18 248:8 250:20 251:13 255:3 255:23 257:1 257:10 258:14 258:18 266:6 267:8 268:1 268:4 269:11 269:12 269:17 272:14 272:17 273:25 274:19 275:23 286:18 286:22 286:22 286:23 287:7 287:7 290:2 290:2 290:3 290:7 290:10 294:2 294:2 294:16 295:1 295:2 295:14 295:18 295:22 296:3
**area**(3) 17:15 22:23 185:25
**arena**(1) 138:15
**aren't**(3) 169:1 169:15 169:16
**argue**(5) 183:15 183:21 183:22 194:20 274:16
**argued**(4) 140:7 146:21 174:5 229:3
**argument**(2) 40:16 79:4
**argumentative**(1) 288:25
**arguments**(3) 40:10 48:15 48:16
**arif**(1) 8:25
**arise**(4) 83:19 181:19 198:13 294:3
**arisen**(1) 35:1
**arises**(1) 147:15
**arising**(7) 18:11 35:17 54:17 69:19 120:4 206:22 210:7
**arithmetic**(1) 276:17
**arms**(1) 255:12
**arose**(1) 83:19
**around**(14) 15:13 56:10 59:20 66:13 88:25 104:13 106:17 115:17 121:10 177:5 191:21 225:5 226:11 298:19
**arps**(1) 27:13
**arrange**(2) 150:24 151:18
**arrangers**(7) 36:15 76:17 83:15 245:5 251:14 273:10 273:11
**arrived**(4) 82:19 119:9 221:17 261:10
**arrowgrass**(2) 8:23 8:23

**arthur**(1) 9:28
**articles**(1) 197:12
**ashby**(1) 3:4
**ashish**(1) 9:9
**ashley**(2) 3:40 6:8
**aside**(1) 118:1
**ask**(62) 14:8 14:15 15:10 23:23 25:20 47:9 57:15 67:21 72:20 73:9 75:18 79:15 95:5 98:5 98:8 111:22 122:18 141:13 151:24 154:14 157:6 158:17 160:18 165:13 173:1 173:3 179:19 182:21 183:13 192:8 195:6 195:11 200:17 201:18 203:21 208:20 210:10 215:1 215:18 219:20 227:14 228:10 232:22 233:8 238:4 240:21 243:13 244:11 251:7 253:7 269:25 270:12 270:12 275:16 278:17 278:19 279:3 279:16 295:20 298:2 298:19 298:21
**asked**(34) 13:10 18:1 26:12 71:15 94:16 105:13 105:13 107:15 123:3 132:25 140:16 141:1 146:5 150:14 158:12 166:15 172:7 172:24 176:8 176:12 178:4 192:7 206:12 216:18 218:9 219:13 223:13 226:24 258:24 274:13 278:24 286:16 291:19 292:20
**asking**(21) 15:5 26:11 30:17 30:17 30:19 38:22 41:19 57:16 67:20 71:7 78:10 135:3 150:24 163:7 232:8 250:16 254:4 272:21 281:2 283:13 292:10
**aspect**(1) 135:7
**assemble**(1) 198:11
**asserted**(1) 209:24
**asserting**(1) 132:23
**assess**(1) 41:12
**assessed**(1) 275:14
**assessing**(2) 39:22 110:4
**assessment**(1) 23:18
**asset**(5) 9:19 9:20 21:22 22:4 22:13
**assets**(1) 27:6
**assigned**(3) 77:13 238:15 291:18
**assignment**(3) 85:25 105:22 138:11
**assist**(1) 27:8
**assistance**(1) 61:19
**associated**(9) 20:1 20:5 21:16 34:14 48:11 55:11 89:3 90:3 163:5
**assume**(5) 41:11 41:19 57:16 248:25 257:9
**assumed**(4) 48:13 189:11 248:22 257:3 257:9
**assuming**(6) 41:10 51:18 69:25 76:22 118:18 160:13
**assumption**(2) 194:22 261:22
**assumptions**(1) 286:15
**atamian**(1) 6:31
**atmosphere**(1) 154:19
**attached**(1) 271:3
**attaches**(1) 82:18
**attachment**(2) 67:24 70:22
**attack**(1) 119:19
**attempted**(6) 92:15 156:9 156:15 156:23 156:24 157:3
**attempting**(2) 78:3 169:22
**attend**(2) 45:13 75:12
**attendance**(1) 255:18
**attended**(10) 108:7 136:12 181:22 188:1 192:10 199:22 205:20 234:3 234:10 255:16
**attendees**(1) 298:17
**attention**(4) 152:16 212:14 251:18 284:19
**attentive**(1) 252:2
**attorney**(3) 188:1 205:21 234:12
**attorney-client**(1) 250:12
**attorney/client**(5) 71:8 71:22 72:12 72:15 72:22

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **attorneys**(5) 198:17 198:20 198:20 206:25 218:1 | | **back**(51) 31:2 33:8 34:15 46:25 49:5 49:11 54:9 59:15 60:14 69:14 73:3 75:4 77:14 78:11 79:3 80:9 80:9 80:20 83:21 95:25 96:13 100:25 101:24 113:2 114:20 124:6 130:10 130:11 156:7 158:17 159:1 165:4 177:12 189:14 198:4 198:6 206:21 216:19 217:21 218:21 218:22 222:7 222:7 246:25 251:18 256:25 262:4 275:16 276:17 281:22 291:1 | | **beats**(1) 185:8 | | **believe**(80) 13:14 13:19 13:24 14:24 15:3 55:3 58:25 59:5 66:14 67:9 76:8 80:22 81:8 82:1 87:23 94:11 96:10 96:18 104:16 107:13 118:19 120:17 137:11 138:18 147:24 149:12 152:25 154:20 156:21 161:5 162:20 183:16 188:5 188:21 190:6 192:4 193:4 193:21 198:4 199:20 203:15 203:25 206:2 206:17 207:20 208:11 209:2 211:15 217:5 218:9 224:6 227:8 228:2 228:9 229:16 232:4 232:12 235:8 235:19 235:24 238:7 239:3 241:1 242:13 249:11 249:20 251:24 252:14 253:18 258:10 260:2 265:18 267:21 270:14 277:9 277:20 282:13 286:16 290:5 293:8 |
| **attractive**(1) 29:11 | | | | **became**(15) 50:21 53:21 62:13 64:19 79:18 112:14 113:6 142:20 153:4 187:22 188:24 197:22 198:2 255:1 256:6 | | |
| **attribute**(1) 48:2 | | **back-and-forth**(1) 181:6 | | | | |
| **auction**(1) 285:8 | | **backdrop**(1) 64:25 | | **because**(41) 28:18 41:20 42:25 43:24 64:16 78:19 79:6 80:15 86:9 98:16 120:18 124:16 131:22 132:1 145:18 146:17 147:10 148:10 151:3 161:12 162:25 168:7 168:23 168:24 181:20 181:25 194:16 196:24 203:18 227:20 228:4 246:10 247:4 247:6 247:8 250:20 259:10 261:17 266:3 282:3 282:13 | | |
| **audible**(8) 14:11 127:23 149:7 149:13 170:10 179:6 209:20 292:5 | | **background**(5) 16:20 17:21 88:7 94:15 185:11 | | | | **believed**(11) 48:3 66:24 88:20 92:17 148:1 148:2 151:12 151:14 178:5 228:22 246:10 |
| | | **backstopped**(1) 83:23 | | **become**(8) 26:19 30:4 35:4 130:16 130:21 197:21 232:14 256:10 | | |
| **augmentation**(1) 69:3 | | **bad**(5) 47:21 132:7 132:12 145:18 178:15 | | | | **believes**(5) 154:22 163:25 230:17 231:11 295:1 |
| **augmented**(1) 124:6 | | **baiera**(2) 6:45 137:23 | | **becomes**(1) 272:25 | | |
| **august**(50) 33:12 56:23 59:3 59:9 59:13 60:13 60:18 61:4 63:24 63:24 66:2 66:18 111:24 119:10 125:22 136:2 136:3 136:7 136:8 136:17 136:19 137:7 149:4 149:10 150:9 174:13 174:16 203:15 225:5 225:10 225:11 225:17 225:21 225:23 226:9 226:21 226:18 226:19 226:25 227:4 227:11 227:12 227:15 227:24 228:15 231:21 232:15 238:23 283:9 283:25 | | **balance**(1) 188:10 | | **been**(76) 12:20 12:21 17:8 17:13 21:19 22:5 23:16 26:13 27:10 35:15 37:2 41:22 64:1 64:3 64:4 66:16 72:12 73:18 79:9 102:9 112:9 114:14 125:13 129:9 131:23 148:22 154:11 160:6 161:25 162:4 163:9 163:19 171:21 175:23 176:7 182:11 188:9 188:21 189:16 190:16 194:10 197:7 198:1 200:16 201:19 206:13 211:23 219:12 219:13 224:10 225:18 234:18 237:7 239:11 241:4 247:25 249:13 249:22 251:1 257:3 260:19 261:1 262:3 266:2 280:11 281:17 282:12 290:11 296:13 296:15 | | |
| | | **bale**(1) 7:6 | | | | **bell**(2) 121:13 122:20 |
| **august/september**(1) 133:24 | | **baltimore**(6) 184:24 184:25 185:4 185:23 186:3 187:21 | | | | **below**(1) 222:16 |
| **aurelius**(114) 2:43 3:4 8:28 8:31 12:11 12:14 13:22 52:10 52:18 65:21 66:1 66:8 66:11 66:22 67:2 67:4 73:22 73:25 74:3 74:6 74:9 74:14 74:15 74:20 74:23 75:2 96:1 96:3 96:21 130:12 131:4 131:13 132:6 132:16 139:15 142:18 143:1 150:18 151:12 152:20 154:12 154:14 154:16 172:11 172:19 183:5 227:6 227:10 228:17 228:14 229:12 230:17 231:2 231:11 231:17 231:20 231:23 232:14 232:23 233:7 237:5 237:7 237:15 238:5 238:8 238:20 238:24 239:1 239:5 239:9 239:10 239:15 239:19 239:25 240:15 241:24 242:4 242:11 242:18 248:6 248:7 248:12 256:2 284:7 284:15 284:24 284:25 285:2 285:6 285:10 285:14 285:16 285:17 285:22 285:24 286:13 286:19 286:24 287:8 287:12 287:21 287:22 288:2 288:8 288:15 288:18 288:20 289:9 290:15 295:1 296:23 | | **baltimore-washington**(1) 185:25 | | **before**(49) 1:18 39:12 55:13 59:15 64:21 65:4 66:16 67:14 98:6 114:13 128:11 135:16 136:6 136:9 137:5 137:5 137:7 138:3 143:10 144:16 145:20 150:10 150:17 174:19 175:20 178:8 179:14 184:23 187:22 192:7 194:10 195:12 196:3 200:18 201:23 205:14 213:23 220:24 224:12 240:5 243:6 254:4 286:20 291:19 | | |
| | | **banc**(1) 9:47 | | | | **ben**(1) 6:41 |
| | | **bank**(45) 7:13 7:19 9:31 10:4 10:4 11:4 16:22 31:13 48:16 57:4 61:2 83:23 91:2 119:21 121:11 123:14 189:25 192:1 206:4 253:7 257:24 258:15 260:21 262:7 262:7 262:18 262:22 263:1 263:12 263:25 267:14 267:19 267:24 268:1 268:4 269:13 269:17 270:6 271:15 | | | | **bench**(4) 15:17 182:8 182:12 182:17 |
| | | | | **began**(14) 24:10 27:4 28:3 42:8 42:13 42:13 64:15 65:5 107:1 108:1 109:15 109:21 109:25 210:6 | | **bendernagel**(121) 1:25 13:2 13:6 13:10 14:13 14:18 14:19 14:24 15:14 15:16 15:21 16:3 16:7 20:17 20:21 23:24 24:3 24:6 25:8 26:1 26:8 26:10 30:16 31:1 33:6 33:7 38:20 38:25 39:3 39:6 39:7 39:12 39:15 41:18 41:21 42:7 51:2 57:17 57:19 58:4 58:25 59:4 59:7 60:17 63:4 63:7 63:14 63:18 63:20 63:22 67:21 68:2 68:5 68:11 71:10 71:20 72:14 73:1 73:10 74:17 74:19 75:17 75:22 78:7 78:10 78:18 78:24 85:7 92:6 92:20 95:1 95:2 95:4 95:10 97:7 97:14 97:21 115:7 116:19 118:14 118:22 128:16 135:22 139:19 140:11 143:17 143:24 144:20 144:21 146:4 146:12 146:16 146:24 147:18 148:1 148:2 148:2 152:1 152:7 152:15 153:17 165:4 165:7 169:9 170:12 170:15 170:23 170:24 173:16 173:20 173:21 177:11 177:22 178:25 179:10 179:13 179:24 297:15 297:15 298:1 298:13 |
| | | **bank's**(2) 45:2 58:7 | | | | |
| **aurelius's**(6) 228:8 232:5 232:12 237:17 283:8 290:11 | | **banker**(1) 214:4 | | **begin**(10) 16:4 20:12 27:4 45:23 64:7 65:16 82:7 198:15 253:21 | | |
| | | **bankruptcy**(31) 1:1 1:19 17:16 19:17 20:5 20:20 21:5 21:18 36:9 37:1 37:18 37:20 40:12 43:14 70:19 71:19 72:8 99:10 129:8 135:18 154:11 164:2 185:17 199:16 204:5 205:12 205:21 213:9 222:4 229:5 252:20 | | **beginning**(6) 26:17 172:9 176:3 178:4 210:9 239:22 | | |
| **aurelius'?"**(1) 151:22 | | | | **begins**(6) 113:14 152:17 159:4 173:13 203:10 284:24 | | **beneficiaries**(2) 295:19 295:22 |
| **austin**(8) 1:23 7:29 24:11 40:15 119:2 119:5 119:10 119:14 | | | | | | **beneficiary**(1) 117:25 |
| | | **banks**(37) 48:14 57:12 60:9 66:14 122:15 141:24 142:15 150:25 151:3 151:9 151:14 157:18 178:6 200:1 203:10 203:24 204:1 205:6 205:7 209:2 209:13 245:4 257:12 258:4 258:9 259:8 259:25 260:8 260:11 265:14 270:9 273:4 282:1 282:10 282:22 283:4 | | **behalf**(6) 166:5 180:7 215:3 221:21 255:2 295:18 | | **benefit**(5) 102:1 190:1 231:3 264:4 295:2 |
| **authority**(2) 217:22 221:20 | | | | | | **benefits**(3) 78:13 78:13 285:20 |
| **authorization**(1) 261:2 | | | | | | **benjamin**(1) 2:13 |
| **authorized**(1) 260:20 | | **banks.'**(1) 178:17 | | **behind**(1) 147:12 | | **bennett**(2) 4:33 9:4 |
| **automatically**(1) 34:12 | | **bar**(2) 2:25 79:15 156:25 | | **behold**(1) 137:17 | | **benson**(2) 3:26 11:9 |
| **available**(19) 15:24 19:24 31:15 36:14 40:11 40:23 40:25 41:9 44:2 44:7 62:24 81:22 86:8 86:10 89:18 91:17 92:1 125:13 229:4 | | **barclays**(3) 5:18 6:30 6:38 | | **being**(41) 13:22 13:23 15:5 21:10 36:3 37:11 49:8 55:11 69:9 69:10 73:22 77:10 89:15 90:3 90:16 91:12 98:14 100:11 101:12 107:15 110:15 116:15 118:21 126:7 129:7 130:4 130:7 130:10 144:7 147:4 152:20 156:9 157:25 169:24 181:5 184:9 188:12 206:12 273:14 278:5 297:8 | | **bernstein**(1) 2:14 |
| | | **bargaining**(19) 186:4 187:2 187:20 189:1 189:17 217:16 217:17 217:18 218:12 221:24 232:3 249:1 257:2 257:8 261:22 264:16 265:14 274:23 274:25 | | | | **berry**(1) 8:35 |
| | | | | | | **beside**(1) 132:3 |
| | | | | | | **besides**(1) 227:3 |
| **ave**(2) 2:7 3:7 | | **barnes**(1) 5:24 | | | | **best**(14) 22:3 47:7 110:20 112:24 140:5 164:1 190:9 252:4 252:23 253:2 278:7 282:18 282:19 282:24 289:14 |
| **avenue**(5) 2:17 4:36 5:8 5:33 5:46 | | **barring**(1) 165:16 | | | | |
| **averaged**(1) 190:22 | | **baseball**(1) 22:4 | | **belabor**(1) 229:18 | | |
| **avoid**(2) 36:10 180:2 | | **based**(35) 25:16 46:4 52:14 52:15 66:9 69:21 69:24 70:2 71:7 71:24 84:2 88:24 90:24 93:19 93:25 95:6 95:8 95:16 95:18 121:7 142:4 146:1 151:12 178:14 206:10 208:13 221:10 229:20 250:11 259:5 260:1 281:17 289:10 296:8 296:14 | | **belief**(1) 140:10 | | **better**(10) 21:14 122:14 165:7 247:6 249:6 249:8 264:23 269:4 269:7 298:11 |
| **avoidance**(7) 76:16 83:13 86:2 103:17 104:4 121:18 231:3 | | | | | | |
| | | **basic**(1) 197:24 | | | | **between**(26) 12:10 31:11 68:19 82:5 89:24 90:3 93:13 97:1 100:25 110:17 123:19 127:1 143:18 143:8 144:2 144:11 145:13 145:19 148:17 151:18 151:19 171:10 171:14 178:5 194:3 222:13 |
| **avoided**(2) 94:4 94:4 | | **basically**(3) 30:20 36:5 218:22 | | | | |
| **avoids**(1) 89:3 | | **basis**(28) 15:21 21:15 28:15 38:18 42:23 45:6 49:8 49:13 59:1 59:25 70:7 84:24 87:3 90:23 93:10 154:23 155:7 161:2 178:18 178:19 178:22 207:16 208:25 219:14 232:7 246:18 250:6 | | | | |
| **aware**(45) 59:21 80:6 96:24 156:11 156:18 161:4 162:5 167:12 167:20 168:15 168:16 168:20 176:9 197:21 197:22 251:13 256:16 256:10 258:14 258:18 266:6 273:25 275:1 276:13 276:16 276:24 277:4 277:13 278:1 278:20 280:5 281:9 281:13 281:25 282:3 286:18 286:22 286:23 287:7 289:24 289:2 290:2 290:7 290:10 294:2 | | **bat**(1) 72:22 | | | | |
| | | **bates**(1) 228:25 | | | | |
| | | **bathroom**(1) 92:9 | | | | |
| **away**(2) 53:22 66:2 | | **bat**(3) 12:7 283:13 283:15 | | | | **beyond**(2) 48:9 263:9 |
| **awry**(1) 118:13 | | | | | | **bias**(1) 138:18 |
| **bachelor's**(1) 185:12 | | | | | | **bid-ask**(2) 121:4 123:10 |
| | | | | | | **bidders**(2) 27:14 27:15 |
| | | | | | | **bids**(7) 27:18 27:23 28:1 28:4 28:7 28:21 46:14 |
| | | | | | | **bifferato**(1) 3:19 |
| | | | | | | **big**(4) 16:21 17:3 88:24 124:9 |
| | | | | | | **biggest**(2) 173:13 174:1 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| bill(3) 3:5 180:8 234:8 | | brief(7) 13:12 13:12 13:25 147:15 166:9 170:13 292:7 | | buyout(6) 94:15 105:5 105:15 107:3 119:16 197:18 | | catch(1) 34:24 | |
| billion(35) 32:13 32:20 32:21 34:6 51:18 80:4 80:10 80:16 80:20 81:5 86:5 99:8 104:12 121:17 121:22 121:24 122:3 122:6 122:9 280:25 280:25 286:11 287:25 288:3 288:15 288:23 289:9 290:4 290:8 290:16 290:20 293:13 293:14 293:15 294:11 | | | | bynum(1) 8:10 | | categorically(1) 147:8 categories(1) 248:15 category(3) 37:12 132:24 248:17 cause(2) 160:17 205:15 | |
| | | briefly(10) 17:20 180:21 180:22 185:3 203:1 221:18 221:25 223:8 251:18 291:1 | | calculate(2) 42:5 281:16 calendar(2) 85:25 125:21 | | | |
| | | | | call(17) 14:14 66:21 69:1 69:17 89:18 91:2 93:11 103:7 137:16 142:9 145:15 148:17 178:14 180:8 237:23 248:16 284:1 | | causes(25) 23:12 23:13 24:15 34:20 34:25 35:8 35:15 35:23 36:6 37:23 38:3 43:7 77:9 77:12 85:21 85:23 103:9 103:21 157:22 205:6 205:11 208:6 237:24 243:3 285:7 | |
| billions(1) 294:10 | | briefs(3) 13:12 13:17 182:8 brigade(2) 9:42 9:43 | | | | | |
| binder(18) 15:17 15:21 49:23 49:24 75:19 87:15 102:23 111:18 127:11 127:12 134:9 151:25 174:10 193:25 194:1 194:5 195:8 235:23 | | bring(10) 19:12 47:8 49:4 53:17 61:25 120:15 137:8 144:5 145:4 234:20 | | called(10) 38:11 66:4 68:14 93:3 121:8 171:17 187:6 188:3 228:20 241:24 | | centerbridg(65) 42:17 42:24 43:1 49:20 52:5 53:19 54:6 57:5 58:19 59:3 59:11 60:3 60:10 60:10 61:1 61:5 65:2 65:12 66:20 66:22 66:24 66:24 67:1 67:1 73:21 74:11 74:14 74:21 95:25 96:2 123:1 123:4 124:9 124:12 125:2 125:6 125:7 125:10 125:12 131:23 135:16 135:19 136:9 136:13 136:23 142:18 152:19 210:16 212:23 213:4 215:18 216:13 218:4 218:7 218:11 219:2 225:15 226:6 256:1 265:7 265:12 265:12 265:24 296:23 300:22 | |
| binders(1) 180:10 binding(1) 47:10 bingham(1) 11:4 bio(1) 116:4 | | broadcast(1) 200:3 broadcasting(3) 28:16 200:12 200:20 broadway(2) 3:16 3:30 broken(1) 67:19 broker(6) 44:22 47:11 109:8 110:10 110:16 118:4 | | calling(4) 29:1 89:21 148:22 153:8 calls(2) 71:21 124:6 came(27) 60:21 16:24 107:1 122:25 124:13 125:14 131:7 135:13 145:13 149:1 149:4 157:19 158:5 160:7 160:10 173:2 185:15 213:6 218:23 218:24 233:18 238:4 252:18 262:6 262:11 262:17 274:22 | | | |
| bit(6) 67:19 147:7 158:22 199:24 210:12 291:2 | | | | | | | |
| black(1) 297:19 blake(1) 4:26 blank(1) 165:3 block(2) 89:14 130:4 blocked(3) 59:1 72:12 72:14 blocking(3) 54:1 55:17 129:11 blow(1) 129:3 blowing(1) 129:6 | | brokering(1) 54:5 broker"(1) 109:2 bromberg(1) 8:6 brothers(2) 189:25 234:11 brought(7) 25:8 31:18 31:18 45:21 131:1 150:5 294:3 | | | | centerbridge's(3) 59:5 65:8 232:23 centerbridge's(2) 123:2 125:6 central(4) 113:20 114:8 114:10 175:17 cents(6) 90:12 155:22 235:4 235:6 235:8 261:18 | |
| | | | | can(79) 16:11 21:12 34:18 40:17 42:11 49:7 56:6 57:15 58:23 59:15 59:18 70:1 71:8 78:8 90:5 91:19 97:1 97:11 97:18 107:21 108:13 111:17 115:4 115:13 117:1 117:12 120:25 121:9 124:23 127:11 128:24 129:1 132:14 132:15 135:22 139:5 144:13 145:22 146:25 149:2 149:14 150:3 153:12 153:17 162:22 164:6 164:18 165:2 166:14 179:13 179:15 179:18 180:2 183:1 183:21 185:3 194:13 195:9 199:2 199:23 202:13 202:14 203:13 207:2 211:6 211:7 213:21 218:19 220:5 226:18 236:11 248:23 253:18 271:12 271:12 278:16 283:18 288:21 295:6 | | | |
| board(11) 4:42 27:9 31:7 89:7 89:12 92:22 94:7 116:5 116:16 116:16 187:11 | | | | | | cert(1) 299:12 certain(16) 15:2 15:18 22:1 24:13 24:13 88:25 104:16 108:15 113:21 113:25 122:23 181:13 196:25 218:14 254:13 261:11 | |
| bob(2) 2:22 3:41 bockius(1) 9:47 body(1) 187:6 bondholder(4) 57:5 124:17 210:17 228:20 bondholder's(1) 228:17 bondholders(8) 228:21 229:14 235:1 235:14 263:14 263:16 264:5 284:10 | | brown(4) 2:29 6:30 8:5 185:12 bruce(1) 4:33 bryant(1) 2:51 buena(1) 189:25 build(1) 112:22 building(1) 4:27 built(1) 286:15 | | | | certainly(16) 15:20 21:8 61:10 66:20 97:12 102:24 110:7 115:15 129:23 138:11 138:17 161:23 189:17 275:22 292:16 292:18 | |
| | | | | | | certification(1) 299:4 certified(1) 299:13 certify(1) 299:5 cetera(2) 259:12 297:3 | |
| bonds(10) 73:21 90:7 90:7 149:17 152:20 174:5 220:20 245:3 263:7 263:7 | | bullet(26) 21:9 21:20 22:18 22:19 34:19 36:20 36:21 36:23 37:6 77:12 77:14 103:16 103:20 103:22 103:25 165:16 229:7 243:18 271:21 271:24 271:25 272:3 272:4 284:3 284:23 284:24 | | can't(5) 65:14 270:20 275:2 275:2 275:3 candice(1) 7:38 cannot(1) 261:7 cantor(1) 7:14 can't(10) 107:8 122:23 125:10 128:8 133:18 147:17 151:5 159:20 160:2 167:18 | | chachas(1) 297:24 chachis(5) 19:2 19:4 19:5 19:9 19:14 chad(1) 11:6 260:14 chadbourne(22) 3:34 6:7 191:8 198:22 199:8 199:12 199:14 199:16 203:19 203:22 203:24 204:2 204:3 205:10 205:13 206:18 217:3 217:8 224:8 260:20 260:24 261:2 | |
| bonus(1) 191:17 bonuses(1) 191:21 book(3) 87:23 195:24 211:7 borrow(1) 28:9 both(19) 11:15 15:18 21:13 27:6 29:8 39:21 42:16 47:25 53:24 89:18 95:25 144:12 192:10 197:11 204:11 217:3 254:2 276:25 286:20 | | bullets(2) 22:16 103:9 bunch(3) 31:10 181:3 181:7 burdensom(1) 21:13 burk(1) 62:14 burns(1) 7:19 bush(2) 4:6 6:20 business(21) 18:25 19:22 19:24 20:7 20:8 20:10 21:21 22:1 22:3 22:8 28:16 168:20 182:11 182:19 183:10 184:1 185:9 188:9 193:19 194:18 201:12 | | capable(1) 118:3 capacity(1) 192:3 capital(24) 2:43 3:4 5:30 6:38 7:4 7:4 7:9 7:9 8:23 8:28 8:31 8:47 8:47 9:38 9:39 9:42 9:43 10:10 10:21 10:33 10:33 10:47 10:47 22:9 | | chadbourne's(3) 205:8 205:15 206:3 chadpoint(1) 258:10 chain(1) 114:19 chairman(3) 62:13 113:6 187:12 chalk(1) 146:10 challenge(3) 19:19 20:11 20:12 challenges(1) 19:16 chance(2) 151:9 295:2 change(4) 34:13 97:5 224:22 260:18 changed(1) 235:21 channel(2) 49:5 49:11 | |
| | | businesses(1) 21:24 busy(1) 190:18 but(141) 12:7 13:3 21:14 25:14 25:19 30:20 36:18 41:23 41:24 43:3 47:10 47:22 48:20 49:8 49:14 50:24 53:25 55:2 59:8 60:21 61:13 63:10 66:4 69:10 74:12 79:11 80:3 80:17 80:19 87:24 96:3 103:7 104:11 104:15 108:8 108:10 108:18 109:25 110:25 113:10 115:10 117:2 119:1 120:7 122:4 122:9 122:23 125:13 126:4 126:5 128:24 129:23 131:17 131:20 134:5 135:1 137:15 144:6 144:10 145:7 145:23 146:4 146:12 146:25 147:7 147:23 149:2 150:22 158:8 160:15 161:18 162:13 165:2 167:20 168:22 169:13 169:17 171:22 178:22 178:23 181:15 182:10 182:16 182:17 182:22 183:2 183:18 183:21 184:2 184:8 186:5 192:8 194:1 195:10 195:24 201:20 208:21 211:6 213:8 214:2 215:7 219:12 220:20 221:18 224:14 226:10 227:21 228:7 229:18 235:2 237:20 238:19 240:5 243:24 249:9 252:18 255:16 258:2 258:3 258:12 260:18 262:2 266:2 266:10 266:21 270:18 271:24 272:11 276:7 278:4 281:13 291:19 292:20 294:10 297:9 298:3 298:12 298:20 | | capture(1) 21:8 card(1) 101:5 care(2) 78:8 97:15 careful(1) 239:17 carefully(2) 168:22 252:22 carey(1) 1:18 caridas(1) 6:23 carol(1) 7:6 carrey(1) 234:3 carried(1) 116:12 carrying(2) 43:20 228:25 carve-out(1) 104:16 carved(1) 146:2 case(31) 1:5 5:44 12:19 12:24 15:23 17:22 22:22 26:22 109:10 120:16 121:11 126:17 126:19 127:16 139:11 140:5 141:8 141:18 145:23 146:6 157:10 158:4 175:11 178:24 189:24 210:2 222:5 256:4 265:23 290:11 294:25 cases(6) 36:19 127:9 132:3 182:12 228:21 229:5 | | chapter(22) 1:8 18:13 19:21 19:23 20:2 21:10 21:11 22:6 22:6 22:22 22:25 23:6 36:19 56:17 69:20 126:19 132:7 132:15 132:23 157:9 164:5 164:16 | |
| | | | | | | characterization(3) 96:7 126:14 154:24 characterize(6) 47:19 50:15 57:8 74:3 74:8 154:15 | |
| bothering(1) 180:2 botsky(1) 238:21 bottles(1) 298:22 bottom(9) 67:23 69:16 111:23 112:7 112:7 114:25 174:14 251:22 284:4 | | | | | | characterized(1) 171:10 characters(1) 56:25 charge(1) 187:13 chart(20) 20:15 25:10 27:1 28:22 32:23 32:25 33:20 33:24 34:1 46:25 51:13 54:9 77:11 84:12 90:21 251:19 251:20 251:23 251:24 252:3 | |
| bought(4) 74:14 74:20 198:4 198:6 bowden(1) 3:5 box(5) 3:8 271:20 272:1 272:3 272:4 brady(1) 4:25 brandywine(1) 4:27 brass(1) 7:52 brc(1) 31:16 breach(4) 37:6 37:17 167:14 299:11 breaching(1) 37:10 break(19) 15:8 48:7 63:5 63:10 63:11 86:2 97:10 98:6 102:16 162:23 166:10 167:4 179:15 179:25 253:20 274:13 287:4 287:16 298:16 | | buttons(1) 279:5 buy(2) 128:8 129:11 | | | | | |
| | | | | cash(29) 22:1 28:13 32:14 34:9 59:22 60:1 60:10 76:19 77:15 77:21 78:14 78:16 78:23 79:23 83:16 84:3 84:4 99:2 101:22 125:13 220:14 220:20 244:25 246:6 246:1 264:12 271:14 280:2 288:13 | | charts(2) 166:11 166:23 chase(1) 9:31 | |
| breaks(1) 32:25 brett(1) 7:1 brian(2) 9:17 10:26 bridge(12) 5:37 33:18 36:11 36:15 37:3 37:4 43:16 89:11 89:11 90:6 247:14 247:18 | | | | cashman(2) 9:51 9:51 cast(1) 56:25 | | check(1) 276:17 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| chicago(7) 1:28 4:45 10:37 10:38 14:2 22:3 200:5 | | closing(6) 31:11 34:14 36:18 101:6 105:19 106:4 | | committee(275) 3:33 4:4 4:41 6:6 27:9 27:11 27:25 28:3 28:23 29:7 42:22 45:10 45:18 45:18 46:2 49:20 52:5 53:18 54:7 57:7 61:3 62:1 62:2 62:5 62:6 62:10 62:12 62:13 62:16 62:24 63:2 64:1 64:17 64:17 65:3 81:11 81:15 82:24 86:19 87:1 87:22 88:22 93:21 94:9 96:12 99:17 107:1 112:4 113:7 117:23 134:25 153:5 154:8 157:7 157:17 157:21 158:3 158:9 162:4 162:7 162:9 162:20 164:23 165:13 165:20 174:13 174:23 180:7 181:3 182:18 183:5 185:16 185:19 186:9 186:19 186:23 187:2 188:6 188:19 188:24 189:5 189:7 189:20 189:23 190:7 190:8 190:12 190:14 190:15 191:1 191:4 191:12 191:13 191:14 191:16 191:19 191:20 191:22 191:23 192:4 192:9 192:13 192:16 192:20 192:23 193:1 193:6 194:3 195:13 195:15 195:17 196:2 196:20 196:22 197:5 197:8 197:8 197:11 197:14 198:10 198:12 198:19 198:23 199:4 199:9 199:19 200:6 200:7 201:14 201:25 203:14 203:16 203:21 204:1 204:14 204:16 204:17 205:16 205:24 207:3 207:8 208:1 208:4 208:12 209:18 209:23 210:5 210:17 211:1 211:2 211:5 212:15 212:22 213:7 213:10 213:15 215:23 216:8 216:16 216:24 217:1 217:13 217:14 217:17 217:19 217:19 220:22 221:1 221:6 221:22 222:11 222:16 224:1 224:4 224:17 225:15 225:17 225:20 226:12 226:19 227:4 227:13 228:15 232:4 233:9 233:24 234:3 235:15 236:13 236:16 236:19 236:21 236:23 237:2 237:6 237:8 237:11 237:18 238:5 239:24 240:14 240:17 241:6 242:3 242:4 242:21 242:24 243:15 243:19 244:5 245:22 246:15 247:12 248:1 250:8 251:23 252:1 252:6 252:8 252:19 252:25 253:1 253:7 253:10 254:8 255:5 255:10 255:20 255:21 256:7 258:14 259:2 259:6 259:6 259:7 259:24 260:6 260:7 260:13 260:20 261:1 261:11 261:20 262:7 262:8 262:17 262:21 262:25 263:11 263:22 264:12 265:3 265:22 267:7 270:3 281:8 281:9 283:3 283:8 283:25 284:8 286:14 286:14 287:12 287:15 287:19 289:11 289:13 296:24 | | company's(5) 19:20 37:16 193:19 201:12 246:13 |
| chief(1) 113:11 | | co-head(2) 16:15 19:5 | | | | company's(4) 116:5 118:12 124:25 129:8 251:12 270:1 282:11 283:5 |
| choice(1) 126:16 | | coax(1) 47:11 | | | | |
| christine(1) 3:28 | | cobb(3) 3:47 6:26 191:9 | | | | compare(4) 29:22 248:25 267:17 275:7 |
| chung(2) 2:48 7:20 | | codification(1) 260:18 | | | | compared(8) 18:17 19:13 151:14 247:5 |
| circuit(3) 182:12 182:18 183:12 | | codifying(1) 260:4 | | | | |
| circulated(1) 193:13 | | cole(1) 2:4 | | | | compensation(2) 115:8 189:19 |
| circumstances(11) 23:22 24:13 24:14 24:20 46:4 46:6 79:20 94:5 105:14 105:18 209:25 | | collapsed(2) 62:20 225:3 230:20 | | | | competent(2) 25:15 138:11 |
| cite(2) 71:8 71:11 | | colleague(2) 149:5 274:3 | | | | complaint(1) 208:25 |
| citi(2) 28:2 69:8 | | collected(1) 207:12 | | | | complaints(4) 208:15 209:24 240:17 242:6 |
| citibank(4) 8:13 203:25 206:3 206:18 | | collective(10) 189:10 189:16 217:16 248:25 257:2 257:8 261:22 264:16 274:23 274:25 | | | | complete(4) 80:14 108:17 119:12 298:7 |
| citicorp(2) 27:7 83:24 | | | | | | completely(5) 74:10 79:10 146:3 150:21 163:1 |
| citigroup(2) 5:5 12:11 | | collective-bargaining(3) 187:18 217:24 248:22 | | | | |
| city(1) 185:8 | | | | | | complicated(1) 243:2 |
| claim(25) 59:2 90:11 93:18 102:6 123:15 208:24 238:16 238:18 277:5 277:6 277:11 277:22 278:4 279:22 282:1 282:7 282:11 288:22 291:8 291:8 291:14 291:14 291:18 294:17 294:18 | | collins(1) 2:23 | | | | complications(1) 89:3 |
| | | columbia(1) 185:13 | | | | component(4) 59:22 84:7 228:18 297:9 |
| | | combination(2) 28:1 55:20 | | | | components(1) 291:11 |
| | | combinations(1) 210:25 | | | | conaway(1) 4:23 |
| | | come(29) 14:15 15:25 22:24 49:3 60:5 73:11 118:9 118:20 128:8 141:9 146:12 146:17 161:6 165:4 179:18 179:20 185:15 187:24 198:10 198:11 210:5 218:7 218:9 218:14 222:4 227:7 233:8 235:15 289:12 | | | | conceding(1) 181:16 |
| claimed(2) 274:1 285:17 | | | | | | conceivably(1) 293:1 |
| claims(166) 22:24 23:2 23:3 34:25 35:4 36:2 36:8 36:9 36:13 36:13 36:25 37:1 37:3 37:5 37:7 37:8 37:14 37:17 37:18 38:9 40:13 41:4 41:10 42:9 44:16 51:14 51:23 51:25 52:2 52:3 53:3 54:11 54:15 54:17 55:10 55:11 56:13 56:15 69:4 69:7 69:11 69:19 70:5 70:5 70:12 71:17 76:16 77:8 83:13 83:18 83:19 83:25 85:25 86:3 86:11 86:15 86:16 86:17 86:22 90:25 92:19 93:11 93:12 93:13 95:12 103:17 104:4 104:8 109:16 126:20 142:3 155:16 155:17 156:9 156:12 156:15 156:16 156:1 156:23 157:1 168:4 168:9 168:11 168:17 169:2 169:6 170:1 173:9 189:8 189:13 198:12 198:18 203:22 206:22 206:24 207:23 208:13 209:10 209:12 209:16 209:19 209:23 210:6 216:12 216:13 220:1 221:16 223:11 223:12 226:5 230:18 236:17 238:9 238:14 244:5 245:4 245:6 245:7 245:9 245:22 246:2 248:14 250:22 252:4 256:15 264:2 269:18 269:20 270:7 270:9 270:11 271:14 271:16 271:20 271:22 272:16 273:17 273:20 274:1 275:12 276:1 277:1 277:14 277:19 278:2 278:13 286:8 286:11 287:1 287:24 289:8 291:16 291:17 292:19 292:20 293:4 293:17 294:2 294:7 294:15 295:1 295:3 295:15 295:17 295:19 295:22 295:23 | | | | comfort(4) 20:3 113:21 113:25 124:17 | | | | conceivably(1) 293:1 |
| | | comfortable(2) 22:10 279:11 | | | | concept(1) 238:2 |
| | | coming(4) 77:1 101:5 194:11 197:4 | | | | concern(3) 53:25 181:18 189:16 |
| | | commence(1) 97:10 | | | | concerned(4) 78:23 79:1 176:13 189:7 |
| | | commencement(1) 36:19 | | | | concerning(16) 12:16 32:5 200:8 201:15 237:3 245:22 257:12 257:24 265:11 279:21 286:15 287:8 291:3 296:9 296:11 297:10 |
| | | commencing(1) 22:5 | | | | |
| | | comment(3) 89:23 214:15 216:2 | | | | concessions(2) 83:3 84:8 |
| | | commentary(1) 175:10 | | | | conclave(3) 45:17 99:15 121:8 |
| | | commented(1) 193:12 | | | | conclude(5) 86:7 86:7 297:4 |
| | | comments(2) 15:2 193:15 | | | | concluded(10) 22:12 22:14 61:15 142:9 160:13 163:15 167:12 168:16 176:21 230:19 |
| | | commit(1) 46:23 | | | | |
| | | commitment(1) 31:13 | | | | concludes(1) 298:24 |
| clarification(1) 23:24 | | | | | | conclusion(13) 61:8 71:16 72:5 72:10 72:13 72:23 73:4 73:11 80:3 95:16 109:22 178:13 297:6 |
| clarify(3) 24:3 108:13 135:23 | | | | | | |
| clarifying(1) 260:3 | | | | committee's(5) 45:4 180:13 190:11 191:4 191:6 193:19 193:23 196:19 198:16 199:2 201:7 201:8 204:9 206:5 206:21 207:12 207:22 208:9 212:6 221:19 221:21 222:14 222:20 224:3 227:3 227:21 245:21 245:25 257:6 257:23 258:7 258:19 286:18 286:24 287:8 | | | | conclusions(16) 26:3 38:21 41:19 41:24 55:1 92:16 92:23 93:19 94:16 94:20 94:24 142:3 167:10 167:13 167:22 168:1 |
| class(5) 54:3 55:16 88:23 101:19 235:5 | | | | | | |
| claw(1) 83:21 | | | | | | |
| clear(26) 19:25 24:1 25:14 44:11 49:17 53:21 55:14 60:9 78:4 82:2 100:20 104:15 120:8 122:22 127:10 133:18 133:22 137:1 157:16 158:15 181:23 256:25 260:1 282:5 295:13 296:13 | | | | | | condemn(1) 259:16 |
| | | | | | | conditionality(1) 104:17 |
| | | | | committees(1) 187:20 | | conditioned(1) 44:4 |
| | | | | committees."(1) 116:16 | | conditions(4) 104:13 200:8 200:11 214:21 |
| | | | | common(3) 59:1 59:3 89:2 | | conducive(1) 66:17 |
| clearly(1) 144:9 | | | | commonality(1) 43:2 | | conduct(4) 104:19 105:8 206:22 245:18 |
| cleary(1) 4:26 | | | | communicat(2) 227:4 287:19 | | conducted(3) 190:20 207:24 210:23 |
| clerk(4) 12:2 14:16 180:14 180:18 | | | | communicated(1) 287:22 | | conducting(1) 119:7 |
| client(13) 132:1 132:14 142:24 143:8 145:16 147:22 148:19 149:17 151:19 153:1 178:5 178:16 178:21 | | | | communication(4) 12:16 71:8 143:7 161:1 | | conferred(1) 179:18 |
| | | | | communication(9) 178:20 178:23 222:13 261:3 287:7 287:10 296:24 296:25 297:2 | | confident(1) 82:3 |
| | | | | | | confidential(1) 14:7 |
| clients(2) 203:24 204:2 | | | | community(1) 55:8 | | confidentiality(6) 13:7 14:9 16:1 27:15 44:5 81:9 |
| client's(1) 154:23 | | | | | | |
| close(8) 18:10 60:21 61:6 98:18 111:15 111:15 120:25 164:22 | | | | companies(2) 207:6 245:10 | | confirm(2) 135:2 241:8 |
| | | | | company(74) 1:7 7:45 7:51 7:51 8:9 16:22 18:10 18:24 19:22 19:23 21:10 21:13 22:21 22:25 23:25 24:7 27:24 28:8 29:2 29:4 29:7 29:10 30:5 32:10 32:13 35:22 36:12 37:2 37:10 60:1 62:9 62:25 64:22 64:22 69:3 70:4 70:5 70:19 71:18 71:18 72:7 75:3 76:4 84:17 92:7 92:23 99:10 101:21 104:24 105:2 105:23 109:12 109:24 109:25 112:9 116:6 116:15 119:22 136:25 143:2 161:3 161:22 163:25 189:13 198:1 198:7 200:2 201:10 220:14 220:15 220:15 245:17 246:10 246:12 269:24 | | confirmation(9) 70:16 88:17 173:10 221:13 265:10 265:16 265:17 265:18 265:23 |
| closed(4) 12:23 31:20 33:2 82:7 | | | | | | confirmed(1) 130:4 |
| closely(1) 154:9 | | | | | | conflict(1) 177:2 |
| closes(2) 33:9 33:19 | | | | | | conflicting(1) 291:15 |
| | | | | | | conjunction(2) 24:10 40:15 |
| | | | | | | conlan(5) 1:24 112:15 136:14 149:6 176:3 |
| | | | | | | connected(1) 152:8 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **connection**(70) 14:9 16:3 18:2 18:11 18:19 18:21 18:24 22:22 23:17 23:17 24:12 30: 34:3 34:5 34:13 35:1 35:3 36:1 36:16 36:17 41:3 41:16 42:9 47:14 55:2 57:18 58:5 58:8 60:8 65:10 66:6 74:11 76:24 77:21 84:13 86:6 94:24 95:6 95:14 98:13 99:6 105:5 105:7 106:4 107:2 111:10 119:15 119:22 119:25 123:19 127:1 129:2 138:18 141:4 145:18 166:16 167:15 168:19 169:23 170:3 171:3 177:5 178:15 227:5 258:25 265:21 270:15 275:18 281:1 290:13 | | **controversy**(7) 13:20 59:20 256:19 257:7 257:11 257:23 258:3 **convened**(1) 45:10 **conveyance**(18) 52:15 66:1 66:7 66:10 128:14 131:11 131:12 131:13 131:16 141: 142:15 142:17 144:1 144:20 151:13 157:24 176:20 176:21 **conversations**(18) 42:24 43:2 44:18 48:11 49:6 65:13 65:17 66:19 95:12 123:19 144:8 144:9 144:11 144:16 171:2 171:4 252:25 260:24 **convert**(1) 21:25 **conveyance**(20) 36:8 36:13 39:20 40:4 69:25 70:7 70:11 83:20 160:14 163:8 163:16 163:17 230:14 230:18 269:8 276:2 278:23 279:22 292:13 293:16 **cooperative**(1) 63:14 **coordinated**(3) 18:20 42:23 205:10 **copies**(4) 15:23 213:15 213:24 251:2 **copy**(7) 87:21 165:5 171:22 223:2 223:5 283:17 283:19 **cordial**(4) 47:22 65:11 74:10 74:13 **corporation**(18) 18:4 19:10 20:14 21:24 23:4 26:20 27:4 30:4 34:7 44:16 45:1 56:12 59:24 62:11 64:15 176:25 177:2 190:2 **corral**(1) 61:21 **correct**(166) 17:1 18:15 18:16 22:20 23:5 26:23 38:11 41:5 41:13 41:14 41:23 42:9 43:22 50:19 50:22 52:22 53:5 54:19 62:2 68:3 70:23 71:2 77:19 79:11 80:11 85:4 91:18 91:23 95:21 96:8 99:6 99:12 99:19 101:6 101:13 101:24 102:7 104:21 104:25 105:8 106:2 106:10 106:13 106:19 109:12 109:13 111:8 112:14 113:8 113:11 120:16 120:20 121:11 124:8 125:24 129:5 129:20 132:11 138:16 157:20 159:12 160:9 166:2 167:2 167:7 167:10 167:16 168:1 168:12 169:24 171:25 172:22 174:20 175:8 175:1 178:24 183:7 186:20 203:11 204:23 241:21 244:1 254:15 254:24 254:24 255:3 255:8 255:12 255:15 255:19 255:25 256:4 256:14 256:21 257:4 257:6 257:10 257:21 257:22 258:5 259:20 259:21 260:5 261:9 261:15 261:18 261:22 262:4 262:18 262:2 262:24 263:20 264:16 265:1 265:8 265:1 265:19 265:21 265:25 266:16 267:15 267:17 268:6 268:9 268:13 268:24 269:9 270:3 270:8 271:13 272:14 273:14 273:17 274:8 277:12 278:9 278:23 280:2 280:16 280:20 280:21 280:22 281:1 281:7 284:15 285:8 285:12 285:25 286:4 287:25 288:6 288:10 290:24 291:12 292:21 292:22 295:15 295:16 295:17 299:5 **corrected**(3) 123:22 165:19 193:12 **corroon**(1) 4:14 **cost**(2) 154:23 163:23 **costs**(1) 84:17 **cost"**(1) 163:24 **coterminous**(1) 28:15 | | **could**(82) 16:10 16:20 17:3 17:20 20:18 21:6 23:2 23:23 24:8 26:25 31:11 32:6 34:1 35:7 36:5 38:2 38:13 40:19 41:12 43:5 51:3 51:4 51:12 56:22 61:6 61:7 67:16 70:6 73:2 73:15 74:17 76:14 79:6 79:25 79:25 82:14 83:11 87:14 89:14 97: 97:4 97:15 98:8 99:13 111:20 111:22 115:9 116:14 116:21 120:12 120:15 120:1 123:15 127:22 127:24 134:8 134:20 140:2 140:3 141:13 155:2 159:17 161:3 163:10 167:13 172:6 173:12 175:20 176:20 216:10 243:5 246:13 249:8 249:9 252:23 266:2 275:14 289:14 291:22 293:1 295:20 297:2 **couldn't**(1) 43:25 **couldn't**(1) 133:16 **council**(3) 187:6 187:10 187:11 **counsel**(76) 27:8 27:13 47:16 64:18 113:10 147:16 169:14 175:1 175:2 176:25 179:17 186:22 191:3 191:8 191:9 191:9 192:19 192:20 195:18 195:19 195:19 195:21 197: 197:15 199:1 199:16 199:17 203:17 204:10 204:12 204:14 204:18 205:12 207:12 208:2 216:18 217:3 217:15 220:1 221:12 221:20 222:14 225:19 234:1 239:9 240:7 240:8 240:10 241:13 241:19 245:21 245:25 246:24 251:3 255:19 258:7 258:14 260:4 260:9 261:2 261:3 261:4 263:1 263:11 263:13 263:22 264:11 264:1 265:3 286:21 287:21 289:10 296:9 297:1 297:5 **counsel's**(2) 243:19 243:24 **country**(1) 137:14 **couple**(7) 64:7 65:25 78:25 137:15 166:9 192:11 275:16 **course**(17) 40:9 42:21 59:25 70:11 91:6 119:1 141:14 168:20 193:18 197:16 205:1 213:9 220:23 256:6 261:21 278:11 294:2 **court**(225) 1:1 12:3 12:5 13:5 13:9 14:8 14:12 14:19 15:7 15:15 15:20 16:2 16:5 21:6 25:7 25:13 25:19 26:5 26:7 26:9 27:1 30:15 30:24 32:6 34:1 34:2 36:5 38:13 38:18 39:1 39:4 39:10 42:1 51:1 51:12 55:5 57:19 57:22 57:25 58:3 63:6 63:9 63:17 67:16 68:10 69:19 71:12 72:3 72:17 72:20 72:25 73:6 77:24 78:9 79:14 83:11 85:6 86:6 89:15 95:1 97:9 97:12 97:17 97:24 100:20 102:10 102:15 102:19 102:21 102:24 103:1 107:18 112:22 115:1 115:18 117:11 118:15 118:23 128:19 132:19 139:21 140:14 140:19 144:25 145: 145:5 145:6 145:7 146:10 146:23 147:14 148:6 148:12 148:14 152:9 153:18 153:24 154:3 159:15 160:12 160:13 160:18 163:7 165:7 168:18 169:13 169:24 170:8 170:1 170:22 174:1 174:3 177:10 177:24 179:3 179:5 179:7 179:10 179:16 180:4 180:12 180:25 182:3 182:21 183:13 183:19 183:21 183:23 184:3 184:12 185:3 191:6 191:17 194:7 194:19 194:22 195:1 195:4 196:1 196:14 199:23 201:1 201:3 202:5 202:7 207:16 207:18 208:14 209:15 209:17 214:11 214:20 215:9 216:4 219:17 220:8 222:4 223:3 223:6 225:2 225:7 230:2 230:4 230:11 232:7 232:10 232:20 233:5 233:12 246:18 246:21 248:4 249:15 250:6 250:17 250:23 251:17 251:9 252:10 253:13 253:16 253:20 253:21 258:21 259:16 268:18 270:23 274:18 279:1 279:3 279:8 279:11 279:14 287:5 289:1 291:24 292:4 292:6 293:20 293:23 295:5 295:10 296:2 296:3 296:6 296:17 297:9 297:25 298:13 298:18 298:24 299:13 **court-ordered**(1) 233:9 | | **courtney**(1) 10:5 **courtroom**(3) 1:10 15:11 154:10 **court's**(2) 143:18 144:24 **cover**(3) 195:22 196:7 214:3 **covered**(3) 185:7 243:3 294:13 **covering**(2) 185:10 202:16 **covers**(1) 292:24 **crazy**(3) 175:21 175:23 176:7 **create**(6) 21:17 54:1 55:17 57:2 144:5 144:7 **creation**(2) 56:14 292:17 **credible**(1) 167:13 **credit**(6) 6:43 31:19 33:19 98:10 98:13 98:16 **creditor**(5) 45:11 81:6 177:7 248:17 255:2 **creditors**(83) 3:34 4:5 6:7 37:5 42:21 45:18 45:18 46:1 49:20 51:24 52:1 52:4 53:18 57:7 59:24 61:3 61:22 62:13 65:3 70:19 77:5 77:6 77:7 82:24 84:14 84:19 88:21 89:18 91:4 91:8 99:17 101:17 101:20 110:6 118:12 122:8 155:21 157:11 157:15 157:15 160:8 174:5 185:16 190:6 190:8 190:10 205:25 208:8 211:5 212:15 220:16 220:17 220:18 227:13 229:5 231:2 231:4 231:13 235:4 235:7 235:12 236:15 241:6 243:15 244:18 245:1 245:2 247:10 249:6 249:13 249:22 249:23 252:5 252:7 257:15 257:21 257:25 259:1 261:15 263:4 263:6 268:21 283:25 **creditors'**(3) 157:7 157:16 157:21 **critical**(1) 264:19 **criticisms**(1) 287:20 **cross**(11) 94:23 97:10 98:1 102:13 147:21 166:2 170:8 253:13 253:17 253:21 300:3 **cross-examination**(5) 103:4 253:23 253:24 279:12 292:4 **cubs**(6) 22:4 22:7 22:10 22:11 22:12 200:5 **culminated**(1) 26:18 **cumis**(1) 297:18 **current**(2) 16:14 96:22 **currently**(2) 16:11 184:19 **curtailed**(1) 178:15 **cutler**(1) 6:48 **do** (2) 292:23 293:6 **dos** (1) 292:21 **daily**(1) 124:6 **damage**(1) 37:8 **damages**(1) 86:16 **damian**(1) 2:15 **dan**(1) 52:16 **daniel**(4) 2:45 3:49 7:14 7:16 **data**(5) 1:33 27:13 27:16 44:2 189:12 **date**(15) 22:25 23:16 33:12 45:8 136:3 136:16 149:9 159:8 209:6 209:7 212:23 223:4 227:9 247:17 281:13 **dated**(7) 31:18 75:19 87:23 111:24 127:21 202:18 239:10 **dates**(2) 25:25 251:21 **dave**(1) 7:26 **david**(15) 2:44 3:29 3:35 4:50 5:13 5:25 9:11 11:12 14:14 14:17 16:6 103:4 112:13 154:9 300:7 **davis**(3) 2:11 8:14 9:31 **dawn**(1) 2:49 **day**(26) 4:42 20:6 20:6 64:16 64:18 64:18 64:22 64:22 64:23 119:9 145:13 145:14 154:9 154:11 171:21 175:14 182:9 213:1 233:19 233:19 240:5 240:11 241:1 242:24 246:25 297:20 |

**connections**(1) 118:18
**consciously**(1) 117:24
**consensual**(5) 138:25 139:5 139:9 153:8 154:19
**consequence**(2) 129:6 129:9
**consider**(7) 27:5 82:6 203:16 225:20 277:8 282:9 289:17
**consideration**(43) 59:19 59:21 81:22 87:1 87:5 90:2 90:13 90:14 92:18 100:11 124:21 124:23 125:16 125:23 161:24 220:12 226:7 226:8 231:23 232:1 232:4 232:12 235:1 244:24 246:6 252:21 263:16 264:7 266:3 273:4 275:20 277:10 279:19 279:23 280:15 281:20 282:22 282:25 284:10 289:20 290:13 291:7 291:13
**considerations**(2) 88:17 244:4
**considered**(1) 232:2
**considering**(4) 28:8 191:25 200:4 276:25
**consisted**(1) 263:17
**consistent**(12) 72:9 72:18 75:7 82:2 142:11 217:16 226:22 229:8 231:17 236:1 261:1 285:4
**constant**(1) 47:15
**constituencies.'**(1) 112:10
**constituency**(1) 157:14
**constituent**(1) 280:16
**constituents**(7) 45:11 81:7 252:18 261:12 278:8 288:18 290:23
**construct**(3) 72:8 135:1 161:23
**constructive**(5) 39:20 40:4 47:22 82:4 82:8
**consult**(2) 179:24 205:19
**consultation**(1) 102:13
**contact**(1) 148:19
**contained**(2) 93:8 161:14
**containers**(1) 298:22
**contains**(1) 274:25
**contemplated**(3) 59:19 69:18 148:11
**content**(1) 161:16
**contention**(1) 256:19
**contentions**(1) 256:15
**contentious**(4) 47:24 57:11 256:8 257:16
**contested**(1) 30:11
**context**(5) 73:2 88:19 105:20 144:14
**contingent**(1) 80:17
**continue**(9) 27:10 53:13 114:11 116:14 116:21 163:9 186:22 216:23 236:16
**continued**(21) 2:2 3:2 4:2 5:3 7:2 8:3 9:2 10:2 11:2 29:7 49:4 59:9 64:23 66:23 71:23 186:19 205:10 232:5 237:4 242:3 242:18
**continues**(1) 72:4
**continuing**(3) 22:2 28:25 225:9
**contract**(1) 21:14
**contracts**(3) 21:12 189:17 261:25
**contrarian**(2) 10:20 10:21
**contrary**(1) 123:12
**contrast**(1) 266:15
**contributing**(1) 264:3
**control**(3) 34:13 62:6 198:2
**controversial**(1) 25:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **days**(10) 47:21 47:21 47:22 47:23 72:24 135:13 280:22 281:3 281:10 282:17 | | **definitive**(1) 161:24 | | **diaz**(1) 1:33 | | **direct**(31) 14:6 14:23 15:19 16:6 98:21 99:15 104:18 105:11 109:1 120:24 125:25 131:10 131:25 138:7 140:18 141:4 141:22 142:23 143:18 143:19 147:20 152:2 158:22 184:15 195:24 217:2 254:23 264:12 267:10 296:10 300:3 | |
| **dbtca**(1) 4:48 | | **defraud**(1) 268:20 | | **did**(301) 17:15 19:12 20:24 23:21 24:7 24:9 24:17 24:18 27:21 27:24 28:5 28:7 28:20 29:22 31:25 35:3 37:23 38:1 41:15 42:22 44:11 45:13 45:25 46:1 46:19 48:2 48:12 48:17 49:1 49:2 49:21 52:17 52:21 53:13 53:14 53:15 54:18 55:6 55:24 56:3 56:4 56:10 58:6 59:9 59:11 60:5 60:20 60:22 62:1 62:15 62:18 65:6 65:16 65:21 66:6 71:15 72:4 72:10 73:7 73:11 74:14 74:23 75:12 80:22 81:3 81:6 81:13 81:15 81:24 84:24 87:12 88:2 89:8 93:10 93:16 94:7 94:11 94:14 94:21 95:8 95:14 95:16 96:3 98:5 99:11 99:21 101:9 101:10 103:6 105:24 106:1 106:3 106:8 106:11 106:15 108:7 108:15 109:11 110:12 111:9 117:17 118:2 118:12 119:21 119:24 120:3 120:11 126:12 127:6 128:21 129:3 129:4 129:10 129:18 130:3 130:21 131:2 131:3 131:5 131:16 133:4 135:14 139:8 139:9 140:2 141:14 142:7 142:15 147:23 148:25 149:1 149:11 151:7 151:18 154:18 154:20 157:17 160:20 162:13 165:20 166:16 169:25 172:25 176:15 177:4 177:5 184:21 185:15 186:17 187:17 187:24 188:5 188:15 188:1 192:8 193:21 195:15 195:19 196:19 197:21 198:10 198:11 198:15 199:12 199:13 200:7 201:13 203:2 203:16 204:1 204:13 204:16 205:2 205:14 205:18 206:2 206:17 208:12 209:18 210:5 211:3 211:23 212:21 212:25 213:11 216:7 216:16 216:22 216:22 217:4 217:5 217:9 217:22 218:1 218:4 218:7 218:14 219:3 219:9 219:9 219:25 221:1 221:6 221:9 221:19 222:4 223:2 223:5 223:7 223:15 223:21 224:3 224:22 225:20 225:24 226:1 226:12 226:2 227:3 227:7 231:23 232:1 232:14 232:22 232:25 233:1 233:8 233:24 234:14 235:5 235:15 236:8 236:10 236:23 237:2 238:1 238:8 238:12 238:14 239:23 240:21 240:2 242:6 242:24 242:25 243:7 243:9 243:10 243:11 244:4 244:7 244:10 244:12 244:13 244:15 244:19 245:21 245:25 245:25 246:1 246:7 247:2 247:13 248:6 249:2 251:4 251:16 252:4 252:23 253:7 253:9 255:14 255:17 256:10 258:10 262:2 263:3 263:9 264:11 268:5 270:3 271:9 271:11 274:3 274:9 274:15 274:16 275:6 275:19 276:6 277:5 277:8 277:20 278:12 278:17 279:5 281:2 281:3 281:6 281:15 | |
| **dcl**(43) 12:25 13:12 13:15 14:14 14:17 81:25 180:7 196:14 196:16 201:3 201:5 202:7 202:9 202:24 216:5 247:25 248:5 248:6 248:24 248:25 249:2 249:6 249:12 249:21 251:12 253:10 255:2 255:9 257:3 257:18 257:20 266:8 266:13 270:14 273:1 280:23 281:4 283:15 284:20 290:2 290:14 298:7 300:16 | | **delaware**(8) 1:2 1:12 2:7 3:7 12:1 191:10 199:17 205:21 | | | | **directed**(6) 12:15 23:25 94:17 152:16 264:10 265:3 | |
| **dcl-999**(1) 67:8 | | **delay**(1) 268:20 | | | | **direction**(15) 20:25 25:2 26:13 32:1 35:11 43:10 76:12 83:6 93:15 177:6 199:24 217:14 225:19 262:25 263:10 | |
| **dead**(2) 55:19 55:20 | | **deliver**(2) 59:21 69:4 | | | | **directions**(2) 47:25 218:1 | |
| **deal**(36) 22:8 22:21 27:24 30:9 30:18 33:9 45:6 48:24 49:1 49:18 51:10 51:13 53:4 56:20 56:24 57:13 58:20 60:8 60:25 65:4 65:10 70:9 77:10 80:15 84:13 95:17 95:18 117:1 123:16 124:19 124:20 147:10 151:9 153:8 172:19 222:13 | | **delivered**(1) 55:4 | | | | **directly**(4) 18:19 173:3 192:8 227:4 | |
| | | **delve**(1) 94:24 | | | | **director**(2) 16:15 19:5 | |
| **dealing**(1) 23:5 | | **demand**(4) 146:7 158:3 263:11 263:13 | | | | **director's**(1) 37:9 | |
| **dealings**(3) 74:6 74:8 112:10 | | **demanded**(1) 125:2 | | | | **directors**(13) 4:42 62:11 86:11 86:12 86:14 112:3 153:4 177:7 187:11 207:4 245:9 292:24 293:1 7 | |
| **dealt**(3) 132:3 132:17 259:11 | | **demanding**(1) 125:8 | | | | |
| **dearborn**(1) 1:27 | | **demo**(1) 7:30 | | | | **disagree**(1) 74:13 | |
| **debated**(1) 252:23 | | **demonstrate**(1) 182:25 | | | | **disagreement**(1) 134:5 | |
| **debenture**(4) 3:19 11:9 12:15 52:7 | | **demonstrates**(1) 229:4 | | | | **disallowance**(6) 231:11 275:12 277:1 277:6 277:19 278:2 | |
| **debt**(31) 23:5 32:10 32:21 36:17 37:4 39:22 41:12 42:17 43:1 54:2 55:18 57:4 57:4 57:7 59:23 83:21 85:1 89:11 91:2 94:3 94:4 98:17 99:8 99:20 121:20 126:18 129:11 159:16 198:5 219:8 231:3 | | **demonstrative**(5) 25:20 25:25 26:12 131:1 184:8 | | | | |
| | | **demonstrative**(1) 15:18 | | | | **disappointed**(1) 236:13 | |
| | | **dempsey**(2) 298:4 298:5 | | | | **disclosed**(1) 204:3 | |
| **debtor**(12) 52:11 55:24 59:2 81:18 110:9 110:22 117:23 156:8 156:11 163:22 225:1 255:2 | | **deniability**(2) 49:9 49:10 | | | | **disclosing**(1) 274:17 | |
| | | **denied**(5) 12:13 12:17 13:23 148:7 297:11 | | | | **disclosure**(1) 129:21 | |
| | | **dense**(1) 56:8 | | | | **disconnected**(1) 145:17 | |
| **debtors**(42) 1:12 1:23 2:4 47:1 50:22 52:4 53:13 60:22 60:23 71:16 72:4 82:5 105:11 106:4 109:8 109:15 109:18 111:8 138:3 139:18 139:24 145:12 145:19 147:22 150:19 156:22 156:22 159:20 160:19 161:18 164:14 171:11 189:9 212:22 213:4 216:15 230:21 234:19 284:12 289:22 296:23 297:16 | | **departure**(1) 19:10 | | | | **discovering**(1) 208:3 | |
| | | **dependent**(1) 80:18 | | | | **discovery**(8) 12:6 12:16 12:19 59:1 78:6 107:2 143:20 250:15 | |
| | | **depending**(1) 298:15 | | | | |
| | | **depicted**(1) 93:6 | | | | **discuss**(7) 66:6 102:16 120:11 146:6 147:16 176:15 221:1 | |
| | | **depicts**(1) 33:20 | | | | |
| | | **depose**(1) 12:11 | | | | |
| | | **deposition**(28) 38:19 66:11 71:7 71:9 71:11 71:15 73:13 78:1 94:18 106:24 107:10 107:21 108:9 108:16 132:25 133:1 140:1 143:6 146:1 146:1 172:25 173:1 250:7 258:25 259:1 269:2 274:4 277:25 | | | | **discussed**(18) 36:3 91:12 104:18 109:11 117:15 118:21 120:3 120:24 126:9 138:7 169:16 192:5 218:11 223:25 226:8 240:14 243:19 244:2 | |
| **debtors'**(6) 109:7 111:1 112:4 124:14 153:5 160:2 | | | | | | |
| | | | | | | **discusses**(1) 158:25 | |
| | | **depositions**(3) 108:2 108:7 108:18 | | | | **discussing**(4) 108:2 144:22 191:20 286:19 | |
| **december**(13) 19:18 33:17 43:14 43:20 59:13 194:3 196:7 196:8 198:6 200:21 201:25 203:11 204:5 | | **depository**(4) 106:17 130:17 130:22 130:23 | | | | **discussion**(17) 14:20 47:15 113:9 158:6 158:9 171:2 171:20 182:4 195:16 212:7 242:3 242:18 252:16 258:1 279:6 286:14 289:11 | |
| | | **derive**(1) 219:25 | | | | |
| | | **describe**(15) 17:3 17:20 21:3 28:8 35:15 39:17 42:15 56:22 67:16 82:10 84:6 138:21 192:22 207:2 218:19 | | | | |
| **decide**(5) 81:15 160:18 163:7 282:14 | | | | | | |
| **decided**(13) 28:23 47:7 61:18 81:16 162:5 182:18 198:10 198:12 275:5 275:10 277:1 280:4 288:12 | | | | **did**(18) 281:16 281:19 281:20 282:9 282:13 282:22 283:3 285:22 287:12 287:1 287:18 288:2 289:5 289:12 289:20 291:6 291:12 | | **discussions**(38) 36:1 42:4 42:18 42:22 44:1 47:2 47:4 47:6 47:20 47:24 56:19 57:8 59:11 60:20 61:11 65:9 65:21 67:1 74:13 75:3 82:5 82:8 95:8 118:10 124:10 125:15 143:1 145:19 155:2 160:7 160:10 176:4 196:25 210:19 225:9 252:3 253:3 294:6 | |
| | | **described**(25) 18:22 22:15 32:5 33:1 35:2 40:3 40:14 47:20 61:1 70:21 87:25 92:22 99:16 100:11 103:8 103:9 105:11 126:15 195:14 229:17 237:18 239:9 249:7 251:3 251:21 | | | | |
| **deciding**(1) 204:11 204:17 | | | | | | |
| **decision**(15) 29:5 29:6 62:8 109:23 161:24 204:9 206:21 221:6 235:15 238:18 244:5 248:8 274:15 281:15 285:24 | | | | **didn't**(19) 28:18 57:21 58:1 65:14 66:14 66:16 78:2 79:22 199:11 203:21 228:4 228:4 228:5 235:19 239:18 247:2 262:14 278:17 289:17 | | **disgorgement**(18) 69:7 69:11 83:17 83:18 83:25 90:25 92:19 272:15 273:17 273:20 273:23 274:2 274:11 277:1 277:5 277:11 277:19 277:22 | |
| | | **describes**(2) 51:9 83:9 | | | | |
| | | **description**(2) 118:18 146:3 | | | | |
| **decisions**(5) 28:4 28:5 28:20 62:25 105:2 | | **descriptions**(1) 166:11 | | | | |
| **deck**(5) 31:22 33:24 35:7 43:6 83:2 | | **designated**(1) 217:20 | | | | **dispute**(4) 12:10 30:19 69:22 179:22 | |
| **decline**(1) 219:4 | | **designed**(4) 21:9 41:8 41:24 43:13 | | **didn't**(20) 105:25 106:16 106:16 107:5 109:9 108:16 123:11 123:13 126:17 126:1 135:11 143:10 146:8 148:21 151:5 151:10 163:1 164:12 168:24 169:10 | | **disputed**(1) 179:19 | |
| **decrease**(1) 246:13 | | **desirable**(1) 246:9 | | | | **distinction**(1) 43:24 | |
| **decreased**(1) 246:14 | | **desk**(1) 185:7 | | | | **distressed**(1) 155:7 | |
| **decreases**(2) 280:17 284:9 | | **despite**(1) 169:4 | | | | **distributable**(1) 51:17 | |
| **default**(1) 160:3 | | **detail**(3) 70:22 262:15 265:5 | | | | **distribute**(3) 70:8 196:16 264:4 | |
| **defaulting**(1) 159:3 | | **detailed**(2) 224:7 241:19 | | **differ**(1) 225:24 | | **distributed**(6) 15:22 59:24 161:16 193:1 224:13 245:14 | |
| **defendant**(1) 120:4 120:13 294:12 | | **details**(2) 104:15 258:1 | | **difference**(4) 39:23 68:19 89:24 90:3 | | |
| **defendants**(4) 205:11 209:12 251:16 293:1 | | **detender**(1) 251:16 | | **differences**(1) 222:2 | | |
| **defense**(1) 86:10 | | **determination**(8) 69:19 70:6 70:10 161:22 274:9 289:5 289:13 292:11 | | **different**(18) 41:10 42:5 68:16 68:17 77:18 78:25 93:16 93:17 95:5 96:12 146:19 189:22 191:15 192:4 210:25 216:1 226:10 229:13 | | **distribution**(3) 89:1 160:25 197:4 |
| **defenses**(4) 40:7 40:11 40:11 40:17 | | | | | | **district**(1) 1:2 | |
| **defer**(1) 99:22 | | **determinations**(2) 62:8 294:4 | | **differential**(1) 171:14 | | **diverse**(1) 217:17 | |
| **deficient**(5) 164:4 164:8 164:9 164:10 164:15 | | **determine**(8) 21:25 22:20 23:2 23:4 38:8 61:17 65:3 159:15 | | **differently**(1) 210:12 | | **divided**(1) 220:13 | |
| | | | | **difficult**(4) 57:11 61:21 163:19 262:3 | | **dividend**(2) 38:13 37:7 | |
| | | **determined**(8) 29:12 29:13 69:25 83:20 184:7 289:10 289:19 290:11 | | **difficulty**(1) 146:18 | | **dividends**(1) 37:11 | |
| **define**(1) 119:20 | | | | **digest**(1) 56:7 | | **doable**(1) 142:12 | |
| | | **determining**(1) 29:9 | | **dilworth**(1) 12:12 | | | |
| | | **determining**(1) 78:14 | | | | | |
| | | **deutsch**(3) 3:42 6:10 | | | | | |
| | | **deutsche**(4) 11:4 189:25 192:1 253:1 | | | | | |
| | | **develop**(6) 20:3 24:11 37:23 41:4 58:6 | | | | | |
| | | **developed**(2) 110:23 285:25 | | | | | |
| | | **developing**(3) 20:19 21:4 34:16 | | | | | |
| | | **dewey**(1) 4:32 | | | | | |
| | | **diamond**(1) 7:24 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**document**(47) 12:12 20:22 21:2 21:3 25:1 25:4 38:4 38:6 38:7 50:5 50:7 51:6 51:8 51:9 56:8 67:7 67:12 67:14 67:20 67:25 68:3 68:4 68:7 73:18 75:23 75:25 83:6 83:8 83:9 87:16 87:18 87:20 93:2 107:12 138:25 139:2 151:25 160:23 207:20 213:2 214:19 215:2 215:5 215:20 227:14 229:25 271:12

**documents**(18) 15:24 15:24 106:18 106:20 152:1 195:12 196:3 197:7 200:15 200:18 201:18 201:23 206:25 207:3 207:8 207:12 207:21 211:15

**dodge**(1) 5:18
**does**(41) 17:4 21:2 25:4 26:15 32:3 35:13 36:23 37:7 37:12 38:6 39:23 40:1 43:12 81:17 82:6 90:21 100:15 104:23 121:13 122:19 128:13 145:24 148:8 189:8 190:11 192:20 198:19 198:23 208:20 208:21 208:23 219:17 236:14 249:25 250:14 253:10 266:18 271:23 272:9 287:14 295:1

**doesn't**(4) 55:19 97:22 194:15 252:3
**doesn't**(4) 111:16 121:22 122:21 129:24
**doing**(13) 21:16 23:4 46:3 48:6 56:2 68:6 98:5 120:14 129:11 146:15 154:11 208:3 298:7
**dollar**(11) 42:6 55:10 155:22 235:4 235:6 235:8 261:18 266:7 266:10 266:22 267:6

**don**(5) 7:48 113:14 117:24 176:2 176:23
**don't**(58) 13:19 13:24 14:3 14:24 15:3 15:12 25:14 26:1 30:23 39:17 48:19 55:18 61:12 65:14 69:22 71:10 71:23 74:12 97:22 99:25 182:13 183:6 183:11 183:16 194:23 195:10 196:11 199:7 203:1 205:1 224:19 229:18 233:8 235:24 247:17 250:18 258:12 260:23 260:23 261:6 262:2 265:5 265:16 266:9 266:19 266:19 275:14 277:24 278:19 282:4 282:13 286:16 287:11 287:11 287:21 291:17 293:21 297:7

**donald**(1) 2:14
**done**(23) 21:20 22:16 46:5 48:24 49:1 49:8 61:6 102:13 120:25 128:22 156:11 156:16 157:2 157:5 164:21 177:14 206:23 221:15 230:12 238:19 250:9 253:18 291:2

**don't**(63) 103:7 107:9 108:6 108:8 109:21 111:17 114:9 115:19 116:8 117:20 117:24 120:6 120:7 120:14 120:17 122:9 125:4 125:7 125:9 130:2 133:19 137:1 140:9 142:16 143:22 144:10 144:13 145:21 147:2 149:2 150:12 150:20 152:22 151:6 151:20 151:23 155:7 155:11 157:5 157:24 157:24 158:3 158:8 160:22 161:20 161:21 161:21 161:24 162:13 163:6 163:24 165:1 165:1 165:17 166:14 167:18 168:13 170:19 173:14 179:24 179:25 262:14 294:24

**door**(5) 79:4 144:15 146:13 147:23 148:10
**dorr**(1) 6:49
**dots**(2) 222:16 251:22
**double-negativ**(2) 132:10 155:11
**doubt**(4) 138:5 140:9 154:13 162:24
**dougherty**(2) 8:43 8:44
**douglas**(2) 3:42 6:10
**down**(26) 31:18 33:1 56:6 67:19 69:16 79:12 79:12 79:17 80:1 85:14 86:2 101:3 103:24 113:10 115:3 117:5 161:25 175:6 179:7 183:8 189:13 260:18 274:13 287:4 287:16 296:6

**downside**(1) 125:1
**dozen**(1) 185:24
**draft**(5) 193:3 193:7 193:9 193:13 197:10
**drafting**(1) 236:8
**draw**(3) 43:24 140:16 227:21
**drive**(1) 155:8

**driven**(1) 80:18
**driving**(1) 42:19
**drop**(2) 48:12 48:17
**dropped**(5) 48:20 48:20 126:4 126:5 126:5
**dublin**(1) 2:47
**due**(4) 75:6 140:15 189:14 232:4
**during**(34) 15:11 31:12 37:20 44:17 47:17 56:22 57:8 60:17 61:4 64:20 65:21 66:10 66:18 78:1 80:7 102:16 110:8 117:14 119:1 134:3 143:15 143:18 144:8 186:14 207:12 213:12 221:7 225:22 231:24 253:7 279:12 281:22 292:24 294:22

**duties**(4) 37:10 116:12 205:23 206:5
**duties."**(1) 116:10
**duty**(6) 37:6 37:17 167:15 170:3 278:6 278:12

**e-mail**(31) 111:22 113:1 113:9 113:14 114:13 114:19 114:22 127:15 127:17 128:1 128:11 128:22 134:15 134:22 140:23 141:15 152:11 159:9 159:19 160:1 171:20 171:25 173:11 173:15 173:16 174:12 174:16 174:19 174:22 175:4 175:13

**e-mails**(1) 127:6
**each**(15) 21:6 38:23 139:11 192:25 213:2 215:22 228:22 238:16 238:16 251:22 274:21 275:15 275:15 278:3 278:19

**ear**(1) 49:6
**earlier**(19) 14:20 52:20 57:10 58:23 82:1 90:23 171:21 194:8 205:23 225:14 225:18 228:18 243:9 247:9 251:21 252:6 263:15 264:15 292:20

**early**(16) 56:23 63:17 66:2 104:20 124:9 130:24 176:22 186:16 186:16 198:16 210:7 210:13 218:18 237:5 237:6 237:8

**earnest**(1) 42:13
**easier**(1) 32:12
**east**(1) 2:39
**ecro**(1) 1:31
**edited**(1) 185:5
**editor**(3) 185:5 185:6 185:7
**education**(2) 185:7 185:8
**educational**(2) 17:20 185:11
**edwards**(1) 5:18
**effect**(2) 27:9 131:23
**effectuate**(1) 28:10
**efficient**(1) 164:12
**effort**(18) 28:3 21:16 22:20 24:10 27:8 27:25 44:15 53:20 55:17 62:20 136:10 163:9 176:25 198:15 237:4 278:12 278:14 286:7
**efforts**(10) 43:6 44:18 49:4 54:10 82:11 161:3 169:4 225:4 236:16 278:11

**egi**(1) 29:1 31:8 32:14 37:19 86:15 117:5 117:9
**egi-trb**(8) 116:25 117:1 166:5 166:21 167:2 168:17 169:2 169:7

**ehmer**(2) 8:48 10:48
**eight**(1) 228:11
**eighty**(1) 266:11
**eighty-five**(1) 266:11
**eitan**(1) 6:39
**either**(15) 13:25 28:12 28:14 39:20 67:5 72:22 105:25 126:15 130:24 136:22 168:13 169:6 179:11 259:13 277:5

**either's**(1) 72:11
**elden**(1) 8:43
**eldersveld**(1) 7:26
**elected**(1) 186:11
**electing**(1) 26:19
**electronic**(1) 1:39 196:21 299:6

**elicit**(1) 26:2
**elicitation**(1) 169:15
**elicited**(4) 58:25 59:4 143:17 144:23
**eliciting**(2) 146:6 147:21
**eligible**(1) 117:22
**eliminate**(2) 79:8 182:9
**elkins**(1) 9:35
**elliot**(1) 2:12
**else**(6) 13:24 40:22 85:17 106:11 145:22 156:14

**elsewhere**(1) 298:21
**email**(7) 66:3 67:8 67:22 68:12 68:24 73:20 197:2

**emails**(1) 67:17
**emanated**(1) 23:13
**embarking**(1) 41:16
**embodied**(9) 255:1 255:11 260:9 269:12 273:1 275:6 275:19 279:19 279:25

**embodies**(1) 236:20
**emerge**(1) 70:19
**emergence**(4) 56:17 69:20 70:9 89:2
**emotional**(1) 47:24
**employed**(3) 16:12 184:19 184:23
**employee**(3) 188:9 197:22 198:8
**employees**(3) 160:25 186:1 186:2
**employment**(2) 17:11 104:14
**empty**(1) 298:22
**enabled**(1) 42:4
**enacted**(1) 79:14
**end**(23) 13:15 15:2 29:3 63:24 65:1 95:23 110:20 115:22 126:8 130:24 130:2 164:22 179:21 186:17 231:6 233:22 234:14 234:23 236:4 239:11 240:17 264:2

**ended**(6) 99:10 121:4 130:7 186:20 186:21 233:20

**endorsed**(1) 267:7
**engage**(6) 27:6 42:4 44:1 47:1 65:15 262:11
**engaged**(5) 27:11 61:10 252:17 255:20 262:11

**engagement**(6) 18:6 18:8 18:9 18:20 19:8 138:19

**engagements**(1) 19:20
**engaging**(2) 75:3 143:1
**english**(1) 4:48
**enhancing**(1) 157:17
**enjoy**(3) 57:3 89:9 153:24
**enjoyed**(2) 52:3 82:24
**enjoys**(1) 92:14
**enough**(12) 12:18 49:13 66:6 108:21 108:25 109:25 119:6 145:8 150:17 151:6 202:12 223:5
**ensure**(6) 19:21 21:9 31:14 44:3 78:21 78:21

**entered**(2) 27:15 197:19
**enterprise**(25) 51:18 51:19 80:16 101:7 101:12 280:6 280:9 280:10 280:12 280:14 280:19 280:24 281:5 281:9 281:12 281:18 289:21 290:1 290:4 290:7 290:10 290:16 290:19 290:20 290:22

**entertainment**(1) 28:16
**entire**(3) 67:20 84:1 262:23
**entirely**(1) 114:15
**entirety**(1) 148:9
**entities**(2) 23:15 268:19
**entitled**(17) 20:19 24:23 31:22 32:23 35:8 38:3 43:6 51:4 70:2 70:3 76:9 76:20 83:2 93:25 142:2 212:4 228:11
**entity**(2) 34:8 166:19

**entry**(4) 18:12 19:20 19:23 33:11
**enumerated**(3) 44:4 47:16 51:11
**eos**(2) 10:8 10:8
**ephraim**(1) 7:24
**equal**(1) 129:7
**equally**(2) 132:23 249:3
**equated**(1) 51:21
**equipoise**(1) 231:5
**equitable**(7) 36:25 40:18 40:21 231:1 231:10 236:16 255:11

**equity**(11) 30:6 32:16 32:18 34:11 60:1 60:4 89:6 98:23 101:21 101:22 166:25

**equivalent**(3) 220:20 245:3 263:6
**erc**(1) 294:12
**error**(1) 146:11
**errors**(1) 193:5
**esop**(8) 23:15 24:24 29:2 29:3 30:4 30:4 31:3 33:13

**especially**(3) 66:15 100:1 146:18
**esq**(129) 1:24 1:25 1:26 2:6 2:12 2:13 2:14 2:15 2:16 2:22 2:23 2:30 2:31 2:38 2:44 2:45 2:46 2:47 2:48 2:49 2:50 3:5 3:6 3:14 3:15 3:20 3:28 3:29 3:35 3:36 3:37 3:38 3:39 3:40 3:41 3:42 3:48 3:49 4:6 4:7 4:8 4:15 4:16 4:25 4:26 4:33 4:34 4:35 4:43 4:49 4:50 5:7 5:13 5:19 5:25 5:31 5:32 5:39 5:45 6:8 6:10 6:12 6:14 6:16 6:20 6:21 6:22 6:23 6:27 6:31 6:33 6:35 6:45 6:50 6:52 7:6 7:10 7:14 7:16 7:20 7:24 7:26 7:30 7:32 7:34 7:38 7:40 7:42 7:46 7:48 7:52 8:6 8:10 8:14 8:16 8:18 8:20 8:25 8:29 8:33 8:35 8:40 8:44 8:48 9:5 9:9 9:11 9:13 9:17 9:21 9:28 9:32 9:36 9:40 9:48 9:52 10:5 10:9 10:13 10:17 10:22 10:26 10:30 10:34 10:39 10:44 10:48 11:10 11:12

**essentially**(11) 13:11 26:17 41:12 67:16 149:20 159:19 194:2 201:20 211:25 238:17 269:19

**established**(8) 23:1 27:14 51:19 62:2 86:1 88:18 94:14 261:21

**establishing**(2) 195:7 264:1
**establishment**(3) 62:15 64:16 89:4
**esther**(1) 7:20
**estimate**(2) 253:16 298:8
**estoppel**(1) 231:2
**evaluate**(8) 21:22 24:13 54:17 198:12 238:13 250:10 278:12 291:20
**evaluated**(4) 232:2 274:22 289:21 291:10
**evaluation**(2) 154:7 275:18
**evaluations**(1) 221:15
**even**(7) 55:13 74:13 150:14 177:2 191:2 250:13 266:12

**evening**(1) 56:6
**event**(7) 40:25 69:23 69:24 83:19 86:6 109:23 295:21
**events**(22) 23:14 24:23 25:12 26:3 26:17 27:1 31:3 31:10 32:5 33:2 35:1 43:13 64:19 203:10 208:17 209:5 221:25 222:8 222:15 226:18 227:22 251:20

**eventually**(4) 49:1 54:18 82:11 218:23
**ever**(30) 55:4 60:20 71:16 72:5 109:21 117:24 118:2 120:3 120:11 123:3 127:6 128:11 147:4 158:3 161:22 171:17 176:15 191:12 191:23 193:12 201:13 206:2 206:17 208:12 227:3 236:23 264:12 287:12 287:19 288:2

**every**(5) 108:9 108:16 133:19 205:20

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| everybody(9) 15:23 41:22 56:2 56:9 61:14 79:8 85:17 242:15 259:13 | | exhibit(62) 49:23 50:1 50:3 50:10 50:12 50:15 67:8 73:19 75:18 82:1 82:14 82:15 82:17 82:19 87:14 87:15 92:3 111:18 117:13 121:1 127:12 134:9 151:25 158:17 158:23 164:25 165:2 174:9 202:24 211:4 212:14 213:19 214:10 214:22 214:24 215:10 215:25 216:5 227:12 227:19 228:1 228:11 228:25 235:23 237:11 237:18 239:1 241:4 241:10 241:10 243:12 270:13 270:13 270:14 271:1 272:19 283:12 283:1 283:15 284:20 284:20 284:23 | fact(31) 14:25 15:6 25:16 26:2 39:1 41:11 53:23 55:25 62:19 66:15 95:25 117:21 123:18 126:12 132:22 133:15 133:19 144:6 148:25 153:4 161:7 166:19 167:24 181:15 181:17 206:10 221:14 241:17 265:12 283:12 284:15 | fiduciary(6) 37:6 37:10 37:17 167:15 278:6 278:12 |
| | | | | factor(2) 66:21 292:18 | field(1) 274:24 |
| everybody's(1) 147:4 | | | | factors(6) 20:19 21:4 21:7 34:16 55:6 94:21 169:15 174:3 | fifth(1) 35:7 |
| everyone(6) 12:3 44:7 45:5 47:8 81:8 133:12 | | | | facts(8) 24:13 24:14 46:3 46:6 54:16 | fifty-fifty(2) 269:4 269:7 |
| | | | | | fight(3) 179:25 183:9 183:10 |
| everyone's(1) 140:16 | | | | factual(1) 15:4 | figure(6) 56:3 113:20 114:10 188:13 221:17 276:20 |
| everything(7) 21:17 89:13 101:18 101:19 118:8 128:21 129:3 | | | | fail(1) 161:3 | |
| | | exhibits(18) 15:18 179:14 179:20 180:1 180:3 181:7 194:5 195:25 196:2 196:16 200:16 200:25 201:5 201:19 201:20 202:3 202:9 300:16 | failed(3) 61:7 62:20 65:20 | figure."(1) 175:17 |
| evidence(22) 12:24 144:23 155:25 167:13 181:3 181:12 181:17 181:24 184:9 196:16 200:25 201:5 202:10 202:20 202:24 214:11 214:22 215:6 215:10 216:5 219:14 | | | | fails."(1) 174:6 | figure"(1) 114:8 |
| | | | | | file(1) 13:17 |
| | | | | fair(48) 37:3 48:19 50:15 67:4 92:17 94:19 108:19 108:25 109:9 109:19 109:22 109:25 110:1 110:5 110:24 110:25 111:2 111:3 111:4 118:10 119:6 126:14 150:17 163:25 169:23 174:22 218:13 221:12 223:5 235:10 235:20 236:15 236:16 236:18 244:17 247:4 255:11 278:19 282:15 285:1 285:19 288:9 288:14 288:22 289:7 289:18 289:20 297:6 | filed(15) 19:17 129:17 159:11 204:5 208:14 208:15 208:18 209:8 238:3 248:3 248:7 280:24 281:5 290:6 |
| evidentiary(1) 180:22 | | exist(9) 37:1 37:9 37:14 37:18 83:13 83:14 93:13 168:4 168:9 | | | files(1) 22:25 |
| exact(1) 32:17 | | | | | filing(7) 13:11 19:18 37:21 43:15 50:22 53:12 208:22 |
| exactly(11) 106:23 112:18 114:23 121:21 137:7 139:14 158:16 160:22 161:21 266:9 281:12 | | existed(3) 86:7 92:24 105:18 | | | |
| | | existence(1) 24:15 | | fairly(2) 88:25 89:5 | filings(3) 119:24 197:10 197:11 |
| examination(17) 14:6 15:19 16:6 98:1 138:21 166:3 170:9 170:14 178:2 180:24 181:9 184:15 254:23 267:10 281:23 292:8 296:11 | | existing(2) 32:18 198:5 | | fairness(6) 89:6 265:11 278:5 280:6 280:9 296:11 | final(8) 37:12 43:17 109:22 193:16 193:18 197:10 217:22 221:22 |
| | | exits(5) 20:20 21:4 164:1 164:5 164:16 | | | |
| | | exited(1) 78:12 | | faith(7) 86:10 96:5 132:7 132:13 139:17 140:2 140:17 | financial(32) 27:7 27:12 28:2 79:13 145:12 191:10 197:12 197:15 199:1 199:4 200:8 200:10 201:9 201:11 201:15 201:24 217:4 217:6 224:4 224:17 250:8 286:18 286:21 286:22 286:24 287:8 287:2 289:1 294:20 294:21 294:23 300:27 |
| examine(3) 94:23 183:19 223:10 | | expand(1) 53:13 | | | |
| examiner(70) 41:22 41:23 54:11 54:15 54:16 55:6 55:8 55:14 56:3 56:5 58:19 61:24 92:16 93:3 93:8 93:10 131:5 135:16 138:8 138:10 138:18 139:4 140:8 140:22 141:9 141:18 142:1 142:5 143:8 145:13 149:20 151:3 151:11 157:19 157:22 158:5 167:12 168:16 168:23 169:11 222:5 222:2 223:3 223:4 223:6 223:9 223:10 223:13 223:15 228:22 229:20 230:19 231:5 231:11 238:15 238:17 262:5 262:11 262:17 263:21 264:11 268:9 268:12 268:17 268:1 269:3 269:6 278:21 291:2 294:5 | | expanding(1) 81:20 | | | |
| | | expect(5) 15:12 60:7 141:23 154:13 298:5 | | fall(5) 19:16 27:13 42:14 44:17 298:16 | financing(5) 119:15 119:18 245:5 269:7 278:22 |
| | | expected(5) 46:21 66:13 285:12 286:10 288:10 | | false(2) 144:7 144:7 | |
| | | | | falsehood(2) 144:3 144:16 | financing"(1) 119:20 |
| | | expedite(2) 164:4 164:16 | | faltas(2) 8:51 8:52 | find(5) 53:17 78:3 162:23 167:13 168:18 268:18 298:20 |
| | | expenses(1) 269:24 | | familiar(17) 19:1 35:4 50:18 71:1 75:23 106:25 168:22 171:6 188:8 188:10 197:18 215:19 220:2 222:2 247:18 248:8 269:11 | |
| | | experience(9) 132:6 132:11 132:12 187:17 188:15 217:16 217:25 252:20 264:15 | | | finding(9) 70:2 174:2 174:6 269:6 279:17 279:21 291:2 291:3 292:16 |
| | | | | familiarize(2) 23:21 24:8 | |
| | | experiences(1) 217:10 | | family(1) 116:7 | findings(4) 94:20 169:11 238:17 268:17 |
| | | expert(10) 10:12 14:21 15:4 19:14 30:13 92:23 92:24 252:17 290:11 298:3 | | far(9) 46:22 106:3 106:11 121:6 121:8 123:10 140:2 140:3 216:10 | fine(4) 135:2 165:8 214:16 214:18 |
| examiner's(23) 25:22 55:1 92:12 93:19 93:23 222:2 222:23 223:21 223:25 224:5 224:7 224:14 224:21 224:24 228:16 229:3 229:13 265:2 279:17 279:21 284:7 285:18 292:11 | | | | | finger(1) 2:21 |
| | | expertise(1) 19:12 | | fargo(1) 5:37 | finish(2) 141:12 215:16 |
| | | explain(13) 38:14 58:23 59:18 78:12 96:21 97:1 97:5 139:17 153:14 153:18 153:20 239:24 288:21 | | fashion(2) 13:13 58:18 | finished(2) 23:9 296:3 |
| | | | | fast(1) 179:18 | firm(10) 16:21 19:6 64:16 64:18 119:6 119:9 119:14 204:22 260:20 260:22 |
| | | | | favor(8) 84:25 85:1 176:17 205:2 243:13 249:2 266:2 267:9 | |
| examiner's(10) 139:8 141:19 142:3 167:7 167:9 167:21 167:25 168:6 169:5 169:6 | | explained(4) 92:17 139:23 252:6 285:24 | | | |
| | | explanation(1) 148:21 | | favorable(10) 91:22 139:13 249:12 249:21 251:13 251:14 251:16 267:19 267:21 267:24 | firms(6) 28:2 204:16 204:19 204:25 234:1 260:14 |
| | | explore(3) 78:6 148:9 250:15 | | | |
| | | explored(1) 77:25 | | favoring(1) 206:18 | first(104) 12:5 12:8 12:25 13:3 14:5 14:14 19:19 20:19 21:8 24:11 25:1 34:15 38:10 39:16 41:7 43:10 44:3 56:1 56:9 59:18 64:7 65:25 75:9 76:2 80:22 82:22 84:13 85:19 88:5 88:7 88:10 88:11 88:25 89:22 90:18 90:22 92:1 92:11 92:13 103:16 103:25 104:8 111:18 111:22 114:19 115:4 115:12 115:20 134:20 141:7 141:17 146:11 150:2 150:13 160:19 169:14 174:9 175:10 177:13 178:11 179:17 181:1 194:1 194:19 197:21 198:3 199:2 199:22 208:18 208:22 209:2 210:11 210:20 211:10 211:10 226:3 233:15 233:25 234:15 234:23 239:8 240:22 245:15 254:15 255:16 255:18 257:1 270:2 270:2 270:5 270:10 271:19 272:1 272:9 273:5 275:7 275:18 276:11 276:12 276:18 276:21 277:4 280:23 281:4 283:14 284:22 |
| example(11) 22:3 25:21 120:12 127:8 128:10 134:8 144:4 181:13 191:16 256:21 261:3 | | | | fcc(2) 13:19 33:15 | |
| | | | | feasible(4) 72:11 72:11 73:5 73:5 | |
| | | exposure(10) 40:13 121:17 121:19 121:16 239:6 239:10 240:15 241:24 242:4 242:12 | | feature(1) 246:4 | |
| except(2) 12:19 25:11 | | | | february(10) 27:4 27:11 28:5 28:20 28:22 29:5 29:6 109:5 123:25 208:17 | |
| exception(1) 47:16 | | | | | |
| excerpts(1) 108:10 | | | | february/march(1) 130:20 | firsthand(2) 25:12 137:15 |
| excess(3) 158:10 264:13 264:14 | | expressed(1) 278:21 | | february/march/early-apri(1 130:12 | firth(1) 40:6 |
| exchange(4) 76:18 83:15 86:25 92:18 | | expresses(1) 162:21 | | fee(2) 294:18 294:19 | fischel(1) 297:21 |
| exchangeable(3) 98:24 166:20 167:1 | | expressing(1) 181:19 | | feel(1) 56:10 | five(6) 63:11 93:22 94:1 96:23 97:13 |
| exchanged(2) 46:15 218:22 | | expression(2) 27:16 28:25 | | feeling(1) 169:18 | fixed(1) 31:19 |
| exchanging(1) 45:22 | | expressions(1) 27:16 | | fees(4) 86:16 116:15 273:24 274:1 | flag(1) 146:14 |
| excluded(14) 146:19 146:25 147:8 191:13 191:14 191:21 191:23 191:24 192:1 192:5 196:24 228:3 228:7 228:9 | | extend(1) 129:8 | | feld(2) 2:43 8:32 | flaws(2) 287:12 287:20 |
| | | extension(1) 274:25 | | fell(6) 92:25 94:10 95:17 95:18 137:12 224:25 | flip(2) 22:13 159:1 |
| exclusivity(3) 35:19 123:24 129:19 | | extensive(5) 15:12 47:1 258:14 259:19 294:6 | | | |
| excuse(12) 21:16 28:11 30:1 49:21 59:8 67:18 78:21 83:12 107:24 130:9 141:9 193:19 | | | | felt(7) 44:20 45:19 62:23 79:19 151:15 170:3 171:12 | |
| | | extent(12) 70:1 71:21 84:10 94:21 140:7 145:18 179:20 179:21 184:10 258:6 295:1 295:21 | | | |
| executed(4) 31:19 33:19 98:10 98:14 | | | | | |
| execution(2) 44:4 53:11 | | | | few(7) 15:23 82:10 98:6 100:8 157:6 180:22 247:17 | |
| executive(4) 186:22 187:6 187:10 220:19 | | eyes(1) 209:6 | | | |
| executives(1) 136:24 | | face(1) 61:4 61:4 90:24 112:9 214:25 215:17 294:8 | | | |
| excretory(1) 21:12 | | | | | |
| exhausted(1) 61:8 | | face-to-face(1) 124:3 | | | |
| exhaustive(1) 138:21 | | facilitate(2) 31:14 87:6 | | | |
| | | facing(1) 19:16 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**flipped**(1) 297:24
**floor**(3) 4:19 4:28 5:20
**flopped**(1) 297:24
**flow**(4) 70:5 93:14 180:23 181:8
**flowing**(1) 47:25
**flows**(1) 69:24
**focal**(1) 256:14
**focus**(7) 69:20 69:21 111:22 172:7 254:5 263:25 264:6

**focused**(3) 20:7 172:16 177:1
**focusing**(3) 59:6 67:22 262:10
**fold**(1) 53:17
**folder**(1) 200:15
**followed**(2) 151:22 297:18
**following**(4) 29:5 29:6 53:11 81:17
**follows**(3) 86:2 115:21 297:21
**fond**(1) 173:17
**for**(301) 1:2 1:23 2:4 2:11 2:29 2:43 3:4 3:19 3:33 4:4 4:14 4:23 4:41 4:48 5:5 5:12 5:18 5:24 5:30 5:37 6:3 6:6 6:30 6:43 7:4 7:8 7:13 7:23 7:51 8:5 8:9 8:13 8:23 8:31 8:43 8:47 8:51 9:4 9:8 9:19 9:24 9:27 9:31 9:35 9:38 9:42 9:47 9:51 10:4 10:8 10:12 10:16 10:20 10:25 10:29 10:33 10:37 10:42 10:47 11:4 11:9 12:7 12:12 12:19 12:22 16:10 17:17 18:10 18:23 19:10 19:17 20:7 20:13 22:5 22:23 23:24 25:6 25:21 27:1 29:6 29:9 30:17 30:20 32:12 32:19 33:15 34:24 36:5 36:21 37:10 37:16 38:9 38:22 41:11 41:19 41:24 42:19 42:23 42:25 43:3 43:4 45:1 47:9 47:16 48:4 49:12 49:20 49:24 51:20 52:8 53:1 55:2 56:11 58:21 60:5 63:19 64:3 64:8 64:9 65:9 67:16 67:20 69:4 69:11 71:21 76:18 77:13 77:23 78:19 78:24 83:16 83:22 84:1 85:25 86:25 87:2 87:3 88:19 88:25 89:1 89:11 92:18 93:24 95:11 98:17 99:13 100:16 104:8 104:24 105:10 106:4 106:8 106:17 106:21 109:9 109:19 110:1 111:7 111:17 113:15 114:15 115:5 115:24 116:4 116:7 116:9 116:12 116:15 116:22 117:10 117:22 119:15 119:21 120:12 123:3 124:13 125:3 126:18 127:3 127:8 127:22 132:15 134:21 135:3 136:16 137:9 137:14 137:20 138:3 138:25 140:5 140:17 144:6 146:13 147:12 150:14 152:7 154:12 154:19 156:3 156:5 156:9 157:11 157:14 157:18 158:12 158:18 161:7 162:21 164:14 165:14 165:18 167:18 169:19 170:4 178:18 180:14 181:5 181:7 181:13 181:13 181:25 182:15 183:14 183:17 184:4 185:8 185:9 187:4 187:11 188:1 189:3 189:19 189:22 190:10 191:2 191:16 192:16 194:11 194:17 194:23 195:5 195:9 195:16 195:20 195:25 196:1 197:4 200:6 200:16 200:18 200:24 201:19 202:3 203:18 204:17 206:11 208:8 208:14 209:1 211:25 213:19 213:19 213:25 214:12 214:12 214:17 214:18 219:14 219:19 224:11 224:15 226:17 227:22 227:23 228:7 228:16 228:20 228:20 229:25 231:12 232:8 234:8 234:8 235:12 235:14 237:12 237:24 239:23 243:14 244:17 244:18 244:24 245:5 245:6 245:17 246:16 247:2 247:6

**for**(73) 248:14 248:15 249:6 249:6 249:19 249:23 250:1 250:1 250:6 250:8 250:13 253:5 255:19 256:21 256:21 257:12 259:1 259:4 259:7 259:24 260:7 261:2 261:3 261:14 261:21 262:3 263:4 263:5 263:7 263:14 263:14 263:16 264:6 264:22 264:23 266:8 269:13 269:20 269:24 270:1 271:14 272:10 272:11 273:4 275:3 275:20 276:14 276:18 276:19 278:8 279:3 279:8 279:21 279:24 280:15 281:17 282:19 285:10 285:20 286:11 288:3 288:12 289:14 290:15 291:17 291:13 294:17 296:2 297:4 297:14 297:15 298:2

**forecasts**(1) 81:1
**foreclosed**(1) 71:7
**forego**(1) 176:6
**foregoing**(1) 299:5
**forging**(1) 60:24
**forgoing**(2) 76:19 83:16
**forgot**(2) 208:20 238:4
**form**(24) 32:4 32:10 32:15 33:5 46:23 60:10 60:11 65:18 67:19 68:10 70:18 89:17 95:14 109:15 109:21 128:16 139:19 140:11 178:25 206:14 220:13 246:6 258:2 265:23

**formal**(4) 27:13 30:3 44:14 47:9
**formality**(1) 172:11
**formalize**(1) 134:25
**forman**(1) 2:4
**formation**(5) 174:23 188:2 188:20 199:10 199:21

**formed**(4) 27:9 109:8 109:18 190:15
**formidable**(1) 138:15
**forms**(1) 59:22
**formulate**(1) 282:24
**formulated**(1) 56:12
**formulating**(1) 20:13
**forth**(9) 36:2 60:14 78:11 88:12 100:25 117:13 124:6 218:21 262:5

**forthcoming**(1) 20:4
**fortunately**(1) 49:11
**forward**(6) 28:23 46:14 62:7 65:19 81:18 150:19

**found**(7) 163:16 230:9 231:5 231:13 243:2 269:8 278:22

**foundation**(15) 25:11 30:12 30:23 72:23 206:7 206:9 207:17 219:12 219:19 225:6 232:9 246:19 250:15 258:20 287:3

**foundation's**(1) 206:13
**four**(11) 62:11 69:8 72:23 153:3 166:15 166:24 183:4 190:19 204:19 293:11 294:1

**four-hundred-and-twenty-m**
289:6

**four-million**(1) 207:20
**fourth**(6) 22:18 22:19 40:1 40:2 173:24 202:17

**fox**(2) 3:15 5:38
**fraction**(2) 122:16 171:13
**frame**(1) 254:11
**frank**(2) 6:16 62:14
**frankel**(1) 10:43
**fraud**(4) 55:2 86:7 118:11 291:4
**fraudulent**(23) 36:7 36:13 39:20 40:4 69:25 70:7 70:11 83:20 118:21 126:19 159:15 160:14 163:8 163:15 163:17 230:14 230:18 269:8 276:1 278:23 279:22 292:1 293:16

**free**(2) 30:19 298:19
**freedom**(1) 12:16
**frequent**(1) 208:2
**frequently**(5) 74:12 224:9 252:2 252:16 253:3

**friday**(2) 73:21 134:22
**friday."**(1) 152:17

**friedman**(79) 3:12 3:14 3:27 8:38 149:8 150:6 180:21 181:1 182:6 182:9 183:7 183:16 183:22 184:6 184:14 194:7 194:8 196:13 201:2 202:6 202:22 204:22 206:6 207:15 207:17 214:12 214:15 214:17 215:2 216:2 219:11 220:6 225:6 229:22 230:7 232:6 232:8 232:19 233:4 246:17 246:19 252:9 253:14 253:15 253:18 253:25 254:2 258:22 258:23 259:16 259:17 259:18 270:21 270:25 279:2 279:7 279:9 279:10 279:15 283:17 283:20 287:4 287:6 287:16 287:17 289:4 291:22 291:25 292:2 292:10 293:19 295:4 295:12 296:1 296:5 296:7 296:8 297:12 299:2

**friedman's**(2) 182:15 204:22
**friends**(2) 73:23 152:21
**from**(183) 17:22 19:10 23:13 24:11 25:17 25:21 26:17 29:1 35:17 39:19 40:12 40:15 43:14 44:9 46:20 52:20 54:17 56:17 61:17 62:7 64:10 65:6 66:1 66:4 66:14 67:5 67:9 67:22 67:24 69:2 69:20 70:19 71:7 71:1 84:3 86:8 89:15 90:17 91:4 101:3 102:5 102:20 104:20 108:11 108:23 110:5 111:3 111:23 111:3 113:18 113:23 114:25 116:12 121:10 122:15 122:25 123:13 127:19 130:4 132:1 134:15 140:23 141:24 142:9 143:21 144:23 145:8 145:9 146:19 147:9 149:8 155:24 160:25 164:5 164:16 165:12 171:25 173:9 173:11 173:15 173:11 174:12 176:3 181:2 185:12 185:13 186:10 188:8 188:23 190:14 191:13 191:15 191:22 192:4 194:2 195:13 195:18 196:24 197:5 197:12 197:14 198:13 201:25 205:9 206:11 206:22 207:2 207:4 207:4 207:5 207:6 207:6 207:9 207:25 208:2 209:15 210:14 211:5 211:14 213:3 214:3 214:6 217:10 217:24 217:24 219:25 220:1 220:1 220:14 221:12 224:8 224:8 224:18 224:16 225:2 225:24 226:6 228:7 231:3 234:6 234:1 236:11 237:15 238:20 241:5 242:2 242:3 242:11 242:16 243:7 243:13 245:13 250:2 252:17 252:18 252:19 253:22 261:8 265:14 267:18 271:14 273:4 273:5 273:9 273:11 275:25 280:24 281:11 281:12 284:2 287:7 288:18 288:19 289:10 294:4 294:9 295:2 296:5 296:15 297:1 297:18 299:6

**front**(9) 20:22 43:8 44:8 67:12 155:22 183:2 212:16 270:17 283:21

**frustrated**(1) 78:3
**fulfill**(1) 278:11
**fulfilled**(1) 252:8
**fulfilling**(1) 118:3
**fulfillment**(1) 106:5
**full**(23) 18:3 66:14 66:15 70:1 84:20 84:22 90:12 94:5 101:23 121:18 141:24 142:2 149:21 150:18 159:17 180:14 202:1 220:18 228:20 229:1 245:2 257:21 263:4

**full."**(1) 141:23
**fully**(1) 252:23
**functioning**(1) 198:16
**fund**(3) 9:35 132:16 219:7
**fundamental**(2) 10:37 10:38
**fundamentally**(1) 285:18
**funding**(2) 19:24 31:14
**funds**(2) 28:12 32:16
**further**(19) 65:15 67:3 97:7 117:4 148:18 170:6 170:21 175:6 177:22 209:18 225:4 231:11 253:12 292:2 295:8 296:1 296:2 298:21 300:2

**future**(4) 127:8 145:6 147:7 232:3
**gain**(1) 220:19
**galbraith**(2) 9:4 9:5
**gandhi**(1) 9:9
**gangat**(1) 8:25

**gap**(1) 171:18
**gap"**(2) 171:4 171:8
**garrison**(1) 5:6
**garvan**(1) 3:20
**gary**(1) 7:46
**gathered**(1) 230:11
**gave**(16) 72:19 73:2 124:17 201:10 217:14 232:4 232:12 242:17 252:21 254:6 262:25 263:3 279:18 279:23 282:25 296:10

**gavin**(1) 6:45
**geddes**(1) 3:4
**general**(26) 51:24 51:25 68:21 77:4 77:6 77:7 106:22 113:10 155:21 176:24 181:18 193:1 218:10 220:5 231:12 234:24 244:17 246:1 247:20 248:11 257:15 257:20 257:25 261:14 269:14 273:21

**generally**(9) 67:22 68:5 190:14 190:16 207:2 218:12 218:19 248:8 248:10

**generate**(1) 22:8
**generated**(1) 145:6
**gentilotti**(1) 3:19
**gentlemen**(1) 12:18
**george**(2) 8:43 8:44
**get**(36) 26:21 28:13 40:20 46:14 48:8 48:24 49:1 49:7 65:6 71:19 72:7 80:23 85:15 85:17 85:18 100:1 101:14 110:1 122:9 128:9 141:12 155:23 159:20 160:2 163:22 179:14 179:21 188:14 193:3 197:1 202:13 243:7 246:15 248:16 250:9 263:4

**gets**(1) 64:8
**getting**(13) 12:23 43:18 53:9 61:6 79:5 106:14 145:17 146:20 168:3 168:24 169:17 194:17 298:11

**give**(31) 13:10 16:20 30:12 113:17 121:24 122:1 122:13 123:11 134:6 135:11 147:16 168:21 182:17 188:3 188:4 199:23 203:2 218:1 231:23 232:1 264:4 266:18 275:20 277:8 281:20 282:22 283:18 289:20 291:6 291:12 297:14

**given**(28) 41:22 54:15 55:16 55:25 62:19 70:4 105:22 118:7 118:17 138:12 147:10 151:12 188:2 193:15 195:25 213:7 213:24 214:6 248:12 249:2 260:2 260:13 275:15 278:18 290:13 296:21 296:22

**gives**(1) 217:19
**giving**(5) 30:13 225:19 238:16 269:17 269:19

**glad**(1) 24:3
**glanced**(1) 223:24
**gleich**(1) 5:31
**global**(8) 8:51 12:11 16:15 17:5 51:14 55:4 55:21 62:20

**goes**(11) 67:23 88:14 90:9 91:7 101:19 101:20 174:14 239:9 273:4 290:23 290:24

**going**(66) 12:23 13:25 14:6 14:25 15:19 29:15 31:2 32:11 44:21 45:7 53:22 60:4 61:15 63:8 63:10 63:20 65:9 77:9 77:14 78:5 85:3 85:9 85:12 85:24 92:3 101:24 115:7 131:20 131:21 133:21 144:25 147:8 147:11 148:6 155:17 155:25 156:12 163:2 168:4 168:9 169:7 169:15 173:5 179:22 179:25 181:8 181:11 181:19 181:20 182:4 183:3 183:4 183:24 183:25 184:4 196:12 206:21 214:2 218:22 252:2 253:13 254:4 276:17 281:22 289:25 298:2

**golden**(2) 2:45 136:14
**goldfarb**(2) 4:7 6:22
**goldis**(1) 6:50
**goldman**(3) 6:52 8:9 8:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| good(38) 12:3 12:4 13:14 16:8 16:9 47:21 47:22 62:16 63:5 63:12 66:5 86:9 88:20 96:5 98:3 98:4 102:21 103:2 103:3 139:17 140:2 140:17 145:8 166:4 166:7 166:8 170:22 180:6 184:17 184:18 228:16 254:15 254:22 285:18 286:25 286:25 293:21 298:9 | | had(157) 12:9 12:18 13:10 17:13 20:10 22:5 23:16 25:9 26:12 26:12 27:10 29:1 32:21 35:22 39:12 43:2 44:2 46:5 47:21 47:21 49:9 49:12 51:19 52:15 53:10 55:1 55:15 55:22 58:1 59:3 59:16 59:19 61:8 62:9 62:20 62:20 64:14 64:25 65:11 65:12 65:25 65:25 66:11 66:15 66:24 69:12 69:14 74:6 75:2 79:7 80:3 81:8 82:9 89:1 95:10 95:11 97:13 102:8 109:23 113:25 123:18 124:2 124:2 128:14 128:14 130:16 131:9 131:10 131:23 132:6 132:11 132:12 136:9 136:24 138:18 141:8 141:9 141:11 143:1 143:19 146:21 148:18 150:21 151:1 160:6 161:25 162:4 166:11 169:14 176:2 176:8 176:9 177:14 177:19 178:20 178:23 179:4 184:25 191:14 192:2 196:21 196:22 198:1 203:19 205:24 211:23 216:22 221:1 221:15 221:22 222:17 225:13 225:18 228:23 231:24 232:23 234:18 237:7 238:1 238:15 239:16 239:19 239:24 240:4 243:4 248:12 249:8 250:9 252:3 252:6 252:20 252:24 258:14 260:13 260:19 260:24 263:17 266:23 266:24 269:6 275:13 277:25 278:4 278:21 280:10 280:11 281:11 281:13 281:13 285:25 288:17 289:17 291:16 291:19 294:6 296:24 297:23 | | have(262) 12:8 12:18 13:14 14:19 14:25 15:9 15:17 17:8 17:15 17:22 18:9 19:21 20:15 20:18 20:22 24:19 25:5 25:14 25:21 26:22 33:4 33:20 35:1 35:15 36:7 37:2 38:17 38:21 42:22 43:7 44:8 48:3 50:2 50:4 55:7 55:25 56:5 56:12 58:8 58:24 59:11 61:7 61:19 62:23 65:16 65:21 66:18 67:12 67:18 68:4 69:13 70:9 70:11 71:4 71:5 73:2 74:6 75:21 76:5 79:7 79:9 79:22 84:23 90:7 93:25 94:13 95:16 97:7 97:17 103:6 103:14 107:9 108:11 108:17 112:9 113:20 116:4 116:17 117:8 117:9 120:7 121:24 127:8 128:11 130:3 132:8 132:10 132:12 133:18 134:5 134:14 136:21 137:1 137:2 137:2 138:4 138:17 139:7 139:18 139:23 139:24 139:25 140:9 144:5 147:7 147:19 148:8 148:10 150:4 152:9 154:20 155:11 156:10 156:15 156:23 157:25 157:5 158:12 158:21 160:15 160:23 161:6 162:6 162:10 162:22 162:24 164:6 164:18 165:25 168:12 168:13 169:3 170:6 171:10 172:5 174:18 175:2 175:3 177:22 177:25 179:17 179:25 180:3 182:4 182:8 182:8 183:1 183:3 184:8 185:12 185:22 187:1 187:17 188:7 188:21 189:8 190:16 190:18 192:7 192:20 193:4 193:6 193:12 193:15 193:21 193:25 195:10 195:11 196:2 196:4 197:7 198:19 198:23 198:25 200:15 200:1 200:18 200:19 201:18 201:23 204:13 205:14 207:11 211:7 212:3 212:16 213:18 213:23 214:24 216:7 217:17 217:22 219:9 219:17 219:22 221:20 224:10 227:10 227:25 228:5 232:18 235:22 235:24 236:14 238:19 244:19 246:4 247:3 248:18 249:13 249:22 250:14 250:21 250:22 251:17 252:25 252:13 252:14 257:3 259:4 260:5 260:24 261:1 261:2 261:25 262:1 262:3 262:6 262:20 263:9 263:19 263:21 269:2 270:17 270:18 273:19 273:21 273:24 275:14 275:23 276:3 281:17 282:12 283:14 283:17 283:19 283:21 283:22 283:22 284:2 284:21 289:8 290:13 291:22 294:15 294:20 295:2 295:8 296:1 296:2 296:15 | | help(10) 28:9 28:17 28:21 28:23 29:23 30:1 30:1 41:15 61:18 135:14 |
| gordon(19) 4:23 5:7 6:44 8:16 12:15 42:20 49:19 52:5 76:4 82:23 88:21 138:1 159:13 161:2 161:5 210:16 219:1 234:19 256:4 | | | | | | helpful(3) 24:9 39:8 45:20 |
| got(15) 63:9 63:23 78:1 140:22 141:12 159:6 178:9 182:12 182:12 194:10 194:14 195:19 247:8 275:3 298:10 | | | | | | hercules(1) 4:17 |
| | | | | | | here(30) 29:1 29:15 31:2 35:18 52:6 61:17 88:12 93:16 94:6 97:10 98:15 109:5 115:3 118:19 136:14 147:7 151:20 153:24 156:3 156:4 166:23 177:13 219:12 251:19 253:14 258:22 260:5 271:13 281:22 298:20 |
| gotshal(1) 9:8 | | | | | | |
| graem(2) 4:6 6:20 | | | | | | here's(1) 43:24 |
| grand(1) 4:36 | | | | | | here's(1) 145:10 |
| grant(1) 264:2 | | | | | | hers(1) 279:5 |
| granted(5) 57:25 86:14 86:20 209:17 251:5 | | | | | | he'd(1) 118:19 |
| great(6) 9:47 169:16 222:13 256:19 257:7 257:11 | | | | | | he's(12) 112:3 112:6 114:7 114:9 114:14 114:14 128:17 138:14 144:3 144:6 154:10 154:11 |
| | | | | | | hide(1) 147:12 |
| greater(12) 22:2 29:10 53:25 70:21 93:24 280:16 282:11 283:3 289:22 290:8 290:16 290:20 | | | | | | high(5) 55:13 79:6 93:11 126:10 126:11 |
| green(2) 222:16 251:22 | | | | | | higher(6) 80:23 81:4 96:23 96:23 140:8 263:7 |
| greg(1) 7:30 | | | | | | |
| gregory(1) 3:15 | | | | | | highest(1) 157:10 |
| greissman(1) 5:45 | | | | | | highly(1) 88:22 |
| grievances(2) 187:2 187:23 | | | | | | him(31) 15:1 15:5 18:19 41:19 66:4 71:20 72:19 94:23 99:22 105:7 111:10 114:15 141:7 141:14 141:17 142:16 147:6 150:22 150:24 151:2 151:8 168:5 168:9 168:24 175:21 178:17 250:16 283:18 296:21 296:22 297:4 |
| grippo(1) 8:43 | | | | | | |
| gropper(18) 52:16 52:17 66:1 66:10 75:2 131:11 140:23 142:25 144:2 148:21 149:10 150:5 170:16 170:16 171:3 171:15 171:16 239:3 | | | | | | |
| | | | | | | him."(1) 113:21 |
| | | | | | | himself(1) 107:9 |
| | | | | | | hinder(1) 268:20 |
| ground(1) 64:22 | | | | | | hire(2) 204:11 204:18 |
| grounded(2) 285:11 288:9 | | | | | | hired(5) 64:17 204:3 204:4 205:8 205:14 |
| grounds(1) 274:16 | | hall(1) 185:8 | | | | hiring(1) 205:2 |
| group(9) 10:16 16:19 16:25 19:6 61:3 61:21 84:2 167:14 265:4 | | hand(11) 14:16 15:17 34:9 48:6 61:2 102:22 164:22 165:2 256:16 256:17 258:4 | | | | his(57) 15:3 15:19 18:17 19:8 19:10 25:11 30:17 30:18 30:19 30:21 39:5 41:23 67:7 93:19 94:14 94:18 94:19 95:23 115:9 118:2 118:18 118:18 138:19 138:21 138:24 142:4 142:4 144:1 149:5 155:2 155:19 161:20 162:4 167:10 169:10 175:7 176:23 176:25 181:2 182:16 199:6 199:7 207:5 233:17 234:10 243:5 245:10 258:12 258:24 259:1 259:2 296:11 296:12 296:13 296:20 297:5 298:3 |
| | | handed(1) 165:12 | | | | |
| gruszka(1) 10:39 | | handled(4) 85:4 85:12 119:15 119:18 | | | | |
| guarantee(1) 271:20 | | hands(1) 28:14 | | | | |
| guarantees(1) 36:11 | | hang(1) 298:19 | | | | |
| guaranty(1) 190:1 | | happen(8) 41:8 61:7 61:9 61:16 64:7 77:9 120:13 151:5 | | haven't(1) 50:23 | | |
| guc's(2) 51:23 51:24 | | | | haven't(2) 132:11 170:1 | | history(2) 176:4 176:7 |
| guess(7) 43:4 55:19 163:11 179:22 195:9 237:23 297:19 | | | | having(10) 41:25 42:24 70:5 89:4 128:15 153:24 161:22 188:9 189:10 217:8 | | hit(3) 176:22 183:25 184:1 |
| | | | | | | hold(4) 90:13 117:1 190:12 221:1 |
| | | happened(21) 26:23 27:23 29:5 31:12 46:19 69:12 72:3 78:2 81:17 92:11 97:1 100:2 130:25 137:2 137:3 137:13 149:23 150:3 163:1 181:21 239:14 | | | | holdback(2) 70:9 70:15 |
| guidance(2) 262:25 263:3 | | | | | | holder(3) 49:20 89:11 142:21 |
| guide(1) 264:12 | | | | | | holders(5) 85:1 89:11 91:2 159:16 160:16 |
| guided(1) 264:10 | | | | | | holding(2) 42:16 52:6 |
| guild(27) 185:20 185:21 185:22 186:1 186:5 186:6 186:7 186:12 186:15 186:20 186:25 187:7 187:15 187:19 187:25 188:6 188:15 188:24 189:3 189:8 191:19 192:9 211:11 248:18 248:23 257:1 261:21 | | happening(1) 92:21 150:8 | | | | holdings(1) 115:9 |
| | | happens(4) 33:14 33:17 64:6 94:2 | | | | holds(1) 172:10 |
| | | happy(2) 125:13 182:17 | | | | holes(1) 298:20 |
| | | hard(10) 48:10 48:10 53:16 53:23 54:1 97:17 147:5 172:19 221:16 243:3 | | | | home(1) 123:11 |
| gulf(4) 151:15 171:9 171:10 178:5 | | | | head(1) 176:23 | | honest(7) 44:22 47:11 109:7 110:10 110:16 118:4 146:11 |
| gump(2) 2:43 8:32 | | hardnosed(1) 74:5 | | headed(1) 62:22 | | |
| guy(1) 108:12 | | harop(1) 2:49 | | heading(2) 21:3 211:20 | | |
| h.m."(1) 128:10 | | harrisburg(1) 1:35 | | health(1) 185:10 | | |
| | | hartenstein(1) 298:6 | | hear(7) 45:3 45:4 57:21 58:1 120:3 128:7 183:14 | | |
| | | has(52) 12:19 12:21 12:21 13:13 15:17 15:24 18:20 18:23 19:23 19:25 21:19 25:12 30:12 41:21 45:7 64:1 64:4 67:24 72:12 78:4 79:14 92:23 102:4 111:12 117:5 117:11 125:10 144:21 156:1 156:8 156:11 156:14 156:24 163:19 171:16 182:11 182:18 183:6 189:16 190:14 190:24 194:10 212:8 219:15 237:10 239:11 241:7 247:25 285:19 288:23 290:10 296:14 | | heard(13) 13:20 14:9 14:11 25:6 67:5 73:13 77:23 126:23 157:20 181:21 288:18 288:19 296:14 | | |
| | | | | hearing(9) 15:9 15:9 15:11 35:19 123:24 158:3 248:1 154:3 299:3 | | |
| | | | | hearings(1) 145:4 | | |
| | | | | hearsay(1) 25:17 | | |
| | | | | hear''(1) 128:5 | | |
| | | | | heated(1) 258:3 | | |
| | | | | heavily(1) 13:13 | | |
| | | | | heavy(1) 62:22 | | |
| | | | | hedge(1) 133:18 | | |
| | | | | heilbut(1) 9:21 | | |
| | | hated(1) 126:12 | | heiman(3) 154:10 154:15 154:15 | | |
| | | hauer(2) 2:43 8:32 | | held(5) 99:16 190:15 233:15 245:7 245:22 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**honor**(134) 12:4 13:4 14:13 14:18 15:6 15:14 15:22 20:17 23:23 24:4 25:5 25:24 26:8 30:11 30:16 30:22 33:4 33:6 38:17 38:25 41:18 50:20 53:15 57:15 57:24 59:8 63:4 63:15 67:18 68:8 71:6 71:11 71:14 73:1 73:17 74:20 75:17 77:22 85:5 94:13 95:3 97:8 97:11 97:22 97:23 100:22 102:8 102:12 102:22 107:16 112:24 115:7 115:11 118:14 118:24 135:22 140:15 143:16 143:23 143:24 144:18 145:16 145:25 146:17 147:18 147:19 148:4 148:9 152:7 155:23 164:19 164:21 165:25 166:4 169:9 170:6 170:12 173:14 177:9 177:23 179:4 180:6 180:9 180:21 182:8 182:25 183:2 183:7 184:6 193:25 194:9 196:11 200:24 201:2 202:2 202:6 202:19 203:7 206:6 207:15 214:9 214:13 215:6 216:1 216:3 219:11 220:6 229:23 230:10 232:19 246:17 250:4 250:7 252:9 253:12 253:15 259:9 270:22 274:12 274:20 278:24 287:2 287:11 288:24 291:22 292:2 292:7 293:19 295:9 296:1 296:18 297:12 297:15 299:1 299:2

**honorable**(1) 1:18
**hope**(5) 60:24 74:17 98:5 128:9 172:10
**hopefully**(5) 14:2 20:2 57:3 61:22 227:20
**hor**(1) 191:6
**host**(1) 172:1
**hotel**(1) 298:20
**hotly**(1) 30:11
**hour**(5) 14:22 63:10 213:2 231:22 253:19
**hours**(2) 140:17 213:3
**hour"**(1) 113:15
**how**(55) 16:21 17:3 17:8 17:13 27:24 29:22 41:15 47:19 49:3 57:8 60:5 69:24 73:3 74:3 74:8 76:23 77:4 85:3 85:7 114:17 123:10 147:9 170:19 184:25 187:2 188:23 190:14 191:22 192:25 195:19 196:19 197:21 204:1 210:23 212:25 213:6 218:7 226:19 227:7 231:20 238:4 240:2 245:13 248:18 248:23 250:23 251:1 253:1 283:3 288:21 289:5 289:20 293:6 294:9 294:15

**howard**(4) 3:37 127:4 258:19 259:2
**however**(1) 28:24
**huge**(2) 99:23 163:17
**hundred**(2) 65:13 197:17
**hundred-percen**(1) 182:14
**hurdles**(1) 262:1
**hurley**(6) 2:50 71:14 108:3 172:25 250:4 250:7

**hypothetical**(1) 42:5
**i'd**(15) 12:5 12:8 14:15 15:17 20:17 24:3 42:13 56:9 67:6 67:19 73:9 75:18 182:17 190:22 213:1
**i'll**(30) 15:10 28:8 33:6 33:8 35:15 49:7 57:17 72:1 73:17 95:2 97:24 195:11 202:19 210:11 214:2 227:20 229:25 230:6 235:22 241:6 252:10 256:23 257:19 257:19 284:19 287:16 287:16 287:16 295:5 298:17
**i'm**(59) 14:3 18:9 21:8 30:16 30:17 30:19 32:11 36:23 39:3 48:14 52:9 57:21 58:24 63:12 70:25 73:8 78:10 83:18 88:9 90:11 91:19 182:14 183:3 183:4 183:12 184:20 188:12 196:12 207:10 213:8 214:2 236:1 238:1 238:2 239:17 239:17 249:19 251:7 256:22 257:19 257:20 262:9 262:10 270:9 271:11 272:17 272:21 276:6 277:13 277:13 278:3 278:3 281:2 281:12 282:5 289:3 290:9 294:17 295:20

**i've**(8) 61:1 87:25 102:9 182:12 182:12 194:16 194:17 195:25 219:12

**idea**(5) 62:16 63:2 146:25 213:8 294:15

**identification**(4) 200:16 201:19 208:17 213:19
**identified**(3) 22:5 91:13 237:10
**identifier**(1) 228:25
**identify**(1) 85:20
**identify**(1) 24:9
**iii**(1) 241:10
**ilk**(1) 13:23
**illegal**(2) 37:7 37:11
**illinois**(1) 4:45
**illusion**(1) 144:5
**illustrate**(1) 41:8
**illustrates**(1) 84:12
**immediately**(5) 19:20 81:20 82:7 199:10 199:21

**impact**(8) 41:25 42:3 54:21 55:7 156:24 157:3 280:5 280:8

**impediment**(1) 155:2
**impinge**(1) 71:22
**implicates**(1) 94:19
**implications**(2) 70:10 217:6
**implies**(1) 137:12
**imply**(1) 61:13
**importance**(1) 264:19
**important**(18) 24:14 26:22 38:15 38:24 44:20 62:19 62:23 84:6 92:14 107:7 108:24 124:14 124:16 138:24 139:2 146:4 176:6 252:22

**impossible**(2) 54:23 55:21
**improve**(1) 80:25
**improved**(1) 247:10
**improvement**(2) 84:22 90:19
**in-person**(3) 145:5 212:15 237:7
**inadvertent**(1) 146:4
**inappropriate**(3) 147:25 194:15 206:13
**inc**(3) 6:38 10:25 10:25
**inchoate**(1) 259:12
**include**(6) 100:15 122:7 191:25 256:4 295:14 295:23

**included**(10) 39:22 41:12 49:18 213:13 226:4 228:18 270:10 276:14 280:11 297:1
**includes**(3) 17:5 100:12 110:15
**including**(8) 41:22 56:25 67:9 86:12 185:8 296:21 296:22 297:5

**inconceivable**(1) 297:20
**incorporated**(4) 91:24 247:25 249:11
**incorporating**(1) 235:5
**incorrect**(1) 167:22
**increase**(7) 84:3 101:11 246:11 280:24 281:5 281:19 289:25
**increased**(8) 66:11 90:2 101:25 102:4 246:12 280:10 281:14 290:1
**increases**(1) 280:15
**increasing**(4) 62:21 81:22 246:10 280:20
**incredibly**(2) 122:16 124:14
**incremental**(4) 34:5 34:7 89:24 98:17
**incumbent**(1) 61:16
**incurred**(2) 36:17 268:19
**indeed**(1) 113:16
**indenture**(6) 42:22 42:25 42:25 43:4 49:22 52:8

**independence**(1) 62:24
**independently**(1) 106:16
**index**(1) 300:1
**indicate**(3) 90:14 92:22 213:20

**indicated**(24) 15:25 16:25 26:13 32:17 39:12 46:13 47:10 52:3 52:6 58:22 60:13 67:2 77:11 79:25 85:16 86:3 86:18 90:23 95:20 96:4 116:4 169:22 171:17 228:23

**indicates**(6) 28:22 29:15 31:7 33:8 69:16 75:6

**indicating**(1) 123:15
**indifferent**(1) 80:14
**indirectly**(1) 192:7
**indiscernible**(3) 41:3 73:22 120:5
**individual**(3) 18:14 19:1 291:10
**individually**(1) 23:25
**industries**(1) 200:13
**industry**(5) 19:14 200:3 200:9 200:11 200:21

**inferences**(1) 140:16
**infirmities**(2) 25:18 287:13
**influence**(1) 177:6
**information**(24) 44:6 44:8 71:21 91:11 115:8 117:13 121:3 130:18 154:7 175:7 207:3 219:25 238:8 250:9 250:11 252:22 259:5 274:17 281:11 286:3 296:20 296:21 296:22 297:5

**information-gathering**(1) 121:3
**informed**(2) 226:12 275:22
**informs**(1) 52:10
**infusion**(1) 34:8
**initial**(13) 101:2 216:7 220:12 235:1 244:24 248:15 263:24 264:7 264:19 264:2 265:2 269:22 284:9

**initially**(2) 125:15 254:14
**initiated**(1) 213:8
**input**(1) 217:5
**inputs**(2) 288:20 297:10
**inquiring**(1) 147:16
**inquiry**(2) 144:4 259:12
**insiders**(1) 37:19
**insisted**(2) 87:5 143:20
**insolvent**(3) 39:24 39:25 230:21
**instance**(2) 41:11 146:11
**institution**(1) 42:16
**institutions**(4) 42:18 42:20 57:3 61:2
**instruct**(1) 102:15
**instructed**(7) 38:20 71:20 198:17 199:20 246:24 263:13 263:23

**instruction**(7) 72:8 72:10 72:18 250:11 260:14 261:7 263:10

**instructions**(3) 217:20 260:9 260:12
**insulate**(1) 40:12
**insult**(1) 133:2
**insurance**(1) 86:13
**insured**(1) 10:29
**integrity**(1) 154:14
**intend**(4) 12:21 182:22 182:22 182:24
**intended**(5) 29:25 34:24 44:13 89:17 93:7
**intends**(2) 26:1 236:19
**intensively**(1) 43:3
**intent**(2) 115:16 268:20
**intention**(4) 39:19 82:3 181:2 194:5
**intentional**(6) 40:4 55:2 86:7 278:23 279:22 291:3 292:13 293:16

**intentionally**(1) 144:22
**interactions**(1) 40:9
**intercompany**(4) 93:11 93:12 93:13 93:18
**interest**(12) 27:17 28:25 43:2 59:1 59:3 75:2 122:8 142:10 143:1 164:1 191:15 268:4
**interested**(4) 28:24 45:19 148:23 288:6
**interesting**(1) 28:24
**interests**(4) 30:6 170:4 177:3 252:5
**interfere**(2) 20:6 177:14

**interfering**(1) 206:4
**interim**(1) 15:9
**intermediary**(4) 44:21 47:11
**internal**(1) 161:14
**internally**(2) 21:21 161:12
**interpose**(1) 250:4
**interpret**(1) 114:17
**interpretation**(4) 139:12 139:18 139:23 151:10

**interrelated**(2) 32:8 34:4
**interrupt**(3) 58:24 180:23 181:8
**interrupted**(2) 39:13 97:15
**interruption**(1) 279:9
**intersection**(1) 78:1
**interview**(1) 204:16
**interviewed**(1) 207:1
**into**(57) 18:13 19:21 19:23 22:1 30:4 32:14 53:17 56:14 62:22 70:13 78:1 78:24 94:15 94:21 94:24 105:5 105:14 106:17 115:4 119:8 119:12 121:4 127:24 131:2 134:20 137:8 143:20 146:20 155:17 156:12 165:17 168:9 169:7 173:12 181:3 181:12 184:9 188:12 197:19 200:25 202:19 206:22 207:23 207:25 214:9 215:5 216:1 232:15 247:25 263:1 286:15 288:14 288:17 292:19 297:20 298:9 298:9

**intralinks**(10) 195:21 195:22 196:18 196:21 197:2 197:9 224:11 224:15 224:17 239:11
**introduce**(3) 181:3 183:24 194:6
**introduced**(4) 182:19 183:17 184:1 192:2
**introducing**(1) 78:24
**introduction**(1) 202:3
**invalidated**(1) 41:1
**invested**(4) 32:14 99:6 116:23 116:25
**investigate**(4) 23:11 54:16 205:11 206:23
**investigating**(1) 205:5
**investigation**(22) 25:11 25:17 94:15 94:17 94:21 94:25 105:5 105:14 106:15 109:11 119:1 119:7 119:8 119:11 206:22 207:13 207:23 208:1 208:5 208:9 208:13 231:11
**investment**(7) 10:38 10:38 16:22 98:23 166:25 200:1 214:4

**investments**(3) 117:5 117:9 166:20
**investor**(1) 198:3
**investors**(1) 8:51
**investor's**(1) 155:7
**invitation**(1) 46:1
**invited**(1) 99:20
**invoked**(1) 40:19
**involve**(5) 14:21 28:15 28:18 68:24 183:5
**involved**(31) 23:1 23:16 26:21 28:2 40:17 42:18 47:4 60:25 61:11 64:13 114:14 124:21 125:15 126:19 137:15 167:1 187:23 199:3 204:9 204:11 207:1 208:1 208:7 212:1 217:9 219:3 225:11 225:17 225:18 232:14 267:14

**involvement**(4) 25:9 124:12 217:2 265:12
**involving**(1) 22:20
**isn't**(2) 101:18 101:19
**isn't**(6) 103:19 104:7 106:24 122:22 132:16 141:25

**issue**(21) 13:7 14:4 14:10 20:15 30:11 40:1 40:2 40:6 77:25 88:24 94:23 118:5 160:18 163:3 172:22 176:15 182:14 184:11 223:15 234:14 262:2

**issued**(20) 30:12 55:14 59:23 138:24 140:22 160:24 161:12 161:13 222:5 223:22 224:7 224:14 224:21 224:24 233:17 235:19 263:22 264:11 268:9 271:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**issues**(25) 12:6  12:6  16:1  18:11  31:17 33:18  37:24  38:3  38:7  38:14  38:23  38:24 39:5  39:16  39:18  54:18  65:10  78:24 146:12  148:9  174:23  192:5  240:16  242:5 253:4

**issuing**(1) 161:8

**it's**(56) 13:23  27:3  30:10  31:22  32:11 32:25  33:18  41:2  43:6  43:6  48:19  50:1 50:8  51:4  54:9  54:10  56:5  56:7  63:17 64:22  67:4  67:8  72:14  75:18  75:19  90:19 94:14  100:1  101:22  181:19  181:24  189:6 235:23  235:25  236:2  236:3  241:24  249:19 249:24  251:14  251:15  259:14  260:1  264:2 267:21  271:2  271:25  271:25  274:23 283:14  283:25  284:3  293:8  293:21  294:10 297:20

**it."**(1) 175:2

**item**(4) 40:18  46:25  52:9  54:11

**items**(1) 183:25

**its**(58) 18:4  19:24  21:10  21:24  22:8  27:6 27:11  55:14  64:18  66:11  73:21  73:23  74:4 94:25  110:2  110:23  112:9  124:13  128:21 129:3  132:6  132:15  132:23  135:16  136:9 136:13  139:13  140:5  152:20  152:21  159:1 162:21  163:13  186:8  188:15  191:20  197:3 197:5  197:15  205:4  205:5  207:12  208:13 211:2  214:25  215:17  222:14  236:16  238:8 242:3  245:25  248:7  261:2  261:11  264:24 282:6  282:10  282:11

**itself**(7) 24:8  87:24  167:18  211:3  223:13 251:6  260:21

**it's**(18) 110:20  111:2  122:3  127:18  131:19 135:1  147:19  151:25  152:4  152:6  163:25 164:3  164:7  164:14  173:24  174:9  175:12 179:13

**it"**(1) 175:3

**i'd**(4) 119:3  127:16  164:22  165:13

**i'll**(14) 112:24  115:17  118:24  128:18  134:12 135:25  146:16  147:16  147:16  162:23 163:11  168:21  169:13  170:12

**i'm**(48) 103:13  103:20  103:22  103:23 103:24  104:14  106:7  107:25  114:13  117:7 117:10  120:2  122:23  127:10  128:3  128:17 129:23  131:20  133:19  133:25  134:11  135:3 135:3  135:6  136:8  137:5  141:12  145:2 145:10  147:3  150:2  150:22  150:20  154:4 154:15  155:5  155:14  156:4  156:18  158:23 158:25  159:1  162:19  164:6  168:13  169:17 173:25  298:19

**i've**(9) 113:17  114:12  126:25  132:17 141:12  155:16  159:24  165:12  172:13

**jamal**(4) 199:5  242:14  242:15  242:17

**james**(6) 1:24  1:25  4:8  4:34  6:21  10:12

**jane**(1) 5:32

**janet**(1) 279:5

**january**(25) 27:22  45:8  45:24  47:1  99:16 121:7  188:22  211:5  211:15  211:21  211:24 212:12  212:15  212:23  213:20  214:1  214:7 214:25  215:13  215:21  216:8  216:23  216:2 218:5  218:23

**january/february**(1) 109:14

**jarashow**(1) 8:40

**jason**(2) 6:3  6:4

**jay**(1) 234:10

**jean-marie**(1) 6:31

**jefferies**(2) 7:51  7:51

**jeffrey**(3) 5:39  11:5  62:14

**jennifer**(1) 10:30

**jessica**(1) 6:12

**jillian**(1) 7:40

**jim**(5) 112:9  112:15  112:15  116:17  297:15

**job**(6) 54:14  157:9  185:3  187:3  187:4 252:23

**jobs**(2) 20:4  136:24

**john**(2) 8:35  19:1

**johnson**(1) 13:21

**johnston**(1) 4:34

**join**(5) 188:19  218:4  247:13  247:19  270:3

**joined**(1) 247:15

**jones**(8) 4:42  64:16  64:17  64:18  64:23 119:9  154:9  154:11

**jordan**(1) 10:44

**joshua**(2) 4:35  10:22

**journalism**(1) 185:13

**jpmorgan**(2) 9:31  120:18

**judge**(5) 1:19  163:15  163:16  173:8  234:2

**july**(6) 54:19  54:21  56:23  223:18  223:18 224:22

**july/august**(1) 57:9

**juncture**(10) 22:16  23:8  24:19  55:24  60:22 62:16  75:17  80:16  175:24  298:6

**june**(3) 31:20  33:9  198:3

**junior**(3) 18:18  126:18  174:5

**juniors**(1) 128:8

**just**(125) 13:6  13:23  15:10  15:22  17:20 18:21  22:15  23:23  25:8  27:1  31:11  32:5 32:6  32:12  32:25  33:1  33:21  34:2  35:2 38:9  38:13  39:17  40:3  40:13  42:11  44:3 44:24  47:20  48:23  48:24  49:16  51:10 53:22  58:25  59:4  61:1  61:6  61:15  66:18 67:19  68:5  70:4  70:15  77:14  78:11  79:18 82:10  87:25  90:24  93:17  98:5  100:8 101:22  104:15  108:8  110:24  115:19  115:2 115:25  117:1  118:8  118:13  120:6  127:17 133:22  134:8  134:20  135:3  135:4  137:3 144:12  146:10  148:4  148:4  148:15  150:21 151:6  151:23  158:13  159:22  160:1  164:21 165:1  165:13  165:18  166:9  167:18  169:7 169:10  171:9  173:12  174:3  177:25  181:18 181:23  182:1  183:9  192:11  195:6  213:25 214:2  218:19  221:18  222:10  222:19  224:25 226:14  226:24  229:2  230:3  235:22  236:12 239:17  240:4  251:18  263:9  264:6  276:9 276:17  283:13  291:1  294:8  295:13  297:23 298:7

**justin**(1) 7:52

**kalenchits**(2) 9:24  9:24

**kaminetzky**(1) 2:13

**kansa**(1) 7:32

**kaplan**(5) 3:12  8:38  149:8  150:6  204:22

**karsh**(6) 126:24  126:25  127:2  127:3  127:7 127:19

**kasowitz**(2) 3:26  11:9

**katharine**(1) 4:49

**katherine**(2) 8:6  166:5

**kavalis**(1) 9:28

**kay**(1) 5:30

**kaye**(1) 10:44

**keep**(4) 63:7  63:10  63:20  146:16

**keeping**(1) 234:20

**ken**(2) 7:32  258:11

**kenneth**(2) 9:40  10:17

**kept**(2) 145:17  193:18

**kevin**(2) 1:18  1:26

**key**(15) 20:19  21:4  34:16  35:15  37:24 38:3  38:7  57:3  111:7  203:10  208:17  209:4 222:8  226:18  251:20

**kickoff**(1) 211:25

**kim**(1) 9:32

**kind**(9) 64:21  65:6  72:8  100:25  160:8 160:12  202:12  232:1  241:6

**kinds**(2) 22:24  197:7

**kira**(1) 8:14

**kirby**(1) 3:41

**kizzy**(1) 8:40

**klauder**(1) 5:13

**kline**(1) 7:38

**knew**(13) 118:17  120:2  129:23  144:17 148:14  168:23  221:10  222:24  266:19 266:21  267:2  277:21  278:3

**know**(187) 15:4  16:10  19:19  20:3  21:11 21:11  21:17  22:4  22:6  22:8  22:11  22:23 22:24  23:3  23:15  25:23  26:1  26:7  30:11 30:23  35:14  39:10  44:4  44:24  45:2  45:5 45:20  46:3  46:4  46:13  47:22  47:23  48:3 48:4  48:7  48:10  48:14  48:19  49:5  49:6 49:10  49:11  53:21  53:22  53:22  55:12 55:14  55:17  55:18  55:18  56:4  56:5  56:6 56:9  56:10  57:1  57:6  59:21  61:12  61:21 61:23  62:21  63:17  64:24  64:25  65:2  65:9 65:11  65:12  65:13  66:8  66:21  67:3  67:4 69:23  70:3  73:3  73:12  73:20  74:3  79:11 84:12  86:9  86:24  88:18  88:19  88:20  88:23 88:24  89:2  89:13  91:11  93:18  95:6 99:24  106:3  106:11  107:8  107:9  108:6 108:8  108:10  108:10  115:1  117:12  117:17 118:2  120:6  126:24  127:4  129:23  131:25 137:13  137:23  143:22  144:14  146:17 146:18  147:2  147:9  150:4  151:5  152:17 154:10  157:5  162:1  162:3  163:1  163:7 163:24  165:2  166:14  167:17  167:19  168:3 170:19  176:2  176:23  181:10  192:3  195:15 197:13  199:6  199:7  201:16  203:2  203:24 207:8  210:2  213:6  214:2  214:2  218:22 221:4  238:4  240:2  247:15  248:3  250:18 250:23  250:24  251:1  258:7  258:11  258:12 259:2  260:24  265:17  266:9  266:19  266:19 267:5  275:14  277:24  281:2  281:3  287:10 287:11  287:21  292:20  292:23  293:6  293:9 294:8  294:12  294:23

**knowing**(1) 117:20

**knowledge**(16) 25:12  71:15  72:10  73:4 131:6  156:8  156:14  156:23  176:6  219:15 244:22  257:16  260:6  287:18  288:4  288:5

**known**(3) 14:4  81:6  81:8

**knows**(2) 144:3  154:12

**korpus**(1) 11:10

**kramer**(2) 10:42  10:42

**kurtz**(54) 14:15  14:17  16:6  16:8  20:22 42:3  63:11  63:12  63:19  63:21  68:1  68:4 71:23  73:8  75:21  78:10  78:15  78:19  79:11 92:8  92:11  94:14  98:3  98:9  101:1  102:15 102:18  103:2  103:3  103:4  107:19  107:22 111:17  115:19  115:24  128:22  132:22  144:7 145:12  153:18  153:23  154:6  155:17  157:7 158:20  165:12  166:7  170:25  173:19  178:1 179:2  179:8  281:23  300:7

**kurtz's**(1) 38:19

**labeled**(1) 239:5

**lack**(3) 25:11  38:8  49:12

**ladies**(1) 12:18

**laid**(4) 38:9  46:3  93:23  206:13

**lance**(1) 9:36

**landis**(10) 3:47  3:48  6:26  191:9  198:25 199:8  199:12  199:12  199:15  199:16

**landmarks**(1) 188:13

**lange**(4) 126:23  127:2  127:3  128:14

**language**(1) 276:10

**lantry**(1) 1:26

**large**(4) 56:7  56:7  194:1  219:7

**larger**(7) 79:3  207:9  217:19  228:18  233:2 249:9  250:3

**largest**(14) 42:17  49:20  52:6  55:10  57:5 66:20  124:17  142:20  153:9  186:3  186:4 210:17  266:22  267:2

**last**(28) 23:10  23:11  26:19  34:19  37:17 40:18  52:9  60:24  60:24  73:18  73:20  77:11 87:15  92:2  93:2  104:1  107:10  107:12 109:5  143:7  152:17  177:12  182:9  184:23 185:9  233:18  246:25  297:23

**late**(7) 63:24  75:5  80:2  104:20  119:10 223:18  233:16

**later**(13) 84:5  125:14  175:14  183:21 183:22  194:20  210:20  223:4  243:9  247:17 256:2  281:10  298:15

**laughter**(28) 26:6  39:9  39:11  39:14  63:13 63:16  74:18  92:7  92:10  97:25  100:3  100:5 112:23  123:23  128:25  132:20  133:3  133:8 153:22  154:2  154:5  155:12  170:17  170:20 173:18  179:9  279:13  293:25

**launched**(1) 31:16

**launching**(1) 53:24

**laurie**(1) 4:15

**law**(13) 3:19  11:9  12:14  36:10  52:7  64:16 119:6  119:9  183:12  194:17  204:16  234:1 260:14

**laws**(1) 37:1

**lawyer**(5) 17:12  17:13  43:3  205:19  250:12

**lawyers**(12) 24:11  40:15  61:11  71:24 120:1  149:8  150:6  157:2  157:5  197:8 259:6  260:6

**lay**(2) 219:19  273:21

**layout**(3) 26:16  30:20  89:17

**lays**(3) 34:4  87:25  175:7

**layton**(1) 2:21

**lazar**(2) 23:16  38:1

**lazard**(36) 15:1  16:13  16:14  16:16  16:21 16:22  17:8  17:24  18:1  18:6  18:18  18:23 19:6  19:9  19:11  19:15  23:25  24:7  24:8 25:9  38:21  38:23  45:25  51:19  64:21  64:23 79:9  80:1  94:16  94:20  94:24  213:21  214:1 214:4  214:6  300:20

**lazard's**(3) 17:5  101:8  214:1

**lazzard**(10) 104:23  104:24  105:2  105:13 106:8  106:15  107:5  108:6  109:11  119:11

**lazzard's**(1) 119:8

**lbo**(57) 18:12  18:22  18:25  23:12  23:17 23:19  23:22  23:22  24:12  24:12  24:15  24:20 24:20  26:18  26:23  27:2  34:19  35:2  35:8 35:17  35:23  36:16  36:17  37:5  38:3  41:4 42:9  43:7  46:7  51:15  54:10  54:15  70:19 77:12  84:20  86:22  94:3  109:15  119:22 157:22  174:4  197:25  198:13  206:23  207:5 208:7  210:7  211:21  212:4  212:7  212:18 216:12  220:16  223:10  238:9  248:14  255:24 276:1

**lbo-related**(3) 207:23  237:24  285:7

**lead**(17) 60:20  82:4  111:7  139:9  145:12 169:15  187:1  199:16  205:5  228:17  249:7 249:8  249:9  260:11  260:23  261:6  262:14

**leader**(1) 18:9

**leaders**(1) 217:18

**leading**(13) 23:18  23:22  24:23  27:2  27:25 33:3  50:24  85:5  96:11  222:19  227:20 255:15  282:18

**leads**(1) 18:18

**learn**(5) 46:19  46:21  204:1  232:22  252:17

**learned**(3) 46:21  252:19  277:25

**learnt**(17) 14:6  24:1  44:14  46:22  53:9  55:9 66:7  67:5  68:16  69:23  101:2  118:1  125:15 151:13  163:13  168:8  217:5

**leave**(5) 145:24  163:11  165:2  298:18

**lebouef**(1) 4:32

**led**(11) 18:22  24:20  61:23  66:7  126:3 206:2  206:17  210:7  218:20  238:22  292:16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| left(4) 19:6 92:8 172:13 239:15 | | levenshrit(32) 105:4 111:6 111:23 112:17 113:2 113:10 114:3 114:25 117:17 118:17 120:12 134:16 136:15 136:23 149:6 152:1 154:6 154:22 161:7 161:12 161:20 172:1 172:8 173:17 174:12 175:5 175:6 176:9 176:15 176:17 177:6 177:13 | | litvack(1) 9:11 | | magnitude(7) 97:6 101:8 171:13 273:25 275:11 276:4 278:1 |
| legal(25) 27:7 27:13 191:3 191:8 191:20 191:25 192:19 197:10 197:10 197:10 198:12 198:17 198:25 203:19 203:22 207:23 208:13 210:6 224:3 224:16 245:7 252:20 262:1 285:11 288:9 | | | | live(1) 145:5 | | |
| | | | | lived(1) 176:2 | | mail(2) 159:9 161:21 |
| | | | | lively(1) 252:3 | | mailbox(1) 12:22 |
| | | | | llc(4) 2:37 8:43 166:21 167:2 | | mailboxes(1) 196:22 |
| legitimate(1) 23:3 | | levenshrit's(4) 115:8 118:7 160:1 175:11 | | llp(18) 1:23 3:13 3:34 5:6 5:38 6:7 6:19 6:26 6:30 8:5 9:8 9:31 9:35 9:47 9:51 9:51 10:43 11:4 | | maintain(1) 110:9 |
| leibentritt(8) 63:3 67:9 67:22 68:12 69:12 69:16 70:22 73:20 | | lever(1) 21:14 | | | | major(10) 19:16 28:13 36:6 36:20 36:23 45:21 69:8 76:6 130:6 225:14 |
| | | leverage(8) 24:24 29:3 94:15 105:5 105:15 107:2 119:16 167:15 | | loan(9) 31:13 34:6 76:17 76:17 83:15 84:17 90:25 271:20 271:21 | | |
| leibentritt's(2) 68:6 68:24 | | | | | | majority(4) 70:4 93:14 266:1 266:5 |
| lemay(1) 3:35 | | leveraged(4) 31:3 197:18 240:16 242:6 | | loans(3) 34:9 220:14 220:15 | | make(45) 12:8 14:4 21:16 22:10 23:24 24:1 28:5 28:12 28:20 39:23 44:6 45:25 47:7 49:10 57:20 57:22 61:7 61:9 62:24 62:25 81:6 84:17 88:18 89:7 97:11 109:23 115:19 136:10 146:5 146:8 155:5 155:11 157:21 160:16 174:2 181:12 181:23 184:1 192:21 254:3 256:25 265:3 274:9 276:9 278:12 |
| lender(10) 5:38 40:7 55:8 57:4 88:23 101:18 117:23 121:10 210:15 255:2 | | levin(2) 10:42 10:42 | | lobbied(1) 129:14 | | |
| | | levy(1) 8:18 | | local(11) 185:22 186:10 186:21 187:4 187:12 188:1 188:8 191:9 199:17 205:21 211:11 | | |
| lender's(1) 49:19 | | lewis(1) 9:47 | | | | |
| lenders(107) 6:44 32:9 32:10 32:12 36:11 36:12 36:15 36:15 37:3 37:4 37:15 40:10 40:19 40:24 42:19 43:16 46:12 52:2 53:2 65:3 65:17 68:25 69:2 69:8 70:1 73:15 76:16 76:19 77:1 78:20 83:14 83:16 84:8 84:10 84:15 84:21 84:25 85:16 87:5 91:5 101:12 101:20 102:2 110:6 111:1 120:16 136:24 151:19 151:21 168:2 171:15 207:6 209:3 212:23 213:4 215:1 215:4 215:14 216:11 225:14 230:18 235:3 236:14 236:17 245:20 247:14 247:19 255:24 255:25 256:3 256:11 256:16 256:20 257:7 258:16 260:21 262:7 262:8 262:18 262:22 263:2 263:12 267:15 267:19 267:24 268:1 268:4 269:13 269:17 270:6 271:15 271:16 272:11 272:11 272:14 272:16 277:2 277:22 278:2 278:13 285:19 295:15 295:19 295:22 296:23 300:21 | | lexington(1) 2:17 | | locate(1) 188:13 | | maker(1) 62:8 |
| | | liabilities(1) 22:21 | | logistics(1) 180:9 | | makes(6) 19:22 82:2 127:7 154:22 186:3 296:13 |
| | | liability(4) 40:13 69:9 69:9 86:13 | | long(13) 17:8 17:13 154:12 176:9 176:24 182:11 182:18 184:25 192:25 212:25 231:20 259:10 259:11 | | |
| | | liang(5) 9:40 258:11 258:18 258:24 | | | | making(11) 28:4 44:18 48:15 48:16 61:16 87:6 140:5 144:15 231:8 262:17 272:14 |
| | | liberty(1) 148:9 | | | | |
| | | lidwig(1) 7:40 | | longer(1) 22:7 | | manage(1) 19:24 |
| | | liebentritt(1) 7:48 | | longstanding(1) 111:12 | | management(20) 7:5 8:23 8:28 8:32 9:4 9:20 9:20 9:35 9:39 9:39 9:43 9:43 10:21 10:21 10:29 16:18 19:25 20:2 188:16 191:17 |
| | | light(8) 66:15 72:20 128:13 131:19 279:17 279:20 284:7 288:20 | | longtime(1) 188:8 | | |
| lending(1) 61:3 | | | | look(79) 20:18 22:9 24:22 31:21 32:11 38:2 43:5 49:23 50:9 51:3 67:6 68:12 73:19 75:18 76:8 81:25 82:14 83:1 85:19 90:13 92:2 93:2 98:20 99:13 106:21 108:1 108:12 111:17 113:1 127:11 134:8 146:17 152:15 154:4 163:6 170:4 174:4 174:9 174:25 195:7 195:10 195:10 195:24 200:1 200:17 201:18 202:13 210:10 211:10 211:17 212:3 212:3 212:18 213:18 213:21 235:22 240:13 240:13 241:17 243:12 251:4 251:4 251:6 270:13 271:1 271:12 271:19 283:3 284:3 284:22 284:23 284:25 286:25 | | managers(1) 116:6 |
| length(3) 120:24 169:16 255:12 | | | | | | managing(2) 16:15 19:5 |
| lent(2) 32:10 32:12 | | likelihood(2) 62:21 173:4 | | | | mandate(1) 157:17 |
| leonard(1) 2:5 | | likely(14) 88:22 89:13 118:9 118:20 168:18 216:14 247:5 249:7 250:20 268:18 269:3 278:22 291:3 292:12 | | | | mandava(2) 297:22 297:24 |
| less(16) 43:3 63:9 100:17 104:12 114:6 246:9 249:12 249:21 251:13 251:14 251:1 263:23 268:1 280:17 284:11 288:3 | | | | | | manges(1) 9:8 |
| | | | | | | manner(2) 33:21 161:16 |
| | | likewise(2) 215:9 216:4 | | looked(8) 40:14 103:7 118:8 174:19 268:16 268:23 276:10 282:3 | | many(23) 22:22 39:2 39:5 47:23 69:23 74:7 117:5 117:9 133:16 134:4 181:9 181:9 181:9 183:3 191:24 195:20 206:25 224:23 226:14 226:19 240:2 243:3 264:2 |
| lesser(1) 282:11 | | limit(1) 14:23 40:23 | | | | |
| let(68) 14:8 25:20 39:7 39:10 58:5 67:5 72:1 72:20 74:20 78:7 79:15 85:8 90:6 90:14 95:5 106:7 109:10 143:24 145:2 149:14 151:24 155:13 155:15 157:6 158:1 159:22 173:3 182:7 182:21 183:13 189:22 192:8 195:6 195:24 200:5 208:18 208:16 210:10 211:4 212:3 212:14 213:18 214:24 215:16 222:7 222:23 228:10 229:24 232:2 233:8 237:10 239:4 240:21 241:4 242:2 243:17 251:7 251:18 269:25 269:25 270:1 270:12 271:17 275:16 275:16 277:15 279:3 283:12 | | limitation(1) 215:7 | | looking(6) 31:4 145:10 203:1 209:5 211:14 272:18 | | marc(7) 3:40 6:8 6:14 180:13 180:17 180:19 300:9 |
| | | limited(2) 181:13 181:25 | | | | |
| | | line(25) 9:6 85:14 107:6 107:6 108:1 108:5 169:14 208:17 222:16 | | | | march(17) 1:14 12:1 19:7 26:20 47:1 80:9 130:24 184:22 202:18 218:6 218:8 218:11 222:9 222:11 222:18 226:14 299:11 |
| | | | | looks(3) 25:23 215:19 222:17 | | |
| | | | | loose(1) 154:23 | | |
| | | lines(1) 182:1 | | los(1) 4:38 | | margin(1) 57:6 |
| | | linger(1) 298:19 | | losquadro(1) 9:44 | | mark(4) 2:23 62:12 164:24 165:5 |
| | | lion's(2) 235:3 247:8 | | lost(3) 141:4 150:21 248:17 | | marked(6) 73:18 85:20 87:14 171:21 171:21 200:16 201:19 241:4 300:16 |
| | | lion's(1) 155:23 | | lot(15) 44:6 56:8 117:2 133:21 171:2 171:20 172:24 181:6 189:12 219:13 225:22 243:4 252:19 262:13 291:16 | | |
| letter(2) 117:11 171:23 | | lipton(1) 2:7 | | | | market(5) 1:11 3:50 4:18 5:20 5:40 |
| letters(2) 27:15 31:13 | | liquidity(2) 22:8 32:20 | | | | marketplaces(1) 105:20 |
| letting(1) 49:7 | | list(2) 120:7 164:25 | | lots(2) 133:10 222:10 | | markets(1) 79:13 |
| let's(14) 103:23 107:24 112:22 119:20 120:21 121:9 121:21 135:2 136:8 146:10 147:14 153:11 155:11 179:20 | | listed(5) 21:7 120:1 194:4 213:18 225:13 | | low(3) 93:11 131:17 | | marrero(1) 6:12 |
| | | listen(1) 45:2 | | lower(2) 122:23 226:6 | | marsal(2) 10:25 10:25 |
| | | listened(3) 95:20 252:16 286:2 | | lucy(2) 9:4 9:5 | | martin(1) 2:30 |
| | | listening(2) 64:4 156:5 | | lugano(1) 1:31 | | marvin(1) 4:43 |
| | | lists(2) 211:11 242:21 | | lunch(3) 15:8 102:9 166:10 | | marx(3) 127:4 127:7 127:19 |
| | | literally(1) 124:6 | | lynch(8) 4:14 5:30 27:6 83:23 120:19 203:25 206:4 206:19 | | mass(1) 274:15 |
| | | litigate(4) 160:16 173:8 209:23 289:17 | | | | master's(1) 185:13 |
| | | litigating(1) 289:15 | | | | match(5) 92:15 167:6 167:24 169:4 169:11 |
| | | litigation(84) 18:11 53:25 56:15 56:16 58:8 58:15 62:23 69:4 70:12 70:13 70:17 70:20 71:18 77:13 79:7 84:5 84:6 84:9 84:11 84:18 84:18 84:19 85:3 85:9 85:13 86:1 89:4 89:6 90:23 91:5 91:11 91:16 91:16 91:21 103:10 119:19 120:4 120:16 155:17 155:24 155:25 156:1 164:4 164:8 164:15 168:5 168:10 168:9 170:2 173:9 226:4 235:2 237:25 238:9 245:6 245:8 245:18 245:23 247:7 248:14 248:17 249:8 249:25 250:10 250:20 263:8 264:1 268:5 269:21 269:24 271:23 282:16 288:13 289:1 291:9 292:10 292:20 293:2 294:4 294:13 295:3 295:13 295:18 295:22 | | lynn(1) 4:43 | | material(6) 13:18 13:20 13:22 13:23 16:4 146:25 |
| level(14) 3:22 20:3 48:9 113:21 113:25 140:8 220:17 220:19 235:7 235:13 245:1 245:2 263:5 263:6 | | | | macquarie(2) 10:33 10:33 | | materials(8) 88:6 196:20 196:23 196:3 197:1 197:4 213:11 213:14 |
| | | | | made(51) 15:2 34:6 36:16 37:2 40:10 44:11 46:8 54:23 55:3 55:20 60:9 62:9 69:6 81:8 83:21 86:5 87:21 87:22 105:2 117:5 117:9 119:25 133:19 143:17 143:25 146:7 161:22 161:25 166:16 197:17 198:7 204:19 208:22 212:11 212:22 214:13 215:3 216:8 218:6 225:22 237:6 262:21 268:19 269:6 278:14 284:15 289:13 293:9 294:21 294:23 298:9 | | math(1) 298:8 |
| | | | | | | matter(17) 17:24 18:2 30:20 35:3 55:19 59:12 68:21 89:11 168:24 177:5 180:9 189:22 212:7 238:12 242:12 283:2 299:7 |
| levels(1) 247:11 | | little(12) 16:20 47:17 131:19 147:7 158:22 199:24 210:12 210:20 212:1 236:4 291:2 298:15 | | madlyn(1) 5:31 | | matters(8) 18:25 120:19 132:1 180:22 184:11 199:4 203:20 296:19 |
| | | | | maggie(1) 62:13 | | matthew(4) 6:27 8:29 8:48 10:48 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **mauceri**(1) 9:48 | | **mediation**(87) 61:22 64:8 64:8 64:12 | | **merger**(2) 30:3 33:13 | | **model**(32) 41:4 41:7 41:8 41:20 41:21 |
| **maximize**(2) 27:5 208:8 | | 64:25 65:5 65:9 65:10 65:16 67:5 75:6 | | **merits**(1) 246:1 | | 41:25 42:4 238:13 239:6 239:9 239:10 |
| **maximizing**(2) 164:1 177:1 | | 75:9 75:15 76:2 78:2 78:5 78:13 82:6 | | **merrill**(10) 4:14 5:30 27:6 28:2 69:8 | | 239:21 240:15 241:24 242:4 242:12 242:19 |
| **maximum**(2) 20:7 21:10 | | 82:12 82:20 143:9 143:10 143:14 143:15 | | 83:23 120:19 203:25 206:4 206:18 | | 285:25 286:2 286:6 286:10 286:15 286:19 |
| **may**(81) 14:18 15:16 16:4 16:5 25:6 25:19 | | 143:18 143:21 144:4 144:6 144:12 144:19 | | | | 286:25 287:9 287:13 287:20 287:24 288:15 |
| 26:8 26:9 31:16 31:18 31:19 38:21 38:25 | | 146:2 146:7 146:9 146:21 146:22 147:22 | | **mester**(1) 4:35 | | 288:20 288:21 288:9 |
| 42:1 54:11 73:6 73:20 77:22 98:9 99:24 | | 148:18 150:10 150:13 160:19 171:17 | | **met**(13) 66:24 126:25 147:22 190:18 | | |
| 100:4 102:22 102:24 107:9 107:16 107:18 | | 172:11 172:19 178:9 233:9 233:15 233:19 | | 194:16 194:17 226:14 239:19 239:25 240: | | **modeling**(1) 238:9 |
| 108:11 108:16 108:17 117:22 118:3 128:7 | | 233:19 233:20 233:25 234:15 234:23 237: | | 240:4 252:2 252:16 | | **modified**(3) 69:17 69:18 236:18 |
| 137:2 137:2 146:17 152:17 153:18 157:2 | | 237:4 237:5 240:21 240:25 241:11 241:14 | | | | **modify**(1) 275:2 |
| 157:4 158:12 164:21 165:9 165:10 168:4 | | 241:20 254:14 254:15 254:18 254:19 255: | | **method**(1) 197:4 | | **moelis**(20) 191:10 199:1 199:2 199:3 |
| 168:9 172:11 172:12 179:7 180:9 180:12 | | 255:16 255:19 261:10 269:12 269:16 | | **metro**(1) 185:6 | | 199:6 199:18 199:21 199:24 200:1 200:7 |
| 180:21 181:12 181:14 181:25 182:7 184:1 | | 269:25 270:1 270:2 270:5 270:15 272:10 | | **me"**(1) 115:1 | | 200:20 201:13 217:8 224:8 234:2 239:16 |
| 184:12 192:7 193:15 194:1 194:11 203:6 | | 272:13 272:23 273:5 273:8 275:6 275:7 | | **michael**(2) 2:16 6:33 | | 239:24 242:16 250:8 300:24 |
| 203:8 207:18 220:8 232:10 246:21 250:4 | | 275:8 275:11 276:5 277:4 277:16 | | **michaels**(1) 160:25 | | |
| 252:10 260:24 270:21 270:21 270:23 | | | | **michelle**(1) 6:50 | | **moment**(26) 25:6 31:16 49:24 71:12 77:23 |
| 274:18 283:15 289:1 291:23 291:24 295: | | **mediation?"**(1) 146:6 | | **microphone**(1) 180:15 | | 79:10 99:13 111:6 113:17 129:1 147:15 |
| 296:6 298:16 | | **mediator**(20) 43:15 43:15 61:19 61:23 | | **mid-august**(2) 149:1 149:16 | | 158:18 165:14 189:23 196:19 200:18 |
| | | 64:3 64:4 64:10 82:2 82:3 82:6 135:14 | | **middle**(7) 48:1 127:16 128:2 134:15 159:3 | | 221:18 222:20 238:19 252:24 264:6 270:1 |
| **maybe**(16) 47:7 71:11 108:7 108:7 108:7 | | 150:14 233:13 233:17 234:2 234:14 234:1 | | 216:15 241:18 | | 276:18 277:21 279:4 287:23 |
| 130:24 137:12 147:5 149:2 162:19 163:1 | | 271:2 275:19 280:1 | | | | |
| 183:8 183:9 213:3 266:12 298:9 | | | | **midpoint**(3) 93:17 280:25 280:25 | | **moments**(5) 49:22 82:10 100:8 114:5 114:6 |
| | | **mediator's**(5) 75:19 82:18 270:15 270:16 | | **might**(25) 14:21 35:4 37:9 37:18 40:23 | | **monarch**(2) 7:8 7:9 |
| **mayer**(2) 4:49 6:30 | | 271:7 | | 40:25 65:19 71:21 80:23 97:9 108:24 | | **mondava**(7) 18:7 18:15 18:18 18:20 18:22 |
| **mccarter**(1) 4:48 | | | | 120:3 134:4 142:12 161:2 188:7 190:16 | | 18:23 19:13 |
| **mccormack**(89) 180:6 180:7 181:2 181:10 | | **meet**(4) 149:5 149:11 151:21 237:2 | | 190:18 191:15 191:25 195:16 198:13 | | **monday**(2) 64:10 298:9 |
| 182:5 182:7 182:24 183:8 183:17 183:20 | | **meeting**(109) 45:10 45:13 45:15 45:16 | | 203:18 292:12 294:3 | | **money**(7) 28:10 99:5 163:10 163:13 |
| 183:24 184:4 184:14 184:16 184:18 193:2 | | 45:23 45:25 46:8 46:14 46:17 46:20 47:14 | | | | 163:14 163:18 245:17 |
| 194:13 194:21 194:25 195:2 195:5 196:15 | | 61:4 87:24 99:20 135:21 136:12 136:21 | | **mike**(1) 10:9 | | |
| 196:17 200:24 201:6 202:2 202:11 202:19 | | 136:22 149:19 149:23 149:24 150:1 150:3 | | **million**(113) 32:14 32:15 32:15 32:16 | | **montenegro**(1) 3:28 |
| 202:25 203:6 203:9 206:9 206:15 206:16 | | 150:4 150:5 150:17 150:21 150:23 150:24 | | 32:19 34:8 34:10 51:21 52:10 53:1 55:12 | | **month**(4) 66:18 150:10 190:22 222:18 |
| 207:19 214:9 214:14 214:16 214:18 214:2 | | 151:6 151:18 162:5 162:8 162:13 164:23 | | 55:22 57:12 58:7 58:14 66:13 66:16 66:25 | | **months**(4) 53:16 64:20 65:14 221:16 |
| 215:5 215:11 215:25 216:6 219:19 219:21 | | 165:13 165:22 178:15 188:10 188:22 188:2 | | 68:25 69:4 69:6 69:10 69:11 69:13 76:10 | | **more**(35) 15:4 15:23 29:11 41:24 61:7 |
| 220:9 225:8 229:24 230:3 230:6 230:9 | | 188:21 190:17 191:12 199:12 199:25 205:2 | | 76:19 76:25 77:1 77:15 78:16 78:20 78:22 | | 70:25 82:12 103:6 108:8 118:9 123:21 |
| 230:12 230:13 232:11 232:21 233:6 233:7 | | 211:5 211:14 211:21 211:23 212:12 | | 79:6 79:18 79:19 79:20 80:15 80:16 83:3 | | 133:1 133:2 146:4 147:22 158:4 158:13 |
| 246:23 249:16 250:17 250:18 250:24 | | 212:15 213:1 213:10 213:24 215:3 215:12 | | 83:16 83:22 84:2 84:3 84:4 84:13 84:16 | | 164:11 173:3 179:5 188:10 199:24 228:3 |
| 250:25 251:8 251:10 251:11 252:11 253:1 | | 215:21 218:11 221:1 221:7 224:13 224:20 | | 84:17 86:12 90:8 90:9 90:17 90:17 90:18 | | 228:22 232:14 249:12 249:21 256:25 |
| 258:20 259:9 267:11 268:11 274:12 | | 227:7 227:9 227:13 227:16 227:17 227:24 | | 90:19 91:9 91:10 91:13 91:16 95:24 98:2 | | 263:23 264:4 267:19 267:21 267:24 280:13 |
| 274:20 278:24 283:7 283:13 287:2 287:14 | | 228:6 228:7 231:18 231:21 237:7 237:11 | | 98:25 99:3 110:14 101:9 101:15 102:1 | | 291:1 |
| 288:24 292:7 292:9 293:21 293:24 294:1 | | 237:15 238:5 238:20 238:24 239:2 239:25 | | 121:11 121:13 121:16 122:19 122:19 | | |
| 295:8 296:18 299:1 | | 240:4 241:1 241:5 241:6 241:7 242:4 | | 130:13 137:9 149:17 158:4 220:12 226:11 | | **morgan**(28) 2:11 5:24 9:8 9:16 9:47 27:12 |
| | | 243:13 243:14 244:2 251:23 284:1 284:16 | | 235:2 244:24 245:16 245:17 247:22 251:1 | | 28:3 42:20 49:19 52:5 59:2 69:8 82:25 |
| **mccormick's**(1) 181:24 | | 284:19 285:3 285:5 285:24 286:13 286:17 | | 263:18 263:20 263:23 264:7 264:13 | | 83:23 86:17 88:21 190:1 191:24 192:1 |
| **mccutchen**(1) 11:4 | | 286:20 298:20 300:18 | | 267:15 268:1 268:2 269:19 269:22 269:23 | | 203:25 206:3 206:18 210:15 219:1 228:9 |
| **mcdaniel**(1) 3:20 | | | | 270:7 271:14 271:17 272:15 273:5 273:6 | | 237:14 256:4 297:18 |
| **mcgowan**(1) 9:17 | | **meetings**(42) 124:3 124:5 162:7 162:9 | | 274:5 276:8 276:12 276:12 276:20 276:22 | | |
| **mcguire**(1) 6:27 | | 181:22 182:19 190:12 190:15 190:20 | | 279:7 277:23 288:13 288:22 293:8 293:11 | | **morgan's**(2) 261:3 261:1 |
| **mcneill**(1) 4:16 | | 190:24 191:14 191:13 192:6 192:9 192:12 | | 294:19 | | **morning**(8) 12:3 12:4 16:8 16:9 63:5 |
| **me,"**(1) 147:1 | | 192:13 192:16 192:21 193:23 194:2 194:4 | | | | 243:9 254:1 281:23 |
| | | 195:16 195:17 195:20 196:1 206:11 210:3 | | **mina**(2) 8:51 8:52 | | |
| **mean**(29) 44:25 48:6 48:6 56:4 56:11 61:12 | | 218:4 222:17 224:1 224:2 224:6 224:9 | | **mind**(7) 97:1 113:20 130:15 144:10 | | **moskowitz**(1) 2:12 |
| 74:16 76:9 91:9 93:9 94:9 99:23 101:21 | | 224:11 224:12 224:18 240:3 240:6 250:14 | | 146:16 154:14 282:5 | | **moss**(1) 9:52 |
| 120:6 129:7 133:22 144:14 148:8 150:20 | | 252:4 261:2 283:9 | | | | **most**(11) 18:10 22:4 24:14 49:12 70:8 |
| 162:24 167:18 168:21 171:7 215:12 239:19 | | | | **minded**(1) 61:21 | | 123:3 139:12 154:10 218:24 226:5 297:19 |
| 249:25 261:25 287:10 287:15 293:13 | | **meisel**(1) 2:4 | | **minds**(1) 48:5 | | |
| | | **melamed**(1) 6:39 | | **minimum**(2) 78:4 143:22 | | **mostly**(1) 220:19 |
| **meaning**(4) 71:23 106:16 119:7 204:4 | | **member**(10) 19:9 116:5 188:24 191:2 | | **minor**(1) 13:17 | | **motion**(14) 13:22 57:20 57:22 143:19 |
| **meaningful**(3) 44:1 89:5 106:21 | | 208:4 217:13 217:14 228:3 256:7 259:5 | | **minus**(1) 202:3 | | 208:18 209:1 209:2 209:8 209:11 223:11 |
| **means**(7) 110:16 132:19 163:25 229:13 | | | | **minute**(6) 79:5 164:18 182:25 194:4 | | 223:14 250:5 251:9 297:10 |
| 229:16 269:4 273:23 | | **members**(42) 18:5 112:4 153:5 174:13 | | 195:20 196:6 | | |
| | | 185:23 186:1 186:5 186:6 189:7 189:13 | | | | **motions**(3) 192:2 208:14 209:15 |
| **meant**(6) 56:11 60:2 108:22 269:2 273:20 | | 189:23 191:1 191:13 191:12 191:14 191:22 | | **minutes**(59) 63:11 97:13 162:6 162:11 | | **motivation**(1) 140:17 |
| 275:24 | | 192:23 193:1 193:6 196:20 196:22 196:24 | | 162:20 162:22 164:23 165:5 165:12 181:23 | | **move**(22) 16:11 28:23 46:14 61:7 65:19 |
| | | 205:24 206:5 207:25 211:10 213:15 222:1 | | 181:24 182:10 182:12 181:15 181:16 181:2 | | 73:17 117:11 118:24 148:4 148:6 155:15 |
| **meantime**(1) 66:18 | | 225:16 225:16 226:12 227:4 228:3 228:4 | | 182:1 182:10 182:16 182:18 184:7 192:16 | | 195:3 196:12 200:24 202:2 202:19 214:9 |
| **media**(1) 19:6 | | 234:3 237:2 252:8 252:20 274:24 275:1 | | 192:18 192:21 192:24 192:25 193:3 193:7 | | 215:5 215:25 241:7 272:13 289:6 |
| | | 286:14 296:25 | | 193:10 193:13 193:16 193:18 193:22 194:7 | | |
| | | | | 194:8 194:15 195:8 195:13 195:17 210:12 | | **moved**(2) 121:4 129:19 |
| | | **membership**(1) 186:12 | | 211:4 212:16 226:19 227:13 227:15 227:1 | | **moving**(4) 15:10 81:18 195:9 209:6 |
| | | **memo**(2) 182:13 182:17 | | 227:22 227:23 228:2 228:5 228:8 231:16 | | **much**(19) 22:16 36:8 53:1 70:9 76:23 |
| | | **memoranda**(2) 197:10 197:13 | | 237:12 237:16 241:5 241:8 243:13 251:24 | | 102:10 113:20 114:8 114:10 119:12 175:17 |
| | | **memorandum**(3) 243:20 243:25 243:25 | | 288:7 | | 249:9 249:9 250:13 253:16 283:3 293:6 |
| | | **memorialized**(2) 145:6 192:14 | | | | 294:9 294:15 |
| | | **memory**(1) 285:4 | | **mischaracterizes**(1) 169:10 | | |
| | | **men**(1) 195:14 | | **mischaracterizing**(1) 162:25 | | **mulhern**(1) 9:36 |
| | | **mendava**(2) 107:8 108:17 | | **misleading**(1) 259:15 | | **mullen**(1) 7:34 |
| | | **mention**(4) 55:13 150:5 150:8 199:11 | | **miss**(1) 191:2 | | **mullis**(1) 281:12 |
| | | **mentioned**(7) 59:16 196:18 201:17 221:18 | | **mistake**(2) 115:19 159:1 | | **multimedia**(1) 97:16 |
| | | 224:9 252:24 269:20 | | **misunderstanding**(1) 146:11 | | **multiplying**(1) 238:17 |
| | | | | **mitch**(1) 2:50 | | **must**(4) 175:2 175:3 285:10 298:18 |
| | | | | **mix**(2) 78:24 137:8 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**myers**(1) 7:13
**myrick**(1) 7:42
**myself**(1) 18:7

**name**(5) 16:10 180:14 180:17 188:3 188:4
**named**(3) 19:1 120:13 212:1
**nancy**(2) 248 279:4
**narrative**(1) 67:20
**natural**(16) 69:1 77:2 90:22 91:3 100:12 100:15 275:20 275:24 276:4 276:14 276:1 290:14 290:17 290:23 291:7 291:13

**nature**(6) 17:10 24:2 26:3 46:10 47:19 115:16

**near**(2) 48:23 151:10
**nearly**(1) 216:12
**necessarily**(2) 155:8 275:3
**necessary**(4) 98:18 147:25 183:14 203:18
**necessitated**(1) 56:14
**need**(20) 20:6 22:21 62:25 63:10 71:9 103:7 113:12 115:13 127:8 128:8 128:15 146:14 161:19 165:17 170:22 183:12 188: 194:23 253:17 278:20

**needed**(13) 22:7 44:22 44:23 45:1 45:3 45:4 56:2 61:18 61:18 87:7 118:6 208:7 217:6
**needs**(3) 63:11 219:19 259:14
**neftalis**(1) 10:42
**negotiate**(4) 37:22 42:8 139:5 210:6
**negotiated**(6) 21:15 60:8 130:10 151:9 221:16 225:4

**negotiating**(11) 35:22 117:14 142:10 187:23 205:7 211:3 218:2 218:15 221:11 260:11 283:2
**negotiation**(6) 96:5 241:19 255:12 257:11 257:16 264:18

**negotiations**(80) 41:16 48:12 48:17 48:18 55:7 58:6 59:9 60:14 64:24 80:6 95:7 96:10 96:13 104:19 105:8 110:9 113:24 118:4 120:21 125:3 126:3 133:10 135:11 176:5 177:5 187:17 210:13 210:23 211:25 216:22 217:2 217:9 217:12 218:21 219:3 219:14 219:16 220:23 225:12 225:17 225:19 226:13 226:16 226:25 227:5 232:1 246:20 254:10 255:14 255:20 255:23 256:7 256:12 256:15 257:6 257:24 258:3 258:8 258:15 258:25 259:7 259:11 259:19 259:23 259:25 260:7 260:16 260:21 262:5 262:12 263:1 263:12 263:21 264:16 264:2 264:23 265:8 266:23 278:7 297:2

**negotiator**(5) 105:10 111:7 111:7 258:8 258:19

**negotiators**(3) 44:13 217:20 217:21
**neil**(1) 9:44
**neither**(2) 67:3 192:12
**net**(2) 34:7 99:2
**neutral**(1) 110:17
**never**(25) 67:4 72:13 72:23 100:2 106:8 114:12 120:15 123:15 132:6 142:14 144:1 150:17 151:22 156:9 156:11 156:23 157:25 158:13 170:3 173:8 205:17 206:20 262:2

**new**(25) 2:18 2:33 2:52 3:17 3:31 3:44 5:9 5:34 5:47 32:9 32:10 32:10 32:12 56:11 57:2 59:23 60:20 60:25 64:14 89:22 138:3 186:5 186:6 188:12 197:3

**newcomers'**(1) 128:7
**news**(4) 13:14 88:20 185:6 197:12
**newspaper**(6) 185:20 186:6 200:2 200:12 200:21 211:11

**next**(41) 12:14 20:10 20:12 21:20 31:21 33:11 33:24 38:2 43:5 46:25 51:3 53:16 54:11 64:6 84:11 84:16 99:2 113:1 116:8 116:18 116:21 127:11 127:11 134:9 151:2 172:9 179:11 199:22 211:17 224:6 228:2 229:12 240:13 240:13 241:17 241:23 242:21 243:9 243:17 245:16 269:23

**nice**(1) 98:3
**nicely**(1) 191:19
**nicholas**(1) 9:21
**nick**(1) 2:46
**niese**(2) 190:2 234:8
**night**(2) 243:9 274:24
**night's**(1) 170:22
**nine**(1) 222:17
**ninety**(2) 266:12 267:5
**noise**(1) 20:5
**nomura**(2) 9:27 9:27
**non**(2) 91:7 135:8
**non-bank**(2) 205:11 209:3
**non-binding**(1) 49:8
**non-existence**(1) 24:15
**non-lbo**(5) 84:14 84:19 91:4 157:15 285:1
**non-partisan**(1) 44:23
**non-party**(1) 10:16
**non-public**(1) 130:17
**non-senior**(2) 101:18 101:19
**non-starter**(1) 135:1
**non-step**(1) 91:2
**nonetheless**(1) 131:17
**nor**(2) 89:10 89:11
**normally**(1) 145:3
**norman**(1) 2:6
**north**(5) 2:25 3:21 4:18 5:26 29:21
**not**(258) 13:13 14:23 14:25 15:5 18:10 30:19 34:18 38:20 39:23 41:19 41:20 41:24 44:14 44:24 47:8 48:23 56:4 56:9 52:11 52:18 52:21 53:22 54:2 56:5 59:9 60:9 60:21 61:24 62:21 65:24 66:5 66:9 69:25 70:25 71:5 71:19 71:20 72:7 72:10 72:14 73:4 73:5 78:5 78:6 78:10 79:5 80:3 82:6 82:9 86:10 89:8 91:17 92:1 94:17 94:19 96:3 99:11 99:23 100:4 101:9 102:15 104:15 104:23 105:2 107:9 108:7 108:15 110:19 110:20 110:24 111:13 114:10 115:10 115:12 115:15 117:10 118:3 120:2 126:1 126:8 126:13 127:10 127:16 128:17 129:4 129:23 130:1 130:17 131:2 131:5 131:7 131:14 131:18 131:20 132:1 132:23 133:15 137:20 138:15 138:22 139:1 139:19 139:18 139:24 141:10 145:6 146:8 147:3 147:23 147:23 147:25 148:10 149:1 151:1 154:4 154:15 154:18 154:20 155:8 156:4 156:18 156:20 157:5 157:17 157:21 159:8 159:15 160:13 161:13 161:13 161:16 162:2 163:1 163:4 163:8 163:12 167:13 167:21 168:4 168:11 168:13 169:17 177:19 178:19 178:22 180:23 181:6 181:8 181:11 181:16 188:20 193:22 196:23 201:21 211:3 213:8 219:10 220:20 226:5 230:7 230:9 230:18 231:4 235:6 235:10 235:11 235:20 236:14 236:18 237:21 242:25 243:1 244:2 246:12 247:1 249:5 250:10 250:12 250:15 251:6 252:17 255:4 255:17 256:22 257:17 259:14 260:1 260:5 260:17 260:22 262:6 262:20 262:23 262:24 263:22 264:2 263:24 264:14 265:1 266:2 268:5 270:3 270:10 271:15 271:22 272:11 274:3 276:6 277:5 278:3 278:3 281:12 281:19 281:24 283:6 283:18 284:8 284:8 288:4 290:7 290:9 290:12 290:21 291:10 291:12 292:2 294:11 295:14 296:15 297:1 297:20 298:3 298:19

**npp-870**(1) 127:13

**note**(7) 32:15 52:14 52:15 92:13 98:24 117:1 167:1

**notebook**(1) 283:22
**noteholder**(28) 13:12 42:17 48:15 52:6 66:21 66:25 117:13 122:18 134:11 153:9 156:20 158:17 221:15 238:3 248:9 248:19 249:2 250:19 257:5 265:24 266:8 266:15 266:22 267:2 270:13 271:14 283:14 284:20

**noteholder's**(1) 45:3
**noteholders**(55) 13:15 15:22 42:23 46:12 48:16 51:16 51:23 69:13 76:23 77:15 78:21 78:22 79:21 79:22 84:3 89:10 93:2 93:25 94:5 100:11 101:3 101:14 145:19 149:21 220:11 244:25 245:16 245:19 246:5 247:6 247:8 247:23 250:1 250:20 256:16 258:4 266:1 266:5 266:7 267:6 267:22 269:23 273:4 275:21 276:4 276:14 276:19 280:1 281:17 288:13 289:14 290:15 291:8 291:14 297:23

**notes**(18) 49:21 49:21 49:22 52:7 52:8 52:10 60:4 66:12 110:25 121:25 125:14 130:13 142:1 142:21 154:23 155:21 166:2 229:18
**nothing**(8) 12:22 14:5 70:16 97:4 131:9 140:4 177:22 296:5

**notice**(1) 189:14
**notifying**(1) 197:3
**notion**(1) 229:20
**notional**(1) 193:2
**notions**(1) 48:7
**notwithstanding**(1) 176:23
**november**(1) 17:25 33:14
**now**(241) 12:23 18:5 19:15 20:8 20:15 22:6 22:18 23:7 23:10 23:16 24:17 24:22 27:18 28:5 28:20 29:5 30:8 31:2 31:21 33:22 33:20 34:15 35:3 35:18 37:22 38:10 40:18 41:15 42:8 43:3 43:19 44:17 45:7 46:13 47:19 48:17 49:1 51:12 52:9 52:20 53:4 53:11 54:4 54:9 56:25 58:22 60:5 60:13 62:15 63:4 63:23 64:22 64:25 66:1 69:20 70:21 73:25 74:6 74:11 74:14 75:4 75:5 75:14 77:18 78:5 79:25 80:9 81:6 81:10 81:17 83:18 85:19 85:19 86:18 87:7 88:20 88:25 89:16 89:20 91:3 91:11 94:7 94:18 95:20 96:21 97:2 97:15 98:7 100:25 102:1 103:19 104:13 105:13 106:1 109:1 109:7 110:8 111:6 111:12 111:22 112:21 113:1 114:8 114:20 115:24 116:8 117:12 119:14 120:15 120:16 121:16 122:1 123:6 123:10 123:24 124:19 125:2 125:14 125:25 126:17 126:22 128:15 128:21 129:3 130:9 131:4 131:10 131:25 133:3 133:23 134:3 134:8 137:5 138:7 138:24 139:8 140:7 141:25 142:8 142:9 142:14 142:17 142:23 143:6 143:16 144:9 144:21 145:21 148:3 148:8 148:10 148:21 149:17 150:4 150:8 150:9 152:11 153:3 154:21 156:8 156:22 157:19 159:8 161:18 165:25 167:4 169:18 171:16 171:20 172:24 181:7 175:6 176:24 178:8 179:22 181:7 183:10 185:15 186:19 187:13 187:24 188:23 190:11 190:24 191:12 194:6 196:1 196:18 197:18 202:3 202:12 203:1 203:11 204:16 205:23 206:11 206:21 207:22 211:5 213:11 214:24 215:16 216:22 218:14 221:18 221:25 222:23 223:25 226:24 227:19 228:10 232:14 237:1 237:17 239:4 240:13 240:21 241:23 242:11 243:12 252:24 255:2 261:9 262:10 265:6 266:5 267:5 267:10 269:25 272:21 276:24 283:12 284:18 285:24 287:23 288:12 291: 297:13

**number**(47) 29:19 32:18 39:21 39:23 64:14 66:11 69:5 69:14 78:25 79:3 80:22 81:4 81:4 86:10 86:11 90:9 92:15 100:10 100:13 121:22 122:23 122:25 123:2 130:15 158:10 158:11 165:2 202:13 212:14 215:17 226:10 226:11 231:10 240:5 263:3 264:8 266:1 267:8 274:3 274:8 276:6 277:24 281:13 282:4 283:16 290:5 294:24

**numbers**(7) 117:4 122:12 122:12 126:9 243:4 266:6 276:14

**numeral**(7) 211:17 212:3 212:18 239:5 241:10 241:23 243:17
**numerical**(2) 89:17 238:16
**o'clock**(1) 298:14
**oak**(2) 53:22 55:9
**oaktree**(45) 9:38 9:39 42:21 48:20 48:20 48:21 48:23 49:14 52:21 52:21 53:17 54: 54:5 54:6 57:1 76:4 82:23 88:21 125:25 126:12 126:17 126:22 128:21 129:3 132:1 132:22 132:24 135:8 137:8 159:11 159:13 160:20 161:5 165:21 171:11 210:16 219:5 219:6 219:7 219:10 234:19 256:4 256:10 258:13 258:15

**oaktree's**(3) 52:24 55:16 219:22
**oaktree/angelo**(2) 4:23 161:2
**object**(9) 52:21 53:10 96:3 115:10 140:11 150:18 169:9 178:25 229:22

**object."**(1) 131:20
**objected**(5) 50:23 53:4 71:20 129:21 129:25 131:18 196:12
**objecting**(5) 52:11 52:18 131:14 131:22 181:24

**objection**(72) 25:5 25:14 25:24 26:4 33:4 38:17 50:24 52:25 53:8 59:15 67:19 68:8 71:6 72:21 77:22 85:5 94:13 115:16 116:17 118:14 118:22 128:16 135:22 139:19 140:19 165:1 169:13 177:9 181:18 184:8 194:11 194:24 196:13 196:15 201:1 201:2 201:4 202:5 202:8 202:21 202:22 202:23 206:6 207:15 214:11 214:13 214:20 216:3 219:11 220:6 220:7 225:6 230:5 230:8 232:6 232:19 233:4 246:17 250:5 250:6 252:9 258:20 259:9 271:23 274:12 278:24 287:2 287:14 288:24 293:19 293:22 295:4

**objections**(5) 129:17 181:6 181:6 182:16 183:15

**objective**(3) 44:22 208:10 261:17
**objectives**(3) 261:11 261:14 261:20
**obligation**(1) 170:3
**obligations**(5) 36:11 70:18 252:7 252:8 268:19

**observation**(1) 190:25
**observations**(2) 205:9 206:19
**observe**(2) 206:2 206:17
**obtain**(10) 21:14 54:2 70:6 86:25 129:11 157:10 190:9 261:17 278:7 289:14

**obtained**(1) 33:16
**obtaining**(3) 54:16 66:17 282:19
**obviously**(9) 49:15 86:24 150:20 162:25 263:20 268:1 268:8

**occasionally**(1) 192:10
**occur**(5) 27:21 31:10 33:2 33:16 118:3
**occurred**(16) 13:14 27:22 34:4 42:11 87:24 100:14 115:8 168:19 221:4 221:25 227:22 241:14 251:22 254:10 263:21 266:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**occurring**(1) 259:23

**october**(84) 64:20 83:2 87:9 87:23 87:24 87:24 89:24 90:4 96:12 100:21 100:22 101:1 101:13 101:14 102:5 103:8 110:12 127:21 128:4 134:22 144:3 144:16 167:5 194:4 196:8 196:8 200:22 202:1 237:5 237:6 237:8 237:9 237:12 238:5 239:11 241:2 241:5 241:14 241:20 242:3 243:12 243:13 243:14 244:4 244:5 244:10 244:20 244:22 247:9 247:12 247:15 247:24 248:5 254:18 267:1 267:12 267:17 267:19 267:2 267:25 268:8 269:5 269:16 276:25 277:24 278:1 278:20 279:20 280:4 280:18 280:23 281:4 281:8 281:16 282:9 282:14 282:18 283:4 283:9 284:19 285:3 289:12 289:16 289:19

**off**(9) 49:5 79:15 115:13 165:2 165:7 175:21 198:5 279:4 279:6

**offer**(15) 28:11 28:12 29:19 29:22 31:15 121:10 121:14 122:15 122:17 123:13 146:7 179:14 181:24 182:22 182:24

**offered**(4) 121:16 181:5 184:9 276:15
**offering**(3) 167:21 168:11 169:1
**offers**(3) 45:12 46:24 47:9
**office**(5) 5:12 149:12 156:7 189:1
**officer**(5) 113:11 187:13 187:22 188:12 197:23

**officers**(10) 37:9 86:11 86:13 86:15 177:7 187:3 207:4 244:22 292:25

**offices**(2) 16:23 56:2
**official**(6) 3:33 4:4 6:6 145:7 185:16
**offset**(1) 84:17
**often**(1) 190:14

**okay**(301) 14:12 15:14 18:14 19:15 33:2 34:15 36:7 36:20 39:19 40:1 41:2 41:15 43:5 43:19 45:7 46:8 51:3 51:12 52:20 58:3 58:22 63:4 63:21 68:12 68:23 72:4 73:17 73:17 90:5 97:20 98:9 98:12 98:20 99:5 99:19 100:7 100:10 100:19 101:7 101:11 101:16 101:24 102:4 103:13 103:1 103:4 104:4 104:7 104:10 104:18 104:18 104:23 105:7 105:10 105:13 105:25 106:3 106:7 106:11 106:14 107:1 107:5 107:10 107:15 107:21 107:23 107:25 108:1 108:1 108:19 109:1 109:4 109:10 109:14 109:18 109:25 110:4 110:8 110:15 110:22 111:12 111:15 111:17 111:19 112:7 112:21 112:24 113:9 113:13 113:17 113:18 113:23 114:7 114:16 114:18 114:24 115:4 115:12 115:12 116:1 116:2 116:8 116:14 116:17 116:21 117:3 117:11 117:17 117:21 118:1 118:7 118:17 119:4 119:18 119:24 120:18 120:25 121:2 121:9 121:16 121:21 121:24 122:2 122:4 122:5 122:7 122:11 122:15 122:25 123:13 123:13 124:5 124:9 125:2 125:5 125:9 125:25 126:3 126:7 126:15 126:22 126:24 127:1 127:4 127:11 128:11 128:13 128:21 128:23 129:2 129:10 129:17 129:2 130:6 130:9 130:16 131:1 131:4 131:10 131:13 131:16 131:21 131:25 132:3 132:1 132:14 132:25 133:5 133:7 133:15 133:20 134:2 134:15 134:18 135:7 135:18 136:6 136:12 136:22 137:2 137:19 138:2 138:10 139:3 139:8 139:15 139:17 139:23 140:1 140:4 140:7 140:20 141:7 141:11 141:20 141:25 142:14 142:17 142:23 143:12 143:16 147:18 148:25 150:7 150:15 151:8 151:16 151:24 152:5 152:6 152:15 153:7 153:11 153:21 154:18 154:21 155:15 155:15 156:3 156:6 156:14 156:19 157:3 157:6 157:13 157:19 158:1 158:15 158:22 159:2 159:7 159:14 159:24 160:6 161:4 161:18 162:11 162:24 163:4 163:12 163:1 164:3 164:11 164:24 165:9 165:20 165:22 166:14 166:15 166:19 166:23 167:4 167:2 168:15 169:1 169:4 169:19 169:20 170:1 170:18 174:11 175:6 178:20 178:23 180:4 182:3 183:23 184:5 195:1 195:23 196:21 201:22 209:22 211:6 213:25 215:16 220:1 228:10 230:14 238:23 239:19 249:18 251:10 253:10 253:20 255:10 255:18 256:7 257:14 257:18 258:7 258:11 258:22 259:17 261:9 262:4 262:16 262:24 263:9 263:15 264:6

**okay**(52) 264:15 265:6 265:21 267:10 268:8 268:16 269:5 269:11 269:15 270:12 270:17 271:1 271:12 272:18 273:19 273:2 275:23 276:9 276:17 276:24 277:15 278:2 279:2 279:7 279:10 279:16 280:8 280:14 281:20 281:25 282:5 282:9 283:7 283:12 283:23 284:18 284:21 284:22 285:16 286:18 286:22 287:5 289:19 290:7 290:10 290:13 290:22 291:21 295:25 297:13 297:25 298:13

**older**(1) 100:1
**olinsky**(1) 11:5
**omissions**(1) 194:9
**omitted**(1) 146:2
**onboard**(1) 88:22

**once**(12) 55:19 102:13 157:21 162:14 162:16 190:16 190:22 192:5 193:14 205:4 240:5 291:1

**one**(125) 1:27 2:24 2:51 14:19 20:10 21:22 30:7 30:9 31:11 31:20 34:15 37:20 40:14 45:21 45:21 46:13 47:8 48:4 48:6 56:6 61:2 61:7 61:14 66:11 69:5 71:12 73:17 78:25 86:11 90:5 90:5 100:4 100:10 103:6 105:19 106:1 106:3 106:5 106:8 106:11 107:24 108:7 108:17 110:19 111:2 128:2 128:5 129:10 130:6 130:8 130:9 133:1 133:2 134:5 134:8 139:3 139:15 143:7 147:1 147:22 149:25 151:25 152:12 160:13 163:8 163:16 164:6 164:1 166:20 168:7 172:10 172:21 174:10 174:1 175:3 176:16 177:10 177:25 186:3 192:11 194:2 194:2 199:23 202:14 203:2 204:20 204:22 210:11 222:7 228:3 228:3 230:14 230:17 230:21 230:24 249:10 256:16 258: 265:13 268:17 270:2 270:7 270:10 272:21 277:1 279:4 283:9 283:9 283:19 283:21 291:16 294:19 295:15 295:18 295:23 296: 298:11 298:21

**one-hundred**(2) 261:17 277:17
**one-hundred-and**(1) 274:9
**one-page**(1) 271:2
**ones**(2) 225:13 226:6
**one's**(1) 157:3
**ongoing**(1) 136:10
**only**(24) 47:7 61:10 66:16 74:17 78:20 78:21 83:24 91:7 100:4 119:6 119:9 122:16 143:7 154:6 163:14 172:12 178:19 178:20 178:22 178:23 196:25 252:17 259:10 294:17

**onto**(1) 155:15
**open**(3) 146:13 147:23 234:20
**opened**(3) 79:4 144:15 148:10
**opening**(18) 15:3 39:1 39:5 67:8 95:21 95:23 121:10 121:14 122:15 123:13 144:1 145:9 148:1 148:3 148:3 155:20 156:3 229:17

**operate**(1) 22:2
**operating**(6) 20:1 32:20 80:24 102:12 202:17 300:31

**operations**(2) 21:21 22:9
**operator**(1) 98:8
**opinion**(18) 30:12 30:17 31:17 33:18 71:24 94:19 109:20 132:22 167:21 168:1 169:1 169:3 204:13 232:8 245:11 278:21 296:14 296:21

**opportunities**(2) 21:12 21:25
**opportunity**(1) 65:4
**oppose**(3) 89:14 235:21 236:19
**opposed**(5) 23:25 30:9 78:14 267:3 267:6
**opposing**(1) 191:16
**opposition**(2) 89:8 266:12
**option**(1) 29:11
**option.''**(1) 172:12
**options**(4) 29:10 34:12 34:12 60:23
**orchestrate**(1) 44:15
**orchestrated**(1) 45:17
**order**(27) 22:7 27:5 33:15 44:23 94:18 97:5 122:19 143:18 144:7 144:24 145:7 146:21 146:22 147:10 147:10 148:13 156:25 164:4 164:8 164:15 171:12 213:5 222:5 223:6 266:11 276:7 297:24

**ordered**(1) 223:3
**ordinary**(3) 32:20 168:20 193:18
**organization**(1) 34:16
**organizing**(1) 187:2
**oriented**(1) 254:3
**original**(6) 57:13 58:20 58:20 80:9 98:16 284:12

**ot's**(1) 134:25

**other**(88) 13:24 15:1 15:23 18:14 22:13 46:8 46:11 49:8 49:14 49:16 51:23 53:10 55:6 55:7 56:19 58:11 61:3 71:17 77:4 77:12 79:7 80:6 81:6 82:5 82:8 98:12 101:17 110:19 116:9 116:12 120:19 122:7 132:1 132:3 133:2 134:3 142:2 143:22 144:18 144:20 166:2 169:17 170:8 173:9 174:5 185:24 186:4 187:18 189:23 191:22 194:13 197:11 197:13 198:23 204:25 206:4 209:13 214:17 217:2 218:4 223:24 225:4 233:10 234:20 237:2 240:5 245:5 252:19 255:16 255:18 256:10 256:17 256:19 258:5 258:15 265:13 268:12 280:14 288:18 290:15 292:4 294:18 296:21 296:24 297:10 297:10 298:4 298:22

**others**(9) 37:20 128:8 153:3 188:10 190:23 236:18 250:1 296:9 296:15

**otherwise**(3) 76:20 215:7 262:3
**ought**(2) 71:11 115:9
**our**(44) 13:2 14:5 16:18 19:14 23:6 40:9 47:21 47:21 49:12 56:13 61:10 62:20 70:5 70:8 82:2 94:22 166:14 172:12 187:3 187:4 188:1 189:10 189:11 189:13 196:25 197:12 198:17 199:16 203:3 209:5 216:18 221:12 234:1 246:24 248:22 252:4 252:17 260:9 260:9 263:25 274:23 288:19 291:20 298:7

**ourselves**(1) 44:25
**out**(66) 15:10 15:17 18:12 21:10 22:24 25:8 29:20 34:4 38:9 47:5 45:1 46:3 48:12 48:18 48:20 54:4 56:3 61:24 65:1 67:3 69:19 71:19 72:7 73:21 74:14 74:21 78:3 87:25 93:23 101:5 114:15 116:12 120:4 124:13 126:4 126:5 135:16 136:9 137:14 141:9 144:5 145:13 145:22 146:2 152:19 157:19 158:5 160:7 160:10 164:22 170:4 172:10 172:13 175:7 180:2 188:13 202:14 233:18 238:13 262:6 262:11 262:17 289:22 294:4 297:17 298:17

**outcome**(7) 41:13 97:3 109:9 109:19 110:1 124:17 209:14

**outcomes**(4) 41:10 42:5 285:12 288:10
**outlined**(3) 68:23 69:12 237:22
**outset**(2) 121:6 145:3
**outside**(3) 72:1 171:16 198:23
**outstanding**(3) 30:7 32:22 34:11
**over**(24) 40:9 65:13 65:13 67:23 79:7 81:3 84:22 85:17 88:14 116:8 117:5 163:22 170:2 174:14 179:24 190:20 197:16 207:22 209:6 218:22 221:16 251:18 257:7 259:19

**overall**(2) 247:4 278:5
**overly**(1) 142:8
**overruled**(9) 73:6 179:3 207:18 220:8 225:7 232:10 246:21 274:18 289:1

**oversee**(1) 187:4
**oversight**(1) 187:14
**overturned**(1) 261:25
**overwhelmingly**(2) 266:10 266:12
**owed**(1) 90:24
**own**(12) 27:11 56:2 61:10 61:10 145:4 159:11 191:3 192:3 205:19 221:15 248:7 288:19

**owned**(4) 43:1 117:19 130:13 149:17
**owner**(2) 30:5 52:10
**owning**(2) 29:3 219:7
**owns**(1) 66:22
**o'melveny**(1) 7:13

**p.a**(1) 2:5

**p.m**(8) 102:20 102:20 128:4 145:1 145:1 180:5 180:5 299:3

**p.o**(1) 3:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| package(8) 274:22 275:14 278:5 278:18 279:24 291:10 291:19 291:20 | | parties(90) 15:10 15:23 25:21 35:16 36:3 40:10 41:9 42:4 42:8 43:25 44:2 44:3 44:7 44:12 44:19 46:2 46:11 46:22 47:10 47:12 47:15 47:23 49:4 49:15 49:16 51:10 51:15 56:19 58:11 58:17 61:1 61:25 64:11 66:5 69:23 76:3 80:6 81:20 82:5 82:9 82:22 83:24 86:25 89:13 95:7 95:12 143:5 145:4 147:17 154:7 155:24 197:11 207:2 210:13 210:24 210:25 212:1 213:9 213:11 215:22 216:10 216:24 217:2 218:15 218:2 218:24 218:25 219:3 221:11 221:14 224:25 225:10 225:11 233:10 234:20 237:2 247:13 254:13 255:23 262:11 264:3 265:15 285:20 296:22 | | period(37) 31:12 43:20 43:21 44:17 47:18 60:17 65:14 65:22 80:7 121:3 121:4 133:20 133:22 134:3 134:3 135:23 144:9 186:14 195:13 196:7 200:21 201:25 206:1 207:22 220:24 221:16 222:9 222:11 232:15 240:6 254:5 259:13 259:19 262:9 262:10 262:16 292:25 | | plans(8) 68:16 68:17 123:20 201:12 249:3 251:2 251:4 259:11 |
| | | | | periods(1) 141:12 | | play(3) 44:21 47:11 233:1 |
| page(68) 21:7 33:11 38:10 39:6 50:9 50:11 52:9 67:23 67:24 68:13 71:14 73:15 75:4 84:11 85:20 88:12 88:14 88:16 89:16 90:21 91:12 91:13 92:4 92:21 93:2 93:6 100:21 107:21 107:25 111:23 112:8 114:1 114:23 145:10 152:15 158:23 159:1 165:14 166:15 166:23 166:24 172:6 173:1 173:24 174:14 174:14 174:25 175:6 175:10 195:8 211:9 211:10 211:17 228:24 228:25 239:4 241:9 241:18 241:23 242:1 242:21 243:17 259:1 271:19 272:5 284:5 284:6 284:22 | | | | pernick(1) 2:6 | | played(3) 47:13 265:24 265:25 |
| | | partisan(1) 110:21 | | person(6) 30:17 61:10 190:20 190:22 211:1 297:21 | | players(4) 42:15 45:21 113:20 113:25 |
| | | partner(2) 9:35 154:11 | | | | playing(3) 110:20 176:17 233:2 |
| | | partners(6) 6:3 7:23 8:23 10:8 10:8 10:38 | | personally(3) 227:17 244:13 255:14 | | plaza(3) 3:22 3:43 4:17 |
| | | parts(3) 95:22 223:24 268:12 | | personnel(2) 18:18 108:6 | | please(11) 12:2 14:16 73:8 83:11 111:18 113:13 153:20 180:14 180:15 228:10 298:23 |
| | | party(12) 28:7 28:19 82:21 86:23 130:16 130:21 167:1 264:19 264:23 264:24 265:7 265:13 | | perspective(1) 267:18 | | |
| | | | | perspectives(1) 111:3 | | pleased(1) 45:5 |
| | | party's(1) 282:6 | | persuaded(1) 174:4 | | plenty(1) 297:9 |
| pages(9) 88:5 88:7 88:10 92:2 92:4 92:5 107:7 108:24 207:20 | | parver(1) 5:32 | | pertaining(2) 35:2 35:16 | | plus(8) 16:23 17:6 66:22 83:3 84:5 95:11 288:13 289:7 |
| | | password(1) 196:25 | | peter(2) 9:32 10:39 | | |
| paid(23) 36:14 37:19 66:14 66:15 78:16 84:20 84:22 90:12 90:16 92:18 94:5 100:11 101:18 101:19 141:23 141:24 142:1 155:22 159:17 198:5 257:21 269:22 276:15 | | password-protected(1) 196:22 | | petition(3) 23:16 43:14 106:12 | | point(91) 8:47 8:47 10:47 10:47 21:9 22:19 23:10 23:11 27:18 28:1 32:13 34:19 40:20 42:8 42:14 46:12 46:24 48:20 50:25 51:20 53:10 53:23 57:7 60:8 62:1 62:7 65:16 66:8 66:12 66:23 75:5 77:12 77:14 78:17 79:2 79:10 79:23 80:1 80:23 81:3 84:12 89:9 92:24 95:10 103:16 103:20 103:22 103:25 105:21 115:10 123:1 125:9 125:17 125:21 126:4 131:2 134:5 135:7 142:17 142:24 144:2 145:22 150:16 163:2 165:16 168:8 177:14 181:11 181:14 229:1 230:24 231:1 231:8 232:2 232:22 243:18 253:6 256:14 259:22 260:8 271:21 271:24 272:1 272:3 272:4 284:3 284:23 284:24 285:16 289:12 298:17 |
| | | past(1) 74:6 | | phase(1) 121:4 | | |
| | | path(3) 43:17 64:23 161:25 | | phil(1) 2:47 | | |
| | | paths(2) 149:21 228:20 | | phone(9) 124:6 145:15 148:22 148:25 178:14 190:21 190:23 211:1 234:13 | | |
| painful(1) 163:19 | | paul(6) 5:5 8:13 188:1 192:10 205:19 205:20 | | | | |
| painfully(1) 194:1 | | | | | | |
| palmer(1) 5:18 | | | | phrase(6) 34:19 34:22 34:24 109:1 109:4 171:4 | | |
| papers(1) 12:8 | | | | | | |
| par(1) 229:14 | | | | | | |
| paragraph(14) 114:25 152:16 152:18 154:21 158:25 159:3 159:4 159:7 173:12 173:19 173:22 173:24 228:11 240:13 | | pause(4) 251:7 266:18 279:3 292:1 | | pick(3) 102:9 148:22 148:25 | | point."(1) 175:22 |
| | | pave(1) 138:25 | | pickering(1) 6:48 | | points(5) 21:21 38:10 76:6 229:21 263:3 |
| | | pay(11) 48:9 48:23 57:12 58:13 60:9 78:23 79:23 151:14 189:14 189:14 270:6 | | piece(8) 114:13 275:2 275:15 275:15 278:278:17 278:17 278:19 | | poison(2) 153:8 154:18 |
| parallel(2) 25:23 40:3 | | | | | | policy(6) 187:4 260:18 260:18 261:5 292:23 293:6 |
| paralleled(2) 39:2 39:5 | | | | pieces(1) 274:13 | | |
| parent(19) 39:20 39:24 40:5 51:23 77:4 77:6 90:9 90:24 93:13 93:15 155:22 220:19 235:7 235:12 245:2 247:11 249:23 257:25 263:6 | | paychecks(1) 20:4 | | pinned(2) 80:10 80:12 | | polk(2) 2:11 9:31 |
| | | paying(5) 53:2 58:7 87:1 268:1 269:17 | | pitch(1) 157:21 | | porterfield(1) 5:19 |
| | | payment(19) 37:5 68:24 69:6 78:20 79:21 80:17 99:3 101:2 110:5 150:18 160:8 160:12 160:16 263:24 267:14 272:15 274:10 276:21 277:18 | | place(14) 23:18 44:9 75:9 89:4 96:10 105:18 105:20 145:21 192:13 194:3 210:1 211:15 226:19 292:24 | | portfolio(1) 221:24 |
| | | | | | | portion(3) 17:17 114:7 142:20 |
| parenthetical(5) 115:20 115:24 115:25 172:13 212:8 | | | | | | pose(1) 50:24 |
| | | | | placed(3) 56:16 70:17 168:5 | | posed(1) 38:22 |
| park(4) 2:51 5:33 6:7 11:9 | | | | plan(193) 12:25 13:15 14:14 14:17 20:13 20:19 21:4 23:6 28:17 28:21 28:24 29:8 29:24 34:16 53:12 54:5 55:21 55:22 55:22 55:25 56:11 56:13 56:13 56:14 59:19 59:21 62:20 62:20 65:18 68:13 68:13 68:14 68:19 68:19 68:23 68:23 69:15 69:17 69:17 69:18 70:8 70:14 70:15 70:15 70:21 70:25 71:2 71:4 71:5 71:16 71:19 71:25 72:5 73:12 73:15 82:4 86:2 86:14 86:21 89:8 101:5 101:13 101:14 102:5 102:5 104:7 110:8 117:23 120:22 125:14 126:1 129:4 129:6 129:15 129:17 129:22 129:25 130:4 130:7 130:10 131:4 131:7 131:11 131:14 133:9 133:21 135:25 136:4 137:5 137:10 138:3 138:25 139:6 139:9 141:8 150:18 156:20 156:25 159:3 159:12 159:14 159:19 159:20 159:21 160:2 160:3 160:6 160:6 160:11 161:2 161:8 161:9 167:25 169:23 170:1 172:11 172:22 173:1 173:4 173:8 173:17 174:6 180:7 191:17 198:8 222:1 222:21 227:1 228:19 235:5 235:13 236:14 236:19 237:23 238:2 238:3 244:6 244:9 247:25 248:3 248:6 248:7 248:9 248:13 248:19 248:24 248:25 249:6 249:8 249:12 249:13 249:21 249:22 250:3 250:19 250:22 251:6 251:13 251:17 253:10 254:6 255:3 255:6 255:11 257:3 257:5 257:18 257:20 264:8 265:7 266:2 266:6 266:8 266:13 271:22 273:1 280:23 281:4 281:10 281:22 281:25 282:1 282:14 282:15 282:16 282:23 283:1 284:12 290:3 290:5 290:14 | | position(39) 13:16 16:14 16:17 54:1 55:9 55:17 58:7 59:5 64:11 65:8 66:25 73:14 73:21 96:22 97:5 129:12 135:17 136:9 140:5 142:18 152:20 160:2 162:1 162:3 162:4 174:7 175:11 186:7 186:11 191:16 199:6 219:23 221:11 221:23 232:13 232:24 247:10 255:10 266:16 |
| parke(1) 3:34 | | | | | | |
| part(29) 20:3 21:23 29:23 29:25 30:21 35:21 41:2 49:13 50:21 65:15 69:5 84:7 95:23 105:24 110:4 115:11 124:9 126:3 148:24 154:21 156:3 156:5 165:14 210:13 270:6 275:3 275:4 282:24 292:16 | | pbgc(2) 192:4 234:6 | | | | |
| | | pda(1) 79:14 | | | | positioning(1) 74:4 |
| | | penalties(1) 97:21 | | | | positions(11) 44:19 48:4 95:14 176:5 192:3 217:23 218:2 229:19 232:3 256:11 297:3 |
| | | pennock(1) 8:20 | | | | |
| | | pennsylvania(1) 1:35 | | | | |
| partial(1) 117:22 | | pension(2) 190:1 192:5 | | | | possibility(3) 65:18 120:12 153:8 |
| participant(1) 64:11 64:14 64:19 | | people(23) 22:4 22:11 48:3 49:6 49:9 49:11 49:13 61:12 65:2 67:9 78:5 99:24 129:10 144:11 146:18 147:8 172:1 176:5 188:7 207:1 208:6 238:21 297:3 | | | | possible(16) 21:17 44:23 66:9 99:25 100:1 157:10 198:12 206:22 207:23 210:6 264:2 278:8 279:12 282:19 282:19 282:24 |
| participants(3) 209:4 253:3 298:17 | | | | | | |
| participate(14) 16:18 24:17 40:24 70:1 81:13 87:12 88:2 114:11 150:25 192:9 217:4 231:4 236:8 255:14 | | | | | | possibly(2) 97:5 131:24 |
| | | people's(2) 48:7 95:13 | | | | post(3) 58:19 106:11 185:24 |
| | | people's(1) 154:13 | | | | post-petition(1) 106:7 |
| participated(11) 21:23 23:15 61:5 82:9 190:24 191:5 210:16 210:17 233:9 234:12 266:23 | | per(4) 32:16 34:11 163:7 289:8 | | | | posted(4) 195:21 197:2 224:14 239:11 |
| | | percent(47) 29:21 30:5 32:18 51:17 51:20 51:22 51:25 52:1 52:2 52:2 52:7 58:21 58:22 59:16 60:2 60:3 60:4 64:0 77:3 77:7 77:8 79:18 80:13 80:15 84:5 84:19 84:21 84:25 85:1 85:17 90:10 90:11 90:11 90:25 91:1 91:3 91:4 91:6 91:6 91:9 101:4 101:4 245:19 245:19 266:11 266:12 267:5 269:2 | | | | posting(1) 197:3 |
| participating(5) 81:21 84:10 89:10 154:8 158:9 | | | | | | pot(6) 51:17 51:20 163:10 163:12 163:14 163:17 |
| | | | | | | |
| participation(3) 28:19 84:9 113:24 | | | | | | potential(36) 18:11 21:22 22:13 23:12 27:14 34:25 35:4 37:8 42:6 54:17 55:2 70:10 74:23 79:4 89:3 120:4 121:17 121:19 122:16 123:15 142:24 156:1 189:12 198:17 205:6 209:12 217:7 223:10 236:17 237:3 248:14 251:16 278:4 294:2 294:7 294:12 |
| particular(9) 82:21 133:17 154:9 177:7 200:3 214:19 216:13 236:23 291:19 | | percentage(13) 77:2 84:4 89:5 101:3 102:4 123:14 280:11 281:20 282:1 282:6 282:10 282:22 283:4 | | | | |
| | | | | | | |
| | | performance(4) 80:24 201:10 201:11 | | | | potentially(6) 23:13 36:10 56:23 57:9 86:12 250:1 |
| | | perhaps(6) 53:25 202:14 210:11 210:20 211:6 229:19 | | | | |
| | | | | | | potter(1) 4:14 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| power(1) 129:3 | | preview(1) 297:14 | | properly(4) 19:21 23:2 40:17 195:2 | | putting(4) 71:17 118:1 118:1 181:10 | |
| powerpoint(2) 98:9 103:7 | | previous(1) 239:25 | | proponent(1) 255:6 | | qualifications(1) 188:5 | |
| powlen(1) 5:25 | | previously(2) 128:14 237:10 | | proponents(7) 12:25 13:16 14:14 14:17 | | qualitatively(1) 96:12 | |
| ppearances(5) 1:21 2:1 3:1 4:1 5:2 | | priato(1) 149:5 | | 180:8 290:3 298:7 | | quandary(1) 147:1 | |
| ppl-999(1) 152:8 | | price(1) 58:20 | | | | quantify(1) 157:3 | |
| practice(7) 17:1 17:5 22:23 143:19 193:9 | | primarily(4) 199:3 199:5 217:1 259:2 | | proposal(16) 28:25 29:23 31:8 133:19 | | quantity(1) 197:13 | |
| 227:21 260:19 | | primary(10) 18:5 189:16 205:12 258:8 | | 160:15 161:19 163:4 163:12 235:9 235:16 | | quarrel(1) 139:7 | |
| | | 258:19 259:7 259:24 260:1 260:7 260:15 | | 236:24 262:23 264:19 264:24 265:2 274:2 | | quarter(2) 202:17 210:20 300:30 | |
| practicing(2) 17:12 17:13 | | | | | | quarterly(1) 201:10 | |
| pre(2) 37:5 70:18 | | primoff(1) 5:3 | | proposals(17) 110:22 172:3 217:7 217:7 | | question(76) 13:18 13:19 14:19 14:22 24:2 | |
| pre-august(1) 137:6 | | principal(8) 35:8 37:9 37:15 44:12 45:11 | | 217:15 218:22 225:21 225:22 225:24 226: | | 33:5 38:22 39:8 41:24 42:2 57:17 58:5 | |
| pre-conceived(1) 48:7 | | 51:9 51:13 52:25 | | 226:5 226:10 262:13 262:14 262:18 | | 68:20 71:7 72:15 72:21 73:7 73:8 73:9 | |
| pre-lbo(9) 49:21 85:1 91:7 101:20 110:6 | | | | 262:21 282:23 | | 73:11 73:18 78:7 85:8 91:20 95:2 97:24 | |
| 121:20 157:15 160:8 231:2 | | principally(1) 104:19 | | | | 101:24 103:6 107:15 108:1 122:2 128:17 | |
| | | principle(2) 104:24 105:10 | | propose(5) 164:3 164:7 164:15 263:12 | | 128:18 133:25 134:1 139:20 140:12 146:2 | |
| pre-petition(2) 49:21 122:8 | | prior(18) 17:10 19:20 22:5 23:16 32:2 | | 263:13 | | 176:8 176:12 177:12 179:1 179:17 179:19 | |
| pre-trial(2) 14:20 179:10 | | 36:18 37:20 38:9 64:12 69:20 70:16 88:24 | | | | 181:4 182:10 182:21 183:11 183:13 205:15 | |
| preceded(2) 18:12 133:20 | | 160:19 167:4 173:9 260:13 289:12 289:16 | | proposed(16) 82:4 133:17 140:9 156:25 | | 206:9 206:12 219:17 222:7 227:20 229:22 | |
| precedent(1) 126:18 | | | | 159:12 159:14 169:24 218:15 226:25 | | 230:6 230:10 256:25 257:19 259:4 264:10 | |
| precise(1) 276:6 | | priority(1) 91:7 | | 234:22 237:22 240:23 242:22 243:18 262: | | 272:21 278:16 279:16 279:18 281:3 283:2 | |
| precluded(2) 237:15 297:8 | | private(1) 115:8 198:2 198:7 | | 262:8 | | 289:3 289:5 | |
| preface(1) 145:2 | | privilege(6) 71:22 72:12 72:15 239:18 | | | | | |
| preference(4) 37:17 37:19 163:8 167:17 | | 250:12 274:16 | | propriety(1) 13:20 | | questioning(4) 169:14 267:11 268:11 283:8 | |
| prejudiced(1) 94:22 | | | | prorated(1) 59:25 | | questions(25) 25:6 37:25 50:24 97:14 98:6 | |
| preliminary(2) 12:24 13:1 | | privileged(2) 274:17 297:1 | | prosecution(1) 77:13 | | 157:6 166:9 166:16 167:5 170:7 170:21 | |
| prelude(1) 44:13 | | privy(1) 130:17 | | prospects(1) 279:21 | | 172:24 178:1 219:13 219:19 244:11 253:7 | |
| premise(2) 144:7 144:7 | | pro(2) 84:10 124:24 | | protecting(1) 146:22 | | 253:12 254:4 275:17 286:16 292:3 292:11 | |
| prepare(2) 20:24 31:25 | | pro-rata(6) 84:23 84:24 85:2 85:14 85:15 | | protocol(3) 180:2 195:3 | | 295:8 296:2 | |
| prepared(27) 12:25 13:2 20:15 20:24 25:1 | | 90:23 | | protocols(1) 20:1 | | | |
| 26:13 31:25 33:20 35:10 43:10 44:6 45:5 | | | | prove(1) 231:12 | | quickly(4) 60:10 66:3 125:7 195:6 | |
| 48:8 58:10 58:12 58:19 60:9 65:19 76:5 | | probability(5) 62:22 238:15 238:18 250:2 | | proved(1) 128:7 | | quietly(2) 15:11 219:12 | |
| 76:12 83:6 151:14 161:19 192:16 209:23 | | 291:17 | | provide(10) 18:3 22:2 161:2 200:7 201:13 | | quite(7) 14:3 108:15 198:16 217:15 243:2 | |
| 228:2 289:17 | | | | 217:5 224:4 236:15 238:8 246:1 | | 252:1 256:7 | |
| | | probable(1) 228:22 | | | | | |
| prepares(1) 192:18 | | probably(9) 15:12 65:12 95:11 99:24 | | provided(16) 31:22 98:17 213:15 221:13 | | quote(10) 155:20 230:17 231:6 239:8 | |
| preparing(3) 26:21 64:8 64:13 | | 108:10 158:8 160:23 167:17 298:8 | | 224:10 224:17 224:19 241:19 247:22 | | 239:12 240:14 240:17 241:18 242:2 242:2 | |
| preseduction(1) 215:18 | | | | 251:15 263:11 264:7 271:13 276:10 284:1 | | | |
| presence(5) 183:14 194:23 260:22 261:4 | | problem(8) 79:16 142:7 147:7 147:20 | | 296:16 | | quoting(1) 52:9 | |
| 283:8 | | 173:13 174:1 181:22 183:6 | | | | rachel(1) 9:48 | |
| | | | | providers(1) 245:11 | | raise(1) 14:16 | |
| present(17) 18:5 18:7 88:5 104:20 158:7 | | problematic(1) 71:25 | | provides(1) 89:1 | | raised(1) 147:6 | |
| 192:6 192:19 211:12 227:17 227:18 234:8 | | problems(2) 55:25 79:13 | | provisions(1) 50:18 | | ran(2) 93:10 93:15 | |
| 241:7 241:8 243:14 250:13 261:8 290:2 | | procedural(1) 180:22 | | pryor(2) 9:51 9:51 | | randy(1) 160:25 | |
| | | procedures(2) 130:1 286:15 | | public(3) 16:22 115:11 161:8 | | range(14) 18:3 80:5 92:25 93:3 94:10 | |
| presentation(35) 45:25 81:13 87:12 87:21 | | proceed(14) 12:23 14:12 14:18 26:8 29:13 | | publicly(1) 161:13 | | 95:9 95:15 95:17 95:19 110:5 110:23 | |
| 87:22 88:2 213:21 214:1 214:6 214:13 | | 42:1 54:24 55:21 58:18 58:20 161:3 | | publicly-traded(1) 198:1 | | 277:23 293:12 294:11 | |
| 214:25 215:3 215:13 215:18 215:21 218:5 | | 184:13 188:14 282:15 | | pull(5) 61:14 98:8 114:20 114:15 166:14 | | | |
| 218:6 228:8 228:12 231:20 231:24 237:6 | | | | purchase(2) 32:16 32:17 34:10 | | rare(2) 191:1 266:2 | |
| 237:18 238:22 243:2 243:5 243:7 248:12 | | proceeded(2) 129:7 263:1 | | purchased(2) 142:18 232:23 | | rata(2) 84:11 124:24 | |
| 284:24 286:3 286:4 298:7 300:20 300:21 | | proceeding(1) 209:16 | | pure(10) 68:14 68:19 70:14 70:15 70:21 | | rath(4) 3:47 3:49 6:26 191:9 | |
| 300:22 | | proceedings(5) 1:17 1:19 74:4 169:17 | | 70:21 70:24 72:6 84:24 249:8 | | rather(11) 43:23 67:20 84:9 107:6 137:9 | |
| | | 209:9 | | | | 146:6 165:4 246:6 250:19 280:2 289:15 | |
| presentations(25) 46:8 46:10 46:10 46:11 97:16 | | proceeds(4) 28:10 32:19 34:9 104:8 | | purity(10) 68:14 68:19 69:17 69:18 70:14 | | | |
| 183:5 200:8 201:14 204:19 212:4 212:11 | | pryor*(1) 125:11 | | 70:15 70:20 70:24 72:6 | | rationalize(1) 21:21 | |
| 212:19 212:22 212:25 213:1 213:6 213:6 | | process(34) 20:12 26:18 27:10 28:4 35:16 | | | | raymond(1) 10:12 | |
| 213:12 213:13 213:16 214:17 216:8 216:21 | | 45:22 61:22 62:7 81:19 89:10 114:15 | | purport(6) 25:4 26:15 32:3 35:13 38:6 | | re-ask(1) 91:19 | |
| 216:23 224:4 242:18 | | 131:22 137:22 147:20 154:8 170:4 176:2 | | 43:12 | | re-learned(1) 277:25 | |
| | | 176:22 190:9 205:18 218:19 220:23 232:5 | | | | | |
| presented(8) 29:10 81:10 87:9 92:5 96:11 | | 233:3 233:9 234:20 241:20 253:8 | | purports(6) 26:16 32:4 35:14 38:7 76:14 | | reach(12) 71:16 72:5 72:10 73:4 221:6 | |
| 97:14 160:11 215:22 | | | | 76:15 | | 225:4 236:16 244:5 274:15 289:5 296:10 | |
| | | produce(4) 12:15 163:10 163:12 163:14 | | | | 297:6 | |
| presently(1) 182:23 | | produced(4) 1:40 41:20 93:24 163:17 | | purpose(14) 45:15 45:16 45:23 62:4 62:6 | | | |
| presents(1) 21:11 | | producing(1) 77:2 | | 93:20 93:22 181:5 181:25 190:6 190:8 | | reachable(1) 171:18 | |
| preserve(2) 56:12 264:2 | | product(4) 71:22 96:4 250:11 255:12 | | 194:14 208:4 214:12 | | reached(27) 38:21 42:14 43:17 51:10 61:8 | |
| preserved(11) 85:21 85:23 85:25 103:9 | | production(1) 12:13 | | | | 65:1 67:3 72:13 72:23 75:14 76:2 80:3 | |
| 103:21 103:25 155:17 156:9 156:19 156:21 | | prof(1) 10:12 | | purposes(12) 46:13 93:17 139:3 181:13 | | 92:16 94:16 94:20 94:24 109:22 124:19 | |
| 245:5 | | professional(1) 187:1 | | 182:15 183:18 194:11 195:7 195:9 204:17 | | 137:11 137:13 137:17 138:2 178:13 234:18 | |
| | | professionals(9) 16:23 17:6 191:5 191:7 | | 209:15 213:19 | | 236:14 254:13 274:15 | |
| president(12) 116:6 186:10 186:14 186:20 | | 211:2 217:18 242:11 288:19 291:20 | | | | | |
| 186:21 186:24 186:17:3 187:12 187:13 187:1 | | | | pursuant(4) 28:11 29:2 37:1 69:3 | | reaching(2) 54:4 137:8 | |
| 187:21 187:22 | | professor(2) 297:19 297:21 | | pursue(10) 22:14 28:25 70:12 203:22 | | reacted(1) 147:2 | |
| | | proffer(1) 298:5 | | 208:7 208:12 209:18 223:12 226:4 293:17 | | reaction(2) 216:7 235:9 | |
| president's(1) 187:9 | | proffered(1) 298:4 | | | | read(39) 107:9 108:17 113:12 113:17 | |
| press(6) 72:21 197:12 235:19 235:22 | | progress(2) 226:15 298:9 | | pursued(3) 56:16 216:14 252:4 | | 113:17 114:12 114:5 115:8 127:22 127:24 | |
| 236:8 236:11 | | progressed(1) 48:17 | | pursuit(1) 295:3 | | 128:15 128:15 128:24 134:20 139:11 147:3 | |
| | | promises(1) 63:19 | | push(1) 279:4 | | 147:5 148:4 155:5 155:6 159:24 159:24 | |
| presumably(1) 204:20 | | promote(2) 45:19 82:8 | | put(8) 12:25 13:2 121:9 132:24 150:19 | | 162:14 162:16 162:22 165:14 165:17 | |
| presume(2) 215:22 237:14 | | proof(1) 139:10 | | 166:11 211:6 251:19 | | 165:18 173:12 175:16 175:20 223:23 | |
| pretty(6) 22:16 62:22 119:12 150:20 | | proper(3) 285:11 288:9 | | | | 223:23 236:11 242:7 243:10 268:12 268:1 | |
| 157:16 219:12 | | | | puts(1) 147:1 | | 271:7 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**reading**(7) 142:4 155:3 162:11 162:15 188:10 285:11 288:9

**reads**(2) 40:18 172:9

**real**(3) 145:5 182:14 258:3

**realistic**(1) 60:24

**realization**(1) 69:22

**realize**(1) 69:2

**really**(13) 40:2 43:25 56:4 61:6 79:5 80:12 94:12 154:3 160:24 167:2 168:22 168:23 180:3

**realm**(1) 6:3

**reason**(14) 43:24 117:10 131:7 138:4 138:17 144:14 146:13 154:20 179:19 193:21 203:21 228:5 249:7 267:23

**reasonable**(11) 95:9 95:15 96:16 96:18 96:22 274:10 279:20 288:14 288:22 289:7 297:6

**reasonableness**(3) 93:1 94:10 296:12

**reasonably**(1) 168:17

**reasons**(3) 65:25 78:25 130:6

**rebut**(1) 147:25

**recall**(69) 35:19 35:24 49:3 60:16 84:24 92:6 96:1 96:5 96:16 115:1 117:20 120:6 125:7 125:9 130:18 133:17 135:21 136:3 137:7 138:8 142:16 143:4 157:25 158:3 158:9 161:21 161:24 162:11 162:15 166:9 166:17 171:5 173:3 176:10 177:16 178:8 218:10 222:9 224:19 225:24 226:2 234:17 234:22 247:17 254:6 261:5 262:14 263:10 263:15 264:8 264:14 265:5 266:9 267:12 268:16 269:1 273:3 274:3 276:6 282:4 283:6 283:9 286:10 290:21 291:6 291:18 292:10 294:24

**recall/know**(1) 116:3

**recalled**(1) 287:23

**recalls**(1) 145:15

**recapitalization**(1) 29:23

**receive**(23) 51:16 51:24 52:1 60:3 76:23 76:25 77:6 77:8 77:15 78:22 116:15 197:2 220:12 220:18 220:19 229:14 231:3 235:4 235:7 246:5 250:21 269:21 276:2

**received**(28) 27:17 29:1 166:20 195:18 196:16 197:14 197:16 200:10 201:5 201:1 202:10 202:24 208:2 214:22 215:2 215:10 215:20 216:5 221:12 224:25 245:3 250:21 251:2 273:24 286:3 296:25 300:16

**receiving**(6) 84:21 149:21 189:19 268:4 269:20 280:16

**recent**(1) 189:17

**reception**(1) 65:6

**recess**(9) 102:11 102:19 102:20 144:25 145:1 180:4 180:5 253:21 253:22

**recipient**(1) 37:11

**recipients**(1) 152:12

**recognition**(1) 43:25

**recognize**(7) 38:4 50:5 51:6 82:15 87:18 215:1 227:14

**recoil**(1) 208:20

**recollect**(1) 231:17

**recollection**(16) 75:7 99:21 120:8 122:22 133:18 137:1 149:3 149:14 150:4 178:16 208:21 226:22 262:6 262:20 272:9 274:4

**recollections**(2) 210:14 229:8

**recommend**(1) 94:7

**reconvene**(1) 15:13

**record**(23) 16:11 24:1 47:9 49:5 49:16 115:5 115:11 127:24 134:21 143:21 146:5 152:7 165:18 169:16 173:12 180:15 181:22 184:1 194:10 213:20 213:25 279:4 279:6

**record's**(1) 100:20

**recorded**(2) 1:39 192:13

**recording**(2) 1:39 299:6

**records**(4) 182:11 182:19 183:10 194:18

**record's**(1) 158:15

**recount**(1) 176:20

**recourse**(1) 53:10

**recover**(11) 36:14 37:19 84:19 86:8 86:16 90:10 90:25 91:4 91:5 101:3 101:17

**recovered**(2) 69:13 90:8

**recoveries**(19) 40:24 41:9 76:19 83:17 84:5 84:6 84:14 84:16 84:20 84:21 84:23 89:18 91:1 126:18 155:23 245:13 250:21 290:14 290:17

**recovering**(1) 282:1

**recovery**(64) 41:4 41:7 41:8 41:15 41:20 41:21 41:25 42:3 42:6 51:22 51:25 52:1 52:2 55:10 60:11 69:1 69:2 70:2 77:2 77:3 77:23 84:3 84:4 91:7 93:3 93:24 100:12 100:15 102:4 140:8 149:22 157:11 157:18 208:8 220:18 223:23 228:17 228:21 231:4 245:2 245:16 247:6 248:15 248:16 249:8 249:9 250:1 250:2 263:4 263:7 268:14 275:20 275:24 276:4 276:14 276:16 282:6 282:10 282:11 282:23 283:4 290:23 291:7 291:13

**recross**(5) 177:24 178:2 179:5 295:10

**recross-examination**(1) 295:11

**redacted**(3) 13:13 13:24 13:25

**redactions**(3) 13:17 13:18 194:9

**redirect**(8) 153:17 170:11 170:14 178:4 292:6 292:8 300:3 300:3

**redounding**(1) 102:1

**refer**(6) 60:1 107:21 117:8 117:12 208:16 256:3

**references**(2) 98:23 99:2

**referencing**(1) 34:23

**referred**(13) 28:17 31:15 44:12 107:6 141:3 161:9 164:23 205:23 254:15 254:18 255:2 255:24 276:12

**referring**(7) 117:3 127:15 137:14 149:24 175:13 282:5 295:14

**refers**(3) 104:4 172:8 271:20

**refinanced**(1) 198:5

**refined**(1) 259:14

**reflect**(6) 43:13 88:10 192:21 193:22 236:18 285:19

**reflected**(13) 43:16 51:13 89:16 94:6 183:1 193:15 251:23 280:24 281:5 281:10 286:10 288:7 288:15

**reflecting**(1) 46:11

**reflects**(3) 14:21 76:1 229:2

**refresh**(5) 149:2 149:14 208:20 208:21 272:9

**refreshed**(2) 178:16 274:4

**refuse**(1) 288:2

**regard**(22) 24:9 26:2 28:6 30:18 46:17 48:13 53:15 57:9 62:8 63:1 65:17 71:24 78:24 84:8 92:12 168:16 187:9 190:11 196:2 199:2 217:23 222:14

**regarding**(18) 28:20 35:19 38:21 48:7 59:12 74:23 95:12 102:13 104:14 142:24 146:23 173:24 175:7 175:11 176:4 176:16 242:4 297:2

**regroup**(1) 56:1

**regular**(2) 190:12 193:9

**regularly**(1) 220:22

**regulations**(1) 20:1

**reject**(2) 21:12 221:20

**rejection**(1) 134:25

**rekindle**(1) 64:24

**relate**(8) 13:18 22:18 36:20 36:24 37:7 37:12 38:10 40:1

**related**(21) 23:12 23:14 24:15 34:19 35:8 35:23 38:3 38:3 39:16 41:4 42:9 43:7 51:15 54:10 54:15 54:15 77:12 168:6 169:17 256:15 258:4

**relates**(6) 22:19 37:8 40:2 67:17 168:2 168:3

**relating**(7) 13:19 18:22 20:15 31:3 31:17 37:6 270:7

**relationship**(4) 65:12 176:10 176:24 206:3

**relative**(4) 219:23 221:19 238:9 247:9

**release**(10) 87:2 87:4 117:22 117:25 139:4 168:25 235:19 235:22 236:9 236:11

**released**(8) 56:13 87:8 131:5 141:18 141:19 168:4 220:16 251:17

**releases**(10) 55:3 86:14 86:20 86:25 92:22 100:16 104:7 197:12 264:2 269:20

**relevance**(1) 181:14

**relevant**(4) 44:2 106:17 168:7

**relied**(2) 106:20 108:23

**relieve**(1) 21:13

**rely**(1) 139:5

**remain**(1) 110:16

**remainder**(2) 77:1 85:18

**remaining**(4) 30:6 32:19 34:10 198:7

**remedies**(3) 37:14 40:18 40:23 231:13

**remedy**(1) 143:22

**remember**(60) 42:1 71:10 73:7 99:25 100:2 107:10 107:15 108:8 117:24 124:5 125:6 129:25 130:2 136:12 136:21 136:22 141:10 143:6 146:23 149:7 149:19 149:19 149:25 150:2 150:8 150:22 150:24 151:2 151:6 151:8 151:20 151:23 157:24 160:22 161:21 167:18 176:13 204:25 205:8 208:24 212:11 212:13 227:9 228:14 230:24 231:8 233:12 233:18 237:17 238:23 262:24 263:22 265:1 268:22 268:23 276:7 294:19

**remind**(1) 242:15

**reminded**(2) 150:22 195:2

**reminding**(1) 226:17

**rendered**(1) 230:21

**rendition**(2) 70:24 71:2

**reorganization**(10) 20:13 20:20 21:4 62:7 65:13 156:25 159:12 190:9 227:1 248:1

**reorganized**(4) 60:1 220:14 220:15 220:15

**repaid**(1) 248:13

**repay**(2) 84:16 245:17

**rephrase**(10) 33:6 39:7 57:17 58:5 74:20 78:7 85:8 95:2 106:7 109:10

**rephrased**(1) 57:16

**replicate**(1) 29:25

**report**(95) 13:6 13:14 14:1 18:19 25:22 30:13 43:15 54:18 54:21 55:6 55:8 55:14 56:3 56:5 56:7 58:19 61:24 75:19 82:18 92:12 92:16 93:8 93:23 131:5 135:16 138:24 139:4 139:8 139:12 140:8 140:22 141:9 141:18 141:19 142:1 142:5 143:9 145:13 149:20 151:4 151:11 157:19 157:22 158:5 167:7 167:10 167:17 168:6 169:5 169:6 169:11 201:16 202:16 211:20 216:18 217:21 222:2 222:22 223:15 223:21 223:24 223:25 224:5 224:7 224:14 224:21 224:24 228:16 229:3 229:13 233:17 233:18 233:21 234:14 234:17 234:18 241:10 262:6 262:11 262:17 263:21 264:11 265:2 268:9 268:13 268:17 268:24 270:15 270:16 271:2 271:7 275:19 280:1 284:8 285:18

**reported**(9) 105:4 105:7 111:10 119:1 201:9 212:7 241:13 241:13 246:25

**reportedly**(1) 83:14

**reporter**(6) 145:5 145:7 185:5 185:7 188:9 188:11

**reports**(19) 197:11 197:14 200:8 200:10 201:14 201:17 201:24 202:17 208:2 220:1 224:8 224:10 224:13 224:16 226:15 294:6 298:4 300:27 300:31

**represent**(9) 120:18 185:19 185:23 186:2 187:24 188:6 196:1 233:24 276:21

**representation**(1) 146:8

**representative**(10) 99:20 145:16 157:20 186:8 192:8 199:3 239:1 255:5 257:2 287:19

**representatives**(4) 132:7 136:13 286:14 286:20

**represented**(5) 203:20 211:1 217:1 234:1 286:6

**representing**(3) 51:17 217:18 289:22

**represents**(2) 234:9 251:23

**reprimanded**(1) 161:7

**request**(6) 12:11 12:12 12:14 12:17 64:3 148:6

**requested**(6) 64:10 206:25 213:9 227:8 238:7 243:4

**requests**(1) 12:22

**require**(2) 28:18 174:2

**required**(2) 174:2 262:1

**requirement**(1) 33:15

**requirements**(1) 194:16

**rerun**(1) 93:18

**research**(1) 198:17

**reserve**(3) 17:23 97:24 237:24

**reserved**(1) 248:13

**resolution**(4) 37:22 142:11 236:17 256:20

**resolve**(7) 23:12 35:23 43:7 54:10 147:17 183:15 194:23

**resolved**(3) 70:16 76:18 83:13

**respect**(38) 13:11 14:2 14:5 22:15 28:4 33:22 40:13 41:10 42:16 53:24 55:1 55:10 58:7 60:15 69:19 76:6 81:18 86:4 86:21 90:5 140:15 163:2 179:17 181:4 184:7 187:14 224:22 254:23 257:1 257:14 266:15 267:1 276:6 277:11 281:25 287:20 289:8 298:22

**respected**(1) 131:22

**respective**(1) 48:4

**respond**(8) 15:2 38:25 143:24 170:19 193:4 230:4 230:7 230:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**response**(19) 14:11  30:15  39:6  39:7  72:25  75:1  127:23  149:7  149:13  167:5  170:10  179:6  206:8  209:20  235:16  250:17  292:5  293:20  296:17

**responsibilities**(5) 16:17  18:8  18:17  186:24  187:14

**responsibility**(2) 192:20  193:7

**restored**(1) 245:1

**restructure**(1) 56:20

**restructuring**(11) 16:16  16:18  16:25  17:5  17:16  18:3  56:24  57:10  113:11  163:20  175:21

**result**(10) 12:20  82:20  94:17  151:10  190:10  226:25  240:22  247:6  264:23  278:8

**resulted**(1) 287:24

**resulting**(1) 51:21

**results**(3) 95:9  266:7  266:20

**resume**(2) 97:10  298:14

**resumed**(1) 103:4

**retain**(2) 204:10  204:14

**retained**(10) 17:24  19:15  92:23  199:8  199:15  199:18  199:20  203:14  205:4  205:22

**retaining**(2) 182:15  203:16

**retire**(3) 32:20  34:11  184:21

**retired**(3) 184:20  184:22  184:23

**retirees**(4) 90:10  220:19  234:9  257:12

**retrospect**(1) 147:2

**return**(1) 273:24

**reverse**(1) 74:16

**reversed**(1) 91:3

**review**(14) 21:24  107:5  108:9  108:15  109:15  145:10  192:23  193:7  193:9  194:9  223:13  223:21  224:11  241:19

**reviewed**(4) 68:2  68:4  162:6  206:25

**revised**(2) 93:7  93:9

**rich**(1) 128:9

**richards**(1) 2:21

**rifkind**(2) 5:5  8:13

**right**(206) 13:5  13:9  14:8  14:16  15:7  15:15  16:2  19:18  22:11  28:18  37:4  38:16  41:17  43:23  45:17  46:16  47:25  49:25  50:14  51:5  51:14  55:12  59:17  60:7  60:17  60:19  63:20  63:25  64:2  67:21  71:12  76:11  77:20  78:9  78:16  79:20  90:20  92:5  97:9  97:17  98:11  98:22  99:4  99:9  100:16  100:18  104:13  105:4  107:4  107:14  108:4  108:13  109:3  109:7  110:10  112:6  112:11  112:19  113:22  115:3  115:18  116:11  119:1  120:19  120:23  121:12  121:18  121:22  123:1  123:4  123:6  123:9  123:13  123:17  123:18  124:1  124:4  124:5  125:3  125:14  126:2  126:9  127:6  129:13  131:7  131:15  132:1  132:18  133:9  133:12  133:14  134:6  134:7  134:8  134:12  134:17  134:24  137:4  137:23  138:14  138:17  139:2  139:4  139:15  141:6  141:13  141:16  142:13  142:19  142:2  143:3  143:6  145:2  148:20  149:18  150:10  151:24  152:13  152:14  153:1  153:5  154:24  155:3  155:4  155:6  155:19  156:2  157:6  157:12  158:14  158:24  159:10  159:1  159:23  162:6  162:15  162:17  163:4  164:18  165:6  166:2  167:3  167:11  167:17  167:19  171:24  172:7  172:15  172:23  173:19  174:2  175:20  176:14  177:15  178:7  178:9  178:10  178:17  179:2  180:15  182:3  184:12  194:25  195:15  195:22  199:14  202:7  204:4  206:15  210:3  210:5  220:2  223:5  224:21  227:19  227:24  228:10  229:21  229:24  231:1  231:1  231:20  233:1  233:6  233:24  237:14  237:17  240:7  241:7  241:9  241:17  242:17  244:10  253:1  253:13  262:13  275:16  279:8  283:16  283:21  284:18  293:24  294:8  294:25  296:3

**rights**(2) 132:15  132:23

**ring**(2) 121:13  122:19

**risk**(1) 79:7

**risks**(3) 285:11  285:19  288:9

**robert**(6) 2:31  3:39  4:25  7:10  10:13

**robust**(1) 263:8

**rochester**(1) 8:33

**rockefeller**(1) 3:43

**rodney**(1) 2:24

**rogers**(1) 10:5

**roitman**(1) 6:14

**role**(22) 19:8  44:21  47:6  47:11  47:12  48:13  88:4  88:5  109:7  110:9  110:20  118:4  187:9  199:24  201:7  205:4  205:5  205:9  205:15  233:1  233:2  265:24

**roles**(2) 199:14  260:4

**roman**(7) 211:17  212:3  212:18  239:5  241:10  241:23  243:17

**room**(7) 27:14  27:16  45:21  47:8  92:8  99:23  178:17

**rooms**(2) 298:20  298:20

**rosenblum**(1) 3:38

**rosner**(2) 3:29  11:12

**rothschild**(1) 5:38

**roughly**(2) 263:6  267:8

**royal**(2) 10:4  10:4

**rudnick**(2) 2:29  8:5

**rules**(1) 19:25

**ruling**(1) 230:1

**run**(2) 80:25  179:8

**running**(2) 20:7  61:13

**runs**(1) 40:2

**rushabh**(1) 10:34

**russano**(1) 2:16

**russia**(5) 66:6  140:24  145:17  148:18  295:13

**s-a-l-g-a-n-i-k**(1) 180:20

**saavedra**(1) 9:13

**sachs**(2) 8:9  8:9

**said**(70) 39:5  72:13  72:23  108:11  108:12  123:18  125:10  131:10  131:19  133:1  141:2  142:10  142:14  143:7  143:13  144:18  144:20  145:11  145:22  145:23  146:9  147:2  148:1  148:3  148:8  148:15  148:15  150:17  151:21  151:22  152:19  155:19  157:25  158:10  158:10  161:1  161:6  168:23  169:6  169:10  178:16  182:2  188:3  194:10  198:19  215:12  228:21  229:10  229:19  231:24  234:17  234:18  236:12  237:20  238:13  234:24  246:19  246:25  261:5  265:16  265:1  265:18  285:14  286:23  286:24  287:21  288:5  288:8  289:24  291:10

**sale**(2) 22:5  200:4

**sales**(2) 21:22  22:14

**salganik**(23) 180:8  180:13  180:17  180:17  180:19  184:17  185:1  185:15  188:19  190:25  195:11  200:17  202:13  203:2  207:11  213:21  254:1  279:17  287:18  292:10  294:25  295:13  300:9

**salient**(3) 43:13  83:9  292:18

**salm**(4) 86:15  116:4  118:2  198:2

**same**(30) 32:14  34:7  44:8  44:9  56:25  65:2  68:8  69:14  72:8  77:7  101:7  122:10  127:7  156:19  156:22  168:21  199:20  201:25  214:15  215:7  216:2  220:6  225:13  228:5  229:16  240:19  249:19  249:24  276:10  283:15

**samuel**(1) 166:5

**sassower**(1) 234:12

**satile**(5) 240:12  242:13  242:17  243:8

**satile's**(2) 243:2  243:25

**satisfactory**(2) 44:5  54:6

**satisfied**(1) 14:3

**satisfy**(2) 70:18  176:16

**saturday**(2) 174:13  174:16

**saw**(6) 123:10  203:18  206:12  206:20  226:5  268:17

**say**(50) 27:3  42:13  43:4  44:21  48:13  48:19  52:17  56:4  56:9  65:14  67:4  78:18  79:17  80:4  81:2  93:9  96:2  111:2  119:3  121:21  126:23  131:16  133:2  133:4  143:10  144:11  145:3  145:3  146:12  146:25  147:8  147:12  163:19  163:22  163:25  174:22  181:7  182:7  190:22  191:18  199:12  213:1  221:22  238:1  239:10  240:7  260:4  266:5  275:3  288:2

**saying**(19) 114:14  142:16  146:19  150:22  159:19  160:1  164:9  164:11  168:13  175:3  216:12  216:13  230:24  231:17  235:19  250:19  261:7  277:15  290:3

**says**(23) 45:10  46:25  47:1  50:1  50:12  77:15  112:7  113:18  160:5  161:20  179:11  211:20  212:6  212:18  230:17  239:8  240:14  241:18  242:2  243:19  271:21  271:24  284:6

**scale**(1) 238:15

**scenario**(2) 94:2  94:3

**scenarios**(7) 93:8  93:10  93:19  93:23  94:1  223:24  268:15

**schaible**(1) 9:31

**scheduled**(5) 12:20  64:9  213:10  218:9

**schedules**(1) 12:15

**schematic**(5) 32:4  32:7  32:8  34:3  86:4

**schlerf**(1) 5:39

**scholer**(1) 5:30

**schott**(1) 10:9

**schotz**(1) 2:4

**schuylkill**(1) 1:34

**schwartz**(1) 10:13

**schwinger**(1) 3:39

**scotland**(2) 10:4  10:4

**scott**(2) 5:45  8:10

**screen**(5) 20:18  24:23  211:6  270:17  270:1

**screens**(2) 15:25  115:13

**seaport**(1) 10:16

**search**(1) 106:17

**seat**(1) 188:2

**seated**(1) 12:2

**sec**(1) 119:24

**second**(68) 12:7  24:22  30:2  30:3  36:22  36:23  36:25  77:11  77:14  82:18  82:19  82:20  83:10  84:7  87:25  88:13  90:8  103:20  107:24  114:23  125:22  130:9  136:17  145:1  154:21  158:25  165:14  165:17  179:16  188:21  195:22  198:5  209:3  209:7  211:9  229:1  239:4  241:9  243:18  254:19  255:1  261:10  269:12  269:16  269:16  269:25  271:21  272:3  272:4  272:4  272:13  272:23  273:8  275:6  275:10  275:19  276:5  276:11  276:13  277:10  277:16  280:1  283:14  284:3  284:5  284:6  284:23

**seconds**(1) 291:23

**section**(2) 185:6  185:10

**secure**(1) 20:4

**securities**(2) 9:27  9:27

**security**(1) 298:18

**see**(110) 24:24  29:16  31:4  31:8  31:23  32:12  33:9  34:17  34:20  35:9  45:8  45:8  45:11  47:2  50:10  52:12  54:12  67:25  68:14  73:23  75:10  76:10  77:15  79:15  81:10  83:4  85:21  87:15  88:8  93:4  98:3  103:16  107:24  111:25  112:1  113:4  113:18  115:1  116:9  117:4  121:9  127:6  134:18  149:1  149:14  152:18  152:21  154:25  159:7  161:20  172:13  174:14  175:1  175:12  175:18  182:13  182:13  203:10  208:6  208:16  208:18  211:12  211:18  212:4  212:8  212:20  216:10  222:9  223:2  223:5  226:3  226:18  226:21  229:5  229:14  230:15  230:22  231:6  231:14  233:16  236:5  236:6  237:20  239:5  239:6  239:10  239:12  240:17  241:24  241:25  242:22  243:20  251:19  270:20  271:1  271:5  271:6  271:17  271:17  271:20  271:25  272:7  272:18  284:13  284:24  284:25  285:7  285:17  285:20  297:7

**seeing**(2) 117:10  268:23

**seek**(5) 23:11  246:24  263:4  263:23  264:12

**seeking**(3) 167:6  209:15  223:12

**seem**(1) 65:14

**seemed**(3) 55:25  96:15  221:12

**seems**(2) 38:22  259:12

**seen**(9) 56:5  67:14  127:17  128:11  195:12  196:3  200:18  201:23  213:23

**seife**(5) 3:37  258:19  259:3  259:23  261:7

**seiler**(2) 3:12  8:38

**select**(2) 50:12  106:20

**selected**(4) 189:3  189:7  199:21  223:4

**selecting**(1) 204:12

**self**(7) 28:8  28:17  28:21  28:23  29:23  30:1  30:1

**selganic**(3) 179:12  179:13  179:14

**sell**(1) 22:7

**selling**(11) 22:11  76:18  83:15  86:9  87:2  87:4  87:7  103:17  104:5  117:18  245:11

**semi-formal**(1) 44:15

**send**(1) 145:8

**senior**(80) 19:9  31:19  36:11  36:14  37:3  37:15  40:7  40:10  40:19  42:19  51:22  52:2  53:2  54:2  55:18  57:4  57:6  65:3  68:25  76:2  76:16  76:17  76:17  76:19  77:1  83:14  83:14  83:16  84:8  84:10  84:15  85:16  87:5  88:22  89:9  90:24  91:5  98:10  98:13  98:16  101:12  101:20  102:1  110:6  110:25  111:1  120:16  121:10  121:25  125:16  128:9  136:23  142:1  142:21  145:19  149:21  151:19  154:11  155:21  168:2  207:6  209:3  210:15  212:23  213:4  215:1  215:4  215:13  216:11  219:7  225:14  230:18  235:3  236:14  236:17  245:25  271:10  271:20  271:21  300:21

**senior-lender**(1) 221:14

**sense**(8) 95:8  110:1  114:10  193:2  207:11  294:21  297:17  298:10

**sensitive**(2) 118:6  217:25

**sensitivity**(1) 13:21

**sent**(7) 66:2  141:14  152:11  152:13  153:3  195:19  197:7

**sentence**(15) 113:18  116:8  116:9  116:18  116:21  117:8  134:20  172:7  172:7  172:9  175:16  175:20  229:12  239:8  241:18

**sentences**(3) 115:4  115:13  115:20

**sentiment**(1) 172:18

**separate**(7) 64:23  172:3  173:9  175:1  212:7  227:23  259:11

**separately**(1) 215:23

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **september**(46) 27:8 64:9 64:20 65:1 67:8 67:23 75:5 75:7 75:10 75:19 76:9 80:2 81:10 81:17 85:2 85:8 89:21 90:4 91:17 152:11 159:9 162:12 165:13 167:5 171:23 171:25 178:5 178:8 178:11 178:12 209:6 232:16 233:14 233:16 233:17 233:22 237:1 240:22 254:14 260:3 260:10 260:13 260:17 271:8 271:10 | | **settlement**(301) 43:16 43:17 44:1 44:15 45:10 45:19 45:22 46:23 47:2 47:9 50:8 50:9 50:13 50:21 51:4 51:14 52:3 52:11 52:16 52:19 52:22 53:2 53:11 53:13 53:2 54:5 54:22 54:23 55:12 57:2 57:10 58:8 58:11 60:6 60:15 60:20 61:11 64:24 66:8 66:17 68:23 69:7 74:24 75:14 76:1 76:3 76:6 76:9 76:15 76:24 77:19 77:21 79:18 79:19 80:10 80:13 81:10 81:16 81:21 82:19 82:23 82:24 83:3 83:10 83:12 83:22 84:1 84:7 85:2 85:9 87:9 87:25 88:11 88:13 88:19 88:23 89:14 89:19 89:19 89:20 89:21 89:22 89:23 89:24 89:25 90:4 90:7 90:9 90:13 90:15 90:16 90:18 90:18 91:17 91:24 92:1 92:13 92:15 92:18 92:25 93:23 94:7 94:19 95:5 95:13 95:15 95:24 96:1 96:11 96:16 96:16 96:19 96:22 96:24 100:16 100:22 101:1 101:1 103:8 109:22 110:12 118:10 123:20 124:13 126:12 127:8 131:17 135:13 136:11 138:3 140:9 142:25 145:14 148:19 155:3 155:8 160:8 160:12 161:3 163:9 164:4 164:8 164:15 165:16 167:24 169:5 172:10 210:2 210:6 210:8 216:22 217:23 218:13 218:16 218:20 218:25 219:4 219:10 219:2 220:11 220:24 221:2 221:7 221:8 221:9 221:12 221:19 221:21 221:23 224:2 224:25 225:3 225:4 225:20 225:25 226:2 228:19 232:5 232:14 233:3 234:18 234:22 235:5 235:10 235:20 236:19 236:24 237:3 237:20 237:21 240:15 240:23 242:5 242:2 243:18 244:5 244:14 244:17 244:20 244:23 246:4 246:16 247:2 247:5 247:9 247:13 247:13 247:16 247:19 247:24 249:11 249:20 251:12 251:15 254:5 254:1 254:15 254:17 254:19 255:1 255:11 255:15 255:20 258:8 258:25 261:9 261:10 262:14 263:16 264:3 265:7 265:11 265:22 265:25 266:16 266:20 266:21 266:23 266:24 267:2 267:3 267:6 267:12 267:18 267:18 267:19 267:20 267:24 267:25 267:25 268:6 268:8 269:5 269:12 269:17 269:18 270:1 270:2 270:2 270:5 270:7 270:9 271:13 271:15 271:18 272:10 272:1 272:13 272:15 272:25 273:3 273:5 273:1 274:10 274:14 274:14 274:22 275:5 275:7 275:8 275:11 275:13 275:19 275:21 275:2 276:15 276:21 276:25 277:4 277:18 278:7 278:15 278:20 279:19 279:23 279:25 | | **share**(7) 32:16 34:11 84:11 124:24 155:23 235:3 247:8 | | **sir**(20) 102:17 127:18 128:2 134:21 149:25 159:1 169:22 179:7 185:11 203:13 207:18 208:24 215:19 227:14 243:14 252:10 274:18 289:1 295:6 296:6 |
| | | | | **shared**(2) 15:21 91:1 | | **sit**(2) 56:6 260:5 |
| | | | | **shareholder**(3) 12:16 87:4 117:18 | | **sitting**(3) 136:14 206:10 219:12 |
| **serengeti**(2) 9:19 9:20 | | | | **shareholders**(21) 28:13 28:14 33:12 36:14 37:10 37:15 83:15 86:3 86:5 86:9 87:2 87:7 103:17 104:5 207:9 207:10 245:12 293:10 293:18 294:3 294:7 | | **six**(5) 93:8 93:22 94:3 147:15 175:7 188:12 |
| **series**(3) 32:8 67:17 259:11 | | | | | | **sixth**(1) 94:2 |
| **serve**(4) 185:16 186:8 186:19 186:22 | | | | | | **sixty**(1) 291:22 |
| **served**(6) 187:19 187:20 188:7 205:12 260:6 292:25 | | | | **shares**(5) 29:20 32:19 34:10 198:4 198:7 | | **sixty-five**(1) 276:7 |
| | | | | **sharing**(5) 84:15 85:3 85:12 85:15 121:4 | | **size**(1) 70:4 |
| **serves**(1) 187:12 | | | | **sharp**(1) 266:15 | | **skadden**(1) 27:12 |
| **service**(6) 1:33 1:40 188:16 189:5 256:6 259:5 | | | | **shaya**(1) 8:33 | | **skip**(1) 116:8 |
| | | | | **she'll**(1) 297:18 | | **sleep**(1) 170:22 |
| **services**(2) 1:33 18:3 | | | | **sheet**(21) 50:16 50:19 76:1 145:15 269:13 269:16 271:3 271:8 271:19 272:23 275:6 276:5 276:11 276:11 276:12 276:13 276:1 276:21 277:10 277:17 279:20 | | **slide**(36) 20:19 24:22 31:21 31:25 32:3 32:4 34:15 35:7 35:10 36:2 38:2 38:9 43:5 43:6 43:8 43:12 51:3 54:10 75:5 76:5 76:9 85:20 85:20 98:8 98:9 98:20 98:20 98:23 99:2 99:13 100:7 100:12 103:8 103:8 103:11 |
| **serving**(1) 189:19 | | | | | | |
| **session**(22) 75:9 75:12 76:2 147:21 150:13 178:11 233:15 233:20 233:25 234:15 234:23 237:1 237:5 240:22 240:22 240:25 241:14 241:20 255:16 255:19 260:2 298:2 | | | | **sheets**(3) 188:10 282:4 282:4 | | |
| | | | | **sheron**(1) 11:10 | | **slides**(5) 83:2 97:14 98:6 166:14 166:23 |
| | | | | **sherri**(1) 299:11 | | **slightly**(5) 29:20 85:17 93:7 93:9 189:22 |
| | | | | **shift**(1) 284:18 | | **slim**(1) 173:6 |
| | | | | **shortly**(5) 28:14 52:16 66:16 137:12 | | **slow**(1) 154:4 |
| **sessions**(2) 82:12 82:20 | | | | **should**(38) 20:5 25:14 25:22 26:5 37:4 39:21 40:6 43:4 44:21 48:13 55:13 108:1 115:1 116:3 131:11 134:25 143:21 147:24 148:4 161:3 179:23 182:19 183:9 204:14 204:15 216:14 228:17 230:20 231:2 231:4 238:19 260:4 260:15 263:11 282:15 284:8 288:8 289:13 | | **slug**(1) 28:13 |
| **set**(10) 27:11 31:2 36:2 88:12 117:13 126:18 127:18 187:4 198:8 227:23 | | | | | | **small**(12) 62:16 122:17 123:14 171:13 |
| | | | | | | **smaller**(4) 70:9 203:2 217:19 249:10 |
| **sets**(1) 128:9 | | | | | | **smaller).''**(1) 117:2 |
| **settle**(6) 48:8 69:10 158:4 163:10 277:5 288:2 | | | | **shouldn't**(1) 274:17 | | **smalley**(1) 10:17 |
| | | | | **shouldn't(2)** 115:11 144:10 | | **smith**(2) 10:29 179:11 |
| | | | | **should've**(4) 146:5 147:5 147:6 148:22 | | **smooth**(1) 19:22 |
| **settled**(8) 77:10 83:22 182:11 245:4 250:22 277:13 278:5 279:24 | | | | **show**(36) 21:2 25:4 26:15 32:3 32:4 32:24 35:13 35:14 38:6 38:7 43:12 76:14 76:15 90:21 128:8 155:25 222:16 227:18 237:10 237:16 241:4 252:3 | | **so-and-so**(1) 108:12 |
| | | | | | | **so-called**(2) 220:13 247:25 |
| | | | | | | **sold**(6) 22:13 57:6 73:21 135:16 136:9 152:19 |
| | | | | **showed**(1) 82:1 | | |
| | | | | **showing**(2) 93:20 93:22 | | **solely**(1) 13:18 |
| | | | | **shown**(1) 90:2 194:11 | | **solicitation**(1) 130:1 |
| | | | | **shows**(8) 21:3 32:7 32:8 89:23 90:2 251:20 251:25 252:1 | | **solvency**(6) 31:17 33:18 105:25 106:3 106:8 245:11 |
| | | | | | | |
| | | | | **shut**(1) 189:13 | | **solvent**(1) 39:22 |
| | | | | **sic**(3) 162:25 194:4 251:16 | | **solves**(1) 79:16 |
| | | | | **side**(18) 22:13 27:12 45:2 45:3 45:4 49:8 49:19 79:14 88:20 110:19 110:19 121:11 122:13 123:14 139:13 210:15 221:15 265:13 | | **solving**(1) 79:16 |
| | | | | | | **some**(54) 14:20 14:21 17:17 26:22 27:18 28:5 38:24 42:8 44:10 48:20 52:6 61:18 62:22 65:18 70:18 80:23 94:14 117:10 119:21 120:7 121:9 126:4 135:7 137:22 142:17 166:16 167:5 167:9 181:14 181:14 181:25 182:9 187:21 187:21 188:10 195:11 198:5 207:1 207:9 223:4 223:12 224:13 224:25 226:4 232:22 236:13 251:20 258:1 258:6 274:25 275:1 279:5 282:25 294:18 |
| | | | | **sidley**(20) 1:23 7:29 24:11 40:15 64:22 64:23 105:20 106:20 107:6 108:11 108:23 119:2 119:3 119:10 119:10 119:14 119:21 120:1 120:3 120:13 120:15 | | |
| | | **settlement**(35) 280:5 280:6 280:9 280:11 280:18 280:23 281:4 281:8 281:16 282:2 282:10 282:18 282:20 283:5 283:5 284:9 285:7 285:10 285:19 288:6 288:8 288:12 288:14 288:21 288:22 289:6 289:8 289:12 289:14 289:16 289:18 289:20 289:21 289:24 296:12 297:7 | | | | **sidley's**(1) 149:12 | | |
| | | | | | | **somebody**(1) 176:18 |
| | | | | **siegel**(1) 2:30 | | **somehow**(1) 96:12 |
| | | | | **sight**(1) 150:21 | | **someone**(10) 79:4 79:14 99:25 108:11 145:22 234:6 234:8 234:11 261:7 297:14 |
| | | | | **signed**(3) 27:14 31:14 81:8 | | |
| **severance**(1) 189:14 | | | | **significant**(12) 24:23 28:9 31:3 57:6 61:2 61:20 64:13 83:3 89:5 93:12 116:7 229:4 | | **something**(21) 13:3 56:5 61:6 66:9 68:13 93:3 100:17 104:12 108:11 110:24 112:19 122:18 145:3 145:22 147:9 149:23 161:1 161:23 181:15 217:25 266:11 |
| **shall**(3) 112:22 164:24 271:22 | | | | | | |
| **shamah**(1) 7:16 | | **settling**(3) 86:22 86:24 148:23 | | **silver**(4) 8:47 8:47 10:47 10:47 | | |
| **shannon**(1) 8:20 | | **seven**(1) 2:32 | | **silverstein**(1) 4:15 | | **sometime**(1) 66:2 |
| | | **seven-point**(1) 238:15 | | **simes**(1) 6:33 | | **sometimes**(10) 79:11 79:11 192:2 210:24 210:25 210:25 211:1 254:14 254:18 255:24 |
| **shapiro**(12) 62:12 112:2 113:2 113:6 113:19 114:12 120:11 134:16 161:4 161:11 162:1 162:3 175:11 | | **seventh**(1) 165:5 | | **similar**(6) 33:21 34:2 46:11 125:15 248:12 274:23 | | |
| | | **several**(13) 53:16 88:5 88:7 132:1 197:16 197:17 226:11 228:19 234:3 238:21 292:1 296:19 296:20 | | | | |
| | | | | **similarly**(2) 168:15 201:13 | | **somewhat**(7) 122:23 231:14 268:16 269:3 278:22 291:3 292:12 |
| | | | | **simple**(2) 181:11 267:23 | | |
| | | **severance**(1) 189:14 | | **simplicity**(1) 93:16 | | |
| | | **shall**(3) 112:22 164:24 271:22 | | **simply**(3) 164:4 164:8 296:14 | | **somewhere**(6) 80:4 127:16 216:15 276:7 293:11 294:11 |
| **shapiro's**(2) 161:15 175:13 | | | | **since**(11) 17:9 27:10 63:9 116:4 182:18 183:25 190:15 196:23 243:3 281:14 296:1 | | |
| | | | | **sincere**(1) 140:10 | | **soneal**(1) 18:7 |
| | | | | **single**(2) 145:15 191:2 | | **soon**(2) 224:14 224:24 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| soon"(1) 128:1 | | stand(13) 14:1 26:5 29:8 30:10 102:10 102:19 123:22 144:25 165:19 180:8 253:2 259:10 298:24 | | steven(4) 14:17 16:6 103:4 300:7 | | successful(15) 20:8 46:17 54:5 55:15 60:21 61:15 82:11 82:13 216:15 246:15 247:1 291:9 291:15 295:18 295:22 | |
| sophia(1) 7:34 | | | | sticks(1) 130:15 | | | |
| sophisticated(3) 221:14 265:13 265:14 | | | | still(9) 49:9 57:5 72:21 73:14 125:22 135:19 177:20 242:13 272:18 | | | |
| sorry(48) 36:23 39:3 57:21 58:24 68:9 73:8 88:9 90:6 90:11 91:19 103:20 103:23 | | standalone(1) 70:7 | | | | such(10) 44:7 71:19 132:11 144:8 181:17 182:20 200:4 231:13 243:7 265:23 | |
| 103:23 106:7 117:7 123:22 128:3 129:2 133:25 134:11 135:6 136:8 141:12 159:1 159:1 164:6 207:10 236:1 238:1 238:2 239:17 239:20 249:19 251:7 256:22 257:1 257:20 262:9 271:11 271:25 272:4 272:1 272:18 279:8 279:18 281:2 289:3 295:20 | | standing(8) 148:14 208:14 208:18 209:1 209:7 209:11 209:15 209:17 | | stock(5) 29:20 89:22 220:14 280:12 280:12 | | suffer(1) 25:17 | |
| | | | | stock-ownership(1) 198:8 | | sufficient(4) 19:23 61:20 70:17 208:9 | |
| | | stanley(6) 5:24 9:8 9:16 27:12 28:3 86:17 | | stockholder(1) 198:9 | | suggest(2) 96:15 97:2 | |
| | | staffart(1) 4:23 | | stockholders(1) 76:18 | | suggested(1) 131:1 | |
| | | stark(2) 2:31 99:22 | | stop(2) 97:17 115:25 | | suggestion(2) 97:11 234:2 | |
| | | start(8) 24:7 26:25 32:9 80:22 90:6 254:4 257:19 297:17 | | stopped(2) 48:21 48:25 | | suing(1) 191:25 | |
| | | | | stops(1) 134:4 | | suite(4) 2:39 3:50 4:10 4:37 | |
| sort(15) 21:15 42:19 42:23 44:18 48:5 48:14 56:9 57:2 64:22 147:1 160:3 187:11 221:13 238:14 298:8 | | | | story(3) 45:2 45:3 45:4 | | sullivan(2) 2:36 2:38 | |
| | | started(1) 150:10 | | straight(3) 60:25 85:14 176:17 | | summaries(1) 201:11 | |
| | | starter(1) 135:9 | | strategic(3) 21:22 23:18 27:5 | | summarize(3) 31:12 36:5 76:14 | |
| | | starting(3) 36:7 38:16 39:19 43:14 43:19 44:9 165:16 229:3 | | strategy(5) 53:25 191:20 191:25 282:19 282:24 283:3 | | summarizing(2) 68:5 76:5 | |
| sottile(3) 4:8 6:21 155:19 | | | | | | summary(9) 25:13 27:1 35:14 88:8 223:23 239:10 268:12 268:14 282:4 | |
| sought(5) 13:22 207:3 207:8 263:5 263:7 | | | | strauss(2) 2:43 8:32 | | | |
| sound(3) 1:39 121:22 299:6 | | starts(2) 67:23 134:4 | | stream(3) 21:15 22:19 23:1 | | summer(3) 81:2 203:15 204:17 | |
| sounds(7) 106:25 120:20 121:12 124:4 124:5 168:21 171:6 | | state(4) 36:10 152:16 180:14 250:6 | | street(11) 1:11 1:34 2:25 2:39 3:21 3:50 4:9 4:18 4:28 4:51 5:14 | | sun(8) 184:24 184:25 185:4 185:23 186:3 187:21 188:9 274:24 | |
| | | stated(9) 16:10 229:12 231:2 280:14 284:7 284:25 285:3 285:6 285:10 | | | | | |
| source(1) 154:6 | | | | strength(2) 109:15 142:3 | | sunday(2) 64:9 185:5 | |
| sources(4) 32:23 32:25 166:24 296:20 | | statement(41) 14:20 15:3 52:20 73:23 95:21 95:24 113:23 127:7 129:21 143:17 143:25 144:1 144:15 147:3 153:7 154:22 160:24 160:24 161:8 161:12 161:17 174:8 179:11 181:16 181:17 194:8 212:6 229:17 239:14 242:9 243:22 260:3 260:10 260:13 260:17 261:5 284:16 285:2 285:15 285:17 285:22 | | strengthened(1) 157:22 | | supplement(2) 212:8 212:16 | |
| south(2) 1:27 4:36 | | | | strengths(1) 95:13 | | supplemental(4) 227:22 227:23 228:2 237:11 | |
| spaeder(6) 4:5 6:19 191:8 203:13 204:10 205:2 | | | | stricken(2) 143:21 147:24 | | | |
| | | | | strictly(1) 14:25 | | | |
| speak(6) 66:23 121:5 133:12 141:14 213:10 261:7 | | | | strike(11) 49:9 57:20 57:23 65:4 110:15 124:20 142:9 217:9 250:5 251:9 296:10 | | support(35) 50:8 50:9 52:4 53:11 57:3 82:24 89:9 92:14 124:13 124:16 136:4 159:21 160:20 161:5 161:8 161:19 161:22 167:13 183:1 219:4 221:7 221:8 221:9 225:1 240:23 244:9 248:6 253:10 266:8 275:5 275:10 277:16 280:4 281:15 290:14 | |
| speaker(1) 156:5 | | | | | | | |
| speaking(3) 67:2 171:14 190:14 | | statements(5) 64:11 64:14 75:6 236:11 296:11 | | strip(40) 51:16 58:21 58:22 59:16 59:18 60:2 60:2 60:5 60:12 77:18 78:14 80:13 101:23 124:19 124:21 124:23 125:2 125:7 125:8 125:10 125:16 125:23 220:13 220:22 244:25 246:6 246:9 246:11 246:13 246:16 246:24 247:3 263:14 263:17 264:13 280:2 280:11 280:16 281:17 289:25 | | | |
| speaks(1) 167:18 | | | | | | | |
| special(50) 4:41 27:9 27:25 28:3 28:12 28:23 29:2 62:2 62:5 62:6 62:10 62:12 62:15 62:24 63:2 64:1 64:17 64:17 81:15 81:15 86:19 87:10 87:22 94:9 96:11 112:8 113:7 153:5 154:8 162:4 162:7 162:9 162:20 164:23 165:13 165:20 174:12 174:23 191:9 201:17 204:17 239:8 240:7 240:8 240:10 242:13 243:19 243:24 286:2 287:21 | | states(6) 1:1 1:19 40:6 52:9 73:20 117:4 | | | | | |
| | | stating(1) 99:19 | | | | supported(5) 96:1 96:3 265:22 266:4 266:6 | |
| | | station(1) 186:5 | | striving(1) 110:16 | | supporter(2) 126:1 266:22 | |
| | | status(4) 14:1 23:7 222:15 297:2 | | stromberg,esq(1) 7:36 | | supporting(3) 191:19 225:1 266:3 | |
| | | statute(3) 37:19 40:12 61:20 | | strong(3) 61:21 216:14 295:1 | | supportive(1) 219:10 | |
| | | statutes(2) 36:10 36:10 | | strove(1) 110:9 | | supports(3) 140:8 151:4 229:13 | |
| | | statutory(3) 40:7 40:11 40:16 | | structure(15) 22:9 71:17 72:6 72:6 79:20 124:20 125:3 125:16 142:25 160:4 160:20 161:5 162:21 165:21 197:24 | | suppose(1) 25:13 | |
| specialty(1) 17:15 | | stay(2) 129:8 226:12 | | | | supposed(2) 184:1 197:1 | |
| specific(9) 24:13 38:14 117:4 146:7 225:20 245:7 261:6 262:21 262:25 | | staying(1) 113:10 | | | | sure(50) 12:8 14:3 21:16 22:10 23:24 24:1 24:10 27:3 31:13 59:19 70:25 88:18 89:7 98:7 99:14 105:22 115:6 120:2 121:1 125:20 127:13 127:25 128:17 129:23 133:19 135:25 137:3 137:21 142:6 154:15 155:5 155:11 156:4 157:8 158:19 159:24 168:8 182:14 183:12 192:21 213:8 229:2 243:5 254:3 270:10 276:6 276:9 278:3 281:12 294:17 | |
| | | ste(4) 2:7 5:14 5:26 5:40 | | | | | |
| specifically(5) 18:1 52:17 60:7 222:1 | | stearn(1) 2:22 | | structured(5) 30:9 30:14 54:24 55:22 | | | |
| specifics(2) 121:9 296:15 | | steeped(1) 116:3 | | structures(1) 74:24 | | | |
| spectrum(2) 259:10 259:22 | | step(147) 26:19 29:19 30:2 30:3 30:7 31:11 31:17 31:19 31:22 32:5 32:22 32:23 33:2 33:3 33:9 33:18 33:19 33:20 33:22 34:3 34:5 34:5 34:14 38:11 39:16 39:19 39:21 39:22 39:24 39:25 40:2 40:3 40:24 40:25 41:12 44:3 55:2 55:11 69:8 69:20 69:21 69:21 69:24 70:1 70:6 70:10 76:16 76:17 76:22 83:12 83:13 83:15 83:17 83:19 83:21 86:3 86:4 86:5 86:6 86:7 86:9 87:2 87:4 87:7 89:19 89:19 90:20 89:23 90:7 90:15 90:24 91:24 92:1 94:4 98:13 98:18 103:17 104:4 105:19 105:19 106:1 106:1 106:5 106:5 106:8 106:8 117:18 159:15 159:16 160:13 163:2 163:3 163:15 163:16 166:20 166:21 168:19 179:8 198:3 198:25 204:10 230:17 230:21 239:15 245:12 248:17 268:20 269:7 270:7 270:10 270:10 271:16 271:21 272:10 272:11 272:14 273:12 273:17 273:20 273:25 274:11 275:12 277:1 277:2 277:6 277:11 277:14 277:18 277:22 278:2 278:13 278:2 279:19 291:6 292:13 293:10 293:16 294:4 294:4 295:1 295:15 295:15 295:18 295:19 295:23 295:23 296:6 | | studied(1) 170:2 | | suttonbrook(2) 7:4 7:4 | |
| speculating(1) 158:12 | | | | study(2) 15:1 168:6 | | swap(1) 90:11 | |
| spell(2) 180:15 180:18 | | | | studying(2) 167:9 168:22 | | switch(1) 297:22 | |
| spent(6) 18:9 36:8 47:17 53:16 167:9 286:19 | | | | stuff(1) 128:1 | | switching(1) 97:16 | |
| | | | | sub-bullet(1) 285:16 | | sworn(3) 14:15 14:17 180:13 | |
| spinoff(1) 28:15 | | | | subject(15) 59:12 104:16 176:22 179:22 184:6 189:22 194:8 209:11 238:12 242:11 248:1 271:23 274:1 296:19 297:7 | | system(1) 196:21 | |
| split(4) 91:3 91:21 91:22 245:18 | | | | | | tab(1) 50:11 | |
| splits(1) 90:22 | | | | | | table(8) 31:2 66:25 118:9 118:20 131:23 135:8 237:21 265:14 | |
| spoke(9) 113:14 133:12 141:7 141:17 196:6 222:19 242:11 252:19 259:1 | | | | submit(1) 155:24 | | | |
| | | | | submitted(3) 27:18 188:25 189:12 | | | |
| spokesperson(5) 259:7 259:24 260:1 260:7 260:15 | | | | subordinated(1) 37:4 | | | |
| | | | | subordination(3) 36:25 40:21 231:10 | | tactics(1) 217:15 | |
| | | | | subs(1) 40:5 | | | |
| spread(1) 123:10 | | | | subsequent(8) 22:6 30:7 36:18 56:17 240:21 240:25 254:17 282:23 | | | |
| spring(2) 43:19 171:11 | | | | | | | |
| square(2) 2:24 2:32 | | | | | | | |
| squarely(2) 92:25 95:18 | | | | subsequently(2) 22:12 208:15 | | | |
| stabilized(2) 19:22 20:10 | | | | subsidiaries(6) 18:4 39:21 39:24 93:14 93:15 257:15 257:18 257:21 261:15 | | | |
| stabilizing(1) 20:8 | | | | | | | |
| staff(3) 187:1 187:5 298:18 | | | | | | | |
| stage(1) 81:5 | | | | subsidiary(10) 51:25 77:7 90:10 90:12 220:17 235:13 245:1 247:11 249:23 263:5 | | | |
| staggy(6) 164:4 166:5 166:5 169:19 169:21 170:6 | | step-one(4) 159:16 160:16 166:12 231:4 | | | | | |
| | | step-one-only(2) 174:2 174:6 | | | | | |
| | | step-two(4) 166:12 231:3 245:5 251:14 | | substance(4) 146:24 193:22 286:25 287:11 | | | |
| stakeholder(1) 140:4 | | stephen(1) 4:16 | | substantial(5) 84:22 156:1 247:7 252:20 262:1 | | | |
| stakeholders(7) 109:10 109:20 110:2 110:17 111:4 139:11 169:23 | | stepping(2) 113:10 239:23 | | | | | |
| | | steps(8) 23:21 24:7 24:7 29:18 30:9 208:12 209:18 | | succeeded(1) 49:14 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**take**(76) 15:8 20:18 21:20 23:21 24:8 24:22 26:21 31:21 38:2 43:5 43:21 48:24 49:23 50:18 51:3 52:20 59:8 60:11 63:5 63:11 67:6 67:14 68:22 68:12 71:1 76:8 78:8 81:25 82:14 83:1 85:2 85:19 86:21 89:20 90:5 91:11 91:17 92:2 93:2 93:17 96:7 97:15 100:10 101:2 107:2 108:12 110:19 115:13 121:24 122:1 122:13 123:13 125:13 156:24 172:21 174:7 174:9 175:2 179:15 199:23 203:19 205:5 208:12 209:1 212:25 216:16 218:2 221:23 253:20 260:10 260:23 261:6 270:12 289:14 297:1 298:8

**taken**(7) 68:25 107:10 176:5 182:25 192:2 195:16 217:23

**takes**(6) 21:10 75:9 122:6 170:1 187:1 192:13

**taking**(6) 216:11 256:11 288:14 288:17 297:3 297:4

**talk**(16) 12:10 66:3 66:3 78:5 78:11 80:15 114:11 141:1 142:14 150:3 154:19 164:24 166:25 179:23 221:25 282:6

**talked**(10) 12:7 35:21 43:23 44:25 136:9 146:20 158:22 183:3 228:19 238:23

**talking**(39) 13:21 33:22 36:8 39:4 42:12 42:13 42:14 42:21 43:21 43:22 43:23 43:23 48:14 48:15 48:21 48:25 56:22 59:12 61:12 66:20 80:19 83:18 86:21 95:1 95:24 100:13 112:3 122:10 125:22 133:23 135:19 135:23 147:1 166:10 171:13 180:1 198:21 250:18 276:9

**talks**(13) 68:13 104:23 105:11 123:4 123:7 124:12 131:2 133:16 134:4 140:17 174:25 175:7 217:19

**taylor**(1) 4:24
**team**(10) 18:6 18:18 19:9 19:12 20:2 22:4 38:1 44:25 94:14 106:16

**technically**(1) 96:2
**telephonic**(9) 6:1 7:1 8:2 9:1 10:1 11:1 15:9 227:13 284:1

**television**(1) 186:5
**tell**(21) 107:8 108:23 122:23 126:17 127:17 133:18 140:2 140:3 146:14 151:5 151:7 167:19 185:3 191:6 191:6 194:15 199:2 202:14 203:13 220:5 271:13

**telling**(2) 151:2 151:8
**ten**(7) 222:17 226:21 226:22 280:22 281:3 281:10 298:14

**ten-minute**(2) 180:4 253:20
**tender**(5) 28:11 28:12 29:19 29:22 31:15
**tendered**(1) 15:6
**tenor**(1) 240:2
**tenure**(1) 186:20
**term**(31) 50:15 50:19 76:1 76:5 145:14 151:10 171:7 186:17 186:21 196:18 222:10 269:3 269:12 269:16 271:3 271:7 271:19 272:23 275:6 275:24 276:5 276:11 276:11 276:12 276:13 276:18 276:21 277:10 277:17 279:20 282:3

**terminate**(1) 129:19
**terminated**(8) 61:4 130:7 133:9 135:25 136:4 137:5 138:4 141:8

**terms**(39) 21:14 22:1 27:1 46:22 48:5 50:12 51:9 51:13 53:17 74:4 83:9 83:11 88:11 88:13 101:5 177:13 188:16 220:2 234:22 244:19 244:22 245:15 247:18 248:3 254:24 262:4 264:20 265:2 266:7 266:22 267:6 267:8 267:11 267:14 267:23 269:11 275:7 280:14 297:13

**terrible**(1) 118:11
**terribly**(1) 66:17
**terrorist**(3) 74:1 152:21 153:9
**terrorists**(2) 73:22 154:16
**testified**(44) 35:18 66:19 73:13 98:21 99:15 100:8 106:23 109:4 111:6 121:5 124:2 124:20 125:25 131:25 138:2 140:1 141:22 142:23 145:13 152:23 167:4 172:2 177:12 179:2 254:23 258:18 258:24 263:5 263:15 264:15 265:6 265:10 267:10 268:1 269:1 274:14 277:9 277:21 283:7 287:23 291:2 296:19 296:24 296:25

**testifies**(1) 184:10
**testify**(7) 15:5 25:15 94:18 181:11 181:21 250:16 298:3

**testifying**(1) 149:25
**testimony**(25) 14:22 15:4 26:1 35:21 58:23 59:4 78:4 88:24 102:14 102:16 133:5 143:17 144:10 147:24 148:17 169:10 177:18 177:20 205:23 254:6 296:8 296:10 296:12 296:14 297:10

**than**(53) 13:24 15:1 15:4 22:2 43:23 53:10 63:10 67:20 70:25 77:18 79:3 84:9 93:24 96:13 96:23 100:17 104:12 123:21 137:9 140:9 144:18 146:6 146:20 158:4 165:4 188:10 209:13 228:18 228:22 235:1 246:6 246:9 249:13 249:22 250:3 255:17 255:18 263:23 264:24 267:20 267:24 268:1 269:4 269:7 280:2 284:11 288:3 289:15 289:22 290:8 290:20 290:11

**thank**(41) 15:16 15:20 24:5 26:7 30:25 57:24 97:20 97:23 100:23 102:10 102:19 102:25 103:1 107:19 115:18 121:2 130:23 134:2 147:18 149:15 153:23 159:14 165:8 166:1 170:8 170:12 179:7 184:12 184:14 195:4 211:9 226:17 230:10 270:24 274:20 292:2 296:6 297:12 298:13 299:1 299:2

**thanks**(1) 291:25

**that**(301) 12:6 12:8 12:17 12:19 12:20 12:21 13:7 13:13 13:19 13:20 13:20 13:23 13:23 13:24 14:2 14:3 14:3 14:4 14:15 14:21 15:2 15:3 15:5 15:10 15:11 15:17 15:17 15:18 15:21 16:17 17:1 17:3 17:17 17:25 18:12 18:15 19:21 19:22 19:23 19:25 20:3 20:5 20:22 21:7 21:9 21:9 21:16 21:16 21:19 21:20 21:23 22:1 22:4 22:6 22:10 22:10 22:12 22:14 22:15 22:15 22:21 23:2 23:4 23:5 23:7 23:13 23:14 23:17 23:18 23:24 24:9 24:9 24:14 24:17 24:20 24:20 24:22 24:24 25:14 25:14 25:19 25:21 25:23 26:11 26:18 26:22 26:23 27:3 27:8 27:10 27:11 27:21 27:22 27:24 28:5 28:11 28:14 29:16 29:22 29:25 29:25 30:5 30:7 30:18 30:21 31:4 31:7 31:8 31:10 31:12 31:14 31:15 31:17 31:17 31:23 32:5 32:13 32:15 32:21 32:25 33:3 33:9 33:9 33:20 33:24 34:3 34:4 34:12 34:13 34:17 34:19 34:20 34:22 34:24 34:25 35:1 35:10 35:15 35:19 35:21 35:22 35:24 36:2 36:2 36:8 36:13 36:16 37:1 37:2 37:3 37:7 37:8 37:8 37:14 37:18 38:1 38:8 38:9 38:11 38:21 39:16 40:7 40:11 40:12 40:13 40:16 40:19 40:20 40:23 40:24 40:25 41:2 41:5 41:9 41:11 41:13 41:15 41:16 41:20 41:23 42:9 42:14 42:14 42:24 43:1 43:7 43:17 43:22 43:25 44:3 44:4 44:7 44:12 44:13 44:20 44:20 44:23 45:11 45:13 45:15 45:16 45:17 45:19 45:22 45:23 45:25 46:2 46:5 46:8 46:13 46:17 46:24 47:2 47:7 47:9 47:16 47:20 47:23 48:2 48:10 48:11 48:13 48:19 48:22 49:3 49:6 49:7 49:9 49:13 49:18 50:1 50:10 50:19 50:21 50:22 51:9 51:10 51:10 51:19 51:19 51:20 51:20 52:11 52:12 52:14 52:15 52:15 52:18 52:20 52:21 52:22 53:1 53:4 53:15 53:18 53:20 53:21 54:2 54:3 54:5 54:12 54:14 54:25 55:3 55:4 55:9 55:10 55:11 55:12 55:13 55:24 55:25 56:6 56:9 56:9 56:11 56:11 56:13 56:14 56:23 57:2 57:12 57:15 57:16 58:8 58:12 58:18 58:22 58:25 58:25 59:2 59:5 59:6 59:12

**that**(301) 59:20 59:23 59:24 60:2 60:2 60:9 60:11 60:16 60:22 60:25 60:25 61:1 61:4 61:7 61:8 61:13 61:15 61:16 61:18 61:22 61:23 62:7 62:9 62:16 62:18 62:19 62:22 62:25 62:25 64:15 64:19 65:8 65:15 65:18 66:3 66:7 66:7 66:8 66:9 66:9 66:10 66:11 66:13 66:14 66:15 66:17 66:17 66:23 66:24 67:2 67:7 67:12 67:19 67:25 68:3 68:14 68:20 69:2 69:5 69:6 69:14 69:18 69:23 69:23 69:24 70:1 70:2 70:2 70:10 70:12 70:20 70:20 70:23 70:25 70:25 71:2 71:10 71:16 71:16 71:18 71:21 71:24 72:1 72:5 72:6 72:8 72:21 73:1 73:2 73:3 73:14 73:22 73:23 73:25 75:2 75:6 75:7 75:10 75:12 75:14 76:1 76:1 76:10 76:19 77:10 77:16 77:18 77:25 78:4 78:7 78:15 78:16 78:17 78:18 78:22 79:1 79:1 79:2 79:3 79:5 79:7 79:8 79:10 79:10 79:15 79:20 79:22 79:25 80:1 80:1 80:7 80:7 80:10 80:19 80:19 80:22 80:22 81:1 81:2 81:2 81:3 81:4 81:6 81:13 81:22 81:24 82:3 82:3 82:9 82:9 82:19 83:4 83:19 83:19 83:21 83:22 83:25 84:13 84:17 85:4 85:21 85:21 85:25 86:1 86:6 86:7 86:10 86:22 87:1 87:5 87:6 87:7 87:12 87:21 87:22 87:25 88:2 88:8 88:14 88:14 88:18 88:20 88:22 89:1 89:6 89:7 89:11 89:12 89:13 89:21 89:25 90:2 90:9 90:13 91:2 91:7 91:13 91:25 92:13 92:17 92:23 92:24 92:24 92:25 93:4 93:8 93:9 93:13 93:19 93:22 94:11 94:14 94:17 94:20 95:14 95:16 95:17 95:18 95:19 95:21 95:25 96:1 96:1 96:2 96:4 96:4 96:16 96:21 96:22 96:24 97:2 97:2 97:4 97:4 97:5 97:14 97:15 97:18 97:22 97:24 98:12 98:17 99:5 99:16 99:19 99:20 99:22 99:25 99:25 100:1 100:1 100:2 100:10 100:17 101:2 101:7 101:11 101:11 101:18 101:19 101:24 101:25 122:13 103:8 103:9 103:14 103:16 103:19 104:7 104:14 104:16 104:19 105:11 105:21 105:22 105:22 106:15 106:20 106:22 108:1 108:8 108:15 108:23 109:10 109:11 109:18 109:23 109:23 110:4 110:7 110:15 110:15 110:20

| Word | Page:Line |
|---|---|

**that(301)** 110:22 110:23 110:24 111:2 111:6 111:12 111:16 111:20 112:1 112:3 112:8 112:13 112:22 113:4 113:9 113:14 113:18 113:23 113:25 114:5 114:6 114:6 114:7 115:2 115:9 115:10 115:10 115:14 115:21 116:6 116:23 117:4 117:5 117:7 117:12 117:14 117:17 117:18 117:20 117:21 117:22 118:1 118:3 118:5 118:5 118:7 118:8 118:11 118:12 118:13 118:18 118:19 118:20 118:21 119:6 119:11 119:1 119:15 119:18 119:21 119:24 119:25 119:25 120:2 120:3 120:10 120:12 120:12 120:13 120:14 120:15 120:20 121:1 121:5 121:10 121:12 121:13 121:13 121:16 121:18 121:19 122:6 122:19 122:22 122:2 122:24 123:1 123:15 124:2 124:13 124:19 124:20 125:2 125:4 125:12 125:13 125:25 126:3 126:15 126:16 126:17 126:19 126:2 126:23 127:7 127:7 127:10 127:13 127:2 128:5 128:8 129:9 129:23 130:2 130:5 130:6 130:6 130:18 130:25 131:1 131:2 131:9 131:10 131:13 131:16 131:16 131:2 131:25 132:16 133:2 133:4 133:5 133:16 133:18 133:20 134:9 134:10 134:18 135:4 135:7 135:8 135:10 136:3 136:4 136:12 136:17 136:21 136:22 136:23 137:3 137: 137:8 137:9 137:11 137:12 137:16 137:25 138:2 138:5 138:8 138:10 138:18 139:3 139:4 139:7 139:10 139:12 140:1 140:8 140:9 141:3 141:7 141:17 141:22 141:25 142:1 142:6 142:8 142:8 142:9 142:9 142:10 142:11 142:15 142:16 142:17 142:23 142:23 142:25 143:1 143:4 143:7 143:10 143:13 143:19 143:25 144:1 144:5 144:6 144:8 144:13 144:13 144:15 144:17 144:22 145:5 145:13 145:18 145:22 145:2 146:3 146:13 146:16 146:18 146:25 147: 147:6 147:10 147:11 147:12 147:14 147:1 147:24 147:24 147:24 148:8 148:8 148:10 148:17 148:18 148:24 148:24 149:2 149:4 149:9 149:16 149:17 149:20 149:23 149:2 149:24 149:25 150:4 150:8 150:14 150:1 150:17 150:22 150:23 151:2 151:3 151:5 151:6 151:7 151:8 151:25 152:8 152:11 152:12 152:17 152:18 152:19 152:21 152:23 153:7 153:7 154:7 154:14 154:20 154:21 154:25 155:2 155:2 155:5 155:7 155:16 155:20 155:25 155:25 155:25 156: 156:11 156:12 156:18 156:22 157:2 157: 157:9 157:16 157:20 157:21 157:25 158:7 158:10 158:10 158:12 158:25 159:4 159:7 159:14 159:14

**that(301)** 159:15 159:19 160:3 160:6 160:7 160:13 160:16 160:20 160:20 160:2 161:1 161:4 161:5 161:6 161:6 161:10 161:12 161:15 161:19 161:21 161:23 161:24 162:1 162:5 162:13 162:17 162:17 162:21 162:24 163:6 163:10 163:11 163:1 163:16 163:25 164:1 164:6 165:14 165:2 165:24 166:11 166:17 166:19 167:6 167:1 167:12 167:14 167:16 167:20 167:21 168:7 168:8 168:9 168:11 168:14 168:15 168:16 168:20 168:23 169:1 169:3 169:15 169:17 169:19 169:22 169:23 170:1 170:1 170:19 171:5 171:9 171:12 171:17 172:12 172:14 172:19 172:21 173:4 173:7 173:10 173:13 173:17 174:7 174:8 174:15 174:19 174:22 175:1 175:8 175:12 175:18 175:20 175:23 175:23 175:24 176:1 176:6 176:9 176:10 176:13 176:13 176:20 176:21 176:23 177:4 177:16 177:18 177:20 178:8 178:13 178:21 178:22 179:2 179:11 179:1 179:21 180:1 180:2 180:10 180:23 181:2 181:8 181:10 181:10 181:12 181:15 181:1 181:17 181:18 181:23 182:4 182:12 182:13 182:16 182:18 182:25 183:1 183:2 183:7 183:11 183:18 183:25 184:4 186:11 187:6 188:11 188:23 189:2 189:6 189:13 190:3 191:15 191:25 192:3 192:21 192:2 193:13 193:15 193:21 194:3 194:5 194:11 195:14 195:24 196:6 196:18 196:21 196:2 197:3 197:14 197:19 197:25 198:8 198:12 198: 198:20 198:21 199:20 199:22 200:4 200:12 200:16 202:13 202:15 203:10 203:17 203:18 203:21 204:1 204:3 205:24 205:25 206:2 206:3 206:10 206:11 206:17 206:18 206:20 208:18 208:20 208:21 208:21 208:24 208:25 208:25 209:7 209:1 209:11 209:12 210:7 210:11 210:17 211:9 211:12 211:12 211:15 211:18 211:2 212:1 212:4 212:9 212:11 212:16 212:20 215:1 215:2 215:3 215:5 215:12 215:19 215:20 215:22 216:8 216:10 216:12 216:1 216:22 217:9 218:7 218:10 218:17 218:18 218:19 218:20 219:15 219:20 219:25 220:23 221:4 221:5 221:10 221:14 221:17 221:25 222:2 222:6 222:9 222:15 222:18 222:24 223:11 223:13 223:17 223:18 224: 224:15 225:13 226:4 226:22 227:7 227:1 227:18 227:22 227:24 228:16 228:21 229: 229:4 229:6 229:8 229:12 229:15 229:16 229:20

**that(301)** 230:11 230:15 230:17 230:20 230:20 230:22 230:24 231:2 231:4 231:6 231:8 231:11 231:14 232:23 233:1 233:20 233:24 234:18 234:19 235:5 235:18 235:2 235:20 235:22 236:13 236:14 236:21 236:21 237:14 237:16 237:21 237:21 237:23 238:5 238:12 238:13 238:14 238:1 239:1 239:5 239:6 239:12 239:14 239:16 239:19 239:21 239:24 240:10 240:10 240:17 240:19 240:23 241:8 241:14 241:2 241:25 242:7 242:9 242:22 242:24 243:5 243:9 243:20 243:22 244:2 244:8 245:13 245:15 245:18 245:22 246:8 246:9 246:11 247:1 247:8 247:13 247:21 247:22 247:24 248:1 248:13 248:21 248:23 249:2 249:7 249:11 250:2 250:2 250:9 250:10 250:16 250:19 250:21 250:22 251:1 251:13 251:1 251:20 251:21 251:24 252:1 252:6 252:24 254:10 254:10 254:14 254:18 255:6 255:1 255:11 255:15 255:17 255:19 255:23 256:7 256:10 256:14 256:21 256:25 257:3 257:3 257:6 257:16 258:10 258:14 258:18 258:18 259:11 259:14 259:14 259:23 260: 260:10 261:1 261:9 261:9 261:11 261:20 262:4 262:20 262:21 262:24 262:25 263:1 263:15 263:17 263:20 263:21 263:25 263:25 264:1 264:1 264:4 264:4 264:7 264:8 264:14 264:18 264:22 264:23 265:1 265:19 265:21 265:24 265:24 265:24 265:1 266:2 266:9 266:18 266:19 266:21 267:2 267:5 267:12 267:15 267:17 267:25 268:1 268:16 268:17 268:18 268:18 268:22 268:23 269:3 269:6 269:6 269:7 269:12 269:12 270:8 270:17 271:5 271:6 271:8 271:13 271:15 271:20 271:21 271:23 272: 272:9 272:9 272:14 272:25 273:3 273:3 273:9 273:14 273:17 273:23 273:23 273:2 274:1 274:8 274:8 274:9 274:15 274:15 274:17 274:25 275:3 275:14 275:22 275:2 276:13 276:16 276:18 276:19 276:21 276:25 277:4 277:9 277:11 277:13 277:16 277:17 277:20 277:22 277:24 277:24 278: 278:6 278:18 278:18 278:21 278:21 280:14 280:19 280:22 281:1 281:2 281:3 281:5 281:7 281:9 281:13 282:14 283:6 283:10 283:12 283:17 283:19 283:21 284: 284:7 284:9 284:11 284:11 284:13 284:15 284:15 284:22 284:24 284:25 285:2 285:6 285:6 285:6 285:8 285:10 285:15 285:17 285:17 285:20 285:22 285:25 286:4

**that(90)** 286:6 286:10 286:16 286:18 286:22 286:23 286:24 287:23 287:23 288: 288:4 288:5 288:8 288:12 288:22 288:22 289:6 289:8 289:10 289:13 289:17 289:19 289:20 289:24 289:25 290:2 290:3 290:5 290:10 290:21 290:22 291:2 291:6 291:8 291:8 291:12 291:14 291:14 291:18 292:1 292:12 292:12 292:16 292:16 292:18 292:24 292:25 293:6 293:11 293:15 294:2 294:3 294:11 294:13 294:21 294:23 294:2 295:14 295:17 295:19 296:6 296:13 296:13 296:15 296:18 296:20 296:25 297: 297:3 297:4 297:6 297:7 297:17 297:18 297:19 297:19 297:21 297:21 297:22 298:2 298:5 298:6 298:8 298:8 298:10 298:18 298:19 298:21 298:24 299:5

**that's(60)** 13:22 14:1 14:7 18:14 24:23 25:13 26:3 26:5 28:17 28:18 30:11 31:2 31:21 39:8 41:22 43:21 47:12 66:5 67:3 67:8 71:25 73:18 77:18 85:16 85:20 87:14 91:12 91:23 94:6 98:16 98:19 99:5 100:18 100:20 101:21 102:3 102:8 181:18 184:9 192:19 214:14 214:16 214:18 217:25 228:1 230:24 241:21 257:22 266:15 271:24 274:8 275:6 279:25 280:21 283:16 285:14 288:7 290:5 295:7 295:16

**that's(52)** 104:9 105:24 106:14 106:23 108:20 109:4 110:3 114:17 115:12 117:13 119:22 120:18 126:14 126:15 129:20 139:3 140:10 141:3 141:10 141:21 144:13 144:14 145:23 145:23 146:14 146:19 147:2 147:11 151:17 152:19 152:23 155:15 156:12 158:2 158:8 158:14 160:5 161:10 165:8 165:25 167:1 167:25 171:21 171:25 174:24 175:3 175:14 178:17 178:19 178:22 179:2 179:4

**the(301)** 1:1 1:2 1:18 1:23 2:4 4:27 4:41 5:8 5:12 5:46 10:16 12:2 12:3 12:5 12:5 12:6 12:8 12:10 12:16 12:23 12:25 13:5 13:7 13:9 13:12 13:12 13:14 13:15 13:15 13:17 13:18 13:18 13:19 13:21 13:21 13:22 13:23 13:25 14:1 14:2 14:8 14:9 14:12 14:13 14:16 14:19 14:22 15:1 15:1 15:7 15:9 15:10 15:11 15:15 15:16 15:18 15:20 15:22 15:23 15:24 15:25 16:2 16:5 16:10 16:18 16:24 16:25 17:6 17:10 17:18 18:3 18:5 18:5 18:6 18:7 18:8 18:9 18:9 18:10 18:11 18:12 18:14 18:21 18:22 18:23 18:25 19:5 19:6 19:9 19:12 19:15 19:16 19:16 19:18 19:19 19:22 19:22 19:23 19:25 20:5 20:5 20:7 20:8 20:10 20:10 20:12 20:12 20:18 20:19 21:3 21:3 21:6 21:6 21:7 21:8 21:9 21:13 21:20 21:22 21:23 22:3 22:3 22:7 22:7 22:10 22:11 22:11 22:12 22:13 22:18 22:19 22:20 22:24 23:5 23:7 23:7 23:10 23:11 23:13 23:14 23:14 23:14 23:15 23:16 23:17 23:19 23:22 23:22 23:22 23:25 24:1 24:2 24:2 24:12 24:14 24:15 24:20 24:20 24:22 24:23 24:24 25:7 25:9 25:13 25:15 25:16 25:19 25:21 25:22 25:24 25:25 25:25 26:2 26:3 26:4 26:5 26:7 26:9 26:17 26:17 26:18 26:19 26:22 26:23 26:25 27:1 27:1 27:2 27:5 27:9 27:10 27:12 27:13 27:15 27:24 27:25 27:25 28:1 28:1 28:3 28:4 28:7 28:7 28:13 28:15 28:16 28:17 28:18 28:21 28:22 28:22 28:23 29:2 29:3 29:4 29:6 29:7 29:7 29:8 29:9 29:9 29:10 29:10 29:11 29:13 29:15 29:18 29:19 29:22 29:23 29:25 29:25 30:1 30:2 30:3 30:4 30:4 30:4 30:5 30:6 30:21 30:23 30:24 31:2 31:2 31:3 31:4 31:7 31:7 31:8 31:11 31:14 31:14 31:15 31:19 31:21 31:21 32:4 32:6 32:6 32:8 32:9 32:9 32:10 32:10 32:10 32:11 32:12 32:13 32:14 32:15 32:17 32:18 32:19 32:21 32:23 33:3 33:5 33:5 33:8 33:8 33:9 33:11 33:11 33:12 33:12 33:13 33:15 33:18 33:20 33:24 33:24 34:1 34:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the**(301) 34:4  34:6  34:7  34:8  34:8  34:9 34:10  34:13  34:14  34:15  34:15  34:19 34:24  35:1  35:2  35:7  35:7  35:15  35:16 35:17  35:22  35:22  36:1  36:3  36:5  36:7 36:7  36:9  36:10  36:12  36:16  36:17  36:17 36:18  36:18  36:19  36:20  36:20  36:22 36:23  36:25  37:2  37:3  37:5  37:6  37:10 37:11  37:12  37:15  37:15  37:16  37:17 37:18  37:20  37:20  37:24  38:1  38:2  38:3 38:7  38:8  38:8  38:9  38:10  38:10  38:10 38:13  38:18  38:20  38:21  38:22  38:22 38:24  39:1  39:4  39:7  39:8  39:10  39:16 39:19  39:20  39:21  39:24  39:24  40:1  40:2 40:4  40:5  40:6  40:9  40:9  40:10  40:12 40:13  40:14  40:15  40:15  40:18  40:19 40:23  40:25  41:3  41:8  41:9  41:11  41:13 41:16  41:19  41:19  41:21  41:22  41:23 41:24  41:25  41:25  42:1  42:1  42:3  42:3 42:9  42:14  42:15  42:16  42:16  42:18  42:19 42:19  42:21  42:22  42:23  42:24  42:25 42:25  43:1  43:3  43:3  43:4  43:4  43:5  43:6 43:7  43:13  43:14  43:15  43:15  43:15  43:16 43:16  43:17  43:17  43:19  43:20  43:21 43:24  43:25  44:1  44:2  44:3  44:3  44:4 44:5  44:7  44:8  44:9  44:12  44:13  44:17 44:19  44:21  44:25  45:1  45:2  45:2  45:3 45:3  45:4  45:4  45:7  45:7  45:15  45:16 45:17  45:18  45:20  45:20  45:22  45:23 45:23  45:23  46:1  46:1  46:2  46:2  46:5 46:6  46:7  46:10  46:11  46:12  46:12  46:13 46:13  46:17  46:20  46:22  46:23  46:25  47: 47:7  47:9  47:11  47:11  47:11  47:12  47:12 47:15  47:16  47:19  47:22  47:24  47:24 47:25  48:6  48:12  48:13  48:14  48:15  48:1 48:16  48:17  48:18  48:21  49:4  49:5  49:7 49:11  49:12  49:14  49:16  49:16  49:19 49:19  49:20  49:22  50:9  50:12  50:15  50:1 50:21  50:21  51:1  51:3  51:9  51:10  51:12 51:12  51:15  51:15  51:16  51:17  51:19 51:20  52:3  52:4  52:4  52:4  52:5  52:7  52:9 52:9  52:11  52:16  52:18  52:21  53:2  53:4 53:4  53:11  53:11  53:12  53:12  53:13  53:1 53:16  53:17  53:18  53:24  54:1  54:2  54:6 54:9  54:9  54:10  54:10  54:11  54:14  54:14 54:15  54:16  54:16  54:21 | | **the**(301) 54:21  54:21  54:23  55:1  55:1  55:3 55:4  55:5  55:6  55:7  55:8  55:8  55:10 55:10  55:11  55:12  55:13  55:16  55:16 55:18  55:20  55:20  55:21  55:21  55:22 55:24  55:25  56:1  56:5  56:13  56:13  56:14 56:16  56:17  56:19  56:20  56:24  56:25  57: 57:3  57:4  57:5  57:7  57:7  57:8  57:10  57:12 57:12  57:13  57:17  57:19  57:20  57:22 57:23  57:25  58:1  58:3  58:5  58:5  58:7 58:11  58:11  58:14  58:19  58:20  58:20  59: 59:2  59:12  59:15  59:19  59:23  59:25  60:1 60:3  60:4  60:4  60:5  60:6  60:8  60:8  60:10 60:11  60:15  60:18  60:22  60:23  60:24  61: 61:1  61:2  61:2  61:3  61:3  61:8  61:10 61:14  61:16  61:19  61:24  61:25  62:1  62:1 62:4  62:4  62:6  62:6  62:7  62:8  62:9  62:10 62:12  62:13  62:15  62:15  62:19  62:20 62:23  62:24  62:25  63:2  63:5  63:6  63:9 63:17  63:24  64:1  64:3  64:8  64:8  64:9 64:10  64:11  64:12  64:15  64:16  64:16 64:17  64:17  64:18  64:19  64:20  64:22 64:24  64:25  64:25  65:1  65:2  65:2  65:3 65:5  65:6  65:9  65:10  65:13  65:16  65:17 66:20  66:25  66:25  67:5  67:16  67:20  67: 67:23  68:4  68:8  68:10  68:12  68:19  68:25 68:25  69:1  69:1  69:2  69:2  69:3  69:6  69: 69:8  69:9  69:12  69:12  69:13  69:16  69:17 69:17  69:21  69:21  69:23  69:23  69:24 69:24  70:1  70:1  70:3  70:4  70:4  70:4  70:8 70:9  70:12  70:12  70:13  70:14  70:15  70:18 71:9  71:11  71:12  71:15  71:15  71:17  71:18 71:18  71:21  71:21  71:24  71:25  72:1  72:3 72:4  72:5  72:5  72:6  72:7  72:9  72:9  72:12 72:22  72:25  73:1  73:2  73:6  73:6  73:8 73:9  73:11  73:15  73:15  73:17  73:19  73:19 73:21  73:21  74:6  74:13  74:16  75:1  75:3 75:4  75:5  75:6  75:9  75:18  75:18  75:19 76:1  76:2  76:3  76:4  76:6  76:16  76:16 76:17  76:18  76:23  77:1  77:1  77:4  77:6 77:7  77:9  77:11  77:11  77:14  77:18  77:19 77:24  78:1  78:2  78:4  78:5 | | **the**(301) 78:7  78:9  78:11  78:12  78:13 78:13  78:15  78:20  78:20  78:21  78:21 78:22  78:24  79:1  79:3  79:4  79:7  79:7 79:8  79:9  79:12  79:13  79:14  79:15  79:16 79:17  79:20  79:21  79:22  79:25  80:1  80:4 80:6  80:6  80:9  80:9  80:10  80:12  80:14 80:19  80:20  80:24  80:25  81:1  81:2  81:3 81:4  81:6  81:10  81:11  81:15  81:16  81:18 81:18  81:20  81:21  81:21  81:22  82:1  82:3 82:3  82:5  82:6  82:6  82:7  82:9  82:18 82:19  82:20  82:22  82:22  82:24  82:24  83: 83:1  83:2  83:9  83:9  83:11  83:16  83:17 83:17  83:19  83:24  84:1  84:1  84:2  84:2 84:6  84:7  84:8  84:9  84:10  84:10  84:11 84:11  84:13  84:15  84:16  84:17  84:18 84:18  84:19  84:20  84:23  84:25  85:1  85:2 85:3  85:6  85:8  85:8  85:12  85:14  85:16 85:18  85:19  85:20  85:20  85:23  86:1  86:4 86:6  86:16  86:19  86:21  86:24  86:25  87:3 87:4  87:5  87:6  87:9  87:9  87:14  87:15 87:15  87:21  87:21  87:22  87:24  87:25  88: 88:7  88:10  88:11  88:11  88:13  88:13  88:18 88:19  88:20  88:21  88:22  88:25  89:1  89:3 89:7  89:8  89:9  89:9  89:10  89:10  89:11 89:12  89:12  89:15  89:17  89:19  89:19 89:20  89:21  89:22  89:23  89:23  89:24 89:25  90:2  90:3  90:3  90:4  90:6  90:6  90:7 90:7  90:8  90:11  90:13  90:14  90:15  90:15 90:17  90:21  90:22  90:22  90:24  91:1  91:3 91:4  91:5  91:6  91:7  91:7  91:11  91:13 91:17  91:19  91:19  91:19  91:21  91:22 91:24  92:1  92:2  92:5  92:8  92:9  92:12 92:14  92:16  92:16  92:18  92:19 92:22  92:22  92:23  92:23  92:25  92:25  93: 93:8  93:9  93:10  93:10  93:14  93:14 93:15  93:17  93:18  93:20  93:20  93:22 93:22  93:23  93:24  93:25  94:2  94:3  94:3 94:4  94:5  94:7  94:10  94:15  94:15  94:18 94:20  94:20  94:21  95:1  95:2  95:7  95:7 95:13  95:23  95:24  95:25  96:4  96:10  96:11 96:11  96:13  96:13  96:15  96:18  96:23  97: 97:12  97:14  97:16  97:17  97:24  98:6  98:8 98:8  98:9  98:13  98:16  98:17  98:23  98:24 99:2  99:5  99:10  99:16  99:20  100:1  100:4 100:10 | | **the**(301) 100:11  100:14  100:16  100:16 100:20  100:20  100:20  100:25  101:1  101:3 101:3  101:5  101:7  101:12  101:13  101:14 101:14  101:18  101:19  101:20  101:20 101:21  101:21  101:22  101:22  101:22 101:25  102:1  102:1  102:5  102:5  102:5 102:10  102:14  102:15  102:16  102:19 102:21  102:22  102:24  103:1  103:6  103:8 103:8  103:9  103:10  103:16  103:20  103:22 103:25  104:1  104:7  104:8  104:15  104:19 104:19  104:20  104:24  104:24  105:2  105:5 105:7  105:8  105:10  105:10  105:11  105:14 105:14  105:18  105:18  105:18  105:20 105:20  105:22  105:23  106:4  106:4  106:14 106:17  106:20  107:1  107:2  107:7  107:16 107:18  108:1  108:9  108:15  108:18  109:1 109:7  109:8  109:9  109:11  109:14  109:15 109:15  109:18  109:19  109:23  109:25  110:5 110:6  110:8  110:8  110:9  110:9  110:12 110:17  110:19  110:22  110:22  110:23 110:25  110:25  111:1  111:1  111:4  111:7 111:7  111:7  111:18  111:22  111:23  112:3 112:4  112:4  112:7  112:7  112:9  112:9 112:22  113:1  113:6  113:7  113:11  113:14 113:18  113:20  113:24  113:25  114:7  114:10 114:11  114:15  114:18  114:18  114:19 114:19  114:20  114:23  114:25  115:4  115:5 115:11  115:12  115:12  115:13  115:16 115:16  115:18  115:20  115:20  115:21 115:24  115:25  116:5  116:5  116:5  116:6 116:6  116:8  116:15  116:18  116:21  116:25 117:3  117:6  117:11  117:11  117:14  117:14 117:22  118:3  118:9  118:11  118:15  118:17 118:20  118:20  118:23  119:1  119:6  119:8 119:9  119:11  119:12  119:14  119:15  119:16 119:18  119:19  119:22  119:24  119:25 120:12  120:16  120:21  120:21  120:25  121:3 121:4  121:5  121:6  121:7  121:10  121:10 121:11  121:14  121:16  121:20  121:22  122:2 122:3  122:10  122:12  122:12  122:15 122:15  122:16  122:18  122:18  122:19  123:8 123:10  123:12  123:13  123:13  123:14 123:20  123:24  123:24  124:7  124:12  124:13 124:14  124:16  124:16  124:17  124:19 124:20  124:20  124:21  124:23  124:24 124:25  125:1  125:1  125:3  125:3  125:14 125:15  125:16  125:18  125:19  125:22  126:1 126:3  126:4  126:8  126:9  126:12  127:1 127:8  127:11  127:11  127:16  127:24  128:2 128:2  128:5  128:13  128:16  128:16  128:18 128:19  129:4  129:6  129:6  129:8  129:9 129:10  129:14  129:17  129:21  129:22 129:25  130:3  130:4  130:6  130:6 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the(301)** 130:8 130:9 130:9 130:10 130:15 130:16 130:21 130:22 130:23 130:24 131: 131:4 131:4 131:5 131:7 131:7 131:11 131:14 131:17 131:22 131:23 132:16 132:19 133:2 133:9 133:20 133:21 133:24 134:1 134:3 134:4 134:9 134:15 134:20 134:20 134:25 135:3 135:8 135:11 135:14 135:14 135:15 135:16 135:25 136:3 136:4 136:10 136:17 136:23 136:24 136:24 136:24 137:5 137:8 137:9 137:9 137:14 138:3 138:3 138:7 138:7 138:10 138:11 138:15 138:18 138:25 139:3 139:4 139:8 139:11 139:11 139:12 139:12 139:18 139:19 139:19 139:21 139:24 140:5 140:7 140:8 140:9 140:11 140:11 140:14 140:16 140:17 140:19 140:22 141:3 141:4 141:7 141:8 141:8 141:9 141:10 141:14 141:17 141:17 141:18 141:19 141:24 142:1 142:1 142:3 142:3 142:3 142:4 142:15 142:20 142:21 143:2 143:8 143:8 143:9 143:10 143:14 143:15 143:18 143:19 143:20 143:21 143:25 143:25 144:4 144:4 144:6 144:6 144:7 144:9 144:10 144:12 144:12 144:14 144:14 144:15 144:15 144:25 145: 145:3 145:4 145:7 145:8 145:8 145:12 145:12 145:13 145:13 145:14 145:14 145:14 145:18 145:18 145:14 145:19 145:19 145:23 145:25 146:1 146:1 146:2 146:6 146:7 146:10 146:11 146:12 146:18 146:20 146:21 146:22 146:23 146:24 146:24 146:25 147:2 147:7 147:10 147:10 147:14 147:17 147:20 147:22 147:23 148: 148:3 148:6 148:6 148:9 148:10 148:12 148:14 148:15 148:17 148:18 148:19 148:22 148:25 149:20 149:21 149:23 149:25 150:3 150:3 150:9 150:10 150:11 150:14 150:16 150:21 150:25 150:25 151: 151:3 151:9 151:9 151:10 151:13 151:14 151:19 151:19 151:21 151:24 151:25 151:25 152:1 152:6 152:7 152:8 152:9 152:11 152:12 152:12 152:16 152:16 152:20 152:20 153:3 153:5 153:5 153:8 153:9 153:16 153:18 153:24 154:3 154:6 154:7 154:8 154:8 154:14 154:18 154:21 154:23 155:16 155:16 155:16 155:16 155:17 155:20 155:21 155:22 155:23 155:24 156:3 156:5 156:7 156:8 156:9 156:9 156:11 156:12 156:12 156:16 156:1 156:22 156:22 156:24 156:25 156:25 157:1 157:2 157:3 157:5 157:7 157:10 157:11 157:16 157:16 157:17 157:18 157:19 157:20 157:20 157:21 157:21 157:22 158:3 158:4 158:4 158:9 158:15

**the(301)** 158:23 158:25 158:25 159:3 159:4 159:4 159:8 159:14 159:14 159:16 159:20 159:25 160:1 160:1 160:6 160:6 160:8 160:11 160:13 160:15 160:15 160:1 160:18 160:19 160:19 160:23 160:23 160:25 161:1 161:3 161:12 161:14 161:14 161:15 161:16 161:16 161:18 161:22 162: 162:6 162:9 162:11 162:20 162:22 162:7 163:9 163:14 163:16 163:22 163:24 163:2 164:1 164:14 164:20 164:22 164:22 164:23 164:23 164:24 164:25 165:2 165:2 165:3 165:6 165:8 165:9 165:10 165:12 165:12 165:14 165:16 165:17 165:17 165:20 165:21 166:2 166:10 166:10 166:1 166:19 166:19 166:20 167:1 167:4 167:5 167:7 167:9 167:12 167:14 167:15 167:17 167:21 167:25 167:25 167:25 168:2 168:5 168:6 168:7 168:9 168:15 168:16 168:18 168:18 168:19 168:21 168:22 169:4 169:5 169:6 169:6 169:7 169:11 169:11 169:12 169:13 169:13 169:16 169:23 169:24 170: 170:8 170:11 170:22 171:4 171:7 171:9 171:10 171:11 171:11 171:12 171:12 171:12 171:14 171:16 171:16 171:17 171:20 171:21 171:22 171:25 172:3 172:3 172:6 172:7 172:7 172:8 172:8 172:9 172:9 172:11 172:13 172:18 172:21 173:4 173:8 173:9 173:12 173:12 173:15 173:16 173:22 173:24 173:24 174:1 174:2 174:3 174:4 174:5 174:6 174:8 174:9 174:12 174:12 174:13 174:22 174:23 174:25 175: 175:6 175:10 175:11 175:12 175:14 175:14 175:16 175:20 175:21 176:3 176:4 176:4 176:4 176:5 176:12 176:22 176:22 176:24 177:1 177:1 177:2 177:4 177:6 177:8 178:8 178:11 178:13 178:14 178:15 178:17 178:17 178:19 178:20 178:22 178:23 178:24 178:25 178:25 179:3 179:5 179:7 179:10 179:10 179:14 179:16 179:1 179:17 179:19 179:19 179:19 179:20 179:21 179:21 179:22 179:24 180:1 180:3 180:4 180:7 180:8 180:10 180:12 180:14 180:14 180:15 180:18 180:19 180:22 180:23 180:23 180:25 181:4 181:5 181:8 181:8 181:9 181:11 181:12 181:12 181:15 181:15 181:16 181:21 181:23 182:1 182: 182:3 182:9 182:10 182:11 182:16 182:17 182:21 182:21 182:25 183:1 183:2 183:5 183:13 183:13 183:14 183:14 183:18 183:19 183:19 183:21 183:23 183:25 183:25 184:3 184:7 184:8 184:10 184:10 184:12 184:24

**the(301)** 184:25 185:3 185:4 185:5 185:7 185:9 185:9 185:16 185:17 185:19 185:20 185:21 185:22 185:23 185:23 185:24 186: 186:2 186:3 186:3 186:6 186:7 186:8 186:10 186:11 186:11 186:12 186:14 186:19 186:20 186:21 186:24 187:1 187:4 187:4 187:6 187:7 187:9 187:9 187:11 187:12 187:12 187:13 187:14 187:14 187:19 187:21 187:24 187:25 188:1 188:1 188:2 188:6 188:6 188:7 188:8 188:9 188:13 188:15 188:16 188:19 188:20 188:21 188:23 188:24 188:25 188:2 189:3 189:5 189:6 189:7 189:7 189:8 189:9 189:12 189:13 189:16 189:19 189:19 189:23 189:23 190:4 190:6 190:8 190:8 190:9 190:9 190:11 190:12 190:14 190:15 190:2 191:6 191:6 191:6 191:9 191:9 191:16 191:16 191:19 191:19 191:20 191:21 191:22 191:23 191:23 192:4 192:8 192:9 192:16 192:19 192:20 192:21 192:21 192:23 192:24 192:25 193:1 193:1 193:3 193:6 193:9 193:12 193:15 193:16 193:18 193:1 193:19 193:19 193:22 193:22 194:1 194: 194:2 194:4 194:7 194:8 194:9 194:9 194:10 194:13 194:16 194:19 194:22 194:22 194:23 194:23 194:23 195:1 195:4 195:6 195:8 195:13 195:15 195:16 195:20 195:24 196:1 196:1 196:6 196:7 196:14 196:18 196:19 196:20 196:23 196:23 196:24 197:1 197:5 197:7 197:8 197:10 197:11 197:13 197:14 197:16 197:18 197:22 197:24 198:2 198:3 198:3 198:4 198:5 198:6 198:6 198:8 198:10 198:11 198:13 198:16 198:19 198:20 198:23 199: 199:4 199:8 199:10 199:14 199:17 199:1 199:21 199:22 199:23 199:24 199:25 200: 200:2 200:2 200:4 200:5 200:6 200:7 200:8 200:9 200:11 200:12 200:15 200:15 200:20 200:21 201:1 201:3 201:7 201:7 201:8 201:9 201:10 201:11 201:12 201:14 201:18 201:24 201:25 201:25 202:3 202:5 202:7 202:14 202:14 202:16 202:16 202:2 202:23 203:1 203:6 203:8 203:14 203:15 203:16 203:19 203:20 203:21 203:21 204: 204:3 204:4 204:5 204:9 204:12 204:13 204:16 204:16 204:19 205:2 205:5 205:5 205:6 205:7 205:12 205:15 205:18 205:24 205:24 205:24 205:24 206:4 206:8 206:9 206:10 206:13 206:14 206:21 206:23 206:25 207:1 207:2 207:2 207:4 207:4 207:5 207:6 207:7 207:8 207:9 207:11

**the(301)** 207:11 207:12 207:16 207:18 207:22 207:25 207:25 208:1 208:4 208:7 208:8 208:8 208:9 208:12 208:16 208:17 208:17 208:25 209:2 209:2 209:2 209:3 209:3 209:5 209:6 209:7 209:7 209:8 209:10 209:11 209:12 209:13 209:14 209:17 209:18 209:23 209:23 209:24 210:5 210:7 210:8 210:10 210:11 210:11 210:13 210:13 210:15 210:16 210:17 210:19 210:24 211:1 211:2 211:3 211:5 211:6 211:9 211:10 211:14 211:17 211:20 211:25 212:1 212:6 212:6 212:22 212:22 212:22 213:1 213:1 213:1 213:3 213:7 213:8 213:9 213:9 213:10 213:15 213:19 213:20 213:24 213:25 214:3 214:4 214:11 214:12 214:17 214:20 214:25 215:3 215:3 215:9 215:13 215:16 215:17 215:20 215:21 215:23 216:2 216:4 216:8 216:10 216:11 216:12 216:13 216:15 216:15 216:16 216:22 216:23 216:24 217:1 217:1 217:2 217:4 217:6 217:12 217:13 217:14 217:17 217:18 217:19 217:20 217:20 217:22 217:22 217:23 218:1 218:5 218:7 218:10 218:11 218:12 218:14 218:19 218:23 218:24 218:25 218:25 219:1 219:3 219:3 219:4 219:10 219:13 219:15 219:17 219:17 219:18 219:19 219:23 219:25 220:2 220:2 220:14 220:15 220:16 220:17 220:17 220:18 220:18 220:20 220:22 220:23 220:23 220:23 220:24 220:24 221:1 221:1 221:6 221:7 221:7 221:8 221:9 221:10 221:11 221:14 221:14 221:15 221:19 221:19 221:20 221:20 221:21 221:22 221:22 222:1 222:1 222:2 222:4 222:8 222:9 222:10 222:12 222:11 222:14 222:14 222:16 222:16 222:18 222:20 222:20 222:23 222:24 223:2 223:3 223:3 223:3 223:4 223:5 223:6 223:6 223:8 223:10 223:12 223:13 223:15 223:21 223:23 223:23 223:24 223:24 223:25 224:3 224:4 224:5 224:6 224:6 224:7 224:10 224:11 224:12 224:13 224:16 224:17 224:18 224:20 224:21 224:22 224:24 224:24 224:25 224:25 225:2 225:2 225:3 225:7 225:9 225:13 225:14 225:14 225:14 225:16 225:16 225:16 225:17 225:18 225:20 225:21 225:22 225:24 226:3 226:4 226:5 226:5 226:11 226:12 226:12 226:15 226:15 226:17 226:18 226:24 227:3 227:4 227:9 227:15 227:15 227:18 227:21 227:23 228:2 228:5 228:5 228:6 228:7 228:14 228:16 228:17 228:18 228:21 228:22 228:24 228:25 229:1

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the**(301) 229:3 229:12 229:13 229:16 229:17 229:20 229:20 229:22 229:25 230:1 230:4 230:4 230:8 230:10 230:11 230:18 230:19 230:20 230:20 231:5 231:5 231:13 231:20 231:24 232:4 232:5 232:7 232:10 232:20 233:3 233:5 233:8 233:10 233:12 233:12 233:15 233:16 233:17 233:18 233:18 233:19 233:19 233:19 233:21 233:22 233:23 233:25 234:2 234:2 234:3 234:9 234:14 234:14 234:17 234:18 234:1 234:19 234:20 234:22 234:22 234:23 234:23 235:1 235:1 235:2 235:3 235:3 235:3 235:4 235:5 235:6 235:6 235:7 235:8 235:12 235:12 235:13 235:14 235:1 235:23 236:4 236:4 236:8 236:11 236:13 236:15 236:17 236:18 236:19 236:19 236:19 236:21 236:21 236:23 237:1 237:2 237:2 237:4 237:6 237:7 237:15 237:16 237:18 237:21 237:21 238:2 238:2 238:3 238:5 238:9 238:9 238:14 238:14 238:15 238:17 238:17 238:18 238:18 238:20 238:22 238:23 239:1 239:4 239:5 239:8 239:9 239:21 239:24 240:2 240:4 240:5 240:10 240:13 240:13 240:14 240:14 240:15 240:16 240:16 240:22 240:23 240:25 241:1 241:6 241:8 241:9 241:14 241:17 241:18 241:18 241:19 241:20 241:23 242:2 242:3 242:4 242:5 242:5 242:6 242:11 242:11 242:12 242:18 242:1 242:21 242:24 243:9 243:15 243:17 243:18 243:19 244:4 244:4 244:5 244:9 244:10 244:13 244:18 244:19 244:19 244:22 244:22 244:25 244:25 245:1 245:2 245:2 245:3 245:3 245:4 245:4 245:4 245:5 245:6 245:7 245:10 245:11 245:15 245:15 245:15 245:16 245:16 245:17 245:17 245:18 245:19 245:19 245:21 245:21 245:22 245:22 245:25 246:1 246:4 246:4 246:5 246:6 246:10 246:10 246:11 246:11 246:12 246:13 246:13 246:15 246:16 246:18 246:21 246:25 247:2 247:5 247:6 247:7 247:8 247:8 247:9 247:10 247:10 247:10 247:12 247:12 247:14 247:15 247:17 247:18 247:18 247:19 247:22 247:24 247:25 248:1 248:3 248:6 248:8 248:8 248:12 248:12 248:13 248:14 248:14 248:17 248:18 248:19 248:23 248:24 248:25 248:25 249:2 249:6 249:7 249:8 249:11 249:11 249:12 249:13 249:15 249:19 249:19 249:20 249:20 249:21 249:22 249:23 249:24 249:25 249:25 250:2 250:3 250:6 250:6 250:7 250:8 250:8 250:10 250:14 250:14 250:16 250:17 250:19 | | **the**(301) 250:20 250:20 250:22 250:23 251:2 251:2 251:4 251:6 251:7 251:9 251:9 251:12 251:12 251:14 251:15 251:1 251:17 251:19 251:20 251:20 251:20 251:21 251:22 251:22 251:22 251:23 252: 252:3 252:3 252:4 252:5 252:6 252:8 252:8 252:10 252:18 252:19 252:21 252:2 252:25 253:1 253:7 253:10 253:10 253:1 253:16 253:20 253:23 254:5 254:5 254:8 254:10 254:14 254:15 254:17 254:18 254:24 255:1 255:2 255:5 255:9 255:9 255:10 255:10 255:12 255:14 255:16 255:18 255:19 255:20 255:20 255:21 255:23 255:23 255:24 255:24 255:25 256:7 256:10 256:11 256:14 256:14 256: 256:15 256:16 256:16 256:16 256:1 256:20 256:20 256:21 257:1 257:3 257:5 257:6 257:7 257:8 257:11 257:12 257:12 257:12 257:14 257:15 257:15 257:18 257:18 257:18 257:19 257:19 257:20 257:20 257:21 257:23 257:24 257:24 257:25 258:1 258:1 258:3 258:3 258:4 258:4 258:4 258:5 258:6 258:7 258:8 258:8 258:9 258:15 258:18 258:21 258:25 259:1 259:5 259:6 259:6 259:7 259:8 259:16 259:16 259:22 259:24 259:24 259:25 260:1 260:3 260:4 260:6 260:6 260:7 260:8 260:9 260:10 260:11 260:11 260:13 260:13 260:14 260:15 260:17 260:19 260:20 260:20 260:21 260:22 260:22 260:23 261:1 261:4 261:5 261:6 261:9 261:10 261:11 261:11 261:14 261:14 261:15 261:17 261:18 261:20 261:20 261:21 261:21 261:22 261:25 262: 262:5 262:5 262:5 262:6 262:7 262:7 262:8 262:10 262:10 262:11 262:14 262:1 262:17 262:18 262:21 262:21 262:22 262:24 262:25 263:1 263:4 263:4 263:5 263:6 263:6 263:7 263:10 263:10 263:12 263:13 263:14 263:16 263:16 263:18 263:21 263:21 263:24:1 263:4 263:4 264:6 264:6 264:8 264:11 264:11 264:18 264:24 265:1 265:2 265:2 265:3 265:5 265:6 265:10 265:11 265:11 265:11 265:1 265:13 265:13 265:14 265:17 265:21 265:22 265:23 265:24 265:25 266:1 266:2 266:3 266:5 266:6 266:6 266:7 266:8 266:8 266:11 266:13 266:15 266:16 266:16 266:20 266:21 266:21 266:22 266:23 266:23 266:24 267:1 267:2 267:3 267:5 267:6 267:7 267:11 267:11 267:14 267:17 267:18 267:18 267:19 267:19 267:20 267:21 267:21 267:23 267:24 267:24 267:25 267:25 | | **the**(301) 268:4 268:5 268:5 268:8 268:9 268:12 268:12 268:14 268:14 268:18 268:17 268:17 268:17 268:19 268:23 269: 269:5 269:5 269:6 269:7 269:11 269:11 269:13 269:15 269:16 269:17 269:18 269:19 269:21 269:22 269:22 269:23 269:23 269:24 269:24 269:25 270:1 270:2 270:3 270:6 270:6 270:6 270:9 270:14 270:15 270:16 270:17 270:18 270:20 270:21 270:23 270:24 271:2 271:8 271:13 271:14 271:15 271:15 271:16 271:17 271:17 271:19 271:19 271:20 271:2 271:22 271:23 271:24 271:25 271:25 272: 272:3 272:3 272:4 272:4 272:5 272:9 272:10 272:11 272:13 272:14 272:15 272:18 272:23 273:1 273:1 273:3 273:4 273:4 273:4 273:5 273:5 273:8 273:9 273:9 273:11 273:11 273:16 273:20 273:2 273:25 274:3 274:8 274:8 274:9 274:11 274:16 274:18 274:21 274:24 275:1 275:5 275:5 275:6 275:7 275:7 275:8 275:10 275:10 275:11 275:11 275:13 275:13 275:15 275:18 275:19 275:20 275:21 275:21 275:25 276:3 276:4 276:6 276:9 276:6 276:7 276:9 276:10 276:11 276:11 276:12 276:13 276:14 276:14 276:17 276:18 276:18 276:19 276:20 276:24 276:25 277:1 277:2 277:4 277:7 277:5 277:6 277:9 277:10 277:11 277:16 277:16 277:17 277:21 277:22 277:22 277:23 278:1 278:2 278:2 278:4 278:4 278:12 278:13 278:13 278:14 278:14 278:18 278:20 278:20 278:21 278:21 278:22 279:1 279:3 279:4 279:6 279:8 279:9 279:11 279:14 279:16 279:17 279:1 279:20 279:20 279:21 279:21 279:23 279:25 279:25 279:25 280:1 280:4 280:5 280:6 280:8 280:9 280:9 280:10 280:10 280:14 280:15 280:15 280:15 280:17 280:18 280:18 280:19 280:20 280:22 280:23 281:3 281:4 281:4 281:7 281:7 281:8 281:8 281:9 281:10 281:11 281:15 281:16 281:17 281:17 281:20 281:21 281:22 281:25 282:1 282:2 282:4 282:9 282:9 282:10 282:12 282:14 282:17 282:18 282:18 282:19 282:22 282:23 283:5 283:23 283:25 283:3 283:3 283:7 283:8 283:12 283:15 283:16 283:19 283:2 284:3 284:3 284:4 284:5 284:6 284:6 284:7 284:8 284:9 284:10 284:12 284:16 284:18 284:22 284:23 284:23 284:23 284:25 285: 285:7 285:11 285:12 285:16 285:18 285:18 285:19 285:24 285:25 | | **the**(171) 286:2 286:2 286:4 286:6 286:7 286:10 286:11 286:13 286:15 286:18 286:19 286:20 286:22 286:23 286:23 286:25 286:25 287:5 287:7 287:8 287:11 287:12 287:13 287:19 287:20 287:21 287:24 287:24 288:7 288:8 288:9 288:10 288:12 288:15 288:15 288:17 288:17 288:20 288:20 289:1 289:3 289:3 289:5 289:5 289:7 289:8 289:10 289:11 289:12 289:13 289:13 289:14 289:14 289:16 289:19 289:19 289:21 289:22 289:24 290:1 290:2 290:2 290:3 290:3 290:5 290:5 290:7 290:10 290:14 290:14 290:15 290:17 290:18 290:19 290:22 290:23 290:23 291:1 291:3 291:7 291:7 291:10 291:13 291:13 291:17 291:17 291:20 291:24 292:4 292:6 292:11 292:13 292:17 292:17 292:19 292:24 292:24 293:9 293:10 293:13 293:20 293:23 294:2 294:4 294:4 294:5 294:8 294:10 294:13 294:15 294:17 294:17 294:20 294:21 294:21 294:22 294:24 294:25 295:2 295:2 295:5 295:7 295:10 295:13 295:14 295:15 295:17 295:17 295:18 295:18 295:21 295:21 295:21 295:22 295:23 296:2 296:3 296:3 296:6 296:8 296:10 296:11 296:12 296:15 296:17 296:23 296:23 297:2 297:2 297:2 297:7 297:9 297:10 297:13 297:16 297:17 297:20 297:21 297:23 297:24 297:25 298:4 298:7 298:10 298:13 298:17 299:3 299:5 299:6 299:6 299:7 |
|  |  |  |  |  |  | **their**(64) 12:25 14:4 14:14 20:3 20:4 20:4 20:6 29:7 40:16 48:4 51:23 51:25 52:2 52:3 53:7 56:2 56:10 57:6 60:11 64:11 65:15 69:1 69:9 70:2 70:5 77:2 77:8 84:8 84:10 84:21 100:12 100:15 102:4 102:6 109:20 121:19 139:18 139:23 140:10 145:4 145:20 151:10 157:9 157:14 157:17 164:5 164:16 191:3 192:3 213:12 218:1 218:12 221:15 224:3 225:1 232:2 234:15 246:1 246:5 248:16 252:8 253:5 266:8 294:19 |  |
|  |  |  |  |  |  | **them**(64) 27:8 39:2 40:12 40:17 44:2 44:8 46:4 48:8 48:25 49:7 55:11 58:21 64:18 65:13 67:5 105:20 107:9 112:6 126:5 132:3 136:10 151:4 162:15 162:22 162:23 164:24 170:2 178:24 182:22 182:23 182:24 183:4 183:4 183:5 183:15 183:17 183:18 183:24 184:5 188:3 188:4 190:3 194:17 195:10 195:11 195:21 199:23 204:20 204:23 213:10 216:18 222:17 222:19 226:11 230:24 231:8 256:3 262:3 267:20 269:18 269:21 292:20 294:15 294:18 |  |
|  |  |  |  |  |  | **themselves**(2) 61:12 251:5 |  |
|  |  |  |  |  |  | **then**(59) 24:8 24:12 28:14 31:10 31:11 31:17 44:11 45:3 45:4 59:25 67:1 67:24 69:5 70:3 72:1 72:3 72:9 84:15 92:16 96:21 97:15 100:7 101:17 104:12 117:3 122:2 122:7 123:19 137:17 145:24 150:3 160:3 166:21 175:10 179:14 179:22 190:17 191:4 193:4 201:16 212:8 219:18 224:18 229:12 229:24 232:15 237:14 239:9 241:9 242:21 254:17 271:2 276:20 291:17 291:12 291:23 298:1 298:4 298:5 |  |
|  |  |  |  |  |  | **then-counsel**(1) 136:13 |  |
|  |  |  |  |  |  | **then-senior**(1) 153:9 |  |
|  |  |  |  |  |  | **theory**(1) 232:18 |  |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**there**(200) 12:11 12:14 12:24 13:3 14:20 21:15 21:25 22:13 23:1 25:20 31:10 34:5 34:7 37:13 37:13 40:11 40:18 43:1 43:2 43:24 47:23 48:10 50:10 54:17 55:6 56:19 59:2 59:20 59:22 59:22 59:25 60:13 62:1 62:21 64:12 65:4 65:14 65:25 69:5 69:18 81:22 84:15 85:9 86:4 86:7 86:13 86:20 86:24 87:1 89:7 97:21 98:12 98:14 98:15 99:22 99:23 99:24 99:24 99:25 101:17 102:13 103:9 104:13 104:15 107:1 108:10 114:5 114:6 118:5 121:18 123:15 126:8 132:10 133:10 133:16 134:3 135:7 137:11 137:12 137:16 137:17 139:2 140:5 140:19 142:10 143:7 143:20 144:1 144:8 144:9 144:11 144:15 147:9 147:21 148:14 149:2 151:8 151:15 154:13 160:7 160:12 160:17 160:23 162:4 162:25 166:2 167:1 168:6 169:1 171:2 171:20 172:18 172:20 181:9 181:14 181:14 181:22 181:25 182:14 184:11 185:9 185:15 186:4 187:6 187:8 190:16 190:18 191:12 192:11 192:12 192:16 192:17 193:5 195:9 197:3 198:10 198:11 200:3 202:5 208:6 210:2 210:5 210:15 211:7 211:7 211:23 212:6 212:11 214:11 218:14 218:21 222:4 222:9 222:13 223:11 225:3 225:9 225:22 226:6 226:10 229:4 233:8 234:4 234:6 235:2 236:4 237:4 237:12 238:20 238:21 239:8 240:5 243:18 244:24 247:7 254:13 254:17 257:2 257:7 257:11 257:23 258:1 259:10 259:19 260:2 260:25 261:6 261:17 262:13 265:23 270:5 275:25 276:25 279:3 286:13 287:10 289:12 292:4 292:12 293:16

**there's**(15) 13:19 15:25 50:1 64:3 93:3 93:12 97:4 98:10 181:5 182:13 183:11 227:22 271:2 292:23 294:18

**there've**(1) 219:13
**there,"**(1) 147:13
**thereabout**(1) 178:11
**thereafter**(4) 28:15 84:18 137:12 151:18
**therefore**(1) 159:16
**thereof**(1) 38:8
**there's**(10) 113:9 116:9 122:2 134:15 137:18 140:4 145:21 163:6 165:1 175:10

**these**(82) 12:22 19:20 23:12 25:12 26:3 28:21 35:23 36:1 36:9 37:1 37:14 37:23 37:23 37:24 38:13 38:23 39:5 40:16 41:4 41:10 44:11 44:16 44:18 47:19 53:2 59:8 60:20 65:10 74:4 79:19 85:25 87:6 88:6 89:13 92:4 92:5 93:10 95:6 95:12 108:2 118:4 118:9 123:3 144:11 148:9 160:7 165:5 166:16 177:5 184:10 190:24 193:21 194:11 195:13 196:3 196:12 201:24 203:2 206:11 210:9 211:2 211:14 213:6 213:13 213:13 215:22 216:7 216:16 216:24 217:9 227:5 227:15 229:5 229:16 231:16 231:16 250:14 253:4 278:7 292:25 295:1

**they**(209) 12:13 14:3 15:11 15:25 27:23 28:5 28:7 28:9 28:20 28:24 29:1 46:23 48:8 48:9 48:9 49:9 53:1 53:9 53:10 53:23 54:1 55:12 57:6 58:10 58:14 59:9 60:9 60:11 65:9 66:12 67:2 70:3 72:23 76:20 76:25 81:16 82:12 83:13 83:24 84:1 84:12 84:20 84:21 85:24 86:2 86:9 87:1 87:6 88:10 89:14 92:24 93:9 94:21 105:18 106:20 107:7 108:7 109:9 119:18 120:7 120:17 120:18 121:8 126:3 126:5 126:8 126:9 126:13 126:17 128:8 129:10 129:11 129:14 129:17 129:18 129:19 129:21 129:25 130:3 130:3 130:5 130:16 130:21 131:1 131:7 131:9 131:17 131:21 131:22 132:7 132:12 135:10 135:10 139:18 139:2 139:24 139:25 140:2 143:20 144:12 145:17 146:19 147:8 147:9 151:22 155:23 156:10 156:15 156:18 158:12 159:20 160:1 160:3 160:20 160:20 166:24 168:4 168:1 168:13 176:8 176:12 181:5 183:1 191:14 191:22 192:2 192:22 192:23 193:17 196:5 196:7 199:15 200:2 200:5 200:20 201:10 201:11 204:3 204:4 208:3 208:3 212:24 216:20 217:5 217:6 218:6 218:9 220:5 224:19 226:1 227:8 228:4 228:5 228:16 228:19 228:20 228:21 228:21 229:10 229:19 231:19 234:25 235:4 237:16 237:20 237:20 237:22 238:1 238:2 238:7 238:12 238:13 238:13 238:14 239:16 238:19 239:19 239:21 239:24 240:2 240:4 245:25 246:25 247:15 248:16 250:9 250:2 251:2 251:21 253:3 253:5 262:13 268:5 269:21 273:23 273:24 275:1 275:2 275:2 275:3 276:2 282:1 285:6 288:2 288:6 292:25 295:2 295:2

**they'll**(2) 13:16 14:4
**they're**(10) 34:2 38:14 83:2 183:10 183:18 186:6 250:16 269:19 269:20 298:2

**they've**(1) 196:12
**they'd**(1) 154:14
**they're**(2) 147:5 164:25
**they've**(3) 135:1 139:17 140:7
**thing**(7) 48:4 56:1 122:10 168:7 175:23 296:2 298:21

**things**(14) 40:14 64:7 66:10 94:12 100:2 129:7 129:10 146:19 181:1 188:11 188:13 252:22 275:1 275:1

**think**(121) 15:4 15:7 22:4 25:10 26:11 26:12 27:3 30:10 32:17 35:18 43:6 48:3 54:10 55:18 56:11 61:13 62:15 62:18 66:12 66:16 67:4 69:22 73:1 73:3 73:11 74:16 78:2 78:3 83:1 87:23 94:22 96:2 97:4 99:15 99:21 108:13 109:21 111:2 114:5 114:6 114:12 114:14 114:9 115:16 118:7 122:4 122:9 122:9 123:18 124:2 124:19 126:14 129:20 130:23 131:19 131:19 132:10 133:1 133:15 137:13 141:1 141:22 142:4 142:8 142:9 144:13 145:23 148:4 150:12 151:3 153:7 158:8 159:13 160:22 161:1 162:13 163:6 163:25 164:3 163:7 164:14 165:1 170:23 173:2 173:15 176:6 177:12 177:25 179:25 183:6 183:10 183:11 188:7 188:11 188:15 192:11 194:1 194:17 196:11 206:9 206:13 219:18 229:1 234:12 235:25 238:21 240:4 243:24 250:1 252:1 252:21 261:6 261:25 262:3 263:25 265:16 279:16 289:24 293:21 296:18 298:6

**thinking**(9) 20:13 36:9 44:24 48:5 63:9 81:2 117:24 118:10 118:20

**thinks**(2) 25:13 194:14
**third**(16) 28:7 28:19 36:20 42:4 43:15 82:20 129:14 136:17 155:24 173:24 182:12 182:17 183:11 271:24 271:25 272:3

**third-circuit**(1) 194:17
**thirty**(1) 185:2
**thirty-five**(1) 269:21
**thirty-one**(1) 27:14
**this**(301) 12:19 12:24 14:13 14:21 14:23 16:3 17:24 18:2 18:6 18:20 19:8 20:15 20:17 20:24 21:2 21:3 21:7 22:3 22:16 22:22 22:23 23:7 23:24 24:19 25:1 25:4 25:6 25:9 25:10 25:16 25:20 25:20 26:2 26:11 26:12 26:12 26:15 26:16 26:16 27:3 27:25 29:5 29:6 30:8 30:18 31:25 32:3 32:4 32:12 34:1 34:3 35:3 35:10 35:13 35:14 36:2 38:4 38:6 38:7 39:5 43:10 43:12 43:13 44:13 44:17 45:1 45:8 46:14 46:25 47:4 47:8 47:14 47:18 47:18 49:7 50:5 50:7 50:15 50:19 50:21 50:25 51:6 51:8 51:9 51:13 51:13 53:10 53:23 55:25 56:3 56:10 57:7 57:9 59:20 59:20 60:13 61:9 61:13 61:21 62:1 63:4 63:19 65:21 66:12 67:14 67:17 68:2 68:7 69:11 69:22 70:24 71:2 71:4 71:5 71:7 72:20 73:18 75:17 75:23 75:25 76:1 76:3 76:6 76:12 76:14 76:15 76:24 77:10 77:21 77:25 78:3 78:8 78:24 79:14 79:18 82:18 82:21 82:23 83:6 83:8 83:9 83:12 83:20 84:2 84:11 84:12 84:13 85:9 86:2 86:14 86:20 87:15 87:18 87:20 87:21 87:23 88:23 89:1 89:8 89:9 89:14 89:17 94:9 90:22 91:6 91:16 92:2 92:4 92:11 92:13 92:15 93:6 93:7 93:20 93:23 94:7 94:9 94:23 95:5 95:10 95:11 95:17 95:18 97:1 99:6 99:21 107:15 108:11 109:10 113:14 114:13 117:12 118:11 120:16 121:5 125:22 126:17 127:6 127:17 127:19 128:5 128:9 128:11 132:4 134:3 134:22 135:8 135:13 135:15 137:13 137:22 139:10 143:10 144:1 144:8 144:13 144:23 146:10 146:13 146:17 147:14 149:16 149:23 150:9 150:9 150:9 153:3 154:10 154:12 157:10 158:22 159:4 159:8 159:9 159:19 160:5 161:22 161:25 162:5 163:2 163:3 163:4 163:12 163:19 168:8 169:14 169:17 170:4 170:16 171:22 171:25 172:18 172:21 173:11 174:10 174:19 175:4 175:22 176:2 176:9 176:15 177:5 180:10 181:10 181:19 181:25 181:24 182:7 182:8 182:10 182:21 183:8 183:13 186:23 189:24 191:17 192:7 194:2 195:10 197:4 197:15 202:16 203:10 205:18 208:5 208:14 209:15 210:2 210:11 211:14 212:7 212:12 212:23 213:23 214:1 214:6 214:13 214:18 215:2 215:1

**this**(69) 215:12 215:20 217:15 219:15 220:12 222:5 226:3 226:9 226:19 226:24 227:17 229:2 231:17 231:21 232:15 232:2 233:8 233:21 233:22 235:9 235:16 236:8 236:23 238:4 238:18 238:19 238:20 239:2 240:4 240:6 241:1 241:7 241:7 241:10 243:14 244:2 244:17 244:25 248:1 248:13 250:12 250:13 250:23 250:24 251:24 256:3 259:12 262:16 265:22 269:1 270:13 270:14 270:16 271:7 271:12 272:20 274:12 274:13 275:3 281:23 285:4 285:24 290:11 293:1 294:22 295:3 296:18 297:5 298:6

**this."**(1) 108:12
**thomas**(1) 3:36
**thornburg**(1) 5:24
**thorough**(2) 56:8 286:7

**those**(110) 13:17 15:24 22:1 22:3 23:2 27:23 28:4 28:10 28:12 32:16 34:9 35:4 36:1 36:5 39:17 42:19 46:10 47:6 49:22 52:8 56:15 64:13 65:19 66:25 68:16 68:17 69:10 82:11 83:11 83:25 83:25 84:14 86:8 93:17 93:25 94:4 95:8 104:8 104:23 107:5 123:7 124:5 124:9 124:12 139:15 156:15 156:19 156:23 162:18 167:6 168:11 169:7 171:3 174:3 178:20 178:23 181:4 183:6 187:21 190:20 192:18 193:7 193:9 194:6 195:12 196:6 196:12 200:5 200:17 200:18 201:23 203:22 204:1 206:5 206:24 208:7 209:15 209:16 209:19 209:24 210:13 210:23 212:25 213:11 213:16 214:21 225:11 225:24 226:2 226:13 228:4 228:21 228:22 229:19 229:20 238:16 240:3 246:2 250:22 254:24 264:20 265:8 267:14 272:16 276:13 293:17 294:9 295:3 295:19 295:23

**though**(3) 194:1 195:6 226:5
**thought**(35) 12:9 22:14 38:22 48:9 48:24 53:1 61:5 62:19 94:10 106:21 107:7 109:9 110:1 110:5 110:7 110:23 122:21 122:22 125:12 126:9 131:17 142:1 142:11 155:15 164:11 169:14 171:17 173:8 204:15 235:10 244:17 247:4 247:4 247:7 249:6

**thoughtful**(1) 286:7
**thousand**(3) 95:11 123:19 123:21
**threatened**(1) 136:24
**three**(37) 28:1 28:21 38:10 38:13 39:16 42:18 42:20 112:21 140:17 141:4 149:21 152:15 158:23 166:15 166:24 172:3 172:6 183:4 190:17 190:18 213:3 225:14 229:13 229:16 294:10 298:3

**three-hundred-million-dollar**    276:20
**three-way"**(1) 135:2
**through**(53) 21:6 25:11 26:25 32:6 34:1 34:3 38:13 43:20 44:18 48:7 49:4 49:10 51:12 61:13 61:22 66:25 77:2 80:25 83:11 86:4 110:12 117:18 135:14 152:1 190:9 195:8 195:11 195:25 196:2 196:7 196:8 196:14 196:16 200:17 200:22 201:3 201:5 201:19 201:20 201:20 201:25 202:3 202:7 202:8 202:9 205:18 220:23 221:23 224:17 229:25 298:10 298:11

**throughout**(5) 16:24 17:6 35:16 213:8 225:10

**thrown**(1) 188:12
**thursday**(1) 297:21
**thus**(1) 117:1
**ties**(4) 111:13 111:15 118:2 118:8
**till**(1) 15:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| time(140) 14:13 18:5 18:7 18:10 19:15 20:17 27:19 30:10 31:12 32:13 32:14 34:9 35:21 36:8 43:20 44:17 45:21 46:24 47:17 47:18 51:20 57:7 60:22 62:1 63:5 65:22 66:8 66:23 78:17 79:2 79:10 79:23 80:1 80:7 81:3 88:25 89:9 92:24 95:10 102:5 105:18 105:21 107:1 116:12 116:13 117:1 118:18 119:11 123:1 123:24 125:9 125:17 130:9 131:2 133:17 135:7 135:23 141:7 141:12 141:17 143:8 144:2 144:8 147:6 147:16 151:3 152:12 154:12 161:17 168:8 177:13 177:18 185:15 186:14 189:1 191:12 197:22 198:10 198:11 198:21 199:23 203:17 204:3 204:4 206:11 207:5 207:22 210:5 210:11 210:17 212:21 218:1 221:10 222:4 223:11 226:3 232:23 233:8 236:21 246:11 253:16 254:3 254:11 259:1 259:13 259:16 259:20 259:22 260:2 260:8 262:9 262:10 262:16 263:25 266:21 267:2 269:5 271:8 275:5 275:10 276:5 276:19 276:24 277:16 277:21 278:6 278:20 279:2 280:4 280:18 281:7 281:8 281:11 282:9 286:19 289:19 290:2 292:25 | | total(8) 69:4 69:9 69:9 76:25 90:8 90:14 90:16 197:13 | | trusted(1) 49:13 | | under(73) 35:10 36:9 36:12 37:1 37:14 37:18 40:11 50:1 55:4 56:13 79:19 81:23 83:6 83:12 85:2 85:8 85:12 85:15 86:1 86:14 86:20 89:18 90:7 90:8 90:17 90:18 90:22 94:4 101:8 101:13 101:14 103:16 103:21 103:25 104:1 117:22 119:19 121:11 142:1 142:2 149:20 156:19 160:6 161:23 166:24 183:11 198:2 209:24 211:10 214:20 220:11 241:23 243:17 247:18 248:19 248:24 250:3 250:21 251:17 257:3 257:5 257:18 257:20 264:8 267:25 268:5 271:22 282:12 282:23 282:23 283:4 284:23 285:17 |
| | | tough(1) 74:5 | | trustee(14) 5:12 5:12 42:23 42:25 42:25 43:4 49:22 52:8 56:17 116:7 189:2 189:6 189:12 190:4 | | | |
| | | toward(2) 29:9 81:21 | | | | underlying(4) 37:24 94:21 240:16 242:5 |
| | | towards(2) 95:23 180:16 | | trustee's(1) 188:25 | | undermine(1) 53:24 |
| | | trace(2) 42:11 298:23 | | trusts(2) 84:18 295:14 | | understand(31) 44:19 44:24 102:17 104:13 105:17 106:15 109:8 111:12 114:9 117:21 119:14 119:21 119:24 120:15 161:18 164:12 167:10 167:16 181:2 181:20 184:3 184:9 211:23 212:21 219:9 259:23 277:15 277:20 278:14 292:19 293:15 |
| | | trade(5) 90:10 90:11 90:12 220:17 235:3 | | trusts."(1) 116:7 | | |
| | | transaction(41) 11:12 24:24 25:9 26:18 28:9 29:9 29:14 29:15 30:1 30:6 30:14 30:21 31:4 31:15 31:23 33:3 33:16 36:18 96:9 118:11 118:12 118:20 119:8 119:12 119:25 167:16 197:19 197:25 198:3 198:6 198:13 206:23 207:5 207:7 210:7 238:10 240:17 242:6 292:14 293:10 294:22 | | truth(3) 25:15 30:20 183:2 | | |
| | | | | truthful(1) 133:5 | | understanding(73) 19:25 24:11 24:19 26:22 30:8 30:18 30:19 30:21 34:22 37:24 39:17 41:2 45:16 46:2 52:24 53:7 54:14 58:6 58:17 62:4 68:6 68:17 68:22 78:12 78:15 87:3 98:19 106:22 137:16 161:10 161:10 161:13 161:15 174:24 188:23 189:2 189:6 190:3 197:24 209:7 209:10 209:14 214:3 219:6 219:9 219:18 219:22 223:8 225:12 225:13 233:2 239:21 244:19 245:14 247:21 247:24 248:11 248:18 269:2 269:6 269:15 273:19 273:21 273:22 273:23 275:23 276:3 277:17 280:8 280:19 294:9 295:7 298:2 |
| timeframe(26) 53:12 56:23 57:9 59:5 59:13 60:13 60:18 80:20 96:13 97:18 97:22 101:7 109:14 109:18 110:8 130:12 135:15 135:15 136:18 172:18 178:21 222:15 225:21 225:23 226:9 226:18 | | | | try(29) 35:23 44:15 46:14 47:7 47:10 53:13 53:17 53:23 55:17 56:3 61:9 61:20 64:24 89:14 103:23 115:17 136:8 146:16 155:13 163:9 169:10 177:6 182:9 190:9 210:12 230:6 234:20 256:25 278:7 | | |
| | | transactions(9) 32:9 33:21 34:4 38:11 166:12 166:17 200:4 200:5 230:20 | | | | |
| | | | | trying(26) 21:8 37:22 40:20 45:19 48:6 49:10 56:10 56:20 57:1 61:14 82:7 92:12 114:13 115:10 138:25 139:5 144:6 150:2 150:2 155:5 176:17 188:13 246:15 282:13 282:17 282:24 | | understands(1) 259:14 |
| timeline(17) 26:11 26:16 31:5 31:7 33:8 33:8 45:7 54:9 75:4 203:1 203:3 203:10 208:16 210:10 222:8 226:18 233:16 | | transcript(13) 1:17 1:40 71:9 71:11 73:3 107:22 108:9 108:16 108:17 145:7 145:8 149:5 299:6 | | | | understood(14) 46:4 65:8 89:7 119:23 130:14 137:21 146:21 156:8 160:15 243:5 260:17 277:9 278:6 280:1 |
| | | | | tuesday(5) 12:1 107:11 107:12 211:20 | | |
| | | transcription(2) 1:33 1:40 | | turbulence(1) 79:13 | | |
| | | transcriptionist(1) 299:13 | | turn(23) 35:7 67:2 79:15 87:14 114:18 120:21 151:24 158:17 172:6 173:11 189:2 211:4 211:9 212:14 222:1 227:12 227:19 228:24 239:4 241:9 243:17 251:18 283:12 | | understands(1) 259:14 |
| times(13) 2:32 96:23 96:23 141:5 190:16 190:18 190:19 191:24 226:14 226:15 238:18 240:2 256:1 | | transcripts(1) 107:6 | | | | |
| | | transfer(3) 118:21 126:19 159:15 | | | | undertake(3) 19:19 107:5 138:11 |
| | | transfers(3) 168:18 170:2 268:19 | | turned(1) 289:21 | | undertaken(1) 35:23 |
| | | transpired(3) 24:12 64:20 219:15 | | turning(2) 88:12 100:7 | | undertaking(3) 44:14 53:20 208:5 |
| timing(1) 297:13 | | trash(1) 298:22 | | twenty-million-dolla(1) 274:10 | | undertakings(1) 21:23 |
| timothy(1) 12:12 | | treated(3) 77:5 248:19 248:24 | | twenty-three(1) 17:14 | | underway(1) 178:9 |
| tina(1) 9:52 | | treatment(7) 220:20 245:3 248:23 257:12 257:14 257:24 263:5 | | twice(4) 55:20 192:5 193:14 272:5 | | underwrite(1) 84:1 |
| tired(1) 147:4 | | | | two(90) 12:5 12:6 13:12 13:17 21:20 29:10 29:16 29:18 30:9 39:21 48:5 55:20 59:22 64:14 66:10 82:12 86:11 88:10 92:4 92:15 93:16 93:17 94:12 103:17 104:4 105:19 106:1 106:5 106:9 108:17 115:4 115:12 115:20 117:18 141:4 166:21 168:1 173:11 174:14 174:25 177:25 185:4 185:24 190:17 190:18 193:3 208:14 208:15 224:6 231:1 245:12 268:20 269:7 270:11 271:16 271:21 272:11 272:14 273:12 273:17 273:20 273:25 274:11 275:12 277:6 277:11 277:14 277:19 277:22 278:18 278:13 278:22 279:19 291:6 292:13 293:11 293:11 293:15 293:17 294:4 294:10 294:19 295:1 295:15 295:19 295:23 298:3 298:10 | | unfair(1) 152:24 |
| title(3) 185:3 199:7 258:12 | | tree(2) 53:22 285:25 | | | | unfolded(1) 241:20 |
| titlebaum(1) 234:10 | | tree's(1) 55:9 | | | | unforeseeably(1) 118:13 |
| titled(1) 100:21 | | trehan(1) 6:35 | | | | unfortunately(5) 53:21 54:8 79:21 89:8 139:8 |
| today(9) 13:15 14:5 43:18 117:15 123:19 180:1 251:19 290:8 298:10 | | trends(1) 200:2 | | | | |
| | | trial(1) 174:3 | | | | |
| | | trials(1) 145:4 | | two-and-a-half(2) 122:11 122:13 | | unhappiness(1) 161:15 |
| today's(1) 298:24 | | tribune(72) 1:7 7:23 7:45 14:2 18:4 18:24 19:10 19:16 20:14 21:23 22:2 22:5 22:21 23:3 26:19 27:4 29:20 30:3 30:6 32:13 32:14 32:18 32:21 34:6 34:11 36:12 36:15 44:5 45:1 56:12 56:17 59:23 62:2 62:11 64:15 80:24 82:23 89:6 93:13 93:14 93:15 104:14 116:25 119:15 119:21 176:25 177:25 185:17 186:1 186:4 188:8 197:19 197:22 198:7 198:8 198:13 200:4 206:23 207:4 207:9 210:7 210:18 214:5 219:1 225:1 236:13 268:19 280:19 281:18 284:11 290:3 292:25 | | two-day(1) 233:20 | | union(5) 185:22 187:22 188:1 197:23 256:21 |
| together(14) 21:21 45:21 47:8 47:12 49:5 61:14 61:25 69:1 90:15 114:13 119:3 166:11 210:24 258:10 | | | | two-plus(1) 197:17 | | |
| | | | | two-thirds(1) 267:8 | | |
| | | | | type(7) 16:21 26:1 71:16 72:5 72:6 75:14 270:20 | | unit(1) 182:25 |
| toggle(1) 100:25 | | | | | | united(2) 1:1 1:19 |
| told(25) 66:10 66:13 71:24 75:2 126:22 129:10 130:3 130:5 131:13 131:21 133:15 135:1 135:8 135:10 136:23 141:23 142:6 142:25 149:19 160:19 161:4 171:5 176:2 228:14 228:16 229:2 239:16 239:19 297:23 | | tribune's(4) 18:12 89:2 201:15 280:5 | | types(3) 36:2 74:4 207:7 | | units(1) 186:4 |
| | | tribune."(1) 116:13 | | typical(1) 32:25 | | university(5) 17:23 185:12 185:14 |
| | | tried(8) 56:1 105:17 111:2 139:17 167:24 182:8 250:9 252:17 | | u.s(5) 8:24 188:25 189:2 189:6 189:12 | | unless(5) 86:22 145:6 180:3 183:9 261:7 |
| | | | | ucc(6) 92:14 188:17 208:18 209:8 278:8 290:24 | | unlike(1) 133:20 |
| tom(1) 180:6 | | trifecta(1) 215:16 | | | | unlikely'(1) 231:14 |
| tomorrow(3) 274:24 297:14 298:14 | | true(22) 17:17 25:19 66:5 102:3 102:9 103:19 104:7 104:9 105:3 109:17 110:3 114:5 114:6 117:21 118:19 123:5 141:21 151:17 156:13 158:2 158:8 178:22 | | | | unofficial(1) 145:9 |
| tonight(1) 170:23 | | | | ultimate(2) 62:8 267:1 | | unqualified(1) 147:3 |
| too(12) 53:1 55:13 79:6 113:20 114:10 114:14 126:10 126:11 171:9 175:17 202:1 204:23 | | truly(1) 154:12 | | ultimately(14) 26:18 29:12 29:13 112:3 113:6 130:3 153:4 160:11 184:7 210:7 238:3 261:10 265:22 272:25 | | unrealistic(1) 55:3 |
| | | trump(1) 10:22 | | | | unrelated(4) 18:25 18:25 116:13 203:20 |
| | | trust(77) 2:29 8:5 9:47 11:9 47:17 49:12 49:15 56:15 56:16 58:9 58:15 70:12 70:12 70:17 70:18 70:20 71:18 77:13 84:5 84:6 84:9 84:11 84:18 84:20 85:3 85:9 85:13 86:1 89:4 89:6 90:23 91:5 91:11 91:16 103:10 116:6 116:15 155:16 155:17 156:1 156:12 168:5 168:10 169:8 170:2 190:1 192:1 223:12 226:4 235:2 237:25 245:6 245:8 245:13 245:23 247:7 248:14 249:23 250:10 250:20 252:25 263:8 264:1 268:5 269:22 271:23 288:13 289:7 292:17 292:20 293:2 293:17 294:4 294:13 295:3 295:18 295:22 | | umbrella(1) 36:12 | | unsecured(37) 3:34 4:5 6:7 51:24 52:1 77:4 77:6 77:7 122:7 155:21 157:11 185:16 189:8 190:10 205:25 208:8 220:16 220:18 229:5 231:12 235:7 235:12 244:18 245:1 245:2 247:10 249:12 249:21 249:23 252:5 252:7 257:15 257:20 257:25 261:15 263:4 263:5 |
| took(15) 22:9 23:18 32:15 34:2 96:10 139:12 144:14 191:16 194:3 210:19 211:1 213:1 226:19 229:19 250:7 | | | | unable"(1) 178:18 | | |
| | | | | unbridgeable(5) 151:15 171:11 178:6 178:13 178:18 | | |
| tools(2) 21:18 61:9 | | | | | | |
| top(10) 13:9 29:7 36:7 39:19 73:19 90:15 92:11 172:6 174:25 209:5 251:20 | | | | uncertain(1) 259:13 | | unsubordinate(1) 284:10 |
| topic(2) 155:20 156:16 | | | | | | |
| topics(2) 195:16 218:10 | | | | | | |
| torres(3) 3:26 11:9 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **until**(19) 19:6 19:10 43:14 44:1 59:3 67:5 84:20 84:21 102:11 104:20 119:9 123:7 131:5 144:3 150:22 246:24 274:3 298:18 298:18 | | **very**(45) 15:2 15:12 45:5 46:22 47:17 47:23 53:16 56:7 56:7 56:8 56:8 59:5 60:9 60:21 61:21 61:21 62:19 64:19 66:15 87:15 89:12 102:10 121:8 122:17 123:14 123:14 128:19 154:9 156:1 174:25 176:3 176:6 183:3 216:10 216:11 216:14 217:25 246:25 247:5 253:5 256:11 257:16 264:22 266:15 270:20 | | **was**(301) 12:14 13:13 14:20 17:10 17:12 17:17 17:24 18:1 19:5 19:8 19:9 19:14 19:15 19:18 20:10 20:12 20:24 21:15 21:24 22:11 22:12 23:1 23:11 25:1 26:11 26:22 27:14 27:25 28:8 29:12 29:13 29:15 29:19 29:23 29:25 30:2 30:3 30:9 30:14 30:14 30:18 30:21 31:15 31:16 31:17 31:19 31:25 33:12 33:15 33:16 34:5 34:7 34:9 35:10 39:4 39:12 39:22 39:24 40:15 40:25 41:12 41:20 41:25 42:17 42:25 43:1 43:10 43:25 44:3 44:6 44:20 44:25 45:5 45:5 45:15 45:15 45:17 45:23 46:14 46:17 46:19 46:21 46:21 47:6 47:8 47:15 47:25 48:6 48:6 48:10 48:14 48:15 48:16 48:22 48:23 49:10 50:21 51:10 51:13 51:14 51:18 52:16 52:21 52:24 52:25 53:1 53:7 53:8 53:22 54:6 54:14 54:15 54:16 54:21 54:25 55:8 55:13 55:14 55:18 56:2 56:3 56:9 56:11 56:25 57:5 57:13 58:7 58:17 58:19 58:21 59:1 59:2 59:5 59:15 59:20 59:20 59:21 59:21 60:2 60:5 60:7 60:25 61:13 61:14 61:16 61:18 61:19 61:23 62:1 62:4 62:6 62:10 62:16 62:19 62:21 62:23 63:2 63:9 64:12 64:16 64:21 65:4 65:8 66:1 66:2 66:4 66:5 66:6 66:8 66:9 66:17 66:20 68:17 68:21 68:23 69:5 69:13 69:15 69:21 70:7 70:10 70:14 70:15 70:17 70:24 70:25 72:11 73:3 73:5 73:8 73:11 75:1 75:14 76:2 76:12 76:22 77:9 77:18 77:21 77:25 77:25 78:12 78:15 78:16 78:19 78:22 79:2 79:8 79:10 79:23 80:1 80:2 80:4 80:10 80:13 80:14 80:20 81:5 81:10 82:2 82:19 82:21 83:6 83:22 84:22 85:3 85:3 85:9 85:12 85:19 86:1 86:5 86:10 86:19 86:24 87:1 87:3 87:9 87:21 87:22 87:23 88:4 88:5 88:18 88:22 88:24 89:12 90:13 91:16 91:25 92:1 92:13 92:14 92:17 93:17 93:20 94:12 94:16 94:17 95:5 95:24 96:4 96:11 96:16 96:18 97:7 99:16 99:20 99:22 99:23 99:23 99:25 105:10 105:13 105:17 105:22 105:22 106:14 107:10 108:10 110:4 110:23 110:24 111:3 111:7 114:5 114:6 114:12 115:15 117:17 118:5 118:11 118:12 118:21 119:6 119:10 119:12 119:1 121:11 121:13 121:16 | | **was**(301) 121:18 122:15 122:18 122:22 122:25 123:2 123:4 123:11 123:14 123:24 124:9 124:13 124:16 124:19 124:19 125:2 125:12 125:25 126:16 129:11 130:6 130:8 130:10 130:23 130:24 131:5 131:17 133:1 133:2 133:5 133:9 133:20 133:25 135:7 135:8 135:25 136:4 137:9 137:11 137:11 137:13 137:14 137:15 137:16 137:16 137:17 137:20 138:2 138:4 138:10 138:11 138:24 139:1 139:2 139:12 139:15 140:16 140:19 140:22 141:7 141:17 141:18 141:19 141:23 142:8 142:10 142:14 143:7 143:10 143:14 144:1 145:8 145:14 145:15 145:16 145:18 146:1 146:2 146:5 146:8 146:8 146:20 146:22 146:25 147:1 147:11 147:21 147:23 147:25 147:25 148:10 148:22 148:24 149:8 149:9 149:12 151:8 151:12 151:13 151:15 151:15 152:8 152:13 153:3 154:8 156:4 156:4 157:16 158:10 159:13 159:15 160:11 160:13 160:15 160:16 160:17 160:18 160:23 160:24 161:11 161:11 161:12 161:13 161:13 161:15 161:16 161:23 161:23 162:4 162:5 162:5 162:13 163:1 163:2 163:16 166:21 167:7 168:4 168:6 168:7 168:8 168:8 168:17 169:14 171:9 171:13 171:15 171:18 171:20 171:21 172:18 172:20 172:21 173:4 173:4 173:7 173:10 173:15 173:19 174:8 176:3 176:17 176:21 176:22 176:24 177:18 178:6 178:8 178:11 178:13 178:14 178:22 181:15 181:17 185:3 185:5 185:6 185:6 186:7 186:10 187:3 187:3 187:22 188:8 188:9 188:16 188:20 188:20 188:21 188:23 189:2 190:3 190:15 191:1 191:12 191:19 191:20 191:24 192:4 192:11 192:12 194:5 194:22 196:21 197:2 197:3 197:4 197:24 198:8 199:2 199:3 199:11 199:16 199:17 199:20 199:21 199:25 200:4 201:7 203:13 204:5 204:11 204:20 204:22 205:4 205:5 205:8 205:8 205:14 206:4 206:10 206:10 206:18 206:23 207:20 207:22 208:4 208:9 208:11 208:22 208:24 208:25 209:2 209:3 209:8 209:10 209:12 209:23 210:2 210:15 211:1 211:14 211:25 213:6 214:6 214:6 214:13 215:12 216:13 217:12 217:15 217:25 218:17 218:18 219:10 219:17 219:23 220:13 220:22 221:5 221:14 222:6 222:10 222:13 222:20 222:24 223:4 223:8 223:10 223:11 223:13 223:14 223:17 223:18 223:21 223:25 224:7 224:9 224:14 224:14 224:15 224:21 224:24 226:3 226:6 226:8 227:18 227:21 227:8 228:9 |
| **untrue**(1) 152:23 | | | | | | | |
| **unusual**(3) 22:23 137:20 217:10 | | **vested**(2) 34:12 34:13 | | | | | |
| **unvested**(1) 34:12 | | **view**(40) 21:19 29:9 38:14 46:12 54:22 54:23 55:3 55:21 73:25 81:21 95:14 95:14 95:18 101:8 109:8 109:19 109:21 110:16 111:1 121:19 124:14 138:14 142:4 154:18 155:2 157:17 169:5 173:4 173:10 174:8 178:18 218:12 232:2 236:21 246:4 246:8 246:9 252:7 252:12 253:6 | | | | | |
| **unwilling**(1) 142:14 | | | | | | | |
| **update**(1) 13:10 | | | | | | | |
| **updates**(2) 200:21 300:24 | | | | | | | |
| **upfront**(4) 226:6 226:8 228:18 246:5 | | | | | | | |
| **upon**(21) 27:24 44:4 46:4 47:10 61:17 64:16 69:21 69:24 70:2 70:8 80:17 80:18 84:2 88:24 90:24 93:19 93:25 95:18 121:7 206:10 229:20 | | **viewed**(3) 55:8 122:17 138:14 | | | | | |
| | | **views**(5) 14:4 30:13 216:11 232:5 246:1 | | | | | |
| **upset**(2) 161:11 161:11 | | **vigorous**(1) 253:5 | | | | | |
| **upside**(2) 124:24 125:1 | | **vigorously**(3) 52:23 174:5 267:3 | | | | | |
| **usa**(1) 10:33 | | **viii**(1) 212:18 | | | | | |
| **use**(12) 15:19 163:10 171:22 180:10 182:22 183:3 183:4 183:18 210:11 213:11 222:10 275:24 | | **viking**(1) 8:51 | | | | | |
| | | **vindication**(1) 55:9 | | | | | |
| **used**(12) 41:23 60:5 67:7 77:19 77:21 109:1 109:4 147:11 171:4 171:7 188:12 296:20 | | **vinson**(1) 9:35 | | | | | |
| | | **violation**(3) 143:18 143:19 144:23 | | | | | |
| **useful**(2) 25:13 188:16 | | **virtually**(3) 101:25 163:23 163:24 | | | | | |
| **uses**(5) 32:23 32:25 34:19 166:25 269:3 | | **vis-à-vis**(1) 189:8 | | | | | |
| **using**(3) 78:14 144:4 238:14 | | **vista**(1) 189:25 | | | | | |
| **usually**(2) 192:10 193:3 | | **volume**(2) 194:2 207:11 | | | | | |
| **utilize**(5) 14:6 28:10 28:11 42:5 144:6 | | **vora**(1) 10:34 | | | | | |
| **utilized**(5) 21:13 32:17 32:19 34:10 79:1 | | **vote**(13) 54:3 55:16 89:1 129:14 130:3 165:20 186:11 221:9 242:22 242:24 244:1 247:2 274:24 | | | | | |
| **utilizing**(2) 21:17 79:3 | | | | | | | |
| **vacation**(5) 66:2 66:4 140:23 145:17 | | | | | | | |
| **vague**(1) 150:20 | | **voted**(5) 221:8 243:6 244:9 247:12 266:1 | | | | | |
| **vaguely**(1) 151:1 | | **voting**(4) 266:3 266:6 266:19 282:14 | | | | | |
| **valerio**(1) 11:6 | | **vrc**(2) 33:18 106:6 | | | | | |
| **valid**(4) 70:3 76:22 169:2 230:19 | | **wachtell**(1) 27:7 | | | | | |
| **validation**(4) 221:13 265:10 265:18 265:23 | | **wacker**(1) 4:44 | | | | | |
| **validity**(3) 38:8 168:12 168:14 | | **wait**(4) 65:9 79:5 129:1 229:25 | | | | | |
| **valuable**(1) 231:12 | | **walk**(7) 21:6 26:25 32:6 34:1 38:13 51:12 83:11 | | | | | |
| **valuation**(15) 15:1 18:23 78:24 79:1 79:6 79:7 79:9 79:9 80:9 80:14 81:1 81:3 156:11 156:16 287:24 | | | | | | | |
| | | **walked**(1) 86:4 | | | | | |
| **value**(96) 20:7 21:17 22:2 27:6 29:10 51:17 51:18 51:19 69:5 70:4 70:8 70:17 70:20 79:12 79:17 79:25 80:1 80:3 80:13 80:16 80:17 80:18 80:18 80:19 91:12 91:16 91:16 101:5 101:8 101:11 101:12 101:25 124:25 156:9 156:15 156:23 156:2 164:1 177:1 200:1 229:4 229:14 236:15 238:16 238:18 240:15 242:5 246:1 246:10 246:11 246:12 246:13 246:14 247:7 247:9 263:17 264:7 264:13 275:13 275:15 278:5 278:12 278:14 280:6 280:9 280:10 280:12 280:15 280:15 280:17 280:19 280:24 281:1 281:9 281:12 281:16 281:18 286:7 286:1 288:15 288:23 289:8 289:21 289:24 290:1 290:1 290:3 290:8 290:10 290:16 290:20 290:22 291:17 291:18 293:9 294:8 | | **want**(20) 13:6 63:7 71:23 78:11 80:4 98:5 115:21 117:8 126:18 147:15 163:4 181:7 181:11 183:10 183:17 188:3 194:16 229:2 229:18 291:1 | | | | | |
| | | **wanted**(10) 49:9 66:3 66:3 79:8 88:17 89:7 146:4 181:23 279:11 280:2 | | | | | |
| | | **wants**(1) 219:20 | | | | | |
| | | **wardwell**(2) 2:11 9:31 | | | | | |
| | | **warner**(3) 189:25 234:11 260:14 | | | | | |
| | | **warner's**(1) 234:12 | | | | | |
| | | **warrant**(1) 117:1 | | | | | |
| | | **warranted**(1) 231:12 | | | | | |
| | | **warton**(1) 5:5 | | | | | |
| **value."**(1) 156:1 | | | | | | | |
| **values**(2) 79:11 79:12 | | | | | | | |
| **variety**(1) 25:21 | | | | | | | |
| **various**(22) 34:25 35:16 37:23 40:10 41:9 44:12 44:19 65:7 67:9 95:7 95:12 116:10 116:12 123:20 124:3 176:5 207:7 210:24 216:24 248:15 252:18 256:1 | | | | | | | |
| **vasquez**(1) 6:16 | | | | | | | |
| **vast**(2) 70:3 93:14 | | | | | | | |
| **vehicle**(1) 117:18 | | | | | | | |
| **vehicles**(1) 117:5 | | | | | | | |
| **vehicles."**(1) 117:9 | | | | | | | |
| **verbiage**(1) 161:14 | | | | | | | |
| **version**(4) 93:7 243:4 280:23 281:4 | | | | | | | |
| **versions**(1) 203:3 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**was**(168) 228:16 228:22 229:20 231:8 231:20 233:2 233:15 233:16 233:20 233:2 234:2 234:5 234:6 234:8 234:20 235:1 235:2 235:3 235:8 235:9 235:10 235:12 235:13 235:18 235:20 235:20 236:21 237: 237:14 237:21 237:21 238:5 238:19 239: 240:10 240:10 240:25 241:1 241:8 242:13 243:16 243:25 244:2 244:8 244:17 244:24 244:25 246:8 246:9 246:9 246:10 246:15 246:19 247:4 247:7 248:3 248:5 248:13 248:15 249:6 249:7 252:1 252:2 254:13 254:17 256:20 257:7 257:11 257:15 257:1 257:23 258:1 258:7 258:19 258:24 259:2 259:6 259:10 259:24 260:1 260:2 260:10 260:20 260:23 261:6 261:6 261:8 261:10 261:17 261:21 262:1 262:16 262:17 263:2 263:22 263:25 264:7 264:11 265:3 265:7 265:11 265:13 265:16 265:17 266:10 266:22 267:3 267:11 268:8 268:9 268:11 268:18 269:6 269:7 270:2 270:5 270:9 270:10 271:8 272:10 274:4 274:10 274:15 276:7 276:19 277:17 277:18 277:22 278:7 278:21 279:16 279:17 279:20 279:24 280: 280:19 280:19 280:23 281:4 281:9 281:10 281:24 282:3 282:11 282:14 282:15 283:2 283:7 283:13 285:18 286:13 286:13 286:2 288:14 288:17 289:3 289:5 289:20 289:2 290:5 291:18 292:12 292:18 293:16 296:9 297:6 297:9 299:3

**washington**(2) 4:11 185:24
**washington-baltimor**(2) 185:20 211:11
**wasn't**(5) 61:10 80:12 80:17 250:13 260:25
**wasn't**(12) 125:13 147:11 147:12 154:6 156:4 160:24 162:25 163:15 165:22 168:3 168:22 168:24

**waste**(1) 151:3
**watched**(1) 80:24
**watching**(1) 81:1
**waterfall**(3) 69:3 69:24 100:12
**watering**(1) 298:20
**wave**(1) 146:14
**way**(45) 30:14 32:12 47:7 48:21 53:1 53:17 56:10 69:12 78:17 78:20 78:21 79:20 80:17 93:9 95:5 125:4 126:4 126:15 131:5 138:25 141:10 148:10 149:16 156:22 157:23 160:22 161:21 165:24 176:16 180:19 181:20 182:22 183:13 192:14 194:13 197:15 202:14 206:5 206:19 217:10 232:22 244:10 264:1 264:4 286:25

**ways**(1) 93:16
**we'd**(3) 44:8 63:10 226:3
**we'll**(9) 15:8 15:8 15:12 63:11 102:9 195:22 253:21 253:21 297:17

**we're**(22) 13:2 14:6 15:6 16:22 29:1 31:4 48:5 57:1 63:23 75:5 78:4 79:5 94:22 181:8 181:18 181:23 254:3 254:4 255:9 276:9 278:18 295:13

**we've**(10) 15:21 15:22 31:22 36:8 63:9 89:20 194:10 251:19 294:6 297:23

**weaknesses**(1) 95:13
**website**(1) 116:5
**week**(12) 56:9 136:17 137:18 143:7 159:8 159:11 190:16 190:19 193:3 193:4 197:16 297:23
**weekend**(1) 185:6
**weekly**(5) 200:10 200:20 201:9 201:16 201:24

**weeks**(4) 137:15 190:17 247:17 282:17
**weighed**(1) 252:22
**weight**(2) 40:6 40:16
**weil**(1) 9:8
**weiss**(2) 5:5 8:13

**weitman**(1) 7:46
**welcome**(1) 97:19
**well**(159) 12:6 12:10 15:18 18:9 22:23 25:18 25:19 27:3 28:3 29:8 34:12 36:16 36:22 37:3 41:21 42:13 47:21 48:3 48:12 48:19 49:21 52:4 53:9 56:1 57:4 57:19 60:24 63:6 63:17 64:7 65:25 66:9 67:6 67:21 69:16 70:24 72:14 72:16 72:17 73:15 74:17 79:5 80:3 80:12 80:24 81:25 81:25 82:22 82:25 85:16 89:19 90:5 92:3 92:11 92:13 97:9 97:9 97:17 98:5 101:14 101:22 106:6 106:23 109:5 109:21 110:13 111:2 114:12 118:1 119:20 121:19 121:24 123:7 126:5 128:19 130:21 132:24 133:22 135:19 139:2 139:3 140:13 140:20 143:10 143:16 145:25 146:10 147:14 151:12 151:20 153:11 153:16 153:17 155:3 157:1 158:8 162:3 163:6 163:14 163:24 168:2 169:13 169:19 171:12 173:3 176:2 178:20 179:16 182:3 182:5 182:6 182:21 183:9 183:17 184:13 188:7 189:10 190:4 192:25 194:7 194:13 194:19 195:6 197:16 202:20 208:15 208:16 210:12 211:4 211:9 212:14 219:17 222:7 224:18 225:3 226:17 228:12 228:9 229:18 229:25 234:3 249:2 251:1 251:12 258:15 258:22 259:19 260:12 267:22 270:12 270:20 276:15 277:8 277:11 277:15 281:21 294:10 295:5 297:9

**wells**(1) 5:37
**went**(12) 79:12 79:17 90:17 96:21 101:3 101:8 118:13 151:20 152:1 190:17 196:24 198:2

**were**(301) 16:25 19:15 20:8 21:16 21:25 22:10 22:12 22:13 23:4 23:13 27:17 27:1 27:23 28:1 28:2 28:24 29:18 30:7 31:13 32:17 32:19 33:21 36:1 36:2 36:6 36:16 37:13 37:25 39:24 40:10 41:16 42:12 42:18 42:21 44:22 43:21 44:17 44:19 44:21 44:24 45:15 45:22 46:8 46:10 46:22 46:23 47:4 47:9 47:14 47:22 47:23 47:23 47:24 47:25 48:10 49:16 49:18 51:16 51:24 52:1 53:20 53:23 54:1 54:5 55:4 55:6 55:12 55:15 56:13 56:19 56:22 57:11 58:11 58:14 58:17 60:9 60:13 60:21 60:20 61:5 61:11 61:23 62:11 62:12 62:22 65:9 65:25 66:12 66:19 67:2 68:16 68:18 70:25 71:6 76:3 78:3 78:6 78:14 78:19 78:22 78:25 79:1 79:3 80:6 80:19 81:1 81:2 81:4 82:11 82:12 83:20 83:21 83:22 84:7 84:20 84:22 85:23 85:24 85:25 85:25 86:6 86:11 86:13 86:20 86:22 87:1 87:6 88:25 90:6 92:12 95:20 96:12 99:23 103:15 105:13 106:21 107:7 108:2 108:10 114:5 114:6 117:14 119:25 120:1 120:7 121:5 121:8 124:5 126:3 126:8 126:9 129:11 130:17 131:7 133:10 133:16 134:4 135:19 140:23 142:25 144:8 144:9 144:11 144:12 144:15 146:19 147:8 147:9 147:13 148:14 148:16 149:20 151:14 152:12 153:4 154:7 154:13 156:3 158:7 159:5 161:18 164:1 166:10 167:6 167:10 167:22 168:1 168:19 169:7 169:22 172:13 177:2 177:13 178:9 178:23 182:25 183:1 184:23 186:8 186:14 186:24 187:13 188:2 188:5 189:10 189:13 190:3 190:18 191:3 191:13 191:14 191:21 191:22 191:24 192:1 192:3 192:6 192:11 193:13 193:17 196:24 197:1 198:21 199:18 199:14 199:15 199:18 200:3 203:24 204:1 203:4 204:9 207:25 208:3 208:3 208:6 209:11 210:13 210:19 210:23 212:11 212:22 212:24 213:2 213:15 213:24 216:16:10 216:11 216:12 216:13 216:14 216:15 218:21 218:25 220:12 220:16 220:17 220:19 220:22 224:13 224:17 224:19 225:3 225:9 225:11 225:16 225:16 225:18 225:22 226:10 227:17 228:2 228:3 229:17 230:21 234:1 234:4 235:4 235:7 235:20 238:21 239:22 240:5 241:7 243:14 245:1 245:15 245:22 246:25 250:10 250:1 251:2 253:1 253:3 253:3 255:23 256:7 256:11

**were**(43) 257:2 259:19 259:23 260:10 261:14 261:20 262:11 262:13 265:14 267: 274:1 275:11 275:22 276:1 276:13 276:16 276:24 276:24 276:25 277:4 277:7 278:2 280:5 281:13 281:22 281:25 282:1 282:13 282:17 287:10 288:6 288:14 289:16 289:2 289:24 289:25 291:8 291:14 293:10 294:21 294:23 297:1 297:3

**weren't**(6) 53:9 58:10 61:15 77:10 83:24 94:23

**weren't**(1) 131:21

**west**(3) 4:28 4:44 5:26
**western**(1) 17:22
**we'll**(2) 165:4 171:22
**we're**(13) 114:20 115:10 122:10 125:22 128:9 128:21 130:10 135:23 144:25 148:6 171:13 179:25 180:1

**we've**(1) 112:19
**wharton**(1) 8:13

**what**(301) 13:13 16:14 16:17 16:21 17:3 17:3 17:10 18:1 18:8 18:17 19:8 19:12 19:15 20:10 21:2 21:8 23:7 23:21 24:7 24:7 24:9 24:12 25:4 26:1 26:15 26:23 27:23 28:8 29:1 29:5 29:12 29:18 30:2 30:18 30:19 30:20 30:23 31:12 32:3 32:6 32:23 33:1 33:2 33:14 33:17 33:21 34:2 34:22 35:4 35:13 35:14 36:5 36:23 37:7 37:12 37:24 38:6 38:7 39:17 40:1 40:3 40:6 40:7 40:19 41:7 41:13 41:22 41:25 42:15 43:12 44:24 45:15 46:5 46:6 46:10 46:19 46:19 46:19 46:21 46:21 46:22 47:6 48:2 48:5 48:8 48:9 48:23 50:7 51:8 51:12 52:17 52:24 52:24 53:7 53:7 53:15 54:14 54:21 55:24 55:24 56:3 56:4 56:10 57:1 58:6 58:23 59:4 59:18 60:2 60:14 60:22 60:22 61:17 61:18 61:23 62:4 64:6 65:6 67:16 68:6 68:16 68:16 68:17 68:21 69:1 69:15 69:17 70:14 71:24 72:3 73:13 75:1 75:25 76:8 76:14 77:9 78:1 78:2 78:12 78:13 78:13 78:19 79:8 79:12 80:1 81:15 81:17 81:17 82:2 82:17 83:8 83:18 84:23 85:15 85:23 87:3 87:20 88:4 88:10 88:17 89:16 89:18 89:20 90:2 90:21 92: 92:11 92:12 93:11 93:16 93:20 93:24 94:2 94:16 94:24 95:8 95:15 96:2 97:1 105:17 105:24 106:14 106:23 108:20 109:9 109:19 109:22 110:5 111:3 114:9 114:12 114:14 117:7 118:2 118:10 118:17 119:20 119:22 121:7 133:17 135:23 137:14 137:16 141:22 141:25 142:11 143:22 145:2 145:10 145:23 146:8 146:14 146:20 147:3 147:11 147:23 147:25 148:2 148:3 148:15 149:9 150:3 151:14 151:20 154:13 154:22 155:8 155:15 156:24 157:3 160:5 160:11 160:23 161:11 161:8 161:13 161:20 162:3 163:1 163:2 163:24 166:16 167:7 167:10 167:25 168:22 171:7 171:13 172:25 173:4 173:19 176:20 176:21 177:18 179:18 179:18 179:21 181:21 181:21 182:1 182:15 182:15 184:6 185:3 185:11 185:21 186:7 186:14 186:24 187:9 188:5 188:20 189:8 190:6 192:13 196:5 197:7 197:24 199:6 199:7 199:14 199:22 201:7 202:15 205:4 205:8 206:23 207:22 208:2 208:3 208:4 208:24 208:24 209:10 209:14 213:18 213:25 217:12 218:12 219:15

**what**(90) 219:22 220:5 221:10 221:13 222:19 223:8 225:11 226:8 228:14 228:14 228:19 229:2 229:10 231:17 231:23 232:1 234:11 234:17 234:25 235:9 235:15 235:18 236:12 237:10 237:17 237:23 238:12 239:14 241:4 244:8 245:7 246:8 246:19 247:21 248:11 248:15 248:16 248:21 249:25 250:18 251:24 252:2 255:2 256:20 257:14 260:19 262:6 262:7 262:9 263:9 263:11 265:1 269:2 269:17 273:19 275:17 275:25 276:2 277:15 279:24 280:8 281:12 281:13 281:16 282:1 282:11 282:13 282:18 284:19 285:2 285:14 287:14 287:21 288:5 288:17 288:18 289:3 290:14 290:17 291:7 291:13 291:18 291:18 292:19 293:9 294:20 296:9 296:14

**what's**(19) 22:18 23:10 26:25 28:17 30:8 33:11 34:22 36:20 52:14 68:6 88:12 88:16 92:3 92:21 93:6 94:6 244:22 269:15 273:22
**whatever**(6) 63:12 79:9 122:25 145:5 146:13 169:5
**whatsoever**(1) 86:15
**what's**(3) 127:1 155:6 159:24

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **when**(107) 17:24 19:19 22:25 26:5 27:4 27:21 39:22 42:11 42:11 44:24 48:14 48:15 60:1 74:13 78:6 80:22 86:3 90:12 93:9 94:16 97:10 109:4 110:20 114:5 114:6 121:3 123:10 125:14 130:19 130:25 132:25 138:24 143:13 144:12 145:16 147:13 148:14 148:17 151:13 171:7 171:14 176:20 181:23 182:3 184:21 185:1 186:7 186:21 188:2 188:19 190:17 191:12 191:18 191:20 191:24 192:2 192:5 198:10 198:11 198:15 198:19 199:8 199:11 199:18 200:3 203:13 208:21 209:7 210:5 213:9 217:5 218:14 218:17 221:4 222:4 223:17 232:2 233:8 233:12 233:15 233:17 240:7 240:25 247:15 248:3 259:22 260:24 262:17 266:5 267:10 267:17 268:11 268:16 268:23 269:3 272:13 274:21 275:24 276:10 282:6 283:7 286:13 288:12 289:13 291:19 | | **who**(67) 16:20 18:5 18:14 18:19 19:4 22:23 28:2 42:12 42:15 42:18 47:14 47:17 48:3 49:16 56:5 56:22 57:5 61:19 62:10 62:11 62:12 64:15 76:3 81:8 82:21 85:15 86:19 89:10 101:17 126:22 133:12 133:17 133:19 137:23 137:25 153:4 154:10 175:3 188:7 189:23 190:24 191:6 192:18 198:2 198:20 199:2 199:3 205:12 210:12 213:8 217:1 218:25 219:6 234:8 238:19 239:1 240:7 242:11 242:15 251:14 251:16 252:1 252:20 258:11 259:1 260:1 293:1 | | **with**(301) 12:7 12:23 13:11 13:17 14:2 14:3 14:5 14:9 14:23 15:21 16:3 16:23 17:8 18:2 18:10 18:11 18:19 18:21 18:21 18:24 18:24 19:1 19:24 20:1 20:2 20:5 20:6 21:16 22:8 22:15 22:21 22:22 23:5 23:17 23:17 23:21 24:7 24:10 24:12 24:22 25:3 33:22 34:3 34:5 34:13 34:14 35:1 35:3 35:4 36:1 36:16 36:17 38:16 39:19 40:3 40:9 40:13 40:15 40:20 41:3 41:10 41:16 42:4 42:8 42:9 42:12 42:16 42:18 42:22 42:24 42:24 43:3 43:16 43:19 45:6 45:10 46:2 47:14 47:15 47:16 47:17 48:11 49:1 49:14 49:14 49:15 50:18 52:15 53:24 54:4 54:24 55:1 55:2 55:9 55:11 55:21 56:6 56:19 57:9 58:5 58:7 58:8 58:20 59:11 60:8 60:14 62:8 64:15 65:10 65:10 65:12 65:13 65:16 65:17 65:17 65:19 65:21 66:6 66:8 66:19 66:24 67:1 69:1 69:19 70:9 70:20 71:1 71:16 71:18 71:19 72:5 72:9 72:18 74:6 74:8 75:3 75:7 75:23 76:6 76:24 77:21 79:22 80:2 81:4 81:18 81:18 81:21 82:2 84:8 84:13 84:20 86:4 86:6 86:21 88:20 89:3 90:3 90:5 90:6 90:15 92:12 94:25 95:6 95:12 96:7 98:13 99:6 99:16 102:16 103:13 104:14 105:5 105:7 106:4 107:2 108:2 109:11 111:10 112:10 113:14 113:21 113:23 114:1 114:7 114:13 116:21 119:3 119:7 119:9 119:15 119:22 119:25 120:11 120:25 121:1 121:1 122:20 123:20 124:3 124:7 124:23 128:14 128:22 129:22 131:9 131:11 132:3 132:6 132:17 135:2 136:13 136:13 138:3 138:18 139:7 140:4 140:15 142:11 143:1 145:3 145:15 147:6 147:10 147:16 147:20 147:22 148:19 149:4 149:5 150:25 151:9 151:21 152:1 154:9 155:14 158:6 161:11 161:11 163:2 163:2 163:5 163:7 163:10 163:23 165:16 166:16 167:15 168:16 168:19 169:23 170:4 171:3 171:3 172:8 172:17 172:19 173:13 173:25 174:1 174:7 176:2 176:3 176:10 176:15 176:24 177:2 177:5 177:14 178:17 178:21 178:24 179:17 180:1 180:10 180:10 180:19 181:4 181:19 182:8 183:6 184:7 186:7 187:7 187:9 187:14 188:8 188:10 188:15 189:10 190:11 191:1 196:2 197:18 199:2 | | **witness**(53) 13:1 13:3 14:5 14:14 14:17 14:21 14:23 14:25 15:6 23:25 25:10 30:12 38:20 58:1 63:14 71:15 72:1 72:9 72:12 75:18 102:23 107:17 140:16 144:23 164:22 165:9 180:11 180:13 180:23 181:10 181:19 181:20 183:14 183:19 184:10 194:23 195:24 203:6 219:15 250:12 250:13 250:14 270:22 270:24 274:13 274:21 283:19 289:3 295:7 296:4 296:19 297:17 298:11 |
| | | **who's**(5) 63:2 214:3 214:4 250:8 253:13 278:18 296:13 | | | | **witness's**(2) 26:2 296:8 **witnessed**(2) 121:7 158:13 **witnesses**(2) 298:10 300:5 **won't**(5) 97:15 181:22 227:20 229:25 275: **wonderful**(1) 118:12 **wood**(1) 62:14 **woodwork**(1) 22:24 **word**(4) 73:22 102:9 115:21 152:20 **words**(27) 71:17 126:16 131:23 142:2 172:8 256:19 284:25 |
| **whenever**(3) 183:15 197:1 228:3 **where**(57) 13:6 13:11 13:16 14:1 14:7 29:3 43:18 43:21 44:19 59:15 61:5 61:17 63:23 70:16 76:15 79:21 85:16 85:23 94:3 95:17 107:1 108:10 115:21 117:7 125:9 125:19 127:7 128:9 131:13 132:7 132:12 134:4 141:4 143:20 145:21 145:24 147:21 149:11 149:19 150:5 151:12 152:19 158:9 166:24 171:14 171:15 172:7 184:23 190:1 192:12 217:17 219:25 260:3 264:20 272:17 272:17 298:15 | | **wholly**(2) 117:19 139:9 **whom**(3) 16:11 185:19 207:2 **why**(40) 30:8 30:8 30:13 38:14 39:17 43:24 48:22 53:20 54:25 60:5 62:18 65:22 67:3 69:20 77:21 78:18 81:24 92:17 94:11 111:17 116:8 153:14 164:12 173:7 176:1 179:24 203:16 203:21 219:10 221:9 232:1 233:2 235:11 243:1 244:16 247:2 249:5 252:15 267:23 297:7 | | | | **work**(38) 17:24 18:19 20:2 21:15 21:20 22:15 22:19 23:1 23:7 24:17 29:8 35:3 37:22 41:3 46:5 49:10 49:13 56:8 60:25 64:15 71:22 71:25 73:12 73:15 81:20 82:7 95:6 111:10 115:17 119:9 119:21 177:4 177:14 180:2 190:8 250:9 250:11 252:4 |
| | | **wide**(1) 171:9 **wild**(1) 10:30 **will**(63) 13:16 15:24 20:4 31:18 39:10 44:22 47:12 52:11 56:14 56:15 57:2 64:17 82:4 83:12 84:7 102:10 102:12 121:17 124:24 128:1 146:12 147:17 155:8 155:8 168:5 174:1 179:20 180:10 181:4 195:3 195:8 195:25 208:25 210:11 210:20 213:2 225:17 236:15 240:14 245:7 245:13 248:24 250:2 253:17 256:20 257:3 257:21 271:22 274:24 275:1 279:4 292:7 292:19 298:5 298:8 298:14 298:24 | | | | **worked**(13) 18:20 18:24 29:20 71:4 71:5 116:4 119:3 119:7 184:25 185:4 185:9 185:9 238:13 |
| **whereas**(5) 64:21 230:19 231:5 231:13 267:1 | | | | | | **workers**(1) 185:23 **working**(17) 18:6 18:10 18:14 19:10 24:10 30:17 44:25 53:16 53:23 54:1 54:4 79:2 80:2 81:4 127:1 147:15 154:9 |
| **whereby**(5) 28:9 29:2 30:4 56:15 246:5 **whereupon**(1) 299:3 **whether**(51) 21:25 39:22 48:19 55:15 65: 70:6 71:25 72:11 73:4 73:12 94:18 99:22 107:8 122:3 127:17 128:17 147:21 151:20 151:22 163:7 174:1 174:3 176:8 176:12 176:16 177:13 178:4 182:10 204:13 206:1 221:6 221:22 223:13 224:19 233:18 257:8 259:4 260:24 263:22 270:10 279:17 279:18 279:19 279:23 282:10 282:14 282:15 290:7 292:23 294:17 294:18 | | **william**(4) 2:38 180:13 180:17 190:2 **willing**(6) 46:23 48:9 48:23 57:12 58:14 58:18 | | | | **workplaces**(1) 185:24 **works**(2) 127:3 187:7 **world**(3) 16:24 17:7 79:21 **worried**(1) 239:17 **worse**(2) 235:12 235:13 **worst-case**(1) 248:16 **worth**(6) 111:15 130:13 149:17 280:12 293:7 294:16 |
| | | **willingness**(2) 65:15 125:6 **wilmer**(1) 6:48 **wilmington**(25) 1:12 2:8 2:26 2:29 2:40 3:9 3:23 3:51 4:20 4:29 4:52 5:15 5:21 5:27 5:41 8:5 12:1 47:17 49:15 64:10 190:1 192:1 223:12 233:20 252:25 | | | | **worthless**(1) 216:12 |
| **which**(134) 12:19 12:21 15:11 19:24 20:6 21:12 23:3 25:21 25:21 26:19 28:11 29:9 29:20 33:12 33:12 33:15 37:2 38:2 38:23 43:16 43:16 46:21 51:18 51:18 58:17 58:20 60:17 68:25 69:13 75:4 79:2 82:1 82:3 82:18 84:22 84:23 88:23 92:14 93:1 98:20 100:7 100:13 103:22 108:24 111:23 113:1 114:18 115:20 120:22 121:20 123:1 123:24 125:17 127:15 127:19 131:12 132:25 133:22 136:16 137:20 144:3 144:16 145:4 146:12 150:25 152:3 157:24 160:10 161:2 161:16 162:5 162:8 164:12 174:2 178:14 178:15 178:16 181:5 181:25 186:3 187:1 188:21 192:6 194:14 194:15 195:25 198:1 201:18 203:24 204:17 211:4 211:17 212:4 212:15 213:19 214:24 215:17 222:20 227:12 227:19 228:11 228:17 228:25 229:14 229:19 237:11 237:18 239:11 240:10 241:5 243:13 247:18 249:15 249:17 251:21 255:5 257:1 257:1 258:7 259:6 260:6 260:14 261:21 268:1 268:5 270:2 270:13 272:25 280:11 283:15 291:3 297:22 297:22 298:10 | | **wilson**(1) 6:41 **winfree**(1) 3:6 **wish**(1) 146:13 **wishes**(1) 14:9 | | | | |
| | | | | **with**(99) 200:7 201:14 205:7 205:10 205:19 205:20 206:3 206:4 209:16 213:10 213:15 214:16 214:18 215:21 216:2 217:2 217:12 217:16 217:22 220:2 221:23 222:2 222:8 222:14 224:22 226:22 227:5 227:9 229:8 231:17 233:10 236:12 237:2 237:7 237:15 238:5 238:24 239:19 239:25 247:18 248:3 248:8 253:21 254:23 255:23 256:1 256:20 257:1 257:7 257:11 257:14 257:24 258:9 258:12 258:15 258:15 258:25 259:7 259:11 259:25 260:8 260:11 260:21 261:1 261:3 261:4 263:1 263:12 264:13 264:18 264:22 265:6 265:21 266:16 267:1 268:20 269:11 270:15 274:16 275:18 277:6 281:15 281:25 282:15 283:13 283:15 284:24 285:4 285:15 285:22 286:6 286:19 287:20 289:8 290:13 296:3 296:24 297:17 298:21 | | |
| | | | | **withdraw**(2) 128:18 134:1 **withdrawing**(1) 144:10 **withdrawn**(9) 192:7 198:11 209:21 212:21 260:12 277:8 279:18 281:21 286:23 | | |
| **while**(10) 15:7 65:11 83:24 132:14 137:14 140:23 185:4 187:18 191:19 212:1 | | | | **withdrew**(2) 225:1 225:1 **within**(13) 92:25 94:10 95:17 95:18 97:18 97:22 99:10 105:20 110:4 168:19 186:4 252:25 289:11 | | |
| **whispering**(1) 49:6 **white**(1) 5:44 **whitman**(5) 67:24 70:22 73:15 298:1 298:3 **whitman's**(3) 70:24 71:1 73:12 **whittman**(1) 10:26 | | | | **without**(15) 30:22 69:3 117:3 144:22 174:6 190:17 196:15 201:4 202:8 202:23 214:20 219:14 219:14 232:8 261:4 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **would**(277) 13:11  14:14  17:25  22:1  22:21<br>23:5  24:9  24:14  25:10  25:11  25:16  25:17<br>28:9  28:14  29:2  29:3  30:4  36:13  38:8<br>38:23  40:12  40:25  44:9  41:13  42:15  44:7<br>45:20  46:3  47:19  48:8  48:9  48:24  50:24<br>52:2  52:18  53:8  54:2  55:4  55:15  56:12<br>56:16  57:2  57:8  57:19  57:22  57:24  58:8<br>59:22  59:22  59:23  59:24  59:25  60:3  60:7<br>60:11  61:19  62:25  63:5  68:24  69:2  69:4<br>69:5  69:7  69:10  69:13  69:18  70:3  70:7<br>70:11  70:19  71:4  71:5  71:19  71:25  72:6<br>72:7  72:7  72:8  73:12  74:3  74:8  76:8<br>76:18  76:20  76:23  76:25  77:4  77:6  77:8<br>77:12  78:16  78:22  79:9  81:1  81:3  81:22<br>83:13  83:19  84:14  84:15  84:16  84:17<br>84:19  84:23  84:24  84:25  85:15  85:17<br>85:18  86:8  86:10  86:25  88:23  89:7  89:13<br>90:7  90:10  90:12  90:25  91:1  91:3  91:4<br>91:5  93:25  94:5  94:22  95:9  95:15  96:22<br>97:2  98:17  99:19  101:2  104:10  109:9<br>109:19  109:23  110:1  110:5  110:24  110:25<br>112:13  112:15  113:23  114:17  117:7  118:9<br>118:10  119:19  120:13  127:13  129:7  131:1<br>131:17  132:24  133:1  133:12  134:10  137:8<br>138:5  138:10  138:21  138:22  142:2  142:11<br>143:22  146:3  150:18  150:25  151:2  153:8<br>154:13  154:15  156:24  157:9  159:20  160:3<br>160:7  160:12  160:20  161:5  162:1  162:1<br>162:3  163:12  163:22  168:18  171:10  172:1<br>173:8  174:2  174:3  174:4  177:1  188:21<br>189:14  194:15  195:7  197:2  200:5  200:24<br>202:2  202:12  202:13  214:9  215:5  215:25<br>218:12  224:10  229:14  230:2  230:4  230:7<br>230:9  230:19  231:12  235:21  237:20  237:2<br>237:24  245:16  245:17  245:18  246:5<br>246:11  246:12  247:5  247:22  248:15  248:1<br>248:18  248:22  248:25  249:13  249:22<br>250:22  250:23  250:24  251:1  251:17  254:3<br>257:8  261:1  262:1  262:3  264:2  264:4<br>264:18  264:22  269:8  274:16  275:20  276:2<br>276:18  276:21  278:22  280:12  281:17<br>282:12  282:18  283:4  284:18  285:6  286:6<br>288:2  289:21  289:25  290:15  290:17  290:2<br>291:7  291:13  294:19  294:17  296:10  297:<br>298:6<br><br>**wouldn't**(1) 250:21<br>**wouldn't**(7) 120:6  134:5  135:10  138:4<br>144:5  153:7  163:14<br><br>**would've**(8) 110:22  125:12  129:7  129:9<br>163:9  163:17  175:23  176:7<br><br>**wpix**(1) 186:5<br>**write**(1) 242:7<br>**writing**(2) 112:6  260:18<br>**written**(14) 87:22  181:15  181:16  196:20<br>197:14  200:7  201:14  211:11  213:14  213:16<br>224:10  224:16  243:4  243:7<br><br>**wrong**(6) 128:2  128:7  140:4  162:19  163:7<br>229:20<br><br>**wulderader**(1) 62:14<br>**www.diazdata.com**(1) 1:37<br>**yeah**(42) 15:20  33:10  36:25  37:13  42:3<br>63:18  63:19  68:21  74:17  91:25  101:5<br>103:25  104:2  106:22  114:21  117:9  121:7<br>123:21  131:19  135:14  136:3  136:17  157:15<br>157:16  158:7  164:7  164:25  165:17  171:1<br>172:17  203:4  204:6  204:8  207:14  227:18<br>236:3  236:4  251:8  270:19  274:7  274:21<br>278:3<br><br>**year**(7) 35:18  37:20  80:25  95:11  99:10<br>99:21  202:17<br><br>**years**(8) 17:14  17:17  17:18  17:19  117:6<br>185:2  185:9  197:17<br><br>**years'**(1) 111:15 | | **yes**(301) 17:2  19:3  20:9  20:16  21:1  21:20<br>22:17  24:21  24:25  25:3  25:7  26:13  26:14<br>26:24  27:20  29:17  30:16  31:6  31:9  31:24<br>32:2  32:8  33:23  34:2  34:18  34:21  35:6<br>35:12  35:20  35:25  36:4  37:8  38:5  38:12<br>39:1  40:9  41:6  42:10  43:9  43:11  44:20<br>45:12  45:14  46:9  47:5  50:6  50:12  50:17<br>50:20  51:7  53:6  54:13  54:20  56:21  58:16<br>59:10  59:14  62:3  62:17  64:5  67:11  67:13<br>67:15  68:1  68:15  71:3  73:24  74:22  74:25<br>75:8  75:11  75:13  75:16  76:7  76:11  76:13<br>77:24  80:8  80:21  81:12  81:14  82:12  82:1<br>83:5  83:7  83:12  85:11  85:22  86:24  87:11<br>87:13  87:17  87:19  88:3  88:15  89:22  90:1<br>91:15  93:5  94:8  96:3  96:6  96:17  96:20<br>96:25  99:1  99:7  99:18  100:9  100:22<br>103:12  103:18  104:6  104:22  105:1  105:6<br>105:9  105:12  105:16  108:6  109:6  110:11<br>110:14  110:18  111:5  111:11  111:21  112:2<br>112:14  116:24  119:17  121:1  121:15  123:2<br>123:7  123:8  124:15  124:18  124:22  126:2<br>127:14  127:20  127:22  128:6  129:16  131:6<br>131:6  132:5  133:6  133:11  134:13  134:23<br>135:5  136:5  136:11  136:20  137:24  138:9<br>138:13  138:23  139:11  139:16  140:25  141:<br>141:19  142:22  152:18  152:22  153:6  154:1<br>155:1  155:18  156:17  159:6  163:21  164:10<br>164:20  166:13  166:18  166:22  167:8  168:2<br>173:25  174:17  174:18  175:2  175:9  175:15<br>175:19  175:25  176:11  176:19  177:17<br>179:17  183:20  183:22  185:18  186:2  186:1<br>186:18  186:21  187:8  187:16  187:20<br>188:18  189:4  189:6  189:18  190:5  190:13<br>191:14  191:24  192:15  192:23  193:8  193:1<br>193:20  194:21  195:13  195:18  195:21<br>196:10  197:6  197:20  198:14  198:25  200:1<br>200:14  200:23  201:16  201:24  203:12<br>203:23  204:6  204:11  204:15  204:19  204:2<br>204:24  205:3  205:20  206:1  207:10  207:10<br>208:14  208:23  209:9  210:1  210:9  210:22<br>211:8  211:13  211:16  211:19  211:22  211:2<br>212:5  212:10  212:13  212:17  212:20<br>212:24  213:5  213:13  213:17  213:22  213:2<br>213:24  214:8  215:2  215:11  215:20  215:24<br>216:10  216:18  216:21  216:25  217:24  218:3<br>218:6  218:16  219:5  219:18  219:24  220:4<br>220:25  221:3  221:8  222:2  222:3  222:6<br>222:12  222:16  222:22  223:1 | | **yes**(202) 223:7  223:16  223:23  224:2  224:6<br>224:13  225:9  225:18  225:22  226:1  226:14<br>226:23  227:6  227:15  227:18  227:25  228:2<br>228:13  229:7  229:9  229:11  229:16  230:6<br>230:12  230:16  230:23  230:25  231:9  231:1<br>231:25  232:17  233:11  233:23  234:1  234:<br>234:10  234:16  235:17  236:5  236:10  236:2<br>237:4  237:9  237:13  237:16  238:11  238:25<br>239:7  239:13  239:16  240:1  240:18  240:20<br>240:24  241:3  241:6  241:12  241:16  241:22<br>242:1  242:8  242:10  242:20  242:23  243:16<br>243:21  243:23  244:3  244:7  244:15  244:21<br>245:24  246:3  246:7  246:24  247:14  247:20<br>248:2  248:20  249:14  252:12  253:2  253:5<br>254:1  254:7  254:9  254:12  254:16  254:20<br>254:22  254:25  255:4  255:7  255:9  255:13<br>255:22  256:1  256:5  256:9  256:13  256:18<br>256:23  257:5  257:10  258:6  258:17  261:13<br>261:16  261:19  261:23  262:19  263:13<br>263:19  263:24  264:7  264:21  264:25  265:9<br>265:16  265:20  266:1  266:9  266:14  266:17<br>266:25  267:4  267:8  267:16  267:21  268:3<br>268:7  268:10  268:14  268:22  268:25  269:1<br>269:14  270:4  270:16  271:4  271:9  271:11<br>271:24  272:2  272:8  272:12  272:22  272:24<br>273:2  273:7  273:9  273:13  273:15  273:18<br>274:6  275:9  275:22  275:25  276:3  276:16<br>276:23  277:7  277:13  277:18  278:10  280:3<br>280:7  280:17  281:2  281:6  282:8  282:21<br>282:25  283:11  283:16  284:2  284:17  285:4<br>285:9  285:13  285:15  285:21  285:23  286:1<br>286:5  286:9  286:12  286:21  288:1  288:7<br>288:11  290:25  291:5  292:15  293:3  293:14<br>294:6  294:14  295:7  295:21  295:24  296:7<br>11<br><br>**yesterday**(14) 12:7  13:8  13:21  15:3  39:2<br>39:6  66:5  67:7  95:20  143:25  146:3  155:19<br>156:4  229:17<br><br>**yesterday's**(1) 145:9<br><br>**yet**(5) 34:18  63:17  130:16  133:10  170:1<br>**yields**(1) 80:16<br>**york**(11) 2:18  2:33  2:52  3:17  3:31  3:44<br>4:9  5:34  5:47  186:5  186:6 | | **you**(301) 13:10  13:20  13:22  15:4  15:16<br>15:20  16:5  16:10  16:11  16:20  16:25  16:25<br>17:3  17:8  17:13  17:15  17:20  19:13  19:19<br>20:3  20:8  20:10  20:15  20:18  20:22  20:22<br>20:24  21:6  21:11  21:17  22:6  22:8  22:15<br>22:24  23:3  23:21  23:21  24:5  24:8  24:9<br>24:17  24:19  24:24  25:23  26:5  26:7  26:9<br>26:11  26:12  26:13  26:17  26:22  26:25<br>29:16  30:11  30:25  31:4  31:8  31:11  31:18<br>32:1  31:22  31:23  31:25  32:6  33:9  33:20<br>34:1  34:15  34:16  34:20  35:4  35:7  35:14<br>35:18  35:19  35:21  35:24  36:5  37:23  38:2<br>38:4  38:9  38:13  39:10  39:17  40:20  41:4<br>41:11  41:12  41:15  41:16  42:1  42:1  42:8<br>42:11  42:12  43:5  43:7  43:8  43:21  44:4<br>44:18  44:22  44:24  45:2  45:5  45:8  45:8<br>45:11  45:13  45:20  46:3  46:4  46:13  46:13<br>46:19  47:2  47:4  47:12  47:14  47:19  47:20<br>47:22  47:23  48:2  48:3  48:4  48:6  48:10<br>48:14  49:1  49:3  49:5  49:6  49:7  49:10<br>49:11  50:5  50:10  51:3  51:6  51:12  52:12<br>53:15  53:20  53:23  53:22  53:22  54:5  54:9<br>54:12  55:11  55:14  55:17  55:18  56:4  56:4<br>56:6  56:6  56:10  56:14  56:15  56:22<br>56:22  57:1  57:2  57:5  57:8  57:19  57:22<br>57:24  58:6  58:22  58:23  59:11  59:16  59:18<br>59:21  60:7  60:13  60:15  61:11  61:20  61:23<br>62:15  62:18  62:21  63:7  63:10  63:17  64:11<br>64:24  64:25  65:2  65:6  65:9  65:11  65:12<br>65:13  65:21  66:6  66:21  67:3  67:4  67:6<br>67:12  67:12  67:16  67:25  68:2  68:12  68:14<br>69:22  70:3  71:23  71:24  72:1  72:18  72:20<br>72:21  73:4  73:7  73:9  73:11  73:12  73:13<br>73:20  73:23  73:25  74:3  74:3  74:6  74:8<br>74:14  74:16  74:23  75:4  75:10  75:12  75:23<br>76:5  76:8  76:10  76:14  77:15  78:10  78:11<br>78:12  78:18  79:11  79:15  79:25  80:19<br>80:22  81:6  81:13  81:24  81:25  81:25  82:1<br>82:14  82:14  83:4  83:11  84:7  84:12  84:24<br>85:19  85:21  86:9  86:18  86:22  86:24  87:12<br>87:14  87:15  87:18  88:2  88:8  88:8  88:19<br>88:20  88:23  88:24  89:2  89:13  90:13  91:1<br>91:9  91:19  92:2  92:5  93:2  93:3  93:11<br>93:18  94:7  94:11  95:6 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**you**(301) 95:8 95:16 95:20 95:20 95:20 96:1 96:5 96:7 96:10 96:16 96:18 96:24 97:1 97:18 97:20 97:23 98:3 98:5 98:20 99:13 99:15 99:16 99:24 100:4 100:7 100:10 100:23 101:2 101:6 102:10 102:15 102:16 102:19 102:24 102:25 103:1 103:1 103:14 103:16 104:18 105:4 105:7 105:11 105:13 105:17 105:23 105:25 106:1 106:3 106:11 106:15 106:16 106:20 106:21 106:23 107:6 107:8 107:8 107:10 107:15 107:18 107:19 107:21 108:1 108:2 108:10 108:10 108:12 108:23 108:23 109:1 109:4 109:4 109:25 110:5 111:6 111:10 111:12 111:13 111:17 111:17 111:22 112:1 112:12 113:1 113:2 113:18 113:23 114:7 114:14 114:18 115:1 115:1 115:4 115:9 115:18 115:21 116:3 116:8 116:9 116:14 116:17 116:21 117:4 117:8 117:8 117:12 117:14 117:17 117:21 118:2 118:3 118:7 118:17 118:19 119:1 119:6 119:14 119:24 120:3 120:6 120:11 120:15 120:24 121:2 121:4 121:5 121:13 121:17 122:9 122:20 122:23 123:10 123:11 123:13 123:18 123:18 124:1 124:2 124:17 124:20 124:24 125:9 125:19 125:25 126:5 126:17 126:22 126:24 127:6 127:11 127:15 127:17 127:22 127:24 128:11 128:13 128:14 128:15 129:23 129:25 130:3 130:13 130:18 130:22 131:1 131:2 131:10 131:10 131:13 131:21 131:25 131:25 132:8 132:11 133:1 133:12 133:13 133:16 133:18 134:2 134:4 134:5 134:8 134:15 134:18 134:20 135:3 135:8 135:11 135:13 135:19 135:21 136:3 136:9 136:12 136:12 136:16 136:22 136:23 137:23 138:4 138:5 138:7 138:8 138:10 138:17 138:21 138:22 139:18 139:23 140:9 140:22 140:23 141:1 141:3 141:4 141:7 141:11 141:11 141:13 141:14 141:17 141:22 141:22 142:3 142:6 142:9 142:10 142:11 142:23 142:24 142:22 143:4 143:6 143:7 143:8 144:13 144:14 146:5 146:13 146:14 146:17 146:18 146:2 147:2 147:10 147:13 147:15 147:16 147:18 148:4 148:14 148:17 148:18 148:22 149:1 149:2 149:4 149:5 149:15 149:16 149:19 149:20 149:25 150:4 150:18 150:22 150:24 150:24 151:2 151:2 151:5 151:5 151:7 151:8 151:16 151:18 151:21 151:24 152:1 152:12 152:15 152:21 153:7 153:13 153:17 153:18 153:23 153:24 154:25 155:5 155:7 155:9 155:13

**you**(301) 155:14 156:3 157:6 157:9 157:20 158:3 158:4 158:7 158:13 158:17 158:22 159:14 160:23 161:18 162:6 162:11 162:1 162:17 162:22 163:6 163:19 163:22 164:3 164:7 164:9 164:11 164:14 165:8 165:10 165:12 165:13 165:15 165:17 166:1 166:9 166:10 166:11 166:15 166:17 166:25 167:2 167:6 167:9 167:16 167:17 167:19 167:22 167:24 168:3 168:15 168:20 168:21 169:1 169:22 169:22 170:1 170:8 170:12 170:22 171:4 171:5 171:7 171:7 171:10 171:10 171:17 172:6 172:7 172:13 172:24 172:25 173:1 173:3 173:11 173:12 173:25 174:7 174:9 174:14 174:25 175:1 175:2 175:12 175:13 175:18 175:20 175:23 176:2 176:8 176:8 176:10 176:12 176:12 176:13 176:16 176:20 176:21 176:23 177:4 177:6 177:1 177:20 177:24 178:4 178:5 178:8 178:13 178:20 178:23 179:7 179:7 180:2 180:12 180:16 182:17 182:22 182:22 183:10 184:12 184:12 184:14 184:19 184:21 184:23 184:23 184:25 185:3 185:4 185:15 185:19 186:7 186:14 186:19 187:13 187:1 187:19 187:24 188:5 188:15 188:16 188:19 189:19 190:6 191:18 192:3 192:6 192:7 192:13 193:15 193:21 195:2 195:16 195:7 195:8 195:9 195:10 195:11 195:12 195:14 195:15 195:19 195:24 195:25 196:2 196:18 197:13 197:18 197:22 198:9 198:19 198:20 199:2 199:11 199:23 200:15 200:17 200:18 201:16 201:18 201:23 202:12 202:13 202:14 203:2 203:8 203:10 203:13 203:24 204:9 204:13 204:25 205:2 205:14 205:18 205:23 205:2 206:2 206:2 206:17 206:17 207:2 207:8 207:17 207:18 208:16 208:18 208:21 208:24 208:25 210:2 210:10 210:20 211:6 211:6 211:7 211:9 211:9 211:12 211:15 211:16 212:16 212:21 213:6 213:18 213:8 213:23 214:7 214:24 215:1 215:1 215:12 215:12 215:18 215:19 216:7 217:9 217:18 218:10 218:19 218:22 219:9 219:9 219:22 220:5 220:8 220:22 221:4 221:9 222:8 222:9 222:24 223:2 223:5 223:21 224:11 225:17 225:24 226:2 226:17 226:1 226:18 226:24 227:9 227:14 227:14 228:10 228:12 228:14 229:2 229:5 229:14 230:2 230:4 230:10 230:15 230:21 230:24 231:6 231:8 231:14 231:17 231:23 232:1 232:4 232:10 232:18 232:22 232:22 233:8 233:12 234:4

**you**(267) 234:17 234:22 235:22 236:6 236:8 236:11 236:12 237:10 237:12 237:15 237:23 238:4 238:4 238:23 239:4 239:6 239:12 239:18 240:2 240:7 240:14 240:17 240:21 241:4 241:7 241:13 241:14 241:17 241:24 242:22 243:7 243:10 243:13 243:15 243:20 243:24 244:10 244:13 244:19 246:4 246:21 247:2 247:15 247:18 248:3 248:8 248:18 248:23 249:2 249:11 249:18 249:20 251:1 251:4 251:4 251:7 251:13 251:24 252:6 252:10 252:13 252:24 252:24 253:7 253:16 253:16 254:4 254:6 254:6 254:23 255:5 255:14 256:6 256:10 257:1 257:10 258:7 258:11 258:14 258:18 259:2 259:4 259:4 259:23 260:5 260:5 262:6 262:20 262:24 263:9 263:9 263:10 263:15 263:22 263:22 264:8 264:10 264:10 264:1 264:18 264:22 265:1 265:6 265:6 265:10 265:16 265:18 266:5 266:6 266:18 266:21 267:2 267:5 267:10 267:11 267:12 267:17 268:1 268:11 268:12 268:16 268:16 268:16 268:17 268:23 268:23 269:1 269:1 269:2 269:11 269:19 269:25 270:12 270:11 270:17 270:23 270:24 271:1 271:1 271:5 271:7 271:7 271:12 271:19 271:20 272:7 272:14 272:17 272:21 273:3 273:19 273:21 274:9 274:18 274:19 274:20 275:5 275:6 275:10 275:11 275:15 275:19 275:23 275:23 276:3 276:10 276:13 276:18 276:2 276:24 277:4 277:8 277:9 277:9 277:16 277:21 277:21 278:1 278:6 278:12 278:16 278:20 279:1 279:16 279:21 280:2 280:4 280:5 281:3 281:7 281:16 281:20 281:22 281:25 282:9 282:17 282:2 283:7 283:8 283:9 283:13 283:21 283:21 284:3 284:13 284:22 284:23 284:24 284:2 285:16 285:17 285:20 285:22 286:2 286:3 286:6 286:10 286:18 286:22 286:23 287:7 287:23 287:23 288:12 288:14 288:2 289:1 289:5 289:19 289:20 290:2 290:7 290:10 290:13 290:22 291:6 291:6 291:12 291:24 292:2 292:10 292:10 292:19 293:6 293:9 293:13 293:15 294:2 294:12 294:15 294:20 295:5 295:6 295:14 295:20 296:6 296:6 297:12 298:18 298:18 299:1 299:2

**you'd**(5) 24:22 50:9 83:1 182:13 182:16
**you'll**(7) 49:23 73:19 183:19 208:16 239:5 241:24 251:19
**you're**(19) 19:1 30:18 39:1 41:19 50:18 55:19 55:19 71:1 86:21 97:18 98:5 183:2 194:25 222:2 246:21 272:18 277:15 281:2 289:2
**you've**(7) 16:10 63:23 63:23 67:14 73:13 229:19 291:2
**young**(1) 4:23

**your**(301) 12:4 13:3 14:13 14:16 14:18 15:6 15:14 15:22 16:10 16:14 16:17 17:10 17:20 18:8 20:17 20:24 21:19 23:23 24:3 25:1 25:5 25:24 26:8 26:13 30:8 30:10 30:16 30:22 31:25 33:4 33:6 34:22 35:3 35:10 35:21 37:22 38:14 38:17 38:25 39:17 41:2 41:3 41:18 43:10 45:15 46:19 47:6 49:23 49:24 50:23 52:20 53:7 54:14 54:22 57:15 57:24 58:17 59:8 62:4 63:4 63:14 67:18 68:6 68:8 68:17 68:20 68:21 71:6 71:10 71:14 71:15 71:23 72:21 73:1 73:13 73:14 73:17 73:25 74:8 74:20 75:7 75:17 76:12 77:22 78:12 79:6 83:6 85:5 87:3 88:4 94:13 95:3 95:6 97:1 97:8 97:11 97:22 97:23 100:22 102:8 102:12 102:16 102:22 104:14 104:18 105:5 106:16 106:23 107:10 107:16 107:21 108:5 109:1 110:16 111:10 111:18 112:24 113:23 115:7 115:17 118:14 118:24 119:1 119:7 127:1 132:22 132:25 133:15 133:25 134:9 135:22 138:14 140:1 140:15 141:4 143:6 143:16 143:23 143:24 144:18 145:16 145:25 146:17 147:18 147:19 148:4 148:9 148:13 148:17 148:21 149:14 152:7 152:16 154:18 155:6 155:22 156:8 156:14 156:22 164:12 164:19 164:21 165:25 166:4 166:11 166:28 167:24 169:4 169:5 169:9 170:6 170:12 171:2 172:25 173:1 173:4 173:14 177:9 177:14 177:18 177:20 177:22 178:16 178:18 179:4 179:16 180:6 180:9 180:14 180:21 182:7 182:24 183:2 183:7 184:6 185:3 185:11 186:7 186:17 186:20 186:24 184:4 188:5 188:15 188:16 188:23 189:2 189:16 190:3 190:24 193:9 193:25 194:9 195:7 196:11 197:24 198:20 200:24 201:2 202:2 202:6 202:19 203:6 205:9 205:19 205:23 206:6 206:19 207:15 208:4 208:10 208:20 208:21 209:6 209:7 209:10 209:14 210:14 211:7 212:14 214:3 214:9 214:13 215:6 216:1 216:3 217:10 217:12 219:6 219:11 220:6 223:8 224:16 225:12 226:22 227:9 229:8 229:22 230:10 232:19 233:1 235:9 239:23 241:13 244:22 245:14 246:17 247:21 247:24 248:11 250:4 250:6 250:7 251:18 252:7 252:9 253:12 253:15 255:18 256:6 257:16 259:5 259:9 260:12 264:15 269:1 269:5 269:15 270:22 272:9 273:22 274:3 274:12 274:20 275:18 277:17 278:6 278:11 278:11 278:24

**your**(24) 279:12 280:8 280:18 281:15 282:5 284:19 287:2 287:14 287:18 288:5 288:24 290:14 291:22 292:2 292:7 293:19 294:9 295:8 296:1 296:18 297:12 297:15 299:1 299:2
**yours**(1) 18:17
**yourself**(5) 23:21 26:21 67:10 165:18 176:16
**you'd**(4) 128:24 147:12 163:4 179:21
**you'll**(1) 155:13
**you're**(20) 115:7 127:16 128:2 137:3 137:14 146:14 149:24 149:25 158:12 161:4 162:24 167:12 167:17 167:19 167:20 167:20 167:21 168:11 168:15 176:9
**you've**(9) 117:15 127:17 132:3 132:6 133:15 140:1 152:23 159:6 174:19
**zell**(37) 23:15 29:1 29:9 29:13 29:15 31:8 34:8 37:15 37:20 51:16 86:15 98:23 98:23 99:2 99:6 111:13 116:7 118:2 118:8 118:19 166:5 166:16 166:25 166:25 167:14 168:3 168:7 168:23 169:7 170:5 176:10 176:24 177:3 177:7 198:2 207:5 245:10

| Word | Page:Line |
|---|---|

**zensky**(115) 2:44  15:2  23:23  24:5  25:5
25:8  25:24  30:10  30:22  30:25  33:4  38:17
38:19  39:4  39:10  41:18  50:23  57:15  57:20
57:21  57:24  58:1  58:24  66:5  67:7  67:18
68:8  71:6  71:13  71:14  72:4  72:16  72:18
72:22  74:16  77:22  77:25  85:5  94:13  96:15
96:21  97:11  97:13  97:20  97:23  98:2  100:4
100:6  100:22  100:24  102:8  102:12  102:21
102:22  102:25  103:2  103:5  107:16  107:20
112:24  112:25  115:15  115:23  116:17
116:20  117:7  118:16  118:24  118:25  128:18
128:20  132:21  135:24  139:22  140:13
140:15  140:20  140:21  143:16  143:25
144:18  144:21  145:11  145:22  145:25  147:4
147:19  148:8  148:13  148:15  148:16
152:10  153:19  153:25  154:1  154:4  154:17
164:18  164:21  164:25  165:9  165:11  165:25
166:15  172:6  172:14  172:24  173:12
173:14  173:17  175:16  177:9  177:25  178:3
179:4

**zensky's**(1) 95:21
**zensky's**(2) 171:22  174:10
**zero**(1) 151:9
**zloto**(1) 8:29
**zuckerman**(27) 4:5  6:19  191:8  198:25
203:13  204:10  204:20  205:2  205:4  205:8
205:10  205:14  217:3  217:8  224:8  239:16
239:24  240:9  258:10  260:10  260:15  260:22
260:23  260:25  261:4  261:5  261:8

**zul**(3) 199:5  242:13  242:15
**'hey**(1) 108:11
**'the**(1) 128:7
**"company"**(1) 115:21
**"david**(1) 112:9
**"did**(1) 146:5
**"glad**(2) 128:5  128:7
**"handled**(1) 119:20
**"he's**(2) 113:20  175:17
**"honest**(1) 109:2
**"just**(1) 113:14
**"put**(1) 178:17
**"separate**(1) 175:2
**"terrorist"**(1) 172:9
**"thanks**(1) 128:1
**"the**(5) 116:9  116:12  155:21  173:13  174:1
**"things**(2) 115:1  116:3
**"too**(1) 114:7
**"unbridgeable**(2) 171:4  171:7
**"very**(1) 121:5
**"we'd**(1) 175:21
**"would**(1) 151:21
**"you**(2) 152:17  175:3