# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** March 10, 2011

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Blake Cleary | YCST | Certain Credit Agreement Lenders |
| Bruce Bennett | Dewey & LeBoeuf | " " |
| James Johnston | " " | " " |
| Josh Mester | " " | " " |
| David Golden | Akin Gump | " |
| David Zensky | " | " |
| Debbie Newman | " | " |
| Matt Goech. | " | " |
| Lynn Marvin | Jones Day | Special Committee of the Board of Directors of Tribune Co. |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Matt Stein | Kasowitz Benson | Law Debenture |
| | | |
| | | |

# SIGN-IN-SHEET

**CASE NAME:** **Tribune Company**
**CASE NO.** **08-13141-KJC**

**COURTROOM LOCATION: 5**
**DATE:** March 10, 2011

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath + Cobb | The Committee |
| Daniel B. Rath | " | " |
| Howard Seife | Chadbourne + Parke | " |
| David LeMay | " | " |
| Robert Schwinger | " | " |
| Thomas McCormack | " | " |
| Marc Ashley | " | " |
| Andrew Rosenblatt | " | " |
| James Sottile | Zuckerman Spaeder | " |
| Graeme Bush | " | " |
| Andrew Goldfarb | " | " |
| Douglas Deutsch | Chadbourne + Parke | " |
| Bob Lichy | " | " |
| David Powlen | Barnes + Thornburg | Morgan Stanley |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** March 10, 2011

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Don Bernstein | Davis Polk | JPMorgan Chase |
| Dennis Glazer | " | " |
| Ben Kaminetzky | " | " |
| Elliot Moskowitz | " | " |
| Michael Russano | " | " |
| Bob Stearn | RLF | " |
| Mark Collins | " | " |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | Merrill Lynch |
| Madlyn Primoff | Kaye Scholer LLP | " |
| Jane Parver | " | " |
| Lynn Busath | Davis Polk + Wardwell | JP Morgan Chase |
| | | |

# SIGN-IN-SHEET

**CASE NAME:** **Tribune Company**
**CASE NO.** **08-13141-KJC**

**COURTROOM LOCATION: 5**
**DATE:** March 10, 2011

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katharine Mayer | McCarter & English | DBTCA |
| David Adler | " | " |
| Bill Bowden | Ashby & Geddes | Aurelius |
| Tom Horan | Womble Carlyle | Great Banc |
| Norman Pernick | Cole Schotz | Debtor |
| James Conlan | Sidley Austin | " |
| James Bendernagel | " | " |
| James Ducayet | " | " |
| Dan Liebentritt | Tribune | Tribune |
| Catherine Steege | Jenner & Block | Sam Zell EGI-TRB |
| Andrew Vail | " " | " " |
| David Currkoff | Blank Rome | " " |
| | | |

# Court Conference

Calendar Date: **03/10/2011**

Calendar Time: **10:30 AM ET**

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

## Honorable Kevin J. Carey

## #5

*1st Revision 03/09/2011 01:48 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4084685 | Jason D. Abbruzzese | (212) 612-1441 | Realm Partners | Creditor, Jason D. Abbruzzese / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4084767 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4089096 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4078676 | Marc D. Ashley | 212-408-5194 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4083492 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4075906 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4083676 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4087186 | Leslie Bark | (212) 450-4175 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4081575 | John Berry | 212-872-8075 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4087669 | David C Bohan | (312) 902-5566 | Katten Muchin Rosenman LLP | Creditor, McCromick Foundation / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4079566 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4083437 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4083341 | Robert G. Burns | (212) 554-1768 | Monarch Alternative Capital LP | Creditor, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4079338 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4084676 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Tribune Company | 08-13141 | Hearing | 4081757 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4082859 | Andrew Caridas | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4053111 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4084754 | Mark D. Collins | 302-651-7531 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4084828 | Peter Couri | (203) 552-6900 | Cooperstown Capital Management, | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4071760 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4079097 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4078066 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsercured Creditors / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4069457 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4077257 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4089006 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4081680 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4081496 | Mina Faltas | (212) 672-7011 | Viking Global Investors | Interested Party, Mina Faltas / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4063409 | Lucy Galbraith | (203) 353-3101 | Lucy Galbraith - For Bennett | Creditor, Bennett Management / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4051575 | Ashish D. Gandhi | (212) 310-8024 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4077768 | Arif Gangat | (212) 584-1160 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Management / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4079426 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4081588 | Michelle Goldis | 212-295-6329 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4081443 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4071701 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4078802 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4087424 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Tribune Company | 08-13141 | Hearing | 4081781 | Nicholas Heilbut | (212) 466-2167 | Serengeti Asset Management | Interested Party, Serengeti Asset Management / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4089274 | Janet Henderson | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4083745 | Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4078588 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4079018 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4084184 | Jordan Kaye | (212) 715-9489 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4079939 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4081971 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4084795 | Joe Leiwant | (973) 775-8336 | Duff & Phelps | Non-Party, - / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4078137 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4071731 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4075791 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4081712 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4051662 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4081647 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | Interested Party, Neil S Losquadro / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4078927 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4079688 | Jessica Marrero | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4086541 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4078615 | Thomas McCormack | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4087385 | Brian McGowan | (212) 761-1596 ext. 00 | Morgan Stanley | Creditor, Morgan Stanley / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4079558 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Commitee of Unsecured Creditors / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4087556 | Eitan Melamed | 310-907-0455 | Barclays Capital, Inc. | Creditor, Barclays Capital / LISTEN ONLY |

| | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | Tribune Company | 08-13141 | Hearing | 4081892 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4075739 | Lance A. Mulhern | (212) 237-0000 | Vinson & Elkins LLP | Representing, - / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4084215 | Sophia Mullen | (212) 839-5884 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4078970 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4082695 | Jeffrey Olinsky - CLIENT | (212) 705-7857 | Bingham McCutchen, LLP | Creditor, Deutsche Bank AG New York Branch / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4071655 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4081433 | Shaya Rochester | (212) 872-1076 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4081600 | Courtney Rogers | 203-897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4078214 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4082035 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4079063 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4088953 | Mark Rule | (646) 746-2497 | Alex Partners | Financial Advisor, Mark Rule / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4051610 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4081605 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4083307 | Robert Schwarz | (212) 872-7441 | Raymond James | Other Prof., Expert / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4078000 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4081846 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4084777 | Chaney M Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4086925 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4083509 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4078716 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Tribune Company | 08-13141 | Hearing | 4085759 | Robert Stark | 212-209-4862 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4087631 | Xochitl Strohbehn | (212) 326-3691 | Jones Day | Interested Party, Board of Committee / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4084808 | Sina Toussi | 212-230-4510 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4083537 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4074073 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4082558 | Chad Valerio - (CLIENT) | (212) 705-7857 | Bingham McCutchen, LLP | Creditor, Deutsche Bank AG New York Branch / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4080923 | Frank Vazquez | (212) 408-5111 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4078522 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Interested Party, Macquarie Capital (USA) / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4081675 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4068833 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4084346 | Jennifer Wild | (212) 418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| | Tribune Company | 08-13141 | Hearing | 4083961 | Ben Wilson | (212) 412-7642 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LIVE |
| | Tribune Company | 08-13141 | Hearing | 4071392 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |