IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | (Jointly Administered) |
| **TRIBUNE COMPANY, ET AL.,** ) | |
| ) | Case No. 08-13141 (KJC) |
| Debtors. ) | |

### REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc., hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys, Magnozzi & Kye, LLP. Such notice should be addressed as follows:

**Amish R. Doshi, Esq.**
**Magnozzi & Kye, LLP**
**One Expressway Plaza, Suite 114**
**Roslyn Heights, New York 11577**
**Tel: (516) 299-5556**
**Fax: (516) 299-5598**
**E-Mail: adoshi@magnozzikye.com**

| Dated: March 11, 2011<br>Roslyn Heights, New York | **Respectfully Submitted,**<br><br>By:  /s/ Amish R. Doshi<br>Amish R. Doshi, Esq.<br>Of Counsel<br>**Magnozzi & Kye, LLP**<br>One Expressway Plaza<br>Roslyn Heights, New York 11577<br>Telephone:   (516) 299-5556<br>Facsimile:    (516) 299-5598<br>E-Mail:        adoshi@magnozzikye.com<br><br>**Attorneys for Oracle America, Inc.** |