# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** March 11, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Colleen Kenney | Sidley Austin | Debtors |
| Kunala Faru | Sidley Austin | Debtors |
| Jonathan Lotsoff | Sidley Austin | Debtors |
| Blake Cleary | YCST | Certain Credit Agreement Lenders |
| Bruce Bennett | Dewey LeBoeuf | " " " " |
| James Johnston | " " | " " |
| Josh Mester | " " | " " |
| Kate Stickles | Cole Schotz | Debtors |
| James Bromley | Sidley Austin | Debtors |
| David Klauder | US Trustee | US Trustee |
| David Powlen | Barnes Thornburg | Morgan Stanley |
| James Conlan | Sidley Austin | Debtors |
| Norman Pernick | Cole Schotz | Debtor |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: March 11, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bill Bowe | Ashby Geddes | Aurelius |
| Danny Golden | Akin Gump | " |
| David Zensky | " | " |
| April Queate | " | " |
| P Dublin | " | " |
| Nancy Chen | " | " |
| Scarlett | " | " |
| Christine Donath | " | " |
| Gowen McDaniel | Bitterato Gentilotti | Law Debenture |
| Matt Stein | Kasowitz Benson | " |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: March 11, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Newton Siegel | Brown Rudnick | Wilmington Trust |
| Andrew Dash | Brown Rudnick | Wilmington Trust |
| Catherine Steege | Jenner & Block | EGI-TRB, Zell |
| Andrew Vail | " | " |
| Lynn Marvin | Jones Day | Special Committee of the Board of Directors of Tribune |
| | | |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: March 11, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Madlyn Primoff | Kaye Scholer | Merrill Lynch |
| Jane Parver | " | " |
| Laurie Selber Silverstein | Potter Anderson | " |
| R. Stephen McNeill | " | " |
| Katharine Mayer | McCarter & English | DBTCA |
| David Adler | " | " |
| Tom Hogan | Womble Carlyle | Great Banc |
| Don Bernstein | Davis Polk | JPM Chase |
| Elliot Moskowitz | " | " |
| Ben Kaminetzky | " | " |
| Michael Russano | " | " |
| Mark Collins | Richards Layton | " |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: March 11, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath + Cobb | The Committee |
| Daniel B. Rath | " " | " " |
| Howard Seife | Chadbourne + Parke | " " |
| David LeMay | " " | " " |
| Thomas McCormack | " " | " " |
| Robert Schwinger | " " | " " |
| Marc Ashley | " " | " " |
| Douglas Deutsch | " " | " " |
| Andrew Rosenblatt | " " | " " |
| James Sottile | Zuckerman Spaeder | " " |
| Graeme Bush | " " | " " |
| Andrew Goldfarb | " " | " " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey #5

| Calendar Date: | 03/11/2011 |
| --- | --- |
| Calendar Time: | 09:30 AM ET |

*1st Revision 03/11/2011 04:55 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Tribune Company | 0813141 | Hearing | 4084217 | Sophia Mullen | (212) 839-5884 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4087438 | Jason D. Abbruzzese | (212) 612-1441 | Realm Partners | Creditor, Realm Partners LLC / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4091349 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4084769 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4089117 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4078678 | Marc D. Ashley | 212-408-5194 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4083495 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4075908 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4083680 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4081578 | John Berry | 212-872-8075 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4087672 | David C Bohan | 312-902-5566 | Katten Muchin Rosenman LLP | Creditor, McCormick Foundation / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4079579 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4087456 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4083442 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4083345 | Robert G. Burns | (212) 554-1768 | Monarch Alternative Capital LP | Creditor, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4079340 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Peggy Drasal    CourtConfCal2009    Page 1 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4084677 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081764 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4082866 | Andrew Caridas | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4053115 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4084755 | Mark D. Collins | 302-651-7531 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4084829 | Peter Couri | (203) 552-6900 | Cooperstown Capital Management | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4071765 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079102 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078072 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsercured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4069460 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4077258 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| Tribune Company | 08-13141 | Hearing | 4089011 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081682 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4090461 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081497 | Mina Faltas | (212) 672-7011 | Viking Global Investors | Interested Party, Mina Faltas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4090412 | Matthew Frank | 312-371-9955 | Alvarez & Marsal Inc | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4063410 | Lucy Galbraith | (203) 353-3101 | Lucy Galbraith - For Bennett | Creditor, Bennett Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4051571 | Ashish D. Gandhi | (212) 310-8024 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4077794 | Arif Gangat | (212) 584-1160 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081942 | Rodney Gaughan | (212) 250-2935 | Deutsche Bank | Client, Rodney Gaughan / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079435 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081591 | Michelle Goldis | 212-295-6329 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |

Peggy Drasal                                                                                   CourtConfCal2009                                                         Page 2 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4081444 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4071706 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078806 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4087427 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081784 | Nicholas Heilbut | (212) 466-2167 | Serengeti Asset Management | Interested Party, Serengeti Asset Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4089278 | Janet Henderson | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4083754 | Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078590 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079024 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4084188 | Jordan Kaye | (212) 715-9489 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079949 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081979 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 4084820 | Joe Leiwant | (973) 775-8336 | Duff & Phelps | Non-Party, - / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078142 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4071734 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4075793 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081713 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4051661 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081649 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | Interested Party, Neil S Losquadro / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078931 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079694 | Jessica Marrero | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4086547 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078617 | Thomas McCormack | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4087387 | Brian McGowan | (212) 761-1596 ext. 00 | Morgan Stanley | Creditor, Morgan Stanley / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079563 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4087558 | Eitan Melamed | 310-907-0455 | Barclays Capital, Inc. | Creditor, Barclays Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081953 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 4075743 | Lance A. Mulhern | (212) 237-0000 | Vinson & Elkins LLP | Representing, - / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4089063 | Claire P. Murphy | 312-641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078973 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4082702 | Jeffrey Olinsky - CLIENT | (212) 705-7857 | Bingham McCutchen, LLP | Creditor, Deutsche Bank AG New York Branch / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4071662 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081435 | Shaya Rochester | (212) 872-1076 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081602 | Courtney Rogers | 203-897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078220 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4082048 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079066 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4051609 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081608 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4083314 | Robert Schwarz | (212) 872-7441 | Raymond James | Other Prof., Expert / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078004 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081851 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4084780 | Chaney M Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4086932 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4083517 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078723 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4085764 | Robert Stark | 212-209-4862 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4087640 | Xochitl Strohbehn | (212) 326-3691 | Jones Day | Interested Party, Board of Committee / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4084810 | Sina Toussi | 212-230-4510 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4083538 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4074093 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4082636 | Chad Valerio - (CLIENT) | (212) 705-7857 | Bingham McCutchen, LLP | Creditor, Deutsche Bank AG New York Branch / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4080924 | Frank Vazquez | (212) 408-5111 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4078524 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Interested Party, Macquarie Capital (USA) / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081745 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4068838 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4084349 | Jennifer Wild | (212) 418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4083966 | Ben Wilson | (212) 412-7642 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4091694 | Teck Wong | (952) 984-3292 | Carval Investors | Creditor, Carval Investors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4071396 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |
| Tribune Company | 0813141 (1054010) | Hearing | 4091945 | Daniel A Shmikler | (312) 641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |