**William A. (Bill) Gronvold**
**1935 S. Conway Rd, Apt B-2**
**Orlando, Florida 32812-8601**
**407-658-8740  nodakid@alaska.net**

Epiq Bankruptcy Solutions, LLC
2 Waterside Crossing
3rd Floor
Windsor, CT 06095

Attn:  Mark Konstant

Re:  Withdrawal of Claim – William Aaron Gronvold

Dear Mr. Konstant:

Per our telephone conversation, I am writing to withdraw any claim pertaining to the bankruptcy of the Tribune Corporation.

Please remove my name and address from your mailing list(s).

I am currently receiving two identical sets of correspondence, one in the name of GRONVOLD, WILLIAM AARON and another in the name of WILLIAM AARON GRONVOLD, both at the address of 1935 S Conway Rd, B2, Orlando, FL 32812.

Thank you for your attention and assistance  in this matter.

Yours sincerely,

//signed//

William A. Gronvold