# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 8253 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\NOH - Consider Confirmation Plans_DI 8253_AFF_3-3-11.doc

2. On March 3, 2011, I caused to be served the "Notice of Hearing to Consider Confirmation of Plans of Reorganization for Tribune Company and its Subsidiaries," dated March 3, 2011 [Docket No. 8253], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
7th day of March, 2011

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\TRIBUNE\Affidavits\NOH - Consider Confirmation Plans_DI 8253_AFF_3-3-11.doc

# EXHIBIT A

# THE TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: MEGHAN C. HORN, ESQ. (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE FUND AND PENSION FUND) 809 GLENEAGLES COURT, SUITE 320 TOWSON MD 21286 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 |
| ANDREWS KURTH LLP | ATTN: PAUL SILVERSTEIN, ESQ. COUNSEL FOR THE AD HOC TRADE COMMITTEE 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CATHOLIC CHARITIES | ATTN: JOSEPH AUGUSTYNIAK 1966 GREENSPRING DRIVE, SUITE 200 TIMONIUM MD 21093 |
| HOWARD COUNTY OFFICE OF LAW | ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILADELPHIA PA 19114 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSDAN OAKS BLVD. #343 THOUSAND OAKS CA 91362 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) HERCULES PLAZA 1313 N MARKET ST, PO BOX 951 WILMINGTON DE 19899-0951 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC | ATTN. FRED B. RINGEL, ESQ. (COUNSEL TO GALLERIA OPERATING COMPANY, LLC) 875 THIRD AVENUE, 9TH FL NEW YORK NY 10022 |
| SILVERMAN MCDONALD & FRIEDMAN | ATTN: BRIAN E. LUTNESS, ESQ. COUNSEL TO MARCIA WILLETTE GUARDIAN TO ZACHARY MITZKOVITZ 1010 N. BANKCROFT PARKWAY, SUITE 22 WILMINGTON DE 19805 |
| WILMINGTON TRUST COMPANY | ATTN. PATRICK J. HEALY, VICE PRESIDENT RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

**Total Creditor count  13**

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: MARK M. BILLION, ESQS.
919 N. MARKET STREET, 17TH FLOOR
WILMINGTON, DE 19801

**EXHIBIT B**

**Email Addresses**

a.dalton@smmj.com
aconway@taubman.com
adam.hirsch@srz.com
adeglomi@harris.com
ahammer@freebornpeters.com
ahiller@phw-law.com
alipkin@willkie.com
amuscovitz@dsfadvisors.com
anderson.frank@pbgc.gov
andrew.goldman@wilmerhale.com
bankruptcy@goodwin.com
bbutwin@omm.com
bceccotti@cwsny.com
bennettb@hbdlawyers.com
bhshide@us.ibm.com
bmd@gsrnh.com
btrust@mayerbrown.com
carickhoff@blankrome.com
carolyn.adler@morganstanley.com
cbblac@acxiom.com
cbifferato@bifferato.com
cconnolly@morganlewis.com
cdavidow@paulweiss.com
charles.jackson@morganlewis.com
charles.smith@klgates.com
claims@recoverycorp.com
cmcmanus@muchshelist.com
cmomjian@attorneygeneral.gov
collins@rlf.com
cowan@ask-attorneys.com
csbott@abato.com
csimon@crosslaw.com
dadler@mccarter.com
dallas.bankruptcy@publicans.com
dave@bhdrl.com
david.klauder@usdoj.gov
david.powlen@btlaw.com
dbradford@jenner.com
deecf@dor.mo.gov
dfeinberg@lewisfeinberg.com
dgonzales@wsh-law.com
dneier@winston.com
don@furmangregory.com
dplon@sirlinlaw.com
dreimann@reimannlawgroup.com
drosner@kasowitz.com
efriedman@fklaw.com
ejones@omm.com
elaine_cole@tax.state.ny.us
ellen.slights@usdoj.gov
emseid@mstpartners.com
eobrien@sbchlaw.com
etredinnick@greeneradovsky.com
ffm@bostonbusinesslaw.com
fred.fellmeth@vitecgroup.com
frosner@mrs-law.com
garlandk@gtlaw.com
gbush@zuckerman.com
gmcdaniel@bglawde.com
goldberg.elizabeth@dol.gov
grmesires@uhlaw.com
heri.christine@dol.gov
hkaplan@arkin-law.com
houston_bankruptcy@publicans.com
hseife@chadbourne.com
jberlage@ghsllp.com
jconlan@sidley.com
jcp@pgslaw.com
jcriswell@tsmp.com
jdt@jdthompsonlaw.com
jedmonson@bayardlaw.com
jfiorella@archerlaw.com
jfrank@fgllp.com
jfriedman@jbflawfirm.com
jfungaroli@capitalsource.com
jhuggett@margolisedelstein.com
jlosardo@bbwg.com
jnimeroff@bsnlawyers.com
jodie.buchman@dlapiper.com
jgrey@crosslaw.com
jodie.rea@fox.com
john.sieger@kattenlaw.com
jschlerf@foxrothschild.com
jsdlaw@msn.com
jshickich@riddellwilliams.com

jteitelbaum@tblawllp.com
jwhite@blakeleyllp.com
kdwbankruptcydepartment@kelleydrye.com
kelkins@elkinskalt.com
ken.higman@hp.com
khill@svglaw.com
kklee@ktbslaw.com
klantry@sidley.com
kmayer@mccarter.com
kmiller@ecjlaw.com
kstickles@coleschotz.com
landis@lrclaw.com
lawrence.gelber@srz.com
lbogdanoff@ktbslaw.com
leslie@lesliecohenlaw.com
linda.boyle@twtelecom.com
ljones@pszjlaw.com
mamato@rmfpc.com
mark.nitikman@c2d2law.com
matthew.troy@usdoj.gov
maureen.mcgreevey@sungard.com
mblumenthal@crowell.com
mbraza@foley.com
melorod@gtlaw.com
mengland@eckertseamans.com
mfelger@cozen.com
michelle.mcmahon@bryancave.com
mlastowski@duanemorris.com
mminuti@saul.com
mprimoff@kayescholer.com
msmall@foley.com
myurkewicz@klehr.com
mzelmanovitz@morganlewis.com
mzohn@proskauer.com
pgregory@cpmlegal.com
prubin@herrick.com
psmoots@mcguirewoods.com
pwebster@buchalter.com
ramona.neal@hp.com
rbrady@ycst.com
rhanley@nolanplumhoff.com
rkbgwhw@aol.com
rmauceri@morganlewis.com

rmersky@monlaw.com
robert_cook@tax.state.ny.us
romero@mromerolawfirm.com
rpaul@zwerdling.com
rstark@brownrudnick.com
rtucker@simon.com
rweinstein@cusa.canon.com
rwriley@duanemorris.com
sagolden@hhlaw.com
sbrown@eapdlaw.com
schloss.michael@dol.gov
schristianson@buchalter.com
sfallon@trplaw.com
sfriedberg@theseaportgroup.com
skaufman@coochtaylor.com
sshimshak@paulweiss.com
strattond@pepperlaw.com
taskounis@askounisdarcy.com
tbecker@morganlewis.com
tlauria@whitecase.com
tmacauley@zuckerman.com
tmhoepker@yahoo.com
tribuneco.routing@dpw.com
trmeites@mmmglaw.com
tscobb@vorys.com
tscobb@vssp.com
waldmeird@michigan.gov
wayne.smith@warnerbros.com
wbowden@ashby-geddes.com
wmk@elliottgreenleaf.com
yonatan.gelblum@usdoj.gov
aglenn@kasowitz.com
agordon@paulweiss.com
ajongco@lewisfeinberg.com
andrew.schoulder@bgllp.com
atrehan@mayerbrown.com
avail@jenner.com
avesselinovitch@kattenlaw.com
awinfree@ashby-geddes.com
besders@abato.com
bkrakauer@sidley.com
csteege@jenner.com
daniel.connolly@bgllp.com

daniel.polatsek@kattenlaw.com
dbrown@paulweiss.com
dcantor@omm.com
ddavidian@arkin-law.com
ddeutsch@chadbourne.com
deggert@freebornpeters.com
dlemay@chadbourne.com
dsaval@brownrudnick.com
dshamah@omm.com
efile@pbgc.gov
evan.flaschen@bgllp.com
fhyman@mayerbrown.com
gerson.leonard@dol.gov
guzzi@whitecase.com
isgreene@hhlaw.com
jatamian@mayerbrown.com
jcrystal@willkie.com
johnstonj@hbdlawyers.com
joshua.gadharf@kattenlaw.com
jstrock@foxrothschild.com
kcollins@bifferato.com
kskomorucha@ashby-geddes.com
ljkotler@duanemorris.com
lshumejda@paulweiss.com
mbarash@ktbslaw.com

mbcleary@ycst.com
mbillion@pszjlaw.com
mcguire@lrclaw.com
mmilano@riddellwilliams.com
mmmulder@mmmglaw.com
morsej@hbdlawyers.com
npernick@coleschotz.com
nwasow@lewisfeinberg.com
pcatanese@mcguirewoods.com
raportl@pepperlaw.com
schannej@pepperlaw.com
sgreissman@whitecase.com
slross@duanemorris.com
slross@duanemorris.com
sselbst@herrick.com
tcairns@pszjlaw.com
whazeltine@sha-llc.com
wweintraub@fklaw.com

ksm_1973@yahoo.com
ipachulski@stutman.com
rsaldinger@shawgussis.com
aguon@shawgussis.com
kbacher@shawgussis.com

**EXHIBIT C**

| Name | Fax |
|---|---|
| Frederick B Rosner  Scott J Leonhardt | 302-351-8010 |
| Charles J Brown III | 302-777-4352 |
| Thomas F Driscoll III | 302-254-5383 |
| Leslie C Heilman | 302-252-4466 |
| Richard M Beck  Salley E Veghte | 302-426-9193 |
| Tara L Lattomus | 302-425-0432 |
| FA Monaco Jr  TM Horan | 302-661-7730 |
| GM Galardi  IS Fredericks | 302-651-3001 |
| JC Wisler  MJ Phillips | 302-658-0380 |
| Daniel K Hogan | 302-656-7599 |
| Kathleen M. Miller | 302-652-8405 |
| Isaac M Pachulski | 310-228-5788 |
| Jonathan P Guy | 202-339-8500 |
| D Glazer E Moskowitz M Russano | 212-607-7999 |
| Margot B Schonholtz | 212-836-6525 |
| MS Senter Jr  SA Buckman | 202-429-4618 |
| D Golden  D Zensky  A Qureshi  DJ Newman | 212-872-1002 |
| Steven A Beckelman | 973-624-7070 |
| Steven A Beckelman | 973-297-3847 |
| RJ Stark  MS Siegel  GZ Novod  KS Bromberg | 212-209-4801 |
| B Bennett  JO Johnston  JM Mester | 213-621-6100 |
| David G Hille | 212-354-8113 |
| Charles S Bergen | 312-558-1195 |
| Gayle C Sproul | 215-988-9750 |
| Norman P Fivel | 518-473-1572 |
| James D Newbold | 312-814-3589 |
| EL Schnabel  RW Mallard | 302-425-7177 |
| KA Constantine  SD Bell  P Foohey | 612-340-2643 |
| EM Mahan  TP Carroll | 202-514-2583 |
| MN Reed  WM Simkulak | 215-979-1020 |
| Jeremy B Reckmeyer | 212-850-2929 |
| M Smith T Hauser M Schloss L Gerson E Goldberg | 202-693-5610 |
| JR McCambridge GR Dougherty MW Kazan | 312-558-1195 |
| Paul W Mollica | 312-263-2942 |
| Todd Jackson | 510-839-7839 |
| Joseph W Cotchett | 650-697-0577 |
| M Dockterman  J Young  P Frye | 312-201-2555 |
| Frances Gecker | 312-276-0035 |
| RA Saldinger  AJ Guon  K Bacher | 312-275-0566 |
| Matthew F Kye | 516-299-5578 |
| Deborah Miller  Jeffrey Ross | 650-506-7114 |
| Charles M Oberly III | 202-514-6866 |
| John H Aspelin | 415-296-9814 |
| Joan E Gestrin  Christine Z Heri | 312-353-5698 |
| MT Hannafan  BT Hannafan | 312-527-0220 |
| J Zachary Haupt | 302-254-5383 |
| Drew G Sloan | 302-498-7531 |
| Drew G Sloan | 302-651-7701 |
| BR Zirinsky  NA Mitchell  JH Bae  GD Ticoll | 212-801-6400 |