IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 8287 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Cure Motion_DI 8287_Aff_3-7-11.doc

2. On March 7, 2011, I caused to be served the "Notice of Motion," dated March 7, 2011, to which was attached the "Motion of the Debtors for an Order Establishing Procedures for (I) Fixing Cure Amounts and (II) Providing Notice of Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases by a Successor Reorganized Debtor Pursuant to Sections 365, 1123, and 1129 of the Bankruptcy Code," dated March 7, 2011 [Docket No. 8287], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
8th day of March, 2011

_____
Notary Public

PANAGIOTA …
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01…221036
COMM. EXP. APRIL 26, 2014

T:\Clients\TRIBUNE\Affidavits\Cure Motion_DI 8287_Aff_3-7-11.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: COREY SMITH BOTT, BRIAN G. ESDERS (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE AND PENSION FUNDS) 809 GLENEAGLES COURT, SUITE 320 BALTIMORE MD 21286 |
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: MEGHAN C. HORN, ESQ. (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE FUND AND PENSION FUND) 809 GLENEAGLES COURT, SUITE 320 TOWSON MD 21286 |
| ACXIOM CORPORATION | ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL 301 E. DAVE WARD DRIVE P.O. BOX 2000 CONWAY AR 72033-2000 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS. COUNSEL TO AURELIUS (MEDIATION PARTY) ONE BRYANT PARK NEW YORK NY 10036 |
| ALLISON, SLUTSKY & KENNEDY, PC | ANGIE M. COWAN 230 W MONROE ST, STE 2600 (COUNSEL TO IAM LODGE NO. 126) CHICAGO IL 60606 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 |
| ANDREW S. CONWAY, ESQUIRE | (COUSNEL TO TAUBMAN LANDLORDS) 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304 |
| ANDREWS KURTH LLP | ATTN: PAUL SILVERSTEIN, ESQ. COUNSEL FOR THE AD HOC TRADE COMMITTEE 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ARKIN KAPLAN RICE LLP | HOWARD J. KAPLAN, ESQ.; DEANNA DAVIDIAN, ESQ. 590 MADISON AVENUE (COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR LENDERS) NEW YORK NY 10022 |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASDOUNIS, ESQ. 401 NORTH MICHIGAN AVENUE, STE 550 (COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC) CHICAGO IL 60611 |
| BARTLETT HACKETT FEINBERG PC | FRANK F. MCGINN (MA BBO# 564729) 155 FEDERAL ST, 9TH FL (COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.) BOSTON MA 02110 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | ATTN: JOSHUA G. LOSARDO, ESQ. (COUNSEL TO: ENTERPRISE GARAGE CORP.) 270 MADISON AVENUE NEW YORK NY 10016 |
| BLAKELEY & BLAKELEY LLP | ATTN: JOHNN WHITE, ESQ. COUNSEL TO GOOGLE INC. 2 PARK PLAZA, SUITE 400 IRVINE CA 92614 |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN | & GOOD MAN, LLP 150 S. RODEO DRIVE, 3RD FLOOR BEVERLY HILLS CA 90212 |
| BRACEWELL & GUILIANI LLP | ATTN: E. FLASCHEN, ESQ; D. CONNOLLY, ESQ; A ANDREW SCHOULDER, ESQ COUNSEL-AD HOC COMMITTEE OF STEP ONE SENIOR LENDER GOODWIN SQUARE 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103-1516 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| BROWN RUDNICK LLP | ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ. (COUNSEL TO WILMINGTON TRUST COMPANY) SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ. (COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BUCHALTER NEMER | PAMELA KOHLMAN WEBSTER 1000 WILSHIRE BOULEVARD, SUITE 1500 (COUNSEL TO SONY PICTURES TELEVISION) LOS ANGELES CA 90017-2457 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FL (COUNSEL TO ORACLE USA, INC.) SAN FRANCISCO CA 94105-2126 |
| CANON USA, INC | ATTN RUTH WIENSTEIN 1 CANON PLAZA LAKE SUCCESS NY 11042 |
| CAPITALSOURCE FINANCE LLC | ATTN: JOANNE FUNGAROLI, ESQ. 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CATHOLIC CHARITIES | ATTN: JOSEPH AUGUSTYNIAK 1966 GREENSPRING DRIVE, SUITE 200 TIMONIUM MD 21093 |
| CHADBOURNE & PARKE LLP | COUNSEL TO THE UNSECURED CREDITORS' CO ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E DEUTSCH 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHRISTINE Z. HERI | (COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR 230 SOUTH DEARBORN, ROOM 844 CHICAGO IL 60604 |
| COHEN WEISS & SIMON LLP | COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS ATTN BABETTE A CECCOTI 330 WEST 42ND STREET NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF | REVENUE, BUREAU OF ACCOUNTS SETTLEMENT THOMAS W. CORBETT, JR., ATTORNEY GENERAL CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL PA I.D. NO. 049219, OFFICE OF ATTY GEN. 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| COTCHETT, PITRE & MCCARTHY | ATTN: PHILIP GREGORY, ESQ. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 840 MALCOLM ROAD, SUITE 200 BURLINGAME CA 94010 |
| CROUDACE & DIETRICH LLP | ATTN. MARK A NITIKMAN, ESQUIRE 4750 VON KARMAN AVENUE COUNSEL TO BKM 3128 REDHILL, LLC) NEWPORT BEACH CA 92660 |
| CROWELL & MORING LLP | ATTN. MICHAEL V. BLUMENTHAL, ESQ. (COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP 590 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10022 |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL | ATTN: ELAINE Z. COLE, ESQ. 340 E. MAIN ST. (COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE) ROCHESTER NY 14604 |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN, ESQ. JAMES A. FLORACK, ESQ. DAMIAN S. SCHAIBLE, ESQ. 450 LEXINGTON AVENUE (COUNSEL TO JPMORGAN CHASE BANK, N.A.) NEW YORK NY 10017 |
| DEWEY & LEBOEUF LLP | ALAN SALPETER, ESQ. THERESE KING NOHOS, ESQ. TWO PRUDENTIAL PLAZA, SUITE 3700 180 NORTH STETSON AVENUE (COUNSEL TO DANIEL KAZAN) CHICAGO IL 60601 |
| DEWEY & LEBOEUF LLP | BRUCE BENNETT JAMES O. JOHNSTON JOSHUA M. MESTER 333 SOUTH GRAND AVENUE, SUITE 2600 (COUNSEL TO CREDIT AGREEMENT LENDERS) LOS ANGELES CA 90017 |
| DLA PIPER LLP (US) | JODIE E. BUCHMAN, ESQ. 6225 SMITH AVENUE (COUNSEL TO CONSTELLATION NEWENERGY, INC.) BALTIMORE MD 21209-3600 |
| DUANE MORRIS | ATTN: LAWRENCE J. KOTLER, ESQUIRE COUNSEL FOR PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM 30 SOUTH 17TH STREET PHILADELPHIA PA 19103-4196 |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | ATTN: KEITH D. ELKINS, ESQ. 1800 CENTURY PARK EAST, 7TH FLOOR (COUNSEL TO LIT FINANCE, LP) LOS ANGELES CA 90067 |
| ERVIN COHEN & JESSUP LLP | KENNETH MILLER, ESQ. 9401 WILSHIRE BLVD, 9TH FLOOR (COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC) BEVERLY HILLS CA 90212 |
| FOLEY & LARDNER LLP | ATTN: MARY K. BRAZA, ESQ. 777 EAST WISCONSIN AVENUE (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) MILWAUKEE WI 53202-5306 |
| FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL, ESQ. 321 NORTH CLARK SUITE 2800 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) CHICAGO IL 60610-4500 |
| FRANK/GECKER LLP | ATTN. JOSEPH D. FRANK (COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.) 325 NORTH LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION THE VITEC GROUP PLC (COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC) 101 BILBY ROAD HACKETTSTOWN NJ 07840 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ. (COUNSEL TO MERCER (US) INC.) 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | EDWARD A. FRIEEDMAN; WILLIAM P.WEINTRAUB 1633 BROADWAY (COUNSEL TO AUERLIUS CAPITAL MANAGEMENT, LP) NEW YORK NY 10019-6708 |
| FRIEDMAN LAW GROUP | ATTN: J. BENNETT FRIEDMAN, ESQ. 1901 AVENUE OF THE STARS, SUITE 1700 (COUNSEL TO ISAKSEN INVESTMENTS, LLC) LOS ANGELES CA 90067-4409 |
| FURMAN GREGORY LLC | DONALD R. FURMAN JR. 75 FEDERAL ST, 9TH FL (COUNSEL TO COMCAST SPOTLIGHT & COMCAST) BOSTON MA 02110 |
| GATEWAY PACIFIC PROPERTIES, INC. | C/O RONALD K. BROWN, JR. LAW OFFICES OF RONALD K. BROWN, JR. 901 DOVE STREET, SUITE 120 NEWPORT BEACH CA 92660 |
| GE MONEY BANK | C/O RECOVERY MANAGEMENT SYSTEMS CORP. ATTN: RAMESH SINGH 25 SE 2ND AVENUE, SUITE 1120 (SAM'S CLUB BRC) MIAMI FL 33131-1605 |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES ATTN JAN I BERLAGE 201 NORTH CHARLES STREET SUITE 201 BALTIMORE MD 21201 |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | ATTN. BRIAN M. DOUGHERTY (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD MOTOR SERVICE, INC.) 835 MCCLINTOCK DRIVE, SECOND FLOOR WILLOWBROOK IL 60527 |
| GREENBERG TRAURIG, LLP | ATTN: KEVIN P. GARLAND, ESQ. COUNSEL TO HAMDON ENTERTAINMENT 2450 COLORADO |

| Claim Name | Address Information |
|---|---|
| GREENBERG TRAURIG, LLP | AVENUE, SUITE 400 E SANTA MONICA CA 90404 |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | EDWARD J. TREDINNICK, ESQ. FOUR EMBARCARCADERO CENTER, STE 4000 (COUNSEL TO CATELLUS DEVELOPMENT CORP.) SAN FRANCISCO CA 94111 |
| HARRIS CORPORATION | ANTHONY DEGLOMINE, III 1025 W. NASA BLVD MAIL STOP A-11A MELBOURNE FL 32919 |
| HERRICK FEINSTEIN LLP | COUNSEL TO CANON USA INC, INTELSAT CORPORATION ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ. TWO PARK AVENUE NEW YORK NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL 11311 CHINDEN BLVD. MAILSTOP 314 BOISE ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY 2125 E. KATELLA AVE. SUITE 400 ANAHEIM CA 92806 |
| HOGAN & HARTSON LLP | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS. 875 THIRD AVENUE (COUNSEL TO ABITIBI BOWATER, INC., ABITBI CONSOLIDATED SALES CORPORATON AND BOWATER, INC.; DOW JONES & COMPANY) NEW YORK NY 10022 |
| HOWARD COUNTY OFFICE OF LAW | ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| IBM CORPORATION | ATTN BEVERLY H SHIDELER TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILADELPHIA PA 19114 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| J. SCOTT DOUGLASS | 909 FANNIN, SUITE 1800 HOUSTON TX 77010 |
| JD THOMPSON LAW | ATTN: JUDY D. THOMPSON P.O. BOX 33127 (COUNSEL TO SODEXO, INC.) CHARLOTTE NC 28233 |
| JENNER & BLOCK LLP | ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE, ANDREW W. VAIL 330 N. WABASH AVENUE (COUNSEL TO EGI-TRB) CHICAGO IL 60611-7603 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVE (COUNSEL TO GREATBANC TRUST COMPANY) NEW YORK NY 10022-6030 |
| K&L GATES LLP | CHARLES R. SMITH, ESQ. HENRY W. OLIVER BUILDING 535 SMITHFIELD ST (COUNSEL TO GREATBANC TRUST COMPANY) PITTSBURGH PA 15222-2312 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSDAN OAKS BLVD. #343 THOUSAND OAKS CA 91362 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ATTN: DAVID S. ROSNER; ANDREW K. GLENN; SHERON KORPUS 1633 BROADWAY (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK) NEW YORK NY 10019 |
| KATTEN MUCHIN ROSENMAN LLP | JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH; DANIEL J. POLATSEK; JOSHUA A. GADHARF 525 W. MONROE STREET (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) CHICAGO IL 60661-3693 |
| KAYE SCHOLER LLP | 425 PARK AVE MADLYN GLEICH PRIMOFF, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) NEW YORK NY 10022 |
| KELLEY DRYE & WARREN LLP | ERICK R. WILSON, ESQ. HOWARD S.STEEL, ESQ. 101 PARK AVENUE (COUNSEL TO TELEREP, LLC) NEW YORK NY 10178 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS. (COUNSEL TO: EXAMINER-DESIGNATE,KENNETH KLEE, ESQ) 1999 AVENUE OF THE STARS, 39TH FLOOR LOS ANGELES CA 90067-6049 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | ATTN:  KENNETH N. KLEE, ESQ. 1999 AVENUE OF THE STARS, 39TH FLOOR LOS ANGELES CA 90067-6049 |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW, PC 506 SANTA MONICA BLVD., SUITE 200 SANTA MONICA CA 90401 |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 1330 BROADWAY, SUITE 1800 OAKLAND CA 94612 |
| LINDA BOYLE | TW TELECOM INC. 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY ATTN JOHN P DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER 2323 BRYAN STREET STE 1600 (COUNSEL TO DALLAS COUNTY) DALLAS TX 75201 |
| MAUREEN A. MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL SUNGARD 680 E. SWEDESFORD ROAD WAYNE PA 19087 |
| MAYER BROWN LLP | FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., |

| Claim Name | Address Information |
|---|---|
| MAYER BROWN LLP | JEAN-MARIE L. ATAMIAN, ESQ. (COUNSEL TO BARCLAYS) 1675 BROADWAY NEW YORK NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ. 245 PARK AVE, 27TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) NEW YORK NY 10167 |
| MCGUIRE WOODS LLP | ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS (COUNSEL TO THE NIELSEN COMPANY (US) LLC 77 W. WACKER DRIVE, SUITE 4100 CHICAGO IL 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ATTN. ELAIN M. SEID (COUNSEL TO DIABLO INVESTMENT CO.) 10 ALMADEN BLVD., SUITE 1460 SAN JOSE CA 95113 |
| MEITES, MULDER, MOLLICA & GLINK | ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 20 S. CLARK STREET, SUITE 1500 CHICAGO IL 60603 |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | WALDMEIR, ASSISTANT ATTORNEY GENERAL STATE OF MICHIGAN, DEPT. OF TREASURY CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| MICHAEL SCHLOSS | (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR) OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SUSAN L. LISSANT SPECIAL ASSISTANT ATTORNEY GENERAL GENERAL COUNSEL'S OFFICE 301 W. HIGH STREET, ROOM 670 PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MORGAN, LEWIS & BOCKIUS LLP | MENACHEM O. ZELMANOVITZ, ESQ. RACHEL JAFFE NAUCERI 101 PARK AVENUE (COUNSEL TO GREATBANC TRUST COMPANY & NYSCRF) NEW YORK NY 10178-0060 |
| MORGAN, LEWIS & BOCKIUS LLP | RACHEL JAFFE MAUCERI, ESQ. 1701 MARKET STREET (COUNSEL TO NYSCRF) PHILADELPHIA PA 19103-2921 |
| MORGAN, LEWIS & BOCKIUS LLP | CHARLES C. JACKSON THEODORE M. BECKER 77 WEST WACKER DRIVE (COUNSEL TO GREATBANC TRUST COMPANY) CHICAGO IL 60601-5094 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | ATTN: COLLEEN E. MCMANUS 191 NORTH WACKER DRIVE, STE 1800 (COUNSEL TO CF 4242 BRYN MAWR LLC) CHICAGO IL 60606 |
| NAVIGANT CONSULTING, INC. | MONICA M. WEED, ESQ. 30 S. WACKER DRIVE, SUITE 3550 CHICAGO IL 60606 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY 333 EAST WASHINGTON ST., 3RD FLOOR SYRACUSE NY 13202 |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN. ROBERT L. HANLEY, JR. ESQUIRE (COUNSEL TO ST. JOHN PROPERTIES, INC.) SUITE 700, NOTTINGHAM CENTRE 502 WASHINGTON AVENUE TOWSON MD 21204 |
| O'MELVENY & MYERS LLP | ATTN: B. BUTWIN, D. CANTOR & D. SHAMAH, ESQS. TIMES SQUARE TOWER 7 TIMES SQUARE (COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC) NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | ATTN: EVAN M. JONES, ESQ. 400 SOUTH HOPE STREET (COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC) LOS ANGELES CA 90071 |
| OFFICE OF ATTORNEY GENERAL | ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | CHARLES E. DAVIDOW 2001 K. STREET, N.W. (COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.) WASHINGTON DC 20006-1047 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA 1285 AVENUE OF THE AMERICAS (COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.) NEW YORK NY 10019-6064 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ. (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2049 CENTURY PARK EAST, 32ND FLOOR LOS ANGELES CA 90067 |
| QUARLES & BRADY LLP | PHILIP V. MARTINO, ESQ. 101 EAST KENNEDY BOULEVARD, SUITE 3400 (COUNSEL TO COOK COUNTY DEPARTEMNT OF REVENUE) TAMPA FL 33602 |
| RIDDELL WILLIAMS, P.S. | ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO (COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP) 1001- 4TH AVENUE, SUITE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & | ATTN. FRED B. RINGEL, ESQ. (COUNSEL TO GALLERIA OPERATING COMPANY, LLC) 875 |

| Claim Name | Address Information |
| --- | --- |
| GLUCK PC | THIRD AVENUE, 9TH FL NEW YORK NY 10022 |
| ROMERO LAW FIRM | MARTHA E. ROMERO, ESQ. BMR PROFESSIONAL BLDG 6516 BRIGHT AVENUE (COUNSED TO SECURED CREDITOR COUNTY OF SAN BERNARDINO, CALIFORNIA, A CALIFORNIA TAXING AUTH.) WHITTIER CA 90601 |
| RUSKIN MASCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. (COUNSEL TO ESTHER RHEIN) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. (COUNSEL TO BARRY AND MARIE GOLDENBERG) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| SCHULTE ROTH & ZABEL LLP | LAWRENCE V. GELBER, ESQUIRE ADAM L. HIRSCH, ESQUIRE 919 THIRD AVENUE (COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP) NEW YORK NY 10022 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVE, N.W. WASHINGTON DC 20020 |
| SHIPMAN & GOODWIN LLP | ATTN. JULIE A. MANNING, ESQ. (COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY) ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ. 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| SIRLIN GALLOGLY & LESSER, P.C. | DANA S. PLON, ESQ. 1529 WALNUT STREET, SUITE 600 (COUNSEL TO UNISYS CORPORATIONI) PHILADELPHIA PA 19102 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD ATTN EDMOND P O'BRIEN ESQ 675 THIRD AVENUE 31ST FLOOR NEW YORK NY 10017 |
| STUART MAUE | ATTN: W. ANDREW DALTON FEE EXAMINER 3840 MCKELVEY RD ST. LOUIS MO 63044 |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM 3 BARKER AVENUE, THIRD FLOOR (COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III; J.SIMPSON; M.WILLES; E.ZIMBALIST, III) WHITE PLAINS NY 10601 |
| THE DSF GROUP | ALLAN I. MUSCOVITZ, SR. ACCOUNTANT 950 WINTER STREET, STE 4300 WALTHAM MA 02451-1486 |
| THE REIMANN LAW GROUP | ATTN. DAVID W. REIMANN, ESQUIRE (ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I, LLC, AND YORBA PARK SUB, LLC) 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO CA 90245 |
| THE SEAPORT GROUP LLC | ATTN SCOTT FRIEDBERG 360 MADISON AVENUE 22ND FLOOR NEW YORK NY 10017 |
| TOOD M. HOEPKER, ESQ. | (COUNSEL TO : COP-HANGING MOSS, LLC) POST OFFICE BOX 3311 ORLANDO FL 32802-3311 |
| TRAVELERS | NATIONAL ACCOUNTS 1 TOWER SQUARE-5MN HARTFORD CT 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | ATTN. JACQUELINE A. CRISWELL (COUNSEL TO FISHER PRINTING, INC.) SEARS TOWER, 22ND FLOOR 233 SOUTH WACKER DRIVE CHICAGO IL 60606-6314 |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| U.S. DEPARTMENT OF JUSTICE | ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION 555 4TH ST. NW ROOM 6110, P.O. BOX 227 WASHINGTON DC 20044 |
| UNGARETTI & HARRIS | ATTN. GEORGE R. MESIRES, ESQ. (COUNSEL TO KTR SOUTH FLORIDA LLC) 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON CHICAGO IL 60602 |
| UNISYS CORPORATION | ATTN. JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION; MATTHEW J. TROY, ESQ. 1100 L STREET, NW; RM 10006 WASHINGTON DC 20530 |
| UNITED STATES DEPARTMENT OF LABOR | OFFICE OF THE SOLICITOR ELIZABETH S. GOLDBERG, ESQUIRE (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR) PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| VORYS SATER SEYMOUR & PEASE LLP | ATTN: TIFFANY STRELOW COBB 52 EAST GAY STREET (COUNSEL TO AOL LLC & RELATED ENTITIES; TURNER BROADCASTING SYSTEM INC ET AL) COLUMBUS OH 43215 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB (COUNSEL TO: TURNER BROADCASTING SYSTEM INC ET AL) 52 EAST GAY STREET COLUMBUS OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | ATTN: WAYNE M. SMITH, ESQ. 4000 WARNER BLVD. BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & | ATTN: DOUGLAS R. GONZALES, ESQUIRE COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA |

| Claim Name | Address Information |
|---|---|
| BONISKE, P.L | BEACH 200 EAST BROWARD BOULEVARD, ST. 1900 FORT LAUDERDALE FL 33301 |
| WHITE & CASE LLP | ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS. (COUNSEL TO: WELLS FARGO BANK, N.A.) 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| WILLKIE FARR & GALLAGHER LLP | ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ. (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC) 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW GOLDMAN, ESQ. (COUNSEL TO: ANGELO GORDON & CO.) 399 PARK AVENUE NEW YORK NY 10022 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE (COUNSEL TO: VALUATION RESEARCH CORPORATION) NEW YORK NY 10166 |
| ZUCKERMAN SPAEDER LLP | GRAEME W. BUSH, ESQ. JAMES SOTTILE, ESQ. 1800 M STREET, NW, STE 1000 (SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) WASHINGTON DC 20036 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN ROBERT E PAUL ESQ 1025 CONNECTICUT AVENUE NW SUITE 712 WASHINGTON DC 20036-5420 |

**Total Creditor count  138**

| Claim Name | Address Information |
|---|---|
| ADVOCATE FITNESS | OCCUPATIONAL HEALTH PO BOX 70003 CHICAGO IL 60673 |
| ARAMARK | 531 E. PELTEASON ST ATTN:ACCOUNTS PAYABLE IRVINE CA 92697 |
| ARAMARK REFRESHMENT SERVICES | 229 ROBBINS LANE SYOSSET NY 11791 |
| ARAMARK REFRESHMENT SERVICES | 234 BALLARDVALE ST WILMINGTON MA 01887-1089 |
| ARAMARK REFRESHMENT SERVICES | 2885 SOUTH 171ST STREET NEW BERLIN WI 53131 |
| ARAMARK REFRESHMENT SERVICES | 2200 BERNICE ROAD LANSING IL 60438 |
| ARAMARK SERVICES | 111 W MONROE ST IL 60603-4096 |
| ARAMARK UNIFORM & CAREER APPAREL, LLC | ET AL.- C/O SHEILA R. SCHWAGER HAWLEY TROXELL ENNIS & HAWLEY LLP PO BOX 1617 BOISE ID 83701 |
| ARAMARK UNIFORM SERVICES | 115 NORTH FIRST STREET BURBANK CA 91502 |
| ARAMARK UNIFORM SERVICES INC | PO BOX 15166 READING PA 19612-5166 |
| ARAMARK UNIFORM SERVICES INC | PO BOX 568 LAWRENCE MA 01842-0568 |
| ARAMARK UNIFORM SERVICES INC | PO BOX 540224 OPA LOCKA FL 33054 |
| ARAMARK UNIFORMS SERVICES INC | PO BOX 7247 0342 PHILADELPHIA PA 19170-0342 |
| ARAMARK UNIFORMS SERVICES INC | PO BOX 568 LAWRENCE MA 01842-0568 |
| ARAMARK UNIFORMS SERVICES INC | 2741 S DIVISION AVE ORLANDO FL 32805 |
| ARAMARK UNIFORMS SERVICES INC | PO BOX 540224 OPA LOCKA FL 33054 |
| ARBITRON | 9705 PATUXENT WOOD COLUMBIA MD 21046-1572 |
| ARBITRON MULTIMEDIA SERVICES | ATTN: LEGAL COUNSEL 9705 PATUXENT WOOD DR. COLUMBIA MD 21046 |
| ASCAP | ONE LINCOLN PLAZA ATTN: LEGAL COUNSEL NEW YORK NY 10023 |
| ASCAP - BROADCAST LICENSING | 1 LINCOLN PLAZA NEW YORK NY 10023 |
| ASM CAPITAL III, L.P. | TRANSFEROR: DEBMAR-MERCURY LLC 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ABM JANITORIAL SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ANGSTROM GRAPHICS, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ACCENT ENERGY CALIFORNIA ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASSOCIATED PRESS | 645 ALBANY SHAKER RD ALBANY NY 12211 |
| ASSOCIATED PRESS | C/O SALLY CARPENTER 1835 MARKET ST PHILADELPHIA PA 19103 |
| ASSOCIATED PRESS | AP NESPAPER SERVICES PO BOX 414189 BOSTON MA 02241-4189 |
| ASSOCIATED PRESS, THE | 50 ROCKEFELLER PLAZA NEW YORK NY 10020-1666 |
| ASSOCIATED PRESS, THE | ATTN: AP HELP DESK 50 ROCKEFELLER PLAZA 3RD FL NEW YORK NY 10020-1666 |
| AT&T | AT&T ATTORNEY: JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| AT&T | PO BOX 1027 VIENNA VA 22183 |
| AT&T | C/O JNR ADJUSTMENT COMPANY INC. PO BOX 27070 MINNEAPOLIS MN 55427-0070 |
| AT&T CORP. | AT&T ATTORNEY: JAMES GRUDUS, ESQ. AT&T INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| AT&T DBA BELLSOUTH ADVERTISING & | PUBLISHING 600 N POINT PKWY ALPHARETTA GA 30005 |
| BROADCAST MUSIC INC | PO BOX 406741 ATLANTA GA 30384-6741 |
| BROADCAST MUSIC, INC. | JUDITH SAFFER, ESQUIRE 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK NY 10007-0030 |
| BUENA VISTA TELEVISION | ATTN: ADRIAN TUSTIN 500 SOUTH BUENA VISTA STREET BURBANK CA 91521-9750 |
| CCI EUROPE INTERNATIONAL INC | CHRISTOPHER S. CHOW; DAVID T. MAY C/O BALLARD SPAHR LLP 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| CCI EUROPE INTERNATIONAL INC | 3550 GEORGE BUSBEE PRKWAY KENNESAW GA 30144 |
| CENTERPOINT ENERGY SERVICES, INC. | 1111 LOUISIANA STREET CNPT 46 ROOM 4661 ATTN: ROBERT CLAUDE HOUSTON TX 77002 |
| CHICAGO WHITE SOX | 333 W. 35TH ST. JERRY REINSDORF CHICAGO IL 60616 |
| CHICAGO WHITE SOX LTD. | C/O WILLIAM WATERS 333 W. 35TH ST. CHICAGO IL 60616 |

| Claim Name | Address Information |
|---|---|
| COMCAST SPOTLIGHT | 12964 COLLECTIONS CTR DR CHICAGO IL 60693 |
| COMCAST SPOTLIGHT - INDIANAPOLIS | 30700 TELEGRAPH RD. SUITE # 4600 BINGHAM FARMS MI 48025 |
| COMCAST SPOTLIGHT - NE | 30700 TELEGRAPH RD. SUITE # 4600 BINGHAM FARMS MI 48025 |
| COMCAST SPOTLIGHT INC | PO BOX 8500-53003 PHILADELPHIA PA 19178 |
| CONSTELLATION NEW ENERGY | BANK OF AMERICA LOCKBOX SERVICE 14217 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| CONSTELLATION NEW ENERGY | 1221 LAMAR ST. SUITE 750 HOUSTON TX 77010 |
| CORESTAFF SERVICES | JAN I. BERLAGE 201 N. CHARLES STREET, SUITE 2101 BALTIMORE MD 21201 |
| CORESTAFF SERVICES LP | PO BOX 60876 CHARLOTTE NC 28260-0876 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: ARM SOLUTIONS ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CROWN CREDIT COMPANY | PO BOX 640352 CINCINNATI OH 45264-0352 |
| CROWN CREDIT COMPANY | 40 S WASHINGTON ST NEW BREMEN OH 45869 |
| CROWN EQUIPMENT CORPORATION | ATTN: RODNEY J. HINDERS 102 S. WASHINGTON ST. NEW BREMEN OH 45869 |
| CROWN LIFT TRUCKS | PO BOX 641173 CINCINNATI OH 45264-1173 |
| CS STARS LLC | 500 W MONROE ST CHICAGO IL 60661 |
| DACA 2010L, LP | TRANSFEROR: ARAMARK CORPORATION 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: ARAMARK REFRESHMENT SERVICES 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: ARAMARK REFRESHMENT SERVICES ATTN: ANDREW WHATNALL 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DOW JONES & COMPANY | PO BOX 300 PRINCETON NJ 08543-0300 |
| DOW JONES & COMPANY | 200 BURNETT ROAD ATTN:  ND-RPS CHICOPEE MA 01020-4615 |
| DOW JONES & COMPANY INC | PO BOX 4137 CHURCH STREET STATION NEW YORK NY 10261 |
| FOX BROADCASTING COMPANY | KAREN EARLS, ESQ. PO BOX 900 BEVERLY HILLS CA 90213-0900 |
| GE CAPITAL CORP. | C/O AARON B. CHAPIN REED SMITH LLP 10 S. WACKER DR CHICAGO IL 60606 |
| GE CAPITAL FLEET SERVICES | PO BOX 100363 ATLANTA GA 30384-0363 |
| GETTY IMAGES | 601 N. 34TH STREET SEATTLE WA 98103 |
| GETTY IMAGES, USA | 601 N. 34TH STREET SEATTLE WA 98103 |
| IKON OFFICE SOLUTIONS | ACCOUNTS RECEIVABLE CENTER ATTN: BANKRUPTCY TEAM 3920 ARKWRIGHT RD. - SUITE 400 MACON GA 31210 |
| INTELSAT CORPORATION | HERRICK FEINSTEIN ATTN: STEPHEN SELBST 2 PARK AVENUE NEW YORK NY 10016 |
| INTELSAT CORPORATION | STEPHEN A. CHERNOW, ASST. GEN. COUNSEL 3400 INT'L DR., N.W. WASHINGTON DC 20008 |
| INTERNAP | 250 WILLIAMS STREET ATLANTA GA 30303 |
| INTERNAP NETWORK SERVICES CORPORATION | PO BOX 200111 PITTSBURGH PA 15251-0111 |
| INTERNAP NETWORK SERVICES CORPORATION | 250 WILLIAMS STREET SUITE E-100 ATLANTA GA 30303 |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | C/O R FREDERICK LINFESTY, ESQ 745 ATLANTIC AVENUE, 10TH FLOOR BOSTON MA 02111 |
| JONES LANG LASALLE | 325 N LA SALLE ST SUITE 625 ATTN: FRANK/GECKER LLP CHICAGO IL 60654 |
| KAMAKAZEE KIWI CORP. | 3835-R EAST THOUSAND OAKS BLVD SUITE 343 WESTLAKE VILLAGE CA 91362 |
| LEVEL 3 COMMUNICATIONS LLC | 1025 ELDORADO BLVD BROOMFIELD CO 80021 |
| LEVEL 3 COMMUNICATIONS LLC | DEPARTMENT 182 DENVER CO 80291-0182 |
| LEXIS NEXIS | PO BOX 7247 7090 PHILADELPHIA PA 19170-7090 |
| LEXIS NEXIS | PO BOX 2314 CAROL STREAM IL 60132-2314 |
| LEXIS NEXIS RISK & INFO ANALYTICS GROUP | PO BOX 7247-6157 PHILADELPHIA PA 19170-6157 |
| LEXIS NEXIS RISK & INFO ANALYTICS GROUP | PO BOX 7247 7090 PHILADELPHIA PA 19170-7090 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC | 9443 SPRINGBORO PIKE MIAMISBURG OH 45342 |
| LEXISNEXIS RISK MANAGEMENT | PO BOX 7247 7090 PHILADELPHIA PA 19170-7090 |
| LEXISNEXIS, A DIV. OF REED ELSEVIER INC | ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG OH 45342 |

| Claim Name | Address Information |
|---|---|
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: JONES LANG LASALLE ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: TELE REACH INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: MSA 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| MACMUNNIS INC. | 1840 OAK AVENUE SUITE 300 EVANSTON IL 60201 |
| MEDIAMARK RESEARCH & INTELLIGENCE, LLC | ATTN: CLAUDINE GUARDIANO 75 NINTH AVE 5TH FL NEW YORK NY 10011 |
| MERRILL COMMUNICATIONS | ONE MERRILL CIRCLE SAINT PAUL MN 55108 |
| MICROSOFT CORPORATION | ATTN: MARC BARRECA K&L GATES LLP 925 FOURTH AVE, SUITE 2900 SEATTLE WA 98104 |
| MICROSOFT CORPORATION AND MICROSOFT | LICENSING, GP C/O MARIA ANN MILANO - RIDDELL WILLIAMS 1001 4TH AVE STE 4500 SEATTLE WA 98154-1192 |
| MONSTER INC. | 5 CLOCK TOWER PLACE SUITE 500 MAYNARD MA 01754 |
| MULTICORP | PO BOX 361 69 W MAIN STREET WESTMINSTER MD 21158 |
| NEW LINE TELEVISION | C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| NEW YORK TIMES | PO BOX 371456 PITTSBURGH PA 15250-7456 |
| NEW YORK TIMES SYNDICATION | SALES CORPORATION PO BOX 19278 NEWARK NJ 07195-0278 |
| ORACLE USA, INC. | BUCHALTER NEMER P.C. SHAWN CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FL SAN FRANCISCO CA 94105 |
| PENSKE TRUCK LEASING | RT 10 GREEN HILLS READING PA 19607 |
| REDWOOD SOFTWARE | 3000 AERIAL CENTER PARKWAY SUITE 115 MORRISVILLE NC 27560 |
| REGIONAL MARKETING ASSOCIATES INC | PO BOX 792 GOTHA FL 34734 |
| RYDER TRUCK RENTAL | 691 THORPE RD ORLANDO FL 32824-8012 |
| RYDER TRUCK RENTAL, INC. | ATTN: JENNIFER MORRIS 6000 WINDWARD PARKWAY ALPHARETTA GA 30005 |
| SBC GLOBAL SERVICES, INC. | C/O AT&T INC. AT&T ATTORNEY: JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| SBC LONG DISTANCE, LLC | JAMES GRUDUS, ESQ. AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| SESAC INC | 55 MUSIC SQUARE ATTN: CONTRACT DEPT NASHVILLE TN 37203 |
| SONY PICTURES | 21872 NETWORK PL CHICAGO IL 60673 |
| SONY PICTURES TELEVISION INC. | KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY CA 90232-3195 |
| SPRINT NEXTEL-CORRESPONDENCE | ATTN: BANKRUPTCY DEPT P.O. BOX 7949 OVERLAND PARK KS 66207-0949 |
| SUN MICROSYSTEMS, INC. | MARGOLIS EDELSTEIN 750 SHIPYARD DRIVE, SUITE 102 WILMINGTON DE 19801 |
| SUN MICROSYSTEMS, INC. | BUCHALTER NEMER, PC ATTN: SHAWN CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105 |
| T-MOBILE USA, INC. | PO BOX 53410 BELLEVUE WA 98015 |
| TRIO VIDEO LLC | PO BOX 964 BEDFORD PARK IL 60499 |
| TW TELECOM INC | 10475 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| TWENTIETH TELEVISION | ATTN: JODI REA, SVP SALE & CREDIT ADMIN 3659 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| TWENTIETH TELEVISION | JODIE REA, SVP SALE OF CREDIT ADMIN TWENTIETH TELEVISION 2121 AVENUE OF THE STARTS, SUITE 1754 LOS ANGELES CA 90067 |
| TWENTIETH TELEVISION | JODIE REA, SVP SALE & CREDIT ADMIN TWENTIETH TELEVISION 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TWENTIETH TELEVISION | JODIE RES, SVP SALE & CREDIT ADMIN TWENTIETH TELEVISION 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TWENTIETH TELEVISION | JODIE REA, SVP SALE & CREDIT ADMIN TWENTIETH TELEVISION 2121 AVNEUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TXU ENERGY RETAIL COMPANY LLC | CO BANKRUPTCY DEPARTMENT PO BOX 650393 DALLAS TX 75265-0393 |

| Claim Name | Address Information |
|---|---|
| UGL UNICCO | 275 GROVE STREET, SUITE 3-200 AUBURNDALE MA 02466 |
| UNIVERSAL PRESS SYNDICATE | PO BOX 419149 KANSAS CITY MO 64141-9149 |
| USA TODAY | PO BOX 79874 BALTIMORE MD 21279-0874 |
| USA TODAY | 7950 JONES BRANCH DRIVE ATTN: LEGAL COUNSEL MCCLEAN VA 22108 |
| USA TODAY | 305 SEABOARD LN STE 301 FRANKLIN TN 37067 |
| VERIZON COMMUNICATIONS INC | DARRYL S. LADDIN, ESQ. ARNALL GOLDEN GREGORY LLP 171 17TH STREET NW, SUITE 2100 ATLANTA GA 30363-1031 |
| VERIZON WIRELESS | PO BOX 3397 BLOOMINGTON IL 61702 |
| WARNER BROS DOMESTIC CABLE DISTRIBUTION | C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WARNER BROS DOMESTIC TV DISTRIBUTION | C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WDSU TELEVISION INC | PO BOX 54414 NEW ORLEANS LA 70154 |
| WEATHERSKILL, LTD. | 6033 NORTH SHERIDAN ROAD #31-C CHICAGO IL 60660 |
| WHELAN-SFI | PO BOX 36607 CHARLOTTE NC 28236 |
| XEROX CORP. | XEROX CAPITAL SERVICES LLC ATTN: VANESSA ADAMS PO BOX 660506 DALLAS TX 75266-9937 |
| XEROX CORPORATION | PO BOX 827598 PHILADELPHIA PA 19182-7598 |
| XEROX CORPORATION | PO BOX 802555 CHICAGO IL 60680-2555 |
| XEROX CORPORATION | PO BOX 650361 DALLAS TX 75265-0361 |

**Total Creditor count  137**

| Claim Name | Address Information |
|---|---|
| 2008 MOVIE PACKAGE | TRAITOR/MOVIE 202 W FIRST STREET LOS ANGELES CA 90052 |
| ALLIED ADVERTISING L.P. | UNIVERSAL PICTURES 545 BOYLSTON ST BOSTON MA 02116-3606 |
| ALLIED ADVERTISING LIMITED | BUENA VISTA PICTURES 545 BOYLSTON STREET BOSTON MA 02116 |
| BLITZ MEDIA | SYLVAN LEARNING CTR/C.GABLES 254 2ND AVE NEEDHAM MA 02494-2829 |
| CHICAGO DEPT OF SENIOR SERV | CHICAGO DEPT OF SENIOR SERV 1615 W CHICAGO AVE CHICAGO IL 60622-5127 |
| ETHNIC PRINT MEDIA | ETHNIC PRINT MEDIA 4901 MORENA BLVD SAN DIEGO CA 92117-3423 |
| GRAY KIRK & VANSANT | LOYOLA COLLEGE 1030 HULL ST BALTIMORE MD 21230 |
| LENNAR CHEASPEAKE DIVISION | LENNAR CHESAPEAKE DIVISION 600 S MAIN STREET BRIDGEVILLE DE 19933 |
| MANSI MEDIA | PIER 1 IMPORTS INC 3899 N FRONT ST HARRISBURG PA 17110-1583 |
| MANSI MEDIA | KIA MOTORS 3899 N FRONT ST HARRISBURG PA 17110-1583 |
| MANSI MEDIA/NNN | HYUNDAI MOTOR AMERICA 3899 N FRONT ST HARRISBURG PA 17110-1583 |
| MEDIA ASSOCIATES    (604) | MEDIA ASSOCIATES    (604) 4781 CEDAR DR. LOGANVILLE GA 30052 |
| MEDIA SOLUTIONS ADVERTISING | FRIEDMAN'S JEWELER D.I.P. 3715 NORTHSIDE PKWY ATLANTA GA 30327 |
| MEDIA SPACE SOLUTION | ABC ENTERTAINMENT 101 MERRITT 7 CORPORATE PARK, 3RD NORWALK CT 06851 |
| MEDIACOM | JETBLUE CORP 498 7TH AVE NEW YORK NY 10018-6798 |
| METRO NEWSPAPER SERVICES | US CUSTOMS & BORDER PROTECTI 8 WEST 38TH STREET- NEW YORK NY 10018 |
| MORGAN STANLEY DEAN WITTER | MORGAN STANLEY DEAN WITTER 2400 E COMMERCIAL BLVD FORT LAUDERDALE FL 33308-4030 |
| NEWS AMERICA MARKETING INC | U S CELLULAR 20 WESTPORT RD # 5 WILTON CT 06897-4549 |
| NNN-PA DISBURSEMENT | PROCTER & GAMBLE 3899 NORTH FRONT ST HARRISBURG PA 17110 |
| NSA MEDIA | LINENS N THINGS PO BOX 7037 DOWNERS GROVE IL 60515-7037 |
| OFFICE MAX | OFFICE MAX CHERI MCMILLIN ELKRIDGE MD 21075 |
| PUBLICITAS - SPAIN | SPANISH TOURIST BOARD C/GOYA 21, 1 DCHA. MADRID 28001 SPAIN |
| RYAN HOMES- ESCROW ACCT | 6031 UNIVERSITY BLVD 290 ELLICOTT CITY MD 21043 |
| SHAKER ADVERTISING AGCY IL | PEAPOD 1100 LAKE ST OAK PARK IL 60301-1015 |
| STRATEGIC PRINT MARKETING | BED BATH BEYOND PO BOX 7037 DOWNERS GROVE IL 60515-7037 |
| SUNSHINE TRAVEL TOURS | SUNSHINE TRAVEL TOURS 741 FRONT ST STE 110 CELEBRATION FL 34747-4990 |
| TERRY*HINES & ASSOCIATES INC | AMERICA THE BEAUTIFUL 2550 HOLLYWOOD WAY SUITE #600 BURBANK CA 91505 |
| THA/GREY | WARNER BROTHERS 2550 N HOLLYWOOD WAY STE 600 BURBANK CA 91505-5024 |
| THA/GREY-TERRY HINES &ASSOC | WARNER BROS 2550 HOLLYWOOD WAY #600 BURBANK CA 91505-5024 |
| THE MILLER GROUP | RYAN HOMES 101 SCHILLING ROAD SUITE 30 HUNT VALLEY MD 21031-1104 |
| THE MILLER GROUP | PULTE HOMES 101 SCHILLING ROAD SUITE 30 HUNT VALLEY MD 21031-1104 |
| TMP WORLDWIDE | COINSTAR PO BOX 245032 MILWAUKEE WI 53223 |
| TMP WORLDWIDE | GENESIS ELDERCARE PO BOX 245032 MILWAUKEE WI 53223 |
| TMP WORLDWIDE | A GENERAL CLIENT PO BOX 245032 MILWAUKEE WI 53224 |
| TWEETER HOME ENT. GROUP | TWEETER HOME ENT. GROUP 254 2ND AVE NEEDHAM MA 02494-2829 |
| VERTIS MEDIA-TNN | NISSAN REGIONAL MARKETING 21 CORPORATE DR CLIFTON PARK NY 12065-8642 |
| ZENITH MEDIA | ZENITH MEDIA 299 WEST HOUST ON ST, 8TH FLOOR NEW YORK NY 10014 |

**Total Creditor count  37**

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
(COUNSEL TO ORACLE AMERICA, INC.)
WILMINGTON, DE,,19801

PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
(COUNSEL TO: VALUATION RESEARCH CORPORATION)
WILMINGTON, DE 19806

SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
(PROPOSED DELAWARE COUNSEL TO: KENNETH N. KLEE,
THE EXAMINER-DESIGNATE (THE "EXAMINER")
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899

SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
COUNSEL TO MARCIA WILLETTE
GUARDIAN TO ZACHARY MITZKOVITZ
1010 N. BANKCROFT PARKWAY, SUITE 22
WILMINGTON, DE 19805

TYBOUT REDFEARN AND PELL
ATTN. SHERRY RUGGIERO FALLON
(COUNSEL TO NORTHLAKE PROPERTY, LLC,
MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM,
INC. AND BEFORD MOTOR SERVICE, INC.)
750 SHIPYARD DRIVE, SUITE 400
P.O. BOX 2092
WILMINGTON, DE 19899-2092