# EXHIBIT A

| Transaction Date | Client Name | Employee Name | Hours | Fees Logged | Description |
|---|---|---|---|---|---|
| 12/7/2010 | Tribune Company | Zilka,Jeffrey R. | 0.3 | $175.00 | Review media coverage of Nov 29 and Dec 6 hearings .3 hrs |
| 1/3/2011 | Tribune Company | Zilka,Jeffrey R. | 0.5 | $350.00 | Update conversation with G. Weitman - 0.5 hrs |
| 1/10/2011 | Tribune Company | Zilka,Jeffrey R. | 1.2 | $875.00 | Update call re: confirmation hearing plan timetable with G. Weitman 1; Review and discuss draft 2011 communications plan .2 |
| | | TOTAL | 2 | $1,400.00 | |