IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | :    Chapter 11 |
| **TRIBUNE COMPANY, et al**. | : |
| | :    Case No. 08-13141 (KJC) |
| **Debtors**. | : |
| | :    JOINTLY ADMINISTERED |
| _____ | : |

## CERTIFICATE OF SERVICE

I, Margaret F. England, certify that on March 15, 2011 a true and correct copy of the foregoing Limited Objection of Scarborough Research to the Motion of the Debtors for an Order Establishing Procedures for (I) Fixing Cure Amounts and (II) Providing Notice of Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases by a Successor Reorganized Debtor Pursuant to Sections 365, 1123, and 1129 of the Bankruptcy Code was sent to the following parties by facsimile.

| | |
|---|---|
| SIDNEY AUSTIN LLP | COLE, SCHOTZ, MEISEL |
| James F. Conlan | FORMAN & LEONARD, P.A. |
| Bryan Krakauer | Norman L. Pernick |
| Kevin T. Lantry | J. Kate Stickles |
| Jessica C.K. Boelter | Patrick J. Reilley |
| Jillian K. Ludwig | 500 Delaware Avenue, Suite 1410 |
| One South Dearborn Street | Wilmington, DE 19801 |
| Chicago, IL 60603 | Telephone: (302) 652-3131 |
| Telephone : (312) 853-7000 | Facsimile: (302) 652-3117 |
| Facsimile:  (312) 853-7036 | |

{U0034173.1}

2

Dated: March 15, 2011                    **ECKERT SEAMANS CHERIN
                                         & MELLOTT, LLC**


                                         /s/ Margaret F. England
                                         Margaret F. England, Esquire (Bar No.: 4248)
                                         300 Delaware Avenue, Suite 1210
                                         Wilmington, DE 19801
                                         (302) 425-0430
                                         (302) 425-0432

                                         *Attorneys for Scarborough Research*

{U0034173.1}

2