**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Mark E. Felger, hereby certify that on the 15th day of March 2011, I caused a copy of the foregoing **JOINDER TO OBJECTION OF ROBERT R. MCCORMICK TRIBUNE FOUNDATION AND CANTIGNY FOUNDATION TO THE MOTION OF AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, FOR ENTRY OF ORDER (I) DETERMINING THAT CREDITORS HAVE RETAINED THEIR STATE LAW CONSTRUCTIVE FRAUDULENT TRANSFER CLAIMS TO RECOVER STOCK REDEMPTION PAYMENTS MADE TO STEP ONE SHAREHOLDERS AND STEP TWO SHAREHOLDERS PURSUANT TO 11 U.S.C. § 546(A); (II) DETERMINING THAT AUTOMATIC STAY DOES NOT BAR COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS AGAINST SUCH SHAREHOLDERS OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM AUTOMATIC STAY TO PERMIT COMMENCEMENT OF SUCH LITIGATION; AND (III) GRANTING LEAVE FROM MEDIATION ORDER TO PERMIT**

**COMMENCEMENT OF SUCH LITIGATION** to be served upon the parties listed below in

the manner indicated:

**<u>HAND DELIVERY</u>**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
*(Counsel to Debtors)*

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
*(Counsel to OCUC)*

Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.)*

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE 19801
*(Counsel to Aurelius Capital Management, LP)*

Mark D. Collins, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
*(Counsel to JPMorgan Chase Bank, NA)*

Katharine L. Mayer, Esq.
McCarter & English, LLP
405 N. King Street
Wilmington, DE 19801
*(Counsel to Deutsche Bank Trust Company Americas)*

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
*(Counsel to Law Debenture Trust Co. of New York)*

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
*(Counsel to Wilmington Trust Co.)*

**<u>FIRST CLASS MAIL</u>**

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Janet E. Henderson, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
*(Counsel to Debtors)*

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
*(Counsel to OCUC)*

Graeme W. Bush, Esq.
James Sottile, Esq.
Zuckerman & Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
*(Counsel to OCUC)*

Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
*Counsel to Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.)*

Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
*(Counsel to Angelo, Gordon & Co., L.P.)*

Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
*(Counsel to Aurelius Capital Management, LP)*

Donald S. Bernstein, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
*(Counsel to JPMorgan Chase Bank, NA)*

David J. Adler, Esq.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167
*(Counsel to Deutsche Bank Trust Company Americas)*

David S. Rosner, Esq.
Richard F. Casher, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
*(Counsel to Law Debenture Trust Co. of New York)*

Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
*(Counsel to Wilmington Trust Co.)*

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  March 15, 2011               COZEN O'CONNOR

                                       Mark E. Felger (No. 7919)