**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2011, in addition to the service provided under the Court's CM/ECF system, I caused a true and correct copy of the foregoing to be served by first electronic mail, on the following persons:

| | |
|---|---|
| SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, FORMAN & |
| James F. Conlan | LEONARD, P.A. |
| Bryan Krakauer | Norman L. Pernick |
| Kevin T. Lantry | J. Kate Stickles |
| Jessica C.K. Boelter | 500 Delaware Avenue, Suite 1410 |
| Jillian K. Ludwig | Wilmington, DE |
| One South Dearborn Street | npernick@coleshotz.com |
| Chicago, IL 60603 | kstickles@coleshotz.com |
| jconlan@sidley.com | |
| bkrakauer@sidley.com | |
| klantry@sidley.com | |
| jboelter@sidley.com | |
| jillian.ludwig@sidley.com | |

*/s/ Meghan A. Cashman*

**Error! Unknown document property name.**