UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) ) | |
| TRIBUNE COMPANY, et al., ) ) | Chapter 11 |
| Debtors. ) ) ) | Case No. 08-13141 (KJC) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Kathleen A. Murphy, Esquire hereby certify that on this 15th day of March, 2011, I caused a true and correct copy of the **LIMITED OBJECTION OF CREDITOR GENERAL ELECTRIC CAPITAL CORPORATION TO MOTION OF THE DEBTORS FOR AN ORDER ESTABLISHING PROCEDURES FOR (I) FIXING CURE AMOUNTS AND (II) PROVIDING NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES BY A SUCCESSOR REORGANIZED DEBTOR PURSUANT TO SECTIONS 365, 1123, AND 1129 OF THE BANKRUPTCY CODE** to be served upon the addressees on the attached service list in the manner indicated.

By:  /s/ Kathleen A. Murphy
     Kathleen A. Murphy (No. 5215)

## SERVICE LIST

| **VIA ELECTRONIC MAIL** <br> Sidley Austin LLP <br> One South Dearborn Street <br> Chieago, IL 60603 <br> Attn: Jillian K. Ludwig <br> Email: jillian.ludwig@sidley.com | **VIA ELECTRONIC MAIL** <br> Cole, Schotz, Meisel, Forman & Leonard, P.A. <br> 1500 Delaware Avenue, Suite l410 <br> Wilmington, DE 19801 <br> Attn: Nonnan L. Perniek <br> Email: npernick@coleschotz.com |
|---|---|