# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Hearing Date: 03/22/11<br>Related to Docket Nos. 8201, 8224 and 8361 |

### JOINDER OF CRANE KENNEY TO OBJECTION OF ROBERT R. MCCORMICK TRIBUNE FOUNDATION AND CANTIGNY FOUNDATION TO THE MOTION OF AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, FOR ENTRY OF ORDER (I) DETERMINING THAT CREDITORS HAVE RETAINED THEIR STATE LAW CONSTRUCTIVE FRAUDULENT TRANSFER CLAIMS TO RECOVER STOCK REDEMPTION PAYMENTS MADE TO STEP ONE SHAREHOLDERS AND STEP TWO SHAREHOLDERS PURSUANT TO 11 U.S.C. § 546(A); (II) DETERMINING THAT AUTOMATIC STAY DOES NOT BAR COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS AGAINST SUCH SHAREHOLDERS OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM AUTOMATIC STAY TO PERMIT COMMENCEMENT OF SUCH LITIGATION; AND (III) GRANTING LEAVE FROM MEDIATION ORDER TO PERMIT COMMENCEMENT OF SUCH LITIGATION [DOCKET NO. 8361]

Crane Kenney hereby joins in the Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation to the Motion of Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its capacity as Successor Indenture Trustee For Certain Series Of Senior Notes, and Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, for Entry of Order (I) Determining that Creditors have Retained Their State Law Constructive Fraudulent Transfer Claims to Recover Stock Redemption Payments Made to Step One Shareholders and Step Two Shareholders Pursuant to 11 U.S.C. § 546(A); (II) Determining

that Automatic Stay does not Bar Commencement of Litigation on Account of Such Claims Against Such Shareholders or, in the Alternative, Granting Relief From Automatic Stay to Permit Commencement of Such Litigation; and (III) Granting Leave From Mediation Order to Permit Commencement of Such Litigation **[Docket No. 8361]** (the "Objection"), filed on March 15, 2011, and herein reserves all rights to be heard before this Court in connection therewith.

WHEREFORE, for the reasons set forth in the Objection, Crane Kenney respectfully requests that this Court enter an order denying the motion, and granting such further relief as is just and equitable.

Respectfully submitted,

Dated: March 15, 2011

*Smith, Katzenstein* & Jenkins LLP

By: /s/ *Kathleen M. Miller*

Richard A. Saldinger (IL ARDC #6209930)
Allen J. Guon (IL ARDC #6244526)
Kimberly Bacher (IL ARDC #6285677)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, Illinois 60610
Tel: (312) 276-1325
Fax: (312) 275-0566
rsaldinger@shawgussis.com
aguon@shawgussis.com
kbacher@shawgussis.com

Kathleen M. Miller (#2898)
The Corporate Plaza
800 Delaware Avenue, Suite 1000
Wilmington, Delaware 19899
(Courier 19801)
(302) 652-8400 – telephone
(302) 652-8405 – telecopy
Kmiller@skfdelaware.com – email

*One of His Attorneys*