## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of **March 2011**, a copy of the foregoing **JOINDER OF CRANE KENNEY TO OBJECTION OF ROBERT R. MCCORMICK TRIBUNE FOUNDATION AND CANTIGNY FOUNDATION TO THE MOTION OF AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, FOR ENTRY OF ORDER (I) DETERMINING THAT CREDITORS HAVE RETAINED THEIR STATE LAW CONSTRUCTIVE FRAUDULENT TRANSFER CLAIMS TO RECOVER STOCK REDEMPTION PAYMENTS MADE TO STEP ONE SHAREHOLDERS AND STEP TWO SHAREHOLDERS PURSUANT TO 11 U.S.C. § 546(A); (II) DETERMINING THAT AUTOMATIC STAY DOES NOT BAR COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS AGAINST SUCH SHAREHOLDERS OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM AUTOMATIC STAY TO PERMIT COMMENCEMENT OF SUCH LITIGATION; AND (III) GRANTING LEAVE FROM MEDIATION ORDER TO PERMIT COMMENCEMENT OF SUCH LITIGATION [DOCKET NO. 8361]** was caused to be served on the following in the manner indicated:

/s/Kathleen M. Miller
Kathleen M. Miller (ID No. 2898)

**_VIA FACSIMILE AND U.S. MAIL_**
Tribune Company
Attn: Chief Legal Officer
435 Michigan Avenue
Chicago, IL  60611
Facsimile: (312) 222-4206

**_VIA EMAIL AND U.S. MAIL_**
Sidley Austin LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
Gregory V. Demo
One South Dearborn Street
Chicago, IL  60603
jconlan@sidley.com
bkrakauer@sidley.com
jhenderson@sidley.com
klantry@sidley.com
jboelter@sidley.com

**_VIA EMAIL AND HAND DELIVERY_**
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
npernick@coleschotz.com
kstickles@coleschotz.com
preilley@coleschotz.com

*VIA EMAIL AND U.S. MAIL*
Chadbourne & Parke LLP
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, NY  10112
hseife@chadbourne.com
dlemay@chadbourne.com

*VIA EMAIL AND U.S. MAIL*
Zuckerman Spaeder LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
bbush@zuckerman.com
jsottile@zuckerman.com

*VIA U.S. MAIL*
Hennigan, Bennett & Dorman LLP
Bruce Bennett
James O. Johnston
Joshua M. Mester
865 S. Figueroa Street, Suite 2900
Los Angeles, CA  90017

*VIA EMAIL AND U.S. MAIL*
Wilmer Cutler Pickering Hale
 & Dorr LLP
Andrew N. Goldman
399 Park Avenue
New York, NY  10022
Andrew.goldman@wilmerhale.com

*VIA EMAIL AND U. S. MAIL*
Akin Gump Strauss Hauer & Feld LLP
Daniel H. Golden
Philip C. Dublin
One Bryant Park
New York, NY  10036
dgolden@akingump.com
pdublin@akingump.com

*VIA EMAIL AND HAND DELIVERY*
Landis Rath & Cobb LLP
Adam G. Landis
Matthew B. McGuire
919 Market Street, Suite 1800
Wilmington, DE  19801
landis@lrclaw.com

*VIA EMAIL AND HAND DELIVERY*
Duane Morris LLP
Richard W. Riley
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801
rwriley@duanemorris.com

*VIA EMAIL AND HAND DELIVERY*
Young Conaway Stargatt & Taylor LLP
Robert S. Brady
M. Blake Cleary
The Brandywine Building - 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE  19899-0391
rbrady@ycst.com
mbcleary@ycst.com

*VIA EMAIL AND U. S. MAIL*
Davis Polk & Wardwell LLP
Donald S. Bernstein
Damian S. Schaible
450 Lexington Avenue
New York, NY  10017
Donald.bernstein@davispolk.com
Damian.schaible@davispolk.com

*VIA EMAIL AND HAND DELIVERY*
Richards, Layton & Finger, P.A.
Mark D. Collins
One Rodney Square
920 North King Street
Wilmington, DE  19801
Collins@rlf.com

*VIA EMAIL AND HAND DELIVERY*
Ashby & Geddes, P.A.
William P. Bowden
Amanda M. Winfree
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE  19899
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com

*VIA EMAIL AND U.S. MAIL*
McCarter & English, LLP
David Adler
245 Park Avenue, 27th Floor
New York, NY  10167
dadler@mccarter.com

*VIA EMAIL AND HAND DELIVERY*
McCarter & English, LLP
Katharine L. Mayer
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE  19801
kmayer@mccarter.com

*VIA EMAIL AND U.S. MAIL*
Kasowitz, Benson, Torres
  & Freidman LLP
David S. Rosner
Richard F. Casher
1633 Broadway
New York, New York 10019
drosner@kasowitz.com
rcasher@kasowitz.com

*VIA EMAIL AND U.S. MAIL*
Brown Rudnick LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Time Square
New York, NY  10036
rstark@brownrudnick.com
msiegel@brownrudnick.com
gnovod@brownrudnick.com

*VIA EMAIL AND HAND DELIVERY*
Bifferato Gentilotti LLC
Garvan F. McDaniel,
800 N. King Street, Plaza Level
Wilmington, DE  19801
gmcdaniel@bglawde.com

*VIA EMAIL AND HAND DELIVERY*
Sullivan Hazeltine Allinson LLC
William D. Sullivan
Elihu E. Allinson, III
4 East 8th Street, Suite 400
Wilmington, DE  19801
bsullivan@sha-llc.com
zallinson@sha-llc.com

*VIA  HAND DELIVERY*
David M. Klauder
United States Trustee's Office
844 King Street, Suite 2207
Wilmington, DE  19801