**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

———————————————————————  )  Chapter 11
                                                                    )
In re:                                                           )
                                                                    )  Case No. 08-13141 (KJC)
TRIBUNE COMPANY, *et al.*,                        )
                                                                    )  Jointly Administered
                                       Debtors.            )
                                                                    )  Re: Docket Nos. 8201 and 8224
                                                                    )
———————————————————————  )

**EGI-TRB, LLC AND SAMUEL ZELL'S LIMITED OBJECTION TO THE MOTION OF
AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED
ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY
AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR
NOTES, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS
CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF
SENIOR NOTES, FOR ENTRY OF AN ORDER (I) DETERMIING THAT CREDITORS
HAVE RETAINED THEIR STATE LAW CONSTRUCTIVE FRAUDULENT
CONVEYANCE CLAIMS TO RECOVER STOCK REDEMPTION PAYMENTS MADE
TO STEP ONE SHAREHOLDERS AND STEP TWO SHAREHOLDERS PURSUANT
TO 11 U.S.C. § 546(A); (II) DETERMINING THAT AUTOMATIC STAY DOES NOT
BAR COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS
AGAINST SUCH SHAREHOLDERS OR, IN THE ALTERNATIVE, GRANTING
RELIEF FROM AUTOMATIC STAY TO PERMIT COMMENCEMENT OF SUCH
LITIGATION; AND (III) GRANTING LEAVE FROM MEDIATION ORDER
TO PERMIT COMMENCEMENT OF SUCH LITIGATION**

EGI-TRB, LLC and Samuel Zell (collectively, the "Objectors") respectfully submit their

Limited Objection (the "Objection") to the Motion of Aurelius Capital Management, LP, on

Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as

Successor Indenture Trustee for Certain Series of Senior Notes, and Law Debenture Trust

Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of

Senior Notes, For Entry of an Order (I) Determining that Creditors Have Retained Their State

Law Constructive Fraudulent Conveyance Claims to Recover Stock Redemption Payments Made

to Step One Shareholders and Step Two Shareholders Pursuant to 11 U.S.C. § 546(a), (II)

Determining that Automatic Stay Does Not Bar Commencement of Litigation On Account of

Such Claims Against Such Shareholders or, In the Alternative, Granting Relief From Automatic Stay to Permit Commencement of Such Litigation, and (III) Granting Leave From Mediation Order to Permit Commencement of Such Litigation (the "Motion") and state:

Based on the plain language of the Motion, the Objectors understand that Motion does not seek authorization from this Court to commence or pursue state law constructive fraudulent transfer or conveyance claims, if any exist, against either EGI-TRB, LLC or Samuel Zell. Instead, the Motion seeks such authorization to purse those claims "against Step One Shareholders and Step Two Shareholders . . . to recover stock redemption payments made to such Shareholders . . . ." (Motion at ¶1.)   The Objectors' primary request is that any Order entered by this Court approving the Motion explicitly state that the Order does not allow any non-debtor party to commence or pursue any state law constructive fraudulent transfer or conveyance claims alleged against either EGI-TRB, LLC or Samuel Zell.

135030.01600/40194115v.1

To the extent that the Motion does seek authority to pursue those claims, if any exist, against EGI-TRB, LLC or Samuel Zell, however, the Objectors join in the Objection to the Motion filed by the Robert R. McCormick Tribune Foundation and the Cantigny Foundation on March 15, 2011 (Dkt. No. 8361).

Dated:  March 15, 2011

Respectfully submitted

By:      /s/ *David W. Carickhoff*
         David W. Carickhoff (DE No. 3715)
         BLANK ROME LLP
         1201 Market Street, Suite 800
         Wilmington, DE 19801
         Telephone: (302) 425-6400
         Facsimile: (302) 425-6464

                    and

         David J. Bradford (admitted *pro hac vice)*
         Catherine L. Steege (admitted *pro hac vice*)
         JENNER & BLOCK LLP
         353 N. Clark St.
         Chicago, IL 60654
         Telephone: (312) 222-9350
         Facsimile: (312) 527-04844

         *Counsel for EGI-TRB, LLC and Samuel Zell*

135030.01600/40194115v.1