IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------ x
In re:                                           :  Chapter 11
                                                 :
                                                 :  Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :  Jointly Administered
                                                 :
       Debtors.                                  :  **Hearing Date: March 22, 2011 at 10:00 a.m.**
                                                 :  **Related to Docket Nos. 8201, 8224 and 8361**
                                                 :
------------------------------------------------ x

**JOINDER TO OBJECTION OF ROBERT R. MCCORMICK TRIBUNE FOUNDATION AND CANTIGNY FOUNDATION TO THE MOTION OF AURELIUS CAPITAL MANAGEMENT, LP, DEUTSCHE BANK TRUST COMPANY AMERICAS, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, FOR ENTRY OF ORDER (I) DETERMINING THAT CREDITORS HAVE RETAINED THEIR STATE LAW CONSTRUCTIVE FRAUDULENT TRANSFER CLAIMS TO RECOVER STOCK REDEMPTION PAYMENTS MADE TO STEP ONE SHAREHOLDERS AND STEP TWO SHAREHOLDERS PURSUANT TO 11 U.S.C. § 546(A); (II) DETERMINING THAT AUTOMATIC STAY DOES NOT BAR COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS AGAINST SUCH SHAREHOLDERS OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM AUTOMATIC STAY TO PERMIT COMMENCEMENT OF SUCH LITIGATION; AND (III) GRANTING LEAVE FROM MEDIATION ORDER TO PERMIT COMMENCEMENT OF SUCH LITIGATION**

Bank of America, N.A. ("Bank of America") by its attorneys O'Melveny & Myers LLP and Pepper Hamilton LLP, and Merrill Lynch Capital Corporation ("MLCC") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S", and together with MLCC, "Merrill Lynch"), by its attorneys Kaye Scholer LLP and Potter Anderson & Corroon LLP join in the *Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation to the Motion of Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in Its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Law Debenture Trust Company of New York, in Its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, for Entry of an Order (I) Determining that Creditors have Retained their State Law Constructive Fraudulent Transfer Claims to Recover Stock*

*Redemption Payments Made to Step One Shareholders and Step Two Shareholders Pursuant to 11 U.S.C. § 546(a); (II) Determining that Automatic Stay Does Not Bar Commencement of Litigation on Account of Such Claims Against Such Shareholders, or in the Alternative, Granting Relief from Automatic Stay to Permit Commencement of Such Litigation; and (III) Granting Leave from Mediation Order to Permit Commencement of Such Litigation* [Docket No. 8361].

Dated: March 16, 2010
      Wilmington, Delaware

                              PEPPER HAMILTON LLP

                              /s/ David B. Stratton
                            David B. Stratton (DE No. 960)
                            John H. Schanne II (DE No. 5260)
                            Hercules Plaza, Suite 5100
                            1313 Market Street
                            P.O. Box 1709
                            Wilmington, DE 19899-1709
                            Telephone: (302) 777-6500
                            Facsimile: (302) 421-8390

                                   -and-

                            Bradley J. Butwin
                            Daniel L. Cantor
                            Daniel S. Shamah
                            O'MELVENY & MYERS LLP
                            Times Square Tower
                            7 Times Square
                            New York, New York  10036
                            (212) 326-2000

                                   -and-

                            Evan M. Jones
                            O'Melveny & Myers LLP
                            400 South Hope Street
                            Los Angeles, CA 90071
                            (213) 430-6000

                            *Attorneys for Bank of America, N.A.*

POTTER ANDERSON & CORROON LLP

*/s/ R. Stephen McNeill*
Laurie Selber Silverstein (DE Bar No. 2396)
R. Stephen McNeill (DE Bar No. 5210)
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6000

-and-

KAYE SCHOLER LLP
Madlyn Gleich Primoff
Jane W. Parver
Joseph M. Drayton
425 Park Avenue
New York, New York 10022

*Counsel for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated*