IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------ x
                                                 :  Chapter 11
In re:                                           :
                                                 :  Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :
                                                 :  Jointly Administered
         Debtors.                                :
                                                 :
                                                 :
                                                 :
------------------------------------------------ x
```

### CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that on the 16th day of March 2011, I caused a copy of the foregoing **JOINDER TO OBJECTION OF ROBERT R. MCCORMICK TRIBUNE FOUNDATION AND CANTIGNY FOUNDATION TO THE MOTION OF AURELIUS CAPITAL MANAGEMENT, LP, DEUTSCHE BANK TRUST COMPANY AMERICAS, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, FOR ENTRY OF ORDER (I) DETERMINING THAT CREDITORS HAVE RETAINED THEIR STATE LAW CONSTRUCTIVE FRAUDULENT TRANSFER CLAIMS TO RECOVER STOCK REDEMPTION PAYMENTS MADE TO STEP ONE SHAREHOLDERS AND STEP TWO SHAREHOLDERS PURSUANT TO 11 U.S.C. § 546(A); (II) DETERMINING THAT AUTOMATIC STAY DOES NOT BAR COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS AGAINST SUCH SHAREHOLDERS OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM AUTOMATIC STAY TO PERMIT COMMENCEMENT OF SUCH LITIGATION; AND (III) GRANTING LEAVE FROM MEDIATION ORDER TO PERMIT COMMENCEMENT OF SUCH LITIGATION** to be served upon the parties listed below in the manner indicated:

| | |
|---|---|
| **HAND DELIVERY**<br>Norman L. Pernick, Esq. J. Kate Stickles, Esq. Patrick J. Reilley, Esq.<br>**Cole, Schotz, Meisel, Forman & Leonard, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>*(Counsel to Debtors)* | **HAND DELIVERY**<br>Adam G. Landis, Esq.<br>**Landis Rath & Cobb LLP**<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>*(Counsel to OCUC)* |

**HAND DELIVERY**
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
**Young Conaway Stargatt & Taylor LLP**
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.)*

**HAND DELIVERY**
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
**Ashby & Geddes, P.A.**
500 Delaware Avenue
Wilmington, DE 19801
*(Counsel to Aurelius Capital Management, LP)*

**HAND DELIVERY**
Mark D. Collins, Esq.
**Richards, Layton & Finger**
One Rodney Square
Wilmington, DE 19801
*(Counsel to JPMorgan Chase Bank, NA)*

**HAND DELIVERY**
Katharine L. Mayer, Esq.
**McCarter & English, LLP**
405 N. King Street
Wilmington, DE 19801
*(Counsel to Deutsche Bank Trust Company Americas)*

**HAND DELIVERY**
Garvan F. McDaniel, Esq.
**Bifferato Gentilotti LLC**
800 N. King Street, Plaza Level
Wilmington, DE 19801
*(Counsel to Law Debenture Trust Co. of New York)*

**HAND DELIVERY**
William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
**Sullivan Hazeltine Allinson LLC**
901 North Market Street, Suite 1300
Wilmington, DE 19801
*(Counsel to Wilmington Trust Co.)*

**HAND DELIVERY**
David M. Klauder
**United States Trustee's Office**
844 King Street, Suite 2207
Wilmington, DE 19801
*(Office of the United States Trustee)*

**HAND DELIVERY**
Richard W. Riley, Esq,
**Duane Morris LLP**
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
*(Counsel to Robert R. McCormick Tribune Foundation and Cantigny Foundation)*

**HAND DELIVERY**
Mark E. Felger, Esq.
**Cozen O'Connor**
1201 North Market Street, Suite 1400
Wilmington, DE 19801
*(Counsel to Mark W. Hianik, John Birmingham, Tom E. Ehlmann, and Peter A. Knapp)*

**FIRST CLASS MAIL**
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Janet E. Henderson, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
**Sidley Austin LLP**
One South Dearborn Street
Chicago, IL 60603
*(Counsel to Debtors)*

**FIRST CLASS MAIL**
Howard Seife, Esq.
David M. LeMay, Esq.
**Chadbourne & Parke LLP**
30 Rockefeller Plaza
New York, NY 10112
*(Counsel to OCUC)*

**FIRST CLASS MAIL**
Graeme W. Bush, Esq.
James Sottile, Esq.
**Zuckerman & Spaeder LLP**
1800 M Street, NW, Suite 1000
Washington, DC 20036
*(Counsel to OCUC)*

**FIRST CLASS MAIL**
Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
**Hennigan, Bennett & Dorman LLP**
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
*(Counsel to Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.)*

**FIRST CLASS MAIL**
Andrew Goldman, Esq.
**Wilmer Cutler Pickering Hale & Dorr LLP**
399 Park Avenue
New York, NY 10022
*(Counsel to Angelo, Gordon & Co., L.P.)*

**FIRST CLASS MAIL**
Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
*(Counsel to Aurelius Capital Management, LP)*

**FIRST CLASS MAIL**
Donald S. Bernstein, Esq.
Damian S. Schaible, Esq.
**Davis Polk & Wardell LLP**
450 Lexington Avenue
New York, NY 10017
*(Counsel to JPMorgan Chase Bank, NA)*

**FIRST CLASS MAIL**
David J. Adler, Esq.
**McCarter & English, LLP**
245 Park Avenue
New York, NY 10167
*(Counsel to Deutsche Bank Trust Company Americas)*

**FIRST CLASS MAIL**
David S. Rosner, Esq.
Richard F. Casher, Esq.
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, NY 10019
*(Counsel to Law Debenture Trust Co. of New York)*

**FIRST CLASS MAIL**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
*(Counsel to Wilmington Trust Co.)*

Under penalty of perjury, I declare that the foregoing is true and correct.

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE #5210)

3