# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                 Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Adversary Proceeding<br>No. 1054010 (KJC)<br><br>**Hearing Date: March 22, 2011 at 10:00 a.m.**<br>**Related to Docket Nos. 8201, 8224, and 8361** |

**JOINDER TO OBJECTION OF ROBERT R. MCCORMICK TRIBUNE FOUNDATION AND CANTIGNY FOUNDATION TO THE MOTION OF AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, FOR ENTRY OF ORDER (I) DETERMINING THAT CREDITORS HAVE RETAINED THEIR STATE LAW CONSTRUCTIVE FRAUDULENT TRANSFER CLAIMS TO RECOVER STOCK REDEMPTION PAYMENTS MADE TO STEP ONE SHAREHOLDERS AND STEP TWO SHAREHOLDERS PURSUANT TO 11 U.S.C. § 546(A); (II) DETERMINING THAT AUTOMATIC STAY DOES NOT BAR COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS AGAINST SUCH SHAREHOLDERS OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM AUTOMATIC STAY TO PERMIT COMMENCEMENT OF SUCH LITIGATION; AND (III) GRANTING LEAVE FROM MEDIATION ORDER TO PERMIT COMMENCEMENT OF SUCH LITIGATION**

      Chandler Bigelow, current Chief Financial Officer of Debtor Tribune Company, hereby joins in the *Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation to the Motion of Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, for Entry of Order (I) Determining that Creditors have Retained Their State Law Constructive Fraudulent Transfer*

{BMF-W0242178.}

*Claims to Recover Stock Redemption Payments Made to Step One Shareholders and Step Two Shareholders Pursuant to 11 U.S.C. § 546(a); (II) Determining that Automatic Stay Does Not Bar Commencement of Litigation on Account of Such Claims Against Such Shareholders or, in the Alternative, Granting Relief from Automatic Stay to Permit Commencement of Such Litigation; and (III) Granting Leave From Mediation Order to Permit Commencement of Such Litigation* [Docket No. 8361].

Dated:  March 16, 2011                              BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Sean M. Brennecke
Joel Friedlander (#3163)
Sean M. Brennecke (#4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
(302) 573-3500
jfriedlander@bmf-law.com
sbrennecke@bmf-law.com

and

SPERLING & SLATER, P.C.
Bruce S. Sperling
Steven C. Florsheim
Daniel A. Shmikler
55 West Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200
bss@sperling-law.com
sflorsheim@sperling-law.com
dshmikler@sperling-law.com

*Attorneys for Chandler Bigelow*

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2011, a copy of the foregoing **JOINDER TO Objection of ROBERT R. MCCORMICK TRIBUNE FOUNDATION AND CANTIGNY FOUNDATION TO THE MOTION OF AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, FOR ENTRY OF ORDER (I) DETERMINING THAT CREDITORS HAVE RETAINED THEIR STATE LAW CONSTRUCTIVE FRAUDULENT TRANSFER CLAIMS TO RECOVER STOCK REDEMPTION PAYMENTS MADE TO STEP ONE SHAREHOLDERS AND STEP TWO SHAREHOLDERS PURSUANT TO 11 U.S.C. § 546(a); (II) DETERMINING THAT AUTOMATIC STAY DOES NOT BAR COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS AGAINST SUCH SHAREHOLDERS OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM AUTOMATIC STAY TO PERMIT COMMENCEMENT OF SUCH LITIGATION; AND (III) GRANTING LEAVE FROM MEDIATION ORDER TO PERMIT COMMENCEMENT OF SUCH LITIGATION** was caused to be served on the following in the manner indicated:

## VIA HAND DELIVERY AND EMAIL:

Richard W. Riley, Esquire
**Duane Morris LLP**
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
rwriley@duanemorris.com

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley
**Cole, Shotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue, Suite 1401
Wilmington, DE 19801
npernick@coleschotz.com
kstickles@coleschotz.com
preilley@coleschotz.com

Adam G. Landis, Esquire
Matthew B. McGuire
**Landis, Rath & Cobb, LLP**
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com

Robert S. Brady, Esquire
M. Blake Cleary, Esquire
**Young Conaway Stargatt & Taylor LLP**
The Brandywine Building – 17th Floor
1000 West Street
Wilmington, DE 19899-0391
rbrady@ycst.com
mbcleary@ycst.com

| | |
|---|---|
| Mark D. Collins, Esquire<br>**Richards, Layton & Finger, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>collins@rlf.com | William P. Bowden, Esquire<br>Amanda M. Winfree, Esquire<br>**Ashby & Geddes, P.A.**<br>500 Delaware Avenue<br>Wilmington, DE  19899<br>wbowden@ashby-geddes.com<br>awinfree@ashby-geddes.com |
| Katherine L. Mayer, Esquire<br>**McCarter & English, LLP**<br>Renaissance Center<br>405 N. Market Street, 8th Floor<br>Wilmington, DE  19801<br>kmayer@mccarter.com | Garvan F. McDaniel, Esquire<br>**Bifferato Gentilotti LLC**<br>800 N. King Street, Plaza Level<br>Wilmington, DE  19801<br>gmcdaniel@bglawde.com |
| William D. Sullivan, Esquire<br>Elihu E. Allinson, III<br>**Sullivan Hazeltine Allinson LLC**<br>4 East 8th Street, Suite 400<br>Wilmington, DE  19801<br>bsullivan@sha-llc.com<br>zallinson@sha-llc.com | John H. Strock, III, Esquire<br>**Fox Rothschild LLP**<br>919 N. Market Street, Suite 1300<br>Wilmington, DE  19801<br>jstrock@foxrothschild.com |
| Thomas G. Macauley, Esquire<br>**Zuckerman and Spaeder LLP**<br>919 Market Street, Suite 990<br>Wilmington, DE  19801<br>tmacauley@zuckermanspaeder.com | Scott G. Wilcox, Esquire<br>**Whiteford Taylor Preston LLC**<br>1220 N. Market Street, Suite 608<br>Wilmington, DE  19801<br>swilcox@wtplaw.com |
| Kathleen M. Miller, Esquire<br>**Smith, Katzenstein & Furlow LLP**<br>800 Delaware Avenue, Suite 1000<br>Wilmington, DE  19899<br>kmiller@skfdelaware.com | Jeffrey C. Wisler, Esquire<br>**Connolly Bove Lodge & Hutz LLP**<br>1007 North Orange Street<br>Wilmington, DE  19899<br>jwisler@cblh.com |

**VIA HAND DELIVERY:**

David M. Klauder
United States Trustee's Office
844 King Street, Suite 2207
Wilmington, DE  19801

**VIA U.S. MAIL:**

Tribune Company
Attn:  Chief Legal Officer
435 Michigan Avenue
Chicago, IL  60611

Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua M. Mester
**Hennigan, Bennett & Dorman LLP**
865 S. Figueroa Street, Suite 1900
Los Angeles, CA  90017

Edward Cerasia, II, Esquire
**Seyfarth Shaw LLP**
620 Eighth Avenue, 32nd Floor
New York, NY  10018

Michael A. Henry, Esquire
**Gross, McGinley, Labarre
& Eaton, LLP**
33 S. 7th Street
Allentown, PA  18105-4060

Meredith S. Senter, Jr., Esquire
**Lerman Senter PLLC**
2000 K Street NW, Suite 600
Washington, D.C. 20006

Jared D. Zajac, Esquire
**McDermott Will & Emery LLP**
340 Madison Avenue
New York, NY  10173-0002

Patrick Theodore Garvey, Esquire
**Johnson & Bell, Ltd.**
33 W. Monroe, Suite 2700
Chicago, IL  60603

Andrew N. Goldman, Esquire
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY  10017

**VIA EMAIL:**

Howard Seife, Esquire
David M. LeMay, Esquire
**Chadbourne & Parke LLP**
30 Rockefeller Plaza
New York, NY  10112
hseife@chadbourne.com
dlemay@chadbourne.com

Graeme W. Bush, Esquire
James Sottile, Esquire
**Zuckerman Spaeder LLP**
1800 M Street, N.W. Suite 1000
Washington, D.C. 20036
bbush@zuckerman.com
jsottile@zuckerman.com

{BMF-W0242191.}

| | |
|---|---|
| James F. Conlan, Esquire<br>Bryan Krakauer, Esquire<br>Kevin T. Lantry, Esquire<br>Jessica C.K. Boelter, Esquire<br>Gregory V. Demo, Esquire<br>**Sidley Austin LLP**<br>One South Dearborn Street<br>Chicago, IL  60603<br>jconlan@sidley.com<br>bkrakauer@sidley.com<br>jhenderson@sidley.com<br>klantry@sidley.com<br>jboelter@sidley.com | Andrew N. Goldman, Esquire<br>**Wilmer Cutler Pickering Hale**<br>**& Dorr LLP**<br>399 Park Avenue<br>New York, NY  10022<br>Andrew.goldman@wilmerhale.com |
| Daniel H. Golden, Esquire<br>Philip C. Dublin, Esquire<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY  10036<br>dgolden@akingump.com<br>pdublin@akingump.com | Donald S. Bernstein, Esquire<br>Damian S. Schaible, Esquire<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY  10017<br>Donald.bernstein@davispolk.com<br>Damian.schaible@davispolk.com |
| David Adler, Esquire<br>**McCarter & English, LLP**<br>245 Park Avenue, 27th Floor<br>New York, NY  10167<br>dadler@mccarter.com | Davis S. Rosner, Esquire<br>Richard F. Casher, Esquire<br>**Kasowitz, Benson, Torres**<br> **& Freidman LLP**<br>1633 Broadway<br>New York, NY  10019<br>drosner@kasowitz.com<br>rcasher@kasowitz.com |
| Robert J. Stark, Esquire<br>Martin S. Siegel, Esquire<br>Gordon Z. Novod, Esquire<br>**Brown Rudnick LLP**<br>Seven Times Square<br>New York, NY  10036<br>rstark@brownrudnick.com<br>msiegel@brownrudnick.com<br>gnovod@brownrudnick.com | |

<u>/s/ Sean M. Brennecke</u>
Sean M. Brennecke (#4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

{BMF-W0242191.}