IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| TRIBUNE COMPANY, et al. | ) | |
| | ) | Case No. 08-13141 (KJC) |
| Debtors. | ) | |
| | ) | |
| | ) | JOINTLY ADMINISTERED |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Patricia K. Smoots, Esquire, McGuire Woods, 77 West Wacker Drive, Suite 4100, Chicago, Illinois 60601-1818 to represent Scarborough Research.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

/s/ Margaret F. England
Margaret F. England (Bar No. 4248)
300 Delaware Ave., Suite 1210
Wilmington, DE  19801
Telephone: (302) 425-0430
Fax: (302) 425-0432

*Attorneys for Scarborough Research*

{U0034176.1}

DK# 8378
3/16/11

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 16, 2011

/s/ Patricia K. Smoots
Patricia K. Smoots
McGuire Woods
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
Telephone: (312) 750-2759
Facsimile: (312) 920-6169

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

Date: March 17, 2011

The Honorable Kevin J. Carey
United States Bankruptcy Judge

{U0034176.1}