IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, <u>et</u> <u>al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Adversary Proceeding<br>No. 1054010 (KJC)<br><br>**Related to Docket No. 8380** |

## **NOTICE OF WITHDRAWAL OF MOTION TO JOIN (D.I. 8380)**

PLEASE TAKE NOTICE that Bouchard Margules & Friedlander, P.A., counsel to Chandler Bigelow, a party in interest, hereby withdraws D.I. 8380, which was incorrectly filed as a "Motion to Join." The correct document, titled "Joinder to Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation to the Motion of Aurelius Capital Management LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in is Capacity as Succesor Indenture Trustee for Certain Series of Senior Notes, and Law Debenture Trust Company of New York, in its Capacity as Sucessor Indenture Trustee for Certain Series of Senior Notes, for entry of Order (I) Determining that Creditors have Retained Their State Law Constructive Fraudulent Transfer Claims to Recover Stock Redemption Payments Made to Step One Shareholders and Step Two Shareholders Pursuant to 11 U.S.C. § 546(a); (II) Determining that Automatic Stay Does Not Bar Commencement of Litigation on Account of Such Claims Against Such Shareholders or, in the Alternative Granting Relief from Automatic Stay to Permit Commencement of Such Litigation; and (III) Granting Leave from Mediation Order to Permit

{BMF-W0242350.}

Commencement of Such Litigation," was subsequently refiled as a Joinder (D.I. 8381), and is intended to remain operative.

Dated:  March 17, 2011  BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Sean M. Brennecke
Joel Friedlander (#3163)
Sean M. Brennecke (#4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
(302) 573-3500
jfriedlander@bmf-law.com
sbrennecke@bmf-law.com

and

SPERLING & SLATER, P.C.
Bruce S. Sperling
Steven C. Florsheim
Daniel A. Shmikler
55 West Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200
bss@sperling-law.com
sflorsheim@sperling-law.com
dshmikler@sperling-law.com

*Attorneys for Chandler Bigelow*