IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY, et al. ) | |
| ) | Case No. 08-13141 (KJC) |
| Debtors. ) | |
| ) | |
| ) | JOINTLY ADMINISTERED |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Eckert Seamans Cherin & Mellott, LLC ("Eckert Seamans") hereby submits this Verified Statement and represents as follows:

1. On or about December 8, 2008 (the 'Petition Date"), Tribune Company, *et al*. (the "Debtor") commenced a case by filing a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Eckert Seamans currently represents the following individual clients in the above-captioned bankruptcy cases.

　　(a)　The Nielsen Company (US) LLC

　　(b)　Acutech, LLC

　　(c)　NTT Data Corporation

　　(d)　MISI Company Ltd.

　　(e)　Scarborough Research

3. The above-referenced entities have claims against the above-captioned debtor that are impacted by these bankruptcy proceedings.

4. Eckert Seamans hereby expressly reserves the right to supplement or amend this statement.

{U0034179.1}

I, Margaret F. England, certify under penalty of perjury that to the best of my information, knowledge and belief, the foregoing statement is true and correct.

Dated: March 17, 2011

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

/s/ Margaret F. England
Margaret F. England (Bar No. 4248)
300 Delaware Ave., Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
Fax: (302) 425-0432

*Attorneys for Scarborough Research*

{U0034179.1}