## NOTICE OF CLAIMS PURCHASE AGREEMENT

(Proof of Claim Number 481)

**DESERT WATER AGENCY**, a(n) California Political Subdivision, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto ARCHON BAY CAPITAL LLC, a Delaware limited liability company, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$222.95** (proof of claim amount, defined as the "Claim") against Tribune Company et al (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case Number 08-13141** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the __16TH__ day of __MARCH__, 2011.

_____
DESERT WATER AGENCY
(Company Name)

WITNESS _____
(Signature)

_____
(Signature of Corporate Officer)

EXEC. SECRETARY
(Print Name and Title of Witness)
J. TEFTELLER

MARTIN KRIEGER, FINANCE DIRECTOR
(Print Name and Title of Corporate Officer)

ARCHON BAY CAPITAL LLC

WITNESS _____
(Signature)

_____
(Signature of Fund Representative)

Exhibit "A"