**CT Corporation**     1209 Orange Street         302 777 0220 tel
                                 Wilmington, DE 19801      800 677 3394 toll free
                                                           www.ctlegalsolutions.com

March 09, 2011

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue,
Suite 1410,
Wilmington, DE  19801

Re: Tribune Company, et al., Debtors/Pltt's. vs. Ibm Daksh BS Process Svcs, n/k/a IBM Global Process Svcs. etc., Dft.

Case No. 08-13141 (KJC)

Dear Sir/Madam:

We are herewith returning the Notice(s), Exhibit(s) which we received regarding the above captioned matter.

IBM Global Process Svcs is not listed on our records or on the records of the State of DE.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518132250

FedEx Tracking# 794513545532

cc: United States Bankruptcy Court
    824 North Market Street,
    Wilmington, DE  19801-4908