## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to D.I. Nos. 8108** |
| | ) | |
| | ) | **Hearing Date: March 22, 2011 at 10:00 a.m.** |
| | ) | **Objection Deadline: March 15, 2011 at 4:00 p.m.** |
| | ) | |

---------------------------------------------------------x

### CERTIFICATE OF NO OBJECTION REGARDING
### MOTION OF AURELIUS CAPITAL MANAGEMENT, LP FOR
### AUTHORIZATION TO SEAL PORTIONS OF LETTERS TO CHIEF JUDGE
### CAREY FROM EDWARD A. FRIEDMAN [DOCKET NOS. 8071, 8072 & 8074]

I, Leigh-Anne M. Raport, an attorney with the law firm of Ashby & Geddes, P.A., Delaware counsel to Aurelius Capital Management, LP ("Aurelius") in the above captioned cases, hereby certify the following:

1.    On February 23, 2011, Aurelius filed the *Motion of Aurelius Capital Management, LP for Authorization to Seal Portions of Letters to Chief Judge Carey from Edward A. Friedman [Docket Nos. 8071, 8072 & 8074]* (the "Motion") [Docket No. 8108].

2.    Pursuant to the Notice of Motion [Docket No. 8108], any objections or responses to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on March 15, 2011.

3.    As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

WHEREFORE Aurelius respectfully request the order approving the Motion be entered

at the Court's earliest convenience.


Dated: Wilmington, Delaware
March 17, 2011

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

- and -

Edward A. Friedman
Robert J. Lack
William P. Weintraub
**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 833-1100

- and -

Daniel H. Golden
David M. Zensky
Abid Qureshi
Mitchell Hurley
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
(212) 872-1000

*Attorneys for Aurelius Capital Management, LP*

2