# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141-KJC<br>Jointly Administered<br>**Related to Docket No. 8275**<br>**Hearing Date: March 22, 2011** |
| TRIBUNE COMPANY, et al.,<br>Plaintiffs,<br>v.<br>[See List of Defendants on attached Exhibit A],<br>Defendant(s). | Adv. Proc. Nos. 10-55803-10-55823, 10-55825-10-55833, 10-55835, 10-55837, 10-55839, 10-55842-10-55861, 10-55863, 10-55866-10-55867, 10-55869-10-55871, 10-55873-10-55876, 10-55878, 10-55880-10-55881, 10-55883, 10-55885-10-55886, 10-55889, 10-55891-10-55893, 10-55895, 10-55901-10-55902, 10-55910, 10-55912, 10-55941-10-55951, 10-55953, 10-55958-10-55960 (KJC)<br>**Related to Adv. Docket Nos. Multi-Case** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 8275

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Motion of the Debtors for Extension of Time to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-7449940v1

Effect Service of Process (the "Motion") (Docket No. 8275), filed on March 4, 2011. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than March 15, 2011.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: March 17, 2011

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Kevin T. Lantry
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

-and-

NOVACK AND MACEY LLP
Stephen Novack
Donald A. Tarkington
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928

2

46429/0001-7449940v1

-and-

CAMPBELL & LEVINE, LLC
Mark T. Hurford (No. 3299)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

SPECIAL CONFLICTS COUNSEL

# EXHIBIT A

| Adversary Proceeding No. | Adversary Proceeding Name |
|---|---|
| 10-55803 | Tribune Company and Chicago Tribune Company<br>v.<br>Servicesource International, LLC |
| 10-55804 | Tribune Company and Chicago Tribune Company<br>v.<br>Quality Storage Products, Inc. |
| 10-55805 | Tribune Company and Channel 40, Inc.<br>v.<br>Radian Communication Services (Canada), Ltd.; Prestige Telecom Inc.; and Rohn Products, LLC |
| 10-55806 | Tribune Company and Chicago Tribune Company<br>v.<br>D.R.D., Inc., d/b/a Power Direct, Inc. |
| 10-55807 | Tribune Company and Gold Coast Publications, Inc.<br>v.<br>Alexander Reed, an Individual |
| 10-55808 | Tribune Co. and Los Angeles Times Communications LLC<br>v.<br>Prosoft Technology Group, Inc. d/b/a Prosoft Cyberworld Group |
| 10-55809 | Tribune Company and Tribune Broadcasting Company<br>v.<br>Association for Maximum Service Television, Inc., d/b/a MSTV, Inc. |
| 10-55810 | Tribune Co.<br>v.<br>Psomas |
| 10-55811 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Nightmare, Inc. |
| 10-55812 | Tribune Co. and WGN Continental Broadcasting Co.<br>v.<br>Program Partners, Inc. |
| 10-55813 | Tribune Company and Chicago Tribune Company<br>v.<br>Constellation Newenergy, Inc. |
| 10-55814 | Tribune Company and Chicagoland Television News, Inc.<br>v.<br>Constellation Newenergy, Inc. |
| 10-55815 | Tribune Company and The Hartford Courant Company<br>v.<br>Constellation Newenergy, Inc. |
| 10-55816 | Tribune Company<br>v.<br>Constellation Newenergy, Inc. |
| 10-55817 | Tribune Company and Tribune Direct Marketing, Inc.<br>v.<br>Constellation Newenergy, Inc. |
| 10-55818 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Constellation Newenergy, Inc. |
| 10-55819 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Interviewing Service of America, Inc. d/b/a Qualitative Insights, d/b/a Field by Design |
| 10-55820 | Tribune Company<br>v.<br>Lasalle Staffing, Inc. d/b/a The Lasalle Network |
| 10-55821 | Tribune Company and Los Angeles Times Communications, LLC<br>v.<br>Edison Media Research, Inc. |
| 10-55822 | Tribune Company and Magic T Music Publishing Company<br>v.<br>Kamakazee Kiwi Corporation |

| Adversary Proceeding No. | Adversary Proceeding Name |
|---|---|
| 10-55823 | Tribune Company <br> v. <br> Eckland Consultants Inc. |
| 10-55825 | Tribune Company and WPIX, Inc. <br> v. <br> Broadcast Marketing International Ltd. d/b/a Prosource |
| 10-55826 | Tribune Company and Tribune Direct Marketing, Inc. <br> v. <br> Carlisle Staffing, Ltd. |
| 10-55827 | Tribune Company <br> v. <br> David Atkinson |
| 10-55828 | Tribune Company and Los Angeles Times Communications LLC <br> v. <br> David Atkinson |
| 10-55829 | Tribune Company and Chicago Tribune Company <br> v. <br> Atlantic Press, Inc. |
| 10-55830 | Tribune Company and Channel 40, Inc. <br> v. <br> Central Valley Engineering & Asphalt, Inc. |
| 10-55831 | Tribune Company and WGN Continental Broadcasting Company <br> v. <br> Midwest Media Group Inc. |
| 10-55832 | Tribune Company and KSWB Inc. <br> v. <br> Midwest Media Group Inc. |
| 10-55833 | Tribune Company and Channel 39, Inc. <br> v. <br> Midwest Media Group Inc. |
| 10-55835 | Tribune Company and KSWB Inc. <br> v. <br> Telemetrics, Inc. |
| 10-55837 | Tribune Company and KWGN Inc. <br> v. <br> Thinair Communications, Inc. |
| 10-55839 | Tribune Company and Los Angeles Times Communications LLC <br> v. <br> Ryder Integrated Logistics, Inc. |
| 10-55842 | Tribune Company and Los Angeles Times Communications LLC <br> v. <br> Stardust Visions, Inc. |
| 10-55843 | Tribune Company and Chicago Tribune Company <br> v. <br> AT&T Inc. d/b/a AT&T Teleconference Services |
| 10-55844 | Tribune Company and Orlando Sentinel Communications Company <br> v. <br> AT&T Inc. |
| 10-55845 | Tribune Company and KIAH Inc. <br> v. <br> AT&T Inc. |
| 10-55846 | Tribune Company and KTLA Inc. <br> v. <br> AT&T Inc. |
| 10-55847 | Tribune Company and Los Angeles Times Communications LLC <br> v. <br> AT&T Inc. d/b/a AT&T Teleconference Services; Bellsouth Communication Systems, Inc.; Bellsouth Telecommunications, Inc.; Bellsouth Communication System, LLC d/b/a AT&T Communications Systems Southeast; and SBC Communications |
| 10-55848 | Tribune Company and Sun-Sentinel Company <br> v. <br> AT&T Inc. |

| Adversary Proceeding No. | Adversary Proceeding Name |
|---|---|
| 10-55849 | Tribune Company and The Baltimore Sun Company<br>v.<br>AT&T Inc. |
| 10-55850 | Tribune Company and The Daily Press, Inc.<br>v.<br>AT&T Inc. |
| 10-55851 | Tribune Company and The Hartford Courant Company<br>v.<br>AT&T Inc. |
| 10-55852 | Tribune Company and The Morning Call, Inc.<br>v.<br>AT&T Inc. |
| 10-55853 | Tribune Company and The Tribune Broadcasting Company<br>v.<br>AT&T Inc. |
| 10-55854 | Tribune Company and Tribune Direct Marketing, Inc.<br>v.<br>Crown Equipment Corporation and Crown Lift Trucks LLC |
| 10-55855 | Tribune Company and Tribune Media Net, Inc.<br>v.<br>AT&T Inc. d/b/a AT&T Teleconference Services; and Bellsouth Communication Systems, Inc. d/b/a AT&T Communication Systems Southeast |
| 10-55856 | Tribune Company and Tribune Television Company<br>v.<br>AT&T Inc. |
| 10-55857 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>IBM Daksh Business Process Services, n/k/a IBM Global Process Services, a Subsidiary of IBM Business Consulting Services, d/b/a IBM Daksh Business Process Services Private Ltd., and International Business Machines Corporation |
| 10-55858 | Tribune Company and KIAH Inc.<br>v.<br>Direct Energy Business LLC, Direct Energy Marketing Inc., and Direct Energy LP, d/b/a Direct Energy Business Services |
| 10-55859 | Tribune Company and California Community News Corporation<br>v.<br>Crown Equipment Corporation and Crown Lift Trucks LLC |
| 10-55860 | Tribune Company and Tribune Media Services, Inc.<br>v.<br>AT&T Inc. |
| 10-55861 | Tribune Company and WPIX, Inc.<br>v.<br>AT&T Inc. |
| 10-55863 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Loconte.2, LLC and Loconte.2, Inc. |
| 10-55866 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Aditya Birla Minacs IT Services Ltd., f/k/a PSI Data Systems, Ltd. |
| 10-55867 | Tribune Company and Sun-Sentinel Company<br>v.<br>Weston Business Plaza, LLC and Weston Business Plaza Partnership |
| 10-55869 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Dvsanalytics, Inc. f/k/a Teledirect International, Inc. |
| 10-55870 | Tribune Company and Sun-Sentinel Company<br>v.<br>Ano-Coil Corporation |
| 10-55871 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>TBWA CHIAT/DAY, Inc. |
| 10-55873 | Tribune Company and Sun-Sentinel Company<br>v.<br>Florida East Coast Railway Corp., as successor in interest to Codina Real Estate Management, Inc. |

| **Adversary Proceeding No.** | **Adversary Proceeding Name** |
|---|---|
| 10-55874 | Tribune Company and Sun-Sentinel Company<br>v.<br>Dvsanalytics, Inc. f/k/a Teledirect International, Inc. |
| 10-55875 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>NTT Data Corporation and MISI Company, Ltd. |
| 10-55876 | Tribune Company and Tribune Direct Marketing, Inc.<br>v.<br>Industrial Staffing Services, Inc. |
| 10-55880 | Tribune Company and Chicago Tribune Company<br>v.<br>Cynergistek, Inc. |
| 10-55881 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Fathom Online Corp and Fathom Online, Inc. |
| 10-55883 | Tribune Company and WPIX, Inc.<br>v.<br>Screenvision Cinema Network, LLC |
| 10-55885 | Tribune Company and Tribune Publishing Company<br>v.<br>Acutech, LLC |
| 10-55886 | Tribune Company and Tribune Direct Marketing, Inc.<br>v.<br>Xerox Corporation |
| 10-55889 | Tribune Company and Tribune Media Services, Inc.<br>v.<br>Advanced Media Research Group, Inc. |
| 10-55891 | Tribune Company and Tribune Media Services, Inc.<br>v.<br>Wendling Printing Company |
| 10-55892 | Tribune Company and Tribune Television Northwest, Inc.<br>v.<br>Howard S. Wright Constructors, LP |
| 10-55893 | Tribune Company<br>v.<br>Magellan Behavioral Health, Inc. and Magellan Health Services, Inc. d/b/a Magellan Behavioral Health, Inc. |
| 10-55895 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Genco Entertainment, Inc. |
| 10-55901 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Around the World for Free, LLC and Around the World Productions, LLC |
| 10-55902 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>Body by Jake Global LLC |
| 10-55909 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Round 2 Communications, LLC |
| 10-55910 | Tribune Company and KIAH, Inc.<br>v.<br>McCann-Erickson USA, Inc. d/b/a Universal McCann |
| 10-55912 | Tribune Company and Magic T Music Publishing Company<br>v.<br>McCann-Erickson USA, Inc. d/b/a Universal McCann |
| 10-55941 | Tribune Company and Tribune Publishing Company<br>v.<br>Howe Sound Pulp and Paper LP |
| 10-55942 | Tribune Company<br>v.<br>Stroz Friedberg, LLC |
| 10-55943 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>CW Licensing, LLC |
| 10-55944 | Tribune Company and Tribune Television Company<br>v. |

46429/0001-7412017v1

| Adversary Proceeding No. | Adversary Proceeding Name |
|---|---|
| | CW Licensing, LLC |
| 10-55945 | Tribune Company and Tribune Television Holdings, Inc.<br>v.<br>CW Licensing, LLC |
| 10-55946 | Tribune Company and WGN Continental Broadcasting Company<br>v.<br>AT&T Inc. |
| 10-55947 | Tribune Company and Tribune Television Northwest, Inc.<br>v.<br>Twentieth Century Fox Film Corporation |
| 10-55948 | Tribune Company and WDCW Broadcasting, Inc.<br>v.<br>Twentieth Century Fox Film Corporation |
| 10-55949 | Tribune Company and  Tribune Television Company<br>v.<br>Twentieth Century Fox Film Corporation |
| 10-55950 | Tribune Company and Tribune Broadcast Holdings, Inc.<br>v.<br>Twentieth Century Fox Film Corporation |
| 10-55951 | Tribune Company and Channel 40, Inc.<br>v.<br>Twentieth Century Fox Film Corporation |
| 10-55953 | Tribune Company and KSWB Inc.<br>v.<br>San Diego Transit Corporation and San Diego Metropolitan Transit System |
| 10-55958 | Tribune Company<br>v.<br>Nixon Peabody LLP |
| 10-55959 | Tribune Company<br>v.<br>Navigant Consulting, Inc. |
| 10-55960 | Tribune Company and Los Angeles Times Communications LLC<br>v.<br>Epsilon Data Management, LLC |

46429/0001-7412017v1