**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Regarding Docket No. 7901** |

**NOTICE OF HEARING**

The undersigned, counsel to Wilmington Trust Company ("Wilmington Trust"), as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, hereby certifies as follows:

1. On February 10, 2011, Wilmington Trust filed its *Motion of Wilmington Trust Company for Authorization to Seal Portions of Letter to Chief Judge Carey from Martin Siegel Including Certain Exhibits Thereto* (Docket No. 7901) (the "Motion").

2. The undersigned certifies that (i) he has received no answer, objection or other responsive pleading with respect to the Motion and (ii) he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with respect to the Motion (Docket No. 7901), objections to the Motion were to be filed and served no later than March 15, 2011 at 4:00 p.m.

WHEREFORE, the Wilmington Trust respectfully requests that this Honorable Court enter the Order attached to the Motion as Exhibit A.

Date:  March 17, 2011                                          **SULLIVAN · HAZELTINE · ALLINSON** LLC
       Wilmington, DE

                                                     */s/ William D. Sullivan*
                                                     William D. Sullivan (No. 2820)
901 North Market Street, Suite 1300
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195
whazeltine@sha-llc.com

-and-

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: gnovod@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*