# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
In re:                                              :     Chapter 11 Cases
                                                    :     Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :     (Jointly Administered)
                                                    :
         Debtors.                                   :     Related Docket No. 8410
                                                    :
                                                    :
-----------------------------------------------------X
```

## NOTICE OF WITHDRAWAL OF ERRONEOUS FILING

COMES NOW Wilmington Trust Company, by and through undersigned counsel, and hereby gives notice of the withdrawal of the Certificate of No Objection *Motion of Wilmington Trust Company for Authorization to Seal Portions of Letter to Chief Judge Carey from Martin Siegel Including Certain Exhibits Thereto* [Docket Item 8410], which was filed in error.

Date: March 17, 2011
      Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

*/s/ E.E. Allinson III*
William D. Sullivan, Esq. (Del. Bar No. 2820)
Elihu E. Allinson, Esq. (Del. Bar No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-4195
Email: bsullivan@sha-llc.com
Email: zallinson@sha-llc.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*