IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2011, I caused copies of the foregoing JOINDER OF TM RETIREES TO THE OBJECTION OF THE MCCORMICK TRIBUNE FOUNDATION AND CANTIGNY FOUNDATION TO THE MOTION OF AURELIUS CAPITAL MANAGEMENT, LLP, DEUTSCHE BANK TRUST COMPANY AMERICAS AND LAW DEBENTURE TRUST COMPANY OF NEW YORK FOR ENTRY OF AN ORDER (I) DETERMINING THAT CREDITORS HAVE RETAINED THEIR STATE LAW CONSTRUCTIVE FRAUDULENT TRANSFER CLAIMS TO RECOVER STOCK REDEMPTION PAYMENTS MADE TO STEP ONE SHAREHOLDERS AND STEP TWO SHAREHOLDERS PURSUANT TO 11 U. S. C. §546(A); (II) DETERMINING THAT THE AUTOMATIC STAY DOES NOT BAR COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS AGAINST SUCH SHAREHOLDERS OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM THE AUTOMATIC STAY TO PERMIT COMMENCEMENT OF SUCH LITIGATION; AND (III) GRANTING LEAVE FROM THE MEDIATION ORDER TO PERMIT COMMENCEMENT OF SUCH LITIGATION to be served via electronic mail upon the following parties:

afaccone@mccarter.com; agoldfarb@zuckerman.com; agordon@paulweiss.com; ahammond@whitecase.com; alevy@paulweiss.com; andrew.goldman@wilmerhale.com; aqureshi@akingump.com; MAshley@chadbourne.com; bberens@jonesday.com; bcarney@akingump.com; bfritz@ny.whitecase.com; bkrakaue@sidley.com; cdoniak@akingump.com; charles.jackson@morganlewis.com; Charles.Platt@wilmerhale.com; ckenney@sidley.com; cmontenegro@kasowitz.com; dadler@mccarter.com; dahall@JonesDay.com; amian.schaible@dpw.com;

Dawn.wilson@wilmerhale.com; ddavidson@morganlewis.com; dennis.glazer@dpw.com; dgolden@akingump.com; dhille@whitecase.com; djnewman@akingump.com; dmiles@sidley.com; donald.bernstein@davispolk.com; drosner@kasowitz.com; dshamah@omm.com; dthomas@sidley.com; dzensky@akingump.com; Elliot.moskowitz@davispolk.com; emccolm@paulweiss.com; Evan.Flaschen@bgllp.com; gbush@zuckerman.com; Gerson.Leonard@dol.gov; gnovod@brownrudnick.com; Goldberg.Elizabeth@dol.gov; Heri.Christine@dol.gov; hkaplan@arkin-law.com; hobartd@hbdlawyers.com; jconlan@sidley.com; jducayet@sidley.com; jbendern@sidley.com; jboccassini@mccarter.com; jdrayton@kayescholer.com; jellias@brownrudnick.com; jgoldsmith@akingump.com; johnstonj@hbdlawyers.com; Jonathan.Agudelo@kayescholer.com; JParver@kayescholer.com; jpeltz@sidley.com; jsottile@zuckerman.com; JYEH@ARKIN-LAW.COM; karen.luftglass@dpw.com; KBromberg@brownrudnick.com; klantry@sidley.com; kmayer@mccarter.com; kstickles@coleschotz.com; DLeMay@chadbourne.com; lmarvin@JonesDay.com; lsilverstein@potteranderson.com; TMcCormack@chadbourne.com; MesterJ@hbdlawyers.com; mhurley@akingump.com; Michael.russano@davispolk.com; MPrimoff@kayescholer.com; msiegel@brownrudnick.com; mstein@kasowitz.com; nchung@akingump.com; ANellos@chadbourne.com; pwackerly@sidley.com; rflagg@sidley.com; rmcneill@potteranderson.com; sbierman@sidley.com; schannej@pepperlaw.com; Schloss.Michael@dol.gov; RSchwinger@chadbourne.com; HSeife@chadbourne.com; sgulati@akingump.com; silverstein@potteranderson.com; SKorpus@kasowitz.com; strattond@pepperlaw.com; tbecker@morganlewis.com; npernick@coleschotz.com; preilley@coleschotz.com; landis@lrclaw.com; bbennett@dl.com; jjohnston@deweyleboeuf.com; jmester@dl.com; pdublin@akingump.com; rcasher@kasowitz.com; rstark@brownrudnick.com; rbrady@ycst.com; mbcleary@ycst.com; wbowden@ashby-geddes.com; awinfree@ashby-geddes.com; collins@rlf.com; gmcdaniel@bglawde.com; bsullivan@sha-llc.com; zallinson@sha-llc.com; RWRiley@duanemorris.com; mfelger@cozen.com; jhenderson@sidley.com; jboelter@sidley.com;john.sieger@kattenlaw.com

| | |
|---|---|
| Dated: March 17, 2011<br>Wilmington, Delaware | **/s/ Adam Hiller**<br>Adam Hiller (DE No. 4105)<br>Pinckney, Harris & Weidinger, LLC<br>1220 North Market Street, Suite 950<br>Wilmington, Delaware 19801<br>(302) 504-1497 telephone<br>(302) 442-7046 facsimile |