# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** March 17, 2011

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lauren Bickmore | Jones Day | Special Committee of the Board of Directors |
| David Zensky | Akin Gump | Aurelius |
| Daniel Bolden | '' | '' |
| Mitchell Hurley | '' | '' |
| James Ducayet | Sidley Austin | Debtors |
| Michelle Marino | DLA Piper | Barclays |
| Christine Montenegro | Kasowitz Benson Torres | Law Debenture |
| | | |
| | | |
| | | |
| | | |

**SIGN-IN-SHEET**

CASE NAME:    Tribune Company
CASE NO.    08-13141-KJC

COURTROOM LOCATION: 5
DATE: March 17, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ronald S. Flagg | Sidley Austin LLC | Debtors |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Matt Stein | Kasowitz Benson | " " |
| William Sullivan | Sullivan Kazelko Hilinski | Wilmington Trust |
| Marti Siegel | Brown Rudnick LLP | " " |
| Laura Johnston | Bouchard & Co Breef | Oaktree + Angelo Gordon |
| Greg Barrett | " | " |
| Joshua Nuggdas | " | " |
| Blake Cleary | Young Conaway | " |
| Norman Pernick | Cole Schotz | States |
| James Conlan | Sidley | " |
| James Bendernagel | " | " |
| James Bayes | Wiley Rein | JPMC |
| Dan Liebentritt | Tribune | Tribune |

# SIGN-IN-SHEET

COURTROOM LOCATION: 5
DATE: March 17, 2011

CASE NAME: TRIBUNE COMPANY / Abitibibowater, Inc.
CASE NO. 09-11296-KJC
        08-13141

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bill Bowden | Ashby & Geddes | Aurelius |
| Ed Friedman | Friedman Kaplan | " |
| Kirby Jaraslow | " | " |
| Meredith Santal | Lehman Santa | " |
| Sally Bruckman | " | " |
| Nancy Chung | Akin Gump | " |
| Dawson Herbugh | " | " |
| David Zinsley | " | " |
| Ben kaminitsky | Dous Polk | JP Morg. Chan |
| Elliot Molnesty | " | " |
| Michael lupine | " | " |
| Lynn Busath | " | " |
| Damien Schaeffer | " | " |
| Bob Stern | ref | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** March 17, 2011

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath Cobb | The Committee |
| Daniel B. Rath | " " | " " |
| Howard Seife | Chadbourne + Parke | " " |
| David LeMay | " " | " " |
| Thomas McCormack | " " | " " |
| Robert Schwinger | " " | " " |
| Douglas Deutsch | " " | " " |
| Marc Ashley | " " | " " |
| Andrew Rosenblatt | " " | " " |
| James Sottile | Zuckerman Spaeder | " " |
| Graeme Bush | " " | " " |
| Andrew Goldfarb | " " | " " |
| | | |

# SIGN-IN-SHEET

CASE NAME:    Tribune Company
CASE NO.    08-13141-KJC

COURTROOM LOCATION:  5
DATE: March 17, 2011

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katharine Mayer | McCarter & English | DBTCA |
| David Adler | '' | '' |
| Laurie Selber Silverstein | Potter Anderson & Corroon | Merill Lynch |
| R. Stephen McNeil | '' | '' |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 03/17/2011
Calendar Time: 10:00 AM ET

*1st Revision 03/16/2011 02:04 PM*

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4094561 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4089163 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4078693 | Marc D. Ashley | 212-408-5194 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4095892 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4075925 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4083698 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4081586 | John Berry | 212-872-8075 | Akin, Gump, Strauss, Hauer & Feld, LLP | Creditor, Aurelius / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4087683 | David C Bohan | 312-902-5566 | Katten Muchin Rosenman LLP | Creditor, McCormick Foundation / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4080038 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4087471 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4083458 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4079364 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4095791 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4094790 | Nick Campanario | 312-407-0974 | Skadden Arps Slate Meagher & Flom | Third Party, Former Special Committee of Tribune's Board of Directors / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4081809 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | Hearing | 08-13141 | 4082890 | Andrew Caridas | (202) 778-1800 | Zuckerman Speaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4093397 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4084761 | Mark D. Collins | 302-651-7531 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4084836 | Peter Couri | (203) 552-6900 | Cooperstown Capital Management, | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4087476 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4092138 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4078108 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4095666 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4077267 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| Tribune Company | Hearing | 08-13141 | 4094637 | Matthew Elmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4092201 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4090467 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4081516 | Mina Fattas | (212) 672-7011 | Viking Global Investors | Interested Party, Mina Fattas / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4102549 | Ronald Flagg | (202) 736-8171 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4090421 | Matthew Frank | 312-371-9955 | Alvarez & Marsal Inc | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4074503 | Ashish D. Gandhi | (212) 310-8024 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | Hearing | 08-13141 | 4098874 | Arif Gangat | (212) 584-1160 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4079462 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4081648 | Michelle Goldis | 212-295-6329 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | Hearing | 08-13141 | 4081473 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | Hearing | 08-13141 | 4086641 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LIVE |
| Tribune Company | Hearing | 08-13141 | 4093849 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |

| | | | ID | Name | Firm | Phone | Role |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4087433 | Peter Gruszka | Chicago Fundamental Investment | 312-416-4215 | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081816 | Nicholas Heilbut | Serengeti Asset Management | (212) 466-2167 | Interested Party, Serengeti Asset Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4091720 | Janet Henderson | Sidley Austin | (312) 853-2931 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4093089 | Kizzy L. Jarashow | Friedman Kaplan Seiler & Adelman | (212) 833-1115 | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078598 | Anna Kalenchits | Anna Kalenchits | (212) 723-1808 | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4091629 | Ken Kansa | Sidley Austin LLP | 312-853-7163 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4101380 | Stuart Kaufman | Alvarez & Marsal | (224) 388-0634 | Financial Advisor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4099129 | Jordan Kaye | Kramer Levin Naftalis & Frankel, LLP | (212) 715-9489 | Creditor, Deutsche Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079984 | Peter Kim | Davis Polk & Wardwell LLP | (212) 450-3028 | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4093049 | Sheron Korpus | Kasowitz Benson Torres & Friedman | (212) 506-1700 | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4091573 | Bryan Krakauer | Sidley Austin | (312) 853-7515 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4084827 | Joe Leiwant | Duff & Phelps | (973) 775-8336 | Non-Party, - / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078160 | David LeMay | Chadbourne & Park, LLP | (212) 408-5100 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4087448 | Andrew Levy | Paul Weiss Rifkind Wharton & | (202) 223-7328 | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4075874 | Kenneth C. Liang | Oaktree Capital Management | (213) 830-6422 | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4092177 | Don Liebentritt | Tribune Company | (312) 222-3651 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4074482 | David Litvack | Weil Gotshal & Manges LLP | (212) 310-8361 | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081657 | Neil S Losquadro | Brigade Capital Management | (212) 745-9758 | Interested Party, Neil S Losquadro / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4091981 | Jillian Ludwig | Sidley Austin | 312-853-7623 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4079721 | Jessica Marrero | Chadbourne & Parke LLP | (212) 408-5100 | Interested Party, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4093184 | Lynn Marvin | Jones Day | (212) 326-3978 | Creditor, Special Committee of the Board of Directors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4086626 | Elizabeth McColm | Paul Weiss Rifkind Wharton & | 212-373-3000 | Interested Party, Citigroup / LISTEN ONLY |

Raymond Reyes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4078624 | Thomas McCormack | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4079598 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4087565 | Eitan Melamed | 310-907-0455 | Barclays Capital, Inc. | Creditor, Barclays Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4095796 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4101384 | Tina Moss | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4094273 | Lance A. Mulhern | (212) 237-0000 | Vinson & Elkins LLP | Representing, - / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4094874 | Claire P. Murphy | 312-641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4092329 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4101296 | Rebecca Neumann | (202) 416-1082 | The Lerman Senter | Creditor, Aurelius Capital Management, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4082755 | Jeffrey Olinsky - CLIENT | (212) 705-7857 | Bingham McCutchen, LLP | Creditor, Deutsche Bank AG New York Branch / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4101312 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4103020 | Jane Parver | 212-836-8510 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4087454 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4101263 | Daniel J. Polatsek | (312) 902-5596 | Katten, Muchin, Rosenman | Interested Party, Katten, Muchin, Rosenman / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4102915 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4081440 | Shaya Rochester | (212) 872-1076 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4081610 | Courtney Rogers | 203-897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4078240 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4093158 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4091933 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | Hearing | 08-13141 | 4074452 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | Hearing | 08-13141 | 4081629 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4083326 | Robert Schwarz | (212) 872-7441 | Raymond James | Other Prof., Expert / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4078032 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4081896 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | Hearing | 08-13141 | 4084792 | Chaney M Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4093226 | Daniel A Shmikler | (312) 641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4095639 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4095912 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | Hearing | 08-13141 | 4078746 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4085784 | Robert Stark | 212-209-4862 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | Hearing | 08-13141 | 4093170 | Xochitl Strohbehn | (312) 326-3691 | Jones Day | Interested Party, Board of Committee / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4098787 | Sina Toussi | 212-230-4510 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4095936 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | Hearing | 08-13141 | 4074108 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4082655 | Chad Valerio - (CLIENT) | (212) 705-7857 | Bingham McCutchen, LLP | Creditor, Deutsche Bank AG New York Branch / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4080939 | Frank Vazquez | (212) 408-5111 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4093069 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Interested Party, Macquarie Capital (USA) / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4097328 | Patrick Wackerly | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4092272 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4081867 | Brian Whitman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4098598 | Jennifer Wild | (212) 418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4095601 | Ben Wilson | (212) 412-7642 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4071425 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |