# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
In re:                                      :    Chapter 11 Cases
                                            :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                    :    (Jointly Administered)
                                            :
         Debtors.                           :    Related to Docket Nos. 8411
-----------------------------------------------------X
```

## DECLARATION OF SERVICE

I, Heidi M. Coleman, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

3. On the 18th day of March 2011, I caused copies of the following document to be served upon the parties on listed on Exhibit A via U.S. Mail, First Class, postage pre-paid:

    - *Certificate of No Objection Regarding Motion of Wilmington Trust Company for Authorization to Seal Portions of Letter to Chief Judge Carey from Martin Siegel Including Certain Exhibits Thereto* (Filed March 17, 2011; Docket No. 8411).

I declare under penalty of perjury that the foregoing is true and correct.

Date:  March 18, 2011           By:    */s/ Heidi M. Coleman*
       Wilmington, Delaware            Heidi M. Coleman, AACP, DCP