# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| Debtors. : | Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, *et al.* : | |
| Plaintiff, : | Adv. Pro. No. 10-54010 (KJC) |
| v. : | |
| FITZSIMONS, *et al.*, : | |
| Defendants. : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PAPERS

PLEASE TAKE NOTICE that Timothy P. Knight ("Mr. Knight"), by and through its undersigned counsel, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in these cases and all papers served in these cases be given to and served upon the undersigned at the offices set forth below:

| | |
|---|---|
| Anthony M. Saccullo, Esquire | Michael T. Hannafan, Esquire |
| Thomas H. Kovach, Esquire | Blake T. Hannafan, Esquire |
| A. M. SACCULLO LEGAL, LLC | James A. McGuinness, Esquire |
| 27 Crimson King Drive | HANNAFAN & HANNAFAN, LTD. |
| Bear, Delaware 19701 | One East Wacker Drive, Suite 2800 |
| (302) 836-8877 | Chicago, Illinois 60601 |
| (302) 836-8787 (facsimile) | (312) 527-0055 |
| ams@saccullolegal.com | (312) 527-0220 (facsimile) |
| kovach@saccullolegal.com | mth@hannafanlaw.com |
| | bth@hannafanlaw.com |
| | jam@hannafanlaw.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, or otherwise which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that Mr. Knight does not intend this Notice of Appearance or any later appearance, pleading or claim to waive:  (1) his right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which he is, or may be, entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: March 18, 2011               A. M. SACCULLO LEGAL, LLC

*/s/ Anthony M. Saccullo*
Anthony M. Saccullo (Bar No. 4141)
Thomas H. Kovach (Bar No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (facsimile)
ams@saccullolegal.com
kovach@saccullolegal.com
            and
Michael T. Hannafan, Esquire
Blake T. Hannafan, Esquire
James A. McGuinness, Esquire
HANNAFAN & HANNAFAN, LTD.
One East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-0055
(312) 527-0220 (facsimile)
mth@hannafanlaw.com
bth@hannafanlaw.com
jam@hannafanlaw.com

*Counsel to Timothy P. Knight*