# EXHIBIT A

# JONES DAY

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 11/24/10 | P A PROGER | 0.50 | 450.00 |

Review revised confidentiality agreement (.30); telephone call with Eldersveld regarding same (.20).

| 11/28/10 | P A PROGER | 1.00 | 900.00 |

Review diligence materials (.40); telephone call with Eldersveld re same (.60).

| 11/30/10 | P A PROGER | 0.30 | 270.00 |

Review materials in Electronic data room.

| 11/30/10 | R C THOMAS | 0.80 | 420.00 |

Communicate with Proger and Eldersveld regarding review of materials in data room (.40); review file regarding prior analysis (.40).

| 12/01/10 | R C THOMAS | 1.00 | 525.00 |

Review materials in data room and communicate with Eldersveld regarding same (.50); review file regarding prior analysis (.50).

| 12/22/10 | R C THOMAS | 2.00 | 1,050.00 |

Communicate with client regarding potential new antitrust matter (.40); review background materials regarding same (.1.20); communicate with Proger regarding same (.40).

| 12/23/10 | K M FENTON | 0.30 | 225.00 |

Review correspondence regarding data room issues.

| 12/23/10 | R C THOMAS | 2.50 | 1,312.50 |

Review data room in connection with potential antitrust matter (1.00); communicate with Proger regarding same (.30); draft proposed workflow for review of documents in data room (1.00); communicate with client regarding same (.20).

| 12/27/10 | K M FENTON | 0.20 | 150.00 |

Review correspondence regarding data room issues.

| 12/27/10 | P A PROGER | 0.50 | 450.00 |

Review antitrust sensitivity of documents and information in the virtual data room (.30); review same and discuss with Thomas (.20).

| 12/27/10 | R C THOMAS | 4.50 | 2,362.50 |

Review data room in connection with potential antitrust matter (3.50); communicate with client regarding same (.50); communicate with counsel regarding data room (.30); conference with Proger regarding antitrust sensitivity of documents (.20).

| 12/28/10 | P A PROGER | 0.30 | 270.00 |

Review virtual data room antitrust sensitivity issues

| 12/28/10 | R C THOMAS | 4.30 | 2,257.50 |

Review data room in connection with potential antitrust matter (1.00); review draft letter to Financial advisor (1.00); communicate with client regarding same (1.00); review comments on letter from Eldedrsveld (1.30).

| 12/29/10 | K M FENTON | 0.30 | 225.00 |

Review proposed work plan.

| 12/29/10 | R C THOMAS | 0.80 | 420.00 |

Review revised due diligence list with counsel comments (.40); and communicate with client regarding same (.40).

| 12/30/10 | R C THOMAS | 0.30 | 157.50 |

Review data room in connection with potential antitrust matter (.20); communicate with client regarding same (.10).

| 12/31/10 | R C THOMAS | 0.30 | 157.50 |

Review data room in connection with potential antitrust matter (.20); communicate with client regarding same (.10).

| 01/03/11 | R C THOMAS | 2.10 | 1,207.50 |

Review draft correspondence to Financial advisor regarding potential antitrust matter (1.10); communicate with client regarding same (1.00).

# JONES DAY

| Confidential Matter | | | Page 2 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 01/05/11 | K M FENTON | 0.50 | 400.00 |
| Review data room documents. | | | |
| 01/05/11 | R C THOMAS | 0.30 | 172.50 |
| Review data room in connection with potential antitrust matter (.20); communicate with client regarding same (.10). | | | |
| 01/06/11 | K M FENTON | 0.50 | 400.00 |
| Discussion with client regarding due diligence issues (.20); outline talking points regarding same (.30). | | | |
| 01/11/11 | K M FENTON | 0.30 | 240.00 |
| Discussion with client regarding legal due diligence questions (.20) and review draft regarding same (.10). | | | |
| 01/12/11 | K M FENTON | 0.50 | 400.00 |
| Prepare for and participate in conference call regarding due diligence issues. | | | |
| 01/17/11 | K M FENTON | 0.30 | 240.00 |
| Review revised list of due diligence questions. | | | |
| 01/17/11 | R C THOMAS | 0.30 | 172.50 |
| Communicate with client regarding potential antitrust matter (.10); review draft questions for management meeting (.20). | | | |
| 01/18/11 | K M FENTON | 0.30 | 240.00 |
| Discussions regarding due diligence issues and next steps. | | | |
| 01/19/11 | K M FENTON | 0.30 | 240.00 |
| Review management presentation. | | | |
| 01/20/11 | K M FENTON | 0.50 | 400.00 |
| Review and comment on draft due diligence materials (.20); discussion with client regarding same (.10); discussion with Thomas regarding documents (.20). | | | |
| 01/20/11 | R C THOMAS | 1.30 | 747.50 |
| Review correspondence from client regarding potential antitrust matter (.70); analyze documents (.40); and communicate with Fenton regarding same (.20). | | | |
| 01/28/11 | K M FENTON | 0.30 | 240.00 |
| Discussion with Thomas regarding due diligence questions. | | | |
| 01/28/11 | R C THOMAS | 1.30 | 747.50 |
| Review documents in connection with potential antitrust matter (.70); communicate with client regarding same (.30); communicate with Fenton regarding due diligence issues (.30). | | | |
| 01/31/11 | K M FENTON | 0.30 | 240.00 |
| Review additional data room documents (.20); discussion with Thomas regarding same (.10). | | | |
| 01/31/11 | R C THOMAS | 0.30 | 172.50 |
| Review correspondence from client regarding potential antitrust matter (.20); communicate with Fenton regarding same (.10). | | | |
| **TOTAL** | | 29.30 | USD | 17,862.50 |

# JONES DAY

Advice on Antitrust Matters                                                                 Page 1

| | | | |
|---|---|---|---|
| 11/12/10 | D N CHI | 0.20 | 80.00 |
| Review and revise bill to conform to court rules. | | | |
| 11/29/10 | D N CHI | 0.70 | 280.00 |
| Draft and revise seventh fee application. | | | |
| 11/30/10 | D N CHI | 1.10 | 440.00 |
| Revise and finalize seventh fee application (1.00); coordinate filing and service of same. (.10) | | | |
| 01/07/11 | D N CHI | 0.80 | 380.00 |
| Draft and revise fifth interim fee application. | | | |
| 01/12/11 | D N CHI | 0.10 | 47.50 |
| Coordinate filing of fifth interim fee application. | | | |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | 2.90 | USD | 1,227.50 |

# JONES DAY

| Antitrust Advice | | | Page 1 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 11/05/10 | P A PROGER | 0.30 | | 270.00 |
| | Draft email regarding Bralow (.20); telephone call with Bralow regarding same (.10). | | | |
| 11/08/10 | P A PROGER | 0.20 | | 180.00 |
| | Review antitrust issues (.10); voice message to Bralow regarding same (.10). | | | |
| **TOTAL** | | 0.50 | USD | 450.00 |

# EXHIBIT B

# JONES DAY

Tribune Company _____ Page 1

Confidential Matter

**DISBURSEMENT DETAIL - January 31, 2011**

| Date | Timekeeper Name | Location | Amount | |
|------|-----------------|----------|--------|---|
| | | | | |
| **LONG DISTANCE CHARGES** | | | | |
| 01/27/11 | K M FENTON | WAS | 4.35 | |
| | Long distance charges Conference call with client 12-Jan-2011 | | | |
| | **Long distance charges Subtotal** | | | 4.35 |
| | Total | | USD | 4.35 |

Antitrust Advice

**DISBURSEMENT DETAIL - January 31, 2011**

| Date | Timekeeper Name | Location | Amount | |
|------|-----------------|----------|--------|---|
| | | | | |
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 11/11/10 | CHI ACCOUNTING | CHI | 10.32 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 7/1/10 - 9/30/10 | | | |
| | **Computerized research services Subtotal** | | | 10.32 |
| | Total | | USD | 10.32 |
| **Grand Total** | | | USD | 14.67 |

**EXHIBIT C**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

1.      I am a partner in the law firm of Jones Day.  I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[2] regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

2.　　　　I have read the Eighth Application of Jones Day for Allowance of

Compensation for and for Reimbursement of Expenses for the Period from November 1, 2010

through January 31, 2011 (the "Application").

3.　　　　A Jones Day attorney has reviewed the requirements of the Guidelines

For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11

U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies

with the Guidelines and the Local Rules.


Dated:  March 18, 2011　　　　　　　　/s/ Phillip A. Proger_____
　　　　　　　　　　　　　　　　　　　　Phillip A. Proger