# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Leslie | Date Created: 3/18/2011 |
| Case: 08−13141−KJC | Form ID: ntcBK | Total: 22 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
aty     Bryan Krakauer     bkrakauer@sidley.com
aty     Michael A. Henry     mhenry@grossmcginley.com

    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Tribune Company     435 N. Michigan Avenue     Chicago, IL 60611
aty     Carl D. Neff     Ciardi Ciardi &Astin     919 N. Market Street     Suite 700     Wilmington, DE 19801     U.S.A.
aty     Carl D. Neff     Ciardi Ciardi &Astin     919 N. Market Street     Suite 700     Wilmington, DE 19801     U.S.A.
aty     Edward Cerasia, II     Seyfarth Shaw LLP     620 Eighth Avenue     32nd Floor     New York, NY 10018
aty     George R. Dougherty     Grippo &Elden LLC     111 S. Wacker Drive     Chicago, IL 60606
aty     J. Kate Stickles     Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue, Suite 1410     Wilmington, DE 19801
aty     J. Kate Stickles     Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue, Suite 1410     Wilmington, DE 19801
aty     James F. Conlan     Sidley Austin LLP     One South Dearborn Street     Chicago, IL 60603
aty     Jared D. Zajac     McDermott Will &Emery LLP     340 Madison Avenue     New York, NY 10173−0002
aty     John H. Strock, III     Fox Rothschild LLP     919 N. Market St., Suite 1300     P.O Box 2323     Wilmington, DE 19899−2323
aty     John R. McCambridge     Grippo &Elden     111 S. Wacker Drive     Chicago, IL 60606
aty     Michael W. kazan     Grippo &Elden LLC     111 S. Wacker Drive     Chicago, IL 60606
aty     Norman L. Pernick     Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue,Suite 1410     Wilmington, DE 19801
aty     Patricia K Smoots     Grippo &Elden LLC     111 S. Wacker Drive     Chicago, IL 60606
aty     Patrick J. Reilley     Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue, Suite 1410     Wilmington, DE 19801
aty     Patrick T. Nash     Grippo &Elden     111 S. Wacker Drive     Chicago, IL 60606
aty     Patrick Theodore Garvey     Johnson &Bell, Ltd     33 W. Monroe, Suite 2700     Chicago, IL 60603
aty     Robert S. Brady     Young, Conaway, Stargatt &Taylor     The Brandywine Bldg.     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty     Stephen Novack     Novack and Macey LLP     100 North Riverside Plaza     Chicago, IL 312−419−6900 312−419−6928

    TOTAL: 19