# EXHIBIT A



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Invoice No. 1817985
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through January 31, 2011

**JoAnn Parker v.; Case No. 2009L010092 0000001909**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/04/11 | N. Riesco | L120 | 0 | Compose correspondence to opposing counsel concerning overdue discovery responses. | 0.30 | 120.00 |
| 01/06/11 | N. Riesco | L160 | 0 | Review and respond to correspondence from A. Jubelirer concerning settlement demand. | 0.30 | 120.00 |
| 01/11/11 | N. Riesco | L190 | 0 | Draft correspondence to P. Bender regarding overdue discovery responses and potential motion to compel. | 0.20 | 80.00 |
| 01/12/11 | N. Riesco | L110 | 0 | Call from P. Bender regarding overdue responses to defendant's second set of discovery requests. | 0.20 | 80.00 |
| 01/18/11 | N. Riesco | L190 | 0 | Communications with P. Bender regarding plaintiff's responses to CTC's second set of discovery requests. | 0.10 | 40.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/24/11 | N. Riesco | L190 | 0 | Communications with P. Bender regarding overdue discovery responses and potential extension to discovery period. | 0.50 | 200.00 |

**Total Hours**                                    1.60

**Total Fees**                                                    $640.00

**Less Discount**                                            ($64.00)

**Total Fees After Discount**                        $576.00

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 1.60 | hours at | $400.00 | per hour |

**Total Disbursements**                                    0.00

**Total Amount Due**                                        $576.00



SEYFARTH
SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1817985
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $640.00 |
| Less Discount | ($64.00) |
| Total Fees after Discount | $576.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $576.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Invoice No. 1817984
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through January 31, 2011

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/19/11 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding Mailer information request and labor law issues concerning same. | 0.50 | 347.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 0.50 | |
| **Total Fees** | | | | | | $347.50 |
| **Less Discount** | | | | | | ($34.75) |
| **Total Fees After Discount** | | | | | | $312.75 |

### Timekeeper Summary

| J. Sherman | Partner | - | 0.50 | hours at | $695.00 | per hour |
|------------|---------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

**Total Disbursements**                                          0.00

**Total Amount Due**                                          $312.75

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1817984
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $347.50 |
| Less Discount | ($34.75) |
| Total Fees after Discount | $312.75 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $312.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Invoice No. 1817987
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through January 31, 2011

### Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/03/11 | N. Riesco | L243 | 0 | Various communications with A. Jubelirer and G. Silva regarding memorandum of law, statement of facts and G. Silva affidavit in support of motion for summary judgment (.6); draft, edit and revise summary judgment materials (.5). | 1.10 | 440.00 |
| 01/04/11 | N. Riesco | L120 | 0 | Various communications with A. Jubelirer and G. Silva regarding memorandum of law, statement of facts and Silva affidavit in support of motion for summary judgment (.4); draft, edit and revise summary judgment materials (1.6). | 2.00 | 800.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1817987

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/05/11 | N. Riesco | L243 | 0 | Draft, edit, revise and finalize summary judgment materials, including factual references and citations (2.0); correspondence with G. Silva regarding affidavit (.1). | 2.10 | 840.00 |
| 01/06/11 | N. Riesco | L243 | 0 | Communications with G. Silva regarding summary judgment affidavit (.2); draft appendix of evidentiary materials and motion for summary judgment (.6); edit, revise and finalize summary judgment materials in preparation for filing (.6). | 1.40 | 560.00 |
| 01/07/11 | N. Riesco | L120 | 0 | Communications with G. Silva regarding exhibits to affidavit (.2); finalize and electronically file motion for summary judgment, memorandum of law in support of motion for summary judgment and statement of uncontested facts and appendix (.7). | 0.90 | 360.00 |
| 01/24/11 | N. Riesco | L243 | 0 | Call from T. Kershah to request extension of time to file opposition to motion for summary judgment. | 0.10 | 40.00 |
| 01/26/11 | N. Riesco | L243 | 0 | Review correspondence from opposing counsel including proposed motion and related order for extension of time to respond to summary judgment motion. | 0.20 | 80.00 |

| | | |
|---|---|---|
| **Total Hours** | 7.80 | |
| **Total Fees** | | $3,120.00 |
| **Less Discount** | | ($312.00) |
| **Total Fees After Discount** | | $2,808.00 |

**Timekeeper Summary**

| N. Riesco | Associate | - | 7.80 | hours at | $400.00 | per hour |
|-----------|-----------|---|------|----------|---------|----------|



Tribune Company

| Disbursements | Value |
|---|---|
| Copying | 27.90 |
| Online Research | 2.95 |
| **Total Disbursements** | 30.85 |
| **Total Amount Due** | $2,838.85 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1817987
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,120.00 |
| Less Discount | ($312.00) |
| Total Fees after Discount | $2,808.00 |
| Total Disbursements | 30.85 |
| Total Fees and Disbursements This Statement | $2,838.85 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Invoice No. 1817992
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through January 31, 2011

### Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/05/11 | J. McManus | B110 | 0 | Review notice from local counsel regarding interim fee application (.10); draft Fifth Quarterly Fee Application (.90). | 1.00 | 275.00 |
| 01/06/11 | J. McManus | B110 | 0 | Prepare pleading portion of Fifth Interim Fee Application. | 1.30 | 357.50 |
| 01/12/11 | J. McManus | B110 | 0 | Prepare Fifth Interim Fee Application (1.20); confer with A. Shepro regarding assistance with same (.10). | 1.30 | 357.50 |
| 01/12/11 | A. Shepro | B110 | 0 | Edit attorney hours and compensation by matter on the Fourteen Monthly Fee Application. | 1.60 | 160.00 |
| 01/13/11 | J. Sherman | L120 | 0 | Review Fourteenth Monthly Fee Application (.3); redact detail for privilege purposes (.3). | 0.60 | 417.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/13/11 | J. McManus | B110 | 0 | Review and revise pleading portion of Fourteenth Monthly Fee Application (.60); confer with J. Sherman regarding same and regarding redactions to time detail (.10); confer with local counsel regarding filing fee application (.10); confer with A. Shepro regarding finalizing exhibit portion of fee application (.10). | 0.90 | 247.50 |
| 01/13/11 | A. Shepro | B110 | 0 | Calculate total hours for staff and attorneys, matters and charges for expenses for the Fifth Quarterly Fee Application. | 2.60 | 260.00 |
| 01/14/11 | J. Sherman | L120 | 0 | Review and execute Fifth Quarterly Fee Application. | 0.30 | 208.50 |
| 01/14/11 | J. McManus | B110 | 0 | Revise Fifth Quarterly Fee Application pleading portion (.80); review and revise exhibit portion of fee application (.60); finalize and assemble same for filing (.30); confer with J. Sherman regarding same (.10). | 1.80 | 495.00 |
| 01/14/11 | A. Shepro | B110 | 0 | Edit and review compensation by matter, expenses, and attorney rates in Fifth Quarterly Fee Application. | 2.10 | 210.00 |
| 01/21/11 | J. McManus | B110 | 0 | Review and edit time detail for Fifteenth Monthly Fee Application. | 0.50 | 137.50 |
| 01/28/11 | J. Sherman | L120 | 0 | Review and redact invoices for privilege purposes in connection with Fifteen Monthly Fee Application. | 0.50 | 347.50 |
| 01/28/11 | J. McManus | B110 | 0 | Review and edit time detail for Fifteenth Monthly Fee Application. | 0.50 | 137.50 |
| 01/31/11 | J. McManus | B110 | 0 | Prepare Fifteenth Monthly Fee Application. | 0.60 | 165.00 |

**Total Hours**                                                                                     15.60

**Total Fees**                                                                                      $3,775.50

**Less Discount**                                                                                   ($377.55)


**SEYFARTH**
ATTORNEYS
**SHAW** LLP

Invoice No. 1817992

Page 3

Tribune Company/Sherman

**Total Fees After Discount**                                                                $3,397.95

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.40 | hours at | $695.00 | per hour |
| J. McManus | Paralegal | - | 7.90 | hours at | $275.00 | per hour |
| A. Shepro | Legal Asst. | - | 6.30 | hours at | $100.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Online Research** | |
| 01/31/11 | Online Research - PACER SERVICE CENTER 4th Quarter Charges 2010 | 3.60 |

**Total Disbursements**                                                                        3.60

**Total Amount Due**                                                                      $3,401.55

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1817992
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,775.50 |
| Less Discount | ($377.55) |
| Total Fees after Discount | $3,397.95 |
| Total Disbursements | 3.60 |
| Total Fees and Disbursements This Statement | $3,401.55 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Invoice No. 1817995
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through January 31, 2011

### Allen v. am New York

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/07/11 | E. Cerasia II | L250 | 0 | Review/analyze plaintiffs' reply brief to formulate strategy for oral argument (.70); email correspondence and telephone conference with K. Lantry and C. Kline regarding plaintiffs' reply brief, arguments for the Court, and discovery responses (.90); email correspondence with M. Palmer regarding failure to produce tax returns (.10). | 1.70 | 1,241.00 |
| 01/07/11 | A. Warshaw | L320 | 0 | Review plaintiffs' discovery responses and production regarding request for tax and other financial information. | 0.40 | 142.00 |
| 01/09/11 | E. Cerasia II | L250 | 0 | Continue to review/analyze plaintiffs' reply papers in connection with class certification motion and formulate strategy/arguments to highlight at oral argument. | 1.20 | 876.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/10/11 | E. Cerasia II | L250 | 0 | Prepare for oral argument on class certification motion (.50); telephone conference with K. Lantry and C. Kline regarding strategy for oral argument and follow-up call with K. Lantry regarding same (.50); communications with M. Palmer regarding plaintiffs' tax returns and impact on hearing (.20); telephone conference with J. Osick regarding plaintiffs' reply papers, status regarding productin of tax returns and strategy for oral argument (.10). | 1.30 | 949.00 |
| 01/10/11 | A. Warshaw | L250 | 0 | Telephone conference with E. Cerasia, K. Lantry and C. Kline regarding upcoming oral argument for class certification motion in Delaware bankruptcy court. | 0.50 | 177.50 |
| 01/11/11 | E. Cerasia II | L250 | 0 | Telephone conference with K. Lantry, M. Palmer and D. Hester regarding lack of production of tax returns (.40); telephone conference with K. Lantry regarding same and strategy for oral argument (.20); begin to prepare for oral argument on class certification motion (.40). | 1.00 | 730.00 |
| 01/11/11 | A. Warshaw | L250 | 0 | Compile and review documents and pleadings in advance of oral argument on motion for class certification in Delaware bankruptcy court. | 1.20 | 426.00 |
| 01/12/11 | E. Cerasia II | L250 | 0 | Review plaintiff's document production of income records and Evans' 2006 tax return (.30); email correspond with M. Palmer and K. Lantry regarding status of production of plaintiffs' tax returns (.20); prepare for class certification hearing (3.80). | 4.30 | 3,139.00 |
| 01/12/11 | A. Warshaw | L250 | 0 | Critically analyze document production provided by plaintiffs regarding wage information. | 0.40 | 142.00 |


ATTORNEYS

Invoice No. 1817995

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/13/11 | E. Cerasia II | L250 | 0 | Continue to prepare for oral argument on motion for class certification, including discussions with K. Lantry regarding same (2.50); represent Tribune at oral argument before Bankruptcy Judge Casey (3.80); and email to J. Osick regarding court ordering parties to mediation and next steps regarding same (.20). | 6.50 | 4,745.00 |
| 01/13/11 | A. Warshaw | L250 | 0 | Review and organize documents in preparation for hearing on motion for class certification before Delaware bankruptcy court. | 0.30 | 106.50 |
| 01/13/11 | A. Warshaw | L530 | 0 | Attend oral argument on motion for class certification before Delaware bankruptcy court. | 5.70 | 2,023.50 |
| 01/14/11 | E. Cerasia II | L160 | 0 | Email correspondence to D. Warner (Mitchell's counsel) regarding court's order to mediate (.10); follow-up email with J. Osick, J. Lantry and C. Kline regarding same (.10); and review Sidley's draft of proposed order to mediate case (.10). | 0.30 | 219.00 |
| 01/18/11 | E. Cerasia II | L160 | 0 | Research regarding potential mediators (.20); and revise proposed Mediation Order and email with C. Kline and K. Stickles regarding same and selection of mediator (.30). | 0.50 | 365.00 |
| 01/21/11 | E. Cerasia II | L160 | 0 | Telephone conference with M. Palmer regarding potential mediators for case. | 0.20 | 146.00 |
| 01/24/11 | E. Cerasia II | L160 | 0 | Telephone conference with J. Osick regarding proposed mediators and strategy. | 0.20 | 146.00 |
| 01/26/11 | A. Warshaw | L250 | 0 | Telephone conference and email communication with C. Kline regarding proposed order for scheduling of mediation. | 0.60 | 213.00 |

**Total Hours** 26.30

**Total Fees** $15,786.50



Tribune Company

| | |
|---|---:|
| **Less Discount** | <u>($1,578.65)</u> |
| **Total Fees After Discount** | $14,207.85 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 17.20 | hours at | $730.00 | per hour |
| A. Warshaw | Associate | - | 9.10 | hours at | $355.00 | per hour |

| **Disbursements** | **Value** |
|---|---:|
| Taxi | 151.67 |
| Long Distance Telephone | 4.86 |
| Online Research | 20.88 |
| **Total Disbursements** | <u>177.41</u> |
| **Total Amount Due** | <u>$14,385.26</u> |

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1817995
0276 68308 / 68308-000002
Allen v. am New York

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $15,786.50 |
| Less Discount | ($1,578.65) |
| Total Fees after Discount | $14,207.85 |
| Total Disbursements | 177.41 |
| Total Fees and Disbursements This Statement | $14,385.26 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



SEYFARTH
ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Invoice No. 1818035
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through January 31, 2011

**Karen Scott v. WPIX**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/03/11 | E. Cerasia II | L390 | 0 | Email correspondence with K. Rubinstein regarding K. Scott's deposition (.10); email correspondence with A. Jubelirer regarding same (.10); email correspondence with B. Berlamino regarding status and deposition scheduling (.10); review and begin to prepare response to K. Rubinstein's letters regarding alleged discovery deficiencies (.80). | 1.10 | 803.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1818035

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/04/11 | E. Cerasia II | L390 | 0 | Telephone conference with A. Jubelirer regarding status of discovery, strategy regarding production of certain e-mails and e-discovery (.30); continue to review and formulate supplemental responses to Scott's document request and K. Rubenstein's discovery letters (.30); prepare for e-discovery, including list of search terms and e-mail with J. Smith and A. Jubelirer regarding same (.90). | 1.50 | 1,095.00 |
| 01/05/11 | E. Cerasia II | L390 | 0 | Prepare e-mail memorandum to B. Berlamino regarding WPIX documents (.50); telephone conference with B. Berlamino regarding same (1.30); follow-up telephone conference with A. Jubelirer regarding same (.10); e-mails with J. Smith and A. Jubelirer regarding e-discovery issues (.30); review HaynesBoone's comments to confidentiality stipulation and coordinate comments with J. Chylinski (.30); e-mail correspondence and telephone conference with L. Esquirol and A. Jubelirer regarding documents needed (.20); prepare response to K. Rubinstein's deficiency letters (.50). | 3.20 | 2,336.00 |
| 01/05/11 | J. Chylinski | L310 | 0 | Finalize confidentiality stipulation with opposing counsel. | 0.50 | 182.50 |
| 01/06/11 | E. Cerasia II | L390 | 0 | Telephone conference and email correspondence with C. Mangain regarding documents needed from research dept. (.40); email A. Jubelirer regarding subpoena served on M. Ramirez (.10); follow-up research with J. Chylinski regarding Rule 45 service (.60). | 1.10 | 803.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/07/11 | E. Cerasia II | L390 | 0 | Work on strategy for supplemental discovery responses (1.50); email correspondence with K. Rubinstein regarding status of WPIX's response to his discovery deficiency letters and subpoena to M. Ramirez (.40); review subpoena to M. Ramirez (.10). | 2.00 | 1,460.00 |
| 01/07/11 | J. Chylinski | L120 | 0 | Research notice requirements with regard to third-party subpoenas. | 0.90 | 328.50 |
| 01/07/11 | J. Chylinski | L120 | 0 | Confer regarding discovery, next steps and response to plaintiff's discovery deficiency letters. | 1.20 | 438.00 |
| 01/07/11 | A. Cabrera | L120 | 0 | Review discovery responses to strategize responses to deficiency letter. | 1.00 | 440.00 |
| 01/10/11 | E. Cerasia II | L390 | 0 | Email correspondence with A. Jubelirer regarding subpoena to M. Ramirez and contact with J. Maye (.10); email correspondence with J. Smith and A. Jubelirer regarding e-discovery issues (.20); revise letter to K. Rubinstein regarding his alleged deficiencies with WPIX's document production (.30). | 0.60 | 438.00 |
| 01/10/11 | J. Chylinski | L310 | 0 | Draft response to plaintiff's discovery deficiency letters. | 2.40 | 876.00 |
| 01/10/11 | J. Chylinski | L320 | 0 | Review and analysis of client documents for responsiveness and privilege. | 0.90 | 328.50 |
| 01/11/11 | E. Cerasia II | L390 | 0 | Telephone conference with A. Jubelirer and J. Smith regarding e-discovery issues (.30); email correspondence with M. Ramirez regarding her deposition and preparation for same (.20); continue to prepare response to K. Rubinstein's discovery deficiency letter (.40); follow-up email with C. Mangain re document collection (.10). | 1.00 | 730.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/12/11 | E. Cerasia II | L390 | 0 | Emails with A. Jubelirer and M. Ramirez regarding Myrna's depo (.20); revise latest version of response to K. Rubinstein's discovery deficiency letter (.40); review EEOC Dismissal and email with A. Jubelirer and case team regarding same, potential impact, and new request to EEOC for pre-determination letter (.20); emails with K. Rubinstein regarding discovery scheduling and history of request for clarification as to his Rule 30(b)(6) notice (.20); review supplemental document production and email correspondence with J. Chylinski regarding same (.30). | 1.30 | 949.00 |
| 01/12/11 | J. Chylinski | L310 | 0 | Draft WPIX's responses and objections to plaintiff's second set of document requests. | 1.40 | 511.00 |
| 01/12/11 | J. Chylinski | L320 | 0 | Review and prepare supplemental production. | 1.90 | 693.50 |
| 01/13/11 | E. Cerasia II | L390 | 0 | Email correspondence with K. Rubinstein regarding deposition scheduling and issues as to Rule 30(b)(6) subject matter and WPIX's representative, and his request to extend discovery (.30); follow-up emails with A. Jubelirer and B. Berlamino regarding same (.20); emails regarding ediscovery (.40); email correspondence with WPIX regarding document collection, and follow up with J. Chylinski regarding same (.10); email correspondence with J. Chylinski regarding response to K. Scott's second document request (.10). | 1.10 | 803.00 |
| 01/13/11 | J. Chylinski | L120 | 0 | Confer with L. Esquirol regarding ratings documents. | 0.50 | 182.50 |
| 01/13/11 | J. Chylinski | L320 | 0 | Review and analysis of client documents for responsiveness and privilege. | 2.20 | 803.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/14/11 | E. Cerasia II | L390 | 0 | Review status of supplemental discovery to Scott's counsel (.20); email correspondence with A. Jubelirer regarding article to be written in NY Post (.10). | 0.30 | 219.00 |
| 01/14/11 | A. Balint | C100 | 0 | Prepare FOIA request to EEOC. | 0.30 | 69.00 |
| 01/15/11 | E. Cerasia II | L330 | 0 | Email correspondence with B. Berlamino regarding scheduling of Scott's and her depositions. | 0.10 | 73.00 |
| 01/17/11 | E. Cerasia II | L390 | 0 | Review story regarding WPIX work environment (.10); revise WPIX's responses to K. Scott's second document request and email correspondence with J. Chylinski regarding same (.10). | 0.10 | 73.00 |
| 01/18/11 | E. Cerasia II | L120 | 0 | Review HaynesBoone's new discovery deficiency letter and email with A. Jubelirer and case team regarding same (.30); work on e-discovery planning, including communications with J. Lichter (.50); revise K. Rubinstein's draft letter to court regarding status of discovery and requesting extension and email with A. Jubelirer regarding same (.30); communications with J. Chylinski and A. Cabrera regarding supplemental document production and gathering new documents at WPIX (.30); telephone conference with A. Jubelirer, J. Smith and J. Lichter regarding e-discovery issues (.70); revise search terms for S. Charlier's emails (.10). | 2.20 | 1,606.00 |
| 01/18/11 | A. Cabrera | L120 | 0 | Review client materials and determine if they are responsive to discovery requests and not subject to privilege. | 1.00 | 440.00 |
| 01/18/11 | A. Cabrera | L120 | 0 | Review recent correspondence from plaintiff's counsel regarding discovery. | 0.20 | 88.00 |
| 01/18/11 | A. Cabrera | L120 | 0 | Review recent correspondence from plaintiff's counsel. | 0.20 | 88.00 |



Invoice No. 1818035

Page 6

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/18/11 | J. Lichter | L320 | 0 | Call with E. Cerasia regarding status of discovery (.2); review complaint, document requests/responses, and letter correspondence between parties (1.1); review litigation hold emails (.5); telephone conference with E. Cerasia and client regarding backup tapes (.6); review and revise search terms and Exchange email correspondence with E. Cerasia and J. Chylinski regarding same (1.0). | 3.40 | 1,632.00 |
| 01/19/11 | E. Cerasia II | L210 | 0 | Communications with J. Chylinski, A. Cabrera and J. Lichter regarding discovery status/planning re e-discovery and supplemental document production (.40); review S. Charlier's docs regarding WPIX (.10). | 0.50 | 365.00 |
| 01/19/11 | J. Chylinski | L120 | 0 | Review and analysis of client documents for responsiveness and privilege. | 3.50 | 1,277.50 |
| 01/19/11 | J. Chylinski | L120 | 0 | Document collection at WPIX offices. | 3.00 | 1,095.00 |
| 01/19/11 | A. Cabrera | L120 | 0 | Strategize regarding supplemental responses to deficiency letter. | 0.30 | 132.00 |
| 01/19/11 | A. Cabrera | L120 | 0 | Review S.S. files for documents responsive to plaintiff's discovery requests. | 3.00 | 1,320.00 |
| 01/19/11 | J. Lichter | L320 | 0 | Call with S. Charlier regarding email preservation (.3); send email to E. Cerasia regarding same (.3); send email to client regarding search terms (.3). | 0.90 | 432.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/20/11 | E. Cerasia II | L390 | 0 | Review status of discovery/supplemental document production, including list of documents to be produced (.40); telephone conference with K. Rubinstein regarding discovery and deposition scheduling (.30); email correspondence with A. Jubelirer and B. Berlamino regarding deposition scheduling (.20); revise WPIX's response to second document request; and email with A. Jubelirer regarding same (.30); email correspondence with C. Mangain and A. Jubelirer regarding Nielsen documents (.10); prepare for K. Scott's deposition (1.20); revise privilege log (.20); email correspondence with C. Usenet regarding WPIX contract with Nielsen regarding disclosure of rating documents and Confidentiality Stipulation entered by the Court. | 2.90 | 2,117.00 |
| 01/20/11 | J. Chylinski | L120 | 0 | Draft list of documents collected from client site and documents ready to be produced. | 0.50 | 182.50 |
| 01/20/11 | J. Chylinski | L310 | 0 | Draft privilege log. | 1.40 | 511.00 |
| 01/20/11 | J. Chylinski | L310 | 0 | Revise and edit responses to plaintiff's second set of document requests. | 0.50 | 182.50 |
| 01/20/11 | J. Chylinski | L330 | 0 | Review and analysis of plaintiff's production for documents to be used at K. Scott's deposition. | 2.60 | 949.00 |
| 01/20/11 | A. Cabrera | L120 | 0 | Review client materials and productions to identify additional documents for discovery. | 1.50 | 660.00 |
| 01/20/11 | A. Cabrera | L120 | 0 | Identify documents for use in connection with plaintiff's deposition. | 1.50 | 660.00 |
| 01/20/11 | A. Cabrera | L250 | 0 | Review and revise responses to second request for documents. | 0.30 | 132.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/20/11 | J. Lichter | L320 | 0 | Review draft document responses and objections (.2); call with J. Chylinski regarding same (.1); exchange email correspondence with A. Jubelirer regarding S. Charlier collections (.2). | 0.50 | 240.00 |
| 01/21/11 | J. Chylinski | L320 | 0 | Review and prepare production of WPIX's third supplemental production. | 3.70 | 1,350.50 |
| 01/21/11 | A. Cabrera | L120 | 0 | Review 2005 correspondence produced to prepare documents for use as exhibits for plaintiff's deposition. | 2.80 | 1,232.00 |
| 01/21/11 | J. Lichter | L320 | 0 | Call with P. Jensen regarding document collection (.5); exchange email correspondence with P. Jensen regarding same (.3); send email to E. Cerasia and J. Chylinski regarding same (.2). | 1.00 | 480.00 |
| 01/24/11 | E. Cerasia II | L330 | 0 | Follow-up regarding discovery and supplemental production (.20); prepare for K. Scott's deposition (2.00); and revise letter to K. Rubinstein in response to alleged discovery deficiencies (.30). | 2.50 | 1,825.00 |
| 01/24/11 | J. Chylinski | L310 | 0 | Draft WPIX's letter response to plaintiff's January 18, 2011 deficiency letter. | 1.40 | 511.00 |
| 01/24/11 | J. Chylinski | L320 | 0 | Prepare and effect production of WPIX's fourth supplemental production. | 1.60 | 584.00 |
| 01/24/11 | J. Chylinski | L330 | 0 | Review and analysis of plaintiff's production and WPIX's production for documents to be used as exhibits for K. Scott deposition. | 3.70 | 1,350.50 |
| 01/24/11 | A. Cabrera | L330 | 0 | Review all documents produced and prepare exhibits for plaintiff's deposition. | 5.00 | 2,200.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/25/11 | E. Cerasia II | L330 | 0 | Continue to prepare for K. Scott's deposition, including telephone conference with B.E. Berlamino (9.5); email correspondence with Scott's counsel regarding EEOC Notice of Dismissal and Pre-Determination letter (.30). | 9.80 | 7,154.00 |
| 01/25/11 | J. Chylinski | L330 | 0 | Continue to review and select exhibits for deposition of K. Scott. | 2.20 | 803.00 |
| 01/25/11 | A. Cabrera | L320 | 0 | Review and prepare additional documents for use during plaintiff's deposition. | 2.30 | 1,012.00 |
| 01/25/11 | A. Cabrera | L390 | 0 | Draft letter to plaintiff's counsel regarding duty to supplement plaintiff's discovery responses. | 0.30 | 132.00 |
| 01/25/11 | A. Cabrera | L410 | 0 | Telephone interview with B. Berlamino in preparation for plaintiff's deposition. | 1.50 | 660.00 |
| 01/26/11 | E. Cerasia II | L330 | 0 | Continue to prepare for and depose K. Scott, including strategy discussions with A. Jubelirer and B.E. Berlamino (11.20); follow-up emails with B. Berlamino and then A. Jubelirer and litigation team regarding facts to develop 67 (.30). | 11.50 | 8,395.00 |
| 01/26/11 | J. Chylinski | L330 | 0 | Attend deposition of K. Scott and assist with final preparation for same. | 3.80 | 1,387.00 |
| 01/26/11 | A. Cabrera | L120 | 0 | Strategize regarding progress of deposition and limiting exhibits. | 0.80 | 352.00 |
| 01/27/11 | E. Cerasia II | L390 | 0 | Review correspondence from K. Rubinstein regarding discovery issues and follow-up with Seyfarth case team regarding same. | 0.20 | 146.00 |
| 01/27/11 | A. Cabrera | L410 | 0 | Follow-up on discovery issues and factual development. | 1.50 | 660.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/28/11 | E. Cerasia II | L390 | 0 | Discovery follow-up, including responses to K. Rubinstein's new email on documents and next steps based on information obtained at K. Scott deposition (.90); pre-determination letter (.20). | 1.00 | 730.00 |
| 01/28/11 | A. Cabrera | L190 | 0 | Draft letter to EEOC requesting a revision of pre-determination letter without typo. | 0.50 | 220.00 |
| 01/28/11 | A. Cabrera | L390 | 0 | Strategize regarding follow-up discovery as result of plaintiff's deposition. | 0.50 | 220.00 |
| 01/31/11 | E. Cerasia II | L390 | 0 | Review and follow-up regarding supplemental document production (.50); prepare response to K. Rubenstein's January 27 email regarding same and new document requests (.50); telephone conference with K. Rubenstein regarding deposition scheduling and documents (.20); strategize with litigation team regarding e-discovery (.40); email correspondence with A. Jubelirer and B. Berlamino regarding deposition scheduling (.10). | 1.70 | 1,241.00 |
| 01/31/11 | A. Cabrera | L390 | 0 | Strategize regarding scope of electronic discovery. | 0.40 | 176.00 |
| 01/31/11 | J. Lichter | L320 | 0 | Exchange email correspondence with E. Cerasia, J. Chylinski, and client regarding status of document collection (.8); review previous notes and correspondence regarding same (.3). | 1.30 | 624.00 |

**Total Hours**           117.50

**Total Fees**           $62,189.00

**Less Discount**         ($6,218.90)

**Total Fees After Discount**      $55,970.10



Tribune Company

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 45.70 | hours at | $730.00 | per hour |
| J. Chylinski | Associate | - | 39.80 | hours at | $365.00 | per hour |
| A. Cabrera | Associate | - | 24.60 | hours at | $440.00 | per hour |
| J. Lichter | Of Counsel | - | 7.10 | hours at | $480.00 | per hour |
| A. Balint | Paralegal | - | 0.30 | hours at | $230.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 497.00 |
| Courier/Messenger Inv#: 736815917 Date Sent: 01/12/2011 Sender: Jennifer Berrios Airbill: 982648755089 Kenneth J. Rubinstein Haynes and Boone LLP 1221 Avenue of the Americas NEW YORK CITY, NY 10020 | 14.56 |
| Courier/Messenger Inv#: 737605317 Date Sent: 01/21/2011 Sender: Jennifer Berrios Airbill: 982648757162 Kenneth J. Rubinstein Haynes and Boone LLP 1221 Avenue of the Americas NEW YORK CITY, NY 10020 | 14.56 |
| Courier/Messenger Inv#: 737605317 Date Sent: 01/24/2011 Sender: Jeremi L. Chylinski Airbill: 982648757703 Kenneth J. Rubinstein Haynes and Boone LLp 1221 Avenue of the Americas NEW YORK CITY, NY 10020 | 10.31 |
| Facsimile | 4.00 |
| Online Research | 161.42 |
| Long Distance Telephone | 4.46 |

**Total Disbursements**                                                     706.31

**Total Amount Due**                                                     $56,676.41



**SEYFARTH**
**SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1818035
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $62,189.00 |
| Less Discount | ($6,218.90) |
| Total Fees after Discount | $55,970.10 |
| Total Disbursements | 706.31 |
| Total Fees and Disbursements This Statement | $56,676.41 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH
## SHAW LLP
**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Invoice No. 1817996
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through January 31, 2011

### Sal Marchiano v. Betty Ellen Berlamino

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/07/11 | E. Cerasia II | L390 | 0 | Telephone conference and email correspondence with opposing counsel regarding scheduling Rule 26(f) meeting. | 0.20 | 146.00 |
| 01/18/11 | E. Cerasia II | L390 | 0 | Email correspondence with D. Wigdor regarding Rule 26(f) conference. | 0.10 | 73.00 |
| 01/20/11 | E. Cerasia II | L390 | 0 | Telephone conference with D. Wigdor regarding Rule 26(f) meeting on discovery scheduling and settlement (.30); telephone conference with A. Jubelirer regarding same (.20). | 0.50 | 365.00 |
| 01/20/11 | A. Ianni | L230 | 0 | Telephone conference with E. Cerasia and opposing counsel regarding Rule 26(f). | 0.20 | 71.00 |
| 01/23/11 | A. Ianni | L210 | 0 | Draft initial disclosures. | 0.50 | 177.50 |
| 01/25/11 | A. Ianni | L210 | 0 | Review documents in conjunction with drafting of initial disclosures. | 0.50 | 177.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1817996

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/26/11 | A. Ianni | L310 | 0 | Continue to draft Rule 26(a)(1) initial disclosures. | 0.50 | 177.50 |
| 01/31/11 | E. Cerasia II | L390 | 0 | Revise letter to court regarding parties' joint discovery plan (.20); email correspondence with B. Berlamino and A. Jubelirer regarding same (.10); telephone conference and email correspondence with L. Pearson regarding same (.10). | 0.40 | 292.00 |

| | | |
|---|---|---|
| **Total Hours** | 2.90 | |
| **Total Fees** | | $1,479.50 |
| **Less Discount** | | ($147.95) |
| **Total Fees After Discount** | | $1,331.55 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 1.20 | hours at | $730.00 | per hour |
| A. Ianni | Associate | - | 1.70 | hours at | $355.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 1.00 |
| Long Distance Telephone | 0.13 |
| **Total Disbursements** | 1.13 |
| **Total Amount Due** | $1,332.68 |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1817996
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,479.50 |
| Less Discount | ($147.95) |
| Total Fees after Discount | $1,331.55 |
| Total Disbursements | 1.13 |
| Total Fees and Disbursements This Statement | $1,332.68 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL: | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Invoice No. 1817997
0276 68308 / 68308-000008
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through January 31, 2011

**Watkins v. WPIX, Inc.**

| Disbursements | Value |
|---|---|
| Travel - EDWARD CERASIA II train fare - interviw w/B. Berlamino 11/22/10 | 4.50 |
| **Total Disbursements** | 4.50 |
| **Total Fees And Disbursements This Statement** | $4.50 |



## SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1817997
0276 68308 / 68308-000008
Watkins v. WPIX, Inc.

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 4.50 |
| Total Fees and Disbursements This Statement | $4.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name:  Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number:  5201743357 |
| | ABA Wire Payment Number:  026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number:  081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Invoice No. 1817983
0245 11089 / 11089-000036
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through January 31, 2011

**Lee Abrams Potential Legal Claims**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/03/11 | J. Ross | C300 | 0 | Review A. Jubelirer correspondence regarding settlement (.1); conference with L. Abrams attorney regarding settlement offer (.3); correspondence to management regarding same (.1). | 0.50 | 330.00 |
| 01/04/11 | J. Ross | L160 | 0 | Conference with L. Abrams attorney regarding counteroffer (.4); correspondence to Tribune management regarding same (.2). | 0.60 | 396.00 |
| 01/06/11 | J. Ross | L160 | 0 | Exchange correspondence with A. Jubelirer regarding scope of IRRA disclosure and status of settlement negotiations. | 0.20 | 132.00 |
| 01/10/11 | J. Ross | L160 | 0 | Message to L. Abrams attorney regarding status of negotiations. | 0.10 | 66.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/11/11 | J. Ross | L160 | 0 | Message to L. Abrams attorney (.2); exchange correspondence with A. Jubelirer regarding status of negotiation and document production (.5); conference with I. Sarcletti regarding scope of IRRA production (.3); conference with L. Deem (L. Abrams attorney) regarding reiterated settlement offer (.3). | 1.30 | 858.00 |
| 01/11/11 | I. Bak Sarcletti | L320 | 0 | Review client documents to determine responsive documents for document production per request of J. Ross. | 1.20 | 288.00 |
| 01/12/11 | I. Bak Sarcletti | L320 | 0 | Assist J. Ross in producing supplemental document production. | 0.50 | 120.00 |
| 01/13/11 | J. Ross | L160 | 0 | Exchange correspondence regarding L. Abrams personnel file documents. | 0.10 | 66.00 |
| 01/18/11 | J. Ross | C300 | 0 | Review A. Jubelirer correspondence regarding supplemental document production (.1); conference with B. Levinson regarding settlement and regarding language issues regarding same (.7); preparation of correspondence to management regarding same (.2); review of proposed language changes (.1); exchange correspondence with management regarding scope of settlement provision (.2); review correspondence regarding same (.1). | 1.40 | 924.00 |
| 01/19/11 | J. Ross | L160 | 0 | Review correspondence and revisions to settlement agreement (.2); message to A. Jubelirer regarding same (.1); conference with A. Jubelirer regarding settlement issues (.2); correspondence to L. Abrams attorney regarding same (.2); correspondence to management regarding same (.1); correspondence to L. Abrams attorney regarding same (.1); exchange correspondence with D. Eldersveld regarding same (.2). | 1.10 | 726.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 01/20/11 | J. Ross | L160 | 0 | Conference with L. Abrams attorney regarding disparagement language (.3); preparation of revisions to severance agreement regarding same (.2); correspondence to L. Abrams attorney regarding same (.2); correspondence to management regarding same (.2); supplemental correspondence regarding vacation pay issues (.4). | 1.30 | 858.00 |
| 01/21/11 | J. Ross | C300 | 0 | Review supplemental correspondence from Abrams attorney regarding vacation (.2); correspondence to A. Jubelirer regarding same (.1); supplemental correspondence regarding corrected pro rata vacation payment (.2); exchange multiple correspondence regarding vacation pay issues (.2). | 0.70 | 462.00 |
| 01/24/11 | J. Ross | L160 | 0 | Review of executed and original agreements (.2); correspondence to management regarding same (.1). | 0.30 | 198.00 |

**Total Hours**                                                                    9.30

**Total Fees**                                                                     $5,424.00

**Less Discount**                                                                  ($542.40)

**Total Fees After Discount**                                                      $4,881.60

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Ross | Partner | - | 7.60 | hours at | $660.00 | per hour |
| I. Bak Sarcletti | Paralegal | - | 1.70 | hours at | $240.00 | per hour |

**Total Disbursements**                                                            0.00

**Total Amount Due**                                                               $4,881.60



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1817983
0245 11089 / 11089-000036
Lee Abrams Potential Legal Claims

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,424.00 |
| Less Discount | ($542.40) |
| Total Fees after Discount | $4,881.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $4,881.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Invoice No. 1817993
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through January 31, 2011

### East Coast Properties

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/13/11 | C. Olson | C300 | 0 | Review documents regarding audit (.1); discussion with D. Bralow (.2). | 0.30 | 207.00 |
| 01/24/11 | C. Olson | C300 | 0 | Review documents regarding home delivery and single copy (.2); discussion with K. Hartman (.3). | 0.50 | 345.00 |
| 01/25/11 | T. Haley | C300 | 0 | Locate and obtain materials for agreement and training analysis. | 0.50 | 335.00 |
| 01/26/11 | T. Haley | C300 | 0 | Review contracts and related documents (1.0); draft memorandum regarding home delivery documents and independent contractor issues(1.2); review sample powerpoint training program (1.0). | 3.20 | 2,144.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Olson

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/27/11 | T. Haley | C300 | 0 | Review and revise draft home delivery agreement (1.0); review and revise training materials (1.0); analyze issues regarding same (.6); revise memorandum analyzing documents related to home delivery (1.0). | 3.60 | 2,412.00 |
| 01/27/11 | K. Hartman | F999 | 0 | Draft revised home delivery distribution agreement (1.0); prepare training presentation regarding independent contractor status and contract lifecycle (3.8); conference with T. Haley regarding same (1.0). | 5.80 | 1,972.00 |
| 01/28/11 | T. Haley | C300 | 0 | Review and revise home delivery agreement and powerpoint training materials (2.0); review and draft memoranda relating to circulation documents and single copy agreement (2.5). | 4.50 | 3,015.00 |
| 01/28/11 | C. Olson | C300 | 0 | Review documents and revise same (.2); discussion with K. Hartman and T. Haley (1.0); e-mails regarding same (.1). | 1.30 | 897.00 |
| 01/28/11 | K. Hartman | F999 | 0 | Additional proposed revisions to home delivery agreement and training presentation (5.2); conference with C. Olson and T. Haley regarding same (2.0). | 7.20 | 2,448.00 |

| | | |
|---|---|---|
| **Total Hours** | 26.90 | |
| **Total Fees** | | $13,775.00 |
| **Less Discount** | | ($1,377.50) |
| **Total Fees After Discount** | | $12,397.50 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T. Haley | Partner | - | 11.80 | hours at | $670.00 | per hour |
| C. Olson | Partner | - | 2.10 | hours at | $690.00 | per hour |
| K. Hartman | Associate | - | 13.00 | hours at | $340.00 | per hour |



Invoice No. 1817993

Page 3

Tribune Company/Olson

| Disbursements | Value |
|---|---|
| Travel - R. Lapp - Parking 12/5/10 | 32.33 |
| Travel - R. Lapp - Hotel - 12/20-12/21/10 | 205.44 |
| Travel - R. Lapp - Hotel - 12/22/10 | 38.17 |

**Total Disbursements** | | 275.94

**Total Amount Due** | | $12,673.44



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 1817993
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $13,775.00 |
| Less Discount | ($1,377.50) |
| Total Fees after Discount | $12,397.50 |
| Total Disbursements | 275.94 |
| Total Fees and Disbursements This Statement | $12,673.44 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT BY CHECK VIA STANDARD MAIL:
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY CHECK VIA OVERNIGHT MAIL:
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY WIRE TO:
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N


**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Invoice No. 1817998
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA 90012

For legal services rendered through January 31, 2011

### Country Club Matter 0000001901

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/20/11 | S. Carlson | L120 | 0 | Review and revisions to memorandum summarizing legacy circulation systems (1.3); communications with client regarding same (1.0). | 2.30 | 1,311.00 |

| | | |
|---|---|---|
| **Total Hours** | 2.30 | |
| **Total Fees** | | $1,311.00 |
| **Less Discount** | | ($131.10) |
| **Total Fees After Discount** | | $1,179.90 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| S. Carlson | Partner | - | 2.30 | hours at | $570.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times

**Total Disbursements**                                                  0.00

**Total Amount Due**                                              $1,179.90



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

Invoice No. 1817998
0276 17832 / 17832-000034
Country Club Matter 0000001901

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,311.00 |
| Less Discount | ($131.10) |
| Total Fees after Discount | $1,179.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,179.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Invoice No. 1817988
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through January 31, 2011

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/03/11 | J. Meer | L190 | 0 | Review complaint and notice of claim by unsecured creditors regarding claw-back of payments made to I. Goldstone and related claims. | 1.20 | 708.00 |
| 01/03/11 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding same. | 0.40 | 236.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.60 | |
| **Total Fees** | | $944.00 |
| **Less Discount** | | ($94.40) |
| **Total Fees After Discount** | | $849.60 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Ira H. Goldstone

### Timekeeper Summary

| J. Meer | Partner | - | 1.60 | hours at | $590.00 | per hour |

**Total Disbursements**                                                0.00

**Total Amount Due**                                                $849.60



SEYFARTH
ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 10, 2011

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1817988
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $944.00 |
| Less Discount | ($94.40) |
| Total Fees after Discount | $849.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $849.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |