# **EXHIBIT A**

**Exhibit A**
Summary of Fees by Individual Professional

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Baird,Jeff | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Botts,Guy S. | Senior Manager-Grade 4 | 475 | 10.0 | 4,750.00 |
| Harig,James Michael | Staff/Assistant-Grade 3 | 175 | 0.0 | 0.00 |
| Howley,Matthew C | Partner/Principal-Grade 1 | 525 | 0.0 | 0.00 |
| Huennekens,Scott J. | Staff/Assistant-Grade 3 | 175 | 112.4 | 19,670.00 |
| Ingles,Beatrice | Senior Associate | 175 | 0.0 | 0.00 |
| Jones,Matthew C. | Senior Manager-Grade 1 | 475 | 0.0 | 0.00 |
| Kearns,Michael Ryan | Senior-Grade 2 | 275 | 0.0 | 0.00 |
| Kearns,Michael Ryan | Manager-Grade 1 | 375 | 0.0 | 0.00 |
| Knightly,James Charles | Senior-Grade 2 | 275 | 69.2 | 19,030.00 |
| Long,Charles A | Executive Director-Grade 1 | 525 | 0.0 | 0.00 |
| Mason,Jon S | Executive Director-Grade 2 | 525 | 2.0 | 1,050.00 |
| Mulcahy,Sean D. | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Putnam,Joshua Eric | Senior Manager-Grade 2 | 475 | 0.0 | 0.00 |
| Rodriguez,Nancy Walton | Staff/Assistant-Grade 1 | 175 | 68.8 | 12,040.00 |
| Tong,Yuet Fung | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Venisnik,Bradley J. | Senior Manager-Grade 4 | 475 | 64.6 | 30,685.00 |
| McGee, Ginny | External Contractor | n/a | 0.0 | 0.00 |
| | **Grand Totals** | | 327.0 | 87,225.00 |
| | *Blended Rate* | | | 266.74 |

327

87,225.00  Total Fees
(17,445.00) Less 20% Holdback

69,780.00  Current Fee Invoice

# EXHIBIT B

LEGAL02/32471629v2

# ⌐⌐ ERNST & YOUNG

**INVOICE NUMBER: US0130387438**

March 3, 2011

**PLEASE REMIT TO:**

Ernst & Young
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

**EIN: 34-6565596**

Tribune Company
Attn: Mr. Brian Litman
Vice President & Controller
435 North Michigan Ave.
Chicago, IL 60611

BU: **US002**   CLIENT NUMBER: **60025315**

PROJECT NUMBER: **15169346**

Progress billing for valuation services rendered pursuant to the Statement of Work dated May 11, 2010:

December, 2010

| | | |
|---|---|---|
| VAL: Fresh Start | $ | 75,185.00 |
| Fee/Employment Applications | $ | 12,040.00 |
| Fees Due | $ | 87,225.00 |
| Expenses | $ | 0.00 |
| Total Due | $ | 87,225.00 |
| 20% Holdback of the fees requested | $ | (17,445.00) |
| Net Fees & Expenses | $ | 69,780.00 |

*Total Due* $87,225

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ERNST & YOUNG**

INVOICE NUMBER: US0130387438

March 3, 2011

**Tribune Company**
Attn: Mr. Brian Litman
Vice President & Controller
435 North Michigan Ave.
Chicago, IL 60611

| PLEASE REMIT TO: |
| --- |
| Ernst & Young |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |
| |
| EIN: 34-6565596 |

BU: **US002**   CLIENT NUMBER: **60025315**

*Total Due*        $87,225

---

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# **EXHIBIT C**

LEGAL02/32471629v2

**Exhibit C**
**Schedule of Fees by Project Category**

| | Project Category | Total |
|---|---|---|
| 1) | VAL: Fresh Start | 258.2 |
| 2) | Fee/Employment Applications | 68.8 |
| | Net Hours | 327.0 |

| | Project Category | Total |
|---|---|---|
| 1) | VAL: Fresh Start | 75,185.00 |
| 2) | Fee/Employment Applications | 12,040.00 |
| | Net Fees | 87,225.00 |

Exhibit C
Chronological Detail of Services Rendered

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Botts,Guy S. (US011265920) | Senior Manager-Grade 4 (214) | Research and analysis of broadcasting categories and sub-categories | 27-Dec-2010 | 475 | 0.8 | 380.00 | VAL: Fresh Start |
| Botts,Guy S. (US011265920) | Senior Manager-Grade 4 (214) | Research and analysis of broadcasting categories and sub-categories | 28-Dec-2010 | 475 | 1.6 | 760.00 | VAL: Fresh Start |
| Botts,Guy S. (US011265920) | Senior Manager-Grade 4 (214) | Research and analysis of broadcasting categories and sub-categories | 29-Dec-2010 | 475 | 4.2 | 1,995.00 | VAL: Fresh Start |
| Botts,Guy S. (US011265920) | Senior Manager-Grade 4 (214) | Research and analysis of broadcasting categories and sub-categories | 30-Dec-2010 | 475 | 3.4 | 1,615.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updating & re-coding the KIAH business unit of the Access database | 01-Dec-2010 | 175 | 2.4 | 420.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Discussion of the Tribune Peoplesoft Template for WTIC via online web-meeting with D. Mesnil, Tribune; D. Bisconti, Tribune; D. Maluski, Tribune; J. Mason, and B. Venisnik | 01-Dec-2010 | 175 | 1.4 | 245.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the KIAH upload template files for Tribune's Peoplesoft | 01-Dec-2010 | 175 | 1.1 | 192.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Discussion of the Tribune Peoplesoft Template for Hartford Courant via online web-meeting with R. Rounce, Tribune; M. Labecki, Tribune; T. Anischik, Tribune; D. Bisconti, Tribune; R. Feeney, Tribune; J. Knightly, and B. Venisnik | 01-Dec-2010 | 175 | 2.0 | 350.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created KIAH version #2 Peoplesoft upload template | 01-Dec-2010 | 175 | 3.2 | 560.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updating & re-coding the LAT business unit of the Access database | 02-Dec-2010 | 175 | 1.8 | 315.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the LAT upload template files for Tribune's Peoplesoft | 02-Dec-2010 | 175 | 0.7 | 122.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Discussion of the Tribune Peoplesoft Template for KWSB via online web-meeting with D. Mitrovitch, Tribune; K. Majors, Tribune; J. Mason, and B. Venisnik | 02-Dec-2010 | 175 | 2.1 | 367.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Discussion of the Tribune Peoplesoft Template for Newport Daily Press via online web-meeting with A. Wilson, Daily Press VP of Finance; B. Head, Daily Press Accounting Manager; J. Catron, Daily Press VP of Operations; M. Shapira, Daily Press; M. Fleck, Daily Press; L. Arato, Daily Press; K. Coddington, Daily Press; J. Mason, and B. Venisnik | 02-Dec-2010 | 175 | 1.1 | 192.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created LAT version #6 Peoplesoft upload template | 02-Dec-2010 | 175 | 3.6 | 630.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updating & re-coding the Hartford TV business unit of the Access database | 03-Dec-2010 | 175 | 1.0 | 175.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updating & re-coding the WPHL business unit of the Access database | 03-Dec-2010 | 175 | 3.1 | 542.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the Hartford TV upload template files for Tribune's Peoplesoft | 03-Dec-2010 | 175 | 0.7 | 122.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the WPHL upload template files for Tribune's Peoplesoft | 03-Dec-2010 | 175 | 0.8 | 140.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created Hartford TV version #2 Peoplesoft upload template | 03-Dec-2010 | 175 | 1.7 | 297.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created WPHL version #2 Peoplesoft upload template | 03-Dec-2010 | 175 | 2.7 | 472.50 | VAL: Fresh Start |

| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analyzing each Tribune sub-entity for updates in the fixed asset listing | 04-Dec-2010 | 175 | 3.9 | 682.50 | VAL: Fresh Start |
|---|---|---|---|---|---|---|---|
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis and comparison of WTIC v2 & WPHL v2 templates | 04-Dec-2010 | 175 | 3.1 | 542.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updating of the current Tribune FSA fixed asset list database | 06-Dec-2010 | 175 | 0.2 | 35.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Update database for KIAH template | 06-Dec-2010 | 175 | 0.9 | 157.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Update database for South Florida template | 06-Dec-2010 | 175 | 1.6 | 280.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Update database for WPIX template | 06-Dec-2010 | 175 | 0.8 | 140.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding Category/Sub-Category items in the database for WPHL | 06-Dec-2010 | 175 | 1.1 | 192.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #3 of the template for WPHL | 06-Dec-2010 | 175 | 1.5 | 262.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Update categorization in WPHL template version 3 | 06-Dec-2010 | 175 | 1.2 | 210.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis and update of the Tribune Direct portion of the Access Database | 06-Dec-2010 | 175 | 2.3 | 402.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of the CTC & LAT templates in comparison to the current fixed asset listing database | 07-Dec-2010 | 175 | 1.1 | 192.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updating the LAT CCN v1 template in the database | 07-Dec-2010 | 175 | 1.8 | 315.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updating the corresponding Category/Sub-Category items in the database for WTIC | 07-Dec-2010 | 175 | 1.7 | 297.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #3 of the template for WTIC | 07-Dec-2010 | 175 | 1.9 | 332.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updating the categories and subcategories in the Tribune Direct template | 07-Dec-2010 | 175 | 3.3 | 577.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Update database for KTLA template | 08-Dec-2010 | 175 | 1.1 | 192.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updating rollup codes in the Tribune Direct template | 08-Dec-2010 | 175 | 1.4 | 245.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Creating a matrix that provides a description for each of the Tribune category/sub-category combinations | 14-Dec-2010 | 175 | 1.1 | 192.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Further work on the matrix that provides a description for each of the Tribune category/sub-category combinations | 15-Dec-2010 | 175 | 2.3 | 402.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Further work on the matrix that provides a description for each of the Tribune category/sub-category combinations | 16-Dec-2010 | 175 | 0.4 | 70.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Tests for inconsistencies between the category/sub-category items of one template against another set of category/sub-category items from a different template | 19-Dec-2010 | 175 | 3.9 | 682.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the version #18 Tribune Access database to reflect the latest Newport News and Hartford publishing template versions | 20-Dec-2010 | 175 | 0.9 | 157.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Test for inconsistencies between the current Hartford Publishing template and version #18 database | 20-Dec-2010 | 175 | 5.7 | 997.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the version #18 Tribune Access database to reflect the latest Baltimore and Allentown publishing template versions | 21-Dec-2010 | 175 | 0.7 | 122.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the version #18 Tribune Access database to reflect the latest Orlando publishing template versions | 21-Dec-2010 | 175 | 0.5 | 87.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Checked for inconsistencies between the current Orlando Publishing template and the updated version #18 database | 21-Dec-2010 | 175 | 1.8 | 315.00 | VAL: Fresh Start |

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Checked for inconsistencies between the current Allentown Publishing template and the updated version #18 database | 21-Dec-2010 | 175 | 1.8 | 315.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Checked for inconsistencies between the current Baltimore Publishing template and the updated version #18 database | 21-Dec-2010 | 175 | 1.9 | 332.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Checked for inconsistencies between the current Hartford Publishing template and the updated version #18 database | 21-Dec-2010 | 175 | 0.1 | 17.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the version #18 Tribune Access database to reflect the latest Newport News publishing template versions | 22-Dec-2010 | 175 | 0.6 | 105.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the version #18 Tribune Access database to reflect the latest WXMI template versions | 22-Dec-2010 | 175 | 0.5 | 87.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Checked for inconsistencies between the current Seattle TV template and the updated version #18 database | 22-Dec-2010 | 175 | 0.7 | 122.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Checked for inconsistencies between the current WXMI template and the updated version #18 database | 22-Dec-2010 | 175 | 1.6 | 280.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Checked for inconsistencies between the current Indy TV template and the updated version #18 database | 22-Dec-2010 | 175 | 0.5 | 87.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Checked for inconsistencies between the current KRCW template and the updated version #18 database | 22-Dec-2010 | 175 | 0.5 | 87.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Checked for inconsistencies between the current KSWB template and the updated version #18 database | 22-Dec-2010 | 175 | 0.7 | 122.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Checked for inconsistencies between the current New Orleans template and the updated version #18 database | 22-Dec-2010 | 175 | 0.1 | 17.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Checked for inconsistencies between the current Newport News template and the updated version #18 database | 22-Dec-2010 | 175 | 1.7 | 297.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the Category/SubCategory combinations in the current database (version 19) to the current Category/SubCategory nomenclatures | 23-Dec-2010 | 175 | 3.0 | 525.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Checked for inconsistencies between the current WSFL template and the updated version #18 database | 23-Dec-2010 | 175 | 1.1 | 192.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the KDAF v1 Peoplesoft template | 27-Dec-2010 | 175 | 1.2 | 210.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Creating the KPLR v1 Peoplesoft template | 27-Dec-2010 | 175 | 0.7 | 122.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of fixed asset listing database for the KDAF business unit to assess proper codification and roll-up codes | 27-Dec-2010 | 175 | 1.7 | 297.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of fixed asset listing database for the KPLR business unit to assess proper codification and roll-up codes. | 27-Dec-2010 | 175 | 1.4 | 245.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of fixed asset listing database for the WDCW business unit to assess proper codification and roll-up codes. | 27-Dec-2010 | 175 | 0.2 | 35.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding Category/Sub-Category items in the database for KPLR | 28-Dec-2010 | 175 | 0.8 | 140.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #2 of the template for KDAF | 28-Dec-2010 | 175 | 1.1 | 192.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the KDAF location's Add New Assets & Mapping files for the KDAF v2 template | 28-Dec-2010 | 175 | 0.4 | 70.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the WDCW v1 Peoplesoft template | 28-Dec-2010 | 175 | 0.7 | 122.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Creating the KPLR v1 Peoplesoft template | 28-Dec-2010 | 175 | 1.6 | 280.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Creating the KTXL v1 Peoplesoft template | 28-Dec-2010 | 175 | 0.8 | 140.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Update roll-up codes for the KPLR business unit | 28-Dec-2010 | 175 | 0.4 | 70.00 | VAL: Fresh Start |

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of fixed asset listing database for the KTXL business unit to assess proper codification and roll-up codes. | 28-Dec-2010 | 175 | 0.7 | 122.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of fixed asset listing database for the WDCW business unit to assess proper codification and roll-up codes. | 28-Dec-2010 | 175 | 0.8 | 140.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding Category/Sub-Category items in the database for KPLR | 28-Dec-2010 | 175 | 1.2 | 210.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding Category/Sub-Category items in the database for WDCW. | 29-Dec-2010 | 175 | 0.9 | 157.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #2 of the template for WDCW | 29-Dec-2010 | 175 | 1.4 | 245.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the WDCW location's Add New Assets & Mapping files for the WDCW v2 template | 29-Dec-2010 | 175 | 0.6 | 105.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Creating the KWGN v1 Peoplesoft template | 29-Dec-2010 | 175 | 1.8 | 315.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Creating the WPMT v1 Peoplesoft template | 29-Dec-2010 | 175 | 1.1 | 192.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of fixed asset listing database for the KWGN business unit to assess proper codification and roll-up codes. | 29-Dec-2010 | 175 | 1.2 | 210.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of fixed asset listing database for the WPMT business unit to assess proper codification and roll-up codes. | 29-Dec-2010 | 175 | 1.3 | 227.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of PeopleSoft template for WTIC | 01-Dec-2010 | 275 | 2.2 | 605.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Discussion of the Tribune Peoplesoft Template for Hartford Courant via online web-meeting with R. Rounce, Tribune; M. Labecki, Tribune; T. Anischik, Tribune; D. Bisconti, Tribune; R. Feeney, Tribune; S. Huennekens, and B. Venisnik | 01-Dec-2010 | 275 | 2.0 | 550.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the WSFL PeopleSoft template related to the real estate location and parcel | 01-Dec-2010 | 275 | 1.6 | 440.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Discussion with E. O'Reilly, Tribune, regarding the LA Times modifications | 02-Dec-2010 | 275 | 1.6 | 440.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of PeopleSoft template for KSWB | 02-Dec-2010 | 275 | 1.8 | 495.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of PeopleSoft template for Newport News Daily | 02-Dec-2010 | 275 | 2.3 | 632.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of PeopleSoft template for WPHL. | 03-Dec-2010 | 275 | 1.9 | 522.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Template preparation for Web-meetings related to WNOL, KIAH, KRCW, Seattle TV, WPIX | 06-Dec-2010 | 275 | 3.2 | 880.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of template sent to facility against the history of our database progression for LA Times | 06-Dec-2010 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of template sent to facility against the history of our database progression for LA Times CCN | 06-Dec-2010 | 275 | 1.4 | 385.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of template sent to facility against the history of our database progression for Tribune Direct | 06-Dec-2010 | 275 | 1.2 | 330.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of template sent to facility against the history of our database progression for WSFL | 06-Dec-2010 | 275 | 1.2 | 330.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Web-meeging file preparation for WNOL, KIAH, Seattle TV, KRCW, WPIX | 06-Dec-2010 | 275 | 2.4 | 660.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of template sent to facility to the history of our database progression: KTLA | 06-Dec-2010 | 275 | 0.7 | 192.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Final template updates for upcoming web-meetings for WNOL and WPIX | 07-Dec-2010 | 275 | 2.0 | 550.00 | VAL: Fresh Start |

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of open items related to web-meetings already held | 08-Dec-2010 | 275 | 1.3 | 357.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion of the Tribune Peoplesoft Template for WXIN via online web-meeting with D. O'Sullivan, WXIN Chief Financial Officer; S. Cutshaw, WXIN Assistant Chief Engineer; and B. Venisnik | 08-Dec-2010 | 275 | 1.3 | 357.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion of the Tribune Peoplesoft Template for KIAH via online web-meeting with D. O'Sullivan, KIAH Chief Financial Officer; F. Wong, KIAH Controller; W. Wyborny, KIAH Chief Engineer; and B. Venisnik | 08-Dec-2010 | 275 | 1.6 | 440.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion of the Tribune Peoplesoft Template for WTIC via online web-meeting with C. Trinh, WTIC; M. Terwilliger, WTIC; G. Boling, WTIC; and J. Morris, WTIC | 08-Dec-2010 | 275 | 2.6 | 715.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion of the Tribune Peoplesoft Template for WNOL via online web-meeting with P. Cazeaux, WNOL; S. Zanolini, WNOL; and B. Venisnik | 09-Dec-2010 | 275 | 2.0 | 550.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Update of South Florida Sun-Sentinel template | 09-Dec-2010 | 275 | 2.2 | 605.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion of the Tribune Peoplesoft Template for WPIX via online web-meeting with C. Davis, WPIX; L. Tworkowski, WPIX Senior Accountant; D. Mayersky, WPIX Controller; J. Seminerio, WPIX Director Operations and Engineering; C. Zerafa, WPIX VP of Technology; and B. Venisnik | 10-Dec-2010 | 275 | 2.0 | 550.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Update to South Florida description allocation | 13-Dec-2010 | 275 | 2.1 | 577.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion of the Tribune Peoplesoft Template for WXMI via online web-meeting with N. Mroczkowski, WXMI Accounting Manager; P. Cazeaux, WXMI Chief Financial Officer; A. Rozema, WXMI Director of Technology; D. Scholten, WXMI Chief Engineer; and B. Venisnik | 13-Dec-2010 | 275 | 1.9 | 522.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Creation of Tribune Direct files for webmeeting. | 13-Dec-2010 | 275 | 2.0 | 550.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion of the Tribune Peoplesoft Template for Seattle KRCW via online web-meeting with S. Silverman, Seattle and KRCW Chief Financial Officer; B. Kleven, Seattle and KRCW Accounting Manager; M. Goodman, Seattle Director of Engineering; P. Shearer, Manager of Engineering; and B. Venisnik | 14-Dec-2010 | 275 | 3.4 | 935.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of open items related to Seattle and KRCW discussion | 14-Dec-2010 | 275 | 0.6 | 165.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of South Florida PeopleSoft upload | 15-Dec-2010 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Update and delivery of Publishing Category description file. | 15-Dec-2010 | 275 | 1.3 | 357.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of CTC suggested changes to their PeopleSoft asset listing. | 16-Dec-2010 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updates to the Master file Category and Profile ID | 16-Dec-2010 | 275 | 1.5 | 412.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updates to the South Florida PeopleSoft upload | 16-Dec-2010 | 275 | 2.2 | 605.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updates to the WNOL NUL based on data obtained during the WNOL web meeting. | 16-Dec-2010 | 275 | 1.6 | 440.00 | VAL: Fresh Start |

| Name | Title (ID) | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Knightly,James Charles (US0125421S7) | Senior-Grade 3 (423) | Discussion of the Tribune Peoplesoft Template for Tribune Direct via online web-meeting with B. Delo, Tribune Director of Finance; C. Spich, Tribune Director of Technology & Engineering; T. Street, Tribune Director of Operations; R. Hoshell, Tribune Manager of Direct Mail Operations; J. Herrera, Tribune Staff Account; and B. Venisnik | 17-Dec-2010 | 275 | 2.1 | 577.50 | VAL: Fresh Start |
| Knightly,James Charles (US0125421S7) | Senior-Grade 3 (423) | Analysis of South Florida template categorization and locations codification | 17-Dec-2010 | 275 | 3.5 | 962.50 | VAL: Fresh Start |
| Knightly,James Charles (US0125421S7) | Senior-Grade 3 (423) | Updates to the WNOL NUL based on data obtained during the WNOL web meeting | 17-Dec-2010 | 275 | 2.4 | 660.00 | VAL: Fresh Start |
| Knightly,James Charles (US0125421S7) | Senior-Grade 3 (423) | Additional updates to the South Florida PeopleSoft upload | 17-Dec-2010 | 275 | 1.0 | 275.00 | VAL: Fresh Start |
| Mason,Jon S (US0112057000) | Executive Director-Grade 2 (132) | Discussion of the Tribune Peoplesoft Template for WTIC via online web-meeting with D. Mesnil, Tribune; D. Bisconti, Tribune; D. Maluski, Tribune; B. Venisnik, and S. Huennekens (only attended a portion of the meeting) | 01-Dec-2010 | 525 | 0.5 | 262.50 | VAL: Fresh Start |
| Mason,Jon S (US0112057000) | Executive Director-Grade 2 (132) | Discussion of the Tribune Peoplesoft Template for KWSB via online web-meeting with D. Mitrovitch, Tribune; K. Majors, Tribune; B. Venisnik, and S. Huennekens (only attended a portion of the meeting) | 02-Dec-2010 | 525 | 0.5 | 262.50 | VAL: Fresh Start |
| Mason,Jon S (US0112057000) | Executive Director-Grade 2 (132) | Discussion of the Tribune Peoplesoft Template for Newport Daily Press via online web-meeting with A. Wilson, Daily Press VP of Finance; B. Head, Daily Press Accounting Manager; J. Catron, Daily Press VP of Operations; M. Shapira, Daily Press; M. Fleck, Daily Press; L. Arato, Daily Press; K. Coddington, Daily Press; B. Venisnik, and S. Huennekens (only attended a portion of the meeting) | 02-Dec-2010 | 525 | 0.5 | 262.50 | VAL: Fresh Start |
| Mason,Jon S (US0112057000) | Executive Director-Grade 2 (132) | Discussion of the Tribune Peoplesoft Template for WPHL via online web-meeting with D. Mayersky, WPHL Controller; C. Davis, WPHL Chief Financial Officer; M. Hort, WPHL Manager of Engineering & Operations; and B. Venisnik (only attended a portion of the meeting | 03-Dec-2010 | 525 | 0.5 | 262.50 | VAL: Fresh Start |
| Rodriguez,Nancy Walton (US0124641S9) | Staff/Assistant-Grade 1 (441) | Compilation of June and July fee application | 02-Dec-2010 | 175 | 4.7 | 822.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US0124641S9) | Staff/Assistant-Grade 1 (441) | Compilation of June and July fee application | 03-Dec-2010 | 175 | 1.5 | 262.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US0124641S9) | Staff/Assistant-Grade 1 (441) | October time and fee compilation as requested by N. Chakiris, Tribune Asst. Controller | 03-Dec-2010 | 175 | 6.0 | 1,050.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US0124641S9) | Staff/Assistant-Grade 1 (441) | Compilation of June and July fee application | 06-Dec-2010 | 175 | 4.6 | 805.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US0124641S9) | Staff/Assistant-Grade 1 (441) | Reconciliation research for Mar - May fee application per Debtor's request (N. Chakiris, Tribune Asst. Controller) | 06-Dec-2010 | 175 | 2.2 | 385.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US0124641S9) | Staff/Assistant-Grade 1 (441) | Compilation of June and July fee application | 07-Dec-2010 | 175 | 3.0 | 525.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US0124641S9) | Staff/Assistant-Grade 1 (441) | Compilation of June and July fee application | 09-Dec-2010 | 175 | 9.2 | 1,610.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US0124641S9) | Staff/Assistant-Grade 1 (441) | Reconciliation research for Mar - May fee application per Debtor's request (N. Chakiris, Tribune Asst. Controller) | 09-Dec-2010 | 175 | 1.1 | 192.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US0124641S9) | Staff/Assistant-Grade 1 (441) | Compilation of June and July fee application | 10-Dec-2010 | 175 | 0.6 | 105.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US0124641S9) | Staff/Assistant-Grade 1 (441) | Final adjustments to June & July fee application | 13-Dec-2010 | 175 | 1.4 | 245.00 | Fee/Employment Applications |

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of the August fee application | 16-Dec-2010 | 175 | 6.7 | 1,172.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of the August fee application | 17-Dec-2010 | 175 | 7.2 | 1,260.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of the August fee application | 20-Dec-2010 | 175 | 0.6 | 105.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of the September - November fee application | 20-Dec-2010 | 175 | 2.6 | 455.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of the August fee application | 21-Dec-2010 | 175 | 1.4 | 245.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of the September - November fee application | 21-Dec-2010 | 175 | 2.9 | 507.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of the August fee application | 22-Dec-2010 | 175 | 0.3 | 52.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of the September - November fee application | 22-Dec-2010 | 175 | 5.3 | 927.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of the September - November fee application | 23-Dec-2010 | 175 | 6.9 | 1,207.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of the September - November fee application | 27-Dec-2010 | 175 | 0.6 | 105.00 | Fee/Employment Applications |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for WTIC via online web-meeting with D. Mesnil, Tribune; D. Bisconti, Tribune; D. Maluski, Tribune; J. Mason, and S. Huennekens | 01-Dec-2010 | 475 | 1.4 | 665.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for Hartford Courant via online web-meeting with R. Rounce, Tribune; M. Labecki, Tribune; T. Anischik, Tribune; D. Bisconti, Tribune; R. Feeney, Tribune; S. Huennekens, and J. Knightly | 01-Dec-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of Connecticut property tax rules as it relates to the Debtor | 01-Dec-2010 | 475 | 0.6 | 285.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of source data for property tax codes | 02-Dec-2010 | 475 | 0.7 | 332.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of sales and use tax data for Debtor | 02-Dec-2010 | 475 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for KWSB via online web-meeting with D. Mitrovich, Tribune; K. Majors, Tribune; J. Mason, and S. Huennekens | 02-Dec-2010 | 475 | 2.1 | 997.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for Newport Daily Press via online web-meeting with A. Wilson, Daily Press VP of Finance; B. Head, Daily Press Accounting Manager; J. Catron, Daily Press VP of Operations; M. Shapira, Daily Press; M. Fleck, Daily Press; L. Arato, Daily Press; K. Coddington, Daily Press; J. Mason, and S. Huennekens | 02-Dec-2010 | 475 | 1.1 | 522.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Updates to WPHL PeopleSoft template | 03-Dec-2010 | 475 | 1.7 | 807.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for WPHL via online web-meeting with D. Mayersky, WPHL Controller; C. Davis, WPHL Chief Financial Officer; M. Hort, WPHL Manager of Engineering & Operations; and J. Mason | 03-Dec-2010 | 475 | 2.1 | 997.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Property tax discussion with M. Deloian, Tribune Tax Director | 06-Dec-2010 | 475 | 1.1 | 522.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of WPIX template | 06-Dec-2010 | 475 | 1.1 | 522.50 | VAL: Fresh Start |

| | | | | | | |
|---|---|---|---|---|---|---|
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of software applications list | 07-Dec-2010 | 475 | 3.1 | 1,472.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Updates to KIAH PeopleSoft template | 07-Dec-2010 | 475 | 1.1 | 522.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of updated WTIC template | 07-Dec-2010 | 475 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for KIAH via online web-meeting with D. O'Sullivan, KIAH Chief Financial Officer; F. Wong, KIAH Controller; W. Wybomy, KIAH Chief Engineer; and J. Knightly | 08-Dec-2010 | 475 | 1.6 | 760.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of Trib Direct template | 08-Dec-2010 | 475 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of consolidated status and open items list | 08-Dec-2010 | 475 | 2.1 | 997.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of software applications list | 08-Dec-2010 | 475 | 1.1 | 522.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for Sun Sentinel via online web-meeting with C. Ray, Sun Sentinel Director of Accounting and Finance; and B. Christie, Sun Sentinel Director of Operations | 08-Dec-2010 | 475 | 2.4 | 1,140.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for WXIN via online web-meeting with D. O'Sullivan, WXIN Chief Financial Officer; S. Cutshaw, WXIN Assistant Chief Engineer; and J. Knightly | 08-Dec-2010 | 475 | 1.3 | 617.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of Trib Direct template | 09-Dec-2010 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for WNOL via online web-meeting with P. Cazeaux, WNOL; S. Zanolini, WNOL; and B. Venisnik | 09-Dec-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of useful lives and profile ID's in matrix | 10-Dec-2010 | 475 | 1.7 | 807.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for WPIX via online web-meeting with C. Davis, WPIX; L. Tworkowski, WPIX Senior Accountant; D. Mayersky, WPIX Controller; J. Seminerio, WPIX Director Operations and Engineering; C. Zerafa, WPIX VP of Technology; and J. Knightly | 10-Dec-2010 | 475 | 2.0 | 950.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of updated South Florida fixed asset listing | 13-Dec-2010 | 475 | 3.1 | 1,472.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for WXMI via online web-meeting with N. Mroczkowski, WXMI Accounting Manager; P. Cazeaux, WXMI Chief Financial Officer; A. Rozema, WXMI Director of Technology; D. Scholten, WXMI Chief Engineer; and J. Knightly | 13-Dec-2010 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of template response from Allentown | 14-Dec-2010 | 475 | 2.9 | 1,377.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for Seattle KRCW via online web-meeting with S. Silverman, Seattle and KRCW Chief Financial Officer; B. Kleven, Seattle and KRCW Accounting Manager; M. Goodman, Seattle Director of Engineering; P. Shearer, Manager of Engineering; and B. Venisnik | 14-Dec-2010 | 475 | 3.4 | 1,615.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of project status and open items | 14-Dec-2010 | 475 | 0.6 | 285.00 | VAL: Fresh Start |

| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of returned file from WGN | 15-Dec-2010 | 475 | 1.1 | 522.50 | VAL: Fresh Start |
|---|---|---|---|---|---|---|---|
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of returned template from CTC | 15-Dec-2010 | 475 | 2.1 | 997.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of returned template from Orlando | 15-Dec-2010 | 475 | 1.1 | 522.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of updated South Florida fixed asset listing | 15-Dec-2010 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Update list of real property breakout issues | 15-Dec-2010 | 475 | 2.1 | 997.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of category and sub category matrix | 16-Dec-2010 | 475 | 3.9 | 1,852.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of updated South Florida fixed asset listing | 16-Dec-2010 | 475 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Meeting with N. Chakiris, Tribune Asst. Controller, to discuss project status | 17-Dec-2010 | 475 | 0.6 | 285.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion of the Tribune Peoplesoft Template for Tribune Direct via online web-meeting with B. Delo, Tribune Director of Finance; C. Sipich, Tribune Director of Technology & Engineering; T. Street, Tribune Director of Operations; R. Hoshell, Tribune Manager of Direct Mail Operations; J. Herrera, Tribune Staff Account; and B. Venisnik | 17-Dec-2010 | 475 | 2.1 | 997.50 | VAL: Fresh Start |
| | | | | | 327.0 | 87,225.00 | |

| | |
|---|---|
| 0.00 | VAL: FCC License |
| 75,185.00 | VAL: Fresh Start |
| 0.00 | Market Value Surveys |
| 12,040.00 | Fee/Employment Applications |
| 87,225.00 | |
| 0.00 | |