**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>       Debtors. | ) Chapter 11<br>)<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>)<br>) Jointly Administered<br>)<br>)<br>) Related to Docket No. 7136, 8115 and 8235<br>)<br>) |

## NOTICE OF EXTENSION TO STEP TWO/DISGORGEMENT SETTLEMENT ELECTION DEADLINE

**Notice of Extension to Step Two/Disgorgement Settlement Election Deadline**

1. Pursuant to the Step Two/Disgorgement Settlement Procedures filed on December 10, 2010 [Docket No. 7136], the Step Two Arrangers hereby extend the Step Two/Disgorgement Settlement Election Deadline (as defined therein and as extended by the Notice of Extension to Step Two/Disgorgement Settlement Election Deadline [Docket No. 8235]) to April 11, 2011.

Dated: **March 18, 2011**

                                                           */s/ Drew G. Sloan*
                                        Mark D. Collins (Bar No. 2981)
                                        Robert J. Stearn, Jr. (Bar No. 2915)
                                        Drew G. Sloan (Bar No. 5069)
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        One Rodney Square
                                        920 N. King Street
                                        Wilmington, Delaware 19801
                                        Telephone (302) 651-7700
                                        Facsimile (302) 651 7701

                                        -and-

                                        Donald S. Bernstein
                                        Damian S. Schaible
                                        Elliot Moskowitz
                                        DAVIS POLK & WARDWELL LLP
                                        450 Lexington Avenue
                                        New York, New York  10017
                                        (212) 450-4500

                                        *Attorneys for JPMorgan Chase Bank, N.A.*

/s/ Laurie Selber Silverstein
Laurie Selber Silverstein (Bar No. 2396)
R. Stephen McNeill (Bar No. 5210)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Attorneys for Merrill Lynch Capital Corporation*

/s/ Stephen P. Lamb
Stephen P. Lamb (Bar No. 2053)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 655-4410
Facsimile: (302) 655-4420

Andrew Gordon
David W. Brown
Stephen J. Shimshak
Elizabeth R. McColm
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Citicorp North America, Inc.*

     */s/ John H. Schanne*
David B. Stratton, Esq.
John H. Schanne, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500

-and-

O'MELVENY & MYERS LLP
Daniel L. Cantor, Esq.
Daniel S. Shamah, Esq.
Times Square Tower, Esq.
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

-and-

Evan M. Jones, Esq.
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6236

*Attorneys for Bank of America, N.A.*