# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 21st day of March, 2011, I caused a true and correct copy of the **Certain Directors and Officers' Response to Objection of the Official Committee of Unsecured Creditors to Motion for Comfort Order** to be served upon the following persons in the manner as indicated.

**VIA EMAIL and HAND DELIVERY**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**VIA EMAIL, FACSIMILE and U.S. MAIL**

Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kevin T. Lantry, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Facsimile: 312-853-7036

John D. Shugrue, Esq.
Lana J. Raines, Esq.
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Facsimile: 312-207-6400

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Facsimile: 212-541-5369

Graeme W. Bush, Esq.
James Sottile, Esq.
Zuckerman Spaeder LLP
1800 M. Street, N.W., Suite 1000
Washington, DC 20036
Facsimile: 202-822-8106

Marc J. Phillips (No. 4445)

#4246993v1