## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al.*,<br><div align="right">Debtors.</div> | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY,<br>on behalf of TRIBUNE COMPANY, *et al.*,<br><br><div align="right">Plaintiff,</div><br>-against-<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><div align="right">Defendants.</div> | Adversary Proceeding<br>No. 1054010 (KJC) |

### MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF GREGG R. HAGUE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Gregg R. Hague of Sperling & Slater, counsel for Chandler Bigelow in the above-captioned case.

Dated: March 21, 2011

<div align="right">

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Sean M. Brennecke
Joel Friedlander (#3163)
Sean M. Brennecke (#4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
jfriedlander@bmf-law.com
sbrennecke@bmf-law.com
*Attorneys for Chandler Bigelow*

</div>

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*/s/ Gregg R. Hague*

**Sperling & Slater**
Gregg R. Hague
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Phone: (312) 641-3200
Fax: (312) 641-6492
grh@sperling-law.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2011

_____
United States Bankruptcy Judge