# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| **Debtors.** | **Jointly Administered** |
| | **Ref. Docket No. 8441** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK  )

DAVID MALO, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Debtors Reply_DI 8441_Aff_3-20-11.doc

2. On March 20, 2011, I caused to be served the "Debtor Tribune Company's Reply In Support of Its Motion for an Order Modifying the Automatic Stay to Allow Payment and Advancement of Defense Costs, Fees, and Expenses Under Directors and Officers Liability Insurance Policies," dated March 20, 2011, [Docket No. 8441], by causing true and correct copies to be delivered by email to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
David Malo

Sworn to before me this
21st day of March, 2011

_____
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\TRIBUNE\Affidavits\Debtors Reply_DI 8441_Aff_3-20-11.doc

**EXHIBIT A**

| Email Address |
| --- |
| a.dalton@smmj.com |
| aconway@taubman.com |
| adam.hirsch@srz.com |
| adeglomi@harris.com |
| ahammer@freebornpeters.com |
| ahiller@phw-law.com |
| alipkin@willkie.com |
| amuscovitz@dsfadvisors.com |
| anderson.frank@pbgc.gov |
| andrew.goldman@wilmerhale.com |
| bankruptcy@goodwin.com |
| BBUTWIN@OMM.COM |
| bceccotti@cwsny.com |
| bhshide@us.ibm.com |
| bmd@gsrnh.com |
| btrust@mayerbrown.com |
| carickhoff@blankrome.com |
| carolyn.adler@morganstanley.com |
| cbblac@acxiom.com |
| cbifferato@bifferato.com |
| cconnolly@morganlewis.com |
| CDAVIDOW@PAULWEISS.COM |
| charles.jackson@morganlewis.com |
| Charles.smith@klgates.com |
| claims@recoverycorp.com |
| cmcmanus@muchshelist.com |
| cmomjian@attorneygeneral.gov |
| collins@rlf.com |
| cowan@ask-attorneys.com |
| csbott@abato.com |
| csimon@crosslaw.com |
| dadler@mccarter.com |
| DALLAS.BANKRUPTCY@PUBLICANS.COM |
| DAVE@BHDRL.COM |
| david.klauder@usdoj.gov |
| DAVID.POWLEN@BTLAW.COM |
| dbradford@jenner.com |
| deecf@dor.mo.gov |
| dfeinberg@lewisfeinberg.com |
| dgonzales@wsh-law.com |
| dneier@winston.com |
| don@furmangregory.com |
| DPLON@SIRLINLAW.COM |
| dreimann@reimannlawgroup.com |
| drosner@kasowitz.com |
| efriedman@fklaw.com |

| |
|---|
| EJONES@OMM.COM |
| ELAINE_COLE@TAX.STATE.NY.US |
| ellen.slights@usdoj.gov |
| emseid@mstpartners.com |
| eobrien@sbchlaw.com |
| etredinnick@greeneradovsky.com |
| ffm@bostonbusinesslaw.com |
| fred.fellmeth@vitecgroup.com |
| frosner@mrs-law.com |
| GARLANDK@GTLAW.COM |
| gbush@zuckerman.com |
| gmcdaniel@bglawde.com |
| goldberg.elizabeth@dol.gov |
| grmesires@uhlaw.com |
| heri.christine@dol.gov |
| hkaplan@arkin-law.com |
| houston_bankruptcy@publicans.com |
| hseife@chadbourne.com |
| jberlage@ghsllp.com |
| jconlan@sidley.com |
| jcp@pgslaw.com |
| JCRISWELL@TSMP.COM |
| JDT@JDTHOMPSONLAW.COM |
| JEDMONSON@BAYARDLAW.COM |
| jfiorella@archerlaw.com |
| JFRANK@FGLLP.COM |
| jfriedman@jbflawfirm.com |
| jfungaroli@capitalsource.com |
| jhuggett@margolisedelstein.com |
| jlosardo@bbwg.com |
| jnimeroff@bsnlawyers.com |
| jodie.buchman@dlapiper.com |
| jgrey@crosslaw.com |
| jodie.rea@fox.com |
| john.sieger@kattenlaw.com |
| jschlerf@foxrothschild.com |
| jsdlaw@msn.com |
| jshickich@riddellwilliams.com |
| jteitelbaum@tblawllp.com |
| JWHITE@BLAKELEYLLP.COM |
| KDWBankruptcyDepartment@kelleydrye.com |
| kelkins@elkinskalt.com |
| ken.higman@hp.com |
| khill@svglaw.com |
| kklee@ktbslaw.com |
| klantry@sidley.com |
| kmayer@mccarter.com |

| |
|---|
| kmiller@ecjlaw.com |
| kstickles@coleschotz.com |
| landis@lrclaw.com |
| lawrence.gelber@srz.com |
| lbogdanoff@ktbslaw.com |
| LESLIE@LESLIECOHENLAW.COM |
| linda.boyle@twtelecom.com |
| ljones@pszjlaw.com |
| MAMATO@RMFPC.COM |
| MARK.NITIKMAN@C2D2LAW.COM |
| matthew.troy@usdoj.gov |
| maureen.mcgreevey@sungard.com |
| mblumenthal@crowell.com |
| MBRAZA@FOLEY.COM |
| MELOROD@GTLAW.COM |
| mengland@eckertseamans.com |
| mfelger@cozen.com |
| michelle.mcmahon@bryancave.com |
| mlastowski@duanemorris.com |
| mminuti@saul.com |
| mprimoff@kayescholer.com |
| MSMALL@FOLEY.COM |
| myurkewicz@klehr.com |
| mzelmanovitz@morganlewis.com |
| mzohn@proskauer.com |
| pgregory@cpmlegal.com |
| prubin@herrick.com |
| psmoots@mcguirewoods.com |
| pwebster@buchalter.com |
| ramona.neal@hp.com |
| RBRADY@YCST.COM |
| RHANLEY@NOLANPLUMHOFF.COM |
| rkbgwhw@aol.com |
| rmauceri@morganlewis.com |
| RMERSKY@MONLAW.COM |
| robert_cook@tax.state.ny.us |
| romero@mromerolawfirm.com |
| rpaul@zwerdling.com |
| rstark@brownrudnick.com |
| RTUCKER@SIMON.COM |
| rweinstein@cusa.canon.com |
| rwriley@duanemorris.com |
| sagolden@hhlaw.com |
| sbrown@eapdlaw.com |
| SCHLOSS.MICHAEL@DOL.GOV |
| schristianson@buchalter.com |
| sfallon@trplaw.com |

| |
|---|
| Sfriedberg@Theseaportgroup.com |
| skaufman@coochtaylor.com |
| SSHIMSHAK@PAULWEISS.COM |
| strattond@pepperlaw.com |
| taskounis@askounisdarcy.com |
| tbecker@morganlewis.com |
| tlauria@whitecase.com |
| tmacauley@zuckerman.com |
| tmhoepker@yahoo.com |
| tribuneco.routing@dpw.com |
| trmeites@mmmglaw.com |
| tscobb@vorys.com |
| Tscobb@vssp.com |
| WALDMEIRD@MICHIGAN.GOV |
| wayne.smith@warnerbros.com |
| wbowden@ashby-geddes.com |
| wmk@elliottgreenleaf.com |
| YONATAN.GELBLUM@USDOJ.GOV |
| aglenn@kasowitz.com |
| AGORDON@PAULWEISS.COM |
| ajongco@lewisfeinberg.com |
| andrew.schoulder@bgllp.com |
| atrehan@mayerbrown.com |
| avail@jenner.com |
| avesselinovitch@kattenlaw.com |
| awinfree@ashby-geddes.com |
| besders@abato.com |
| bkrakauer@sidley.com |
| csteege@jenner.com |
| daniel.connolly@bgllp.com |
| daniel.polatsek@kattenlaw.com |
| DBROWN@PAULWEISS.COM |
| DCANTOR@OMM.COM |
| ddavidian@arkin-law.com |
| ddeutsch@chadbourne.com |
| deggert@freebornpeters.com |
| dlemay@chadbourne.com |
| dsaval@brownrudnick.com |
| DSHAMAH@OMM.COM |
| efile@pbgc.gov |
| evan.flaschen@bgllp.com |
| fhyman@mayerbrown.com |
| gerson.leonard@dol.gov |
| guzzi@whitecase.com |
| isgreene@hhlaw.com |
| jatamian@mayerbrown.com |
| jcrystal@willkie.com |

| |
|---|
| joshua.gadharf@kattenlaw.com |
| jstrock@foxrothschild.com |
| kcollins@bifferato.com |
| kskomorucha@ashby-geddes.com |
| ljkotler@duanemorris.com |
| LSHUMEJDA@PAULWEISS.COM |
| mbarash@ktbslaw.com |
| MBCLEARY@YCST.COM |
| mbillion@pszjlaw.com |
| mcguire@lrclaw.com |
| mmilano@riddellwilliams.com |
| mmmulder@mmmglaw.com |
| npernick@coleschotz.com |
| nwasow@lewisfeinberg.com |
| pcatanese@mcguirewoods.com |
| raportl@pepperlaw.com |
| SCHANNEJ@PEPPERLAW.COM |
| sgreissman@whitecase.com |
| slross@duanemorris.com |
| slross@duanemorris.com |
| SSELBST@HERRICK.COM |
| tcairns@pszjlaw.com |
| whazeltine@sha-llc.com |
| wweintraub@fklaw.com |