# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors | **Hearing Date:** March 22, 2011 at 10:00 a.m. |
| | **Related to Docket Nos. 8208, 8414 & 8443** |

## DANIEL G. KAZAN'S JOINDER TO CERTAIN DIRECTORS AND OFFICERS' RESPONSE TO OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR COMFORT ORDER

Daniel G. Kazan, current employee and Senior Vice President, Investments, of Tribune Co., hereby joins in and incorporates by reference Certain Directors and Officers' Response to Objection of the Official Committee of Unsecured Creditors to Motion for Comfort Order (Docket No. 8443), which was filed today.

Dated: March 21, 2011
       Wilmington, Delaware

Respectfully submitted,

**POLSINELLI SHUGHART PC**

By: /s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 352-0920
Facsimile: (302) 252-0921
cward@polsinelli.com

Attorneys for Daniel Kazan

1932425.1

**CERTIFICATE OF SERVICE**

  Christopher A. Ward, an attorney, hereby certifies that on this 21st day of March, 2011, a true and correct copy of **DANIEL G. KAZAN'S JOINDER TO CERTAIN DIRECTORS AND OFFICERS' RESPONSE TO OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR COMFORT ORDER** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              /s/ Christopher A. Ward

1932425.1