**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 18, 2011

Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue,
Suite 1410,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Tribune Company and Los Angeles Times Communications LLC, Pltfs. vs. TBWA Chiat/Day Inc., Dft.

Case No.  08-13141

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of TBWA Chiat/Day Inc. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518176567

FedEx Tracking# 796887554757

cc: United States Bankruptcy Court
    824 North Market Street,
    Wilmington, DE  19801-4908