IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                              :    Chapter 11 Cases
                                                    :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :    (Jointly Administered)
                                                    :
        Debtors.                                    :    Re: D.I. 7901, 8411
---------------------------------------------------X

## ORDER APPROVING MOTION OF WILMINGTON TRUST COMPANY FOR AUTHORIZATION TO SEAL PORTIONS OF LETTER TO CHIEF JUDGE CAREY FROM MARTIN SIEGEL INCLUDING CERTAIN EXHIBITS

Upon consideration of the *Motion of Wilmington Trust Company for Authorization to Seal Portions of Letter to Chief Judge Carey from Martine Siegel Including Certain Exhibits* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Wilmington Trust Company is hereby granted permission to file under seal portions of the *[Redacted] Letter to Chief Judge Carey from Martin Siegel* [Docket No. ___], including certain exhibits thereto, pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: ~~February~~ March 21, 2011

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge