IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
                                                          )
In re:                                                    ) Chapter 11
                                                          )
TRIBUNE COMPANY, et al.,                                  ) Case No. 08-13141 (KJC)
                                                          )
          Debtors.                                        ) Jointly Administered
                                                          )
                                    Related D.I. Nos. 8071, 8072, 8074 & 8108, 8405
----------------------------------------------------------x

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to Seal Portions of Letters to Judge Carey from Edward A. Friedman [Docket Nos. 8071, 8072 & 8074]* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Aurelius Capital Management, LP is hereby granted permission to file under seal unredacted versions of the *[Redacted] Letter to Chief Judge Carey from Edward A. Friedman Related to the Novod and Adler Depositions* [Docket No. 8071], its *[Redacted] Letter to Chief Judge Carey from Edward A. Friedman Related to the Seife and Bush Depositions* [Docket No. 8072], and its *[Redacted] Letter to Chief Judge Carey from Edward A. Friedman Related to the Neise, PBGC, and Buena Vista Depositions* [Docket No. 8074], pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: March 21, 2011

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

6

{00490159;v1}