# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al*.,<br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered<br><br>Adversary Proceeding<br>No. 1045010 (KJC)<br><br>**Hearing date: March 22, 2011 at 10:00 a.m.**<br>**Related to Docket Nos. 8208 and 8414** |

### JOINDER TO CERTAIN DIRECTORS AND OFFICERS' RESPONSE TO OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR COMFORT ORDER

Chandler Bigelow, current Chief Financial Officer of Debtor Tribune Company, hereby joins in Certain Directors' and Officers' Response To Objection Of The Official Committee Of Unsecured Creditors To Motion For Comfort Order.

Dated:  March 21, 2011

BOUCHARD MARGULES & FRIEDLANDER, P.A.

 /s/ Sean M. Brennecke
Joel Friedlander (#3163)
Sean M. Brennecke (#4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
(302) 573-3500
jfriedlander@bmf-law.com
sbrennecke@bmf-law.com
*Attorneys for Chandler Bigelow*

and

SPERLING & SLATER, P.C.
Bruce S. Sperling
Steven C. Florsheim
Daniel A. Shmikler
55 West Monroe Street, Suite 3200
Chicago, Illinois  60603
(312) 641-3200
bss@sperling-law.com
sflorsheim@sperling-law.com
dshmikler@sperling-law.com

*Attorneys for Chandler Bigelow*

{BMF-W0242929.}