**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY,** *et al.***,** | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**JOINDER OF THE TRIBUNE COMPANY
EMPLOYEE COMPENSATION DEFENDANTS GROUP IN DEBTOR TRIBUNE
COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR AN ORDER MODIFYING
THE AUTOMATIC STAY TO ALLOW PAYMENT AND ADVANCEMENT OF
DEFENSE COSTS, FEES, AND EXPENSES UNDER DIRECTORS AND OFFICERS
LIABILITY INSURANCE POLICIES [DOCKET NO. 8441]**

The Tribune Company Employee Compensation Defendants Group (the "ECDG"),[1] by and through their undersigned counsel, hereby join in the Tribune Company's (the "Debtors") Reply in Support of its Motion for an Order Modifying the Automatic Stay to Allow Payment and Advancement of Defense Costs, Fees, and Expenses Under Directors and Officers Liability Insurance Policies, and respectfully state as follows:

**BACKGROUND AND STANDING**

1.      On December 8, 2008 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code"). The Debtors continue to operate their businesses as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

---

[1] This joinder is filed on behalf of the following employees of the Debtors and members of the ECDG: Julie D. Anderson, Tom M. Anischik, Michael D. Asher, Roger A. Bare, Thomas F. Brown, Rebecca M. Brubaker, David A. Bucknor, Thomas F. Caputo, Vincent Casanova, Patricia G. Cazeaux, Robert Christie, Raymond Daley, Catherine A. Davis, Lawrence Delia, Philip Doherty, Steve Farber, Richard S. Feeney, James F. Feher Jr., James D. Fehnel, Karen H. Flax, Chris L. Fricke, Michael Gart, Vincent R. Giannini, Karlene W. Goller, Richard J. Graziano, Howard Greenberg, John R. Hendricks, Tony Hunter, Alice T. Iskra, Janice Jacobs, Judy A. Juds, Anne S. Kelly, Gerould Kern, Avido Dikari Khahaifa, Patricia A. Kolb, Thomas A. Langmyer, Brian F. Litman, Walter F. Mahoney, Jerome P. Martin, Gina M. Mazzaferri, Nancy A. Meyer, Eric J. Meyrowitz, Susan M. Mitchell, Dan Mitrovich, Robyn L. Motley, Robin A. Mulvaney, Gwen P. Murakami, Russell J. Newton, Thomas J. Nork, William O'Donovan, John O'Loughlin, Dan O'Sullivan, Norbert E. Ortiz, Pamela S. Pearson, Scott G. Pompe, Charles F. Ray, Justo Rey, Sheau-Ming Kuo Ross, Robert R. Rounce, Timothy E. Ryan, Henry M. Segal, Stephen G. Seidl, Charles Sennet, Patrick Shanahan, Shaun M. Sheehan, Sharon A. Silverman, Digby A. Solomon, Laura L. Tarvainen, Lou Tazioli, Douglas Thomas, Timothy T. Thomas, Stephen P. Tippie, Cam B. Trinh, Deborah B. Vinakos, Michael E. Weiner, Gary Weitman, Feli M. Wong, Julie K. Xanders, Joseph A. Young and John E. Zelenka.

2. On or about December 4, 2010, the Official Committee of Unsecured Creditors (the "Committee") commenced adversary proceedings, pursuant to 11 U.S.C. §§ 547, 548 and 550, against certain of the Debtors' employees who comprise the ECDG (the "ECDG Adversary Proceedings"). The ECDG Adversary Proceedings seek to avoid and recover purported preferential and/or fraudulent transfers made by certain of the Debtors to individual members of the ECDG.

3. On March 1, 2011, the Debtors filed their Motion for an Order Modifying the Automatic Stay to Allow Payment and Advancement of Defense Costs, Fees, and Expenses Under Directors and Officers Liability Insurance Policies (the "Motion") [Docket No. 8208].[2]

4. On March 17, 2011, the Committee filed its request for adjournment and objection to the Debtors' Motion (the "Objection") [Docket No. 8414].

5. On March 21, 2011, the Debtors filed their reply (the "Reply") in support of the Motion [Docket No. 8441].

6. The members of the ECDG, as adversary proceeding defendants, are parties in interest to this bankruptcy case and have standing to join in the Debtors' Reply in support of the Motion pursuant to 11 U.S.C. § 1109(b), which states: "[a] party in interest . . . may raise and may appear and be heard on any issue in a case under this chapter." 11 U.S.C. §1109(b); *see, e.g., In re Quigley Co.*, 391 B.R. 695, 703 (Bankr. S.D.N.Y. 2008).

## JOINDER

7. The members of the ECDG, as identified in footnote 1 herein, adopt and incorporate by reference the arguments set forth in the Debtors' Reply in support of the Motion in their entirety.

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

WHEREFORE, the members of the ECDG request that the Court enter an order:

(i) Authorizing the Insurance Providers' payment of past defense costs, fees, and expenses and advancement of future defense costs, fees and expenses in connection with the ECDG Adversary Proceedings;

(ii) Overruling the Committee's Objection to the Debtors' Motion; and

(iii) Granting such further relief as this Court deems just.

Dated: March 21, 2011

EMPLOYEE COMPENSATION
DEFENDANTS GROUP

**THE HOGAN FIRM**

Daniel K. Hogan
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone:     (302) 656-7540
Facsimile:     (302) 656-7599
dkhogan@dkhogan.com

- and -

**FRANK/GECKER LLP**

    */s/ Joseph D. Frank*

Joseph D. Frank
Frances Gecker
Reed Heiligman
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:     (312) 276-1400
Facsimile:     (312) 276-0035
jfrank@fgllp.com; fgecker@fgllp.com;
rheiligman@fgllp.com

**CERTIFICATE OF SERVICE**

I, Joseph D. Frank, an attorney, state that on **March 21, 2011**, a copy of the **Joinder of the Tribune Company Employee Compensation Defendants Group in Debtor Tribune Company's Reply in Support of its Motion for an Order Modifying the Automatic Stay to Allow Payment and Advancement of Defense Costs, Fees, and Expenses Under Directors and Officers Liability Insurance Policies [Docket No. 8441]** was filed electronically. Notice of this filing will be sent to all parties listed on the attached Electronic Mail Notice List by operation of the Court's CM/ECF system. Parties may access this filing through the Court's system.

By: */s/ Joseph D. Frank*

# Mailing Information for Case 08-13141-KJC

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Justin R. Alberto    jalberto@bayardlaw.com, bankserve@bayardlaw.com,tmatthews@bayardlaw.com;sbreckenridge@bayardlaw.com,lmorton@bayardlaw.com,cdavis@bayardlaw.com
- Elihu Ezekiel Allinson, III    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
- Michael S. Amato    mamato@rmfpc.com
- Frank A. Anderson    anderson.frank@pbgc.gov, efile@pbgc.gov
- Thomas V. Askounis    taskounis@askounisdarcy.com, cwhite@askounisdarcy.com
- Jean-Marie L. Atamian    jatamian@mayerbrown.com
- John M. August    jaugust@herrick.com, courtnotices@herrick.com
- Mary E. Augustine    maugustine@bglawde.com
- Allison R Axenrod    allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com
- Richard Michael Beck    rbeck@klehr.com, lstanton@klehr.com
- Ian Connor Bifferato    cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com
- Mark M. Billion    mbillion@pszjlaw.com
- Alexander R. Bilus    sandy.bilus@dechert.com
- L. John N. Bird    jbird@foxrothschild.com
- Michael F. Bonkowski    mbonkowski@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com;kstahl@coleschotz.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- Robert S. Brady    bankfilings@ycst.com
- Patrick M. Brannigan    pbrannigan@crosslaw.com

- Sean M. Brennecke   sbrennecke@bmf-law.com, lheritage@bmf-law.com
- Amy D. Brown   abrown@margolisedelstein.com
- Charles J. Brown   cbrown@archerlaw.com, dabernathy@archerlaw.com
- Kate R. Buck   kbuck@mccarter.com
- Rebecca L. Butcher   butcher@lrclaw.com, rogers@lrclaw.com;adams@lrclaw.com;;dellose@lrclaw.com
- Kevin M. Capuzzi   kcapuzzi@phw-law.com
- David W. Carickhoff   carickhoff@blankrome.com, senese@blankrome.com
- Thomas P. Carroll   thomas.carroll@usdoj.gov
- Paul J. Catanese   pcatanese@mcguirewoods.com
- Camela J. Chapman   cchapman@co.ho.md.us
- William E. Chipman   chipman@lrclaw.com, dero@lrclaw.com,adams@lrclaw.com,rogers@lrclaw.com,panchak@lrclaw.com;dellose@lrclaw.com
- Christopher S. Chow   chowc@ballardspahr.com
- Joseph L. Christensen   jchristensen@paulweiss.com
- Shawn M. Christianson   schristianson@buchalter.com, cmcintire@buchalter.com
- M. Blake Cleary   bankfilings@ycst.com
- Richard Scott Cobb   cobb@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com
- Tiffany Strelow Cobb   tscobb@vorys.com, clpeck@vorys.com
- Kevin G. Collins   kcollins@bifferato.com
- Colm F. Connolly   cconnolly@morganlewis.com, lgibson@morganlewis.com
- Andrew S. Conway   Aconway@taubman.com
- Robert L. Cook   Robert.Cook@tax.ny.gov
- Linda K Cooper   l.cooper@smmj.com
- L. Jason Cornell   jcornell@foxrothschild.com, dkemp@foxrothschild.com;slynch@foxrothschild.com
- Scott D. Cousins   bankruptcydel@gtlaw.com, thomase@gtlaw.com
- Angie M. Cowan   cowan@ask-attorneys.com
- W. Andrew Dalton   a.dalton@smmj.com
- John Louis Decker   j.decker@smmj.com
- John D. Demmy   jdd@stevenslee.com
- John Patrick DiTomo   jditomo@paulweiss.com
- John P. Dillman   houston_bankruptcy@publicans.com
- Caroline R. Djang   crd@jmbm.com
- Heather L. Donald   donaldh@michigan.gov
- Thomas F. Driscoll   tdriscoll@bifferato.com
- Jamie Lynne Edmonson   jedmonson@bayardlaw.com, sbreckenridge@bayardlaw.com,emiranda@bayardlaw.com,lmorton@bayardlaw.com,bankserve@bayardlaw.com,
- Landon Ellis   ellis@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com
- Michael E. Emrich   notice@regencap.com
- Margaret Fleming England   mengland@eckertseamans.com, delawarebankruptcy@eckertseamans.com
- Brian G. Esders   besders@abato.com
- Nancy G. Everett   neverett@winston.com, ecf_bank@winston.com
- Justin Cory Falgowski   jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
- Sherry Ruggiero Fallon   sfallon@trplaw.com
- Michael J. Farnan   mfarnan@saul.com
- Mark E. Felger   mfelger@cozen.com, mmillis@cozen.com
- Adolph F. Fellmeth   fred.fellmeth@vitecgroup.com
- John V. Fiorella   jfiorella@archerlaw.com, mfriedman@archerlaw.com;ktunney@archerlaw.com;adavid@archerlaw.com
- Norman P. Fivel   norman.fivel@oag.state.ny.us
- Joseph D. Frank   jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- Joel E. Friedlander   bankruptcy@bmf-law.com
- Adam Friedman   dbr@aol.com, afriedman@olshanlaw.com;ssallie@olshanlaw.com
- Jerome Bennett Friedman   jfriedman@jbflawfirm.com, jmartinez@jbflawfirm.com
- Gregg M. Galardi   debank@skadden.com;christopher.heaney@skadden.com;larry.morton@skadden.com
- Kevin P. Garland   garlandk@gtlaw.com
- Patrick Theodore Garvey   garveyp@jbltd.com, danelskis@jbltd.com
- Yonatan Gelblum   yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov
- Ronald S. Gellert   rgellert@eckertseamans.com, delawarebankruptcy@eckertseamans.com;rgellert@eckertseamans.com

- Leonard H. Gerson    gerson.leonard@dol.gov
- Elizabeth Sara Goldberg    goldberg.elizabeth@dol.gov
- Scott Golden    sagolden@hhlaw.com
- Andrew N. Goldman    andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.jack@wilmerhale.com;melanie.dritz@wilmerhale.com;justin.ochs@wilmerhale.com;lipi.shah@wilmerhale.com;michelle.goldis@wilmerhale.com
- Douglas R. Gonzales    dgonzales@wsh-law.com
- Jeffrey M Gorris    jgorris@paulweiss.com
- Donald L. Gouge    dgouge@gougelaw.com, lmartin@gougelaw.com
- James S. Green, Jr.    green@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
- Joseph Grey    jgrey@crosslaw.com
- Virginia Whitehill Guldi    vguldi@zuckerman.com
- Aaron L. Hammer    ahammer@freebornpeters.com, bkdocketing@freebornpeters.com
- Tara Hannon    thannon@loan-law.com
- Donna L. Harris    dharris@phw-law.com
- J. Zachary Haupt    zhaupt@bifferato.com
- William A. Hazeltine    Bankruptcy001@sha-llc.com
- Reed A. Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com
- Leslie C. Heilman    heilmanl@ballardspahr.com
- Michael A. Henry    mhenry@grossmcginley.com
- Christine Zuehlke Heri    heri-christine@dol.gov, sol-chi@dol.gov;goldberg.elizabeth@dol.gov
- R. Karl Hill    khill@svglaw.com, cday@svglaw.com
- Adam Hiller    ahiller@phw-law.com
- Adam Hiller    ahiller@phw-law.com
- Adam Hiller    ahiller@phw-law.com
- Adam L Hirsch    adam.hirsch@srz.com, adam.hirsch@srz.com
- Daniel K. Hogan    dkhogan@dkhogan.com, keharvey@dkhogan.com
- Jennifer R. Hoover    jhoover@beneschlaw.com, ehein@beneschlaw.com;rlemisch@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com
- Meghan Colleen Horn    mhorn@abato.com
- James E. Huggett    jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
- Mark T Hurford    cl@camlev.com
- Mark T Hurford    cl@camlev.com, mth@camlev.com
- Joseph H. Huston    jhh@stevenslee.com
- Jennifer M Jackson    JacksonJ5@michigan.gov
- Ericka Fredricks Johnson    erjohnson@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com
- Nathan Jones    nate@usdrllc.com
- Michael Joseph Joyce    mjoyce@crosslaw.com
- Shanti M. Katona    skatona@polsinelli.com, docket@polsinelli.com;cward@polsinelli.com;LSuprum@Polsinelli.com
- Susan E. Kaufman    skaufman@coochtaylor.com
- Benjamin W. Keenan    bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
- William M. Kelleher    wkelleher@gfmlaw.com
- Lawrence Joel Kotler    ljkotler@duanemorris.com
- Bryan Krakauer    bkrakauer@sidley.com
- Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com
- Robert J. Lack    rlack@fklaw.com, vgarvey@fklaw.com
- Adam G. Landis    landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
- Neil Raymond Lapinski    nrl@elliottgreenleaf.com
- Tara L. Lattomus    delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com
- David S. Leinwand    dleinwand@amroc.com
- Raymond Howard Lemisch    rlemisch@beneschlaw.com, jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
- Scott J. Leonhardt    leonhardt@teamrosner.com
- Christopher Dean Loizides    loizides@loizides.com
- Brian E. Lutness    brian@silverman-mcdonald.psemail.com
- Thomas G. Macauley    bankr@zuckerman.com
- Robert W. Mallard    mallard.robert@dorsey.com

- Julie A. Manning    bankruptcy@goodwin.com
- R. Craig Martin    craig.martin@dlapiper.com, charlotte.neuberger@dlapiper.com,carolyn.fox@dlapiper.com
- Katharine L. Mayer    kmayer@mccarter.com
- Elizabeth R. McColm    emccolm@paulweiss.com
- Garvan F. McDaniel    gmcdaniel@bglawde.com, ydalton@bglawde.com
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Patricia P. McGonigle    pmcgonigle@svglaw.com, dclack@svglaw.com
- Matthew B. McGuire    mcguire@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- R. Stephen McNeill    bankruptcy@potteranderson.com
- Dennis A. Meloro    bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com
- Evelyn J. Meltzer    meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
- Rachel B. Mersky    rmersky@monlaw.com
- George R. Mesires    grmesires@uhlaw.com
- Joshua M. Mester    jmester@dl.com
- Maria Ann Milano    mmilano@riddellwilliams.com, ctracy@riddellwilliams.com;jshickich@riddellwilliams.com
- Curtis S. Miller    cmiller@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
- Kathleen M. Miller    kmiller@skjlaw.com, dlm@skjlaw.com
- Robert K. Minkoff    rminkoff@jefferies.com, mrichards@jefferies.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Francis A. Monaco Jr.    fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com
- Edmon L. Morton    bankfilings@ycst.com
- Adam Scott Moskowitz    asmcapital@aol.com
- Claire P. Murphy    cmurphy@sperling-law.com, lsands@sperling-law.com
- Kathleen A. Murphy    kmurphy@reedsmith.com
- Michael F. Murphy    MurphyM2@michigan.gov
- Carl D. Neff    cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com
- James D. Newbold    James.Newbold@illinois.gov
- Jami B. Nimeroff    jnimeroff@bsnlawyers.com
- Edward Patrick O'Brien    eobrien@sbchlaw.com
- Mona A. Parikh    mona.parikh@bipc.com
- Mark N. Parry    mparry@mosessinger.com, dkick@mosessinger.com,dbutvick@mosessinger.com
- Norman L. Pernick    bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com
- Robert J. Pfister    rpfister@ktbslaw.com
- John C. Phillips    tlb@pgslaw.com;scs@pgslaw.com
- Marc J. Phillips    mphillips@cblh.com
- Joan E. Pilver    Joan.Pilver@ct.gov
- Joanne P. Pinckney    jpinckney@phw-law.com, acourtney@phw-law.com
- Dana S. Plon    dplon@sirlinlaw.com
- David M. Powlen    dpowlen@btlaw.com
- Leigh-Anne M. Raport    lraport@ashby-geddes.com
- Daniel B. Rath    rath@lrclaw.com, rogers@lrclaw.com;panchak@lrclaw.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com;kstahl@coleschotz.com
- David William Reimann    dreimann@reimannlawgroup.com
- Jeffrey N. Rich    jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
- Michael P. Richman    mrichman@pattonboggs.com
- Timothy M. Riffin    thomase@gtlaw.com;bankruptcydel@gtlaw.com
- Richard W. Riley    rwriley@duanemorris.com
- Fred B. Ringel    fbr@robinsonbrog.com
- Richard A. Robinson    rrobinson@reedsmith.com
- Martha E. Romero    romero@dslextreme.com
- Alan Michael Root    root@blankrome.com, senese@blankrome.com
- Frederick Brian Rosner    rosner@teamrosner.com
- Sommer Leigh Ross    slross@duanemorris.com
- Anthony M. Saccullo    ams@saccullolegal.com

- Jason Beram Sanjana    jason.sanjana@lw.com
- John Henry Schanne    schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com
- Jeffrey M. Schlerf    jschlerf@foxrothschild.com, dkemp@foxrothschild.com
- Michael Alan Schloss    schloos.michael@dol.gov
- Eric Lopez Schnabel    de.ecf@Dorsey.com
- Andrew Schoulder    andrew.schoulder@bgllp.com, josephine.moon@bgllp.com;anna.rozin@bgllp.com;adam.shane@bgllp.com;andrew.schoulder@bgllp.com;daniel.connolly@bgllp.com;david.ball@bgllp.com
- Steven C. Schwendemann    s.schwendemann@smmj.com
- Elaine M Seid    emseid@mstpartners.com
- Maurie J. Shalmone    maurie@longacrellc.com
- Joseph Emil Shickich    jshickich@riddellwilliams.com, ctracy@riddellwilliams.com
- Daniel A. Shmikler    dshmikler@sperling-law.com, cmurphy@sperling-law.com,sflorsheim@sperling-law.com
- Glen Silverstein    gsilverstein@leaderberkon.com
- Laurie Selber Silverstein    bankruptcy@potteranderson.com
- Christopher Page Simon    csimon@crosslaw.com
- Drew G. Sloan    dsloan@rlf.com, rbgroup@rlf.com
- Wayne M. Smith    wayne.smith@warnerbros.com
- Patricia K. Smoots    psmoots@mcguirewoods.com
- Robert J. Stearn    stearn@rlf.com, rbgroup@rlf.com
- Robert J. Stearn Jr.    stearn@rlf.com, rbgroup@rlf.com
- Catherine Steege    csteege@jenner.com, docketing@jenner.com;mmatlock@jenner.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com;kstahl@coleschotz.com
- David B. Stratton    strattond@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
- John H. Strock    jstrock@foxrothschild.com, dkemp@foxrothschild.com
- Brian A. Sullivan    bsullivan@werbsullivan.com, abrown@werbsullivan.com
- William David Sullivan    wdsecfnotices@sha-llc.com
- Eric Michael Sutty    esutty@foxrothschild.com, dkemp@foxrothschild.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com
- Christina Maycen Thompson    cthompson@cblh.com
- Judy D. Thompson    jdt@jdthompsonlaw.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Amit K. Trehan    atrehan@mayerbrownrowe.com, atrehan@mayerbrownrowe.com;cwalsh@mayerbrown.com
- Matthew J. Troy    matthew.troy@usdoj.gov
- Ronald Mark Tucker    rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,psummers@simon.com,jgubler@simon.com,antimm@simon.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Deborah Waldmeir    waldmeird@michigan.gov, gamep@michigan.gov
- Christopher A. Ward    cward@polsinelli.com, LSuprum@Polsinelli.com
- Pamela K. Webster    pwebster@buchalter.com
- William P. Weintraub    wweintraub@fklaw.com, zhassoun@fklaw.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com
- William Douglas White    wdw@mccarthywhite.com, clm@mccarthywhite.ocm
- Eric R. Wilson    KDWBankruptcyDepartment@kelleydrye.com
- Amanda Marie Winfree    awinfree@ashby-geddes.com
- Jeffrey C. Wisler    jwisler@cblh.com
- James S. Yoder    yoderj@whiteandwilliams.com
- Michael W. Yurkewicz    myurkewicz@klehr.com
- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
- Scott A Zuber    szuber@daypitney.com