IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors | Hearing Date: 03/22/11<br>Related to Docket Nos. 8208 and 8414 |

### JOINDER OF CRANE KENNEY TO CERTAIN DIRECTORS AND OFFICERS' RESPONSE TO OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR COMFORT ORDER [DOCKET NO. 8443]

Crane Kenney hereby joins in Certain Directors and Officers' Response to Objection of the Official Committee of Unsecured Creditors to Motion for Comfort Order **[Docket No. 8443]** (the "Response"), filed on March 21, 2011, and herein reserves all rights to be heard before this Court in connection therewith.

WHEREFORE, for the reasons set forth in the Response, Crane Kenney respectfully requests that this Court enter an order overruling the Objection of the Official Committee of Unsecured Creditors to Motion for Comfort Order, and granting such further relief as is just and equitable.

{11042}1089733.1

|  | Respectfully submitted, |
|---|---|
| Dated: March 21, 2011 | Smith, Katzenstein & Jenkins LLP |
|  | By: /s/ Kathleen M. Miller |
| Richard A. Saldinger (IL ARDC #6209930) | Kathleen M. Miller (#2898) |
| Allen J. Guon (IL ARDC #6244526) | The Corporate Plaza |
| Kimberly Bacher (IL ARDC #6285677) | 800 Delaware Avenue, Suite 1000 |
| Shaw Gussis Fishman Glantz | Wilmington, Delaware 19899 |
| Wolfson & Towbin LLC | (Courier 19801) |
| 321 N. Clark St., Suite 800 | (302) 652-8400 – telephone |
| Chicago, Illinois 60610 | (302) 652-8405 – telecopy |
| Tel: (312) 276-1325 | Kmiller@skfdelaware.com – email |
| Fax: (312) 275-0566 |  |
| rsaldinger@shawgussis.com | One of His Attorneys |
| aguon@shawgussis.com |  |
| kbacher@shawgussis.com |  |

{11042} 1089733.1