## CERTIFICATE OF SERVICE

I hereby certify that on this **21ST** day of **March 2011**, a copy of the foregoing **JOINDER OF CRANE KENNEY TO CERTAIN DIRECTORS AND OFFICERS' RESPONSE TO OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION FOR COMFORT ORDER [DOCKET NO. 8443]** was caused to be served on the following in the manner indicated:

/s/Kathleen M. Miller
Kathleen M. Miller (ID No. 2898)

*VIA FACSIMILE AND U.S. MAIL*
Tribune Company
Attn: Chief Legal Officer
435 Michigan Avenue
Chicago, IL 60611
Facsimile: (312) 222-4206

*VIA EMAIL AND U.S. MAIL*
Sidley Austin LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
Gregory V. Demo
One South Dearborn Street
Chicago, IL 60603
jconlan@sidley.com
bkrakauer@sidley.com
jhenderson@sidley.com
klantry@sidley.com
jboelter@sidley.com

*VIA EMAIL AND HAND DELIVERY*
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
kstickles@coleschotz.com
preilley@coleschotz.com

*VIA EMAIL AND U.S. MAIL*
Chadbourne & Parke LLP
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, NY 10112
hseife@chadbourne.com
dlemay@chadbourne.com

*VIA EMAIL AND HAND DELIVERY*
Landis Rath & Cobb LLP
Adam G. Landis
Matthew B. McGuire
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com

*VIA EMAIL AND U.S. MAIL*
Zuckerman Spaeder LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
bbush@zuckerman.com
jsottile@zuckerman.com

*VIA U.S. MAIL*
Hennigan, Bennett & Dorman LLP
Bruce Bennett
James O. Johnston
Joshua M. Mester
865 S. Figueroa Street, Suite 2900
Los Angeles, CA  90017

*VIA EMAIL AND U.S. MAIL*
Wilmer Cutler Pickering Hale
 & Dorr LLP
Andrew N. Goldman
399 Park Avenue
New York, NY  10022
Andrew.goldman@wilmerhale.com

*VIA EMAIL AND U. S. MAIL*
Akin Gump Strauss Hauer & Feld LLP
Daniel H. Golden
Philip C. Dublin
One Bryant Park
New York, NY  10036
dgolden@akingump.com
pdublin@akingump.com

*VIA EMAIL AND HAND DELIVERY*
Ashby & Geddes, P.A.
William P. Bowden
Amanda M. Winfree
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE  19899
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com

*VIA EMAIL AND HAND DELIVERY*
Duane Morris LLP
Richard W. Riley
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801
rwriley@duanemorris.com

*VIA EMAIL AND HAND DELIVERY*
Young Conaway Stargatt & Taylor LLP
Robert S. Brady
M. Blake Cleary
The Brandywine Building - 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE  19899-0391
rbrady@ycst.com
mbcleary@ycst.com

*VIA EMAIL AND U. S. MAIL*
Davis Polk & Wardwell LLP
Donald S. Bernstein
Damian S. Schaible
450 Lexington Avenue
New York, NY  10017
Donald.bernstein@davispolk.com
Damian.schaible@davispolk.com

*VIA EMAIL AND HAND DELIVERY*
Richards, Layton & Finger, P.A.
Mark D. Collins
One Rodney Square
920 North King Street
Wilmington, DE  19801
Collins@rlf.com

*VIA EMAIL AND U.S. MAIL*
McCarter & English, LLP
David Adler
245 Park Avenue, 27th Floor
New York, NY  10167
dadler@mccarter.com

**_VIA EMAIL AND HAND DELIVERY_**
McCarter & English, LLP
Katharine L. Mayer
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE  19801
kmayer@mccarter.com

**_VIA EMAIL AND HAND DELIVERY_**
Bifferato Gentilotti LLC
Garvan F. McDaniel,
800 N. King Street, Plaza Level
Wilmington, DE  19801
gmcdaniel@bglawde.com

**_VIA EMAIL AND HAND DELIVERY_**
Sullivan Hazeltine Allinson LLC
William D. Sullivan
Elihu E. Allinson, III
4 East 8th Street, Suite 400
Wilmington, DE  19801
bsullivan@sha-llc.com
zallinson@sha-llc.com

**_VIA EMAIL AND U.S. MAIL_**
Kasowitz, Benson, Torres
  & Freidman LLP
David S. Rosner
Richard F. Casher
1633 Broadway
New York, New York 10019
drosner@kasowitz.com
rcasher@kasowitz.com

**_VIA EMAIL AND U.S. MAIL_**
Brown Rudnick LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Time Square
New York, NY  10036
rstark@brownrudnick.com
msiegel@brownrudnick.com
gnovod@brownrudnick.com

**_VIA  HAND DELIVERY_**
David M. Klauder
United States Trustee's Office
844 King Street, Suite 2207
Wilmington, DE  19801