**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

TRIBUNE COMPANY, et al.,

                                      Debtors.

Chapter 11

Case No. 08-13141 (KJC)
Jointly Administered
Reference Docket No. 8065

**SOFTWARE AG'S RESPONSE TO**
**DEBTOR'S FORTY-SECOND OMNIBUS CLAIMS OBJECTION**

The debtors and debtors in possession in the above-captioned Chapter 11 cases

("Debtors") have filed, in the form of an omnibus objection, an objection to claim

number 5283 (the "Proof of Claim"), the claim of  Software AG, Inc. ("Software AG"),

in the amount of $284,327.89.  A copy of Software AG's proof of claim is attached to

this reply.  The basis for the objection appears to be that the claim is not reflected in the

books and records of the Debtors.  Software AG opposes the objection and replies as

follows.

The proof of claim was timely filed and is prima facie evidence of the validity and

amount of the claim.  Bankr.R.Civ.P. 3001(f).  Supporting documentation for the claim

was appended to the claim, together with a detailed statement of the basis of the claim.

The objection should contain like documentation and detail sufficient to rebut the claim

as filed, and does not.  In addition, a "books and records" objection does not meet the

requirements of Bankr.R.Civ.P. 3007(d), which governs omnibus objections, and such an

objection is not one of the enumerated claims objections that may be filed in omnibus

fashion.

As stated in the Proof of Claim, the Debtors are obligated to Software AG under written agreements (the "Agreements").  Under those agreements, which are in the possession of the Debtors, Software AG provided technical support services to the Debtors, and as of the petition date was owed $284,327.89 for those services.

Software AG opposes the relief sought as to it in the Forty-Second Omnibus Claims Objection, and wishes to be heard on its claim. Accordingly, Software AG respectfully requests that this Court: (1) dismiss the Forty-Second Omnibus Claims Objection or schedule a hearing on the same; (2) deny the relief sought in the Forty-Second Omnibus Claims Objection as it pertains to Software AG;  (3) allow the Software AG Proof of Claim, claim number 5283, in full; (4) direct the Claims Agent not to expunge any claim of Software AG; and (5) provide such other relief as the Court deems proper.

Dated: March 21, 2011                   PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
jcp@pgslaw.com

-and-

Stephen K. Gallagher
Kristen E. Burgers
VENABLE LLP
Tysons Corner, VA
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
(703) 760-1600
(703) 821-8949