# EXHIBIT A

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)          0000005283

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| Los Angeles Times Communications LLC | 08-13185 |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

TRB (CREDITOR.DBF,CREDNUM)CREDNUM # 1000060140******
SOFTWARE AG INC
11700 PLAZA AMERICA DR STE 700
RESTON, VA 20190

Telephone number: 703-860-5050   Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____
120279

**Name and address where payment should be sent (if different from above):**
Software AG USA, Inc.
11700 Plaza America Dr.
Suite 700
Reston, VA 20190
Telephone number: 703 860-5050  Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 284,327.89

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.
   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____

2. **Basis for Claim:** Services performed (see attached Schedule A)
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 2850
   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $ _____   Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____   Basis for perfection: _____

   Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $ _____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

JUN 1 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 6/9/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. [signature] — Senior Vice President and General Counsel |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**software** AG

Software AG USA, Inc.
Remit To:
P.O. Box 910600
Dallas, TX 75391-0600
Telephone 800.525.7859
www.softwareag.com
FID No. 54 1807654

Case #
08-13185

| Bill To | Invoice | |
|---|---|---|
| Los Angeles Times, The<br>Information Technology<br>202 West First Street<br>LOS ANGELES CA  90012 | Document Number<br>Document Date<br>Customer Number | 5099022800<br>03/30/2009<br>8012850 |
| | Sales Order Number<br>Payment Terms<br>Billing Date<br>Created on | 163433<br>Within 30 days Due net<br>**03/30/2009**<br>03/30/2009 |

| Ship To |
|---|
| Los Angeles Times, The<br>Information Technology<br>202 West First Street<br>LOS ANGELES CA  90012 |

Page 1 of 2

Technical service fees for the period 11/01/2008 - 10/31/2009:

### Invoice Details

| Description | Quantity | Amount/$ |
|---|---|---|
| **ADABAS for z/OS**<br>MSU common / MSU Main license | 28 MSU | 102,080.00 |
| **Adabas Delta Save Facility for z/OS**<br>MSU common / MSU Main license | 28 MSU | 9,187.20 |
| **Adabas Fastpath for z/OS**<br>MSU common / MSU Main license | 28 MSU | 25,315.84 |
| **Adabas Online System for z/OS**<br>MSU common / MSU Main license | 28 MSU | 9,799.68 |
| **Com-plete for z/OS**<br>MSU common / MSU Main license | 28 MSU | 41,852.80 |
| **Natural for z/OS**<br>MSU common / MSU Main license | 28 MSU | 44,404.80 |
| **Natural Security for z/OS**<br>MSU common / MSU Main license | 28 MSU | 7,145.60 |
| **Predict for z/OS**<br>MSU common / MSU Main license | 28 MSU | 22,355.52 |
| **Entire Review DC Component for z/OS**<br>MSU common / MSU Main license | 28 MSU | 3,981.12 |



Software AG USA, Inc.
Remit To:
P.O. Box 910600
Dallas, TX 75391-0600
Telephone 800.525.7859
www.softwareag.com
FID No. 54 1807654

## Bill To

Los Angeles Times, The
Information Technology
202 West First Street
LOS ANGELES CA  90012

## Ship To

Los Angeles Times, The
Information Technology
202 West First Street
LOS ANGELES CA  90012

## Invoice

| | |
|---|---|
| Document Number | 5099022800 |
| Document Date | 03/30/2009 |
| Customer Number | 8012850 |

Page 2 of 2

Technical service fees for the period 11/01/2008 - 10/31/2009:

### Invoice Details

| Description | Quantity | Amount/$ |
|---|---|---|
| **Adabas Review for z/OS** <br> MSU common / MSU Main license | 28 MSU | 6,941.44 |
| Total Sale Amount | | 273,064.00 |
| Total Sales Tax | | 11,263.89 |
| **Total Invoice Amount** | | **284,327.89** |

## SCHEDULE A

## TO PROOF OF CLAIM OF SOFTWARE AG USA, INC.
## FILED AGAINST TRIBUNE COMPANY, ET AL., AND LOS ANGELES TIMES COMMUNICATIONS, LLC
## CASES NO. 08-13141 (KJC) AND 08-13185 (JOINTLY ADMINISTERED)

Tribune Company, et al., including, specifically Tribune Company's subsidiary Los Angeles Times Communications, LLC, debtors in the above-referenced jointly-administered bankruptcy cases (collectively, the "Debtors"), are obligated to SOFTWARE AG USA, Inc., formerly known as Software AG, Inc., SAGA Software, Inc., Software AG Americas, Inc. and Software AG of North America, Inc. ("SAG"), pursuant to various agreements between the parties, including those agreements indexed and attached hereto (collectively, the "Agreements").

As of December 8, 2008, the date that the Debtors filed their bankruptcy petitions, the balance due to SAG under the Agreements was $284,327.89, plus interest, attorneys fees and all other costs, charges and expenses as provided in the Agreements. In addition to interest, other attorneys' fees, costs, charges and expenses have been and will continue to be incurred by SAG for which the Debtors are obligated under the Agreements. Further, SAG expressly reserves any and all of its rights and claims under the Agreements.

SAG expressly reserves the right to amend and/or supplement this Proof of Claim from time to time for any purpose or reason.



Software AG USA, Inc.
11700 Plaza America Drive
Suite 700
Reston, Virginia 20190

Telephone 703-860-5050
www.softwareag.com/us

July 25, 2008

Dear Sir/Madam:

On May 25, 2007, webMethods, Inc. was acquired by our parent, Software AG, and became a direct subsidiary of Software AG, Inc. As part of the post acquisition integration of webMethods, Inc., all of Software AG, Inc.'s business operations and assets have been transferred to webMethods, Inc., which has changed its name to "Software AG USA, Inc."

No action is necessary on your part regarding this integration; however, we do request that you adjust your records to reflect the account data for webMethods, Inc. to Software AG USA, Inc.

Sincerely,

Robert T. Lee
Director of Tax
Software AG USA, Inc.

Case # 08-13185

## EXHIBIT A

### Software AG Products Licensed to the Times

| Product Code and Description | Operating System | License Type | Quantity/Metric |
|---|---|---|---|
| ADA – Adabas[1] | z/OS | MSUs | 28 |
| ADE – Adabas Delta Save | z/OS | MSUs | 28 |
| AFP – Adabas Fastpath | z/OS | MSUs | 28 |
| AOS – Adabas Online System | z/OS | MSUs | 28 |
| COM – Com-plete | z/OS | MSUs | 28 |
| NAT – Natural | z/OS | MSUs | 28 |
| NSC – Natural Security | z/OS | MSUs | 28 |
| PRD – Predict | z/OS | MSUs | 28 |
| RDC – Entire Review Data Comm Comp | z/OS | MSUs | 28 |
| REV – Adabas Review | z/OS | MSUs | 28 |

---

[1] Includes Adabas Cache, Adabas Basic Services, Adabas Cache Services, Adabas Trigger Unload, and Adabas Recovery Aid.

# FedEx USA Airbill

**FedEx Tracking Number:** 8397 6042 9728

## 1 From
- **Date:** 10/1/9
- **Sender's FedEx Account Number:** 1284-5476-4
- **Sender's Name:** Elizabeth Guglio
- **Phone:** (703) 391-6613
- **Company:** Software AG USA, Inc. (Suite 700)
- **Address:** 11700 Plaza America Drive
- **City:** Reston **State:** VA **ZIP:** 20190

## 2 Your Internal Billing Reference

## 3 To
- **Recipient's Name:** Tribune Co. Claims Processing Center
- **Phone:** ( )
- **Company:** Epiq Bankruptcy Solutions LLC
- **Address:** 757 Third Ave. 3rd floor
- **City:** New York **State:** NY **ZIP:** 10017

## 4a Express Package Service
- ☒ FedEx Priority Overnight

## 5 Packaging
- ☒ FedEx Envelope

## 7 Payment Bill to:
- ☒ Sender

**446**

RETAIN THIS COPY FOR YOUR RECORDS.

FedEx USA Airbill — FedEx Retrieval Copy

Sender's FedEx Account Number: 8397 6042 9728

1 From
Date: 6/11/9
Sender's Name: Elizabeth Griglio
Phone: 103 391-6013
Company: Software AG USA, Inc. (Suite 700)
Address: 11700 Plaza America Drive
City: Reston   State: VA   ZIP: 20190

3 To
Recipient's Name: Tribune Co. Claims Processing Center
Company: Epiq Bankruptcy Solutions LLC
Address: 757 Third Ave, 3rd Floor
City: New York   State: NY   ZIP: 10017

4a Express Package Service — FedEx Priority Overnight
4b Express Freight Service
5 Packaging: FedEx Envelope
6 Special Handling
7 Payment: Bill Sender

Tracking: 8397 6042 9728
FRI - 12 JUN A1
PRIORITY OVERNIGHT
JUN 12 2009
10017  NY-US  EWR
ZB OGSA