# **CERTIFICATE OF SERVICE**

      I, MEGAN C. HANEY, do hereby certify that I am over the age of 18, and that on March 21, 2011, a copy of the foregoing *Software AG's Response to Debtor's Forty-Second Omnibus Claims Objection* was served via ECF on parties who requested notice, and by email and hand delivery on the following:

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone:  302-652-3131
Facsimile:  302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

      Under penalty of perjury, I certify the foregoing to be true and correct.

                                              /s/ Megan C. Haney
                                              MEGAN C. HANEY