# EXHIBIT A

**Exhibit A**
**Summary of Fees by Individual Professional**

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Baird,Jeff | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Botts,Guy S. | Senior Manager-Grade 4 | 475 | 0.0 | 0.00 |
| Harig,James Michael | Staff/Assistant-Grade 3 | 175 | 1.0 | 175.00 |
| Howley,Matthew C | Partner/Principal-Grade 1 | 525 | 0.0 | 0.00 |
| Huennekens,Scott J. | Staff/Assistant-Grade 3 | 175 | 44.0 | 7,700.00 |
| Ingles,Beatrice | Senior Associate | 175 | 0.0 | 0.00 |
| Jones,Matthew C. | Senior Manager-Grade 1 | 475 | 0.0 | 0.00 |
| Kearns,Michael Ryan | Senior-Grade 2 | 275 | 0.0 | 0.00 |
| Kearns,Michael Ryan | Manager-Grade 1 | 375 | 1.0 | 375.00 |
| Knightly,James Charles | Senior-Grade 2 | 275 | 115.9 | 31,872.50 |
| Long,Charles A | Executive Director-Grade 1 | 525 | 0.0 | 0.00 |
| Luc,Piotr | Senior-Grade 1 | 275 | 4.0 | 1,100.00 |
| Mason,Jon S | Executive Director-Grade 2 | 525 | 5.0 | 2,625.00 |
| Mulcahy,Sean D. | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Putnam,Joshua Eric | Senior Manager-Grade 2 | 475 | 2.8 | 1,330.00 |
| Rodriguez,Nancy Walton | Staff/Assistant-Grade 1 | 175 | 9.6 | 1,680.00 |
| Tong,Yuet Fung | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Venisnik,Bradley J. | Senior Manager-Grade 4 | 475 | 50.8 | 24,130.00 |
| Vescovi,Anthony Adam | Senior-Grade 2 | 275 | 4.0 | 1,100.00 |
| McGee, Ginny | External Contractor | n/a | 44.0 | 4,175.00 |
| | **Grand Totals** | | **282.1** | **76,262.50** |
| | *Blended Rate* | | | *270.34* |

282.1

76,262.50  Total Fees
(15,252.50) Less 20% Holdback

61,010.00  Current Fee Invoice

# EXHIBIT B

# ⊒II ERNST & YOUNG

**INVOICE NUMBER: US0130388227**

**March 4, 2011**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |
| **EIN: 34-6565596** |

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

BU: **US002**    CLIENT NUMBER: **60025315**

PROJECT NUMBER: **15169346**

Progress billing for valuation services rendered pursuant to the Statement of Work dated May 11, 2010:

January, 2011

| | | |
| --- | --- | --- |
| VAL: FCC License | $ | 1,330.00 |
| VAL: Fresh Start | $ | 69,077.50 |
| Fee/Employment Applications | $ | 1,680.00 |
| Fees Due | $ | 72,087.50 |
| Expenses | $ | 10.00 |
| Total Due | $ | 72,097.50 |
| 20% Holdback of the fees requested | $ | (14,417.50) |
| Net Fees & Expenses | $ | 57,680.00 |

*Total Due*                          **$72,097.50**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞII ERNST & YOUNG**

**INVOICE NUMBER: US0130388227**

**March 4, 2011**

Tribune Company
Attn: Mr. Brian Litman
Vice President & Controller
435 North Michigan Ave.
Chicago, IL 60611

| PLEASE REMIT TO: |
| --- |
| Ernst & Young |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |
| **EIN: 34-6565596** |

BU: **US002**    CLIENT NUMBER: **60025315**

|  |  |
| --- | --- |
| *Total Due* | **$72,097.50** |

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# ᴙ ERNST & YOUNG

**INVOICE NUMBER: US0130370148**

**February 3, 2011**

KTLA-TV
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

**PLEASE REMIT TO:**

Ernst & Young
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60811877**

For professional service rendered in connection with the fourth quarter 2010 Los Angeles TVT market survey.

*Total Due*                                    **$1,875**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞII ERNST & YOUNG**

**INVOICE NUMBER: US0130370148**

February 3, 2011

**PLEASE REMIT TO:**

Ernst & Young
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

KTLA-TV
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

BU: **US001**    CLIENT NUMBER: **60811877**

*Total Due*                          **$1,875**

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# Ξ⊔ ERNST & YOUNG

**INVOICE NUMBER: US0130370140**

**February 3, 2011**

| **PLEASE REMIT TO:** |
| --- |
| Ernst & Young |
| Pittsbg Ntnl Bnk - Pitt 640382 |
| P.O. Box 640382 |
| Pittsburgh, PA 15264-0382 |
| **EIN: 34-6565596** |

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

BU: **US001**   CLIENT NUMBER: **60810282**

For professional service rendered in connection with the fourth quarter 2010 New York TVT market survey.

*Total Due*                                   $2,300

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞII ERNST & YOUNG**

**INVOICE NUMBER: US0130370140**

February 3, 2011

| PLEASE REMIT TO: |
| --- |
| Ernst & Young |
| Pittsbg Ntnl Bnk - Pitt 640382 |
| P.O. Box 640382 |
| Pittsburgh, PA 15264-0382 |
| **EIN: 34-6565596** |

WPIX-TV
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

BU: **US001**    CLIENT NUMBER: **60810282**

*Total Due*                                        $2,300

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# EXHIBIT C

**Exhibit C**
**Schedule of Expenses by Project Category**

| Category | Expenses |
|---|---|
| In-town Travel: Taxi: Ground Trans | 10.00 |

10.00

**Exhibit C**
**Schedule of Expenses**

| Emp/Vendor | Title | Descr | Incur Dt | Expenses | Category |
|---|---|---|---|---|---|
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | For meeting with Michele De Venuto, Tribune\office to meeting | 12-Jan-2011 | 10.00 | Taxi: Ground Trans |
| | | | | 10.00 | |

# **EXHIBIT D**

**Exhibit C**
**Schedule of Fees by Project Category**

|  | Project Category | Total |
|---|---|---|
| 1) | VAL: FCC License | 2.8 |
| 2) | VAL: Fresh Start | 225.7 |
| 3) | Market Value Surveys | 44.0 |
| 4) | Fee/Employment Applications | 9.6 |
|  | Net Hours | 282.1 |

|  | Project Category | Total |
|---|---|---|
| 1) | VAL: FCC License | 1,330.00 |
| 2) | VAL: Fresh Start | 69,077.50 |
| 3) | Market Value Surveys | 4,175.00 |
| 4) | Fee/Employment Applications | 1,680.00 |
|  | Net Fees | 76,262.50 |

Exhibit D
Chronological Detail of Services Rendered

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Haing,James Michael (US012753336) | Staff/Assistant-Grade 4 (444) | Update of the weighted average cost of capital calculations | 11-Jan-2011 | 175 | 1.0 | 175.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the KPLR location's Add New Assets & Mapping files for the KPLR v2 template | 05-Jan-2011 | 175 | 1.0 | 175.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated some of the categories & subcategoriesin the Tribune fixed asset listing database for the WDCW, KPLR, WNOL, KDAF business units | 06-Jan-2011 | 175 | 2.2 | 385.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding category/subcategory items in the Tribune database for KWGN | 07-Jan-2011 | 175 | 0.7 | 122.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #2 of the KWGN template | 07-Jan-2011 | 175 | 0.2 | 35.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding category/subcategory items in the Tribune database for WPMT | 07-Jan-2011 | 175 | 0.8 | 140.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #2 of the WPMT template | 07-Jan-2011 | 175 | 0.3 | 52.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated some of the categories & subcategories in the Tribune fixed asset listing database for the WDCW, KPLR, WNOL, KDAF business units | 07-Jan-2011 | 175 | 1.8 | 315.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the KDAF location's Add New Assets & Mapping files for the KDAF v3 template | 07-Jan-2011 | 175 | 0.8 | 140.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the WDCW location's Add New Assets & Mapping files for the WDCW v3 template | 07-Jan-2011 | 175 | 0.9 | 157.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding category/subcategory items in the Tribune database for KTXL | 07-Jan-2011 | 175 | 1.3 | 227.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #2 of the KTXL template | 07-Jan-2011 | 175 | 0.4 | 70.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the WGN Radio v1 Peoplesoft template | 10-Jan-2011 | 175 | 0.6 | 105.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of fixed asset listing database changes required for the KWGN template | 10-Jan-2011 | 175 | 0.9 | 157.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the roll-up codes in the fixed asset listing database for the WGN Radio business unit. | 10-Jan-2011 | 175 | 1.2 | 210.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding category/subcategory items in the Tribune database for WGN Radio | 11-Jan-2011 | 175 | 0.8 | 140.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #2 of the WGN Radio template | 11-Jan-2011 | 175 | 0.3 | 52.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the KTXL location's Add New Assets & Mapping files for the KTXL v2 template | 11-Jan-2011 | 175 | 0.5 | 87.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the WGN Radio location's Add New Assets & Mapping files for the WGN Radio v2 template | 11-Jan-2011 | 175 | 0.4 | 70.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Discussion with J. Mason regarding the WGN Radio v1 template | 11-Jan-2011 | 175 | 0.3 | 52.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the Tribune fixed asset listing database to ensure specific line items in the KWGN business unit will have remaining useful lives equal to one year | 11-Jan-2011 | 175 | 2.3 | 402.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the Tribune fixed asset listing database so that several specific line items in the WPMT business unit will have remaining useful lives equal to one year | 12-Jan-2011 | 175 | 1.3 | 227.50 | VAL: Fresh Start |

| Name | Title/Grade | Description | Date | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding category/subcategory items in the Tribune database for KTXL | 13-Jan-2011 | 175 | 2.1 | 367.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #3 of the KTXL template | 13-Jan-2011 | 175 | 0.6 | 105.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding category/subcategory items in the Tribune database for KWGN | 13-Jan-2011 | 175 | 0.4 | 70.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #3 of the KWGN template | 13-Jan-2011 | 175 | 0.2 | 35.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding category/subcategory items in the Tribune database for WPMT | 13-Jan-2011 | 175 | 0.4 | 70.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #3 of the WPMT template | 13-Jan-2011 | 175 | 0.3 | 52.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the KTXL location's Add New Assets & Mapping files for the KTXL v3 template | 13-Jan-2011 | 175 | 0.4 | 70.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the KWGN location's Add New Assets & Mapping files for the KWGN v3 template | 13-Jan-2011 | 175 | 0.3 | 52.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the WPMT location's Add New Assets & Mapping files for the WPMT v3 template | 13-Jan-2011 | 175 | 0.4 | 70.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the Baltimore business unit portion of the Tribune fixed asset listing database | 13-Jan-2011 | 175 | 0.4 | 70.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the Tribune fixed asset lising database to ensure specific line items in the KWGN business unit will have remaining useful lives equal to one year | 13-Jan-2011 | 175 | 0.8 | 140.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the Tribune fixed asset listing database so that several specific line items in the WPMT business unit will have remaining useful lives equal to one year | 13-Jan-2011 | 175 | 1.1 | 192.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding category/subcategory items in the Tribune database for KWGN | 14-Jan-2011 | 175 | 0.7 | 122.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #4 of the KWGN template | 14-Jan-2011 | 175 | 0.5 | 87.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the corresponding category/subcategory items in the Tribune database for WPMT | 14-Jan-2011 | 175 | 0.9 | 157.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created version #4 of the WPMT template | 14-Jan-2011 | 175 | 0.4 | 70.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the KWGN location's Add New Assets & Mapping files for the KWGN v4 template | 14-Jan-2011 | 175 | 0.6 | 105.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Created the WPMT location's Add New Assets & Mapping files for the WPMT v4 template | 14-Jan-2011 | 175 | 0.5 | 87.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updating the Tribune fixed asset lising database for global consistency | 24-Jan-2011 | 175 | 4.9 | 857.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updating the Tribune fixed asset lising database for global consistency | 25-Jan-2011 | 175 | 3.3 | 577.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the Tribune fixed asset listing database for the WGN TV & Chicago publishing templates | 26-Jan-2011 | 175 | 1.2 | 210.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updating the Tribune fixed asset lising database for global consistency | 26-Jan-2011 | 175 | 2.6 | 455.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the overall trending database Summary Grouping & Broadcasting Grouping columns | 26-Jan-2011 | 175 | 1.1 | 192.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Updated the publishing categories matrix file | 26-Jan-2011 | 175 | 0.9 | 157.50 | VAL: Fresh Start |
| Kearns, Michael Ryan (US012490807) | Manager-Grade 1 (321) | Updated weighted average cost of capital calculations for Tribune 142 calculation | 20-Jan-2011 | 375 | 1.0 | 375.00 | VAL: Fresh Start |

| Name | Grade | Description | Date | Rate | Hours | Amount | Note |
|------|-------|-------------|------|------|-------|--------|------|
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis and update of the WDCW template | 04-Jan-2011 | 275 | 1.3 | 357.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis and update of the KDAF template | 04-Jan-2011 | 275 | 1.5 | 412.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis and update of the KPLR template | 04-Jan-2011 | 275 | 1.4 | 385.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of line items containing $0 NBV and positive value for Federal Cost. | 04-Jan-2011 | 275 | 1.6 | 440.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Incorporation of data received from CTC into the PeopleSoft database | 04-Jan-2011 | 275 | 1.8 | 495.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis and update to PeopleSoft template tracking | 04-Jan-2011 | 275 | 2.3 | 632.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion with J. Mason regarding PeopleSoft project status. | 04-Jan-2011 | 275 | 1.5 | 412.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis and update of WNOL template | 04-Jan-2011 | 275 | 0.9 | 247.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updates to the WNOL template | 04-Jan-2011 | 275 | 0.7 | 192.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updates to Baltimore location template data | 10-Jan-2011 | 275 | 1.5 | 412.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of working PeopleSoft template | 10-Jan-2011 | 275 | 2.7 | 742.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Update of suggested category and sub-category changes from Baltimore file | 10-Jan-2011 | 275 | 2.8 | 770.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updates to asset description, line by line, per suggested changes by the Baltimore. | 10-Jan-2011 | 275 | 2.0 | 550.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Revision of Baltimore template inputs | 10-Jan-2011 | 275 | 2.5 | 687.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the $0 and Null corporate cost in the Tribune Fixed asset listing | 11-Jan-2011 | 275 | 1.5 | 412.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Consolidation of necessary assets for the Baltimore location with roll-up of line items in the original fixed asset listing | 11-Jan-2011 | 275 | 2.3 | 632.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of PeopleSoft template for CTC for meeting with M. De Venuto, Tribune | 12-Jan-2011 | 275 | 0.3 | 82.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Meeting with M. De Venuto, Tribune, and B. Venisnik to discuss updates to CTC asset list | 12-Jan-2011 | 275 | 1.4 | 385.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of current descriptions and categorization in the KTXL template | 12-Jan-2011 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of current descriptions and categorization in the KWGN template | 12-Jan-2011 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis and adjustment of changes suggested by CTC | 12-Jan-2011 | 275 | 2.5 | 687.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of current descriptions and categorization in the WGN Radio template | 12-Jan-2011 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of current descriptions and categorization in the WPMT template | 12-Jan-2011 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis and adjustment of changes suggested by Orlando | 14-Jan-2011 | 275 | 1.3 | 357.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Update the Orlando PeopleSoft template file in various columns | 14-Jan-2011 | 275 | 5.2 | 1,430.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Meeting with N. Chakiris, Tribune Asst. Controller, regarding tracking file and zero corporate cost assets | 14-Jan-2011 | 275 | 1.4 | 385.00 | VAL: Fresh Start |

| Name | Grade | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Update of the PeopleSoft template tracking file (version 22) | 14-Jan-2011 | 275 | 0.8 | 220.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updates to the suggested asset descriptions in the Orlando PeopleSoft template | 17-Jan-2011 | 275 | 2.5 | 687.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Creation and application of new building line items (real estate) in the Orlando PeopleSoft template | 17-Jan-2011 | 275 | 2.3 | 632.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updates to outstanding items checklist | 17-Jan-2011 | 275 | 1.4 | 385.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Assignment of suggested asset description into WGN TV PeopleSoft template | 18-Jan-2011 | 275 | 2.8 | 770.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Creation and adjustment of asset identification in the WGN TV PeopleSoft template | 18-Jan-2011 | 275 | 2.4 | 660.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Re-run Orlando PeopleSoft template for fixed asset listing | 18-Jan-2011 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of Master file of Categorization and profile identifications for PeopleSoft upload. | 19-Jan-2011 | 275 | 2.3 | 632.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updated CAP number and description in the WGN TV PeopleSoft template | 19-Jan-2011 | 275 | 1.4 | 385.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updated WGN location in the WGN TV PeopleSoft template | 19-Jan-2011 | 275 | 1.4 | 385.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Re-categorization of fixed assets in the WGN TV PeopleSoft template at Debtor's request | 19-Jan-2011 | 275 | 3.2 | 880.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion with N. Chakris, Tribune Asst. Controller regarding project status | 20-Jan-2011 | 275 | 1.4 | 385.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Re-run WGN TV PeopleSoft template for fixed asset listing | 20-Jan-2011 | 275 | 2.2 | 605.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updates and adjustments to the fixed asset listing database for WGN TV and Orlando Publishing | 20-Jan-2011 | 275 | 2.9 | 797.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Internal Discussion - Brad V discussion WGN TV, Orland, KTXL, and KWGN | 20-Jan-2011 | 275 | 1.5 | 412.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updates and adjustments to the fixed asset listing database | 21-Jan-2011 | 275 | 2.5 | 687.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of KTXL Broadcasting suggested descriptions changes | 21-Jan-2011 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of KWGN Broadcasting PeopleSoft template | 21-Jan-2011 | 275 | 2.1 | 577.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Assignment of descriptions for the KTLA PeopleSoft template | 24-Jan-2011 | 275 | 2.3 | 632.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Update of categorization in the KTLA PeopleSoft template per Debtor suggestions | 24-Jan-2011 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis and adjustment of locations in the KTLA PeopleSoft template | 25-Jan-2011 | 275 | 1.1 | 302.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updated asset distribution tool based on the run of the KTLA PeopleSoft template | 25-Jan-2011 | 275 | 2.9 | 797.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of Debtor-suggested changes for the KTLA PeopleSoft template | 26-Jan-2011 | 275 | 2.5 | 687.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of Allentown Publishing Inserters | 26-Jan-2011 | 275 | 1.9 | 522.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of Baltimore Publishing Inserters | 27-Jan-2011 | 275 | 2.3 | 632.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of LA Times Publishing Inserters | 27-Jan-2011 | 275 | 2.3 | 632.50 | VAL: Fresh Start |

| Name (ID) | Title - Grade | Description | Date | | | | Category |
|---|---|---|---|---|---|---|---|
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Tribune database - weekly update and analysis. | 28-Jan-2011 | 275 | 2.2 | 605.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion with N. Chakris, Tribune Asst. Controller; B. Verisnik, and J. Mason regarding fixed asset listing responses received from various locations | 28-Jan-2011 | 275 | 1.2 | 330.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Creation and analysis of publishing description file for delivery to N. Chakris, Tribune Asst. Controller | 28-Jan-2011 | 275 | 1.6 | 440.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion with J. Mason regarding the tracking template of to-do items. | 28-Jan-2011 | 275 | 1.3 | 357.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Final analysis and creation of PeopleSoft listing for the Orlando PeopleSoft Template | 28-Jan-2011 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis and adjustment of Allentown PeopleSoft Template | 31-Jan-2011 | 275 | 1.2 | 330.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Final analysis and run of Baltimore PeopleSoft template and analysis. | 31-Jan-2011 | 275 | 1.2 | 330.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Initial analysis of Newport News suggested changes. | 31-Jan-2011 | 275 | 1.3 | 357.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion with J. Mason surrounding the analysis to be done for WNOL. | 31-Jan-2011 | 275 | 0.7 | 192.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Adjustment of Switcher categorization and final run of KTLA PeopleSoft template. | 31-Jan-2011 | 275 | 2.8 | 770.00 | VAL: Fresh Start |
| Luc,Piotr (US012613215) | Senior-Grade 2 (422) | Analysis of math computations in asset distribution tool | 03-Jan-2011 | 275 | 1.9 | 522.50 | VAL: Fresh Start |
| Luc,Piotr (US012613215) | Senior-Grade 2 (422) | Update of the weighted average cost of capital calculations | 03-Jan-2011 | 275 | 2.1 | 577.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Discussion with S. Huennekens regarding the WGN Radio v1 template | 11-Jan-2011 | 525 | 0.3 | 157.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Discussion with J. Mason surrounding the analysis to be done for WNOL | 31-Jan-2011 | 525 | 0.7 | 367.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Discussion with J. Knightly regarding PeopleSoft project status. | 04-Jan-2011 | 525 | 1.5 | 787.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Discussion with J. Knightly regarding the tracking template of to-do items. | 28-Jan-2011 | 525 | 1.3 | 682.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Discussion with N. Chakris, Tribune Asst. Controller; B. Verisnik, and J. Knightly regarding fixed asset listing responses received from various locations | 28-Jan-2011 | 525 | 1.2 | 630.00 | VAL: Fresh Start |
| McGee, Ginny | External Contractor | Data request to market participants and set-up program for November participants on LA market | 09-Dec-2010 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | Data request to market participants and set-up program for November participants on NY market | 10-Dec-2010 | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | Consolidate November LA market data | 15-Dec-2010 | n/a | 6.1 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | Consolidate November NY market data | 16-Dec-2010 | n/a | 5.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | Data request to market participants and set-up program for December participants on LA market | 12-Jan-2011 | n/a | 2.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | Data request to market participants and set-up program for December participants on NY market | 13-Jan-2011 | n/a | 3.1 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | Consolidate December LA market data | 19-Jan-2011 | n/a | 5.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | Consolidate December NY market data | 20-Jan-2011 | n/a | 4.6 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | Consolidate 4th quarter LA market data and issue report | 29-Jan-2011 | n/a | 4.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | Consolidate 4th quarter NY market data and issue report | 30-Jan-2011 | n/a | 5.1 | 0.00 | Market Value Surveys |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 3 (213) | Update to FCC licenses valuation | 04-Jan-2011 | 475 | 2.8 | 1,330.00 | VAL: FCC License |
| Rodriquez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of fee Sept - Nov fee applications. | 04-Jan-2011 | 175 | 1.8 | 315.00 | Fee/Employment Applications |

| | | | | | |
|---|---|---|---|---|---|
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of fee Sept - Nov fee applications. | 05-Jan-2011 | 175 | 0.1 | 17.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of fee Sept - Nov fee applications. | 07-Jan-2011 | 175 | 1.2 | 210.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of fee Sept - Nov fee applications. | 11-Jan-2011 | 175 | 0.2 | 35.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of fee Sept - Nov fee applications. | 17-Jan-2011 | 175 | 0.4 | 70.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of fee Sept - Nov fee applications. | 20-Jan-2011 | 175 | 1.2 | 210.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of December fee application | 28-Jan-2011 | 175 | 3.4 | 595.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of December fee application | 31-Jan-2011 | 175 | 1.3 | 227.50 | Fee/Employment Applications |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis and update of open items | 04-Jan-2011 | 475 | 3.1 | 1,472.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis KDAF Template | 05-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis KPLR Template | 05-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis WDCW template | 05-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis of updated WNOL template | 05-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis of retirements with 0 book basis but >0 federal basis | 07-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis and transmission of KDAF template | 10-Jan-2011 | 475 | 0.2 | 95.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis and transmission of KPLR template | 10-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis and transmission of WDCW template | 10-Jan-2011 | 475 | 0.2 | 95.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis of response from Allentown | 10-Jan-2011 | 475 | 1.7 | 807.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Submit follow-up questions to Allentown for template updates | 10-Jan-2011 | 475 | 0.2 | 95.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis of response from Baltimore | 10-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis of response from KSWB | 10-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis and update of open items | 10-Jan-2011 | 475 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | KWGN template analysis | 11-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Updates to PeopleSoft template for CTC for meeting with M. De Venuto, Tribune | 12-Jan-2011 | 475 | 0.4 | 190.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Analysis of roll-forward procedures | 12-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | Meeting with M. De Venuto, Tribune, and J. Knightly to discuss updates to CTC asset list. | 12-Jan-2011 | 475 | 1.4 | 665.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011145437) | Senior Manager-Grade 4 (214) | KTXL template analysis | 13-Jan-2011 | 475 | 2.1 | 997.50 | VAL: Fresh Start |

| Name (ID) | Role | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | KWGN template analysis | 14-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Discussion with N. Chakris, Tribune Asst. Controller, regarding valuation project status | 14-Jan-2011 | 475 | 1.1 | 522.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Analysis and update of open items | 14-Jan-2011 | 475 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | WPMT template analysis | 14-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | WXIN building outfitting cost analysis | 17-Jan-2011 | 475 | 3.9 | 1,852.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Analysis upload and updating procedures from the templates | 18-Jan-2011 | 475 | 1.1 | 522.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Analysis of databse updates for Orlando template | 18-Jan-2011 | 475 | 0.6 | 285.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Analysis of revised Orlando upload file | 21-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Analysis and update of open items | 21-Jan-2011 | 475 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Analysis of final Baltimore and WGN TV documents | 21-Jan-2011 | 475 | 1.9 | 902.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | KTLA File analysis | 25-Jan-2011 | 475 | 1.8 | 855.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | KTLA File analysis | 26-Jan-2011 | 475 | 3.1 | 1,472.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Discussion with N. Chakris, Tribune Asst. Controller, J. Mason, and J. Knightly regarding fixed asset listing responses received from various locations | 28-Jan-2011 | 475 | 1.2 | 570.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US01145437) | Senior Manager-Grade 4 (214) | Analysis and update of open items | 28-Jan-2011 | 475 | 1.1 | 522.50 | VAL: Fresh Start |
| Vescovi,Anthony Adam (US012539774) | Senior-Grade 3 (423) | Analysis of math computations in asset distribution tool for personal property team | 14-Jan-2011 | 275 | 4.0 | 1,100.00 | VAL: Fresh Start |
| n/a | n/a | Flat fee for market value surveys for LA market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 1,875.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for NY market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 2,300.00 | Market Value Surveys |

282.1    76,262.50

| | |
|---|---|
| 1,330.00 | VAL: FCC License |
| 69,077.50 | VAL: Fresh Start |
| 4,175.00 | Market Value Surveys |
| 1,680.00 | Fee/Employment Applications |
| 76,262.50 | |

0.00