**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: <br><br> TRIBUNE COMPANY, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Jointly Administered <br><br> Ref. Docket No. 8437 |
|---|---|

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On March 18, 2011, I caused to be served the "Notice of Extension to Step Two/Disgorgement Settlement Election Deadline," dated March 18, 2011 [Docket No. 8437], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Samuel Garcia

Sworn to before me this
22nd day of March, 2011

Julia S Bealler (Beckmann)
Notary Public

JULIA S. BEALLER
Notary Public, State of New York
No. 01BE6222280
Qualified in Kings County
Commission Expires May 24, 2014

T:\Clients\TRIBUNE\Affidavits\Notice of Extension to Step Two-Disgorgement Settlement Election Deadline_DI 8437_Aff_3-18-11.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AIG ANNUITY INSURANCE COMPANY | WESTERN NATIONAL LIFE INSURANCE COMPANY ATTN: TOKI SHAW, HOUSTON OPERATIONS 2929 ALLEN PARKWAY, A36-10 TX 77019-2155 |
| ARMY AND AIR FORCE MUTAL AID | C/O PIMCO SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| AVENUE INV LP | DAVID LICHT 535 MADISON AVENUE, 15 FLOOR NY 10022 |
| AVL LOAN FUNDING LLC | DYLAN JOHNSON BANK OF AMERICA MERRILL LYNCH 540 W. MADISON, SUITE 0950 IL 60661 |
| BARCLAYS BANK PLC | DAVID BARTON 200 PARK AVENUE, 4TH FLOOR NY 10166 |
| BASSO CR OPPORTUNITIES HLDG FD | SHAWN ETZKORN BASSO CAPITAL MANAGEMENT, L.P. 1266 EAST MAIN ST., 4FL CT 06902 |
| BASSO FUND LTD | SHAWN ETZKORN BASSO CAPITAL MANAGEMENT, L.P. 1266 EAST MAIN ST., 4FL CT 06902 |
| BASSO MULTI-STRATEGY HLDG FD L | SHAWN ETZKORN BASSO CAPITAL MANAGEMENT, L.P 1266 EAST MAIN ST., 4FL CT 06902 |
| BLACKPORT CAP FD LTD | JOHN DIONNE 345 PARK AVENUE, 29TH FL NY 10154 |
| CONTRARIAN FUNDS LLC | JOHN HALLOWELL C/O CONTRARIAN CAPITAL MANAGEMENT 411 W PUTNAM AVE, S-225 CT 06830-6261 |
| DEUTSCHE BK-LONDON | MEIRAV AZOULAY 1 GREAT WINCHESTER STREET EC2N2DB ENGLAND |
| DEUTSCHE BK-NEW YORK | DANIEL ASTON 1251 AVENUE OF THE AMERICAS NY 10020 |
| EATON VANCE CR OPPORTUNITY FD | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET MA 02109 |
| EATON VANCE FLTG RT INC TR | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET MA 02109 |
| EATON VANCE INSTL SR LN FD | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET MA 02109 |
| EATON VANCE LTD DURATION INC F | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET MA 02109 |
| EATON VANCE SR DEBT PF | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET MA 02109 |
| EATON VANCE SR FLTG RT TR | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET MA 02109 |
| EATON VANCE SR INC TR | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET MA 02109 |
| EATON VANCE VT FLTG RT INC FD | STEVE CONCANNON EATON VANCE MANAGEMENT 255 STATE STREET MA 02109 |
| EMERALD ORCHARD LTD | 720 KING STREET WEST, 2ND FLOOR ON M5V 2T3 CANADA |
| FBS CBNA LOAN FUNDING LLC | AARON RYSKIEWICZ,BANK OF AMERICA MERRILL LYNCH GLOBAL SECURITIES SOLUTIONS 540 W. MADISON STREET, SUITE 1810 IL 60661 |
| FRANKLIN 4884 VIPT STRT INC SE | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 CA 94403 |
| FRANKLIN STR INC FD CANADA | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 CA 94403 |
| FRANKLIN TOT RTN FD | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 CA 94403 |
| FRANKLIN-OLD WESTBURY FDS INC | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 CA 94403 |
| FRASER SULLIVAN CLO I LTD | JOHN FRASER 400 MADISON AVENUE, SUITE 9A NY 10017 |
| FRASER SULLIVAN CLO II LTD | DAVID ENDLER 400 MADISON AVENUE, SUITE 9A NY 10017 |
| FT12460 - OPPORTUNISTIC DISTRE | NIK FODOR ONE FRANKLIN PARKWAY, SUITE 920 CA 94403 |
| GOLDENTREE 2004 TRUST | MAREK BROZYNA 1230 6TH AVE NY 10020 |
| GOLDENTREE CR OPP FINCNG I LTD | MAREK BROZYNA 1230 6TH AVE NY 10020 |
| GOLDENTREE LEV LOAN FIN I LTD | MAREK BROZYNA 1230 6TH AVE. NY 10020 |
| GOLDENTREE MULTI-STRAT FINCNG | MAREK BROZYNA 1230 6TH AVE NY 10020 |
| GOLDENTREE MULTISTRATEGY SUBSI | MAREK BROZYNA 1230 6TH AVE NY 10020 |
| GOLDMAN SACHS CR PARTS LP | ANDREW CADITZ 85 BROAD ST NY 10004-2434 |
| GRAND CENT ASSET TR CLAR | DAVID BARTON 200 PARK AVENUE, 4TH FLOOR NY 10166 |
| GRAND CENT ASSET TR CRU | DAVID BARTON 200 PARK AVENUE, 4TH FLOOR NY 10166 |
| GRAND CENT ASSET TR VCM | DAVID BARTON 200 PARK AVENUE, 4TH FLOOR NY 10166 |
| GSO ROYAL HLDGS CFPI LLC | GEORGE FAN GSO ROYAL FINANCING LLC C/O GSO CAPITAL PARTNERS LLC 280 PARK AVENUE, 11TH FLOOR NY 10017 |
| HARBOURVIEW CLO 2006-1 | THOMAS JI DEUTSCHE BANK TRUST COMPANY 1761 EAST ST. ANDREW PLACE CA 92705 |
| HCSMF SCOTIA SWAP | C/O SCOTIABANK (IRELAND) LIMITED ATTN: MR JOHN CAMPBELL IFSC HOUSE CUSTOM HOUSE QUAY IRELAND |
| HIGHLAND CREDIT OPP CDO LTD | CARTER CHISM HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL RD., SUITE 800 TX 75240 |
| HIGHLAND LOAN FD V LTD | CARTER CHISM HIGHLAND CAPITAL MANAGEMENT LP 13455 NOEL RD, SUITE 800 TX 75240 |
| ING PIMCO HI YLD PF | JASON ALMIRO 7337 E DOUBLETREE RANCH RD AZ 85258-2144 |

| Claim Name | Address Information |
|---|---|
| JP MORGAN WHITEFRIARS INC | MIRIAM KULNIS 383 MADISON AVENUE, 23RD FLOOR NY 10179 |
| KENAI SPIRET LOAN TRUST | CRAIG PEARSON UBSW AGENT 677 WASHINGTON BOULEVARD, 6TH FLOOR, CT 06601 |
| KING STREET ACQUISITION COMPANY | RUDY AUSTIN 65 EAST 55TH STREET, 30TH FLOOR NY 10022 |
| KNIGHTHEAD MASTER FUND LP | DAVID RUDITZKY 623 5TH AVE., 29TH FLOOR NY 10022-6842 |
| LASALLE BANK NA | SUSAN GREGAR 135 S LASALLE STREET IL 60603-4177 |
| LEHMAN BROTHERS COMMERCIAL | LIAM AHEARN 101 HUDSON ST NJ 07302-3915 |
| LEVINE LEICHTMAN CAP DV FD LP | JOHN KLINGE 335 N. MAPLE DRIVE, SUITE 240 CA 90210 |
| LOAN STAR STATE TR | JAMI NOLAN STONE TOWER CAPITAL LLC 152 W. 57TH STREET-34TH FLOOR NY 10019 |
| LONGHORN CR FDNG LLC | CARTER CHISM 13455 NOEL ROAD, STE 800 TX 75240 |
| MIDTOWN ACQUISITIONS L P | CHRISTIAN CANTALUPO 65 E 55TH ST, 19TH FLOOR NY 10022-3355 |
| MONARCH MASTER FUNDING LTD | MATTHEW GLOWASKY VICE PRESIDENT MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE NY 10022 |
| MORGAN STANLEY SENIOR FUNDING, INC. | SU YEO 1585 BROADWAY AVE, 2ND FLOOR NY 10036 |
| O'CONNOR CAP STRUCT OPP MST | CRAIG PEARSON UBSW AGENT 677 WASHINGTON BOULEVARD, 6TH FLOOR, CT 06601 |
| O'CONNOR CREDIT OPP MST LTD | UBSW AGENT 677 WASHINGTON BOULEVARD, 6TH FLOOR, CT 06601 |
| OPPENHEIMER MSTR LN FD LLC | MYK PLEET OPPENHEIMERFUNDS 1-HYCDT 6803 S TUCSON WAY CO 80112 |
| OPPENHEIMER SR FLTG RT FD | MYK PLEET OPPENHEIMERFUNDS 1-HYCDT 6803 S TUCSON WAY CO 80112 |
| OZ SPECIAL MASTER FUND LTD | NOAH CHARNEY 9 W 57TH ST, 39TH FLOOR NY 10019 |
| PEMBROKE CBNA LOAN FDG LLC | IRA BERG, AMIDA CAPITAL MANAGEMENT II LLC 767 THIRD AVENUE, SUITE 800 NY 10017 |
| PIMCO1241-PRU-HY PORT | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO1252-ST TEACH RET SYS OH | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO2042-IBM PER PEN PLN TR | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO2493-HI INC FD | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO2496-FLTG RT INC FD | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO2497-FLTG RT STRT FD | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO2603-RED RIVER HYPI LP | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO2764-BBH-GBL HI INC FD | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO2782-BBH-GBL HI INC(YEN-H | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO2980-CA PUB EMP RET SYS | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO3716-BBH TR CO(CAYMAN) LT | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO3752-BBH TR IV-GBL HI YLD | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO686-VIT HI YLD BD P | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO6975-AST HIGH YIELD PF | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO705-PIMCO HI YLD FD | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| PIMCO706-FD PRIVATE HI YD PT | SANDY BENSON 840 NEWPORT CENTER DR. CA 92660 |
| SATELLITE SR INCOME FD LLC | C/O SATELLITE ASSET MANAGEMENT LP GOICHEHREH ABTAHIAN 10 E 50TH ST 21ST FL NY 10022-6831 |
| SECONDARY LOAN AND DISTRESSED | MIRIAM KULNIS 383 MADISON AVENUE 23RD FLOOR NY 10179 |
| SILVER OAK CAP | TODD ARDEN 245 PARK AVENUE 26TH FLOOR NY 10167 |
| SOF INV, LP | C/O MSD CAPITAL, L.P. GURDEV DILLON 645 FIFTH AVENUE, 21ST FLOOR NY 10022 |
| TACONIC CAP PTNRS 1 5 LP | MICHAEL J. ZACZYK 450 PARK AVENUE, 8TH FLOOR NY 10022 |
| TACONIC OPPORTUNITY FD L P | MICHAEL J. ZACZYK 450 PARK AVENUE, 8TH FLOOR NY 10022 |
| TEMPLETON 4290 GLB INV TR-INC | ED PERKS 500 E BROWARD BLVD FL 33394-3000 |
| UBS AG STAMFORD BRANCH | UBSW AGENT 677 WASHINGTON BOULEVARD, 6TH FLOOR CT 06601 |
| VARDE INVEST PTNRS LP | MARKUS SPECKS 8500 NORMANDALE LAKE BLVD, #1570 MN 55437 |
| VEER CASH FLOW CLO LTD | DELIA GAMBOA 12 E 49TH STREET, 29TH FLOOR NY 10017 |
| WINDMILL MASTER FD LP | JEFFREY WERNER DUQUESNE FUND SERVICES LLC 2579 WASHINGTON ROAD SUITE 322 PA 15241 |
| WMC3G67 - SUN AM SR FLTG RT FD | JACK BURGESS 733 THIRD AVE NY 10017 |
| WOODLANDS COMMERCIAL BANK | SHANNON BASS 745 7TH AVENUE, 8TH FLOOR NY 10019 |

| Claim Name | Address Information |
|---|---|
| XX - ZOHAR III LTD | SUSAN GREGAR 135 S LA SALLE ST IL 60603-4177 |
| YORK CAPITAL MANAGEMENT | LAUREN SEARING YORK CAPITAL MANAGEMENT, L.P. 767 5TH AVE, 17TH FL NY 10153 |
| ZOHAR II 2005-1 LTD | ADMINISTRATION LOAN C/O LASALLE BANK NA 135 S LASALLE ST IL 60603 |
| ZZ - FRANKLIN STRT SR-FRANKLIN | ONE FRANKLIN PARKWAY BUILDING 920, 1ST FLOOR CA 94044 |
| ZZ GRAYSON & CO | RACHEL KATZ EATON VANCE MANAGEMENT 255 STATE STREET MA 02109 |

**Total Creditor count 96**

# THE TRIBUNE COMPANY
**SERVICE LIST**

ALICE TARORMANA
GSO
280 PARK AVE, 11TH FLOOR
NEW YORK, NY 10017

LAURA TORRADO
623 5TH AVE, 29TH FL
NEW YORK, NY 10022-6831

ANDERS AMUNDSON
LEHMAN BROTHERS
1271 6TH AVE, 38TH FLOOR
NEW YORK NY 10020-1300

MICHAEL MCNAMARA
ATTN: ANGELO GORDON & COMPANY
245 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10167

CLAUDIA SAFFAR
BROWN RUDNICK
7 TIMES SQUARE
NEW YORK, NY 10036

HARBINGER CAPITAL PARTNERS
FAENA YOUNGQUIST
450 PARK AVENUE, 30TH FLOOR
NEW YORK, NY 10022

NANCY ALEXANDER
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 1003

# EXHIBIT B

# THE TRIBUNE COMPANY

**SERVICE LIST**

| **Email Address** | **Contact** | **Company** |
|---|---|---|
| NFODOR@FRK.COM | FODOR, NIKOLAS | FRANKLIN TEMPLETON |
| TWADA@FRK.COM | WADA, TIFFANY | FRANKLIN |
| NNOTTE@AVENUECAPITAL.COM | NICHOLAS NOTTE | AVENUE INVESTMENTS, LP |
| LESLIE.EVANS@OZCAP.COM | LESLIE EVANS | OCH-ZIFF CAPITAL MANAGEMENT GROUP |
| STACY.LAI@BAML.COM | LAI, STACY | BOFA MERRILL |
| ENDLER@FRASERSULLIVAN.COM | DAVID ENDLER | FRASER |
| SE@BASSOCAP.COM | SHAWN ETZKORN | BASSO |
| DORON.ZEIF@BARCAP.COM | DORON ZEIF | BARCLAYS |
| A.MILANEZ@DKPARTNERS.COM | ANDREW MILANEZ | DK PARTNERS |
| TINA.CHEN@LAMCOLLC.COM | TINA CHEN | WOODLANDS COMMERCIAL BANK (F/K/A LEHMAN BROTHERS COMMERCIAL BANK) |
| TVALAT@PATRIARCHPARTNERS.COM | THIERRY VALAT DE CORDOVA | *ZOHAR* |
| NALEXANDER@KRAMERLEVIN.COM | NANCY ALEXANDER | 1798 RELATIVE VALUE MASTER FUND |
| MARGARITA.PASCUAL@LOMBARDODIER.COM | | 1798 RELATIVE VALUE MASTER FUND |
| FGOLDGABER@HARBINGERCAPITAL.COM | | HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD |
| EUBANKS@SEWKIS.COM | RENEE EUBANKS | HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD |
| FYOUNGQUIST@HARBINGERCAPITAL.COM | | |
| CFRESQU@FRK.COM | | FRANKLIN OLD WESTBURY |
| JEFF.RICHMOND@UBS.COM | | |

THE TRIBUNE COMPANY

**SERVICE LIST**

**ADDITIONAL EMAIL PARTIES**

- ALICE TARORMANA, GSO: CLOOPS@GSOCAP.COM

- LAURA TORRADO: LTORRADO@KNIGHTHEAD.COM

- ANDERS AMUNDSON, LEHMAN BROTHERS: ANDERS.AMUNDSON@LAMCOLLC.COM, RANDALL.BRAUNFELD@LAMCOLLC.COM

- MICHAEL MCNAMARA, ATTN: ANGELO GORDON & COMPANY: MMCNAMARA@ANGELOGORDON.COM

- CLINT WOODS, TRANSAMERICA: CWOODS@AEGONUSA.COM

- CLAUDIA SAFFAR, BROWN RUDNICK: CSAFFAR@BROWNRUDNICK.COM