**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **TRIBUNE COMPANY,** *et al.*, ) | |
| ) | **Case No. 08-13141 (KJC)** |
| **Debtors.** ) | |
| ) | **Jointly Administered** |

Objection Deadline: 4/18/11 @ 4:00 p.m. (ET)
Hearing Date: 4/25/11 @ 1:00 p.m. (ET)

**NOTICE OF MOTION FOR CLARIFICATION THAT LEAVE IS NOT NECESSARY,
OR IN THE ALTERNATIVE, LEAVE, TO SERVE
SAMUEL ZELL'S MOTION FOR RELIEF UNDER RULE 9011**

PLEASE TAKE NOTICE that on March 22, 2011, Samuel Zell ("Mr. Zell") filed the **Motion For Clarification That Leave Is Not Necessary, Or In The Alternative, Leave, To Serve Samuel Zell's Motion For Relief Under Rule 9011** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

Any responses or objections to the Motion must be made by **April 18, 2011 at 4:00 p.m. (ET)** and must be served upon undersigned counsel.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

135030.01600/40194238v.1

-2-

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY AT THE BANKRUPTCY COURT ON **APRIL 25, 2011 AT 1:00 P.M. EASTERN TIME.**

Dated: March 22, 2011         **BLANK ROME LLP**

By:  /s/ *David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
Alan M. Root (DE No. 5427)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

and

**JENNER & BLOCK LLP**
David J. Bradford (admitted *pro hac vice)*
Catherine L. Steege (admitted *pro hac vice*)
Douglas A. Sondgeroth (admitted *pro hac vice)*
Andrew W. Vail (admitted *pro hac vice)*
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350

*Counsel for Samuel Zell*