# EXHIBIT 3

**JENNER&BLOCK**

March 18, 2011

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel 312 222-9350
www.jenner.com

Chicago
Los Angeles
New York
Washington, DC

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Graeme W. Bush, Esq.
James Sottile, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-5807

David J. Bradford
Tel 312 923-2975
Fax 312 840-7375
dbradford@jenner.com

Dear Jim:

    Following up on my letter of February 28, 2011, regarding the Committee's violation of Rule 9011 in connection with the pending complaint against Mr. Zell, we intend to serve upon you a Rule 9011 motion. We do not believe the service of this motion will violate the automatic stay or any other Court order. However, if you disagree, please advise us promptly, so that we may obtain appropriate clarification from the Court. We continue to encourage you to dismiss without prejudice these unfounded claims, without necessity for motion practice.

    Thank you for your consideration.

Sincerely,

David J. Bradford

DJB:fms
cc:   Adam G. Landis, Esq.
       Daniel B. Rath, Esq.
       Rebecca L. Butcher, Esq.
       Matthew B. McGuire, Esq.
       Thomas G. Macauley, Esq.
       Andrew N. Goldfarb, Esq.
       David W. Carickhoff, Esq.
       Catherine L. Steege, Esq.
       Douglas A. Sondgeroth, Esq.
       Andrew W. Vail, Esq.

| | |
|---|---|
| **From:** | Bradford, David J |
| **Sent:** | Saturday, March 19, 2011 11:57 AM |
| **To:** | Sottile, James |
| **Cc:** | Bush, Graeme W.; landis@lrclaw.com; Rebecca Butcher; Matthew McGuire; Daniel Rath; Macauley, Thomas G.; Goldfarb, Andrew; Carickhoff@BlankRome.com; Steege, Catherine L; Vail, Andrew W; Sondgeroth, Douglas |
| **Subject:** | RE: Tribune |

Jim, thank you for your prompt response. To be clear, we intend to serve a Rule 9011 motion on your firm and your client on Monday, but we do not intend to file it for at least 21 days thereafter. it is our understanding that the service of the motion will afford your client and your firm a 21 day "safe harbor" period within which to withdraw the allegations that are the subject of the motion. We would intend to file the motion only if the offending allegations are not withdrawn prior to the expiration of the safe harbor period. As I have indicated to you previously, we take these actions with great reluctance and reiterate our high regard for you and your firm.

If you have any questions or concerns, I am available to discuss them with you on over the weekend or on Monday morning.

Best regards, David

---

From: Sottile, James [jsottile@zuckerman.com]
Sent: Friday, March 18, 2011 4:53 PM
To: Bradford, David J
Cc: Bush, Graeme W.; landis@lrclaw.com; Rebecca Butcher; Matthew McGuire; Daniel Rath; Macauley, Thomas G.; Goldfarb, Andrew; Carickhoff@BlankRome.com; Steege, Catherine L; Vail, Andrew W; Sondgeroth, Douglas
Subject: Re: Tribune

David, I acknowledge receipt of your letter sent minutes after conclusion of two weeks of confirmation hearings. We will consider and respond to your letter on Monday. We trust you will take no action with respect to filing a Rule 11 motion until we have had an opportunity to consider and respond to your letter. If that is not the case, please advise me as soon as possible so that we can respond accordingly.

Jim

Sent from my iPhone

On Mar 18, 2011, at 5:31 PM, "Bradford, David J" <dbradford@jenner.com> wrote:

> Please see the attached. Thank you.
>
> _____
> David J. Bradford
> Jenner & Block LLP
> 353 N. Clark Street
> Chicago, IL 60654-3456
> Tel (312) 923-2975
> Fax (312) 840-7375
> dbradford@jenner.com
> www.jenner.com<http://www.jenner.com/>
>

1

> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.
>
> _____
> <Scan.pdf>