**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY,** *et al.*,<br><br>                  **Debtors.** | )<br>)  **Chapter 11**<br>)<br>)  **Case No. 08-13141 (KJC)**<br>)  **Jointly Administered**<br>)<br>)  Re: Dkt. No \_\_\_ |

**ORDER GRANTING MOTION FOR CLARIFICATION THAT LEAVE IS NOT
NECESSARY, OR IN THE ALTERNATIVE, LEAVE, TO SERVE
<u>SAMUEL ZELL'S MOTION FOR RELIEF UNDER RULE 9011</u>**

Upon consideration of the motion (the "Motion") of Samuel Zell ("Mr. Zell") for clarification that leave is not necessary, or in the alternative, leave, to serve his motion for relief under Federal Rule of Bankruptcy Procedure 9011 against the Official Committee of Unsecured Creditors and/or its counsel (the "Motion"); and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334 and that this matter is a core matter pursuant to 28 U.S.C. § 157(b)(2); and it appearing that due notice of the Motion has been given under the circumstances, and that no further notice need be given for the relief sought herein; and sufficient cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

    1.     The Motion is **GRANTED**.

    2.     Mr. Zell is hereby granted leave to serve his motion for relief under Rule 9011 on counsel for the Committee.

    3.     Mr. Zell is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

135030.01600/40194239v.1

4. The Court retains jurisdiction with respect to all matters arising from or related to implementation of this Order.

Dated: _____ __, 2011

_____
HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

135030.01600/40194239v.1