## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| **TRIBUNE COMPANY, <u>et al.</u>,** | Adv. Proc. Nos. 10-55803-10-55823, 10-55825-10-55833, 10-55835, 10-55837, 10-55839, 10-55842-10-55861, 1055863, 10-55866-10-55867, 10-55869-10-55871, 10-5587310-55876, 10-55878, 10-55880-10-55881, 10-55883, 1055885-10-55886,10-55889,10-55891-10-55893,10-55895, 10-55901-10-55902,10-55910,10-55912,10-55941-1055951, 10-55953, 10-55958-10-55960 (KJC) |
| **Plaintiffs,** | |
| **v.** | |
| **[See List of Defendants on Attached Exhibit A], Defendants(s)** | |
| | Ref. Docket No. 8429 |

## <u>AFFIDAVIT OF SERVICE</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 18, 2011, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on March 22, 2011 at 10:00 A.M. before the Honorable Kevin J. Carey," dated March 18, 2011 [Docket No. 8429], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    b.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

    c.  delivered via electronic mail to those parties listed on the annexed Exhibit D, and

    d.  delivered via facsimile to those parties listed on the annexed Exhibit E.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
22nd day of March, 2011

_____
Notary Public

```
ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014
```

T:\Clients\TRIBUNE\Affidavits\Agenda for Hearing on 3-21-11 for Adv. Proceedings_DI 8429_AFF_3-18-11.doc

**EXHIBIT A**

## EXHIBIT A

## ADVERSARY PROCEEDINGS FILED BY DEBTORS AND DEBTORS IN POSSESSION[1]

| Adversary Proceeding | Adv. Proc. No. |
|---|---|
| Tribune Company and Chicago Tribune Company v. Servicesource International, LLC | 10-55803 |
| Tribune Company and Chicago Tribune Company v. Quality Storage Products, Inc. | 10-55804 |
| Tribune Company and Channel 40, Inc. v. Radian Communication Services (Canada), Ltd.; Prestige Telecom Inc.; and Rohn Products, LLC | 10-55805 |
| Tribune Company and Chicago Tribune Company v. D.R.D., Inc., d/b/a Power Direct, Inc. | 10-55806 |
| Tribune Company and Gold Coast Publications, Inc. v. Alexander Reed, an Individual | 10-55807 |
| Tribune Co. and Los Angeles Times Communications LLC v. Prosoft Technology Group, Inc. d/b/a Prosoft Cyberworld Group | 10-55808 |
| Tribune Company and Tribune Broadcasting Company v. Association for Maximum Service Television, Inc., d/b/a MSTV, Inc. | 10-55809 |
| Tribune Co. v. Psomas | 10-55810 |
| Tribune Company and WGN Continental Broadcasting Company v. Nightmare, Inc. | 10-55811 |
| Tribune Co. and WGN Continental Broadcasting Co. v. Program Partners, Inc. | 10-55812 |
| Tribune Company and Chicago Tribune Company v. Constellation Newenergy, Inc. | 10-55813 |
| Tribune Company and Chicagoland Television News, Inc. v. Constellation Newenergy, Inc. | 10-55814 |
| Tribune Company and The Hartford Courant Company v. Constellation Newenergy, Inc. | 10-55815 |
| Tribune Company v. Constellation Newenergy, Inc. | 10-55816 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Constellation Newenergy, Inc. | 10-55817 |
| Tribune Company and WGN Continental Broadcasting Company v. Constellation Newenergy, Inc. | 10-55818 |
| Tribune Company and Los Angeles Times Communications LLC v. Interviewing Service of America, Inc. d/b/a Qualitative Insights, d/b/a Field by Design | 10-55819 |
| Tribune Company v. Lasalle Staffing, Inc. d/b/a The Lasalle Network | 10-55820 |
| Tribune Company and Los Angeles Times Communications, LLC v. Edison Media Research, Inc. | 10-55821 |
| Tribune Company and Magic T Music Publishing Company v. Kamakazee Kiwi Corporation | 10-55822 |
| Tribune Company v. Eckland Consultants Inc. | 10-55823 |
| Tribune Company and WPIX, Inc. v. Broadcast Marketing International Ltd. d/b/a Prosource | 10-55825 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Carlisle Staffing, Ltd. | 10-55826 |
| Tribune Company v. David Atkinson | 10-55827 |
| Tribune Company and Los Angeles Times Communications LLC v. David Atkinson | 10-55828 |
| Tribune Company and Chicago Tribune Company v. Atlantic Press, Inc. | 10-55829 |
| Tribune Company and Channel 40, Inc. v. Central Valley Engineering & Asphalt, Inc. | 10-55830 |
| Tribune Company and WGN Continental Broadcasting Company v. Midwest Media Group Inc. | 10-55831 |
| Tribune Company and KSWB Inc. v. Midwest Media Group Inc. | 10-55832 |
| Tribune Company and Channel 39, Inc. v. Midwest Media Group Inc. | 10-55833 |
| Tribune Company and KSWB Inc. v. Telemetrics, Inc. | 10-55835 |
| Tribune Company and KWGN Inc. v. Thinair Communications, Inc. | 10-55837 |
| Tribune Company and Los Angeles Times Communications LLC v. Ryder Integrated Logistics, Inc. | 10-55839 |
| Tribune Company and Los Angeles Times Communications LLC v. Stardust Visions, Inc. | 10-55842 |
| Tribune Company and Chicago Tribune Company v. AT&T Inc. d/b/a AT&T Teleconference Services | 10-55843 |

---

[1] Sidley Austin LLP and Cole, Schotz, Meisel, Forman & Leonard, P.A. are counsel to all Adversary Plaintiffs except Adv. Proc. Nos. 10-55958-10-55960, in which Plaintiff is represented by Novack and Macey LLP and Campbell & Levine, LLC.

| Adversary Proceeding | Adv. Proc. No. |
|---|---|
| Tribune Company and Orlando Sentinel Communications Company v. AT&T Inc. | 10-55844 |
| Tribune Company and KIAH Inc. v. AT&T Inc. | 10-55845 |
| Tribune Company and KTLA Inc. v. AT&T Inc. | 10-55846 |
| Tribune Company and Los Angeles Times Communications LLC v. AT&T Inc. d/b/a AT&T Teleconference Services; Bellsouth Communication Systems, Inc.; Bellsouth Telecommunications, Inc.; Bellsouth Communication System, LLC d/b/a AT&T Communications Systems Southeast; and SBC Communications | 10-55847 |
| Tribune Company and Sun-Sentinel Company v. AT&T Inc. | 10-55848 |
| Tribune Company and The Baltimore Sun Company v. AT&T Inc. | 10-55849 |
| Tribune Company and The Daily Press, Inc. v. AT&T Inc. | 10-55850 |
| Tribune Company and The Hartford Courant Company v. AT&T Inc. | 10-55851 |
| Tribune Company and The Morning Call, Inc. v. AT&T Inc. | 10-55852 |
| Tribune Company and The Tribune Broadcasting Company v. AT&T Inc. | 10-55853 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Crown Equipment Corporation and Crown Lift Trucks LLC | 10-55854 |
| Tribune Company and Tribune Media Net, Inc. v. AT&T Inc. d/b/a AT&T Teleconference Services; and Bellsouth Communication Systems, Inc. d/b/a AT&T Communication Systems Southeast | 10-55855 |
| Tribune Company and Tribune Television Company v. AT&T Inc. | 10-55856 |
| Tribune Company and Los Angeles Times Communications LLC v. IBM Daksh Business Process Services, n/k/a IBM Global Process Services, a Subsidiary of IBM Business Consulting Services, d/b/a IBM Daksh Business Process Services Private Ltd., and International Business Machines Corporation | 10-55857 |
| Tribune Company and KIAH Inc. v. Direct Energy Business LLC, Direct Energy Marketing Inc., and Direct Energy LP, d/b/a Direct Energy Business Services | 10-55858 |
| Tribune Company and California Community News Corporation v. Crown Equipment Corporation and Crown Lift Trucks LLC | 10-55859 |
| Tribune Company and Tribune Media Services, Inc. v. AT&T Inc. | 10-55860 |
| Tribune Company and WPIX, Inc. v. AT&T Inc. | 10-55861 |
| Tribune Company and WGN Continental Broadcasting Company v. Loconte.2, LLC and Loconte.2, Inc. | 10-55863 |
| Tribune Company and Los Angeles Times Communications LLC v. Aditya Birla Minacs IT Services Ltd., f/k/a PSI Data Systems, Ltd. | 10-55866 |
| Tribune Company and Sun-Sentinel Company v. Weston Business Plaza, LLC and Weston Business Plaza Partnership | 10-55867 |
| Tribune Company and Los Angeles Times Communications LLC v. Dvsanalytics, Inc. f/k/a Teledirect International, Inc. | 10-55869 |
| Tribune Company and Sun-Sentinel Company v. Ano-Coil Corporation | 10-55870 |
| Tribune Company and Los Angeles Times Communications LLC v. TBWA CHIAT/DAY, Inc. | 10-55871 |
| Tribune Company and Sun-Sentinel Company v. Florida East Coast Railway Corp., as successor in interest to Codina Real Estate Management, Inc. | 10-55873 |
| Tribune Company and Sun-Sentinel Company v. Dvsanalytics, Inc. f/k/a Teledirect International, Inc. | 10-55874 |
| Tribune Company and Los Angeles Times Communications LLC v. NTT Data Corporation and MISI Company, Ltd. | 10-55875 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Industrial Staffing Services, Inc. | 10-55876 |
| Tribune Company and Channel 39, Inc. v. G66, LLC | 10-55878 |
| Tribune Company and Chicago Tribune Company v. Cynergistek, Inc. | 10-55880 |
| Tribune Company and Los Angeles Times Communications LLC v. Fathom Online Corp and Fathom Online Inc. | 10-55881 |
| Tribune Company and WPIX, Inc. v. Screenvision Cinema Network, LLC | 10-55883 |

| Adversary Proceeding | Adv. Proc. No. |
|---|---|
| Tribune Company and Tribune Publishing Company v. Acutech, LLC | 10-55885 |
| Tribune Company and Tribune Direct Marketing, Inc. v. Xerox Corporation | 10-55886 |
| Tribune Company and Tribune Media Services, Inc. v. Advanced Media Research Group, Inc. | 10-55889 |
| Tribune Company and Tribune Media Services, Inc. v. Wendling Printing Company | 10-55891 |
| Tribune Company and Tribune Television Northwest, Inc. v. Howard S. Wright Constructors, LP | 10-55892 |
| Tribune Company v. Magellan Behavioral Health, Inc. and Magellan Health Services, Inc. d/b/a Magellan Behavioral Health, Inc. | 10-55893 |
| Tribune Company and WGN Continental Broadcasting Company v. Genco Entertainment, Inc. | 10-55895 |
| Tribune Company and WGN Continental Broadcasting Company v. Around the World for Free, LLC and Around the World Productions, LLC | 10-55901 |
| Tribune Company and WGN Continental Broadcasting Company v. Body by Jake Global LLC | 10-55902 |
| Tribune Company and Los Angeles Times Communications LLC v. Round 2 Communications, LLC | 10-55909 |
| Tribune Company and KIAH, Inc. v. McCann-Erickson USA, Inc. d/b/a Universal McCann | 10-55910 |
| Tribune Company and Magic T Music Publishing Company v. McCann-Erickson USA, Inc. d/b/a Universal McCann | 10-55912 |
| Tribune Company and Tribune Publishing Company v. Howe Sound Pulp and Paper LP | 10-55941 |
| Tribune Company v. Stroz Friedberg, LLC | 10-55942 |
| Tribune Company and WGN Continental Broadcasting Company v. CW Licensing, LLC | 10-55943 |
| Tribune Company and Tribune Television Company v. CW Licensing, LLC | 10-55944 |
| Tribune Company and Tribune Television Holdings, Inc. v. CW Licensing, LLC | 10-55945 |
| Tribune Company and WGN Continental Broadcasting Company v. AT&T Inc. | 10-55946 |
| Tribune Company and Tribune Television Northwest, Inc. v. Twentieth Century Fox Film Corporation | 10-55947 |
| Tribune Company and WDCW Broadcasting, Inc. v. Twentieth Century Fox Film Corporation | 10-55948 |
| Tribune Company and Tribune Television Company v. Twentieth Century Fox Film Corporation | 10-55949 |
| Tribune Company and Tribune Broadcast Holdings, Inc. v. Twentieth Century Fox Film Corporation | 10-55950 |
| Tribune Company and Channel 40, Inc. v. Twentieth Century Fox Film Corporation | 10-55951 |
| Tribune Company and KSWB Inc. v. San Diego Transit Corporation and San Diego Metropolitan Transit System | 10-55953 |
| Tribune Company, et al. v. Nixon Peabody, LLP | 10-55958 |
| Tribune Company, et al. v. Navigant Consulting, Inc. | 10-55959 |
| Tribune Company, et al. v. Epsilon Data Management, LLC | 10-55960 |

3

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| ADVOCATE FITNESS | OCCUPATIONAL HEALTH PO BOX 70003 CHICAGO IL 60673 |
| ARAMARK | 531 E. PELTEASON ST ATTN:ACCOUNTS PAYABLE IRVINE CA 92697 |
| ARAMARK REFRESHMENT SERVICES | 229 ROBBINS LANE SYOSSET NY 11791 |
| ARAMARK REFRESHMENT SERVICES | 234 BALLARDVALE ST WILMINGTON MA 01887-1089 |
| ARAMARK REFRESHMENT SERVICES | 2885 SOUTH 171ST STREET NEW BERLIN WI 53131 |
| ARAMARK REFRESHMENT SERVICES | 2200 BERNICE ROAD LANSING IL 60438 |
| ARAMARK SERVICES | 111 W MONROE ST IL 60603-4096 |
| ARAMARK UNIFORM & CAREER APPAREL, LLC | ET AL.- C/O SHEILA R. SCHWAGER HAWLEY TROXELL ENNIS & HAWLEY LLP PO BOX 1617 BOISE ID 83701 |
| ARAMARK UNIFORM SERVICES | 115 NORTH FIRST STREET BURBANK CA 91502 |
| ARAMARK UNIFORM SERVICES INC | PO BOX 15166 READING PA 19612-5166 |
| ARAMARK UNIFORM SERVICES INC | PO BOX 568 LAWRENCE MA 01842-0568 |
| ARAMARK UNIFORM SERVICES INC | PO BOX 540224 OPA LOCKA FL 33054 |
| ARAMARK UNIFORMS SERVICES INC | PO BOX 7247 0342 PHILADELPHIA PA 19170-0342 |
| ARAMARK UNIFORMS SERVICES INC | PO BOX 568 LAWRENCE MA 01842-0568 |
| ARAMARK UNIFORMS SERVICES INC | 2741 S DIVISION AVE ORLANDO FL 32805 |
| ARAMARK UNIFORMS SERVICES INC | PO BOX 540224 OPA LOCKA FL 33054 |
| ARBITRON | 9705 PATUXENT WOOD COLUMBIA MD 21046-1572 |
| ARBITRON MULTIMEDIA SERVICES | ATTN: LEGAL COUNSEL 9705 PATUXENT WOOD DR. COLUMBIA MD 21046 |
| ASCAP | ONE LINCOLN PLAZA ATTN: LEGAL COUNSEL NEW YORK NY 10023 |
| ASCAP - BROADCAST LICENSING | 1 LINCOLN PLAZA NEW YORK NY 10023 |
| ASM CAPITAL III, L.P. | TRANSFEROR: DEBMAR-MERCURY LLC 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ABM JANITORIAL SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ANGSTROM GRAPHICS, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ACCENT ENERGY CALIFORNIA ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASSOCIATED PRESS | 645 ALBANY SHAKER RD ALBANY NY 12211 |
| ASSOCIATED PRESS | C/O SALLY CARPENTER 1835 MARKET ST PHILADELPHIA PA 19103 |
| ASSOCIATED PRESS | AP NESPAPER SERVICES PO BOX 414189 BOSTON MA 02241-4189 |
| ASSOCIATED PRESS, THE | 50 ROCKEFELLER PLAZA NEW YORK NY 10020-1666 |
| ASSOCIATED PRESS, THE | ATTN: AP HELP DESK 50 ROCKEFELLER PLAZA 3RD FL NEW YORK NY 10020-1666 |
| AT&T | AT&T ATTORNEY: JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| AT&T | PO BOX 1027 VIENNA VA 22183 |
| AT&T | C/O JNR ADJUSTMENT COMPANY INC. PO BOX 27070 MINNEAPOLIS MN 55427-0070 |
| AT&T CORP. | AT&T ATTORNEY: JAMES GRUDUS, ESQ. AT&T INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| AT&T DBA BELLSOUTH ADVERTISING & | PUBLISHING 600 N POINT PKWY ALPHARETTA GA 30005 |
| BROADCAST MUSIC INC | PO BOX 406741 ATLANTA GA 30384-6741 |
| BROADCAST MUSIC, INC. | JUDITH SAFFER, ESQUIRE 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK NY 10007-0030 |
| BUENA VISTA TELEVISION | ATTN: ADRIAN TUSTIN 500 SOUTH BUENA VISTA STREET BURBANK CA 91521-9750 |
| CCI EUROPE INTERNATIONAL INC | CHRISTOPHER S. CHOW; DAVID T. MAY C/O BALLARD SPAHR LLP 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| CCI EUROPE INTERNATIONAL INC | 3550 GEORGE BUSBEE PRKWAY KENNESAW GA 30144 |
| CENTERPOINT ENERGY SERVICES, INC. | 1111 LOUISIANA STREET CNPT 46 ROOM 4661 ATTN: ROBERT CLAUDE HOUSTON TX 77002 |
| CHICAGO WHITE SOX | 333 W. 35TH ST. JERRY REINSDORF CHICAGO IL 60616 |
| CHICAGO WHITE SOX LTD. | C/O WILLIAM WATERS 333 W. 35TH ST. CHICAGO IL 60616 |

| Claim Name | Address Information |
|---|---|
| COMCAST SPOTLIGHT | 12964 COLLECTIONS CTR DR CHICAGO IL 60693 |
| COMCAST SPOTLIGHT - INDIANAPOLIS | 30700 TELEGRAPH RD. SUITE # 4600 BINGHAM FARMS MI 48025 |
| COMCAST SPOTLIGHT - NE | 30700 TELEGRAPH RD. SUITE # 4600 BINGHAM FARMS MI 48025 |
| COMCAST SPOTLIGHT INC | PO BOX 8500-53003 PHILADELPHIA PA 19178 |
| CONSTELLATION NEW ENERGY | BANK OF AMERICA LOCKBOX SERVICE 14217 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| CONSTELLATION NEW ENERGY | 1221 LAMAR ST. SUITE 750 HOUSTON TX 77010 |
| CORESTAFF SERVICES | JAN I. BERLAGE 201 N. CHARLES STREET, SUITE 2101 BALTIMORE MD 21201 |
| CORESTAFF SERVICES LP | PO BOX 60876 CHARLOTTE NC 28260-0876 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: ARM SOLUTIONS ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CROWN CREDIT COMPANY | PO BOX 640352 CINCINNATI OH 45264-0352 |
| CROWN CREDIT COMPANY | 40 S WASHINGTON ST NEW BREMEN OH 45869 |
| CROWN EQUIPMENT CORPORATION | ATTN: RODNEY J. HINDERS 102 S. WASHINGTON ST. NEW BREMEN OH 45869 |
| CROWN LIFT TRUCKS | PO BOX 641173 CINCINNATI OH 45264-1173 |
| CS STARS LLC | 500 W MONROE ST CHICAGO IL 60661 |
| DACA 2010L, LP | TRANSFEROR: ARAMARK CORPORATION 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: ARAMARK REFRESHMENT SERVICES 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: ARAMARK REFRESHMENT SERVICES ATTN: ANDREW WHATNALL 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DOW JONES & COMPANY | PO BOX 300 PRINCETON NJ 08543-0300 |
| DOW JONES & COMPANY | 200 BURNETT ROAD ATTN:  ND-RPS CHICOPEE MA 01020-4615 |
| DOW JONES & COMPANY INC | PO BOX 4137 CHURCH STREET STATION NEW YORK NY 10261 |
| FOX BROADCASTING COMPANY | KAREN EARLS, ESQ. PO BOX 900 BEVERLY HILLS CA 90213-0900 |
| GE CAPITAL CORP. | C/O AARON B. CHAPIN REED SMITH LLP 10 S. WACKER DR CHICAGO IL 60606 |
| GE CAPITAL FLEET SERVICES | PO BOX 100363 ATLANTA GA 30384-0363 |
| GETTY IMAGES | 601 N. 34TH STREET SEATTLE WA 98103 |
| GETTY IMAGES, USA | 601 N. 34TH STREET SEATTLE WA 98103 |
| IKON OFFICE SOLUTIONS | ACCOUNTS RECEIVABLE CENTER ATTN: BANKRUPTCY TEAM 3920 ARKWRIGHT RD. - SUITE 400 MACON GA 31210 |
| INTELSAT CORPORATION | HERRICK FEINSTEIN ATTN: STEPHEN SELBST 2 PARK AVENUE NEW YORK NY 10016 |
| INTELSAT CORPORATION | STEPHEN A. CHERNOW, ASST. GEN. COUNSEL 3400 INT'L DR., N.W. WASHINGTON DC 20008 |
| INTERNAP | 250 WILLIAMS STREET ATLANTA GA 30303 |
| INTERNAP NETWORK SERVICES CORPORATION | PO BOX 200111 PITTSBURGH PA 15251-0111 |
| INTERNAP NETWORK SERVICES CORPORATION | 250 WILLIAMS STREET SUITE E-100 ATLANTA GA 30303 |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | C/O R FREDERICK LINFESTY, ESQ 745 ATLANTIC AVENUE, 10TH FLOOR BOSTON MA 02111 |
| JONES LANG LASALLE | 325 N LA SALLE ST SUITE 625 ATTN: FRANK/GECKER LLP CHICAGO IL 60654 |
| KAMAKAZEE KIWI CORP. | 3835-R EAST THOUSAND OAKS BLVD SUITE 343 WESTLAKE VILLAGE CA 91362 |
| LEVEL 3 COMMUNICATIONS LLC | 1025 ELDORADO BLVD BROOMFIELD CO 80021 |
| LEVEL 3 COMMUNICATIONS LLC | DEPARTMENT 182 DENVER CO 80291-0182 |
| LEXIS NEXIS | PO BOX 7247 7090 PHILADELPHIA PA 19170-7090 |
| LEXIS NEXIS | PO BOX 2314 CAROL STREAM IL 60132-2314 |
| LEXIS NEXIS RISK & INFO ANALYTICS GROUP | PO BOX 7247-6157 PHILADELPHIA PA 19170-6157 |
| LEXIS NEXIS RISK & INFO ANALYTICS GROUP | PO BOX 7247 7090 PHILADELPHIA PA 19170-7090 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC | 9443 SPRINGBORO PIKE MIAMISBURG OH 45342 |
| LEXISNEXIS RISK MANAGEMENT | PO BOX 7247 7090 PHILADELPHIA PA 19170-7090 |
| LEXISNEXIS, A DIV. OF REED ELSEVIER INC | ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG OH 45342 |

| Claim Name | Address Information |
|---|---|
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: JONES LANG LASALLE ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: TELE REACH INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: MSA 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| MACMUNNIS INC. | 1840 OAK AVENUE SUITE 300 EVANSTON IL 60201 |
| MEDIAMARK RESEARCH & INTELLIGENCE, LLC | ATTN: CLAUDINE GUARDIANO 75 NINTH AVE 5TH FL NEW YORK NY 10011 |
| MERRILL COMMUNICATIONS | ONE MERRILL CIRCLE SAINT PAUL MN 55108 |
| MICROSOFT CORPORATION | ATTN: MARC BARRECA K&L GATES LLP 925 FOURTH AVE, SUITE 2900 SEATTLE WA 98104 |
| MICROSOFT CORPORATION AND MICROSOFT | LICENSING, GP C/O MARIA ANN MILANO – RIDDELL WILLIAMS 1001  4TH AVE STE 4500 SEATTLE WA 98154-1192 |
| MONSTER INC. | 5 CLOCK TOWER PLACE SUITE 500 MAYNARD MA 01754 |
| MULTICORP | PO BOX 361 69 W MAIN STREET WESTMINSTER MD 21158 |
| NEW LINE TELEVISION | C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| NEW YORK TIMES | PO BOX 371456 PITTSBURGH PA 15250-7456 |
| NEW YORK TIMES SYNDICATION | SALES CORPORATION PO BOX 19278 NEWARK NJ 07195-0278 |
| ORACLE USA, INC. | BUCHALTER NEMER P.C. SHAWN CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FL SAN FRANCISCO CA 94105 |
| PENSKE TRUCK LEASING | RT 10 GREEN HILLS READING PA 19607 |
| REDWOOD SOFTWARE | 3000 AERIAL CENTER PARKWAY SUITE 115 MORRISVILLE NC 27560 |
| REGIONAL MARKETING ASSOCIATES INC | PO BOX 792 GOTHA FL 34734 |
| RYDER TRUCK RENTAL | 691 THORPE RD ORLANDO FL 32824-8012 |
| RYDER TRUCK RENTAL, INC. | ATTN: JENNIFER MORRIS 6000 WINDWARD PARKWAY ALPHARETTA GA 30005 |
| SBC GLOBAL SERVICES, INC. | C/O AT&T INC. AT&T ATTORNEY: JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| SBC LONG DISTANCE, LLC | JAMES GRUDUS, ESQ. AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| SESAC INC | 55 MUSIC SQUARE ATTN: CONTRACT DEPT NASHVILLE TN 37203 |
| SONY PICTURES | 21872 NETWORK PL CHICAGO IL 60673 |
| SONY PICTURES TELEVISION INC. | KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY CA 90232-3195 |
| SPRINT NEXTEL-CORRESPONDENCE | ATTN: BANKRUPTCY DEPT P.O. BOX 7949 OVERLAND PARK KS 66207-0949 |
| SUN MICROSYSTEMS, INC. | MARGOLIS EDELSTEIN 750 SHIPYARD DRIVE, SUITE 102 WILMINGTON DE 19801 |
| SUN MICROSYSTEMS, INC. | BUCHALTER NEMER, PC ATTN: SHAWN CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105 |
| T-MOBILE USA, INC. | PO BOX 53410 BELLEVUE WA 98015 |
| TRIO VIDEO LLC | PO BOX 964 BEDFORD PARK IL 60499 |
| TW TELECOM INC | 10475 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| TWENTIETH TELEVISION | ATTN: JODI REA, SVP SALE & CREDIT ADMIN 3659 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| TWENTIETH TELEVISION | JODIE REA, SVP SALE OF CREDIT ADMIN TWENTIETH TELEVISION 2121 AVENUE OF THE STARTS, SUITE 1754 LOS ANGELES CA 90067 |
| TWENTIETH TELEVISION | JODIE REA, SVP SALE & CREDIT ADMIN TWENTIETH TELEVISION 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TWENTIETH TELEVISION | JODIE RES, SVP SALE & CREDIT ADMIN TWENTIETH TELEVISION 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TWENTIETH TELEVISION | JODIE REA, SVP SALE & CREDIT ADMIN TWENTIETH TELEVISION 2121 AVNEUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TXU ENERGY RETAIL COMPANY LLC | CO BANKRUPTCY DEPARTMENT PO BOX 650393 DALLAS TX 75265-0393 |

| Claim Name | Address Information |
|---|---|
| UGL UNICCO | 275 GROVE STREET, SUITE 3-200 AUBURNDALE MA 02466 |
| UNIVERSAL PRESS SYNDICATE | PO BOX 419149 KANSAS CITY MO 64141-9149 |
| USA TODAY | PO BOX 79874 BALTIMORE MD 21279-0874 |
| USA TODAY | 7950 JONES BRANCH DRIVE ATTN: LEGAL COUNSEL MCCLEAN VA 22108 |
| USA TODAY | 305 SEABOARD LN STE 301 FRANKLIN TN 37067 |
| VERIZON COMMUNICATIONS INC | DARRYL S. LADDIN, ESQ. ARNALL GOLDEN GREGORY LLP 171  17TH STREET NW, SUITE 2100 ATLANTA GA 30363-1031 |
| VERIZON WIRELESS | PO BOX 3397 BLOOMINGTON IL 61702 |
| WARNER BROS DOMESTIC CABLE DISTRIBUTION | C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WARNER BROS DOMESTIC TV DISTRIBUTION | C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WDSU TELEVISION INC | PO BOX 54414 NEW ORLEANS LA 70154 |
| WEATHERSKILL, LTD. | 6033 NORTH SHERIDAN ROAD #31-C CHICAGO IL 60660 |
| WHELAN-SFI | PO BOX 36607 CHARLOTTE NC 28236 |
| XEROX CORP. | XEROX CAPITAL SERVICES LLC ATTN: VANESSA ADAMS PO BOX 660506 DALLAS TX 75266-9937 |
| XEROX CORPORATION | PO BOX 827598 PHILADELPHIA PA 19182-7598 |
| XEROX CORPORATION | PO BOX 802555 CHICAGO IL 60680-2555 |
| XEROX CORPORATION | PO BOX 650361 DALLAS TX 75265-0361 |

**Total Creditor count  137**

| Claim Name | Address Information |
|---|---|
| ACUTECH, LLC | C/O JOSEPH BELLA, REGISTERED AGENT 25831 PIERINA DRIVE ELKHART IN 46514 |
| ADITYA BIRLA MINACS IT SERVICES LTD. | F/K/A PSI DATA SYSTEMS, LTD. C/O ROBERT KAY, REGISTERED AGENT 34115 W 12 MILE RD FARMINGTON HILLS MI 48331 |
| ADITYA BIRLA MINACS IT SERVICES LTD. | F/K/A PSI DATA SYSTEMS, LTD. C/O CT CORPORATION SYSTEM 1201 PEACHTREE STREET NE ATLANTA, GEORG IA 30361 |
| ADVANCED MEDIA RESEARCH GROUP, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| ALEXANDER REED | 9221 SW 100TH AVENUE RD. MIAMI FL 33176-1723 |
| ALEXANDER REED | 8306 MILLS DR., SUITE 294 MIAMI FL 33183-4838 |
| ANO-COIL CORPORATION | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| AROUND THE WORLD FOR FREE, LLC | C/O ZEKE E. LOPEZ, REG. AGENT 1900 AVENUE OF THE STARS, 7TH FL. LOS ANGELES CA 90067 |
| AROUND THE WORLD PRODUCTIONS, LLC | C/O C2003899 NATIONAL CORPORATE RESEARCH, LTD. 523 WEST 6TH STREET, SUITE 544 LOS ANGELES CA 90014 |
| ATLANTIC PRESS, INC. | C/O BARRY J. SHKOLNIK, REGISTERED AGENT 3500 THREE FIRST NATIONAL PLAZA CHICAGO IL 60602 |
| BODY BY JAKE GLOBAL LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| BROADCAST MARKETING INT'L, LTD. | D/B/A PROSOURCE C/O JOHN T. O'KEEFE, REGISTERED AGENT 30 SAGAMORE RD SHELTON CT 06484 |
| CARLISLE STAFFING, LTD. | C/O ROBERT A. WILSON, REGISTERED AGENT 350 E. OGDEN AVE. WESTMONT IL 60559 |
| CONSTELLATION NEWENERGY, INC. | C/O JOSEPH GREY, ESQUIRE CROSS & SIMON, LLC 913 NORTH MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| CROWN EQUIPMENT CORPORATION | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| CROWN LIFT TRUCKS LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| CW LICENSING, LLC | C/O ALEXANDER RUFUS-ISAACS, ESQUIRE RUFUS-ISAACS, ACLAND & GRANTHAM LLP 9601 WILSHIRE BLVD., #710 BEVERLY HILLS CA 90210 |
| CYNERGISTEK, INC. | C/O NATIONAL REGISTERED AGENTS, INC. 823 CONGRESS AVENUE SUITE 225 AUSTIN TX 78701 |
| D.R.D., INC., D/B/A POWER DIRECT, INC. | C/O DANIEL DELFINO, PRESIDENT 4805 PEARL ROAD CLEVELAND OH 44109-5145 |
| DANIEL J. FOSTER, ESQUIRE | MURPHY, CAMPBELL, GUTHRIE & ALLISTON 8801 FOLSOM BLVD., SUITE 230 SACRAMENTO CA 95826 |
| DAVID A. ROSENZWEIG, ESQUIRE | FULBRIGHT & JAWORSKI L.L.P. 666 FIFTH AVENUE NEW YORK NY 10103-3198 |
| DAVID E. ATKINSON | 2428 LEGACY ISLAND CIRCLE HENDERSON NV 89074-6158 |
| DIRECT ENERGY BUSINESS LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| DIRECT ENERGY LP | D/B/A DIRECT ENERGY BUSINESS SERVICES C/O CT CORPORATION SYSTEM 350 N. ST. PAUL STREET, SUITE 2900 HOUSTON TX 75201 |
| DIRECT ENERGY MARKETING INC. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| DVSANALYTICS, INC. | F/K/A TELEDIRECT INTERNATIONAL, INC. C/O CT CORPORATION SYSTEM 500 EAST COURT AVENUE DES MOINES IA 50309 |
| ECKLAND CONSULTANTS INC. | C/O ROBERT A. ECKLAND, PRESIDENT 1400 E. LAKE COOK ROAD, SUITE 180 BUFFALO GROVE IL 60089 |
| EDISON MEDIA RESEARCH, INC. | C/O JOSEPH W. LENSKI, III, EXECUTIVE VP 6 WEST CLIFF STREET SOMERVILLE NJ 08876-1902 |
| EPSILON DATA MANAGEMENT, LLC | C/O CORPORATION SERVICE COMPANY ATTN: OFFICER/MANAGING OR GENERAL AGENT OTHER AUTHORIZED AGENT/OR REGISTERED AGENT CORPORATE TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| FATHOM ONLINE CORP | C/O R. JAMES SCHNIEDERS, ESQUIRE 822 OKRA COURT CARLSBAD CA 92011 |

| Claim Name | Address Information |
|---|---|
| FATHOM ONLINE INC. | C/O R. JAMES SCHNIEDERS, ESQUIRE 822 OKRA COURT CARLSBAD CA 92011 |
| FLORIDA EAST COAST RAILWAY CORP., | AS SUCCESSOR IN INTEREST TO CODINA REAL ESTATE MANAGEMENT, INC. C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| GENCO ENTERTAINMENT, INC. | C/O ALBERT A. RETTIG, REGISTERED AGENT 15821 VENTURA BLVD #500 ENCINO, CALIFORN IA 91436 |
| GKL REGISTERED AGENTS/FILINGS, INC. | 1000 EAST WILLIAM STREET, SUITE 204 CARSON CITY NV 89701 |
| HOWARD S. WRIGHT CONSTRUCTORS, LP | C/O GMTE CORPORATION 300 EAST PINE STREET SEATTLE WA 98122 |
| HOWE SOUND PULP AND PAPER LP | C/O MAC PALMIERE, PRESIDENT AND CEO 3838 PORT MELLON HIGHWAY PORT MELLON BC V1M 4A6 CANADA |
| HOWE SOUND PULP AND PAPER LP | C/O MAC PALMIERE, PRESIDENT AND CEO 9400 202 2ND STREET, SUITE 208 LANGELY BC V1M 4A6 CANADA |
| IBM DAKSH BUSINESS PROCESS SERVICES | N/K/A IBM GLOBAL PROCESS SERVICES A SUBSIDIARY OF IBM BUSINESS CONSULTING SVCS C/O THE CORPORATION TRUST CO. CORPORATION TRUST CENTER, 1209 ORANGE ST. WILMINGTON DE 19801 |
| IBM DAKSH BUSINESS PROCESS SERVICES | C/O RALS VA, LLC B.E. AUTH IN VIRGINIA 7288 HANOVER GREEN DR. MECHANICSVILLE VA 23111-1709 |
| INDUSTRIAL STAFFING SERVICES, INC. | C/O CT CORPORATION SYSTEM 150 FAYETTEVILLE ST. BOX 1011 RALEIGH NC 27601 |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | C/O THE CORPORATION TRUST CO. CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| INTERVIEWING SERVICE OF AMERICA, INC. D/B/A | QUALITATIVE INSIGHTS, D/B/A FIELD BY DESIGN C/O MICHAEL HALBERSTAM, REGISTERED AGENT 15400 SHERMAN WAY, SUITE 400 VAN NUYS CA 91406 |
| KAMAKAZEE KIWI CORP | C/O KEVIN SORBO 3835-R E THOUSAND OAKS BLVD 343 WESTLAKE VILLAGE CA 91362-6622 |
| KAMAKAZEE KIWI CORPORATION | C/O JACOB A. BLOOM 150 SO. RODEO DRIVE, 3RD FLOOR BEVERLY HILLS CA 90212 |
| LASALLE STAFFING, INC. D/B/A THE LASALLE NETWORK | C/O STEPHEN L. GOLAN, REGISTERED AGENT 70 W. MADISON SUITE 1500 CHICAGO IL 60602 |
| LOCONTE.2, INC. | C/O MARIA L. LOCONTE 4 ROLFE RD. LEXINGTON MA 02420 |
| LOCONTE.2, LLC | C/O MARIA L. LOCONTE 4 ROLFE RD. LEXINGTON MA 02420 |
| MAGELLAN BEHAVIORAL HEALTH, INC. | C/O CORPORATION SERVICES COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MAGELLAN HEALTH SERVICES, INC. | D/B/A MAGELLAN BEHAVIORAL HEALTH, INC. C/O CORPORATION SERVICES COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MCCANN-ERICKSON USA, INC. | D/B/A UNIVERSAL MCCANN C/O CAPITOL SERVICES, INC. 615 DUPONT HIGHWAY DOVER DE 19901 |
| MEGAN DOYLE, ESQUIRE | MICHAEL ST. PATRICK BAXTER, ESQUIRE COVINGTON & BURLING LLP 1201 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20005-2401 |
| MIDWEST MEDIA GROUP INC. | C/O JOHN M. CONNOLLY, REGISTERED AGENT 135 E. ALGONQUIN RD. SUITE B ARLINGTON HEIGHTS IL 60005 |
| MISI COMPANY, LTD. | C/O KEN LEE, REGISTERED AGENT 1000 CORPORATE CENTER DRIVE SUITE 104 MONTERAY PARK CA 91754 |
| NAVIGANT CONSULTING, INC. | C/O CORPORATION SERVICE COMPANY ATTN: OFFICER/MANAGING OR GENERAL AGENT OTHER AUTHORIZED AGENT/OR REGISTERED AGENT 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| NIGHTMARE, INC. | C/O INCORP SERVICES, INC. 2360 CORPORATE CIRCLE, SUITE 400 HENDERSON NV 89074-7722 |
| NIXON PEABODY LLP | C/O SCOTT M. TURNER, MANAGING PARTNER NIXON PEABODY, LLP 1300 CLINTON SQUARE ROCHESTER NY 14604 |
| NTT DATA CORPORATION | C/O CALIFORNIA SECRETARY OF STATE 1500 11TH STREET SACRAMENTO CA 95814 |
| PAMELA A. BOSSWICK, ESQUIRE | SATTERLEE STEPHENS BURKE & BURKE LLP 230 PARK AVENUE NEW YORK NY 10169 |
| PRESTIGE TELECOM INC. | C/O VINCENT F. O'FLAHERTY LAW OFFICES OF VINCENT F. O'FLAHERTY, ATTORNEY 2 WEST 39TH STREET KANSAS CITY, MISSOU RI 64111 |
| PROGRAM PARTNERS, INC. | C/O JOSHUA C. RAPHAELSON, REGISTERED AGENT 1410 SAN VINCENTE BLVD. SANTA MONICA CA 90402 |

| Claim Name | Address Information |
|---|---|
| PROSOFT TECHNOLOGY GROUP, INC. | D/B/A PROSOFT CYBERWORLD GROUP C/O RAJEEV GUPTA, REGISTERED AGENT 2001 BUTTERFIELD ROAD SUITE 305 DOWNERS GROVE IL 60515 |
| PSOMAS | C/O LOREN SOKOLOW, REGISTERED AGENT 555 S. FLOWER STREET SUITE 4400 LOS ANGELES CA 90071 |
| QUALITY STORAGE PRODUCTS, INC. | C/O KENNETH J. DONKEL, R.A. 7220 W. 194TH ST. TINLEY PARK IL 60477 |
| RADIAN COMMUNICATION SERVICES (CANADA) LTD. | C/O H. DOUGLAS TIPPLE, PRESIDENT & CEO 461 ROUTE CORNWALL, SUITE 800 OAKVILLE ON L6J 7S8 CANADA |
| ROHN PRODUCTS, LLC | C/O DANIEL M. LUDOLPH, REGISTERED AGENT 6718 W. PLANK RD. PEORIA IL 61604 |
| ROUND 2 COMMUNICATIONS, LLC | C/O STEVEN M. MAYER, ESQUIRE MAYER & GLASSMAN LAW CORP. 12400 WILSHIRE BLVD., #400 LOS ANGELES CA 90025 |
| RYDER INTEGRATED LOGISTICS, INC. | C/O 9324631 CORPORATE CREATIONS NETWORK INC. 3411 SILVERSIDE ROAD RODNEY BUILDING #104 WILMINGTON DE 19810 |
| SAN DIEGO METROPOLITAN TRANSIT SYSTEM | C/O TIFFANY LORENZEN, REGISTERED AGENT 1255 IMPERIAL AVENUE SUITE 1000 SAN DIEGO CA 92101-7490 |
| SAN DIEGO TRANSIT CORPORATION | C/O TIFFANY LORENZEN, REGISTERED AGENT 1255 IMPERIAL AVENUE SUITE 1000 SAN DIEGO CA 92101-7490 |
| SCREENVISION CINEMA NETWORK, LLC | C/O CORPORATION SERVICE COMPANY 80 STATE STREET ALBANY NY 12207 |
| SERVICESOURCE INTERNATIONAL, LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| STARDUST VISIONS, INC. | C/O BICTORIA BRYNNER, REGISTERED AGENT 1438 N. GOWER ST. SUITE 570, BOX 30 LOS ANGELES CA 90028 |
| STROZ FRIEDBERG, LLC | C/O EDWARD M. STROZ, CO-PRESIDENT 32 AVENUE OF THE AMERICAS, 4TH FLOOR NEW YORK NY 10013 |
| TBWA CHIAT/DAY, INC. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| TBWA CHIAT/DAY, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD #400S WILMINGTON DE 19808 |
| TELEMETRICS, INC. | C/O ANTHONY CUOMO, REGISTERED AGENT 6 LEIGHTON PLACE MAHWAH NJ 07430 |
| THINAIR COMMUNICATIONS, INC. | C/O DAVID KISSINGER, REGISTERED AGENT 27473 FOREST RIDGE DRIVE KIOWA CO 80117 |
| TWENTIETH CENTURY FOX FILM CORPORATION | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| WENDLING PRINTING COMPANY | C/O HAL M. WENDLING, REGISTERED AGENT 111 BEECH STREET P.O. BOX 400 NEWPORT KY 41071 |
| WESTON BUSINESS PLAZA PARTNERSHIP | C/O PRINCIPAL REAL ESTATE INVESTORS, LLC 801 GRAND AVENUE DES MOINES IA 50392 |
| WESTON BUSINESS PLAZA, LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| XEROX CORPORATION | C/O PRENTICE-HALL CORPORATION SYSTEM 50 WESTON STREET HARTFORD CT 06120 |

**Total Creditor count  82**

| Claim Name | Address Information |
|---|---|
| ALLEN, GRENESHIA | PO BOX 31532 PALM BEACH GARDENS FL 33420-1532 |
| BIRKENTALL, ROBERT | 947 NORTH HUMPHREY AVENUE OAK PARK IL 60302 |
| BROADSPIRE SERVICES INC. | CRAWFORD & COMPANY 4680 NORTH ROYAL ATLANTA DRIVE TUCKER GA 30084-3001 |
| BROADSPIRE SERVICES INC. | 1001 SUMMIT BOULEVARD ATLANTA GA 30319 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SOFTWARE AG INC ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR:MICROWAVE RADIO COMMUNICATION ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| DEMMA, JOSEPH | 1912 N 56TH AVE HOLLYWOOD FL 33021-3906 |
| GARY, KELLY | 15520 CARS MILL ROAD WOODBINE MD 21797 |
| JOHNSON, DENISE | 760 PENN ST PENNSBURG PA 18073 |
| JOHNSON, STEVEN M | 760 PENN ST PENNSBURG PA 18073 |
| PATINO, DAVID | C/O THE ORLOSKI LAW FIRM 111 N. CEDAR CREST BOULEVARD ALLENTOWN PA 18104-4602 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES | 27 WATERVIEW DRIVE SHELTON CT 06484 |
| SONY PICTURES TELEVISION INC. | KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY CA 90232-3195 |
| WALKER, CAROL | 3561 W. HEMLOCK OXNARD CA 93035 |
| WESTPOINT, JOYCE | 2101 SW 54 AVE WEST PARK FL 33023 |
| WORSHAM, MARK | 306 LINCOLN ST S WALNUTPORT PA 18088 |

**Total Creditor count  16**

| Claim Name | Address Information |
|---|---|
| CHRISTINA SMITH, CLAIMS COUNSEL | ZURICH AMERICAN INSURANCE COMPANY ONE LIBERTY PLAZA, 30TH FLOOR NEW YORK NY 10006 |
| DANIEL LYNCH | HCC GLOBAL FINANCIAL PRODUCTS 8 FOREST PARK DR. FARMINGTON CT 06034 |
| DEANA GIANCARLO, SR CLAIMS SPEC. | ACE USA 140 BROADWAY, 40TH FLOOR NEW YORK NY 10005 |
| DODIE PRZYBYCIEN, SENIOR PARALEGAL | GREAT AMERICAN INSURANCE GROUP 1515 WOODFIELD ROAD, SUITE 500 SCHAUMBURG IL 60173 |
| DOUGLAS PERRY, VP | RSUI GROUP, INC. 945 EAST PACES FERRY RD, STE 1800 ATLANTA GA 30326-1160 |
| ELIZA B. RIKER | ATTN: CLAIMS DEPARTMENT CORPORATE OFFICERS & DIRECTORS ASSURANCE LTD. ACE GLOBAL HEADQUARTERS 17 WOODBOURNE AVENUE HAMILTON HM 08 BERMUDA |
| ERIN MCGINN, ASST VP CLAIMS | XL INSURANCE 100 CONSTITUTION PLAZA, 17TH FLOOR HARTFORD CT 06103 |
| FRANCES ALMANZAR, CLAIMS SPECIALIST | AXIS INSURANCE COMPANY 300 CONNELL DRIVE, SUITE 2000 BERKELEY HEIGHTS NJ 07922 |
| GARY DIXON | TROUTMAN SANDERS LLP 401 9TH ST., NW, SUITE 1000 WASHINGTON DC 20004-2134 |
| GEORGE CARVER, ESQ. | TRAVELERS 200 N. LASALLE ST., SUITE 2200 CHICAGO IL 60601 |
| GREGORY G. SMITH, ESQ. - AVP | CHUBB GROUP OF INSURANCE COMPANIES 233 S. WACKER DR. SUITE 4700 CHICAGO IL 60606-6303 |
| HANNAH M. O'DRISCOLL, COMPLEX CLAIMS | DIRECTOR CHARTIS 175 WATER STREET NEW YORK NY 10038 |
| HARALYN ISAAC, VP CLAIMS | EXEC.LIABILITY DIV. GREAT AMERICAN INSURANCE COMPANY 1515 WOODFIELD ROAD, SUITE 500 SCHAUMBURG IL 60173-5499 |
| JAMES PALERMINI, AVP & CLAIMS COUNSEL | THE HARTFORD 2 N. LASALLE STREET, 25TH FLOOR CHICAGO IL 60602 |
| JESSICA LERMOND, COMPLEX CLAIMS | DIRECTOR CHARTIS 175 WATER STREET NEW YORK NY 10038 |
| JOHN HUGHES | EDWARDS, ANGELL, PALMER & DODGE LLP 111 HUNTINGTON AVE. BOSTON MA 02199 |
| JOSEPH A. BAILEY III | DRINKER BIDDLE & REATH LLP 1500 K STREET, N.W. WASHINGTON DC 20005-1209 |
| KATHARINE B. BOWMAN | BAILEY CAVALIERI LLC ONE COLUMBUS 10 W. BROAD ST., SUITE 2100 COLUMBUS OH 43215-3422 |
| KIMBERLY MELVIN | WILEY REIN LLP 1776 K STREET, NW WASHINGTON DC 20006 |
| LINDA LIN, ESQ.,SPECIAL CASUALTY CLAIMS | LIBERTY INTERNATIONAL UNDERWRITERS 55 WATER STREET, 18TH FLOOR NEW YORK NY 10041 |
| MARC DESTENO | XL SPECIALTY INSURANCE 100 CONSTITUTION PLAZA, 17TH FLOOR HARTFORD CT 06103 |
| PAULA MILLER, DIRECTOR CLAIMS | CHARTIS 175 WATER STREET, 5TH FLOOR NEW YORK NY 10038 |
| RACHAEL WARD | ACE USA 140 BROADWAY, 40TH FLOOR NEW YORK NY 10005 |
| SEON CHOI, ESQ. | LIBERTY INTERNATIONAL UNDERWRITERS 55 WATER STREET, 18TH FLOOR NEW YORK NY 10041 |
| SHERRI-ANNE CRUICKSHANK | ALLIED WORLD ASSURANCE COMPANY, LTD. 27 RICHMOND RD. PEMBROKE HM 08 BERMUDA |
| WILLIAM BILA | WALKER WILCOX MATOUSEK LLP 225 W. WASHINGTON ST., SUITE 2400 CHICAGO IL 60606-3418 |

**Total Creditor count  26**

**TRB AGENDA 3-18-11**
Mr. Emerson Tucker, #2008-0003014 (Div. 9, tier 2G)
Cook County Jail
2700 South California Avenue
P.O. Box 089002
Chicago, IL  60608

**TRB AGENDA 3-18-11**
Heather Berkowitz
Associate General Counsel
ASM CAPITAL
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

**TRB AGENDA 3-18-11**
Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD  21093-8125

**TRB AGENDA 3-18-11**
Mr. Herbert E. Eye
HC 72 Box 36
Franklin, WV  26807

**TRB AGENDA 3-18-11**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 3-18-11**
Mr. Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**EXHIBIT C**

TRB-AGENDA 3-18-11

MR. EMERSON TUCKER, #2008-0003014 (DIV. 9, TIER 2G)
COOK COUNTY JAIL
2801 SOUTH SACRAMENTO AVENUE
DIVISION 6 – MAILROOM
CHICAGO, IL  60608

MR. EMERSON TUCKER, #2008-0003014 (DIV. 9, TIER 2G)
COOK COUNTY JAIL
2801 SOUTH SACRAMENTO AVENUE
DIVISION 6 – MAILROOM
CHICAGO, IL  60623

MATTHEW HOLEY
ERNST & YOUNG LLP
SEARS TOWER
233 SOUTH WACKER DRIVE
CHICAGO, IL  60606

**EXHIBIT D**

## *Email Address*

aguon@shawgussis.com
bss@sperling-law.com
chriseyec@aol.com
dshmikler@sperling-law.com
jfriedlander@bmf-law.com
kbacher@shawgussis.com
mvbbvb@comcast.net
rsaldinger@shawgussis.com
sbrennecke@bmf-law.com
Sbrown@eapdlaw.com
sflorsheim@sperling-law.com

**EXHIBIT E**

| Name | Fax |
|------|-----|
| David M Klauder | 302-573-6497 |
| Adam G Landis   Matthew B McGuire | 302-467-4450 |
| TG Macauley  VW Guldi | 302-427-8242 |
| MD Collins   RJ Stern Jr | 302-498-7531 |
| MD Collins   RJ Stern Jr | 302-651-7701 |
| Ellen W Slights | 302-573-6431 |
| Stuart M Brown | 302-777-7263 |
| Laurie Silverstein | 302-658-1192 |
| Katherine L Mayer | 302-984-6399 |
| Patrick J Healy Vice President | 302-636-4148 |
| R Karl Hill | 302-888-0606 |
| William M Kelleher | 302-656-3714 |
| William M Kelleher | 302-384-9399 |
| Frederick B Rosner  Scott J Leonhardt | 302-351-8010 |
| Susan E Kaufman | 302-984-3939 |
| Christopher P Simon TM DiRocco  J Grey | 302-777-4224 |
| Mark E Felger | 302-295-2013 |
| John V Fiorella    Charles J Brown | 302-777-4352 |
| Jami B Nimeroff | 302-351-2744 |
| DB Stratton   LA Raport   JH Schanne II | 302-421-8390 |
| Margaret F England | 302-425-0432 |
| Margaret F England | 302-984-3939 |
| Rachel B Mersky | 302-656-2769 |
| Adam Hiller   Donna Harris | 302-442-7046 |
| Ian Connor Bifferato   KG Collins TF Driscoll | 302-254-5383 |
| MR Lastowski  SL Ross  RW Riley  LJ Kotler | 302-657-4901 |
| William Bowden   A Winfree  K Skomorucha | 302-654-2067 |
| LD Jones    TP Cairns   MM Billion | 302-652-4400 |
| Robert S Brady    M Blake Cleary | 302-571-1253 |
| David M Powlen | 317-231-7433 |
| Joseph L Christensen | 302-655-4420 |
| Jeffrey M Schlerf   John H Strock | 302-656-8920 |
| Jamie L Edmonson | 302-658-6395 |
| Dennis A Meloro | 302-661-7360 |
| Garvan F McDaniel | 302-429-8600 |
| David W Carickhoff | 302-425-6464 |
| RW Riley   SL Ross | 302-657-4901 |
| W Hazeltine  WD Sullivan   EE Allinson III | 302-428-8195 |
| DC Abbott   CS Miller | 302-658-3989 |
| Christopher S Chow  DT May LC Heilman | 302-252-4466 |
| Sherry Ruggiero Fallon | 302-658-4018 |
| John C Phillips | 302-655-4210 |
| Brian E Lutness | 302-888-2923 |
| James E Huggett | 302-888-1119 |
| EL Schnabel  RW Mallard | 302-425-7177 |
| Charles J Brown III | 302-777-4352 |
| Jeffrey C Wisler   Marc J Phillips | 302-658-0380 |
| Kathleen M Miller | 302-652-8405 |
| Justin R Alberto | 302-658-6395 |
| James F Conlan   Bryan Krakauer | 312-853-7036 |
| Kevin T Lantry | 213-896-6600 |
| H Seife   D LeMay   D Deutsche | 212-541-5369 |
| Graeme W Bush   James Sottile | 202-822-8106 |
| D Glazer E Moskowitz M Russano | 212-607-7999 |

| | |
|---|---|
| MG Primoff  KW Parver  JW Drayton | 212-836-6525 |
| F Hyman   B Trust   A Trehan   B Yan | 212-262-1910 |
| MS Senter Jr   SA Buckman | 202-429-4618 |
| D Golden   D Zensky   A Qureshi   DJ Newman | 212-872-1002 |
| DS Rosner   AK Glenn   S Korpus | 212-506-1800 |
| David Adler | 212-609-6921 |
| Steven A Beckelman | 973-624-7070 |
| Steven A Beckelman | 973-297-3847 |
| RJ Stark   MS Siegel   GZ Novod | 212-209-4801 |
| B Bennett   JO Johnston  JM Mester | 213-621-6100 |
| Andrew Goldman | 212-230-8888 |
| David G Hille   Scott Greissman | 212-354-8113 |
| Thomas E Lauria | 305-358-5744 |
| Thomas E Lauria | 305-358-5766 |
| Aaron N Chapin | 312-207-6400 |
| Marcia Willette | 888-449-3584 |
| David M Smith | 212-967-4258 |
| Phyllis Hayes | 410-773-4057 |
| Esther Tryban Telser | 312-744-6798 |
| Esther Tryban Telser | 312-744-3832 |
| KA Constantine SD Bell P Foohey | 612-340-2643 |
| Leslie Cohen | 310-394-9280 |
| Michael D Palmer | 212-688-2548 |
| John W Weiss | 212-922-3860 |
| DJ Bradford   CL Steege | 312-527-0484 |
| Matthew Holey | 312-879-4000 |
| Nathan E Jones | 775-832-5085 |
| Philip V Martino | 813-387-1763 |
| Maury Mills | 805-650-9806 |
| John P Sieger | 312-902-1061 |
| M Dockterman  J Young  P Frye | 312-201-2555 |
| JR Cambridge  GR Dougherty  MW Lazan | 312-558-1195 |
| RA Sadlinger  AJ Guon  K Bacher | 312-275-0566 |
| BJ Butwin  DL Cantor  DS Shamah | 212-326-2061 |
| Evan M Jones | 213-430-6407 |
| Jay Teitelbaum | 914-437-7672 |
| Jay Teitelbaum | 512-474-1579 |
| Colm F Connolly | 302-574-3001 |
| Michael W Yurkewicz | 302-426-9193 |
| Tara L Lattomus | 302-425-0432 |
| Christopher D Loizides | 302-654-0728 |
| Christopher A Ward | 302-252-0921 |