# Notice Recipients

District/Off: 0311−1       User: Brandon              Date Created: 3/23/2011
Case: 08−13141−KJC         Form ID: ntcBK             Total: 22

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- db    Tribune Company    435 N. Michigan Avenue    Chicago, IL 60611
- aty   Carl D. Neff    Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A.
- aty   Carl D. Neff    Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A.
- aty   Edward Cerasia, II    Seyfarth Shaw LLP    620 Eighth Avenue    32nd Floor    New York, NY 10018
- aty   George R. Dougherty    Grippo &Elden LLC    111 S. Wacker Drive    Chicago, IL 60606
- aty   J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
- aty   J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
- aty   James F. Conlan    Sidley Austin LLP    One South Dearborn Street    Chicago, IL 60603
- aty   Jared D. Zajac    McDermott Will &Emery LLP    340 Madison Avenue    New York, NY 10173−0002
- aty   John H. Strock, III    Fox Rothschild LLP    919 N. Market St., Suite 1300    P.O Box 2323    Wilmington, DE 19899−2323
- aty   John R. McCambridge    Grippo &Elden    111 S. Wacker Drive    Chicago, IL 60606
- aty   Michael W. kazan    Grippo &Elden LLC    111 S. Wacker Drive    Chicago, IL 60606
- aty   Norman L. Pernick    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue,Suite 1410    Wilmington, DE 19801
- aty   Patricia K Smoots    Grippo &Elden LLC    111 S. Wacker Drive    Chicago, IL 60606
- aty   Patrick J. Reilley    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
- aty   Patrick T. Nash    Grippo &Elden    111 S. Wacker Drive    Chicago, IL 60606
- aty   Patrick Theodore Garvey    Johnson &Bell, Ltd    33 W. Monroe, Suite 2700    Chicago, IL 60603
- aty   Robert S. Brady    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
- aty   Stephen Novack    Novack and Macey LLP    100 North Riverside Plaza    Chicago, IL 312−419−6900 312−419−6928

                                                                    TOTAL: 19