TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| 4X SOLUTIONS, INC.<br>305 WEST BROADWAY # 241<br>NEW YORK, NY 10013 | | Claim Number: 5105<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $23,170.00 |
| 900 UNIVERSITY AVENUE<br>STUDENT SERVICES BUILDING 2103<br>RIVERSIDE, CA 92521 | | Claim Number: 3213<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $245.00 |
| ABATEMARCO, FRED A.<br>25 CHAPEL PLACE, 3E<br>GREAT NECK, NY 11021 | | Claim Number: 3968<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $105,156.30    Scheduled:  ******************* UNLIQ |
| ABBEY CAREGIVERS, LLC<br>2872 ARBELLA LN<br>THOUSAND OAKS, CA 91362-1757 | | Claim Number: 2962<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $325.00 |
| ABOVENET COMMUNICATIONS, INC.<br>ATTN: THOMAS L. KELLY<br>360 HAMILTON AVENUE<br>WHITE PLAINS, NY 10601 | | Claim Number: 4983<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| UNSECURED | Claimed: | $12,697.72  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| ACACIA MEDIA TECHNOLOGIES<br>500 NEWPORT CENTER DR   STE 700<br>NEWPORT NEWS, CA 92660 | Claim Number: 2591<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011) |

| UNSECURED | Claimed: | $58,951.09 |

---

| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | Claim Number: 3625<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |

| UNSECURED | Claimed: | $400.00 |

---

| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | Claim Number: 5976<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011) |

| UNSECURED | Claimed: | $400.00 |

---

| ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | Claim Number: 5642<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $33,334,456.00 UNLIQ |

---

| ADP INC<br>ATTN: ANA SENZIG, MAIL STOP 110<br>400 COVINA BLVD<br>SAN DIMAS, CA 91773 | Claim Number: 3097<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $237.10 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | Claim Number: 6166<br>Claim Date: 08/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED          Claimed: | $5,129.66 | |
| ADVANCED BOILER CONTROL SERVICE<br>8730 CLINE AVE<br>CROWN POINT, IN 46307 | Claim Number: 2970<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $2,069.00 | Scheduled: ****************** |
| ADVOCATE FITNESS<br>OCCUPATIONAL HEALTH<br>PO BOX 70003<br>CHICAGO, IL 60673 | Claim Number: 4658<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $27,423.07 | Scheduled: ****************** |
| AIG CASUALTY COMPANY ET AL<br>MICHELLE A. LEVITT AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 5017<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| SECURED          Claimed: | $0.00 UNLIQ | |
| AKBAR OMAR INC DEFINED BENEFIT PLAN TR<br>U-A 10-01-84<br>222 NORTH SUNSET AVE STE C<br>WEST COVINA, CA 91790-2278 | Claim Number: 6532<br>Claim Date: 06/16/2010<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $3,400.00 | Scheduled: ****************** |

| ALCANTA, GERALD J. | | Claim Number: 3967 |
| 5445 SELMARINE DR. | | Claim Date: 06/09/2009 |
| CULVER CITY, CA 90230 | | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $11,811.29 |

| ALFANO, RICHARD S. | | Claim Number: 3966 |
| 403 BRYN MEADOWS | | Claim Date: 06/09/2009 |
| SOUTHLAKE, TX 76092 | | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $56,537.94 | Scheduled: | ****************UNLIQ |

| ALL DIRECT MAIL SERVICES INC | | Claim Number: 3384 |
| 15392 COBALT ST | | Claim Date: 06/01/2009 |
| SYLMAR, CA 91342 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |
| | | DOCKET: 3803 (03/22/2010) |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $300.00 |

| ALLEN, JAMES | | Claim Number: 4911 |
| C/O JOSEPH & HERZFELD LLP | | Claim Date: 06/12/2009 |
| 757 THIRD AVENUE, 25TH FLOOR | | Debtor: TRIBUNE COMPANY |
| NEW YORK, NY 10017 | | Comments: DOCKET: 6450 (11/15/2010) |

| UNSECURED | Claimed: | $10,000.00 |

| ALLEN, JAMES, ET AL | | Claim Number: 4939 |
| C/O JOSEPH & HERZFELD LLP | | Claim Date: 06/12/2009 |
| 757 THIRD AVENUE, 25TH FLOOR | | Debtor: TRIBUNE COMPANY |
| NEW YORK, NY 10017 | | Comments: DOCKET: 6450 (11/15/2010) |

| UNSECURED | Claimed: | $1,500,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

ALLIANCE MAINTENANCE SERVICES
855 MORSE AVE
ELK GROVE VILLAGE, IL 60007

Claim Number: 2147
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $41,243.25 | Scheduled: | ****************** |
|---|---|---|---|---|

AMBROSE,JOHN DBA HOME RUN
DISTRIBUTIONS, INC.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5857
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

---

| UNSECURED | Claimed: | $109,749.64 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

AMEC GEOMATRIX INC
2101 WEBSTER ST      12TH FLR
OAKLAND, CA 94612-3066

Claim Number: 2594
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $8,490.00 | Scheduled: | ****************** |
|---|---|---|---|---|

AMERICAN DOOR AND DOCK
2125 HAMMOND DRIVE
SCHAUMBURG, IL 60173

Claim Number: 1949
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $342.25 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | ****************** |

AMERICAN FEDERATION OF TELEVISION AND
RADIO ARTISTS HEALTH & RETIREMENT FUNDS
ATTN: JOE HARRIS
261 MADISON AVENUE
NEW YORK, NY 10016

Claim Number: 4886
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| | | |
|---|---|---|
| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS<br>ATTN: DEBRA OSOFSKY<br>261 MADISON AVENUE<br>NEW YORK, NY 10016 | Claim Number: 4891<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| AMERICAN TOWER CORPORATION<br>ATTENTION: DREW GALVIN<br>116 HUNTINGTON AVENUE<br>BOSTON, MA 02116 | Claim Number: 3478<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | |

| UNSECURED | Claimed: | $79,679.75 | Scheduled: ****************** |
|---|---|---|---|

---

| | | |
|---|---|---|
| AMINCO INTERNATIONAL<br>20571 CRESCENT BAY DRIVE<br>LAKE FOREST, CA 92630 | Claim Number: 6671<br>Claim Date: 11/08/2010<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $1,959.00 |
|---|---|---|

---

| | | |
|---|---|---|
| AMMERDALE TRUST<br>C/O DAVID KISSI<br>PO BOX 77878<br>ONE MASSACHUSETTS AVE NE<br>WASHINGTON, DC 20013 | Claim Number: 940<br>Claim Date: 02/13/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| AMORIM, KEVIN C.<br>5 DAWN DR.<br>EAST NORTHPORT, NY 11731 | Claim Number: 5326<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

AMSDEN, HARRY
72 ROSE PLACE
CLARENDON HILLS, IL 60514

Claim Number: 3284
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $208,333.33 |
|---|---|---|

AMSDEN, HARRY
72 ROSE PLACE
CLARENDON HILLS, IL 60514

Claim Number: 3287
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $391.48 | Scheduled: ****************** |
|---|---|---|---|

ANDERSON, PATRICK
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4908
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

ANGEL COVERS
PO BOX 6891
BROOMFIELD, CO 80021

Claim Number: 5791
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

ANNAPOLIS WEST LIMITED PARTNERSHIP
RE: ANNAPOLIS 60 WEST ST
C/O THE LOUGHLIN MANAGEMENT GROUP
60 WEST ST., SUITE 204
ANNAPOLIS, MD 21401

Claim Number: 5933
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| UNSECURED | Claimed: | $226,037.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | | Claim Number: 4117<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) |
| UNSECURED | Claimed: | $8,895.59 |
| APERTA INC<br>DEPT 77534<br>PO BOX 77000<br>DETROIT, MI 48277-0534 | | Claim Number: 2024<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |
| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | | Claim Number: 4645<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $2,696.26 |
| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | | Claim Number: 4648-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
| UNSECURED | Claimed: | $813.37 |
| ARIZONA REPUBLIC, THE<br>200 E VAN BUREN ST.<br>PHOENIX, AZ 85004 | | Claim Number: 2259<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
| UNSECURED | Claimed: | $1,767.86 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

ARMSTRONG, MICHAEL C.
1683 GALLEON DRIVE
NAPLES, FL 34102

Claim Number: 3961
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $195,890.45 | Scheduled: | ****************** |
|---|---|---|---|---|

ARNOLD, GARY M.
910 FAR OAKS DR
CASEYVILLE, IL 62232

Claim Number: 3962
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $103,730.01 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

ARROW MESSENGER SERVICE
1322 W WALTON STREET
CHICAGO, IL 60642-5340

Claim Number: 5931
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $83.31 | Scheduled: | ****************** |
|---|---|---|---|---|

ARTHUR, JOHN M.
1506 GRANT STREET
SANTA MONICA, CA 90405

Claim Number: 3963
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $78,075.76 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

ARTINI-ZAK CORPORATION, INC.
ARTINI FINE JEWELRY, INC.
100 PLAZA REAL SOUTH, SUITE B
BOCA RATON, FL 33432

Claim Number: 838
Claim Date: 03/24/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5832<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |

| UNSECURED | Claimed: | $11,869.04 |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: WISCONSIN ELECTRIC POWER CO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 750-01<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |

| UNSECURED | Claimed: | $1,282.10 |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: WISCONSIN ELECTRIC POWER CO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 750-02<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |

| UNSECURED | Claimed: | $7,048.21 |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: EASTLAKE STUDIO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1549<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 1270 (05/29/2009) |

| UNSECURED | Claimed: | $3,900.00 | Scheduled: ******************* |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: VER-A-FAST CORPORATION<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 683-01<br>Claim Date: 02/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |

| UNSECURED | Claimed: | $8,360.70 |

---

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: VER-A-FAST CORPORATION<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 683-02<br>Claim Date: 02/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| UNSECURED | Claimed: | $1,856.70 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: VER-A-FAST CORPORATION<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 683-03<br>Claim Date: 02/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| UNSECURED | Claimed: | $19,773.50 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: VER-A-FAST CORPORATION<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 683-04<br>Claim Date: 02/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| UNSECURED | Claimed: | $5,152.15 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: VER-A-FAST CORPORATION<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 683-05<br>Claim Date: 02/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| UNSECURED | Claimed: | $3,327.00 |
| ASPELIN, JOHN<br>220 MONTGOMERY ST # 1009<br>SAN FRANCISCO, CA 94104 | | Claim Number: 3358<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $6,000.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

ASSOCIATED LIBRARY SERVICE
500 N MICHIGAN AVE STE 300
CHICAGO, IL 60611-3775

Claim Number: 1762
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $300.00 | Scheduled: | ****************** |
|-----------|----------|---------|------------|-------------------|

AT & T CORP
JAMES GRUDUS, ESQ
AT & T SERVICES, INC.
ONE AT & T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6309
Claim Date: 10/23/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6641
This claim amends claim 6191

| UNSECURED | Claimed: | $620,015.62 | Scheduled: | ****************** |
|-----------|----------|-------------|------------|-------------------|

AT&T
AT&T ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 618
Claim Date: 03/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $88,507.96 |
|-----------|----------|------------|

AT&T CORP.
JAMES GRUDUS, ESQ.
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 4104
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | | $1,000,773.25 |
|-----------|--|---------------|

AT&T CORP.
AT&T SERVICE, INC.
ATTN: JOHN JACKSON, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6009
Claim Date: 07/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $992,488.01 |
|-----------|----------|-------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6191<br>Claim Date: 09/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED | Claimed: | $1,011,939.62 |
| AT&T CORP.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6641<br>Claim Date: 08/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6309 |
| UNSECURED | Claimed: | $650,334.33 |
| AT&T DBA BELLSOUTH ADVERTISING &<br>PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | | Claim Number: 619<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED | Claimed: | $16,132.10 |
| AT&T DBA BELLSOUTH ADVERTISING &<br>PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | | Claim Number: 6198<br>Claim Date: 09/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 619 |
| UNSECURED | Claimed: | $70,911.30 |
| ATALA, ONALA M.<br>157 THOREAU DR<br>PLAINSBORO, NJ 08536 | | Claim Number: 5966<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AUDIO IMPLEMENTS/GKC<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | | Claim Number: 424<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | | | |
| UNSECURED | Claimed: | $85.53 | | | | | |
| AUERBACH, ALEXANDER<br>C/O ALEXANDER AUEBACH & CO INC<br>3887 DIXIE CANYON AVE<br>SHERMAN OAKS, CA 91423-4839 | | Claim Number: 6487<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | ****************** | Allowed: | $952.00 |
| AUGUGULIARO, JOSEPH,<br>INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5862<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | | |
| UNSECURED | Claimed: | $106,108.10 | Scheduled: | ******************* UNLIQ | | |
| AUTOMATED SOLUTIONS CORPORATION<br>3401 BRECKSVILLE ROAD<br>RICHFIELD, OH 44286 | | Claim Number: 2991<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | | | | |
| UNSECURED | Claimed: | $580.00 | | | | | |
| AUTOMATED SOLUTIONS CORPORATION<br>3402 BRECKSVILLE ROAD<br>RICHFIELD, OH 44287 | | Claim Number: 3002<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | | | | |
| UNSECURED | Claimed: | $292.50 | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| AUTOMATED SOLUTIONS CORPORATION<br>3401 BRECKVILLE RD<br>RICHFIELD, OH 44286 | | Claim Number: 3005<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
| UNSECURED | Claimed: | $1,582.50 |
| AVAYA INC. DBA EXPANETS<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 15<br>Claim Date: 12/19/2008<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $17.21          Scheduled: ****************** |
| AZIM FAKIR, DBA Z DISTRIBUTION, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5854<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $112,118.32          Scheduled: ******************* UNLIQ |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 595<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
| UNSECURED | Claimed: | $228.99          Scheduled: ****************** |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 596<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
| UNSECURED | Claimed: | $170.95 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 599<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
| UNSECURED | Claimed: | $218.26 |
| BAHNER, PETER G CUST PETER L BAHNER UTMA<br>OH<br>1703 DEVONWOOD DR<br>ROCHESTER HILLS, MI 48306-3109 | | Claim Number: 6491<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $136.00        Scheduled: ****************** |
| BAILIS, KAREN<br>35-36 76TH ST.<br>#520<br>JACKSON HEIGHTS, NY 11372 | | Claim Number: 5122<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| BAKER & DANIELS LLP<br>ATTN: JAY JAFFE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS, IN 46240 | | Claim Number: 315<br>Claim Date: 01/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $8,401.31 |
| TOTAL | Claimed: | $8,401.50 |
| BAKER & DANIELS LLP<br>ATTN: JAY JAFFE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS, IN 46240 | | Claim Number: 952<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 315 |
| UNSECURED | Claimed: | $13,040.50        Scheduled: ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

BALAZS, JEFFREY
10330 MARLOU DRIVE
MUNSTER, IN 46321

Claim Number: 2741
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $5,050.98 |
|---|---|---|

BALLINGER, BRENT
5804 WOODLAND RD
BARTLESVILLE, OK 74006

Claim Number: 6032
Claim Date: 07/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $1,014,960.00 |
|---|---|---|

BANK OF AMERICA PENSION PLAN
DEREK C. ABBOTT, ESQ.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET ST., P.O. BOX 1347
WILMINGTON, DE 19899

Claim Number: 1326
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $535,857.00 UNLIQ |
|---|---|---|

BANK OF INDIA
227 PARK AVENUE
NEW YORK, NY 10172-0083

Claim Number: 3105
Claim Date: 05/19/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $3,940,000.00 UNLIQ |
|---|---|---|

BANNON, MARIE L
7515 NANTUCKET DR
#102
DARIEN, IL 60561

Claim Number: 2730
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $445.33 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| BANNON, MICHAEL<br>1022 4TH AVE<br>PROSPECT PARK, PA 19076 | | Claim Number: 5695<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,000.00 |
| BARBER, ALLEEN<br>85-29 121ST ST.<br>KEW GARDENS, NY 11415 | | Claim Number: 5311<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| BARLOW, WILLIAM H.<br>15507 SADDLEBACK RD.<br>SANTA CLARITA, CA 91387 | | Claim Number: 3964<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $30,213.16 |
| BARNBY, NANCY W.<br>CHARLES SCHWAB & CO. INC. CUSTODIAN<br>IRA ROLLOVER<br>169 SPRUCE AVE<br>MENLO PARK, CA 94025-3039 | | Claim Number: 6025<br>Claim Date: 07/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $45,673.20 |
| BARNHARDT, VELMA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4916<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $10,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

BARRETT, DAVID S.
257 OXFORD STREET
HARTFORD, CT 06105-2249

Claim Number: 3965
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,685.88 | Scheduled: | ******************UNLIQ |

BARRETT, J LARRE
14 DRYPETES COURT EAST
HOMOSASSA, FL 34446

Claim Number: 6022
Claim Date: 07/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,496.00 |

BARRIERE, JOSE M
1363 W. 39TH STREET
LOS ANGELES, CA 90062

Claim Number: 2343
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,124.20 |

BARRY COUNTY TREASURER
220 W. STATE ST.
HASTINGS, MI 49058

Claim Number: 1617
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $423.62 |
| SECURED | Claimed: | $423.62 |
| TOTAL | Claimed: | $423.62 |

BARTZ, JAROLD M.
650 AURORA AVE.
SANTA BARBARA, CA 93109

Claim Number: 5810
Claim Date: 06/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $202,992.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

BARWICK, BRUCE E.
3913 HAWTHORN RD
ELLICOTT CITY, MD 21042

Claim Number: 3932
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $46,913.69 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

BATES, IVAN J.
BRIAN K. TELFAIR, ESQUIRE
THE TELFAIR LAW FIRM
3007 BROOK ROAD
RICHMOND, VA 23227

Claim Number: 6643
Claim Date: 08/25/2010
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 6251 (11/08/2010)

| UNSECURED | Claimed: | $0.00  CONT | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

BAUMBACH, JAMES
355 S WELLWOOD AVE
LINDENHURST, NY 11757

Claim Number: 5069
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

BAXTER, TODD
2121 W. DIVISION ST. # 5
CHICAGO, IL 60622

Claim Number: 6648
Claim Date: 09/10/2010
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $2,500.00 |
|---|---|---|

BEARD, ARTHUR
3569 KARIYA DR
MISSISSAUGA, ON L5B 3J2
CANADA

Claim Number: 5805
Claim Date: 06/17/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for $241.81/month for life

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | ****************** |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| BEARD, ARTHUR<br>3569 KARIYA DR<br>MISSISSAUGA, ON L5B 3J2<br>CANADA | | Claim Number: 5806<br>Claim Date: 06/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 5805<br>Claimant asserts $241.81 per month for life. | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| BECKER, TODD A.<br>1539 CREST DR<br>ALTADENA, CA 91001-1838 | | Claim Number: 3933<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $130,317.53 | Scheduled: ****************** |
| BELL, GEORGE<br>240 DUDLEY ST.<br>BROOKLINE, MA 02455 | | Claim Number: 3934<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $21,758.70 | |
| BELL, SUSAN P.<br>14081 MONTGOMERY DR.<br>WESTMINSTER, CA 92683 | | Claim Number: 3935<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $43,290.37 | |
| BERGMANN, HORST A.<br>4261 PRESERVE PARKWAY SOUTH<br>GREENWOOD VILLAGE, CO 80121-2188 | | Claim Number: 3936<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $5,868,608.14 | Scheduled: ******************UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| BERNZWEIG, JASON<br>12 FERN DRIVE<br>COMMACK, NY 11725 | Claim Number: 5085<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $60,000.00 |
|---|---|---|

---

| BIRKENTALL, ROBERT<br>947 NORTH HUMPHREY AVENUE<br>OAK PARK, IL 60302 | Claim Number: 5881<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8065 (02/18/2011) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $22,350.00 |

---

| BIRMAN, BATHSHEBA<br>6000 N CICERO AVE NO. 308<br>CHICAGO, IL 60646 | Claim Number: 5284<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $1,284.00 |
|---|---|---|

---

| BLEIMAN, ANDREW & BLEIMAN JT TEN<br>1610 MONTGOMERY RD<br>DEERFIELD, IL 60015-2631 | Claim Number: 6486<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | ****************** | Allowed: | $204.00 |
|---|---|---|---|---|---|---|

---

| BLOCK, DUANE L., DR.<br>BENEFICIARY CONTROLLED IRA<br>3699 BROOKSIDE DRIVE<br>BLOOMFIELD HILLS, MI 48302 | Claim Number: 5567<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $50,767.81 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

BLOOD, EDWARD L.
5310 E. HELENA DRIVE
SCOTTSDALE, AZ 85254-7526

Claim Number: 3937
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $85,974.55 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

BOIGER, ELISABETH C.
PATER-PETRUS ST. 18
ROSENHEIM, 83022
GERMANY

Claim Number: 3242
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $21,102.86 |
|---|---|---|

BOLLING, C.B.
410 PINE GROVE RD
ROSWELL, GA 30075

Claim Number: 5971
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $60,897.60 |
|---|---|---|

BOLLINGER & GARVEY BOLLINGER
ATTN: JAMES R. PRENDERGAST, CFO
500 W MADISON ST NO. 2300
CHICAGO, IL 60661

Claim Number: 3424
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,631.25 |
|---|---|---|

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3725
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $513.95 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| BOLTON, PERRY J.<br>200 S BEACH RD.<br>HOBE SOUND, FL 33455 | | Claim Number: 887<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| UNSECURED | Claimed: | $80,000.00 |
| BONAR, SAMANTHA<br>1922 GARFIAS DR<br>PASADENA, CA 91104 | | Claim Number: 2437<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
| PRIORITY | Claimed: | $0.00 UNDET |
| BONARDI, DOROTHY A.<br>580 BALDWIN DRIVE<br>WEST HEMPSTEAD, NY 11552 | | Claim Number: 5068<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| BOND, CURTIS<br>101 RIVERMEADE CT., APT D<br>YORKTOWN, VA 23690 | | Claim Number: 1153<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| SECURED | Claimed: | $500.00 |
| UNSECURED | Claimed: | $240.00 |
| BORGARDT, JEFF<br>4250 N MARINE STE 2934<br>CHICAGO, IL 60613 | | Claim Number: 5436<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| PRIORITY | Claimed: | $1,750.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| BORRESEN, CARYN L<br>525 N. ADA<br>#37<br>CHICAGO, IL 60622 | | Claim Number: 3734<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |
| PRIORITY | Claimed: | $1,584.20 | |
| BOUDAKIAN, AGNES<br>83-25 VIETOR AVENUE #5F<br>ELMHURST, NY 11373 | | Claim Number: 2603<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for retiree pension benefits | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| BOWEN, SHARON<br>15 NIGHTINGALE WAY C-11<br>LUTHERVILLE, MD 21093-7321 | | Claim Number: 6517<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $170.00 | Scheduled: ******************* |
| BOWEN, SHARON M.<br>15 NIGHTINGALE WAY<br>APT. C11<br>LUTHERVILLE, MD 21093 | | Claim Number: 3939<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $7,928.66 | |
| BOWLIN, GREGORY L.<br>6152 S. JERICHO WAY<br>CENTENNIAL, CO 80016-1275 | | Claim Number: 3940<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $548.59 | Scheduled: ******************* UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| BRAITSCH, RICHARD G JR | Claim Number: 5015 |
| 2139 WHISTLER AVE | Claim Date: 06/12/2009 |
| BALTIMORE, MD 21230 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3012 (01/05/2010) |

| PRIORITY | Claimed: | $9,342.14 |

---

| BRAMSON, ROBERT, MD. - IRA | Claim Number: 5927 |
| 65 ANDERSON ST, GA | Claim Date: 06/23/2009 |
| BOSTON, MA 02114-4334 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $92,000.00 |

---

| BRANDT, PATRICIA | Claim Number: 5071 |
| 681 GRAND AVE | Claim Date: 06/12/2009 |
| LINDENHURST, NY 11757 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| BRANDT, ROBERT F. | Claim Number: 3941 |
| PO BOX 519 | Claim Date: 06/09/2009 |
| ST. MICHAELS, MD 21663-0519 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $51,409.08 | Scheduled:  ******************UNLIQ |

---

| BRANECKI, PHILLIP J | Claim Number: 1501 |
| 12219 BAKER TERR. | Claim Date: 04/24/2009 |
| WOODSTOCK, IL 60098 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Claim out of balance |

| PRIORITY | Claimed: | $2,612.23 |
| SECURED | Claimed: | $2,612.23 |
| TOTAL | Claimed: | $2,612.23 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

BRASS RING LLC
343 WINTER STREET
WALTHAM, MA 02451

Claim Number: 5440
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $19,526.00 |
|---|---|---|

BRAUER, ALAN L.
3506 SWEET CLOVER STREET
THOUSAND OAKS, CA 91362

Claim Number: 3942
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $27,545.56 | Scheduled: ******************UNLIQ |
|---|---|---|---|

BREECE, DENNIS J.
1641 E. MARTHA DR.
MARION, IN 46952-9065

Claim Number: 3753
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $25,000.00 |
|---|---|---|

BRENNAN, LEO
3825 TEESDALE CT.
ATLANTA, GA 30350

Claim Number: 3943
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $650,642.48 | Scheduled: ****************** |
|---|---|---|---|

BRIDGEPORT U.S.A. CORPORATION
D/B/A POLO CAFE & CATERING
BRDGEPORT USA
3322 S. MORGAN ST.
CHICAGO, IL 60608

Claim Number: 227
Claim Date: 01/13/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7675 (01/28/2011)

| ADMINISTRATIVE | Claimed: | $5,512.28 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| BRIDGEPORT U.S.A. CORPORATION<br>D/B/A POLO CAFE & CATERING<br>BRDGEPORT USA<br>3322 S. MORGAN ST.<br>CHICAGO, IL 60608 | | Claim Number: 6304<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
| ADMINISTRATIVE | Claimed: | $5,512.28 |
| BRIEF, KENNETH H.<br>4 KENNEBEC LANE<br>BRUNSWICK, ME 04011 | | Claim Number: 3944<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $79,868.36          Scheduled: ****************** |
| BRIGHT STAR COURIERS LLC<br>70 W 36TH ST    STE 301<br>NEW YORK, NY 10018 | | Claim Number: 2289<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
| UNSECURED | Claimed: | $1,300.50 |
| BRINK, JENNY L.<br>STONERIDGE RETIREMENT CENTER<br>186 JERRY BROWNE ROAD, UNIT # 5406<br>MYSTIC, CT 06355 | | Claim Number: 5898<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claimant asserts $1,233.48 monthly pension |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| BRINK, JENNY L.<br>STONERIDGE RETIREMENT CENTER<br>186 JERRY BROWNE ROAD, UNIT # 5406<br>MYSTIC, CT 06355 | | Claim Number: 5899<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claimant asserts monthly pension amount of $1,233.46 |
| UNSECURED | Claimed: | $0.00  UNLIQ          Scheduled: ****************** UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| BRINKS INC.<br>555 DIVIDEND DR., STE 100<br>COPPELL, TX 75019 | | Claim Number: 476<br>Claim Date: 02/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $6,160.80 |
| BRISCO, ROBERT N.<br>1 FLYING MANE LANE<br>ROLLING HILLS, CA 90274 | | Claim Number: 3945<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $55,918.19          Scheduled:  ******************UNLIQ |
| BROADSPIRE SERVICES INC.<br>1001 SUMMIT BOULEVARD<br>ATLANTA, GA 30319 | | Claim Number: 5335<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8065 (02/18/2011)<br>Third Party Admin. of Insurance Programs |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 265<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| SECURED | Claimed: | $276,729.21 UNLIQ |
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 889<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| SECURED | Claimed: | $113,357.20 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

BROWN, RENEE
42 CATOONA LANE
STAMFORD, CT 06902

Claim Number: 4846
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

BROZA, CLARK
215 HILLAIR CIRCLE
WHITE PLAINS, NY 10605-4516

Claim Number: 448
Claim Date: 02/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $55,199.24 |
|---|---|---|

BROZA, CLARK
215 HILLAIR CIRCLE
WHITE PLAINS, NY 10605-4516

Claim Number: 3257
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $55,199.24 |
|---|---|---|

BROZA, CLARK & KATZ-BROZA, VALERIE L.
215 HILLAIR CIRCLE
WHITE PLAINS, NY 10605-4516

Claim Number: 3256
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $7,025.36 |
|---|---|---|

BROZA, CLARK & VALERIE L. KATZ-BROZA
215 HILLAIR CIRCLE
WHITE PLAINS, NY 10605-4516

Claim Number: 449
Claim Date: 02/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $7,025.36 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

BRUCE, DONALD W.
3 RED OAK DR
BOILING SPRINGS, PA 17007

Claim Number: 5953
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $15,224.40 |
|-----------|----------|------------|

BRUGGEMAN, DAN R.
126 E CHURCH ST
ADRIAN, MI 49221

Claim Number: 5969
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $91,346.40 |
|-----------|----------|------------|

BRUNO, GERBINO & SORIANO, LLP
VINCENT GERBINO
445 BROAD HOLLOW RD.
SUITE 220
MELVILLE, NY 11747

Claim Number: 3236
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $3,832.53 |
|-----------|----------|-----------|

BRUNO, LISA
9 SCHERER ST.
BETHPAGE, NY 11714

Claim Number: 5061
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

BRYSON, JOHN E.
SOUTHERN CALIFORNIA EDISON, RM. 101
2244 WALNUT GROVE AVE, P.O.BOX 976
ROSEMEAD, CA 91770

Claim Number: 3946
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $966,473.57 | Scheduled: ******************* |
|-----------|----------|-------------|------------------------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

BUCKINGHAM, JIM J
CUST JUSTIN BUCKINGHAM UTMA OH
2600 SPRINGMILL RD
FINDLAY, OH 45840-2860

Claim Number: 6691
Claim Date: 02/10/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $204.00 | Scheduled: | ****************** |
| --- | --- | --- | --- | --- |

BUCKINGHAM, JIM J
2600 SPRINGMILL RD
FINDLAY, OH 45840-2860

Claim Number: 6692
Claim Date: 02/10/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | ****************** |
| --- | --- | --- | --- | --- |

BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM
UTMA OH
2600 SPRINGMILL RD
FINDLAY, OH 45840-2860

Claim Number: 6593
Claim Date: 07/15/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7674 (01/28/2011)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | ****************** |
| --- | --- | --- | --- | --- |

BULL, DEBBY
208 N MADISON ST
ST CROIX FLS, WI 54024-9134

Claim Number: 3489
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $1,526.00 |
| --- | --- | --- |

BULLOCK, LOREN E. - TRUSTEE OF
THE LOREN E. BULLOCK REVOCABLE TRUST
U/A 05/08/98
2469 CAVALIER DRIVE
SALT LAKE CITY, UT 84121-3916

Claim Number: 3481
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $20,000.00 UNLIQ |
| --- | --- | --- |

---

BURKE, DIANE E.
1506 SADDLE ROCK RD
HOLBROOK, NY 11741-4822

Claim Number: 5328
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

BURNETT, MARY L
730 NORTH WHITNALL HWY
APT 107
BURBANK, CA 91505-5400

Claim Number: 3690
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Tribune Co Cash Balance Plan

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

BURNS, BETTY
1422 N. GORDON APT 5
HOLLYWOOD, CA 90028

Claim Number: 4284
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Retiree medical benefits & life insurance

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | |

BURSON, PATRICIA L.
48 S. LONG BEACH AVE., APT 2E
FREEPORT, NY 11520

Claim Number: 5318
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

BUSY BEE PROMOTIONS
211 E OHIO NO. 2624
CHICAGO, IL 60611

Claim Number: 5299
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,125.00 | |
| UNSECURED | Claimed: | $12,292.25 | Scheduled: ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

BUTHMAN, JANE M
1340 CARIBOU TRAIL
CAROL STREAM, IL 60188-9080

Claim Number: 6511
Claim Date: 06/04/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7674 (01/28/2011)

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | ****************** |

---

CADAVID-RUIZ, ESPERANZA
C/O GIAIMO ASSOCIATES, LLP
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 6114
Claim Date: 07/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

---

| UNSECURED | Claimed: | $150,732.00 |

---

CAGNEY, MONICA
10 FOREST ST
BAYVILLE, NY 11709-1948

Claim Number: 6484
Claim Date: 05/21/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

---

| PRIORITY | Claimed: | $136.00 | | | | |
| UNSECURED | Claimed: | $136.00 | Scheduled: | ****************** | Allowed: | $136.00 |
| TOTAL | Claimed: | $136.00 | | | | |

---

CALIANESE, ANTHONY J.
824 ELLIS PL
ORADELL, NJ 07649-1918

Claim Number: 1650
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

---

| SECURED | Claimed: | $143,055.00 | | |
| UNSECURED | | | Scheduled: | ******************UNLIQ |

---

CALIFORNIA DEPARTMENT OF MOTOR VEHICLES
REVENUE SERVICES SUPPORT UNIT
PO BOX 825341
SACRAMENTO, CA 94232-5341

Claim Number: 4462
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

---

| PRIORITY | Claimed: | $4,175.00 |

---

| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | | Claim Number: 1212<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|---|
| PRIORITY | Claimed: | $9,000.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $9,000.00 |
| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | | Claim Number: 1213<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
| PRIORITY | Claimed: | $9,000.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $9,000.00 |
| CAMERA DYNAMICS, INC.<br>709 EXECUTIVE BLVD<br>VALLEY COTTAGE, NY 10989 | | Claim Number: 4120<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) |
| UNSECURED | Claimed: | $1,501.55 |
| CAMPBELL, BRIAN<br>418 MEADOW BROOK LANE<br>BIRMINGHAM, AL 35213 | | Claim Number: 5439<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,369.95 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| CAMPBELL, JEREMY D<br>519 COFFEETOWN RD<br>LANGSTON, AL 35755-8019 | Claim Number: 6502<br>Claim Date: 05/28/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $0.00 | |
|---|---|---|---|
| UNSECURED | Claimed: | $171.36 | Scheduled: ****************** |

---

| CAMPBELL, PATRICIA .<br>1765 NARROWS HILL RD.<br>UPPER BLACK EDDY, PA 18972 | Claim Number: 3947<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $102,312.38 |
|---|---|---|

---

| CAMPBELL, RAMSEY L<br>2947 ALDRICH ST.<br>EUSTIS, FL 32726 | Claim Number: 1533<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $1,851.63 |
|---|---|---|

---

| CAMPOS, ALFONSO<br>751 DUNMORE LN<br>BARTLETT, IL 60103-4777 | Claim Number: 2123<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

---

| CAMPOS, TRACY<br>4703 SAILBOAT BAY APT 2D<br>LISLE, IL 60532-1473 | Claim Number: 2108<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| CANZONERI MCCORMICK, JO ANNA<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | | Claim Number: 5844<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3186 (01/25/2010) |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $50,000,000,000.00  UNLIQ |
| CARANNANTE, GREGORY<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | | Claim Number: 5286<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $223,018.00 |
| CARANNANTE, GREGORY V<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | | Claim Number: 5285<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $1,021.22  UNLIQ |
| CARANNANTE, GREGORY V<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | | Claim Number: 5287<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $2,773.55 |
| CARAWAY, AMY L.<br>IRA FBO<br>1656 ALGONQUIN TRAIL<br>MAITLAND, FL 32751 | | Claim Number: 4633<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $16,057.96 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | |
|---|---|---|---|---|
| CARBAJAL, ROSA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 6164<br>Claim Date: 08/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $98,000.00 | | |
| CARPENTER, DIAN S.<br>P.O. BOX 810<br>INVERNESS, CA 94937 | | Claim Number: 3948<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $703,514.32 | Scheduled: | ******************* UNLIQ |
| CARROLL, JOHN S.<br>223 QUEENSWAY DRIVE<br>LEXINGTON, KY 40502 | | Claim Number: 3949<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,523,628.61 | Scheduled: | ******************* UNLIQ |
| CASEY, EDITH<br>2 THORPE DR 4B<br>SPARKILL, NY 10976 | | Claim Number: 3342<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $30,450.00 | | |
| CASEY, KATHLEEN M.<br>2703 DE SOTO DR<br>AUSTIN, TX 78733-1309 | | Claim Number: 3950<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $111,836.75 | Scheduled: | ******************* UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| CASEY, LINDA J. AND MICHAEL D.<br>23 MEADOW LN.<br>NORWOOD, NJ 07648 | | Claim Number: 3343<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $232,400.00 |
| CASEY, MICHAEL D. IRA<br>23 MEADOW LN<br>NORWOOD, NJ 07648 | | Claim Number: 3344<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $50,700.00 |
| CASEY, PETER A.<br>ROTH IRA<br>212 PROSPECT AVE #21B<br>HACKENSACK, NJ 07601 | | Claim Number: 4125<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $6,011.37 |
| CASEY, PETER A.<br>212 PROSPECT AVE #2B<br>HACKENSACK, NJ 07601 | | Claim Number: 4126<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $89,798.42 |
| CASEY, PETER A.<br>TRADITIONAL IRA<br>212 PROSPECT AVE # 2B<br>HACKENSACK, NJ 07601 | | Claim Number: 4185<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $1,001.90 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

CASSIDY, DAVID
3 LINCOLN STREET
GARDEN CITY, NY 11530

Claim Number: 5330
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

CASSIO, KEVIN T
7300 NW 93RD AVE
TAMARAC, FL 33321-3042

Claim Number: 6533
Claim Date: 06/17/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $544.00 | Scheduled: | ****************** |
|---|---|---|---|---|

CASTANON, DAVID A.
21 CASTANO COURT
NEEDHAM, MA 02494

Claim Number: 4288
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $43,900.00 |
|---|---|---|

CASTELLUZZO, RENEE
728 W JACKSON BLVD APT 1205
CHICAGO, IL 60661-5476

Claim Number: 2588
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $191.75 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | ****************** |

CATANIA, ROBERT
P.O. BOX 1486
AGOURA HILLS, CA 91376-1486

Claim Number: 5900
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $174.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

CAVALIERE, PETER
161 BLUE HERON DR.
SECAUCUS, NJ 07094

Claim Number: 951
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $20,000.00 |
|---------|----------|------------|

CAWLEY CHICAGO PORTFOLIO, LLC
C/O EKL WILLIAMS PLLC
901 WARRENVILLE ROAD #175
LISLE, IL 60532

Claim Number: 5785
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5071 (07/19/2010)

| UNSECURED | Claimed: | $75,649.06 |
|-----------|----------|------------|

CAWLEY CHICAGO PORTFOLIO, LLC
C/O EKL WILLIAMS PLLC
901 WARRENVILLE ROAD # 175
LISLE, IL 60532

Claim Number: 5830
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $75,649.06 |
|-----------|----------|------------|

CBS RADIO EAST INC.
C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4868
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,751.25 |
|-----------|----------|------------|

CBS RADIO INC.
C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4873
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $50,303.00 |
|-----------|----------|------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

CCI EUROPE INTERNATIONAL INC
3550 GEORGE BUSBEE PRKWAY
KENNESAW, GA 30144

Claim Number: 3541
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $235,474.58 | Scheduled: | ****************** |

CDW CORPORATION
C/O RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 582
Claim Date: 02/20/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,656.29 |

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 624
Claim Date: 03/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

---

| UNSECURED | Claimed: | $155,538.53 |

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 1755
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

---

| UNSECURED | Claimed: | $146,233.64 |

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 2211
Claim Date: 05/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

---

| UNSECURED | Claimed: | $144,359.05 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 6291<br>Claim Date: 10/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | |
| UNSECURED          Claimed: | $93,012.48 | |
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 6292<br>Claim Date: 10/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | |
| UNSECURED          Claimed: | $16,458.46 | |
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 6310<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | |
| UNSECURED          Claimed: | $34,888.11 | |
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET<br>CNPT 46 ROOM 4661<br>ATTN: ROBERT CLAUDE<br>HOUSTON, TX 77002 | Claim Number: 6377<br>Claim Date: 01/19/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends Claim 6291. | |
| UNSECURED          Claimed: | $61,202.87          Scheduled: | ****************** |
| CF 4242 BRYN MAWR LLC<br>C/O COLLEEN E. MCMANUS<br>MUCH SHELIST DENENBERG AMENT RUBENSTEIN<br>191 N WACKER DR, STE 1800<br>CHICAGO, IL 60646 | Claim Number: 4666<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | |
| UNSECURED          Claimed: | $36,179.81 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

CHANDHOK, RAJENDER K.
273 MABERY RD
SANTA MONICA, CA 90402-1205

Claim Number: 3951
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,874.04 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

CHANDLER, BETTINA W.
1013 SHOKAT DRIVE
OJAI, CA 93023

Claim Number: 3952
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,089,878.63 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

CHANSKY, KATHERINE M.
12001 FALCON RIDGE WAY
NORTHRIDGE, CA 91326

Claim Number: 3251
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $134.00 |
|---|---|---|

CHAPMAN, WILLIAM G. & MARGARET ELAINE
REVOCABLE TRUST
810 RIO GRANDE NW
ALBUQUERQUE, NM 87114

Claim Number: 5571
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $101,535.63 |
|---|---|---|

CHARLES & MILDRED HILBORN REVOCABLE
TRUST - CHARLES GENE HILBORN JR. &
CHARLES GENE HILBORN TRUSTEES
1306 W 59TH AVE
PINE BLUFF, AR 71603

Claim Number: 5703
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| CHARLES SCHWAB FBO LYNDEE KUZNIAR<br>4A KINGERY QUARTER APT 203<br>WILLOWBROOK, IL 60527-6574 | | Claim Number: 6506<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $2,142.00 | |
|---|---|---|---|
| UNSECURED | | | Scheduled: ******************* |

| | | |
|---|---|---|
| CHARLES, CLIFTON SR<br>9602 SOUTH CALUMET AVE<br>CHICAGO, IL 60628 | | Claim Number: 4188<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $50,000.00 |
|---|---|---|

| | | |
|---|---|---|
| CHARLES, RANDOLPH R.<br>1032 SPRUCE ST. UNIT 200<br>PHILADELPHIA, PA 19107 | | Claim Number: 3953<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $53,190.66 | Scheduled: ******************UNLIQ |
|---|---|---|---|

| | | |
|---|---|---|
| CHASE BANK USA, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 5104<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>First USA Commercial Card Master Agreement |

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| CHASE, PETER<br>2555 N. CLARK STREET , #1006<br>CHICAGO, IL 60614 | | Claim Number: 5338<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Certain Compensation and benefits in certain scenarios |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| CHATOW, MARK<br>11 TROUVILLE<br>NEWPORT COAST, CA 92657 | Claim Number: 3746<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $171.85 | |
| CHECK CASHING STORE, THE<br>6340 N.W. 5TH WAY<br>FORT LAUDERDALE, FL 33309 | Claim Number: 869<br>Claim Date: 04/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | |
| UNSECURED          Claimed: | $1,590.86 | |
| CHEN, MARIA & CHONG, DANIEL<br>7 PANDAN VALLEY<br>#07-502 POINCIANA TOWER<br> 597631<br>SINGAPORE | Claim Number: 6193<br>Claim Date: 09/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $16,239.36 | |
| CHEUNG, JESSICA<br>2336 WEST 13TH STREET, THIRD FLOOR<br>BROOKLYN, NY 11223 | Claim Number: 293<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $2,682.50 | |
| CHICAGOLAND PUBLISHING COMPANY<br>3 WESTBROOK CORPORATE CTR # 800<br>WESTCHESTER, IL 60154-5703 | Claim Number: 3394<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3466 (02/17/2010) | |
| UNSECURED          Claimed: | $0.00  UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

CHIN, CINDY
621 6TH ST.
EAST NORTHPORT, NY 11731

Claim Number: 5121
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

CHRISTENSEN. LUCILLE
164 BARRYPOINT ROAD
RIVERSIDE, IL 60546

Claim Number: 3735
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $855.59 UNLIQ |
| --- | --- | --- |

CICCOTTO, WILLIAM, DBA WDC
C/O GIAMO ASSOCIATES LLP
ATTN: JOSEPH O. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5858
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $104,777.46 | Scheduled: ******************* UNLIQ |
| --- | --- | --- | --- |

CIOLLI, RITA
5 GREENWAY LANE
HUNTINGTON, NY 11743

Claim Number: 5037
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

CISCO SYSTEMS CAPITAL CORPORATION
LAWRENCE SCHWAB/THOMAS GAA
BIALSON, BERGEN & SCHWAB
2600 EL CAMINO REAL, STE 300
PALO ALTO, CA 94306

Claim Number: 4108
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| ADMINISTRATIVE | Claimed: | $1,097,030.46 |
| --- | --- | --- |

| | | |
|---|---|---|
| CIT<br>BANKRUPTCY PROCESSING<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 3631<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $181,272.00 |
| TOTAL | Claimed: | $181,272.62 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 437<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $682.52 |
| UNSECURED | Claimed: | $26.70 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 438<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $157,260.43 |
| UNSECURED | Claimed: | $8,596.85 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 440<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $674,939.02 |
| UNSECURED | Claimed: | $164,064.90 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 443<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $59,369.28 |
| UNSECURED | Claimed: | $6,042.54 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 727<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $31,591.63 |
| UNSECURED | Claimed: | $7,778.40 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 728<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5434 (08/19/2010) |
| PRIORITY | Claimed: | $19,095.99 |
| UNSECURED | Claimed: | $96.00 |
| CITY OF NEW YORK - DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | | Claim Number: 3021<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| PRIORITY | Claimed: | $837,000.00 UNLIQ |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | | Claim Number: 2870<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $132,000.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | | |
|---|---|---|---|---|---|
| CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | | Claim Number: 255<br>Claim Date: 01/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED | Claimed: | $4,066.97 UNLIQ | | | |
| CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | | Claim Number: 2983<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7675 (01/28/2011)<br>Amends claim number 255 | | | |
| PRIORITY | Claimed: | $70.07 | | | |
| UNSECURED | Claimed: | $4,066.97 | | | |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: NATIONAL DECORATING SERVICE<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 1389<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
| UNSECURED | Claimed: | $13,110.00 | Scheduled: ****************** | Allowed: | $4,869.43 |
| CLARK STEVENS<br>2215 SANTA ANITA AVENUE<br>SIERRA MADRE, CA 91024 | | Claim Number: 5597<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $3,671.09 | | | |
| CLASSIFIED VENTURES, LLC<br>ATTN: CHIEF LEGAL OFFICER<br>175 W. JACKSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | | Claim Number: 5610<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | |
| UNSECURED | Claimed: | $3,781,470.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

CLAYTON, JANET T.
655 S RIMPAU BLVD
LOS ANGELES, CA 90005

Claim Number: 3954
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $137,253.11 | Scheduled: | ****************** UNLIQ |
| --- | --- | --- | --- | --- |

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 4981
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
| --- | --- | --- |

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3263
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | ****************** UNLIQ |

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3265
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 3263

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | ****************** UNLIQ |
| --- | --- | --- | --- | --- |

CLENDENIN, MICHAEL
328 CAROLINA MEADOWS VILLA
CHAPEL HILL, NC 27517

Claim Number: 1013
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | ****************** UNLIQ |
| --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

CLIFFORD, PATRICK A.
1185 PARK AVENUE APT 3E
NEW YORK, NY 10128

Claim Number: 3956
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,161,516.02 | Scheduled: | ****************** UNLIQ |

CLURMAN, ANDREW W.
6936 BASELINE RD.
BOULDER, CO 80303-3142

Claim Number: 3957
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,625.17 | Scheduled: | ****************** UNLIQ |

COAPSTICK, LOUISE G.
22809 W ACACIA COURT
SAUGUS, CA 91350

Claim Number: 3958
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $36,061.00 | Scheduled: | ****************** UNLIQ |

COASTAL SYSTEMS, INC.
13687 NEWPORT AVE
UNIT 8361
TUSTIN, CA 92780

Claim Number: 541
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,294.65 |

COASTAL SYSTEMS, INC.
13681 NEWPORT AVE STE 8
TUSTIN, CA 92780-7815

Claim Number: 542
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $419.89 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

COASTAL SYSTEMS, INC.
13687 NEWPORT AVE
UNIT 8361
TUSTIN, CA 92780

Claim Number: 543
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $2,543.88 |
|---|---|---|

COASTAL SYSTEMS, INC.
13687 NEWPORT AVE
UNIT 8361
TUSTIN, CA 92780

Claim Number: 544
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $6,904.70 |
|---|---|---|

COFFEY, SHELBY C. III
897 CHINQUAPIN ROAD
MC LEAN, VA 22102

Claim Number: 3959
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

UNSECURED          Claimed:          $239,849.60          Scheduled: ******************* UNLIQ

COLEMAN, SANDRA B
50 LEVEL ACRES RD
ATTLEBORO, MA 02703-6842

Claim Number: 6678
Claim Date: 11/23/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7674 (01/28/2011)

---

UNSECURED          Claimed:          $0.00  UNDET          Scheduled: *******************

COLLINS, KEVIN P.
5 NIBLICK LANE
LITTLETON, CO 80123

Claim Number: 2451
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY

---

PRIORITY          Claimed:          $14,494.00
UNSECURED                                                   Scheduled: ******************* UNLIQ

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

COLLINS, MICHAEL E
6351 FARRAGUT ST
HOLLYWOOD, FL 33024-2115

Claim Number: 6504
Claim Date: 06/01/2010
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $1,054.00 | |
| UNSECURED | | | Scheduled: ****************** |

---

COLSTON, JAMES  WILLARD
61 THOMAS STREET
PORTLAND, ME 04102

Claim Number: 3909
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $341,112.31 | Scheduled: ******************UNLIQ |

---

COMED CO.
ATTN: BANKRUPTCY SECTION/REVENUE MGMT
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 366-03
Claim Date: 01/22/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $31,130.22 |

---

COMGRAPHICS INCORPORATION
329 W 18TH STREET
10TH FLOOR
CHICAGO, IL 60616

Claim Number: 1097
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 |

---

COMMUNITY ANESTHESIA ASSOCIATE P.C.
PROFIT SHARING PLAN
C/O LOUIS BOJAB TTEE
13379 WEST SHERBORN
CARMEL, IN 46032

Claim Number: 5632
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $71,157.63 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| COMMUNITY HOUSE PRESERVATION FUND, THE<br>380 SOUTH BATES<br>BIRMINGHAM, MI 48009-3366 | Claim Number: 5636<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED            Claimed: | $25,413.44 | |

| | | |
|---|---|---|
| COMPTROLLER OF MARYLAND<br>301 WEST PRESTON STREET ROOM 409<br>BALTIMORE, MD 21201 | Claim Number: 2257<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY           Claimed:<br>UNSECURED        Claimed: | $6,355,300.00<br>$402,528.00 | |

| | | |
|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 4138<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5745 (09/20/2010) | |
| PRIORITY           Claimed: | $250.00 | |

| | | |
|---|---|---|
| CONNER, LAURIE<br>5966 MEMPHIS ST<br>NEW ORLEANS, LA 70124-2942 | Claim Number: 6633<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY           Claimed:<br>UNSECURED | $1,768.00<br>Scheduled:  ****************** | |

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF<br>NEW YORK, INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003 | Claim Number: 187<br>Claim Date: 12/30/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | |
| UNSECURED        Claimed: | $15,419.92 | |

| | | | |
|---|---|---|---|
| CONSOLIDATED ELECTRICAL DISTRIBUTORS<br>PO BOX 489<br>LEMONT, IL 60439-0489 | | Claim Number: 937<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET 4099 (04/19/2010) | |
| UNSECURED | Claimed: | $777.00 | |
| CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | | Claim Number: 5117<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE | Claimed: | $316,586.03 | |
| UNSECURED | Claimed: | $192,676.71 | Scheduled: ****************** |
| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | | Claim Number: 6683<br>Claim Date: 12/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET 7675 (01/28/2011) | |
| PRIORITY | Claimed: | $1,286,329.03 | |
| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | | Claim Number: 6687<br>Claim Date: 01/19/2011<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $1,519,196.85 | |
| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | | Claim Number: 6694<br>Claim Date: 02/18/2011<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $570,207.39 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

COOK, STANTON
222 RALEIGH ROAD
KENILWORTH, IL 60043

Claim Number: 5788
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,225,000.00 | Scheduled: | ****************** UNLIQ |
| --- | --- | --- | --- | --- |

COPELAND, LLOYD & DEBORAH
139 BOONE RIDGE
MOUNTAIN CITY, TN 37683

Claim Number: 3204
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $121,000.00 |
| --- | --- | --- |

COPELAND, LOYD & DEBORAH
139 BOONE RIDGE
MOUNTAIN CITY, TN 37683

Claim Number: 3443
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $121,000.00 |
| --- | --- | --- |

COPPENS, STUART K.
726 MAYBANK LOOP
THE VILLAGES, FL 32162

Claim Number: 3910
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $22,713.20 | Scheduled: | ****************** UNLIQ |
| --- | --- | --- | --- | --- |

CORNER LLC
C/O PENELOPE PARMES
RUTAN & TUCKER LLP
611 ANTON BLVD., 14TH FLOOR
COSTA MESA, CA 92626

Claim Number: 6054
Claim Date: 07/10/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $25,480.00 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| COSGROVE, JAMES T.<br>C/O WINEGAR, WILHELM, GLYNN & ROEMER<br>ATTN: SCOTT M. WILHELM<br>3005 ROSEBERRY STREET, P.O. BOX 800<br>PHILLIPSBURG, NJ 08865 | Claim Number: 2238<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $150,000.00 | Scheduled: ****************** UNLIQ |
|---|---|---|---|

| COSTELLO, DANIEL J<br>2060 CONTINENTAL AVE<br>APT 3<br>BRONX, NY 10461 | Claim Number: 1767<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $17,260.00 |
|---|---|---|

| COTLIAR, GEORGE J.<br>1618 ANITA LANE<br>NEWPORT BEACH, CA 92660 | Claim Number: 3911<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $239,050.32 | Scheduled: ****************** UNLIQ |
|---|---|---|---|

| COUSINS, ROBERT R AND MILDRED L COUSINS<br>3581 FROST ROAD<br>SHRUB OAK, NY 10588 | Claim Number: 6634<br>Claim Date: 07/30/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7673 (01/28/2011) |
|---|---|

| SECURED | Claimed: | $2,437.52 |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

| COUSINS, ROBERT R. & MILDRED L.<br>3581 FROST ROAD<br>SHRUB OAK, NY 10588 | Claim Number: 6628<br>Claim Date: 07/28/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7673 (01/28/2011) |
|---|---|

| SECURED | Claimed: | $2,437.52 |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

COVA, ANNE M
7 TRANQUILITY PLACE
LADERA RANCH, CA 92694

Claim Number: 1551
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $40.58 | | |
|---|---|---|---|---|

CRABHOUSE OF DOUGLASTON, INC.
D/B/A DOUGLASTON MANOR
CO GIAIMO ASSOCIATES LLP, ATTN: J GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5851
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $255,000.00 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

CRAWFORD, WILLIAM
3509 B AVENIDA MADERA
BRADENTON, FL 34210

Claim Number: 3167
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $12,619.33 UNLIQ | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

CROWDER, GRACE E.
499 B&F ROAD
GETTYSBURG, PA 17325

Claim Number: 3913
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $328,983.31 | | |
|---|---|---|---|---|

CRUM, RAYMOND
3508 PARRIS BRIDGE ROAD
BOILING SPRINGS, SC 29316

Claim Number: 3030
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $14,749.38 | | |
|---|---|---|---|---|

CRUZ, VICTOR
C/O JOSEPH & HERZFELD LLP
757 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017

Claim Number: 4915
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

CS STARS LLC
500 W MONROE ST
CHICAGO, IL 60661

Claim Number: 4990
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,390.87 |
|---|---|---|

CSC HOLDINGS, INC., ET AL
ATTN: GENERAL COUNSEL
1111 STEWART AVENUE
BETHPAGE, NY 11714

Claim Number: 4277
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

CURCIO WEBB LLC
100 BUSH ST    STE 2400
SAN FRANCISCO, CA 94104

Claim Number: 2452
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,750.00 | Scheduled: ****************** |
|---|---|---|---|

CURL, CAROL D
8233 LOWER RIVER ROAD
GRANTS PASS, OR 97526

Claim Number: 3202
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $267,125.97 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                                    Date: 02/28/2011
Alphabetical Claims Register for The Tribune Company (08-13141)

CVS CAREMARK                                    Claim Number: 3051
2211 SAUNDERS ROAD                              Claim Date: 05/22/2009
NBT10                                           Debtor: TRIBUNE COMPANY
NORTHBROOK, IL 60062

| UNSECURED | Claimed: | $149,912.87 | Scheduled: | ******************UNLIQ |

CWA/ITU NEGOTIATED PENSION PLAN                 Claim Number: 2896
MICHELLE MCMAHON, ESQ.                          Claim Date: 05/18/2009
1290 AVENUE OF THE AMERICAS                     Debtor: TRIBUNE COMPANY
NEW YORK, NY 10104

| UNSECURED | Claimed: | $329,569.00 UNLIQ |

CZADZECK, GERALD H.                             Claim Number: 2625
3279 E. BRECKENRIDGE LN.                        Claim Date: 05/08/2009
BLOOMFIELD, MI 48301-4149                       Debtor: TRIBUNE COMPANY
                                                Comments: EXPUNGED
                                                DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $62,944.01 |

CZARK, RICHARD                                  Claim Number: 2210
44 WATERFORD DR                                 Claim Date: 05/01/2009
BLUFFTON, SC 29910                              Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $45,778.23 UNLIQ | Scheduled: | ****************** |

DALLAS COUNTY                                   Claim Number: 5981
C/O LINEBARGER GOGGAN BLAIR & SAMPSON,          Claim Date: 06/29/2009
LLP; ATTN: ELIZABETH WELLER                     Debtor: TRIBUNE COMPANY
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

| ADMINISTRATIVE | Claimed: | $44,895.89 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201-2691 | | Claim Number: 6018<br>Claim Date: 06/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| ADMINISTRATIVE | Claimed: | $44,895.89 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| DALMAU, BARBARA A<br>12 TILDEN DR<br>NOVATO, CA 94947-4625 | | Claim Number: 6503<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $34.00                Scheduled: ****************** |
| DANIEL J. HURLEY RESID. TRUST<br>W.A. BAKER, TRUSTEE<br>83 EAGLE RUN<br>S. WINDSOR, CT 06074 | | Claim Number: 5908<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $15,224.40 |
| DANIELS, DIANE<br>5 JUNIPER ST.<br>HICKSVILLE, NY 11801 | | Claim Number: 5323<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| DANIELS, SARAH<br>43 ROYAL CRESCENT WAY<br>FREDERICKSBRG, VA 22406-7296 | | Claim Number: 1532<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $3,565.38 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

DARNALL, JOHN
6378 LADA AVE.
CAMARILLO, CA 93012

Claim Number: 3915
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $12,067.23 | | |
|---|---|---|---|---|

DARR, THOMAS
7808 CAUSEWAY DR APT 107
CHARLOTTE, NC 28227-6770

Claim Number: 3445
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $15/weekly

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | ******************UNDET |
|---|---|---|---|---|

DARR, THOMAS
7808 CAUSEWAY DR APT 107
CHARLOTTE, NC 28227-6770

Claim Number: 3446
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $75/weekly

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | ******************UNDET |
|---|---|---|---|---|

DARR, THOMAS
8120 CARTER CREEK DR APT 203
CHARLOTTE, NC 28227-4712

Claim Number: 3447
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $30/weekly

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | ******************UNDET |
|---|---|---|---|---|

DARR, THOMAS
6130 PINBUR ROAD APT # 231
CHARLOTTE, NC 28211

Claim Number: 3448
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $30/weekly

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | ******************UNDET |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

DATABANK IMX LLC
PO BOX 62286
BALTIMORE, MD 21264

Claim Number: 5009
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $5.98 | | |
| UNSECURED | Claimed: | $26.50 | Scheduled: | ****************** |

DAVIS, KENNETH
400 PLUMBRIDGE CT., UNIT 101
TIMONIUM, MD 21093

Claim Number: 3917
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $85,588.75 |

DAVISON, GEORGE
3169 WARREN RD
CLEVELAND, OH 44111

Claim Number: 3041
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $15,365.63 |

DAY PITNEY LLP
PO BOX 33300
HARTFORD, CT 06150-3300

Claim Number: 2657-02
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

---

| UNSECURED | Claimed: | $662.50 |

DE LAGE LANDEN FINANCIAL SERVICES, INC.
STEELCASE FINANCAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

Claim Number: 3327
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY

---

| SECURED | Claimed: | $2,041,319.96 |
| UNSECURED | Claimed: | $0.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>STEELCASE FINANCAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | | Claim Number: 3328<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $143,069.28 |

| | | |
|---|---|---|
| DE MARTINI, THOMAS<br>529 COLLEGE DR<br>ALLENTOWN, PA 18104-6137 | | Claim Number: 304<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,500.00 |
| UNSECURED | | Scheduled: ****************** |

| | | |
|---|---|---|
| DEADLINE CLUB<br>47  5TH AVENUE<br>NEW YORK, NY 10003-4303 | | Claim Number: 5310<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $660.00 |

| | | |
|---|---|---|
| DECAPRIO, DARCIE<br>116 TERRI COURT<br>MANHATTAN, IL 60442 | | Claim Number: 4463<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $964.71 |

| | | |
|---|---|---|
| DEE, ELIZABETH<br>1217 DUBOIS CT.<br>KIRKWOOD, MO 63122 | | Claim Number: 6100<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $17,000.00 UNLIQ |
| SECURED | Claimed: | $17,000.00 UNLIQ |
| TOTAL | Claimed: | $17,000.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

DELUCA, SOUTH SHORE NEWS, INC.
C/O GIAMO ASSOCIATES LLP
ATTN: JOSEPH O. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5865
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $140,760.86 | Scheduled: ******************UNLIQ |
|---|---|---|---|

DELUGACH, ALBERT L
4313 PRICE
LOS ANGELES, CA 90027

Claim Number: 2422
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,105.75 UNLIQ |
|---|---|---|

DEMANUEL, KIM
20 IVY LEAGUE LN
STONY BROOK, NY 11790-2714

Claim Number: 5079
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

DEMMA, JOSEPH
1912 N 56TH AVE
HOLLYWOOD, FL 33021-3906

Claim Number: 2160
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8065 (02/18/2011)

| PRIORITY | Claimed: | $200.00 UNLIQ |
|---|---|---|

DENNISTON, LYLE W
301 PINE ROAD
FORT WASHINGTON, MD 20744-6612

Claim Number: 3340
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for retiree pension benefit

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| DEPARTMENT OF HOMELAND SECURITY SVC<br>222 S RIVERSIDE PLZ NO. 2300<br>C/O ZULKIE PARTNERS LLC<br>CHICAGO, IL 60606-6101 | | Claim Number: 2771<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,583.50 | |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 6254<br>Claim Date: 09/24/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $314,482,945.74 | |
| SECURED | Claimed: | $34,201,261.49 | |
| UNSECURED | Claimed: | $3,004,586.75 | |
| DEROY TESTAMENTARY FOUNDATION<br>26999 CENTRAL PARK BLVD., STE 166 N<br>SOUTHFIELD, MI 48076 | | Claim Number: 5630<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $254,134.38 | |
| DESOLA, JOSEPH<br>C/O BINDER & BINDER, P.C.<br>PATRICK BUSSE<br>300 RABRO DR SUITE 101<br>HAUPPAUGE, NY 11788 | | Claim Number: 5442<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $64,000.00 | Scheduled: ******************UNDET |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | | Claim Number: 3525<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $83,702,999.21 | Scheduled: ******************UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | | Claim Number: 3526<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $120,500.00 | Scheduled: | ****************** UNLIQ |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | | Claim Number: 3527<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $335,486,250.00 | Scheduled: | ****************** UNLIQ |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | | Claim Number: 3528<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $456,946,875.00 | Scheduled: | ****************** UNLIQ |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | | Claim Number: 3529<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $148,715,333.33 | Scheduled: | ****************** UNLIQ |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | | Claim Number: 3530<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $86,270,366.40 | Scheduled: | ****************** UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST & SEC SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

Claim Number: 3531
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $102,000,520.83 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST & SEC SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

Claim Number: 3532
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $69,812,899.00 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

DEYOUNG, BARBARA R.
4 STONEY CLOVER LANE
PITTSFORD, NY 14534-4601

Claim Number: 3918
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $140,144.34 | Scheduled: | ****************** |
|---|---|---|---|---|

DIETER, SHARON L
1016 HAZEL LANE
BEL AIR, MD 21014

Claim Number: 5722
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments:
Life insurance policy

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

DIETER, SHARON L.
1016 HAZEL LANE
BEL AIR, MD 21014

Claim Number: 5723
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments:
Retiree medical benefits

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

DIETZ PARK
RE: DEKALB 328 DIETZ AVE.
120 N. ANNIE GLIDDEN RD.
DEKALB, IL 60114

Claim Number: 2416
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 1196 (05/12/2009)

| UNSECURED | Claimed: | $1,282.51 |
|---|---|---|

---

DIKEMAN, FORREST L.
3264 NE 156TH AVE.
PORTLAND, OR 97230

Claim Number: 3316
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $150,000.00 UNLIQ |
|---|---|---|

---

DILL, JOHN F.
1001 ARBOR LAKE DR., #408
NAPLES, FL 34110-7083

Claim Number: 3919
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $109,100.04 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

---

DILWORTH, ANN E.
101 PASEO ENCANTADO NE
SANTA FE, NM 87506

Claim Number: 3920
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $184,998.00 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

---

DIXON, KATHYE D
2040 W JACKSON ST
ORLANDO, FL 32805-2110

Claim Number: 6529
Claim Date: 06/15/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7674 (01/28/2011)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | ****************** |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

DLC INC
21800 OXNARD STREET  SUITE 980
WOODLAND HILLS, CA 91367

Claim Number: 6549
Claim Date: 06/24/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET 7674 (01/28/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,915.00 | Scheduled: | ****************** |

DOESCHER, CLIFFORD
557 ARIS AVE
METAIRE, LA 70005-2905

Claim Number: 6544
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $136.00 | Scheduled: | ****************** |

DOOR SYSTEMS
751 EXPRESSWAY DR
ITASCA, IL 60143

Claim Number: 3598
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,634.00 |
| UNSECURED | Claimed: | $670.73 |

DOROTHY DZIADZIO
516 W BRIAR PL APT 2-A
CHICAGO, IL 60657-4637

Claim Number: 5790
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,000.00 |

DOWNES, BRIAN P.
PO BOX 518
WINTERSET, IA 50273

Claim Number: 6031
Claim Date: 07/06/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for $419.20/month for life

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

DOWNES, MARY M.
9650 SHORE DR., MAISON SUR MER, NO. 2202
MYRTLE BEACH, SC 29572

Claim Number: 3922
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $107,609.85 | | |
|---|---|---|---|---|

DOWNEY, MICHAEL
32 OAKMONT DR.
RANCHO MIRAGE, CA 92270

Claim Number: 2019
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $448.63 | Scheduled: | ******************* |
|---|---|---|---|---|

DOWNING, KATHRYN M.
121 VIA ALICIA
SANTA BARBARA, CA 93108

Claim Number: 3923
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,350,233.65 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

DRACHLIS, TIMOTHY
150 MAPLE HILL RD
HUNTINGTON, NY 11743-2113

Claim Number: 5123
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

DREHER, BEVERLY A.
6301 ACACIA HILL DR
YORBA LINDA, CA 92886-5810

Claim Number: 3924
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $58,882.23 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

DREWRY, ELIZABETH V.
100 RIDGE PASS WAY
LANDRUM, SC 29356

Claim Number: 3925
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $159,351.22 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

DRUMMEY, SARAH J
10 FREELAND DR
SPRINGVALE, ME 04083-1968

Claim Number: 6519
Claim Date: 06/08/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7674 (01/28/2011)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | ****************** |
|---|---|---|---|---|

DRYDEN IX-SENIOR LOAN FUND 2005
C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3439
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $1,703,125.00 |
|---|---|---|

DRYDEN V - LEVERAGED LOAN CDO 2003
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3441
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $2,962,500.00 |
|---|---|---|

DRYDEN VII-LEVERAGED LOAN CDO 2004
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3442
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $3,950,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

DRYDEN VIII-LEVERAGE
C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3438
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $2,950,000.00 |
|---|---|---|

---

DRYDEN XI-LEVERAGED LOAN CDO 2006
C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3436
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $3,937,500.00 |
|---|---|---|

---

DRYDEN XVI-LEVERAGED LOAN CDO 2006
C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3435
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $2,962,500.00 |
|---|---|---|

---

DRYDEN XVIII LEVERAGED LOAN 2007 LTD.
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTN: FRANK JONES
GATEWAY CENTER 2, FLOOR 10
NEWARK, NJ 07102

Claim Number: 3440
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $3,209,375.00 |
|---|---|---|

---

DUBESTER, MICHAEL S.
27 TAPPANWOOD DR
LOCUST VALLEY, NY 11560

Claim Number: 3926
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $38,404.01 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| DUBRIEL, DAWN<br>5901 NW 71ST AVE<br>TAMARAC, FL 33321 | | Claim Number: 3737<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| PRIORITY | Claimed: | $450.00 |
| DUCHARME, NANCY K.<br>P.O. BOX 222<br>TINLEY PARK, IL 60477-0222 | | Claim Number: 5295<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $4,250.00 |
| DUDLEY, SHAMEKA N.<br>40 BELFORD AVENUE<br>BAY SHORE, NY 11706 | | Claim Number: 5124<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 6624<br>Claim Date: 07/26/2010<br>Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE | Claimed: | $184,701.66 |
| DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 6627<br>Claim Date: 07/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7675 (01/28/2011) |
| ADMINISTRATIVE | Claimed: | $184,701.66 |

| DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 6668<br>Claim Date: 10/29/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $195,268.79 |
| DUNAWAY, HILDEGARD M.<br>3500 HOLLINGSWORTH<br>WILLIAMSBURG, VA 23188 | | Claim Number: 3260<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| PRIORITY | Claimed: | $10,000.00 |
| DUNAWAY, JOHN A., JR.<br>3500 HOLLINGSWORTH<br>WILLIAMSBURG, VA 23188 | | Claim Number: 3261<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| PRIORITY | Claimed: | $10,000.00 |
| DUNAWAY, JOHN A., JR.<br>3500 HOLLINGSWORTH<br>WILLIAMSBURG, VA 23188 | | Claim Number: 3262<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| PRIORITY | Claimed: | $10,000.00 |
| DURIE, MARCIA W.<br>1880 BAY ROAD #219<br>VERO BEACH, FL 32963 | | Claim Number: 6023<br>Claim Date: 07/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $39,108.40 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| DUTTON, DOUGLAS<br>240 SOUTHPORT ST.<br>RONKONKOMA, NY 11779 | | Claim Number: 5125<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00  UNDET | |
| DVORAK, HEIDI<br>9126 GRUNDY LANE<br>CHATSWORTH, CA 91311 | | Claim Number: 1033<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | |
| PRIORITY | Claimed: | $5,023.45 | |
| UNSECURED | Claimed: | $5,023.45 | |
| TOTAL | Claimed: | $5,023.45 | |
| DYER, JOHN<br>980 FENIMORE CIRCLE<br>ATLANTA, GA 30350 | | Claim Number: 3927<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $592,605.17 | Scheduled: ****************** |
| DYMSKI, GARY M.<br>14 SWEET BRIAS PATH<br>LAKE GROVE, NY 11755-1849 | | Claim Number: 5006<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Penion benefits | |
| UNSECURED | Claimed: | $0.00  UNDET | |
| DYSON, JOHN W.<br>8770 HERITAGE CT.<br>REDDING, CA 96001 | | Claim Number: 3313<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $50,403.00 | |

| E Z BUY & E Z SELL RECYCLER CORPORATION C/O TARGET MEDIA PARTNERS ATTN SUSAN M. HUMPHREVILLE 5900 WILSHIRE BLVD, STE 550 LOS ANGELES, CA 90036 | | Claim Number: 4332 Claim Date: 06/10/2009 Debtor: TRIBUNE COMPANY Comments: Claim out of balance |
|---|---|---|
| SECURED | Claimed: | $1,700,000.00 |
| UNSECURED | Claimed: | $1,300,000.00 |
| TOTAL | Claimed: | $3,069,497.23 |

| EDELSTEIN, ANDREW 5 COLONY CT GREENLAWN, NY 11740 | | Claim Number: 5099 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: Pension |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

| EDLUND, RICK ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER 1221 LOCUST ST 2ND FL SAINT LOUIS, MO 63103 | | Claim Number: 3271 Claim Date: 05/29/2009 Debtor: TRIBUNE COMPANY Comments: Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,644.00 |
| TOTAL | Claimed: | $21,644.00 |

| EDMONDS, DOROTHY M. 141 PATTERSON AVE. HEMPSTEAD, NY 11550 | | Claim Number: 5067 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: Pension Plan, ESOP, Cash Balance Plan |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| | | |
|---|---|---|
| EGAN, PAUL H.<br>5926 SE IRIS COURT<br>MILWAUKIE, OR 97267-1851 | | Claim Number: 3929<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,494.71 |

| | | |
|---|---|---|
| EGI-TRB, L.L.C<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6395<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 4654 |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $167,047,531.55 UNLIQ   Scheduled: ****************** |

| | | |
|---|---|---|
| EGI-TRB, L.L.C.<br>TWO NORTH RIVERSIDE DRIVE<br>SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 4654<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $167,026,386.62 UNLIQ |

| | | |
|---|---|---|
| ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | | Claim Number: 575<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,047.28 |

| | | |
|---|---|---|
| ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | | Claim Number: 1079<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,125.17 |
| UNSECURED | Claimed: | $1,922.11 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

ENGLER, JOY
RR 2 BOX 137
KUNKLETOWN, PA 18058

Claim Number: 2099
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $14,000.00 |
|---|---|---|

ENRIQUEZ, RODGER, MANAGER
BUSINESS MAIL ENTRY - L.A. DISTRICT
UNITED STATES POSTAL SERVICE
7001 S. CENTRAL AVENUE
LOS ANGELES, CA 90052-9614

Claim Number: 5432
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $625.00 |
|---|---|---|

ENSTAD, PAUL O CUST KELLY ENSTAD UGMA IL
1102 PEPPERSTREE
PALATINE, IL 60067-2742

Claim Number: 6540
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | ****************** |
|---|---|---|---|---|

ENTERPRISE GROUP
A DIVISION OF DOMTAR COMPANY
6461 SAGUARO COURT
INDIANAPOLIS, IN 46268

Claim Number: 914
Claim Date: 04/08/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $1,687.72 | Scheduled: | ****************** |
|---|---|---|---|---|

EQUITY GROUP INVESTMENTS LLC
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3711
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $4,931.68 UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| EQUITY OVERLAY FUND, LLC<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | | Claim Number: 1325<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |

| UNSECURED | Claimed: | $327,368.10 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| ERBURU, ROBERT F.<br>1518 BLUE JAY WAY<br>LOS ANGELES, CA 90069 | | Claim Number: 3930<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $8,976,796.34 | Scheduled: ******************UNLIQ |
|---|---|---|---|

| | | |
|---|---|---|
| ERICSSON INC.<br>6300 LEGACY DRIVE<br>PLANO, TX 75024 | | Claim Number: 2547<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $118,397.84 |
|---|---|---|

| | | |
|---|---|---|
| ERNIE BANKS INTERNATIONAL INC<br>578 WASHINGTON BLVD, SUITE 284<br>MARINA DEL REY, CA 90242 | | Claim Number: 6551<br>Claim Date: 06/30/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5606 (09/02/2010) |

| UNSECURED | Claimed: | $63,969.62 |
|---|---|---|

| | | |
|---|---|---|
| ERNST, VINCENT C.<br>2717 NW CLIFFVIEW<br>LEES SUMMIT, MO 64081 | | Claim Number: 5699<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

ESGRO, DAVID A.
9415 LA ALBA DR
WHITTIER, CA 90603-1229

Claim Number: 3931
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $32,602.00 |
|---|---|---|

---

ESPOSITO, ROGER
20 MAYWOOD PLACE
KINGS PARK, NY 11754

Claim Number: 3250
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments:
Claimant asserts $880 per month workers' comp payments

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | ******************UNDET |
|---|---|---|---|---|

---

ESTATE OF EUGENE L. FALK
C/O SHANNON LYNN MOORE, P.R.
14340 SALMON RIVER RD.
CALDWELL, ID 83607-7813

Claim Number: 3892
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,425.50 |
|---|---|---|

---

ESTATE OF JOHN VANDENHEUVEL, THE
3543 LADONIA STREET
SEAFORD, NY 11783-3024

Claim Number: 3186
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for total amount of future pension & retiree spousal

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

ETHICS & EXCELLENCE IN JOURNALISM
FOUNDATION
OKLAHOMA TOWER
210 PARK AVE
OKLAHOMA CITY, OK 73102

Claim Number: 4395
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $140,000.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

EVANS, CHARLES
C/O JOSEPH & HERZFELD LLP
757 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017

Claim Number: 4907
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET 6450 (11/15/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

EVANS, PEARL
C/O JOSEPH & HERZFELD LLP
757 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017

Claim Number: 4905
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET 6450 (11/15/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

EYER, RODERICK
2 WALLING FORD DRIVE
MELVILLE, NY 11747

Claim Number: 5126
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: CHRISTIE PARKER HALE, LLP
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 5938
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,265.22 | Scheduled: ****************** |

FALK, JOANNE K.
161 ROYAL LONDON COURT
THOUSAND OAKS, CA 91361

Claim Number: 3893
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $133,983.00 | Scheduled: ******************UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

FASHION CENTRE AT PENTAGON
C/O SIMON PROPERTY GROUP
ATTN: PATTY SUMMERS
225 W. WASHINGTON STREET
INDIANAPOLIS, IN 46204

Claim Number: 356
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $110,999.00 |
| UNSECURED | Claimed: | $1.00 |

---

FASHION CENTRE AT PENTAGON, BOWIE TOWN
CENTER, LAKEFOREST MALL, POTOMAC MILLS,
ST. CHARLES TC - ATTN: PATTY SUMMERS
225 W WASHINGTON ST - SIMON PROPERTY GRP
INDIANAPOLIS, IN 46204

Claim Number: 357
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7674 (01/28/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $40,800.00 |

---

FAULLER, BILLY L. III
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST., 2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3274
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,224.00 |
| UNSECURED | Claimed: | $4,224.00 |
| TOTAL | Claimed: | $4,224.00 |

---

FAY, DONALD
712 30TH AVE
SAN MATEO, CA 94403

Claim Number: 5944
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,149.60 |

---

FEDCOM CREDIT UNION
150 ANN ST NW
GRAND RAPIDS, MI 49505

Claim Number: 5991
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $515,505.21 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4818-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $1,542.18 | Scheduled: ****************** | Allowed: | $1,542.18 |
|---|---|---|---|---|---|

---

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4819-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $25.66 | | Allowed: | $25.66 |
|---|---|---|---|---|---|

---

| FEE, WALTER M.<br>C/O COOK & FRANKE S.C.<br>ATTN: VALERIE M. WILLIAMS, PARALEGAL<br>660 E. MASON STREET<br>MILWAUKEE, WI 53202 | Claim Number: 6664<br>Claim Date: 10/18/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $8,972.50 |
|---|---|---|

---

| FERNALD, PETER J.<br>1338 GLEN OAKS BLVD<br>PASADENA, CA 91105 | Claim Number: 3894<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $174,235.31 | Scheduled: ******************UNLIQ |
|---|---|---|---|

---

| FERNANDEZ, LARRY<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4902<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

FERRARO, MICHAEL
1255 LAKESHORE DRIVE
MASSAPEQUA PARK, NY 11762

Claim Number: 5681
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,459.83 |

FERRELL, BRADLEY S.
3949 MAIN STREET
PERRY, OH 44081

Claim Number: 4766
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $32,925.00 |

FILM MUSICIANS SECONDARY MARKET FUND
ATTN: KAREN L. TUCKER
12001 VENTURA PLACE, 5TH FLOOR
STUDIO CITY, CA 91604

Claim Number: 6530
Claim Date: 06/15/2010
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,000.00 UNLIQ |
| UNSECURED | Claimed: | $49,000.00 UNLIQ |

FIRST QUALITY MAINTENANCE
70 WEST 36TH STREET
NEW YORK, NY 10018

Claim Number: 892
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,425.42 |

FISHER, GAIL L
4025 CONNECTICUT AVE NW
APT 102
WASHINGTON, DC 20008

Claim Number: 6493
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $204.00 |
| UNSECURED | | Scheduled: ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

FITZGERALD, JAMES E.
93 5TH STREET
GARDEN CITY, NY 11530

Claim Number: 3895
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $133,437.04 | Scheduled: | ****************** UNLIQ |

FITZSIMONS, DENNIS
MCCORMICK TRIBUNE FOUNDATION
435 N. MICHIGAN AVENUE
CHICAGO, IL 60601

Claim Number: 5149
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,636.56  UNLIQ |

FITZSIMONS, DENNIS
MCCORMICK TRIBUNE FOUNDATION
435 N. MICHIGAN AVENUE
CHICAGO, IL 60601

Claim Number: 5639
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,636.56  UNLIQ |

FLICK, JOHN E.
31 SEAVIEW DR
SANTA BARBARA, CA 93108

Claim Number: 3896
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $465,665.58 | Scheduled: | ****************** UNLIQ |

FMT CO CUST IRA
FBO BERNARD PEARLMAN
11 FIFTH AVE, APT 12D
NEW YORK, NY 10003-4342

Claim Number: 3248
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $203,063.42 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| FMT CO CUST IRA<br>FBO ALLAN R. PEARLMAN<br>11 FIFTH AVE, APT 12D<br>NEW YORK, NY 10003-4342 | Claim Number: 3249<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $86,530.21 | |
| FMTC CUSTODIAN - ROTH IRA<br>FBO PETER B. BLEICHER<br>PMB 171<br>13492 RESEARCH BLVD STE 120<br>AUSTIN, TX 78750-2254 | Claim Number: 4181<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $10,975.00 | |
| FMTC CUSTODIAN - ROTH IRA<br>FBO JOANA L TABA<br>41-525 FLAMINGO ST<br>WAIMANALO, HI 96795-1134 | Claim Number: 5916<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $2,029.92 | |
| FMTC CUSTODIAN- ROTH IRA<br>FBO DAVID LLOYD TAYLOR<br>966 WILDFLOWER WAY<br>LONGWOOD, FL 32750-4045 | Claim Number: 3593<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED          Claimed: | $1,000,000.00 | |
| FMTC, CUSTODIAN FOR ROBERT A. MCKEAN III<br>ROTH IRA<br>3 COLBY LANE<br>BYFIELD, MA 01922 | Claim Number: 3747<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| PRIORITY          Claimed: | $40,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| FOLEY, MARY BETH<br>31 GROVE ST<br>NORTHPORT, NY 11768-2905 | | Claim Number: 5056<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| FONG, PHILLIP<br>4512 N DELTA ST<br>ROSEMEAD, CA 91770 | | Claim Number: 5727<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Retiree medical benefits & life insurance |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| FORGIONE, MICHAEL J.<br>185 CAMBRIDGE DRIVE EAST<br>COPIAGUE, NY 11726 | | Claim Number: 3897<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $44,838.32        Scheduled: ******************* UNLIQ |
| FORST, DONALD<br>P O BOX 2<br>LIVINGSTON, NY 12541 | | Claim Number: 3898<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $115,977.12        Scheduled: ******************* UNLIQ |
| FORYS, JOSEPH V.<br>9 DAELL LANE<br>CENTEREACH, NY 11720 | | Claim Number: 5081<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

FOX, DOUGLAS B.
223 WALL STREET #318
HUNTINGTON, NY 11743

Claim Number: 3899
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $154,934.21 | Scheduled: | ******************* UNLIQ |

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3558
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $51,750,072.01 UNLIQ |
| UNSECURED | Claimed: | $27,782,334.00 UNLIQ |

FRANZESE, PHILIP C.
55 OCEANVIEW DRIVE
MASTIC BEACH, NY 11951

Claim Number: 604
Claim Date: 03/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $218,750.25 |

FREDERICK, KAREN L
343 GREENWOOD DR
PO BOX 1070
LAKE SHERWOOD, MO 63357

Claim Number: 6536
Claim Date: 06/18/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | ****************** |

FREEDOM OF EXPRESSION FOUNDATN
171B CLAREMONT AVENUE
LONG BEACH, CA 90803

Claim Number: 1804
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| FREY, VINCENT<br>891 N LACROSSE ST<br>ALLENTOWN, PA 18109-1953 | | Claim Number: 1859<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $1,183.86 |
| SECURED | Claimed: | $1,183.86 |
| TOTAL | Claimed: | $1,183.86 |
| FRIEDLANDER, H. JOE<br>1026 OLYMPIA RD.<br>BELLMORE, NY 11710 | | Claim Number: 5080<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| FROST, DANIEL F.<br>PO BOX 7285<br>KENNEWICK, WA 99336-0617 | | Claim Number: 3900<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $247,414.15  Scheduled: ******************UNLIQ |
| FUJIFILM GRAPHIC SYSTEMS USA INC<br>200 SUMMIT LAKE DRIVE<br>VALHALLA, NY 10595 | | Claim Number: 3324-01<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7675 (01/28/2011) |
| UNSECURED | Claimed: | $17,946.46 |
| FUJIFILM GRAPHIC SYSTEMS USA INC<br>200 SUMMIT LAKE DRIVE<br>VALHALLA, NY 10595 | | Claim Number: 3324-02<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7675 (01/28/2011) |
| UNSECURED | Claimed: | $158.40 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

FURUKAWA, VANCE
5 MEADOW RIDGE CIRCLE
POMONA, CA 91766

Claim Number: 3226
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $318,241.94 | Scheduled: | ****************** |
|---|---|---|---|---|

GAGE SPENCER & FLEMING LLP
410 PARK AVE STE 900
NEW YORK, NY 10022

Claim Number: 3509
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $7,462.00 |
|---|---|---|

GALBO, CAMILLA
1416 S WASHINGTON
PARK RIDGE, IL 60068

Claim Number: 4279
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $10,429.28 |
|---|---|---|

GALLANT, JOHN
EMPLOYMENT LAWYERS GROUP
KARL GERBER
13418 VENTURA BLVD
SHERMAN OAKS, CA 91423

Claim Number: 5706
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| PRIORITY | Claimed: | $2,500,000.00 |
|---|---|---|

GARCIA, GARY W.
C/O SIEBEN & SIEBEN, LLP
90 EAST MAIN STREET
BAY SHORE, NY 11706

Claim Number: 4127
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | | |
|---|---|---|---|---|---|---|
| GARRETT, F. WALKER<br>787 BROADOAK LOOP<br>LAKE FOREST, FL 32771 | | Claim Number: 5970<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
| UNSECURED | Claimed: | $40,598.40 | | | | |
| GARY, JESSE M<br>330 FIELD COURT<br>SUN PRAIRIE, WI 53590 | | Claim Number: 6516<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $1,020.00 | Scheduled: | ****************** | | |
| GARY, KAMILLA M<br>1303 COOL MIST CT<br>FORT MILL, SC 29707-7736 | | Claim Number: 6489<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | ****************** | Allowed: | $204.00 |
| GASTLER, DEBRA A.<br>4236 BAKMAN AVENUE<br>STUDIO CITY, CA 91602 | | Claim Number: 3901<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $105,061.35 | Scheduled: | ******************UNLIQ | | |
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN JR<br>LAW OFFICES OF RONALD K. BROWN JR<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | | Claim Number: 3461<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $15,108.96 | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K BROWN, JR., LAW OFFICES OF
RONALD K BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

Claim Number: 6010
Claim Date: 07/01/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $171,906.50 |
| --- | --- | --- |

GE CAPITAL FLEET SERVICES
C/O AARON N. CHAPIN
REED SMITH LLP
10 S. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5579
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 2561 (11/13/2009)

| UNSECURED | Claimed: | $53,069.48 |
| --- | --- | --- |

GECKER, FRANCES - AS CHAPTER 7 TRUSTEE
FOR ILLINOIS BATTERY CO.
FRANK/GECKER LLP
325 W. LASALLE ST., SUITE 625
CHICAGO, IL 60654

Claim Number: 4195
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

GELLMAN, STEVEN
C/O LESLIE COHEN
LESLIE COHEN LAW PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

Claim Number: 6669
Claim Date: 11/01/2010
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $1,750,000.00 |
| --- | --- | --- |

GENESYS
ATTN: MELODY LOHR
11808 MIRACLE HILLS DR.
OMAHA, NE 68154

Claim Number: 198-02
Claim Date: 01/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $537.74 | Scheduled: | ****************** | Allowed: | $537.74 |
| --- | --- | --- | --- | --- | --- | --- |

| GEORGE LIBERMAN ENTERPRISES, INC.<br>C/O MERHAB ROBINSON & JACKSON<br>ATTN: JAMES T. JACKSON, ESQ.<br>1551 N. TUSTIN AVE., STE. 910<br>SANTA ANA, CA 92705 | | Claim Number: 2974<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 7455 (01/11/2011) | |
|---|---|---|---|
| SECURED | Claimed: | $138,557.54 CONT | |
| UNSECURED | Claimed: | $861,442.50 CONT | Scheduled: ******************* UNLIQ |
| TOTAL | Claimed: | $1,000,000.00 CONT | |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 995<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| PRIORITY | Claimed: | $17.30 | |
| SECURED | Claimed: | $143,243.00 | |
| UNSECURED | Claimed: | $1.00 | |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 6235<br>Claim Date: 09/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 995 | |
| PRIORITY | Claimed: | $17.30 | |
| SECURED | Claimed: | $780,789.00 | |
| UNSECURED | Claimed: | $1.00 | |
| GESCHELIN, EDWARD V.<br>67 PARK ST.<br>SOMERVILLE, MA 02143 | | Claim Number: 3320<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $400,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | | Claim Number: 1375<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED | Claimed: | $205.00 | |
| GIANNONE, LISA<br>P O BOX 75<br>HICKSVILLE, NY 11801 | | Claim Number: 2867<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | |
| PRIORITY | Claimed: | $0.00  UNDET | |
| GILLESKI, JOSEPH J.<br>110 ELMBROOK DRIVE<br>STAMFORD, CT 06906 | | Claim Number: 955<br>Claim Date: 04/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| UNSECURED | Claimed: | $3,931.14 | |
| GILMARTIN, JOHN<br>293 MURRAY HILL TERR<br>APT 318<br>BERGENFIELD, NJ 07621 | | Claim Number: 6311<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | |
| PRIORITY | Claimed: | $436.00 | |
| UNSECURED | Claimed: | $436.00 | Scheduled:  ******************* UNLIQ |
| TOTAL | Claimed: | $436.00 | |
| GIORDANO, THOMAS<br>146 HIGH ST<br>APT 110<br>MILFORD, CT 06460 | | Claim Number: 3007<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $124.74  UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| GLAVIN SECURITY HARDWARE<br>SPECIALIST 1010 W JACKSON BLVD<br>CHICAGO, IL 60607 | Claim Number: 1477<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | |
| SECURED          Claimed: | $1,141.63 | |
| GLAVIN SECURITY SPECIALISTS<br>1010 W JACKSON BLVD<br>CHICAGO, IL 60607 | Claim Number: 1478<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| SECURED          Claimed: | $1,141.63 | |
| GLENDALE BUSINESS CENTER, LLC<br>RE: GLENDALE 6631 N SIDNEY PL<br>CARE OF CLOVERLEAF GROUP, INC.<br>666 DUNDEE ROAD, SUITE 901<br>NORTHBROOK, IL 60062 | Claim Number: 3408<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | |
| UNSECURED          Claimed: | $990.95 | |
| GLOBAL CROSSING TELECOMMUNICATIONS INC<br>PO BOX 741276<br>CINCINNATI, OH 45274-1276 | Claim Number: 3149<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) | |
| UNSECURED          Claimed: | $2,203.33          Scheduled:  ******************* | |
| GODBEY, TERRY<br>830 ELLWOOD AVE<br>ORLANDO, FL 32804 | Claim Number: 3672<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4406 (05/14/2010) | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $10,950.00<br>$4,717.77 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

GOLD, LOUIS
13801 YORK RD APT C9
COCKEYSVILLE, MD 21030-1826

Claim Number: 2411
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $73,207.00 | Scheduled: | ******************UNLIQ |

GOLDENBERG, BARRY
RUSKIN MOSCOU FALTISCHEK, PC
C/O M. AMATO
1425 RXR PLAZA
UNIONDALE, NY 11556

Claim Number: 4294
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $350,000.00 |

GOLDENBERG, MARIE
RUSKIN MOSCOU FALTISCHEK, PC
C/O M. AMATO
1425 RXR PLAZA
UNIONDALE, NY 11556

Claim Number: 4293
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $350,000.00 | Scheduled: | ****************** |

GOLDSTEIN, GARY P.
15 LONG ACRE LANE
DIX HILLS, NY 11746

Claim Number: 3902
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $217,241.76 | Scheduled: | ******************UNLIQ |

GOMEZ, CHRISTINE MARIE
793 BONNIE DR
BALDWIN, NY 11510-4522

Claim Number: 6481
Claim Date: 05/20/2010
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $68.00 | Scheduled: | ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GOODMAN, THEODORE A.<br>THEODORE A. GOODMAN MD SEP-IRA<br>4348 BERRENDO DR.<br>SACRAMENTO, CA 95864 | | Claim Number: 5935<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| UNSECURED | Claimed: | $131,944.80 | | | | | |
| GOODMAN, THEODORE A. - TTEE<br>THEODORE A. GOODMAN MD DBPP<br>4348 BERRENDO DR.<br>SACRAMENTO, CA 95864 | | Claim Number: 5028<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| UNSECURED | Claimed: | $109,615.68 | | | | | |
| GOOGLE, INC.<br>BINDER & MALTER, LLP<br>C/O WENDY W. SMITH<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | | Claim Number: 810<br>Claim Date: 03/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 6192 (11/01/2010) | | | | | |
| UNSECURED | Claimed: | $167,362.00 | Scheduled: | ****************** | | Allowed: | $146,881.83 |
| GOTTSMAN, EDWARD<br>235 EAST 22ND STREET,APARTMENT 3A<br>NEW YORK, NY 10010 | | Claim Number: 1777<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| PRIORITY | Claimed: | $181,031.90 | | | | | |
| UNSECURED | | | Scheduled: | ****************** | | | |
| GRAHAM, KENNETH<br>44 VIA PAUSA<br>RCHO STA MARG, CA 92688-4950 | | Claim Number: 3903<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $14,288.91 | Scheduled: | ******************UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

GRANT, ERNESTINE W
220 MANHATTAN AVE
#6M
NEW YORK, NY 10025-2666

Claim Number: 6632
Claim Date: 08/02/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $714.00 | Scheduled: | ****************** |
|---|---|---|---|---|

GRANT, GARY
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4912
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

GRANT, LORETTA
C/O JOSEPH & HERZFELD LLP
757 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017

Claim Number: 4937
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

GRANT, ROBERT T.
3166 BUTLER BAY DR. N
WINDERMERE, FL 34786

Claim Number: 3904
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $37,899.74 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

GREGORAC, ROBERT J.
1722 BUCHANAN DR.
AMES, IA 50010

Claim Number: 6050
Claim Date: 07/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $25,374.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| GRENESKO, DONALD C<br>130 THORN TREE LANE<br>WINNETKA, IL 60093 | | Claim Number: 5426<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |
| GRINSTEAD, MILDRED H, IRRA<br>211 BELMEAD LN.<br>TYLER, TX 75701-5443 | | Claim Number: 5572<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $50,767.81 |
| GRIPPO & ELDEN<br>3476 EAGLE WAY<br>CHICAGO, IL 60678 | | Claim Number: 4984<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 7588 (01/20/2011) |
| UNSECURED | Claimed: | $24,823.39 |
| GROGAN, WILLIAM R<br>275 SIMSBURY ROAD<br>WEST HARTFORD, CT 06117 | | Claim Number: 4851<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 4852 |
| UNSECURED | Claimed: | $150,000.00 UNLIQ |
| GRONEMANN, URI F.<br>11/1 HASARGEL ST.<br>HOD HASHARON, 45284<br>ISRAEL | | Claim Number: 3698<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,975.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| GUARDSMARK LLC<br>22 SOUTH SECOND ST.<br>MEMPHIS, TN 38103-2695 | | Claim Number: 511<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| UNSECURED | Claimed: | $61,475.35 | |
| GUERRERO, RICHARD<br>46 SAINT MICHAEL<br>DANA POINT, CA 92629 | | Claim Number: 3905<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 5 | |
| UNSECURED | Claimed: | $569,312.18 | Scheduled: ****************** |
| GUIDICE, NICHOLAS<br>333 CANDEE AVE APT 6H<br>SAYVILLE, NY 11782-3043 | | Claim Number: 5078<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00  UNDET | |
| GUILLEN, CHRISTOPHER J<br>7451 W MADISON ST<br>FOREST PARK, IL 60130 | | Claim Number: 2008<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | |
| UNSECURED | Claimed: | $1,000.00 | |
| GUITTAR, LEE J.<br>3750 GAUT OCEAN DRIVE<br>APT #401<br>FORT LAUDERDALE, FL 33308 | | Claim Number: 3906<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $126,217.54 | Scheduled: ******************UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| GUNTER, WANDA<br>185 CORNELL STREET<br>HEMPSTEAD, NY 11550 | | Claim Number: 5682<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $8,937.93 |
|---|---|---|

| | | |
|---|---|---|
| GUTHRIE, JAMES F.<br>205 COSTA BELLA DR.<br>AUSTIN, TX 78734 | | Claim Number: 3907<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $577,807.24 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| GUTMAN, E. MICHAEL, M.D.<br>711 WEST COLONIAL DRIVE<br>ORLANDO, FL 32804 | | Claim Number: 870<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| GUTMAN, E. MICHAEL, MD, MIKE GUTMAN MD<br>(MPAC)PA & GUTMAN PAIN/ACCIDENT CTR, INC<br>AKA/DBA BACK PAIN INSTITUTE OF ORLANDO<br>711 WEST COLONIAL DRIVE<br>ORLANDO, FL 32804 | | Claim Number: 2488<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) |

| UNSECURED | Claimed: | $38,634.25 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| GUTTRY, DELYNN<br>1135 SCENIC WAY<br>LOS OSOS, CA 93402 | | Claim Number: 3908<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $70,638.34 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| HABERSTROH, JOSEPH K.<br>75 S. PENATAQUIT AV<br>BAY SHORE, NY 11706 | Claim Number: 5127<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| HALAJIAN, KENNETH L.<br>21 HIGH RIDGE RD<br>OSSINING, NY 10562-1969 | Claim Number: 3869<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $279,880.66 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

---

| HALL, CHARLOTTE H.<br>219 CORNERSTONE DRIVE<br>NEWTOWN SQUARE, PA 19073 | Claim Number: 3870<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $532,387.27 | Scheduled: | ****************** |
|---|---|---|---|---|

---

| HALL, GARY D.<br>350 LONGWOOD PLACE<br>JONESBORO, GA 30236 | Claim Number: 5936<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $40,598.40 |
|---|---|---|

---

| HALL, JOSEPH<br>1144 NORTH STRICKER STREET<br>BALTIMORE, MD 21217 | Claim Number: 1505<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $9,000.00 |
|---|---|---|
| SECURED | Claimed: | $80,000.00 |
| TOTAL | Claimed: | $80,000.00 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

HALLE, JEAN
11536 PEBBLECREEK DR.
LUTHERVILLE TIMONIUM, MD 21093

Claim Number: 3871
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $45,477.17 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

HAMMETT & EDISON
470 THIRD ST. WEST
SONOMA, CA 95476

Claim Number: 2965
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

---

| UNSECURED | Claimed: | $4,756.30 |
|---|---|---|

HANDELSMAN, WALT
37 HARVARD DR.
WOODBURY, NY 11797

Claim Number: 5040
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

HARMER ASSOCIATES
ATTN RANDY HARMER
100 S WACKER DRIVE SUITE 1950
CHICAGO, IL 60606

Claim Number: 2001
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | ****************** | Allowed: | $30,000.00 |
|---|---|---|---|---|---|---|

HARRIS COUNTY
TREASURER
1001 PRESTON       STE 652
HOUSTON, TX 77002

Claim Number: 292
Claim Date: 01/20/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $35,200.63 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| HARRIS COUNTY TREASURER 1001 PRESTON    STE 652 HOUSTON, TX 77002 | | Claim Number: 311 Claim Date: 01/20/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2271 (10/02/2009) | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| SECURED | Claimed: | $35,200.63  UNLIQ | |

| | | | |
|---|---|---|---|
| HARRIS COUNTY TREASURER 1001 PRESTON    STE 652 HOUSTON, TX 77002 | | Claim Number: 1706 Claim Date: 04/27/2009 Debtor: TRIBUNE COMPANY Comments: POSSIBLE DUPLICATE OF 292 | |
| ADMINISTRATIVE | Claimed: | $35,200.63  UNLIQ | |

| | | | |
|---|---|---|---|
| HARRIS COUNTY TREASURER 1001 PRESTON    STE 652 HOUSTON, TX 77002 | | Claim Number: 2262 Claim Date: 04/28/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2271 (10/02/2009) | |
| ADMINISTRATIVE | Claimed: | $35,200.63  UNLIQ | |

| | | | |
|---|---|---|---|
| HARRIS, JILL CUST NATHAN G HARRIS UTMA PA., 474 JEFFERSON DR PITTSBURG, PA 15228-2117 | | Claim Number: 6520 Claim Date: 06/09/2010 Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $34.00 | Scheduled: ****************** |

| | | | |
|---|---|---|---|
| HARTFORD MEDICAL GROUP PO BOX 1086 WILBRAHAM, MA 01089 | | Claim Number: 6673 Claim Date: 11/12/2010 Debtor: TRIBUNE COMPANY Comments: DOCKET: 7675 (01/28/2011) | |
| UNSECURED | Claimed: | $722.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

HARTNEY, MARY
221 W. LANVALE ST. APT. 3F
BALTIMORE, MD 21217

Claim Number: 3201
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $746.40 |
|---|---|---|

HASENOHR, PETER
420 MONROE DR
CENTERPORT, NY 11721

Claim Number: 2079
Claim Date: 04/29/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $26,399.94 |
|---|---|---|

HASSELL, PAMELA M.
269 MILL CREEK CT
ACWORTH, GA 30101

Claim Number: 5965
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $20,299.20 |
|---|---|---|

HATTENBACH, LINDA
1236 LITTLE CREEK CIRC
BREINIGSVILLE, PA 18031

Claim Number: 2342
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

HAUGH, MICHAEL J.
106 BEACON BLVD.
SEA GIRT, NJ 08750

Claim Number: 3872
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $173,043.24 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

HAYNES, KEVIN L
15450 NISQUALLI RD APT O208
VICTORVILLE, CA 92395-9317

Claim Number: 6483
Claim Date: 05/20/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $170.00 | Scheduled: | ****************** |
|---|---|---|---|---|

HAYWOOD, JOHN
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4934
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

HEALTH CONCEPTS/DOLPHIN CAPITAL CORP
566 WEST LAKE STREET, LOWER LEVEL
CHICAGO, IL 60661

Claim Number: 685
Claim Date: 02/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $260.75 | | |
|---|---|---|---|---|

HEAPHY, JANIS
25 HIGHLAND PARK VILLAGE, #100-340
DALLAS, TX 75205

Claim Number: 3873
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $116,041.17 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

HECK-MEAD, JOULE
820 ONEIDA ST
JOLIET, IL 60435-7311

Claim Number: 6542
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $850.00 | Scheduled: | ****************** |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| HEIMBERG, ERIC<br>6233 S MAJOR<br>CHICAGO, IL 60638 | | Claim Number: 4421<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,673.60 | |
| UNSECURED | Claimed: | $2,673.60 | |
| TOTAL | Claimed: | $2,673.60 | |
| HELIN, JAMES D.<br>12156 LA CASA LANE<br>LOS ANGELES, CA 90049 | | Claim Number: 3874<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $34,404.38 | Scheduled: ******************* UNLIQ |
| HENDERSON, LAURA W.<br>106 GREAT LAKE DR.<br>CARY, NC 27519 | | Claim Number: 6271<br>Claim Date: 09/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED | Claimed: | $15,224.40 | |
| HENDRY, WILLIAM T.<br>1000 MIDNIGHT PASS<br>ROCKWALL, TX 75087 | | Claim Number: 5885<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| PRIORITY | Claimed: | $30,460.78 | |
| HENSON, PAMELA D.<br>552 ALTA WAY<br>MILL VALLEY, CA 94941-3900 | | Claim Number: 3875<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $3,863.68 | Scheduled: ******************* UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

HERMAN, ROBIN
770 29TH ST APT 717
BOULDER, CO 80303-2342

Claim Number: 534
Claim Date: 02/17/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $925.00 |
|---|---|---|

HERNANDEZ, IRENE
9100 DUARTE RD APT 233
SAN GABRIEL, CA 91775-2053

Claim Number: 4593
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $24,972.81 |

HESSLER, CURTIS A.
570 BRADSFORD ST.
PASADENA, CA 91105-2409

Claim Number: 3876
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,022,521.60 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

HEWITT ASSOCIATES, LLC
ATTN: GENERAL COUNSEL
100 HALF DAY ROAD
LINCOLNSHIRE, IL 60069-3342

Claim Number: 3165
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,180.00 | Scheduled: | ******************* |
|---|---|---|---|---|

HIGBY, JAMES H.
51 KEELERS RIDGE RD.
WILTON, CT 06897

Claim Number: 3877
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $57,086.86 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| HIGBY, LAWRENCE<br>218 VIA LIDO NORD<br>NEWPORT BEACH, CA 92663 | | Claim Number: 1506<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $126,183.00 |
| HIGBY, LAWRENCE M.<br>218 VIA LIDO NORD<br>NEWPORT BEACH, CA 92663 | | Claim Number: 3878<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 1506 |
| UNSECURED | Claimed: | $191,250.95     Scheduled: ******************UNLIQ |
| HILBORN, GENE<br>R/O IRA E*TRADE CUSTODIAN<br>13191 TRIPLE CROWN LOOP<br>GAINESVILLE, VA 20155 | | Claim Number: 5702<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $40,598.40 |
| HIRAM ELECTRICAL CONTRACTOR<br>1351 WEST FOSTER AVENUE<br>CHICAGO, IL 60640-2214 | | Claim Number: 3130<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $36,107.97     Scheduled: ****************** |
| HIRAM ELECTRICAL CONTRACTOR<br>1351 W FOSTER AVE<br>CHICAGO, IL 60640 | | Claim Number: 5983<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $6,970.93 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| HOARD, ROBERT<br>2333 VILLARET DR.<br>HUNTSVILLE, AL 35803 | | Claim Number: 5794<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,149.60 |
| HOFFNER, CONRAD C.<br>2430 SODERBLOM AVE<br>SAN DIEGO, CA 92122 | | Claim Number: 6034<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $8,119.68 |
| HOGAN & HARTSON LLP<br>COLUMBIA SQUARE<br>555  13TH STREET, NW<br>WASHINGTON, DC 20004-1109 | | Claim Number: 3477<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $12,935.23 |
| HOLLAND & KNIGHT LLP<br>1 EAST BROWARD BLVD, STE 1300<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 2260<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $6,849.12 |
| HOLT, VANESSA<br>3019 JOE LOUISE DR<br>ORLANDO, FL 32805-2954 | | Claim Number: 6545<br>Claim Date: 06/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011)<br>Claim out of balance |
| PRIORITY | Claimed: | $68.00 |
| SECURED | Claimed: | $68.00 |
| UNSECURED | Claimed: | $68.00    Scheduled:  ****************** |
| TOTAL | Claimed: | $68.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | | Claim Number: 50<br>Claim Date: 12/26/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|---|
| PRIORITY | Claimed: | $79,699.55 |

---

| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | | Claim Number: 3879<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 50 |
|---|---|---|
| UNSECURED | Claimed: | $86,402.16    Scheduled: ****************** |

---

| HOME INSURANCE CO. IN LIQUIDATION, THE<br>KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | | Claim Number: 3643<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Insurance premiums |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

---

| HOMFINDER, LLC<br>ATTN: TIMOTHY FAGAN, PRESIDENT & CEO<br>175 W. JAKCSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | | Claim Number: 5640<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|---|
| UNSECURED | Claimed: | $186,901.00 |

---

| HOOGHKIRK, BARRY<br>27 SALEM ST.<br>PATCHOGUE, NY 11772 | | Claim Number: 5083<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| HOPKINS, ELIZABETH<br>1014 N. 3RD ST.<br>CLINTON, IA 52732 | | Claim Number: 6146<br>Claim Date: 08/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,243.75 | |
| HOPKINS, ELIZABETH<br>1014 N. 3RD ST.<br>CLINTON, IA 52732 | | Claim Number: 6202<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $10,487.50 | |
| HORN, KAREN LAUKKA<br>50 RIDGECREST COURT<br>LAFAYETTE, CA 94549-3690 | | Claim Number: 3880<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $329,826.52 | Scheduled: ******************* |
| HORTON, INEZ<br>4 E 107TH ST, # 12B<br>NEW YORK, NY 10029-3870 | | Claim Number: 6548<br>Claim Date: 06/23/2010<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY<br>UNSECURED | Claimed: | $306.00 | Scheduled: ******************* |
| HOTCHKISS PEACOCK RANCH INC.<br>5990 SAN SIMEON CK RD<br>CAMBRIA, CA 93428 | | Claim Number: 5679<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
| ADMINISTRATIVE | Claimed: | $5,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 5818<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY | |

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $135.55 |

| | | |
|---|---|---|
| HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 5819<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY | |

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $15.88 |

| | | |
|---|---|---|
| HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 5820<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY | |

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $573.68 |

| | | |
|---|---|---|
| HOWARD COUNTY, MARYLAND<br>MARGARET ANN NOLAN & CAMELA J. SANDMANN<br>ESQ., HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 6591<br>Claim Date: 07/15/2010<br>Debtor: TRIBUNE COMPANY | |

| SECURED | Claimed: | $37,168.48 |
|---|---|---|

| | | |
|---|---|---|
| HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 6600<br>Claim Date: 07/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7675 (01/28/2011) | |

| SECURED | Claimed: | $37,168.48 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

HOWARD, LESLIE M.
2737 GRANDVIEW PLACE
ENDICOTT, NY 13760

Claim Number: 3881
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $145,496.90 | Scheduled: | ****************** |

HOWE, MARK E.
8 PINEVIEW LANE
EAST GREENBUSH, NY 12061

Claim Number: 3882
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $187,208.77 | Scheduled: | ****************** |

HOWLAND, VAUGHAN A.
4205 STATE HWY UNIT 5B
EASTHAM, MA 02642-2165

Claim Number: 5726
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $20,299.20 |

HUGHES, JOSEPH M.
9596 E ROADRUNNER DR
SCOTTSDALE, AZ 85262

Claim Number: 3883
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $188,913.12 | Scheduled: | ******************UNLIQ |

HUNDT, PAUL L
5105 LEANNE LN
MC FARLAND, WI 53558-8403

Claim Number: 6501
Claim Date: 05/27/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| HUNIHAN, DOROTHY A.<br>200 DIPLOMAT DR. 5L<br>MT. KISCO, NY 10549 | | Claim Number: 3341<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $30,400.00 |
| HUNTING, SUSAN K.<br>764 GLEN DR.<br>PO BOX 803<br>MOVILLE, IA 51039 | | Claim Number: 5920<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $7,210.90 |
| HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ.<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | | Claim Number: 2841<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) |
| UNSECURED | Claimed: | $1,147.04 |
| HURT, ALBERT L<br>18032 JASON LN<br>LANSING, IL 60438-1500 | | Claim Number: 1575<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $10,745.21 |
| HUTCHINSON, JOYCE F.<br>16851 HARLEM AVENUE, UNIT 225<br>TINLEY PARK, IL 60477 | | Claim Number: 6384<br>Claim Date: 01/26/2010<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $300,000.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

HUTCHINSON, JOYCE F.
16851 HARLEM AVENUE, UNIT 225
TINLEY PARK, IL 60477

Claim Number: 6385
Claim Date: 01/27/2010
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $300,000.00 UNLIQ |
|---|---|---|

HUTCHISON, GLEN
3827 E 3RD ST #59
TUCSON, AZ 85716

Claim Number: 6318
Claim Date: 10/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

HYLAND-SAVAGE,GAIL R.
24 VIA CAPRI
RANCHO PALOS VERDES, CA 90275

Claim Number: 5875
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,779.00 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

IKON OFFICE SOLUTIONS
ACCOUNTS RECEIVABLE CENTER
ATTN: BANKRUPTCY TEAM
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

Claim Number: 3678-01
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $5,720.78 | Scheduled: | ****************** | Allowed: | $5,720.78 |
|---|---|---|---|---|---|---|

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6213
Claim Date: 09/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments:
Amends claim 478

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | | Claim Number: 6214<br>Claim Date: 09/04/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments:<br>Amends claim 411 |
| PRIORITY | Claimed: | $0.00 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | | Claim Number: 6215<br>Claim Date: 09/04/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments:<br>Amends claim 403 |
| PRIORITY | Claimed: | $0.00 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | | Claim Number: 6216<br>Claim Date: 09/04/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments:<br>Amends claim 413 |
| PRIORITY | Claimed: | $0.00 |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 752<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $102,617.06 |
| UNSECURED | Claimed: | $100.00 |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 784<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $20,583,890.06 |
| UNSECURED | Claimed: | $3,141,111.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | | Claim Number: 2332 Claim Date: 05/04/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $20,303,924.06 |
| UNSECURED | Claimed: | $2,092,721.00 |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | | Claim Number: 2370 Claim Date: 05/04/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $46,523,550.00 |
| UNSECURED | Claimed: | $4,924,196.00 |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | | Claim Number: 3081 Claim Date: 05/22/2009 Debtor: TRIBUNE COMPANY Comments: Replaces claim number 2370 |
| PRIORITY | Claimed: | $46,523,550.00 |
| UNSECURED | Claimed: | $4,924,196.00 |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., # 7-400 CHICAGO, IL 60601 | | Claim Number: 3196 Claim Date: 05/26/2009 Debtor: TRIBUNE COMPANY Comments: Replaces claim number 2332 |
| PRIORITY | Claimed: | $20,303,924.06 |
| UNSECURED | Claimed: | $2,092,721.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

IMBRIACO, JAMES
8 ACORN LANE
LEBANON, NJ 08833

Claim Number: 3884
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $63,028.95 | Scheduled: | ******************UNLIQ |
| --- | --- | --- | --- | --- |

INASMUCH FOUNDATION
OKLAHOMA TOWER
210 PARK AVE
OKLAHOMA CITY, OK 73102

Claim Number: 4392
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $300,000.00 |
| --- | --- | --- |

INDIANA AMERICAN WATER (IN AMERICAN WATE
1410 DISCOVERY PARKWAY
PO BOX 578
ALTON, IL 62002

Claim Number: 5841
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $116.16 |
| --- | --- | --- |

INDIANA AMERICAN WATER (IN AMERICAN WATE
1410 DISCOVERY PARKWAY
PO BOX 578
ALTON, IL 62002

Claim Number: 5842
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $168.88 |
| --- | --- | --- |

INDUSTRIAL DOOR CO.
1555 LANDMEIER RD.
ELK GROVE VILLAGE, IL 60007

Claim Number: 6652
Claim Date: 09/16/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7675 (01/28/2011)

| UNSECURED | Claimed: | $5,163.58 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| INNER WORKINGS, INC.<br>600 W CHICAGO AVENUE<br>CHICAGO, IL 60654 | | Claim Number: 5421-01<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| ADMINISTRATIVE | Claimed: | $28,368.20 |
| UNSECURED | Claimed: | $52,982.52 |
| INNER WORKINGS, INC.<br>600 W CHICAGO AVENUE<br>CHICAGO, IL 60654 | | Claim Number: 5421-02<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| ADMINISTRATIVE | Claimed: | $2,529.93 |
| UNSECURED | Claimed: | $4,750.89 |
| INNER WORKINGS, INC.<br>600 W CHICAGO AVENUE<br>CHICAGO, IL 60654 | | Claim Number: 5421-03<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| UNSECURED | Claimed: | $1,140.56 |
| INNER WORKINGS, INC.<br>600 W CHICAGO AVENUE<br>CHICAGO, IL 60654 | | Claim Number: 5421-04<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| UNSECURED | Claimed: | $7.28 |
| INNERWORKINGS, INC.<br>600 WEST CHICAGO, SUITE 850<br>CHICAGO, IL 60654 | | Claim Number: 4982<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| ADMINISTRATIVE | Claimed: | $7,880.52 |
| UNSECURED | Claimed: | $1,310.98 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

INNES, MICHAEL A & DEBRA JT TEN
50 REDBUD RIDGE PL
THE WOODLANDS, TX 77380-3411

Claim Number: 6482
Claim Date: 05/20/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $34.00 | Scheduled: | ****************** |
|---|---|---|---|---|

INSTY PRINTS OF PALATINE, INC.
DBA ALLEGRA PRINT & IMAGING
510 E. NORTHWEST HWY
PALATINE, IL 60074

Claim Number: 2380
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,265.54 | | |
|---|---|---|---|---|

INTERCALL
ATTN: MELODY LOHR
11808 MIRACLE HILLS DR.
OMAHA, NE 68154

Claim Number: 512
Claim Date: 02/23/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $6,507.40 | Scheduled: | ****************** |
|---|---|---|---|---|

IRON MOUNTAIN INFORMATION MANAGEMENT INC
C/O R FREDERICK LINFESTY, ESQ
745 ATLANTIC AVENUE, 10TH FLOOR
BOSTON, MA 02111

Claim Number: 862
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $36,743.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,171.21 | Scheduled: | ****************** |

ISAKSEN INVESTMENTS LLC
RE: ARLETA 9351 LAUREL CANYON
7250 FRANKLIN AVE, STE 1108
LOS ANGELES, CA 90046

Claim Number: 6113
Claim Date: 07/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4777 (06/14/2010)

| UNSECURED | Claimed: | $94,047.00 | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

ISAKSEN INVESTMENTS, LLC
C/O J. BENNETT FRIEDMAN, ESQ.
FRIEDMAN LAW GROUP
1900 AVENUE OF THE STARS, SUITE 1800
LOS ANGELES, CA 90067

Claim Number: 6467
Claim Date: 04/26/2010
Debtor: TRIBUNE COMPANY
Comments:
Amends claim no. 6113

| UNSECURED | Claimed: | $125,253.75 |
|---|---|---|

---

ISENBERG, STEVEN L.
151 CENTRAL PARK WEST, 3N
NEW YORK, NY 10023

Claim Number: 3885
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $577,618.26 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

---

ISINGER, WILLIAM R.
26682 COUNTRY CREEK LN
CALABASAS, CA 91302-3587

Claim Number: 3886
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $298,855.71 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

---

JACKSON, CHERYL
3264 NE 156TH AVE
PORTLAND, OR 97230

Claim Number: 3317
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,000.00  UNLIQ |
|---|---|---|

---

JACKSON, MARK
C/O JOSEPH & HERZFELD LLP
757 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017

Claim Number: 4933
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

JACOBSEN, CLARICE
5623 N OLCOTT
CHICAGO, IL 60631

Claim Number: 2333
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

JAGOE, THOMAS ANTHONY
18028 W ANNES CIRCLE
APT 103
CANYON COUNTRY, CA 91387

Claim Number: 6646
Claim Date: 09/03/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7674 (01/28/2011)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | ****************** |
|---|---|---|---|---|

JANSEN, RAYMOND A. JR.
24 DOCKSIDE LANE, #422
KEY LARGO, FL 33037

Claim Number: 3887
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $6,439,394.24 | Scheduled: | *******************UNLIQ |
|---|---|---|---|---|

JANUS, KENNETH C
924 S COURTLAND AVE
PARK RIDGE, IL 60068

Claim Number: 1820
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for $285/month for life

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

JCPENNEY CORPORATION, INC.
C/O ANGIE JENSEN, MS 1122
LEGAL DEPT
6501 LEGACY DRIVE
PLANO, TX 75024

Claim Number: 5834
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $33,583.32 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | |
|---|---|---|---|
| JENKINS, JOHN B.<br>3575 E. 135TH CT<br>THORNTON, CO 80241 | | Claim Number: 3252<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $5,000.00 | |
| JM MCGANN & COMPANY<br>2230 S BLUE ISLAND AVE<br>CHICAGO, IL 60608 | | Claim Number: 2966<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $5,956.05 | Scheduled: ****************** |
| JM MCGANN & COMPANY<br>2230 SOUTH BLUE ISLAND AVE<br>CHICAGO, IL 60608 | | Claim Number: 2967<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $3,025.00 | Scheduled: ****************** |
| JOHN B. DOLVEN IRA<br>281 SOUTH PLAZA COURT<br>MT. PLEASANT, SC 29464 | | Claim Number: 5633<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $50,826.88 | |
| JOHNSON, EDWARD ARNETT "EDDIE"<br>ROBERT H. ROSENFELD, ESQ.<br>6703 N. CICERO AVE.<br>LINCOLNWOOD, IL 60712 | | Claim Number: 536<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| UNSECURED | Claimed: | $10,000,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | |
|---|---|---|---|---|
| JOHNSON, EDWARD E.<br>4418 OAKWOOD AVE.<br>LA CANADA FLINTRIDGE, CA 91011-3414 | | Claim Number: 3888<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,183,611.96 | Scheduled: | ******************* UNLIQ |
| JOHNSON, PHIL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4930<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| JOHNSON, ROBERT M.<br>7348 ARBOR PINES DR.<br>P.O.BOX 485<br>GLEN ARBOR, MI 49636 | | Claim Number: 3889<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $314,859.81 | Scheduled: | ******************* UNLIQ |
| JOHNSON, RUSSELL<br>1360 WATERSIDE DRIVE<br>BOLINGBROOK, IL 60490 | | Claim Number: 2621<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $139,000.00 | | |
| JOHNSON, W. THOMAS, JR.<br>3280 RILMAN ROAD, NW<br>ATLANTA, GA 30327 | | Claim Number: 3890<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,091,151.24 | Scheduled: | ******************* UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| JOSEFAK, JOHN C.<br>23 RALPH AVE.<br>LAKE GROVE, NY 11755 | | Claim Number: 5076<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| JOSEPH B. WORTMAN IRA<br>21400 HOOVER ROAD<br>WARREN, MI 48089 | | Claim Number: 5629<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $50,826.88 |
| JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 4957<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| SECURED | Claimed: | $355,602.54  UNLIQ |
| JPMORGAN CHASE BANK, N.A. & J.P. MORGAN<br>SECURITIES INC.<br>ATTN: MIRIAM KULNIS<br>383 MADISON AVENUE, 23RD FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 6645<br>Claim Date: 08/27/2010<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| JPMORGAN CHASE BANK, N.A., ET AL.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 4464<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| SECURED | Claimed: | $8,643,006,907.37  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: ******************UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| JUDD, LIAM R.<br>IRREVOCABLE TRUST<br>C/O A.R. JUDD TRUSTEE<br>1592 REDDING<br>BIRMINGHAM, MI 48009 | | Claim Number: 5569<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $25,383.91 |
|---|---|---|

| | | |
|---|---|---|
| JUN-WEN CAI, WENDY<br>67 PARK ST.<br>SOMERVILLE, MA 02143 | | Claim Number: 3321<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $20,000.00 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| JUNCK, MARY E.<br>18475 DEER HILL ROAD<br>P.O. BOX 20<br>PLEASANT VALLEY, IA 52767 | | Claim Number: 3891<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $687,471.28 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| K&D FACTORY SERVICES INC<br>1833-41 N CARMEN ST<br>HARRISBURG, PA 17103 | | Claim Number: 1594<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |

| PRIORITY | Claimed: | $43,500.00 |
|---|---|---|

| | | |
|---|---|---|
| KABAK, SCOTT W.<br>11 LONGWOOD ROAD<br>SANDS POINT, NY 11050 | | Claim Number: 3848<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $135,856.56 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| KACHARABA, ROSEMARIE<br>210 UTICA AVENUE<br>NORTH MASSAPEQUA, NY 11758 | | Claim Number: 3084<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $661.28 | |
|---|---|---|---|

| | | |
|---|---|---|
| KALLET, JUDITH S.<br>7949 CRANES POINTE WAY<br>WEST PALM BEACH, FL 33412 | | Claim Number: 3849<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $86,874.62 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| KAMINSKY, NEIL I.<br>IRA TRUST UAD 1-21-2000<br>4109 SILVERY MINNOW NW<br>ALBUQUERQUE, NM 87120 | | Claim Number: 5570<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $35,537.47 | |
|---|---|---|---|

| | | |
|---|---|---|
| KAY, JOHN M., DBA KAY DELIVERY, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5863<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |

| UNSECURED | Claimed: | $122,899.23 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| KAZAN, DANIEL<br>1715 FALLING LEAF LANE<br>NORTHBROOK, IL 60062 | | Claim Number: 6690<br>Claim Date: 02/09/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00  UNLIQ | |
|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| KEATING, JOHN<br>610 BREAD & CHEESE HOLLOW RD<br>NORTHPORT, NY 11768 | | Claim Number: 5128<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

| KEBIR, LORE O<br>2424 ESTHER VIEW DR<br>LOMITA, CA 90717-2313 | | Claim Number: 6538<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: ******************* |

---

| KEELER, ROBERT F.<br>18 MAGNET ST.<br>STONY BROOK, NY 11790 | | Claim Number: 5038<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

| KELLER, WILLIAM<br>7916 W. HILLSIDE ROAD ROUTE 3<br>CRYSTAL LAKE, IL 60012 | | Claim Number: 3850<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|---|
| UNSECURED | Claimed: | $43,819.77 | Scheduled: ******************* UNLIQ |

---

| KELLERMANN, DONALD S.<br>2750 UNICORN LANE<br>WASHINGTON, DC 20015 | | Claim Number: 3851<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|---|
| UNSECURED | Claimed: | $202,942.77 | Scheduled: ******************* UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| KELLOGG, VALERIE<br>108 LA RUE DRIVE<br>HUNTINGTON, NY 11743 | | Claim Number: 5094<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | | |
| KELLY CREWS INC.<br>1823 QUARTER HORSE DR.<br>WOODSTOCK, MD 21163 | | Claim Number: 340<br>Claim Date: 01/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | | |
| PRIORITY | Claimed: | $8,116.00 | | | | |
| KELLY SERVICES INC.<br>999 W BIG BEAVER ROAD<br>TROY, MI 48084 | | Claim Number: 197-01<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
| UNSECURED | Claimed: | $278.02 | Scheduled: ****************** | | Allowed: | $278.02 |
| KELLY, JAMES C.<br>20154 ZIMMERMAN PL.<br>SANTA CLARITA, CA 91390 | | Claim Number: 4978<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |
| KELLY, MARGARET<br>8250 BRENTWOOD CT<br>ARVADA, CO 80005 | | Claim Number: 5957<br>Claim Date: 06/25/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
| UNSECURED | Claimed: | $10,149.60 | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| KEMPER INSURANCE COMPANIES<br>SHERRI L. PATTERSON<br>MANAGED ACCOUNTS, 13NW0348<br>ONE KEMPER DRIVE<br>LONG GROVE, IL 60049 | | Claim Number: 1005<br>Claim Date: 04/14/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $0.00 UNLIQ | |
| SECURED | Claimed: | $0.00 UNLIQ | |
| KEMPSTER, NORMAN<br>7505 DEMOCRACY BLVD<br>APT 114<br>BETHESDA, MD 20817 | | Claim Number: 3740<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Medigap reimbursement | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| KENDRICK-MCCANN LP<br>RE: SANTA FE 12236 MCCANN DR<br>C/O T C COLLINS & ASSOCIATES<br>3600 BIRCH ST SUITE NO.100<br>NEWPORT BEACH, CA 92660 | | Claim Number: 2728<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | |
| UNSECURED | Claimed: | $2,375.44 | |
| KENNEDY, TIMOTHY<br>2075 CHARLES DRIVE<br>HELLERTOWN, PA 18055 | | Claim Number: 5685<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $5,000.00 | |
| KENNEDY, TIMOTHY<br>2075 CHARLES DRIVE<br>HELLERTOWN, PA 18055 | | Claim Number: 5686<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $383.49 | Scheduled: ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

KENNEY, CRANE
1021 CHERRY ST
WINNETKA, IL 60093-2112

Claim Number: 5337
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Certain Compensation and benefits in certain scenarios

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: ******************UNLIQ |
|---|---|---|---|

---

KENT, DAVID H.
22347 KENT LANE
GRAND RAPIDS, MN 55744

Claim Number: 5874
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| ADMINISTRATIVE | Claimed: | $209.44 |
|---|---|---|
| UNSECURED | Claimed: | $14,000.00 |

---

KENT, ROBERT W. & ELIZABETH A., TRUSTEES
KENT FAMILY REVOCABLE TRUST
U/A DATED 03/09/07
13084 FERNTAILS
ST. LOUIS, MO 63141

Claim Number: 5909
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $5,238.95 UNLIQ |
|---|---|---|

---

KING FEATURES SYNDICATE
ALAN LEWIS, ESQ.
OFFICE OF GENERAL COUNSEL, HEARST CORP.
300 WEST 57TH STREET, 40TH FLOOR
NEW YORK, NY 10019

Claim Number: 529
Claim Date: 02/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $97,111.95 |
|---|---|---|

---

KING, VICTORIA
515 EAST 14TH STREET,#3B
NEW YORK, NY 10009

Claim Number: 3852
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $74,235.11 | Scheduled: ****************** |
|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

KING-COHEN, SYLVIA ELIZABETH
225 KOHR RD
KINGS PARK, NY 11754

Claim Number: 5065
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

KISSI, DAVID
PO BOX 77878
ONE MASSACHUSETTS AVE NE
WASHINGTON, DC 20013

Claim Number: 1334
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

KITSAP COUNTY TREASURER
614 DIVISION ST MS-32
PORT ORCHARD, WA 98366-4614

Claim Number: 1042
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $5,109.82 |
|---|---|---|

KLEIN, JASON E.
6 TANGLEWILD PLACE
CHAPPAQUA, NY 10514-2528

Claim Number: 3853
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $113,350.42 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

KLEIN, JEFFREY S.
18778 HILLSBORO ROAD
NORTHRIDGE, CA 91326

Claim Number: 3854
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $214,771.81 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

KLEINER, ARNOLD J.
7575 MULHOLLAND DR.
LOS ANGELES, CA 90046

Claim Number: 3856
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,428,807.91 |
|---|---|---|

KLUTNICK, SUSAN  K.
17582 BERLARK CIRCLE
HUNTINGTON BCH, CA 92649

Claim Number: 3857
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $381,723.02 | Scheduled: ****************** |
|---|---|---|---|

KNORR, THOMAS H., DCD
506 C RIDGE ROAD
WILMETTE, IL 60091

Claim Number: 5437
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

KOPPER, JAMES L.
7768 LAKESIDE BLVD
APT 531
BOCA RATON, FL 33434

Claim Number: 3858
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $353,362.22 | Scheduled: ******************UNLIQ |
|---|---|---|---|

KRANTZ, RANDI
100 BEEKMAN STREET 9J
NEW YORK, NY 10038

Claim Number: 4330
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $6,239.42 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | |
|---|---|---|---|---|
| KRENEK, DEBBY<br>361  72ND ST<br>BROOKLYN, NY 11209 | | Claim Number: 5088<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| KROPINSKI, MIKE<br>1530 HAMMAN DR<br>TROY, MI 48085 | | Claim Number: 5705<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $5,074.80 | | |
| KUCERA, PHILIP E.<br>1700 S BAYSHORE LANE APT 4B<br>MIAMI, FL 33133 | | Claim Number: 3859<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $295,403.76 | Scheduled: | ******************* UNLIQ |
| KUEKES, SALLY<br>BENEFICIARY FOR KUEKES, GEORGE<br>10671 E SAN SALVADOR<br>SCOTTSDALE, AZ 85258 | | Claim Number: 3860<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $49,664.99 | Scheduled: | ******************* UNLIQ |
| KURTICH, MARK H.<br>81593 CAMINO VALLECITA<br>INDIO, CA 92203 | | Claim Number: 3861<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $90,448.02 | Scheduled: | ******************* UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| KUSTER, JOHN
5 SEBURN DRIVE
BLUFFTON, SC 29909 | | Claim Number: 3750
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |

| | | |
|---|---|---|
| KUTZ, MATTHEW P
3960 CLEVELAND AVE
SAINT LOUIS, MO 63110-4032 | | Claim Number: 2606
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010) |
| PRIORITY | Claimed: | $500.00 |
| UNSECURED | Claimed: | $25.00 |

| | | |
|---|---|---|
| KUXHAUSEN, STEVE & MICHELE
13219 MISTY HILLS DR
CYPRESS, TX 77429 | | Claim Number: 4452
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $29,457.24 |

| | | |
|---|---|---|
| KWON, DAEWON
10531 EDGELEY PL
LOS ANGELES, CA 90024 | | Claim Number: 1585
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $2,088.00          Scheduled: ******************* |

| | | |
|---|---|---|
| L MILLER & SON LUMBER CO INC
1815-25 W DIVISION ST
CHICAGO, IL 60622 | | Claim Number: 3604
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4099 (04/19/2010) |
| UNSECURED | Claimed: | $926.66 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 693<br>Claim Date: 03/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $13,230.99 |
| SECURED | Claimed: | $3,061.32 |
| UNSECURED | Claimed: | $13,230.99 |
| TOTAL | Claimed: | $16,292.31 |

| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 768<br>Claim Date: 03/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|---|
| PRIORITY | Claimed: | $13,230.99 |
| SECURED | Claimed: | $3,061.32 |
| UNSECURED | Claimed: | $13,230.99 |
| TOTAL | Claimed: | $16,292.31 |

| LAFRANCE, KIMBERLY MCCLEARY<br>1540 11TH ST<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 3862<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $44,006.64    Scheduled: ******************* UNLIQ |

| LAGUNA BEACH PATRIOTS DAY<br>PARADE ASSOCIATION<br>PO BOX 5147<br>LAGUNA BEACH, CA 92652 | | Claim Number: 1173<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

LANESEY, WILLIAM
7730 ANNESDALE DRIVE
CINCINNATI, OH 45243

Claim Number: 4318
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $431.18 | Scheduled: | ****************** |

LANESEY, WILLIAM A.
7730 ANNESDALE DRIVE
CINCINNATI, OH 45243

Claim Number: 4317
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $83,400.00 |

LANKEY, JEFFREY W.
4829 BURGOYNE LANE
LA CANADA, CA 91011

Claim Number: 3863
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $8,600.23 |

LARSON, CHARLES E.
1401 WOODBINE COURT
ARLINGTON, TX 76012-4236

Claim Number: 6696
Claim Date: 02/22/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $17,465.00 |

LASALLE NETWORK, THE
MARTIN J. WASSERMAN
MUCH SHELIST DENENBERG AMENT RUBENSTEIN
191 N. WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606

Claim Number: 3279
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $5,285.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | | |
|---|---|---|---|---|---|
| LASER LINE INC<br>1025 W NURSEY RD  STE 122<br>LINTHICUM, MD 21090 | | Claim Number: 1066-01<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | | |
| UNSECURED | Claimed: | $418.15 | | Allowed: | $418.15 |
| LAUGHLIN, JOAN MC<br>201 FIVE CITIES DR<br>SPACE # 62<br>PISMO BEACH, CA 93449-3085 | | Claim Number: 6524<br>Claim Date: 06/10/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: ****************** | Allowed: | $3,230.00 |
| LAURENCE FURNELL, DBA LAURENCE FURNELL,<br>INC.<br>C/O GIAMO ASSOCIATES LLP; ATTN: J GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5855<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $330,593.00 | Scheduled: ******************* UNLIQ | | |
| LAURENCE P. SKENDZEL IRA ROLLOVER<br>10338 WESTERN HILLS DR.<br>TRAVERSE CITY, MI 49864 | | Claim Number: 5628<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $40,661.50 | | | |
| LAVENTHOL, DAVID A.<br>870 UNITED NATIONS PLAZA<br>#31B<br>NEW YORK, NY 10017 | | Claim Number: 3864<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $3,598,937.76 | Scheduled: ******************* UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| LAVU, NIRMALA<br>5554 E. RIO VERDE VISTA DR<br>TUCSON, AZ 85750 | Claim Number: 3283<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $5,000.00 |
| LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 994<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7675 (01/28/2011) | |
| UNSECURED | Claimed: | $8,541.01 |
| LAW OFFICES OF GERALD S. SACK, LLC<br>GERALD S. SACK<br>836 FARMINGTON AVE.<br>SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 1091<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| UNSECURED | Claimed: | $8,541.01 |
| LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 6663<br>Claim Date: 10/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 994 | |
| UNSECURED | Claimed: | $16,791.01 |
| LAWRENCE S. LOESEL IRA ROLLOVER<br>324 WATER WARH LANE<br>TRAVERSE CITY, MI 49686-1079 | Claim Number: 5627<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $25,413.44 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| LEE, DENNIS M.<br>IRA FBO<br>3153 ORLEANS WAY S.<br>APOPKA, FL 32703-5920 | | Claim Number: 4632<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,090.56 |
| LEE, JEFFRY<br>278 STEELE ROAD<br>WEST HARTFORD, CT 06117 | | Claim Number: 2624<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $10,000.00 |
| LEESCHNEIDER, R. MARILYN<br>2124 BAGLEY AVENUE<br>LOS ANGELES, CA 90034 | | Claim Number: 3865<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $63,947.25        Scheduled: ****************** UNLIQ |
| LEFEBVRE, SUSAN<br>1 CHELSEA PLACE<br>FARMINGTON, CT 06032 | | Claim Number: 267<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00  UNDET |
| LEFEBVRE, SUSAN<br>1 CHELSEA PLACE<br>FARMINGTON, CT 06032 | | Claim Number: 1531<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $45,000.00  UNLIQ |

| | | |
|---|---|---|
| LEGER, LISA<br>C/O DALEY, DEBOFSKY & BRYANT<br>55 W. MONROE STREET<br>SUITE 2440<br>CHICAGO, IL 60603 | | Claim Number: 3689<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY |

UNSECURED          Claimed:          $38,973.35          Scheduled: ******************UNLIQ

| | | |
|---|---|---|
| LEO, JAMES<br>93 ISLIP BLVD.<br>ISLIP, NY 11751 | | Claim Number: 5073<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

UNSECURED          Claimed:          $0.00  UNDET

| | | |
|---|---|---|
| LEONARD, JOSEPH J.<br>26 LAPEER ST.<br>DEER PARK, NY 11729 | | Claim Number: 295<br>Claim Date: 01/21/2009<br>Debtor: TRIBUNE COMPANY |

PRIORITY          Claimed:          $36,267.00

| | | |
|---|---|---|
| LEONE, MARK<br>19 STRUM ST.<br>BRENTWOOD, NY 11717 | | Claim Number: 5084<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

UNSECURED          Claimed:          $0.00  UNDET

| | | |
|---|---|---|
| LEPE, JOSE M<br>455 NORTH DAHLIA AVENUE<br>ONTARIO, CA 91762 | | Claim Number: 2566<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY |

PRIORITY          Claimed:          $11,369.51

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

LEVIN, MARTIN P.
221 KIRBY LANE
RYE, NY 10580

Claim Number: 3866
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $103,195.50 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

LEVINE, JESSE E.
1255 OWOSSO AVENUE
HERMOSA BEACH, CA 90254

Claim Number: 3867
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,524.89 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

LEVINE, NED
301 FRANKEL BLVD.
MERRICK, NY 11566

Claim Number: 5329
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

LEVINE, STANLEY H.
5311 SANDYFORD ST.
ALEXANDRIA, VA 22315

Claim Number: 5923
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $20,299.20 |
|---|---|---|

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 658
Claim Date: 02/19/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7674 (01/28/2011)

| UNSECURED | Claimed: | $257.73 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 659<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) | | |
| UNSECURED | Claimed: | $579.09 | Scheduled: | ****************** |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 660<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $979.31 | Scheduled: | ****************** |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 661<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) | | |
| UNSECURED | Claimed: | $2,455.39 | Scheduled: | ****************** |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 663<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $506.53 | | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 665<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) | | |
| UNSECURED | Claimed: | $81,425.61 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | | Claim Number: 667 Claim Date: 02/19/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET 7674 (01/28/2011) | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,286.30 | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | | Claim Number: 669 Claim Date: 02/19/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET 7674 (01/28/2011) | |
| UNSECURED | Claimed: | $443.63 | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | | Claim Number: 670 Claim Date: 02/19/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2271 (10/02/2009) | |
| UNSECURED | Claimed: | $443.63 | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | | Claim Number: 671 Claim Date: 02/19/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 7674 (01/28/2011) | |
| UNSECURED | Claimed: | $31,552.69 | Scheduled: ******************* |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | | Claim Number: 672 Claim Date: 02/19/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 7674 (01/28/2011) | |
| UNSECURED | Claimed: | $25,147.18 | Scheduled: ******************* |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 674<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) | |
| UNSECURED | Claimed: | $1,980.42 | Scheduled:  ****************** |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 675<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) | |
| UNSECURED | Claimed: | $377.13 | Scheduled:  ****************** |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 676<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) | |
| UNSECURED | Claimed: | $41,893.08 | Scheduled:  ****************** |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 677<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) | |
| UNSECURED | Claimed: | $1,750.00 | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 678<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) | |
| UNSECURED | Claimed: | $2,507.22 | Scheduled:  ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| LI, TAO<br>5035 FRENCH BROAD LN<br>BRTLETT, TN 38135-1185 | | Claim Number: 3731<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $24,713.71 |
| SECURED | Claimed: | $24,713.71 |
| UNSECURED | Claimed: | $0.00 |
| TOTAL | Claimed: | $24,713.71 |
| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | | Claim Number: 4443<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
| UNSECURED | Claimed: | $19,844,866.20 CONT |
| LICHTMAN, RONALD<br>16-28 RADBURN ROAD<br>FAIR LAWN, NJ 07410 | | Claim Number: 2718<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $29,673.00 |
| UNSECURED | | Scheduled:    ******************UNLIQ |
| LIEBL, ALFRED R.<br>2820 ANTIOCH CHURCH ROAD<br>WATKINSVILLE, GA 30677 | | Claim Number: 6103<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $4,059.84 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

LILLICRAF, VIRGINIA C & ROME
JT TEN
137 ELM ST
FAIRFIELD, CT 06824-5105

Claim Number: 6539
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | ****************** |
|---|---|---|---|---|

LINDSAY, JOHN P.
1147 EL MEDIO AVENUE
PACIFIC PALISADES, CA 90272

Claim Number: 3868
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $23,066.77 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

LIONHEART ENGINEERING
1004 TRAKK LANE
WOODSTOCK, IL 60098

Claim Number: 1903
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $775.00 | Scheduled: | ****************** |
|---|---|---|---|---|

LIPINSKI, ANNMARIE
4919 S. WOODLAWN AVE.
CHICAGO, IL 60615

Claim Number: 3484
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $462.99 | Scheduled: | ****************** |
|---|---|---|---|---|

LIPTON, RICHARD CUST THOMAS S LIPTON UTM
IL
235 WARWICK
KENILWORTH, IL 60043-1141

Claim Number: 6492
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | ****************** |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SIRVA RELOCATION LLC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3396
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $16,775.00 | Scheduled: | ****************** |
|-----------|----------|------------|------------|-----|

LOAN FUNDING V, LLC, ET AL
C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3437
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $3,950,000.00 |
|---------|----------|---------------|

LOBDELL, NANCY
620 SAND HILL RD, APT. 301C
PALO ALTO, CA 94304

Claim Number: 3828
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $115,583.28 | Scheduled: | ******************* UNLIQ |
|-----------|----------|-------------|------------|-----|

LOISELLE, PAUL
640 S BROADVIEW ST
ANAHEIM, CA 92804-2649

Claim Number: 4189
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $588.14 UNLIQ |
|----------|----------|---------------|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ENTERCOM COMM. NEW ORLEANS
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 63
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $33,969.40 |
|-----------|----------|------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: HEXAWARE TECHNOLOGIES INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2464<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $21,480.22 | Scheduled: ****************** |

---

| LORETONI, RICHARD<br>18 BRADISH LANE<br>BABYLON, NY 11702 | Claim Number: 5129<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00 UNDET |

---

| LUBIN, MARSHALL<br>314 NEPTUNE AVENUE<br>WEST BABYLON, NY 11704 | Claim Number: 5130<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00 UNDET |

---

| LUFRANO, MICHAEL R.<br>5707 N. RAVENSWOOD<br>CHICAGO, IL 60660 | Claim Number: 5281<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Certain Compensation and benefits in certain scenarios |

| UNSECURED | Claimed: | $0.00 UNDET |

---

| LUNDQUIST, MARGARET<br>208 FARHAN LANE<br>NORTH BABYLON, NY 11703 | Claim Number: 5063<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00 UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| LUTHER, MARYLOU<br>35 PARK AVE<br>11H<br>NEW YORK, NY 10016 | | Claim Number: 2033<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

| | | |
|---|---|---|
| LYLE, JOHN<br>361 E 50TH ST<br>APT 3H<br>NEW YORK, NY 10022-7953 | | Claim Number: 6508<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $306.00 | Scheduled: ****************** |
|---|---|---|---|

| | | |
|---|---|---|
| MACGOWAN, CARL<br>211-01 85TH AVENUE<br>HOLLIS HILLS, NY 11427 | | Claim Number: 4976<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | | |
|---|---|---|
| MACMUNNIS INC.<br>1840 OAK AVENUE<br>SUITE 300<br>EVANSTON, IL 60201 | | Claim Number: 1616<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $4,590.00 |
|---|---|---|

| | | |
|---|---|---|
| MADISON CORPORATE GROUP, INC., AS AGENT<br>OF CRYSTAL LAKE LIMITED PARTNERSHIP<br>650 ROOSEVELT ROAD, SUITE 204<br>GLEN ELLYN, IL 60137 | | Claim Number: 6165<br>Claim Date: 08/07/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $99,168.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| MAGELLAN HEALTH SERVICES<br>125 SOUTH WACKER DR<br>SUITE 1450<br>CHICAGO, IL 60606 | | Claim Number: 4673<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $184,803.00 | Scheduled: ****************** |
| MAGID GLOVE & SAFETY MFG. CO. LLC.<br>2060 N. KOLMAR AVENUE<br>CHICAGO, IL 60639 | | Claim Number: 645-02<br>Claim Date: 03/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | |
| UNSECURED | Claimed: | $603.44 | |
| MAGNUSON, ROBERT G.<br>374 FLORA ST.<br>LAGUNA BEACH, CA 92651 | | Claim Number: 3829<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $230,074.32 | Scheduled: ******************UNLIQ |
| MALLORY, R. MARK<br>3312 LAKEWOOD COURT<br>GLENVIEW, IL 60026 | | Claim Number: 5014<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| MANCINI, JOHN<br>64-14 847TH ST.<br>MIDDLE VILLAGE, NY 11379-2424 | | Claim Number: 5089<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00 UNDET | |

| | | |
|---|---|---|
| MANGO, CONSTANCE<br>29 EAST STREET<br>MIDDLE ISLAND, NY 11953-1712 | | Claim Number: 5314<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| MANN, LAURA E.<br>249-11 61ST AVE<br>LITTLE NECK, NY 11362 | | Claim Number: 5060<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| MANRESA JESUIT RETREAT ENDOWMENT FUND<br>C/O THOMAS HCIRLEY<br>1390 QUARTON ROAD<br>BLOOMFIELD HILLS, MI 48034 | | Claim Number: 5634<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $25,413.44 |
| MANSI, MATTHEW M.<br>539 DOWNING STREET<br>DENVER, CO 80218 | | Claim Number: 4988<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
| UNSECURED | Claimed: | $42,500.00 |
| MARAS, JEFFREY J & AMY K MARAS JT TEN<br>BOX 205<br>GRAYSLAKE, IL 60030-0205 | | Claim Number: 6567<br>Claim Date: 07/09/2010<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $340.00    Scheduled: ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

MARCUS, ERICA
88 WYCKOFF ST
BROOKLYN, NY 11201

Claim Number: 5093
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

MARIMOW, WILLIAM K.
1942 PANAMA STREET
PHILADELPHIA, PA 19103

Claim Number: 3830
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $37,443.28 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

---

MARK 1 RESTORATION COMPANY
1021 MARYLAND AVENUE
DOLTON, IL 60419

Claim Number: 820
Claim Date: 03/27/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $47,450.10 | Scheduled: | ****************** |
|---|---|---|---|---|

---

MARRO, ANTHONY J.
10 WEST RD, PO BOX 944
OLD BENNINGTON, VT 05201

Claim Number: 3831
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $324,038.35 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

---

MARSCH, CHRISTINE SHANEL CUST WILLIAM
KENNETH MARSCH UGMA IL
596 WHARTON DR
LAKE FOREST, IL 60045-4827

Claim Number: 6543
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| SECURED | Claimed: | $0.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | ****************** | Allowed: | $1,360.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| MARSH USA, INC.<br>ATTN: MITCHELL AUSLANDER & CHRISTOPHER<br>JEANOS C/O WILKIE FARR & GALLAGHER LLP<br>787 SEVENTH AVE<br>NEW YORK, NY 10019 | | Claim Number: 4396<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Confidential Settlement Agreement |
| UNSECURED | Claimed: | $0.00 UNDET |
| MASON, WILLIAM<br>46 EAST 21 ST.<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 5007<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension benefits |
| UNSECURED | Claimed: | $0.00 UNDET |
| MASSARO, JEFFREY M.<br>78 ROOT AVE.<br>ISLIP, NY 11751-2416 | | Claim Number: 5036<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| MATHIAS WASHINGTON COUNTY CHARITABLE<br>TRUST, THE<br>12019 BAYER DRIVE<br>SMITHSBURG, MD 21783 | | Claim Number: 5992<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $1,051,498.56 |
| MATILLA SURVIVOR TRUST, THE<br>C/O PATRICIA MORRIS<br>DANNING GILL DIAMOND & KOLLITZ, LLP<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 90067 | | Claim Number: 6139<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE | Claimed: | $8,937.53 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| MATILLA SURVIVORS TRUST<br>SHIRLEY MATILLA AS SOLE TRUSTEE<br>ERIC P ISRAEL / DANNIN GILL DIAMOND<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 900678 | | Claim Number: 6118<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7675 (01/28/2011) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $159,162.04 |

| | | |
|---|---|---|
| MATILLA SURVIVORS TRUST<br>SHIRLEY MATILLA AS SOLE TRUSTEE<br>ERIC P ISRAEL ESQ / DANNING GILL DIAMOND<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 90067 | | Claim Number: 6635<br>Claim Date: 08/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 6118 |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $171,673.07 |

| | | |
|---|---|---|
| MATILLA SURVIVORS TRUST-SHIRLEY MATILLA<br>AS SOLE TRUSTEE, C/O ERIC P. ISRAEL, ESQ<br>DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 90067 | | Claim Number: 6637<br>Claim Date: 08/03/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7675 (01/28/2011)<br>amends claim 6118 |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $171,673.07 |

| | | |
|---|---|---|
| MAXWELL, DONALD S.<br>2160 LE FLORE DRIVE<br>LA HABRA HEIGHT, CA 90631 | | Claim Number: 3832<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $375,385.65 | Scheduled:    ******************UNLIQ |

| | | |
|---|---|---|
| MAY, LIISA M.<br>15 SARATOGA ST<br>COMMACK, NY 11725 | | Claim Number: 5427<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET |
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| MAYER, MOSES TRUST<br>FBO ELIZABETH F. LIPPER<br>370 COOK STREET<br>DENVER, CO 80206 | | Claim Number: 5573<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $35,537.47 |
| MAZURKEWICZ, DANIAL<br>NICHOLS & CANE, LLP<br>REGINA C. NICHOLS, ESQ.<br>6800 JERICHO TPKE, STE 120 W<br>SYOSSET, NY 11791 | | Claim Number: 2920<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $10,000,000.00      Scheduled: ******************* UNLIQ |
| MC CRORY, JOHN J<br>187 DOLPHIN COVE QUAY<br>STAMFORD, CT 06902 | | Claim Number: 5302<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $248,000.00      Scheduled: ******************* UNLIQ |
| MCCORMICK, JO ANNA CANZONERI<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | | Claim Number: 6647<br>Claim Date: 09/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7675 (01/28/2011) |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $10,000,000,000.00  CONT<br>$40,000,000,000.00  CONT |
| MCCROHON, NANCY<br>2101 CONNECTICUT AV<br>WASHINGTON, DC 20008 | | Claim Number: 4389<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension and survivor benefits |
| PRIORITY | Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

MCDOWELL, CURTIS
166 JONES CREEK ACRES DR
FRANKLIN, NC 28734

Claim Number: 2092
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $417.45  UNLIQ |
|---|---|---|

MCGUINNESS, KATHLEEN G.
PO BOX 169
FAIRFIELD, IA 52556

Claim Number: 3833
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,800,192.32 | Scheduled: ******************* UNLIQ |
|---|---|---|---|

MCGUIRE, MARK E.
519 ORCHARD LANE
WINNETKA, IL 60093

Claim Number: 5340
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Certain Compensation and benefits in certain scenarios

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

MCINERNEY, MAUREEN
19 WAYSIDE LANE
SELDEN, NY 11784

Claim Number: 5313
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

MCKEON, JOHN C.
3522 GILLESPIE ST
DALLAS, TX 75219-4832

Claim Number: 3834
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $96,928.56 | Scheduled: ******************* UNLIQ |
|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| MCLAUGHLIN, DONALD<br>2632 NE 201ST AVENUE<br>UNIT 30<br>FAIRVIEW, OR 97024-8706 | | Claim Number: 2273<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Attached letter refers to retiree life insurance policy | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| MCLAUGHLIN, VICTORIA<br>C/O JOSEPH & HERZFELD LLP<br>757 THIRD AVENUE, 25TH FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 4929<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $10,000.00 | |
| MCLOUGHLIN, ANTOINETTE<br>266 RIDER AVE.<br>MALVERNE, NY 11565 | | Claim Number: 5131<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| MCNAIR, BILL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4926<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) | |
| UNSECURED | Claimed: | $10,000.00 | |
| MEADOWS, JACK E.<br>2225 TWELVE OAKS DR<br>FAYETTEVILLE, AR 72703 | | Claim Number: 3836<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $108,100.07 | Scheduled: ****************UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| MEANEY, THOMAS<br>124 REMSEN ST APT 13<br>BROOKLYN, NY 11201-4228 | | Claim Number: 1112<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |
| PRIORITY | Claimed: | $400.00 | |
| MEBT HOLDING LLC<br>2 GRAPEVINE LANE<br>BLOOMINGTON, IL 61704 | | Claim Number: 5897<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $54,000.00 | |
| UNSECURED | Claimed: | $0.00 | |
| MEIER, ANDREW<br>430 HENRY ST NO.2<br>BROOKLYN, NY 11231 | | Claim Number: 6263<br>Claim Date: 10/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
| UNSECURED | Claimed: | $500.00 | |
| MEIER, ANDREW<br>430 HENRY STREET., # 2<br>BROOKLYN, NY 11231 | | Claim Number: 6264<br>Claim Date: 10/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
| UNSECURED | Claimed: | $500.00 | |
| MEIER, STEPHEN C.<br>1512 BEECH STREET<br>SO PASADENA, CA 91030 | | Claim Number: 3837<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $232,480.68 | Scheduled: ******************UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | |
|---|---|---|---|---|
| MEISSNER, ROSEMARIE<br>134 SACKETT HILL RD<br>WARREN, CT 06754 | | Claim Number: 3355<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $12,073.14 | | |
| MERCER, INC.<br>PO BOX 730182<br>DALLAS, TX 75373-0182 | | Claim Number: 240<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 8091 (02/22/2011) | | |
| UNSECURED | Claimed: | $35,596.00 | Scheduled: | ****************** |
| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | | Claim Number: 797<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $15,634.45 | | |
| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | | Claim Number: 935<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 797 | | |
| UNSECURED | Claimed: | $16,041.31 | Scheduled: | ****************** |
| MERRILL LYNCH CAPITAL CORPORATION<br>ATTN: MICHAEL O'BRIEN<br>4 WORLD FINANCIAL CENTER<br>250 VESEY STREET<br>NEW YORK, NY 10080 | | Claim Number: 4331<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,619,060,109.29 UNLIQ | Scheduled: | ****************** UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| MERRITT GB1 LLC<br>2066 LORD BALTIMORE DR<br>BALTIMORE, MD 21244 | Claim Number: 3644<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | |
| UNSECURED | Claimed: | $395.92 |
| MET TESTING (CALVERT ST.)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | Claim Number: 2114<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | |
| UNSECURED | Claimed: | $2,445.00 |
| MET TESTING (SUN PARK)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | Claim Number: 2115<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | |
| UNSECURED | Claimed: | $2,277.00 |
| METCALFE, FRIEDA A.<br>MYRON B. DEWITT, ESQ.<br>DEWITT & CORDNER<br>PO BOX 244<br>SUSQUEHANNA, PA 18847 | Claim Number: 6518<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>CLAIM AMOUNT IS $190.68 PER MONTH | |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| METHOT, PAUL B<br>1357 S INDIANA PKWY<br>CHICAGO, IL 60605-2619 | Claim Number: 6495<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $3,808.00      Scheduled:  ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| MEUSER, MEGAN LOUISE<br>1328 S PARK AVE<br>SPRINGFIELD, IL 62704-3462 | | Claim Number: 6603<br>Claim Date: 07/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: ****************** |
|---|---|---|---|

| | | |
|---|---|---|
| MEYER, DANNY & KELLY<br>8891 LEE REEVES RD<br>TALLAHASSEE, FL 32309 | | Claim Number: 5967<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $60,897.60 |
|---|---|---|

| | | |
|---|---|---|
| MICROSOFT CORPORATION<br>ATTN: MARC BARRECA<br>K&L GATES LLP<br>925 FOURTH AVE, SUITE 2900<br>SEATTLE, WA 98104 | | Claim Number: 4672<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $36,494,101.15 CONT |
|---|---|---|

| | | |
|---|---|---|
| MICROSOFT CORPORATION AND MICROSOFT<br>LICENSING, GP<br>C/O MARIA ANN MILANO - RIDDELL WILLIAMS<br>1001 4TH AVE STE 4500<br>REDMOND, WA 98052 | | Claim Number: 4296<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $4,214,723.11 CONT | Scheduled: ****************** |
|---|---|---|---|

| | | |
|---|---|---|
| MIKE ANTHONY PHOTO LLC<br>MICHAEL ANTHONY MOFFA<br>1003 CORKWOOD DRIVE<br>OVIEDO, FL 32765 | | Claim Number: 490<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2123 (09/16/2009) |

| PRIORITY | Claimed: | $150.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| MIKLISH, BRENDA<br>415 ARCH AVE<br>GREENSBURG, PA 15601 | | Claim Number: 24<br>Claim Date: 12/22/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| PRIORITY | Claimed: | $360.00 |
| MILAN, JOHN M., AS TRUSTEE<br>THE JOHN M. MILAN AND DIANE N. MILAN<br>LIVING TRUST<br>7520 CARMENITA LN<br>WEST HILLS, CA 91304 | | Claim Number: 4848<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,975.00 |
| MILAN, JOHN M., AS TRUSTEE<br>THE JOHN M. MILAN AND DIANE N. MILAN<br>LIVING TRUST<br>7520 CARMENITA LN<br>WEST HILLS, CA 91304 | | Claim Number: 5822<br>Claim Date: 06/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,975.00 |
| MILLARD CHICAGO WINDOW CLEANING<br>ATTN: MARISELL ACUESTA<br>7301 N. CICERO AVE<br>LINCOLONWOOD, IL 60712 | | Claim Number: 3193<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $5,071.00           Scheduled: ****************** |
| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 526<br>Claim Date: 01/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) |
| UNSECURED | Claimed: | $250,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 688<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) |
| UNSECURED | Claimed: | $250,000.00 UNLIQ |
| MILLER, JERRY H.<br>924 MOUNTAIN TERRACE<br>HURST, TX 76053 | | Claim Number: 5877<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $202,992.00 |
| MILLER, SANDRA H.<br>1 PERKINS AVE.<br>AMITYVILLE, NY 11701 | | Claim Number: 5332<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension |
| UNSECURED | Claimed: | $0.00 UNDET |
| MILLROD, JACK<br>56 AMERICAN AVE<br>CORAM, NY 11727 | | Claim Number: 5087<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | | Claim Number: 200<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $993.96 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | | |
|---|---|---|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE
GENERAL COUNSEL'S OFFICE
PO BOX 475
JEFFERSON CITY, MO 65105-0475 | | Claim Number: 6672
Claim Date: 11/08/2010
Debtor: TRIBUNE COMPANY | | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $9,514.58 | |
| UNSECURED | Claimed: | $16,930.59 | |

| | | |
|---|---|---|
| MITCHEL & STRANGE LLP BOOTH
SETH W. WHITAKER
707 WILSHIRE BOULEVARD
SUITE 4450
LOS ANGELES, CA 90017 | | Claim Number: 3331
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010) |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,559.45 | | Allowed: | $4,164.85 |

| | | |
|---|---|---|
| MITCHELL, SR., KEIFFER J., AS PR OF THE
ESTATE OF PARREN J. MITCHELL
LARRY GIBSON, ESQ. & JOHN LEIDIG, ESQ.
36 SO. CHARLES ST., SUITE 2000
BALTIMORE, MD 21201 | | Claim Number: 878
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,000,000.00 |

| | | |
|---|---|---|
| MITTLEMAN, ILEENE H
525 EAST 82ND ST APT 9H
NEW YORK, NY 10028-7158 | | Claim Number: 6594
Claim Date: 07/16/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7674 (01/28/2011) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | ******************** |

| | | |
|---|---|---|
| MLRP PENNY LANE LLC, A DELAWARE LLC
RE: SCHAUMBURG 1717 PENNY LN.
C/O ML REALTY PARTNERS, LLC
ONE PIERCE PLACE, SUITE 450
ITASCA, IL 60143 | | Claim Number: 2650
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $100,493.27 CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| MOLINET, JASON A.<br>50 GILBERT ST.<br>NORTHPORT, NY 11768 | | Claim Number: 5043<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00  UNDET | |
| MOLINET, VIRGINIA A (NEE DUNLEAVEY)<br>50 GILBERT ST.<br>NORTHPORT, NY 11768 | | Claim Number: 5044<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00  UNDET | |
| MOLVAR, JANIE<br>17625 PALADIN DR<br>BEND, OR 97701-9132 | | Claim Number: 3838<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $843,787.40 | Scheduled:  ****************** |
| MOLVAR, ROGER H.<br>13113 SOUTH ECHO LAKE ROAD<br>SNOHOMISH, WA 98296 | | Claim Number: 3839<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $560,764.12 | Scheduled:  ******************UNLIQ |
| MONEY SERVICE CENTERS OF HAWAII, INC.<br>4-901 G KUHIO HWY.<br>KAPAA, HI 96746 | | Claim Number: 416<br>Claim Date: 02/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | |
| UNSECURED | Claimed: | $800.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

MONICA R. MOCERI REVOCABLE TRUST
3555 FOREST HILL RD
BLOOMFIELD HILLS, MI 48302

Claim Number: 5635
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $50,826.88 |
|---|---|---|

MONROE COUNTY TREASURER
100 W KIRKWOOD AVE, COURTHOUSE RM 204
BLOOMINGTON, IN 47404-5140

Claim Number: 783
Claim Date: 03/20/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $479.98 |
|---|---|---|

MONSMA, DURHAM J.
10305 WYSTONE AVE.
PORTER RANCH, CA 91326

Claim Number: 3840
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $107,492.11 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

MONSTER INC.
5 CLOCK TOWER PLACE
SUITE 500
MAYNARD, MA 01754

Claim Number: 1544
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| UNSECURED | Claimed: | $35,000.00 | Allowed: | $3,164.38 |
|---|---|---|---|---|

MOORE, DARRYL
155 EAST GREENWICH ST.
APT 314
HEMPSTEAD, NY 11550

Claim Number: 1790
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| ADMINISTRATIVE | Claimed: | $5,084.61 |
|---|---|---|
| PRIORITY | Claimed: | $5,084.61 |
| TOTAL | Claimed: | $5,084.61 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| MOORE, ELIZABETH K.<br>75 S. PENATAQUIT AVE<br>BAY SHORE, NY 11706 | | Claim Number: 5132<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| MORGAN STANLEY & CO., INC<br>ATTN: STEPHEN O'CONNOR / GENERAL COUNSEL<br>1585 BROADWAY, 3RD FL<br>NEW YORK, NY 10036 | | Claim Number: 5034<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| SECURED | Claimed: | $0.00 UNDET |
| MORGAN STANLEY CAPITAL SERVICES, INC<br>ATTN: SIMON PLATEL, GENERAL COUNSEL<br>1585 BROADWAY, 3RD FLOOR<br>NEW YORK, NY 10036 | | Claim Number: 5027<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Various claims including protective claim of $41+million for 7.5% |
| SECURED | Claimed: | $0.00 UNDET |
| MORGAN, MARY T<br>1 LAFAYETTE ST<br>HUDSON FALLS, NY 12839 | | Claim Number: 6033<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00 UNDET |
| MORITSUGU, HENRY O.<br>92 CLAYDON ROAD<br>GARDEN CITY, NY 11530-1807 | | Claim Number: 5133<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| MORNINGSTAR, COLLEEN<br>1460 NE 57TH CT<br>FT. LAUDERDALE, FL 33334 | | Claim Number: 6471<br>Claim Date: 05/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| SECURED | Claimed: | $10,005.64 |
| MORTON S. COX, JR. IRA<br>P.O. BOX 590<br>PINCKNEY, MI 48169 | | Claim Number: 5637<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $76,151.72 |
| MOSS, GERALD<br>7030 N PENNSYLVANIA STREET<br>INDIANAPOLIS, IN 46220 | | Claim Number: 6527<br>Claim Date: 06/11/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7673 (01/28/2011) |
| PRIORITY | Claimed: | $55,012.94 |
| MULLOOLY, PATRICK<br>153 CHESTNUT STREET<br>GARDEN CITY, NY 11530 | | Claim Number: 5321<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | | Claim Number: 904-01<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| UNSECURED | Claimed: | $9,530.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | | Claim Number: 904-02<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| UNSECURED | Claimed: | $158.06 |
| MUNGARIAN, JOHN M. - SEP-IRA<br>FIDELITY MANAGEMENT TRUST CO - CUSTODIAN<br>4460 LA JOLLA<br>PENSACOLA, FL 32504 | | Claim Number: 897<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $20,000.00 |
| MURPHY, JENNIFER<br>418 N PINE LAKE DR<br>PATCHOGUE, NY 11772 | | Claim Number: 6460<br>Claim Date: 04/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| UNSECURED | Claimed: | $0.00 UNDET        Scheduled: ****************** DISP CONT |
| MURPHY, JOHN R.<br>P.O. BOX 30927<br>SEA ISLAND, GA 31561 | | Claim Number: 3842<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $1,259,218.77 |
| MURRAY, CARYN EVE<br>2 WALLINGFORD DRIVE<br>MELVILLE, NY 11747 | | Claim Number: 5134<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                                    Date: 02/28/2011
Alphabetical Claims Register for The Tribune Company (08-13141)

---

MUSSMAN, KRISTIN L                          Claim Number: 6505
36 WILDROSE AVE                             Claim Date: 06/01/2010
SOUTH PORTLAND, ME 04106-6618               Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,406.00 | Scheduled: | ****************** |
|---|---|---|---|---|

MYERS, SIDNEY                               Claim Number: 6602
7842 FISHER ISLAND DR                       Claim Date: 07/23/2010
FISHER ISLAND, FL 33109                     Debtor: TRIBUNE COMPANY
                                            Comments: DOCKET: 7673 (01/28/2011)

| UNSECURED | Claimed: | $102.00 | | |
|---|---|---|---|---|

NAGEL, CONRAD F. III                        Claim Number: 3369
2841 APPLE BLOSSOM DR.                      Claim Date: 06/01/2009
ALVA, FL 33920                              Debtor: TRIBUNE COMPANY
                                            Comments: EXPUNGED
                                            DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $18,000.00 UNLIQ | | |
|---|---|---|---|---|

NAKELSKI, CHESTER, DBA C.J. NAKELSKI,       Claim Number: 5864
INC.                                        Claim Date: 06/18/2009
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO    Debtor: TRIBUNE COMPANY
80-02 KEW GARDENS ROAD                      Comments: EXPUNGED
KEW GARDENS, NY 11415                       DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $57,044.00 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

NAPER SMALL BUSINESS, LLC                   Claim Number: 6081
1805 HIGH GROVE LANE                        Claim Date: 07/13/2009
NAPERVILLE, IL 60540                        Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $40,636.70 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

NASH, JOHN T.
HC 1 BOX 126
KAUNAKAKAI, HI 96748-8603

Claim Number: 3843
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $373,594.11 | Scheduled: | ****************** |

NATIONAL DECORATING SERVICE INC
2210 CAMDEN COURT
ATTN: LEO HART
OAK BROOK, IL 60523-1272

Claim Number: 1405
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,400.00 |

NATIONAL FINANCIAL SERVICES
FBO PAUL M MOHME
709 LAKE STREET
SAN FRANCISCO, CA 94118

Claim Number: 3370
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,153.02 |

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

Claim Number: 4290
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| UNSECURED | Claimed: | $387,987.70 |

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

Claim Number: 6550
Claim Date: 06/29/2010
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $387,987.70 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1233<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,000.00 | Scheduled: | ****************** |

| | | |
|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1234<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | ****************** |

| | | |
|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1235<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | ****************** |

| | | |
|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1236<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | Scheduled: | ****************** |

| | | |
|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1237<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,800.00 | Scheduled: | ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD STE A 300
VALENCIA, CA 91355

Claim Number: 1238
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,400.00 | Scheduled: | ****************** |

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD STE A 300
VALENCIA, CA 91355

Claim Number: 1239
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,100.00 | Scheduled: | ****************** |

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD STE A 300
VALENCIA, CA 91355

Claim Number: 1240
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,900.00 | Scheduled: | ****************** |

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD STE A 300
VALENCIA, CA 91355

Claim Number: 1241
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: | ****************** |

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD STE A 300
VALENCIA, CA 91355

Claim Number: 1242
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,000.00 | Scheduled: | ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1243<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,617.00 | Scheduled: | ****************** | | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1244<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $7,745.00 | Scheduled: | ****************** | | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1245<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | ****************** | | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1246<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
| UNSECURED | Claimed: | $2,900.00 | Scheduled: | ****************** | Allowed: | $1,299.52 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1247<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $2,800.00 | Scheduled: | ****************** | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1248
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $60,294.00 | Scheduled: | ******************* |
|---|---|---|---|---|

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1249
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $104,000.00 | Scheduled: | ******************* |
|---|---|---|---|---|

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1250
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,600.00 | Scheduled: | ******************* |
|---|---|---|---|---|

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1251
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,855.64 | Scheduled: | ******************* |
|---|---|---|---|---|

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1252
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,029.16 | Scheduled: | ******************* |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| NEASI WEBER INTERNATIONAL | Claim Number: 1253 | |
| 25115 AVE STANFORD STE A 300 | Claim Date: 04/21/2009 | |
| VALENCIA, CA 91355 | Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $2,413.10 | Scheduled: | ****************** |
|---|---|---|---|---|

| | | |
|---|---|---|
| NEASI WEBER INTERNATIONAL | Claim Number: 1254 | |
| 25115 AVE STANFORD STE A 300 | Claim Date: 04/21/2009 | |
| VALENCIA, CA 91355 | Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $800.00 | Scheduled: | ****************** |
|---|---|---|---|---|

| | | |
|---|---|---|
| NEASI WEBER INTERNATIONAL | Claim Number: 1255 | |
| 25115 AVE STANFORD STE A 300 | Claim Date: 04/21/2009 | |
| VALENCIA, CA 91355 | Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $2,140.41 | Scheduled: | ****************** |
|---|---|---|---|---|

| | | |
|---|---|---|
| NEASI WEBER INTERNATIONAL | Claim Number: 1256 | |
| 25115 AVE STANFORD STE A 300 | Claim Date: 04/21/2009 | |
| VALENCIA, CA 91355 | Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $1,420.02 | Scheduled: | ****************** |
|---|---|---|---|---|

| | | |
|---|---|---|
| NEASI WEBER INTERNATIONAL | Claim Number: 1257 | |
| 25115 AVE STANFORD STE A 300 | Claim Date: 04/21/2009 | |
| VALENCIA, CA 91355 | Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $1,815.06 | Scheduled: | ****************** |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1258<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $1,698.47 | Scheduled: ****************** |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1259<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $1,407.62 | Scheduled: ****************** |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1260<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $40,196.00 | Scheduled: ****************** |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1261<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $19,200.00 | Scheduled: ****************** |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1262<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $62,400.00 | Scheduled: ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1263<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | ****************** |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1266<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $12,200.00 | Scheduled: | ****************** |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1267<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $11,400.00 | Scheduled: | ****************** |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1268<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $14,000.00 | Scheduled: | ****************** |
| NEELY, JACK W<br>41121 BRYN BACH LN<br>LEESBURG, VA 20175-8747 | | Claim Number: 3845<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $8,957.24 | Scheduled: | ****************** UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

NEIBERGALL, BRENDAN DOUGLAS
1328 S PARK AVE
SPRINGFIELD, IL 62704-3462

Claim Number: 6604
Claim Date: 07/23/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7674 (01/28/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | ****************** |

NEIBERGALL, GABRIEL HANSEN
3201 58TH ST S
APT 159
GULFPORT, FL 33707-6041

Claim Number: 6552
Claim Date: 07/02/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | ****************** |

NEIGHBORS, THOMAS F &
GWEN C WINTER-NEIGHBORS JT TEN
26 CHARTERHOUSE AVE
PIEDMONT, SC 29673-9139

Claim Number: 6534
Claim Date: 06/18/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | ****************** |

NEILSON, LAURA
58 E 1ST ST  NO.6C
NEW YORK, NY 10003

Claim Number: 1026
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $75.00 |

NELSON, GARY H.
9299 MOORING CIRCLE
FORT MYERS, FL 33967

Claim Number: 5719
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,299.20 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5720<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $19,284.24 |
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5721<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $18,269.28 |
| NETTIMI, SOUMYA<br>2941 GRAY ST<br>OAKTON, VA 22124 | | Claim Number: 4896<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,149.60 |
| NEUMAN, CHRIS<br>C/O MOSKOWITZ LAW GROUP, KAREN MOSKOWITZ<br>JUDITH SALKOW SHAPIRO, PC<br>1010 LEXINGTON ROAD<br>BEVERLY HILLS, CA 90210 | | Claim Number: 4859<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4892 (06/28/2010) |
| UNSECURED | Claimed: | $1,500,000.00 UNLIQ    Scheduled: ******************* UNLIQ |
| NEW JERSEY DEPARTMENT OF THE TREASURY<br>PROPERTY ADMINISTRATION<br>CN 214<br>TRENTON, NJ 08646 | | Claim Number: 3113<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00  UNDET    Scheduled: ******************* UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 67 Claim Date: 12/29/2008 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $0.79 |
| UNSECURED | Claimed: | $761.56 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 950 Claim Date: 04/13/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $322,942.07 UNLIQ |
| UNSECURED | Claimed: | $96,661.64 UNLIQ |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 3462 Claim Date: 06/03/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $323,473.78 UNLIQ |
| UNSECURED | Claimed: | $96,986.64 UNLIQ |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 3600 Claim Date: 06/05/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 5689 (09/14/2010) |
| ADMINISTRATIVE | Claimed: | $23.62 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 4895 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4417 (05/14/2010) |
| PRIORITY | Claimed: | $2,681,770.78 |
| UNSECURED | Claimed: | $262,294.64 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6442<br>Claim Date: 03/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7675 (01/28/2011)<br>Amends claim 4895 |
| PRIORITY | Claimed: | $2,681,770.78 |
| UNSECURED | Claimed: | $292,587.78 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6568<br>Claim Date: 07/12/2010<br>Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE | Claimed: | $1,251.73 UNLIQ |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6684<br>Claim Date: 01/14/2011<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $2,681,770.78 |
| UNSECURED | Claimed: | $291,926.14 |
| NEWSDAY LLC ATTN: DAVID KNIFFIN 235 PINELAWN RD MELVILLE, NY 11747 | | Claim Number: 5765<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $43,313.54 |
| NEWSDAY LLC ATTN: DAVID KNIFFIN 235 PINELAWN RD MELVILLE, NY 11747 | | Claim Number: 5766<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $35,400.97 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | | Claim Number: 5767<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,249.87 | |

---

| NIESE, WILLIAM A.<br>6061 LAKE VISTA DRIVE<br>BONSALL, CA 92003 | | Claim Number: 3846<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,894,702.51 | Scheduled: ******************* UNLIQ |

---

| NILES, NICHOLAS H.<br>THE BLOOMING GROVE CLUB<br>123 OLD FIELD ROAD<br>HAWLEY, PA 18428 | | Claim Number: 3847<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|---|
| UNSECURED | Claimed: | $43,691.01 | Scheduled: ******************* UNLIQ |

---

| NOLLIE, YOLANDA<br>814 MARGARET SQUARE<br>WINTER PARK, FL 32789 | | Claim Number: 1579<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,375.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $2,425.00 |
| TOTAL | Claimed: | $13,375.00 |

---

| NOLLIE, YOLANDA<br>814 MARGARET SQUARE<br>WINTER PARK, FL 32789 | | Claim Number: 1580<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,375.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $2,425.00 |
| TOTAL | Claimed: | $13,375.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

NORRIS, JAMES
121 TAFT CRESCENT
CENTERPORT, NY 11721

Claim Number: 3814
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $244,398.59 | Scheduled: | ****************** |

NORTH DALLAS BANK & TRUST CO.
ATTN: KELLY L. GREEN
12900 PRESTON RD.
DALLAS, TX 75230

Claim Number: 2261
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 266

| UNSECURED | Claimed: | $41,457.84 |

NORTH HILLS INDUSTRIAL PARK, INC
RE: NORTH HILLS 16715 SCHOENB
C/O CASTLE ARCH REAL ESTATE INVESTMENTS
9595 WILSHIRE BLVD STE 1000
BEVERLY HILLS, CA 90212

Claim Number: 4665
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $6,826.62 |

NORTHERN TRUST COMPANY, THE
ATTN: TREASURY MANAGEMENT SERVICES
50 S. LASALLE STREET
CHICAGO, IL 60603

Claim Number: 839-02
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $2,181.94 |

NORTHERN TRUST COMPANY, THE
ATTN: JOHN A. PILIPONIS
50 SOUTH LASALLE STREET, M-9
CHICAGO, IL 60603

Claim Number: 3479
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $150,895.94 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | |
|---|---|---|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE CO<br>C/O E. KEITH HARWELL<br>SEEFRIED PROPERTIES INC.<br>7101 PRESIDENTS DRIVE, SUITE 105<br>ORLANDO, FL 32809 | | Claim Number: 888<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY | | |
| SECURED | Claimed: | $4,428.00 | | |
| UNSECURED | Claimed: | $56,185.63 | | |

| | | | | |
|---|---|---|---|---|
| NOYES, SUSAN BLANKENBAKER<br>BOX 51<br>WILMETTE, IL 60091-0051 | | Claim Number: 6654<br>Claim Date: 09/27/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,700.00 | Scheduled: | ****************** |

| | | | | |
|---|---|---|---|---|
| NUCKOLS, JAMES<br>1740 DYLAN WAY<br>ENCINITAS, CA 92024-6201 | | Claim Number: 3815<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $159,526.04 | Scheduled: | ****************** UNLIQ |

| | | | | |
|---|---|---|---|---|
| NUCOMM, INC.<br>101 BILBY RD<br>HACKETTSTOWN, NJ 07840 | | Claim Number: 4122<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| UNSECURED | Claimed: | $4,778.51 | | |

| | | | | |
|---|---|---|---|---|
| NULSEN, JOHN<br>ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER<br>1221 LOCUST ST., 2ND FL<br>SAINT LOUIS, MO 63103 | | Claim Number: 3273<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $1,286.00 | | |
| UNSECURED | Claimed: | $1,286.00 | | |
| TOTAL | Claimed: | $1,286.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| NYC DEPT. OF FINANCE, AUDIT DIVISION<br>ATTN: BANKRUPTCY UNIT<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 5972<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 3021 | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,830,123.00 UNLIQ | |

---

| O'NEILL, MICHAEL<br>23 CAYUGA RD<br>SCARSDALE, NY 10583-6941 | | Claim Number: 2717<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
|---|---|---|---|
| PRIORITY | Claimed: | $96,070.00 | |
| SECURED | Claimed: | $96,070.00 | |
| TOTAL | Claimed: | $96,070.00 | |

---

| O'NEILL, MICHAEL<br>23 CAYUGA ROAD<br>SCARSDALE, NY 10583 | | Claim Number: 2937<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | |
|---|---|---|---|
| PRIORITY | Claimed: | $118,284.00 | |
| SECURED | Claimed: | $118,284.00 | |
| UNSECURED | | | Scheduled: ******************* UNLIQ |
| TOTAL | Claimed: | $118,284.00 | |

---

| O'NEILL, NANCY<br>4 CORTE LAS CASAS<br>TIBURON, CA 94920-2012 | | Claim Number: 3817<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|---|
| UNSECURED | Claimed: | $473,600.44 | Scheduled: ******************* |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

O'SULLIVAN, ROBERT
304 JEFFERSON CT.
EDGEWATER, NJ 07020

Claim Number: 3818
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $317,971.62 | Scheduled: | ****************** |
|---|---|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587-01
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $2,827,161.00 UNLIQ |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $5,587,879.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | ****************** |

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4587-05
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $24,412,121.00 UNLIQ |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587-04
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $7,022,053.00 UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

OCE NORTH AMERICA, INC.
ATTN: LEE-ANN PETERICK
5600 BROKEN SOUND BLVD
BOCA RATON, FL 33487

Claim Number: 313
Claim Date: 01/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $15,717.18 |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587-02
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $28,983,367.00 UNLIQ |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587-03
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $82,116,241.00 UNLIQ |
|---|---|---|

OFFOR, KINGSLEY
15 CHABLIS DRIVE
DIX HILLS, NY 11746

Claim Number: 1133
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $12,985.00 |
|---|---|---|

OFFOR, KINGSLEY N
15 CHABLIS DRIVE
DIX HILLS, NY 11746

Claim Number: 2378
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $29,827.00 |
|---|---|---|

OGLESBY, ROGER D
117 E LOUISA ST # 342
SEATTLE, WA 98102-3203

Claim Number: 3816
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $47,034.01 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

OHIO DEPARTMENT OF TAXATION
CHARLES W. RHILINGER JR.
30 EAST BROAD STREET
COLUMBUS, OH 43215

Claim Number: 241
Claim Date: 01/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| PRIORITY | Claimed: | $26,219.18 |
|---|---|---|

OHIO DEPARTMENT OF TAXATION
REBECCA L DAUM, ATTORNEY-BANKRUPTCY DIV.
PO BOX 530
COLUMBUS, OH 43216-0530

Claim Number: 6626
Claim Date: 07/27/2010
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $10,115.07 |
|---|---|---|

OHIO DEPARTMENT OF TAXATION
REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530

Claim Number: 6656
Claim Date: 10/04/2010
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $10,112.88 |
|---|---|---|

OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
P.O. BOX 530
COLUMBUS, OH 43216

Claim Number: 6657
Claim Date: 10/04/2010
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 241

| PRIORITY | Claimed: | $6,110.48 |
|---|---|---|
| UNSECURED | Claimed: | $1,124.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| OMNITURE, INC.<br>KYLE PANKRATZ,<br>550 EAST TIMPANOGOS CIRCLE<br>OREM, UT 84097 | Claim Number: 4987<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | |
| UNSECURED            Claimed: | $11,500.00 | |
| ON TIME SOLUTIONS, INC.<br>CLAUDINE MCCARTHY<br>40 HASTINGS LANE<br>BOYNTON BEACH, FL 33426 | Claim Number: 291<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | |
| UNSECURED            Claimed: | $65.00 | |
| ORACLE USA, INC.<br>BUCHALTER NEMER P.C.<br>SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>SAN FRANCISCO, CA 94105 | Claim Number: 3275<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED            Claimed: | $8,560.19 | |
| ORANGE COUNTY TAX COLLECTOR<br>EARL K. WOOD<br>200 SOUTH ORANGE AVENUE<br>POST OFFICE BOX 2551<br>ORLANDO, FL 32802 | Claim Number: 487<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY | |
| SECURED            Claimed: | $577.42  UNLIQ | |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | Claim Number: 2214<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE            Claimed: | $891,563.33  UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | Claim Number: 2249<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $557.51 |
| SECURED | Claimed: | $0.00 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | Claim Number: 2628<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| PRIORITY | Claimed: | $557.51 |
| SECURED | Claimed: | $0.00 |
| ORLANDO MAGIC, LTD.<br>ZACHARY J. BANCROFT, ESQ.;<br>LOWNDES DROSDICK, ET AL.;<br>P.O. BOX 2809<br>ORLANDO, FL 32802 | Claim Number: 2845<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | |
| UNSECURED | Claimed: | $13,059.68 |
| ORTEZ, ALBERTO M. JR.<br>22 FLORAL AVE.<br>HUNTINGTON, NY 11743 | Claim Number: 5324<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00 UNDET |
| OTIS ELEVATOR COMPANY, ET AL<br>ATTN: TREASURY SERVICES - J. PARENT<br>1 FARMS SPRINGS, 3RD FLOOR<br>FARMINGTON, CT 06032 | Claim Number: 237<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED | Claimed: | $3,679.60 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

OWEN, JOHN R. - SEP-IRA
840 S. COLLIER BLVD #1104
MARCO ISLAND, FL 34145

Claim Number: 3023
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $6,595.00 |
|---|---|---|

---

OXENDINE, JACQUELYN ESQ
1327 PRESCOTT ST. SO.
SAINT PETERSBURG, FL 33712

Claim Number: 5012
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000,000.00 | Scheduled: ******************UNLIQ |
|---|---|---|---|

---

PADGETT, TANIA
68-36  108TH ST., APT. B51
FOREST HILLS, NY 11375

Claim Number: 5046
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

PALAGANO, THOMAS
4242 EAST-WEST HWY #817
CHEVY CHASE, MD 20815

Claim Number: 5593
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $71,047.20 |
|---|---|---|

---

PALERMINI, ROBERT
265 ARROYO PARKWAY
#304
PASADENA, CA 91105

Claim Number: 2999
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $359.62 | Scheduled: ****************** |
|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| PALKA, EDWARD & KATHRYN E.<br>2893 SLEEPY HOLLOW DRIVE<br>GREEN BAY, WI 54311-6535 | | Claim Number: 6535<br>Claim Date: 06/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | ****************** | Allowed: | $170.00 |
| PANDOLFI, FRANCIS P.<br>168 WATER STREET<br>STONINGTON, CT 06378-1210 | | Claim Number: 1546<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $172,194.00 | Scheduled: | ****************** UNLIQ | | |
| PARAMOUNT RODEO REALTY, INC.<br>600 N SEPULVEDA BLVD<br>BEL AIR, CA 90049 | | Claim Number: 2426<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $65.45 | Scheduled: | ****************** | | |
| PARKS, MICHAEL<br>1211 S EUCLID AVENUE<br>PASADENA, CA 91106 | | Claim Number: 3819<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $1,963,183.90 | Scheduled: | ****************** UNLIQ | | |
| PARO, JEFFREY N.<br>30 QUAKER ROAD<br>SHORT HILLS, NJ 07078-1955 | | Claim Number: 3820<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $57,050.82 | Scheduled: | ****************** UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | |
|---|---|---|---|---|
| PARSONS, LEIF<br>223 MONITOR ST  2ND FLOOR<br>BROOKLYN, NY 11222 | | Claim Number: 4282<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | ******************* |
| PARSONS, WILLIAM H<br>4444 BRENDENWOOD RD<br>APT 207<br>ROCKFORD, IL 61107-2266 | | Claim Number: 6553<br>Claim Date: 07/02/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | ******************* |
| PASTIER, JOHN<br>241 S 12TH ST<br>SAN JOSE, CA 95112 | | Claim Number: 6499<br>Claim Date: 05/25/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,904.00 | Scheduled: | ******************* |
| PATINELLA, JOHN F.<br>13061 PEBBLEBROOK POINT CIR # 202<br>FORT MYERS, FL 33905-6305 | | Claim Number: 3821<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $150,001.24 | Scheduled: | *******************UNLIQ |
| PATSCHKE, RONALD B. IRA<br>GUARANTEE & TRUST CO.<br>2801 COOL RIVER LOOP<br>ROUND ROCK, TX 78665 | | Claim Number: 4847<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| PATTISHALL MCAULIFFE NEWBERRY HILLIARD AND GERALDSON<br>311 S WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 2255<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | |
| UNSECURED | Claimed: | $1,280.57 | |
| PAYNE, JANETTE O.<br>27 BUTTONWOOD DR.<br>DIX HILLS, NY 11746 | | Claim Number: 3822<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $35,393.07 | Scheduled: ******************UNLIQ |
| PECHA, FRANK J. & CAMILLE A.<br>JT TEN<br>21300 BRUSH LAKE DR<br>CRESTHILL, IL 60403 | | Claim Number: 6693<br>Claim Date: 02/14/2011<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY<br>UNSECURED | Claimed: | $7,072.00 | Scheduled: ****************** |
| PELIZZA, ELLEN<br>5300 EMERYWOOD DR<br>BUENA PARK, CA 90621 | | Claim Number: 3823<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $67,546.24 | Scheduled: ******************UNLIQ |
| PELLINO, LOUIS<br>P.O. BOX 75<br>HICKSVILLE, NY 11802 | | Claim Number: 2078<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | |
| PRIORITY | Claimed: | $0.00  UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

PENNINGTON, STEPHEN
3005B HIRTER RD
ST JOSEPH, MO 64506-1552

Claim Number: 6507
Claim Date: 06/01/2010
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $68.00 | Scheduled: | ****************** |
|---|---|---|---|---|

PENNSYLVANIA TREASURY
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105

Claim Number: 4728
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4799
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $749,700,000.00 UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4800
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4801
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4802<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE          Claimed: | $33,000,000.00 UNLIQ | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4803<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE          Claimed: | $0.00 UNLIQ | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4804<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE          Claimed: | $0.00 UNLIQ | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4805<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE          Claimed: | $4,500,000.00 UNLIQ | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4806<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE          Claimed: | $0.00 UNLIQ | |

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4807<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4808<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,500,000.00  UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4809<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4810<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4811<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $200,000.00  UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4812<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4813<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4814<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4815<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4816<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| PEOPLES GAS LIGHT & CO.<br>NORTH SHORE GAS CO.<br>130 E. RANDOLPH DR<br>CHICAGO, IL 60601 | | Claim Number: 6187<br>Claim Date: 08/25/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED | Claimed: | $49,607.51 | |
| PEOPLES GAS LIGHT AND COKE CO.<br>NORTH SHORE GAS CO.<br>130 E. RANDOLPH DR.<br>CHICAGO, IL 60601 | | Claim Number: 6270<br>Claim Date: 09/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
| UNSECURED | Claimed: | $52,809.15 | |
| PEPER, GEORGE F.<br>9A GIBSON PLACE<br>ST ANDREWS, KY169JE<br>UNITED KINGDOM | | Claim Number: 3010<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $102,842.00 | Scheduled: ******************UNLIQ |
| PEPER, GEORGE F.<br>9A GIBSON<br>ST ANDREWS, KY169JE<br>UNITED KINGDOM | | Claim Number: 3011<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED | Claimed: | $0.00  UNDET | |
| PERELLE & GRANVILLE LIVING TRUST<br>DIANE GRANVILLE TTEE<br>601 E. BRANCH RD<br>PATTERSON, NY 12563 | | Claim Number: 4980<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $10,500.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

PEREZ, ROBERT
JAMES SORENSON, ESQ. AND D. TYLER VAN
LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.
PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 5661
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68,701.71 |
|---|---|---|

---

PERRUSO, CAROL
376 ULTIMO AVENUE
LONG BEACH, CA 90814

Claim Number: 3824
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $93,718.73 | Scheduled: ****************** UNLIQ |
|---|---|---|---|

---

PERRY, VICTOR A.
115 17TH STREET, NE
ATLANTA, GA 30309

Claim Number: 3825
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $32,377.21 |
|---|---|---|

---

PERSONAL PLUS, INC.
SQUIRE, SANDERS & DEMPSEY LLP
C/O KELLY SINGER
40 N. CENTRAL AVE., # 2700
PHOENIX, AZ 85004

Claim Number: 5606
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3526 (02/24/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

PETERSON, MAUREEN G.
7 BARNES RD W
STAMFORD, CT 06902-1243

Claim Number: 3826
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $594,751.05 | Scheduled: ****************** UNLIQ |
|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

PETRY, LYNN A.
70 ROY AVE.
MASSAPEQUA, NY 11758

Claim Number: 5317
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

---

PETTY, MARTHA A.
5933 SEABIRD DRIVE SOUTH
GULFPORT, FL 33707

Claim Number: 3827
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $149,885.51 | Scheduled: | ******************UNLIQ |
|-----------|----------|-------------|------------|-------------------------|

---

PHELPS, CAROLE
175 TIMROD ROAD
MANCHESTER, CT 06040

Claim Number: 5951
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| PRIORITY | Claimed: | $11,457.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $1,488,543.00 |

---

PITNEY BOWES CREDIT CORP
ATTN: RECOVERY DEPT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 885
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $4,294.97 |
|-----------|----------|-----------|

---

PITNEY BOWES CREDIT CORPORATION
27 WATERVIEW DRIVE
ATTN: RECOVERY DEPARTMETN
SHELTON, CT 06484

Claim Number: 884
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,000.00 |
|-----------|----------|-----------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | | Claim Number: 945<br>Claim Date: 04/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| UNSECURED | Claimed: | $2,116.45 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | | Claim Number: 684<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 689 |
| PRIORITY | Claimed: | $211.40 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | | Claim Number: 689<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011) |
| PRIORITY | Claimed: | $211.40 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | | Claim Number: 835<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8065 |
| PRIORITY | Claimed: | $1,356.30 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | | Claim Number: 882<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $351.90 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN: RECOVERY DEPT<br>SHELTON, CT 06484 | | Claim Number: 883<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $5,115.33 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 954<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $12,442.88 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN:RECOVERY DEPT.<br>SHELTON, CT 06484 | | Claim Number: 3085<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $15,817.25 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6154<br>Claim Date: 07/31/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $16,282.18 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | | Claim Number: 6337<br>Claim Date: 11/23/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $397.80 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6436<br>Claim Date: 03/16/2010<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $3,297.20 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6444<br>Claim Date: 03/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| UNSECURED | Claimed: | $3,297.20 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6565<br>Claim Date: 07/07/2010<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $5,136.18 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6590<br>Claim Date: 07/06/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5869 (10/01/2010) |
| UNSECURED | Claimed: | $5,136.18 |
| PLANK, JACK L.<br>33522 NANCY JANE COURT<br>DANA POINT, CA 92629-1532 | | Claim Number: 3789<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $316,088.85       Scheduled: ******************UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| PLCS CORPORATION<br>GREMLEY & BIEDERMANN INC<br>4505 N ELSTON<br>CHICAGO, IL 60630 | | Claim Number: 2436<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
| UNSECURED | Claimed: | $6,750.00 |
| POLLARD, DONALD E. LIVING TRUST U/A<br>DONALD E. POLLARD AND VICKIE E. POLLARD<br>TRUSTEES<br>14250 ROYAL HARBOUR COURT #918<br>FORT MYERS, FL 33908 | | Claim Number: 5793<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $7,104.72 |
| POMMREHN, WILLIAM<br>202 SETTLERS DR<br>CEDAR PARK, TX 78613 | | Claim Number: 5779<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,149.60 |
| POSEY, JOHN A. JR<br>5013 EVERGREEN STREET<br>BELLAIRE, TX 77401-5014 | | Claim Number: 4159<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $35,000.00 UNLIQ |
| PPF OFF TWO PARK AVE OWNER, LLC<br>C/O MORGAN STANLEY INC.<br>ATTN: MARIA BLAKE<br>1585 BROADWAY<br>NEW YORK, NY 10036 | | Claim Number: 6319<br>Claim Date: 10/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends Claim number 3407 from 6/2/09 |
| UNSECURED | Claimed: | $1,700,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| PPF OFF TWO PARK AVENUE OWNER, LLC<br>C/O MORGAN STANLEY INC.<br>ATTN: MARIA BLAKE<br>1585 BROADWAY<br>NEW YORK, NY 10036 | | Claim Number: 3407<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $43,711.01 UNLIQ |

| | | |
|---|---|---|
| PROLARMCO INC<br>P O BOX 117<br>GREENVALE, NY 11548 | | Claim Number: 2017<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $354.00 |
| UNSECURED | | Scheduled: ****************** |

| | | |
|---|---|---|
| PROTECTION ONE<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374 | | Claim Number: 2960<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,679.97 |

| | | |
|---|---|---|
| PSOMAS<br>555 SOUTH FLOWER STREET  SUITE 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 974<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $57,431.59    Scheduled: ****************** |

| | | |
|---|---|---|
| PUBON, GUSTAVO<br>86 FOREST RD.<br>CENTEREACH, NY 11720 | | Claim Number: 5135<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| PULLEY, DAN<br>ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER<br>1221 LOCUST ST., 2ND FL<br>SAINT LOUIS, MO 63103 | | Claim Number: 3272<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $2,276.80 |
| UNSECURED | Claimed: | $2,276.80 |
| TOTAL | Claimed: | $2,276.80 |
| PURI, SURRINDER K.<br>865 OAKDALE RD<br>ATLANTA, GA 30307 | | Claim Number: 5964<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,374.00 |
| PURJES, DAN<br>60 SUTTON PLACE SOUTH<br>NEW YORK, NY 10022 | | Claim Number: 6135<br>Claim Date: 07/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,000.00 |
| QUIGLEY, IRIS<br>6 O'HARA PL<br>HUNTINGTON, NY 11743 | | Claim Number: 3743<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| QUINTANILLA, BLANCA MONICA<br>8200 BLVD. EAST APT 14 B<br>NORTH BERGEN, NJ 07047 | | Claim Number: 5136<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension |
| UNSECURED | Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| R.R. DONNELLEY & SONS COMPANY<br>EULER HERMES ACI<br>AGENT OF R.R. DONNELLEY & SONS COMPANY<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | | Claim Number: 482<br>Claim Date: 02/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 411 (02/17/2009) | |
|---|---|---|---|
| UNSECURED | Claimed: | $478,865.06 | |
| RADCLIFFE JEWELERS<br>1848 REISTERSTOWN RD<br>BALTIMORE, MD 21208 | | Claim Number: 3480<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | |
| ADMINISTRATIVE | Claimed: | $5,459.00 | |
| RAGNAR BENSON LLC<br>250 S NORTHWEST HIGHWAY<br>ATTN: JEN HAUB<br>PARK RIDGE, IL 60068 | | Claim Number: 1071<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $9,914.12 | Scheduled: ****************** |
| RAIA, ALEXANDER J.<br>128 WELLINGTON RD.<br>GARDEN CITY, NY 11530 | | Claim Number: 5064<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| RAIA, JUDITH<br>128 WELLINGTON RD.<br>GARDEN CITY, NY 11530 | | Claim Number: 5072<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00 UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

RAISH, JASON
3069 COUNTY RD    119
CANISTEO, NY 14823

Claim Number: 3485
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| UNSECURED | Claimed: | $500.00 | Scheduled: | ****************** |

RAMIREZ, VICTORIA RIGNER
36 HARTFORD STREET
LINDENHURST, NY 11757

Claim Number: 5320
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | | |

RANGE, MICHAEL S
360 KINGSBERY CT
HIGHLAND, IL 62249-2924

Claim Number: 6488
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $136.00 | Scheduled: | ****************** |

RAWITCH, ROBERT
9730 TUNNEY AVE.
NORTHRIDGE, CA 91324

Claim Number: 3633
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for retiree medical benefits

| UNSECURED | Claimed: | $0.00 UNLIQ | | |

RAY OHERRON CO
523 E ROOSEVELT RD
LOMBARD, IL 60148

Claim Number: 1385
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,667.50 | Scheduled: | ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| RAYSSES, MICHAEL<br>2729 BARRY AVENUE<br>LOS ANGELES, CA 90064 | | Claim Number: 3176<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| REALTY ASSOCIATES FUND VIII LP., THE<br>C/O RONALD K. BROWN JR<br>LAW OFFICES OF RONALD K. BROWN JR<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | | Claim Number: 3460<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | |
| UNSECURED | Claimed: | $44,626.87 | |
| REDBOURN PARTNERS, LTD<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | | Claim Number: 2275<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED | Claimed: | $2,394,767.45 UNLIQ | |
| REDMOND, ELIZABETH<br>2198 FAIRHURST DR.<br>LA CANADA, CA 91011 | | Claim Number: 3790<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $838,434.21 | Scheduled: ******************UNLIQ |
| REDWOOD SOFTWARE<br>3000 AERIAL CENTER PARKWAY<br>SUITE 115<br>MORRISVILLE, NC 27560 | | Claim Number: 973<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $19,020.09 | Scheduled: ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

REICHERT, WAYNE
143 WOODLAWN AVE
SAINT JAMES, NY 11780-2509

Claim Number: 5077
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

REID, DAMION
C/O JOSEPH & HERZFELD LLP
757 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017

Claim Number: 4925
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

REILLY, ELIZABETH C
PO BOX 437
WHEATLEY HEIGHTS, NY 11798

Claim Number: 5322
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

RELIANT ENERGY
PO BOX 1409
HOUSTON, TX 77251-1409

Claim Number: 527
Claim Date: 02/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $46,964.18 |
| --- | --- | --- |

REMINICK, JOAN
2 SALISBURY DR. S.
E NORTHPORT, NY 11731

Claim Number: 5048
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| REVENUE COLLECTION DIVISION<br>GOVERNMENTAL CENTER ANNEX<br>ATTN: LITIGATION DEPT<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 2877<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 889 by Broward County |
| SECURED | Claimed: | $1,235,823.67 |
| REYES, ELIEZER<br>444 SCREVIN AVE<br>BRONX, NY 10473 | | Claim Number: 5782<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| PRIORITY | Claimed: | $0.00  UNDET |
| REYES, YLKA<br>203 PARK AVE. 2ND FL.<br>HUNTINGTON, NY 11743 | | Claim Number: 5137<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| RHEIN, ESTHER<br>RUSKIN MOSCOU FALTISCHEK PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 4292<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $350,000.00 |
| RHOADS, S. KEATING<br>2611 NIDO WAY<br>LAGUNA BEACH, CA 92651 | | Claim Number: 3791<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $98,744.57      Scheduled: ******************UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| RICE, CARL<br>615 PARKWOOD AVE<br>PARK RIDGE, IL 60068-2229 | | Claim Number: 5339<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Certain Compensation and benefits in certain scenarios |
| UNSECURED | Claimed: | $0.00 UNDET |
| RICHARDSON, RUDOLPH<br>4750 S.W. 151ST PLACE<br>OCALA, FL 34473 | | Claim Number: 2780<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY<br>UNSECURED | Claimed: | $231.76 UNLIQ<br>Scheduled: *******************UNDET |
| RICIGLIANO, MICHAEL C<br>3628 EASTWOOD DR.<br>BALTIMORE, MD 21206 | | Claim Number: 3611<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| SECURED<br>UNSECURED | Claimed: | $200.00<br>Scheduled: ****************** |
| RICKS, DELTHIA<br>72 PLEASANT ST<br>HUNTINGTON, NY 11743 | | Claim Number: 5138<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| RILEY, JOHN<br>55 MEADOW WAY<br>IRVINGTON, NY 10533 | | Claim Number: 2445<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for pension and ESOP benefits |
| PRIORITY | Claimed: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

RILEY, MICHAEL
5 AVONDALE DR.
NEWTOWN, PA 18940

Claim Number: 3792
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $123,950.91 | Scheduled: | ******************UNLIQ |
| --- | --- | --- | --- | --- |

RINKE, ROGER
REVOCABLE TRUST
C/O KEITH STARK,TRUSTEE
1111 W. LONG LAKE RD #202
TROY, MI 48098

Claim Number: 5568
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $50,767.81 |
| --- | --- | --- |

RITA L. MARIHERIOI IRA
4633 TWIN FAWN LN
ORCHARD LAKE, MI 48324

Claim Number: 5638
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $101,535.63 |
| --- | --- | --- |

RIVERSIDE CLAIMS LLC
TRANSFEROR: THOMSON INC DBA GRASS VALLEY
POST OFFICE BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024

Claim Number: 696
Claim Date: 03/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4777 (06/14/2010)

| UNSECURED | Claimed: | $99,243.52 |
| --- | --- | --- |

RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR
WORLDNET INTERNATIONAL COURIERS, INC.
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

Claim Number: 3315
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| ADMINISTRATIVE | Claimed: | $10,196.01 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF<br>STILLWATER TECHNOLOGIES, INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | | Claim Number: 3620<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
| ADMINISTRATIVE | Claimed: | $8,963.25 |
| RIZZITANO, FELICE<br>50 ABBOT RD<br>SMITHTOWN, NY 11787 | | Claim Number: 5074<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| RJ BENNETT REPRESENTS<br>530 EAST 20TH, # 2B<br>NEW YORK, NY 10009 | | Claim Number: 317<br>Claim Date: 01/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $960.00 |
| ROACH, LEON M. - TRUSTEE OF THE<br>LEON M. ROACH TRUST<br>608 BENEDICT DRIVE<br>LAS VEGAS, NV 89110 | | Claim Number: 3651<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $11,091.00 |
| ROBERT C WALL, IRA<br>CHARLES SCHWAB CUSTODIAN<br>10523 MISTY HILL RD<br>ORLAND PARK, IL 60462 | | Claim Number: 6266<br>Claim Date: 10/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
| UNSECURED | Claimed: | $76,122.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

ROBERT J TOMEI SR CUST ROBERT J TOMEI JR
UTMA IL
320 BLOSSOM #102
LAKEMOOR, IL 60051

Claim Number: 6661
Claim Date: 10/08/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | ****************** |
|---|---|---|---|---|

ROBERT LANGER CO INC
P O BOX 2075
PATCHOGUE, NY 11772

Claim Number: 2077
Claim Date: 04/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $3,815.50 |
|---|---|---|

ROBERTS, WIDOW
22 WALDEN AVE
JERICHO, NY 11753

Claim Number: 4415
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is stated as $60/bi-weekly

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | ******************* UNDET |
|---|---|---|---|---|

ROBERTSON FREILICH BRUNO & COHEN LLC
COHEN LLC
ONE RIVERFRONT PLAZA 9TH FLOOR
NEWARK, NJ 07102

Claim Number: 5303
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,571.36 |
|---|---|---|

ROBINS, MARJORIE
5 4TH RD.
GREAT NECK, NY 11021

Claim Number: 5101
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

ROBINSON, WILLIAM E & DOROTHY A.
117 RANCHO VERDE CIR
ROHNERT PARK, CA 94928-2069

Claim Number: 6500
Claim Date: 05/26/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $680.00 | Scheduled: | ****************** |
|---|---|---|---|---|

ROCKENBACH, PHILIP C.
1231 SOUTH 11TH STREET
SAINT CHARLES, IL 60174

Claim Number: 912
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

ROCKWELL AUTOMATION
ATTN: JAN ROBERTSON (6-B11)
1201 SOUTH SECOND STREET
MILWAUKEE, WI 53204

Claim Number: 18
Claim Date: 12/19/2008
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $477,598.70 |
|---|---|---|

RODGERS, JAMES
1913 S TWIN AVENUE
SAN GABRIEL, CA 91776

Claim Number: 2601
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $400.00 UNLIQ |
|---|---|---|

RODRIGUEZ, KRISTINE B.
1917 E. ILLINOIS ST
WHEATON, IL 60187

Claim Number: 84
Claim Date: 01/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $350.00 |
|---|---|---|
| UNSECURED | Claimed: | $10.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| RODRIGUEZ, NELSON JR.<br>5128 GOLDEN LANE<br>FORT WORTH, TX 76123 | | Claim Number: 5949<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $30,448.80 |
|---|---|---|

| | | |
|---|---|---|
| ROEDER, EDWARD<br>JAMES B. WILCOX, JR. PLLC<br>JAMES B. WILCOX, JR.<br>2900 P. STREET N.W.<br>WASHINGTON, DC 20007 | | Claim Number: 5886<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

| | | |
|---|---|---|
| ROESSNER, BARBARA<br>ROME MCGUIGAN PC<br>JOHN F STROTHER<br>ONE STATE ST<br>HARTFORD, CT 06103 | | Claim Number: 5664<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | | |
|---|---|---|
| ROGERS, GARY<br>282 WOODBINE AVE.<br>NORTHPORT, NY 11768 | | Claim Number: 5312<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | | |
|---|---|---|
| ROSE, MICHAEL G.<br>5170 W 2ND ST.<br>LOS ANGELES, CA 90004 | | Claim Number: 3793<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $352,557.60 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| ROSENBERG, RICHARD A<br>235 E 87TH ST # 85<br>NEW YORK, NY 10128 | | Claim Number: 5053<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| ROSSO, SALVATORE E.<br>737  7TH ST<br>WEST BABYLON, NY 11704 | | Claim Number: 5082<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| ROTATION DYNAMICS CORP<br>5708 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0057 | | Claim Number: 2916-01<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7675 (01/28/2011) | |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $6,840.00<br>$22,596.00 | |
| ROTATION DYNAMICS CORP<br>5708 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0057 | | Claim Number: 2916-02<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7675 (01/28/2011) | |
| UNSECURED | Claimed: | $2,114.00 | |
| ROWE, WILLIAM J.<br>15005 PRATOLINO WAY<br>NAPLES, FL 34110 | | Claim Number: 3794<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $308,021.09 | Scheduled:  ******************UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| RUBERRY & GARVEY BOLLINGER<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST., SUITE 2300<br>CHICAGO, IL 60661 | | Claim Number: 3425<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $1,315.50 |
| RUBERRY & GARVEY BOLLINGER<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST., SUITE 2300<br>CHICAGO, IL 60661 | | Claim Number: 3426<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $2,573.28 |
| RUBERRY & GARVEY BOLLINGER<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST SUITE 2300<br>CHICAGO, IL 60661 | | Claim Number: 3427<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $424.80 |
| RUBERRY & GARVEY BOLLINGER<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST., SUITE 2300<br>CHICAGO, IL 60661 | | Claim Number: 3428<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $3,348.40 |
| RUBERRY & GARVEY BOLLINGER<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST., SUITE 2300<br>CHICAGO, IL 60661 | | Claim Number: 3429<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $2,689.92 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| RUBIN, JEROME S.<br>15 WEST 53RD ST. APT # 29B<br>NEW YORK, NY 10019 | | Claim Number: 3795<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $151,876.68 | Scheduled: | ******************UNLIQ |
| RUDOLPH, HERBERT<br>4727 186TH LN N.W.<br>ANOKA, MN 55303-8908 | | Claim Number: 3064<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $10,652.40 | | |
| RUSSELL, DAVID A & WANDA S, TTEES<br>RUSSELL LIVING TRUST U/D 8-25-97<br>738 LANINA PL<br>KIHEI, HI 96753-9311 | | Claim Number: 5996<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $25,374.00 | | |
| RUSSIS, MARTHA<br>2817 KNOLLWOOD<br>GLENVIEW, IL 60025 | | Claim Number: 5625<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $98,000.00 | | |
| RYDER TRUCK RENTAL, INC.<br>ATTN: JENNIFER MORRIS<br>6000 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005 | | Claim Number: 5824<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $367,503.93 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| SABIO, WARNER N., SR.<br>441 HALSEY STREET<br>BROOKLYN, NY 11233 | | Claim Number: 5139<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |

| | | |
|---|---|---|
| SACK, MARSHALL R.<br>6011 MARQUESA DRIVE<br>AUSTIN, TX 78731 | | Claim Number: 3372<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,000.00 |

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | | Claim Number: 6370<br>Claim Date: 01/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 4443 |
| UNSECURED | Claimed: | $19,844,866.20 CONT |

| | | |
|---|---|---|
| SALAMONE, SALVATOER, DBA S.A.K.<br>DISTRIBUTION, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5861<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $156,087.04    Scheduled:  ******************* UNLIQ |

| | | |
|---|---|---|
| SAMUELSON, WILLIAM<br>930 CHEYENNE STREET<br>COSTA MESA, CA 92626 | | Claim Number: 1122<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $123.02 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

SANN, ALEXANDER
165 EAST 72ND STREET
APT. 8K
NEW YORK, NY 10021-4342

Claim Number: 3796
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,456,012.18 | Scheduled: ******************* UNLIQ |
|---|---|---|---|

SANZERI, CLAUDIA
35 WOODCOCK LANE
LEVITTOWN, NY 11756

Claim Number: 2111
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 7273 (12/22/2010)

| PRIORITY | Claimed: | $7,680.82 |
|---|---|---|

SATKOWSKI, EDWARD
69 AUDUBON AVENUE
NEWINGTON, CT 06111

Claim Number: 3654
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $33,594.77 |
|---|---|---|

SAVETZ, BERNARD & LENORE
3450 LAWRENCE AVE
OCEANSIDE, NY

Claim Number: 5950
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $152,244.00 |
|---|---|---|

SAWCHUK, KENNETH
26 TEANECK DRIVE
EAST NORTHPORT, NY 11731

Claim Number: 5140
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 3222<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| UNSECURED | Claimed: | $775,371.19 |
| SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6475<br>Claim Date: 05/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| UNSECURED | Claimed: | $307,408.72 |
| SBC GLOBAL SERVICES, INC.<br>C/O AT&T INC.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6556<br>Claim Date: 07/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6475 |
| UNSECURED | Claimed: | $321,424.91 |
| SBC LONG DISTANCE, LLC<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 3322<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010)<br>Claim out of balance |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.46 |
| UNSECURED | Claimed: | $0.46 |
| TOTAL | Claimed: | $0.46 |
| SCALA, THEODORE F.<br>123 HINSDALE AVENUE<br>FLORAL PARK, NY 11001 | | Claim Number: 5141<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

SCALLY, GERALDINE
16775 SUNSET BLVD.
PACIFIC PALISADES, CA 90272

Claim Number: 3797
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,433.38 |

SCARBOROUGH RESEARCH CORP
PO BOX 88990
CHICAGO, IL 60695-1990

Claim Number: 4856
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 2516

| | | |
|---|---|---|
| SECURED | Claimed: | $3,541.86 |

SCHAMBERRY, JEFFREY
864 CLEVELAND ST
W HEMPSTEAD, NY 11552

Claim Number: 5086
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

SCHERB, JEFF
945 OAK HILL DRIVE
ELMIRA, NY 14905

Claim Number: 6429
Claim Date: 03/15/2010
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,005.66 | Scheduled: ******************DISP CONT |

SCHINDLER ELEVATOR CORPORATION
1530 TIMBERWOLF DRIVE
HOLLAND, OH 43528

Claim Number: 475
Claim Date: 02/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,210.75 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| SCHLOSBERG, RICHARD T. III<br>164 SENDERO VERDE DR.<br>SAN ANTONIO, TX 78261 | | Claim Number: 3798<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,760,068.72 | Scheduled: | ****************** UNLIQ |
| SCHMID, MIKE<br>14525 S ACUFF CT<br>OLATHE, KS 66062 | | Claim Number: 5701<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $50,748.00 | | |
| SCHMITZ, ANDREW J.<br>9530 DUFFNEY DR<br>CORCORAN, MN 55374 | | Claim Number: 5912<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $18,000.00 | | |
| SCHNALL, HERBERT K.<br>P.O. BOX 9457<br>15102 CAMINITO MARIA<br>RANCHO SANTA FE, CA 92067 | | Claim Number: 3799<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $601,401.39 | Scheduled: | ****************** UNLIQ |
| SCHNEIDER, CHARLES<br>522 NORTH BEVERLY DRIVE<br>BEVERLY HILLS, CA 90210 | | Claim Number: 3800<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $300,413.12 | Scheduled: | ****************** UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

SCHNEIDER, HILARY A.
54 CHESTNUT AVENUE
LOS GATOS, CA 95030

Claim Number: 3801
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $116,920.23 | Scheduled: | ******************* UNLIQ |
|-----------|----------|-------------|-----------|---------------------------|

SCHNEIDER, HOWARD
9 BRANDYWINE DRIVE
SETAUKET, NY 11733

Claim Number: 3802
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $111,725.93 | Scheduled: | ******************* UNLIQ |
|-----------|----------|-------------|-----------|---------------------------|

SCHULER, BARBARA L.
5 HOLDSWORTH DR.
HUNTINGTON, NY 11743

Claim Number: 5102
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

SCHUON, JONALYN
8 CRESCENT DR
HUNTINGTON, NY 11743

Claim Number: 5096
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

SCW CAPITAL RESOURCES, LP
10 GLENRIDGE DRIVE
BEDFORD, MA 01730

Claim Number: 3490
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $3,300.00 |
|---------|----------|-----------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

SEIFERT, LESLIE
318 W 100 ST 16C
NEW YORK, NY 10025

Claim Number: 5039
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SELLSTROM, BRIAN
PO BOX 1035
RANCHO SANTE FE, CA 92067

Claim Number: 3803
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $59,424.51 | Scheduled: ******************UNLIQ |
|---|---|---|---|

SELZER, CAROLYN
1047 BANGOR LANE
VENTURA, CA 93001

Claim Number: 3805
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,834.93 |
|---|---|---|

SEMINOLE COUNTY TAX COLLECTOR, THE
RAY VALDES
1101 EAST FIRST STREET
PO BOX 630
SANFORD, FL 32772

Claim Number: 415
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $100.77 |
|---|---|---|

SERRAO, SEAN
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4922
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| SHANNON LEE PHOTOGRAPHY<br>PO BOX 411<br>MT AIRY, MD 21771 | Claim Number: 3195<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | |
| ADMINISTRATIVE | Claimed: | $450.00 |
| SHARP, JOHN KEVIN<br>8650 SPICEWOOD SPRINGS ROAD # 145<br>AUSTIN, TX 78759 | Claim Number: 5291<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $25,374.00 |
| SHARP, LORA LAVERNE<br>8650 SPICEWOOD SPRINGS RD., # 145<br>AUSTIN, TX 78759 | Claim Number: 5293<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $91,346.40 |
| SHARP, RUTH E.<br>8650 SPICEWOOD SPRINGS RD., # 145<br>AUSTIN, TX 78759 | Claim Number: 5292<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $38,568.48 |
| SHAW, JAMES D<br>228 JEFFERSON'S HUNDRED<br>WILLIAMSBURG, VA 23185 | Claim Number: 3806<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $188,663.28    Scheduled: ******************UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

SHIRLEY, DENNIS
2440 STANLEY
TUSTIN, CA 92782

Claim Number: 3807
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,374,704.51 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

SHOPLOCAL
225 N MICHIGAN AVE
SUITE 1600
CHICAGO, IL 60601

Claim Number: 1678
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| UNSECURED | Claimed: | $20,950.00 |
|---|---|---|

SHORES, KIRK R.
464 N. PINE MEADOW DR.
DEBARY, FL 32713-2305

Claim Number: 4844
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $21,000.00 |
|---|---|---|

SHORTS, GARY K.
2940 BEECH LANE
DOYLESTOWN, PA 18902-1941

Claim Number: 3808
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $169,089.46 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

SIDHRA, NILAMBAR K.
1427 VISTA CREEK DRIVE
ROSEVILLE, CA 95661

Claim Number: 5787
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $101,496.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

SIEMENS BUILDING TECHNOLOGIES
580 SLAWIN COURT
MOUNT PROSPECT, IL 60056

Claim Number: 6161
Claim Date: 08/13/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,013.42 | |
| UNSECURED | Claimed: | $1,835.00 | Scheduled: ****************** |

SIMPSON, JAMES R.
5 CRESTWOOD DRIVE
NEWPORT BEACH, CA 92660

Claim Number: 3809
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,924,877.86 | Scheduled: ****************** UNLIQ |

SINGH, SATNAM
P.O. BOX 305
LA PUENTE, CA 91747

Claim Number: 1676
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,222.32 |

SITO, LOUIS
140 RAPTOR WAY
LANDRUM, SC 29356

Claim Number: 3810
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $100,409.32 | Scheduled: ****************** UNLIQ |

SKINNER, MARYANN
10 MEUDON DRIVE
LOCUST VALLEY, NY 11560

Claim Number: 5091
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

SKYLINE LANDSCAPE INC
1957 EAST PONTO LAKE RD
BACKUS, MN 56435

Claim Number: 3383
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,499.85 | Scheduled: | ****************** | | |
|---|---|---|---|---|---|---|

SKYTEL
PO BOX 2469
JACKSON, MS 39225-2469

Claim Number: 3224
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $6,938.74 | Scheduled: | ****************** | | |
|---|---|---|---|---|---|---|

SMITH BARNEY CUST FBO RACHEL DONELSON
IRA
1115 UNION ST
SAN FRANCISCO, CA 94109

Claim Number: 6537
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

---

| UNSECURED | Claimed: | $0.00 | Scheduled: | ****************** | Allowed: | $3,230.00 |
|---|---|---|---|---|---|---|

SMITH, ANNE
63 STAMFORD STREET
LONDON, SE1 9NB
UNITED KINGDOM

Claim Number: 787
Claim Date: 03/20/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $400.00 | | | | |
|---|---|---|---|---|---|---|

SMITH, JAMES S.
15 COVERT ST
PORT WASHINGTON, NY 11050

Claim Number: 5325
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

SMITH, KATHERINE F.
912 JAMES DRIVE
NEWPORT NEWS, VA 23605

Claim Number: 719
Claim Date: 03/11/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $2,508.48 |
|---|---|---|

SMITH, MIRIAM
282 WOODBINE AVE.
NORTHPORT, NY 11768

Claim Number: 5315
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SMITH, THERESA, DBA ME-2-U DELIVERY
SERVICE
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5860
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $242,265.28 | Scheduled: | ******************* UNLIQ |
|---|---|---|---|---|

SMUKLER, ANN
600 SHORE ROAD, 3F
LONG BEACH, NY 11561

Claim Number: 5051
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SODEXO, INC.
C/O ADRIENNE VADELL STURGES
6081 HAMILTON BOULEVARD
ALLENTOWN, PA 18106

Claim Number: 5581-04
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $2,048.49 | Scheduled: | ****************** |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| SOLLITTO, PATRICIA<br>931 PARK DRIVE<br>WANTAGH, NY 11793 | | Claim Number: 5327<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| SOLOMON, BARRY<br>12115 SAN VICENTE BLVD. # 109<br>LOS ANGELES, CA 90049 | | Claim Number: 6514<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7673 (01/28/2011) |
| SECURED | Claimed: | $15,000.00 |
| SOLSTICE CONSULTING, LLC<br>641 W. LAKE, SUITE 102<br>CHICAGO, IL 60661 | | Claim Number: 47<br>Claim Date: 12/26/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) |
| PRIORITY | Claimed: | $10,200.00 |
| SOMMELLA, LOUISE<br>JOSEPH SOMMELLA, DECEASED<br>325 OAK PARK LOOP<br>DAVENPORT, FL 33837 | | Claim Number: 3728<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $246.78        Scheduled:  ******************UNDET |
| SOUTH SHORE MEDICAL SALES & SVCS LLC PSP<br>2286 BRIGHAM ST APT 2F<br>BROOKLYN, NY 11229-6116 | | Claim Number: 5896<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.60 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY<br>300 N. LONE HILL AVE.<br>SAN DIMAS, CA 91773 | | Claim Number: 407<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3951 (04/06/2010) |
| UNSECURED | Claimed: | $253,283.68 |
| SPECTRUM ENGINEERING GROUP LLC<br>1111 SOUTH MAIN STREET<br>CHESHIRE, CT 06410 | | Claim Number: 3628<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $11,633.46 |
| SPIECKER, FRANK<br>100 STREAM CT<br>CHALFONT, PA 18914 | | Claim Number: 5700<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,374.00 |
| SPRECK CORP., A CALIFORNIA CORPORATION<br>SPRECKELS BUILDING<br>121 BROADWAY, SUITE 600<br>SAN DIEGO, CA 92101 | | Claim Number: 6062<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $4,475.66 |
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 435<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $199,573.13 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

SPRINT NEXTEL - CORRESPONDENCE
ATTN: BANKRUPTCY DEPT
P.O. BOX 7949
OVERLAND PARK, KS 66207-0949

Claim Number: 3420
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 435

| UNSECURED | Claimed: | $203,303.59 | Scheduled: | ****************** |

---

ST. LOUIS COUNTY, MISSOURI
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
CLAYTON, MO 63105

Claim Number: 306
Claim Date: 01/20/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $14,866.47 |

---

ST. LOUIS COUNTY, MISSOURI
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
CLAYTON, MO 63105

Claim Number: 307
Claim Date: 01/20/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $28,431.58 |

---

ST. LOUIS COUNTY, MISSOURI
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
CLAYTON, MO 63105

Claim Number: 308
Claim Date: 01/20/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $20,583.09 |

---

STABILE, KAREW
A94 KILBURN RD
GARDEN CITY, NY 11530

Claim Number: 5786
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| STACKLER, RONALD E.<br>6786 SHEARWATER LANE<br>MALIBU, CA 90265 | | Claim Number: 3234<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|
| UNSECURED | Claimed: | $150,000.00 |

---

| STAMP, MARION N<br>10801 CROOKED RIVER RD<br>APT 203<br>BONITA SPRINGS, FL 34135-1782 | | Claim Number: 6677<br>Claim Date: 11/22/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $340.00    Scheduled: ******************* |

---

| STANDARD REGISTER COMPANY<br>LILLIAN FLATT<br>600 ALBANY ST<br>DAYTON, OH 45408 | | Claim Number: 95<br>Claim Date: 12/18/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|---|
| UNSECURED | Claimed: | $4,147.36 |

---

| STANFIELD, KATHY R<br>726 SAN PASCUAL AVENUE<br>APT. #11<br>LOS ANGELES, CA 90042 | | Claim Number: 2687<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| PRIORITY | Claimed: | $2,425.00 |
| UNSECURED | Claimed: | $1,518.49 |

---

| STANISZ, JANUSZ<br>11055 NORTH 128 PLACE<br>SCOTTSDALE, AZ 85259 | | Claim Number: 4966<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|
| UNSECURED | Claimed: | $162,393.60 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

STANLEY SECURITY SOLUTIONS INC
SAFEMASTERS
DEPT CH 14202
PALATINE, IL 60055-4202

Claim Number: 2172
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $1,395.03 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | ****************** |

STANTON, RICHARD W.
1239 MAPLEWOOD DRIVE
MAPLE GLEN, PA 91301

Claim Number: 3499
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $58,991.00 | | Scheduled: ******************UNLIQ |
|---|---|---|---|---|

STARZYK, KARA
13230 SW 32ND COURT
FORT LAUDERDALE, FL 33330

Claim Number: 729
Claim Date: 03/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $1,300.00 |
|---|---|---|

STATE OF CONNECTICUT
UNCLAIMED PROPERTY DIVISION
DEPARTMENT OF TREASURY
55 ELM STREET
HARTFORD, CT 06106

Claim Number: 6494
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $4,862.96 | | Scheduled: ****************** |
|---|---|---|---|---|

STATE OF FLORIDA - DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
FREDERICK F. RUDZIK
POST OFFICE BOX 6668
TALLAHASSEE, FL 32314-6668

Claim Number: 3357
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| PRIORITY | Claimed: | $1,740,043.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 3464<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| PRIORITY | Claimed: | $5,190,498.00 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 6472<br>Claim Date: 05/07/2010<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $4,337,722.06 |
| SECURED | Claimed: | $0.00 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | | Claim Number: 6629<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5677 (09/13/2010) |
| ADMINISTRATIVE | Claimed: | $435,030.42 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | | Claim Number: 6630<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5678 (09/13/2010) |
| ADMINISTRATIVE | Claimed: | $7,251.24 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | | Claim Number: 6631<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5679 (09/13/2010) |
| ADMINISTRATIVE | Claimed: | $120,854.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| STATE OF NEW JERSEY<br>DEPARTMENT OF TREASURY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08646-0245 | | Claim Number: 1059<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $31,024.77 |
| STATE OF NEW YORK, DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURACE DIVISION<br>GOVERNOR W. AVERELL HARRIMAN STATE<br>OFFICE BUILDING CAMPUS - BLDG 12, RM 256<br>ALBANY, NY 12240 | | Claim Number: 3095<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011) |
| ADMINISTRATIVE | Claimed: | $619.48 |
| STAZAK, THOMAS W.<br>3950 SCHOONER RIDGE<br>ALPHARETTA, GA 30004 | | Claim Number: 5968<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |
| STEVENS, THOMAS<br>1801 MICHAELS CT<br>HENDERSON, NV 89014 | | Claim Number: 6058<br>Claim Date: 07/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $2,200.00 |
| STEWART, CLETUS C.<br>7733 CLARCONA OCOEE RD<br>ORLANDO, FL 32818-1219 | | Claim Number: 4631<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,090.56 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| STEWART, HAI<br>#1010, 540-14 AVE. SW<br>CALGARY, AB T2R OM6<br>CANADA | | Claim Number: 6679<br>Claim Date: 12/01/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7673 (01/28/2011) |
| UNSECURED | Claimed: | $8,000.00 |
| STEWART, ROBERT<br>PO BOX 3834<br>LAKEWOOD, CA 90711 | | Claim Number: 5773<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| PRIORITY | Claimed: | $468.21 |
| STIMPFCE, LORRAINE E.<br>222 CEDAR AVE.<br>PATCHOGUE, NY 11772 | | Claim Number: 5075<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| STORYTELLERS'S WORKSHOP INC<br>TED SLAMPYAK<br>217 CALLE EVANGELINE<br>BERNALILLO, NM 87004 | | Claim Number: 196<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| PRIORITY | Claimed: | $1,800.00 |
| STRAIN, MARGARET M.<br>1665 SPINNAKER DR<br>ALPHARETTA, GA 30005 | | Claim Number: 5963<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,374.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

STRANGE, JENNIFER
C/O JOSEPH & HERZFELD LLP
757 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY 10017

Claim Number: 4921
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 |
|-----------|----------|------------|

STRIEGEL, LAWRENCE W.
30 NORTON DRIVE
EAST NORTHPORT, NY 11731

Claim Number: 5035
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

STUPIN, DANIEL & CAROL
51 VISTA REDONDA
SANTA FE, NM 97506

Claim Number: 4670
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $1,704.50 |
|-----------|----------|-----------|

SUJKA, JAMES
5359 W MARGARET ST
PO BOX 474
MONEE, IL 60449-8071

Claim Number: 6541
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $850.00 | Scheduled: ****************** |
|-----------|----------|---------|------------------------------|

SULLIVAN, EUGENE
74 COTTONWOOD LANE
WESTBURY, NY 11590

Claim Number: 5333
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| SUN MICROSYSTEMS, INC.<br>BUCHALTER NEMER, PC<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | Claim Number: 4635<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 6593 (11/23/2010) |
| PRIORITY | Claimed: | $562,444.74 |
| UNSECURED | Claimed: | $438,981.26 |
| SUN MICROSYSTEMS, INC.<br>BUCHALTER NEMER, PC<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | Claim Number: 4749<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 6593 (11/23/2010) |
| ADMINISTRATIVE | Claimed: | $536,316.79 |
| UNSECURED | Claimed: | $293,156.21 |
| SUN MICROSYSTEMS, INC.<br>BUCHALTER NEMER, PC<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | Claim Number: 4748<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 6593 (11/23/2010) |
| ADMINISTRATIVE | Claimed: | $536,316.79 |
| SWAN, WOODBURY D.<br>2606 CIPRIANI BLVD<br>BELMONT, CA 94002-1404 | | Claim Number: 3392<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $15,000.00 |
| SWARTZ, ALICE<br>2203 E 26TH STREET<br>BROOKLYN, NY 11229 | | Claim Number: 4893<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $82,211.76 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | | |
|---|---|---|---|---|---|
| SWARTZ, CONRAD<br>12911 NW 25TH COURT<br>VANCOUVER, WA 98685 | | Claim Number: 4892<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $81,196.80 | | | |
| SWARTZ, CONRAD<br>12911 NW 25TH COURT<br>VANCOUVER, WA 98685 | | Claim Number: 5827<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $81,196.80 | | | |
| SWEENEY, JUDITH<br>30937 STEEPLECHASE DR<br>SAN JUAN CAPO, CA 92675-1929 | | Claim Number: 3811<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $37,827.72 | Scheduled: | ******************* UNLIQ | |
| SWEENEY, STENDER E.<br>790 HUNTINGTON GARDEN DRIVE<br>PASADENA, CA 91108-1725 | | Claim Number: 3812<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $92,525.62 | Scheduled: | ******************* UNLIQ | |
| SYSTEM MAINTENANCE SERVICES, INC<br>9013 PERIMITER WOODS, SUITE E<br>CHARLOTTE, NC 28216 | | Claim Number: 3129-01<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $646.46 | | Allowed: | $646.46 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3096<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED | Claimed: | $5,528.75 | |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3098<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED | Claimed: | $806.90 | |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3099<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED | Claimed: | $7,896.34 | |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 375<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $3,080.66 | Scheduled: ****************** |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 376<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $342.66 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| T-MOBILE USA, INC. | | Claim Number: 388 |
| PO BOX 53410 | | Claim Date: 01/27/2009 |
| BELLEVUE, WA 98015 | | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $43,841.74 |

---

| T-MOBILE USA, INC. | | Claim Number: 393 |
| PO BOX 53410 | | Claim Date: 01/27/2009 |
| BELLEVUE, WA 98015 | | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $6,465.34 |

---

| T-MOBILE USA, INC. | | Claim Number: 398 |
| PO BOX 53410 | | Claim Date: 01/27/2009 |
| BELLEVUE, WA 98015 | | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $5,099.99 |

---

| TABLET & TICKET COMPANY | | Claim Number: 1155 |
| 1120 ATLANTIC DRIVE | | Claim Date: 04/20/2009 |
| WEST CHICAGO, IL 60185 | | Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $98.38 |
| UNSECURED | | Scheduled: ****************** |

---

| TALL OAKS KENNEL, LLC | | Claim Number: 6133 |
| C/O ELAINE PERKINS | | Claim Date: 07/27/2009 |
| PO BOX 53 | | Debtor: TRIBUNE COMPANY |
| ATTN: ELAINE PERKINS | | Comments: EXPUNGED |
| WHITMORE LAKE, MI 48189 | | DOCKET: 5434 (08/19/2010) |

| UNSECURED | Claimed: | $181.60 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

TANNENBAUM, IRVING & JUDITH R JT TEN
840 LIONSGATE DR
SAINT LOUIS, MO 63130-2848

Claim Number: 6531
Claim Date: 06/16/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7674 (01/28/2011)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: ****************** |
|---|---|---|---|

TARRANT COUNTY
C/O LINEBARGER BOGGAN BLAIR & SAMPSON,
LLP; ATTN: ELIZABETH WELLER
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201-2691

Claim Number: 5979
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 4782 (06/14/2010)

| ADMINISTRATIVE | Claimed: | $21.05 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |

TARRANT COUNTY
ATTN: E. WELLER; M. DEEDS; L. SPINDLER
LINEBARGER BOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201-2691

Claim Number: 6016
Claim Date: 06/30/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 4783 (06/14/2010)

| ADMINISTRATIVE | Claimed: | $21.05 UNLIQ |
|---|---|---|

TAYLOR, DAVID LLOYD, TRUSTEE
DAVID LLOYD TAYLOR TRUST, U/A 1/1/01
966 WILDFLOWER WAY
LONGWOOD, FL 32750-4045

Claim Number: 3592
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $2,050,000.00 |
|---|---|---|

TAYLOR, DAVID ROSS
C/O GERALD S. SACK, ESQUIRE
LAW OFFICES OF GERALD S. SACK, LLC
836 FARMINGTON AVENUE, SUITE 109
WEST HARTFORD, CT 06119

Claim Number: 6599
Claim Date: 07/15/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| TELECOMMUNICATION SYSTEMS, INC.<br>333 N MICHIGAN AVE STE 2700<br>CHICAGO, IL 60601-4047 | | Claim Number: 2185<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for patenet infringement | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: ******************UNLIQ |
| TEMPLE, EDWARD J.<br>246 PINE LANE<br>WETHERSFIELD, CT 06109 | | Claim Number: 3613<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $8,000.00 | |
| TEMPLE, EDWARD J.<br>246 PINE LANE<br>WETHERSFIELD, CT 06109 | | Claim Number: 3614<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $23,000.00 | |
| TERPSTRA, JAMES E.<br>20457 NO. CANYON WHISPER DR.<br>SURPRISE, AZ 85387 | | Claim Number: 3813<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $1,238.30 | Scheduled: ******************UNLIQ |
| TERRY, ROBERT H.<br>C/O LAUREL TERRY<br>601 MOORELAND AVE.<br>CARLISLE, PA 17013 | | Claim Number: 3691<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension, ESOP and Savings Plan | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| THARP, VAN K. - TRUSTEE<br>11TM TARGET TRUST PLAN<br>337 LOCHSIDE DR<br>CARY, NC 27518 | | Claim Number: 5289<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $512,554.80 |
| THE L & M FAMILY TRUST<br>BRUCE TIEGS OR PAULA TIEGS, CO TRUSTEES<br>PO BOX 429<br>GREEN LEAF, ID 83626 | | Claim Number: 6247<br>Claim Date: 09/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| ADMINISTRATIVE | Claimed: | $748.00 |
| UNSECURED | Claimed: | $50,000.00 |
| THEOBALD, EDWARD<br>5401 215 LANE NE<br>CEDAR, MN 55011 | | Claim Number: 5690<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $30,448.80 |
| THIRD SCREEN MEDIA INC. DBA QUIGO ET AL<br>TIFFANY STRELOW COBB ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET (PO BOX 1008)<br>COLUMBUS, OH 43216-1008 | | Claim Number: 234<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4410 (05/14/2010) |
| UNSECURED | Claimed: | $7,500.00 |
| THOMAS P. YOUNGBLOOD IRA<br>55 FORDCROFT STREET<br>GROSSE POINTE, MI 48236 | | Claim Number: 5631<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $76,240.31 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

THOMAS, JESSY
THE LAW OFFICES OF FRED M. MORELLI, JR.
403 W. GALENA
AURORA, IL 60506

Claim Number: 3673
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $65,000.00 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

THOMAS, WILLIAM F.
16025 VALLEY WOOD RD
SHERMAN OAKS, CA 91403

Claim Number: 3769
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $395,688.06 | | |
|---|---|---|---|---|

THOMAS-JOSEPH, LEEMA
7 SAGAMORE LANE
DIX HILLS, NY 11746

Claim Number: 5143
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

THOMPSON, JAMES, DBA J&L AMERICAN
ENTERPRISES, LTD.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5856
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $119,080.00 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

THOMSON, JEAN
2902 FERNAN COURT
COEUR D'ALENE, ID 83814

Claim Number: 3182
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $54,666.00 | Scheduled: | ****************** UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| THORPE, CAROLINE<br>11252 GONSALVES ST<br>CERRITOS, CA 90703 | | Claim Number: 3771<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>With claim number 3770, amends claim number 205 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $49,050.00 |

| THRIFTY OIL CO<br>RE: LOS ANGELES 1201 MATEO ST<br>13116 IMPERIAL HIGHWAY<br>SANTA FE SPRINGS, CA 90670 | | Claim Number: 2915<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $335,687.76 |

| TIERNAN, AUDREY<br>46 NORTH COURT<br>ROSLYN HEIGHTS, NY 11577 | | Claim Number: 5789<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

| TIGHE, JAMES H<br>2120 SPRINGFIELD AVE<br>FORT WAYNE, IN 46805-1540 | | Claim Number: 6515<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $136.00          Scheduled:  ****************** |

| TIP TOP BRANDING LLC<br>350 W HUBBARD ST #460<br>CHICAGO, IL 60654-5798 | | Claim Number: 3738<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) |
|---|---|---|
| UNSECURED | Claimed: | $784.18 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| TITAN OUTDOOR<br>850 THIRD AVE.<br>NEW YORK, NY 10022 | | Claim Number: 2996<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $229,157.00 | Scheduled: | ****************** | | |
| TOEDTMAN, JAMES<br>2604 GENEVA HILL CT<br>OAKTON, VA 22124 | | Claim Number: 3772<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $7,503.51 | Scheduled: | ****************** | | |
| TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | | Claim Number: 6343<br>Claim Date: 12/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | | |
| UNSECURED | Claimed: | $413,581.99 | | | | |
| TOMLINSON, SAMUEL C.<br>432 TWISTING PINE CIRCLE<br>LONGWOOD, FL 32779 | | Claim Number: 3729<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
| SECURED | Claimed: | $10,975.20 | | | | |
| TOPOREK, VIRGINIA W<br>106 AIMEE PL<br>LONGWOOD, FL 32750-2763 | | Claim Number: 6523<br>Claim Date: 06/10/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | ****************** | Allowed: | $204.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| TOPPING, ROBIN<br>20 PENFIELD DRIVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5144<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| TOPPING, ROBIN<br>20 PENFIELD DRIVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5331<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| TOWER CH, L.L.C<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6396<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3712 |
| UNSECURED | Claimed: | $336,143.45 UNLIQ        Scheduled:  ******************* |
| TOWER CH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3712<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED | Claimed: | $336,100.90 UNLIQ |
| TOWER DC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3713<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED | Claimed: | $2,464,739.97 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | |
|---|---|---|---|---|
| TOWER DC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6397<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3713 | | |
| UNSECURED | Claimed: | $2,465,052.00 UNLIQ | Scheduled: | ****************** |
| TOWER DL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3714<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED | Claimed: | $373,445.45 UNLIQ | | |
| TOWER DL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGEN<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6398<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3714 | | |
| UNSECURED | Claimed: | $373,492.73 UNLIQ | Scheduled: | ****************** |
| TOWER EH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3715<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED | Claimed: | $2,780,287.18 UNLIQ | | |
| TOWER EH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHOIRZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6399<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3715 | | |
| UNSECURED | Claimed: | $2,780,639.16 UNLIQ | Scheduled: | ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

TOWER GREENSPUN DGSPT, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4769
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25 UNLIQ | Scheduled: | ****************** |
|---|---|---|---|---|

TOWER GREENSPUN JGGSTP, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4771
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25 UNLIQ | Scheduled: | ****************** |
|---|---|---|---|---|

TOWER GREENSPUN SGFFT, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4772
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25 UNLIQ | Scheduled: | ****************** |
|---|---|---|---|---|

TOWER GREENSPUN, L.L.C.
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4770
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.24 UNLIQ | Scheduled: | ****************** |
|---|---|---|---|---|

TOWER HZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6400
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 4394

| UNSECURED | Claimed: | $746,985.45 UNLIQ | Scheduled: | ****************** |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | |
|---|---|---|---|
| TOWER HZ, LLC<br>ATTN: MARC D. HAUSER<br>C/O EGI-TRB, LLC, AS AUTHORIZED AGENT<br>2 NORTH RIVERSIDE PLAZA, STE 600<br>CHICAGO, IL 60606 | | Claim Number: 4394<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED | Claimed: | $746,890.90 UNLIQ | |
| TOWER JB, L.L.C<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6401<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3717 | |
| UNSECURED | Claimed: | $847,081.50 UNLIQ | Scheduled: ****************** |
| TOWER JB, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3717<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED | Claimed: | $846,974.28 UNLIQ | |
| TOWER JK, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3719<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED | Claimed: | $3,475,347.59 UNLIQ | |
| TOWER JK, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6402<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3719 | |
| UNSECURED | Claimed: | $3,475,787.56 UNLIQ | Scheduled: ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| TOWER JP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3720<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED | Claimed: | $952,285.90 UNLIQ | |
| TOWER JP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6403<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3720 | |
| UNSECURED | Claimed: | $952,406.46 UNLIQ | Scheduled: ****************** |
| TOWER JS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3718<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED | Claimed: | $423,487.14 UNLIQ | |
| TOWER JS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6404<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3718 | |
| UNSECURED | Claimed: | $423,540.75 UNLIQ | Scheduled: ****************** |
| TOWER KS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3721<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED | Claimed: | $336,100.90 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| TOWER KS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6405<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3721 | |
| UNSECURED | Claimed: | $336,143.65  UNLIQ | Scheduled:  ****************** |
| TOWER LL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3723<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED | Claimed: | $186,722.73  UNLIQ | |
| TOWER LL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6406<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3723 | |
| UNSECURED | Claimed: | $186,746.36  UNLIQ | Scheduled:  ****************** |
| TOWER LM, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3724<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED | Claimed: | $74,689.09  UNLIQ | |
| TOWER LM, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6407<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3724 | |
| UNSECURED | Claimed: | $74,698.54  UNLIQ | Scheduled:  ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| TOWER LZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3722<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $933,613.62 UNLIQ | |
| TOWER LZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6408<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3722 | |
| UNSECURED          Claimed: | $933,731.81 UNLIQ | Scheduled: ****************** |
| TOWER MH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3702<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $134,440.36 UNLIQ | |
| TOWER MH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6409<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3702 | |
| UNSECURED          Claimed: | $134,457.38 UNLIQ | Scheduled: ****************** |
| TOWER MS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3703<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $2,940,882.92 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

TOWER MS, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6410
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3703

| UNSECURED | Claimed: | $2,941,255.22 UNLIQ | Scheduled: | ****************** |

---

TOWER MZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3704
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $1,764,529.75 UNLIQ |

---

TOWER MZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6411
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3704

| UNSECURED | Claimed: | $1,764,753.13 UNLIQ | Scheduled: | ****************** |

---

TOWER NL, L.L.C.
TWO NORTH RIVERSIDE DRIVE
SUITE 600
CHICAGO, IL 60606

Claim Number: 3705
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $3,136,941.78 UNLIQ |

---

TOWER NL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6412
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3705

| UNSECURED | Claimed: | $3,137,338.90 UNLIQ | Scheduled: | ****************** |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| TOWER PH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3716<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED            Claimed:          $373,445.45 UNLIQ | | |
| TOWER PH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6413<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3716 | |
| UNSECURED            Claimed:          $373,492.73 UNLIQ          Scheduled:  ****************** | | |
| TOWER PT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3706<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED            Claimed:          $2,352,706.33 UNLIQ | | |
| TOWER PT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA<br>CHICAGO, IL 60606 | Claim Number: 6414<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3706 | |
| UNSECURED            Claimed:          $2,353,004.18 UNLIQ          Scheduled:  ****************** | | |
| TOWER SF, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3707<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED            Claimed:          $186,722.73 UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | |
|---|---|---|---|---|
| TOWER SF, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6415<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3707 | | |
| UNSECURED | Claimed: | $186,746.36  UNLIQ | Scheduled: | ****************** |
| TOWER TT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3708<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED | Claimed: | $746,890.90  UNLIQ | | |
| TOWER TT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6416<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3708 | | |
| UNSECURED | Claimed: | $746,985.45  UNLIQ | Scheduled: | ****************** |
| TOWER VC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3709<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED | Claimed: | $235,270.63  UNLIQ | | |
| TOWER VC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6417<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3709 | | |
| UNSECURED | Claimed: | $235,300.42  UNLIQ | Scheduled: | ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| TOWER WP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3710<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED | Claimed: | $5,097,185.33 UNLIQ |
| TOWER WP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6418<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3710 | |
| UNSECURED | Claimed: | $5,097,830.61 UNLIQ    Scheduled: ****************** |
| TOWN OF PALM BEACH - FINANCE DEPARTMENT<br>C/O MARY MCQUAIG, ACCOUNTING CLERK<br>PO BOX 2029<br>360 SOUTH COUNTY ROAD<br>PALM BEACH, FL 33480 | Claim Number: 6639<br>Claim Date: 08/13/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) | |
| UNSECURED | Claimed: | $150.00 |
| TRAINOR, ROBERT E.<br>1412 SHEFFORD RD.<br>BALTIMORE, MD 21239 | Claim Number: 3774<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $74,825.54 |
| TRANSNATIONAL TRADING INC.<br>A.A. 85656<br>BOGOTA,<br>COLOMBIA | Claim Number: 6295<br>Claim Date: 10/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED | Claimed: | $40,598.40 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5534<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $108,594.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| TREASURER, OKLAHOMA STATE<br>UNCLAIMED PROPERTY DIVISION<br>4545 N. LINCOLN BLVD., STE. 106<br>OKLAHOMA CITY, OK 73105 | | Claim Number: 6509<br>Claim Date: 06/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: ******************* |

| | | |
|---|---|---|
| TRIEMER, ISABELL<br>1301 TOWSON ST<br>BALTIMORE, MD 21230-5323 | | Claim Number: 720<br>Claim Date: 03/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $325.00 |

| | | |
|---|---|---|
| TRIO ASSOCIATES<br>RE: PASADENA 125 N. VINEDO<br>PO BOX 757<br>4778 NORTH STONE ROAD<br>BETHEL ISLAND, CA 94511 | | Claim Number: 2900<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,612,205.00 |

| | | |
|---|---|---|
| TRUJILLO, JEAN<br>365 ROUTE 111 APT C13<br>SMITHTOWN, NY 11787 | | Claim Number: 1148<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $241/week for life |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: ******************* UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

TUNSTALL, SHARON S.
2323 FAIRWAY DRIVE
BIRMINGHAM, MI 48009

Claim Number: 3775
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,684.60 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

TV GUIDE ONLINE, INC.
C/O CHRISTOPHER J. HARNETT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

Claim Number: 4900
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| PRIORITY | Claimed: | $5,699,364.00 UNLIQ |

TV GUIDE ONLINE, LLC
C/O CHRISTOPHER J. HARNETT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

Claim Number: 4901
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 4900

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| PRIORITY | Claimed: | $5,699,364.00 UNLIQ |

TW TELECOM INC
10475 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 6306
Claim Date: 10/19/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $11,641.97 |
|---|---|---|
| UNSECURED | Claimed: | $17,943.95 |

TW TELECOM INC.
10475 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 330
Claim Date: 01/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $23,811.52 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 400<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| UNSECURED | Claimed: | $23,811.52 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 745<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
| UNSECURED | Claimed: | $25,127.41 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 832<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| UNSECURED | Claimed: | $25,127.41 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 6313<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
| ADMINISTRATIVE | Claimed: | $11,641.97 |
| UNSECURED | Claimed: | $17,943.95 |
| TWTR, INC., ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | | Claim Number: 188<br>Claim Date: 12/30/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 189 |
| UNSECURED | Claimed: | $13,532.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| TYRRELL, JOIE<br>189 SPRING RD<br>HUNTINGTON, NY 11743 | | Claim Number: 5145<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for pension |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |
| TYRRELL, MARK<br>189 SPRING RD.<br>HUNTINGTON, NY 11743 | | Claim Number: 5146<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |
| U.S. DEPARTMENT OF LABOR<br>ELIZABETH GOLDBERG, OFC OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVENUE, N.W. STE N-4611<br>WASHINGTON, DC 20210 | | Claim Number: 3629<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>ERISA violations |
| PRIORITY | Claimed: | $0.00 UNLIQ |
| UB PROPERTY LLC<br>ATTN: KIM NELSON<br>PO BOX 58746<br>SEATTLE, WA 98138 | | Claim Number: 5833<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
| UNSECURED | Claimed: | $488.06 |
| UDOVIC, MICHAEL S.<br>929 SOUTH OAKLAND AVE.<br>PASADENA, CA 91106 | | Claim Number: 3776<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $6,875.50 |

| | | |
|---|---|---|
| UGI UTILITIES, INC.<br>225 MORGANTOWN RD<br>READING, PA 19612-1949 | | Claim Number: 5919<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $36,994.82 |

| | | |
|---|---|---|
| UHLMANN, CHARLES O<br>3-22-24 SAKAE-CHO<br>TACHIKAWA CITY<br>TOKYO, 190-0003<br>JAPAN | | Claim Number: 6528<br>Claim Date: 06/14/2010<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $6,800.00    Scheduled: ****************** |

| | | |
|---|---|---|
| UNCLAIMED PROPERTY DIVISION DEPARTMENT<br>OF TREASURY<br>55 ELM STREET<br>HARTFORD, CT 06106 | | Claim Number: 2049<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00  UNDET    Scheduled: ******************* UNLIQ |

| | | |
|---|---|---|
| UNCLAIMED PROPERTY DIVISION OFFICE OF<br>STATE TREASURER<br>CAPITOL COMPLEX<br>CHARLESTON, WV 25305 | | Claim Number: 3109<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $242.57  UNLIQ |

| | | |
|---|---|---|
| UNION BANK OF CALIFORNIA<br>C/O JONES LANG LA SALLE AMERICAS IN<br>ATTN  CORPORATE REAL ESTATE SRVCS<br>PO BOX 45799<br>SAN FRANCISCO, CA 94145-0799 | | Claim Number: 3686<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011) |
| UNSECURED | Claimed: | $1,395.91 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| UNISYS CORPORATION<br>C/O DANA S. PLON, ESQUIRE<br>SIRLIN GALLOGLY & LESSER, P.C.<br>123 SOUTH BROAD STREET, SUITE 2100<br>PHILADELPHIA, PA 19109 | | Claim Number: 6465<br>Claim Date: 04/06/2010<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $8,368.75 |
|---|---|---|
| UNSECURED | Claimed: | $1,588.90 |

| | | |
|---|---|---|
| UNIVERSAL CITY STUDIOS PRODCUTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | | Claim Number: 4674<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 3191 (01/25/2010) |

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| UNIVERSAL PRESS SYNDICATE<br>PO BOX 419149<br>KANSAS CITY, MO 64141-9149 | | Claim Number: 894<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $78,272.36 |
|---|---|---|

| | | |
|---|---|---|
| UNIVISION COMMUNICATIONS INC.<br>MELISSA LOPEZ<br>1777 NE LOOP 410, SUITE 400<br>SAN ANTONIO, TX 78217 | | Claim Number: 2346<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $4,250.00 |
|---|---|---|

| | | |
|---|---|---|
| UNTERMAN, E. THOMAS<br>1451 AMALFI DR<br>PACIFIC PALISADES, CA 90272 | | Claim Number: 3777<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $1,405,127.79 | Scheduled: ******************UNLIQ |
|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | | |
|---|---|---|---|---|---|
| USA MOBILITY<br>3000 TECHNOLOGY DR STE 400<br>PLANO, TX 75074 | | Claim Number: 5663<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $2,018.60 | Scheduled: ****************** | Allowed: | $1,568.60 |
| USA TODAY<br>ATTN: PETE GALLO<br>535 MADISON AVENUE, 27TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 286<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | | |
| UNSECURED | Claimed: | $285,377.36 | Scheduled: ****************** | | |
| VALENTI, JOHN A. III<br>44-11 MACNISH STREET, APT 2G<br>ELMHURST, NY 11373 | | Claim Number: 5316<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| VALENTI, MICHAEL<br>400 TAMARAC DR<br>PASADENA, CA 91105 | | Claim Number: 3778<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,228,403.25 | Scheduled: ****************** | | |
| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | | Claim Number: 3969<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $100,000.00 UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| VAN HORN, PHILIP D<br>9948 MARNICE AVE.<br>TUJUNGA, CA 91042 | | Claim Number: 5713<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,283.77 |
| SECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| VAN NESS, SHAWNA<br>355 SOUTH WELLWOOD AVE.<br>LINDENHURST, NY 11757 | | Claim Number: 5070<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

| | | |
|---|---|---|
| VAN TATENHOVE, JAMES M.<br>8812 CANYON SPRINGS DRIVE<br>LAS VEGAS, NV 89117 | | Claim Number: 3291<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,458.50 |

| | | |
|---|---|---|
| VANN, BARNITA P.<br>PO BOX 359<br>CHICAGO, IL 60690 | | Claim Number: 5425<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| | | |
|---|---|---|
| VAZOULAS, JEAN<br>798 HIGHVIEW AVE<br>WESTBURY, NY 11590 | | Claim Number: 3353<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $440/week for life |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | ******************UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| VELAPOLDI, FRANK M.<br>24304 KINTAIL CT<br>PORT CHARLOTTE, FL 33980 | | Claim Number: 6051<br>Claim Date: 07/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,149.60 |
| VERIZON<br>AFNI/VERIZON EAST<br>PO BOX 3037<br>BLOOMINGTON, IL 61702-3037 | | Claim Number: 399<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED | Claimed: | $1,865.17 |
| VERIZON COMMUNICATIONS INC<br>DARRYL S. LADDIN, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171  17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 | | Claim Number: 4985<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
| UNSECURED | Claimed: | $169,228.13 |
| VERIZON COMMUNICATIONS INC<br>DARRYL S. LADDIN, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171  17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 | | Claim Number: 6243<br>Claim Date: 09/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Replaces claim 399 & 4985 |
| UNSECURED | Claimed: | $66,261.65 |
| VERIZON INC.<br>AFNI/VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701 | | Claim Number: 3630<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $2,636.03 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | |
|---|---|---|---|---|
| VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | | Claim Number: 3308<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 262 | | |
| UNSECURED | Claimed: | $22,703.68 | Scheduled: | ****************** |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | | Claim Number: 262<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | | |
| UNSECURED | Claimed: | $100,544.88 | | |
| VERTIS, INC.<br>HUSCH BLACKWELL SANDERS LLP<br>JOHN J. CRUCIANI<br>4801 MAIN STREET, SUITE 1000<br>KANSAS CITY, MO 64112 | | Claim Number: 52<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011) | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
| VIDA, HERBERT J.<br>1303 W. 214TH<br>TORRANCE, CA 90501 | | Claim Number: 3780<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $45,399.65 | | |
| VOLK, PHYLLIS<br>250 E. PEARSON ST.<br>SUITE 906<br>CHICAGO, IL 60611 | | Claim Number: 4641<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $6,180.00 | Scheduled: | ****************** |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | | |
|---|---|---|---|---|
| VON WEIDING, MARK, DBA PJT DELIVERY SERVICE, INC. CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | | Claim Number: 5859 Claim Date: 06/18/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $140,753.78 | Scheduled: | ****************** UNLIQ |
| WADA, KAREN 2215 SANTA ANITA SIERRA MADRE, CA 91024 | | Claim Number: 3781 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $277,091.87 | Scheduled: | ****************** UNLIQ |
| WADE, CLAUDIA A. 401 AUDRAINE DR. GLENDALE, CA 91202 | | Claim Number: 3782 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $25,214.57 | | |
| WALCOTT, TENISHA 233 BROADWAY FL 5 NEW YORK, NY 10279-0599 | | Claim Number: 4918 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| WALKER, CAROL 3561 W. HEMLOCK OXNARD, CA 93035 | | Claim Number: 6601 Claim Date: 07/19/2010 Debtor: TRIBUNE COMPANY Comments: DOCKET: 8065 (02/18/2011) | | |
| UNSECURED | Claimed: | $65,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| WALKER, KAROLYN M<br>1457 W. 37TH STREET<br>RIVIERA BEACH, FL 33404 | | Claim Number: 1332<br>Claim Date: 04/22/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7274 (12/22/2010) |
| PRIORITY | Claimed: | $300.00 |

| | | |
|---|---|---|
| WALL, ROBERT C. - IRA<br>CHARLES SCHWAB CUSTODIAN<br>10523 MISTY HILL RD<br>ORLAND PARK, IL 60462 | | Claim Number: 5924<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $76,122.00 |

| | | |
|---|---|---|
| WALLACE, JAMES W.<br>5822 BRIARTREE DR<br>LA CANADA FLINT, CA 91011 | | Claim Number: 3783<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $319,337.67     Scheduled: ****************** UNLIQ |

| | | |
|---|---|---|
| WALLER, MARTA<br>10490 SANTA MONICA BLVD<br>LOS ANGELES, CA 90025-5033 | | Claim Number: 263<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $5,000,000.00 |

| | | |
|---|---|---|
| WALLER, MARTA<br>GERALDINE WEISS, ESQ.<br>LAW OFFICES OF MICHAEL J. PIUZE<br>11755 WILSHIRE BOULEVARD, ST 1170<br>LOS ANGELES, CA 90025 | | Claim Number: 4411<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 263 |
| UNSECURED | Claimed: | $5,000,000.00 |

| | | | |
|---|---|---|---|
| WALLER, MICHAEL E.<br>5 FULL SWEEP<br>HILTON HEAD ISLAND, SC 29928 | | Claim Number: 3784<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $1,856,802.57 | Scheduled: ******************UNLIQ |
| WALLS, MARY LOU TTEE<br>10741 N. GREEN RIVER RD.<br>EVANSVILLE, IN 47725 | | Claim Number: 3367<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| PRIORITY | Claimed: | $13,000.00 | |
| WALLS, THOMAS R. TTEE<br>10741 N. GREEN RIVER RD.<br>EVANSVILLE, IN 47725 | | Claim Number: 3366<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| PRIORITY | Claimed: | $12,000.00 | |
| WALSH, CONSTANCE<br>430 S. WESTERN AVE.<br>UNIT 202<br>DES PLAINES, IL 60016 | | Claim Number: 2014<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4891 (06/28/2010) | |
| UNSECURED | Claimed: | $2,090.83 | |
| WANG, ZHONG<br>7312 RAINBOW DR<br>CUPERTINO, CA 95014 | | Claim Number: 6290<br>Claim Date: 10/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED | Claimed: | $1,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| WANGBERG, LARRY<br>110 ELK VIEW DRIVE<br>HAILEY, ID 83333 | | Claim Number: 3785<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

| UNSECURED | Claimed: | $403,201.80 | Scheduled: ****************** UNLIQ |
|---|---|---|---|

| WARD, ELEANORE P<br>186 OAK TREE RD<br>MOORESVILLE, NC 28117-5914 | | Claim Number: 6546<br>Claim Date: 06/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
|---|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: ****************** |
|---|---|---|---|

| WASHINGTON STATE DEPT OF REVENUE<br>ATTN: SUSAN ROLAND<br>2101 4TH AVE, SUITE 1400<br>SEATTLE, WA 98121-2300 | | Claim Number: 5670<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

| PRIORITY | Claimed: | $346.72 |
|---|---|---|

| WATER CLOSET MEDIA INC<br>1816 NE ALBERTA ST.<br>PORTLAND, OR 97211 | | Claim Number: 876<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 1292 |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $1,500.00 |
|---|---|---|

| WATER DEPARTMENT OF PHILADELPHIA<br>C/O ASHLEY M. CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 | | Claim Number: 6336<br>Claim Date: 11/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|---|

| SECURED | Claimed: | $134.80 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| WEINBERG, JUDY<br>61 RIDGE ROAD<br>SMITHTOWN, NY 11787 | | Claim Number: 5041<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| WEINSTEIN, HOWARD<br>12114 FAULKNER DR.<br>OWINGS MILLS, MD 21117 | | Claim Number: 3786<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $10,950.00 | |
|---|---|---|---|
| UNSECURED | Claimed: | $335,073.78 | Scheduled:  ******************UNLIQ |

| | | |
|---|---|---|
| WEST EAST LIMITED PARTNERSHIP<br>C/O ITSKOWITCH<br>602 NORTH ALPINE DRIVE<br>BEVERLY HILLS, CA 90210 | | Claim Number: 6205<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

| | | |
|---|---|---|
| WESTERN PREFERRED LIFE INSURANCE LTD.<br>PO BOX 26800<br>AUSTIN, TX 78755-0800 | | Claim Number: 5566<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $50,767.81 |
|---|---|---|

| | | |
|---|---|---|
| WHITEHALL JEWELERS HOLDINGS, INC., ET AL<br>C/O ASK FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | | Claim Number: 6124<br>Claim Date: 07/17/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $29,470.89 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | | |
|---|---|---|---|
| WHITEHOUSE, BETH<br>12 VILLAS CIR<br>MELVILLE, NY 11747-3050 | | Claim Number: 5050<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00  UNDET | |
| WIEGAND, WILLIAM<br>PO BOX 655<br>COUPEVILLE, WA 98239 | | Claim Number: 3787<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $348,721.05 | Scheduled: ****************** |
| WILD, MARY A.<br>918 W. WOLFENSBERGER RD.<br>CASTLE ROCK, CO 80109-9631 | | Claim Number: 3788<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $36,816.87 | Scheduled: ******************* UNLIQ |
| WILLCOX & SAVAGE PC<br>ATTORNEYS AT LAW<br>ATTN: CONRAD M. SHUMADINE, ESQUIRE<br>1800 BANK OF AMERICA CTR<br>NORFOLK, VA 23510-2197 | | Claim Number: 1502<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $728.09 | |
| WILLES, MARK H.<br>4343 SHEFFIELD DRIVE<br>PROVO, UT 84604 | | Claim Number: 3767<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $19,534,351.47 | Scheduled: ****************** UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| WILLETTE, MARCIA, AS GUARDIAN AND NATURAL MOTHER OF ZACHERY MITZKOVITZ 69 PECAN RUN, STE 5623 OCALA, FL 34472 | | Claim Number: 6160 Claim Date: 08/10/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $111,043.24 |
| WILLIAMS, JEFFREY LYNN 147 CHICHESTER RD. HUNTINGTON, NY 11743 | | Claim Number: 5147 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| WILLIAMS, LANCE 2831 PRINCE ST. BERKELEY, CA 94705 | | Claim Number: 584 Claim Date: 02/20/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3803 (03/22/2010) |
| UNSECURED | Claimed: | $539.19 |
| WILLIAMS, PHILLIP L. 1156 AMALFI DR. PACIFIC PALISADES, CA 90272 | | Claim Number: 3766 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $572,842.71          Scheduled:  ******************UNLIQ |
| WILLIAMS, SOPHONIE 350 WEST JAMAICA AVE VALLEY STREAM, NY 11580 | | Claim Number: 5148 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| WILMINGTON TRUST CORPORATION, | | | |
| AS INDENTURE TRUSTEE | | | |
| C/O PATRICK J. HEALY, VP | | | |
| 1100 NORTH MARKET ST - RODNEY SQ NORTH | | | |
| WILMINGTON, DE 19890 | | | |

Claim Number: 3523
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,196,823,429.80 UNLIQ | Scheduled: ****************** UNLIQ |

---

WILSHIRE CLASSIFIEDS LLC
C/O TARGET MEDIA PARTNERS DC, LLC
5900 WILSHIRE BLVD STE 550
LOS ANGELES, CA 90036

Claim Number: 4333
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $1,700,000.00 UNLIQ | |
| UNSECURED | Claimed: | $1,300,000.00 UNLIQ | |

---

WILSON, DONALD N., ESQ.
MURRAY, JENSEN & WILSON, ESQ.
101 N. WACKER DR, SUITE 101
CHICAGO, IL 60606

Claim Number: 4656
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $12,812.40 | Scheduled: ****************** |

---

WILSON, HAZEL E.
21712 LANAR
MISSION VIEJO, CA 92692

Claim Number: 3765
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $26,114.05 | |

---

WILSON, JULIA C.
1872  8TH AVE.
SACRAMENTO, CA 95818

Claim Number: 3764
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $219,353.70 | Scheduled: ****************** UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| WILSON, ROBERT M.<br>3556 HAMPSHIRE DR.<br>BIRMINGHAM, AL 35223 | | Claim Number: 5878<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $5,074.80 |
| WINKLER, LEE B., IRA ROLLOVER<br>15250 VENTURA BLVD<br>SUITE 710<br>SHERMAN OAKS, CA 91403 | | Claim Number: 6513<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7673 (01/28/2011) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $50,000.00 |
| WINTERS, CARLYLE<br>2205 BELLEAIR ROAD<br>APT. A25<br>CLEARWATER, FL 33764-2765 | | Claim Number: 2805<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
| UNSECURED | Claimed: | $10,000.00 UNLIQ |
| WISS JANNEY ELSTNER ASSOCIATES<br>330 PFINGSTEN RD<br>NORTHBROOK, IL 60062 | | Claim Number: 1428<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $3,000.00          Scheduled: ******************* |
| WITLEN, IAN<br>4375 CARAMBOLA CIR N<br>COCONUT CREEK, FL 33066-2458 | | Claim Number: 27<br>Claim Date: 12/23/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| PRIORITY | Claimed: | $1,675.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

WOLDT, HAROLD F. JR.
6059 WEEPING BANYAN LANE
WOODLAND HILLS, CA 91367

Claim Number: 3763
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $35,533.16 | Scheduled: | ****************** UNLIQ |

WOLFSON, DOUGLAS S
11 CROFT PL
HUNTINGTON, NY 11743

Claim Number: 5090
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |

WOLFSON, JAYNE H.
11 CROFT PL.
HUNTINGTON, NY 11743

Claim Number: 5045
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |

WOLINSKY, LEO
8550 HOLLYWOOD BLVD.
LOS ANGELES, CA 90069

Claim Number: 3762
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $606,750.39 | Scheduled: | ****************** UNLIQ |

WOOD, JIM - AUDITOR OF STATE
UNCLAIMED PROPERTY DIVISION
PO BOX 251920
LITTLE ROCK, AR 72225-1920

Claim Number: 5866
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $0.00 UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

WOODFIELD MALL LLC, A DELAWARE LLC
ANDREW S. CONWAY
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

Claim Number: 1393
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $341,936.00 |
|---|---|---|

WORLD BOOK NEWS
1652 N. CAHUENGA BLVD
HOLLYWOOD, CA 90028

Claim Number: 6305
Claim Date: 10/19/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7675 (01/28/2011)

| ADMINISTRATIVE | Claimed: | $103.01 |
|---|---|---|

WORLDNOW
PO BOX 60857
LOS ANGELES, CA 90060-0857

Claim Number: 4313-24
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $2,176.56 | Scheduled: | ****************** |
|---|---|---|---|---|

WRIGHT, DONALD  F.
P.O. BOX 842
TESUQUE, NM 87574

Claim Number: 3761
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,713,574.92 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

WRIGHT,JULIE A
1990 MT. SHASTA DRIVE
SAN PEDRO, CA 90732

Claim Number: 6030
Claim Date: 07/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

WTOP-FM RADIO
C/O SZABO ASSOCIATES, INC.
3355 LENOX ROAD NE, 9TH FLOOR
ATLANTA, GA 30326

Claim Number: 763
Claim Date: 03/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,026.30 | | | |
|---|---|---|---|---|---|

XANDERS, JULIE
1720 HIGHLAND AVENUE
GLENDALE, CA 91202

Claim Number: 4602
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $389.99 | Scheduled: | ****************** | |
|---|---|---|---|---|---|

XANDERS, JULIE
1720 HIGHLAND AVENUE
GLENDALE, CA 91202

Claim Number: 4603
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,815.00 | Scheduled: | ******************** UNLIQ | |
|---|---|---|---|---|---|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-01
Claim Date: 02/04/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $71,001.06 | Scheduled: | ****************** | Allowed: | $71,001.06 |
|---|---|---|---|---|---|---|

XEROX CORP.
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 409
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,847,137.05 | | | |
|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

---

| YAGED, MARTIN<br>11 APPALOOSA DR.<br>MANALAPAN, NJ 07726 | | Claim Number: 3004<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|
| SECURED | Claimed: | $15,000.00 |
| UNSECURED | Claimed: | $0.00 |

| YAHOO! INC.<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL  SUITE 300<br>PALO ALTO, CA 94306 | | Claim Number: 4356<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,924.12 |
| UNSECURED | Claimed: | $10,075.52 |

| YAN, ELLEN<br>#B1405<br>61-20 GRAND CENTRAL PKWY<br>FOREST HILLS, NY 11375 | | Claim Number: 5319<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

| YEAGER, ROBERT B.<br>1672 RICHLAND RD<br>SPRING VALLEY, OH 45370 | | Claim Number: 6272<br>Claim Date: 10/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|---|
| UNSECURED | Claimed: | $50,186.41 |

| YELLOWBRIX INC<br>500 MONTGOMERY STREET  SUITE 700<br>ALEXANDRIA, VA 22314 | | Claim Number: 3409<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $6,856.85 | Scheduled: ******************* |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| YIELD STRATEGIES FUND I, LP<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | | Claim Number: 1324<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
| UNSECURED | Claimed: | $664,066.42 UNLIQ |
| YIELD STRATEGIES FUND II, LP<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | | Claim Number: 1327<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
| UNSECURED | Claimed: | $226,951.20 UNLIQ |
| YOON, JOSEPH<br>206 NORTHSHORE XING<br>DALLAS, GA 30157-1641 | | Claim Number: 6510<br>Claim Date: 06/03/2010<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $68.00     Scheduled: ******************* |
| YOST, WILLIAM<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 5659<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $45,602.93 |
| YOST, WILLIAM<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 5660<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $9,444.35 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

YOUNG, JOHN W.
88 PACE DR S
WEST ISLIP, NY 11795-5100

Claim Number: 3760
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $73,452.93 | Scheduled: | ******************UNLIQ |
|---|---|---|---|---|

YOUNG, SOMMER, WARD, RITZENBERG, BAKER
& MOORE LLC
5 PALISADES DRIVE, SUITE 300
ALBANY, NY 12205

Claim Number: 1698
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,307.00 | | |
|---|---|---|---|---|

YOUNGMAN, OWEN
40 KENMORE AVE.
DEERFIELD, IL 60015

Claim Number: 3026
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $379.97 | Scheduled: | ****************** |
|---|---|---|---|---|

ZAKARIAN, JOHN J.
656 RIDGE RD
WETHERSFIELD, CT 06109

Claim Number: 3757
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $295,629.56 | Scheduled: | ****************** |
|---|---|---|---|---|

ZAPANTA, NORENE
53 OVERLOOK DR.
NEWPORT COAST, CA 92657

Claim Number: 3758
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,482.47 | Scheduled: | ****************** |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 02/28/2011

| | | |
|---|---|---|
| ZEEK FAMILY TRUST<br>575 GOLDEN HAWK DR<br>PRESCOTT, AZ 86301 | | Claim Number: 5798<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $71,046.20 |
| ZEITLIN, ERICA<br>2662 S. BARRINGTON AVE.<br>LOS ANGELES, CA 90064 | | Claim Number: 6638<br>Claim Date: 08/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7674 (01/28/2011) |
| PRIORITY | Claimed: | $3,405.00 |
| ZEP MANUFACTURING COMPANY<br>ENGEL, HAIRSTON & JOHANSON, P.C.<br>ATTN: JONATHAN E. RAULSTON<br>P.O. BOX 11405<br>BIRMINGHAM, AL 35202 | | Claim Number: 2258<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
| UNSECURED | Claimed: | $506.04 |
| ZERWEKH, JAMES D<br>499 BIG TREE RD<br>PONTE VEDRA, FL 32082-4144 | | Claim Number: 6083<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $453.59 |
| UNSECURED | | Scheduled: ****************** |
| ZEZIMA, GERALD R. JR.<br>101 WEDGEWOOD DR.<br>CORAM, NY 11727 | | Claim Number: 5057<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00 UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

ZIMBALIST, EFREM III
216 FIRST ST.
MANHATTAN BEACH, CA 90266

Claim Number: 3759
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,206,657.73 | Scheduled: | ****************** UNLIQ |

ZOLNIER, EDWIN
1407 MIDDLE ROAD
UNIT #14
CALVERTON, NY 11933

Claim Number: 2946
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $1,096.18 |

ZULKIE PARTNERS LLC
222 S RIVERSIDE PLAZA   STE 2300
CHICAGO, IL 60606

Claim Number: 2769
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $260.00 | Scheduled: | ****************** |

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5457
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 102

| UNSECURED | Claimed: | $29,494,266.00 |

ZURICH AMERICAN INSURANCE COMPANY, ET AL
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 102
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |

## Summary Page

Total Number of Filed Claims:         1666

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $799,873,271.02 | $0.00 |
| Priority: | $571,449,873.61 | $0.00 |
| Secured: | $18,898,483,011.00 | $0.00 |
| Unsecured: | $94,933,464,316.18 | $281,808.66 |
| Total: | $115,203,270,471.81 | $281,808.66 |