UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. #08-13141 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## AMENDED NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the following hereby appear in the above-referenced Chapter 11 cases as counsel for **Pennsylvania Public School Employees' Retirement System** and, pursuant to Bankruptcy Rules 2002 and 9010(b) and § 1109(b) of the Bankruptcy Code, requests that copies of all notices and pleadings given or filed in these cases be given and served upon the following at the below addresses and facsimile numbers:

| | |
|---|---|
| **Lawrence J. Kotler, Esquire** | **Carol E. Momjian, Senior Deputy Attorney General-in-Charge** |
| **DUANE MORRIS LLP** | **PENNSYLVANIA OFFICE OF ATTORNEY GENERAL** |
| 30 South 17th Street | 21 South 12th Street, 3rd Floor |
| Philadelphia, PA 19103-4196 | Philadelphia, PA 19107 |
| Telephone: 215.979.1514 | Telephone: 215.560.2128 |
| Facsimile: 215.689.2746 | Facsimile: 215.560.2202 |
| Email: LJKotler@duanemorris.com | Email: cmomjian@attorneygeneral.gov |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

DM3\1743418.1

**PLEASE TAKE FURTHER NOTICE** that neither this Amended Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the (i) rights to have final orders in non-core matters entered only after de novo review by a higher court; (ii) rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which **Pennsylvania Public School Employees' Retirement System** is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  March 24, 2011

Respectfully submitted,

*/s/ Lawrence J. Kotler*
Lawrence J. Kotler, Esquire (DE – 4181)
**Duane Morris LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:    215.979.1514
Facsimile:    215.689.2746
Email:  LJKotler@duanemorris.com
        and
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    302.657.4900
Facsimile:    302.657.4901
        and
Carol E. Momjian, Senior Deputy Attorney
   General-in-Charge
**PENNSYLVANIA OFFICE OF ATTORNEY
   GENERAL**
21 South 12th Street, 3rd Floor
Philadelphia, PA  19107
Telephone: 215.560.2128
Facsimile:   215.560.2202
Email:  cmomjian@attorneygeneral.gov

*Counsel for Pennsylvania Public School Employees' Retirement System*