IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Jointly Administered <br> **Objection Date: April 13, 2011 at 4:00 p.m.** <br> **Hearing Date:** *Only if Objections are filed* |

## NOTICE OF FEE APPLICATION

| | | |
|---|---|---|
| David M. Klauder, Esquire <br> Office of the United States Trustee <br> J. Caleb Boggs Federal Building <br> 844 King Street, Suite 2207, Lockbox 35 <br> Wilmington, DE 19801 <br> (U.S. Trustee) | Stuart M. Brown, Esquire <br> Edwards Angell Palmer & Dodge <br> 919 North Market Street, Suite 1500 <br> Wilmington, DE 19801 <br> (Counsel to Barclays Bank PLC) | Brian Trust, Esquire <br> Amit K. Trehan, Esquire <br> Mayer Brown LLP <br> 1675 Broadway <br> New York, NY 10019-5820 <br> (Counsel to Barclays Bank PLC) |
| Kenneth P. Kansa, Esquire <br> Jillian K. Ludwig, Esquire <br> Sidley Austin LLP <br> One South Dearborn Street <br> Chicago, IL 60603 <br> (Counsel to Debtors) | Howard Seife, Esquire <br> David M. LeMay, Esquire <br> Douglas E. Deutsch, Esquire <br> Chadbourne & Parke LLP <br> 30 Rockefeller Plaza <br> New York, NY 10112 <br> (Counsel to Creditors' Committee) | Adam G. Landis, Esquire <br> Matthew B. McGuire, Esquire <br> Landis Rath & Cobb LLP <br> 919 Market Street, Ste. 1800 <br> Wilmington, DE 19801 <br> (Counsel to Creditors' Committee) |
| Donald S. Bernstein, Esquire <br> James A. Florack, Esquire <br> Damian S. Schaible, Esquire <br> Davis Polk & Wardwell <br> 450 Lexington Avenue <br> New York, NY 10017 <br> (Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | Mark D. Collins, Esquire <br> Richards, Layton & Finger, P.A. <br> 920 N. King Street <br> P.O. Box 551 <br> Wilmington, DE 19899-0511 <br> (Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | John L. Decker, Esquire <br> Stuart Maue <br> 3840 McKelvey Rd. <br> St. Louis, MO 63044 <br> (Fee Auditor) |

PLEASE TAKE NOTICE that, on March 24, 2011, Jenner Block LLP filed the **Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through December 31, 2010** (the "Application"), which seeks approval of a monthly fee application for professional services rendered to the Debtors in the amount of $4,125.50, and reimbursement of disbursements in the amount of $26.24.

You are required to file a response, if any, to the Application on or before **April 13, 2011 at 4:00 p.m.** (Eastern Time).

46429/0001-5532106v31

At the same time, you must also serve a copy of the response upon Applicant and Debtors' counsel so that it is received by **4:00 p.m. on April 13, 2011**:

| | | |
|---|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com | Kenneth Kansa, Esquire<br>Jillian K. Ludwig, Esquire<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, IL 60603<br>kkansa@sidley.com | David J. Bradford, Esquire<br>Craig C. Martin, Esquire<br>**JENNER BLOCK LLP**<br>330 North Wabash Avenue<br>Chicago, IL 60611-9350<br>dbradford@jenner.com |

A HEARING ON THE APPLICATION WILL BE HELD, ONLY IF AN OBJECTION IS TIMELY FILED, OR THE COURT DIRECTS OTHERWISE, AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 24, 2011

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

2

46429/0001-5532106v31