# EXHIBIT A

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER      45394
MATTER NUMBER      10164

THE TRIBUNE COMPANY                          JANUARY 31, 2011
435 NORTH MICHIGAN AVENUE                   INVOICE # 9192439
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2010                              $2,104.50

DISBURSEMENTS                                          $ 26.24

                                            TOTAL INVOICE                   $2,130.74

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9192439

JANUARY 31, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2010

FEE APPLICATION

MATTER NUMBER- 10164

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 12/1/2010 | LSR | 0.30 | { L210 } {A103} Drafted Twelfth Supplemental Declaration for D. Bradford. | 111.00 |
| 12/2/2010 | LSR | 1.70 | { L210 } {A103} Drafted September fee application (1.1); drafted October fee application (.6). | 629.00 |
| 12/2/2010 | MXP | 1.70 | { L210 } {A110} Prepared exhibits to Jenner's September 2010 fee statement. | 289.00 |
| 12/6/2010 | DJB | 0.30 | { L190 } {A103} Worked on September fee petition. | 277.50 |
| 12/6/2010 | LSR | 0.20 | { L210 } {A103} Edited September fee application. | 74.00 |
| 12/8/2010 | LSR | 0.20 | { L210 } {A104} Conducted final review of September fee application. | 74.00 |
| 12/9/2010 | MXP | 1.80 | { L210 } {A103} Prepared exhibits to Jenner & Block's October 2010 fee statement. | 306.00 |
| 12/23/2010 | DAS | 0.50 | { L210 } {A104} Reviewed invoices for privileged information and redactions of same to prepare invoices for submission to court. | 270.00 |
| 12/27/2010 | LSR | 0.20 | { L210 } {A103} Edited October fee application. | 74.00 |
| | | 6.90 | PROFESSIONAL SERVICES | $2,104.50 |

LAW OFFICES                                                          Page 2

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**DISBURSEMENTS**

| | | |
|---|---|---|
| 7/7/2010 | Pacer Charges | 18.08 |
| 10/5/2010 | Pacer Charges | 8.16 |
| | TOTAL DISBURSEMENTS | $ 26.24 |

**INVOICE TOTAL**                                                   **$2,130.74**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | .30 | 925.00 | 277.50 |
| DOUGLAS A. SONDGEROTH | | .50 | 540.00 | 270.00 |
| LANDON S. RAIFORD | | 2.60 | 370.00 | 962.00 |
| MARC A. PATTERSON | | 3.50 | 170.00 | 595.00 |
| | TOTAL | 6.90 | | $2,104.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

JANUARY 31, 2011
INVOICE # 9192437

## DOL SUBPOENA

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2010                                          $2,021.00

DISBURSEMENTS                                                          $0.00
                                                          _____

                    TOTAL INVOICE                                  $2,021.00

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.
ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9192437

CLIENT NUMBER – 45394

JANUARY 31, 2011

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2010

DOL SUBPOENA

MATTER NUMBER- 10148

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 12/2/2010 | DAS | 0.60 | { L210 } {A108} Reviewed communications from ▮ re follow-up questions related to ▮ (.3); communicated with client re same (.3). | 324.00 |
| 12/3/2010 | DJB | 0.20 | { L190 } {A104} Reviewed ▮ to Department of Labor. | 185.00 |
| 12/3/2010 | DAS | 0.80 | { L210 } {A108} Communicated with ▮ of the DOL re ▮ (.1); prepared summary of ▮ and ▮ (.7) | 432.00 |
| 12/9/2010 | DAS | 0.90 | { L210 } {A105} Reviewed ▮ and ▮ for review and consideration (.5); sent to client for review and discussion (.4). | 486.00 |
| 12/12/2010 | DAS | 0.30 | { L210 } {A106} Reviewed ▮ and communicated with same re response to ▮. | 162.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 12/13/2010 | DAS | 0.80 | { L210 } {A106} Reviewed ███████ ████ re ██████ and edited draft response re same (.4); revised draft response and discussed draft with client (.4). | 432.00 |
| | | 3.60 | PROFESSIONAL SERVICES | $2,021.00 |

## INVOICE TOTAL

$2,021.00

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | .20 | 925.00 | 185.00 |
| DOUGLAS A. SONDGEROTH | 3.40 | 540.00 | 1,836.00 |
| TOTAL | 3.60 | | $2,021.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

# EXHIBIT B

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Pacer Charges | 26.24 |
| **Total** | **26.24** |