# EXHIBIT A

# Declaration of Christopher L. Meazell

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves

as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned

Chapter 11 cases.

2.      I have read the forgoing Twenty-First Monthly Fee Application of Dow Lohnes PLLC

for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the

Debtors and Debtors in Possession for the Period February 1, 2011 through February 28, 2011

and know the contents thereof and that the same are true and correct, to the best of my

knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's

Twenty-First Monthly Fee Application complies with this rule to the best of my knowledge,

information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.



I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 24th day of March, 2011.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## FEBRUARY 1 - FEBRUARY 28, 2011

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 1.0 | 250.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 118.7 | 65,285.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 730 | 54.5 | 39,785.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 370 | 5.4 | 1,998.00 |
| Timothy J. Kelley | Member (since 1988); Corporate; 1986 (DC); 1979 (OH) | 680 | 2.0 | 1,360.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 600 | 10.1 | 6,060.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 154.6 | 100,490.00 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK); | 450 | 9.9 | 4,455.00 |
| Christian J. Pena | Paralegal (2005); Communications; n/a | 210 | 5.7 | 1,197.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 | 460 | 4.5 | 2,070.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 640 | 3.1 | 1,984.00 |
| Henry H. Wendel | Paralegal (2011); Communications; n/a | 150 | 1.7 | 255.00 |

**TOTALS**     371.2     225,189.00
**BLENDED RATE**     606.6514009

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2011 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $730 per hour.

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## FEBRUARY 1 - FEBRUARY 28, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 345.8 | 212,676.00 |
| Fee Applications 08656.0101 | 9.9 | 4,455.00 |
| Broadcast Contracts 08656.0104 | 15.5 | 8,058.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **371.2** | **225,189.00** |

# ☿ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

March 25, 2011                                                                                          Page 1

Tribune Company                                                              Invoice 537257
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100              For Services Through February 28, 2011
FCC/Broadcast Matters

| | | |
|---|---|---|
| 02/01/11 | Review expert witness proposals and issues/questions to cover (1.2); telephone conference with S. Sheehan re FCC/court proceedings (0.3); review Aurelius filings and challenges to FCC applications (0.4). | |
| | J. Feore | 1.90 hrs. |
| 02/01/11 | Telephone conference with J. Bayes (FCC counsel to JP Morgan) re retention of FCC expert witness (0.3); telephone conference with K. Lantry re retention of expert witness (0.6); telephone conference with M. Rosenstein re his retention as expert witness (0.6); prepare correspondence to J. Boelter re JP Morgan call on retention of expert witness (0.2); telephone conference with J. Stenger (FCC counsel to Committee of Unsecured Creditors) re preparation for response to anticipated objections on FCC-related matters (0.6); prepare correspondence to M. Rosenstein re proposed conference with JP Morgan, Oaktree and Angelo Gordon FCC counsel (0.7). | |
| | J. Logan | 3.00 hrs. |
| 02/02/11 | Telephone conference with Tribune FCC expert witness re offensive and defensive strategies (1.6); review Tribune Plan amendments (1.3); review FCC objections to Aurelius Plan (1.8). | |
| | C. Burrow | 4.70 hrs. |
| 02/02/11 | Telephone conference with counsel for lenders re directors' proposals and provisions (0.4); review new language and impact on FCC applications (0.9); telephone conference with S. Sheehan re FCC expert witnesses and follow-up Hill lobbying efforts (0.4); review court challenges to FCC application processes (0.8). | |
| | J. Feore | 2.50 hrs. |
| 02/02/11 | Prepare correspondence to J. Langdon re FCC consents for Restructuring Transactions (0.3); prepare correspondence to M. | |

Rosenstein re engagement as expert witness (0.2); review proposed
Plan amendments from J. Boelter (Sidley) re FCC matters (0.8);
telephone conference with K. Lantry (Sidley) and M. Rosenstein
(Covington) re preparation as expert witness (0.7); telephone
conference with J. Bayes (JP Morgan counsel) re conference with
expert witness (0.3); preparation for preliminary call with expert
witness and co-proponents (0.8); telephone conference with FCC
and bankruptcy counsel to co-proponents and proposed expert
witness on FCC matters (1.1); assemble materials for expert witness,
including application and related materials, and send to M.
Rosenstein (0.6); review FCC-related discovery materials from JP
Morgan in connection with preparation for response to Plan
objections (0.9); research and analysis re preparation for objection
responses on FCC matters (1.2); telephone conference with T.
Davidson re proposed changes to Plan provisions on designation of
directors (0.2); prepare correspondence to J. Boelter re anticipated
revisions to Plan from JP Morgan (0.2).
J. Logan                                          7.30 hrs.

02/03/11          Telephone conference with Sidley re FCC implications of
                  restructuring proposals (0.7); telephone conferences and
                  correspondence with senior lenders' FCC counsel re Tribune Plan
                  revisions (1.2); revise Tribune Plan re FCC issues (1.6); review
                  Aurelius FCC discovery arguments re attacks on Tribune Plan (1.7).
                  C. Burrow                                         5.20 hrs.

02/03/11          Review draft amendment to Plan re FCC applications and issues
                  (1.5); telephone conference with counsel for lenders re FCC issues
                  (0.4); review restructuring applications and timing for FCC meetings
                  and filings (0.6).
                  J. Feore                                          2.50 hrs.

02/03/11          Prepare correspondence to K. Lantry (Sidley) re FCC issues in
                  Aurelius motion to compel (0.3); review documents from JP Morgan
                  counsel re Aurelius discovery in connection with briefing for expert
                  witness (0.6); prepare memorandum re responses to potential
                  objections to Tribune Plan (1.4); preparation for telephone
                  conference with Tribune corporate and bankruptcy counsel re FCC
                  consent structure for Restructuring Transactions (0.7); telephone
                  conference with J. Langdon and J. Boelter re structure for FCC
                  consents for Restructuring Transactions and timing issues (1.1);
                  review correspondence from J. Langdon re timing and consent
                  structure for Restructuring Applications (0.2); review
                  correspondence from W. Johnsen (JP Morgan counsel) re proposed
                  changes to director designation provisions (0.7); prepare
                  correspondence to J. Boelter (Sidley) re proposed director
                  designation changes (0.4); telephone conference with W. Johnsen
                  (JP Morgan counsel) re issues with proposed director provisions
                  (0.4); telephone conference with T. Davidson (Akin) re Oaktree/AG
                  position on director designation provisions (0.3); revise provisions

on director designation (0.7); prepare correspondence to J. Langdon and J. Boelter (Sidley) re revised director provisions (0.3); prepare correspondence to T. Davidson and W. Johnsen (FCC counsel to co-proponents) re revised Plan section (0.3); telephone conference with W. Johnsen (JP Morgan counsel) re JP Morgan concerns with revised provisions (0.4); prepare alternative draft to address JP Morgan concerns with revised Plan section (0.5); prepare correspondence to J. Boelter re FCC-related inserts for next draft of revised Plan (0.3).
J. Logan                                              8.60 hrs.

02/04/11        Revise Tribune Plan for FCC issues (1.6); prepare materials for Tribune FCC expert witness (0.8); review potential Aurelius objections to Tribune Plan (2.3).
C. Burrow                                             4.70 hrs.

02/04/11        Review Aurelius challenges to Tribune Plan and work on FCC issues list (1.1); telephone conference with counsel for Plan proponents re challenges and expert (0.4); review updated ownership certification challenges (0.6).
J. Feore                                              2.10 hrs.

02/04/11        Prepare correspondence to FCC counsel to JP Morgan, A. Gordon and Oaktree re further revisions to director designation provisions (0.6); review revised draft of Plan section on directors from JP Morgan FCC counsel (0.6); prepare correspondence to T. Davidson (Oaktree/AG) and W. Johnsen (JP Morgan) re revisions to Plan segment (0.4); review revised draft of Second Amended Plan from J. Boelter (1.6); prepare inserts and revisions to Second Amended Plan draft (0.9); prepare correspondence to J. Boelter (Sidley) re revisions to Plan draft on FCC matters and open issues (0.4); prepare memorandum re potential directions for Plan objections in FCC-related areas (1.7); telephone conference with K. Lantry re arrangements with expert witness (0.4); telephone conference with M. Rosenstein (proposed expert witness) re arrangements for briefing conferences and related matters (0.3); telephone conferences with T. Davidson and J. Bayes re arrangements for briefing conferences with proposed expert witness (0.6); prepare correspondence to J. Bayes, T. Davidson, M. Rosenstein and K. Lantry (Sidley) re arrangements for briefing of expert witness (0.4).
J. Logan                                              7.90 hrs.

02/04/11        Review re bankruptcy status and effect on FCC timing.
M. Swanson                                            0.10 hrs.

02/05/11        Review documents in Aurelius Plan supplement for FCC issues.
C. Burrow                                             2.40 hrs.

02/05/11        Review revised Plan filed with court re FCC issues (0.9); work on issues for expert witness and possible Aurelius challenges (0.9).

March 25, 2011                                                    Page 4

Tribune Company                                                  Invoice 537257

|  |  |  |
|---|---|---|
|  | J. Feore | 1.80 hrs. |

| 02/05/11 | Telephone conference with M. Rosenstein re Tribune and Aurelius Plan distinctions (0.6); review Aurelius warrants, articles, bylaws and related documents re compliance with FCC requirements (2.7); prepare correspondence to M. Rosenstein re revised Tribune Plan (0.4). | |
| | J. Logan | 3.70 hrs. |

| 02/07/11 | Review Aurelius Plan supplement documents for FCC issues (1.3); review FCC discovery materials (1.5); review trust structures from co-proponents to ensure consistency in FCC bankruptcy court arguments (1.2); telephone conference with Tribune FCC expert witness re Aurelius Plan (1.6); telephone conference with senior lenders' FCC counsel re Aurelius Plan (1.7). | |
| | C. Burrow | 7.30 hrs. |

| 02/07/11 | Review proposals of JP Morgan and Oaktree-Angelo Gordon re response to Aurelius expert statements and FCC issues (1.5); research re changes in directors/owners and need to amend FCC application (0.9); draft update letter to FCC and status report (0.6). | |
| | J. Feore | 3.00 hrs. |

| 02/07/11 | Prepare for telephone conference with M. Rosenstein (expert witness) (0.8); telephone conference with M. Rosenstein and K. Lantry re Aurelius and Tribune Plans and timing of proceeding (0.8); review comparison from J. Boelter re modifications by Aurelius to Tribune base documents (2.1); review stipulations filed in discovery proceeding (0.9); review corporate documents from Aurelius (1.1); follow-up telephone conference with M. Rosenstein re further steps in development of assessment of Aurelius Plan (0.6). | |
| | J. Logan | 6.30 hrs. |

| 02/08/11 | Review proposed outline of FCC objections to Aurelius Plan (1.8); review Aurelius Plan documents re same (2.4); telephone conference with Tribune FCC expert witness and senior lenders' FCC counsel re draft objections to Aurelius Plan (1.4); correspondence with Sidley re same (0.6). | |
| | C. Burrow | 6.20 hrs. |

| 02/08/11 | Review issues and questions for expert witness (0.8); conference with counsel for co-proponents re preparation and issues raised by Aurelius and approach re FCC issues (0.8). | |
| | J. Feore | 1.60 hrs. |

| 02/08/11 | Review Aurelius Plan and disclosure statement re preparation of arguments relating to FCC matters (0.8); review and analyze draft outline from FCC counsel to JP Morgan re Aurelius Plan (1.3); revise draft outline of potential arguments from JP Morgan (1.1); prepare correspondence to J. Boelter re alternative approaches to FCC-related objections (0.6); telephone conference with M. | |

|  |  |  |
|--|--|--|
|  | Rosenstein re background of proceeding (0.7); prepare correspondence to J. Bayes (counsel to JP Morgan) re discovery and privilege issues (0.4); telephone conference with M. Rosenstein, J. Bayes, W. Johnsen, D. Wiley, S. Conway, T. Davidson and J. Boelter re evaluation of possible objections to Aurelius Plan (0.9); prepare memorandum to K. Lantry and J. Boelter re conference call among FCC counsel and possible reformulation of approach to objections (0.6); review Aurelius filings (Plan, disclosure statement and supplement) re support for possible objections (0.7). | |
|  | J. Logan | 7.10 hrs. |
| 02/08/11 | Preparation for and telephone conference with E. Washburn re AllVid, Enforcement Bureau "holds," spectrum comments and alleged Hartford interference issue. | |
|  | M. Swanson | 0.80 hrs. |
| 02/09/11 | Revise draft outline of Aurelius opposition points (1.3); telephone conferences with FCC expert witness and senior lenders' FCC counsel re same (1.9); correspondence with Sidley re same (0.5). | |
|  | C. Burrow | 3.70 hrs. |
| 02/09/11 | Coordinate research regarding outstanding FCC broadcast license renewals regarding FCC applications to transfer licenses in bankruptcy. | |
|  | J. Rademacher | 0.40 hrs. |
| 02/09/11 | Work on opposition to certain portions of Aurelius Plan re FCC (0.9); review and revise certain outlines for expert testimony and issues for review (0.8). | |
|  | J. Feore | 1.70 hrs. |
| 02/09/11 | Telephone conferences with FCC counsel to JP Morgan re Aurelius statement on non-attribution of co-proponents under Aurelius Plan (0.4); review proposed outline of arguments from JP Morgan counsel (1.1); prepare correspondence to K. Lantry (Sidley) re JP Morgan proposed outline and related discovery issues (0.4); revise JP Morgan outline of arguments to refocus points (1.9); telephone conference with K. Lantry re proposed changes in outline of arguments (0.4); revise outline on FCC points to conform to bankruptcy arguments (1.1); prepare correspondence to M. Rosenstein re proposed arguments for evaluation (0.3); prepare correspondence to K. Lantry re revised draft arguments (0.2); prepare correspondence to FCC counsel to Angelo Gordon/Oaktree and JP Morgan re refocused arguments (0.2); prepare for telephone conference with FCC counsel to co-proponents (0.6); telephone conference with M. Rosenstein and FCC counsel to JP Morgan, Angelo Gordon and Oaktree re FCC-related objections to Aurelius Plan (0.5); telephone conference with K. Lantry re presentation and division of FCC issues (0.2); continue adjourned telephone conference with M. Rosenstein and FCC counsel to JP Morgan, | |

Tribune Company

|          |                                                                                                                                                                                                                                                                                                                                                                             |            |
|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|          | Oaktree and Angelo Gordon re FCC-related objections to Aurelius Plan (1.2); prepare correspondence to K. Lantry and J. Boelter (Sidley) re proposed steps to complete outline of FCC-related objections and results of telephone conference (0.4).                                                                                                                             |            |
|          | J. Logan                                                                                                                                                                                                                                                                                                                                                                     | 8.90 hrs.  |
| 02/09/11 | Telephone conferences with D. Roberts re investigation of Enforcement Bureau "holds" (0.3); telephone conference with E. Washburn re same (0.2); exchange voice mail messages with S. Stoutt (FCC) re same (0.1).                                                                                                                                                              |            |
|          | M. Swanson                                                                                                                                                                                                                                                                                                                                                                   | 0.60 hrs.  |
| 02/09/11 | Research in FCC database and prepare chart of Tribune broadcast stations' renewal status.                                                                                                                                                                                                                                                                                    |            |
|          | S. Anderson (Practice Group Professional)                                                                                                                                                                                                                                                                                                                                    | 0.40 hrs.  |
| 02/10/11 | Revise list of FCC objections (1.1); telephone conference and correspondence with Sidley and senior lenders' FCC counsel re same (2.6); revise FCC update letter (0.4).                                                                                                                                                                                                       |            |
|          | C. Burrow                                                                                                                                                                                                                                                                                                                                                                    | 4.10 hrs.  |
| 02/10/11 | Work on FCC update letter and supplemental issues re applications (0.6); review raised objections re Aurelius Plan and FCC issues (0.9); review filings with FCC re pending Tribune applications (0.8); review DOJ request re FCC language (0.3).                                                                                                                              |            |
|          | J. Feore                                                                                                                                                                                                                                                                                                                                                                     | 2.60 hrs.  |
| 02/10/11 | Review and analyze draft outline on FCC issues in connection with Aurelius Plan (0.8); telephone conference with JP Morgan counsel re revisions (0.6); telephone conference with M. Rosenstein re assessment of issues list (0.6); prepare correspondence to K. Lantry re results of conference among bankruptcy counsel on approach to objections (0.4); review and analyze correspondence from J. Boelter re request of Department of Justice for inclusion of FCC regulatory provision in confirmation order (1.2); telephone conference with M. Rosenstein and J. Bayes re evaluation of revised issues list outline (0.5); prepare draft supplementary letter for FCC applications re media ownership certifications (1.2); review ex parte filing by Teamsters re position on board of directors for prebankruptcy Tribune (0.6); prepare correspondence to J. Boelter re clause on FCC matters sought by Department of Justice for confirmation order (0.4). |            |
|          | J. Logan                                                                                                                                                                                                                                                                                                                                                                     | 6.30 hrs.  |
| 02/11/11 | Revise FCC objections to Aurelius Plan (0.8); correspondence with senior lenders' FCC counsel re same (1.3).                                                                                                                                                                                                                                                                  |            |
|          | C. Burrow                                                                                                                                                                                                                                                                                                                                                                    | 2.10 hrs.  |
| 02/11/11 | Review audit request letter from D. Eldersveld (0.2); correspondence to Accounting regarding audit report data (0.1).                                                                                                                                                                                                                                                        |            |
|          | H. Wendel (Paralegal)                                                                                                                                                                                                                                                                                                                                                        | 0.30 hrs.  |

| 02/11/11 | Review and work on draft objections to portions of Aurelius Plan re FCC (0.9); finalize report letter to FCC and circulate same (0.3); review protective order materials and documents to be disclosed (0.9). |
| --- | --- |
| | J. Feore                                                           2.10 hrs. |

| 02/11/11 | Revise draft supplementary letter to FCC (0.7); prepare correspondence to J. Boelter re proposed supplementary letter to FCC (0.4); review correspondence from J. Bayes (FCC counsel to JP Morgan) re proposed FCC insert to Aurelius Plan objections (0.9); prepare correspondence to K. Lantry and J. Boelter re changes proposed by FCC counsel to co-proponents (0.4); telephone conference with M. Rosenstein re proposed FCC insert to objections (0.4); prepare correspondence to J. Bayes (FCC counsel to JP Morgan) re FCC issues in objections (0.6); review and analyze draft objections to Aurelius Plan re FCC matters (0.8). |
| --- | --- |
| | J. Logan                                                           4.20 hrs. |

| 02/12/11 | Review additional materials for opposition to Aurelius proposal (0.5); prepare for release of final documents re protective order (0.4). |
| --- | --- |
| | J. Feore                                                           0.90 hrs. |

| 02/12/11 | Review and analyze draft objections to Aurelius confirmation re FCC-related issues (1.6); review correspondence from FCC counsel to co-proponents re proposed FCC-related changes in objections to Aurelius Plan confirmation (0.4). |
| --- | --- |
| | J. Logan                                                           2.00 hrs. |

| 02/14/11 | Review creditor lists on votes for plans re foreign ownership issues (1.6); review report by Aurelius FCC expert witness for rebuttal purposes (1.9); review JP Morgan ownership holdings (0.6); review revised objection to Aurelius plan re FCC issues (1.4); correspondence with senior lenders' FCC counsel re same (0.9). |
| --- | --- |
| | C. Burrow                                                          6.40 hrs. |

| 02/14/11 | Correspondence with E. Washburn regarding exchange of confidential documents related to Hartford duopoly waiver request in connection with applications to assign broadcast licenses in bankruptcy (0.2); preparation of documents for exchange with counsel for Media Access Project and Georgetown Center for Public Representation regarding same (0.6); correspondence with Media Access Project and Georgetown Center for Public Representation regarding same (0.3); review bankruptcy filing of Aurelius Capital Management regarding prospects for FCC media ownership waivers regarding same (0.5). |
| --- | --- |
| | J. Rademacher                                                      1.60 hrs. |

| 02/14/11 | Review expert opinion statement re Aurelius objections to Plan and FCC implications (1.2); telephone conference with counsel for Committee and update re FCC applications (0.3); update re Hartford |
| --- | --- |

Tribune Company                                                    Invoice 537257

|  |  |  |
|---|---|---|
|  | duoploy documents and production (0.3).<br>J. Feore | 1.80 hrs. |
| 02/14/11 | Telephone conference with J. Bayes and J. Fiorini (FCC counsel to JP Morgan) re status of objections to Aurelius Plan (0.6); review correspondence from T. Davidson (FCC counsel to Aurelius) re proposed FCC-related changes to draft objections (0.5); review discovery objections on FCC matters from Aurelius (0.8); review expert report from Aurelius (1.6); prepare correspondence to M. Rosenstein transmitting expert report (0.2); telephone conference with J. Bayes and J. Fiorini re expert report from Aurelius (0.5); prepare correspondence to K. Lantry (Sidley) re preliminary outline of expert report from Aurelius (0.9); review draft objections to Aurelius filing from K. Lantry (0.8); telephone conference with M. Rosenstein re Aurelius expert report (0.4).<br>J. Logan | 6.30 hrs. |
| 02/15/11 | Review letter to FCC re updates in bankruptcy court (0.6); review FCC case law in Prak report for rebuttal purposes (1.7); prepare FCC issues list re same (1.5).<br>C. Burrow | 3.80 hrs. |
| 02/15/11 | Prepare audit letter response.<br>C. Pena (Paralegal) | 1.40 hrs. |
| 02/15/11 | Draft audit request letter.<br>H. Wendel (Paralegal) | 0.70 hrs. |
| 02/15/11 | Review expert opinion statement and comments re FCC applications and issues (1.8); telephone conference with counsel for Committee and update re possible FCC filings (0.8); telephone conference with counsel for plan proponents re Aurelius objection (0.4); telephone conference with D. Kazan and L. Washburn re issues on possible media ownership (0.7).<br>J. Feore | 3.70 hrs. |
| 02/15/11 | Prepare correspondence to M. Rosenstein re FCC points for evaluation in connection with objections to Aurelius plan (0.3); prepare correspondence to K. Lantry (Sidley) and J. Bayes (JP Morgan FCC counsel) and to T. Davidson (Angelo Gordon/Oaktree counsel) re FCC-related language in draft objection (0.7); telephone conference with J. Stenger (FCC counsel for unsecured creditors committee) re language requested by Department of Justice/FCC for confirmation order draft (0.4); review revised draft of FCC-related confirmation order from Department of Justice/FCC (0.4); prepare correspondence to J. Fiorini (JP Morgan counsel) and T. Davidson (Angelo Gordon/Oaktree FCC counsel) re proposed Department of Justice/FCC confirmation order language (0.4); review and analyze attribution rule related points in Prak Report from Aurelius (1.9); prepare correspondence to K. Lantry (Sidley) re issues in connection with provision of documents to expert witness (0.4); review and |  |

|  |  |  |
|---|---|---|
| | analyze FCC approval structure for possible purchase application in course of bankruptcy proceeding (0.5); review correspondence from J. Stenger re FCC confirmation clauses requested in other bankruptcy proceedings (0.4); prepare correspondence to J. Boelter re position of co-proponents on suggested Department of Justice/FCC clause for confirmation order form (0.3); telephone conference with R. Flagg (Sidley) re schedule and approval for proposed expert report (0.4); prepare correspondence to J. Bayes (JP Morgan FCC counsel) and T. Davidson (Angelo Gordon/Oaktree FCC counsel) re proposed supplementary filing with FCC (0.3); telephone conference with M. Rosenstein re schedule for expert report (0.3). | |
| | J. Logan | 6.70 hrs. |
| 02/15/11 | Preparation for and telephone conference with D. Kozan and E. Washburn re interest in Orange County Register. | |
| | M. Swanson | 1.10 hrs. |
| 02/16/11 | Telephone conference with Sidley re strategies for developing FCC expert witness materials (0.6); telephone conference with FCC expert witness re same (0.5); telephone conference with FCC working group re response to Aurelius FCC expert witness (1.3); review senior lenders' outline of responses re same (0.8); correspondence with Sidley re same (1.3); review Aurelius objections to Tribune plan (2.4). | |
| | C. Burrow | 6.90 hrs. |
| 02/16/11 | Prepare audit letter response. | |
| | C. Pena (Paralegal) | 1.60 hrs. |
| 02/16/11 | Review audit response from attorneys. | |
| | H. Wendel (Paralegal) | 0.10 hrs. |
| 02/16/11 | Review JP Morgan issues list for expert witness and impact on FCC processing issues (0.9); review court order and sign acknowledgement re documents under court seal (0.6); telephone conference with proponents' counsel; review and update DOJ language and FCC issues (1.5). | |
| | J. Feore | 3.00 hrs. |
| 02/16/11 | Review docket re filing of Aurelius objection (0.3); telephone conference with R. Flagg (Sidley) re proposed conference with expert witness in preparation for response (0.5); telephone call from FCC counsel to JP Morgan, J. Bayes and J. Fiorini re documents needed by expert witness (0.4); telephone conference with M. Rosenstein (Covington) re Prak Report and schedule for completion of report (0.7); review correspondence from J. Fiorini re Aurelius objections (1.7); prepare correspondence to M. Rosenstein re Aurelius objections and JP Morgan ex parte notice (0.4); review draft outline of proposed response from counsel to JP Morgan (0.8); prepare correspondence to E. Reed (JP Morgan counsel) responding | |

Tribune Company

|  |  |  |
|---|---|---|
|  | to correspondence re documents to be provided (0.3); telephone conference with T. Davidson (Angelo Gordon/Oaktree counsel) and W. Johnsen (JP Morgan counsel) re proposed update filing to FCC (0.5); complete and submit proposed update filing to FCC (0.5); prepare correspondence to petitioner's counsel and FCC staff re supplementary filing (0.4); review protective order and acknowledgement form from R. Flagg (Sidley) (0.3); complete and send acknowledgement forms to R. Flagg re protective order (0.4); prepare correspondence to and telephone conference with J. Boelter re concurrence on response re Department of Justice inquiry on language for draft order (0.4); telephone conference with M. Gray (DOJ) re proposed language for confirmation order (0.4); prepare correspondence to J. Boelter re Department of Justice language matter (0.3); prepare correspondence to and telephone conference with M. Rosenstein re completion of acknowledgement re document protective report (0.3). |  |
|  | J. Logan | 8.60 hrs. |
| 02/16/11 | Review and complete disclosure form. |  |
|  | M. Swanson | 0.30 hrs. |
| 02/17/11 | Review draft outline re proposed response to Aurelius FCC expert report (0.8); research FCC materials re same (3.9); correspondence with senior lenders' FCC counsel re same (0.9). |  |
|  | C. Burrow | 5.60 hrs. |
| 02/17/11 | Prepare audit letter response. |  |
|  | C. Pena (Paralegal) | 1.90 hrs. |
| 02/17/11 | Revise Tribune audit letter. |  |
|  | H. Wendel (Paralegal) | 0.40 hrs. |
| 02/17/11 | Provide acknowledgements of confidentiality for confidential bankruptcy documents regarding FCC applications to assign licenses in bankruptcy. |  |
|  | J. Rademacher | 0.30 hrs. |
| 02/17/11 | Conference with JP Morgan counsel re FCC application issues, updates and letter filing (0.3); conference with committee counsel re expert report and follow-up issues (0.3); review report (0.9). |  |
|  | J. Feore | 1.50 hrs. |
| 02/17/11 | Prepare correspondence to M. Troy (Department of Justice) approving alternative language for FCC aspects of confirmation order (0.7); prepare correspondence to J. Boelter and to FCC counsel to Oaktree/Angelo Gordon and JP Morgan re Department of Justice approval of confirmation order language (0.6); review and submit acknowledgements in connection with access to produced documents of credit co-proponents in discovery (0.7); telephone conference with and prepare correspondence to E. Reed (FCC counsel to JP Morgan) re document access to FCC-related items |  |

Tribune Company                                                          Invoice 537257

produced to Aurelius (0.4); prepare correspondence to J. Stenger
(FCC counsel to unsecured creditors committee) re JP Morgan
discovery stipulations on FCC matters (0.3); review material from J.
Stenger re JP Morgan discovery stipulations on matters relevant to
FCC-related objections of Aurelius (1.6); conference with J. Stenger
(FCC counsel to unsecured creditors committee) re Prak Report and
Aurelius objections (1.3); prepare correspondence to R. Flagg
(Sidley) re acknowledgements for document access in connection
with Aurelius objections (0.2); review outline of expert report from
M. Rosenstein (0.8).

| | |
|---|---|
| J. Logan | 6.60 hrs. |

| | | |
|---|---|---|
| 02/17/11 | Review re document production issues. | |
| | M. Swanson | 0.20 hrs. |

| | | |
|---|---|---|
| 02/18/11 | Telephone conference with FCC expert and senior lenders' FCC counsel re FCC expert testimony (1.2); review discovery materials re JP Morgan and Angelo Gordon FCC compliance (3.3); FCC research re same (1.1). | |
| | C. Burrow | 5.60 hrs. |

| | | |
|---|---|---|
| 02/18/11 | Prepare audit letter request. | |
| | C. Pena (Paralegal) | 0.80 hrs. |

| | | |
|---|---|---|
| 02/18/11 | Revise and deliver audit letter for Opinions Committee review. | |
| | H. Wendel (Paralegal) | 0.20 hrs. |

| | | |
|---|---|---|
| 02/18/11 | Research Third Circuit bankruptcy case law regarding application to assign FCC broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.20 hrs. |

| | | |
|---|---|---|
| 02/18/11 | Work on revisions to statements re Aurelius FCC objections (0.9); telephone conference with D. Eldersveld re media interests and FCC rules (0.3); work on audit letter response re Tribune FCC litigation (0.7); review FCC decision re need to supplement pending application and update media information (1.1). | |
| | J. Feore | 3.00 hrs. |

| | |
|---|---|
| 02/18/11 | Prepare for telephone conference with M. Rosenstein and FCC counsel to co-proponents re outline of expert witness report (0.6); telephone conference with T. Davidson (Angelo Gordon/Oaktree FCC counsel), J. Bayes (JP Morgan FCC counsel), R. Flagg (Sidley) et al. re outline of report of FCC expert and related issues in proceeding (1.3); prepare correspondence to J. Stenger re prior FCC decision relating to attributable interests of banks in connection with opposition to Aurelius (0.4); review prior proceedings in Pinelands/Gabelle case re "investment advisor" attribution issues (0.9); prepare correspondence to J. Stenger responding to question re investment advisor issue (0.4); review Angelo Gordon/Oaktree discovery documents re response to Aurelius objection (1.9); prepare description for audit letter and review and analyze audit letter |

|  |  |  |
|---|---|---|
|  | response issues (1.1); review discovery documents from JP Morgan re Aurelius response (1.2).<br>J. Logan | 7.80 hrs. |
| 02/18/11 | Research contour map for KTLA, Los Angeles, CA.<br>S. Anderson (Practice Group Professional) | 0.60 hrs. |
| 02/18/11 | Review audit response.<br>T. Kelley | 2.00 hrs. |
| 02/19/11 | Review company's pending waiver requests and FCC and regulatory issues re additional media preparations (1.1); research re FCC decisions and policies re further cross-ownership interests (1.2).<br>J. Feore | 2.30 hrs. |
| 02/19/11 | Review and analyze FCC issues in documents provided by JP Morgan (1.9); review Oaktree/Angelo Gordon documents re defense to Aurelius objections (1.4); review draft pleading section from JP Morgan counsel re response to Aurelius objections (1.2); review draft from Oaktree/Angelo Gordon counsel re response to Aurelius objections (0.9); review service issues re Wilmington Trust counsel (0.2); review and analyze issues in connection with FCC response to decision to provide director slate following confirmation order and FCC grant (0.3); prepare memorandum re strategy and timing of slate of proposed post-emergence directors to the FCC (0.3); prepare correspondence to M. Rosenstein re draft pleading sections for evaluation (0.2).<br>J. Logan | 6.40 hrs. |
| 02/20/11 | Review draft FCC inserts to Tribune response brief.<br>C. Burrow | 1.80 hrs. |
| 02/21/11 | Review draft FCC inserts to Tribune response brief (1.7); correspondence with senior lenders' FCC counsel re same (0.8); review discovery materials re JP Morgan FCC compliance (2.4).<br>C. Burrow | 4.90 hrs. |
| 02/21/11 | Telephone conference with Tribune regarding impact of potential acquisition of Orange County register on FCC applications to assign broadcast licenses in bankruptcy (0.8); preparation of time line for likely FCC consideration of same (1.2).<br>J. Rademacher | 2.00 hrs. |
| 02/21/11 | Telephone conferences with N. Larsen, D. Kazan, D. Eldersveld and E. Washburn re possible media investment, FCC application processing issues, director identification and FCC issues and options (1.5); review FCC decisions re directors' attribution and recusal statements (1.0); research re FCC ownership decisions re Los Angeles waiver (0.7).<br>J. Feore | 3.20 hrs. |
| 02/21/11 | Review revised draft of Aurelius response pleading (1.4); review |  |

Tribune Company

|          |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |           |
|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|          | proposed changes to Aurelius response brief (0.8); review issues re timing of FCC amendment with slate of proposed directors (0.5); research and analyze prior FCC applications to emerge from bankruptcy re strategy for dealing with delayed amendment to provide slate of proposed directors (0.5); prepare correspondence to B. Burnovski (DPW) re matters for evaluation by expert witness (0.3). | |
|          | J. Logan                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 3.50 hrs. |
| 02/22/11 | Revise FCC expert witness rebuttal report (3.7); revise FCC sections of reply brief (2.4); telephone conferences and email correspondence with FCC expert witness re expert witness report (0.9); telephone conference with FCC working group re FCC witness expert report (1.8); email correspondence with senior lenders' FCC counsel re draft revisions (1.4).                                                                                                                             | |
|          | C. Burrow                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 10.20 hrs. |
| 02/22/11 | Review revised draft of expert testimony re FCC application and processing issues (1.3); research re director designation and FCC procedures (0.8); telephone conference with R. Wiley re statements and further FCC updates (0.4).                                                                                                                                                                                                                                                        | |
|          | J. Feore                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | 2.50 hrs. |
| 02/22/11 | Review consolidated comments from E. Reed (J.P. Morgan counsel) on proposed FCC section of confirmation brief (1.6); review revised expert report from M. Rosenstein (1.7); prepare correspondence to M. Rosenstein re revised portions of confirmation brief re FCC matters (0.4); prepare correspondence to T. Davidson (Oaktree/Angelo Gordon counsel) and J. Bayes (J.P. Morgan counsel) re revised draft of ex parte report (0.4); telephone conference with J. Bayes, T. Davidson (FCC counsel to credit co-proponents) and M. Rosenstein re expert report draft (1.6); coordinate and reconcile comments from co-proponents on expert report in connection with preparing correspondence re same for M. Rosenstein (1.4). | |
|          | J. Logan                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | 7.10 hrs. |
| 02/23/11 | Revise FCC expert witness rebuttal report (1.8); revise FCC sections of reply brief (3.6); correspondence with senior lenders' FCC counsel re draft revisions (2.9).                                                                                                                                                                                                                                                                                                                     | |
|          | C. Burrow                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 8.30 hrs. |
| 02/23/11 | Review and update draft sections re expert statements and oppositions re FCC application and timing issues (1.5); telephone conference with FCC staff re application update and letter (0.3); research re FCC processing statements and review of waiver requests (1.1).                                                                                                                                                                                                                   | |
|          | J. Feore                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | 2.90 hrs. |
| 02/23/11 | Review comments from T. Davidson re confirmation brief comments on behalf of Oaktree and Angelo Gordon (0.7); prepare                                                                                                                                                                                                                                                                                                                                                                   | |

Tribune Company

comments to E. Reed (J.P. Morgan counsel) re comments and
proposed changes to confirmation brief sections on FCC matters
(0.4); prepare correspondence to M. Rosenstein re points for
evaluation in connection with draft brief (0.4); prepare
correspondence to R. Flagg (Sidley) re offensive portion of draft
FCC expert report and re FCC portions of confirmation brief (1.4);
prepare correspondence to T. Davidson (Angelo Gordon/Oaktree)
and J. Bayes re offensive section of draft expert report (0.3); review
correspondence and case attachments from J. Stenger (FCC counsel
to unsecured creditors committee) re proposed revisions to
confirmation brief (0.7); telephone conference with M. Rosenstein re
production and revision schedule for expert report (0.4); prepare
correspondence to J. Stenger (FCC counsel to unsecured creditors
committee) re strategic concerns in drafts approach on FCC consent
matters (0.6); prepare correspondence to co-proponent working
group re proposed telephone conference (0.3); review and
incorporate comments from R. Flagg (Sidley) re confirmation brief
(1.6).

J. Logan                                              6.80 hrs.

02/24/11            Revise FCC expert witness rebuttal report (4.3); revise FCC expert
                   witness rebuttal report exhibits (0.9); revise FCC sections of reply
                   brief (1.2); telephone conferences with FCC working group re FCC
                   expert witness rebuttal report (2.4); email correspondence with
                   Sidley and senior lenders' FCC counsel re draft revisions (2.6).

                   C. Burrow                                          11.40 hrs.

02/24/11            Review draft of expert report regarding FCC issues and application
                   processing (1.1); review FCC case decisions re application
                   processing and pending Tribune applications (0.9).

                   J. Feore                                          2.00 hrs.

02/24/11            Review correspondence from R. Flagg re proposed changes to
                   expert report (0.4); prepare correspondence to M. Rosenstein re
                   additional points from Sidley for evaluation (0.3); prepare
                   correspondence to M. Rosenstein re status of report and production
                   and service issues (0.2); prepare correspondence to co-proponent
                   counsel working group re status and timing of revised draft (0.1);
                   review revised draft of expert statement (0.7); telephone conference
                   with M. Rosenstein and J. Bayes, W. Johnsen and E. Reed (FCC
                   counsel to J.P. Morgan), and T. Davidson (FCC counsel to
                   Oaktree/Angelo Gordon) re expert report (0.9); telephone
                   conference with M. Rosenstein re schedule for revisions of report
                   and clarification of comments received (0.3); prepare
                   correspondence to J. Stenger (FCC counsel to unsecured creditors
                   committee) re proposed modifications to FCC portions of
                   confirmation brief (0.3); review exhibit list on FCC matters from
                   Noteholder Plan proponents (0.3); prepare correspondence to T.
                   Davidson (FCC counsel to Angelo Gordon) re treatment of TTBG
                   interest in confirmation brief (0.3); prepare correspondence to J.

Tribune Company

Stenger (FCC counsel to unsecured creditors committee) re
amendment history of exit applications with respect to reporting of
media interests of credit co-proponents (0.4); complete comments on
FCC points in confirmation brief draft (0.3); prepare correspondence
to J. Bayes (FCC counsel to J.P. Morgan) and R. Flagg (Sidley) re
disclosure and format issues in expert report (0.4); review proposed
exhibits to Rosenstein Report (0.2); prepare correspondence to K.
Mills (Sidley) re FCC issues in bankruptcy law section of
confirmation brief draft (0.3); prepare comments in brief section per
request of K. Mills (Sidley) (0.8); prepare correspondence to J.
Boelter and K. Mills (Sidley) re Davis Polk proposal to file brief
under seal (0.2); prepare correspondence to B. Brunavski (Davis
Polk) re limitations on ability to file pleading under seal (0.2);
prepare correspondence to B. Brunavski and M. Rosenstein re
suggested corrections in expert report (0.2); prepare correspondence
to M. Rosenstein re FCC matters exhibit list from Noteholder Plan
proponents (0.1); review correspondence from E. Reed (J.P. Morgan
counsel) and B. Brunavski (Davis Polk) re preparation of redacted
version of confirmation brief (0.2); prepare correspondence to T.
Davidson (Angelo Gordon counsel) re treatment of Angelo Gordon
media interest and related certification (0.4); prepare correspondence
to M. Rosenstein re Angelo Gordon interest and clarification from T.
Davidson (0.3); review revised version of confirmation brief on FCC
matters (0.4); prepare correspondence to M. Rosenstein re further
comments from co-proponent group on draft expert report (0.2);
review proposed comments of J. Stenger (FCC counsel to unsecured
creditors) on expert report draft (0.2); review revised draft of FCC
expert report re further corrections and confirming and sequencing
of exhibits (0.7); compile and reconcile comments and corrections
from co-proponents' working group and prepare correspondence re
same to M. Rosenstein (0.3).
J. Logan                              9.60 hrs.

02/25/11        Prepare exhibits for FCC expert witness rebuttal report (1.6); revise
                FCC expert witness rebuttal report (1.7); revise FCC sections of
                reply brief (1.2); telephone conferences with Sidley and FCC expert
                witness re report and deposition timing (0.8); email correspondence
                with senior lenders' FCC counsel re draft revisions (1.2).
                C. Burrow                              6.50 hrs.

02/25/11        Final review of expert statement and associated exhibits (1.2);
                telephone conference with S. Sheehan re FCC/Hill issues and timing
                issues (0.3).
                J. Feore                               1.50 hrs.

02/25/11        Review correspondence from E. Reed (J.P. Morgan counsel) re
                issues in draft expert report (0.3); prepare correspondence to B.
                Burnavski (Davis Polk) re draft of expert report (0.2); prepare
                correspondence to M. Rosenstein re comments on draft report (0.4);
                prepare correspondence to T. Davidson (FCC counsel to

Oaktree/Angelo Gordon) re treatment of TTBG interest (0.4);
review revised FCC sections of confirmation brief (0.4); prepare
correspondence to FCC counsel to Oaktree/Angelo Gordon and J.P.
Morgan re changes to be made in expert report draft (0.3); review
correspondence from M. Rosenstein, including revised draft of
expert report (0.8); prepare correspondence to FCC counsel to
Oaktree/Angelo Gordon and J.P. Morgan re revised draft of expert
report (0.2); prepare correspondence to M. Rosenstein with
questions re expert report (0.4); review revised draft report from M.
Rosenstein re changes to FCC matters and points (0.5); review
exhibits and attachments and confirm FCC file numbers for
comprehensive exhibit provided (0.6); prepare correspondence to R.
Flagg and T. Ross (Sidley) re form of exhibits and tables and
process for service (0.3); prepare correspondence to co-proponents
working group re further revised draft of expert report and re exhibit
(0.3); telephone conference with E. Reed (FCC counsel to J.P.
Morgan) re form of exhibits and questions re charts (0.2); prepare
correspondence to M. Rosenstein re final points in completion of
FCC expert report (0.4); prepare correspondence to R. Flagg
transmitting final certified version of expert report and
accompanying exhibits (0.3); prepare correspondence to R. Flagg
and T. Ross (Sidley) re preparation for depositions (0.3); prepare
correspondence to R. Flagg re notice of deposition and schedule for
preparation (0.2); telephone conference with M. Rosenstein re
preparation for depositions (0.3); review and analyze Prak Report
and Tribune expert report in connection with preparation for
deposition of expert witness for Aurelius (1.1).
J. Logan                                                         7.90 hrs.

02/26/11        Review Aurelius court filings re FCC issues and application and
                certification matters (1.1); research re proposal re directors and
                impact on FCC applications (0.9); outline questions and issues for
                expert depositions (0.6).
                J. Feore                                        2.60 hrs.

02/26/11        Review and analyze amended Noteholder Plan re FCC-related
                changes (1.2); review and analyze confirmation brief from
                Noteholders (1.7); prepare correspondence to M. Rosenstein re
                amended plan of Aurelius and confirmation brief (0.4); prepare
                correspondence to R. Flagg re matters for discussion with
                bankruptcy counsel (0.3).
                J. Logan                                        3.60 hrs.

02/28/11        Review revisions to Aurelius Plan (1.8); review Aurelius reply brief
                (2.4); telephone conference with Sidley and FCC expert witness re
                same (1.1); review FCC questions for expert witness depositions
                (1.6).
                C. Burrow                                       6.90 hrs.

02/28/11        Review FCC application issues raised by Aurelius filing and

March 25, 2011                                             Page 17

Tribune Company                                           Invoice 537257

possible director problems (0.9); work on questions for expert
examination and updates re deposition and procedures (0.9).
J. Feore                                     1.80 hrs.

02/28/11    Prepare correspondence to J. Boelter re issues on operation of
Aurelius trust mechanism under bankruptcy principles (0.2);
telephone conference with J. Boelter (Sidley), M. Rosenstein and R.
Flagg re operation of Aurelius distribution trust and matters re
designation of directors (0.9); review and analyze Aurelius Plan
provisions on designation of directors and operation of distribution
trust (1.3); review Prak Report in connection with preparation for
deposition inquiries (1.4); review Rosenstein report in connection
with preparation for deposition inquiries (1.2); review and revise
draft inquiry points from FCC counsel to unsecured creditors
committee re Aurelius Plan points for Prak deposition (0.8); review
DCR Plan confirmation brief re issues for Prak deposition (0.9);
prepare memorandum re FCC points to be pursued in Prak
deposition (1.4); prepare correspondence to J. Stenger (FCC counsel
to unsecured creditors committee) re proposed lines of inquiry on
Aurelius Plan (0.3).
J. Logan                                     8.40 hrs.

## BILLING SUMMARY

|            | Hours  |
|------------|--------|
| BURROW     | 118.70 |
| FEORE      | 54.50  |
| KELLEY     | 2.00   |
| LOGAN      | 154.60 |
| SWANSON    | 3.10   |
| RADEMACHER | 4.50   |
| ANDERSON   | 1.00   |
| PENA       | 5.70   |
| WENDEL     | 1.70   |
| TOTAL      | 345.80 |

Fees for Professional Services ................................................................ $        212,676.00

| CONFERENCE CALL (SOUNDPATH) | $ | 68.00  |
|-----------------------------|---|--------|
| FACSIMILE                   | $ | 3.40   |
| POSTAGE                     | $ | 0.90   |
| REPRODUCTION                | $ | 211.60 |
| TELEPHONE                   | $ | 33.48  |

Total Reimbursable Costs ...................................................................... $          317.38
Total Current Billing for This File.......................................................... $       212,993.38

March 25, 2011                                                    Page 18

Tribune Company                                                Invoice 537257

Our File # 08656.0101          For Services Through February 28, 2011
Retention and Fee Applications

| 02/07/11 | Preparation of 20th monthly fee application. | |
| | C. Meazell | 0.90 hrs. |
| 02/11/11 | Review and analysis regarding fee examiner's 4th interim report (0.9); research and preparation of responses to same (0.8). | |
| | C. Meazell | 1.70 hrs. |
| 02/14/11 | Preparation of 20th monthly fee application (1.3); preparation of correspondence to Fee Examiner regarding 4th interim fee application (0.7). | |
| | C. Meazell | 2.00 hrs. |
| 02/15/11 | Preparation of 20th monthly fee application. | |
| | C. Meazell | 1.40 hrs. |
| 02/16/11 | Preparation of 20th monthly fee application (0.9); review and analysis regarding protective order and database administration issues (1.4). | |
| | C. Meazell | 2.30 hrs. |
| 02/22/11 | Preparation of 20th monthly fee application (1.1); review final Stuart Maue reports for 3rd and 4th periods (0.5). | |
| | C. Meazell | 1.60 hrs. |

### BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 9.90 |
| TOTAL | 9.90 |

Fees for Professional Services ............................................................ $    4,455.00
Total Current Billing for This File....................................................... $    4,455.00


Our File # 08656.0104          For Services Through February 28, 2011
Broadcast Contracts

| 02/01/11 | Review Charter proposed distribution agreement for WGN America (0.6); telephone conferences with K. Connor re Charter proposed retransmission and distribution agreements (1.8). | |
| | K. Latek | 2.40 hrs. |
| 02/01/11 | Prepare email to K. Connor re Wall Street analyst report re value of sports programming for cable networks and estimated cable network affiliate fees (0.2); review final execution version of Cable One agreements (0.2); prepare email to K. Connor re Cable One agreements (0.1). | |
| | R. Folliard III | 0.50 hrs. |

March 25, 2011                                                        Page 19

Tribune Company                                                      Invoice 537257

| 02/02/11 | Revise Charter retransmission consent agreement. | |
| | K. Latek | 1.50 hrs. |
| 02/03/11 | Revise Charter distribution agreement for WGN America. | |
| | K. Latek | 2.40 hrs. |
| 02/04/11 | Telephone conference with K. Connor re response to Charter distribution agreement and open issues with other distributors (0.9); finalize and forward to Charter markups of retransmission consent and distribution agreements (0.6). | |
| | K. Latek | 1.50 hrs. |
| 02/04/11 | Analyze final term sheet agreement for Tribune and Metrocast. | |
| | R. Folliard III | 0.10 hrs. |
| 02/07/11 | Analyze proposed term sheet for Blueridge Cable for WGN and broadcast stations (0.4); prepare email to K. Connor re same (0.2) | |
| | R. Folliard III | 0.60 hrs. |
| 02/08/11 | Revise form broadcast retransmission consent agreement and WGN distribution agreement to reflect suggested changes in recent negotiations (0.4); prepare retransmission and WGN agreements for MetroCast Communications (1.4); prepare email to K. Connor re MetroCast agreements (0.2). | |
| | R. Folliard III | 2.00 hrs. |
| 02/10/11 | Negotiate Charter retransmission consent agreement with R. Bogh. | |
| | K. Latek | 0.30 hrs. |
| 02/11/11 | Telephone conference with K. Connor re Charter comments on markup of retransmission consent agreement. | |
| | K. Latek | 0.30 hrs. |
| 02/11/11 | Prepare email to K. Mullane re final version of retransmission agreement for Frontier. | |
| | R. Folliard III | 0.10 hrs. |
| 02/21/11 | Telephone conferences with K. Connor, S. O'Donnell and S. Thompson re markup of Charter distribution agreement for WGN America. | |
| | K. Latek | 1.70 hrs. |
| 02/23/11 | Analyze proposed changes to WGN distribution agreement by Frontier (0.4); prepare email to K. Connor and K. Mullane re same (0.3). | |
| | R. Folliard III | 0.70 hrs. |
| 02/24/11 | Prepare revised WGN distribution agreement for Frontier (0.4); prepare email to K. Mullane regarding Frontier agreement for WGN (0.2); analyze deal memo for Wide Open West cable (0.2); prepare retransmission agreement for WGN-TV on Wide Open West | |

March 25, 2011                                                     Page 20

Tribune Company                                              Invoice 537257

Chicago DMA system (0.4); prepare email to K. Connor re Wide
Open West agreements (0.2).
R. Folliard III                                  1.40 hrs.

BILLING SUMMARY

|  | Hours |
|---|---|
| LATEK | 10.10 |
| FOLLIARD III | 5.40 |
| TOTAL | 15.50 |

Fees for Professional Services ........................................................ $          8,058.00

|  |  |  |
|---|---|---|
| REPRODUCTION | $ | 0.90 |
| TELEPHONE | $ | 9.84 |

Total Reimbursable Costs ........................................................ $          10.74
Total Current Billing for This File........................................ $       8,068.74

Total Current Billing for This Invoice.......................... $     225,517.12

# ☒ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

March 25, 2011

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Invoice 537257

Our File # 08656.0100        For Services Through February 28, 2011
FCC/Broadcast Matters
     Total Current Billing for This Invoice ............................................................. $          212,993.38

Our File # 08656.0101        For Services Through February 28, 2011
Retention and Fee Applications
     Total Current Billing for This Invoice ............................................................. $            4,455.00

Our File # 08656.0104        For Services Through February 28, 2011
Broadcast Contracts
     Total Current Billing for This Invoice ............................................................. $            8,068.74

     Total Current Billing for This Invoice ............................................................. $          225,517.12

# **EXHIBIT C**

## **Excel Spreadsheet**

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## FEBRUARY 1 - FEBRUARY 28, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 212.50 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 3.40 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.90 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 68.00 |
| Telephone Tolls | | 43.32 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **328.12** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.