# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

February 1, 2011 through and including February 28, 2011

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00004 | Current Financials | 106.70 | 62,800.50 |
| 005735.00005 | Prospective Financials | 51.30 | 31,180.50 |
| 005735.00007 | Employee Issues | 3.80 | 2,128.00 |
| 005735.00008 | Plan of Reorganization | 150.20 | 88,532.50 |
| 005735.00010 | Claims & Recoveries | 7.80 | 4,895.00 |
| 005735.00014 | Avoidance Actions | 13.10 | 7,378.50 |
| 005735.00015 | UCC Meetings | 13.80 | 9,708.50 |
| 005735.00017 | Billing and Retention | 25.10 | 13,741.00 |
| **Total Fees Incurred** | | **371.80** | **$220,364.50** |

Re:                 Current Financials
Client/Matter #    005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/01/11 | ANL | Reviewed and analyzed December 2010 publishing and broadcast results. | 1.60 |
| 02/01/11 | ANL | Prepared weekly status update for UCC. | 1.30 |
| 02/01/11 | BH | Review and analysis Debtors weekly financial performance and revise report to UCC on same. | 2.10 |
| 02/01/11 | YK | Reviewed and revised weekly status report to the UCC. | 1.10 |
| 02/01/11 | AH | Review and revised weekly report to UCC | 0.40 |
| 02/02/11 | BH | Review and analyze 2010 annual financial performance and prepare draft of presentation to UCC on same. | 3.20 |
| 02/02/11 | ANL | Prepared summary of Q4 2010 publishing & broadcasting results. | 2.50 |
| 02/02/11 | ANL | Prepared weekly status update for UCC. | 1.70 |
| 02/02/11 | ANL | Reviewed and analyzed weekly cash flow results and pacing revenues. | 1.50 |
| 02/03/11 | ANL | Prepared summary of Q4 2010 publishing results. | 2.20 |
| 02/03/11 | ANL | Prepared summary of Q4 2010 equity income results. | 0.80 |
| 02/03/11 | BH | Draft comments for verbal presentation to UCC of current financial results. | 0.90 |
| 02/04/11 | BH | Review and analyze 2010 annual performance compared to Plan and draft report to UCC on same. | 3.00 |
| 02/04/11 | ANL | Prepared weekly status update for UCC. | 1.30 |
| 02/04/11 | ANL | Reviewed and analyzed 5 year plan and forecast. | 2.20 |
| 02/04/11 | ANL | Reviewed and analyzed Q4 2010 and FY 2010 Tribune broadcasting results. | 1.20 |
| 02/07/11 | ANL | Reviewed and analyzed TV pacing reports and prepared exhibits for the weekly. | 1.50 |
| 02/07/11 | ANL | Reviewed and analyzed SCNI pension detail. | 2.20 |
| 02/08/11 | ANL | Prepared weekly status update for UCC. | 1.80 |
| 02/08/11 | ANL | Prepared monthly summary of historical publishing ad revenue and circulation revenue for 2009 and 2010. | 1.60 |
| 02/08/11 | BH | Review and analyze the December 2010 charge to earnings pertaining the Multi-Employer Pension costs. | 1.30 |
| 02/08/11 | BH | Review and analyze weekly financial performance and revise report to UCC on same. | 2.30 |
| 02/08/11 | YK | Reviewed and revised weekly status report. | 1.20 |
| 02/09/11 | AH | Review and revised weekly report to UCC | 0.40 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/09/11 | ANL | Prepared weekly status update for UCC. | 1.60 |
| 02/09/11 | ANL | Reviewed and analyzed Q4 earnings releases of Tribune competitors. | 1.80 |
| 02/10/11 | ANL | Prepared weekly status update for UCC. | 1.60 |
| 02/10/11 | ANL | Reviewed and analyzed Sinclair broadcasting Q4 results. | 0.60 |
| 02/10/11 | BH | Draft comments for verbal presentation to UCC on current financial results. | 1.00 |
| 02/11/11 | ANL | Reviewed and analyzed weekly revenue and cash reports. | 1.20 |
| 02/11/11 | ANL | Reviewed and analyzed McClatchy and Disney Q4 2010 earnings reports. | 0.80 |
| 02/11/11 | ANL | Prepared weekly status update for UCC. | 1.30 |
| 02/14/11 | ANL | Reviewed and analyzed weekly revenue and cash reports. | 1.50 |
| 02/14/11 | ANL | Prepared weekly status update for UCC. | 1.10 |
| 02/14/11 | BH | Review and analyze 2010 annual performance and revise report to UCC on same. | 2.40 |
| 02/15/11 | BH | Review and analyze annual 2010 financial performance and revise report to UCC on same. | 3.00 |
| 02/15/11 | ANL | Reviewed and analyzed weekly revenue and cash reports. | 1.80 |
| 02/15/11 | ANL | Reviewed and analyzed Disney and McClatchy Q4 2010 earnings reports. | 1.10 |
| 02/16/11 | ANL | Reviewed and analyzed last twelve months of pacing revenue data and publishing revenue data. | 1.60 |
| 02/16/11 | ANL | Prepared weekly status update for UCC. | 1.30 |
| 02/16/11 | ANL | Reviewed and analyzed weekly revenue and cash reports. | 1.50 |
| 02/16/11 | BH | Review and analyze weekly financial performance of Debtor and revised report to UCC on same. | 2.50 |
| 02/16/11 | BH | Review and analyze the Moelis Media Update report. | 0.60 |
| 02/17/11 | BH | Draft comments for verbal presentation to UCC regarding current financial results. | 1.00 |
| 02/17/11 | ANL | Reviewed and analyzed weekly revenue and cash reports. | 1.20 |
| 02/17/11 | ANL | Reviewed and analyzed January 2011 preliminary results and December 2010 results. | 1.50 |
| 02/18/11 | ANL | Prepared weekly status update for UCC. | 1.80 |
| 02/18/11 | ANL | Reviewed weekly revenue and cash reports. | 1.20 |
| 02/21/11 | BH | Review and analyze weekly financial performance and revised report to UCC on same. | 2.20 |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 02/22/11 | BH | Participate in call with Debtors advisors to review current financial results. | 0.70 |
| 02/22/11 | BH | Review and analyze the January financial results as compared to Plan. | 2.50 |
| 02/22/11 | BH | Provide edits to weekly financial report to UCC. | 0.70 |
| 02/22/11 | YK | Reviewed and revised weekly status report to the UCC. | 1.40 |
| 02/22/11 | AH | Review and analyzed weekly report to UCC | 0.50 |
| 02/22/11 | ANL | Prepared for and participated in monthly call with Tribune and A&M to review January 2011 financial results. | 0.80 |
| 02/22/11 | ANL | Prepared weekly status update for UCC. | 1.60 |
| 02/23/11 | ANL | Prepared weekly status update for UCC. | 2.20 |
| 02/23/11 | ANL | Reviewed and analyzed weekly cash flow results and pacing revenues. | 1.50 |
| 02/23/11 | BH | Draft comments for verbal presentation to UCC on current financial results. | 0.90 |
| 02/24/11 | ANL | Prepared summary of quarterly OCF for 2010 versus Plan and 2009. | 0.90 |
| 02/24/11 | ANL | Prepared UCC presentation on 2010 full year results | 1.80 |
| 02/24/11 | ANL | Reviewed and analyzed publishing weekly results and pacing revenues. | 1.20 |
| 02/24/11 | ANL | Prepared weekly status update for UCC. | 0.50 |
| 02/25/11 | ANL | Prepared UCC presentation on 2010 full year results. | 2.30 |
| 02/25/11 | ANL | Prepared weekly status update for UCC. | 2.10 |
| 02/25/11 | BH | Review and revise report to UCC on 2010 financial results. | 1.70 |
| 02/28/11 | BH | Review and analyze the weekly financial results and revise report to UCC on same. | 2.40 |
| 02/28/11 | ANL | Prepared weekly status update for UCC. | 1.80 |
| 02/28/11 | ANL | Prepared summary of broadcasting 2010 results | 1.20 |
| 02/28/11 | ANL | Prepared summary of publishing 2010 results | 1.50 |
| | | **Total Hours** | **106.7** |

Re:                    Current Financials
Client/Matter #        005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.30 | 855.00 | 1,111.50 |
| Albert Leung | 67.30 | 560.00 | 37,688.00 |
| Brad Hall | 34.40 | 645.00 | 22,188.00 |
| Young Kim | 3.70 | 490.00 | 1,813.00 |
| **Total Hours & Fees** | **106.70** | | **62,800.50** |

Re:                       Prospective Financials
Client/Matter #           005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/16/11 | AH | Review 2011 Operating Plan summary | 0.80 |
| 02/16/11 | AH | Discuss potential OCR transaction with B. Hall | 0.80 |
| 02/16/11 | ANL | Reviewed Tribune 2011 operating plan presentation. | 2.80 |
| 02/16/11 | BH | Discussion with Debtors advisors pertaining to Tribune's interest in a potential acquisition opportunity. | 0.70 |
| 02/16/11 | BH | Discussion with Chadbourne about potential conflict issues relating to the potential acquisition being considered by Tribune. | 0.50 |
| 02/17/11 | ANL | Reviewed and analyzed Tribune 2011 operating plan presentation and supporting schedules. | 2.20 |
| 02/18/11 | ANL | Reviewed and analyzed 2011 Operating Plan presentation. | 2.10 |
| 02/18/11 | ANL | Reviewed and analyzed 2011 Operating Plan details for publishing and broadcasting. | 2.50 |
| 02/18/11 | BH | Review and analyze the 2011 Business Plan provided by Debtors. | 6.50 |
| 02/21/11 | BH | Participate in conference call hosted by Lazard to discuss potential acquisition opportunity by Debtors. | 0.70 |
| 02/21/11 | BH | Draft and send memo to Chadbourne on acquisition opportunity described by Debtor. | 1.30 |
| 02/21/11 | BH | Develop and send data requests to Debtor pertaining to potential acquisition opportunity. | 0.30 |
| 02/21/11 | ANL | Analyzed broadcast 2011 detail business plans. | 2.20 |
| 02/21/11 | ANL | Analyzed publishing 2011 detail business plans. | 2.50 |
| 02/21/11 | ANL | Reviewed Orange County Register materials. | 0.70 |
| 02/21/11 | ANL | Reviewed and analyzed Tribune pension materials. | 1.70 |
| 02/22/11 | ANL | Reviewed and analyzed 2011 Operating Plan presentation. | 2.20 |
| 02/22/11 | ANL | Reviewed and analyzed 2011 pension and 401K plan summaries. | 1.30 |
| 02/22/11 | BH | Review and analyze the 2011 Business Plan as provided by Debtor. | 3.70 |
| 02/23/11 | BH | Review and analyze the changes to Pension costs in the 2011 Business Plan compared to prior year actual results. | 1.10 |
| 02/23/11 | BH | Draft and send memo to Chadbourne on recommendations pertaining to potential conflict issues in dealing with the review of Debtors potential acquisition opportunity. | 0.60 |
| 02/23/11 | ANL | Reviewed and analyzed 2011 Operating Plan presentation. | 2.50 |
| 02/24/11 | ANL | Participated in call with Moelis to discuss review of 2011 operating plan. | 0.70 |

Re:                    Prospective Financials
Client/Matter #        005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/24/11 | BH | Participate in a call with Moelis pertaining to the presentation of 2011 Business Plan to the UCC. | 0.40 |
| 02/25/11 | BH | Review and analyze financial information on the potential acquisition opportunity being considered by Debtor. | 3.50 |
| 02/28/11 | BH | Call with Moelis to discuss presentation of 2011 Business Plan to UCC. | 0.50 |
| 02/28/11 | BH | Review and analyze 2011 Business Plan compare to Plans in prior years. | 3.50 |
| 02/28/11 | ANL | Reviewed and analyzed Tribune 2011 operating plan. | 2.50 |
| 02/28/11 | ANL | Participated in conference call with Moelis to discuss 2011 Tribune budget. | 0.50 |
| | | **Total Hours** | **51.30** |

Re:                        Prospective Financials
Client/Matter #          005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.60 | 855.00 | 1,368.00 |
| Albert Leung | 26.40 | 560.00 | 14,784.00 |
| Brad Hall | 23.30 | 645.00 | 15,028.50 |
| **Total Hours & Fees** | **51.30** | | **31,180.50** |

Re:               Employee Issues
Client/Matter #     005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/15/11 | ANL | Reviewed Tribune 401K plan documents and amendments. | 2.30 |
| 02/22/11 | ANL | Reviewed historical 401K plan summary descriptions. | 1.50 |
| | | **Total Hours** | **3.80** |

Re:                      Employee Issues
Client/Matter #          005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 3.80 | 560.00 | 2,128.00 |
| **Total Hours & Fees** | **3.80** | | **2,128.00** |

Re:                 Plan of Reorganization
Client/Matter #    005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/11 | ANL | Reviewed and analyzed expert reports and exhibits. | 1.50 |
| 02/01/11 | BH | Review and analyze Amended Schedules of Plan of Reorganization as provided by Debtors. | 1.60 |
| 02/01/11 | BH | Review and analyze memo on status of FCC issues. | 0.40 |
| 02/02/11 | BH | Review list of scheduled depositions to prepare for responses to expert reports. | 0.30 |
| 02/02/11 | ANL | Reviewed comments on amended plan of reorganization. | 1.30 |
| 02/03/11 | ANL | Reviewed amended plan exhibits. | 1.80 |
| 02/03/11 | ANL | Reviewed comments on amended plan of reorganization. | 2.30 |
| 02/03/11 | AH | Discussion w/ B. Hall re: amend plan of reorganization | 0.60 |
| 02/03/11 | BH | Review and analyze the proposed amendments to Plan of Reorganization incorporating the terms of Bridge Lender settlement agreement. | 3.50 |
| 02/03/11 | BH | Call with Debtors advisors to discuss the method of allocating benefit of Bridge Lender settlement to other creditors, pro-rata versus fixed percentage method. | 0.50 |
| 02/04/11 | ANL | Reviewed amended plan of reorganization and noteholder plan. | 0.90 |
| 02/06/11 | BH | Review and analyze the Expert Report of Mr. Black. | 1.80 |
| 02/07/11 | BH | Review and analyze the expert report of Mercer. | 1.80 |
| 02/07/11 | BH | Review and analyze the expert report of Mr. Black. | 4.60 |
| 02/07/11 | BH | Review and analyze the expert report of the President of Lexicon. | 2.10 |
| 02/07/11 | BH | Draft and send memo to Chadbourne with comments and observations regarding expert reports. | 1.80 |
| 02/07/11 | ANL | Analyzed and reviewed Mercer presentation on equity incentive plan for the plan of reorganization. | 1.80 |
| 02/07/11 | ANL | Analyzed and reviewed expert report of John Dempsey on incentive plan for the Plan of Reorganization. | 1.30 |
| 02/07/11 | ANL | Reviewed Lazard expert report on valuation of the publishing, broadcasting and other investments. | 3.20 |
| 02/07/11 | ANL | Reviewed and analyzed Professor Black expert report on the plan of reorganization and the noteholder plan. | 2.20 |
| 02/07/11 | MPM | Reviewed and analyzed Professor Black expert report on the plan of reorganization. | 1.10 |
| 02/08/11 | MPM | Reviewed Lazard expert report on valuation. | 0.80 |
| 02/08/11 | MFR | Review and analysis of Debtor's expert report and exhibit. | 3.00 |
| 02/08/11 | ANL | Reviewed and analyzed joint amended plan of | 2.80 |

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | reorganization and disclosure statement. | |
| 02/08/11 | ANL | Reviewed Lazard report on valuation. | 2.10 |
| 02/08/11 | BH | Review and analyze the expert report of Brian Whittman pertaining to Intercompany Claims treatment. | 3.10 |
| 02/09/11 | BH | Review and analyze the expert report of Mr. Beron. | 3.20 |
| 02/09/11 | BH | Review and analyze the expert report of Mr. Tuliano. | 2.10 |
| 02/09/11 | ANL | Reviewed and analyzed noteholders plan expert reports. | 3.20 |
| 02/09/11 | ANL | Reviewed and analyzed Tribune retirement plan documents. | 1.70 |
| 02/09/11 | CR | Reviewed and analyzed draft expert report of Bernard Black. | 4.90 |
| 02/09/11 | MFR | Review and analysis of Debtor's expert report and exhibit. | 3.00 |
| 02/10/11 | MFR | Review and analysis of Noteholder's expert reports and exhibits. | 4.50 |
| 02/10/11 | YK | Reviewed and analyzed Beron expert report. | 3.50 |
| 02/10/11 | CR | Reviewed and analyzed expert report of Ralph Tuliano. | 4.70 |
| 02/10/11 | ANL | Reviewed and analyzed noteholders plan expert reports. | 2.50 |
| 02/10/11 | BH | Review and analyze a schedule provided by Debtors of entities with no impaired class. | 0.80 |
| 02/10/11 | BH | Compare financial schedules as provided by Tuliano to financial results presented by Debtor as part of review of Tuliano expert report. | 2.60 |
| 02/11/11 | BH | Review and analyze the Beron expert report. | 1.80 |
| 02/11/11 | ANL | Reviewed and analyzed noteholders plan expert reports. | 2.50 |
| 02/11/11 | CR | Reviewed and analyzed expert report of Bruce Beron. | 2.20 |
| 02/11/11 | CR | Drafted comments on Black, Tuliano and Beron expert reports. | 2.20 |
| 02/11/11 | YK | Reviewed and analyzed Beron expert report. Reviewed and analyzed supporting materials. | 1.50 |
| 02/11/11 | YK | Prepared notes and comments regarding Beron expert report. | 1.50 |
| 02/11/11 | MFR | Review and analysis of Noteholder's expert reports and exhibits. | 4.50 |
| 02/14/11 | YK | Participated in discussions re Beron report with AlixPartners team. | 1.50 |
| 02/14/11 | MPM | Reviewed and analyzed Lazard expert report on valuation. | 2.10 |
| 02/14/11 | ANL | Reviewed and analyzed Bruce Beron report on settlement and decision tree model. | 3.20 |
| 02/14/11 | ANL | Reviewed and analyzed objection to noteholder plan. | 0.80 |
| 02/14/11 | BH | Draft and send memo to Chadbourne on the Beron expert report. | 1.20 |

Re:              Plan of Reorganization
Client/Matter #   005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/15/11 | BH | Review and analyze the objections to Noteholder Plan of Reorganization and comment on adequacy of calculations on interest pertaining to non-LBO debt. | 2.50 |
| 02/15/11 | BH | Discussions with Debtor advisor and review of schedule of interest calculations on non-LBO debt. | 1.10 |
| 02/15/11 | BH | Revise comments to Chadbourne on Beron expert report and send to counsel. | 0.60 |
| 02/15/11 | BH | Draft and send memo to Chadbourne on interest calculations pertaining to non-LBO debt. | 0.80 |
| 02/15/11 | ANL | Reviewed and analyzed Bruce Beron report on settlement and decision tree model. | 2.10 |
| 02/17/11 | BH | Review publications for information pertaining to a Credit Sights article referenced in an expert report. | 1.30 |
| 02/17/11 | CR | Reviewed and analyzed Beron and Tuliano expert reports. Discussion with A. Leung (AlixPartners). | 2.10 |
| 02/17/11 | RBD | Review and analyze summary of expert reports and other documents | 1.50 |
| 02/22/11 | ANL | Prepared for and participated in conference call with FTI and A&M to discuss noteholder plan and objections. | 0.60 |
| 02/22/11 | RBD | Review and analyze Fischel and Tuliano solvency reports | 3.80 |
| 02/22/11 | CR | Reviewed and analyzed Black, Fischel and Tuliano rebuttal reports. | 2.40 |
| 02/23/11 | ANL | Participated in call with Aurelius, FTI and A&M to discuss noteholder plan objections and assumptions. | 0.80 |
| 02/23/11 | BH | Participate in conference call hosted by Noteholders to discuss calculations in their Plan of Reorganization. | 0.50 |
| 02/23/11 | BH | Participate in conference call with Chadbourne on objection to Noteholder Plan of Reorganization. | 0.70 |
| 02/24/11 | BH | Review and analyze the calculation of Senior Lender share of potential litigation proceeds based upon the DCL Plan of Reorganization. | 1.50 |
| 02/24/11 | ANL | Reviewed noteholder objections to the Debtors Lenders plan. | 1.80 |
| 02/24/11 | ANL | Reviewed and analyzed noteholders plan expert reports and rebuttal reports. | 2.80 |
| 02/25/11 | ANL | Reviewed noteholder plan of reorganization and noteholders' objections to the Debtors Lenders plan. | 2.30 |
| 02/25/11 | JCL | Analyzed and reviewed Tuliano expert report and related exhibits. | 1.25 |
| 02/26/11 | JCL | Analyzed and reviewed Tuliano expert report and related | 0.60 |

Re:                          Plan of Reorganization
Client/Matter #              005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | exhibits. | |
| 02/27/11 | BH | Review and analyze the expert report of Tuliano and compare to Tribune financial data provided. | 5.00 |
| 02/28/11 | BH | Draft and send comments and observations to counsel following review of Tuliano expert reports. | 3.00 |
| 02/28/11 | JCL | Analyzed and reviewed Tuliano expert report and related exhibits. | 1.25 |
| | | **Total Hours** | **150.20** |

Re:                        Plan of Reorganization
Client/Matter #            005735.00008


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 5.30 | 895.00 | 4,743.50 |
| Michael P Murphy | 4.00 | 855.00 | 3,420.00 |
| Alan Holtz | 0.60 | 855.00 | 513.00 |
| Mark F Rule | 15.00 | 560.00 | 8,400.00 |
| Albert Leung | 45.50 | 560.00 | 25,480.00 |
| John C Labella | 3.10 | 645.00 | 1,999.50 |
| Brad Hall | 50.20 | 645.00 | 32,379.00 |
| Young Kim | 8.00 | 490.00 | 3,920.00 |
| Christopher Rubel | 18.50 | 415.00 | 7,677.50 |
| **Total Hours & Fees** | **150.20** | | **88,532.50** |

Re:                 Claims & Recoveries
Client/Matter #     005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/11 | BH | Review and analyze Debtors analysis of Intercompany claims as presented in the Plan of Reorganization. | 1.80 |
| 02/01/11 | BH | Draft and send memo to Chadbourne on Debtors Intercompany claims analysis. | 0.80 |
| 02/21/11 | BH | Review and analyze information provided by Noteholders of recovery analysis in the Noteholder Plan. | 0.70 |
| 02/22/11 | BH | Review and analyze information on Noteholder analysis of recovery model as illustrated in Noteholder Plan. | 0.50 |
| 02/22/11 | BH | Participate in call with FTI and A&M regarding review of Noteholder recovery analysis model. | 0.80 |
| 02/22/11 | ANL | Reviewed and analyzed Aurelius model and Moelis presentation. | 1.60 |
| 02/23/11 | BH | Review and analyze reports prepared by Moelis discussing Aurelius recovery models and compare to the calculations in Noteholder Plan of Reorganization. | 1.30 |
| 02/23/11 | BH | Draft and send memo to Chadbourne following call hosted by Noteholders regarding the recovery analysis presented in their Plan of Reorganization. | 0.30 |
| | | **Total Hours** | **7.80** |

Re:                        Claims & Recoveries
Client/Matter #            005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 1.60 | 560.00 | 896.00 |
| Brad Hall | 6.20 | 645.00 | 3,999.00 |
| **Total Hours & Fees** | **7.80** | | **4,895.00** |

Re:                        Avoidance Actions
Client/Matter #            005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 02/01/11 | ANL | Prepared intercompany memo and review intercompany model. | 2.20 |
| 02/02/11 | ANL | Prepared intercompany memo and review intercompany model. | 0.80 |
| 02/03/11 | BH | Review and analyze memorandum and order regarding motion to compel production of documents filed by Aurelius Capital. | 0.50 |
| 02/04/11 | ANL | Reviewed and analyzed Committee letter to Judge regarding Aurelius. | 0.50 |
| 02/10/11 | ANL | Reviewed and analyzed Examiner's report and exhibits. | 1.50 |
| 02/11/11 | ANL | Reviewed and analyzed Examiner's report and exhibits. | 1.80 |
| 02/14/11 | ANL | Reviewed and analyzed Aurelius model and Moelis presentation. | 2.10 |
| 02/17/11 | MFR | Research regarding request from Chadbourne on CreditSights. | 3.00 |
| 02/23/11 | ANL | Prepared notes from the Aurelius call. | 0.70 |
| | | **Total Hours** | **13.10** |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 3.00 | 560.00 | 1,680.00 |
| Albert Leung | 9.60 | 560.00 | 5,376.00 |
| Brad Hall | 0.50 | 645.00 | 322.50 |
| **Total Hours & Fees** | **13.10** | | **7,378.50** |

Re:             UCC Meetings
Client/Matter #  005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/11 | AH | Participate on weekly call w/ UCC professionals | 1.00 |
| 02/01/11 | BH | Participate in weekly UCC Professionals call hosted by Chadbourne. | 1.00 |
| 02/03/11 | BH | Participate in UCC meeting and present report of current financial results. | 0.70 |
| 02/03/11 | AH | Participate in weekly UCC telephonic meeting | 1.00 |
| 02/09/11 | BH | Participate in weekly UCC professionals call hosted by Chadbourne. | 0.90 |
| 02/10/11 | BH | Participate in UCC meeting and present report on current financial results. | 1.00 |
| 02/10/11 | AH | Participate on weekly UCC call | 1.00 |
| 02/10/11 | ANL | Prepared for and participated in weekly UCC meeting regarding weekly financial results and confirmation and Plan issues. | 1.10 |
| 02/17/11 | ANL | Prepared for and participated in UCC telephonic meeting. | 0.90 |
| 02/17/11 | AH | Participate on weekly UCC call | 1.10 |
| 02/17/11 | BH | Participate in UCC meeting and present report on current financial results. | 1.20 |
| 02/23/11 | BH | Participate in weekly UCC meeting and present report on current financial results. | 0.80 |
| 02/23/11 | ANL | Participated in telephonic UCC meeting. | 1.10 |
| 02/23/11 | AH | Participate on weekly UCC call | 1.00 |
| | | **Total Hours** | **13.80** |

Re:                          UCC Meetings
Client/Matter #              005735.00015


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 5.10 | 855.00 | 4,360.50 |
| Albert Leung | 3.10 | 560.00 | 1,736.00 |
| Brad Hall | 5.60 | 645.00 | 3,612.00 |
| **Total Hours & Fees** | **13.80** | | **9,708.50** |

Re:                      Billing and Retention
Client/Matter #          005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/10/11 | ANL | Prepared January 2011 fee application and exhibits. | 1.30 |
| 02/11/11 | ANL | Prepared January 2011 fee application and exhibits. | 1.20 |
| 02/14/11 | YK | Prepared January 2011 fee application. | 1.80 |
| 02/16/11 | ANL | Prepared January 2011 fee application and exhibits. | 1.80 |
| 02/17/11 | ANL | Prepared January 2011 fee application and exhibits. | 1.50 |
| 02/18/11 | ANL | Reviewed fee examiner preliminary report for 6th & 7th interim periods. | 1.80 |
| 02/21/11 | ANL | Reviewed fee examiner preliminary report for 6th & 7th interim periods. | 1.50 |
| 02/22/11 | ANL | Reviewed fee examiner preliminary report for 6th & 7th interim periods. | 1.30 |
| 02/22/11 | ANL | Prepared AlixPartners response to fee examiner preliminary report for 6th interim periods. | 1.50 |
| 02/22/11 | YK | Prepared January 2011 fee application. | 0.90 |
| 02/23/11 | YK | Prepared January 2011 fee application. | 1.80 |
| 02/23/11 | ANL | Prepared AlixPartners response to fee examiner preliminary report for 6th & 7th interim periods. | 2.50 |
| 02/24/11 | ANL | Prepared exhibits for AlixPartners response to fee examiner preliminary report for 6th interim periods. | 2.20 |
| 02/25/11 | ANL | Prepared January 2011 fee application and exhibits. | 1.60 |
| 02/25/11 | ANL | Prepared exhibits for AlixPartners response to fee examiner preliminary report for 6th interim periods. | 1.20 |
| 02/28/11 | ANL | Prepared January 2011 fee application and exhibits. | 1.20 |
| | | **Total Hours** | **25.10** |

Re:                        Billing and Retention
Client/Matter #            005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 20.60 | 560.00 | 11,536.00 |
| Young Kim | 4.50 | 490.00 | 2,205.00 |
| **Total Hours & Fees** | **25.10** | | **13,741.00** |