# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

February 1, 2011 through and including February 28, 2011

**Disbursement Recap:**

| Description | Amount |
| --- | ---: |
| Cab Fare/Ground Transportation | 266.04 |
| Conference Calls | 3.65 |
| **Total Disbursements** | **269.69** |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 01/04/11 | Conference Calls - - VENDOR: Raindance Communications, Inc. Brad Hall | 3.65 |
| 01/06/11 | Cab Fare/Ground Transportation - Transportation Brad Hall - JFK to Manhattan NY (Out of town) | 98.93 |
| 01/07/11 | Cab Fare/Ground Transportation - - VENDOR: Transportation Brad Hall - Manhattan NY to JFK (Out of town) | 87.11 |
| 02/09/11 | Cab Fare/Ground Transportation Christopher Rubel Taxi From The Chicago Office To My Home (in town) | 15.00 |
| 02/10/11 | Cab Fare/Ground Transportation Christopher Rubel Taxi From The Chicago Office To My Home (in town) | 15.00 |
| 02/10/11 | Cab Fare/Ground Transportation Young Kim Taxi From Office To Home (in town) | 35.00 |
| 02/27/11 | Cab Fare/Ground Transportation Christopher Rubel Taxi From The Chicago Office To My Home. (in town) | 15.00 |
| | **Total Disbursements** | **269.69** |