**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SUMMARY SHEET**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Willliam A. Niese | $2,158.89 |
| Warner Brothers | $2,516.16 |
| Washington-Baltimore Newspaper Guild | 998.62 |
| Washington-Baltimore Newspaper Guild (Counsel) | 1,348.52 |
| **TOTAL** | **$7,022.19** |

# EXHIBIT A

CPAM: 1811717.15

## SCHEDULE OF EXPENSES

William A. Niese
6061 Lake Vista Drive
Bonsall, CA  92003

| Type of Expense | February 22, 2011 Deposition Preparation (New York) |
|---|---|
| Airfare | $1,509.40 |
| Hotel | 508.46 |
| Meals: Dinner (Hotel)    $28.95 Breakfast (Hotel)     24.78 | 53.73 |
| Cab Fare | 50.30 |
| Parking | 37.00 |
| Total: | $2,158.89 |

**TOTAL ALLOWED AMOUNT:**   **$2,158.89**

FEB-28-2011 02:54 PM    WILLIAM A. NIESE              760 758 7101              P.04

## jetBlue

### Tada! Your trip is booked. Thank you William!

You have 6,572 TrueBlue points

You should receive your itinerary by e-mail shortly but you should print it just in case.

### Confirmation #LDCONV

Status: Confirmed
Book Date: Friday, February 11 2011

 Scan this barcode to check in at any JetBlue check-in kiosk.

## Your Itinerary

### Travelers

Travelers on this flight: William A Niese

Primary contact: William A Niese 6061 Lake Vista Drive Bonsall, CA 92003

### Flights

| Date | Departs/ Arrives | Route | Flight | Travelers | Seats |
|---|---|---|---|---|---|
| Mon Feb 21 | 12:34 a.m. 9:00 p.m. | San Diego, CA, (SAN) to New York City, NY, NYC (JFK) | 184 | William Niese | 3A * |
| Thu Feb 24 | 8:30 a.m. 11:41 a.m. | New York City, NY, NYC (JFK) to San Diego, CA, (SAN) | 181 | William Niese | 3D * |

*Even More Legroom seat

### Airfare total

| | |
|---|---|
| Fare: (details) | $1368.00 x 1 = $1368.00 |
| Seat upgrade: | $120.00 |
| Taxes & Fees: (details) | $21.40 |

**Total:** **$1,509.40**

### Payment

| Form of payment | | Amount paid |
|---|---|---|
| Visa | X7928 | $1,509.40 |

**Paid today:** **$1,509.40**

### Need a car? We offer the JetBlue discount

- Save 5% or more on all rentals
- No payments till car pick up

*Hertz*

FEB-28-2011 02:54 PM    WILLIAM A. NIESE                760 758 7101                P.05



# WARWICK
## NEW YORK HOTEL

Mr. William Niese

|  | |
|---|---|
| Arrival | 02-21-11 |
| Departure | 02-23-11 |
| Room No. | 1412 |
| Folio No. | |
| Cashier | 79 |
| Page No. | 1 of 1 |
| Invoice No. | |
| Booking No. | |

*INFORMATION INVOICE*

| Date | Description | | Debit | Credit |
|---|---|---|---|---|
| | | | 28.95 | |
| 02-21-11 | Randolph's Dinner Food | Line# 1412 : CHECK# 0020108 | 213.75 | |
| 02-21-11 | Room Charge | | 18.97 | |
| 02-21-11 | Tax-Room Sales 8.875% | | 12.56 | |
| 02-21-11 | Tax-City Occupancy 5.875% | | 2.00 | |
| 02-21-11 | Tax-City Tax $2/Room | | 1.50 | |
| 02-21-11 | Tax-State Occupancy $1.50 | | 24.78 | |
| 02-22-11 | Murals Breakfast Food | Line# 1412 : CHECK# 0013388 | 223.25 | |
| 02-22-11 | Room Charge | | 19.81 | |
| 02-22-11 | Tax-Room Sales 8.875% | | 13.12 | |
| 02-22-11 | Tax-City Occupancy 5.875% | | 2.00 | |
| 02-22-11 | Tax-City Tax $2/Room | | 1.50 | |
| 02-22-11 | Tax-State Occupancy $1.50 | | | |

| | |
|---|---|
| Balance | 562.19 |

*Guest Signature*

*I agree that my liabity for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the front desk upon departure. Thank You.*

Avenue of the Americas at 65 West 54th Street, New York, NY 10019
Telephone 212 247-2700  Facsimile 212 247-2725  The Reservation Call 800 223-4099

WARWICK
*International Hotels*

www.warwickhotels.com

ALADDIN AIRPORT PARKING
2548 Kettner Blvd.
USA-92101 San Diego
Tax CodeUSO

Lane 4        02/23/11 12:36
Receipt 078875

Long-term parking tkt
SP - No. 086294
02/21/11 09:50 -
02/23/11 12:36 -
Period 2d2h47'
(Tax)

Total                 $37.00
                    ---------
                      $37.00

Payment Received
VISA
Merch:441800662392z   $37.00
Auth:03586C
Type: Swiped

Sub Total
                      $37.00

Amounts in USD.
Depart Date=Receipt Date

---

CAB FARE

MED#          5897
02/23/11 TR 3136
START  END MILES
05:52 08:16 16.9
JFK FARE
RATE 2:$   45.00
SURCH: $    0.00
QMTNL:$     4.80
STSRCH:$    0.50
TOTAL: $   50.30
     THANKS
TO CONTACT TLC
  DIAL 3-1-1

Wayne Smith
Warner Brothers
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522

| Type of Expense | February 15-16, 2011 Deposition (New York) |
|---|---|
| Airfare | $1,462.40 |
| Hotel | 688.02 |
| Meals: | |
|    Dinner (Hotel) | 26.47 |
| Transporation | $339.27 |
| | |
| Total: | $2,516.16 |

**TOTAL ALLOWED AMOUNT:   $2,516.16**

**Lamb, Helen**

| | |
|---|---|
| **From:** | Aguilar, Yolanda [Yolanda.Aguilar@warnerbros.com] |
| **Sent:** | Monday, March 14, 2011 1:49 PM |
| **To:** | Lamb, Helen |
| **Subject:** | WB Tribune Expenses for 2/11 |
| **Attachments:** | Tribune Expense 2-11.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Helen, attached please find Wayne's expenses for his trip to NYC for his deposition.  Airfare: $1,462.40 (coach)

1

## Aguilar, Yolanda

| | |
|---|---|
| **From:** | wbeinvoices@bcdtravel.com |
| **Sent:** | Thursday, February 03, 2011 5:47 PM |
| **To:** | Smith, Wayne |
| **Cc:** | Aguilar, Yolanda |
| **Subject:** | TRAVEL INVOICE FOR SMITH/WAYNE M TRAVEL DATE 14Feb |



PLEASE DO NOT RESPOND TO THIS MESSAGE VIA EMAIL. THIS IS AN AUTO-GENERATED MESSAGE AND CAN NOT PROCESS YOUR REPLY.

Thank you for using BCD Travel for your travel needs.

Email generated on February 04, 2011/1:46 AM UTC

**Invoice / Ticket Receipt**

Total Invoice Amount: $2,622.90 USD
Electronic Ticket Number: 0167954369788
Invoice Number: 0306671
Ticket Amount: $2,622.90 USD
Form of Payment: AX***********1001

This ticket information applies to the following trip(s):

United Airlines Flight 28 from Los Angeles to New York on February 14
United Airlines Flight 11 from New York to Los Angeles on February 16

Email generated on February 04, 2011/1:46 AM UTC

//// **UNITED FIRST**

SMITH/WAYNEM
PREMIER EXECUTIVE                    BOARDING PASS
                                    UA 00203924305

UA 26    FEB 14
FROM LOS ANGELES
TO   NYC/KENNEDY

GATE   75B
BOARDS AT  1:35 PM

SEAT **2B**

CONFIRMATION NBR S2CHF6
016 7954369788 CPN 1
ISSUED BY RLAXL6J AT 000000 LAXCS



SMITH/WAYNEM
PREMIER EXECUTIVE
UA 00203924305

UA 26             FEB 14
FROM   LOS ANGELES
TO     NYC/KENNEDY

GATE   75B
DEPARTS AT  2:05 PM

GIVE FEEDBACK - WWW.UALSURVEY.COM

SEAT   **2B**

F-CABIN
ETKT    016 7954369788 CPN 1

//// **UNITED FIRST**

SMITH/WAYNEM
PREMIER EXECUTIVE                    BOARDING PASS
                                    UA 00203924305

UA 11    FEB 16
FROM NYC/KENNEDY
TO   LOS ANGELES

GATE   7
BOARDS AT  7:55 PM

SEAT **3B**

CONFIRMATION NBR S2CHF6
016 7954369788 CPN 2
ISSUED BY RJFKLF4 AT 000000 JFKCS

Do not expose to excessive heat or direct sunlight.
STAPLE HERE
PRINTED BY UAL.A BY MAGNETO TICKET & LABEL CORP., DALLAS, TX.  REV.6-96  FORM Part 3-99
INSERT
ETKT



**INFORMATION INVOICE**

160 Central Park South, New York, NY 10019
Tel. +1 (212) 247 0300  Fax. +1 (212) 315 1839
jumeirah.com

**Mr. Wayne M Smith**
**No Address**
**La Canada Flintridge CA 91011**
**United States**

| | | | |
|---|---|---|---|
| **Arrival Date:** | 02-14-11 | **Room Number:** | 0514 |
| **Departure Date:** | 02-16-11 | **Voucher/PO No.:** | |
| **Sirius / FF No.:** | | **Confirmation No.:** | 22075928 |
| **Sirius Points (estimate):** | | **Folio No:** | |
| | | **Page No:** | 1 of 2 |

**Travel Agent :**  BCD TRAVEL USA L.L.C.
**Company:**  Time Warner BAR

02-16-11

| Date | Description | Reference | Charges/Adj | Payments |
|---|---|---|---|---|
| 02-14-11 | Room Chg - Package | | 297.00 | |
| 02-14-11 | Sales Tax 8.875% | | 26.18 | |
| 02-14-11 | City Occ Tax 5.875% | | 17.33 | |
| 02-14-11 | City Occ Tax per Rm/Night | | 2.00 | |
| 02-14-11 | Conv Ctr Tax $1.50 Rm/Nght | | 1.50 | |
| 02-15-11 | Room Service Dinner Food | Room# 0514 : CHECK# 2177 | 15.00 | |
| 02-15-11 | Room Service Dinner Deliv Ch | Room# 0514 : CHECK# 2177 | 5.00 | |
| 02-15-11 | Room Service Dinner Addt. Gr | Room# 0514 : CHECK# 2177 | 2.00 | |
| 02-15-11 | Room Service Dinner Gratuity | Room# 0514 : CHECK# 2177 | 2.70 | |
| 02-15-11 | Room Svc Dinner Sales Tax | Room# 0514 : CHECK# 2177 | 1.77 | |
| 02-15-11 | Room Chg - Package | | 297.00 | |
| 02-15-11 | Sales Tax 8.875% | | 26.18 | |
| 02-15-11 | City Occ Tax 5.875% | | 17.33 | |
| 02-15-11 | City Occ Tax per Rm/Night | | 2.00 | |
| 02-15-11 | Conv Ctr Tax $1.50 Rm/Nght | | 1.50 | |

BLS Limousine Service
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

WARNER BROS. CORPORATE CARD                  Ride Receipt        Account#    : 227789
                                                                 Invoice#    : CCB021611
                                                                 Inv Date    : 2/16/2011

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 2/14/2011 | Res#: 926952 | PU: 4000 WARNER BLVD BLDG 156 RM 5158 BURBANK CA 91522 | | |
| | | Drop: LAX 26 UA | | |
| | Pickup: 12:00 | Passenger: SMITH WAYNE M | | |
| | Flat: | | TC | $67.71 | |
| Extra Services | Req By: CHERYL ANN KRUG, | | Gratuity: | $0.00 | |
| | | 8184241658: | $0.00 | |
| | | Discount: | | |
| | | Deposit: | | |
| | | Ride Total: | $67.71 | |
| | Paid By Credit Card xxxxxxxxxxx1001 | Trip Amount Due: | $0.00 | |

© 1992-2011 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

Reservation Receipt (Res#927022)                                                                    Page 1 of 1

**BLS Limousine Service**
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

| WARNER BROS. CORPORATE CARD | | Ride Receipt | Account# | : 227789 |
| | | | Invoice# | : CCB021511 |
| | | | Inv Date | : 2/15/2011 |

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 2/14/2011 | Res#: 927022    PU: JFK 26 UA | | | |
| | Drop: 160 CENTRAL PARK SOUTH RADIO CITY NY 10019 | | | |
| | Pickup: 22:29    Passenger: SMITH WAYNE M | | | |
| | Flat:    TC | | $88.00 | |
| | Req By: CHERYL ANN KRUG,    Gratuity: | | $0.00 | |
| Extra Services | 8184241658: | | $0.00 | |
| | Tax: | | $7.82 | |
| | Discount: | | | |
| | Deposit: | | | |
| | Ride Total: | | $95.82 | |
| | Paid By Credit Card xxxxxxxxxx1001    Trip Amount Due: | | $0.00 | |

© 1992-2011 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

https://reports.blslimo.com/QuickReceipt.asp                                                       2/16/2011

BLS Limousine Service
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

WARNER BROS. CORPORATE CARD

Ride Receipt

Account#    : 227789
Invoice#    : CCB030111
Inv Date    : 3/1/2011

| Date | Description | | Charges | Credits |
|------|-------------|-|---------|---------|
| | Res#: 926951 | PU: 30 ROCKEFELLER PLAZA NEW YORK NY 10112 | | |
| 2/16/2011 | | Drop: JFK 11 UA | | |
| | Pickup: 18:00 | Passenger: SMITH WAYNE M | | |
| | Flat: | | TC | $88.00 |
| | Req By: CHERYL ANN KRUG, | | Gratuity: | $0.00 |
| | | | Tax: | $7.82 |
| | | | Discount: | |
| | | | Deposit: | |
| | | | Ride Total: | $95.82 |
| | Paid By Credit Card xxxxxxxxxxx1001 | | Trip Amount Due: | $0.00 |

© 1992-2011 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

Reservation Receipt (Res#927025)

**BLS Limousine Service**
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

WARNER BROS. CORPORATE CARD

Ride Receipt

| | Account# | : 227789 |
|---|---|---|
| | Invoice# | : CCB021711 |
| | Inv Date | : 2/17/2011 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 2/16/2011 | Res#: 927025 | PU: LAX 11 UA | | |
| | | Drop: 3957 HAMPSTEAD RD. LA CANADA CA 91011-2 | | |
| | Pickup: 23:59 | Passenger: SMITH WAYNE M | | |
| | Flat: | | TC | $79.92 |
| | Req By: CHERYL ANN KRUG, | | Gratuity: | $0.00 |
| Extra Services | | 8184241658: | | $0.00 |
| | | | Discount: | |
| | | | Deposit: | |
| | | | Ride Total: | $79.92 |
| | Paid By Credit Card xxxxxxxxxxx1001 | | Trip Amount Due: | $0.00 |

© 1992-2011 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD  21044

| Type of Expense | February 7, 2011 Deposition Preparation (New York) | February 24-25, 2011 Deposition Preparation and Depositon (New York) |
|---|---|---|
| Train Fare | $312.00 | $300.45 |
| Hotel | .00 | 273.17 |
| Meals (Dinner) | 23.00* | .00 |
| Meals (Breakfast) | .00 | 15.00 ♦ |
| Parking | 9.00 | 26.00 |
| Mileage | 19.00** | 21.00 ♦♦ |
| | | |
| Total: | $363.00 | $635.62 |

\*  Represents Mr. Salganik's portion of dinner shared with another party.

\*\* 38 miles round trip from home to BWI Airport @ $.50/per mile.

♦  Reimbursement requested at amount not to exceed meal limit.

♦♦ 42 miles round trip from home to BWI Airport @ $.50/per mile.


**TOTAL ALLOWED AMOUNT:   $998.62**

**AMTRAK**

Name of Passenger
SALGANIK/MARC MR    7016729670

From
BWI AIRPORT STA,MD
To
NEW YORK PENN,NY
2V 2154 07FEB11
KB
Form of Payment
EXPRSS BSNESS
VI178.00 4604
Accom Charge
$.00
Fare Paid $178.00    Total $.00
$178.00

B.O.A.E.
0528.111067919    01.01
01FEB11 PASSENGER RECEIPT 13FCC2

---

**AMTRAK**

Name of Passenger
SALGANIK/MARC    7016729670

From
NEW YORK PENN,NY
To
BWI AIRPORT STA,MD
2V 2171 07FEB11
KD
EXPRSS BSNESS
VI134.00 4604    Accom Charge $.00
Fare Paid $134.00    Total
$134.00

B.O.A.E.
0388.839107115    01.01
07FEB11 PASSENGER RECEIPT 442D0

---

PLACE FACE UP ON DASH
Amtrak Lot 0060
Central Parking System
Expiration Date/Time
Purchase Date/Time
Expiration Date/Time
EXP 01:55PM
FEB 27, 2011

Purchase Date/Time: 01:55pm Feb 24, 2011
Total Due: $26.00    Rate: 1 - 3 Days Parking
Total Paid: $26.00    Payment Type: Card
#xxxx-4604, Visa
Ticket #: 00001415
S/N #: 300009410006
Setting: AMTRAK    Auth #: 06282D
Mach Name: AMTRAK

Total Due:
Total Paid:
Cash/Card
Ticket #:

- - - - - - - - - - - - - - -

RECEIPT
Amtrak Lot 0060
Central Parking System
Expiration Date/Time: 01:55pm Feb 27, 2011
Purchase Date/Time: 01:55pm Feb 24, 2011

Total Due: $26.00    Rate: 1 - 3 Days Parking
Total Paid: $26.00    Payment Type: Card
Visa
Ticket #: 00001415
Setting: AMTRAK    Auth #: 06282D
Mach Name: AMTRAK

---

THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt# 178
02/07/11 21:41 L#19 A#1 Txn#
02/07/11 08:59 In    02/07/11 21:41 Out
Tk#4 277713
Visa Card    $ 8.00
XXXXXXXXXXXX4604 04/12
Approval No.: 020880
Reference No.: 00100047

---

**AMTRAK**

Name of Passenger
SALGANIK/MARC    7016729670

From
NEW YORK PENN,NY
To
BALTIMORE PENN,MD
2V 195 26FEB11
YA
RESERVD COACH
VI99.45 4604
Fare Paid $99.45    Total $.00
$99.45

40F1
0574806010686    01.01
26FEB11 PASSENGER RECEIPT 5B56E

---

**AMTRAK**

Name of Passenger
SALGANIK/MARC MR    7016729670

From
BALTIMORE PENN,MD
To
NEW YORK PENN,NY
2V 21C3 24FEB11
KA
EXPRSS BSNESS
VI201.00 4604    Accom Charge $.00
Fare Paid $201.00    Total
$201.00

A.O.A.E
0481048096111    01.01
17FEB11    110731

---

Socarrat Paella Bar
212.462.1000
259 W 19th St
New York, NY 10011
212.462.1000

Server: Eddie    02/07/2011
26/1    6:29 PM
Guests: 2    10092

Arroz Negro (2 @23.0    46.00
Shaya BTL    46.00

Complete Subtotal    92.00

Subtotal    92.00
Tax    8.16

Total    100.16

Balance Due    100.16

Thank You!
Please come again

---

MURALS ON 54

65 WEST 54TH ST. NY. NY. 10019
(212) 314-7700
CHECK:    3576
TABLE:    41/1
SERVER:    713 Rhonda
DATE:    FEB25'11  8:02AM
CARD TYPE:    Visa
ACCT #:    XXXXXXXXXXXX4604
EXP DATE:    XX/XX
AUTH CODE:    05671D
RESEARCH:    000000000000

MARC SALGANIK

SUBTOTAL:    37.79

TIP _____

TOTAL $_____

X _____
Signature
THANK YOU FOR DINING WITH US
MURALS ON 54
T:(212) 314-7700
First Copy-Restaurant
Second Copy-Customer



# WARWICK
### NEW YORK HOTEL

Mr. Bill Salganik
10386 Eclipse Way
Columbia MD 21044
United States

INFORMATION INVOICE

| | |
|---|---|
| Arrival | 02-24-11 |
| Departure | 02-25-11 |
| Room No. | 2005 |
| Folio No. | |
| Cashier | 99 |
| Page No. | 1 of 1 |
| Invoice No. | |
| Booking No. | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| 02-24-11 | Room Charge | 235.00 | |
| 02-24-11 | Tax-Room Sales 8.875% | 20.86 | |
| 02-24-11 | Tax-City Occupancy 5.875% | 13.81 | |
| 02-24-11 | Tax-City Tax $2/Room | 2.00 | |
| 02-24-11 | Tax-State Occupancy $1.50 | 1.50 | |

| | | |
|---|---|---|
| Balance | | 273.17 |

Guest Signature

*I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the front desk upon departure. Thank You.*



WARWICK
*International Hotels*

Avenue of the Americas at 65 West 54th Street, New York, NY 10019
Telephone 212 247-2700  Facsimile 212 247-2725  The Reservation Call 800 223-4099

www.warwickhotels.com

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC  20036

| Type of Expense | February 7, 2011 Deposition Preparation (New York) | February 24-25, 2011 Deposition Preparation and Depositon (New York) |
|---|---|---|
| Train Fare | $323.70 | $348.00 |
| Hotel | .00 | 546.34 |
| Meals (Dinner) | .00 | 69.88* |
| Meals (Breakfast) | .00 | .00 |
| Parking | .00 | 40.00 |
| Cab Fare | 7.20 | 13.40 |
| | | |
| Total: | $330.90 | $1,017.62 |

\* Represents dinner with Messrs. Paul and Salganik.


**TOTAL ALLOWED AMOUNT:   $1,348.52**

# FEBRUARY 7, 2011 RECEIPTS

AMTRAK

Name of Passenger
1
PAUL/AR
7008311552

From
NEW YORK PENN,NY
To
WASHINGTON,DC
2V 2119 07FEB11
Accom
KB

EXPRSS BSNESS

Form of Payment
AX186.00 3003    Accom Charge
$186.00    $.00
Fare Paid    Total
$186.00

BOAE
0384840083198    01 01
07FEB11    42450
PASSENGER RECEIPT

---

AMTRAK

Name of Passenger
1
PAUL/ROBERT MR
7008311552

From
WASHINGTON,DC
To
NEW YORK PENN,NY
2V 2250 05FEB11
Accom    Space/Car
KC

EXPRSS BSNESS

Form of Payment
3137.70=3003    Accom Charge
$137.70    $.00
Fare Paid    Total
$137.70

COAE
0308257042637    01 01
30JAN11    10E6A5
PASSENGER RECEIPT

---

MED#       3F85
02/07/11 IR 2767
START - END MILES
17:18 17:25  1.0
Regular Fare
RATE 1:$   5.70
Out of Town Fare
RATE 4:$   0.00
SURCH: $   1.00
StSrch:$   0.50
TOTAL: $   7.20
      THANKS
TO CONTACT TLC
   DIAL 3-1-1

# FEBRUARY 24-26, 2011 RECEIPTS



**≡AMTRAK**

Name of Passenger
PAUL/ROBERT MR
7008311552

From
WASHINGTON,DC
To
NEW YORK PENN,NY
2V **2168** 24FEB11
Accom  Space/Car
KA
EXPRSS BSNESS

Form of Payment
AX209.00=3003          Accom Charge
Fare Plan $209.00       Total  $.00
                        $209.00
AQAE
0521000046750    01_01
21FEB11  PASSENGER RECEIPT  15542E

**≡AMTRAK**

Name of Passenger
PAUL/ROBERT MR
7008311552

From
NEW YORK PENN,NY
To
WASHINGTON,DC
2V **2203** 26FEB11
Accom  Space/Car
KD
EXPRSS BSNESS

Form of Payment
AX139.00=3003          Accom Charge
Fare Plan $139.00       Total  $.00
                        $139.00
DQAE
0521000046768    01_01
21FEB11  PASSENGER RECEIPT  15542E

```
02/26/11 07:24AM

MEDALLION  2A20
DRIVER     453748
JOB        11057016
START      07:19AM
END        07:24AM
DIST       1.3 mi
-------------------
STAND. CITY RATE
RATE 1     1.3 mi
FARE       5.30
STATE      0.50
TOTAL      5.80
===================
CONTACT TLC 311
```

```
Terminal#:18 Cashier#:3
2/24/2011 1:27 PM
2/26/2011 11:14 AM - 1 21:47
608693842 / #313741
DAILY    : $     40.00
TOTAL    : $     40.00
    CRDT CRD : $     40.00
***********3003 S    ★
AMERICAN EXPRESS
Purchase 11/02/23  :4.14
Seq#  376169
Auth# 561453
APPROVED
------------------------
    THANK YOU FOR
    PARKING WITH US
    DRIVE CAREFULLY


        USPG
UNION STATION GARAGE
    202-898-1950
------------------------
```

```
START SHIFT 2/24
    17:03
    NEW YORK

MED #      3R43
DATE: 02 24 2011
START TIME 17:05
END TIME   17:12
JOB #      5018
RATE No.       1
STAND. CITY RATE
MILES R1   1.32
FARE1 $    6.10
SURCHARGE  1.00
TOTAL $    7.10
ST. SUR    0.50
GR.TOT.    7.60


Contact TLC Dial
    3-1-1
```



# WARWICK
## NEW YORK HOTEL

Mr. Robert Paul
United States

INFORMATION INVOICE

| | |
|---|---|
| Arrival | 02-24-11 |
| Departure | 02-26-11 |
| Room No. | 1609 |
| Folio No. | |
| Cashier | 79 |
| Page No. | 1 of 1 |
| Invoice No. | |
| Booking No. | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| 02-24-11 | Room Charge | 235.00 | |
| 02-24-11 | Tax-Room Sales 8.875% | 20.86 | |
| 02-24-11 | Tax-City Occupancy 5.875% | 13.81 | |
| 02-24-11 | Tax-City Tax $2/Room | 2.00 | |
| 02-24-11 | Tax-State Occupancy $1.50 | 1.50 | |
| 02-25-11 | Room Charge | 235.00 | |
| 02-25-11 | Tax-Room Sales 8.875% | 20.86 | |
| 02-25-11 | Tax-City Occupancy 5.875% | 13.81 | |
| 02-25-11 | Tax-City Tax $2/Room | 2.00 | |
| 02-25-11 | Tax-State Occupancy $1.50 | 1.50 | |

Balance    546.34

*Guest Signature*

*I agree that my liabity for this bill is not waived and agree to be
held personally liable in the event that the indicated person,
association, or company fails to pay for any part or the full
amount of these charges. Please leave your room key at the
front desk upon departure. Thank You.*


WARWICK
*International Hotel*

Avenue of the Americas at 65 West 54th Street, New York, NY 10019
Telephone 212 247-2700  Facsimile 212 247-2725  The Reservation Call 800 223-4099

www.warwickhotels.com

```
       RANDOLPHS BAR & LOUNGE
         AT THE WARWICK HOTEL
   65 WEST 54TH ST.  NEW YORK CITY
            (212) 247-2700
CHECK:       500
TABLE:       104/1
SERVER:      107 Heemel
DATE:        FEB24'11  9:32PM
CARD TYPE:   American Express
ACCT #:      XXXXXXXXXXX3003
EXP DATE:    XX/XX
AUTH CODE:   546309
RESEARCH:    000000000000
             AR PAUL


SUBTOTAL:         59.88

TIP _____ 10 00

TOTAL $_____ 69.88

X_____
            SIGNATURE

X_____
         PLEASE PRINT NAME
  Signed Copy-Merchant
  Second Copy-Customer
```