# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Hearing Date: April 11, 2011**<br>Related to Docket Nos. 7136, 7239, 7701, 7801, 7802 and 8171, 8231, 8259, 8283 and 8315 |

## SUBMISSION REGARDING REBUTTAL WITNESSES

The Debtors, the Official Committee of Unsecured Creditors (the "Committee"), Oaktree Capital Management, L.P. ("Oaktree"), Angelo, Gordon & Co., L.P. ("Angelo Gordon"), and JPMorgan Chase Bank, N.A. ("JPM", and together with the Debtors, Committee, Oaktree, and Angelo Gordon, the "DCL Plan Proponents") hereby provide this submission regarding rebuttal witnesses in response to the Court's request at the end of the hearing on Friday, March 18, 2011

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

-7475154V

that the parties provide the Court with additional information regarding their rebuttal case. At that time, the DCL Plan Proponents noted that they did not expect that their rebuttal case would take more than two (2) days to complete and that they only expected to call two witnesses.

Based on further review, the DCL Plan Proponents continue to believe that their rebuttal case can be completed in two (2) days or less. The DCL Plan Proponents currently intend to call Mace Rosenstein and Professor Bernard S. Black to address the matters set forth in their respective rebuttal reports previously served on the Noteholder Plan Proponents. In addition, the DCL Plan Proponents may call David Kurtz. For the Court's convenience, set forth below is a more detailed description of the matters that these witnesses are expected to address:

1) <u>Mace Rosenstein, Partner, Covington & Burling L.L.P.</u>  The DCL Plan Proponents intend to call Mr. Rosenstein as an expert witness in their rebuttal case. The principal areas of Mr. Rosenstein's testimony are anticipated to generally include rebuttal of the expert testimony of Mark Prak concerning alleged violations of the FCC's ownership rules under the DCL Plan and alleged complications and delays in the FCC's consideration of the Debtors' FCC applications under the Debtor/Committee/Lender Plan, and application of these issues under the Noteholder Plan.

2) <u>Professor Bernard S. Black</u>. The DCL Plan Proponents intend to call Professor Black as an expert witness in their rebuttal case. The principal areas of Professor Black's testimony are as follows: First, Professor Black will address the testimony and report of Dr. Bruce Beron and his use of a decision tree analysis to analyze expected values for the LBO-related causes of action. In this regard, Professor Black will identify and discuss various flaws in Dr. Beron's analysis. Second, Professor Black will address Mr. Ralph S. Tuliano's testimony and report regarding Mr. Tuliano's analysis of Tribune's financial condition in 2007. In this connection, he will point out certain flaws in Mr. Tuliano's analysis, particularly as they relate to his opinions regarding solvency following the Step One transactions. Third, Professor Black will discuss various aspects of the Noteholders' Plan with respect to governance issues, including those addressed by their expert, Professor Edward B. Rock.

3) <u>David Kurtz</u>: The DCL Plan Proponents may call David Kurtz of Lazard Frères. If he testifies, Mr. Kurtz is expected to address certain statements made by the Noteholders' witness Mr. Gropper regarding the parties' discussions regarding settlement of the LBO-related claims as well as the impact of the Examiner's Report on those discussions. Mr. Kurtz may also address Mr. Gropper's claim regarding the value of various aspects of the settlement included in the DCL Plan.

The DCL Plan Proponents estimate that the direct testimony of the aforementioned witnesses will take 2 to 3 hours to complete. More specifically, Mr. Rosenstein's testimony is expected be less than an hour; Professor Black's testimony will be less than 1 ½ hours and Mr. Kurtz's testimony will be less than ½ hour. In total, the DCL Plan Proponents have used 24 hours and 50 minutes of court time to date. Assuming that the rebuttal case takes 3 hours to complete, the total time used will be less than the 30 hour estimate previously provided to the Court.

Dated: March 25, 2011

SIDLEY AUSTIN LLP
James F. Conlan
James W. Ducayet
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-0199
Facsimile: (312) 853-7036

SIDLEY AUSTIN LLP
James F. Bendernagel, Jr.
Ronald S. Flagg
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Counsel for Debtors and Debtors In Possession

CHADBOURNE & PARKE LLP
Howard Seife
David M. LeMay
Thomas J. McCormack
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

LANDIS RATH & COBB LLP

By: */s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

Counsel for the Official Committee of Unsecured Creditors

-7475154V

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

ZUCKERMAN SPAEDER LLP
Thomas G. Macauley
919 Market Street, Ste 990
P.O. Box 1028
Wilmington, DE 19899
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

Special Counsel to the Official Committee of Unsecured Creditors

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Benjamin S. Kaminetzky
Damian Schaible
Elliot Moskowitz
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4500
Facsimile: (212) 701-5800

RICHARDS, LAYTON & FINGER, P.A.

By: _/s/ Drew G. Sloan_
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square, 920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651 7701

Counsel for JPMorgan Chase Bank, N.A.

WILMER CUTLER PICKERING
HALE & DORR LLP
Andrew N. Goldman
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 220-8888

Counsel for Angelo, Gordon & Co., L.P.

DEWEY & LEBOEUF LLP
Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

By: _/s/ M. Blake Cleary_
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.

-7475154V