# EXHIBIT "A"

# EXHIBIT "A" – SUMMARY SHEET

February 1, 2011 through and including February 28, 2011

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $690.00 | 30.20 | $20,838.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $610.00 | 111.90 | $68,259.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $610.00 | 16.40 | $10,004.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $475.00 | 26.60 | $12,635.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $425.00 | 52.80 | $22,440.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $385.00 | 30.70 | $11,819.50 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $325.00 | 17.10 | $5,557.50 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $295.00 | 43.00 | $12,685.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $295.00 | 3.00 | $885.00 |
| Frances A. Panchak | Paralegal | N/A | $225.00 | 83.70 | $18,832.50 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michelle M. Dero | Paralegal | N/A | $225.00 | .40 | $90.00 |
| Anthony C. Dellose | Paralegal | N/A | $190.00 | 15.20 | $2,888.00 |
| Linda M. Rogers | Paralegal | N/A | $200.00 | 59.70 | $11,940.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 2.00 | $250.00 |
| | | | **Total** | **492.70** | **$199,123.50** |

**Blended Rate: $404.15**