# EXHIBIT "C"

{698.001-W0013621.}

Official Committee of Unsecured Creditors

March 25, 2011
Account No: 698-001
Statement No: 13409

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Overtime Wages | 149.56 |
| Postage | 6.50 |
| Copying | 84.70 |
| Overnight Delivery | 64.15 |
| Filing fee | 25.00 |
| Service fee | 105.00 |
| Courier Fees | 1,583.65 |
| Online research LEXIS | 7.70 |
| Outside Duplication Services | 7,970.94 |
| Electronic Filing - PACER | 135.68 |
| US Postage | 1,634.07 |
| Court Reporter fees | 1,640.50 |
| Client meals | 143.25 |
| **Total Expenses Thru 02/28/2011** | **$13,550.70** |

{698.001-W0013771.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| Client | Trans Date | Tmkr | H P | Tcode/Task Code | Rate | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 01/31/2011 | AGL | U | B100 | E209 | | 131.99 Overtime wages - assist with subpoena responses | 1356 |
| Subtotal for Transaction Date 01/31/2011 | | | | | Billable | 131.99 | | |
| 698.001 | 02/01/2011 | AGL | U | B100 | E209 | | 17.57 Overtime wages - Edits to Motion to Extend | 1355 |
| Subtotal for Transaction Date 02/01/2011 | | | | | Billable | 17.57 | | |
| 698.001 | 02/03/2011 | AGL | U | B100 | E216 | | 9.00 Courier Fee - Advance TriState Courier & Carriage | 1345 |
| Subtotal for Transaction Date 02/03/2011 | | | | | Billable | 9.00 | | |
| 698.001 | 02/07/2011 | AGL | U | B100 | E101 | 0.100 | 62.70 Copying | 1349 |
| 698.001 | 02/07/2011 | AGL | U | B100 | E211 | | 250.00 Outside printing - Advance Digital Legal Services, LLC - 56580 | 1372 |
| Subtotal for Transaction Date 02/07/2011 | | | | | Billable | 312.70 | | |
| 698.001 | 02/08/2011 | AGL | U | B100 | E221 | | 21.53 Overnight Delivery FedEx | 1346 |
| Subtotal for Transaction Date 02/08/2011 | | | | | Billable | 21.53 | | |
| 698.001 | 02/11/2011 | AGL | U | B100 | E116 | | 718.25 Court reporter Diaz Data Services (#7321) | 1335 |
| 698.001 | 02/11/2011 | AGL | U | B100 | E216 | | 325.00 Courier Fee - Advance TriState Courier & Carriage - #37106 | 1365 |
| Subtotal for Transaction Date 02/11/2011 | | | | | Billable | 1,043.25 | | |
| 698.001 | 02/14/2011 | AGL | U | B100 | E211 | | 293.55 Outside printing - Advance Digital Legal Services, LLC - 56605 | 1338 |
| 698.001 | 02/14/2011 | AGL | U | B100 | E210 | | 193.09 US Postage # Digital Legal Services, LLC - 56605 | 1339 |
| 698.001 | 02/14/2011 | AGL | U | B100 | E211 | | 1,030.71 Outside printing - Advance Digital Legal Services, LLC - 56606 | 1340 |
| 698.001 | 02/14/2011 | AGL | U | B100 | E210 | | 353.27 US Postage # Digital Legal Services, LLC - 56606 | 1341 |
| Subtotal for Transaction Date 02/14/2011 | | | | | Billable | 1,870.62 | | |
| 698.001 | 02/15/2011 | AGL | U | B100 | E216 | | 60.45 Courier Fee - Advance TriState Courier & Carriage - #37183 | 136? |
| 698.001 | 02/15/2011 | AGL | U | B100 | E221 | | 21.53 Overnight Delivery FedEx - To David M. LeMay #7-410-91190 | 137? |
| Subtotal for Transaction Date 02/15/2011 | | | | | Billable | 81.98 | | |
| 698.001 | 02/16/2011 | AGL | U | B100 | E108 | | 4.40 Postage | 134? |
| 698.001 | 02/16/2011 | AGL | U | B100 | E101 | 0.100 | 1.80 Copying | 135? |
| 698.001 | 02/16/2011 | AGL | U | B100 | E221 | | 21.09 Overnight Delivery FedEx - To Andrew Caridas (#7-410-91190) | 137? |
| Subtotal for Transaction Date 02/16/2011 | | | | | Billable | 27.29 | | |
| 698.001 | 02/17/2011 | AGL | U | B100 | E217 | | 160.50 Court Reporter fee Diaz Data Services - USBC #7340 | 135? |
| 698.001 | 02/17/2011 | AGL | U | B100 | E211 | | 7.70 Outside printing - Advance Digital Legal Services, LLC - 56684 | 137? |
| 698.001 | 02/17/2011 | AGL | U | B100 | E210 | | 5.25 US Postage # Digital Legal Services, LLC - 56684 | 137? |
| 698.001 | 02/17/2011 | AGL | U | B100 | E211 | | 118.56 Outside printing - Advance Digital Legal Services, LLC - 56686 | 137? |
| 698.001 | 02/17/2011 | AGL | U | B100 | E210 | | 69.96 US Postage # Digital Legal Services, LLC - 56686 | 137? |
| 698.001 | 02/17/2011 | AGL | U | B100 | E211 | | 5,263.10 Outside printing - Advance Digital Legal Services, LLC - 56755 | 138? |
| 698.001 | 02/17/2011 | AGL | U | B100 | E210 | | 560.50 US Postage # Digital Legal Services, LLC - 56755 | 138? |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| Subtotal for Transaction Date 02/17/2011 | | | | | Billable | 6,185.57 | | |
| 698.001 | 02/18/2011 | AGL | U | B100 E101 | 0.100 | 2.50 | Copying | 1351 |
| 698.001 | 02/18/2011 | AGL | U | B100 E216 | | 602.70 | Courier Fee - Advance TriState Courier & Carriage (#37183) | 1366 |
| Subtotal for Transaction Date 02/18/2011 | | | | | Billable | 605.20 | | |
| 698.001 | 02/22/2011 | AGL | U | B100 E111 | | 143.25 | Meals Cavanaugh's Restaurant - Lunch for Chadbourne (4), LRC (2) and Zuckerman (2) | 1344 |
| 698.001 | 02/22/2011 | AGL | U | B100 E211 | | 3.85 | Outside printing - Advance Digital Legal Services, LLC - 56702 | 1377 |
| 698.001 | 02/22/2011 | AGL | U | B100 E210 | | 2.20 | US Postage # Digital Legal Services, LLC - 56702 | 1378 |
| Subtotal for Transaction Date 02/22/2011 | | | | | Billable | 149.30 | | |
| 698.001 | 02/23/2011 | AGL | U | B100 E101 | 0.100 | 7.60 | Copying | 1352 |
| Subtotal for Transaction Date 02/23/2011 | | | | | Billable | 7.60 | | |
| 698.001 | 02/24/2011 | AGL | U | B100 E108 | | 2.10 | Postage | 1348 |
| 698.001 | 02/24/2011 | AGL | U | B100 E211 | | 716.04 | Outside printing - Advance Digital Legal Services, LLC - 56744 | 1379 |
| 698.001 | 02/24/2011 | AGL | U | B100 E210 | | 248.81 | US Postage # Digital Legal Services, LLC - 56744 | 1380 |
| Subtotal for Transaction Date 02/24/2011 | | | | | Billable | 966.95 | | |
| 698.001 | 02/25/2011 | AGL | U | B100 E101 | 0.100 | 2.50 | Copying | 1353 |
| 698.001 | 02/25/2011 | AGL | U | B100 E217 | | 761.75 | Court Reporter fee Diaz Data Services - USBC #7366 | 1359 |
| 698.001 | 02/25/2011 | AGL | U | B100 E202 | | 105.00 | Subpoena service Fee Brandywine Process Servers, Ltd. - #96501 | 1360 |
| 698.001 | 02/25/2011 | AGL | U | B100 E216 | | 15.00 | Courier Fee - Advance TriState Courier & Carriage | 1368 |
| 698.001 | 02/25/2011 | AGL | U | B100 E216 | | 256.00 | Courier Fee - Advance TriState Courier & Carriage | 1369 |
| 698.001 | 02/25/2011 | AGL | U | B100 E211 | | 50.31 | Outside printing - Advance Digital Legal Services, LLC - 56745 | 1381 |
| 698.001 | 02/25/2011 | AGL | U | B100 E210 | | 12.90 | US Postage # Digital Legal Services, LLC - 56745 | 1382 |
| Subtotal for Transaction Date 02/25/2011 | | | | | Billable | 1,203.46 | | |
| 698.001 | 02/28/2011 | AGL | U | B100 E101 | 0.100 | 7.60 | Copying | 1354 |
| 698.001 | 02/28/2011 | AGL | U | B100 E112 | | 25.00 | Court fees Clerk, U.S. District Court - Pro Hac Fee for Robert A. Schwinger | 1357 |
| 698.001 | 02/28/2011 | AGL | U | B100 E210 | | 21.14 | US Postage # Digital Legal Services, LLC - 56771 | 1387 |
| 698.001 | 02/28/2011 | AGL | U | B100 E211 | | 237.12 | Outside printing - Advance Digital Legal Services, LLC - 56772 | 1388 |
| 698.001 | 02/28/2011 | AGL | U | B100 E210 | | 166.95 | US Postage # Digital Legal Services, LLC - 56772 | 1389 |
| 698.001 | 02/28/2011 | AGL | U | B100 E208 | | 135.68 | Electronic Filing PACER-Advance | 1392 |
| 698.001 | 02/28/2011 | AGL | U | B100 E215 | | 7.70 | Online research LEXIS - Advance LexisNexis Invoice dated 2/28/11 | 1425 |
| 698.001 | 02/28/2011 | AGL | U | B100 E216 | | 10.00 | Courier Fee - Advance TriState Courier & Carriage - Order 704849 Rush filing to district court | 1428 |
| 698.001 | 02/28/2011 | AGL | U | B100 E216 | | 6.50 | Courier Fee - Advance TriState Courier & Carriage - Order 704884 Rush delivery to bankruptcy court | 1429 |
| 698.001 | 02/28/2011 | AGL | U | B100 E216 | | 299.00 | Courier Fee - Advance TriState Courier & Carriage - Order 705861 After hours delivery | 1430 |
| Subtotal for Transaction Date 02/28/2011 | | | | | Billable | 916.69 | | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Total for Client ID 698.001 | | | | | Billable | 13,550.70 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| | | | | | **GRAND TOTALS** | | | |
| | | | | | Billable | 13,550.70 | | |