IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY et al., | : Case No. 08-13141 (KJC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : **Related Docket No. 8201** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATION OF COUNSEL REGARDING MOTION OF AURELIUS CAPITAL
MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK
TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE
TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, AND LAW DEBENTURE
TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR
INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, FOR ENTRY
OF ORDER (I) DETERMINING THAT CREDITORS HAVE RETAINED THEIR
STATE LAW CONSTRUCTIVE FRAUDULENT CONVEYANCE CLAIMS TO
RECOVER STOCK REDEMPTION PAYMENTS MADE TO STEP ONE
SHAREHOLDERS AND STEP TWO SHAREHOLDERS PURSUANT TO 11 U.S.C. §
546(A); (II) DETERMINING THAT AUTOMATIC STAY DOES NOT BAR
COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS AGAINST
SUCH SHAREHOLDERS OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM
AUTOMATIC STAY TO PERMIT COMMENCEMENT OF SUCH LITIGATION; AND
(III) GRANTING LEAVE FROM MEDIATION ORDER TO PERMIT
COMMENCEMENT OF SUCH LITIGATION**

      William P. Bowden, an attorney with the law firm of Ashby & Geddes, P.A., co-counsel

to Aurelius Capital Management, LP, on behalf of its managed entities ("Aurelius"), hereby

certifies the following:

      1.     On March 1, 2011, Aurelius, Deutsche Bank Trust Company Americas, in its

capacity as successor indenture trustee for certain series of senior notes ("Deutsche Bank"), and

Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for

certain series of senior notes ("Law Debenture" and, collectively with Aurelius and Deutsche

Bank, the "Movants") filed their Motion for Entry of Order (I) Determining that Creditors Have

Retained Their State Law Constructive Fraudulent Conveyance Claims to Recover Stock Redemption Payments Made to Step One Shareholders and Step Two Shareholders Pursuant to 11 U.S.C. §546(a); (II) Determining that Automatic Stay Does Not Bar Commencement of Litigation on Account of Such Claims Against Such Shareholders or, In the Alternative, Granting Relief from Automatic Stay to Permit Commencement of Such Litigation; and (III) Granting Leave from Mediation Order to Permit Commencement of Such Litigation [*ECF No.* 8201] (the "Motion").

2.    Wilmington Trust Company, in its capacity as successor indenture trustee for certain series of exchangeable subordinated debentures ("Wilmington Trust") filed a joinder to the Motion [*ECF No.* 8396]. The Official Committee of Unsecured Creditors (the "Creditors Committee") filed a Statement in Support of the Motion [*ECF No.* 8224]. Objections, limited objections, joinders, and responses to the Motion were filed by: (i) the Robert R. McCormick Tribune Foundation and Cantigny Foundation [*ECF No.* 8361]; (ii) Mark W. Hianik, John Birmingham, Tom E. Ehlmann and Peter A. Knapp [*ECF No.* 8363]; (iii) Certain Directors and Officers [*ECF No.* 8367]; (iv) Crane Kenney [*ECF No.* 8370]; (v) EGI-TRB, LLC and Samuel Zell [*ECF No.* 8371]; (vi) Bank of America, Merrill Lynch Capital Corporation, and Merrill Lynch, Pierce, Fenner & Smith Incorporated [*ECF No.* 8379]; (vii) Chandler Bigelow [*ECF No.* 8381]; (viii) the Bridge Agent [*ECF No.* 8402]; and (ix) Certain Retirees [*ECF No.* 8413]; (collectively, the "Objecting Parties" and, collectively with the Movants, Wilmington Trust and the Creditors Committee, the "Parties").

3.    A hearing on the Motion was held on March 22, 2011. At the conclusion of the hearing, the Court granted the Motion, subject to certain limitations referenced on the record of

the hearing, and directed the Parties' counsel to confer with respect to a form of order to be submitted to the Court with respect to the Motion.

4.      Subsequent to the hearing, counsel for Aurelius circulated forms of a proposed order and counsel for certain of the Parties circulated various proposed revisions. The efforts of the Parties to reach a fully consensual form of proposed order culminated in an "all-hands" telephonic conference call on March 28, 2011. Despite these efforts, no agreement has been reached and, therefore, the Parties have agreed to submit competing forms of order to the Court.

5.      Attached hereto as <u>Exhibit A</u> is the form of order (the "Order") with respect to the Motion proposed by the Movants, as agreed to by the Creditors Committee and Wilmington Trust. Attached hereto as <u>Exhibit B</u> is a blacklined copy of the Order showing the changes to the form of order attached to the Motion. At the Court's request, Aurelius is also submitting a disk containing the Order in Word format.

6.      It was agreed that to the extent any of the Parties desired to submit a competing form of proposed order, they would do so by Wednesday, March 30, 2011 at 12:00 noon (ET). The Movants, the Creditors Committee and Wilmington Trust reserve the right to respond to any such competing forms of order by no later than Friday, April 1, 2011 at 12:00 noon (ET).

Dated: March 28, 2011

**ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

- and -

Daniel H. Golden (admitted pro hac vice)
Philip C. Dublin (admitted pro hac vice)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
(212) 872-1000

*Attorneys for Aurelius Capital Management, LP, on
Behalf of Its Managed Entities*