# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 8201 and 8361** |

**CERTIFICATION OF COUNSEL SEEKING ENTRY OF ALTERNATE PROPOSED FORM OF ORDER ON THE MOTION OF AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, FOR ENTRY OF ORDER (I) DETERMINING THAT CREDITORS HAVE RETAINED THEIR STATE LAW CONSTRUCTIVE FRAUDULENT TRANSFER CLAIMS TO RECOVER STOCK REDEMPTION PAYMENTS MADE TO STEP ONE SHAREHOLDERS AND STEP TWO SHAREHOLDERS PURSUANT TO 11 U.S.C. § 546(A); (II) DETERMINING THAT AUTOMATIC STAY DOES NOT BAR COMMENCEMENT OF LITIGATION ON ACCOUNT OF SUCH CLAIMS AGAINST SUCH SHAREHOLDERS OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM AUTOMATIC STAY TO PERMIT COMMENCEMENT OF SUCH LITIGATION; AND (III) GRANTING LEAVE FROM MEDIATION ORDER TO PERMIT COMMENCEMENT OF SUCH LITIGATION**

I, Richard W. Riley, co-counsel to Robert R. McCormick Tribune Foundation ("McCormick") and Cantigny Foundation ("Cantigny" and together with McCormick, the "Foundations"), hereby certifies as follows:

1. On March 15, 2011, the Foundations filed an Objection (the "Objection") to the Motion of Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, for Entry of Order (I) Determining that

Creditors have Retained Their State Law Constructive Fraudulent Transfer Claims to Recover Stock Redemption Payments Made to Step One Shareholders and Step Two Shareholders Pursuant to 11 U.S.C. § 546(a); (II) Determining that Automatic Stay Does Not Bar Commencement of Litigation on Account of Such Claims Against Such Shareholders or, in the Alternative, Granting Relief from Automatic Stay to Permit Commencement of Such Litigation; and (III) Granting Leave From Mediation Order to Permit Commencement of Such Litigation [Docket No. 8201] (the "Motion").

2. Various other parties filed objections, joinders and responses to the Motion.

3. On March 22, 2011, the Court held a hearing the ("Hearing") on the Motion, the Objection and the other objections, joinders and responses.

4. At the conclusion of the Hearing, the Court agreed to entered an Order based on the rulings stated at the Hearing and requested that the parties confer on a proposed form of order.

5. Subsequent to the Hearing, counsel for Aurelius Capital Management, LP ("Aurelius") circulated a proposed form of order and the Foundations and other parties objected to and sought revisions to the proposed form of order. In addition, the parties held a conference call to discuss the proposed form of order and the proposed revision. Despite these efforts, the parties are not able to reach a consensual resolution with respect to the proposed form of order.

6. On March 28, 2011, Aurelius submitted a proposed form of order which has been agreed to by Aurelius, the Official Committee of Unsecured Creditors and Wilmington Trust Company (the "Aurelius PFO") under certification of counsel. See D.I. 8510.

7. The Foundations object to the entry of the Aurelius PFO.

8. Accordingly, the Foundations respectfully requests that this Court not enter the Aurelius PFO and instead, enter the proposed forms of order attached hereto as Exhibits "A" (the "Alternate PFO"). The Foundations are also submitting a disk containing the Alternate PFO in Word format.

9. The Court has scheduled a telephonic hearing to discuss the proposed forms of order for March 29, 2011 at 1:00 p.m. The Foundations reserve the right to file briefs or other submissions in support of the Alternate PFO depending on the outcome of the telephonic hearing.

Dated: March 29, 2011

Respectfully submitted,

**ROBERT R. MCCORMICK TRIBUNE FOUNDATION and CANTIGNY FOUNDATION**

By: /s/ Richard W. Riley
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Tel: (302) 657-4900
Fax: (302) 657-4901
E-Mail: rwriley@duanemorris.com

and

John P. Sieger (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Tel: (312) 902-5200
Fax: (312) 902-1061
E-Mail: john.sieger@kattenlaw.com