**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et</u> <u>al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

     I, Richard W. Riley, hereby certify that I am not less than 18 years of age, and that on March 29, 2011, I caused a true and correct copy of the *Certification Of Counsel Seeking Entry Of Alternate Proposed Form Of Order On The Motion Of Aurelius Capital Management, Lp, On Behalf Of Its Managed Entities, Deutsche Bank Trust Company Americas, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes, And Law Debenture Trust Company Of New York, In Its Capacity As Successor Indenture Trustee For Certain Series Of Senior Notes, For Entry Of Order (I) Determining That Creditors Have Retained Their State Law Constructive Fraudulent Transfer Claims To Recover Stock Redemption Payments Made To Step One Shareholders And Step Two Shareholders Pursuant To 11 U.S.C. § 546(A); (II) Determining That Automatic Stay Does Not Bar Commencement Of Litigation On Account Of Such Claims Against Such Shareholders Or, In The Alternative, Granting Relief From Automatic Stay To Permit Commencement Of Such Litigation; And (III) Granting Leave From Mediation Order To Permit Commencement Of Such Litigation* to be served on the attached service list as indicated.

2

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 29, 2011  /s/ Richard W. Riley
      Wilmington, Delaware  Richard W. Riley (DE 4052)
                                                DUANE MORRIS LLP
                                                222 Delaware Avenue, Suite 1600
                                                Wilmington, DE 19801-1659
                                                Tel: (302) 657-4900
                                                Fax: (302) 657-4901
                                                E-Mail: rwriley@duanemorris.com

**SERVICE LIST**

*VIA E-MAIL*
SIDLEY AUSTIN LLP
Attn:   James F. Conlan
           Bryan Krakauer
           Janet E. Henderson
           Kevin T. Lantry
           Jessica C.K. Boelter
One South Dearborn Street
Chicago, IL 60603

*Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

*VIA E-MAIL*
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attn:   Norman L. Pernick
           J. Kate Stickles
           Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Counsel to the Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

*VIA E-MAIL*
CHADBOURNE & PARKE, LLP
Attn:   Howard Seife
           David M. LeMay
30 Rockefeller Plaza
New York, NY 10112

*Counsel to the Official Committee of Unsecured Creditors*

*VIA E-MAIL*
LANDIS, RATH & COBB, LLP
Attn:   Adam G. Landis
919 Market Street, Suite 1800
Wilmington, DE 19801

*Counsel to the Official Committee of Unsecured Creditors*

*VIA E-MAIL*
ZUCKERMAN SPAEDER LLP
Attn:   Graeme Bush
           James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036

*Counsel to the Official Committee of Unsecured Creditors*

*VIA E-MAIL*
DEWEY & LEBOEUF LLP
Attn:   Bruce Bennett
           James O. Johnston
           Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90017

*Counsel to Oaktree Capital Management, L.P. and Angelo Gordon & Co., L.P.*

*VIA E-MAIL*
WILMER CUTLER PICKERING HALE
 & DORR LLP
Attn:  Andrew N. Goldman
399 Park Avenue
New York, NY 10022

*Co-Counsel to Angelo Gordon & Co., L.P.*

*VIA E-MAIL*
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
Attn:  Robert S. Brady
            M. Blake Cleary
The Brandywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391

*Counsel to Oaktree Capital Management, L.P.
and Angelo Gordon & Co., L.P.*

*VIA E-MAIL*
DAVIS POLK & WARDWELL LLP
Attn:   Donald S. Bernstein
            Damian S. Schaible
450 Lexington Avenue
New York, NY 10017

*Counsel to JPMorgan Chase Bank, N.A.*

*VIA E-MAIL*
RICHARDS, LAYTON & FINGER, P.A.
Attn:   Mark D Collins
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Counsel to JPMorgan Chase Bank, N.A.*

*VIA E-MAIL*
AKIN GUMP STRAUSS HAUER
 & FELD LLP
Attn:   Daniel H. Golden
            Philip C. Dublin
One Bryant Park
New York, NY 10036

*Counsel to Aurelius Capital Management, LP*

*VIA E-MAIL*
ASHBY & GEDDES, P.A.
Attn:   William P. Bowden
            Amanda M. Winfree
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899

*Counsel to Aurelius Capital Management, LP*

*VIA E-MAIL*
MCCARTER & ENGLISH, LLP
Attn:   David Adler
245 Park Avenue, 27th floor
New York, NY 10167

*Counsel to Deutsche Bank Trust Company Americas*

*VIA E-MAIL*
MCCARTER & ENGLISH, LLP
Attn:   Katharine L. Mayer
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801

*Counsel to Deutsche Bank Trust Company Americas*

*VIA E-MAIL*
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
Attn:   David S. Rosner
           Richard F. Casher
1633 Broadway
New York, NY 10019

*Counsel to Law Debenture Trust Company of New York*

*VIA E-MAIL*
BIFFERATO GENTILOTTI LLC
Attn:   Garvan F. McDaniel, Esquire
800 N. King Street, Plaza Level
Wilmington, DE 19801

*Counsel to Law Debenture Trust Company of New York*

*VIA E-MAIL*
Brown Rudnick LLP
Attn:   Robert J. Stark
           Martin S. Siegel
           Gordon Z. Novod
Seven Times Square
New York, NY 10036

*Counsel to Wilmington Trust Company*

*VIA E-MAIL*
Sullivan Hazeltine Allinson LLC
Attn:   William D. Sullivan
           Elihu E. Allinson, III
4 East 8th Street, Suite 400
Wilmington, DE 19801

*Counsel to Wilmington Trust Company*

*VIA E-MAIL*
David M. Klauder
United States Trustee's Office
844 King Street, Suite 2207
Wilmington, DE  19801

*Office of the United States Trustee*