# EXHIBIT B

## Black Lined Revised Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>Related to Docket ~~No~~Nos. ~~__~~ 8065, 8289, 8325, 8471 and ~~__~~ |

## ORDER PARTIALLY SUSTAINING DEBTORS' FORTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("NO LIABILITY CLAIMS")

Upon consideration of the Debtors' Forty-Second Omnibus (Substantive) Objection to Claims (the "Objection"), by which the Debtors[2] request entry of an order pursuant

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, disallowing and expunging the No Liability Claims set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Rodden Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained <u>as set forth herein</u>; and it is further

ORDERED that the No Liability Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

<u>ORDERED, that solely with respect to the Debtors' Objection to Claim No. 5335 of Broadspire Services Inc., Claim No. 6601 of Carol Walker, and Claim No. 5283 of Contrarian Funds, LLC (Software AG) – the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being April 25, 2011 at 1:00 p.m. (prevailing Eastern Time) or such other date and time as the Court directs or the parties consent, and the parties reserve all rights with respect to such Claims and the Objections thereto; and it is further</u>

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2011

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

# EXHIBIT A

## No Liability Claims

Tribune Company, et al.

Omnibus Objection 42: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALLEN, GRENESHIA<br>PO BOX 31532<br>PALM BEACH GARDENS, FL 33420-1532 | 08-13208 | Sun-Sentinel Company | 09/14/2009 | 6224 | Undetermined | Claimant indicated unsure of potential liability. Debtors' books and records show no liability. |
| 2 | BIRKENTALL, ROBERT<br>947 NORTH HUMPHREY AVENUE<br>OAK PARK, IL 60302 | 08-13141 | Tribune Company | 06/18/2009 | 5881 | $33,300.00 | Claimant was not employed by Debtor on payment date of bonus. No liability owed to claimant per Debtors books and records. |
| 3 | ~~BROADSPIRE SERVICES INC.~~<br>~~1001 SUMMIT BOULEVARD~~<br>~~ATLANTA, GA 30319~~ | ~~08-13141~~ | ~~Tribune Company~~ | ~~06/12/2009~~ | ~~5335~~ | ~~Undetermined~~ | ~~Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred.~~ |
| 4 | ~~CONTRARIAN FUNDS, LLC~~<br>~~TRANSFEROR: SOFTWARE AG INC~~<br>~~ATTN: ALISA MUMOLA~~<br>~~411 WEST PUTNAM AVENUE, SUITE 425~~<br>~~GREENWICH, CT 06830~~ | ~~08-13185~~ | ~~Los Angeles Times Communications LLC~~ | ~~06/12/2009~~ | ~~5283~~ | ~~$284,327.89~~ | ~~No liability owed to claimant per Debtors books and records.~~ |
| 5 | CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:MICROWAVE RADIO COMMUNICATION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | 08-13183 | KTLA Inc. | 05/14/2009 | 2779 | $41,351.49 | Claimant indicated no amounts owed on claim for KTLA Inc. |
| 6 | DEMMA, JOSEPH<br>1912 N 56TH AVE<br>HOLLYWOOD, FL 33021-3906 | 08-13141 | Tribune Company | 04/30/2009 | 2160 | $200.00* | No liability owed to claimant per Debtors books and records. |
| 7 | GARY, KELLY<br>15520 CARS MILL ROAD<br>WOODBINE, MD 21797 | 08-13174 | Hoy, LLC | 04/23/2009 | 1665 | Undetermined | Claimant indicated no liabilities owed in claim form. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 42: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | JOHNSON, DENISE<br>760 PENN ST<br>PENNSBURG, PA 18073 | 08-13212 | The Morning Call, Inc. | 05/12/2010 | 6474 | $320.07 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. All carrier bonds will be reimbursed to carriers in the ordinary course of business. |
| 9 | JOHNSON, STEVEN M<br>760 PENN ST<br>PENNSBURG, PA 18073 | 08-13212 | The Morning Call, Inc. | 05/12/2010 | 6473 | $125.87 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. All carrier bonds will be reimbursed to carriers in the ordinary course of business. |
| 10 | PATINO, DAVID<br>C/O THE ORLOSKI LAW FIRM<br>111 N. CEDAR CREST BOULEVARD<br>ALLENTOWN, PA 18104-4602 | 08-13212 | The Morning Call, Inc. | 04/27/2009 | 1874 | Undetermined | No supporting documents attached to proof of claim. After review of their book and records the Debtors have determined they have no liability. |
| 11 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | 08-13141 | Tribune Company | 03/23/2009 | 835 | $1,356.30 | No liability owed to claimant per Debtors books and records. Equipment no longer resides with Debtor. |
| 12 | SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | 08-13251 | WDCW Broadcasting, Inc. | 06/12/2009 | 5401 | $650.00 | No liability owed to claimant per Debtors books and records as there was a delay in 2006/2007 season start date. |
| 13 | ~~WALKER, CAROL~~<br>~~3561 W. HEMLOCK~~<br>~~OXNARD, CA 93035~~ | ~~08-13141~~ | ~~Tribune Company~~ | ~~07/19/2010~~ | ~~6601~~ | ~~$65,000.00~~ | ~~Claimant and her family were receiving employee medical benefits from Debtor to which they were not entitled. Such benefits were discontinued, and Claimant and spouse are currently receiving retiree medical benefits from Debtor. No liability owed to claimant per Debtors books and records.~~ |

\* -- Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 42: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | WESTPOINT, JOYCE 2101 SW 54 AVE WEST PARK, FL 33023 | 08-13152 | Chicago Tribune Company | 05/13/2009 | 2766 | $1,200.00 | No liability owed to claimant per Debtors books and records. In addition, claimant has no documentation to support claim. |
| 15 | WORSHAM, MARK 306 LINCOLN ST S WALNUTPORT, PA 18088 | 08-13212 | The Morning Call, Inc. | 09/23/2009 | 6252 | $205.04 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. All carrier bonds will be reimbursed to carriers in the ordinary course of business. |

\* – Indicates claim contains unliquidated and/or undetermined amounts