# EXHIBIT A

**Tribune Co.** 
Time Log

Moelis & Company
**Summary of Hours Worked**
**February 1, 2011 - February 28, 2011**

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 7.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 9.0 |
| Zul Jamal | Managing Director, Restructuring Group | 40.5 |
| Ashish Ajmera | Vice President | 50.5 |
| Evan Glucoft | Associate | 76.5 |
| Sandhya Sistla | Analyst | 80.5 |
| | **Total Moelis Team Hours** | **264.5** |

**Tribune Co.**  
**MOELIS & COMPANY**  
Time Log - February 2011

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 7.5 |
| Navid Mahmoodzadegan | Managing Director | 9.0 |
| Zul Jamal | Managing Director | 40.5 |
| Ashish Ajmera | Vice President | 50.5 |
| Evan Glucoft | Associate | 76.5 |
| Sandhya Sistla | Analyst | 80.5 |
| **Total** | | **264.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 02/01/11 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 02/01/11 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 02/01/11 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 02/01/11 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 02/03/11 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 02/03/11 | 1.0 | UCC Meeting |
| Zul Jamal | 02/03/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 02/03/11 | 1.0 | UCC Meeting |
| Evan Glucoft | 02/03/11 | 1.0 | UCC Meeting |
| Sandhya Sistla | 02/03/11 | 1.0 | UCC Meeting |
| Zul Jamal | 02/04/11 | 3.0 | Review of second amended DCL plan draft |
| Ashish Ajmera | 02/04/11 | 3.0 | Review of second amended DCL plan draft |
| Evan Glucoft | 02/04/11 | 3.0 | Review of second amended DCL plan draft |
| Sandhya Sistla | 02/04/11 | 3.0 | Review of second amended DCL plan draft |
| Ashish Ajmera | 02/07/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 02/07/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 02/07/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 02/09/11 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 02/09/11 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 02/09/11 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 02/09/11 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 02/09/11 | 2.0 | Cooking Channel contribution analysis |
| Navid Mahmoodzadegan | 02/09/11 | 2.0 | Cooking Channel contribution analysis |
| Zul Jamal | 02/09/11 | 5.0 | Cooking Channel contribution analysis |
| Ashish Ajmera | 02/09/11 | 8.0 | Cooking Channel contribution analysis |
| Evan Glucoft | 02/09/11 | 13.0 | Cooking Channel contribution analysis |
| Sandhya Sistla | 02/09/11 | 13.0 | Cooking Channel contribution analysis |
| Thane Carlston | 02/10/11 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 02/10/11 | 1.0 | UCC Meeting |
| Zul Jamal | 02/10/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 02/10/11 | 1.0 | UCC Meeting |
| Evan Glucoft | 02/10/11 | 1.0 | UCC Meeting |
| Sandhya Sistla | 02/10/11 | 1.0 | UCC Meeting |
| Zul Jamal | 02/11/11 | 1.0 | Discovery call with DLA Piper |
| Ashish Ajmera | 02/11/11 | 1.0 | Discovery call with DLA Piper |
| Evan Glucoft | 02/11/11 | 1.0 | Discovery call with DLA Piper |
| Sandhya Sistla | 02/11/11 | 1.0 | Discovery call with DLA Piper |
| Zul Jamal | 02/11/11 | 1.5 | Recovery analysis for Chadbourne |
| Ashish Ajmera | 02/11/11 | 1.5 | Recovery analysis for Chadbourne |
| Evan Glucoft | 02/11/11 | 2.5 | Recovery analysis for Chadbourne |
| Sandhya Sistla | 02/11/11 | 2.5 | Recovery analysis for Chadbourne |
| Ashish Ajmera | 02/14/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 02/14/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 02/14/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 02/15/11 | 5.0 | Analysis of potential Board candidates |
| Ashish Ajmera | 02/15/11 | 5.0 | Analysis of potential Board candidates |
| Evan Glucoft | 02/15/11 | 11.0 | Analysis of potential Board candidates |
| Sandhya Sistla | 02/15/11 | 11.0 | Analysis of potential Board candidates |

**Tribune Co.**
**MOELIS & COMPANY**
Time Log - February 2011

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 7.5 |
| Navid Mahmoodzadegan | Managing Director | 9.0 |
| Zul Jamal | Managing Director | 40.5 |
| Ashish Ajmera | Vice President | 50.5 |
| Evan Glucoft | Associate | 76.5 |
| Sandhya Sistla | Analyst | 80.5 |
| **Total** | | **264.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 02/16/11 | 1.5 | Review of 2011 Operating Plan |
| Navid Mahmoodzadegan | 02/16/11 | 1.5 | Review of 2011 Operating Plan |
| Zul Jamal | 02/16/11 | 4.0 | Review of 2011 Operating Plan |
| Ashish Ajmera | 02/16/11 | 4.0 | Review of 2011 Operating Plan |
| Evan Glucoft | 02/16/11 | 4.0 | Review of 2011 Operating Plan |
| Sandhya Sistla | 02/16/11 | 4.0 | Review of 2011 Operating Plan |
| Thane Carlston | 02/17/11 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 02/17/11 | 1.0 | UCC Meeting |
| Zul Jamal | 02/17/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 02/17/11 | 1.0 | UCC Meeting |
| Evan Glucoft | 02/17/11 | 1.0 | UCC Meeting |
| Sandhya Sistla | 02/17/11 | 1.0 | UCC Meeting |
| Zul Jamal | 02/17/11 | 2.0 | Analysis of expert reports |
| Ashish Ajmera | 02/17/11 | 2.0 | Analysis of expert reports |
| Evan Glucoft | 02/17/11 | 3.0 | Analysis of expert reports |
| Sandhya Sistla | 02/17/11 | 3.0 | Analysis of expert reports |
| Zul Jamal | 02/17/11 | 6.0 | Analysis of rebuttal expert reports |
| Ashish Ajmera | 02/17/11 | 6.0 | Analysis of rebuttal expert reports |
| Evan Glucoft | 02/17/11 | 7.0 | Analysis of rebuttal expert reports |
| Sandhya Sistla | 02/17/11 | 7.0 | Analysis of rebuttal expert reports |
| Zul Jamal | 02/18/11 | 3.0 | Review of objections to Noteholder and DCL Plans |
| Ashish Ajmera | 02/18/11 | 4.0 | Review of objections to Noteholder and DCL Plans |
| Evan Glucoft | 02/18/11 | 6.0 | Review of objections to Noteholder and DCL Plans |
| Sandhya Sistla | 02/18/11 | 6.0 | Review of objections to Noteholder and DCL Plans |
| Ashish Ajmera | 02/21/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 02/21/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 02/21/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Navid Mahmoodzadegan | 02/22/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Zul Jamal | 02/22/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Ashish Ajmera | 02/22/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Evan Glucoft | 02/22/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Sandhya Sistla | 02/22/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Thane Carlston | 02/23/11 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 02/23/11 | 1.0 | UCC Meeting |
| Zul Jamal | 02/23/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 02/23/11 | 1.0 | UCC Meeting |
| Evan Glucoft | 02/23/11 | 1.0 | UCC Meeting |
| Sandhya Sistla | 02/23/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 02/24/11 | 1.0 | Call with Alix Partners |
| Evan Glucoft | 02/24/11 | 1.0 | Call with Alix Partners |
| Sandhya Sistla | 02/24/11 | 1.0 | Call with Alix Partners |
| Zul Jamal | 02/25/11 | 1.0 | Recovery analysis for Chadbourne |
| Ashish Ajmera | 02/25/11 | 1.0 | Recovery analysis for Chadbourne |
| Evan Glucoft | 02/25/11 | 3.0 | Recovery analysis for Chadbourne |
| Sandhya Sistla | 02/25/11 | 3.0 | Recovery analysis for Chadbourne |
| Evan Glucoft | 02/22/11 | 3.5 | Industry earnings analysis |
| Sandhya Sistla | 02/22/11 | 3.5 | Industry earnings analysis |
| Zul Jamal | 02/28/11 | 1.5 | Review of third amended DCL plan draft |

**Tribune Co.**
Time Log - February 2011

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 7.5 |
| Navid Mahmoodzadegan | Managing Director | 9.0 |
| Zul Jamal | Managing Director | 40.5 |
| Ashish Ajmera | Vice President | 50.5 |
| Evan Glucoft | Associate | 76.5 |
| Sandhya Sistla | Analyst | 80.5 |
| **Total** | | **264.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 02/28/11 | 1.5 | Review of third amended DCL plan draft |
| Evan Glucoft | 02/28/11 | 2.0 | Review of third amended DCL plan draft |
| Sandhya Sistla | 02/28/11 | 2.0 | Review of third amended DCL plan draft |
| Ashish Ajmera | 02/28/11 | 1.0 | Tribune Operating Plan Call with Alix Partners |
| Evan Glucoft | 02/28/11 | 1.0 | Tribune Operating Plan Call with Alix Partners |
| Sandhya Sistla | 02/28/11 | 1.0 | Tribune Operating Plan Call with Alix Partners |
| Ashish Ajmera | 02/28/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 02/28/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 02/28/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| | **Total** | **264.5** | |