# EXHIBIT B

# Tribune Co.

Moelis & Company - February 2011 Expense Summary

|  | February 2011 |
|---|---:|
| Airfare | $ - |
| Lodging | - |
| Travel / Overtime / Weekend meals | 45.14 |
| Taxi / Transportation / Parking | 52.66 |
| Telephone | - |
| Presentations | - |
| Other | - |
| **Total** | **$ 97.80** |

**Tribune Co.**
Moelis & Company - February 2011 Expense Summary
Case 08-13141-BLS    Doc 8517-3    Filed 03/29/11    Page 3 of 3

| Category | Date | Summary | Detail | Banker | Expense |
|---|---|---|---|---|---|
| **TRAVEL / OT / WEEKEND MEALS** | | | | | |
| | 2/3/2011 | MEALS TRAVEL | Project Traffic DISHES | Glucoft | 20.14 |
| | 2/8/2011 | MEALS TRAVEL | Project Traffic PORTA VIA INC | Glucoft | 25.00 |
| | | | | | **Total Requested** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | |
| | 2/2/2011 | TAXI | Project Traffic NYC TAXI GROUP INC-1B71 1 | Glucoft | 11.10 |
| | 2/2/2011 | TAXI | Project Traffic 28TH ST MGMT INC | Glucoft | 12.96 |
| | 2/2/2011 | TAXI | Project Traffic ALL TAXI MANAGEMENT INC | Glucoft | 13.60 |
| | 2/15/2011 | TAXI | Taxi to Tribune Hearing Prep MANOLIS PETSIOS-1E81 | Carlston | 15.00 |
| | | | | | **Total Requested** |
| | | | | | **Month Total** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
   - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location