# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Amended Calendar 03/29/2011 09:04 AM

Calendar Date: 03/29/2011
Calendar Time: 01:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4125036 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4124277 | Marc D. Ashley | 212-408-5194 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4125048 | Kimberly Bacher | 312-541-0151 | Shaw Gussis Fishman Glantz Wolfson | Interested Party, Crane Kenny / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4124380 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4124267 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4123878 | William Bowden | (302) 654-1888 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4124288 | James Conlan | 312-456-5761 | Sidley Austin LLP | Debtor, The Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4125097 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4124255 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4125095 | Amy Dieterich | (212) 373-3688 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4123959 | Phillip Dublin | 212-872-8083 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Centerbridge / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4125235 | James Ducayet | (312) 853-7621 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4123902 | Steven C Florsheim | (312) 641-3200 | Sperling & Slater | Defendant(s), Chandler Bigelow / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4124029 | Gregory W. Fox | (212) 833-1177 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4123948 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Center Bridge Credit Advisors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4125089 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4124314 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4125049 | Allen Guon | (312) 980-3806 ext. 00 | Shaw Gussis Fishman Glantz Wolfson | Interested Party, Crane Kenny / LIVE |

Peggy Drasal    CourtConfCal2009    Page 2 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4124056 | Kevin Hardiman | (212) 506-1732 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Co. of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 4125075 | Benjamin Kaminetzky | (212) 450-4569 | Davis Polk & Wardwell LLP | Creditor, JP Chase Morgan Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124256 | Kevin Lantry | 213-896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124258 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4125090 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LIVE |
| Tribune Company | 08-13141 | Hearing | 4125109 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4125035 | Katharine L. Mayer | 302-984-6312 | McCarter & English | Client, Deutsche Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124123 | John R Mccambridge | (312) 704-7718 | Grippo & Elden, LLC | Creditor, Certain Current & Former Officers and Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4125086 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4124271 | Thomas McCormack | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124297 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124300 | Kerriann Mills | 312-853-0036 | Sidley Austin, LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4123933 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4123895 | Jane Parver | 212-836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4125093 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4124343 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4123890 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124290 | Daniel Rath | 302-467-4400 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4125031 | Richard W. Riley | (302) 657-4900 | Duane Morris LLP | Representing, Robert McCormick, et al / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124265 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4123924 | Andrew Rosenblatt | 212-408-5559 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124162 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |

Peggy Drasal     CourtConfCal2009     Page 3 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4124370 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124247 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4123901 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4123929 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4123885 | Laurie Selber Silverstein | (302) 984-6033 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4125071 | Drew G Sloan | (302) 651-7612 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124120 | Maile H Solif-Szukala | (312) 704-7718 | Grippo & Elden, LLC | Creditor, Certain Current & Former Officers and Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124283 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4125073 | Robert Stearn, Jr. | 302-651-7830 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124323 | J. Kate Stickles | (302) 652-3131 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4123880 | Eric M. Sutty | 302-622-4243 | Fox Rothschild LLP | Creditor, Wells Fargo Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124411 | Jay Teitelbaum | 914-437-7670 | Teitelbaum & Baskin | Interested Party, William A. Niese / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124261 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4124126 | Jeffrey C. Wisler | (302) 658-9141 | Connolly Bove Lodge & Hutz LLP | Creditor, Certain Current & Former Officers and Directors / LIVE |