# EXHIBIT A

## No Liability Claims

CH1 5777364v.1

Tribune Company, et al.

Omnibus Objection 42: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALLEN, GRENESHIA<br>PO BOX 31532<br>PALM BEACH GARDENS, FL 33420-1532 | 08-13208 | Sun-Sentinel Company | 09/14/2009 | 6224 | Undetermined | Claimant indicated unsure of potential liability. Debtors' books and records show no liability. |
| 2 | BIRKENTALL, ROBERT<br>947 NORTH HUMPHREY AVENUE<br>OAK PARK, IL 60302 | 08-13141 | Tribune Company | 06/18/2009 | 5881 | $33,300.00 | Claimant was not employed by Debtor on payment date of bonus. No liability owed to claimant per Debtors books and records. |
| 3 | CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:MICROWAVE RADIO COMMUNICATION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | 08-13183 | KTLA Inc. | 05/14/2009 | 2779 | $41,351.49 | Claimant indicated no amounts owed on claim for KTLA Inc. |
| 4 | DEMMA, JOSEPH<br>1912 N 56TH AVE<br>HOLLYWOOD, FL 33021-3906 | 08-13141 | Tribune Company | 04/30/2009 | 2160 | $200.00* | No liability owed to claimant per Debtors books and records. |
| 5 | GARY, KELLY<br>15520 CARS MILL ROAD<br>WOODBINE, MD 21797 | 08-13174 | Hoy, LLC | 04/23/2009 | 1665 | Undetermined | Claimant indicated no liabilities owed in claim form. |
| 6 | JOHNSON, DENISE<br>760 PENN ST<br>PENNSBURG, PA 18073 | 08-13212 | The Morning Call, Inc. | 05/12/2010 | 6474 | $320.07 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. All carrier bonds will be reimbursed to carriers in the ordinary course of business. |
| 7 | JOHNSON, STEVEN M<br>760 PENN ST<br>PENNSBURG, PA 18073 | 08-13212 | The Morning Call, Inc. | 05/12/2010 | 6473 | $125.87 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. All carrier bonds will be reimbursed to carriers in the ordinary course of business. |

*- Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 42: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 8 | PATINO, DAVID C/O THE ORLOSKI LAW FIRM 111 N. CEDAR CREST BOULEVARD ALLENTOWN, PA 18104-4602 | 08-13212 | The Morning Call, Inc. | 04/27/2009 | 1874 | Undetermined | No supporting documents attached to proof of claim. After review of their book and records the Debtors have determined they have no liability. |
| 9 | PITNEY BOWES GLOBAL FINANCIAL SERVICES 27 WATERVIEW DRIVE SHELTON, CT 06484 | 08-13141 | Tribune Company | 03/23/2009 | 835 | $1,356.30 | No liability owed to claimant per Debtors books and records. Equipment no longer resides with Debtor. |
| 10 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 08-13251 | WDCW Broadcasting, Inc. | 06/12/2009 | 5401 | $650.00 | No liability owed to claimant per Debtors books and records as there was a delay in 2006/2007 season start date. |
| 11 | WESTPOINT, JOYCE 2101 SW 54 AVE WEST PARK, FL 33023 | 08-13152 | Chicago Tribune Company | 05/13/2009 | 2766 | $1,200.00 | No liability owed to claimant per Debtors books and records. In addition, claimant has no documentation to support claim. |
| 12 | WORSHAM, MARK 306 LINCOLN ST S WALNUTPORT, PA 18088 | 08-13212 | The Morning Call, Inc. | 09/23/2009 | 6252 | $205.04 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. All carrier bonds will be reimbursed to carriers in the ordinary course of business. |

* - Indicates claim contains unliquidated and/or undetermined amounts