IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, *et al.* | |
| Plaintiff, | Adv. Pro. No. 10-54010 (KJC) |
| v. | |
| FITZSIMONS, *et al.*, | |
| Defendants. | |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF JAMES A. MCGUINNESS

Pursuant to Local Rule 9010-1 and the attached certification, Anthony M. Saccullo moves the admission *pro hac vice* of James A. McGuinness, Esquire, of Hannafan & Hannafan, Ltd., to represent Timothy P. Knight, in the above-captioned case.

Dated: March 28, 2011

A. M. SACCULLO LEGAL, LLC

Anthony M. Saccullo (No. 4141)
Thomas H. Kovach (No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
ams@saccullolegal.com
kovach@saccullolegal.com

2011 MAR 31 AM 11:03
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that I caused the annual fee of $25.00 to be paid to the Clerk of the District Court.

James A. McGuinness, Esquire
HANNAFAN & HANNAFAN, LTD.
One East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-0055
(312) 527-0220 (facsimile)
jam@hannafanlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge