IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
                                                     :  Chapter 11
In re:                                               :
                                                     :  Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                             :  Jointly Administered
                                                     :
        Debtors.                                     :  **Related to Docket Nos. 8201, 8361 & 8379**
                                                     :
                                                     :
---------------------------------------------------- x

## CERTIFICATION OF COUNSEL

The undersigned counsel for Merrill Lynch Capital Corporation ("MLCC") and Merrill

Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S", and together with MLCC, "Merrill

Lynch") hereby certifies as follows:

   1.    On March 1, 2011, Aurelius Capital Management, LP, ("Aurelius") on behalf of

its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor

Indenture Trustee for Certain Series of Senior Notes ("Deutsche Bank"), and Law Debenture

Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series

of Senior Notes ("Law Debenture," and collectively with Aurelius and Deutsche Bank, the

"Movants"), filed their Motion for Entry of an Order (I) Determining that Creditors have

Retained Their State Law Constructive Fraudulent Conveyance Claims to Recover Stock

Redemption Payments Made to Step One Shareholders and Step Two Shareholders Pursuant to

11 U.S.C. §546(a); (II) Determining that Automatic Stay Does Not Bar Commencement of

Litigation on Account of Such Claims Against Such Shareholders or, in the Alternative, Granting

Relief From Automatic Stay to Permit Commencement of Such Litigation And (III) Granting

Leave from Mediation Order to Permit Commencement of Such Litigation [Docket No. 8201]

(the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.    On March 15, 2011, the Robert R. McCormick Tribune Foundation And Cantigny Foundation (together, the "Foundations") filed an Objection [Docket No. 8361] (the "Objection") to the Motion;

3.    On March 16, 2011, Merrill Lynch and Bank of America, N.A. ("Bank of America") filed a Joinder [Docket No. 8379] (the "Joinder") to the Objection.

4.    On March 22, 2011, the Court held a hearing on the Motion.

5.    At the conclusion of the hearing, the Court agreed to enter an order based on the rulings stated at the hearing and directed the parties to confer with respect to a form of order.

6.    Subsequent to the hearing, the Movants circulated a proposed form of order and parties objected to and sought revisions to the proposed form of order. In addition, the parties held a conference call to discuss the proposed form of order and the proposed revision. Despite these efforts, the parties were not able to reach a consensual resolution with respect to the proposed form of order.

7.    On March 28, 2011, the Movants submitted a proposed form of Order [Docket No. 8510] which has been agreed to by the Movants, the Official Committee of Unsecured Creditors and Wilmington Trust Company (the "Aurelius Proposed Form of Order").

8.    On March 29, 2011, the Court held a conference call in which it asked for any additional proposed orders to be submitted by Friday, April 1, 2011 at 4:00 p.m. (EST).

9.    Merrill Lynch and Bank of America object to the entry of the Aurelius Proposed Form of Order.

10.    Merrill Lynch and Bank of America respectfully submit their proposed form of Order, a copy of which is attached hereto as Exhibit A (the "Alternate Proposed Form of Order"). For the Court's convenience, attached hereto as Exhibit B is a blackline showing the differences between the Aurelius Proposed Form of Order and the Alternate Proposed Form of Order.

11.    With this Certification, Merrill Lynch is also submitting a disc containing the Alternate Proposed Form of Order in Word and Word Perfect formats.

Dated:    April 1, 2011
           Wilmington, Delaware

                                    POTTER ANDERSON & CORROON LLP

                                    *R. Stephen McNeill*
                                    _____
                                    Laurie Selber Silverstein (DE Bar No. 2396)
                                    R. Stephen McNeill (DE Bar No. 5210)
                                    1313 N. Market Street, 6th Floor
                                    P.O. Box 951
                                    Wilmington, Delaware 19899
                                    (302) 984-6000

                                                -and-

                                    KAYE SCHOLER LLP
                                    Madlyn Gleich Primoff
                                    Jane W. Parver
                                    Joseph M. Drayton
                                    425 Park Avenue
                                    New York, New York  10022

                                    *Counsel for Merrill Lynch Capital Corporation* and
                                    *Merrill Lynch, Pierce, Fenner & Smith*
                                    *Incorporated*

1007300