## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------  x
                                                  :  Chapter 11
In re:                                            :
                                                  :  Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                          :
                                                  :  Jointly Administered
        Debtors.                                  :
                                                  :
                                                  :
------------------------------------------------  x
```

### CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that I am over 18 years of age, and that on the 1st day of April 2011, I caused a copy of the foregoing **Certification of Counsel** to be served via first class mail upon the parties listed on the attached **Exhibit A** with an electronic copy via email to the parties listed on **Exhibit B**.

Under penalty of perjury, I declare that the foregoing is true and correct.

_R. Stephen McNeill_
R. Stephen McNeill (DE #5210)

1007262

# EXHIBIT A

Norman L. Pernick, Esq. J. Kate Stickles,
Esq. Patrick J. Reilley, Esq.
**Cole, Schotz, Meisel, Forman
& Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
*(Counsel to Debtors)*

Adam G. Landis, Esq.
**Landis Rath & Cobb LLP**
919 N. Market Street, Suite 1800
Wilmington, DE 19801
*(Counsel to OCUC)*

Adam Miller, Esquire
Pinckney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, DE  19801
*(Counsel to TM Retirees)*

Robert S. Brady, Esq.
M. Blake Cleary, Esq.
**Young Conaway Stargatt & Taylor LLP**
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Oaktree Capital Management,
L.P. and Angelo, Gordon & Co., L.P.)*

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
**Ashby & Geddes, P.A.**
500 Delaware Avenue
Wilmington, DE 19801
*(Counsel to Aurelius Capital
Management, LP)*

Mark D. Collins, Esq.
**Richards, Layton & Finger**
One Rodney Square
Wilmington, DE 19801
*(Counsel to JPMorgan Chase Bank, NA)*

Katharine L. Mayer, Esq.
**McCarter & English, LLP**
405 N. King Street
Wilmington, DE 19801
*(Counsel to Deutsche Bank Trust Company
Americas)*

Garvan F. McDaniel, Esq.
**Bifferato Gentilotti LLC**
800 N. King Street, Plaza Level
Wilmington, DE 19801
*(Counsel to Law Debenture Trust Co. of
New York)*

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
**Sullivan Hazeltine Allinson LLC**
901 North Market Street, Suite 1300
Wilmington, DE 19801
*(Counsel to Wilmington Trust Co.)*

David M. Klauder
**United States Trustee's Office**
844 King Street, Suite 2207
Wilmington, DE 19801
*(Office of the United States Trustee)*

Richard W. Riley, Esq,
**Duane Morris LLP**
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
*(Counsel to Robert R. McCormick Tribune
Foundation and Cantigny Foundation)*

Mark E. Felger, Esq.
**Cozen O'Connor**
1201 North Market Street, Suite 1400
Wilmington, DE 19801
*(Counsel to Mark W. Hianik, John
Birmingham, Tom E. Ehlmann, and Peter
A. Knapp)*

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Janet E. Henderson, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
**Sidley Austin LLP**
One South Dearborn Street
Chicago, IL 60603
*(Counsel to Debtors)*

Howard Seife, Esq.
David M. LeMay, Esq.
**Chadbourne & Parke LLP**
30 Rockefeller Plaza
New York, NY 10112
*(Counsel to OCUC)*

Graeme W. Bush, Esq.
James Sottile, Esq.
**Zuckerman & Spaeder LLP**
1800 M Street, NW, Suite 1000
Washington, DC 20036
*(Counsel to OCUC)*

Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
**Hennigan, Bennett & Dorman LLP**
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
*(Counsel to Oaktree Capital Management,
L.P. and Angelo, Gordon & Co., L.P.)*

Andrew Goldman, Esq.
**Wilmer Cutler Pickering Hale
& Dorr LLP**
399 Park Avenue
New York, NY 10022
*(Counsel to Angelo, Gordon & Co., L.P.)*
Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
*(Counsel to Aurelius Capital Management,
LP)*

Donald S. Bernstein, Esq.
Damian S. Schaible, Esq.
**Davis Polk & Wardell LLP**
450 Lexington Avenue
New York, NY 10017
*(Counsel to JPMorgan Chase Bank, NA)*

David J. Adler, Esq.
**McCarter & English, LLP**
245 Park Avenue
New York, NY 10167
*(Counsel to Deutsche Bank Trust Company
Americas)*

David S. Rosner, Esq.
Richard F. Casher, Esq.
**Kasowitz, Benson, Torres
& Friedman LLP**
1633 Broadway
New York, NY 10019
*(Counsel to Law Debenture Trust Co. of
New York)*

Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
*(Counsel to Wilmington Trust Co.)*

Jay Teitelbaum, Esquire
Teitelbaum & Baskin LLP
3 Barker Avenue, Third Floor
White Plains, NY 10601
*(Counsel to TM Retirees)*

Jeffrey C. Wisler, Esquire
Marc J. Phillips
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
*(Counsel to Certain Officers and Directors)*

John R. McCambridge, Esquire
George R. Dougherty, Esquire
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606
*(Counsel to Certain Officers and Directors)*

John P. Sieger, Esquire
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
*(Counsel to Robert R. McCormick Tribune
Foundation and Cantigny Foundation)*

Jeffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
L. John Bird, Esquire
919 North Market Street
Suite 1600
Wilmington, DE 19801
*(Counsel for the Bridge Agent)*

David Hille, Esquire
 Scott Greissman, Esquire
Andrew Hammond, Esquir
Thomas E. Lauria, Esquire
 White & Case LLP
 1155 Avenue of the Americas
New York, NY 10036
*(Counsel for the Bridge Agent)*

Joel Friedlander, Esquire
Sean M. Brennecke, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*(Counsel for Chandler Bigelow)*

Bruce S. Sperling, Esquire
Steven C. Florsheim, Esquire
Daniel A. Shmikler, Esquire
55 West Monroe Street, Suite 3200
Chicago, IL 60603
*(Counsel for Chandler Bigelow)*

David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*(Counsel for EGI-TRB, LLC and Samuel
Zell )*

David J. Bradford, Esquire
Catherine L. Steege, Esquire
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
*(Counsel for EGI-TRB, LLC and Samuel
Zell )*

Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
Wilmington, DE 19801
*(Counsel to Crane Kennedy)*

Richard A. Saldinger, Esquire
Allen J. Guon, Esquire
Kimberly Bacher, Esquire
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610
*(Counsel to Crane Kennedy)*

Michael Dockertman, Esquire
Jonathan Young, Esquire
Patrick Frye, Esquire
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
*(Counsel to Mark W. Hianik, John
Birmingham, Tom E. Ehlmann, and
Peter A. Knapp)*

# EXHIBIT B

**VIA E-MAIL COMMUNICATION**

afaccone@mccarter.com; agoldfarb@zuckerman.com; agordon@paulweiss.com; ahammond@whitecase.com; alevy@paulweiss.com; andrew.goldman@wilmerhale.com; aqureshi@akingump.com; MAshley@chadbourne.com; bberens@jonesday.com; bcarney@akingump.com; bfritz@ny.whitecase.com; bkrakaue@sidley.com; cdoniak@akingump.com; charles.jackson@morganlewis.com; Charles.Platt@wilmerhale.com; ckenney@sidley.com; cmontenegro@kasowitz.com; dadler@mccarter.com; dahall@JonesDay.com; amian.schaible@dpw.com; Dawn.wilson@wilmerhale.com; ddavidson@morganlewis.com; dennis.glazer@dpw.com; dgolden@akingump.com; dhille@whitecase.com; djnewman@akingump.com; dmiles@sidley.com; donald.bernstein@davispolk.com; drosner@kasowitz.com; dshamah@omm.com; dthomas@sidley.com; dzensky@akingump.com; Elliot.moskowitz@davispolk.com; emccolm@paulweiss.com; Evan.Flaschen@bgllp.com; gbush@zuckerman.com; Gerson.Leonard@dol.gov; gnovod@brownrudnick.com; Goldberg.Elizabeth@dol.gov; Heri.Christine@dol.gov; hkaplan@arkin-law.com; hobartd@hbdlawyers.com; jconlan@sidley.com; jducayet@sidley.com; jbendern@sidley.com; jboccassini@mccarter.com; jdrayton@kayescholer.com; jellias@brownrudnick.com; jgoldsmith@akingump.com; johnstonj@hbdlawyers.com; Jonathan.Agudelo@kayescholer.com; JParver@kayescholer.com; jpeltz@sidley.com; jsottile@zuckerman.com; JYEH@ARKIN-LAW.COM; karen.luftglass@dpw.com; KBromberg@brownrudnick.com; klantry@sidley.com; kmayer@mccarter.com; kstickles@coleschotz.com; DLeMay@chadbourne.com; lmarvin@JonesDay.com; TMcCormack@chadbourne.com; MesterJ@hbdlawyers.com; mhurley@akingump.com; Michael.russano@davispolk.com; MPrimoff@kayescholer.com; msiegel@brownrudnick.com; mstein@kasowitz.com; nchung@akingump.com; ANellos@chadbourne.com; pwackerly@sidley.com; rflagg@sidley.com; sbierman@sidley.com; schannej@pepperlaw.com; Schloss.Michael@dol.gov; RSchwinger@chadbourne.com; HSeife@chadbourne.com; sgulati@akingump.com; silverstein@potteranderson.com; SKorpus@kasowitz.com; strattond@pepperlaw.com; tbecker@morganlewis.com; npernick@coleschotz.com; preilley@coleschotz.com; landis@lrclaw.com; bbennett@dl.com; jjohnston@deweyleboeuf.com; jmester@dl.com; pdublin@akingump.com; rcasher@kasowitz.com; rstark@brownrudnick.com; rbrady@ycst.com; mbcleary@ycst.com; wbowden@ashby-geddes.com; awinfree@ashby-geddes.com; collins@rlf.com; gmcdaniel@bglawde.com; bsullivan@sha-llc.com; zallinson@sha-llc.com; RWRiley@duanemorris.com; mfelger@cozen.com; jhenderson@sidley.com; jboelter@sidley.com; john.sieger@kattenlaw.com; jteitelbaum@tblawllp.com; ahiller@phw-law.com;