CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Aberdeen AM A/C 802

Case No. 08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Aberdeen AM A/C 802 is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518281929

FedEx Tracking# 794599207263

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE 19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Aberdeen AM A/C 812

Case No. 08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Aberdeen AM A/C 812 is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518281972

FedEx Tracking# 794599207263

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE 19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs. JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Brevan Howard Credit Catalysts Master Fund Limited

Case No. 08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received regarding the above captioned matter.

Brevan Howard Credit Catalysts Master Fund Limited is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518281873

FedEx Tracking# 794599207263

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE 19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Basso Fund Ltd.

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Basso Fund Ltd. is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518281784

FedEx Tracking# 794599207263

cc:  United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Basso CR Opportunities Holding FD

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Basso CR Opportunities Holding FD is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518281720

FedEx Tracking# 794599207263

cc:  United States District Bankruptcy Court
     824 Market St., 3rd Floor,
     Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Basso Multi-Strategy Holding FD L

Case No. 08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Basso Multi-Strategy Holding FD L is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518281664

FedEx Tracking# 794599207263

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE 19801

. CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Alliance Global Bond Fund Inc.

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Alliance Global Bond Fund Inc. is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518281480

FedEx Tracking# 794599207263

cc:  United States District Bankruptcy Court
     824 Market St., 3rd Floor,
     Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Alliance Bernstein Global BN Fund

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Alliance Bernstein Global BN Fund is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518281320

FedEx Tracking# 794599207263

cc:  United States District Bankruptcy Court
      824 Market St., 3rd Floor,
      Wilmington, DE  19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Alliance A-C OR ST TRSY

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Alliance A-C OR ST TRSY is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518281246

FedEx Tracking# 794599207263

cc:  United States District Bankruptcy Court
     824 Market St., 3rd Floor,
     Wilmington, DE  19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Alliance Bern-High Yield Loan PORT

Case No. 08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Alliance Bern-High Yield Loan PORT is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518281166

FedEx Tracking# 794599207263

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE 19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Alliance -OR Investment CNCL

Case No. 08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Alliance -OR Investment CNCL is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518281095

FedEx Tracking# --

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE 19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Absolute Strategies Fund - Opportunistic

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Absolute Strategies Fund - Opportunistic is not listed on our records or on the records of the State of DE.

Very truly yours,

Scott LaScala
Section Head Process

Log# 518281031

FedEx Tracking# 794599207263

cc:  United States District Bankruptcy Court
     824 Market St., 3rd Floor,
     Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Celerina Funding

Case No. 08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Celerina Funding is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518280875

FedEx Tracking# 794599207263

cc: United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE 19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Carlyle High Yield Partners 2008-1 Ltd

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Carlyle High Yield Partners 2008-1 Ltd. is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518279832

FedEx Tracking# 794598296420

cc:  United States District Bankruptcy Court
     824 Market St., 3rd Floor,
     Wilmington, DE  19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Carlyle Loan Investment Ltd

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Carlyle Loan Investment Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518279630

FedEx Tracking# 794598296420

cc:  United States District Bankruptcy Court
      824 Market St., 3rd Floor,
      Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs. JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Carlyle Capital Investment Ltd.

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received regarding the above captioned matter.

Carlyle Capital Investment Ltd. is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518279405

FedEx Tracking# 796935397977

cc:  United States District Bankruptcy Court
    824 Market St., 3rd Floor,
    Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Carlyle Credit Partners Financing Ltd

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Carlyle Credit Partners Financing Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518279293

FedEx Tracking# 796935397977

cc:  United States District Bankruptcy Court
     824 Market St., 3rd Floor,
     Wilmington, DE  19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Allen Arbitrage LP

Case No.  08-013141

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation
Trust Company is not the agent for an entity by the name of Allen Arbitrage LP. Currently, the state lists
NATIONAL REGISTERED AGENTS, INC. as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 518278520

FedEx Tracking# 796935397977

cc:  United States District Bankruptcy Court
     824 Market St., 3rd Floor,
     Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Callidus Debt Partners CLO Fund II Ltd

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Callidus Debt Partners CLO Fund II Ltd is not listed on our records or on the records of the State of DE.

Please note there is a Callidus Debt Partners CLO Fund II Inc. listed with the State of Delaware, but per the
Delaware Secretary of State, The Corporation Service Company is listed as their Registered Agent.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518278278

FedEx Tracking# 796935397977

cc:  United States Bankruptcy Court
824 North Market Street,
3rd Floor,
Wilmington, DE  19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Bear Stearns Investment Products Inc.

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Bear Stearns Investment Products Inc. is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518278542

FedEx Tracking# 796935397977

cc:  United States Bankruptcy Court
     824 North Market Street,
     3rd Floor,
     Wilmington, DE  19801


## CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Bear Stearns Loan TST

Case No. 08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Bear Stearns Loan TST is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518278875

FedEx Tracking# 796935397977

cc: United States Bankruptcy Court
    824 North Market Street,
    3rd Floor,
    Wilmington, DE 19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Callidus Debt Partners CLO VI

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Callidus Debt Partners CLO VI is not listed on our records or on the records of the State of DE.

Please note there is a Callidus Debt Partners CLO **Fund** VI, **Inc**. with the state , but per the Delaware
Secretary of State, National Corporate Research LTD. is their Registered Agent.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518279020

FedEx Tracking# 796935397977

cc:  United States Bankruptcy Court
      824 North Market Street,
      3rd Floor,
      Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs. JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Callidus Debt Partners CLO Fund IV Ltd.

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received regarding the above captioned matter.

Callidus Debt Partners CLO Fund IV Ltd is not listed on our records or on the records of the State of DE.

Please note there is an entity by the name of Callidus Debt Partners CLO Fund IV Inc., but per the Delaware Secretary of State, National Corporate Research Ltd. is listed as their Registered Agent.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518279178

FedEx Tracking#  796935397977

cc:  United States Bankruptcy Court
     824 North Market Street,
     3rd Floor,
     Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Callidus Debt Partners CLO Fund III Ltd

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Callidus Debt Partners CLO Fund III Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518279301

FedEx Tracking# 796935397977

cc:  United States Bankruptcy Court
      824 North Market Street,
      Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Callidus Maps CLO Fund I

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Callidus Maps CLO Fund I is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518279412

FedEx Tracking# 796935397977

cc:  United States Bankruptcy Court
      824 North Market Street,
      Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Callidus Debt Partners CLO V Ltd.

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Callidus Debt Partners CLO V Ltd. is not listed on our records or on the records of the State of DE.

Please note there is an entity by the name of Callidus Debt Partners CLO V, Inc. listed with the state, however
per the Delaware Secretary of State, National Corporate Research, Ltd. is their Registered Agent.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518279491

FedEx Tracking# 796935397977

cc:  United States Bankruptcy Court
     824 North Market Street,
     Wilmington, DE  19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Black Diamond CLO 2005 I

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

The Delaware Secretary of State indicates that there are more than one entity beginning with the name: Black
Diamond CLO 2005 I. In order that we may properly process the enclosed documents(s), we must be provided
with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the
document(s) to us and we will be glad to forward it on.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518280081

FedEx Tracking# 796936712574

cc:  United States Bankruptcy Court
824 North Market Street,
Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Black Diamond CLO 2005 2

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

The Delaware Secretary of State indicate that there are more than one entity beginning with the name: Black
Diamond CLO 2005 2. In order that we may properly process the enclosed documents(s), we must be provided
with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the
document(s) to us and we will be glad to forward it on.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518280299

FedEx Tracking# **796936712574**

cc:  United States Bankruptcy Court
      824 North Market Street,
      3rd Floor,
      Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Black Diamond CLO 2006-1 Cayman

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Black Diamond CLO 2006-1 Cayman is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518280406

FedEx Tracking# 796936712574

cc:  United States Bankruptcy Court
     824 North Market Street,
     3rd Floor,
     Wilmington, DE  19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Brevan Howard Master Fund Limited

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Brevan Howard Master Fund Limited is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518280529

FedEx Tracking # 796936712574

cc:  United States Bankruptcy Court
      824 North Market Street,
      Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Centurion CDO 9 Ltd

Case No. 08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Centurion CDO 9 Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518279996

FedEx Tracking # 794598296420

cc:  United States Bankruptcy Court
    824 North Market Street,
    Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Centurion CDO II Ltd

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Centurion CDO II Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518279934

FedEx Tracking # 794598296420

cc:  United States Bankruptcy Court
     824 North Market Street,
     Wilmington, DE 19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Centurion CDO 8 Ltd

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Centurion CDO 8 Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518279837

FedEx Tracking # 794598296420

cc:  United States Bankruptcy Court
     824 North Market Street,
     Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Centurion CDO VI Ltd

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Centurion CDO VI Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518279780

FedEx Tracking # 794598296420

cc:  United States Bankruptcy Court
824 North Market Street,
Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Centurion CDO VII Ltd

Case No. 08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Centurion CDO VII Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518279380

FedEx Tracking# 796935397977

cc: United States Bankruptcy Court
    824 North Market Street,
    Wilmington, DE 19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: AIMCO CLO Series 2007-A Ltd

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

AIMCO CLO Series 2007-A Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518279235

FedEx Tracking# 796935397977

cc:  United States Bankruptcy Court
     824 North Market Street,
     Wilmington, DE  19801


# CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 28, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: ARES VR CLO Ltd

Case No. 08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

ARES VR CLO Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518279024

FedEx Tracking# 796935397977

cc: United States Bankruptcy Court
824 North Market Street,
Wilmington, DE 19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: ARES VII CLO Ltd.

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

ARES VII CLO Ltd. is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518278768

FedEx Tracking# 796935397977

cc:  United States Bankruptcy Court
824 North Market Street,
Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: ARES Enhanced LN INV II

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

ARES Enhanced LN INV II is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518278562

FedEx Tracking# 796935397977

cc:  United States Bankruptcy Court
824 North Market Street,
Wilmington, DE  19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Ares IIIR IVR CLO Ltd.

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Ares IIIR IVR CLO Ltd. is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518278294

FedEx Tracking# 796935397977

cc:  United States Bankruptcy Court
    824 North Market Street,
    Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: ARES XI CLO Ltd.

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

ARES XI CLO Ltd. is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 518278211

FedEx Tracking# 796935397977

cc:  United States Bankruptcy Court
      824 North Market Street,
      Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Black Diamond Offshore Limited

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Black Diamond Offshore Limited is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518280582

FedEx Tracking#  796936712574

cc:  United States Bankruptcy Court
     824 North Market Street,
     Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Atrium II

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Atrium II. In order that
we may properly process the enclosed documents(s), we must be provided with the full name of the entity for
which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the
document(s) to us and we will be glad to forward it on.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518280689

FedEx Tracking# 796936712574

cc:  United States Bankruptcy Court
    824 North Market Street,
    Wilmington, DE 19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Atrium III

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Atrium III. In order that
we may properly process the enclosed documents(s), we must be provided with the full name of the entity for
which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the
document(s) to us and we will be glad to forward it on.

Please note there is an entity by the name of Atrium III (Delaware) Corp., but the Registered Agent is National
Corporate Research, Ltd.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518280884

FedEx Tracking# 796936712574

cc:  United States Bankruptcy Court
824 North Market Street,
Wilmington, DE  19801

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re: In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Callidus Debt Partners CLO Fund II Ltd

Case No. 08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Callidus Debt Partners CLO Fund II Ltd is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518278278

FedEx Tracking# 794599244636

cc: United States Bankruptcy Court
    824 North Market Street,
    3rd Floor,
    Wilmington, DE 19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Atrium V

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Atrium V. In order that
we may properly process the enclosed documents(s), we must be provided with the full name of the entity for
which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the
document(s) to us and we will be glad to forward it on.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518281080

FedEx Tracking# FedEx 796936712574

cc:  United States Bankruptcy Court
     824 North Market Street,
     Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Atrium IV

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Atrium IV is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518281168

FedEx Tracking# **796936712574**

cc:  United States Bankruptcy Court
824 North Market Street,
3rd Floor,
Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Atrium VI

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Atrium VI is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518281336

FedEx Tracking# **796936712574**

cc:  United States Bankruptcy Court
     824 North Market,
     Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs. JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Advent Convertible Master Fund LP

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, Fist Amended Complaint, Exhibit(s) which we received regarding the above captioned matter.

Advent Convertible Master Fund LP is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518281681

FedEx Tracking# FedEx 796936712574

cc:  United States Bankruptcy Court
     824 North Market Street,
     Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Banc Inv Gr LLC

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, First Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Banc Inv Gr LLC is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518282068

FedEx Tracking# 794600078430

cc:  United States Bankruptcy Court
     824 North Market Street,
     Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE  19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Apostle Loomis Sayles CR OP Fund

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, First Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Apostle Loomis Sayles CR OP Fund is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518282171

FedEx Tracking# 794600078430

cc:  United States Bankruptcy Court
     824 North Market Street,
     Wilmington, DE  19801

 CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 31, 2011

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990,
Wilmington, DE 19801

Re:  In Re: Tribune Company, et al., Debtors, Official Committee of Unsecured Creditors, etc., Pltf. vs.
JPMorgan Chase Bank, N.A., etc., et al., Dfts. // To: Apostle Loomis Sayles CR O

Case No.  08-013141

Dear Sir/Madam:

We are herewith returning the Summons, Order, First Amended Complaint, Exhibit(s) which we received
regarding the above captioned matter.

Apostle Loomis Sayles CR O is not listed on our records or on the records of the State of DE.

Very truly yours,

Jessica Duke
SOP Process Specialist

Log# 518282250

FedEx Tracking# 794600078430

cc:  United States Bankruptcy Court
      824 North Market Street,
      Wilmington, DE  19801