

**NATIONAL REGISTERED AGENTS, INC.**
An NRAI Solutions Company

March 31, 2011

Thomas McCauley
Zuckerman Spaeder LLP
919 Market Street Suite 990
Wilmington, DE 19801

RE: Title of Action: Official Committee of Unsecured Creditors v. JPMorgan Chase Bank, N.A. et al

Entity Served: Duane Street CLO IV Ltd

Case/Docket Number: 08-013141 (KJC)

Dear Mr McCauley,

Legal documents in the above titled action have been received by National Registered Agents, Inc. (NRAI) for one of the defendants/parties listed in the enclosed documents.

NRAI is unable to receive the document(s) on behalf of the defendant/party due to the following reason:

- [ ] NRAI Resigned as Agent with the State Authority on [date].
- [ ] NRAI is no longer the Registered Agent. A Change of Agent was filed with the State Authority.
- [ ] NRAI cannot determine the party being served – the legal documents must clearly state the legal name of the entity you are serving.
- [X] NRAI can find no record of the entity being listed with the State Authority.
- [ ] Method of Service is unacceptable – [reason].
- [ ] Fewer sets of pleadings/documents than parties named – sufficient copies of the documents must be provided if serving one or more of the defendants/parties listed in the above titled action. Sufficient copies of the documents must be provided to the registered agent to send to all parties being served.
- [ ] Other Agent listed with the State Authority.
- [ ] The registered agent's authority to receive service has been revoked.
- [ ] Other:

Therefore, the legal documents served are being returned to you for the above stated reason(s).

Very truly yours,


Patti Gatto

Enclosures
CC: Court Having Jurisdiction: United States Bankruptcy Court, District of Delaware
    NRAI - D. Howarth