## NOTICE OF CLAIMS PURCHASE AGREEMENT

**BLUE HERON MICRO OPPORTUNITIES FUND LLP**, (as assignee of Rigoli Pacific Co Inc), a Delaware limited liability partnership, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **RESTORATION HOLDINGS, Ltd.**, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $1,777.17 (defined as the "Claim") against **Tribune Company, et al.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case No. 08-13141 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the 21st day of March, 2011

WITNESS _____ (Signature)

_____ (Print Name and Title Of Witness)

WITNESS _____ (Signature)

_____ (Print Name and Title of Witness)

**BLUE HERON MICRO OPPORTUNITIES FUND LLP**

_____ (Signature of Corporate Officer)

_____ (Print Name and Title of Corporate Officer)

**RESTORATION HOLDINGS LTD**

_____ (Signature of Corporate Officer)

Pamela M. Lawrence, Director
(Print Name and Title of Corporate Officer)

**Exhibit "A"**