# United States Bankruptcy Court

### District of Delaware

In re:   **Tribune Company, et al.**
           **Case Number 08-13141**
           Entity Name Los Angeles Times Communications LLC
           Entity Case Number 08-13185

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Restoration Special Opportunities Master LTD** | **Quinn Analytics** <br>**(as assignee of Rocket Messenger Service)** |
| Name and Address where notices to transferee should be sent: <br>**Restoration Special Opportunities Master LTD** <br>**325 Greenwich Ave - 3rd Floor** <br>**Greenwich, CT  06830** <br>**Attn: Claims Processing (Bankruptcy)** <br>Phone: 203.769.5795 | Court Record Address of Transferor <br>(Court Use Only) |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ |
| Name and Address where transferee payments should be sent (if different from above) <br><br>Phone: **Same as Above** | Name and Current Address of Transferor <br>**Quinn Analytics** <br>**c/o Archon Bay Capital, LLC** <br>**PO Box 14610** <br>**Surfside Beach, SC  29587** <br>**USA** <br><br>Claim Amount: **$8,471.40** <br>Phone: |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ <br>Court Claim # (if known): **3412** <br>Date Claim Filed: **6/2/2009** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   **/s/David P. Tonner**                                                                                  Date:          **03/29/2011**
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                                              _____
                                                                                                                **CLERK OF THE COURT**