# EXHIBIT A

# January

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER   10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

FEBRUARY 28, 2011
INVOICE # 9194229

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2011 | $3,021.50 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $3,021.50 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE           Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9194229

FEBRUARY 28, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2011

FEE APPLICATION                                                    MATTER NUMBER- 10164

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/6/2011 | LSR | 1.30 | { L210 } {A104} Conducted final review of Tribune October fee application (.4); drafted November fee application (.9). | 565.50 |
| 1/7/2011 | MXP | 2.40 | { L210 } {A110} Prepared exhibits to Jenner's November 2010 fee statement. | 408.00 |
| 1/10/2011 | MXP | 1.60 | { L210 } {A110} Prepared exhibits to Jenner's November 2010 fee statement. | 272.00 |
| 1/11/2011 | LSR | 1.30 | { L210 } {A103} Drafted eighth quarterly fee application. | 565.50 |
| 1/11/2011 | MXP | 1.50 | { L210 } {A110} Worked on preparing exhibits to Jenner's eighth quarterly fee application. | 255.00 |
| 1/13/2011 | DJB | 0.50 | { L190 } {A104} Reviewed fee petitions and affidavits. | 462.50 |
| 1/13/2011 | MXP | 2.90 | { L210 } {A110} Prepared exhibits to Jenner's eighth quarterly fee application. | 493.00 |
| | | 11.50 | PROFESSIONAL SERVICES | $3,021.50 |

**INVOICE TOTAL**                                                          **$3,021.50**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

Page 2

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | .50 | 925.00 | 462.50 |
| LANDON S. RAIFORD | 2.60 | 435.00 | 1,131.00 |
| MARC A. PATTERSON | 8.40 | 170.00 | 1,428.00 |
| TOTAL | 11.50 | | $3,021.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER   10113

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

FEBRUARY 28, 2011
INVOICE # 9194224

## GENERAL MATTERS

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2011 | $1,977.00 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $1,977.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9194224

CLIENT NUMBER - 45394

FEBRUARY 28, 2011

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2011

GENERAL MATTERS

MATTER NUMBER- 10113

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/13/2011 | AWV | 0.80 | { L190 } {A108} Conferred with ▓▓▓ attorney re ▓▓▓ for documents (.2); conferred with J. Wasserman re same (.2); conferred with D. Bradford re same (.2); drafted email summary of conversation (.2). | 440.00 |
| 1/14/2011 | GJP | 1.70 | { L140 } {A110} Gathered and organized court files per A. Vail. | 272.00 |
| 1/14/2011 | AWV | 1.00 | { L190 } {A100} Worked on document production issues (.5); conferred with ATG, vendor and client re same (.5). | 550.00 |
| 1/17/2011 | AWV | 0.80 | { L190 } {A100} Worked on document production issues (.5); conferred with team and staff re same (.3). | 440.00 |
| 1/18/2011 | AWV | 0.50 | { L190 } {A100} Worked on review and production (.2); conferred with ▓▓▓ re ▓▓▓ (.1); conferred with client and D. Bradford re all of the above (.2). | 275.00 |
|  |  | 4.80 | PROFESSIONAL SERVICES | $1,977.00 |

**INVOICE TOTAL**                                                                 $1,977.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| ANDREW W. VAIL | 3.10 | 550.00 | 1,705.00 |
| GRETCHEN J. PINNICK | 1.70 | 160.00 | 272.00 |
| TOTAL | 4.80 | | $1,977.00 |

# February

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

MARCH 31, 2011
INVOICE # 9196780

**FEE APPLICATION**

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2011 | $ 165.00 |
| DISBURSEMENTS | $ 39.60 |
| TOTAL INVOICE | $ 204.60 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE    Federal Identification No. 36-2192554

Page 1

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9196780

MARCH 31, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2011

FEE APPLICATION                                                          MATTER NUMBER- 10164

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/7/2011 | DAS | 0.30 | { L210 } {A104} Reviewed invoices to prepare same to submit to court. | 165.00 |
|  |  | 0.30 | PROFESSIONAL SERVICES | $ 165.00 |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 2/23/2011 | Photocopy Expense | 39.60 |
|  | TOTAL DISBURSEMENTS | $ 39.60 |

**INVOICE TOTAL**                                                                                  **$ 204.60**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DOUGLAS A. SONDGEROTH | .30 | 550.00 | 165.00 |
| TOTAL | 0.30 |  | $ 165.00 |

# EXHIBIT B

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---:|
| Photocopy Expense | 39.60 |
| **Total** | **39.60** |

1916622.1