# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 7637 and 7956** |

## CERTIFICATION OF COUNSEL REGARDING STIPULATION BY AND BETWEEN DEBTORS AND CAPTION COLORADO, L.L.C. REGARDING (I) RESOLUTION OF MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM AND (II) WITHDRAWAL OF OBJECTION TO PLANS OF REORGANIZATION

The undersigned, counsel to the debtors and debtors in possession in the above-captioned

chapter 11 cases (the "Debtors"), hereby certifies as follows:

1.      On January 26, 2011, Caption Colorado, L.L.C. ("Caption Colorado") filed its

Motion of Caption Colorado, L.L.C. For Allowance of Administrative Expense Claim [D.I.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

7637] (the "Administrative Expense Motion"). The Administrative Expense Motion seeks allowance of an administrative expense claim against Tribune Broadcasting Company and certain of its subsidiaries (collectively, the "Broadcast Debtors")[2] pursuant to 11 U.S.C. § 503(b) for alleged damages in the total amount of $1,313,449 (the "Administrative Expense Claim") on account of the Broadcast Debtors' alleged post-petition breach of a January 3, 2000 Agreement for closed captioning services (as amended, the "Captioning Agreement").

2.      Pursuant to the notice filed and served with the Administrative Expense Motion, responses, if any, to the Administrative Expense Motion were required to have been filed with the Court and served no later than 4:00 p.m. on February 22, 2011 (the "Objection Deadline"). On consent of the parties, the Objection Deadline was extended to April 18, 2011 for the Debtors and the Official Committee of Unsecured Creditors.

3.      On February 15, 2011, Caption Colorado filed its Limited Objection of Caption Colorado, L.L.C. To Confirmation of Plans of Reorganization For Tribune Company And Its Subsidiaries [D.I. 7956] (the "Plan Objection").

4.      As a result of the parties' subsequent discussions concerning a consensual resolution of certain matters related to the Administrative Expense Claim and the Plan Objection, the Debtors and Caption Colorado have entered into the stipulation attached hereto at Exhibit A (the "Stipulation"), which, inter alia, reflects the parties' agreement that all disputes arising out of the Captioning Agreement shall be resolved and adjudicated by an arbitration proceeding, pursuant to the terms of the Captioning Agreement and applicable non-bankruptcy law and, if

---

[2] The Broadcast Debtors include: Tribune Broadcasting Company; KSWB, Inc. (KSWB-TV); KTLA, Inc. (KTLA-TV); Channel 39, Inc. (WSFL-TV); Channel 40, Inc. (KTXL-TV); WGN Continental Broadcasting Company (WGN-TV); Tribune Television Company (WPHL-TV, WTIC-TV, KDAF-TV, WPMT-TV, and WXIN-TV); WPIX, Inc. (WPIX-TV); Tribune Television Northwest, Inc. (KPCQ-TV);  Tribune Television New Orleans, Inc. (WGNO-TV); KIAH Inc. (KIAH-TV); and Tribune Television Holdings, Inc. (WXMI-TV).

46429/0001-7513653v1

necessary, a subsequent proceeding before a non-bankruptcy forum of competent jurisdiction. The Stipulation further provides that results of such arbitration and any subsequent applicable non-bankruptcy proceeding, including the amount of damages, shall be final and binding upon the parties and the Broadcast Debtors' estates, and any damages awarded as a result of those proceedings shall be deemed an allowed administrative expense claim and shall be paid as provided for in the applicable plan of reorganization that is confirmed in the Debtors' chapter 11 cases as required under section 1129(a)(9)(A) of the Bankruptcy Code.

5.      The Debtors and Caption Colorado have agreed that upon the approval of the Stipulation by the Bankruptcy Court, the Administrative Expense Motion and the Plan Objection shall be deemed withdrawn without prejudice to the parties' rights to file any future pleadings relating to the enforcement of the Stipulation, provided that Caption Colorado's rights to object to any other plan of reorganization that may be proposed in the Debtors' chapter 11 cases are fully preserved.

6.      Attached hereto as Exhibit B is a proposed Order Approving Stipulation By and Between the Debtors and Caption Colorado, L.L.C. Regarding (i) Resolution of Motion For Allowance of Administrative Expense Claim and (ii) Withdrawal of Objection to Plans of Reorganization (the "Proposed Order"), which reflects the foregoing agreement of the parties. The Debtors respectfully request the Court enter the Proposed Order.

[Remainder of Page Intentionally Left Blank]

46429/0001-7513653v1

Dated:  Wilmington, Delaware
      April 6, 2011

                            SIDLEY AUSTIN LLP
                            James F. Conlan
                            Bryan Krakauer
                            Kenneth P. Kansa
                            Jillian K. Ludwig
                            One South Dearborn Street
                            Chicago, IL  60603
                            Telephone: (312) 853-7000

                            -and-

                            COLE, SCHOTZ, MEISEL,
                            FORMAN & LEONARD, P.A.

                      By:_____
                            Norman L. Pernick (No. 2290)
                            J. Kate Stickles (No. 2917)
                            500 Delaware Avenue, Suite 1410
                            Wilmington, DE 19801
                            Telephone: (302) 652-3131

                            ATTORNEYS FOR DEBTORS
                            AND DEBTORS IN POSSESSION

4