**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 30, 2011

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY 10017

Re: In re: Tribune Company, et al., Debtor/Pltfs. vs. IBM Global Process Services

Case No. 08-13141

Dear Sir/Madam:

We are herewith returning the Notice, Exhibit which we received regarding the above captioned matter.

IBM Global Process Services is not listed on our records or on the records of the State of DE.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518252523

FedEx Tracking# 796933044218

cc: United States Bankruptcy Court
    824 North Market Street,
    Wilmington, DE 19801-4908