# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>Related to Docket Nos. 7637, 7956 and 8583 |

## ORDER APPROVING STIPULATION BY AND BETWEEN DEBTORS AND CAPTION COLORADO, L.L.C. REGARDING (I) RESOLUTION OF MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM AND (II) WITHDRAWAL OF OBJECTION TO PLANS OF REORGANIZATION

This matter having come before the Court on (i) the Motion of Caption Colorado, L.L.C. For Allowance of Administrative Expense Claim [D.I. 7637] (the "Administrative Expense Motion") by which Caption Colorado, L.L.C. ("Caption Colorado") seeks allowance of an administrative expense claim pursuant to 11 U.S.C. § 503(b) and (ii) the Limited Objection of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-7513653v1

Caption Colorado, L.L.C. To Confirmation of Plans of Reorganization For Tribune Company And Its Subsidiaries [D.I. 7956] (the "Plan Objection"); and upon consideration of the *Certification of Counsel Regarding Stipulation By and Between Debtors and Caption Colorado, L.L.C. Regarding (i) Resolution of Motion For Allowance of Administrative Expense Claim and (ii) Withdrawal of Objection to Plans of Reorganization*, and the Stipulation (the "Stipulation") between the Debtors and Caption Colorado resolving the Administrative Expense Motion and the Plan Objection on the terms set forth therein, a copy of which is attached hereto as Exhibit A; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that the Debtors or Caption Colorado are authorized to commence an arbitration proceeding to adjudicate and resolve the disputes arising out the Captioning Agreement (as defined in the Stipulation) pursuant to the terms of the Captioning Agreement and applicable non-bankruptcy law (the "Non-Bankruptcy Proceeding"); and it is further

ORDERED that by the consent of the Debtors and Caption Colorado, the results of such arbitration and any subsequent applicable non-bankruptcy proceeding shall be final and binding upon the Debtors and Caption Colorado, including the estates of the Broadcast Debtors (as defined in the Stipulation); and it is further

ORDERED that notwithstanding any provisions of the plan of reorganization ultimately confirmed by this Court for the Debtors (the "Confirmed Plan"), any ruling or judgment awarding damages to Caption Colorado arising out of the Non-Bankruptcy Proceeding shall be deemed an allowed administrative expense claim and shall be paid as provided for in the

applicable Confirmed Plan and as required under section 1129(a)(9)(A) of the Bankruptcy Code; and it is further

ORDERED that by consent of the Debtors and Caption Colorado, the Administrative Expense Motion shall be and is deemed withdrawn, without prejudice to either of the parties' rights to file any future pleadings relating to enforcement of the Stipulation; and it is further

ORDERED that the Plan Objection shall be and hereby is deemed withdrawn, provided that Caption Colorado's rights to object to any other plan of reorganization that may be proposed in the Debtors' chapter 11 cases are fully preserved; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
April ___6___, 2011

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

46429/0001-7513653v1