# EXHIBIT A



# LEVINE SULLIVAN KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

March 1, 2011                                                          Invoice 98    MDS

In Reference To: 00499-003 - Mitchell v. Baltimore Sun

Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 02/04/11 | JWB | Receive email from D. Bralow regarding press computer system and investigate same. | 0.30 445.00/hr | 133.50 |
| 02/07/11 | JWB | Communication (via voice mail) with D. Bralow regarding composing room computer system. | 0.10 445.00/hr | 44.50 |
| **Total Amount of this Bill** | | | | **$178.00** |

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |
|---|---|
| I.D. 00499-003 - MDS | March 1, 2011 |
| Re: Mitchell v. Baltimore Sun | Invoice  98 |
|  | Page  2 |

### Timekeeper Summary

|  |  | **Hours** | **Rate/Hour** | **Amount** |
|---|---|---|---|---|
| Jay Ward Brown |  | 0.40 | 445.00 | 178.00 |
|  | **Totals** | **0.40** |  | **$178.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

 LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

March 1, 2011                                                                 Invoice 73    NES

In Reference To: 00499-050 - Baltimore Sun - General Newsroom

Client: Tribune Company

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 02/22/11 | NES | Attend State Rules committee meeting regarding revisions to audio and videotape court access rules. | 4.50<br>445.00/hr | 2,002.50 |
| | | **Total Amount of this Bill** | | **$2,002.50** |

**Levine Sullivan Koch & Schulz, L.L.P.**

---

| | | | March 1, 2011 |
| --- | --- | --- | --- |
| I.D. 00499-050 - NES | | | Invoice  73 |
| Re: Baltimore Sun - General Newsroom | | | Page  2 |

---

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
| --- | --- | --- | --- | --- |
| Nathan E. Siegel | | 4.50 | 445.00 | 2,002.50 |
| | **Totals** | **4.50** | | **$2,002.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



## LEVINE SULLIVAN KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

March 1, 2011                                                                    Invoice 150      RP

In Reference To: 00499-077 - Journal Publ. v. Hartford Courant

Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 02/17/11 | JPG | Legal research relating to motion to dismiss. | 1.50 330.00/hr | 495.00 |
| 02/17/11 | RP | Review court filings (1.2); review issues relating to motion to dismiss (.4). | 1.60 445.00/hr | 712.00 |
| 02/18/11 | JPG | Telephone conference with Clerk's office. | 0.40 330.00/hr | 132.00 |
| 02/18/11 | RP | Review pleadings (.4); telephone conference with D. Bralow (.5); review issues related to case (.4); review materials related to case (.5). | 1.80 445.00/hr | 801.00 |
| 02/20/11 | RP | Research relating to motion to dismiss. | 1.40 445.00/hr | 623.00 |
| 02/21/11 | RP | Begin drafting motion to dismiss (8.0); review issues relating thereto (.4). | 8.40 445.00/hr | 3,738.00 |
| 02/22/11 | RP | Continue drafting brief in support of motion to dismiss. | 7.00 445.00/hr | 3,115.00 |
| 02/23/11 | RP | Draft memorandum to D. Bralow (1.2); continue drafting brief in support of motion to dismiss (5.0); review issues relating thereto (.3). | 6.50 445.00/hr | 2,892.50 |
| 02/23/11 | JPB | Research relating to motion to dismiss. | 0.50 195.00/hr | 97.50 |
| 02/24/11 | RP | Continue to draft brief in support of motion to dismiss and conduct research in connection with same. | 6.00 445.00/hr | 2,670.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |  |  |
|---|---|---|---|
| | | | March 1, 2011 |
| I.D. 00499-077 - RP | | | Invoice  150 |
| Re: Journal Publ. v. Hartford Courant | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 02/25/11 | CAS | Voicemail to R. Weinstein regarding extension of time. | 0.10<br>420.00/hr | 42.00 |
| 02/25/11 | RP | Continue to draft brief in support of motion to dismiss and conduct research in connection with same (7.0); draft memorandum to D. Bralow (.5). | 7.50<br>445.00/hr | 3,337.50 |
| 02/25/11 | JPB | Continue research relating to motion to dismiss. | 1.30<br>195.00/hr | 253.50 |
| 02/26/11 | RP | Continue researching and drafting brief in support of motion to dismiss. | 6.00<br>445.00/hr | 2,670.00 |
| 02/27/11 | RP | Continue researching and drafting brief in support of motion to dismiss. | 6.00<br>445.00/hr | 2,670.00 |
| 02/28/11 | CAS | Telephone conference with R. Weinstein regarding extension of time (.1); telephone conference with R. Penchina (.1). | 0.20<br>420.00/hr | 84.00 |
| 02/28/11 | RP | Complete initial draft of brief in support of motion to dismiss (4.2); draft memorandum to D. Bralow (.4); review materials related to motion to dismiss (.4). | 5.00<br>445.00/hr | 2,225.00 |

**Total Amount of this Bill**                                                                    **$26,558.00**

### Levine Sullivan Koch & Schulz, L.L.P.

| | | March 1, 2011 |
|---|---|---|
| I.D. 00499-077 - RP | | Invoice  150 |
| Re: Journal Publ. v. Hartford Courant | | Page  3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 57.20 | 445.00 | 25,454.00 |
| Cameron A. Stracher | 0.30 | 420.00 | 126.00 |
| Jacob P. Goldstein | 1.90 | 330.00 | 627.00 |
| Jennifer P. Burke | 1.80 | 195.00 | 351.00 |
| **Totals** | **61.20** | | **$26,558.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



# LEVINE SULLIVAN
# KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

March 1, 2011                                                                    Invoice  136      GCS

In Reference To: 00499-079 - Tribune Bankruptcy - Examiner's Report

Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 02/28/11 | GCS | Exchange email and telephone conference with  K. Flax, M. O'Neal and S. Mills regarding access to sealed documents in bankruptcy proceeding (.7); consult with local counsel regarding same (.3); draft motion to unseal (2.8); exchange email with foregoing regarding same (.2). | 4.00 445.00/hr | 1,780.00 |

**Total Amount of this Bill**                                                                    **$1,780.00**

---

## Levine Sullivan Koch & Schulz, L.L.P.

|  |  |
|---|---|
| I.D. 00499-079 - GCS | March 1, 2011 |
| Re: Tribune Bankruptcy - Examiner's Report | Invoice  136 |
|  | Page  2 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Gayle C. Sproul | 4.00 | 445.00 | 1,780.00 |
| **Totals** | **4.00** |  | **$1,780.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN
KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

March 1, 2011                                                                    Invoice 94     SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 02/01/11 | SDJ | Exchange email with D. Beezie regarding November fees and expenses. | 0.40 290.00/hr | 116.00 |
| 02/07/11 | SDJ | Draft and revise February fee application and supporting documents. | 0.90 290.00/hr | 261.00 |
| 02/09/11 | JWB | Redact bill to comply with bankruptcy court filing requirements. | 0.20 445.00/hr | 89.00 |
| 02/09/11 | SDJ | Review January invoices and revise fee application for bankruptcy court filing. | 0.60 290.00/hr | 174.00 |
| 02/11/11 | SDJ | Revise fee application and supporting documents for filing. | 1.00 290.00/hr | 290.00 |
| 02/28/11 | JPB | Review and revise sixth monthly fee application for accuracy. | 0.30 195.00/hr | 58.50 |
| 02/28/11 | SDJ | Revise January fee application and review for accuracy (2.0); exchange email with client regarding processing and payment of December fees and expenses (.5). | 2.50 290.00/hr | 725.00 |

**Total Amount of this Bill**                                                                    **$1,713.50**

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |
|---|---|
| I.D. 00499-080 - SDB | March 1, 2011 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | Invoice 94 |
|  | Page 2 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Jay Ward Brown | 0.20 | 445.00 | 89.00 |
| Shaina D. Jones | 5.40 | 290.00 | 1,566.00 |
| Jennifer P. Burke | 0.30 | 195.00 | 58.50 |
| **Totals** | **5.90** |  | **$1,713.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



# LEVINE SULLIVAN
# KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

March 1, 2011                                                                Invoice 92    JWB
In Reference To: 00499-081 - Tribune - The Jeffersonian
Client: Tribune Company

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 02/09/11 | JWB | Communications via email with clients regarding next steps (.1); extended telephone conference with counsel for Trustees regarding developments in underlying matter, plans for hearing (.2). | 0.30 445.00/hr | 133.50 |
| 02/16/11 | JWB | Respond to audit inquiry from client's auditors regarding matter (.4); exchange multiple emails with clients regarding attendance at hearing (.2). | 0.60 445.00/hr | 267.00 |
| 02/17/11 | JWB | Telephone conference with counsel for Exceptor and counsel for Trustees regarding events at hearing and draft brief email report to clients regarding same, possible next steps. | 0.70 445.00/hr | 311.50 |

## Disbursements

| Description | Amount |
|-------------|--------|
| Outside Copying/Printing; 3 newspapers to scan to pdf per page, then make 1 copy size for size in B/W | 489.30 |

| | |
|---|---|
| **Total Disbursements** | **$489.30** |
| **Total Amount of this Bill** | **$1,201.30** |

**Levine Sullivan Koch & Schulz, L.L.P.**

|  | March 1, 2011 |
| --- | --- |
| I.D. 00499-081 - JWB | Invoice 92 |
| Re: Tribune - The Jeffersonian | Page 2 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
| --- | --- | --- | --- |
| Jay Ward Brown | 1.60 | 445.00 | 712.00 |
| **Totals** | **1.60** |  | **$712.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN
KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

March 1, 2011                                                                                          Invoice 93    JWB

In Reference To: 00499-082 - Anderson Subpoena (Howard County Times)

Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 02/23/11 | JWB | Receive subpoenas and related materials from D. Bralow and review same (.6); legal research regarding options for opposing criminal trial subpoena (.8) telephone conference (.1) and exchange email with D. Bralow regarding same (.2); extended telephone conference with counsel for defendant regarding Shield Law (.4); exchange email with counsel for defendant regarding same (.3); exchange email with D. Bralow regarding next steps (.1). | 2.50 445.00/hr | 1,112.50 |
| 02/24/11 | JWB | Exchange email with D. Bralow regarding strategy (.2); extended telephone conference with counsel for defendant regarding possible withdrawal of subpoena and draft correspondence to counsel to defendant confirming details of same (.9); exchange email with D. Bralow regarding same, next steps (.2); draft engagement correspondence to reporter (.3); receive and review correspondence from counsel for defendant and communications with D. Bralow regarding same (.3); receive and review photos (.1); confirm publication of photos (.2); draft correspondence to counsel for defendant confirming agreement regarding withdrawal of subpoenas and correspondence conveying photos subject to parties' agreement (.9). | 3.10 445.00/hr | 1,379.50 |
| 02/24/11 | MEK | Research case law regarding Maryland shield statute, Section 9-112. | 1.80 195.00/hr | 351.00 |
| 02/25/11 | JWB | Receive and review correspondence from counsel for defendant (.1); draft authenticating affidavit (.5); exchange multiple email and telephone conference with D. Bralow regarding same (.1); draft | 0.80 445.00/hr | 356.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |
|---|---|
| I.D. 00499-082 - JWB | March 1, 2011 |
| Re: Anderson Subpoena (Howard County Times) | Invoice  93 |
|  | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
|  |  | correspondence to counsel for defendant to accompany affidavit (.1). |  |  |
|  |  | **Total Amount of this Bill** |  | **$3,199.00** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | March 1, 2011 |
|---|---|
| I.D. 00499-082 - JWB | Invoice  93 |
| Re: Anderson Subpoena (Howard County Times) | Page  3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Jay Ward Brown | 6.40 | 445.00 | 2,848.00 |
| Matthew E. Kelley | 1.80 | 195.00 | 351.00 |
| **Totals** | **8.20** | | **$3,199.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605