# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828657
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through February 28, 2011

**JoAnn Parker v.; Case No. 2009L010092 0000001909**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/10/11 | N. Riesco | L190 | 0 | Review pleadings and draft case status summary for audit letter. | 0.50 | 200.00 |
| 02/18/11 | N. Riesco | L190 | 0 | Review case status and email to P. Bender concerning discovery. | 0.40 | 160.00 |
| 02/28/11 | N. Riesco | L110 | 0 | Review and analyze plaintiff's responses to second set of interrogatories and document requests (.80); communications with A. Jubelirer and G. Silva concerning strategy and scheduling of depositions (.20). | 1.00 | 400.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.90 | |
| **Total Fees** | | $760.00 |
| **Less Discount** | | ($76.00) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1828657

Page 2

Chicago Tribune Company

**Total Fees After Discount**                                                          $684.00

**Timekeeper Summary**

| N. Riesco | Associate | - | 1.90 | hours at | $400.00 | per hour |
|---|---|---|---|---|---|---|

**Total Disbursements**                                                                0.00

**Total Amount Due**                                                                   $684.00



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn:  Ms. Janice Jacobs

Invoice No. 1828657
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092-0000001909

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $760.00 |
| Less Discount | ($76.00) |
| Total Fees after Discount | $684.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $684.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | |



**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828643
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through February 28, 2011

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/02/11 | J. Sherman | C300 | 0 | Review of Mailer information request (.20); review draft response (.20); edit draft response (.70); telephone conference with A. Barnes regarding Mailer information request (.20); telephone conference with A. Barnes regarding Teamster driver last chance agreement (.20). | 1.50 | 1,042.50 |
| 02/03/11 | J. Sherman | C300 | 0 | Drafting revised response to Mailers information request. | 0.50 | 347.50 |
| 02/08/11 | J. Sherman | C300 | 0 | Review Mailer grievance on hiring Mailer III from outside bargaining unit (.20); study collective bargaining agreement related to same (.30). | 0.50 | 347.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1828643

Page 2

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/09/11 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding response to Mailer grievance over the hiring of Mailer IIIs. | 0.30 | 208.50 |

| | | |
|---|---|---|
| **Total Hours** | | 2.80 |
| **Total Fees** | | $1,946.00 |
| **Less Discount** | | ($194.60) |
| **Total Fees After Discount** | | $1,751.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | – | 2.80 | hours at | $695.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,751.40 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1828643
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,946.00 |
| Less Discount | ($194.60) |
| Total Fees after Discount | $1,751.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,751.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828645
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through February 28, 2011

### Guild Labor Matters 0000001483

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/02/11 | J. Sherman | C300 | 0 | Telephone conference with A. Barnes regarding Guild negotiations and strategy related to same. | 0.40 | 278.00 |
| 02/04/11 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding 2011 Guild negotiations. | 0.30 | 208.50 |
| 02/08/11 | J. Sherman | C300 | 0 | Review information request from Guild (.50); study collective bargaining agreement (.30); draft proposed extension agreement (1.70). | 2.50 | 1,737.50 |
| 02/09/11 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding tentative Guild extension agreement. | 0.60 | 417.00 |
| 02/19/11 | J. Sherman | C300 | 0 | Review revised tentative extension agreement (.20); telephone conference with A. Barnes regarding suggested changes to same (.50). | 0.70 | 486.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1828645

Page 2

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/28/11 | J. Sherman | C300 | 0 | Telephone conference with A. Barnes regarding Guild's counterproposal for terms of extension agreement. | 0.30 | 208.50 |

| | | |
|---|---|---|
| **Total Hours** | 4.80 | |
| **Total Fees** | | $3,336.00 |
| **Less Discount** | | ($333.60) |
| **Total Fees After Discount** | | $3,002.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 4.80 | hours at | $695.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | **$3,002.40** |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000.
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1828645
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,336.00 |
| Less Discount | ($333.60) |
| Total Fees after Discount | $3,002.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,002.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828647
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through February 28, 2011

**Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/10/11 | N. Riesco | L190 | 0 | Review pleadings and draft case status update for audit letter. | 0.50 | 200.00 |
| 02/14/11 | N. Riesco | L243 | 0 | Review and analyze plaintiff opposition to motion for summary judgment (1.00); response to statement of facts and statement of additional facts (.20); draft email to A. Jubelirer regarding same (.90); prepare response to statement of additional facts (2.00). | 4.10 | 1,640.00 |
| 02/15/11 | N. Riesco | L243 | 0 | Prepare response to statement of additional facts. | 1.80 | 720.00 |
| 02/16/11 | G. Pauling II | L120 | 0 | Review response papers and devise strategy for reply brief. | 1.50 | 855.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/16/11 | N. Riesco | L243 | 0 | Draft response to plaintiff's statement of additional facts (.90); telephone conference with G. Pauling to discuss strategy in reply to motion for summary judgment (1.00); telephone conference with G. Silva regarding pay rates in solo mail department (.50). | 2.40 | 960.00 |
| 02/17/11 | G. Pauling II | L120 | 0 | Further work on reply brief strategy. | 1.00 | 570.00 |
| 02/17/11 | N. Riesco | L243 | 0 | Conference with G. Pauling to discuss strategy for reply brief. | 0.40 | 160.00 |
| 02/21/11 | N. Riesco | L430 | 0 | Prepare and electronically file motion for extension of time to file reply to motion for summary judgment and notice of motion regarding same. | 1.00 | 400.00 |
| 02/28/11 | N. Riesco | L243 | 0 | Prepare reply to motion for summary judgment (1.00); conduct research concerning whether denial of training is adverse employment action (2.00). | 3.00 | 1,200.00 |

| | | |
|---|---|---|
| **Total Hours** | | 15.70 |
| **Total Fees** | | $6,705.00 |
| **Less Discount** | | ($670.50) |
| **Total Fees After Discount** | | $6,034.50 |

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 2.50 | hours at | $570.00 | per hour |
| N. Riesco | Associate | - | 13.20 | hours at | $400.00 | per hour |

## Disbursements

| | Value |
|---|---|
| Online Research | 85.62 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Tribune Company

Total Disbursements                                               85.62

Total Amount Due                                              $6,120.12

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1828647
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,705.00 |
| Less Discount | ($670.50) |
| Total Fees after Discount | $6,034.50 |
| Total Disbursements | 85.62 |
| Total Fees and Disbursements This Statement | $6,120.12 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

# SEYFARTH
### ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828646
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through February 28, 2011

### Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/03/11 | J. McManus | B110 | 0 | Attend to fee payment matters regarding Fourteenth Monthly Fee Application (.20); edit time detail regarding Fifteenth Monthly Fee Application (.50). | 0.70 | 192.50 |
| 02/04/11 | A. Shepro | B110 | 0 | Edit attorney times and compensation for Fifteenth Monthly Fee Application. | 0.60 | 60.00 |
| 02/07/11 | J. McManus | B110 | 0 | Finalize Fifteenth Monthly Fee Application pleading portion (.70); final review of exhibits to fee application (.40); revise same (.40); receipt and review of fee examiner's report for First Quarterly Fee Application (.50). | 2.00 | 550.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1828646

Page 2

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/07/11 | A. Shepro | B110 | 0 | Edit expenses and compensation by matter in the Fifteenth Monthly Fee Application. | 1.60 | 160.00 |
| 02/09/11 | J. Sherman | L120 | 0 | Review Fifteenth Monthly Fee Application. | 0.30 | 208.50 |
| 02/09/11 | J. McManus | B110 | 0 | Prepare final edits to Exhibit A to Fifteenth Monthly Fee Application (.20); confer with J. Sherman regarding filing of same (.10); attend to fee payments and review of docket regarding hearing on First Quarterly Fee Application (.10); review time detail in preparation of Sixteenth Monthly Fee Application (.50). | 0.90 | 247.50 |
| 02/10/11 | J. McManus | B110 | 0 | Forward Fifteenth Monthly Fee Application to local counsel for filing (.10); docket same (.10); review and edit time detail for Sixteenth Monthly Fee Application (.40). | 0.60 | 165.00 |
| 02/14/11 | J. McManus | B110 | 0 | Review and edit time detail for Sixteenth Monthly Fee Application. | 0.60 | 165.00 |
| 02/16/11 | J. McManus | B110 | 0 | Attend to fee payment matters (.10); review charts for inclusion in Sixteenth Monthly Fee Application (.10); review time detail regarding same (.20). | 0.50 | 137.50 |
| 02/18/11 | J. Sherman | L120 | 0 | Redact bills for purposes of attorney client privilege in connection with Sixteenth Monthly Fee Application. | 0.40 | 278.00 |
| 02/24/11 | J. McManus | B110 | 0 | Draft response to fee examiner's report on Seyfarth's Third Quarterly Fee Application. | 0.60 | 165.00 |
| 02/25/11 | J. McManus | B110 | 0 | Prepare response to fee examiner report regarding Fourth Quarterly Fee Application. | 0.60 | 165.00 |

**Total Hours**     9.40

**Total Fees**     $2,494.00

**Less Discount**     ($249.40)

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1828646

Page 3

Tribune Company/Sherman

**Total Fees After Discount**                                        $2,244.60

**Timekeeper Summary**

| J. Sherman | Partner | - | 0.70 | hours at | $695.00 | per hour |
| J. McManus | Paralegal | - | 6.50 | hours at | $275.00 | per hour |
| A. Shepro | Legal Asst. | - | 2.20 | hours at | $100.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Online Research** | |
| 02/22/11 | Online Research - PACER SERVICE CENTER Online Pacer Charges for 4th Quarter 2010 | 32.24 |
| 02/22/11 | Online Research - PACER SERVICE CENTER Online Pacer Charges for 4th Quarter 2010 | 47.52 |

**Total Disbursements**                                              79.76

**Total Amount Due**                                                $2,324.36

# SEYFARTH
**ATTORNEYS**  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1828646
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,494.00 |
| Less Discount | ($249.40) |
| Total Fees after Discount | $2,244.60 |
| Total Disbursements | 79.76 |
| Total Fees and Disbursements This Statement | $2,324.36 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828652
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through February 28, 2011

### Allen v. am New York

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/03/11 | E. Cerasia II | L160 | 0 | Email correspondence and telephone conference with M. Palmer regarding selection of mediators (.40); telephone conference with J. Osick regarding mediator selection and Mitchell's participation (.10); contact potential mediators regarding availability (.30); email correspondence with D. Warner regarding mediation and Mitchell's participation (.20). | 1.00 | 730.00 |
| 02/03/11 | A. Warshaw | L120 | 0 | Communicate with C. Kline regarding status of mediation. | 0.20 | 71.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1828652

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/04/11 | E. Cerasia II | L160 | 0 | Telephone conference with C. Wittenberg regarding her availability to mediate case (.10); email correspondence with R. Raisfeld and with M. Palmer regarding Raisfeld's availability and rate (.10); meeting with A. Warshaw regarding preparation for mediation (.10); and email correspondence with J. Osick, K. Lantry and C. Klein regarding agreement on mediator and status (.20). | 0.50 | 365.00 |
| 02/08/11 | E. Cerasia II | L160 | 0 | Communications with M. Palmer and C. Wittenberg regarding March 11 mediation and email to J. Osick regarding same. | 0.20 | 146.00 |
| 02/09/11 | E. Cerasia II | L160 | 0 | Telephone conference and email correspondence with J. Sahni (JAMS) regarding mediation details (.20); emails with M. Palmer and D. Warner regarding same (.10); telephone conference with D. Warner (Mitchell's counsel) regarding case status and mediation (.20); email correspondence with J. Osick regarding mediation (.10). | 0.60 | 438.00 |
| 02/10/11 | E. Cerasia II | L190 | 0 | Revise audit letter response (.20); email correspondence with D. Warner and M. Palmer regarding mediation scheduling (.20). | 0.40 | 292.00 |
| 02/11/11 | E. Cerasia II | L160 | 0 | E-mail correspondence with M. Palmer, D. Warner and JAMS regarding mediation scheduling, and e-mail to J. Osick regarding same (.20); telephone conference with D. Warner regarding mediation (.20); telephone conference and e-mail with R. Raisfeld (potential mediator) regarding availability and March 14 session (.20). | 0.60 | 438.00 |
| 02/14/11 | E. Cerasia II | L160 | 0 | Email correspondence with D. Warner, M. Palmer and R. Raisfeld regarding mediation session, and follow-up email with J. Osick regarding same. | 0.20 | 146.00 |


**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

Invoice No. 1828652

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/17/11 | E. Cerasia II | L160 | 0 | Begin to prepare for mediation. | 0.10 | 73.00 |
| 02/17/11 | A. Warshaw | L160 | 0 | Analyze documents in preparation for meeting with E. Cerasia to discuss upcoming mediation session. | 1.20 | 426.00 |
| 02/18/11 | E. Cerasia II | L160 | 0 | Review documents and strategize for presenting hours and pay data to mediator. | 0.50 | 365.00 |
| 02/18/11 | A. Warshaw | L160 | 0 | Conference with E. Cerasia regarding documentary support in preparation for JAMS mediation session. | 0.50 | 177.50 |
| 02/20/11 | A. Warshaw | L110 | 0 | Research plaintiff B. McNair. | 0.50 | 177.50 |
| 02/25/11 | A. Warshaw | L160 | 0 | Review pleadings and documentary evidence (.50); meet with I. Rose in preparation for upcoming mediation session (.50). | 1.00 | 355.00 |
| 02/27/11 | E. Cerasia II | L160 | 0 | Email with A. Warshaw regarding status of mediation preparation, including charts showing hours and pay for each hawker. | 0.20 | 146.00 |
| 02/28/11 | E. Cerasia II | L160 | 0 | Prepare for mediation (.20); telephone conference and email correspondence with D. Warner regarding mediation preparation and strategy (.20). | 0.40 | 292.00 |
| 02/28/11 | A. Warshaw | L110 | 0 | Draft email to D. Warner, counsel for Mitchell's, regarding payroll and timesheet documents in preparation for upcoming mediation session. | 0.20 | 71.00 |
| 02/28/11 | A. Warshaw | L110 | 0 | Conference with I. Rose to discuss review of payroll and timesheet documents in preparation for upcoming mediation session. | 0.20 | 71.00 |
| 02/28/11 | A. Warshaw | L110 | 0 | Conference with E. Cerasia and I. Rose to discuss strategy relating to payroll and daily timesheet documents in preparation for upcoming mediation session. | 0.50 | 177.50 |

# SEYFARTH SHAW LLP
**ATTORNEYS**

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/28/11 | A. Warshaw | L160 | 0 | Analyze payroll documents and pleadings in preparation for upcoming mediation session. | 0.60 | 213.00 |
| 02/28/11 | I. Rose | L110 | 0 | Review attendance sheets and payroll documents (1.80); create Excel spreadsheet based on plaintiffs' hours and wages earned (6.80). | 8.60 | 2,408.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 18.20 | |
| **Total Fees** | | | $7,578.50 |
| **Less Discount** | | | ($757.85) |
| **Total Fees After Discount** | | | $6,820.65 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 4.70 | hours at | $730.00 | per hour |
| A. Warshaw | Associate | - | 4.90 | hours at | $355.00 | per hour |
| I. Rose | Law Clerk | - | 8.60 | hours at | $280.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Online Research | 104.81 |
| Local Travel | 27.43 |
| Travel | 12.00 |
| **Total Disbursements** | 144.24 |
| **Total Amount Due** | $6,964.89 |

# SEYFARTH SHAW LLP
**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No..1828652
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $7,578.50 |
| Less Discount | ($757.85) |
| Total Fees after Discount | $6,820.65 |
| Total Disbursements | 144.24 |
| Total Fees and Disbursements This Statement | $6,964.89 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828653
0276 68308 / 68308-000003
WIST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through February 28, 2011

## Karen Scott v. WPIX

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 02/01/11 | E. Cerasia II | L390 | 0 | Email correspondence with K. Rubinstein regarding WPIX's recent supplemental document production and inquiry regarding emails (.10); communications with litigation team regarding e-discovery issues and strategy (.30). | 0.40 | 292.00 |
| 02/01/11 | J. Chylinski | L120 | 0 | Review and analysis of ratings documents received from C. Mangan. | 1.50 | 547.50 |
| 02/01/11 | J. Chylinski | L320 | 0 | Prepare production of WPIX's fifth supplemental document production. | 1.60 | 584.00 |
| 02/01/11 | A. Cabrera | L120 | 0 | Strategize regarding responses to requests for emails and best way to tackle review. | 0.30 | 132.00 |
| 02/01/11 | A. Cabrera | L120 | 0 | Review S. Charlier zip file to respond to plaintiff's inquiry regarding emails. | 1.20 | 528.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1828653

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/01/11 | A. Cabrera | L190 | 0 | Draft correspondence to plaintiff's counsel enclosing deposition exhibits. | 0.20 | 88.00 |
| 02/01/11 | J. Lichter | L320 | 0 | Exchange email correspondence with E. Cerasia, J. Chylinski, and client regarding document collection (.50); meeting with J. Chylinski and A. Cabrera regarding same (.40). | 0.90 | 432.00 |
| 02/02/11 | E. Cerasia II | L390 | 0 | Email correspondence with A. Jubelirer, WPIX and Tribune IT, and Seyfarth litigation team regarding e-discovery and strategy. | 0.60 | 438.00 |
| 02/02/11 | J. Lichter | L320 | 0 | Exchange email correspondence with E. Cerasia, J. Chylinski, A. Jubelirer, J. Smith, C. Davis, and W. Lopez regarding document collection and coordination of receipt of documents with R. Schley. | 2.00 | 960.00 |
| 02/03/11 | E. Cerasia II | L320 | 0 | Email correspondence with litigation team regarding e-discovery and strategy regarding same (.20); follow-up with J. Lichter regarding same (.10). | 0.30 | 219.00 |
| 02/03/11 | J. Lichter | L320 | 0 | Exchange email correspondence and strategize with A. Jubelirer, J. Smith, R. Schley regarding data collection. | 1.20 | 576.00 |
| 02/04/11 | E. Cerasia II | L390 | 0 | Email correspondence with K. Rubinstein regarding deposition scheduling (.10); email correspondence with Seyfarth litigation team regarding email review (.30); prepare "to do" list regarding factual development and strategize regarding same (.60); prepare/revise response to K. Rubinstein regarding supplemental production and e-discovery issues (.20). | 1.20 | 876.00 |
| 02/04/11 | J. Chylinski | L120 | 0 | Confer with J. Lichter and R. Schley regarding email review. | 0.30 | 109.50 |
| 02/04/11 | A. Cabrera | L120 | 0 | Confer with B. Berlamino regarding additional documents and information we need to respond. | 0.30 | 132.00 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1828653

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/04/11 | J. Lichter | L320 | 0 | Call with W. Lopez regarding data collection (.30); exchange email correspondence with A. Jubelirer, J. Chylinski, and R. Schley regarding email collection and filtering (.80); draft language regarding backup tapes for use in email to opposing counsel (.60). | 1.70 | 816.00 |
| 02/04/11 | R. Schley | L140 | 0 | Download PSTs for B. Berlamino, J. Maye, S. Charlier, M. Ramirez and analyze in order to prepare summary reports of contents (including document counts by file extension) for J. Lichter. | 0.70 | 154.00 |
| 02/06/11 | R. Schley | L140 | 0 | Review and analyze information from B. Berlamino, J. Maye, S. Charlier, and M. Ramirez documents in preparation for upload to database and format same to be consistent with Ringtail database requirements (.80); upload B. Berlamino, J. Maye, S. Charlier, and M. Ramirez documents to Ringtail and organize for responsiveness and privilege review by attorney (1.20). | 2.00 | 440.00 |
| 02/07/11 | E. Cerasia II | L390 | 0 | Email correspondence with M. Ramirez regarding her deposition (.10); emails with case team regarding e-discovery issues (.20); email correspondence with K. Rubinstein regarding deposition scheduling and his request to depose M. Scott and K. Tong (.10); email correspondence and telephone conference with A. Jubelirer regarding same (.30). | 0.70 | 511.00 |
| 02/07/11 | J. Lichter | L320 | 0 | Exchange email correspondence with E. Cerasia and J. Chylinski regarding email search terms (.50); design and execute searches on Ringtail (.60); send email to W. Lopez regarding Robocopy search (.40). | 1.50 | 720.00 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/08/11 | E. Cerasia II | L390 | 0 | Review email from K. Rubinstein regarding personnel files requested, and follow-up emails with A. Jubelirer and case team regarding same (.20); email correspondence with B. Berlamino regarding deposition scheduling (.10); and review/analyze recent case law on "stray remarks" (.60). | 0.90 | 657.00 |
| 02/08/11 | J. Lichter | L320 | 0 | Exchange email correspondence with W. Lopez regarding data volumes (.10); exchange email correspondence with R. Schley regarding email processing (.10). | 0.20 | 96.00 |
| 02/08/11 | R. Schley | L140 | 0 | Review and analyze information from B. Berlamino documents in preparation for upload to database and format same to be consistent with Ringtail database requirements (.50); upload B. Berlamino documents to Ringtail and organize for responsiveness and privilege review by attorney (.50). | 1.00 | 220.00 |
| 02/09/11 | E. Cerasia II | L390 | 0 | Email correspondence with B. Berlamino regarding her deposition, and email with A. Jubelirer regarding same (.10); review case law regarding "substantially younger replacement" standard (.40). | 0.50 | 365.00 |
| 02/09/11 | J. Chylinski | L120 | 0 | Confer with opposing counsel regarding Nielsen documents. | 0.70 | 255.50 |
| 02/09/11 | J. Lichter | L320 | 0 | Exchange email correspondence with W. Lopez regarding data volumes. | 0.10 | 48.00 |
| 02/09/11 | R. Schley | L140 | 0 | Complete review and analysis of information from B. Berlamino documents in preparation for upload to database (.50); complete upload of B. Berlamino documents to Ringtail and organization of same for responsiveness and privilege review by attorney (.50). | 1.00 | 220.00 |



Invoice No. 1828653

Page 5

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/10/11 | E. Cerasia II | L390 | 0 | Revise audit letter response (.10); review/analyze conflicting S.D.N.Y. case law on "substantially younger" requirement to proving age discrimination (.20); follow-up regarding supplemental document production (.20). | 0.50 | 365.00 |
| 02/10/11 | J. Chylinski | L120 | 0 | Prepare summary of case for audit letter response. | 0.20 | 73.00 |
| 02/10/11 | J. Lichter | L320 | 0 | Finish running search terms on Ringtail (.50); exchange email correspondence with J. Chylinski regarding same (.20); call with J. Chylinski regarding same (.20); exchange email correspondence with R. Schley regarding processing of new data from client (.20); exchange email correspondence with E. Cerasia regarding additional collection (.30). | 1.40 | 672.00 |
| 02/10/11 | I. Rose | C200 | 0 | Research the standard for replacing an employee with someone "significantly younger" in the Second Circuit. | 1.90 | 532.00 |
| 02/10/11 | R. Schley | L140 | 0 | Analyze contents of memory stick containing S. Marchiano and K. Scott e-mails (.10); prepare report of same for provision to J. Lichter (.20). | 0.30 | 66.00 |
| 02/10/11 | V. Steinmetz | B110 | 0 | Meet with J. Chylinski to discuss the case and the review (.50); familiarize self with Defendant WPIX, Inc.'s responses and objections to plaintiff's request for the production of documents (.50). | 1.00 | 295.00 |



Invoice No. 1828653

Page 6

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/11/11 | E. Cerasia II | L390 | 0 | E-mail correspondence with B. Berlamino, A. Jubelirer, M. Ramirez and K. Rubinstein regarding deposition scheduling (.20); direction to J. Chylinski and A. Cabrera regarding continued factual development and e-discovery issues (.20); meeting with B. Berlamino and A. Cabrera (.50); review Nielsen ratings for 2005-2010 time period and e-mails correspondence with A. Jubelirer regarding same and disclosures of Nielsen ratings (.30); e-mail with J. Jubelirer and case team regarding L. Hoff's draft complaint from Thompson Wigdor firm (.30). | 1.50 | 1,095.00 |
| 02/11/11 | J. Chylinski | L120 | 0 | Confer with B. Berlamino regarding ratings documents. | 0.70 | 255.50 |
| 02/11/11 | J. Chylinski | L320 | 0 | Review and analysis of client emails for content. | 1.10 | 401.50 |
| 02/11/11 | J. Chylinski | L320 | 0 | Confer with V. Steinmetz and K. Watts on substance of email review and responsiveness to plaintiff's document requests. | 0.60 | 219.00 |
| 02/11/11 | J. Chylinski | L330 | 0 | Review and analysis of document productions for documents to prepare M. Ramirez for deposition. | 2.60 | 949.00 |
| 02/11/11 | A. Cabrera | L120 | 0 | Meet with B. Berlamino to identify employees who were terminated, had contracts renewed and were recruited during her employment. | 3.00 | 1,320.00 |
| 02/11/11 | A. Cabrera | L120 | 0 | Outline documents to provide B. Berlamino for her deposition preparation. | 0.50 | 220.00 |
| 02/11/11 | J. Lichter | L320 | 0 | Exchange email correspondence with A. Jubelirer regarding WPIX collection. | 0.20 | 96.00 |
| 02/11/11 | V. Steinmetz | B110 | 0 | Review and analyze documents for responsiveness and privilege issues. | 6.00 | 1,770.00 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/11/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 4.00 | 1,180.00 |
| 02/12/11 | V. Steinmetz | B110 | 0 | Review and analyze documents for responsiveness and privilege issues. | 7.00 | 2,065.00 |
| 02/12/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 8.00 | 2,360.00 |
| 02/14/11 | E. Cerasia II | L390 | 0 | Email correspondence with C. Sennet regarding Nielsen information in WPIX documents and issues with production to opposing counsel (.40); communications with J. Chylinski, A. Cabrera and J. Lichter regarding status of email review/e-discovery, including review of documents (1.00). | 1.40 | 1,022.00 |
| 02/14/11 | A. Cabrera | L120 | 0 | Strategize regarding additional production of emails and Nielsen data. | 0.30 | 132.00 |
| 02/14/11 | A. Cabrera | L120 | 0 | Conference with B. Berlamino regarding additional hires, renewals and terminations. | 0.30 | 132.00 |
| 02/14/11 | J. Lichter | L320 | 0 | Run searches of new documents on Ringtail and send email to J. Chylinski regarding same. | 1.10 | 528.00 |
| 02/14/11 | R. Schley | L140 | 0 | Review and analyze information from S. Marchiano and K. Scott documents in preparation for upload to database and format same to be consistent with Ringtail database requirements (1.00); upload S. Marchiano and K. Scott documents to Ringtail and organize for responsiveness and privilege review by attorney (.50). | 1.50 | 330.00 |
| 02/15/11 | E. Cerasia II | L390 | 0 | Prepare email memorandum to Nielsen's general counsel regarding disclosure of rating data (.60); email correspondence with K. Rubinstein regarding M. Ramirez's deposition, and email correspondence with A. Jubelirer regarding same (.10). | 0.70 | 511.00 |

# SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 1828653

Page 8

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/15/11 | A. Cabrera | L120 | 0 | Strategize regarding the status of discovery requests and best practices to maintain documents in light of overlapping lawsuits. | 0.50 | 220.00 |
| 02/15/11 | J. Lichter | L320 | 0 | Exchange email correspondence with A. Jubelirer and W. Lopez regarding WPIX collection. | 0.20 | 96.00 |
| 02/15/11 | V. Steinmetz | L320 | 0 | Review and analyze documents for responsiveness and privilege issues. | 6.00 | 1,770.00 |
| 02/16/11 | J. Lichter | L320 | 0 | Exchange email correspondence with W. Lopez regarding collection. | 0.20 | 96.00 |
| 02/16/11 | I. Rose | L110 | 0 | Review and analyze documents of B. Berlamino for relevance and privilege in preparation for production. | 2.60 | 728.00 |
| 02/16/11 | V. Steinmetz | L320 | 0 | Review and analyze documents in preparation of depositions. | 8.50 | 2,507.50 |
| 02/16/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 5.50 | 1,622.50 |
| 02/17/11 | E. Cerasia II | L390 | 0 | Review documents in preparation for B. Berlamino's deposition and strategize regarding scope of preparation (1.30); telephone conference with J. Maye regarding factual background (.70); prepare budget (.90); review documents for supplemental production and follow-up regarding P&L documents (.90); email correspondence with B. Berlamino and with M. Ramirez regarding deposition preparation and email correspondence with K. Rubinstein regarding M. Ramirez's deposition (.20); revise email to K. Rubinstein regarding supplemental document production and Nielsen documents (.20). | 4.20 | 3,066.00 |
| 02/17/11 | J. Chylinski | L120 | 0 | Second review and analysis of client documents for responsiveness and mark for production. | 2.80 | 1,022.00 |



Invoice No. 1828653

Page 9

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/17/11 | J. Chylinski | L120 | 0 | Review and analysis of documents received from C. Davis for responsiveness. | 1.90 | 693.50 |
| 02/17/11 | J. Chylinski | L310 | 0 | Draft response to K. Rubinstein's email regarding document production. | 0.80 | 292.00 |
| 02/17/11 | A. Cabrera | L120 | 0 | Prepare documents for B. Berlamino to review in preparation for her deposition. | 5.80 | 2,552.00 |
| 02/17/11 | A. Cabrera | L250 | 0 | Revise chart of actions during B. Berlamino's employment. | 0.80 | 352.00 |
| 02/17/11 | J. Lichter | L320 | 0 | Meeting with W. Lopez regarding WPIX collection (1.30); exchange email correspondence with W. Lopez regarding collection (.30); call with T. Harris and M. Waldron regarding same (.40); exchange email correspondence with A. Jubelirer regarding same (.30). | 2.30 | 1,104.00 |
| 02/17/11 | A. Balint | C100 | 0 | Review documents and create chart of actors and talent. | 3.80 | 874.00 |
| 02/17/11 | I. Rose | L110 | 0 | Continue to review and analyze documents of B. Berlamino and K. Scott for relevance and privilege in preparation for production. | 8.30 | 2,324.00 |
| 02/17/11 | V. Steinmetz | L320 | 0 | Review and analyze documents for responsiveness and privilege issues in preparation of production. | 8.50 | 2,507.50 |
| 02/17/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 4.50 | 1,327.50 |
| 02/18/11 | E. Cerasia II | L390 | 0 | Prepare email memorandum to A. Jubelirer regarding interview with J. Maye (.80); review K. Scott deposition transcript and analyze key documents and decisions made by B. Berlamino to prepare for defense of depositions (1.20); telephone conference with J. Maye regarding background facts (.30). | 2.30 | 1,679.00 |
| 02/18/11 | J. Chylinski | L320 | 0 | Review and analysis of client documents for responsiveness and mark for production. | 6.90 | 2,518.50 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/18/11 | J. Chylinski | L330 | 0 | Review and analysis of plaintiff's and defendant's productions for relevant documents to prepare M. Ramirez for deposition. | 2.40 | 876.00 |
| 02/18/11 | A. Cabrera | L120 | 0 | Add new documents to materials for B. Berlamino to review in preparation of deposition. | 0.70 | 308.00 |
| 02/18/11 | A. Cabrera | L190 | 0 | Review additional documents to include in B. Berlamino deposition preparation materials. | 0.80 | 352.00 |
| 02/18/11 | A. Cabrera | L250 | 0 | Revise chart to reflect additional decision and provide H. to Ali. | 0.30 | 132.00 |
| 02/18/11 | A. Cabrera | L330 | 0 | Conference with B. Berlamino about deposition preparation materials. | 0.20 | 88.00 |
| 02/18/11 | J. Lichter | L320 | 0 | Email with W. Lopez regarding hard drives. | 0.20 | 96.00 |
| 02/18/11 | A. Balint | L330 | 0 | Review, organize and index documents for B. Berlamino deposition preparation. | 3.80 | 874.00 |
| 02/18/11 | I. Rose | L110 | 0 | Critically review and analyze documents of K. Scott for relevance and privilege in preparation for production. | 7.10 | 1,988.00 |
| 02/18/11 | R. Schley | L140 | 0 | Perform searches of document database to locate documents determined to be responsive and non-privileged by attorneys (.70); organize same for production to opposing counsel (.30). | 1.00 | 220.00 |
| 02/18/11 | V. Steinmetz | L320 | 0. | Review and analyze documents for responsiveness and privilege issues in preparation of production. | 4.50 | 1,327.50 |
| 02/18/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 2.50 | 737.50 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/19/11 | E. Cerasia II | L390 | 0 | Emails with J. Chylinski and A. Cabrera re follow-up on Scott's medical records and her deposition transcript, and regarding on-going e-mail review and supplemental production (.30); follow-up email to General Counsel at Nielsen rating information needed to be produced (.10). | 0.40 | 292.00 |
| 02/19/11 | I. Rose | L110 | 0 | Review and analyze documents of K. Scott for relevance and privilege in preparation for production. | 3.40 | 952.00 |
| 02/19/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 3.50 | 1,032.50 |
| 02/20/11 | V. Steinmetz | L320 | 0 | Review and analyze documents in preparation of depositions. | 5.00 | 1,475.00 |
| 02/21/11 | V. Steinmetz | L320 | 0 | Review and analyze documents for responsiveness and privilege issues in preparation of production. | 5.00 | 1,475.00 |
| 02/21/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 3.00 | 885.00 |
| 02/22/11 | E. Cerasia II | L330 | 0 | Email correspond with K. Rubinstein regarding B. Berlamino deposition and email A. Jubelirer regarding same. | 0.20 | 146.00 |
| 02/22/11 | R. Schley | L140 | 0 | Update index of discovery documents per attorney requirements. | 0.50 | 110.00 |
| 02/22/11 | R. Schley | L320 | 0 | Locate documents determined to be responsive and non-privileged by attorney review and finalize Bates sequencing, redactions and other branding where applicable (WPIX001536-WPIX002450). | 2.00 | 440.00 |
| 02/23/11 | J. Chylinski | L120 | 0 | Review and analysis of client documents for responsiveness and privilege. | 2.20 | 803.00 |
| 02/23/11 | J. Chylinski | L330 | 0 | Review and analysis of plaintiff's and defendant's productions for relevant documents for preparation of B. Berlamino for deposition. | 2.80 | 1,022.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/23/11 | A. Cabrera | L190 | 0 | Draft correspondence to B. Berlamino with explanation of additional preparation materials. | 0.30 | 132.00 |
| 02/23/11 | A. Cabrera | L320 | 0 | Review most recent document production to identify additional materials for B. Berlamino's deposition preparation. | 1.00 | 440.00 |
| 02/23/11 | J. Lichter | L320 | 0 | Revise document hold procedures and send email to A. Jubelirer regarding same. | 2.90 | 1,392.00 |
| 02/23/11 | A. Balint | L330 | 0 | Review, organize and index documents for B. Berlamino deposition preparation. | 2.10 | 483.00 |
| 02/24/11 | J. Chylinski | L120 | 0 | Review and analysis of client emails for responsiveness and privilege. | 2.70 | 985.50 |
| 02/24/11 | J. Lichter | L320 | 0 | Exchange email correspondence with A. Jubelirer regarding document hold guidelines (.20); emails with M. Waldron regarding hard drive imaging (.20). | 0.40 | 192.00 |
| 02/24/11 | A. Balint | L330 | 0 | Organize and index documents for deposition preparation of B. Berlamino. | 2.00 | 460.00 |
| 02/24/11 | I. Rose | L110 | 0 | Review and analyze documents of K. Scott and S. Marchiano for relevance and privilege in preparation for production. | 9.50 | 2,660.00 |
| 02/24/11 | V. Steinmetz | L320 | 0 | Review and analyze documents for responsiveness and privilege issues in preparation of production. | 10.00 | 2,950.00 |
| 02/24/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 7.00 | 2,065.00 |
| 02/25/11 | J. Chylinski | L320 | 0 | Review and analysis of client documents for responsiveness and privilege. | 7.40 | 2,701.00 |
| 02/25/11 | J. Lichter | L320 | 0 | Exchange email correspondence with Epiq regarding drive imaging. | 0.20 | 96.00 |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1828653

Page 13

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/26/11 | E. Cerasia II | L320 | 0 | Email correspondence with J. Chylinski and J. Lichter regarding status of email review and strategy for anticipated supplemental production. | 0.30 | 219.00 |
| 02/26/11 | J. Chylinski | L320 | 0 | Second review and analysis of client documents for responsiveness and privilege. | 4.70 | 1,715.50 |
| 02/27/11 | E. Cerasia II | L330 | 0 | Review K. Scott's errata sheet and compare to her deposition testimony (.20); review/analyze documents and K. Scott's deposition to prepare for defense of B. Berlamino's deposition (4.90); prepare correspondence to K. Rubinstein regarding supplemental e-discovery production, and communications with J. Chylinski and J. Lichter regarding same (.40). | 5.50 | 4,015.00 |
| 02/28/11 | E. Cerasia II | L330 | 0 | Continue to prepare for meeting with B. Berlamino for her deposition (.90); meeting with B. Berlamino to prepare for her deposition (6.90); review Scott's subpoena to J. Maye and deposition notices to K. Tong and M. Scott, and email with A. Jubelirer regarding same (.10). | 7.90 | 5,767.00 |
| 02/28/11 | J. Chylinski | L320 | 0 | Final review of document production for responsiveness and privilege to effect production of same. | 2.60 | 949.00 |
| 02/28/11 | J. Chylinski | L330 | 0 | Review and analysis of recent production for emails and documents to/from M. Ramirez for use in preparation of same for deposition. | 1.30 | 474.50 |
| 02/28/11 | A. Cabrera | L330 | 0 | Deposition preparation of B. Berlamino. | 4.00 | 1,760.00 |
| 02/28/11 | J. Lichter | L320 | 0 | Exchange email correspondence with Epiq and Navigant regarding document collection (.60); review new data and send email to R. Schley regarding same (.70); draft insert to response to email from opposing counsel and send same to E. Cerasia (.40). | 1.70 | 816.00 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1828653

Page 14

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/28/11 | R. Schley | L320 | 0 | Locate documents determined to be responsive and non-privileged by attorney review and finalize Bates sequencing, redactions and other branding where applicable (WPIX003129-WPIX004719). | 3.80 | 836.00 |
| 02/28/11 | L. Sapigao | L140 | 0 | Review and remove documents from 2011-02-28 production and assist attorney in preparing hardcopies for production to opposing counsel. | 1.00 | 130.00 |

| | | |
|---|---|---|
| Total Hours | 275.30 | |
| Total Fees | | $101,293.50 |
| Less Discount | | ($10,129.35) |
| Total Fees After Discount | | $91,164.15 |

Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 29.50 | hours at | $730.00 | per hour |
| J. Chylinski | Associate | - | 47.80 | hours at | $365.00 | per hour |
| A. Cabrera | Associate | - | 20.50 | hours at | $440.00 | per hour |
| J. Lichter | Of Counsel | - | 18.40 | hours at | $480.00 | per hour |
| A. Balint | Paralegal | - | 11.70 | hours at | $230.00 | per hour |
| I. Rose | Law Clerk | - | 32.80 | hours at | $280.00 | per hour |
| R. Schley | ITStaff | - | 14.10 | hours at | $220.00 | per hour |
| L. Sapigao | ITStaff | - | 1.00 | hours at | $130.00 | per hour |
| V. Steinmetz | Staff Attorney | - | 61.50 | hours at | $295.00 | per hour |
| K. Watts | Staff Attorney | - | 38.00 | hours at | $295.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Copying | 165.90 |
| Copying | 0.10 |
| Copying | 42.20 |

# SEYFARTH
ATTORNEYS SHAW LLP

Tribune Company

| Disbursements | Value |
| --- | --- |
| Copying | 179.50 |
| Courier/Messenger Inv#: 738360474 Date Sent: 02/01/2011 Sender: Alexis Gevanter Airbill: 982648759670 Kenneth J. Rubinstein Esq. Haynes and Boone LLP 1221 Avenue of the Americas NEW YORK CITY, NY 10020 | 12.56 |
| Courier/Messenger Inv#: 739937829 Date Sent: 02/09/2011 Sender: Edward Cerasia II Airbill: 982648761691 Alissa L. Jubelirer Tribune Company 435 North Michigan Avenue CHICAGO, IL 60611 | 15.37 |
| Courier/Messenger Inv#: 739937829 Date Sent: 02/09/2011 Sender: Elroy Robinson Airbill: 982648762058 Kenneth J. Rubinstein Haynes and Boone LLP 30 ROCK PLZ NEW YORK CITY, NY 10112 | 26.40 |
| Courier/Messenger Inv#: 740732198 Date Sent: 02/18/2011 Sender: Alayna Balint Airbill: 982648764554 Betty Ellen Berlamino 87 Joyce Road TENAFLY, NJ 07670 | 37.97 |
| Courier/Messenger Inv#: 740732198 Date Sent: 02/22/2011 Sender: Jennifer Berrios Airbill: 982648764820 Kenneth J. Rubinstein Haynes and Boone LLP 30 Rockefeller Plaza NEW YORK CITY, NY 10112 | 14.66 |
| Courier/Messenger Inv#: 741499582 Date Sent: 02/28/2011 Sender: Jennifer Berrios Airbill: 982648766042 Ken Rubinstein Haynes and Boone LLP 30 Rockefeller Plaza NEW YORK CITY, NY 10112 | 14.66 |
| Deposition Transcripts - PIROZZI & HILLMAN, INC. | 1,992.80 |
| Deposition Transcripts - PIROZZI & HILLMAN, INC. | 2,474.50 |
| Document Prints From Image | 95.46 |
| Document Prints From Image | 54.90 |
| Electronic Data Processing-Native Files | 1,690.00 |
| Electronic Data Processing-Native Files | 685.00 |
| Electronic Data Processing-Native Files | 21.00 |
| Inv#: 1102001931 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SEARCHES | 54.98 |
| Inv#: 1102001931 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SEARCHES | 58.57 |
| Inv#: 1102001931 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 51.22 |
| Inv#: 1102001931 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 6.03 |



Tribune Company

| Disbursements | Value |
|---|---|
| Inv#: 1102001931 User: ROSE, ISRAEL MATTHEW BENDER SERVICE SEARCHES | 77.65 |
| Inv#: 1102001931 User: ROSE, ISRAEL SHEPARD'S SERVICE LEGAL CITATION SERVICES | 8.74 |
| Inv#: 1102001931 User: ROSE, ISRAEL SHEPARD'S SERVICE LEGAL CITATION SERVICES | 1.74 |
| Long Distance Telephone | 0.13 |
| Long Distance Telephone | 28.13 |
| Postage | 0.44 |
| **Total Disbursements** | 7,810.61 |
| **Total Amount Due** | $98,974.76 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1828653
0276 68308 / 68308-000003
Karen Scott v. WPIX

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $101,293.50 |
| Less Discount | ($10,129.35) |
| Total Fees after Discount | $91,164.15 |
| Total Disbursements | 7,810.61 |
| Total Fees and Disbursements This Statement | $98,974.76 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828655
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through February 28, 2011

### Sal Marchiano v. Betty Ellen Berlamino

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/01/11 | E. Cerasia II | L310 | 0 | Revise B. Berlamino's Rule 26 Disclosures (.40); email correspondence with B. Berlamino and with A. Jubelirer regarding same (.30). | 0.70 | 511.00 |
| 02/01/11 | A. Ianni | L310 | 0 | Draft initial disclosures. | 0.60 | 213.00 |
| 02/03/11 | E. Cerasia II | L310 | 0 | Telephone conference with B. Berlamino regarding her Rule 26(a) disclosures and letter to court regarding discovery plan (.80); revise Rule 26(a) disclosures and strategize regarding same (.40); email correspondence with D. Wigdor regarding letter to court about discovery plan (.20); email correspondence with B.E. Berlamino and A. Jubelirer regarding Rule 26(a) disclosures (.70). | 2.10 | 1,533.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1828655

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/04/11 | E. Cerasia II | L310 | 0 | Email correspondence with B. Berlamino regarding list of witnesses in Rule 26 disclosures (.20) revise latest draft of Rule 26 disclosures (.10); telephone conference with D. Wigdor regarding case status (.10); telephone conference with A. Jubelirer regarding Rule 26 disclosures (.10); email correspondence with D. Wigdor regarding his request for D&O insurance policy (.10); prepare "to do" list regarding factual development and strategize regarding same (.50). | 1.10 | 803.00 |
| 02/04/11 | A. Ianni | L210 | 0 | Finalize Rule 26(a)(1) initial disclosures. | 0.20 | 71.00 |
| 02/07/11 | E. Cerasia II | L390 | 0 | Comment on draft of confidentiality stipulation (.20); review S. Marchiano's Rule 26 disclosures and email with B. Berlamino and A. Jubelirer regarding same (.10); review court's endorsement of scheduling order (.10); email correspondence with D. Wigdor regarding his request for copy of D&O policy (.10); direction to A. Ianni regarding confidentiality stipulation and document request to S. Marchiano (.10). | 0.60 | 438.00 |
| 02/07/11 | A. Ianni | L210 | 0 | Draft confidentiality stipulation. | 0.40 | 142.00 |
| 02/08/11 | E. Cerasia II | L110 | 0 | Begin to review emails between A. Jubelirer and WPIX management regarding L. Lopez contract/demotion and potential impact on case. | 0.10 | 73.00 |
| 02/09/11 | E. Cerasia II | L390 | 0 | Revise confidentiality stipulation. | 0.20 | 146.00 |
| 02/10/11 | E. Cerasia II | L390 | 0 | Revise audit letter response. | 0.10 | 73.00 |
| 02/10/11 | A. Ianni | L310 | 0 | Draft requests for production. | 1.50 | 532.50 |
| 02/11/11 | E. Cerasia II | L310 | 0 | Draft/revise document request to S. Marchiano. | 0.30 | 219.00 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1828655

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/11/11 | A. Ianni | L310 | 0 | Draft discovery requests (2.00); email with A. Jubelirer regarding discovery requests and confidentiality stipulation (.20); review correspondence regarding possible L. Hoff suit (.20). | 2.40 | 852.00 |
| 02/14/11 | E. Cerasia II | L390 | 0 | Email correspondence with A. Jubelirer and A. Ianni regarding revisions to document request to S. Marchiano (.10); email correspondence with D. Wigdor regarding confidentiality stipulation (.10). | 0.20 | 146.00 |
| 02/14/11 | A. Ianni | L210 | 0 | Correspondence with opposing counsel regarding confidentiality stipulation. | 0.20 | 71.00 |
| 02/15/11 | A. Ianni | L310 | 0 | Revise requests for production. | 0.30 | 106.50 |
| 02/16/11 | E. Cerasia II | L310 | 0 | Revise latest draft of document requests to S. Marchiano. | 0.20 | 146.00 |
| 02/17/11 | E. Cerasia II | L150 | 0 | Prepare budget (.80); finalize document request to S. Marchiano (.10). | 0.90 | 657.00 |
| 02/18/11 | E. Cerasia II | L110 | 0 | Email correspondence with B. Berlamino regarding information received from C. Austin (potential witness), and follow-up emails with A. Jubelirer and A. Ianni regarding same (.40); email correspondence with A. Ianni regarding scheduling of S. Marchiano's deposition and his document requests and interrogatories to B. Berlamino (.10). | 0.50 | 365.00 |
| 02/19/11 | E. Cerasia II | L310 | 0 | Review/analyze S. Marchiano's document requests and interrogatories to B. Berlamino (.30); prepare email memorandum to B. Berlamino regarding scope of discovery and her obligations in responding to same (.30). | 0.60 | 438.00 |
| 02/19/11 | A. Ianni | L310 | 0 | Draft deposition notice to S. Marchiano. | 0.20 | 71.00 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/22/11 | A. Ianni | L310 | 0 | Draft correspondence to D. Wigdor regarding deposition notice. | 0.10 | 35.50 |
| 02/28/11 | E. Cerasia II | L120 | 0 | Review opposing counsel's revisions to latest draft of confidentiality stipulation. | 0.30 | 219.00 |
| 02/28/11 | A. Ianni | L120 | 0 | Draft risk assessment for Chubb Insurance (2.70); review proposed revisions to draft confidentiality stipulation (.20); communications with E. Cerasia regarding draft confidentiality stipulation and risk assessment (.10). | 3.00 | 1,065.00 |

| | | |
|---|---|---|
| **Total Hours** | 16.80 | |
| **Total Fees** | | $8,926.50 |
| **Less Discount** | | ($892.65) |
| **Total Fees After Discount** | | $8,033.85 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | – | 7.90 | hours at | $730.00 | per hour |
| A. Ianni | Associate | – | 8.90 | hours at | $355.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 1.20 |
| Copying | 7.70 |
| Long Distance Telephone | 1.53 |
| **Total Disbursements** | 10.43 |
| **Total Amount Due** | $8,044.28 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1828655
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | .$8,926.50 |
| Less Discount | ($892.65) |
| Total Fees after Discount | $8,033.85 |
| Total Disbursements | 10.43 |
| Total Fees and Disbursements This Statement | $8,044.28 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name:  Bank of America
Account Name:  Seyfarth Shaw LLP Operating Account
Account Number:  5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code:  BOFAUS3N

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828648
0245 11089 / 11089-000036
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through February 28, 2011

## Lee Abrams Potential Legal Claims

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/01/11 | J. Ross | L160 | 0 | Correspondence from A. Jubelirer and to L. Abrams attorney regarding required W-9 form. | 0.20 | 132.00 |
| 02/03/11 | J. Ross | L160 | 0 | Review comparison of settlement agreement versions and investigation regarding same (.30); preparation of correspondence to A. Jubelirer regarding same (.30). | 0.60 | 396.00 |
| 02/07/11 | J. Ross | L160 | 0 | Message from L. Abrams attorney (.10); correspondence to A. Jubelirer regarding status of settlement (.10); exchange correspondence with A. Jubelirer regarding settlement (.10). | 0.30 | 198.00 |
| 02/08/11 | J. Ross | C300 | 0 | Prepare insert for audit letter. | 0.10 | 66.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/10/11 | J. Ross | C300 | 0 | Exchange correspondence with A. Jubelirer and R. Levinson regarding payment timing. | 0.20 | 132.00 |
| 02/11/11 | J. Ross | L160 | 0 | Correspondence to L. Abrams attorney regarding payments. | 0.20 | 132.00 |
| 02/14/11 | J. Ross | C300 | 0 | Exchange messages with A. Jubelirer regarding settlement payments. | 0.10 | 66.00 |
| 02/15/11 | J. Ross | L160 | 0 | Exchange correspondence regarding fully executed agreement. | 0.10 | 66.00 |

| | | |
|---|---|---|
| **Total Hours** | | 1.80 |
| **Total Fees** | | $1,188.00 |
| **Less Discount** | | ($118.80) |
| **Total Fees After Discount** | | $1,069.20 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| J. Ross | Partner | - | 1.80 | hours at | $660.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,069.20 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1828648
0245 11089 / 11089-000036
Lee Abrams Potential Legal Claims

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,188.00 |
| Less Discount | ($118.80) |
| Total Fees after Discount | $1,069.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,069.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828661
0276 36078 / 36078-000001
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: Karen Flax, Esq.
Assistant General Counsel

For legal services rendered through February 28, 2011

**General 0000001631**

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 02/18/11 | Copying | 1.00 |
| | **Facsimile** | |
| 02/18/11 | Facsimile | 12.00 |
| **Total Disbursements** | | 13.00 |
| **Total Fees And Disbursements This Statement** | | $13.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: Karen Flax, Esq.
Assistant General Counsel

Invoice No. 1828661
0276 36078 / 36078-000001
General 0000001631

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 13.00 |
| Total Fees and Disbursements This Statement | $13.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL: | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828662
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through February 28, 2011

### East Coast Properties

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/01/11 | K. Hartman | L120 | 0 | Telephone conference with D. Bralow, T. Haley and others regarding Ft. Lauderdale home delivery agreement, single copy operations, and upcoming manager training (1.50); email communication with C. Olson and R. Lapp regarding same (1.00). | 2.50 | 850.00 |
| 02/01/11 | T. Haley | C300 | 0 | Review documents in preparation for conference with G. Anthony and D. Bralow. | 1.50 | 1,005.00 |
| 02/04/11 | K. Hartman | L120 | 0 | Revise draft home delivery agreement and training and best practices presentation (2.00); conference with C. Olson regarding same (.50). | 2.50 | 850.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Tribune Company/Olson

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/04/11 | T. Haley | C300 | 0 | Review and revise PowerPoint presentation for zone managers (.80); analyze issues regarding same (.30); review and revise home delivery agreement (.20). | 1.30 | 871.00 |
| 02/07/11 | K. Hartman | L120 | 0 | Revise training presentation and supporting documents (.40); email correspondence to A. George and C. Olson regarding same (.10). | 0.50 | 170.00 |
| 02/08/11 | C. Olson | C300 | 0 | Finalize materials for training (.50); discussion with C. Shelton (.50); prepare for training (1.00); review all materials (1.00). | 3.00 | 2,070.00 |
| 02/08/11 | K. Hartman | L120 | 0 | Training preparation (.50); conference with C. Olson regarding same (.20). | 0.70 | 238.00 |
| 02/08/11 | T. Haley | C300 | 0 | Review authority and analyze issues regarding proposals for contracts. | 0.40 | 268.00 |
| 02/09/11 | C. Olson | C300 | 0 | Prepare for and attend circulation meeting in Ft. Lauderdale/Deerfield Beach on single copy and home delivery systems (3.00); give presentation to managers regarding same (5.00); review materials (1.50). | 9.50 | 6,555.00 |
| 02/09/11 | R. Lapp | L120 | 0 | Prepare for and meet with Company counsel and management regarding training regarding distribution system. | 5.00 | 3,300.00 |
| 02/10/11 | C. Olson | C300 | 0 | Prepare for and attend circulation meeting in Ft. Lauderdale/Deerfield Beach on single copy and home delivery systems (3.00); give presentation to managers regarding same (5.00). | 8.00 | 5,520.00 |
| 02/10/11 | R. Lapp | L120 | 0 | Prepare for and meet with Company counsel and Company management regarding distribution system legal training. | 3.00 | 1,980.00 |

| Total Hours | | 37.90 |
|-------------|---|-------|
| Total Fees | | $23,677.00 |



Tribune Company/Olson

| Less Discount | | | | | | | ($2,367.70) |
|---|---|---|---|---|---|---|---|

**Total Fees After Discount**                                              $21,309.30

**Timekeeper Summary**

| C. Olson | Partner | - | 20.50 | hours at | $690.00 | per hour |
|---|---|---|---|---|---|---|
| R. Lapp | Partner | - | 8.00 | hours at | $660.00 | per hour |
| K. Hartman | Associate | - | 6.20 | hours at | $340.00 | per hour |
| T. Haley | Sr Partner I | - | 3.20 | hours at | $670.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Courier/Messenger Inv#: 739093040 Date Sent: 02/08/2011 Sender: Karen D. Walden Airbill: 410559314105 Manly Baker Sun-Sentinel 333 SW 12th Avenue DEERFIELD BEACH, FL 33442 | 37.92 |
| Meals - RICHARD B. LAPP 2/9 babby bahia at hilton meet with company counsel and management regarding training distribution system | 13.98 |
| Travel - RICHARD B. LAPP 2/10 tolls/parking meet with company counsel and management regarding training distribution system | 5.00 |
| Travel - RICHARD B. LAPP 2/8 tolls/parking meet with company counsel and management regarding training distribution system | 33.00 |
| Travel - RICHARD B. LAPP 2/8-10 hilton meet with company counsel and management regarding training distribution system | 286.38 |
| Travel - RICHARD B. LAPP 2/9 tolls/parking meet with company counsel and management regarding training distribution system | 5.00 |

**Total Disbursements**                                                        381.28

**Total Amount Due**                                                        $21,690.58

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY  10017
Attn: David S. Bralow, Esq.

Invoice No. 1828662
0276 36078 / 36078-000011
East Coast Properties

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $23,677.00 |
| Less Discount | ($2,367.70) |
| Total Fees after Discount | $21,309.30 |
| Total Disbursements | 381.28 |
| Total Fees and Disbursements This Statement | $21,690.58 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number:  5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828663
0276 15827 / 15827-000019
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

For legal services rendered through February 28, 2011

### Jeff Apodaca v. KTLA5, Tribune Company, Case No. BC448838

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/15/11 | L. Shelby | L230 | 0 | Review CMC statement and plaintiff's position regarding plaintiff's deposition out of state. | 0.30 | 172.50 |
| 02/15/11 | D. Sable | L190 | 0 | Prepare case management statement (.50); e-mail correspondence with L. Shelby regarding same (.50). | 1.00 | 340.00 |

| | | |
|---|---|---|
| **Total Hours** | | 1.30 |
| **Total Fees** | | $512.50 |
| **Less Discount** | | ($51.25) |
| **Total Fees After Discount** | | $461.25 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| L. Shelby | Partner | - | 0.30 | hours at | $575.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1828663

Page 2

KTLA-TV

| D. Sable | Associate | - | 1.00 | hours at | $340.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 2.00 |
| **Total Disbursements** | 2.00 |
| **Total Amount Due** | $463.25 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

Invoice No. 1828663
0276 15827 / 15827-000019
Jeff Apodaca v. KTLA5, Tribune Company, Case No.
BC448838

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $512.50 |
| Less Discount | ($51.25) |
| Total Fees after Discount | $461.25 |
| Total Disbursements | 2.00 |
| Total Fees and Disbursements This Statement | $463.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828660
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through February 28, 2011

### Country Club Matter 0000001901

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/01/11 | S. Carlson | L120 | 0 | Communications with J. Xanders regarding follow up memorandum regarding circulation systems. | 0.50 | 285.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $285.00 |
| **Less Discount** | | ($28.50) |
| **Total Fees After Discount** | | $256.50 |

### Timekeeper Summary

S. Carlson          Partner          –          0.50          hours at          $570.00          per hour

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times

**Total Disbursements**                                          0.00

**Total Amount Due**                                          $256.50

# SEYFARTH
### ATTORNEYS
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

Invoice No. 1828660
0276 17832 / 17832-000034
Country Club Matter 0000001901

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $285.00 |
| Less Discount | ($28.50) |
| Total Fees after Discount | $256.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $256.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number:  5201743357 |
| | ABA Wire Payment Number:  026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number:  081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828659
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through February 28, 2011

### Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/14/11 | J. Meer | L190 | 0 | Prepare response to audit letter. | 0.50 | 295.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 0.50 | |
| **Total Fees** | | | $295.00 |
| **Less Discount** | | | ($29.50) |
| **Total Fees After Discount** | | | $265.50 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 0.50 | hours at | $590.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1828659

Page 2

Ira H. Goldstone

**Total Disbursements**                                   0.00

**Total Amount Due**                                    $265.50

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1828659
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $295.00 |
| Less Discount | ($29.50) |
| Total Fees after Discount | $265.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $265.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828656
0835 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through February 28, 2011

**Larry Hoff v. WPIX, et al.**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/11/11 | J. Lichter | L320 | 0 | Review complaint and exchange email correpondence with E. Cerasia regarding same. | 0.50 | 240.00 |
| 02/14/11 | E. Cerasia II | L110 | | Review/analyze draft complaint, and review K. Scott's deposition regarding L. Hoff (.50); telephone conference with A. Jubelirer regarding same and next steps (.10); telephone conference with B. Berlamino regarding draft complaint (.60). | 1.20 | 876.00 |
| 02/14/11 | J. Lichter | L320 | 0 | Draft insert to response to letter from opposing counsel regarding document preservation (.20); send email to E. Cerasia regarding same (.20). | 0.40 | 192.00 |
| 02/15/11 | E. Cerasia II | L110 | | Telephone conference with A. Jubelirer and J. Housman regarding background facts. | 0.30 | 219.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1828656

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/15/11 | J. Lichter | L320 | | Exchange email correspondence with A. Jubelirer regarding IT·call and litigation hold notice (.40); review and revise litigation hold notice (.40). | 0.80 | 384.00 |
| 02/16/11 | E. Cerasia II | L320 | | Email correspondence with A. Jubelirer and J. Lichter regarding discussions with J. Lichter regarding same. | 0.20 | 146.00 |
| 02/16/11 | J. Lichter | L320 | | Research former employee preservation issue (1.30); exchange email correspondence with A. Jubelirer and E. Cerasia regarding same (.20); review separation agreements for B. Berlamino and M. Ramirez regarding same (.40). | 1.90 | 912.00 |
| 02/17/11 | J. Lichter | L320 | | Exchange email correspondence with ·A. Jubelirer regarding obligations concerning former employees and document preservation guideline best practices (.30); research former employee issue (.80). | 1.10 | 528.00 |
| 02/18/11 | E. Cerasia II | L110 | 0 | Telephone conference with A. Jubelirer and A. Waldman regarding background facts. | 0.40 | 292.00 |
| 02/18/11 | J. Lichter | L320 | 0 | Call with A. Jubelirer and Tribune IT personnel regarding IT systems (1.60); complete research on former employees and duty to preserve (1.20); send email memorandum to A. Jubelirer with findings regarding same (1.80). | 4.60 | 2,208.00 |
| 02/19/11 | E. Cerasia II | L390 | 0 | Prepare letter to D. Wigdor to clarify WPIX's document preservation and Hoff's preservation obligations (.30); email to A. Jubelirer regarding same (.10). | 0.40 | 292.00 |
| 02/21/11 | J. Lichter | L320 | 0 | Exchange email correspondence with A. Jubelirer regarding email to former employees (.30); review document preservation guidelines (.60). | 0.90 | 432.00 |

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Invoice No. 1828656

Page 3

Tribune Company

| | | | |
|---|---|---|---|
| **Total Fees** | | | $6,721.00 |
| **Less Discount** | | | ($672.10) |
| **Total Fees After Discount** | | | $6,048.90 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| E. Cerasia II | Partner | – | 2.50 | hours at | $730.00 per hour |
| J. Lichter | Of Counsel | – | 10.20 | hours at | $480.00 per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $6,048.90 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1828656
0835 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,721.00 |
| Less Discount | ($672.10) |
| Total Fees after Discount | $6,048.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $6,048.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 23, 2011
**REVISED**

Invoice No. 1828664
0276 10512 / 10512-000090
W1ST

Chicago Tribune Company
435 North Michigan Avenue   Suite 300
Chicago, Illinois  60611-4041
Attn : Mr. Phil Doherty
Vice President/Finance and CFO

For legal services rendered through February 28, 2011

**Michael Cordts v. 0000001345**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/16/11 | N. Riesco | F999 | 0 | Review case pleadings and docket sheets (.20); draft status summary for audit letter (.80). | 1.00 | 400.00 |
| 02/21/11 | N. Riesco | L110 | 0 | Review case file (.10); communications with A. Jubelirer concerning Medeval's motion to sever and case status (.30). | 0.40 | 160.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.40 | |
| **Total Fees** | | $560.00 |
| **Less Discount** | | ($56.00) |
| **Total Fees After Discount** | | $504.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1828664

Page 2

Chicago Tribune Company

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 1.40 | hours at | $400.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $504.00 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 23, 2011
**REVISED**

Chicago Tribune Company
435 North Michigan Avenue   Suite 300
Chicago, Illinois  60611-4041
Attn : Mr. Phil Doherty
Vice President/Finance and CFO

Invoice No. 1828664
0276 10512 / 10512-000090
Michael Cordts v. 0000001345

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $560.00 |
| Less Discount | ($56.00) |
| Total Fees after Discount | $504.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $504.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828666
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through February 28, 2011

**Clement, Jayne v. Los Angeles Times, et al. 0000001656**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/07/11 | T. Hix | L190 | 0 | Prepare response to audit letter. | 0.10 | 50.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.10 | |

**Total Fees**      $50.00

**Less Discount**      ($5.00)

**Total Fees After Discount**      $45.00

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| T. Hix | Partner | - | 0.10 | hours at | $500.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Los Angeles Times (Sherman)

**Total Disbursements**                                                          0.00

**Total Amount Due**                                                          $45.00

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1828666
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $50.00 |
| Less Discount | ($5.00) |
| Total Fees after Discount | $45.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $45.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

Invoice No. 1828667
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through February 28, 2011

**Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 – 0000001813**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/07/11 | T. Hix | L190 | 0 | Prepare audit letter response. | 0.10 | 50.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 0.10 | |
| **Total Fees** | | | $50.00 |
| **Less Discount** | | | ($5.00) |
| **Total Fees After Discount** | | | $45.00 |

**Timekeeper Summary**

| T. Hix | Partner | - | 0.10 | hours at | $500.00 | per hour |
|--------|---------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Attorney Services** | |
| 02/28/11 | Attorney Services - NATIONWIDE LEGAL, INC 11/1/10 | 108.10 |
| | **Total Disbursements** | 108.10 |
| | **Total Amount Due** | **$153.10** |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2011

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1828667
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $50.00 |
| Less Discount | ($5.00) |
| Total Fees after Discount | $45.00 |
| Total Disbursements | 108.10 |
| Total Fees and Disbursements This Statement | $153.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name:  Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number:  5201743357 |
| | ABA Wire Payment Number:  026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number:  081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |