IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref No. 8551 - 8577 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On April 6, 2011, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2), a sample of which is annexed hereto as <u>Exhibit A</u> by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Diane Streany

Sworn to before me this
___7th___ day of April, 2011

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 21, 20__

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ARCHON BAY CAPITAL, LLC
      TRANSFEROR: AJAX CONSOLIDATED SERVICE
      CORP - ATTN: CLAIMS PROCESSING DEPT.
      PO BOX 14610
      SURFSIDE BEACH, SC 29587
```

Please note that your schedule in the above referenced case and in the amount of $134.14 has been transferred **(unless previously expunged by court order)** to:

```
      RESTORATION SPECIAL OPPORTUNITIES MASTER
      TRANSFEROR: ARCHON BAY CAPITAL, LLC
      325 GREENWICH AVE - 3RD FLOOR
      ATTN: CLAIMS PROCESSING (BANKRUPTCY)
      GREENWICH, CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  District of Delaware
                  824 Market Street, Fifth Floor
                  Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8551       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/06/2011                           David D. Bird, Clerk of Court

                                           /s/ Diane Streany
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 6, 2011.

**EXHIBIT B**

```
TIME: 16:31:58                                                    The Tribune Company                                                               PAGE:   1
DATE: 04/06/11                                                     CREDITOR LISTING

Name                                                      Address
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: AJAX CONSOLIDATED SERVICE CORP - ATTN: CLAIMS PROCESSING DEPT. PO BOX 14610 SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: AMOROSO, NICHOLAS P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: AT&T P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: BOTELER, ALISON P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: CITIES UNLIMITED INC P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: CITY OF SAN BERNARDINO P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: DUDLEY, CARLTON P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: EAR EVERYTHING INC P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: FIRST IN VIDEO PRODUCTIONS P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: HOLLFELDER, RICHARD M. P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: HUTCHENS, TERRY M P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: LIRA, JOSE CONSEPCION P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: PRODEC FINISHES INC P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: RAPE CRISIS CENTER ATTN: CLAIMS PROCESSING DEPT P.O. BOX 14610 SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: REED, ALISSANDRA P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: ROMERO, DENNIS P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: SANTA MARGARITA WATER DISTRICT - ATTN: CLAIMS PROCESSING DEPT. PO BOX 14610 - SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: STINEBAUGH, SANDRA P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: SUNKIN, GARY P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: TANGO ENGINEERING P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: TRACE COMMUNICATIONS LLC P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
ARCHON BAY CAPITAL, LLC                                   TRANSFEROR: YORK TOWNSHIP BOARD OF COMM. P.O. BOX 14610 ATTN: CLAIMS PROCESSING DEPT SURFSIDE BEACH SC 29587
BLUE HERON MICRO OPPORTUNITIES FUND LLP                   TRANSFEROR: MILLER, MARK ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587
BLUE HERON MICRO OPPORTUNITIES FUND LLP                   TRANSFEROR: RIGOLI PACIFIC CO INC ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587
BLUE HERON MICRO OPPORTUNITIES FUND LLP                   TRANSFEROR: ZAKARIAN, KIMBERLIE ATTN: CLAIMS PROCESSING DEPARTMENT P.O. BOX 14610 SURFSIDE BEACH SC 29587
QUINN ANALYTICS                                           TRANSFEROR: ROCKET MESSENGER SERVICE C/O ARCHON BAY CAPITAL LLC - CLAIMS DEPT PO BOX 14610 SURFSIDE BEACH SC 29587
RESTORATION HOLDINGS LTD                                  TRANSFEROR: ARCHON BAY CAPITAL, LLC 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH CT 06830
RESTORATION HOLDINGS LTD                                  TRANSFEROR: BLUE HERON MICRO OPP. FUND 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH CT 06830
RESTORATION SPECIAL OPPORTUNITIES MASTER                  TRANSFEROR: ARCHON BAY CAPITAL, LLC 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH CT 06830
RESTORATION SPECIAL OPPORTUNITIES MASTER                  TRANSFEROR: BLUE HERON MICRO OPP. FUND 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH CT 06830
RESTORATION SPECIAL OPPORTUNITIES MASTER                  TRANSFEROR: QUINN ANALYTICS 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH CT 06830

Total Number of Records Printed      31
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**TRB TRF NTC**

J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DELAWARE 19801