IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | (Jointly Administered |
| | : | **Hearing Date: 4/25/11 at 1:00 p.m.** |
| Debtors. | : | **Objection Deadline: 4/18/11 at 4:00 p.m.** |

## NOTICE OF MOTION

Tom E. Ehlmann ("Movant") filed the attached *Motion to Deem Claim Timely Filed* (the "Motion").

You are required to file a response to the Motion on or before **April 18, 2011 at 4:00 pm.**

At the same time, you must also serve a copy of the response upon Movant's attorneys:

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

IF OBJECTIONS ARE FILED, A HEARING ON THE MOTION WILL BE HELD ON APRIL 25, 2011 AT 1:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 7, 2011

_____
Mark E. Felger (No. 3919)
*Counsel for Movant*