IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.* | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Mark E. Felger, hereby certify that on the 7th day of April 2011, I caused a copy of the foregoing *Tom E. Ehlmann's Motion to Deem Claim Timely Filed* to be served upon the parties listed below in the manner indicated:

**HAND DELIVERY**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
*(Counsel to Debtors)*

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
*(Counsel to OCUC)*

Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.)*

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE 19801
*(Counsel to Aurelius Capital Management, LP)*

Mark D. Collins, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
*(Counsel to JPMorgan Chase Bank, NA)*

Katharine L. Mayer, Esq.
McCarter & English, LLP
405 N. King Street
Wilmington, DE 19801
*(Counsel to Deutsche Bank Trust Company Americas)*

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
*(Counsel to Law Debenture Trust Co. of New York)*

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
*(Counsel to Wilmington Trust Co.)*

**FIRST CLASS MAIL**

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Janet E. Henderson, Esq.
Kevin T. Lantry, Esq.
Jessica C.K. Boelter, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
*(Counsel to Debtors)*

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
*(Counsel to OCUC)*

Graeme W. Bush, Esq.
James Sottile, Esq.
Zuckerman & Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
*(Counsel to OCUC)*

Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
*Counsel to Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.)*

Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
*(Counsel to Angelo, Gordon & Co., L.P.)*

Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
*(Counsel to Aurelius Capital Management, LP)*

Donald S. Bernstein, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
*(Counsel to JPMorgan Chase Bank, NA)*

David J. Adler, Esq.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167
*(Counsel to Deutsche Bank Trust Company Americas)*

David S. Rosner, Esq.
Richard F. Casher, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
*(Counsel to Law Debenture Trust Co. of New York)*

Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
*(Counsel to Wilmington Trust Co.)*

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 7, 2011                                            COZEN O'CONNOR

                                                                                   Mark E. Felger (No. 3919)