IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | (Jointly Administered) |
| | : | Hearing Date: 4/25/11 at 1:00 p.m. |
| Debtors. | : | Objection Deadline: 4/18/11 at 4:00 p.m. |

## NOTICE OF MOTION

Mark W. Hianik ("Movant") filed the attached *Motion to Deem Claim Timely Filed* (the "Motion").

You are required to file a response to the Motion on or before **April 18, 2011 at 4:00 pm.**

At the same time, you must also serve a copy of the response upon Movant's attorneys:

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

**IF OBJECTIONS ARE FILED, A HEARING ON THE MOTION WILL BE HELD ON APRIL 25, 2011 AT 1:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DE 19801.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 7, 2011

_____
Mark E. Felger (No. 3919)
*Counsel for Movant*