IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## ORDER DEEMING MARK W. HIANIK'S PROOF OF CLAIM TIMELY FILED

Upon consideration of the Motion of Mark W. Hianik to Deem Claim Timely Filed (the "Motion"); it is hereby

ORDERED, that the Motion is granted, and its is further

ORDERED, that the proof of claim filed by Mark W. Hianik shall be deemed to have been filed prior to the Bar Date.


Dated: This ___ day of _____ 2011

_____
Hon. Kevin J. Carey
Chief United States Bankruptcy Judge