## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## ORDER DEEMING PETER A. KNAPP'S
## PROOF OF CLAIM TIMELY FILED

Upon consideration of the Motion of Peter A. Knapp to Deem Claim Timely Filed (the

"Motion"); it is hereby

ORDERED, that the Motion is granted, and its is further

ORDERED, that the proof of claim filed by Peter A. Knapp shall be deemed to have been

filed prior to the Bar Date.

Dated: This ___ day of _____ 2011        _____
                                              Hon. Kevin J. Carey
                                              Chief United States Bankruptcy Judge