# EXHIBIT A

# December

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

JANUARY 31, 2011
INVOICE # 9192439

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2010 | $2,104.50 |
| DISBURSEMENTS | $ 26.24 |
| TOTAL INVOICE | $2,130.74 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE             Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9192439

JANUARY 31, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2010

FEE APPLICATION

MATTER NUMBER- 10164

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 12/1/2010 | LSR | 0.30 | { L210 } {A103} Drafted Twelfth Supplemental Declaration for D. Bradford. | 111.00 |
| 12/2/2010 | LSR | 1.70 | { L210 } {A103} Drafted September fee application (1.1); drafted October fee application (.6). | 629.00 |
| 12/2/2010 | MXP | 1.70 | { L210 } {A110} Prepared exhibits to Jenner's September 2010 fee statement. | 289.00 |
| 12/6/2010 | DJB | 0.30 | { L190 } {A103} Worked on September fee petition. | 277.50 |
| 12/6/2010 | LSR | 0.20 | { L210 } {A103} Edited September fee application. | 74.00 |
| 12/8/2010 | LSR | 0.20 | { L210 } {A104} Conducted final review of September fee application. | 74.00 |
| 12/9/2010 | MXP | 1.80 | { L210 } {A103} Prepared exhibits to Jenner & Block's October 2010 fee statement. | 306.00 |
| 12/23/2010 | DAS | 0.50 | { L210 } {A104} Reviewed invoices for privileged information and redactions of same to prepare invoices for submission to court. | 270.00 |
| 12/27/2010 | LSR | 0.20 | { L210 } {A103} Edited October fee application. | 74.00 |
|  |  | 6.90 | PROFESSIONAL SERVICES | $2,104.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                                   Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 7/7/2010 | Pacer Charges | 18.08 |
| 10/5/2010 | Pacer Charges | 8.16 |
| | TOTAL DISBURSEMENTS | $ 26.24 |

## INVOICE TOTAL $2,130.74

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | .30 | 925.00 | 277.50 |
| DOUGLAS A. SONDGEROTH | .50 | 540.00 | 270.00 |
| LANDON S. RAIFORD | 2.60 | 370.00 | 962.00 |
| MARC A. PATTERSON | 3.50 | 170.00 | 595.00 |
| TOTAL | 6.90 | | $2,104.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES<br>
**JENNER & BLOCK LLP**<br>
353 N. CLARK STREET<br>
CHICAGO, ILLINOIS 60654-3456<br>
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER   10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

JANUARY 31, 2011
INVOICE # 9192437

### DOL SUBPOENA

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2010 | $2,021.00 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $2,021.00 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.
ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9192437

CLIENT NUMBER - 45394

JANUARY 31, 2011

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2010

DOL SUBPOENA

MATTER NUMBER- 10148

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 12/2/2010 | DAS | 0.60 | { L210 } {A108} Reviewed communications from ▮ re follow-up questions related to ▮ (.3); communicated with client re same (.3). | 324.00 |
| 12/3/2010 | DJB | 0.20 | { L190 } {A104} Reviewed ▮ to Department of Labor. | 185.00 |
| 12/3/2010 | DAS | 0.80 | { L210 } {A108} Communicated with ▮ of the DOL re ▮ (.1); prepared summary of ▮ and ▮ (.7) | 432.00 |
| 12/9/2010 | DAS | 0.90 | { L210 } {A105} Reviewed ▮ and ▮ for review and consideration (.5); sent to client for review and discussion (.4). | 486.00 |
| 12/12/2010 | DAS | 0.30 | { L210 } {A106} Reviewed ▮ and communicated with same re response to ▮. | 162.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 12/13/2010 | DAS | 0.80 | {L210} {A106} Reviewed ▮▮▮▮ re ▮▮▮▮ and edited draft response re same (.4); revised draft response and discussed draft with client (.4). | 432.00 |
|---|---|---|---|---|
| | | 3.60 | PROFESSIONAL SERVICES | $2,021.00 |

**INVOICE TOTAL** $2,021.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | .20 | 925.00 | 185.00 |
| DOUGLAS A. SONDGEROTH | 3.40 | 540.00 | 1,836.00 |
| TOTAL | 3.60 | | $2,021.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

# January

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

FEBRUARY 28, 2011
INVOICE # 9194229

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2011 | $3,021.50 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $3,021.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9194229

FEBRUARY 28, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2011

FEE APPLICATION

MATTER NUMBER- 10164

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/6/2011 | LSR | 1.30 | { L210 } {A104} Conducted final review of Tribune October fee application (.4); drafted November fee application (.9). | 565.50 |
| 1/7/2011 | MXP | 2.40 | { L210 } {A110} Prepared exhibits to Jenner's November 2010 fee statement. | 408.00 |
| 1/10/2011 | MXP | 1.60 | { L210 } {A110} Prepared exhibits to Jenner's November 2010 fee statement. | 272.00 |
| 1/11/2011 | LSR | 1.30 | { L210 } {A103} Drafted eighth quarterly fee application. | 565.50 |
| 1/11/2011 | MXP | 1.50 | { L210 } {A110} Worked on preparing exhibits to Jenner's eighth quarterly fee application. | 255.00 |
| 1/13/2011 | DJB | 0.50 | { L190 } {A104} Reviewed fee petitions and affidavits. | 462.50 |
| 1/13/2011 | MXP | 2.90 | { L210 } {A110} Prepared exhibits to Jenner's eighth quarterly fee application. | 493.00 |
| | | 11.50 | PROFESSIONAL SERVICES | $3,021.50 |

**INVOICE TOTAL** $3,021.50

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | .50 | 925.00 | 462.50 |
| LANDON S. RAIFORD | 2.60 | 435.00 | 1,131.00 |
| MARC A. PATTERSON | 8.40 | 170.00 | 1,428.00 |
| TOTAL | 11.50 | | $3,021.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10113

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

FEBRUARY 28, 2011
INVOICE # 9194224

### GENERAL MATTERS

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2011 | $1,977.00 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $1,977.00 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE      Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-8350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9194224

CLIENT NUMBER - 45394

FEBRUARY 28, 2011

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2011

GENERAL MATTERS

MATTER NUMBER- 10113

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/13/2011 | AWV | 0.80 | { L190 } {A108} Conferred with ▉▉▉ attorney re ▉▉▉ for documents (.2); conferred with J. Wasserman re same (.2); conferred with D. Bradford re same (.2); drafted email summary of conversation (.2). | 440.00 |
| 1/14/2011 | GJP | 1.70 | { L140 } {A110} Gathered and organized court files per A. Vail. | 272.00 |
| 1/14/2011 | AWV | 1.00 | { L190 } {A100} Worked on document production issues (.5); conferred with ATG, vendor and client re same (.5). | 550.00 |
| 1/17/2011 | AWV | 0.80 | { L190 } {A100} Worked on document production issues (.5); conferred with team and staff re same (.3). | 440.00 |
| 1/18/2011 | AWV | 0.50 | { L190 } {A100} Worked on review and production (.2); conferred with ▉▉▉ re ▉▉▉ (.1); conferred with client and D. Bradford re all of the above (.2). | 275.00 |
|  |  | 4.80 | PROFESSIONAL SERVICES | $1,977.00 |

**INVOICE TOTAL**                    $1,977.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| ANDREW W. VAIL | 3.10 | 550.00 | 1,705.00 |
| GRETCHEN J. PINNICK | 1.70 | 160.00 | 272.00 |
| TOTAL | 4.80 | | $1,977.00 |

# February

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER 45394
MATTER NUMBER 10164

THE TRIBUNE COMPANY  
435 NORTH MICHIGAN AVENUE  
SUITE 600  
CHICAGO, IL 60611  
ATTN: DAVID P. ELDERSVELD, ESQ.

MARCH 31, 2011  
INVOICE # 9196780

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2011 | $ 165.00 |
| DISBURSEMENTS | $ 39.60 |
| TOTAL INVOICE | $ 204.60 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9196780

MARCH 31, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2011

FEE APPLICATION                                                    MATTER NUMBER- 10164

| 2/7/2011 | DAS | 0.30 | { L210 } {A104} Reviewed invoices to prepare same to submit to court. | 165.00 |
|---|---|---|---|---|
|  |  | 0.30 | PROFESSIONAL SERVICES | $ 165.00 |

**DISBURSEMENTS**

| 2/23/2011 | Photocopy Expense | 39.60 |
|---|---|---|
|  | TOTAL DISBURSEMENTS | $ 39.60 |

**INVOICE TOTAL**                                                                $ 204.60

SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DOUGLAS A. SONDGEROTH | .30 | 550.00 | 165.00 |
| TOTAL | 0.30 |  | $ 165.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

# EXHIBIT B

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Pacer Charge | 26.24 |
| Photocopy Expense | 39.60 |
| **Total** | **65.84** |

1947957.1