# EXHIBIT A

## Exhibit A
## TRIBUNE COMPANY, et al.

Debtor/Committee/Lender Plan Ballot Detail for ASM Capital and Affiliates, Longacre Opportunity Fund, Debt Acquisition Company of America and Affiliates, Liquidity Solutions, Inc., and Fair Harbor Capital

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 8E | 4777 | $ 6,035.96 |
| DACA 2010L, LP (TRANSFEROR:WOOD BROS AIR COMPRESSORS LLC) | 17E | 2080 | $ 2,310.00 |
| DACA 2010L, LP (TRANSFEROR: REDICARE CO.) | 17E | 2629 | $ 436.64 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 21E | 4778 | $ 32.39 |
| ASM CAPITAL, L.P. (TRANSFEROR: ONLINE RESOURCES (FKA) | 21E | 5202 | $ 25,322.65 |
| DACA 2010L, LP (TRANSFEROR: M H S ALUMNI ASSOCIATION) | 41E | 2079 | $ 177.17 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: DEARMAN MARIA) | 41E | 2078 | $ 175.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: SHEA JR, JAMES T) | 44E | 4776 | $ 6,677.42 |
| ASM CAPITAL, L.P. (TRANSFEROR: BITWISE INC) | 44E | 5152 | $ 15,800.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: LEMBACH, DAYLE) | 44E | 5153 | $ 2,700.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: IMPERIAL RUBBER PRODUCTS INC) | 44E | 5204 | $ 1,219.52 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: BETA BREAKERS) | 44E | 4859 | $ 1,984.09 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: INVESTORPLACE MEDIA LLC) | 44E | 4860 | $ 1,000.00 |
| DACA 2010L, LP (TRANSFEROR: AAA FLAG & BANNER MFG CO INC) | 50E | 2178 | $ 169.95 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: SHIELD SECURITY, INC.) | 51E | 4088 | $ 21,980.84 |
| ASM CAPITAL, L.P. (TRANSFEROR: BROADCAST SUPPLY WORLDWIDE) | 52E | 5158 | $ 4,103.61 |
| DACA 2010L, LP (TRANSFEROR: LOST AND SOUND INC) | 52E | 2111 | $ 150.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 53E | 4795 | $ 7,716.01 |
| ASM CAPITAL, L.P. (TRANSFEROR: SIERRA PACIFIC FLEET SERVICE) | 53E | 5109 | $ 1,996.31 |
| ASM CAPITAL, L.P. (TRANSFEROR: NEW DIRECTION SERVICES) | 53E | 5142 | $ 1,784.07 |
| ASM CAPITAL | 54E | 5164 | $ 16,155.66 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 54E | 4784 | $ 21,763.67 |
| ASM CAPITAL III, L.P. (TRANSFEROR: PRISM RETAIL SERVICES) | 54E | 4788 | $ 27,705.20 |
| ASM CAPITAL III, L.P. (TRANSFEROR: RAVENSWOOD SPECIAL EVENTS IN) | 54E | 4791 | $ 6,500.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: ABM JANITORIAL) | 54E | 4797 | $ 3,587.87 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CHICAGO COMMUNICATIONS) | 54E | 5125 | $ 3,890.15 |
| ASM CAPITAL, L.P. (TRANSFEROR: WHEELBASE COMMUNICATIONS LTD) | 54E | 4742 | $ 1,701.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: MINDZOO LLC) | 54E | 4746 | $ 4,992.69 |
| ASM CAPITAL, L.P. (TRANSFEROR: VER-A-FAST CORPORATION) | 54E | 4749 | $ 6,710.55 |
| ASM CAPITAL, L.P. (TRANSFEROR: FROST LIGHTING CO) | 54E | 4757 | $ 6,014.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: GALAXY 1 COMMUNICATIONS LLC) | 54E | 4766 | $ 5,355.53 |
| ASM CAPITAL, L.P. (TRANSFEROR: ROSE PAVING COMPANY) | 54E | 4767 | $ 23,485.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: NEWSBAG INC) | 54E | 5130 | $ 7,378.29 |
| ASM CAPITAL, L.P. (TRANSFEROR: TARGETCOM LLC) | 54E | 5132 | $ 3,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: BITWISE INC) | 54E | 5159 | $ 31,700.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: DKP & ASSOCIATES INC) | 54E | 5160 | $ 12,807.26 |
| ASM CAPITAL, L.P. (TRANSFEROR: DATAFAST INC) | 54E | 5163 | $ 1,599.30 |
| ASM CAPITAL, L.P. (TRANSFEROR: MERCHANTS CREDIT GUIDE) | 54E | 5172 | $ 10,494.28 |
| ASM CAPITAL, L.P. (TRANSFEROR: CREATIVE CIR.ADV.SOLUTIONS) | 54E | 5174 | $ 4,803.92 |
| ASM CAPITAL, L.P. (TRANSFEROR: TBA GLOBAL LLC) | 54E | 5179 | $ 9,150.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: FLOORING RESOURCES CORP) | 54E | 5181 | $ 3,579.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: ACE SANDBLASTING COMPANY) | 54E | 5197 | $ 3,772.50 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: JONES LANG LASALLE) | 54E | 4079 | $ 230,919.50 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: MERKLE INC) | 54E | 4232 | $ 24,125.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ENTICENT, INC) | 54E | 4272 | $ 14,000.00 |
| DACA 2010L, LP (TRANSFEROR: ASSOCIATED INSURANCE PLAN) | 54E | 2098 | $ 640.00 |
| DACA 2010L, LP (TRANSFEROR: HAMILTON CIRCULATION) | 54E | 2120 | $ 330.43 |
| DACA 2010L, LP (TRANSFEROR: ORLAND TOWNSHIP) | 54E | 2127 | $ 250.00 |
| DACA 2010L, LP (TRANSFEROR: PRAIRIE DISTRICT LOFTS) | 54E | 2133 | $ 486.00 |
| DACA 2010L, LP (TRANSFEROR: MILLENIUM PARK LIVING) | 54E | 2168 | $ 842.00 |
| DACA 2010L, LP (TRANSFEROR: ARAMARK REFRESHMENT SERVICES) | 54E | 2173 | $ 313.49 |

Exhibit A
TRIBUNE COMPANY, et al.
Debtor/Committee/Lender Plan Ballot Detail for ASM Capital and Affiliates, Longacre Opportunity Fund, Debt Acquisition Company of America and Affiliates, Liquidity Solutions, Inc., and Fair Harbor Capital

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: DETROIT FREE PRESS) | 54E | 2164 | $ 250.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: INFORMS INC) | 54E | 2604 | $ 489.13 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: MOODY BIBLE INSTITUTE) | 54E | 2608 | $ 264.66 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: GLEN BROOK HIGH SCHOOL #225) | 54E | 2619 | $ 455.21 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: KELLER-HEARTT COMPANY, INC.) | 54E | 3852 | $ 4,565.17 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: INTOUCH SOLUTIONS) | 54E | 3861 | $ 1,431.20 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: DEARBORN WHOLESALE GROCERS L) | 54E | 3874 | $ 1,093.59 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: PRIM HALL ENTERPRISES, INC.) | 54E | 4042 | $ 5,393.14 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: EMBARKMEDIA) | 54E | 4855 | $ 925.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: SYNERGY LAW GROUP LLC) | 54E | 4862 | $ 3,112.50 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: BLUE SKY MARKETING GROUP LTD) | 54E | 4880 | $ 5,867.57 |
| ASM CAPITAL, L.P. (TRANSFEROR: CREATIVE CIR.ADV.SOLUTIONS) | 55E | 5182 | $ 5,837.50 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: CAMBOTICS INC) | 56E | 4205 | $ 49,818.50 |
| DACA 2010L, LP (TRANSFEROR: ARAMARK CORPORATION) | 56E | 2445 | $ 259.85 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: C2MEDIA.COM INC) | 56E | 4861 | $ 2,327.45 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: IMAGIC INC) | 56E | 4864 | $ 1,700.00 |
| DACA 2010L, LP (TRANSFEROR: ARAMARK CORPORATION) | 59E | 2944 | $ 701.79 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: CHICAGO ASSOC OF REALTORS) | 59E | 2093 | $ 285.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: INTERNATIONAL DEMOGRAPHICS) | 59E | 3864 | $ 1,225.00 |
| DACA 2010L, LP (TRANSFEROR: WEIDEL REALTORS) | 61E | 2118 | $ 350.00 |
| DACA 2010L, LP (TRANSFEROR: PPQUE & ASSOCIATES) | 61E | 2620 | $ 150.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR:EFLAT FEE REALTY ASSOC REALTY) | 61E | 2625 | $ 200.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: ACCU-GLO ELECTRIC OF N.Y.) | 61E | 3846 | $ 3,500.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: MEDIASHOP PR INC) | 61E | 4376 | $ 1,532.26 |
| DACA 2010L, LP (TRANSFEROR: HILLEL DAY SCH OF BOCA) | 62E | 2106 | $ 610.46 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: BUSINESS CARDS TOMORROW) | 62E | 2110 | $ 466.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: WILEN PRESS) | 63E | 5155 | $ 71,898.19 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: RITTER'S PRINTING) | 63E | 4076 | $ 26,347.67 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR:PRINTING CORP OF THE AMERICAS) | 63E | 4109 | $ 6,350.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ON DEMAND ENVELOPE LLC) | 63E | 4251 | $ 17,536.00 |
| DACA 2010L, LP (TRANSFEROR: WESTERN HIGH SCHOOL) | 63E | 2182 | $ 500.00 |
| DACA 2010L, LP (TRANSFEROR: 213EJ LLC) | 65E | 2076 | $ 741.52 |
| DACA 2010L, LP (TRANSFEROR: DABBAH, MARIELA C) | 66E | 2131 | $ 400.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WESTWOOD ONE INC) | 68E | 5111 | $ 13,267.65 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 68E | 5120 | $ 33,758.07 |
| ASM CAPITAL, L.P. (TRANSFEROR: STANDARD MECHANICAL SYSTEMS) | 68E | 5183 | $ 1,791.17 |
| LONGACRE OPPORTUNITY FUND, L.P. | 68E | 4115 | $ 24,214.99 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: EVERTZ MICROSYSTEMS, LTD.) | 68E | 4263 | $ 10,483.99 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: AIRTIME AMUSEMENTS INC) | 68E | 2033 | $ 696.00 |

**Exhibit A**
**TRIBUNE COMPANY, et al.**
**Debtor/Committee/Lender Plan Ballot Detail for ASM Capital and Affiliates, Longacre Opportunity Fund, Debt Acquisition Company of America and Affiliates, Liquidity Solutions, Inc., and Fair Harbor Capital**

| Name | Plan Class | Ballot Number | | Vote Amount |
|---|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: E2V TECHNOLOGIES INC) | 69E | 4082 | $ | 68,130.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: RIVERFRONT TIMES LLC) | 69E | 3815 | $ | 7,500.00 |
| ASM CAPITAL AS PURCHASER OF: | 70E | 5198 | $ | 12,510.85 |
| ASM CAPITAL III, L.P. (TRANSFEROR: JTD CONSULTING, INC.) | 70E | 5124 | $ | 48,749.20 |
| ASM CAPITAL, L.P. (TRANSFEROR: HABITAT CONTRACTING) | 70E | 4752 | $ | 7,435.19 |
| ASM CAPITAL, L.P. (TRANSFEROR: PACIFIC RADIO ELECTRONICS) | 70E | 4755 | $ | 2,135.09 |
| ASM CAPITAL, L.P. (TRANSFEROR: CALIFORNIA COMMERCIAL CLEANI) | 70E | 5103 | $ | 2,400.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: NORMAN HECHT RESEARCH INC) | 70E | 5129 | $ | 2,626.18 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: INSTADIUM INC) | 70E | 4275 | $ | 5,357.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: LOS ANGELES CLIPPERS) | 71E | 4775 | $ | 258,681.17 |
| ASM CAPITAL III, L.P. (TRANSFEROR: QUASARANO, JOE) | 71E | 5112 | $ | 11,414.50 |
| ASM CAPITAL III, L.P. (TRANSFEROR: HOLDEN PRODUCTION GROUP) | 71E | 5117 | $ | 11,290.32 |
| ASM CAPITAL, L.P. (TRANSFEROR: POITRAS, STEVEN SCOTT) | 71E | 4763 | $ | 2,509.06 |
| ASM CAPITAL, L.P. (TRANSFEROR: GAME CREEK VIDEO) | 71E | 5201 | $ | 9,630.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: INSTADIUM INC) | 71E | 4196 | $ | 15,000.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: E2V TECHNOLOGIES INC) | 71E | 4229 | $ | 3,138.17 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: HELINET AVIATION SERVICES LL) | 71E | 4260 | $ | 283,590.98 |
| DACA 2010L, LP (TRANSFEROR: LIMOUSINE CONNECTION INC) | 71E | 2177 | $ | 174.88 |
| DACA 2010L, LP (TRANSFEROR: SOUTHERN COUNTIES NEWS SVC.) | 71E | 2631 | $ | 300.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: JOSHUA MORTON PRODUCTIONS) | 71E | 2144 | $ | 1,722.20 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: GREENSCAPES, INC.) | 71E | 2622 | $ | 356.60 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: KLIAN, JACK) | 71E | 3844 | $ | 1,575.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: ADMINISTRATIVE SERV CO OP) | 71E | 4351 | $ | 1,017.68 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: NICKEY PETROLEUM CO) | 71E | 4382 | $ | 1,289.23 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: ACADEMY OF TELEVISION ARTS &) | 71E | 4888 | $ | 1,950.00 |
| ASM CAPITAL | 73E | 5177 | $ | 14,531.70 |
| ASM CAPITAL III, L.P. (TRANSFEROR: SOTSKY, LAURENCE) | 73E | 4781 | $ | 108,461.54 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 73E | 4783 | $ | 30,510.70 |
| ASM CAPITAL III, L.P. (TRANSFEROR: PENN INDUSTRIES, INC.) | 73E | 5121 | $ | 789,941.65 |
| ASM CAPITAL III, L.P. (TRANSFEROR:BRANDOW & JOHNSTON ASSOCIATES) | 73E | 5126 | $ | 16,737.19 |
| ASM CAPITAL, L.P. (TRANSFEROR: MERCHANTS CREDIT GUIDE) | 73E | 4748 | $ | 6,227.15 |
| ASM CAPITAL, L.P. (TRANSFEROR: GLUNZ & JENSEN K & F INC) | 73E | 4759 | $ | 5,422.70 |
| ASM CAPITAL, L.P. (TRANSFEROR: SAS-ROI RETAIL MERCHANDISING) | 73E | 4761 | $ | 3,139.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: CPODM PROFESSIONALS LP) | 73E | 4768 | $ | 12,084.12 |
| ASM CAPITAL, L.P. (TRANSFEROR: CALIFORNIA OFFSET PRINTERS,) | 73E | 4769 | $ | 126,367.58 |
| ASM CAPITAL, L.P. (TRANSFEROR: CULINART INC) | 73E | 5127 | $ | 97,843.59 |
| ASM CAPITAL, L.P. (TRANSFEROR: 23252 VIA CAMPO VERDE LLC) | 73E | 5156 | $ | 870,051.04 |
| ASM CAPITAL, L.P. (TRANSFEROR: CA WALKER) | 73E | 5161 | $ | 57,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: CROWN PRINTERS) | 73E | 5173 | $ | 5,854.67 |
| ASM CAPITAL, L.P. (TRANSFEROR: IMPERIAL RUBBER PRODUCTS INC) | 73E | 5180 | $ | 2,684.50 |
| ASM CAPITAL, L.P. (TRANSFEROR: ONLINE RESOURCES CORPORATION) | 73E | 5187 | $ | 22,210.39 |
| ASM CAPITAL, L.P. (TRANSFEROR: ACCENT ENERGY CALIFORNIA) | 73E | 5190 | $ | 30,253.20 |
| ASM CAPITAL, L.P. (TRANSFEROR: DKP & ASSOCIATES INC) | 73E | 5193 | $ | 5,750.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: LUCAS GROUP) | 73E | 4100 | $ | 30,000.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: EVENTWORKS INC) | 73E | 4217 | $ | 30,617.75 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: TOWNE INC) | 73E | 4245 | $ | 19,158.34 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: MISI COMPANY LTD) | 73E | 4269 | $ | 15,980.00 |

Exhibit A
TRIBUNE COMPANY, et al.

Debtor/Committee/Lender Plan Ballot Detail for ASM Capital and Affiliates, Longacre Opportunity Fund, Debt Acquisition Company of America and Affiliates, Liquidity Solutions, Inc., and Fair Harbor Capital

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD. (TRANSFEROR: TRG CUSTOMER SOLUTIONS) | 73E | 4085 | $ 19,121.76 |
| DACA 2010L, LP (TRANSFEROR: FIVE CONTINENTS MUSIC INC) | 73E | 2035 | $ 350.00 |
| DACA 2010L, LP (TRANSFEROR: FLINTRIDGE PARK INC) | 73E | 2077 | $ 207.39 |
| DACA 2010L, LP (TRANSFEROR: ABM SECURITY) | 73E | 2091 | $ 740.00 |
| DACA 2010L, LP (TRANSFEROR: WESTERN AMERICAN DEVELOPMENT) | 73E | 2099 | $ 315.00 |
| DACA 2010L, LP (TRANSFEROR: ALPINE CREATIVE) | 73E | 2132 | $ 275.00 |
| DACA 2010L, LP (TRANSFEROR: G2 DIRECT & DIGITAL) | 73E | 2138 | $ 23,460.27 |
| DACA 2010L, LP (TRANSFEROR: FRS ENVIRONMENTAL INC) | 73E | 2169 | $ 204.45 |
| DACA 2010L, LP (TRANSFEROR: COURTHOUSE NEWS SERVICE) | 73E | 2172 | $ 900.00 |
| DACA 2010L, LP (TRANSFEROR: WESTERN STATE UNIVERSITY) | 73E | 2179 | $ 2,255.75 |
| DACA 2010L, LP (TRANSFEROR: PRESS PHOTOGRAPHERS ASSOC.) | 73E | 2181 | $ 250.00 |
| DACA 2010L, LP (TRANSFEROR: NEWPORT-MESA SCHOOLS) | 73E | 2185 | $ 2,000.00 |
| DACA 2010L, LP (TRANSFEROR: SCALE FX INC) | 73E | 2446 | $ 350.00 |
| DACA 2010L, LP (TRANSFEROR: VETERINARY CANCER GROUP) | 73E | 2602 | $ 735.00 |
| DACA 2010L, LP (TRANSFEROR: G2 DIRECT & DIGITAL (LAT)) | 73E | 2616 | $ 9,827.70 |
| DACA 2010L, LP (TRANSFEROR: THE NATIONAL ARTS CLUB) | 73E | 2942 | $ 1,500.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: GLENRIDGE CENTER) | 73E | 2070 | $ 760.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: EXECUTIVE TAILORED CLOTHIER) | 73E | 2084 | $ 375.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: ACCESS MEDIA GROUP) | 73E | 2090 | $ 187.50 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: ARAMARK REFRESHMENT SERVICES) | 73E | 2097 | $ 375.23 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: CLEAR CHOICE MAGAZINE) | 73E | 2146 | $ 375.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: R T ENTERPRISES) | 73E | 2148 | $ 7,739.31 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: AIRGAS DRY ICE) | 73E | 2165 | $ 252.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: MONTEBELLO ORTHOPEDIC) | 73E | 2167 | $ 1,030.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: BRYMAN COLLEGE) | 73E | 2606 | $ 385.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: ORANGE COUNTY NAMEPLATE CO.) | 73E | 2630 | $ 241.73 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: F HAUTER) | 73E | 2633 | $ 196.77 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: WEST, CHRISTIANSON) | 73E | 3839 | $ 6,564.52 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: CITY OF RIVERSIDE PUBLIC) | 73E | 3849 | $ 1,494.45 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: INTOUCH SOLUTIONS) | 73E | 3858 | $ 1,342.09 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: MULTI AD SERVICES) | 73E | 4373 | $ 556.79 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: ICON EXPOSURE INC) | 73E | 4848 | $ 1,122.56 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: KAESER AND BLAIR INC) | 73E | 4857 | $ 2,740.47 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: CUSTOMER ACTIVATION PROGRAMS) | 73E | 4863 | $ 2,877.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: COPYNET OFFICE SOLUTIONS INC) | 73E | 4865 | $ 3,436.86 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: MAINLINE INFORMATION SYSTEMS) | 73E | 4868 | $ 972.26 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: ENVIRONMENTAL RECOVERY SERVI) | 73E | 4872 | $ 8,718.72 |

Exhibit A
TRIBUNE COMPANY, et al.

Debtor/Committee/Lender Plan Ballot Detail for ASM Capital and Affiliates, Longacre Opportunity Fund, Debt Acquisition Company of America and Affiliates, Liquidity Solutions, Inc., and Fair Harbor Capital

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: A CORPORATION FOR ARTS & COM) | 73E | 4874 | $ 59,904.38 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: COASTAL BUILDING SERVICES) | 73E | 4878 | $ 1,298.13 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: STEVE BRODNER ILLUSTRATIONS) | 73E | 4886 | $ 1,600.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: CASPIO INC) | 73E | 4889 | $ 842.60 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: TELESOFT CORP) | 73E | 4892 | $ 5,187.61 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: QUESTUS INC) | 73E | 4895 | $ 18,699.23 |
| DACA 2010L, LP (TRANSFEROR: BRAINARD CAFE) | 74E | 2945 | $ 150.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: NATIONAL COMMUNICATIONS) | 75E | 4786 | $ 11,450.50 |
| ASM CAPITAL III, L.P. (TRANSFEROR: ORLANDO UTILITIES COMMISSION) | 75E | 5110 | $ 208,676.82 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 75E | 5116 | $ 466.23 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 75E | 5149 | $ 9,909.49 |
| ASM CAPITAL, L.P. (TRANSFEROR: ROBERTS COMMUNICATIONS) | 75E | 4751 | $ 2,461.22 |
| ASM CAPITAL, L.P. (TRANSFEROR: VER-A-FAST CORPORATION) | 75E | 4772 | $ 14,843.30 |
| ASM CAPITAL, L.P. (TRANSFEROR: MOBILE HEALTH SOLUTIONS INC) | 75E | 5165 | $ 2,430.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: WHEELBASE COMMUNICATIONS LTD) | 75E | 5167 | $ 1,397.81 |
| ASM CAPITAL, L.P. (TRANSFEROR: BENTLEY MOTORS, INC) | 75E | 5178 | $ 2,719.64 |
| ASM CAPITAL, L.P. (TRANSFEROR: RHINO SHIELD) | 75E | 5185 | $ 2,055.73 |
| ASM CAPITAL, L.P. (TRANSFEROR: MASON-DIXON POLLING & RESEAR) | 75E | 5192 | $ 2,740.50 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: GOALGETTERS INC) | 75E | 4248 | $ 2,303.75 |
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD. (TRANSFEROR: ANOCOIL CORPORATION) | 75E | 4091 | $ 11,345.36 |
| DACA 2010L, LP (TRANSFEROR: HOLIDAY INN CALDER PRO PLYR) | 75E | 2074 | $ 201.14 |
| DACA 2010L, LP (TRANSFEROR: PERMONT DEVELOPMENT) | 75E | 2082 | $ 1,373.32 |
| DACA 2010L, LP (TRANSFEROR: WATERFORD LAKES TOWN CENTER) | 75E | 2101 | $ 626.47 |
| DACA 2010L, LP (TRANSFEROR: ANSON STONER INC) | 75E | 2614 | $ 204.85 |
| DACA 2010L, LP (TRANSFEROR: COMP-AIR SERVICE COMPANY) | 75E | 2627 | $ 1,194.72 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: MYMEDIAWORKS .COM) | 75E | 2107 | $ 1,465.70 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: FMP DIRECT INC) | 75E | 2122 | $ 235.95 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: COMPASS RESEARCH) | 75E | 2175 | $ 512.43 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: FLORIDA HOMES & PROPERTIES) | 75E | 2180 | $ 845.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: AAA STAFFING) | 75E | 2632 | $ 195.96 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: R H MILLER PEST SERVICES INC) | 75E | 4045 | $ 1,307.65 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: LS SIMS & ASSOCIATES INC) | 75E | 4379 | $ 2,051.70 |
| ASM CAPITAL III, L.P. (TRANSFEROR: IPC PRINT SERVICES) | 76E | 4794 | $ 149,305.86 |
| DACA 2010L, LP (TRANSFEROR: AT THE HOP) | 76E | 2149 | $ 313.65 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: TAKE ONE) | 76E | 3830 | $ 4,724.70 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: TRAYPML INC) | 76E | 3836 | $ 4,663.95 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: APS HEALTHCARE BETHESDA) | 76E | 4354 | $ 5,445.00 |
| DACA 2010L, LP (TRANSFEROR: FINOCCHIO BROTHERS CARTING) | 77E | 2088 | $ 882.04 |
| DACA 2010L, LP (TRANSFEROR: BERMAN NEWS SERVICE LP) | 77E | 2115 | $ 530.00 |
| DACA 2010L, LP (TRANSFEROR: ALL AMERICAN SEWER & DRAIN) | 77E | 2143 | $ 300.51 |
| DACA 2010L, LP (TRANSFEROR: BLYNN) | 77E | 2605 | $ 155.48 |
| DACA 2010L, LP (TRANSFEROR: BARTEK, RITA ALEXANDRA) | 77E | 2613 | $ 215.23 |

## Exhibit A
## TRIBUNE COMPANY, et al.

Debtor/Committee/Lender Plan Ballot Detail for ASM Capital and Affiliates, Longacre Opportunity Fund, Debt Acquisition Company of America and Affiliates, Liquidity Solutions, Inc., and Fair Harbor Capital

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: C. L. FIELDS) | 77E | 2166 | $ 218.52 |
| DACA 2010L, LP (TRANSFEROR: MATHEWS BOOK STORE) | 78E | 2031 | $ 532.00 |
| DACA 2010L, LP (TRANSFEROR: LEDERS JEWELERS) | 78E | 2142 | $ 418.00 |
| DACA 2010L, LP (TRANSFEROR: CARVEL) | 78E | 2162 | $ 159.00 |
| DACA 2010L, LP (TRANSFEROR: WEST END PIZZA) | 78E | 2171 | $ 639.00 |
| DACA 2010L, LP (TRANSFEROR: JANI/HUNTINGTON STATION) | 78E | 2176 | $ 679.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: LE FRENCH CLEANERS) | 78E | 2095 | $ 271.18 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: M & J TRUCKING ENTERPRISES) | 78E | 2126 | $ 160.00 |
| ASM CAPITAL | 80E | 5169 | $ 3,921.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: NATIONAL COMMUNICATIONS) | 80E | 4785 | $ 89,812.72 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 80E | 4790 | $ 138.47 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 80E | 5123 | $ 9,335.67 |
| ASM CAPITAL, L.P. (TRANSFEROR: CLEANALL COMMERCIAL CLEANING) | 80E | 4770 | $ 8,413.32 |
| ASM CAPITAL, L.P. (TRANSFEROR: THOMSON PROMOTIONS INC) | 80E | 4771 | $ 3,946.83 |
| ASM CAPITAL, L.P. (TRANSFEROR: CENTRAL ADDRESS SYSTEMS INC) | 80E | 5104 | $ 13,855.48 |
| ASM CAPITAL, L.P. (TRANSFEROR: LIME MEDIA GROUP, INC.) | 80E | 5139 | $ 5,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: BANKRATE INC) | 80E | 5175 | $ 2,893.55 |
| ASM CAPITAL, L.P. (TRANSFEROR: TRANSHIRE) | 80E | 5184 | $ 1,587.25 |
| ASM CAPITAL, L.P. (TRANSFEROR: ANGSTROM GRAPHICS, INC.) | 80E | 5189 | $ 78,467.61 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ANOCOIL CORPORATION) | 80E | 4094 | $ 12,834.48 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR:PRINTING CORP OF THE AMERICAS) | 80E | 4235 | $ 14,176.97 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: GOALGETTERS INC) | 80E | 4242 | $ 15,477.79 |
| DACA 2010L, LP (TRANSFEROR: TECHNICAL SERVICE SOURCE INC) | 80E | 2075 | $ 503.50 |
| DACA 2010L, LP (TRANSFEROR: AKADEMIC FOUNDATION INC) | 80E | 2094 | $ 200.00 |
| DACA 2010L, LP (TRANSFEROR: REVGEN CONSULTING LLC) | 80E | 2141 | $ 3,900.00 |
| DACA 2010L, LP (TRANSFEROR: BIG CITY TAVREN) | 80E | 2147 | $ 474.45 |
| DACA 2010L, LP (TRANSFEROR: BAGEL TREE) | 80E | 2183 | $ 350.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: J&B WINDOW CLEANING SERVICE) | 80E | 2083 | $ 191.70 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: CHARTWELLS /DAKA) | 80E | 2108 | $ 239.45 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: COFFEE SUPPLIES AND BEVERAGE) | 80E | 2607 | $ 230.40 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: RANGER CONSTRUCTION) | 80E | 2612 | $ 985.75 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: GMPCS PERSONAL COMMUNICATION) | 80E | 3870 | $ 1,932.45 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: CITY OF DEERFIELD BEACH) | 80E | 4854 | $ 12,022.74 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: PERM A CARE) | 80E | 4856 | $ 1,120.69 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: CONSOLIDATED LABEL CO) | 80E | 4866 | $ 3,928.05 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: DOGHAUS DESIGN INC) | 80E | 4877 | $ 450.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: GORDON HARGROVE & JAMES PA) | 80E | 4881 | $ 23,780.16 |
| ASM CAPITAL | 81E | 4753 | $ 5,015.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WESTWOOD ONE INC) | 81E | 4774 | $ 6,435.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 81E | 4787 | $ 314.61 |

Exhibit A
TRIBUNE COMPANY, et al.

Debtor/Committee/Lender Plan Ballot Detail for ASM Capital and Affiliates, Longacre Opportunity Fund, Debt Acquisition Company of America and Affiliates, Liquidity Solutions, Inc., and Fair Harbor Capital

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| ASM CAPITAL III, L.P. (TRANSFEROR: PEPCO ENERGY SERVICES, INC.) | 81E | 5122 | $ 670,345.59 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 81E | 5148 | $ 10,298.12 |
| ASM CAPITAL, L.P. (TRANSFEROR: DATAFAST INC) | 81E | 5138 | $ 2,232.15 |
| ASM CAPITAL, L.P. (TRANSFEROR: DKP & ASSOCIATES INC) | 81E | 5168 | $ 560.00 |
| DACA 2010L, LP (TRANSFEROR: S K I SUPPLY KIT) | 81E | 2071 | $ 349.96 |
| DACA 2010L, LP (TRANSFEROR: BONEFISH GRILL) | 81E | 2072 | $ 595.00 |
| DACA 2010L, LP (TRANSFEROR: BRIDGESTREET CORPORATE) | 81E | 2081 | $ 1,663.03 |
| DACA 2010L, LP (TRANSFEROR: IMAGINE SCHOOLS) | 81E | 2100 | $ 706.56 |
| DACA 2010L, LP (TRANSFEROR: DONER DIRECT) | 81E | 2121 | $ 300.00 |
| DACA 2010L, LP (TRANSFEROR: NAIMA SAID & ASSOCIATES PC) | 81E | 2139 | $ 168.16 |
| DACA 2010L, LP (TRANSFEROR: RIPARIUS CONSTRUCTION) | 81E | 2140 | $ 831.11 |
| DACA 2010L, LP (TRANSFEROR: M BURKE DELANEY DMD) | 81E | 2145 | $ 446.00 |
| DACA 2010L, LP (TRANSFEROR: SHORE LEAVE CONVENTION) | 81E | 2170 | $ 430.44 |
| DACA 2010L, LP (TRANSFEROR: RYAN HOMES) | 81E | 2609 | $ 653.77 |
| DACA 2010L, LP (TRANSFEROR: GERSTELL ACADEMY) | 81E | 2610 | $ 714.48 |
| DACA 2010L, LP (TRANSFEROR: AERO TRANSCRIPTIONS) | 81E | 2617 | $ 677.60 |
| DACA 2010L, LP (TRANSFEROR:MARYLAND AUTO DEALERS SVC INC) | 81E | 2626 | $ 500.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: CHIPS AUTOMOTIVE) | 81E | 2032 | $ 155.80 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: BEREAN BAPTIST CHURCH) | 81E | 2092 | $ 250.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: PRINT RESOURCE GROUP) | 81E | 4040 | $ 6,610.54 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: MULTIAD SERVICES INC) | 81E | 4386 | $ 2,526.78 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: BEAL INDUSTRIAL PRODUCTS) | 81E | 4853 | $ 882.81 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: OWL CORPORATION) | 81E | 4869 | $ 975.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: OFFIT KURMAN, P.A.) | 81E | 4875 | $ 3,888.50 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: BRICKMAN GROUP LTD) | 81E | 4891 | $ 7,569.23 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 82E | 5101 | $ 2,410.20 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 82E | 5118 | $ 263.79 |
| ASM CAPITAL, L.P. (TRANSFEROR: VER-A-FAST CORPORATION) | 82E | 5102 | $ 4,779.52 |
| ASM CAPITAL, L.P. (TRANSFEROR: ONLINE RESOURCES CORPORATION) | 82E | 5131 | $ 100.00 |
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD (TRANSFEROR: PENINSULA UNITED WAY) | 82E | 4193 | $ 30,000.00 |
| DACA 2010L, LP (TRANSFEROR: MERRIT PRESS INC) | 82E | 2030 | $ 3,442.65 |
| DACA 2010L, LP (TRANSFEROR: BON SECOURS EMPLOYEE) | 82E | 2089 | $ 152.42 |
| DACA 2010L, LP (TRANSFEROR: PRESCIENT APPLIED) | 82E | 2174 | $ 250.00 |
| DACA 2010L, LP (TRANSFEROR: HAMILTON CIRCULATION) | 82E | 2618 | $ 161.41 |
| DACA 2010L, LP (TRANSFEROR: HEADWAY CORPORATE ST) | 82E | 2621 | $ 2,795.43 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: OUTBACK STEAKHOUSE) | 82E | 2129 | $ 1,419.00 |
| ASM CAPITAL AS PURCHASER OF: | 83E | 5186 | $ 28,273.50 |
| ASM CAPITAL AS PURCHASER OF: | 83E | 5188 | $ 69,979.82 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 83E | 4782 | $ 9,920.12 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 83E | 5119 | $ 482.19 |
| ASM CAPITAL, L.P. (TRANSFEROR: DATAFAST INC) | 83E | 4744 | $ 854.03 |
| ASM CAPITAL, L.P. (TRANSFEROR: PAINTING AND DECORATING INC) | 83E | 4745 | $ 3,740.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: CONNECTICUT DAILY NEWSPAPER) | 83E | 5135 | $ 7,161.11 |

## Exhibit A
## TRIBUNE COMPANY, et al.

Debtor/Committee/Lender Plan Ballot Detail for ASM Capital and Affiliates, Longacre Opportunity Fund, Debt Acquisition Company of America and Affiliates, Liquidity Solutions, Inc., and Fair Harbor Capital

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| ASM CAPITAL, L.P. (TRANSFEROR: ADFARE.COM INC) | 83E | 5141 | $ 9,181.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: VER-A-FAST CORPORATION) | 83E | 5143 | $ 4,682.43 |
| ASM CAPITAL, L.P. (TRANSFEROR: COMMUNICATION RESEARCH) | 83E | 5195 | $ 3,098.12 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: DACOR INSTALLATION SERVICES) | 83E | 4223 | $ 20,833.11 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: TELE REACH INC) | 83E | 4226 | $ 40,748.50 |
| DACA 2010L, LP (TRANSFEROR: SKILLCRAFT MACHINE) | 83E | 2034 | $ 774.10 |
| DACA 2010L, LP (TRANSFEROR: HAITIAN HEALTH FOUNDATION INC) | 83E | 2036 | $ 150.00 |
| DACA 2010L, LP (TRANSFEROR: GOOD MORNING NEWS LLC) | 83E | 2073 | $ 7,657.25 |
| DACA 2010L, LP (TRANSFEROR: RESPOND SYSTEMS INC) | 83E | 2112 | $ 328.33 |
| DACA 2010L, LP (TRANSFEROR: DELTA BULK TRANSPORT) | 83E | 2943 | $ 1,158.94 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: BRISTOL CHAMBER OF COMMERCE) | 83E | 2124 | $ 315.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: CONNECTICUT AUTOMOTIVE) | 83E | 2125 | $ 300.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: GILCHRIST FEATURES) | 83E | 2128 | $ 180.57 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: KIM ROSEN ILLUSTRATION) | 83E | 3848 | $ 4,000.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: LIGHTING SERVICES, INC.) | 83E | 4344 | $ 1,570.41 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: MULTIAD SERVICES INC) | 83E | 4367 | $ 1,412.37 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: HISCO PUMP INC) | 83E | 4849 | $ 1,866.50 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: CONNECTICUT LIGHT & POWER) | 83E | 4876 | $ 13,310.69 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: MOVING PICTURES VIDEO INC) | 83E | 4884 | $ 5,010.20 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: BRICKMAN GROUP LTD) | 83E | 4894 | $ 4,444.15 |
| ASM CAPITAL | 84E | 4747 | $ 6,854.04 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 84E | 5113 | $ 3,375.90 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 84E | 5146 | $ 395.25 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: TELE REACH INC) | 84E | 4214 | $ 10,883.00 |
| DACA 2010L, LP (TRANSFEROR: MEL TAYLOR AND ASSOCIATES) | 84E | 2085 | $ 6,854.04 |
| DACA 2010L, LP (TRANSFEROR: VOLUNTEER CENTER OF LEHIGH) | 84E | 2086 | $ 320.00 |
| DACA 2010L, LP (TRANSFEROR: COMMUNITIES IN SCHOOLS) | 84E | 2615 | $ 1,000.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: BROWN-DAUB CHEVROLET) | 84E | 2624 | $ 182.46 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: MULTIAD SERVICES INC) | 84E | 4370 | $ 1,062.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: PREFERRED EAP) | 84E | 4879 | $ 1,260.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: AIR CENTER, INC.) | 84E | 4882 | $ 2,653.64 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: UGI UTILITIES INC) | 84E | 4883 | $ 33,327.85 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: VIAMEDIA LLC) | 84E | 4887 | $ 9,986.06 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ANDREW KLEIN & ASSOCIATES,IN) | 88E | 4278 | $ 32,038.46 |
| DACA 2010L, LP (TRANSFEROR: MICHIGAN CABLE) | 88E | 2163 | $ 400.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: SALEM MEDIA OF OREGON) | 89E | 5147 | $ 17,680.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: RUN SPOT RUN MEDIA INC) | 89E | 5151 | $ 9,668.80 |
| ASM CAPITAL, L.P. (TRANSFEROR: MANZI, JOHN) | 89E | 5107 | $ 229,738.58 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ENTERCOM PORTLAND LLC DBA KG) | 89E | 4208 | $ 55,309.50 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DATA SERVICE SOLUTIONS INC) | 94E | 5150 | $ 42,252.24 |
| ASM CAPITAL, L.P. (TRANSFEROR: KINGSWAY LOGISTICS INC) | 94E | 4756 | $ 13,118.41 |

Exhibit A
TRIBUNE COMPANY, et al.

Debtor/Committee/Lender Plan Ballot Detail for ASM Capital and Affiliates, Longacre Opportunity Fund, Debt Acquisition Company of America and Affiliates, Liquidity Solutions, Inc., and Fair Harbor Capital

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| ASM CAPITAL, L.P. (TRANSFEROR: UNIQUE PRODUCTS & SERVICE) | 94E | 4765 | $ 9,801.43 |
| ASM CAPITAL, L.P. (TRANSFEROR: UNEQ INC) | 94E | 5133 | $ 50,635.46 |
| ASM CAPITAL, L.P. (TRANSFEROR: BEDFORD MOTOR SERVICES, INC.) | 94E | 5157 | $ 9,532.64 |
| ASM CAPITAL, L.P. (TRANSFEROR: DATA PARTNERS INC) | 94E | 5166 | $ 2,830.92 |
| ASM CAPITAL, L.P. (TRANSFEROR: PJ GREEN INC) | 94E | 5191 | $ 1,760.09 |
| ASM CAPITAL, L.P. (TRANSFEROR: ACME SCALE SYSTEMS) | 94E | 5194 | $ 18,109.85 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: DEMAR DIRECT) | 94E | 4239 | $ 65,100.13 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: COMPILED SOLUTIONS) | 94E | 3876 | $ 5,007.24 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: PGC IMAGINE GRAPHICS LLC) | 94E | 4336 | $ 18,918.52 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: LOGICALIS) | 94E | 4339 | $ 2,001.69 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: GBR SYSTEMS CORP) | 94E | 4885 | $ 1,571.51 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: NOVIAN & NOVIAN, LLP) | 95E | 4257 | $ 12,772.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: WANTED TECHNOLOGIES, INC) | 99E | 4202 | $ 43,500.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: MERKLE INC) | 99E | 4254 | $ 23,870.00 |
| ASM CAPITAL AS PURCHASER OF: | 100E | 5106 | $ 94,459.57 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CIRCLE R MEDIA LLC) | 100E | 4799 | $ 95,664.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: MASSACHUSETTS INSTITUTE OF) | 100E | 4743 | $ 9,160.97 |
| ASM CAPITAL, L.P. (TRANSFEROR: NASHVILLE AGENCY) | 100E | 4762 | $ 3,750.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: LEMERY GREISLER LLC) | 100E | 5105 | $ 9,390.21 |
| ASM CAPITAL, L.P. (TRANSFEROR: WENDLING PRINTING) | 100E | 5145 | $ 160,582.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: BARON GROUP, THE) | 100E | 5176 | $ 4,032.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: BADGER PRESS INC) | 100E | 5199 | $ 1,345.00 |
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD (TRANSFEROR:ADVANCED MEDIA RESEARCH GROUP) | 100E | 4281 | $ 30,000.00 |
| DACA 2010L, LP (TRANSFEROR: CLANTON ADVERTISER) | 100E | 2628 | $ 229.52 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: ATLAS TRANSIT INC) | 100E | 2130 | $ 320.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: FORUM NEWS) | 100E | 2611 | $ 150.15 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: ACQUIRE MEDIA VENTURES INC) | 100E | 4348 | $ 1,600.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: SEAVE, AVA LYN) | 100E | 4851 | $ 3,104.84 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WLPA WRDZ WSJW) | 103E | 4773 | $ 8,483.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 103E | 4793 | $ 206,182.78 |
| ASM CAPITAL, L.P. (TRANSFEROR: ARENA MEDIA NETWORKS LLC) | 103E | 4750 | $ 25,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: ADMOBILE DALLAS) | 103E | 4764 | $ 52,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: DFW ADSALES INC.) | 103E | 5108 | $ 25,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: RIGGLE, JOHN) | 103E | 5134 | $ 127,380.77 |
| ASM CAPITAL, L.P. (TRANSFEROR: NORMAN HECHT RESEARCH INC) | 103E | 5136 | $ 2,626.18 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: PETRUZZI DETECTIVE AGENCY) | 103E | 4097 | $ 13,886.52 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: EVERTZ MICROSYSTEMS LTD.) | 103E | 4106 | $ 22,423.75 |
| DACA 2010L, LP (TRANSFEROR: PHILADELPHIA ADVERTING CLUB) | 103E | 2116 | $ 385.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: GOLD MOUNTAIN MEDIA) | 103E | 2114 | $ 297.50 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: ADAMS EXTERMINATING OF NORTH) | 103E | 2123 | $ 158.76 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: BARBIZON LIGHT) | 103E | 2623 | $ 454.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: SOUTHERN ADVERTISING) | 103E | 4850 | $ 1,158.59 |

Exhibit A
TRIBUNE COMPANY, et al.

Debtor/Committee/Lender Plan Ballot Detail for ASM Capital and Affiliates, Longacre Opportunity Fund, Debt Acquisition Company of America and Affiliates, Liquidity Solutions, Inc., and Fair Harbor Capital

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: BEASLEY FM ACQUISITION CORP.) | 103E | 4858 | $ 18,360.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: MEDIA DATA SERVICES INC) | 103E | 4867 | $ 1,906.50 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: VISITING NURSE & HEALTH) | 103E | 4871 | $ 1,584.50 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: STANLEY STEEMER GREAT LAKES) | 104E | 3827 | $ 2,000.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: CITADEL BROADCASTING CORP) | 104E | 4363 | $ 16,705.05 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 105E | 5114 | $ 5,787.11 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ENTERCOM COMM WEZB) | 105E | 4211 | $ 33,900.80 |
| DACA 2010L, LP (TRANSFEROR: PALISADES MEDIA GROUP) | 105E | 2184 | $ 1,190.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: KEATING MAGEE INC) | 105E | 3855 | $ 2,400.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: CHARTER MEDIA - TN/KY) | 105E | 4357 | $ 31,423.65 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: CITADEL BROADCASTING CORP) | 105E | 4360 | $ 1,428.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: NORMAN HECHT RESEARCH INC) | 106E | 5140 | $ 3,219.19 |
| ASM CAPITAL, L.P. (TRANSFEROR: PETERSON, PETER H) | 106E | 5170 | $ 3,362.90 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: E2V TECHNOLOGIES INC) | 106E | 4220 | $ 970.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE INC.) | 107E | 5115 | $ 51.84 |
| DACA 2010L, LP (TRANSFEROR: WEST POINT STATION LLC) | 107E | 2037 | $ 349.14 |
| DACA 2010L, LP (TRANSFEROR: HAMILTON CIRCULATION) | 107E | 2109 | $ 608.66 |
| ASM CAPITAL, L.P. (TRANSFEROR: CRAFT PRODUCTIONS, LLC) | 108E | 5128 | $ 2,125.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: J R LANDRY COMPANY LTD) | 108E | 5144 | $ 2,776.90 |
| ASM CAPITAL, L.P. (TRANSFEROR: STUDIO 83 PRODUCTIONS, INC) | 108E | 5171 | $ 3,565.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: SPECIALTIES INC) | 108E | 3824 | $ 1,263.81 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: KELLY GENERATOR & EQUIPMENT) | 108E | 4890 | $ 1,944.81 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WESTWOOD ONE INC) | 109E | 4780 | $ 13,125.40 |
| ASM CAPITAL III, L.P. (TRANSFEROR: GENCO ENTERTAINMENT INC) | 109E | 4789 | $ 181,619.62 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 109E | 4796 | $ 29,677.41 |
| ASM CAPITAL, L.P. (TRANSFEROR: CTV TELEVISION INC) | 109E | 4758 | $ 191,558.47 |
| ASM CAPITAL, L.P. (TRANSFEROR: OLYMPIA ENTERTAINMENT) | 109E | 4760 | $ 24,832.83 |
| ASM CAPITAL, L.P. (TRANSFEROR: COLUMBUS BLUE JACKETS) | 109E | 5154 | $ 1,828.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: US HELICOPTERS INC) | 109E | 5162 | $ 22,971.48 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ALIEN PRODUCTIONS LLC) | 109E | 4103 | $ 37,096.78 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: MSA) | 109E | 4112 | $ 25,029.74 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: CREATIVE MORTGAGE USA) | 109E | 2113 | $ 2,500.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: LAKESHORE WASTE SERVICES LLC) | 109E | 2603 | $ 242.05 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: TEXAS RANGERS BASEBALL PARTN) | 109E | 3833 | $ 1,000.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: INTERNATIONAL DEMOGRAPHICS) | 109E | 3867 | $ 12,000.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: LOCONTE.2 LLC) | 109E | 4342 | $ 24,625.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: BRICKMAN GROUP LTD) | 109E | 4873 | $ 640.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: OSA INTERNATIONAL INC) | 109E | 4893 | $ 2,625.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: NORPAK CORPORATION) | 109E | 4896 | $ 2,275.00 |
| ASM CAPITAL | 110E | 5196 | $ 2,513.82 |
| ASM CAPITAL III, L.P. (TRANSFEROR: BOND PAINTING COMPANY INC) | 110E | 4792 | $ 13,611.90 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WESTWOOD ONE INC) | 110E | 4800 | $ 73,364.52 |
| ASM CAPITAL, L.P. (TRANSFEROR: KROMA PRINTING INDUSTRIES CO) | 110E | 4754 | $ 12,452.44 |
| ASM CAPITAL, L.P. (TRANSFEROR: UTOG 2 WAY RADIO ASSN INC) | 110E | 5137 | $ 20,848.69 |
| ASM CAPITAL, L.P. (TRANSFEROR: NEP SUPERSHOOTERS, L.P.) | 110E | 5200 | $ 10,253.83 |

# Exhibit A
## TRIBUNE COMPANY, et al.

### Debtor/Committee/Lender Plan Ballot Detail for ASM Capital and Affiliates, Longacre Opportunity Fund, Debt Acquisition Company of America and Affiliates, Liquidity Solutions, Inc., and Fair Harbor Capital

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| DACA 2010L, LP (TRANSFEROR: ENR SERVICES INC) | 110E | 2087 | $ 473.75 |
| DACA 2010L, LP (TRANSFEROR: SUPREME SYSTEMS, INC.) | 110E | 2119 | $ 796.76 |
| DACA 2010L, LP (TRANSFEROR: CAPITOL ELEVATOR CO INC) | 110E | 2444 | $ 525.62 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: EJ ELECTRIC INSTALLATION CO) | 110E | 2117 | $ 2,263.95 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: REMOTE FACILITIES, INC.) | 110E | 4048 | $ 1,350.00 |
| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: PRIME VISIBILITY LLC) | 110E | 4852 | $ 10,000.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: SEMMATERIALS LP) | 1F | 3818 | $ 12,397.22 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: SIRVA RELOCATION LLC) | 1F | 3821 | $ 16,775.00 |