# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Hearing Date: March 7, 2011 at 1:30 p.m. ET |

**STIPULATION BETWEEN DEBTORS AND THE AD HOC COMMITTEE OF SUBSIDIARY TRADE CREDITORS CONCERNING (I) WITHDRAWAL OF THE AD HOC COMMITTEE OF SUBSIDIARY TRADE CREDITORS' OBJECTION TO THE DEBTOR/COMMITTEE/LENDER PLAN AND (II) REQUEST TO HAVE VOTES ON DEBTORS' PLAN OF REORGANIZATION CAST BY MEMBERS OF THE AD HOC COMMITTEE OF SUBSIDIARY TRADE CREDITORS DEEMED TO BE ACCEPTANCES OF SUCH PLAN**

The debtors and debtors-in-possession in the above-captioned chapter 11 cases (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

CHI 5754815v.3

"Debtors") and the Ad Hoc Committee (the "OpCo Trade Committee") of Tribune Subsidiary Trade Creditors (the "Trade Creditors"), each by their undersigned counsel, respectfully submit this Stipulation (the "Stipulation") concerning (i) the withdrawal of the OpCo Trade Committee's objections to confirmation of the Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P, Angelo, Gordon & Co., L.P, and JPMorgan Chase Bank, N.A. (the "Debtor/Committee/Lender Plan") and (ii) the change of the votes of members of the OpCo Trade Committee rejecting the Debtor/Committee/Lender Plan to be deemed to be acceptances of such plan. The parties to this Stipulation respectfully state as follows:

1. On February 15, 2011, the OpCo Trade Committee filed the Ad Hoc Committee of Tribune Subsidiary Trade Creditors' Objection to the Debtors' Plan of Reorganization [D.I. 7973] (the "Objection"). In the Objection, the OpCo Trade Committee alleged, among other things, that the Debtor/Committee/Lender Plan could not be confirmed because that plan violated Sections 1129(a)(3) and 1129(b)(2)(B) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Subsequent to the filing of the Objection, on March 3, 2011, the proponents of the Debtor/Committee/Lender Plan filed the Proposed Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries (the "Modified D/C/L Plan") [D.I. 8259]. The Modified D/C/L Plan, among other things, modifies the treatment to be afforded to the classes of General Unsecured Claims against the Debtors other than Tribune Company to remove the $150 million aggregate cap on such claims. See Modified D/C/L Plan at § 3.3.5(b), with such language attached to this Stipulation as Exhibit B.

3. The revisions to the Modified D/C/L Plan resolve the OpCo Trade Committee's Objection and, as a result, the OpCo Trade Committee now supports confirmation of the Modified D/C/L Plan and wishes to change its previous votes to reject the Debtor/Committee/Lender Plan.

4. Accordingly, the OpCo Trade Committee affirmatively states as follows respecting the Modified D/C/L Plan:

   a. As a result of the modifications contained in the Modified D/C/L Plan, the Objection is hereby withdrawn with prejudice.

   b. As a result of the modifications contained in the Modified D/C/L Plan, the members of the OpCo Trade Committee hereby request that the votes on Exhibit A hereto, which are votes previously cast by members of the OpCo Trade Committee to reject the Debtor/Committee/Lender Plan, each be classified as votes to accept the Modified D/C/L Plan.

5. The Debtors and the OpCo Trade Committee each intend that notice of this Stipulation provide notice of the OpCo Trade Committee's members' change of their votes respecting the Debtor/Committee/Lender Plan, in accordance with Rule 3018(a) of the Federal Rules of Bankruptcy Procedure.[2]

---

[2] The undersigned counsel is authorized to sign and file this Stipulation concerning the change of the OpCo Trade Committee members' votes (among other things) pursuant to Rule 3018(c) of the Federal Rules of Bankruptcy Procedure.

6. Nothing in this Stipulation precludes the OpCo Trade Committee from applying to the Bankruptcy Court for payment of its professional fees and expenses pursuant to section 503(b)(3) of the Bankruptcy Code, nor does anything in this Stipulation preclude the Debtors (or any other party) from objecting to any such application on any grounds.

| ANDREWS & KURTH LLP | SIDLEY AUSTIN LLP |
|---|---|
| By: *Paul N. Silverstein* (signature) | By: (signature) |
| Paul N. Silverstein (NYS Bar No. PS 5098)<br>Jeremy B. Reckmeyer (NYS Bar No. JR 7536)<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 850-2800<br>Facsimile: (212) 850-2929 | James F. Conlan<br>Kenneth P. Kansa<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 |
| -and- | -and- |
| THE ROSNER LAW GROUP LLC<br>Frederick B. Rosner (No. 3995)<br>Scott J. Leonhardt (No. 4885)<br>824 North Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 319-6301 | COLE, SCHOTZ, MEISEL, FORMAN &<br>LEONARD, P.A.<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131 |
| Counsel to the Ad Hoc Committee of Tribune Subsidiary Trade Creditors | Counsel to Debtors and Debtors-in-Possession |

4

CHI 5754815v.2

**EXHIBIT A**

46429/0001-7426023v1

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 8E | 4777 | $6,035.96 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 21E | 4778 | $32.39 |
| ASM CAPITAL, L.P. (TRANSFEROR: ONLINE RESOURCES (FKA) | 21E | 5202 | $25,322.65 |
| ASM CAPITAL III, L.P. (TRANSFEROR: SHEA JR, JAMES T) | 44E | 4776 | $6,677.42 |
| ASM CAPITAL, L.P. (TRANSFEROR: BITWISE INC) | 44E | 5152 | $15,800.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: LEMBACH, DAYLE) | 44E | 5153 | $2,700.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: IMPERIAL RUBBER PRODUCTS INC) | 44E | 5204 | $1,219.52 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: SHIELD SECURITY, INC.) | 51E | 4088 | $21,980.84 |
| ASM CAPITAL, L.P. (TRANSFEROR: BROADCAST SUPPLY WORLDWIDE) | 52E | 5158 | $4,103.61 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 53E | 4795 | $7,716.01 |
| ASM CAPITAL, L.P. (TRANSFEROR: SIERRA PACIFIC FLEET SERVICE) | 53E | 5109 | $1,996.31 |
| ASM CAPITAL, L.P. (TRANSFEROR: NEW DIRECTION SERVICES) | 53E | 5142 | $1,784.07 |
| ASM CAPITAL | 54E | 5164 | $16,155.66 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 54E | 4784 | $21,763.67 |
| ASM CAPITAL III, L.P. (TRANSFEROR: PRISM RETAIL SERVICES) | 54E | 4788 | $27,705.20 |
| ASM CAPITAL III, L.P. (TRANSFEROR: RAVENSWOOD SPECIAL EVENTS IN) | 54E | 4791 | $6,500.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: ABM JANITORIAL) | 54E | 4797 | $3,587.87 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CHICAGO COMMUNICATIONS) | 54E | 5125 | $3,890.15 |
| ASM CAPITAL, L.P. (TRANSFEROR: WHEELBASE COMMUNICATIONS LTD) | 54E | 4742 | $1,701.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: MINDZOO LLC) | 54E | 4746 | $4,992.69 |
| ASM CAPITAL, L.P. (TRANSFEROR: VER-A-FAST CORPORATION) | 54E | 4749 | $6,710.55 |
| ASM CAPITAL, L.P. (TRANSFEROR: FROST LIGHTING CO) | 54E | 4757 | $6,014.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: GALAXY 1 COMMUNICATIONS LLC) | 54E | 4766 | $5,355.53 |
| ASM CAPITAL, L.P. (TRANSFEROR: ROSE PAVING COMPANY) | 54E | 4767 | $23,485.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: NEWSBAG INC) | 54E | 5130 | $7,378.29 |
| ASM CAPITAL, L.P. (TRANSFEROR: TARGETCOM LLC) | 54E | 5132 | $3,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: BITWISE INC) | 54E | 5159 | $31,700.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: DKP & ASSOCIATES INC) | 54E | 5160 | $12,807.26 |
| ASM CAPITAL, L.P. (TRANSFEROR: DATAFAST INC) | 54E | 5163 | $1,599.30 |
| ASM CAPITAL, L.P. (TRANSFEROR: MERCHANTS CREDIT GUIDE) | 54E | 5172 | $10,494.28 |
| ASM CAPITAL, L.P. (TRANSFEROR: CREATIVE CIR.ADV.SOLUTIONS) | 54E | 5174 | $4,803.92 |
| ASM CAPITAL, L.P. (TRANSFEROR: TBA GLOBAL LLC) | 54E | 5179 | $9,150.00 |

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| ASM CAPITAL, L.P. (TRANSFEROR: FLOORING RESOURCES CORP) | 54E | 5181 | $3,579.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: ACE SANDBLASTING COMPANY) | 54E | 5197 | $3,772.50 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: JONES LANG LASALLE) | 54E | 4079 | $230,919.50 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: MERKLE INC) | 54E | 4232 | $24,125.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ENTICENT, INC) | 54E | 4272 | $14,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: CREATIVE CIR.ADV.SOLUTIONS) | 55E | 5182 | $5,837.50 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: CAMBOTICS INC) | 56E | 4205 | $49,818.50 |
| ASM CAPITAL, L.P. (TRANSFEROR: WILEN PRESS) | 63E | 5155 | $71,898.19 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: RITTER'S PRINTING) | 63E | 4076 | $26,347.67 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR:PRINTING CORP OF THE AMERICAS) | 63E | 4109 | $6,350.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ON DEMAND ENVELOPE LLC) | 63E | 4251 | $17,536.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WESTWOOD ONE INC) | 68E | 5111 | $13,267.65 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 68E | 5120 | $33,758.07 |
| ASM CAPITAL, L.P. (TRANSFEROR: STANDARD MECHANICAL SYSTEMS) | 68E | 5183 | $1,791.17 |
| LONGACRE OPPORTUNITY FUND, L.P. | 68E | 4115 | $24,214.99 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: EVERTZ MICROSYSTEMS, LTD.) | 68E | 4263 | $10,483.99 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: E2V TECHNOLOGIES INC) | 69E | 4082 | $68,130.00 |
| ASM CAPITAL AS PURCHASER OF: | 70E | 5198 | $12,510.85 |
| ASM CAPITAL III, L.P. (TRANSFEROR: JTD CONSULTING, INC.) | 70E | 5124 | $48,749.20 |
| ASM CAPITAL, L.P. (TRANSFEROR: HABITAT CONTRACTING) | 70E | 4752 | $7,435.19 |
| ASM CAPITAL, L.P. (TRANSFEROR: PACIFIC RADIO ELECTRONICS) | 70E | 4755 | $2,135.09 |
| ASM CAPITAL, L.P. (TRANSFEROR: CALIFORNIA COMMERCIAL CLEANI) | 70E | 5103 | $2,400.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: NORMAN HECHT RESEARCH INC) | 70E | 5129 | $2,626.18 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: INSTADIUM INC) | 70E | 4275 | $5,357.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: LOS ANGELES CLIPPERS) | 71E | 4775 | $258,681.17 |
| ASM CAPITAL III, L.P. (TRANSFEROR: QUASARANO, JOE) | 71E | 5112 | $11,414.50 |
| ASM CAPITAL III, L.P. (TRANSFEROR: HOLDEN PRODUCTION GROUP) | 71E | 5117 | $11,290.32 |
| ASM CAPITAL, L.P. (TRANSFEROR: POITRAS, STEVEN SCOTT) | 71E | 4763 | $2,509.06 |

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| ASM CAPITAL, L.P. (TRANSFEROR: GAME CREEK VIDEO) | 71E | 5201 | $9,630.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: INSTADIUM INC) | 71E | 4196 | $15,000.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: E2V TECHNOLOGIES INC) | 71E | 4229 | $3,138.17 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: HELINET AVIATION SERVICES LL) | 71E | 4260 | $283,590.98 |
| ASM CAPITAL | 73E | 5177 | $14,531.70 |
| ASM CAPITAL III, L.P. (TRANSFEROR: SOTSKY, LAURENCE) | 73E | 4781 | $108,461.54 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 73E | 4783 | $30,510.70 |
| ASM CAPITAL III, L.P. (TRANSFEROR: PENN INDUSTRIES, INC.) | 73E | 5121 | $789,941.65 |
| ASM CAPITAL III, L.P. (TRANSFEROR:BRANDOW & JOHNSTON ASSOCIATES) | 73E | 5126 | $16,737.19 |
| ASM CAPITAL, L.P. (TRANSFEROR: MERCHANTS CREDIT GUIDE) | 73E | 4748 | $6,227.15 |
| ASM CAPITAL, L.P. (TRANSFEROR: GLUNZ & JENSEN K & F INC) | 73E | 4759 | $5,422.70 |
| ASM CAPITAL, L.P. (TRANSFEROR: SAS-ROI RETAIL MERCHANDISING) | 73E | 4761 | $3,139.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: CPODM PROFESSIONALS LP) | 73E | 4768 | $12,084.12 |
| ASM CAPITAL, L.P. (TRANSFEROR: CALIFORNIA OFFSET PRINTERS,) | 73E | 4769 | $126,367.58 |
| ASM CAPITAL, L.P. (TRANSFEROR: CULINART INC) | 73E | 5127 | $97,843.59 |
| ASM CAPITAL, L.P. (TRANSFEROR: 23252 VIA CAMPO VERDE LLC) | 73E | 5156 | $870,051.04 |
| ASM CAPITAL, L.P. (TRANSFEROR: CA WALKER) | 73E | 5161 | $57,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: CROWN PRINTERS) | 73E | 5173 | $5,854.67 |
| ASM CAPITAL, L.P. (TRANSFEROR: IMPERIAL RUBBER PRODUCTS INC) | 73E | 5180 | $2,684.50 |
| ASM CAPITAL, L.P. (TRANSFEROR: ONLINE RESOURCES CORPORATION) | 73E | 5187 | $22,210.39 |
| ASM CAPITAL, L.P. (TRANSFEROR: ACCENT ENERGY CALIFORNIA) | 73E | 5190 | $30,253.20 |
| ASM CAPITAL, L.P. (TRANSFEROR: DKP & ASSOCIATES INC) | 73E | 5193 | $5,750.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: LUCAS GROUP) | 73E | 4100 | $30,000.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: EVENTWORKS INC) | 73E | 4217 | $30,617.75 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: TOWNE INC) | 73E | 4245 | $19,158.34 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: MISI COMPANY LTD) | 73E | 4269 | $15,980.00 |
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD. (TRANSFEROR: TRG CUSTOMER SOLUTIONS) | 73E | 4085 | $19,121.76 |
| ASM CAPITAL III, L.P. (TRANSFEROR: NATIONAL COMMUNICATIONS) | 75E | 4786 | $11,450.50 |
| ASM CAPITAL III, L.P. (TRANSFEROR: ORLANDO UTILITIES COMMISSION) | 75E | 5110 | $208,676.82 |

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 75E | 5116 | $466.23 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 75E | 5149 | $9,909.49 |
| ASM CAPITAL, L.P. (TRANSFEROR: ROBERTS COMMUNICATIONS) | 75E | 4751 | $2,461.22 |
| ASM CAPITAL, L.P. (TRANSFEROR: VER-A-FAST CORPORATION) | 75E | 4772 | $14,843.30 |
| ASM CAPITAL, L.P. (TRANSFEROR: MOBILE HEALTH SOLUTIONS INC) | 75E | 5165 | $2,430.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: WHEELBASE COMMUNICATIONS LTD) | 75E | 5167 | $1,397.81 |
| ASM CAPITAL, L.P. (TRANSFEROR: BENTLEY MOTORS, INC) | 75E | 5178 | $2,719.64 |
| ASM CAPITAL, L.P. (TRANSFEROR: RHINO SHIELD) | 75E | 5185 | $2,055.73 |
| ASM CAPITAL, L.P. (TRANSFEROR: MASON-DIXON POLLING & RESEAR) | 75E | 5192 | $2,740.50 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: GOALGETTERS INC) | 75E | 4248 | $2,303.75 |
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD. (TRANSFEROR: ANOCOIL CORPORATION) | 75E | 4091 | $11,345.36 |
| ASM CAPITAL III, L.P. (TRANSFEROR: IPC PRINT SERVICES) | 76E | 4794 | $149,305.86 |
| ASM CAPITAL | 80E | 5169 | $3,921.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: NATIONAL COMMUNICATIONS) | 80E | 4785 | $89,812.72 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 80E | 4790 | $138.47 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 80E | 5123 | $9,335.67 |
| ASM CAPITAL, L.P. (TRANSFEROR: CLEANALL COMMERCIAL CLEANING) | 80E | 4770 | $8,413.32 |
| ASM CAPITAL, L.P. (TRANSFEROR: THOMSON PROMOTIONS INC) | 80E | 4771 | $3,946.83 |
| ASM CAPITAL, L.P. (TRANSFEROR: CENTRAL ADDRESS SYSTEMS INC) | 80E | 5104 | $13,855.48 |
| ASM CAPITAL, L.P. (TRANSFEROR: LIME MEDIA GROUP, INC.) | 80E | 5139 | $5,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: BANKRATE INC) | 80E | 5175 | $2,893.55 |
| ASM CAPITAL, L.P. (TRANSFEROR: TRANSHIRE) | 80E | 5184 | $1,587.25 |
| ASM CAPITAL, L.P. (TRANSFEROR: ANGSTROM GRAPHICS, INC.) | 80E | 5189 | $78,467.61 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ANOCOIL CORPORATION) | 80E | 4094 | $12,834.48 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR:PRINTING CORP OF THE AMERICAS) | 80E | 4235 | $14,176.97 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: GOALGETTERS INC) | 80E | 4242 | $15,477.79 |
| ASM CAPITAL | 81E | 4753 | $5,015.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WESTWOOD ONE INC) | 81E | 4774 | $6,435.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 81E | 4787 | $314.61 |

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
| --- | --- | --- | --- |
| ASM CAPITAL III, L.P. (TRANSFEROR: PEPCO ENERGY SERVICES, INC.) | 81E | 5122 | $670,345.59 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 81E | 5148 | $10,298.12 |
| ASM CAPITAL, L.P. (TRANSFEROR: DATAFAST INC) | 81E | 5138 | $2,232.15 |
| ASM CAPITAL, L.P. (TRANSFEROR: DKP & ASSOCIATES INC) | 81E | 5168 | $560.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 82E | 5101 | $2,410.20 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 82E | 5118 | $263.79 |
| ASM CAPITAL, L.P. (TRANSFEROR: VER-A-FAST CORPORATION) | 82E | 5102 | $4,779.52 |
| ASM CAPITAL, L.P. (TRANSFEROR: ONLINE RESOURCES CORPORATION) | 82E | 5131 | $100.00 |
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD (TRANSFEROR: PENINSULA UNITED WAY) | 82E | 4193 | $30,000.00 |
| ASM CAPITAL AS PURCHASER OF: | 83E | 5186 | $28,273.50 |
| ASM CAPITAL AS PURCHASER OF: | 83E | 5188 | $69,979.82 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 83E | 4782 | $9,920.12 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 83E | 5119 | $482.19 |
| ASM CAPITAL, L.P. (TRANSFEROR: DATAFAST INC) | 83E | 4744 | $854.03 |
| ASM CAPITAL, L.P. (TRANSFEROR: PAINTING AND DECORATING INC) | 83E | 4745 | $3,740.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: CONNECTICUT DAILY NEWSPAPER) | 83E | 5135 | $7,161.11 |
| ASM CAPITAL, L.P. (TRANSFEROR: ADFARE.COM INC) | 83E | 5141 | $9,181.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: VER-A-FAST CORPORATION) | 83E | 5143 | $4,682.43 |
| ASM CAPITAL, L.P. (TRANSFEROR: COMMUNICATION RESEARCH) | 83E | 5195 | $3,098.12 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: DACOR INSTALLATION SERVICES) | 83E | 4223 | $20,833.11 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: TELE REACH INC) | 83E | 4226 | $40,748.50 |
| ASM CAPITAL | 84E | 4747 | $6,854.04 |
| ASM CAPITAL III, L.P. (TRANSFEROR: KING FEATURES SYNDICATE) | 84E | 5113 | $3,375.90 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE) | 84E | 5146 | $395.25 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: TELE REACH INC) | 84E | 4214 | $10,883.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ANDREW KLEIN & ASSOCIATES,IN) | 88B | 4278 | $32,038.46 |
| ASM CAPITAL III, L.P. (TRANSFEROR: SALEM MEDIA OF OREGON) | 89E | 5147 | $17,680.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: RUN SPOT RUN MEDIA INC) | 89E | 5151 | $9,668.80 |
| ASM CAPITAL, L.P. (TRANSFEROR: MANZI, JOHN) | 89E | 5107 | $229,738.58 |

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ENTERCOM PORTLAND LLC DBA KG) | 89E | 4208 | $55,309.50 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DATA SERVICE SOLUTIONS INC) | 94E | 5150 | $42,252.24 |
| ASM CAPITAL, L.P. (TRANSFEROR: KINGSWAY LOGISTICS INC) | 94E | 4756 | $13,118.41 |
| ASM CAPITAL, L.P. (TRANSFEROR: UNIQUE PRODUCTS & SERVICE) | 94E | 4765 | $9,801.43 |
| ASM CAPITAL, L.P. (TRANSFEROR: UNEQ INC) | 94E | 5133 | $50,635.46 |
| ASM CAPITAL, L.P. (TRANSFEROR: BEDFORD MOTOR SERVICES, INC.) | 94E | 5157 | $9,532.64 |
| ASM CAPITAL, L.P. (TRANSFEROR: DATA PARTNERS INC) | 94E | 5166 | $2,830.92 |
| ASM CAPITAL, L.P. (TRANSFEROR: PJ GREEN INC) | 94E | 5191 | $1,760.09 |
| ASM CAPITAL, L.P. (TRANSFEROR: ACME SCALE SYSTEMS) | 94E | 5194 | $18,109.85 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: DEMAR DIRECT) | 94E | 4239 | $65,100.13 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: NOVIAN & NOVIAN, LLP) | 95E | 4257 | $12,772.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: WANTED TECHNOLOGIES, INC) | 99E | 4202 | $43,500.00 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: MERKLE INC) | 99E | 4254 | $23,870.00 |
| ASM CAPITAL AS PURCHASER OF: | 100E | 5106 | $94,459.57 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CIRCLE R MEDIA LLC) | 100E | 4799 | $95,664.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: MASSACHUSETTS INSTITUTE OF) | 100E | 4743 | $9,160.97 |
| ASM CAPITAL, L.P. (TRANSFEROR: NASHVILLE AGENCY) | 100E | 4762 | $3,750.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: LEMERY GREISLER LLC) | 100E | 5105 | $9,390.21 |
| ASM CAPITAL, L.P. (TRANSFEROR: WENDLING PRINTING) | 100E | 5145 | $160,582.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: BARON GROUP, THE) | 100E | 5176 | $4,032.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: BADGER PRESS INC) | 100E | 5199 | $1,345.00 |
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD (TRANSFEROR:ADVANCED MEDIA RESEARCH GROUP) | 100E | 4281 | $30,000.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WLPA WRDZ WSJW) | 103E | 4773 | $8,483.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 103E | 4793 | $206,182.78 |
| ASM CAPITAL, L.P. (TRANSFEROR: ARENA MEDIA NETWORKS LLC) | 103E | 4750 | $25,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: ADMOBILE DALLAS) | 103E | 4764 | $52,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: DFW ADSALES INC.) | 103E | 5108 | $25,000.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: RIGGLE, JOHN) | 103E | 5134 | $127,380.77 |
| ASM CAPITAL, L.P. (TRANSFEROR: NORMAN HECHT RESEARCH INC) | 103E | 5136 | $2,626.18 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: PETRUZZI DETECTIVE AGENCY) | 103E | 4097 | $13,886.52 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: EVERTZ MICROSYSTEMS LTD.) | 103E | 4106 | $22,423.75 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 105E | 5114 | $5,787.11 |

CHI 5754980v.1

## Exhibit A

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ENTERCOM COMM WEZB) | 105E | 4211 | $33,900.80 |
| ASM CAPITAL, L.P. (TRANSFEROR: NORMAN HECHT RESEARCH INC) | 106E | 5140 | $3,219.19 |
| ASM CAPITAL, L.P. (TRANSFEROR: PETERSON, PETER H) | 106E | 5170 | $3,362.90 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: E2V TECHNOLOGIES INC) | 106E | 4220 | $970.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: CREATORS SYNDICATE INC.) | 107E | 5115 | $51.84 |
| ASM CAPITAL, L.P. (TRANSFEROR: CRAFT PRODUCTIONS, LLC) | 108E | 5128 | $2,125.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: J R LANDRY COMPANY LTD) | 108E | 5144 | $2,776.90 |
| ASM CAPITAL, L.P. (TRANSFEROR: STUDIO 83 PRODUCTIONS, INC) | 108E | 5171 | $3,565.00 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WESTWOOD ONE INC) | 109E | 4780 | $13,125.40 |
| ASM CAPITAL III, L.P. (TRANSFEROR: GENCO ENTERTAINMENT INC) | 109E | 4789 | $181,619.62 |
| ASM CAPITAL III, L.P. (TRANSFEROR: DEBMAR-MERCURY LLC) | 109E | 4796 | $29,677.41 |
| ASM CAPITAL, L.P. (TRANSFEROR: CTV TELEVISION INC) | 109E | 4758 | $191,558.47 |
| ASM CAPITAL, L.P. (TRANSFEROR: OLYMPIA ENTERTAINMENT) | 109E | 4760 | $24,832.83 |
| ASM CAPITAL, L.P. (TRANSFEROR: COLUMBUS BLUE JACKETS) | 109E | 5154 | $1,828.00 |
| ASM CAPITAL, L.P. (TRANSFEROR: US HELICOPTERS INC) | 109E | 5162 | $22,971.48 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: ALIEN PRODUCTIONS LLC) | 109E | 4103 | $37,096.78 |
| LONGACRE OPPORTUNITY FUND, L.P. (TRANSFEROR: MSA) | 109E | 4112 | $25,029.74 |
| ASM CAPITAL | 110E | 5196 | $2,513.82 |
| ASM CAPITAL III, L.P. (TRANSFEROR: BOND PAINTING COMPANY INC) | 110E | 4792 | $13,611.90 |
| ASM CAPITAL III, L.P. (TRANSFEROR: WESTWOOD ONE INC) | 110E | 4800 | $73,364.52 |
| ASM CAPITAL, L.P. (TRANSFEROR: KROMA PRINTING INDUSTRIES CO) | 110E | 4754 | $12,452.44 |
| ASM CAPITAL, L.P. (TRANSFEROR: UTOG 2 WAY RADIO ASSN INC) | 110E | 5137 | $20,848.69 |
| ASM CAPITAL, L.P. (TRANSFEROR: NEP SUPERSHOOTERS, L.P.) | 110E | 5200 | $10,253.83 |

## EXHIBIT B

46429/0001-7426023v1

(d)     Voting: Claims in Class 50D through 111D are Impaired, and Holders of Claims in Classes 50D through 111D are conclusively deemed to have rejected the Plan and are not entitled to vote to accept or reject the Plan.

### 3.3.5 Classes 2E through 111E – General Unsecured Claims.

(a)     Classification: Classes 2E through 111E consist of all General Unsecured Claims against the relevant Filed Subsidiary Debtors. The numerical portion of the Class designation corresponds to the applicable Debtor number on Appendix A hereto.

(b)     Treatment: On or as soon as reasonably practicable after the applicable Distribution Date, each Holder of an Allowed General Unsecured Claim against a Filed Subsidiary Debtor shall receive an amount of Cash (paid out of the Distributable Cash Pool) equal to ~~the lesser of (i)~~ 100% of such Holders' Allowed General Unsecured Claim Against a Filed Subsidiary Debtor ~~or (ii) a Pro Rata share of (x) $150,000,000 plus (y) an amount equal to the aggregate amount of Allowed General Unsecured Claims against a Filed Subsidiary arising under section 502(h) of the Bankruptcy Code as a result of the payment to the Estates on account of an Ordinary Litigation Claim~~; provided, however, that ~~post~~Post-petition ~~interest~~Interest shall not accrue or be paid on any General Unsecured Claim against a Filed Subsidiary Debtor.

(c)     Voting: Claims in Classes 2E through 111E are Impaired, and Holders of Claims in Classes 2E through 111E are entitled to vote to accept or reject the Plan against the relevant Debtors.

### 3.3.6 Classes 2K through 111K – Intercompany Claims.

(a)     Classification: Classes 2K through 111K consist of all Intercompany Claims against the relevant Filed Subsidiary Debtors. The numerical portion of the Class designation corresponds to the applicable Debtor number on Appendix A hereto.

(b)     Treatment: In full satisfaction, settlement, release and discharge of and in exchange for Intercompany Claims against Filed Subsidiary Debtors, except as otherwise provided herein, Holders of Intercompany Claims shall receive the treatment afforded to them in the Intercompany Claims Settlement.

(c)     Voting: Claims in Classes 2K through 111K are Impaired; however, as set forth in Section 4.3, votes on the Plan shall not be solicited from Holders of Claims in Classes 2K through 111K.

### 3.3.7 Classes 2L through 111L – Securities Litigation Claims.

(a)     Classification: Classes 2L through 111L consist of all Securities Litigation Claims against the relevant Filed Subsidiary Debtors. The numerical portion of the Class designation corresponds to the applicable Debtor number on Appendix A hereto.