**EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## STIPULATION BETWEEN DEBTORS AND DEBT ACQUISITION COMPANY OF AMERICA V AND AFFILIATES CONCERNING VOTES ON DEBTOR/COMMITTEE/LENDER PLAN OF REORGANIZATION

The debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "Debtors") and Debt Acquisition Company of America V (and its affiliate, DACA 2010L, LP)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

("DACA"), respectfully submit this Stipulation (the "Stipulation") concerning the change of votes cast by DACA on the Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P, Angelo, Gordon & Co., L.P, and JPMorgan Chase Bank, N.A. (the "Debtor/Committee/Lender Plan"), which votes were originally cast to reject such plan, to be deemed to be acceptances of such plan. The parties to this Stipulation respectfully state as follows:

1. On March 3, 2011, the proponents of the Debtor/Committee/Lender Plan filed the Proposed Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries (the "Modified D/C/L Plan") [D.I. 8259]. The Modified D/C/L Plan, among other things, modifies the treatment to be afforded to the classes of General Unsecured Claims against the Debtors other than Tribune Company (the "Debtor Subsidiaries") to remove the $150 million aggregate cap on such claims that had been contained in the Debtor/Committee/Lender Plan. See Modified D/C/L Plan at § 3.3.5(b), with such language attached to this Stipulation as Exhibit A.

2. DACA, as transferee of various General Unsecured Claims against the Debtor Subsidiaries, voted all of such General Unsecured Claims to reject the Debtor/Committee/Lender Plan based on the existence of the $150 million aggregate cap on General Unsecured Claims against the Debtor Subsidiaries.

3. The revisions to the Modified D/C/L Plan attached hereto as Exhibit A eliminate the basis for DACA's votes to reject the Debtor/Committee/Lender Plan and, as a result, DACA now supports confirmation of the Modified D/C/L Plan and wishes to change its previous votes to reject the Debtor/Committee/Lender Plan to reflect that it accepts the Modified D/C/L Plan.

4. Accordingly, DACA affirmatively states that as a result of the modifications contained in the Modified D/C/L Plan, DACA hereby requests that the votes on Exhibit B hereto, which are votes previously cast by DACA to reject the Debtor/Committee/Lender Plan, each be classified as votes to accept the Modified D/C/L Plan.

5. The Debtors and DACA each intend that notice of this Stipulation provide notice of DACA's change of their votes respecting the Debtor/Committee/Lender Plan, in accordance with Rule 3018(a) of the Federal Rules of Bankruptcy Procedure.[2]

| | |
|---|---|
| DEBT ACQUISITION COMPANY OF AMERICA V (on behalf of itself and its affiliate, DACA 2010L, LP)<br><br>By: _____<br><br>Name: Tom Schmitt<br>Title: V.P. | SIDLEY AUSTIN LLP<br><br>By: _____<br><br>James F. Conlan<br>Kenneth P. Kansa<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br><br>Counsel to Debtors and Debtors-in-Possession |

---

[2] The DACA signatory below is authorized to sign and file this Stipulation concerning the change of DACA's votes pursuant to Rule 3018(c) of the Federal Rules of Bankruptcy Procedure.

## **Exhibit A**

(d) Voting: Claims in Class 50D through 111D are Impaired, and Holders of Claims in Classes 50D through 111D are conclusively deemed to have rejected the Plan and are not entitled to vote to accept or reject the Plan.

### 3.3.5 Classes 2E through 111E – General Unsecured Claims.

(a) Classification: Classes 2E through 111E consist of all General Unsecured Claims against the relevant Filed Subsidiary Debtors. The numerical portion of the Class designation corresponds to the applicable Debtor number on Appendix A hereto.

(b) Treatment: On or as soon as reasonably practicable after the applicable Distribution Date, each Holder of an Allowed General Unsecured Claim against a Filed Subsidiary Debtor shall receive an amount of Cash (paid out of the Distributable Cash Pool) equal to ~~the lesser of (i)~~ 100% of such Holders' Allowed General Unsecured Claim Against a Filed Subsidiary Debtor ~~or (ii) a Pro-Rata share of (x) $150,000,000 plus (y) an amount equal to the aggregate amount of Allowed General Unsecured Claims against a Filed Subsidiary arising under section 502(h) of the Bankruptcy Code as a result of the payment to the Estates on account of an Ordinary Litigation Claim~~; provided, however, that ~~post~~Post-petition ~~interest~~Interest shall not accrue or be paid on any General Unsecured Claim against a Filed Subsidiary Debtor.

(c) Voting: Claims in Classes 2E through 111E are Impaired, and Holders of Claims in Classes 2E through 111E are entitled to vote to accept or reject the Plan against the relevant Debtors.

### 3.3.6 Classes 2K through 111K – Intercompany Claims.

(a) Classification: Classes 2K through 111K consist of all Intercompany Claims against the relevant Filed Subsidiary Debtors. The numerical portion of the Class designation corresponds to the applicable Debtor number on Appendix A hereto.

(b) Treatment: In full satisfaction, settlement, release and discharge of and in exchange for Intercompany Claims against Filed Subsidiary Debtors, except as otherwise provided herein, Holders of Intercompany Claims shall receive the treatment afforded to them in the Intercompany Claims Settlement.

(c) Voting: Claims in Classes 2K through 111K are Impaired; however, as set forth in Section 4.3, votes on the Plan shall not be solicited from Holders of Claims in Classes 2K through 111K.

### 3.3.7 Classes 2L through 111L – Securities Litigation Claims.

(a) Classification: Classes 2L through 111L consist of all Securities Litigation Claims against the relevant Filed Subsidiary Debtors. The numerical portion of the Class designation corresponds to the applicable Debtor number on Appendix A hereto.

## **Exhibit B**

Exhibit 1
TRIBUNE COMPANY, et al.
Debtor/Committee/Lender Plan Ballot Detail for Debt Acquisition Company of America and Affiliates

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| DACA 2010L, LP (TRANSFEROR: WOOD BROS AIR COMPRESSORS LLC) | 17E | 2080 | $ 2,310.00 |
| DACA 2010L, LP (TRANSFEROR: REDICARE CO.) | 17E | 2629 | $ 436.64 |
| DACA 2010L, LP (TRANSFEROR: M H S ALUMNI ASSOCIATION) | 41E | 2079 | $ 177.17 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: DEARMAN MARIA) | 41E | 2078 | $ 175.00 |
| DACA 2010L, LP (TRANSFEROR: AAA FLAG & BANNER MFG CO INC) | 50E | 2178 | $ 169.95 |
| DACA 2010L, LP (TRANSFEROR: LOST AND SOUND INC) | 52E | 2111 | $ 150.00 |
| DACA 2010L, LP (TRANSFEROR: ASSOCIATED INSURANCE PLAN) | 54E | 2098 | $ 640.00 |
| DACA 2010L, LP (TRANSFEROR: HAMILTON CIRCULATION) | 54E | 2120 | $ 330.43 |
| DACA 2010L, LP (TRANSFEROR: ORLAND TOWNSHIP) | 54E | 2127 | $ 250.00 |
| DACA 2010L, LP (TRANSFEROR: PRAIRIE DISTRICT LOFTS) | 54E | 2133 | $ 486.00 |
| DACA 2010L, LP (TRANSFEROR: MILLENIUM PARK LIVING) | 54E | 2168 | $ 842.00 |
| DACA 2010L, LP (TRANSFEROR: ARAMARK REFRESHMENT SERVICES) | 54E | 2173 | $ 313.49 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: DETROIT FREE PRESS) | 54E | 2164 | $ 250.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: INFORMS INC) | 54E | 2604 | $ 489.13 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: MOODY BIBLE INSTITUTE) | 54E | 2608 | $ 264.66 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: GLEN BROOK HIGH SCHOOL #225) | 54E | 2619 | $ 455.21 |
| DACA 2010L, LP (TRANSFEROR: ARAMARK CORPORATION) | 56E | 2445 | $ 259.85 |
| DACA 2010L, LP (TRANSFEROR: ARAMARK CORPORATION) | 59E | 2944 | $ 701.79 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: CHICAGO ASSOC OF REALTORS) | 59E | 2093 | $ 285.00 |
| DACA 2010L, LP (TRANSFEROR: WEIDEL REALTORS) | 61E | 2118 | $ 350.00 |
| DACA 2010L, LP (TRANSFEROR: PPQUE & ASSOCIATES) | 61E | 2620 | $ 150.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR:EFLAT FEE REALTY ASSOC REALTY) | 61E | 2625 | $ 200.00 |
| DACA 2010L, LP (TRANSFEROR: HILLEL DAY SCH OF BOCA) | 62E | 2106 | $ 610.46 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: BUSINESS CARDS TOMORROW) | 62E | 2110 | $ 466.00 |
| DACA 2010L, LP (TRANSFEROR: WESTERN HIGH SCHOOL) | 63E | 2182 | $ 500.00 |
| DACA 2010L, LP (TRANSFEROR: 213EJ LLC) | 65E | 2076 | $ 741.52 |
| DACA 2010L, LP (TRANSFEROR: DABBAH, MARIELA C) | 66E | 2131 | $ 400.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: AIRTIME AMUSEMENTS INC) | 68E | 2033 | $ 696.00 |
| DACA 2010L, LP (TRANSFEROR: LIMOUSINE CONNECTION INC) | 71E | 2177 | $ 174.88 |
| DACA 2010L, LP (TRANSFEROR: SOUTHERN COUNTIES NEWS SVC.) | 71E | 2631 | $ 300.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: JOSHUA MORTON PRODUCTIONS) | 71E | 2144 | $ 1,722.20 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: GREENSCAPES, INC.) | 71E | 2622 | $ 356.60 |
| DACA 2010L, LP (TRANSFEROR: FIVE CONTINENTS MUSIC INC) | 73E | 2035 | $ 350.00 |
| DACA 2010L, LP (TRANSFEROR: FLINTRIDGE PARK INC) | 73E | 2077 | $ 207.39 |
| DACA 2010L, LP (TRANSFEROR: ABM SECURITY) | 73E | 2091 | $ 740.00 |
| DACA 2010L, LP (TRANSFEROR: WESTERN AMERICAN DEVELOPMENT) | 73E | 2099 | $ 315.00 |
| DACA 2010L, LP (TRANSFEROR: ALPINE CREATIVE) | 73E | 2132 | $ 275.00 |
| DACA 2010L, LP (TRANSFEROR: G2 DIRECT & DIGITAL) | 73E | 2138 | $ 23,460.27 |
| DACA 2010L, LP (TRANSFEROR: FRS ENVIRONMENTAL INC) | 73E | 2169 | $ 204.45 |
| DACA 2010L, LP (TRANSFEROR: COURTHOUSE NEWS SERVICE) | 73E | 2172 | $ 900.00 |
| DACA 2010L, LP (TRANSFEROR: WESTERN STATE UNIVERSITY) | 73E | 2179 | $ 2,255.75 |
| DACA 2010L, LP (TRANSFEROR: PRESS PHOTOGRAPHERS ASSOC.) | 73E | 2181 | $ 250.00 |
| DACA 2010L, LP (TRANSFEROR: NEWPORT-MESA SCHOOLS) | 73E | 2185 | $ 2,000.00 |
| DACA 2010L, LP (TRANSFEROR: SCALE FX INC) | 73E | 2446 | $ 350.00 |
| DACA 2010L, LP (TRANSFEROR: VETERINARY CANCER GROUP) | 73E | 2602 | $ 735.00 |
| DACA 2010L, LP (TRANSFEROR: G2 DIRECT & DIGITAL (LAT)) | 73E | 2616 | $ 9,827.70 |
| DACA 2010L, LP (TRANSFEROR: THE NATIONAL ARTS CLUB) | 73E | 2942 | $ 1,500.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: GLENRIDGE CENTER) | 73E | 2070 | $ 760.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: EXECUTIVE TAILORED CLOTHIER) | 73E | 2084 | $ 375.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: ACCESS MEDIA GROUP) | 73E | 2090 | $ 187.50 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: ARAMARK REFRESHMENT SERVICES) | 73E | 2097 | $ 375.23 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: CLEAR CHOICE MAGAZINE) | 73E | 2146 | $ 375.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: R T ENTERPRISES) | 73E | 2148 | $ 7,739.31 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: AIRGAS DRY ICE) | 73E | 2165 | $ 252.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: MONTEBELLO ORTHOPEDIC) | 73E | 2167 | $ 1,030.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: BRYMAN COLLEGE) | 73E | 2606 | $ 385.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: ORANGE COUNTY NAMEPLATE CO.) | 73E | 2630 | $ 241.73 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: F HAUTER) | 73E | 2633 | $ 196.77 |
| DACA 2010L, LP (TRANSFEROR: BRAINARD CAFE) | 74E | 2945 | $ 150.00 |
| DACA 2010L, LP (TRANSFEROR: HOLIDAY INN CALDER PRO PLYR) | 75E | 2074 | $ 201.14 |
| DACA 2010L, LP (TRANSFEROR: PERMONT DEVELOPMENT) | 75E | 2082 | $ 1,373.32 |
| DACA 2010L, LP (TRANSFEROR: WATERFORD LAKES TOWN CENTER) | 75E | 2101 | $ 626.47 |
| DACA 2010L, LP (TRANSFEROR: ANSON STONER INC) | 75E | 2614 | $ 204.85 |
| DACA 2010L, LP (TRANSFEROR: COMP-AIR SERVICE COMPANY) | 75E | 2627 | $ 1,194.72 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: MYMEDIAWORKS .COM) | 75E | 2107 | $ 1,465.70 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: FMP DIRECT INC) | 75E | 2122 | $ 235.95 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: COMPASS RESEARCH) | 75E | 2175 | $ 512.43 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: FLORIDA HOMES & PROPERTIES) | 75E | 2180 | $ 845.00 |

| Transferor | | | |
|---|---|---|---|
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: AAA STAFFING) | 75E | 2632 | $ 195.96 |
| DACA 2010L, LP (TRANSFEROR: AT THE HOP) | 76E | 2149 | $ 313.65 |
| DACA 2010L, LP (TRANSFEROR: FINOCCHIO BROTHERS CARTING) | 77E | 2088 | $ 882.04 |
| DACA 2010L, LP (TRANSFEROR: BERMAN NEWS SERVICE LP) | 77E | 2115 | $ 530.00 |
| DACA 2010L, LP (TRANSFEROR: ALL AMERICAN SEWER & DRAIN) | 77E | 2143 | $ 300.51 |
| DACA 2010L, LP (TRANSFEROR: BLYNN) | 77E | 2605 | $ 155.48 |
| DACA 2010L, LP (TRANSFEROR: BARTEK, RITA ALEXANDRA) | 77E | 2613 | $ 215.23 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: C. L. FIELDS) | 77E | 2166 | $ 218.52 |
| DACA 2010L, LP (TRANSFEROR: MATHEWS BOOK STORE) | 78E | 2031 | $ 532.00 |
| DACA 2010L, LP (TRANSFEROR: LEDERS JEWELERS) | 78E | 2142 | $ 418.00 |
| DACA 2010L, LP (TRANSFEROR: CARVEL) | 78E | 2162 | $ 159.00 |
| DACA 2010L, LP (TRANSFEROR: WEST END PIZZA) | 78E | 2171 | $ 639.00 |
| DACA 2010L, LP (TRANSFEROR: JANI/HUNTINGTON STATION) | 78E | 2176 | $ 679.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: LE FRENCH CLEANERS) | 78E | 2095 | $ 271.18 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: M & J TRUCKING ENTERPRISES) | 78E | 2126 | $ 160.00 |
| DACA 2010L, LP (TRANSFEROR: TECHNICAL SERVICE SOURCE INC) | 80E | 2075 | $ 503.50 |
| DACA 2010L, LP (TRANSFEROR: AKADEMIC FOUNDATION INC) | 80E | 2094 | $ 200.00 |
| DACA 2010L, LP (TRANSFEROR: REVGEN CONSULTING LLC) | 80E | 2141 | $ 3,900.00 |
| DACA 2010L, LP (TRANSFEROR: BIG CITY TAVREN) | 80E | 2147 | $ 474.45 |
| DACA 2010L, LP (TRANSFEROR: BAGEL TREE) | 80E | 2183 | $ 350.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: J&B WINDOW CLEANING SERVICE) | 80E | 2083 | $ 191.70 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: CHARTWELLS /DAKA) | 80E | 2108 | $ 239.45 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: COFFEE SUPPLIES AND BEVERAGE) | 80E | 2607 | $ 230.40 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: RANGER CONSTRUCTION) | 80E | 2612 | $ 985.75 |
| DACA 2010L, LP (TRANSFEROR: S K I SUPPLY KIT) | 81E | 2071 | $ 349.96 |
| DACA 2010L, LP (TRANSFEROR: BONEFISH GRILL) | 81E | 2072 | $ 595.00 |
| DACA 2010L, LP (TRANSFEROR: BRIDGESTREET CORPORATE) | 81E | 2081 | $ 1,663.03 |
| DACA 2010L, LP (TRANSFEROR: IMAGINE SCHOOLS) | 81E | 2100 | $ 706.56 |
| DACA 2010L, LP (TRANSFEROR: DONER DIRECT) | 81E | 2121 | $ 300.00 |
| DACA 2010L, LP (TRANSFEROR: NAIMA SAID & ASSOCIATES PC) | 81E | 2139 | $ 168.16 |
| DACA 2010L, LP (TRANSFEROR: RIPARIUS CONSTRUCTION) | 81E | 2140 | $ 831.11 |
| DACA 2010L, LP (TRANSFEROR: M BURKE DELANEY DMD) | 81E | 2145 | $ 446.00 |
| DACA 2010L, LP (TRANSFEROR: SHORE LEAVE CONVENTION) | 81E | 2170 | $ 430.44 |
| DACA 2010L, LP (TRANSFEROR: RYAN HOMES) | 81E | 2609 | $ 653.77 |
| DACA 2010L, LP (TRANSFEROR: GERSTELL ACADEMY) | 81E | 2610 | $ 714.48 |
| DACA 2010L, LP (TRANSFEROR: AERO TRANSCRIPTIONS) | 81E | 2617 | $ 677.60 |
| DACA 2010L, LP (TRANSFEROR:MARYLAND AUTO DEALERS SVC INC) | 81E | 2626 | $ 500.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: CHIPS AUTOMOTIVE) | 81E | 2032 | $ 155.80 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: BEREAN BAPTIST CHURCH) | 81E | 2092 | $ 250.00 |
| DACA 2010L, LP (TRANSFEROR: MERRIT PRESS INC) | 82E | 2030 | $ 3,442.65 |
| DACA 2010L, LP (TRANSFEROR: BON SECOURS EMPLOYEE) | 82E | 2089 | $ 152.42 |
| DACA 2010L, LP (TRANSFEROR: PRESCIENT APPLIED) | 82E | 2174 | $ 250.00 |
| DACA 2010L, LP (TRANSFEROR: HAMILTON CIRCULATION) | 82E | 2618 | $ 161.41 |
| DACA 2010L, LP (TRANSFEROR: HEADWAY CORPORATE ST) | 82E | 2621 | $ 2,795.43 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: OUTBACK STEAKHOUSE) | 82E | 2129 | $ 1,419.00 |
| DACA 2010L, LP (TRANSFEROR: SKILLCRAFT MACHINE) | 83E | 2034 | $ 774.10 |
| DACA 2010L, LP (TRANSFEROR:HAITIAN HEALTH FOUNDATION INC) | 83E | 2036 | $ 150.00 |
| DACA 2010L, LP (TRANSFEROR: GOOD MORNING NEWS LLC) | 83E | 2073 | $ 7,657.25 |
| DACA 2010L, LP (TRANSFEROR: RESPOND SYSTEMS INC) | 83E | 2112 | $ 328.33 |
| DACA 2010L, LP (TRANSFEROR: DELTA BULK TRANSPORT) | 83E | 2943 | $ 1,158.94 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: BRISTOL CHAMBER OF COMMERCE) | 83E | 2124 | $ 315.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: CONNECTICUT AUTOMOTIVE) | 83E | 2125 | $ 300.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: GILCHRIST FEATURES) | 83E | 2128 | $ 180.57 |
| DACA 2010L, LP (TRANSFEROR: MEL TAYLOR AND ASSOCIATES) | 84E | 2085 | $ 6,854.04 |
| DACA 2010L, LP (TRANSFEROR: VOLUNTEER CENTER OF LEHIGH) | 84E | 2086 | $ 320.00 |
| DACA 2010L, LP (TRANSFEROR: COMMUNITIES IN SCHOOLS) | 84E | 2615 | $ 1,000.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: BROWN-DAUB CHEVROLET) | 84E | 2624 | $ 182.46 |
| DACA 2010L, LP (TRANSFEROR: MICHIGAN CABLE) | 88E | 2163 | $ 400.00 |
| DACA 2010L, LP (TRANSFEROR: CLANTON ADVERTISER) | 100E | 2628 | $ 229.52 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: ATLAS TRANSIT INC) | 100E | 2130 | $ 320.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: FORUM NEWS) | 100E | 2611 | $ 150.15 |
| DACA 2010L, LP (TRANSFEROR: PHILADELPHIA ADVERTING CLUB) | 103E | 2116 | $ 385.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: GOLD MOUNTAIN MEDIA) | 103E | 2114 | $ 297.50 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: ADAMS EXTERMINATING OF NORTH) | 103E | 2123 | $ 158.76 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: BARBIZON LIGHT) | 103E | 2623 | $ 454.00 |
| DACA 2010L, LP (TRANSFEROR: PALISADES MEDIA GROUP) | 105E | 2184 | $ 1,190.00 |
| DACA 2010L, LP (TRANSFEROR: WEST POINT STATION LLC) | 107E | 2037 | $ 349.14 |
| DACA 2010L, LP (TRANSFEROR: HAMILTON CIRCULATION) | 107E | 2109 | $ 608.66 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: CREATIVE MORTGAGE USA) | 109E | 2113 | $ 2,500.00 |
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: LAKESHORE WASTE SERVICES LLC) | 109E | 2603 | $ 242.05 |
| DACA 2010L, LP (TRANSFEROR: ENR SERVICES INC) | 110E | 2087 | $ 473.75 |
| DACA 2010L, LP (TRANSFEROR: SUPREME SYSTEMS, INC.) | 110E | 2119 | $ 796.76 |
| DACA 2010L, LP (TRANSFEROR: CAPITOL ELEVATOR CO INC) | 110E | 2444 | $ 525.62 |

| | | | |
|---|---|---|---|
| DEBT ACQUISITION COMPANY OF AMERICA V (TRANSFEROR: EJ ELECTRIC INSTALLATION CO) | 110E | 2117 | $ 2,263.95 |

CHI 5797120v.1