## EXHIBIT E

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Hearing Date: March 7, 2011 at 1:30 p.m. ET** |

### STIPULATION BETWEEN DEBTORS AND
### LIQUIDITY SOLUTIONS, INC. CONCERNING VOTES ON
### DEBTOR/COMMITTEE/LENDER PLAN OF REORGANIZATION

The debtors and debtors-in-possession in the above-captioned chapter 11 cases (the

"Debtors") and Liquidity Solutions, Inc. ("LSI"), respectfully submit this Stipulation (the

"Stipulation") concerning the change of votes cast by LSI on the Second Amended Joint Plan of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

CH1 5768897v.1

Reorganization for Tribune Company and its Subsidiaries proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P, Angelo, Gordon & Co., L.P, and JPMorgan Chase Bank, N.A. (the "Debtor/Committee/Lender Plan"), which votes were originally cast to reject such plan, to be deemed to be acceptances of such plan. The parties to this Stipulation respectfully state as follows:

1.    On March 3, 2011, the proponents of the Debtor/Committee/Lender Plan filed the Proposed Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries (the "Modified D/C/L Plan") [D.I. 8259]. The Modified D/C/L Plan, among other things, modifies the treatment to be afforded to the classes of General Unsecured Claims against the Debtors other than Tribune Company (the "Debtor Subsidiaries") to remove the $150 million aggregate cap on such claims that had been contained in the Debtor/Committee/Lender Plan. See Modified D/C/L Plan at § 3.3.5(b), with such language attached to this Stipulation as Exhibit A.

2.    LSI, as transferee of various General Unsecured Claims against the Debtor Subsidiaries, voted all of such General Unsecured Claims to reject the Debtor/Committee/ Lender Plan based on the existence of the $150 million aggregate cap on General Unsecured Claims against the Debtor Subsidiaries.

3.    The revisions to the Modified D/C/L Plan attached hereto as Exhibit A eliminate the basis for LSI's votes to reject the Debtor/Committee/Lender Plan and, as a result, LSI now supports confirmation of the Modified D/C/L Plan and wishes to change its previous votes to reject the Debtor/Committee/Lender Plan to reflect that it accepts the Modified D/C/L Plan.

4.    Accordingly, LSI affirmatively states that as a result of the modifications contained in the Modified D/C/L Plan, LSI hereby requests that the votes on Exhibit B hereto, which are

2

in the Modified D/C/L Plan, LSI hereby requests that the votes on Exhibit B hereto, which are votes previously cast by LSI to reject the Debtor/Committee/Lender Plan, each be classified as votes to accept the Modified D/C/L Plan.

5.    The Debtors and LSI each intend that notice of this Stipulation provide notice of LSI's change of their votes respecting the Debtor/Committee/Lender Plan, in accordance with Rule 3018(a) of the Federal Rules of Bankruptcy Procedure.[2]

LIQUIDITY SOLUTIONS, INC.

By:

Name:  Norman D. Schoenfeld
Title:    Counsel

SIDLEY AUSTIN LLP

By:

James F. Conlan
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

Counsel to Debtors and
Debtors-in-Possession

3

**Exhibit A**

(d)    Voting: Claims in Class 50D through 111D are impaired, and Holders of Claims in Classes 50D through 111D are conclusively deemed to have rejected the Plan and are not entitled to vote to accept or reject the Plan.

### 3.3.5 Classes 2E through 111E – General Unsecured Claims.

(a)    Classification: Classes 2E through 111E consist of all General Unsecured Claims against the relevant Filed Subsidiary Debtors. The numerical portion of the Class designation corresponds to the applicable Debtor number on Appendix A hereto.

(b)    Treatment: On or as soon as reasonably practicable after the applicable Distribution Date, each Holder of an Allowed General Unsecured Claim against a Filed Subsidiary Debtor shall receive an amount of Cash (paid out of the Distributable Cash Pool) equal to the lesser of (i) 100% of such Holders' Allowed General Unsecured Claim Against a Filed Subsidiary Debtor or (ii) a Pro Rata share of (x) $150,000,000 plus (y) an amount equal to the aggregate amount of Allowed General Unsecured Claims against a Filed Subsidiary arising under section 502(h) of the Bankruptcy Code as a result of the payment to the Estates on account of an Ordinary Litigation Claim; provided, however, that post/Post-petition interest/interest shall not accrue or be paid on any General Unsecured Claim against a Filed Subsidiary Debtor.

(c)    Voting: Claims in Classes 2E through 111E are Impaired, and Holders of Claims in Classes 2E through 111E are entitled to vote to accept or reject the Plan against the relevant Debtors.

### 3.3.6 Classes 2K through 111K – Intercompany Claims.

(a)    Classification: Classes 2K through 111K consist of all Intercompany Claims against the relevant Filed Subsidiary Debtors. The numerical portion of the Class designation corresponds to the applicable Debtor number on Appendix A hereto.

(c)    Treatment: In full satisfaction, settlement, release and discharge of and in exchange for Intercompany Claims against Filed Subsidiary Debtors, except as otherwise provided herein, Holders of Intercompany Claims shall receive the treatment afforded to them in the Intercompany Claims Settlement.

(e)    Voting: Claims in Classes 2K through 111K are Impaired; however, as set forth in Section 4.3, votes on the Plan shall not be solicited from Holders of Claims in Classes 2K through 111K.

### 3.3.7 Classes 2L through 111L – Securities Litigation Claims.

(a)    Classification: Classes 2L through 111L consist of all Securities Litigation Claims against the relevant Filed Subsidiary Debtors. The numerical portion of the Class designation corresponds to the applicable Debtor number on Appendix A hereto.

**Exhibit B**

**Exhibit 1**

**TRIBUNE COMPANY, et al.**

**Debtor/Committee/Lender Plan Ballot Detail for Liquidity Solutions, Inc.**

| Name | Plan Class | Ballot Number | Vote Amount |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: SEMMATERIALS LP) | 1F | 3818 | $ 12,397.22 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: SIRVA RELOCATION LLC) | 1F | 3821 | $ 16,775.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: KELLER-HEARTT COMPANY, INC.) | 54E | 3852 | $ 4,565.17 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: INTOUCH SOLUTIONS) | 54E | 3861 | $ 1,431.20 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: DEARBORN WHOLESALE GROCERS L) | 54E | 3874 | $ 1,093.59 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: PRIM HALL ENTERPRISES, INC.) | 54E | 4042 | $ 5,393.14 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: INTERNATIONAL DEMOGRAPHICS) | 59E | 3864 | $ 1,225.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: ACCU-GLO ELECTRIC OF N.Y.) | 61E | 3846 | $ 3,500.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: MEDIASHOP PR INC) | 61B | 4376 | $ 1,532.26 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: RIVERFRONT TIMES LLC) | 69E | 3815 | $ 7,500.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: KLIAN, JACK) | 71E | 3844 | $ 1,575.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: ADMINISTRATIVE SERV CO OP) | 71E | 4351 | $ 1,017.68 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: NICKEY PETROLEUM CO) | 71E | 4382 | $ 1,289.23 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: WEST, CHRISTIANSON) | 73E | 3839 | $ 6,564.52 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: CITY OF RIVERSIDE PUBLIC) | 73E | 3849 | $ 1,494.45 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: INTOUCH SOLUTIONS) | 73E | 3858 | $ 1,342.09 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: MULTI AD SERVICES) | 73E | 4373 | $ 556.79 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: R H MILLER PEST SERVICES INC) | 75E | 4045 | $ 1,307.65 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: LS SIMS & ASSOCIATES INC) | 75E | 4379 | $ 2,051.70 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: TAKE ONE) | 76E | 3830 | $ 4,724.70 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: TRAYPML INC) | 76E | 3836 | $ 4,663.95 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: APS HEALTHCARE BETHESDA) | 76B | 4354 | $ 5,445.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: GMPCS PERSONAL COMMUNICATION) | 80B | 3870 | $ 1,932.45 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: PRINT RESOURCE GROUP) | 81E | 4040 | $ 6,610.54 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: MULTIAD SERVICES INC) | 81E | 4386 | $ 2,526.78 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: KIM ROSEN ILLUSTRATION) | 83E | 3848 | $ 4,000.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: LIGHTING SERVICES, INC.) | 83E | 4344 | $ 1,570.41 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: MULTIAD SERVICES INC) | 83E | 4367 | $ 1,412.37 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: MULTIAD SERVICES INC) | 84E | 4370 | $ 1,062.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: COMPILED SOLUTIONS) | 94E | 3876 | $ 5,007.24 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: PGC IMAGINE GRAPHICS LLC) | 94E | 4336 | $ 18,918.52 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: LOGICALIS) | 94E | 4339 | $ 2,001.69 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: ACQUIRE MEDIA VENTURES INC) | 100E | 4348 | $ 1,600.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: STANLEY STEEMER GREAT LAKES) | 104E | 3827 | $ 2,000.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: CITADEL BROADCASTING CORP) | 104E | 4363 | $ 16,705.05 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: KEATING MAGEE INC) | 105E | 3855 | $ 2,400.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: CHARTER MEDIA - TN/KY) | 105E | 4357 | $ 31,423.65 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: CITADEL BROADCASTING CORP) | 105E | 4360 | $ 1,428.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: SPECIALTIES INC) | 108E | 3824 | $ 1,263.81 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: TEXAS RANGERS BASEBALL PARTN) | 109E | 3833 | $ 1,000.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: INTERNATIONAL DEMOGRAPHICS) | 109E | 3867 | $ 12,000.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: LOCONTE.2 LLC) | 109E | 4342 | $ 24,625.00 |
| LIQUIDITY SOLUTIONS, INC. (TRANSFEROR: REMOTE FACILITIES, INC.) | 110E | 4048 | $ 1,350.00 |