# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON APRIL 12, 2011 AT 9:30 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CONTESTED MATTERS GOING FORWARD

1.  Notice of Filing of Second Amended Joint Plan of Reorganization for Tribune Company
    and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured
    Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and
    JPMorgan Chase Bank, N.A. (as Modified) (Filed April 5, 2011) (Docket No. 8580)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Objection Deadline: February 15, 2011 at 4:00 p.m.
Reply Deadline: February 25, 2011 at 4:00 p.m.

Responses Received:

(a)    Missouri Department of Revenue Objection to Confirmation of Debtors'
       Joint Plan of Reorganization (Filed October 25, 2010) (Docket No. 6110)

(b)    Kevin Millen Response to Debtor's Ludicrous and Venal Way of Trying
       to Destroy Mr. Kevin "Successful" Millen Life, I Object to the Tribune
       Company Disclosure, Specific, Plans of Reorganization with this
       Responsive Statement… (Filed January 19, 2011) (Docket No. 7550)

(c)    Objection by the New York State Department of Taxation and Finance to
       Confirmation of First Amended Joint Plan of Reorganization for Tribune
       Company and Its Subsidiaries Proposed by the Debtors, the Official
       Committee of Unsecured Creditors, Oaktree Capital Management, L.P.,
       Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed
       February 2, 2011) (Docket No. 7733)

(d)    Objection by Commonwealth of Pennsylvania, Department of Revenue to
       First Amended Joint Plan of Reorganization for Tribune Company and Its
       Subsidiaries Proposed by the Debtors, the Official Committee of
       Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon
       & Co., and JP Morgan Chase Bank, N.A. [D.I. 7136] (the
       "Debtor/Committee/Lender Plan") (Filed February 11, 2011) (Docket No.
       7909)

(e)    Limited Objection of Illinois Secretary of State to First Amended Joint
       Plan of Reorganization for Tribune Company and its Subsidiaries
       Proposed by the Debtors, the Official Committee of Unsecured Creditors,
       Oak Tree Capital Management, L.P., Angelo, Gordon & Co., L.P., and
       JPMorgan Chase Bank, N.A. (Filed February 11, 2011) (Docket No. 7913)

(f)    Limited Objection of Caption Colorado, L.L.C. to Confirmation of Plans
       of Reorganization for Tribune Company and Its Subsidiaries (Filed
       February 15, 2011) (Docket No. 7956)

(g)    Limited Objection of California Franchise Tax Board to Confirmation of
       the Second Amended Joint Plan of Reorganization for Tribune Company
       and Its Subsidiaries Proposed by the Debtors, the Official Committee of
       Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon
       & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 15, 2011)
       (Docket No. 7959)

46429/0001-7490708v1

(h)     Objection of the United States on Behalf of the U.S. Environmental
        Protection Agency to (1) Joint Plan of Reorganization for Tribune
        Company and Its Subsidiaries Proposed by the Debtors and Others and
        (2) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries
        Proposed by Aurelius Capital Management and Others (Filed February 15,
        2011) (Docket No. 7960)

(i)     Objection of Brigade Capital Management to "Second Amended Joint
        Plan of Reorganization for Tribune Company and Its Subsidiaries
        Proposed by the Debtors, the Official Committee of Unsecured Creditors,
        Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JP
        Morgan Chase Bank, N.A. [D.I. 7801] (Filed February 15, 2011) (Docket
        No. 7961)

(j)     Limited Objection and Reservation of Rights of CCI Europe A/S to
        Confirmation of Proposed Plans of Reorganization (Filed February 15,
        2011) (Docket No. 7963)

(k)     Limited Objection and Reservation of Rights of Comcast Corporation and
        Comcast Cable to Confirmation of Proposed Plans of Reorganization
        (Filed February 15, 2011) (Docket No. 7966)

(l)     Limited Objection of the ACE Companies to the Plans (Filed February 15,
        2011) (Docket No. 7968)

(m)     Cook County Department of Revenue's Limited Objection to First
        Amended Joint Plan of Reorganization for Tribune Company and Its
        Subsidiaries Proposed by the Debtors, et al. (Filed February 15, 2011)
        (Docket No. 7970)

(n)     Objection of Robert R. McCormick Tribune Foundation and Cantigny
        Foundation to (I) Second Amended Joint Plan of Reorganization for
        Tribune Company and Its Subsidiaries Proposed by the Debtors, the
        Official Committee of Unsecured Creditors, Oaktree Capital Management,
        L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and
        (II) Joint Plan of Reorganization for Tribune Company and Its
        Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of
        its Managed Entities, Deutsche Bank Trust Company Americas, in its
        Capacity as Successor Indenture Trustee for Certain Series of Senior
        Notes, Law Debenture Trust Company of New York, in its Capacity as
        Successor Indenture Trustee for Certain Series of Senior Notes and
        Wilmington Trust Company, in its Capacity as Successor Indenture
        Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No.
        7972)

(o)     The Ad Hoc Committee of Tribune Subsidiary Trade Creditors' Objection
        to the Debtors' Plan of Reorganization (Filed February 15, 2011) (Docket
        No. 7973)

3

(p)     Objection of the Secretary of the United States Department of Labor to the Confirmation of Each of the Proposed Joint Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7975)

(q)     Iron Mountain Information Management, Inc.'s Limited Objection to Confirmation of the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oak Tree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. [D.I. 7801] (the "Debtor Plan") (Filed February 15, 2011) (Docket No. 7976)

(r)     Limited Objection of GreatBanc Trust Company to Confirmation of (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, LP., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A.; and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7977)

(s)     Limited Objection of Warren Beatty to Plans of Reorganization of Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7979)

(t)     United States Trustee's Objection to Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed By the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. (Filed February 15, 2011) (Docket No. 7980)

46429/0001-7490708v1

(u)     Objection of Certain Current and Former Officers and Directors to:
        (I) Second Amended Joint Plan of Reorganization for Tribune Company
        and Its Subsidiaries Proposed by the Debtors, the Official Committee of
        Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon
        & Co., L.P., and JP Morgan Chase Bank, N.A., and (II) Joint Plan of
        Reorganization for Tribune Company and Its Subsidiaries Proposed by
        Aurelius Capital Management, LP, on Behalf of its Managed Entities,
        Deutsche Bank Trust Company Americas, in its Capacity as Successor
        Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust
        Company of New York, in its Capacity as Successor Indenture Trustee for
        Certain Series of Senior Notes and Wilmington Trust Company, in its
        Capacity as Successor Indenture Trustee for the PHONES Notes (Filed
        February 15, 2011) (Docket No. 7981)

(v)     Samuel Zell's Objection to Confirmation of (A) the Second Amended
        Joint Plan of Reorganization for Tribune Company and Its Subsidiaries
        Proposed by the Debtors, the Official Committee of Unsecured Creditors,
        Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan
        Chase Bank N.A. and (B) the Joint Plan of Reorganization for Tribune
        Company and Its Subsidiaries Proposed by Aurelius Capital Management,
        LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company
        Americas, in its Capacity as Successor Indenture Trustee for Certain
        Series of Senior Notes, Law Debenture Trust Company of New York, in
        its Capacity as Successor Indenture Trustee for Certain Series of Senior
        Notes and Wilmington Trust Company, in its Capacity as Indenture
        Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No.
        7983)

(w)     Objection of Neil Plaintiffs to Plans of Reorganization and Joinder to
        Objection of the Secretary of Labor (Filed February 15, 2011) (Docket
        No. 7984)

(x)     Joinder of Mark W. Hianik, John Birmingham, Tom E. Ehlmann, and
        Peter A. Knapp in Objection of Certain Current and Former Officers and
        Directors to: (I) Second Amended Joint Plan of Reorganization for
        Tribune Company and Its Subsidiaries Proposed by the Debtors, the
        Official Committee of Unsecured Creditors, Oaktree Capital Management,
        L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and
        (II) Joint Plan of Reorganization for Tribune Company and Its
        Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of
        its Managed Entities, Deutsche Bank Trust Company Americas, in its
        Capacity as Successor Indenture Trustee for Certain Series of Senior
        Notes, Law Debenture Trust Company of New York, in its Capacity as
        Successor Indenture Trustee for Certain Series of Senior Notes and
        Wilmington Trust Company, in its Capacity as Successor Indenture
        Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No.
        7986)

46429/0001-7490708v1

(y)     Joinder of Robert R. McCormick Tribune Foundation and Cantigny
        Foundation in Objection of Certain Current and Former Officers and
        Directors to: (I) Second Amended Joint Plan of Reorganization for
        Tribune Company and Its Subsidiaries Proposed by the Debtors, the
        Official Committee of Unsecured Creditors, Oaktree Capital Management,
        L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and
        (II) Joint Plan of Reorganization for Tribune Company and Its
        Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of
        its Managed Entities, Deutsche Bank Trust Company Americas, in its
        Capacity as Successor Indenture Trustee for Certain Series of Senior
        Notes, Law Debenture Trust Company of New York, in its Capacity as
        Successor Indenture Trustee for Certain Series of Senior Notes and
        Wilmington Trust Company, in its Capacity as Successor Indenture
        Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No.
        7987)

(z)     EGI-TRB LLC's Objection to Confirmation of (A) the Second Amended
        Joint Plan of Reorganization for Tribune Company and Its Subsidiaries
        Proposed by the Debtors, the Official Committee of Unsecured Creditors,
        Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan
        Chase Bank N.A. and (B) the Joint Plan of Reorganization for Tribune
        Company and Its Subsidiaries Proposed by Aurelius Capital Management,
        LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company
        Americas, in its Capacity as Successor Indenture Trustee for Certain
        Series of Senior Notes, Law Debenture Trust Company of New York, in
        its Capacity as Successor Indenture Trustee for Certain Series of Senior
        Notes and Wilmington Trust Company, in its Capacity as Indenture
        Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No.
        7988)

(aa)    Limited Objection of the Tribune Company Employee Compensation
        Defendants Group to Second Amended Joint Plan of Reorganization for
        Tribune Company and Its Subsidiaries Proposed by the Debtors, the
        Official Committee of Unsecured Creditors, Oaktree Capital Management,
        L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.
        [Docket No. 7801] (Filed February 15, 2011) (Docket No. 7990)

(bb)    Joinder of Crane Kenney to (I) Objection of Certain Current and Former
        Officers and Directors [Docket No. 7981] and (II) Objection of Robert R.
        McCormick Tribune Foundation and Cantigny Foundation [Docket No.
        7972] (Filed February 15, 2011) (Docket No. 7991)

(cc)   Limited Objection of State of Illinois, Department of Revenue and
Employment Security to Confirmation of the Second Amended Joint Plan
of Reorganization for Tribune Company and Its Subsidiaries Proposed by
the Debtors, the Official Committee of Unsecured Creditors, Oaktree
Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan
Chase Bank, N.A. and Notice of Joinder in Objection Filed by California
Franchise Tax Board [Docket No. 7959] (Filed February 15, 2011)
(Docket No. 7993)

(dd)   Oracle's Opposition to and Rights Reservation Regarding (1) Second
Amended Joint Plan of Reorganization for Tribune Company and Its
Subsidiaries Proposed by the Debtors, the Official Committee of
Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon
& Co., L.P., and JPMorgan Chase Bank N.A. ("Debtor Committee Lender
Plan") (2) Joint Plan of Reorganization for the Tribune Company and its
Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of
its Managed Entities, Deutsche Bank Trust Company Americas Indenture
Trustee, in its Capacity as Successor Indenture Trustee for Certain Series
of Senior Notes, Law Debenture Trust Company of New York, in its
Capacity as Successor Indenture Trustee for Certain Series of Senior
Notes and Wilmington Trust Company, in its Capacity as Successor
Indenture Trustee ("Aurelius Plan") and (3) All Plans Proposed in These
Cases ("Opposition and Rights Reservation") (Filed February 15, 2011)
(Docket No. 7995)

(ee)   [Unredacted] Objection of Wilmington Trust Company, as Successor
Indenture Trustee for the PHONES, to the Second Amended
Debtor/Committee/Lender Plan (Filed February 15, 2011) (Docket No.
7996)

(ff)   United States' Objection to Confirmation of the Debtors' Second
Amended Plan (Filed February 15, 2011) (Docket No. 8001)

(gg)   [Unredacted] Objection of the Noteholder Plan Proponents to
Confirmation of the Debtor/Committee/Lender Plan of Reorganization
(Part I and II) (Filed February 15, 2011) (Docket No. 8013)

(hh)   Letter from John H. Aspelin regarding Confirmation (Filed February 16,
2011) (Docket No. 8015)

(ii)   Joinder of Timothy P. Knight to Objection of Certain Current and Former
Officers and Directors [Docket No. 7981] (Filed February 16, 2011)
(Docket No. 8016)

(jj)   Deutsche Bank Trust Company America's Partial Joinder in Objection of
Wilmington Trust Company, as Successor Indenture Trustee for the
PHONES, to the Second Amended Debtor/Committee/Lender Plan (Filed
February 16, 2011) (Docket No. 8024)

(kk)   [Unredacted] Amended Objection of the Noteholder Plan Proponents to
Confirmation of the Debtor/Committee/Lender Plan of Reorganization
[Filed Under Seal] (Filed February 16, 2011) (Docket No. 8025)
(Redacted Copy – Docket No. 8026)

(ll)   Notice of Filing of [Corrected] Objection of the Secretary of the United
States Department of Labor to the Confirmation of Each of the Proposed
Joint Plans of Reorganization for Tribune Company and Its Subsidiaries –
Docket No. 7975 (Filed February 23, 2011) (Docket No. 8107)

(mm)   Informal Objection by Joanna McCormick

(nn)   Informal Objection by Federal Communication Commission

(oo)   Notice of Withdrawal of Cook County Department of Revenue's Limited
Objection to First Amended Joint Plan of Reorganization for Tribune
Company and Its Subsidiaries Proposed by the Debtors, et al. (Filed
March 4, 2011) (Docket No. 8264)

(pp)   Notice of Filing of Stipulation Between Debtors and the Ad Hoc
Committee of Subsidiary Trade Creditors Concerning (I) Withdrawal of
the Ad Hoc Committee of Subsidiary Trade Creditors' Objection to the
Debtor/Committee/Lender Plan and (II) Request to Have Votes on
Debtor/Committee/Lender Plan Cast by Members of the Ad Hoc
Committee of Subsidiary Trade Creditors Deemed to Be Acceptances of
Such Plan (Filed March 7, 2011) (Docket No. 8288)

(qq)   Notice of Withdraw of Objection of the United States on Behalf of the
U.S. Environmental Protection Agency to Proposed Plans of
Reorganization (Filed March 8, 2011) (Docket No. 8305)

(rr)   Amendment to "Objection of Brigade Capital Management to 'Second
Amended Joint Plan of Reorganization for Tribune Company and Its
Subsidiaries Proposed by the Debtors, the Official Committee of
Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon
& Co., L.P. and JP Morgan Chase Bank, N.A.'" [D.I. 7801] (Filed
March 9, 2011) (Docket No. 8324)

46429/0001-7490708v1

Related Documents:

(a)    Order (I) Approving General Disclosure Statement and Specific Disclosure Statements; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (III) Approving Forms of Ballots, Master Ballots and Related Instructions; (IV) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (V) Fixing Voting Record Date; (VI) Establishing Notice and Objection Procedures in Respect of Confirmation; (VII) Setting Confirmation Schedule and Establishing Parameters on Confirmation-Related Discovery; (VIII) Establishing New Deadline for Return of Media Ownership Certifications; (IX) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs of Same; and (X) Granting Related Relief (Entered December 9, 2010) (Docket No. 7126)

(b)    Joint Disclosure Statement for the Following Plans of Reorganization: 1) First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon, and Co., L.P., and JPMorgan Chase Bank, N.A.; 2) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes; 3) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P.; and 4) Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (Dated: December 8, 2010) (Filed December 10, 2010) (Docket No. 7134)

(c)    Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed December 10, 2010) (Docket No. 7135)

(d)    First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., dated December 8, 2010 (Filed December 10, 2010) (Docket No. 7136)

(e)     Notice of Filing Black Line (I) Joint Disclosure Statement; (II) Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.; and (III) First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed December 10, 2010) (Docket No. 7140)

(f)     Notice of Filing Black Line Joint Disclosure Statement (Filed December 15, 2010) (Docket No. 7198)

(g)     Notice of Filing Debtors' Responsive Statement (Filed December 15, 2010) (Docket No. 7199)

(h)     Notice of Filing Black Line Versions of Revised Exhibits to Solicitation Order (Filed December 15, 2010) (Docket No. 7200)

(i)     Notice of Filing Proposed Order Amending Solicitation Order (Filed December 15, 2010) (Docket No. 7201)

(j)     Creditors' Committee's Notice of Filing Responsive Statement (Filed December 15, 2010) (Docket No. 7202)

(k)     Notice of Filing Senior Lenders' Responsive Statement (Filed December 15, 2010) (Docket No. 7203)

(l)     Order Amending Order (I) Approving General Disclosure Statement and Specific Disclosure Statements; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (III) Approving Forms of Ballots, Master Ballots and Related Instructions; (IV) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (V) Fixing Voting Record Date; (VI) Establishing Notice and Objection Procedures in Respect of Confirmation; (VII) Setting Confirmation Schedule and Establishing Parameters on Confirmation-Related Discovery; (VIII) Establishing New Deadline for Return of Media Ownership Certifications; (IX) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs of Same; and (X) Granting Related Relief (Entered December 16, 2010) (Docket No. 7215)

(m)     Notice of Filing Joint Disclosure Statement (Filed December 17, 2010) (Docket No. 7232)

(n)     Notice of (I) Hearing to Consider Confirmation of Plans of Reorganization
        for Tribune Company and Its Subsidiaries and (II) Voting and Objection
        Deadlines Relating to the Plans (Filed January 26, 2011) (Docket No.
        7638)

(o)     Certificate of Publication of Notice of Confirmation Hearing (Filed
        January 26, 2011) (Docket No. 7639)

(p)     Notice of Filing of Debtor/Committee/Lender Plan Supplement (Filed
        January 31, 2011) (Docket No. 7701)

(q)     Order Approving Stipulation Regarding Use of Examiner's Report at the
        Confirmation Hearing (Entered February 4, 2011) (Docket No. 7790)

(r)     Notice of Filing of Second Amended Joint Plan of Reorganization for
        Tribune Company and Its Subsidiaries Proposed by the Debtors, the
        Official Committee of Unsecured Creditors, Oaktree Capital Management,
        L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed
        February 4, 2011) (Docket No. 7801)

(s)     Affidavit of Solicitation Mailing by Stephenie Kjontvedt (Filed
        February 7, 2011) (Docket No. 7813)

(t)     Affidavit of Mailing of Epiq Bankruptcy Solutions, LLC [Samuel Garcia]
        for Second Amended Joint Plan of Reorganization for Tribune Company
        and Its Subsidiaries Proposed by the Debtors, the Official Committee of
        Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon
        & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 10, 2011)
        (Docket No. 7890)

(u)     Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy
        Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting
        and Rejecting the Joint Plans of Reorganization Proposed for Tribune
        Company and its Subsidiaries (Filed February 11, 2011) (Docket No.
        7918)

(v)     Order Modifying Paragraph 54 of the Solicitations Procedures Order
        (Entered February 15, 2011) (Docket No. 7999)

(w)     Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq
        Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots
        Accepting and Rejecting the Joint Plans of Reorganization Proposed for
        Tribune Company and its Subsidiaries (Filed February 23, 2011) (Docket
        No. 8114)

46429/0001-7490708v1

(x)     [Unredacted] Memorandum of Law in Support of Confirmation and
        Omnibus Reply to Objections to Confirmation of Second Amended Joint
        Plan of Reorganization for Tribune Company and Its Subsidiaries
        Proposed by the Debtors, the Official Committee of Unsecured Creditors,
        Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and
        JPMorgan Chase Bank, N.A. (Filed February 26, 2011) (Docket No. 8173)

(y)     Notice of Filing of Exhibits to the Debtor/Committee/Lender Plan (Filed
        March 2, 2011) (Docket No. 8231)

(z)     Notice of Hearing to Consider Confirmation of Plans of Reorganization
        for Tribune Company and Its Subsidiaries (Filed March 3, 2011) (Docket
        No. 8253)

(aa)    Notice of Filing of Proposed Second Amended Joint Plan of
        Reorganization for Tribune Company and Its Subsidiaries Proposed by the
        Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital
        Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase
        Bank, N.A. (As Modified) (Filed March 3, 2011) (Docket No. 8259)

(bb)    [Unredacted] Notice of Filing Revised Redacted Memorandum of Law in
        Support of Debtor/Committee/Lender Plan (Filed March 8, 2011) (Docket
        No. 8315)

(cc)    DCL Plan Proponents' Submission Regarding Rebuttal Witnesses (Filed
        March 25, 2011) (Docket No. 8499)

(dd)    Noteholder Plan Proponents' Objection to DCL Plan Proponents'
        Submission Regarding Rebuttal Witnesses and Cross-Submission for
        Certain Relief Respecting DCL Rebuttal Case (Filed March 29, 2011)
        (Docket No. 8519)

(ee)    Supplement Concerning FCC Issues with Respect to the Noteholder Plan
        Proponents' Opposition to DCL Plan Proponents' Submission Regarding
        Rebuttal Witnesses and Cross-Submission for Certain Relief Respecting
        DCL Rebuttal Case (Filed March 30, 2011) (Docket No. 8525)

(ff)    DCL Plan Proponents' Response to the Noteholder Plan Proponents'
        Objection to the DCL Plan Proponents Submission Regarding Rebuttal
        Witnesses (Filed March 31, 2011) (Docket No. 8535)

(gg)    Letter from James Sottile to the Honorable Kevin J. Carey requesting
        telephonic hearing (Filed April 4, 2011) (Docket No. 8544)

(hh)    Order Approving Stipulation by and Between Debtors and Caption
        Colorado, L.L.C. Regarding (I) Resolution of Motion for Allowance of
        Administrative Expense Claim and (II) Withdrawal of Objection to Plans
        of Reorganization (Entered April 6, 2011) (Docket No. 8587)

Status:      The Debtor/Committee/Lender Plan Proponents and the following parties
             have consensually resolved their respective objections to the
             Debtor/Committee/Lender Plan:  (i) Missouri Department of Revenue
             [Agenda No. 1(a)]; (ii) New York State Department of Taxation &
             Finance [Agenda No. 1(c)]; (iii) Commonwealth of Pennsylvania,
             Department of Revenue [Agenda No. 1(d)]; (iv) Illinois Secretary of State
             [Agenda No. 1(e)]; (v) Caption Colorado, L.L.C. [Agenda No. 1(f)];
             (vi) State of California Franchise Tax Board [Agenda No. 1(g)]; (vii) U.S.
             Environmental Protection Agency [Agenda No. 1(h)]; (viii) CCI Europe
             A/S [Agenda No. 1(j)]; (ix) Comcast Corporation and Comcast Cable
             [Agenda No. 1(k)]; (x) ACE Companies [Agenda No. 1(l)]; (xi) Cook
             County Department of Revenue [Agenda No. 1(m)]; (xii) Subsidiary
             Trade Creditors [Agenda No. 1(o)]; (xiii) Iron Mountain Information
             Management, Inc. [Agenda No. 1(q)]; (xiv) United States Trustee [Agenda
             No. 1(t)]; (xv) Neil Plaintiffs [Agenda No. 1(w)]; (xvi) Employee
             Compensation Defendants Group [Agenda No. 1(aa)]; and (xvii) State of
             Illinois, Department of Revenue and Employment Security [Agenda No.
             1(cc)].  This matter will be going forward.

2.    Notice of Filing of Second Amended Joint Plan of Reorganization for Tribune Company
      and its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its
      Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor
      Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of
      New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior
      Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee
      for the PHONES Notes (Filed March 28, 2011) (Docket No. 8509)

      Objection Deadline:  February 15, 2011 at 4:00 p.m.
      Reply Deadline: February 25, 2011 at 4:00 p.m.

      Responses Received:

             (a)    Objection by the New York State Department of Taxation and Finance to
                    Confirmation of Joint Plan of Reorganization for Tribune Company and
                    Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf
                    of its Managed Entities, Deutsche Bank Trust Company Americas, in its
                    Capacity as Successor Indenture Trustee for Certain Series of Senior
                    Notes, Law Debenture Trust Company of New York, in its Capacity as
                    Successor Indenture Trustee for Certain Series of Senior Notes and
                    Wilmington Trust Company, in its Capacity as Successor Indenture
                    Trustee for the PHONES Notes (Filed February 2, 2011) (Docket No.
                    7731)

             (b)    Objection by Commonwealth of Pennsylvania, Department of Revenue to
                    Joint Plan of Reorganization for Tribune Company and Its Subsidiaries
                    Proposed by Aurelius Capital Management LP, on Behalf of its Managed
                    Entities, Deutsche Bank Trust Company Americas, in its Capacity as
                    Successor Indenture Trustee for Certain Series of Senior Notes, Law

Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [D.I. 7127] (the "Noteholder Plan") (Filed February 11, 2011) (Docket No. 7910)

(c)     Limited Objection of Illinois Secretary of State to Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Indenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the Phone Notes (Filed February 11, 2011) (Docket No. 7914)

(d)     Limited Objection of Caption Colorado, L.L.C. to Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7956)

(e)     Objection of the United States on Behalf of the U.S. Environmental Protection Agency to (1) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors and Others and (2) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management and Others (Filed February 15, 2011) (Docket No. 7960)

(f)     Limited Objection and Reservation of Rights of CCI Europe A/S to Confirmation of Proposed Plans of Reorganization (Filed February 15, 2011) (Docket No. 7963)

(g)     Limited Objection of California Franchise Tax Board to Confirmation of the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7964)

(h)     Limited Objection and Reservation of Rights of Comcast Corporation and Comcast Cable to Confirmation of Proposed Plans of Reorganization (Filed February 15, 2011) (Docket No. 7966)

(i)     Limited Objection of the ACE Companies to the Plans (Filed February 15, 2011) (Docket No. 7968)

46429/0001-7490708v1

(j)     Cook County Department of Revenue's Limited Objection to Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, et al. (Filed February 15, 2011) (Docket No. 7971)

(k)     Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation to (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7972)

(l)     Objection of the Secretary of the United States Department of Labor to the Confirmation of Each of the Proposed Joint Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7975)

(m)     Limited Objection of GreatBanc Trust Company to Confirmation of (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, LP., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A.; and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7977)

(n)     Iron Mountain Information Management, Inc.'s Limited Objection to
        Confirmation of the Joint Plan of Reorganization for Tribune Company
        and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on
        Behalf of its Managed Entities, Deutsche Bank Trust Company Americas,
        in its Capacity as Successor Indenture Trustee for Certain Series of Senior
        Notes, Law Debenture Trust Company of New York, in its Capacity as
        Successor Indenture Trustee for Certain Series of Senior Notes and
        Wilmington Trust Company, in its Capacity as Successor Indenture
        Trustee for the PHONES Notes [D.I. 7127] (the "Noteholder Plan") (Filed
        February 15, 2011) (Docket No. 7978)

(o)     Limited Objection of Warren Beatty to Plans of Reorganization of Tribune
        Company and Its Subsidiaries (Filed February 15, 2011) (Docket No.
        7979)

(p)     Objection of Certain Current and Former Officers and Directors to:
        (I) Second Amended Joint Plan of Reorganization for Tribune Company
        and Its Subsidiaries Proposed by the Debtors, the Official Committee of
        Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon
        & Co., L.P., and JP Morgan Chase Bank, N.A., and (II) Joint Plan of
        Reorganization for Tribune Company and Its Subsidiaries Proposed by
        Aurelius Capital Management, LP, on Behalf of its Managed Entities,
        Deutsche Bank Trust Company Americas, in its Capacity as Successor
        Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust
        Company of New York, in its Capacity as Successor Indenture Trustee for
        Certain Series of Senior Notes and Wilmington Trust Company, in its
        Capacity as Successor Indenture Trustee for the PHONES Notes (Filed
        February 15, 2011) (Docket No. 7981)

(q)     United States Trustee's Objection to Joint Plan of Reorganization for
        Tribune Company and Its Subsidiaries Proposed by Aurelius Capital
        Management, L.P., on Behalf of its Managed Entities, Deutsche Bank
        Trust Company Americas, in its Capacity as Successor Indenture Trustee
        for Certain Series of Senior Notes, Law Debenture Trust Company of New
        York, in its Capacity as Successor Indenture Trustee for Certain Series of
        Senior Notes and Wilmington Trust Company, in its Capacity as
        Successor Indenture Trustee for the PHONES Notes (Filed February 15,
        2011) (Docket No. 7982)

(r)     Samuel Zell's Objection to Confirmation of (A) the Second Amended
        Joint Plan of Reorganization for Tribune Company and Its Subsidiaries
        Proposed by the Debtors, the Official Committee of Unsecured Creditors,
        Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan
        Chase Bank N.A. and (B) the Joint Plan of Reorganization for Tribune
        Company and Its Subsidiaries Proposed by Aurelius Capital Management,
        LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company
        Americas, in its Capacity as Successor Indenture Trustee for Certain
        Series of Senior Notes, Law Debenture Trust Company of New York, in

its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7983)

(s)  Objection of Neil Plaintiffs to Plans of Reorganization and Joinder to Objection of the Secretary of Labor (Filed February 15, 2011) (Docket No. 7984)

(t)  Joinder of Mark W. Hianik, John Birmingham, Tom E. Ehlmann, and Peter A. Knapp in Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7986)

(u)  Joinder of Robert R. McCormick Tribune Foundation and Cantigny Foundation in Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7987)

(v)  EGI-TRB LLC's Objection to Confirmation of (A) the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan Chase Bank N.A. and (B) the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company

46429/0001-7490708v1

Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7988)

(w)    Joinder of Crane Kenney to (I) Objection of Certain Current and Former Officers and Directors [Docket No. 7981] and (II) Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation [Docket No. 7972] (Filed February 15, 2011) (Docket No. 7991)

(x)    Limited Objection of State of Illinois, Department of Revenue and Employment Security to Confirmation of the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP., on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes and Notice of Joinder in Objection Filed by California Franchise Tax Board (Filed February 15, 2011) (Docket No. 7994)

(y)    Oracle's Opposition to and Rights Reservation Regarding (1) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. ("Debtor Committee Lender Plan") (2) Joint Plan of Reorganization for the Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee ("Aurelius Plan") and (3) All Plans Proposed in These Cases ("Opposition and Rights Reservation") (Filed February 15, 2011) (Docket No. 7995)

(z)    United States' Objection to Confirmation of the Noteholders' Plan (Filed February 15, 2011) (Docket No. 8002)

(aa)    Joint Objection of the Debtors, the Official Committee of Unsecured Creditors, Angelo, Gordon & Co. L.P., Oaktree Capital Management, L.P. and JPMorgan Chase Bank, N.A. to Confirmation of the Noteholder Plan (Filed February 15, 2011) (Docket No. 8011)

(bb)    Declaration of Norman L. Pernick in Support of Joint Objection of the
Debtors, the Official Committee of Unsecured Creditors, Angelo, Gordon
& Co. L.P., Oaktree Capital Management, L.P. and JPMorgan Chase
Bank, N.A. to Confirmation of the Noteholder Plan (Filed February 15,
2011) (Docket No. 8012)

(cc)    Letter from John H. Aspelin regarding Confirmation (Filed February 16,
2011) (Docket No. 8015)

(dd)    Joinder of Timothy P. Knight to Objection of Certain Current and Former
Officers and Directors [Docket No. 7981] (Filed February 16, 2011)
(Docket No. 8016)

(ee)    Joinder of Members of the Tribune Company Employee Compensation
Defendants Group in Joint Objection of the Debtors, the Official
Committee of Unsecured Creditors, Angelo, Gordon & Co. L.P., Oaktree
Capital Management, L.P. and JPMorgan Chase Bank, N.A. to
Confirmation of the Noteholder Plan [Docket No. 8011] (Filed
February 16, 2011) (Docket No. 8019)

(ff)    Notice of Filing of [Corrected] Objection of the Secretary of the United
States Department of Labor to the Confirmation of Each of the Proposed
Joint Plans of Reorganization for Tribune Company and Its Subsidiaries –
Docket No. 7975 (Filed February 23, 2011) (Docket No. 8107)

(gg)    Notice of Withdrawal of Cook County Department of Revenue's Limited
Objection to Joint Plan of Reorganization for Tribune Company and Its
Subsidiaries Proposed by Aurelius Capital Management, LP, et al. (Filed
March 4, 2011) (Docket No. 8266)

(hh)    Notice of Withdraw of Objection of the United States on Behalf of the
U.S. Environmental Protection Agency to Proposed Plans of
Reorganization (Filed March 8, 2011) (Docket No. 8305)

(ii)    Supplement to "Joint Objection of the Debtors, the Official Committee of
Unsecured Creditors, Angelo, Gordon & Co. L.P., Oaktree Capital
Management, L.P. and JPMorgan Chase Bank, N.A. to Confirmation of
the Noteholder Plan" [D.I. 8011] (Filed April 5, 2011) (Docket No. 8581)

Related Documents:

(a)    Order (I) Approving General Disclosure Statement and Specific
Disclosure Statements; (II) Establishing Procedures for Solicitation and
Tabulation of Votes to Accept or Reject Plans of Reorganization;
(III) Approving Forms of Ballots, Master Ballots and Related Instructions;
(IV) Approving Solicitation Package Contents and Authorizing
Distribution of Solicitation and Notice Materials; (V) Fixing Voting
Record Date; (VI) Establishing Notice and Objection Procedures in
Respect of Confirmation; (VII) Setting Confirmation Schedule and

46429/0001-7490708v1

Establishing Parameters on Confirmation-Related Discovery;
(VIII) Establishing New Deadline for Return of Media Ownership
Certifications; (IX) Authorizing Expansion of Balloting and Tabulation
Agent's Retention and Allocation of Costs of Same; and (X) Granting
Related Relief (Entered December 9, 2010) (Docket No. 7126)

(b)     Joint Plan of Reorganization for Tribune Company and its Subsidiaries
Proposed by Aurelius Capital Management, LP, on Behalf of its Managed
Entities, Deutsche Bank Trust Company Americas, in its Capacity as
Successor Indenture Trustee for Certain Series of Senior Notes, Law
Debenture Trust Company of New York, in its Capacity as Successor
Indenture Trustee for Certain Series of Senior Notes and Wilmington
Trust Company, in its Capacity as Successor Indenture Trustee for the
PHONES Notes (Filed December 9, 2010) (Docket No. 7127)

(c)     Specific Disclosure Statement for the Joint Plan of Reorganization for
Tribune Company and its Subsidiaries Proposed by Aurelius Capital
Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust
Company Americas, in its Capacity as Successor Indenture Trustee for
Certain Series of Senior Notes, Law Debenture Trust Company of New
York, in its Capacity as Successor Indenture Trustee for Certain Series of
Senior Notes and Wilmington Trust Company, in its Capacity as
Successor Indenture Trustee for the PHONES Notes (Filed December 9,
2010) (Docket No. 7128)

(d)     Joint Disclosure Statement for the Following Plans of Reorganization: 1)
First Amended Joint Plan of Reorganization for Tribune Company and Its
Subsidiaries Proposed by the Debtors, the Official Committee of
Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon,
and Co., L.P., and JPMorgan Chase Bank, N.A.; 2) Joint Plan of
Reorganization for Tribune Company and Its Subsidiaries Proposed by
Aurelius Capital Management, LP, on Behalf of its Managed Entities,
Deutsche Bank Trust Company Americas, in its Capacity as Successor
Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust
Company of New York, in its Capacity as Successor Indenture Trustee for
Certain Series of Senior Notes and Wilmington Trust Company, in its
Capacity as Successor Indenture Trustee for the PHONES Notes; 3) Joint
Plan of Reorganization for Tribune Company and Its Subsidiaries
Proposed by King Street Acquisition Company, L.L.C., King Street
Capital, L.P. and Marathon Asset Management, L.P.; and 4) Plan of
Reorganization for Tribune Company and Its Subsidiaries Proposed by
Certain Holders of Step One Senior Loan Claims (Dated: December 8,
2010) (Filed December 10, 2010) (Docket No. 7134)

(e)     Further Revised Responsive Statement by Aurelius Capital Management,
LP, Deutsche Bank Trust Company Americas, Law Debenture Trust
Company of New York, and Wilmington Trust Company (Filed
December 16, 2010) (Docket No. 7205)

46429/0001-7490708v1

(f)    Order Amending Order (I) Approving General Disclosure Statement and Specific Disclosure Statements; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (III) Approving Forms of Ballots, Master Ballots and Related Instructions; (IV) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (V) Fixing Voting Record Date; (VI) Establishing Notice and Objection Procedures in Respect of Confirmation; (VII) Setting Confirmation Schedule and Establishing Parameters on Confirmation-Related Discovery; (VIII) Establishing New Deadline for Return of Media Ownership Certifications; (IX) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs of Same; and (X) Granting Related Relief (Entered December 16, 2010) (Docket No. 7215)

(g)    Notice of Filing Joint Disclosure Statement (Filed December 17, 2010) (Docket No. 7232)

(h)    Notice of (I) Hearing to Consider Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries and (II) Voting and Objection Deadlines Relating to the Plans (Filed January 26, 2011) (Docket No. 7638)

(i)    Certificate of Publication of Notice of Confirmation Hearing (Filed January 26, 2011) (Docket No. 7639)

(j)    Order Approving Stipulation Regarding Use of Examiner's Report at the Confirmation Hearing (Entered February 4, 2011) (Docket No. 7790)

(k)    Notice of Filing of Noteholder Plan Supplement (Filed February 4, 2011) (Docket No. 7802)

(l)    Affidavit of Solicitation Mailing by Stephenie Kjontvedt (Filed February 7, 2011) (Docket No. 7813)

(m)    Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries (Filed February 11, 2011) (Docket No. 7918)

(n)    Order Modifying Paragraph 54 of the Solicitations Procedures Order (Entered February 15, 2011) (Docket No. 7999)

(o)    Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and Its Subsidiaries (Filed February 23, 2011) (Docket No. 8114)

46429/0001-7490708v1

(p)    Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 25, 2011) (Docket No. 8169)

(q)    [Redline] Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 25, 2011) (Docket No. 8170)

(r)    Memorandum of Law of Noteholder Plan Proponents (I) in Support of Confirmation of the Noteholder Plan and (II) In Response to Objections to the Noteholder Plan (Filed February 25, 2011) (Docket No. 8171)

(s)    Declaration of Dan Gropper in Support of Confirmation of the Noteholder Plan (Filed February 25, 2011) (Docket No. 8172)

(t)    Addendum to Plan Supplement in Support of the Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed March 2, 2011) (Docket No. 8225)

(u)    Notice of Hearing to Consider Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed March 3, 2011) (Docket No. 8253)

(v)     Notice of Filing of the Second Addendum to Plan Supplement in Support of the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, it its Capacity as Successor Indenture Trustee for the PHONE Notes (Filed March 7, 2011) (Docket No. 8286)

(w)     Order Approving Stipulation by and Between Debtors and Caption Colorado, L.L.C. Regarding (I) Resolution of Motion for Allowance of Administrative Expense Claim and (II) Withdrawal of Objection to Plans of Reorganization (Entered April 6, 2011) (Docket No. 8587)

Status:     The Noteholder Plan Proponents and the following parties have consensually resolved their respective objections to the Noteholder Plan: (i) New York State Department of Taxation & Finance [Agenda No. 2(a)]; (ii) Commonwealth of Pennsylvania, Department of Revenue [Agenda No. 2(b)]; (iii) Illinois Secretary of State [Agenda No. 2(c)]; (iv) Caption Colorado, L.L.C. [Agenda No. 2(d)]; (v) U.S. Environmental Protection Agency [Agenda No. 2(e)]; (vi) CCI Europe A/S [Agenda No. 2(f)]; (vii) State of California Franchise Tax Board [Agenda No. 2(g)]; (viii) Comcast Corporation and Comcast Cable [Agenda No. 2(h)]; (ix) ACE American Insurance Company [Agenda No. 2(i)]; (x) Cook County Department of Revenue [Agenda No. 2(j)]; (xi) GreatBanc Trust Company [Agenda No. 2(m)]; (xii) Iron Mountain Information Management, Inc. [Agenda No. 2(n)]; (xiii) Warren Beatty [Agenda No. 2(o)]; (xiv) United States Trustee [Agenda No. 2(q)]; (xv) Neil Plaintiffs [Agenda No. 2(s)]; (xvi) State of Illinois, Department of Revenue and Employment Security [Agenda No. 2(x)]; and (xvii) Internal Revenue Service [Agenda No. 2(z)]. This matter will be going forward.

Dated:  April 8, 2011

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

24