## EXHIBIT A
## Resolved Objections to the Debtor/Committee/Lender Plan

| | |
|---|---|
| Missouri Dept. of Revenue [Docket No. 6110] | Cook County [Docket No. 7970] |
| New York State Dept. of Taxation and Finance [Docket No. 7733] | Subsidiary Trade Creditors' [Docket No 7973] |
| Commonwealth of Pennsylvania, Dept. of Revenue [Docket No. 7909] | Iron Mountain Information Management, Inc. [Docket No. 7976] |
| Illinois Secretary of State [Docket No. 7913] | Mr. Warren Beatty [Docket No. 7979] |
| Caption Colorado, L.L.C. [Docket No. 7956] | United States Trustee [Docket No. 7980] |
| California Franchise Tax Board [Docket No. 7959] | Neil Plaintiffs [Docket No. 7984] |
| U.S. Environmental Protection Agency [Docket No. 7960] | Tribune Company Employee Compensation Defendants Group [Docket No. 7990] |
| CCI Europe A/S [Docket No. 7963] | State of Illinois, Dept. of Revenue and Employment Security [Docket No. 7993] |
| Comcast Corp. and Comcast Cable [Docket No. 7966] | Oracle [Docket No. 7995] |
| ACE Companies [Docket No. 7968] | |

## Resolved Objections to the Noteholder Plan

| | |
|---|---|
| New York State Dept. of Taxation and Finance [Docket No. 7731] | Cook County [Docket No. 7971] |
| Commonwealth of Pennsylvania, Dept. of Revenue [Docket No. 7910] | GreatBanc Trust Company [Docket No. 7977] |
| Illinois Secretary of State [Docket No. 7914] | Iron Mountain Information Management, Inc. [Docket No. 7978] |
| Caption Colorado, L.L.C. [Docket No. 7956] | Mr. Warren Beatty [Docket No. 7979] |
| U.S. Environmental Protection Agency [Docket No. 7960] | United States Trustee [Docket No. 7982] |
| CCI Europe A/S [Docket No. 7963] | Neil Plaintiffs [Docket No. 7984] |
| California Franchise Tax Board [Docket No. 7964] | State of Illinois, Dept. of Revenue and Employment Security [Docket No. 7994] |
| Comcast Corporation and Comcast Cable [Docket No. 7966] | Oracle [Docket No. 7995] |
| ACE Companies [Docket No. 7968] | Internal Revenue Service [Docket No. 8002] |

46429/0001-7524277v1