IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> TRIBUNE COMPANY, et al.,[1] ) <br> ) <br> ) <br> Debtors. ) | Chapter 11 <br> Case No. 08-13141 (KJC) <br> Jointly Administered |

### NOTICE OF FILING OF SUMMARY OF CONFIRMATION OBJECTIONS LODGED BY NON-DEBTOR/COMMITTEE/LENDER PLAN PROPONENTS TO THE SECOND AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, AND WILMINGTON TRUST COMPANY, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WA TL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WL VI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

PLEASE TAKE NOTICE that, as per the Bankruptcy Court's direction on March 18, 2011, attached hereto as Exhibit A is the Summary of Confirmation Objections Lodged by Non-Debtor/Committee/Lender Plan Proponents to the Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [*ECF No.* 8509] (the "Noteholder Plan")[2] and the Noteholder Plan Proponents' Summary Responses Thereto (the "Objection Chart").[3] The Objection Chart is intended to advise the Bankruptcy Court and parties in interest of the current status of each objection lodged against the Noteholder Plan by parties other than the proponents of the DCL Plan.

PLEASE TAKE FURTHER NOTICE that the Objection Chart amends and supersedes the objection chart attached as Exhibit B to the Memorandum of Law of Noteholder Plan Proponents (I) in Support of Confirmation of the Noteholder Plan and (II) in Response to Objections to the Noteholder Plan, filed on February 25, 2011 [*ECF No.* 8171].

PLEASE TAKE FURTHER NOTICE that copies of the Objection Chart may be (i) obtained free of charge from Epiq Bankruptcy Solutions, LLC's ("Epiq") dedicated website related to the Debtors' Chapter 11 Cases (http://chapter11.epiqsystems.com/tribune) or by telephoning Epiq at (646) 282- 2400 or (ii) viewed on the Internet at the Bankruptcy Court's

---

[2] Terms not otherwise defined herein shall have the meanings ascribed to such terms in the Noteholder Plan.

[3] The Objection Chart only includes those objections lodged by third parties against the Noteholder Plan and does not include a summary of the Debtor/Committee/Lender Plan (the "DCL Plan") proponents' objections to the Noteholder Plan.

website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: April 8, 2011

| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
|---|---|
| | s/ William P. Bowden |
| Daniel H. Golden | William P. Bowden (I.D. No. 2553) |
| Philip C. Dublin | Amanda M. Winfree (I.D. No. 4615) |
| One Bryant Park | 500 Delaware Avenue, P.O. Box 1150 |
| New York, NY 10036 | Wilmington, DE 19899 |
| (212) 872-1000 | (302) 654-1888 |

*Counsel for Aurelius Capital Management, LP*

| McCARTER & ENGLISH, LLP | McCARTER & ENGLISH, LLP |
|---|---|
| | s/ Katharine L. Mayer |
| David J. Adler | Katharine L. Mayer (I.D. No. 3758) |
| 245 Park Avenue | Renaissance Centre |
| New York, NY 10167 | 405 N. King Street |
| 212-609-6800 | Wilmington, DE 19801 |
| | 302-984-6300 |

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | BIFFERATO GENTILOTTI LLC |
|---|---|
| | s/ Garvan F. McDaniel |
| David S. Rosner | Garvan F. McDaniel (I.D. No. 4167) |
| Richard F. Casher | 800 N. King Street, Plaza Level |
| 1633 Broadway | Wilmington, Delaware 19801 |
| New York, New York 10019 | Tel: (302) 429-1900 |
| Tel: (212) 506-1700 | Fax: (302) 429-8600 |
| Fax: (212) 506-1800 | |

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| | |
|---|---|
| BROWN RUDNICK LLP | SULLIVAN HAZELTINE ALLINSON LLC |
| | <u>s/ William D. Sullivan</u> |
| Robert J. Stark | William D. Sullivan (I.D. No. 2820) |
| Martin S. Siegel | Elihu E. Allinson, III (I.D. No. 3476) |
| Gordon Z. Novod | 4 East 8th Street, Suite 400 |
| Seven Times Square | Wilmington, DE 19801 |
| New York, NY 10036 | 302-428-8191 |
| 212-209-4800 | |

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*