IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 8599, 8600 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Lazard Freres 25th & 26th Mo Fee Apps_DI 8599, 8600_Aff_4-7-11.doc

2. On April 7, 2011, I caused to be served the:

   a. "Notice of Fee Application," dated April 7, 2011, to which was attached the "Twenty-Fifth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2011 through January 31, 2011," dated April 7, 2011 [Docket No. 8599], and

   b. "Notice of Fee Application," dated April 7, 2011, to which was attached the "Twenty-Sixth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2011 through February 28, 2011," dated April 7, 2011 [Docket No. 8600],

   by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
8th day of April, 2011

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\TRIBUNE\Affidavits\Lazard Freres 25th & 26th Mo Fee Apps_DI 8599, 8600_Aff_4-7-11.doc

**EXHIBIT A**

**TRB FEE APP 040711**

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA;
JILLIAN K. LUDWIG
ONE SOUTH DEARBORNE STREET
CHICAGO, IL 60603

**TRB FEE APP 040711**

RICHARDS, LAYTON & FINGER, P.A.
ATTN: MARK D. COLLINS, ESQ.
KATISHA D. FORTUNE, ESQ
920 N. KING STREET
PO BOX 551
WILMINGTON, DE 19899-0511

**TRB FEE APP 040711**

MAYER BROWN LLP
BRIAN TRUST, ESQ.
AMIT K. TREHAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019-5820

**TRB FEE APP 040711**

EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
919 N. MARKET ST, STE 1500
WILMINGTON, DE 19801

**TRB FEE APP 040711**

DAVIS POLK & WARDELL, LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10019

**TRB FEE APP 040711**

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE
DAVID M. LEMAY
DOUGLAS E. DEUTSCH
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**TRB FEE APP 040711**

LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS
MATTHEW B. MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

**TRB FEE APP 040711**

OFFICE OF THE UNITED STATES TRUSTEE
JOSEPH J. MCMAHON, JR., ESQ.
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, STE 2207
LOCKBOX #35
WILMINGTON, DE 19801

**TRB FEE APP 040711**

STUART MAUE
ATTN: JOHN L. DECKER, ESQ.
3840 MCKELVEY RD.
ST. LOUIS, MO 63044