# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 8603** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON APRIL 12, 2011 AT 9:30 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CONTESTED MATTERS GOING FORWARD

1.  Notice of Filing of Second Amended Joint Plan of Reorganization for Tribune Company
    and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as Modified) (Filed April 5, 2011) (Docket No. 8580)

Objection Deadline: February 15, 2011 at 4:00 p.m.
Reply Deadline: February 25, 2011 at 4:00 p.m.

Responses Received:

(a) Missouri Department of Revenue Objection to Confirmation of Debtors' Joint Plan of Reorganization (Filed October 25, 2010) (Docket No. 6110)

(b) Kevin Millen Response to Debtor's Ludicrous and Venal Way of Trying to Destroy Mr. Kevin "Successful" Millen Life, I Object to the Tribune Company Disclosure, Specific, Plans of Reorganization with this Responsive Statement… (Filed January 19, 2011) (Docket No. 7550)

(c) Objection by the New York State Department of Taxation and Finance to Confirmation of First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 2, 2011) (Docket No. 7733)

(d) Objection by Commonwealth of Pennsylvania, Department of Revenue to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JP Morgan Chase Bank, N.A. [D.I. 7136] (the "Debtor/Committee/Lender Plan") (Filed February 11, 2011) (Docket No. 7909)

(e) Limited Objection of Illinois Secretary of State to First Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oak Tree Capital Management, L.L.C., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 11, 2011) (Docket No. 7913)

(f) Limited Objection of Caption Colorado, L.L.C. to Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7956)

(g) Limited Objection of California Franchise Tax Board to Confirmation of the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 15, 2011) (Docket No. 7959)

46429/0001-7490708v2

(h)     Objection of the United States on Behalf of the U.S. Environmental Protection Agency to (1) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors and Others and (2) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management and Others (Filed February 15, 2011) (Docket No. 7960)

(i)     Objection of Brigade Capital Management to "Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JP Morgan Chase Bank, N.A. [D.I. 7801] (Filed February 15, 2011) (Docket No. 7961)

(j)     Limited Objection and Reservation of Rights of CCI Europe A/S to Confirmation of Proposed Plans of Reorganization (Filed February 15, 2011) (Docket No. 7963)

(k)     Limited Objection and Reservation of Rights of Comcast Corporation and Comcast Cable to Confirmation of Proposed Plans of Reorganization (Filed February 15, 2011) (Docket No. 7966)

(l)     Limited Objection of the ACE Companies to the Plans (Filed February 15, 2011) (Docket No. 7968)

(m)     Cook County Department of Revenue's Limited Objection to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, et al. (Filed February 15, 2011) (Docket No. 7970)

(n)     Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation to (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7972)

(o)     The Ad Hoc Committee of Tribune Subsidiary Trade Creditors' Objection to the Debtors' Plan of Reorganization (Filed February 15, 2011) (Docket No. 7973)

46429/0001-7490708v2

(p)     Objection of the Secretary of the United States Department of Labor to the Confirmation of Each of the Proposed Joint Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7975)

(q)     Iron Mountain Information Management, Inc.'s Limited Objection to Confirmation of the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oak Tree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. [D.I. 7801] (the "Debtor Plan") (Filed February 15, 2011) (Docket No. 7976)

(r)     Limited Objection of GreatBanc Trust Company to Confirmation of (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A.; and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7977)

(s)     Limited Objection of Warren Beatty to Plans of Reorganization of Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7979)

(t)     United States Trustee's Objection to Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed By the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. (Filed February 15, 2011) (Docket No. 7980)

46429/0001-7490708v2

(u)     Objection of Certain Current and Former Officers and Directors to:
(I) Second Amended Joint Plan of Reorganization for Tribune Company
and Its Subsidiaries Proposed by the Debtors, the Official Committee of
Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon
& Co., L.P., and JP Morgan Chase Bank, N.A., and (II) Joint Plan of
Reorganization for Tribune Company and Its Subsidiaries Proposed by
Aurelius Capital Management, LP, on Behalf of its Managed Entities,
Deutsche Bank Trust Company Americas, in its Capacity as Successor
Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust
Company of New York, in its Capacity as Successor Indenture Trustee for
Certain Series of Senior Notes and Wilmington Trust Company, in its
Capacity as Successor Indenture Trustee for the PHONES Notes (Filed
February 15, 2011) (Docket No. 7981)

(v)     Samuel Zell's Objection to Confirmation of (A) the Second Amended
Joint Plan of Reorganization for Tribune Company and Its Subsidiaries
Proposed by the Debtors, the Official Committee of Unsecured Creditors,
Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan
Chase Bank N.A. and (B) the Joint Plan of Reorganization for Tribune
Company and Its Subsidiaries Proposed by Aurelius Capital Management,
LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company
Americas, in its Capacity as Successor Indenture Trustee for Certain
Series of Senior Notes, Law Debenture Trust Company of New York, in
its Capacity as Successor Indenture Trustee for Certain Series of Senior
Notes and Wilmington Trust Company, in its Capacity as Indenture
Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No.
7983)

(w)     Objection of Neil Plaintiffs to Plans of Reorganization and Joinder to
Objection of the Secretary of Labor (Filed February 15, 2011) (Docket
No. 7984)

(x)     Joinder of Mark W. Hianik, John Birmingham, Tom E. Ehlmann, and
Peter A. Knapp in Objection of Certain Current and Former Officers and
Directors to: (I) Second Amended Joint Plan of Reorganization for
Tribune Company and Its Subsidiaries Proposed by the Debtors, the
Official Committee of Unsecured Creditors, Oaktree Capital Management,
L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and
(II) Joint Plan of Reorganization for Tribune Company and Its
Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of
its Managed Entities, Deutsche Bank Trust Company Americas, in its
Capacity as Successor Indenture Trustee for Certain Series of Senior
Notes, Law Debenture Trust Company of New York, in its Capacity as
Successor Indenture Trustee for Certain Series of Senior Notes and
Wilmington Trust Company, in its Capacity as Successor Indenture
Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No.
7986)

(y) Joinder of Robert R. McCormick Tribune Foundation and Cantigny Foundation in Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7987)

(z) EGI-TRB LLC's Objection to Confirmation of (A) the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan Chase Bank N.A. and (B) the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7988)

(aa) Limited Objection of the Tribune Company Employee Compensation Defendants Group to Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. 7801] (Filed February 15, 2011) (Docket No. 7990)

(bb) Joinder of Crane Kenney to (I) Objection of Certain Current and Former Officers and Directors [Docket No. 7981] and (II) Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation [Docket No. 7972] (Filed February 15, 2011) (Docket No. 7991)

46429/0001-7490708v2

(cc)    Limited Objection of State of Illinois, Department of Revenue and Employment Security to Confirmation of the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and Notice of Joinder in Objection Filed by California Franchise Tax Board [Docket No. 7959] (Filed February 15, 2011) (Docket No. 7993)

(dd)    Oracle's Opposition to and Rights Reservation Regarding (1) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. ("Debtor Committee Lender Plan") (2) Joint Plan of Reorganization for the Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas Indenture Trustee, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee ("Aurelius Plan") and (3) All Plans Proposed in These Cases ("Opposition and Rights Reservation") (Filed February 15, 2011) (Docket No. 7995)

(ee)    [Unredacted] Objection of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, to the Second Amended Debtor/Committee/Lender Plan (Filed February 15, 2011) (Docket No. 7996)

(ff)    United States' Objection to Confirmation of the Debtors' Second Amended Plan (Filed February 15, 2011) (Docket No. 8001)

(gg)    [Unredacted] Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization (Part I and II) (Filed February 15, 2011) (Docket No. 8013)

(hh)    Letter from John H. Aspelin regarding Confirmation (Filed February 16, 2011) (Docket No. 8015)

(ii)    Joinder of Timothy P. Knight to Objection of Certain Current and Former Officers and Directors [Docket No. 7981] (Filed February 16, 2011) (Docket No. 8016)

(jj)    Deutsche Bank Trust Company America's Partial Joinder in Objection of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES, to the Second Amended Debtor/Committee/Lender Plan (Filed February 16, 2011) (Docket No. 8024)

46429/0001-7490708v2

(kk)   [Unredacted] Amended Objection of the Noteholder Plan Proponents to Confirmation of the Debtor/Committee/Lender Plan of Reorganization [Filed Under Seal] (Filed February 16, 2011) (Docket No. 8025) (Redacted Copy – Docket No. 8026)

(ll)   Notice of Filing of [Corrected] Objection of the Secretary of the United States Department of Labor to the Confirmation of Each of the Proposed Joint Plans of Reorganization for Tribune Company and Its Subsidiaries – Docket No. 7975 (Filed February 23, 2011) (Docket No. 8107)

(mm)   Informal Objection by Joanna McCormick

(nn)   Informal Objection by Federal Communication Commission

(oo)   Notice of Withdrawal of Cook County Department of Revenue's Limited Objection to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, et al. (Filed March 4, 2011) (Docket No. 8264)

(pp)   Notice of Filing of Stipulation Between Debtors and the Ad Hoc Committee of Subsidiary Trade Creditors Concerning (I) Withdrawal of the Ad Hoc Committee of Subsidiary Trade Creditors' Objection to the Debtor/Committee/Lender Plan and (II) Request to Have Votes on Debtor/Committee/Lender Plan Cast by Members of the Ad Hoc Committee of Subsidiary Trade Creditors Deemed to Be Acceptances of Such Plan (Filed March 7, 2011) (Docket No. 8288)

(qq)   Notice of Withdraw of Objection of the United States on Behalf of the U.S. Environmental Protection Agency to Proposed Plans of Reorganization (Filed March 8, 2011) (Docket No. 8305)

(rr)   Amendment to "Objection of Brigade Capital Management to 'Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JP Morgan Chase Bank, N.A.'" [D.I. 7801] (Filed March 9, 2011) (Docket No. 8324)

Related Documents:

(a)    Order (I) Approving General Disclosure Statement and Specific
       Disclosure Statements; (II) Establishing Procedures for Solicitation and
       Tabulation of Votes to Accept or Reject Plans of Reorganization;
       (III) Approving Forms of Ballots, Master Ballots and Related Instructions;
       (IV) Approving Solicitation Package Contents and Authorizing
       Distribution of Solicitation and Notice Materials; (V) Fixing Voting
       Record Date; (VI) Establishing Notice and Objection Procedures in
       Respect of Confirmation; (VII) Setting Confirmation Schedule and
       Establishing Parameters on Confirmation-Related Discovery;
       (VIII) Establishing New Deadline for Return of Media Ownership
       Certifications; (IX) Authorizing Expansion of Balloting and Tabulation
       Agent's Retention and Allocation of Costs of Same; and (X) Granting
       Related Relief (Entered December 9, 2010) (Docket No. 7126)

(b)    Joint Disclosure Statement for the Following Plans of Reorganization:
       1) First Amended Joint Plan of Reorganization for Tribune Company and
       Its Subsidiaries Proposed by the Debtors, the Official Committee of
       Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon,
       and Co., L.P., and JPMorgan Chase Bank, N.A.; 2) Joint Plan of
       Reorganization for Tribune Company and Its Subsidiaries Proposed by
       Aurelius Capital Management, LP, on Behalf of its Managed Entities,
       Deutsche Bank Trust Company Americas, in its Capacity as Successor
       Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust
       Company of New York, in its Capacity as Successor Indenture Trustee for
       Certain Series of Senior Notes and Wilmington Trust Company, in its
       Capacity as Successor Indenture Trustee for the PHONES Notes; 3) Joint
       Plan of Reorganization for Tribune Company and Its Subsidiaries
       Proposed by King Street Acquisition Company, L.L.C., King Street
       Capital, L.P. and Marathon Asset Management, L.P.; and 4) Plan of
       Reorganization for Tribune Company and Its Subsidiaries Proposed by
       Certain Holders of Step One Senior Loan Claims (Dated: December 8,
       2010) (Filed December 10, 2010) (Docket No. 7134)

(c)    Specific Disclosure Statement Relating to First Amended Joint Plan of
       Reorganization for Tribune Company and Its Subsidiaries Proposed by the
       Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital
       Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase
       Bank, N.A. (Filed December 10, 2010) (Docket No. 7135)

(d)    First Amended Joint Plan of Reorganization for Tribune Company and Its
       Subsidiaries Proposed by the Debtors, the Official Committee of
       Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon
       & Co., L.P., and JPMorgan Chase Bank, N.A., dated December 8, 2010
       (Filed December 10, 2010) (Docket No. 7136)

46429/0001-7490708v2

(e)    Notice of Filing Black Line (I) Joint Disclosure Statement; (II) Specific Disclosure Statement Relating to First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.; and (III) First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed December 10, 2010) (Docket No. 7140)

(f)    Notice of Filing Black Line Joint Disclosure Statement (Filed December 15, 2010) (Docket No. 7198)

(g)    Notice of Filing Debtors' Responsive Statement (Filed December 15, 2010) (Docket No. 7199)

(h)    Notice of Filing Black Line Versions of Revised Exhibits to Solicitation Order (Filed December 15, 2010) (Docket No. 7200)

(i)    Notice of Filing Proposed Order Amending Solicitation Order (Filed December 15, 2010) (Docket No. 7201)

(j)    Creditors' Committee's Notice of Filing Responsive Statement (Filed December 15, 2010) (Docket No. 7202)

(k)    Notice of Filing Senior Lenders' Responsive Statement (Filed December 15, 2010) (Docket No. 7203)

(l)    Order Amending Order (I) Approving General Disclosure Statement and Specific Disclosure Statements; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (III) Approving Forms of Ballots, Master Ballots and Related Instructions; (IV) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (V) Fixing Voting Record Date; (VI) Establishing Notice and Objection Procedures in Respect of Confirmation; (VII) Setting Confirmation Schedule and Establishing Parameters on Confirmation-Related Discovery; (VIII) Establishing New Deadline for Return of Media Ownership Certifications; (IX) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs of Same; and (X) Granting Related Relief (Entered December 16, 2010) (Docket No. 7215)

(m)    Notice of Filing Joint Disclosure Statement (Filed December 17, 2010) (Docket No. 7232)

(n)     Notice of (I) Hearing to Consider Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries and (II) Voting and Objection Deadlines Relating to the Plans (Filed January 26, 2011) (Docket No. 7638)

(o)     Certificate of Publication of Notice of Confirmation Hearing (Filed January 26, 2011) (Docket No. 7639)

(p)     Notice of Filing of Debtor/Committee/Lender Plan Supplement (Filed January 31, 2011) (Docket No. 7701)

(q)     Order Approving Stipulation Regarding Use of Examiner's Report at the Confirmation Hearing (Entered February 4, 2011) (Docket No. 7790)

(r)     Notice of Filing of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 4, 2011) (Docket No. 7801)

(s)     Affidavit of Solicitation Mailing by Stephenie Kjontvedt (Filed February 7, 2011) (Docket No. 7813)

(t)     Affidavit of Mailing of Epiq Bankruptcy Solutions, LLC [Samuel Garcia] for Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 10, 2011) (Docket No. 7890)

(u)     Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries (Filed February 11, 2011) (Docket No. 7918)

(v)     Order Modifying Paragraph 54 of the Solicitations Procedures Order (Entered February 15, 2011) (Docket No. 7999)

(w)     Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries (Filed February 23, 2011) (Docket No. 8114)

(x)　　[Unredacted] Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed February 26, 2011) (Docket No. 8173)

(y)　　Notice of Filing of Exhibits to the Debtor/Committee/Lender Plan (Filed March 2, 2011) (Docket No. 8231)

(z)　　Notice of Hearing to Consider Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed March 3, 2011) (Docket No. 8253)

(aa)　　Notice of Filing of Proposed Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified) (Filed March 3, 2011) (Docket No. 8259)

(bb)　　[Unredacted] Notice of Filing Revised Redacted Memorandum of Law in Support of Debtor/Committee/Lender Plan (Filed March 8, 2011) (Docket No. 8315)

(cc)　　DCL Plan Proponents' Submission Regarding Rebuttal Witnesses (Filed March 25, 2011) (Docket No. 8499)

(dd)　　Noteholder Plan Proponents' Objection to DCL Plan Proponents' Submission Regarding Rebuttal Witnesses and Cross-Submission for Certain Relief Respecting DCL Rebuttal Case (Filed March 29, 2011) (Docket No. 8519)

(ee)　　Supplement Concerning FCC Issues with Respect to the Noteholder Plan Proponents' Opposition to DCL Plan Proponents' Submission Regarding Rebuttal Witnesses and Cross-Submission for Certain Relief Respecting DCL Rebuttal Case (Filed March 30, 2011) (Docket No. 8525)

(ff)　　DCL Plan Proponents' Response to the Noteholder Plan Proponents' Objection to the DCL Plan Proponents Submission Regarding Rebuttal Witnesses (Filed March 31, 2011) (Docket No. 8535)

(gg)　　Letter from James Sottile to the Honorable Kevin J. Carey requesting telephonic hearing (Filed April 4, 2011) (Docket No. 8544)

(hh)　　Order Approving Stipulation by and Between Debtors and Caption Colorado, L.L.C. Regarding (I) Resolution of Motion for Allowance of Administrative Expense Claim and (II) Withdrawal of Objection to Plans of Reorganization (Entered April 6, 2011) (Docket No. 8587)

46429/0001-7490708v2

(ii) **Certification of Counsel Regarding Order Concerning Confirmation Hearing Proceedings During Week of April 11, 2011 (Filed April 8, 2011) (Docket No. 8604)**

(jj) **Notice of Hearing to Consider Objections to the (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as Modified) and (II) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the Phones Notes (Filed April 8, 2011) (Docket No. 8606)**

(kk) **Notice of Filing Chart Regarding Resolved and Unresolved Objections to the Debtor/Committee/Lender Plan (Filed April 8, 2011) (Docket No. 8607)**

Status: The Debtor/Committee/Lender Plan Proponents and the following parties have consensually resolved their respective objections to the Debtor/Committee/Lender Plan: (i) Missouri Department of Revenue [Agenda No. 1(a)]; (ii) New York State Department of Taxation & Finance [Agenda No. 1(c)]; (iii) Commonwealth of Pennsylvania, Department of Revenue [Agenda No. 1(d)]; (iv) Illinois Secretary of State [Agenda No. 1(e)]; (v) Caption Colorado, L.L.C. [Agenda No. 1(f)]; (vi) State of California Franchise Tax Board [Agenda No. 1(g)]; (vii) U.S. Environmental Protection Agency [Agenda No. 1(h)]; (viii) CCI Europe A/S [Agenda No. 1(j)]; (ix) Comcast Corporation and Comcast Cable [Agenda No. 1(k)]; (x) ACE Companies [Agenda No. 1(l)]; (xi) Cook County Department of Revenue [Agenda No. 1(m)]; (xii) Subsidiary Trade Creditors [Agenda No. 1(o)]; (xiii) Iron Mountain Information Management, Inc. [Agenda No. 1(q)]; (xiv) **Warren Beatty [Agenda No. 1(s)]; (xv)** United States Trustee [Agenda No. 1(t)]; (xvi) Neil Plaintiffs [Agenda No. 1(w)]; (xvii) Employee Compensation Defendants Group [Agenda No. 1(aa)]; (xviii) State of Illinois, Department of Revenue and Employment Security [Agenda No. 1(cc)]; and **(xix) Oracle [Agenda No. 1(dd)]**. This matter will be going forward.

46429/0001-7490708v2

2.     Notice of Filing of Second Amended Joint Plan of Reorganization for Tribune Company
       and its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its
       Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor
       Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of
       New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior
       Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee
       for the PHONES Notes (Filed March 28, 2011) (Docket No. 8509)

       Objection Deadline:  February 15, 2011 at 4:00 p.m.
       Reply Deadline: February 25, 2011 at 4:00 p.m.

       Responses Received:

              (a)     Objection by the New York State Department of Taxation and Finance to
                      Confirmation of Joint Plan of Reorganization for Tribune Company and
                      Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf
                      of its Managed Entities, Deutsche Bank Trust Company Americas, in its
                      Capacity as Successor Indenture Trustee for Certain Series of Senior
                      Notes, Law Debenture Trust Company of New York, in its Capacity as
                      Successor Indenture Trustee for Certain Series of Senior Notes and
                      Wilmington Trust Company, in its Capacity as Successor Indenture
                      Trustee for the PHONES Notes (Filed February 2, 2011) (Docket No.
                      7731)

              (b)     Objection by Commonwealth of Pennsylvania, Department of Revenue to
                      Joint Plan of Reorganization tor Tribune Company and Its Subsidiaries
                      Proposed by Aurelius Capital Management LP, on Behalf of its Managed
                      Entities, Deutsche Bank Trust Company Americas, in its Capacity as
                      Successor Indenture Trustee for Certain Series of Senior Notes, Law
                      Debenture Trust Company of New York, in its Capacity as Successor
                      Indenture Trustee for Certain Series of Senior Notes and Wilmington
                      Trust Company, in its Capacity as Successor Indenture Trustee for the
                      PHONES Notes [D.I. 7127] (the "Noteholder Plan") (Filed February 11,
                      2011) (Docket No. 7910)

              (c)     Limited Objection of Illinois Secretary of State to Joint Plan of
                      Reorganization for Tribune Company and its Subsidiaries Proposed by
                      Aurelius Capital Management, LP, on Behalf of its Managed Entities,
                      Deutsche Bank Trust Company Americas, in its Capacity as Successor
                      Indenture Trustee for Certain Series of Senior Notes, Law Indenture Trust
                      Company of New York, in its Capacity as Successor Indenture Trustee for
                      Certain Series of Senior Notes and Wilmington Trust Company, in its
                      Capacity as Successor Indenture Trustee for the Phone Notes (Filed
                      February 11, 2011) (Docket No. 7914)

              (d)     Limited Objection of Caption Colorado, L.L.C. to Confirmation of Plans
                      of Reorganization for Tribune Company and Its Subsidiaries (Filed
                      February 15, 2011) (Docket No. 7956)

46429/0001-7490708v2

(e)    Objection of the United States on Behalf of the U.S. Environmental Protection Agency to (1) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors and Others and (2) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management and Others (Filed February 15, 2011) (Docket No. 7960)

(f)    Limited Objection and Reservation of Rights of CCI Europe A/S to Confirmation of Proposed Plans of Reorganization (Filed February 15, 2011) (Docket No. 7963)

(g)    Limited Objection of California Franchise Tax Board to Confirmation of the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7964)

(h)    Limited Objection and Reservation of Rights of Comcast Corporation and Comcast Cable to Confirmation of Proposed Plans of Reorganization (Filed February 15, 2011) (Docket No. 7966)

(i)    Limited Objection of the ACE Companies to the Plans (Filed February 15, 2011) (Docket No. 7968)

(j)    Cook County Department of Revenue's Limited Objection to Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, et al. (Filed February 15, 2011) (Docket No. 7971)

(k)    Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation to (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7972)

46429/0001-7490708v2

(l)     Objection of the Secretary of the United States Department of Labor to the Confirmation of Each of the Proposed Joint Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7975)

(m)     Limited Objection of GreatBanc Trust Company to Confirmation of (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, LP., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A.; and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7977)

46429/0001-7490708v2

(n)      Iron Mountain Information Management, Inc.'s Limited Objection to Confirmation of the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [D.I. 7127] (the "Noteholder Plan") (Filed February 15, 2011) (Docket No. 7978)

(o)      Limited Objection of Warren Beatty to Plans of Reorganization of Tribune Company and Its Subsidiaries (Filed February 15, 2011) (Docket No. 7979)

(p)      Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A., and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7981)

(q)      United States Trustee's Objection to Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, L.P., on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7982)

(r)      Samuel Zell's Objection to Confirmation of (A) the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan Chase Bank N.A. and (B) the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior

Notes and Wilmington Trust Company, in its Capacity as Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7983)

(s)   Objection of Neil Plaintiffs to Plans of Reorganization and Joinder to Objection of the Secretary of Labor (Filed February 15, 2011) (Docket No. 7984)

(t)   Joinder of Mark W. Hianik, John Birmingham, Tom E. Ehlmann, and Peter A. Knapp in Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7986)

(u)   Joinder of Robert R. McCormick Tribune Foundation and Cantigny Foundation in Objection of Certain Current and Former Officers and Directors to: (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JP Morgan Chase Bank, N.A. and (II) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7987)

(v)   EGI-TRB LLC's Objection to Confirmation of (A) the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., and JPMorgan Chase Bank N.A. and (B) the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in

its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Indenture Trustee for the PHONES Notes (Filed February 15, 2011) (Docket No. 7988)

(w)     Joinder of Crane Kenney to (I) Objection of Certain Current and Former Officers and Directors [Docket No. 7981] and (II) Objection of Robert R. McCormick Tribune Foundation and Cantigny Foundation [Docket No. 7972] (Filed February 15, 2011) (Docket No. 7991)

(x)     Limited Objection of State of Illinois, Department of Revenue and Employment Security to Confirmation of the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP., on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes and Notice of Joinder in Objection Filed by California Franchise Tax Board (Filed February 15, 2011) (Docket No. 7994)

(y)     Oracle's Opposition to and Rights Reservation Regarding (1) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. ("Debtor Committee Lender Plan") (2) Joint Plan of Reorganization for the Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee ("Aurelius Plan") and (3) All Plans Proposed in These Cases ("Opposition and Rights Reservation") (Filed February 15, 2011) (Docket No. 7995)

(z)     United States' Objection to Confirmation of the Noteholders' Plan (Filed February 15, 2011) (Docket No. 8002)

(aa)     Joint Objection of the Debtors, the Official Committee of Unsecured Creditors, Angelo, Gordon & Co. L.P., Oaktree Capital Management, L.P. and JPMorgan Chase Bank, N.A. to Confirmation of the Noteholder Plan (Filed February 15, 2011) (Docket No. 8011)

(bb)     Declaration of Norman L. Pernick in Support of Joint Objection of the Debtors, the Official Committee of Unsecured Creditors, Angelo, Gordon & Co. L.P., Oaktree Capital Management, L.P. and JPMorgan Chase

Bank, N.A. to Confirmation of the Noteholder Plan (Filed February 15, 2011) (Docket No. 8012)

(cc)    Letter from John H. Aspelin regarding Confirmation (Filed February 16, 2011) (Docket No. 8015)

(dd)    Joinder of Timothy P. Knight to Objection of Certain Current and Former Officers and Directors [Docket No. 7981] (Filed February 16, 2011) (Docket No. 8016)

(ee)    Joinder of Members of the Tribune Company Employee Compensation Defendants Group in Joint Objection of the Debtors, the Official Committee of Unsecured Creditors, Angelo, Gordon & Co. L.P., Oaktree Capital Management, L.P. and JPMorgan Chase Bank, N.A. to Confirmation of the Noteholder Plan [Docket No. 8011] (Filed February 16, 2011) (Docket No. 8019)

(ff)    Notice of Filing of [Corrected] Objection of the Secretary of the United States Department of Labor to the Confirmation of Each of the Proposed Joint Plans of Reorganization for Tribune Company and Its Subsidiaries – Docket No. 7975 (Filed February 23, 2011) (Docket No. 8107)

(gg)    Notice of Withdrawal of Cook County Department of Revenue's Limited Objection to Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, et al. (Filed March 4, 2011) (Docket No. 8266)

(hh)    Notice of Withdraw of Objection of the United States on Behalf of the U.S. Environmental Protection Agency to Proposed Plans of Reorganization (Filed March 8, 2011) (Docket No. 8305)

(ii)    Supplement to "Joint Objection of the Debtors, the Official Committee of Unsecured Creditors, Angelo, Gordon & Co. L.P., Oaktree Capital Management, L.P. and JPMorgan Chase Bank, N.A. to Confirmation of the Noteholder Plan" [D.I. 8011] (Filed April 5, 2011) (Docket No. 8581)

Related Documents:

(a)    Order (I) Approving General Disclosure Statement and Specific Disclosure Statements; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of Reorganization; (III) Approving Forms of Ballots, Master Ballots and Related Instructions; (IV) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (V) Fixing Voting Record Date; (VI) Establishing Notice and Objection Procedures in Respect of Confirmation; (VII) Setting Confirmation Schedule and Establishing Parameters on Confirmation-Related Discovery; (VIII) Establishing New Deadline for Return of Media Ownership Certifications; (IX) Authorizing Expansion of Balloting and Tabulation

46429/0001-7490708v2

Agent's Retention and Allocation of Costs of Same; and (X) Granting Related Relief (Entered December 9, 2010) (Docket No. 7126)

(b) Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed December 9, 2010) (Docket No. 7127)

(c) Specific Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed December 9, 2010) (Docket No. 7128)

(d) Joint Disclosure Statement for the Following Plans of Reorganization: 1) First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon, and Co., L.P., and JPMorgan Chase Bank, N.A.; 2) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes; 3) Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by King Street Acquisition Company, L.L.C., King Street Capital, L.P. and Marathon Asset Management, L.P.; and 4) Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Certain Holders of Step One Senior Loan Claims (Dated: December 8, 2010) (Filed December 10, 2010) (Docket No. 7134)

(e) Further Revised Responsive Statement by Aurelius Capital Management, LP, Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust Company (Filed December 16, 2010) (Docket No. 7205)

(f) Order Amending Order (I) Approving General Disclosure Statement and Specific Disclosure Statements; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans of

Reorganization; (III) Approving Forms of Ballots, Master Ballots and Related Instructions; (IV) Approving Solicitation Package Contents and Authorizing Distribution of Solicitation and Notice Materials; (V) Fixing Voting Record Date; (VI) Establishing Notice and Objection Procedures in Respect of Confirmation; (VII) Setting Confirmation Schedule and Establishing Parameters on Confirmation-Related Discovery; (VIII) Establishing New Deadline for Return of Media Ownership Certifications; (IX) Authorizing Expansion of Balloting and Tabulation Agent's Retention and Allocation of Costs of Same; and (X) Granting Related Relief (Entered December 16, 2010) (Docket No. 7215)

(g)     Notice of Filing Joint Disclosure Statement (Filed December 17, 2010) (Docket No. 7232)

(h)     Notice of (I) Hearing to Consider Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries and (II) Voting and Objection Deadlines Relating to the Plans (Filed January 26, 2011) (Docket No. 7638)

(i)     Certificate of Publication of Notice of Confirmation Hearing (Filed January 26, 2011) (Docket No. 7639)

(j)     Order Approving Stipulation Regarding Use of Examiner's Report at the Confirmation Hearing (Entered February 4, 2011) (Docket No. 7790)

(k)     Notice of Filing of Noteholder Plan Supplement (Filed February 4, 2011) (Docket No. 7802)

(l)     Affidavit of Solicitation Mailing by Stephenie Kjontvedt (Filed February 7, 2011) (Docket No. 7813)

(m)     Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries (Filed February 11, 2011) (Docket No. 7918)

(n)     Order Modifying Paragraph 54 of the Solicitations Procedures Order (Entered February 15, 2011) (Docket No. 7999)

(o)     Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and Its Subsidiaries (Filed February 23, 2011) (Docket No. 8114)

46429/0001-7490708v2

(p)      Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 25, 2011) (Docket No. 8169)

(q)      [Redline] Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed February 25, 2011) (Docket No. 8170)

(r)      Memorandum of Law of Noteholder Plan Proponents (I) in Support of Confirmation of the Noteholder Plan and (II) In Response to Objections to the Noteholder Plan (Filed February 25, 2011) (Docket No. 8171)

(s)      Declaration of Dan Gropper in Support of Confirmation of the Noteholder Plan (Filed February 25, 2011) (Docket No. 8172)

(t)      Addendum to Plan Supplement in Support of the Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed March 2, 2011) (Docket No. 8225)

(u)      Notice of Hearing to Consider Confirmation of Plans of Reorganization for Tribune Company and Its Subsidiaries (Filed March 3, 2011) (Docket No. 8253)

46429/0001-7490708v2

(v)     Notice of Filing of the Second Addendum to Plan Supplement in Support of the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, it its Capacity as Successor Indenture Trustee for the PHONE Notes (Filed March 7, 2011) (Docket No. 8286)

(w)     Order Approving Stipulation by and Between Debtors and Caption Colorado, L.L.C. Regarding (I) Resolution of Motion for Allowance of Administrative Expense Claim and (II) Withdrawal of Objection to Plans of Reorganization (Entered April 6, 2011) (Docket No. 8587)

(x)     **Certification of Counsel Regarding Order Concerning Confirmation Hearing Proceedings During Week of April 11, 2011 (Filed April 8, 2011) (Docket No. 8604)**

(y)     **Notice of Hearing to Consider Objections to the (I) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as Modified) and (II) Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the Phones Notes (Filed April 8, 2011) (Docket No. 8606)**

(z)     **Notice of Filing of Summary of Confirmation Objections Lodged by Non-Debtor/Committee/Lender Plan Proponents to the Second Amended Joint Plan of Reorganization for Tribute Company and Its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONE Notes (Filed April 8, 2011) (Docket No. 8608)**

46429/0001-7490708v2

Status: The Noteholder Plan Proponents and the following parties have consensually resolved their respective objections to the Noteholder Plan: (i) New York State Department of Taxation & Finance [Agenda No. 2(a)]; (ii) Commonwealth of Pennsylvania, Department of Revenue [Agenda No. 2(b)]; (iii) Illinois Secretary of State [Agenda No. 2(c)]; (iv) Caption Colorado, L.L.C. [Agenda No. 2(d)]; (v) U.S. Environmental Protection Agency [Agenda No. 2(e)]; (vi) CCI Europe A/S [Agenda No. 2(f)]; (vii) State of California Franchise Tax Board [Agenda No. 2(g)]; (viii) Comcast Corporation and Comcast Cable [Agenda No. 2(h)]; (ix) ACE American Insurance Company [Agenda No. 2(i)]; (x) Cook County Department of Revenue [Agenda No. 2(j)]; (xi) GreatBanc Trust Company [Agenda No. 2(m)]; (xii) Iron Mountain Information Management, Inc. [Agenda No. 2(n)]; (xiii) Warren Beatty [Agenda No. 2(o)]; (xiv) United States Trustee [Agenda No. 2(q)]; (xv) Neil Plaintiffs [Agenda No. 2(s)]; (xvi) State of Illinois, Department of Revenue and Employment Security [Agenda No. 2(x)]; **(xvii) Oracle [Agenda No. 2(y)];** and (xviii) Internal Revenue Service [Agenda No. 2(z)]. This matter will be going forward.

Dated: April 11, 2011

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-7490708v2