## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: May 2, 2011 at 4:00 pm (ET)<br>Hearing Date: To Be Determined |

## NOTICE OF INTERIM FEE APPLICATION

TO: THE UNITED STATES TRUSTEE, NOTICE PARTIES LISTED IN THE INTERIM COMPENSATION ORDER AND ALL OTHER PARTIES WHO REQUESTED NOTICE PURSUANT TO RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

PLEASE TAKE NOTICE that on April 11, 2011, Stuart Maue filed the **Eighth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2010 Through February 28, 2011** (the "Interim Application"). The Interim Application seeks approval of fees in the amount of $260,975.00 and expenses in the amount of $1,451.89.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Objections, if any, to the relief requested in the Interim Application must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 2, 2011 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the response upon movant so that it is received by **4:00 p.m. (ET) on May 2, 2011**:

> W. Andrew Dalton
> Stuart, Maue, Mitchell & James, Ltd.
> 3840 McKelvey Road
> St. Louis, Missouri 63044
> tribunebkr@smmj.com

A HEARING ON THE INTERIM APPLICATION WILL BE HELD AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE INTERIM APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

DATED: April 11, 2011
Saint Louis, Missouri

**STUART MAUE**

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: May 2, 2011 at 4:00 pm (ET)<br>Hearing Date: To Be Determined |

### EIGHTH INTERIM QUARTERLY FEE APPLICATION OF STUART MAUE, FEE EXAMINER TO THE COURT, FOR ALLOWANCE OF COMPENSATION AND REIBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011

| | |
|---|---|
| Name of Applicant: | Stuart Maue, Ltd. |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of Retention: | March 19, 2009, *nunc pro tunc* to February 20, 2009 |
| Period for which compensation and reimbursement is sought: | December 1, 2010 through February 28, 2011 |
| Amount of Compensation sought as actual reasonable and necessary: | $260,975.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 1,451.89 |

This is an interim application.

---

[1] Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members, Stuart Maue has been paid 80% of the fees and 100% of the expenses invoiced in the Twenty-First and Twenty-Second Monthly Applications. Stuart Maue anticipates being paid 80% of the fees and 100% of the expenses requested in the Twenty-Third Monthly Application subsequent to filing a Certificate of No Objection on April 15, 2011.

- 2 -

Monthly Fee Applications Filed During Interim Period:

| Monthly Fee Period, Date Filed and Docket No. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date, Docket No. | Fees Paid (80%) | Expenses Paid (100%) | Amount of Holdback Fees (20%) |
|---|---|---|---|---|---|---|
| Twenty-First Monthly Application 12/01/10 – 12/31/10 02/03/2011 Docket No. 7747 | $34,180.00 | $291.83 | 02/24/2011 Docket No. 8119 | $27,344.00 | $291.83 | $6,836.00 |
| Twenty-Second Monthly Application 01/01/11 – 01/31/11 02/25/2011 Docket No. 8144 | $77,937.50 | $420.16 | 03/21/2011 Docket No. 8465 | $62,350.00 | $420.16 | $15,587.50 |
| Twenty-Third Monthly Application 02/01/11 – 02/28/11 03/25/2011 Docket No. 8501 | $148,857.50 | $739.90 | To Be Filed 04/15/11 | $0.00 | $0.00 | $29,771.50 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Objection Deadline: May 2, 2011 at 4:00 pm (ET)<br>Hearing Date: To Be Determined |

## EIGHTH INTERIM QUARTERLY FEE APPLICATION OF STUART MAUE, FEE EXAMINER TO THE COURT, FOR ALLOWANCE OF COMPENSATION AND REIBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011

Stuart Maue, Fee Examiner to the Court, hereby submits this eighth interim quarterly fee application (the "**Interim Application**") for allowance of compensation and reimbursement of expenses for the interim period from December 1, 2010 through February 28, 2011. In support of the Interim Application, Stuart Maue respectfully states the following:

### BACKGROUND

1. On December 8, 2008 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (the "**Debtors**") commenced these bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On December 10, 2008, the Court consolidated the Debtors' chapter 11 cases for procedural purposes only.

2. The Debtors have continued in possession of their respective properties and continued to operate and maintain their business as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

3. On March 19, 2009, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") appointing Stuart Maue as Fee Examiner *nunc pro tunc* to February 20, 2009.

## JURISDICTION AND VENUE

4.  This Court has jurisdiction over the Interim Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Interim Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

5.  The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## RELIEF REQUESTED

6.  By this Interim Application, Stuart Maue seeks interim approval and payment of compensation for professional services rendered and reimbursement of expenses incurred during the period from December 1, 2010 through February 28, 2011, including authorization for the Debtors to pay the twenty percent (20%) of fees held back during the interim period.

7.  On February 3, 2011, Stuart Maue filed and served the twenty-first monthly application for approval and allowance of compensation for services rendered in the amount of $34,180.00 (80% of which equals $27,344.00) and reimbursement of expenses incurred in the amount of $291.83. On February 25, 2011, Stuart Maue filed and served the twenty-second monthly application for approval and allowance of compensation for services rendered in the amount of $77,937.50 (80% of which equals $62,350.00) and reimbursement of expenses incurred in the amount of $420.16. On March 25, 2011, Stuart Maue filed and served the twenty-third monthly application for approval and allowance of compensation for services rendered in the amount of $148,857.50 (80% of which equals $119,086.00) and reimbursement of expenses incurred in the amount of $739.90. The monthly fee applications are incorporated by reference as if fully set forth herein.

8.  Each monthly application includes (i) a summary of the hours spent, the names of each professional rendering services, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court; (ii) a copy of the computer generated time entries reflecting the time recorded for the professional services rendered; and (iii) a statement of expenses incurred by Stuart Maue during the monthly period. All time entries and requested expenses are in compliance with Local Rule 2016-2.

## COMPENSATION REQUESTED

9. Stuart Maue seeks interim allowance of fees in the amount of $260,975.00 for professional services rendered and reimbursement of expenses in the amount of $1,451.89 which were incurred during the interim period. In addition, Stuart Maue requests that the Debtors be authorized to pay the $52,195.00 in fees representing the twenty percent (20%) fee holdback.

## NOTICE

10. Notice of this Interim Application has been served upon the Notice Parties specified in the Interim Compensation Order. In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

**WHEREFORE**, Stuart Maue respectfully requests that the Court (i) grant the Interim Application; and (ii) grant such other and further relief as this Court may deem just and proper.

DATED:   April 11, 2011
         Saint Louis, Missouri


                                        STUART MAUE

                                    By: _____
                                        W. Andrew Dalton
                                        3840 McKelvey Road
                                        St. Louis, Missouri  63044
                                        Telephone: (314) 291-3030
                                        Facsimile: (314) 291-6546
                                        tribunebkr@smmj.com

                                        *Fee Examiner*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Objection Deadline: May 2, 2011 at 4:00 pm (ET)<br>Hearing Date: To Be Determined |

## CERTIFICATION OF W. ANDREW DALTON

I, W. Andrew Dalton, hereby certify that:

1. I am Vice President and Director of Legal Audit at Stuart Maue, Fee Examiner to the Court in the above-captioned bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

- 2 -

2. This Certification is made in support of the Eighth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period From December 1, 2010 Through February 28, 2011 (the "**Interim Application**") and in compliance with Delaware Bankruptcy Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3. I have read the Interim Application and I certify that the Interim Application substantially complies with the Rule and the UST Guidelines.

DATED: April 11, 2011
Saint Louis, Missouri

STUART MAUE

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the **Eighth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2010 Through February 28, 2011**, has been served via First Class Mail to the Notice Parties on the attached service list on this 11th day of April, 2011.

STUART MAUE

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## TRIBUNE COMPANY, et al.

### SERVICE LIST RE 8th INTERIM QUARTERLY FEE APPLICATION

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for Prepetition Lenders, JP Morgan Chase Bank, N.A.)