April 05, 2011

The United States Bankruptcy Court for the District of Delaware
The Honorable Kevin J. Carey
5th. Floor, Courtroom #5
824 N. Market St.
Wilmington, DE.  19801

In re:  Tribune Company, et al.

Chapter 11

Case No. 08-13141 (KJC)   Claim No. 6601 Carol Walker

 I am actively pursuing this claim Pro Se and would like to be kept abreast of any activity relevant to my claim and any action that needs to be taken.

In Debtors Omnibus Objection 42:  reason for proposed dis-allowance Exhibit A #13:

"Claimant and her family were receiving employee medical benefits from Debtor to which they were not entitled. Such benefits were discontinued, and Claimant and spouse are currently receiving retiree medical benefits from Debtor. No liability owed to claimant per Debtors books and records."

In response to the statement above:

1:  The Tribune Company is not currently paying my retiree benefits, after paying them since early 1992.  (Detrimental Reliance)

2:  After applying for my position back after being on non contested Leave of Absence, I was not reinstated and placed on retirement.  (Wrongful Termination)

3:  I have requested a copy of Debtors books and records.  (by phone with Steven Robinson, Sidley Austin LLP.

Respectfully,

*Carol Walker*

Carol Walker
3561 W. Hemlock
Oxnard, Ca.  93035
805 985 8704
Stevewalkergolf@gmail.com

## PROOF OF SERVICE BY MAIL

I am a resident of and/or employed in State of California; I am over the age of eighteen (18) years and am not a party to the within action; my business address is 3561 W. Hemlock, Oxnard, CA 93035. I am readily familiar with the business practice for collecting and processing of correspondence for mailing with the United States Postal Service, and the fact that correspondence would be deposited with the United States Postal Service the same day in the ordinary course of business.

On STEVE WALKER I served the foregoing **RESPONSE TO DEBTOR'S FORTY SECOND OMNIBUS OBJECTION TO CLAIM** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope on this date at Oxnard, California and placed for collection and mailing on this date following ordinary business practices addressed as follows:

SIDLEY AUSTIN LLP
Bryan Kradauer
Kenneth P. Kansa
Jillian K. Ludwig
Steven W. Robinson
One South Dearborn Street
Chicago, IL 60603

I declare under the penalty of perjury that the foregoing is true and correct. Executed 4-5-11 at Oxnard, California.

Steven Walker

Maury Mills
Attorney at Law