IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et</u> <u>al.</u>,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 8612 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Ord Concering Conf Hrg Proc._DI 8612_Aff_4-11-11.doc

2. On April 11, 2011, I caused to be served the "Order Concerning Confirmation Hearing Proceedings During Week of April 11, 2011," dated April 11, 2011 [Docket No. 8612], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
12th day of April, 2011

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 28, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AARON L. HAMMER, ESQUIRE | DEVON J. EGGERT, ESQUIRE FREEBORN & PETERS LLP 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| ADAM G. LANDIS, ESQUIRE | MATTHEW B. MCGUIRE, ESQUIRE LANDIS RATH & COBB LLP 919 MARKET STREET, STE. 1800 WILMINGTON DE 19801 |
| ADAM HILLER, ESQUIRE | DONNA HARRIS, ESQUIRE PINCKNEY, HARRIS & WEIDINGER, LLC 1220 NORTH MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| ALAN J. LIPKIN, ESQUIRE | JEREMY E. CRYSTAL, ESQUIRE WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ALAN N. SALPETER, ESQUIRE | DEWEY & LEBOEUF TWO PRUDENTIAL PLAZA 180 NORTH STETSON AVENUE, SUITE 3700 CHICAGO IL 60601-6710 |
| ALAN SALPETER, ESQUIRE | THERESE KING NOHOS, ESQUIRE DEWEY & LEBOEUF LLP TWO PRUDENTIAL PLAZA, SUITE 3700 180 NORTH STETSON AVENUE CHICAGO IL 60601 |
| ALLAN I. MUSCOVITZ, SR. ACCOUNTANT | THE DSF GROUP 950 WINTER STREET, SUITE 4300 WALTHAM MA 02451-1486 |
| AMISH R. DOSHI, ESQUIRE | MAGNOZZI & KYE, LLP ONE EXPRESSWAY PLAZA, SUITE 114 ROSLYN HEIGHTS NY 11577 |
| ANDREW DALTON, ESQUIRE | STUART MAUE 3840 MCKELVEY ROAD SAINT LOUIS MO 63044 |
| ANDREW GOLDMAN, ESQUIRE | WILMER CUTLER PICKERING HALE AND DORR LLP 399 PARK AVENUE NEW YORK NY 10022 |
| ANDREW S. CONWAY, ESQUIRE | 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304 |
| ANGIE M. COWAN, ESQUIRE | ALLISON, SLUTSKY & KENNEDY, P.C. 230 W. MONROE STREET, SUITE 2600 CHICAGO IL 60606 |
| ANTHONY DEGLOMINE, III, VICE PRESIDENT | HARRIS CORPORATION 1025 W. NASA BOULEVARD MAIL STOP A-11A MELBOURNE FL 32919 |
| ANTHONY M. SACCULLO, ESQUIRE | THOMAS H. KOVACH, ESQUIRE A.M. SACCULLO LEGAL, LLC 27 CRIMSON KING DRIVE BEAR DE 19701 |
| BABETTE A. CECCOTTI, ESQUIRE | COHEN, WEISS AND SIMON LLP 330 WEST 42ND STREET NEW YORK NY 10036 |
| BEVERLY H. SHIDELER | IBM CORPORATION TWO LINCOLN CENTRE OAKBROOK TERRACE IL 60181 |
| BRIAN E. LUTNESS, ESQUIRE | SILVERMAN MCDONALD & FRIEDMAN 1010 N. BANCROFT PARKWAY, SUITE 22 WILMINGTON DE 19805 |
| BRIAN M. DOUGHERTY, ESQUIRE | GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. 835 MCCLINTOCK DRIVE, SECOND FLOOR BURR RIDGE IL 60527 |
| BRUCE BENNETT, ESQUIRE | JAMES O. JOHNSTON, ESQUIRE JOSHUA M. MESTER, ESQUIRE DEWEY & LEBOEUF LLP 333 SOUTH GRAND AVENUE, SUITE 2600 LOS ANGELES CA 90071-1530 |
| BRUCE R. ZIRINSKY, ESQUIRE | NANCY A. MITCHELL, ESQUIRE JOHN H. BAE, ESQUIRE GARY D. TICOLL, ESQUIRE GREENBERG TRAURIG METLIFE BUILDING 200 PARK AVENUE NEW YORK NY 10281 |
| C. B. BLACKARD, III, ESQUIRE | CORPORATE COUNSEL ACXIOM CORPORATION 301 E. DAVE WARD DRIVE P.O. BOX 2000 CONWAY AR 72033-2000 |
| CAROL E. MOMJIAN, ESQUIRE | SENIOR DEPUTY ATTORNEY GENERAL OFFICE OF ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CATHOLIC CHARITIES | ATTENTION: JOSEPH AUGUSTYNIAK 1966 GREENSPRING DRIVE, SUITE 200 TIMONIUM MD 21093 |
| CHARLES C. JACKSON, ESQUIRE | THEODORE M. BECKER, ESQUIRE MORGAN, LEWIS & BOCKIUS LLP 77 WEST WACKER DRIVE CHICAGO IL 60601-5094 |
| CHARLES E. DAVIDOW, ESQUIRE | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 2001 K. STREET, N.W. WASHINGTON DC 20006-1047 |
| CHARLES M. OBERLY, III, ESQUIRE | YONATAN GELBLUM, ESQUIRE U.S. DEPARTMENT OF JUSTICE BEN FRANKLIN STATION, P.O. BOX 227 WASHINGTON DC 20044 |
| CHARLES R. SMITH, ESQUIRE | K & L GATES LLP HENRY W. OLIVER BUILDING 535 SMITHFIELD STREET PITTSBURGH PA 15222-2312 |
| CHARLES S. BERGEN, ESQUIRE | GRIPPO & ELDEN LLC 111 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| CHRISTINE Z. HERI, ESQUIRE | OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR 230 SOUTH DEARBORN, ROOM 844 CHICAGO IL 60604 |
| CHRISTOPHER A. WARD, ESQUIRE | POLSINELLI SHUGHART PC 222 DELAWARE AVENUE, SUITE 1101 WILMINGTON DE 19801 |
| CHRISTOPHER D. LOIZIDES, ESQUIRE | LOIZIDES, P.A. 1225 KING STREET, SUITE 800 WILMINGTON DE 19801 |
| CHRISTOPHER P. SIMON, ESQUIRE | CROSS & SIMON, LLC 913 NORTH MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| CHRISTOPHER S. CHOW, ESQUIRE | LESLIE C. HEILMAN, ESQUIRE BALLARD SPAHR LLP 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| CHRISTOPHER S. CHOW, ESQUIRE | DAVID T. MAY, ESQUIRE BALLARD SPAHR LLP 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| COLLEEN E. MCMANUS, ESQUIRE | MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C. 191 NORTH WACKER DRIVE, STE. 1800 CHICAGO IL 60606 |
| COLM F. CONNOLLY, ESQUIRE | MORGAN, LEWIS & BOCKIUS LLP THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 501 WILMINGTON DE 19801 |
| COREY SMITH BOTT, ESQUIRE | BRIAN G. ESDERS. ESQUIRE MEGHAN C. HORN, ESQUIRE ABATO, RUBENSTEIN AND ABATO, P.A. 809 GLENEAGLES COURT, SUITE 320 BALTIMORE MD 21286 |
| DANA S. PLON, ESQUIRE | SIRLIN GALLOGLY & LESSER, P.C. 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| DANIEL FEINBERG, ESQUIRE | TODD JACKSON, ESQUIRE ANGELICA K. JONGCO, ESQUIRE NINA WASOW, ESQUIRE LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. 476 ? 9TH STREET OAKLAND CA 94607 |
| DANIEL FEINBERG, ESQUIRE | ANGELICA K. JONGCO, ESQUIRE NINA WASOW, ESQUIRE LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. 476 ? 9TH STREET OAKLAND CA 94607 |
| DANIEL H. GOLDEN, ESQUIRE | DAVID M. ZENSKY, ESQUIRE ABID QURESHI, ESQUIRE DEBORAH J. NEWMAN, ESQUIRE AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| DANIEL H. GOLDEN, ESQUIRE | PHILIP C. DUBLIN, ESQUIRE AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| DANIEL K. HOGAN, ESQUIRE | THE HOGAN FIRM 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| DANIEL S. SHAMAH, ESQUIRE | O?MELVENY & MYERS LLP TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036 |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE 340 E. MAIN STREET ROCHESTER NY 14604 |
| DAVID ADLER, ESQUIRE | MCCARTER & ENGLISH, LLP 245 PARK AVENUE, 27TH FLOOR NEW YORK NY 10167 |
| DAVID B. FELDMAN, ESQUIRE | BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN & GOODMAN, LLP 150 S. RODEO DRIVE, 3RD FLOOR BEVERLY HILLS CA 90212 |
| DAVID B. STRATTON, ESQUIRE | JOHN H. SCHANNE, II, ESQUIRE PEPPER HAMILTON LLP HERCULES PLAZA, SUITE 5100 1313 MARKET ST., PO BOX 1709 WILMINGTON DE 19899-1709 |
| DAVID J. BRADFORD, ESQUIRE | CATHERINE L. STEEGE, ESQUIRE ANDREW W. VAIL, ESQUIRE JENNER & BLOCK LLP 330 N. WABASH AVENUE CHICAGO IL 60611-7603 |
| DAVID J. BRADFORD, ESQUIRE | CATHERINE L. STEEGE, ESQUIRE ANDREW W. VAIL, ESQUIRE JENNER & BLOCK LLP 353 N. CLARK ST. CHICAGO IL 60654 |
| DAVID M. KLAUDER, ESQUIRE | OFFICE OF THE UNITED STATES TRUSTEE J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| DAVID M. POWLEN, ESQUIRE | BARNES & THORNBURG LLP 1000 NORTH WEST STREET, SUITE 1200 WILMINGTON DE 19801 |
| DAVID NEIER, ESQUIRE | WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166 |
| DAVID S. ROSNER, ESQUIRE | ANDREW K. GLENN, ESQUIRE SHERON KORPUS, ESQUIRE KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK NY 10019 |
| DAVID W CARICKHOFF, ESQUIRE | BLANK ROME LLP 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| DAVID W. REIMANN, ESQUIRE | THE REIMANN LAW GROUP 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO CA 90245 |
| DEBORAH MILLER, ESQUIRE | JEFFREY ROSS, ESQUIRE ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD CITY CA 94065 |
| DENNIS A. MELORO, ESQUIRE | GREENBERG TRAURIG, LLP 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| DEREK C. ABBOTT, ESQUIRE | CURTIS S. MILLER, ESQUIRE MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 NORTH MARKET STREET, 18TH FLOOR P.O. BOX 1347 WILMINGTON DE 19899-1347 |
| DONALD R. FURMAN, JR., ESQUIRE | FURMAN GREGORY LLC 75 FEDERAL STREET, NINTH FLOOR BOSTON MA 02110 |
| DONALD S. BERNSTEIN, ESQUIRE | JAMES A. FLORACK, ESQUIRE DAMIAN S. SCHAIBLE, ESQUIRE DAVIS POLK & WARDWELL, LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| DOUGLAS R. GONZALES, ESQUIRE | WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L. 200 EAST BROWARD BOULEVARD, ST. 1900 FORT LAUDERDALE FL 33301 |
| EDMOND P. O?BRIEN, ESQUIRE | STEMPEL BENNETT CLAMAN & HOCHBERG, P.C. 675 THIRD AVENUE, 31ST FLOOR NEW YORK |

| Claim Name | Address Information |
|---|---|
| EDMOND P. O?BRIEN, ESQUIRE | NY 10017 |
| EDWARD A. FRIEDMAN, ESQUIRE | WILLIAM P. WEINTRAUB, ESQUIRE FRIEDMAN KAPLAN SEILER & ADELMAN LLP 1633 BROADWAY NEW YORK NY 10019-6708 |
| EDWARD J. TREDINNICK, ESQUIRE | GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP FOUR EMBARCADERO CENTER, SUITE 4000 SAN FRANCISCO CA 94111 |
| ELAINE M. SEID, ESQUIRE | MCPHARLIN SPRINKLES & THOMAS, LLP 10 ALMADEN BLVD., SUITE 1460 SAN JOSE CA 95113 |
| ELIZABETH WELLER, ESQUIRE | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET, SUITE 1600 DALLAS TX 75201 |
| ELLEN M. MAHAN, DEPUTY CHIEF | THOMAS P. CARROLL, SENIOR ATTORNEY ENVIRONMENTAL ENFORCEMENT SECTION ENVIRONMENT AND NATURAL RESOURCES DIVISION U.S. DEPARTMENT OF JUSTICE P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| ELLEN W. SLIGHTS, ESQUIRE | U. S. ATTORNEY'S OFFICE 1201 MARKET STREET, SUITE 1100 P.O. BOX 2046 WILMINGTON DE 19899-2046 |
| ERIC LOPEZ SCHNABEL, ESQUIRE | ROBERT W. MALLARD, ESQUIRE DORSEY & WHITNEY (DELAWARE) LLP 300 DELAWARE AVENUE, SUITE 1010 WILMINGTON DE 19801 |
| ERIC R. WILSON, ESQUIRE | HOWARD S. STEEL, ESQUIRE KELLEY DRYE & WARREN LLP 101 PARK AVENUE NEW YORK NY 10178 |
| EVAN FLASCHEN, ESQUIRE | DANIEL CONNOLLY, ESQUIRE ANDREW SCHOULDER, ESQUIRE BRACEWELL & GUILIANI LLP GOODWIN SQUARE 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103-1516 |
| EVAN M. JONES, ESQUIRE | O?MELVENY & MYERS LLP 400 SOUTH HOPE STREET LOS ANGELES CA 90071 |
| FRANCES GECKER, ESQUIRE | JOSEPH D. FRANK, ESQUIRE REED HEILIGMAN, ESQUIRE FRANK/GECKER LLP 325 NORTH LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| FRANCIS A. MONACO, JR., ESQUIRE | THOMAS M. HORAN, ESQUIRE WOMBLE CARLYLE SANDRIDGE & RICE PLLC 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| FRANK A. ANDERSON, ESQUIRE | CASSANDRA R. BURTON, ESQUIRE KARTAR S. KHALSA, ESQUIRE PENSION BENEFIT GUARANTY CORPORATION OFFICE OF THE CHIEF COUNSEL 1200 K STREET, N.W. WASHINGTON DC 20005-4026 |
| FRANK F. MCGINN, ESQUIRE | BARTLETT HACKETT & FEINBERG, PC 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| FRANK F. MCGINN, ESQUIRE | BARTLETT HACKETT FEINBERG P.C. 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| FRED B. RINGEL, ESQUIRE | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. 875 THIRD AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| FRED FELLMETH, ESQUIRE | GENERAL COUNSEL BROADCAST SYSTEMS DIVISION THE VITEC GROUP PLC 101 BILBY ROAD HACKETTSTOWN NJ 07840 |
| FREDERICK B. ROSNER, ESQUIRE | SCOTT J. LEONHARDT, ESQUIRE THE ROSNER LAW GROUP LLC 824 MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| FREDERICK B. ROSNER, ESQUIRE | THE ROSNER LAW GROUP LLC 824 MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| FREDERICK D. HYMAN, ESQUIRE | JEFFREY G. TOUGAS, ESQUIRE BRIAN TRUST, ESQUIRE AMIT K. TREHAN, ESQUIRE MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019-5820 |
| GARVAN F. MCDANIEL, ESQUIRE | BIFFERATO GENTILOTTI LLC 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| GATEWAY PACIFIC PROPERTIES, INC. | C/O RONALD K. BROWN, JR. 901 DOVE STREET, SUITE 120 NEWPORT BEACH CA 92660 |
| GEORGE R. MESIRES, ESQUIRE | UNGARETTI & HARRIS 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON CHICAGO IL 60602 |
| GILBERT B. WEISMAN, ESQUIRE | BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| GRAEME W. BUSH, ESQUIRE | JAMES SOTTILE, ESQUIRE ZUCKERMAN SPAEDER LLP 1800 M STREET, N.W., SUITE 1000 WASHINGTON DC 20036 |
| GREGG M. GALARDI, ESQUIRE | IAN S. FREDERICKS, ESQUIRE SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON DE 19899-0636 |
| HOWARD J. KAPLAN, ESQUIRE | DEANNA DAVIDIAN, ESQUIRE ARKIN KAPLAN RICE LLP 590 MADISON AVENUE NEW YORK NY 10022 |
| HOWARD SEIFE, ESQUIRE | DAVID M. LEMAY, ESQUIRE DOUGLAS E. DEUTSCH, ESQUIRE CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| IAN CONNOR BIFFERATO, ESQUIRE | THOMAS F. DRISCOLL, III, ESQUIRE KEVIN G. COLLINS, ESQUIRE J. ZACHARY HAUPT, |

| Claim Name | Address Information |
|---|---|
| IAN CONNOR BIFFERATO, ESQUIRE | ESQUIRE BIFFERATO LLC 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| IAN CONNOR BIFFERATO, ESQUIRE | KEVIN COLLINS, ESQUIRE BIFFERATO LLC 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| ILLINOIS ATTORNEY GENERAL | JAMES D. NEWBOLD, ASSISTANT AG REVENUE LITIGATION BUREAU 100 W. RANDOLPH STREET CHICAGO IL 60601 |
| INTERNAL REVENUE SERVICE | 844 KING STREET WILMINGTON DE 19801 |
| INTERNAL REVENUE SERVICE | 31 HOPKINS PLAZA ATTN: ROOM 1150 BALTIMORE MD 21201 |
| IRA S. GREENE, ESQUIRE | SCOTT A. GOLDEN, ESQUIRE HOGAN LOVELLS US LLP 875 THIRD AVENUE NEW YORK NY 10022 |
| ISAAC M. PACHULSKI, ESQUIRE | STUTMAN TREISTER & GLATT 1901 AVENUE OF THE STARS, #1200 LOS ANGELES CA 90067 |
| J. BENNETT FRIEDMAN, ESQUIRE | FRIEDMAN LAW GROUP 1901 AVENUE OF THE STARS, SUITE 1700 LOS ANGELES CA 90067 |
| J. SCOTT DOUGLASS, ESQUIRE | 909 FANNIN, SUITE 1800 HOUSTON TX 77010 |
| JACQUELINE A. CRISWELL, ESQUIRE | TRESSLER SODERSTROM MALONEY & PRIESS, LLP SEARS TOWER, 22ND FLOOR 233 SOUTH WACKER DRIVE CHICAGO IL 60606-6314 |
| JAMES E. HUGGETT, ESQUIRE | MARGOLIS EDELSTEIN 750 SHIPYARD DRIVE, SUITE 102 WILMINGTON DE 19801 |
| JAMES F. CONLAN, ESQUIRE | BRYAN KRAKAUER, ESQUIRE SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| JAMI B. NIMEROFF, ESQUIRE | BROWN STONE NIMEROFF LLC 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| JAMIE L. EDMONSON, ESQUIRE | BAYARD, P.A. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19801 |
| JAN I. BERLAGE, ESQUIRE | GOHN, HANKEY & STICHEL, LLP 201 NORTH CHARLES STREET BALTIMORE MD 21201 |
| JANET FITZPATRICK, LEGAL ASSISTANT | UNISYS CORPORATION UNISYS WAY PO BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| JAY TEITELBAUM, ESQUIRE | TEITELBAUM & BASKIN, LLP THREE BARKER AVENUE, THIRD FLOOR WHITE PLAINS NY 10601 |
| JEAN-MARIE L. ATAMIAN, ESQUIRE | MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| JEFFREY C. WISLER, ESQUIRE | MARC J. PHILLIPS, ESQUIRE CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING 1007 N. ORANGE STREET P.O. BOX 2207 WILMINGTON DE 19899 |
| JEFFREY J. NEWTON, COUNTY ATTORNEY | HOLLIE N. HAWN, ASSISTANT COUNTY ATTORNEY BROWARD COUNTY GOVERNMENT CENTER 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| JEFFREY M. SCHLERF, ESQUIRE | JOHN H. STROCK, ESQUIRE FOX ROTHSCHILD LLP CITIZENS BANK CENTER 919 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| JEFFREY N. RICH, ESQUIRE | K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JEFFREY N. RICH, ESQUIRE | CHARLES R. SMITH, ESQUIRE K & L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022-6030 |
| JOAN E. GESTRIN, CHICAGO REGIONAL SOLICITOR | CHRISTINE Z. HERI, ESQUIRE UNITED STATES DEPARTMENT OF LABOR OFFICE OF THE SOLICITOR 230 SOUTH DEARBORN, ROOM 844 CHICAGO IL 60604 |
| JOANNE FUNGAROLI, ESQUIRE | CAPITALSOURCE FINANCE LLC 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| JODIE E. BUCHMAN, ESQUIRE | DLA PIPER LLLP (US) 6225 SMITH AVENUE BALTIMORE MD 21209-3600 |
| JOHN C. PHILLIPS, ESQUIRE | PHILLIPS, GOLDMAN & SPENCE, P.A. 1200 NORTH BROOM STREET WILMINGTON DE 19806 |
| JOHN H. ASPELIN | 220 MONTGOMERY ST., SUITE 1009 SAN FRANCISCO CA 94104 |
| JOHN P. DILLMAN, ESQUIRE | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064 HOUSTON TX 77253-3064 |
| JOHN P. SIEGER, ESQUIRE | KATTEN MUCHIN ROSENMAN LLP 525 WEST MONROE STREET CHICAGO IL 60661-3693 |
| JOHN P. SIEGER, ESQUIRE | ALEXANDER S. VESSELINOVITCH, ESQUIRE DANIEL J. POLATSEK, ESQUIRE JOSHUA A. GADHARF, ESQUIRE KATTEN MUCHIN ROSENMAN LLP 525 W. MONROE STREET CHICAGO IL 60661-3693 |
| JOHN R. MCCAMBRIDGE, ESQUIRE | GEORGE R. DOUGHERTY, ESQUIRE MICHAEL W. KAZAN, ESQUIRE GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| JOHN V. FIORELLA, ESQUIRE | CHARLES J. BROWN, III, ESQUIRE ARCHER & GREINER, P.C. 300 DELAWARE AVENUE, SUITE 1370 WILMINGTON DE 19801 |
| JOHN V. FIORELLA, ESQUIRE | ARCHER & GREINER, P.C. 300 DELAWARE AVENUE, SUITE 1370 WILMINGTON DE 19801 |
| JOHNNY WHITE, ESQUIRE | BLAKELEY & BLAKELEY LLP 2 PARK PLAZA, SUITE 400 IRVINE CA 92614 |
| JONATHAN P. GUY, ESQUIRE | ORRICK HERRINGTON & SUTCLIFFE LLP 1152 15TH STREET, NW WASHINGTON DC 20005-1706 |

| Claim Name | Address Information |
|---|---|
| JOSEPH D. FRANK, ESQUIRE | FRANK/GECKER LLP 325 NORTH LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| JOSEPH E. SHICKICH, JR., ESQUIRE | MARIA ANN MILANO, ESQUIRE RIDDELL WILLIAMS P.S. 1001 ? 4TH AVENUE, SUITE 4500 SEATTLE WA 98154-1192 |
| JOSEPH GREY, ESQUIRE | CROSS & SIMON, LLC 913 NORTH MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| JOSEPH L. CHRISTENSEN, ESQUIRE | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 500 DELAWARE AVENUE, SUITE 1200 PO BOX 32 WILMINGTON DE 19899-0032 |
| JOSEPH W. COTCHETT, ESQUIRE | PHILIP L. GREGORY, ESQUIRE COTCHETT, PITRE & MCCARTHY SAN FRANCISCO AIRPORT OFFICE CENTER 840 MALCOLM ROAD, SUITE 200 BURLINGAME CA 94010 |
| JOSHUA G. LOSARDO, ESQUIRE | BELKIN BURDEN WENIG & GOLDMAN, LLP 270 MADISON AVENUE NEW YORK NY 10016 |
| JUDY D. THOMPSON, ESQUIRE | JD THOMPSON LAW P.O. BOX 33127 CHARLOTTE NC 28233 |
| JULIE A. MANNING, ESQUIRE | SHIPMAN & GOODWIN LLP ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| JUSTIN R. ALBERTO, ESQUIRE | BAYARD, P.A. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| KAMAKAZEE KIWI CORPORATION | 3835-R EAST THOUSAND OAKS BLVD., #343 WESTLAKE VILLAGE CA 91362 |
| KATE KANABAY, ESQUIRE | HORWOOD MARCUS & BERK 500 WEST MADISON STREET, SUITE 3700 CHICAGO IL 60661 |
| KATHERINE A. CONSTANTINE, ESQUIRE | STEVEN D. BELL, ESQUIRE PAMELA FOOHEY, ESQUIRE DORSEY & WHITNEY LLP 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402 |
| KATHERINE L. MAYER, ESQUIRE | MCCARTER & ENGLISH, LLP RENAISSANCE CENTRE 405 N. MARKET ST., 8TH FLOOR WILMINGTON DE 19801 |
| KATHLEEN M. MILLER, ESQUIRE | SMITH, KATZENSTEIN & JENKINS LLP THE CORPORATE PLAZA 800 DELAWARE AVENUE, SUITE 1000 WILMINGTON DE 19899 |
| KATHLEEN N. REED | NAVISTAR LEASING COMPANY 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| KEITH D. ELKINS, ESQUIRE | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP 1800 CENTURY PARK EAST, 7TH FLOOR LOS ANGELES CA 90067 |
| KELLY SINGER, ESQUIRE | SQUIRE, SANDERS & DEMPSEY L.L.P. TWO RENAISSANCE SQUARE 40 NORTH CENTRAL AVENUE, SUITE 2700 PHOENIX AZ 85004-4498 |
| KENNETH MILLER, ESQUIRE | ERVIN COHEN & JESSUP LLP 9401 WILSHIRE BOULEVARD, 9TH FLOOR BEVERLY HILLS CA 90212 |
| KEVIN P. GARLAND, ESQUIRE | GREENBERG TRAURIG, LLP 2450 COLORADO AVENUE, SUITE 400E SANTA MONICA CA 90404 |
| KEVIN T. LANTRY, ESQUIRE | SIDLEY AUSTIN LLP 555 WEST FIFTH STREET LOS ANGELES CA 90013 |
| LAURA DAVIS JONES, ESQUIRE | TIMOTHY P. CAIRNS, ESQUIRE MARK M. BILLION, ESQUIRE PACHULSKI STANG ZIEHL & JONES LLP 919 N. MARKET STREET, 17TH FLOOR P.O. BOX 8705 WILMINGTON DE 19899 |
| LAURIE SILVERSTEIN, ESQUIRE | POTTER ANDERSON & CORROON LLP HERCULES PLAZA 1313 N. MARKET STREET, PO BOX 951 WILMINGTON DE 19899-0951 |
| LAWRENCE J. KOTLER, ESQUIRE | DUANE MORRIS LLP 30 SOUTH 17TH STREET PHILADELPHIA PA 19103-4196 |
| LAWRENCE J. KOTLER, ESQUIRE | DUANE MORRIS LLP 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801-1246 |
| LAWRENCE V. GELBER, ESQUIRE | ADAM L. HIRSCH, ESQUIRE SHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| LEONARD H. GERSON, ESQUIRE | ELIZABETH GOLDBERG, ESQUIRE OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW PC 506 SANTA MONICA BOULEVARD, SUITE 200 SANTA MONICA CA 90401 |
| LINDA BOYLE | TW TELECOM INC. 10475 PARK MEADOWS DRIVE #400 LITTLETON CO 80124 |
| M. PATRICIA SMITH, SOLICITOR OF LABOR | TIMOTHY D. HAUSER, ASSOC. SOLICITOR OF LABOR MICHAEL SCHLOSS, ESQUIRE LEONARD H. GERSON, ESQUIRE ELIZABETH S. GOLDBERG, ESQUIRE PLAN BENEFITS SECURITY DIVISION OFFICE OF THE SOLICITOR U.S. DEPARTMENT OF LABOR P.O. BOX 1914 WASHINGTON DC 20013 |
| MADLYN GLEICH PRIMOFF, ESQUIRE | KAYE SCHOLER LLP 425 PARK AVENUE NEW YORK NY 10022 |
| MARGARET ANN NOLAN, COUNTY SOLICITOR | CAMELA J. SANDMANN, ASST. CO. SOLICITOR HOWARD COUNTY OFFICE OF LAW GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| MARGARET F. ENGLAND, ESQUIRE | ECKERT, SEAMANS, CHERIN & MELLOTT, LLC 300 DELAWARE AVENUE, SUITE 1210 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| MARGARET N. REED, ESQUIRE | WENDY M. SIMKULAK, ESQUIRE DUANE MORRIS LLP 30 SOUTH 17TH STREET PHILADELPHIA PA 19103-4196 |
| MARK A. NITIKMAN, ESQUIRE | VIRGINIA P. CROUDACE, ESQUIRE CROUDACE & DIETRICH LLP 4750 VON KARMAN AVENUE NEWPORT BEACH CA 92660 |
| MARK D. COLLINS, ESQUIRE | ROBERT J. STEARN, JR., ESQUIRE RICHARDS, LAYTON & FINGER, P.A. 920 N. KING STREET P.O. BOX 551 WILMINGTON DE 19899-0511 |
| MARK E. FELGER, ESQUIRE | COZEN O?CONNOR 1201 N. MARKET STREET, SUITE 1400 WILMINGTON DE 19801 |
| MARTHA E. ROMERO, ESQUIRE | ROMERO LAW FIRM BMR PROFESSIONAL BUILDING 6516 BRIGHT AVENUE WHITTIER CA 90601 |
| MARTIN S. ZOHN, ESQUIRE | PROSKAUER ROSE LLP 2049 CENTURY PARK EAST, 32ND FL. LOS ANGELES CA 90067 |
| MARY K. BRAZA, ESQUIRE | FOLEY & LARDNER LLP 777 EAST WISCONSIN AVENUE MILWAUKEE WI 53202-5306 |
| MATTHEW F. KYE, ESQUIRE | MAGNOZZI & KYE, LLP ONE EXPRESSWAY PLAZA ROSLYN HEIGHTS NY 11577 |
| MATTHEW J. TROY, ESQUIRE | UNITED STATES DEPARTMENT OF JUSTICE CIVIL DIVISION P.O. BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| MAUREEN A. MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL SUNGARD 680 E. SWEDESFORD ROAD WAYNE PA 19087 |
| MENACHEM O. ZELMANOVITZ, ESQUIRE | MORGAN, LEWIS & LLP 101 PARK AVENUE NEW YORK NY 10178-0060 |
| MEREDITH S. SENTER, JR., ESQUIRE | SALLY A. BUCKMAN, ESQUIRE LERMAN SENTER, PLLC 2000 K STREET NW, SUITE 6000 WASHINGTON DC 20006 |
| MICHAEL A. COX, ATTORNEY GENERAL | DEBORAH B. WALDMEIR, ASST. ATTORNEY GENERAL STATE OF MICHIGAN DEPARTMENT OF TREASURY CADILLAC PLACE, SUITE 10-200 3030 W. GRAND BOULEVARD DETROIT MI 48202 |
| MICHAEL DOCKTERMAN, ESQUIRE | JONATHAN YOUNG, ESQUIRE PATRICK FRYE, ESQUIRE WILDMAN, HARROLD, ALLEN & DIXON LLP 225 WEST WACKER DRIVE, SUITE 3000 CHICAGO IL 60606-1229 |
| MICHAEL J. SMALL, ESQUIRE | FOLEY & LARDNER LLP 321 NORTH CLARK, SUITE 2800 CHICAGO IL 60610-4764 |
| MICHAEL R. LASTOWSKI, ESQUIRE | SOMMER L. ROSS, ESQUIRE DUANE MORRIS LLP 222 DELAWARE AVENUE, SUITE 1600 WILMINGTON DE 19801-1659 |
| MICHAEL S. AMATO, ESQUIRE | RUSKIN MOSCOU FALTISCHEK, P.C. EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| MICHAEL SCHLOSS | OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| MICHAEL T. HANNAFAN, ESQUIRE | BLAKE T. HANNAFAN, ESQUIRE HANNAFAN & HANNAFAN, LTD. ONE EAST WACKER DRIVE, SUITE 2800 CHICAGO IL 60601 |
| MICHAEL T. HANNAFAN, ESQUIRE | BLAKE T. HANNAFAN, ESQUIRE JAMES A. MCGUINNESS, ESQUIRE HANNAFAN & HANNAFAN, LTD. ONCE EAST WACKER DRVIE, SUITE 2800 CHICAGO IL 60601 |
| MICHAEL V. BLUMENTHAL, ESQUIRE | CROWELL & MORING LLP 590 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10022 |
| MICHAEL W. YURKEWICZ, ESQUIRE | KLEHR HARRISON HARVEY BRANZBURG LLP 919 MARKET STREET, SUITE 1000 WILMINGTON DE 19801 |
| MICHELLE MCMAHON, ESQUIRE | BRYAN CAVE LLP 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MIKE LYNCH, ACCOUNT RESOLUTION | TRAVELERS NATIONAL ACCOUNTS ONE TOWER SQUARE, 5MN HARTFORD CT 06183-4044 |
| MISSOURI DEPARTMENT OF REVENUE | SUSAN L. LISSANT, ASSISTANT AG 301 W. HIGH STREET, ROOM 670 PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONICA M. WEED, ESQUIRE | NAVIGANT CONSULTING, INC. 30 S. WACKER DRIVE, SUITE 3550 CHICAGO IL 60606 |
| MR. KEN HIGMAN | SR. DEFAULT & RECOVERY ANALYST HEWLETT-PACKARD COMPANY 2125 E. KATELLA AVE., SUITE 400 ANAHEIM CA 92806 |
| MR. KEVIN MILLEN | 1704 LANIER LANE MEMPHIS TN 38117 |
| MS. CAROLYN ADLER | MORGAN STANLEY, FIXED INCOME 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MS. JOANNA CANZONERI MCCORMICK | 342 NORTH ATLANTIC BOULEVARD ALHAMBRA CA 91801 |
| MS. JODIE REA | TWENTIETH TELEVISION, INC. 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| NEW YORK STATE DEPARTMENT OF | TAXATION AND FINANCE NORMAN P. FIVEL, ASSISTANT AG LITIGATION BUREAU THE CAPITOL ALBANY NY 12224 |
| NORMAN L. PERNICK, ESQUIRE | J. KATE STICKLES, ESQUIRE COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. 500 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 |
| PAMELA KOHLMAN WEBSTER, ESQUIRE | BUCHALTER NEMER LLP 1000 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90017 |

| Claim Name | Address Information |
|---|---|
| PAMELA KOHLMAN WEBSTER, ESQUIRE | BUCHALTER NEMER 1000 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90017-2457 |
| PAUL J. CATANESE, ESQUIRE | PATRICIA K. SMOOTS MCGUIREWOODS LLP 77 W. WACKER DRIVE, SUITE 4100 CHICAGO IL 60601 |
| PAUL N. SILVERSTEIN, ESQUIRE | JEREMY B. RECKMEYER, ESQUIRE ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| PAUL RUBIN, ESQUIRE | HERRICK, FEINSTEIN LLP TWO PARK AVENUE NEW YORK NY 10016 |
| PAUL SILVERSTEIN, ESQUIRE | ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| PHILIP GREGORY, ESQUIRE | COTCHETT, PITRE & MCCARTHY 840 MALCOLM ROAD, SUITE 200 BURLINGAME CA 94010 |
| PHILIP V. MARTINO, ESQUIRE | QUARLES & BRADY LLP 101 EAST KENNEDY BOULEVARD, SUITE 3400 TAMPA FL 33602 |
| R. KARL HILL, ESQUIRE | SEITZ, VAN OGTROP & GREEN, P.A. 222 DELAWARE AVENUE, SUITE 1500 PO BOX 68 WILMINGTON DE 19899 |
| RACHEL B. MERSKY, ESQUIRE | MONZACK MERSKY MCLAUGHLIN & BROWDER, P.A. 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| RACHEL JAFFE MAUCERI, ESQUIRE | MORGAN, LEWIS & BOCKIUS LLP 1701 MARKET STREET PHILADELPHIA PA 19103-2921 |
| RAMESH SINGH, FINANCIAL CONTROLLER | GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP. 25 SE 2ND AVENUE, SUITE 1120 MIAMI FL 33131-1605 |
| RAMONA NEAL, ESQUIRE | HEWLETT-PACKARD COMPANY 11311 CHINDEN BOULEVARD MAILSTOP 314 BOISE ID 83714-0021 |
| RICHARD A. SALDINGER, ESQUIRE | ALLEN J. GUON, ESQUIRE KIMBERLY BACHER, ESQUIRE SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC 321 N. CLARK ST., SUITE 800 CHICAGO IL 60610 |
| RICHARD M. BECK, ESQUIRE | SALLY E. VEGHTE, ESQUIRE KLEHR HARRISON HARVEY BRANZBURG LLP 919 MARKET STREET, SUITE 1000 WILMINGTON DE 19801 |
| RICHARD W. RILEY, ESQUIRE | SOMMER L. ROSS, ESQUIRE DUANE MORRIS LLP 222 DELAWARE AVENUE, SUITE 1600 WILMINGTON DE 19801-1659 |
| ROBERT E. PAUL, ESQUIRE | ZWERDLING, PAUL, KAHN & WOLLY, P.C. 1025 CONNECTICUT AVENUE NW, SUITE 712 WASHINGTON DC 20036-5420 |
| ROBERT J. STARK, ESQUIRE | MARTIN S. SIEGEL, ESQUIRE GORDON Z. NOVOD, ESQUIRE KATHERINE S. BROMBERG, ESQUIRE BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| ROBERT J. STARK, ESQUIRE | DANIEL J. STAVAL, ESQUIRE BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| ROBERT L. COOK, ESQUIRE | DISTRICT TAX ATTORNEY NYS DEPARTMENT OF TAXATION AND FINANCE 333 EAST WASHINGTON ST., 3RD FLOOR SYRACUSE NY 13202 |
| ROBERT L. HANLEY, JR., ESQUIRE | NOLAN, PLUMHOFF & WILLIAMS, CHARTERED SUITE 700, NOTTINGHAM CENTRE 502 WASHINGTON AVENUE TOWSON MD 21204 |
| ROBERT S. BRADY, ESQUIRE | M. BLAKE CLEARY, ESQUIRE YOUNG CONAWAY STARGATT & TAYLOR, LLP 1000 WEST STREET, P.O. BOX 391 WILMINGTON DE 19899-0391 |
| RONALD M. TUCKER, ESQUIRE | SIMON PROPERTY GROUP, INC. 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| RUTH WEINSTEIN | CANON U.S.A., INC. ONE CANON PLAZA LAKE SUCCESS NY 11042 |
| SCOTT A. GOLDEN, ESQUIRE | HOGAN & HARTSON LLP 875 THIRD AVENUE NEW YORK NY 10022 |
| SCOTT FRIEDBERG | THE SEAPORT GROUP, LLC 360 MADISON AVENUE, 22ND FL. NEW YORK NY 10017 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVE., N.W. WASHINGTON DC 20020 |
| SHAWN M. CHRISTIANSON, ESQUIRE | BUCHALTER NEMER, PC 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105-2126 |
| SHERRY RUGGIERO FALLON, ESQUIRE | TYBOUT REDFEARN AND PELL 750 SHIPYARD DRIVE, SUITE 400 PO BOX 2092 WILMINGTON DE 19899-2092 |
| STEPHEN B. SELBST, ESQUIRE | HERRICK, FEINSTEIN LLP TWO PARK AVENUE NEW YORK NY 10016 |
| STEPHEN J. SHIMSHAK, ESQUIRE | ANDREW GORDON, ESQUIRE DAVID W. BROWN, ESQUIRE LAUREN SHUMEJDA, ESQUIRE STUART MCPHAIL, ESQUIRE PAUL, WEISS, RIFKIND,WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| STEVEN A. BECKELMAN, ESQUIRE | MCCARTER & ENGLISH, LLP FOUR GATEWAY CENTER 100 MULBERRY STREET NEWARK NJ 07102 |
| STUART M. BROWN, ESQUIRE | EDWARDS ANGELL PALMER & DODGE 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |

| Claim Name | Address Information |
| --- | --- |
| SUSAN E. KAUFMAN, ESQUIRE | COOCH AND TAYLOR, P.A. 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| TARA L. LATTOMUS, ESQUIRE | ECKERT SEAMANS CHERIN & MELLOTT, LLC 300 DELAWARE AVENUE, SUITE 1210 WILMINGTON DE 19801 |
| THOMAS E. LAURIA, ESQUIRE | GERARD H. UZZI, ESQUIRE SCOTT GREISSMAN, ESQUIRE WHITE & CASE LLP 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| THOMAS G. MACAULEY, ESQUIRE | VIRGINIA WHITEHILL GULDI, ESQUIRE ZUCKERMAN SPAEDER LLP 919 MARKET STREET, SUITE 990 WILMINGTON DE 19801 |
| THOMAS R. MEITES, ESQUIRE | MICHAEL M. MULDER, ESQUIRE PAUL W. MOLLICA, ESQUIRE MEITES, MULDER, MOLLICA & GLINK 20 S. CLARK STREET, SUITE 1500 CHICAGO IL 60603 |
| THOMAS R. MEITES, ESQUIRE | MICHAEL M. MULDER, ESQUIRE MEITES, MULDER, MOLLICA & GLINK 20 S. CLARK STREET, SUITE 1500 CHICAGO IL 60603 |
| THOMAS V. ASKOUNIS, ESQUIRE | ASKOUNIS & DARCY, PC 401 NORTH MICHIGAN AVENUE, SUITE 550 CHICAGO IL 60611 |
| TIFFANY STRELOW COBB, ESQUIRE | VORYS, SATER, SEYMOUR AND PEASE LLP 52 EAST GAY STREET COLUMBUS OH 43215 |
| TODD M. HOEPKER, ESQUIRE | TODD M. HOEPKER, P.A. P.O. BOX  3311 ORLANDO FL 32802-3311 |
| WAYNE M. SMITH, ESQUIRE | WARNER BROS. TELEVISION DISTRIBUTION, INC. 4000 WARNER BOULEVARD BUILDING 156, ROOM 5158 BURBANK CA 91522 |
| WILLIAM D. SULLIVAN, ESQUIRE | ELIHU E. ALLINSON, III, ESQUIRE SULLIVAN HAZELTINE ALLINSON LLC 901 NORTH MARKET ST., SUITE 1300 WILMINGTON DE 19801 |
| WILLIAM HAZELTINE, ESQUIRE | SULLIVAN HAZELTINE ALLINSON LLC 901 NORTH MARKET ST. SUITE 1300 WILMINGTON DE 19801 |
| WILLIAM M. KELLEHER, ESQUIRE | ELLIOTT GREENLEAF 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| WILLIAM P. BOWDEN, ESQUIRE | AMANDA M. WINFREE, ESQUIRE KAREN B. SKOMORUCHA, ESQUIRE ASHBY & GEDDES, P.A. 500 DELAWARE AVENUE, 8TH FLOOR PO BOX 1150 WILMINGTON DE 19899 |
| WILMINGTON TRUST COMPANY | ATTN: PATRICK J. HEALY, VICE PRESIDENT RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| YONATAN GELBLUM, TRIAL ATTORNEY | U.S. DEPARTMENT OF JUSTICE TAX DIVISION PO BOX 227 WASHINGTON DC 20044 |

**Total Creditor count  241**

**EXHIBIT B**

*Email Address*

Aconway@taubman.com
Adam.hirsch@srz.com
adeglomi@harris.com
adoshi@magnozzikye.com
aglenn@kasowitz.com
agordon@paulweiss.com
ahammer@freebornpeters.com
ahiller@phw-law.com
ajongco@lewisfeinberg.com
alipkin@willkie.com
ams@saccullolegal.com
amuscovitz@dsadvisors.com
Anderson.frank@pbgc.gov
Andrew.goldman@wilmerhale.com
andrew.schoulder@bgllp.com
asalpeter@dl.com
atrehan@mayerbrown.com
avail@jenner.com
avesselinovitch@kattenlaw.com
awinfree@ashby-geddes.com
bankruptcy@goodwin.com
bbennett@dl.com
bceccotti@cwsny.com
bennettb@hbdlawyers.com
besders@abato.com
bhshide@us.ibm.com
bkrakauer@sidley.com
bmd@gsrnh.com
brian@silverman-mcdonald.psemail.com
bsullivan@sha-llc.com
bth@hannafanlaw.com
btrust@mayerbrown.com
carickhoff@blankrome.com
Carolyn.Adler@morganstanley.com
cbblac@acxiom.com
cbifferato@bifferato.com
cconnolly@morganlewis.com
cdavidow@paulweiss.com
ceyler@gejlaw.com
Charles.jackson@morganlewis.com
Charles.smith@klgates.com
chowc@ballardspahr.com
claims@recoverycorp.com
CMcManus@muchshelist.com
cmomjian@attorneygeneral.gov
Collins@RLF.com
cowan@ask-attorneys.com
csbott@abato.com
csimon@crosslaw.com
csteege@jenner.com

cward@polsinelli.com
dabbott@mnat.com
dadler@mccarter.com
Dallas.bankruptcy@publicans.com
daniel.connolly@bgllp.com
Daniel.polatsek@kattenlaw.com
Daniel_smirlock@tax.state.ny.us
dave@bhdrl.com
david.klauder@usdoj.gov
david.powlen@btlaw.com
dbradford@jenner.com
dbrown@paulweiss.com
ddavidian@arkin-law.com
deecf@dor.mo.gov
deggert@freebornpeters.com
dfeinberg@lewisfeinberg.com
dgolden@akingump.com
dgonzales@wsh-law.com
dlemay@chadbourne.com
dneier@winston.com
don@furmangregory.com
dplon@sirlinlaw.com
dreimann@reimannlawgroup.com
drosner@kasowitz.com
dsaval@brownrudnick.com
dshamah@omm.com
efile@pbgc.gov
efriedman@fklaw.com
ejones@omm.com
ellen.slights@usdoj.gov
emseid@mstpartners.com
eobrien@sbchlaw.com
etredinnick@greeneradovsky.com
evan.flaschen@bgllp.com
fbr@robinsonbrog.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
Fortune@RLF.com
Fred.fellmeth@vitecgroup.com
garlandk@gtlaw.com
gbush@zuckerman.com
Gerson.leonard@dol.gov
gmcdaniel@bglawde.com
goldberg.elizabeth@dol.gov
grmesires@uhlaw.com
guzzi@whitecase.com
heri.christine@dol.gov
hhawn@broward.org
hkaplan@arkin-law.com
houston_bankruptcy@publicans.com

hseife@chadbourne.com
ira.greene@hoganlovells.com
jalberto@bayardlaw.com
jam@hannafanlaw.com
jatamian@mayerbrown.com
JBerlage@GHSLLP.com
jchristensen@paulweiss.com
jconlan@sidley.com
jcp@pgslaw.com
jcriswell@tsmp.com
jcrystal@willkie.com
JDT@JDTHOMPSONLAW.COM
jedmonson@bayardlaw.com
jeff.rich@klgates.com
jeremyreckmeyer@andrewskurth.com
jfiorella@archerlaw.com
jfrank@fgllp.com
jfriedman@jbflawfirm.com,
jmartinez@jbflawfirm.com
jfungaroli@capitalsource.com
jgrey@crosslaw.com
jhuggett@margolisedelstein.com
jjohnston@dl.com
jlosardo@bbwg.com
jmester@dl.com
jnewton@broward.org
jnimeroff@bsnlawyers.com
Jodie.buchman@dlapiper.com
Jodie.rea@fox.com
John.sieger@kattenlaw.com
johnstonj@hbdlawyers.com
Joshua.gadharf@kattenlaw.com
jschlerf@foxrothschild.com
jsdlaw@msn.com
jshickich@riddellwilliams.com
jsottile@zuckerman.com
jstrock@foxrothschild.com
jteitelbaum@tblawllp.com
jtougas@mayerbrown.com
JWhite@BlakeleyLLP.com
kcollins@bifferato.com
KDWBankruptcyDepartment@kelleydrye.com
kelkins@elkinskalt.com
Ken.higman@hp.com
khill@svglaw.com
kkanabay@hmblaw.com
klantry@sidley.com
kmayer@mccarter.com
kmiller@ecjlaw.com
kovach@saccullolegal.com
ksinger@ssd.com

kskomrucha@ashby-geddes.com
kstickles@coleschotz.com
landis@lrclaw.com
Lawrence.gelber@srz.com
leslie@lesliecohenlaw.com
Linda.boyle@twtelecom.com
LJKotler@duanemorris.com
LJKotler@duanemorris.com
ljones@pszjlaw.com
loizides@loizides.com
lshumejda@paulweiss.com
lsilverstein@potteranderson.com
mamato@rmfpc.com
manolan@howardcountymd.gov
Mark.nitikman@c2d2law.com
Matthew.troy@usdoj.gov
Maureen.mcgreevey@sungard.com
maydt@ballardspahr.com
mbcleary@ycst.com
mbillion@pszjlaw.com
mblumenthal@crowell.com
mbraza@foley.com
mcguire@lrclaw.com
melorod@gtlaw.com
mengland@eckertseamans.com
mfelger@cozen.com
mhorn@abato.com
Michelle.mcmahon@bryancave.com
mlastowski@duanemorris.com
mmilano@riddellwilliams.com
mmmulder@mmmglaw.com
Monica.weed@navigantconsulting.com
morsej@hbdlawyers.com
mprimoff@kayescholer.com
msmall@foley.com
mth@hannafanlaw.com
myurkewicz@klehr.com
mzelmanovitz@morganlewis.com
mzohn@proskauer.com
notices@becket-lee.com
Npernick@coleschotz.com
nwasow@lewisfeinberg.com
paulsilverstein@andrewskurth.com
pcatanese@mcguirewoods.com
pdublin@akingump.com
pgregory@cpmlegal.com
Philip.martino@quarles.com
prubin@herrick.com
psmoots@mcguirewoods.com
pwebster@buchalter.com
pwebster@buchalter.com

Ramona.neal@hp.com
raportl@pepperlaw.com
rbrady@ycst.com
rhanley@nolanplumhoff.com
rkbgwhw@aol.com
rmauceri@morganlewis.com
rmauceri@morganlewis.com
rmersky@monlaw.com
Robert_Cook@tax.state.ny.us
romero@mromerolawfirm.com
rosner@teamrosner.com
rpaul@zwerdling.com
rstark@brownrudnick.com
rtucker@simon.com
rweinstein@cusa.canon.com
rwriley@duanemorris.com
sagolden@hhlaw.com
Sbrown@eapdlaw.com
schannej@pepperlaw.com
schloss.michael@dol.gov
schristianson@buchalter.com
scott.golden@hoganlovells.com
sfallon@trplaw.com
Sfriedberg@Theseaportgroup.com
sgreissman@whitecase.com
skatona@polsinelli.com
skaufman@coochtaylor.com
skaufman@coochtaylor.com
slross@duanemorris.com
slross@duanemorris.com
smcphail@paulweiss.com
sselbst@herrick.com
sshimshak@paulweiss.com
strattond@pepperlaw.com
taskounis@askounisdarcy.com
tbecker@morganlewis.com
tcairns@pszjlaw.com
tlattomus@eckertseamans.com
tlauria@whitecase.com
tmacauley@zuckerman.com
tmhoepker@yahoo.com
tnohos@dl.com
tribunebkr@smmj.com
Tribuneco.routing@dpw.com
trmeites@mmmglaw.com
Tscobb@vssp.com
waldmeird@michigan.gov
Wayne.smith@warnerbros.com
wbowden@ashby-geddes.com
whazeltine@sha-llc.com
wmk@elliottgreenleaf.com

wweintraub@fklaw.com
Yonatan.Gelblum@usdoj.gov
zallinson@sha-llc.com

*Email Addresses*

aglenn@kasowitz.com
aguon@shawgussis.com
ams@saccullolegal.com
asalpeter@dl.com
avail@jenner.com
awinfree@ashby-geddes.com
baej@gtlaw.com
bell.steve@dorsey.com
bloblue@hotmail.com
blonde212@hotmail.com
bsullivan@sha-llc.com
bth@hannafanlaw.com
carickhoff@blankrome.com
cbergen@grippoelden.com
cbifferato@bifferato.com
cbrown@archerlaw.com
cconnolly@morganlewis.com
chowc@ballardspahr.com
cmomjian@attorneygeneral.gov
Constantine.katherine@dorsey.com
csteege@jenner.com
dadler@mccarter.com
david.klauder@usdoj.gov
dbradford@jenner.com
Deborah.Miller@oracle.com
deecf@dor.mo.gov
dfeinberg@lewisfeinberg.com
dgolden@akingump.com
dkhogan@dkhogan.com
dockterman@wildman.com
drosner@kasowitz.com
dsaval@brownrudnick.com
FFM@bostonbusinesslaw.com
fgecker@fgllp.com
fmonaco@wcsr.com
foohey.pamela@dorsey.com
gdougherty@grippoelden.com
Gerson.Leonard@dol.gov
gmcdaniel@bglawde.com
Goldberg.Elizabeth@dol.gov
Gregg.Galardi@skadden.com
hauser.timothy@dol.gov
heilmanl@ballardspahr.com
Heri.Christine@dol.gov
Ian.Fredericks@skadden.com
ipachulski@stutman.com
jalberto@bayardlaw.com
jam@hannafanlaw.com
james.newbold@illinois.gov
jaspelin@aspelinbridgman.com
jeff.rich@klgates.com
jeremyreckmeyer@andrewskurth.com
jfiorella@archerlaw.com
jfrank@fgllp.com
jguy@orrick.com
jhuggett@margolisedelstein.com
jmccambridge@grippoelden.com
john.sieger@kattenlaw.com
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
jwisler@cblh.com
jyoung@wildman.com
kbacher@shawgussis.com
kbromberg@brownrudnick.com
kcollins@bifferato.com
kmayer@mccarter.com
kmiller@skfdelaware.com
kovach@saccullolegal.com
kskomorucha@ashby-geddes.com
ksm_1973@yahoo.com
leonhardt@teamrosner.com
loizides@loizides.com
mallard.robert@dorsey.com
mfelger@cozen.com
mitchelln@gtlaw.com
mkazan@grippoelden.com
mkye@magnozzikye.com
mmmulder@mmmglaw.com
mphillips@cblh.com
mreed@duanemorris.com
msenter@lermansenter.com
msiegel@brownrudnick.com
mth@hannafanlaw.com
Norman.Fivel@ag.ny.gov
paulsilverstein@andrewskurth.com
pdublin@akingump.com
pgregory@cpmlegal.com
philip.martino@quarles.com
pomalley@cpmlegal.com
rbeck@klehr.com
rheiligman@fgllp.com
rosner@teamrosner.com
rsaldinger@shawgussis.com
rstark@brownrudnick.com
rwriley@duanemorris.com
sbeckelman@mccarter.com
sbuckman@lermansenter.com
schloss.michael@dol.gov
Schloss.Michael@dol.gov
schnabel.eric@dorsey.com
schristianson@buchalter.com

slross@duanemorris.com
tdriscoll@bifferato.com
thomas.carroll@usdoj.gov
thoran@wcsr.com
ticollg@gtlaw.com
tjackson@lewisfeinberg.com
tnohos@dl.com
trmeites@mmmglaw.com
wbowden@ashby-geddes.com
wmsimkulak@duanemorris.com
Yonatan.gelblum@usdoj.gov
zallinson@sha-llc.com
zhaupt@bifferato.com
Zirinskyb@gtlaw.com

**EXHIBIT C**

Fax

| | |
|---|---|
| US DOJ ELLEN MAHAN | 202-514-2583 |
| KLEHR  SALLY E VEGHTE | 302-426-9193 |
| AKIN GUMP DM ZENSKY A QURESKI DJ NEWMAN | 212-872-1002 |
| KASOWITZ SHERON KORPUS | 212-506-1800 |
| MEITES MULDER  PW MOLLICA | 312-263-2942 |
| LEWIS FEINBERG AK JONGCO N WASOW | 510-839-7839 |
| WILDMAN HARROLD P FRYE | 312-201-2555 |
| ORACLE JEFF ROSS | 650-506-7114 |
| US DOJ CHARLES M OBERLY | 202-514-6866 |
| BROWARD COUNTY JEFFREY J NEWTON | 954-357-7641 |
| THE DSF GROUP ALLAN I MUSCOVITZ | 781-250-5941 |
| SILVERMAN MCDONALD BRIAN E LUTNESS | 302-888-2923 |