IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>Objection Date: May 2, 2011 at 4:00 p.m.<br>Hearing Date: *Only If Objections Are Filed*<br>Related to Docket No. 8067 |

## NOTICE OF FEE APPLICATION

| | | |
|---|---|---|
| David M. Klauder, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, DE 19801<br>(U.S. Trustee) | Stuart M. Brown, Esquire<br>Edwards Angell Palmer & Dodge<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(Counsel to Barclays Bank PLC) | Brian Trust, Esquire<br>Amit K. Trehan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(Counsel to Barclays Bank PLC) |
| Kenneth P. Kansa, Esquire<br>Jillian K. Ludwig, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(Counsel to Debtors) | Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(Counsel to Creditors' Committee) | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 1800<br>Wilmington, DE 19801<br>(Counsel to Creditors' Committee) |
| Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>(Counsel to Administrative Agent<br>for Prepetition Lenders, JPMorgan<br>Chase Bank, N.A.) | Mark D. Collins, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0511<br>(Counsel to Administrative Agent<br>for Prepetition Lenders, JPMorgan<br>Chase Bank, N.A.) | John L. Decker, Esquire<br>Stuart Maue<br>3840 McKelvey Rd.<br>St. Louis, MO 63044<br>(Fee Auditor) |

PLEASE TAKE NOTICE that, on April 12, 2011, Novack and Macey LLP filed the *Supplemental* **First Monthly Fee Application of Novack and Macey LLP for Compensation for Services Rendered as Special Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2010 through December 31, 2010** (the "Supplemental Application"), which seeks approval of a supplemental monthly fee application for professional services rendered to the Debtors in the amount of $3,891.00.

You are required to file a response, if any, to the Supplemental Application on or before **May 2, 2011 at 4:00 p.m. (Eastern Time)**.

46429/0001-7529574v1

At the same time, you must also serve a copy of the response upon Applicant and Debtors' counsel so that it is received by **4:00 p.m. on May 2, 2011**:

| | | |
|---|---|---|
| Norman L. Pernick | Kenneth Kansa | Stephen Novack |
| J. Kate Stickles | Jillian K. Ludwig | Donald A. Tarkington |
| **COLE, SCHOTZ, MEISEL,** | **SIDLEY AUSTIN LLP** | **NOVACK AND MACEY LLP** |
| **FORMAN & LEONARD, P.A.** | One South Dearborn Street | 100 N. Riverside Plaza |
| 500 Delaware Avenue, Suite 1410 | Chicago, IL 60603 | Chicago, IL 60606 |
| Wilmington, DE 19801 | kkansa@sidley.com | snovack@novackmacey.com |
| npernick@coleschotz.com | | dtarkington@novackmacey.com |

A HEARING ON THE SUPPLEMENTAL APPLICATION WILL BE HELD AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE SUPPLEMENTAL APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 12, 2011

      SIDLEY AUSTIN LLP
      James F. Conlan
      Bryan Krakauer
      One South Dearborn Street
      Chicago, IL 60603
      Telephone: (312) 853-7000

      -and-

      COLE, SCHOTZ, MEISEL,
      FORMAN & LEONARD, P.A.

By: _/s/ Patrick J. Reilley_
      Norman L. Pernick (No. 2290)
      J. Kate Stickles (No. 2917)
      Patrick J. Reilley (No. 4451)
      500 Delaware Avenue, Suite 1410
      Wilmington, DE 19801
      (302) 652-3131
      (302) 652-3117 (fax)

      ATTORNEYS FOR THE DEBTORS
      AND DEBTORS IN POSSESSION