# EXHIBIT A

## *SUPPLEMENTAL* FEE SUMMARY FOR
## DECEMBER 1, 2010 THROUGH DECEMBER 31, 2010

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Donald A. Tarkington | Partner/Litigation/ 28 years/Admitted in 1983 | $520 | 3.00 | $1,560.00 |
| Julie Johnston-Ahlen | Associate/Litigation/ 9 years/Admitted in 2002 | $315 | 7.40 | $2,331.00 |
| **Monthly Total** | | | 10.40 | $3,891.00 |

# EXHIBIT B

## novack▸macey

**TAX IDENTIFYING NO.: 36-3331397**

January 24, 2011

Billed through   12/01/2010 - 12/31/2010

Invoice No. 33258   TRIB 01002

Donald Liebentritt
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

Re: Dispute with Navigant Consulting, Inc.

LEGAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/10 | DAT | E-mail to J. Ludwig regarding adversary complaints. | 0.10 hrs | $520.00 | $52.00 |
| 12/03/10 | DAT | Telephone conference with J. Ludwig regarding adversary complaints. | 0.20 hrs | $520.00 | $104.00 |
| 12/03/10 | JJA | Review/edit draft complaint. | 0.80 hrs | $315.00 | $252.00 |
| 12/06/10 | DAT | Review/edit complaint. | 0.90 hrs | $520.00 | $468.00 |
| 12/06/10 | DAT | Telephone conferences with M. Hurford regarding complaint and exhibits. | 0.30 hrs | $520.00 | $156.00 |
| 12/06/10 | DAT | E-mails to J. Ludwig and M. Waller regarding exhibits. | 0.40 hrs | $520.00 | $208.00 |
| 12/06/10 | JJA | Review revised drafts and prepare for filing. | 1.00 hrs | $315.00 | $315.00 |
| 12/08/10 | DAT | E-mail exchange with J. Ludwig regarding adversary complaints. | 0.20 hrs | $520.00 | $104.00 |
| 12/08/10 | DAT | Review filed complaints for accuracy. | 0.20 hrs | $520.00 | $104.00 |

            Total fees for this matter                                      $1,763.00

## novack

Invoice No.  33258                                                              PAGE        2

BILLING SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| DAT | Donald A. Tarkington | Partner | 2.30 hrs | $520.00 | $1,196.00 |
| JJA | Julie Johnston-Ahlen | Associate | 1.80 hrs | $315.00 | $567.00 |
| | TOTAL FEES | | 4.10 hrs | | $1,763.00 |
| | AMOUNT DUE THIS INVOICE | | | | $1,763.00 |





**novack**

TAX IDENTIFYING NO.: 36-3331397

January 21, 2011

Billed through  12/01/2010 - 12/31/2010

Invoice No. 33234   TRIB 01003

Donald Liebentritt
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

Re: Dispute with Nixon Peabody LLP

LEGAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/10 | JJA | Review and edit draft complaint. | 0.80 hrs | $315.00 | $252.00 |
| 12/06/10 | JJA | Review case law. | 2.30 hrs | $315.00 | $724.50 |
| 12/06/10 | JJA | Review revised drafts and prepare for filing. | 0.90 hrs | $315.00 | $283.50 |
| 12/07/10 | DAT | E-mail correspondence with J. Ludwig regarding exhibit to Nixon Peabody complaint. | 0.30 hrs | $520.00 | $156.00 |
| 12/07/10 | DAT | Telephone conference with M. Hurford (Tribune's local counsel) regarding exhibit to Nixon Peabody complaint. | 0.20 hrs | $520.00 | $104.00 |
| 12/08/10 | DAT | Review filed complaint for accuracy. | 0.10 hrs | $520.00 | $52.00 |

Total fees for this matter                                                  $1,572.00

**novack**
Invoice No.  33234                                                                  PAGE        2

BILLING SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| DAT | Donald A. Tarkington | Partner | 0.60 hrs | $520.00 | $312.00 |
| JJA | Julie Johnston-Ahlen | Associate | 4.00 hrs | $315.00 | $1,260.00 |
| | TOTAL FEES | | 4.60 hrs | | $1,572.00 |
| | AMOUNT DUE THIS INVOICE | | | | $1,572.00 |



**TAX IDENTIFYING NO.: 36-3331397**

January 21, 2011
Billed through 12/01/2010 - 12/31/2010
Invoice No. 33235   TRIB 01004

Donald Liebentritt
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

Re: Dispute with Epsilon Data Management LLC

LEGAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/10 | JJA | Review and edit draft complaint. | 0.70 hrs | $315.00 | $220.50 |
| 12/06/10 | JJA | Review revised drafts and prepare for filing. | 0.90 hrs | $315.00 | $283.50 |
| 12/08/10 | DAT | Review filed complaint for accuracy. | 0.10 hrs | $520.00 | $52.00 |
| | | Total fees for this matter | | | $556.00 |

BILLING SUMMARY

| Atty | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DAT | Donald A. Tarkington | Partner | 0.10 hrs | $520.00 | $52.00 |
| JJA | Julie Johnston-Ahlen | Associate | 1.60 hrs | $315.00 | $504.00 |
| | TOTAL FEES | | 1.70 hrs | | $556.00 |
| | AMOUNT DUE THIS INVOICE | | | | $556.00 |

# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

| | |
|---|---|
| STATE OF ILLINOIS ) | |
| ) SS | |
| COUNTY OF COOK ) | |

### AFFIDAVIT OF DONALD A. TARKINGTON

Donald A. Tarkington, being first duly sworn, on oath states as follows:

1. I am a partner of the applicant firm, Novack and Macey LLP, and have been admitted to the bar of the State of Illinois since 1983.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. I have read the *Supplemental* First Monthly Fee Application of Novack and Macey LLP for Compensation for Services Rendered as Special Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2010 through December 31, 2010 (the "Application").

3. I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the requirements of Del. Bankr. L.R. 2016-2 and submit that the Application substantially complies with the same.

_____
Donald A. Tarkington

SUBSCRIBED AND SWORN to before
me this 11th day of April, 2011.

_____
NOTARY PUBLIC

OFFICIAL SEAL
ANNETTE M JASIOTA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/07/13

Doc. #425718

2