# EXHIBIT A

### FEE SUMMARY FOR FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Donald A. Tarkington | Partner/Litigation/ 28 years/Admitted in 1983 | $540 | 2.10 | $1,134.00 |
| Julie Johnston-Ahlen | Associate/Litigation/ 9 years/Admitted in 2002 | $315 | 2.70 | $850.50 |
| **Monthly Total** | | | 4.80 | $1,984.50 |

Doc. #423766

## EXPENSE SUMMARY FOR THE PERIOD FROM
## FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | | |
| Document Production | | |
| Photocopying (1,464 pages @ $.10/page) | | $146.40 |
| Court Costs | | |
| Document Delivery Services | | |
| Document Services | | |
| Filing Fees | | |
| Car Services/Taxis/Parking | | |
| Meals Out-of-Town | | |
| Meals | | |
| Messenger Services | | |
| Professional Services/Specialists | | |
| Publications | | |
| Search Services | | |
| Telephone Tolls | | |
| Travel/Lodging | | |
| Legal Research | | |
| | | |
| **Total** | | **$146.40** |

Doc. #423766

# EXHIBIT B

## novack▸macey

**TAX IDENTIFYING NO.:  36-3331397**

March 23, 2011
Billed through  02/01/2011 - 02/28/2011
Invoice No. 33598   TRIB 01001

Donald Liebentritt
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

Re: Dispute with Morgan Stanley

LEGAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 02/07/11 | DAT | Read and comment on reply and surreply on crime/fraud motion to compel as they relate to Morgan Stanley (1.1); | 1.10 hrs | $540.00 | $594.00 |
| 02/07/11 | DAT | Telephone conference with J. Ducayet regarding reply and surreply on crime/fraud motion to compel as they relate to Morgan Stanley. | 0.20 hrs | $540.00 | $108.00 |
| 02/14/11 | DAT | Review fee application. | 0.30 hrs | $540.00 | $162.00 |
| 02/17/11 | JJA | Finalize and proof consolidated quarterly fee application and forward same to K. Stickles for filing. | 1.60 hrs | $315.00 | $504.00 |
| 02/17/11 | JJA | Finalize and proof December 2010 fee application and forward same to K. Stickles for filing. | 0.80 hrs | $315.00 | $252.00 |
| 02/18/11 | JJA | E-mails to/from P. Ratkowiak regarding additional materials necessary for filings. | 0.10 hrs | $315.00 | $31.50 |
| 02/18/11 | JJA | Forward necessary materials to P. Ratkowiak. | 0.20 hrs | $315.00 | $63.00 |
| 02/28/11 | DAT | E-mail to M. Hurford regarding attending hearing; review order. | 0.50 hrs | $540.00 | $270.00 |

# novack·macey

Invoice No.   33598                                            PAGE       2

Total fees for this matter                                           $1,282.50

DISBURSEMENTS
02/28/11        Photocopies-1,464 copies @ $.10/page                  $146.40

                    Total disbursements for this matter              $146.40

BILLING SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| DAT | Donald A. Tarkington | Partner | 2.10 hrs | $540.00 | $1,134.00 |
| JJA | Julie Johnston-Ahlen | Associate | 2.70 hrs | $315.00 | $850.50 |
| | TOTAL FEES | | 4.80 hrs | | $1,984.50 |
| | TOTAL DISBURSEMENTS | | | | $146.40 |
| | AMOUNT DUE THIS INVOICE | | | | $2,130.90 |

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

STATE OF ILLINOIS    )
                       ) SS
COUNTY OF COOK      )

### AFFIDAVIT OF DONALD A. TARKINGTON

Donald A. Tarkington, being first duly sworn, on oath states as follows:

1.    I am a partner of the applicant firm, Novack and Macey LLP, and have been admitted to the bar of the State of Illinois since 1983.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      I have read the Third Monthly Fee Application of Novack and Macey LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2011 through February 28, 2011 (the "Application").

3.      I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief.   Moreover, I have reviewed the requirements of Del. Bankr. L.R. 2016-2 and submit that the Application substantially complies with the same.

_____
Donald A. Tarkington

SUBSCRIBED AND SWORN to before
me this 11th day of April, 2011.

_____
NOTARY PUBLIC

OFFICIAL SEAL
ANNETTE M JASIOTA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/07/13