# EXHIBIT A

# JONES DAY

Plan of Reorganization Matters                                                                    Page 1

| 02/02/11 | B B ERENS | 0.30 | 240.00 |
|---|---|---|---|
| Review plan supplement. | | | |

| 02/02/11 | D G HEIMAN | 0.50 | 487.50 |
|---|---|---|---|
| Multiple conferences with Erens regarding plan of reorganization supplements. | | | |

| 02/10/11 | B B ERENS | 0.20 | 160.00 |
|---|---|---|---|
| Telephone call with Heiman regarding confirmation preparation. | | | |

| 02/12/11 | B B ERENS | 1.50 | 1,200.00 |
|---|---|---|---|
| Review expert reports for confirmation (1.00); review voting report regarding same (.50). | | | |

| 02/12/11 | D G HEIMAN | 0.30 | 292.50 |
|---|---|---|---|
| Review voting results. | | | |

| 02/14/11 | B B ERENS | 0.50 | 400.00 |
|---|---|---|---|
| Telephone call with Shafer regarding collection of confirmation materials (.20); consider issues regarding same (.30). | | | |

| 02/15/11 | B B ERENS | 0.20 | 160.00 |
|---|---|---|---|
| Review confirmation objections. | | | |

| 02/16/11 | B B ERENS | 2.00 | 1,600.00 |
|---|---|---|---|
| Review confirmation objections (1.70); e-mails to and from Heiman regarding intercompany claims issues (.30). | | | |

| 02/16/11 | D G HEIMAN | 0.50 | 487.50 |
|---|---|---|---|
| Review Aurelius objection to plan of reorganization regarding Special Committee (.20); e-mails to and from Erens regarding claim issues (.30). | | | |

| 02/16/11 | L M MARVIN | 3.00 | 1,500.00 |
|---|---|---|---|
| Review plan objections. | | | |

| 02/16/11 | A M RABINOWITZ | 0.60 | 210.00 |
|---|---|---|---|
| Review and analyze the Noteholders objection to the debtor, committee and lender plans. | | | |

| 02/16/11 | AK SOBCZAK | 1.00 | 250.00 |
|---|---|---|---|
| Print and organize objections to plan and disclosure statement (.80); e-mails and phone conference to and from Erens regarding same (.20). | | | |

| 02/17/11 | B B ERENS | 0.70 | 560.00 |
|---|---|---|---|
| Telephone calls with Shafer regarding summary of confirmation objections (.20); review regarding same (.30); telephone call with Heiman regarding same (.20). | | | |

| 02/17/11 | AK SOBCZAK | 1.60 | 400.00 |
|---|---|---|---|
| E-mail to and from Shafer regarding objections to plan and disclosure statement organized for Erens (.10); upload and e-mail objections to Shafer (.20); phone conference regarding summary chart of objections to plan and disclosure statement (.10); draft, review and revise chart (1.20). | | | |

| 02/18/11 | B B ERENS | 0.50 | 400.00 |
|---|---|---|---|
| Voicemails to and from Heiman regarding confirmation hearing (.20); finish review of objections regarding same (.30). | | | |

| 02/18/11 | D B SHAFER | 3.10 | 1,317.50 |
|---|---|---|---|
| Draft summary of principal objections to the debtors' joint plan of reorganization and the Noteholders plan of reorganization for Heiman and Erens. | | | |

| 02/19/11 | D B SHAFER | 3.20 | 1,360.00 |
|---|---|---|---|
| Draft summary of principal objections to the debtors' joint plan of reorganization and the Noteholders plan of reorganization for Heiman and Erens. | | | |

| 02/20/11 | D B SHAFER | 2.40 | 1,020.00 |
|---|---|---|---|
| Draft summary of principal objections to the debtors' joint plan of reorganization and the Noteholders plan of reorganization for Heiman and Erens. | | | |

| 02/22/11 | B B ERENS | 0.20 | 160.00 |
|---|---|---|---|
| Telephone call with Heiman regarding confirmation hearing. | | | |

# JONES DAY

| 02/23/11 | B B ERENS | 1.00 | 800.00 |
|---|---|---|---|

Review and revise confirmation objection summary (.80); office conference with Shafer regarding same (.20).

| 02/23/11 | D B SHAFER | 3.10 | 1,317.50 |
|---|---|---|---|

Review and analyze objection by Aurelius and other senior noteholders to the debtors' joint plan (2.90); office conference with Erens regarding confirmation objection summary (.20).

| 02/24/11 | B B ERENS | 0.20 | 160.00 |
|---|---|---|---|

Telephone call with Heiman regarding confirmation hearing.

| 02/24/11 | D B SHAFER | 2.70 | 1,147.50 |
|---|---|---|---|

Revise summary chart of plan objections for Heiman and Erens.

| 02/25/11 | B B ERENS | 1.80 | 1,440.00 |
|---|---|---|---|

Telephone call with Shafer regarding minutes (.20); e-mails to and from litigation team regarding same (.20); review confirmation briefs (1.40).

| 02/25/11 | D B SHAFER | 0.20 | 85.00 |
|---|---|---|---|

Telephone call with Erens regarding minutes.

| 02/28/11 | B B ERENS | 1.00 | 800.00 |
|---|---|---|---|

Telephone calls with Friedman regarding bar order issues (.50); telephone call with Heiman regarding status and depositions regarding same (.20); review e-mails regarding confirmation hearing scheduling and related matters (.30).

| **TOTAL** | | **32.30** | **USD** | **17,955.00** |
|---|---|---|---|---|

# JONES DAY

Committee Matters/Meetings                                                                                    Page 1

| Date | Name | Hours | Amount |
|---|---|---|---|
| 02/03/11 | D G HEIMAN | 0.50 | 487.50 |

E-mail communications with Shapiro, Liebentritt and Wilderotter regarding media coverage of leaked e-mails.

| 02/04/11 | D G HEIMAN | 0.70 | 682.50 |

E-mail communications to Special Committee regarding e-mail leak to media (.30); telephone conference with Berg regarding same (.40).

| 02/15/11 | D G HEIMAN | 0.50 | 487.50 |

Review Special Committee meeting minutes.

| 02/23/11 | A R SCHAEFFER | 2.50 | 1,250.00 |

Review Delaware statute and company bylaws regarding electronic consent of resolutions (.80); e-mail communications with Kitslaar regarding electronic consent of resolutions (.40); review Special Committee resolutions regarding fees owed to Special Committee members (.30); draft minutes for December 20 meeting (1.00).

| 02/24/11 | D G HEIMAN | 0.50 | 487.50 |

Conference with Shapiro, Eldersveld and Schaeffer regarding Special Committee fees.

| 02/25/11 | A R SCHAEFFER | 1.00 | 500.00 |

Draft and revise electronic resolution regarding meeting minutes.

| 02/28/11 | A R SCHAEFFER | 0.20 | 100.00 |

E-mail communications regarding committee's written consents.

**TOTAL**                                              **5.90**        **USD**        **3,995.00**

# JONES DAY

Court Hearings                                                                Page 1

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/11 | D G HEIMAN | Conference with Erens regarding February 8 court hearing. | 0.50 | 487.50 |
| 02/04/11 | D G HEIMAN | Conference with Marvin regarding 2/8 hearing. | 0.30 | 292.50 |
| 02/04/11 | L M MARVIN | Conference with Heiman regarding February 8 hearing. | 0.30 | 150.00 |
| 02/04/11 | F E SHERMAN | Prepare for Tuesday hearing. | 1.00 | 800.00 |
| 02/04/11 | A K SOBCZAK | E-mails with Marvin regarding CourtCall appearance at February 8, 2011 hearing (.10); arrange for telephonic appearance of Rabinowitz with CourtCall representative (.20); review confirmation notice for accuracy (.10); e-mails with Marvin and Rabinowitz regarding same (.10). | 0.50 | 125.00 |
| 02/07/11 | D G HEIMAN | E-mail communications with Sherman regarding 2/8 hearing. | 0.50 | 487.50 |
| 02/07/11 | F E SHERMAN | Prepare for bankruptcy court argument on discovery issues. | 3.50 | 2,800.00 |
| 02/08/11 | L M MARVIN | Prepare for (4.00) and attend hearing on discovery motions (2.50). | 6.50 | 3,250.00 |
| 02/08/11 | A M RABINOWITZ | Appear for and attend the hearing on Aurelius's motion to compel telephonically. | 1.70 | 595.00 |
| 02/08/11 | F E SHERMAN | Attend Bankruptcy Court hearing in Wilmington. | 6.50 | 5,200.00 |
| 02/08/11 | X S STROHBEHN | Attend court hearing by phone. | 2.00 | 700.00 |
| 02/14/11 | L M MARVIN | Prepare for court hearing. | 1.30 | 650.00 |
| 02/14/11 | A K SOBCZAK | E-mail to and from Marvin regarding telephonic appearance at Feb 15 hearing (.10); review docket for hearing agenda (.20); phone conversation with CourtCall representative regarding telephonic appearance for Marvin, Rabinowitz, and Sherman (.60); review confirmation notices and forward to Marvin, Rabinowitz and Sherman (.10). | 1.00 | 250.00 |
| 02/15/11 | L M MARVIN | Prepare for and attend court hearing. | 7.00 | 3,500.00 |
| 02/15/11 | A M RABINOWITZ | Appear for and attend (telephonically) the court conference related to outstanding discovery issues. | 2.20 | 770.00 |
| 02/15/11 | F E SHERMAN | Attend hearing by phone. | 2.50 | 2,000.00 |
| 02/15/11 | X S STROHBEHN | Listen to court hearing. | 2.00 | 700.00 |
| 02/25/11 | B B ERENS | Telephone calls with Shafer regarding confirmation hearing. | 0.20 | 160.00 |
| 02/25/11 | D B SHAFER | Observe discovery status hearing in anticipation of confirmation hearing (.60); communicate with Erens regarding same (.20). | 0.80 | 340.00 |
| 02/25/11 | A K SOBCZAK | E-mail to and from Shafer regarding telephonic appearance at hearing regarding confirmation issues on Feb 25, 2011 at 1:30 (.10); telephone conference with CourtCall representative arranging same (.20); review confirmation notice of telephone appearance and e-mail same to Shafer (.10). | 0.40 | 100.00 |

## JONES DAY

| Court Hearings | | | Page 2 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 02/28/11 | B B ERENS | 0.20 | 160.00 |
| | Telephone call with Shafer regarding confirmation hearing. | | |
| 02/28/11 | AK SOBCZAK | 0.40 | 100.00 |
| | Review e-mail from Shafer regarding telephonic appearance at March 2 status hearing (.10); phone conference with CourtCall representative securing same (.20); review confirmation and forward to Shafer and Erens for review (.10). | | |

| **TOTAL** | | **41.30** | **USD** | **23,617.50** |
|---|---|---|---|---|

# JONES DAY

| | | | |
|---|---|---|---|
| 02/01/11 | D B SHAFER | 1.80 | 765.00 |

Revise fourth monthly fee application for Jones Day and prepare for filing (1.30); e-mails to and from Sobczak (.30) and phone conference with Sobczak regarding same (.20).

| 02/01/11 | AK SOBCZAK | 2.50 | 625.00 |
|---|---|---|---|

Phone conference with Shafer regarding December fee application cover pages (.20); review, recalculate and revise fee application cover pages (2.00); e-mails with Shafer regarding same (.30).

| 02/02/11 | D B SHAFER | 0.40 | 170.00 |
|---|---|---|---|

Communicate with local Delaware counsel to coordinate filing of Jones Day's fourth monthly fee application.

| 02/07/11 | AK SOBCZAK | 0.30 | 75.00 |
|---|---|---|---|

Begin review of and edits to January 2011 bill.

| 02/08/11 | AK SOBCZAK | 3.70 | 925.00 |
|---|---|---|---|

Review and edit January 2011 bill (3.50); e-mail to and from Cherence regarding time narratives (.20).

| 02/10/11 | AK SOBCZAK | 2.50 | 625.00 |
|---|---|---|---|

Review and revise January 2011 bill (2.30); e-mail to and from Soffer (financial) and Shafer regarding same (.20).

| 02/15/11 | AK SOBCZAK | 2.00 | 500.00 |
|---|---|---|---|

Review and revise January 2011 bill (1.50); e-mail to Soffer (financial) and Shafer regarding same (.10); phone conference with CourtCall representative requesting invoices (.20); review invoices and forward to Bunck for processing (.20).

| 02/24/11 | D B SHAFER | 1.40 | 595.00 |
|---|---|---|---|

Review and revise draft bill (.50); draft and revise fifth monthly fee application (.90).

| 02/25/11 | AK SOBCZAK | 0.70 | 175.00 |
|---|---|---|---|

Review and revise cover pages to January 2011 monthly bill (.60); e-mail to and from Shafer regarding same (.10).

| 02/28/11 | B B ERENS | 0.30 | 240.00 |
|---|---|---|---|

Review January bill.

| **TOTAL** | | **15.60** | **USD** | **4,695.00** |
|---|---|---|---|---|

# JONES DAY

Bankruptcy Travel                                                                    Page 1

| 02/17/11 | D G HEIMAN | 2.00 | 1,950.00 |
| | Travel to New York for Shapiro deposition preparation. | | |
| 02/18/11 | D G HEIMAN | 2.00 | 1,950.00 |
| | Travel to Washington from New York following Shapiro deposition preparation. | | |
| 02/27/11 | D G HEIMAN | 2.00 | 1,950.00 |
| | Travel to New York for Shapiro deposition. | | |
| 02/28/11 | D G HEIMAN | 2.00 | 1,950.00 |
| | Return travel to Cleveland following Shapiro deposition. | | |
| **TOTAL** | | 8.00    USD | 7,800.00 * |

*The amount charged for bankruptcy travel has been reduced by
50% such that only $3,900.00 is being requested in the fee
application.

# JONES DAY

02/01/11        H O AJUDUA                                    1.10                    385.00
Review and tag documents involving Shapiro to be used in preparation for deposition of Shapiro.

02/01/11        B B ERENS                                     1.00                    800.00
Review letters regarding compelling discovery (.20); e-mails to and from team regarding same (.10);
telephone call with Marvin and Heiman regarding same (.70).

02/01/11        D G HEIMAN                                    2.50                  2,437.50
Review Sidley motion to quash Conlan deposition (.30); e-mail communications with team regarding same
(.20); review letters regarding discovery (.50); telephone conference regarding status report from
Bendernagel (.50); conference with Shapiro regarding deposition (.30); conferences with Erens and Marvin
regarding Shapiro deposition and privilege issues (.70).

02/01/11        L M MARVIN                                    7.70                  3,850.00
Coordinate preparation of deposition binders (.70); prepare for and conference with Sidley regarding
motion to compel (1.50); review motion to compel, research, related documents and conference internally
regarding response (4.80); telephone conference with Erens and Heiman regarding same (.70).

02/01/11        A M RABINOWITZ                                1.40                    490.00
Review and analyze documents identified in Hurley's letter to the court regarding Liebentritt documents.

02/01/11        F E SHERMAN                                   1.00                    800.00
Review e-mail traffic regarding discovery issues and notice depositions of Shapiro and Wilderotter.

02/01/11        X S STROHBEHN                                 1.70                    595.00
Review documents for purposes of preparing materials for the deposition of Shapiro (1.00); review
materials related to Aurelius' motion to compel production of certain of the Committee's documents (.70).

02/02/11        H O AJUDUA                                    8.50                  2,975.00
Review correspondence from Akin Gump to Chief Judge Carey requesting disclosure of certain documents,
Sidley's response, and Akin's reply to Sidley's response (.40); review and tag documents involving
Wilderotter to be used in preparation for the deposition of Wilderotter (5.10); conference with Rabinowitz
regarding same (.10); update calendar with confirmed deposition dates (.20); review and log privileged
documents relating to director's and officer's insurance issues (2.70).

02/02/11        T J BARRY                                     0.20                     50.00
Review and respond to e-mail with Ajudua regarding discovery issues.

02/02/11        T F CULLEN JR                                 0.50                    450.00
Review potential deposition issues.

02/02/11        B B ERENS                                     1.70                  1,360.00
E-mails to and from team regarding Special Committee depositions and upcoming hearing regarding same
(1.00); review filings regarding same (.70).

02/02/11        D G HEIMAN                                    2.00                  1,950.00
E-mails to and from team regarding objections to depositions and Akin Gump filings in violation of court
order (1.00); review letters to court from Bendernagel and Akin Gump regarding privilege issues (1.00).

02/02/11        L M MARVIN                                    6.60                  3,300.00
Prepare response to motion to compel including research, review of documents, and review and comment
on Sidley letter (5.50); review filings regarding disclosure of confidential documents and correspond
internally regarding same (.90); review deposition calendar (.20).

02/02/11        A M RABINOWITZ                                0.40                    140.00
Review and analyze the subpoenas to Shapiro and Wilderotter in connection with the trustee motion (.30);
communicate with Ajudua regarding deposition preparation(.10).

02/02/11        F E SHERMAN                                   1.00                    800.00
Review notice of depositions for Shapiro and Wilderotter (.70); review and respond to e-mail traffic with
Jones Day lawyers and Wilderotter (.30).

02/02/11        X S STROHBEHN                                 2.50                    875.00
Review documents for purposes of gathering materials to prepare for the deposition of Wilderotter.

# JONES DAY

| 02/03/11 | H O AJUDUA | 2.40 | 840.00 |
|---|---|---|---|

Review docket to determine parameters of Feb. 8, 2011 omnibus hearing (.20); update calendar with omnibus hearing dates (.10); review and log privileged documents relating to director's and officer's insurance issue (1.70); review and analyze memorandum and order on Aurelius' motion to compel (Docket 7751) (.50).

| 02/03/11 | T J BARRY | 3.30 | 825.00 |
|---|---|---|---|

Prepare Liebentritt deposition prep Binder as requested by Rabinowitz.

| 02/03/11 | T F CULLEN JR | 1.50 | 1,350.00 |
|---|---|---|---|

Attention to discovery and deposition issues including schedule and court order.

| 02/03/11 | B B ERENS | 1.50 | 1,200.00 |
|---|---|---|---|

E-mails to and from team regarding discovery disputes (.30); telephone call with Heiman regarding same (.20); review judicial filing regarding same (.50); review new filings and letters regarding same (.50).

| 02/03/11 | D G HEIMAN | 2.50 | 2,437.50 |
|---|---|---|---|

Conference with Sherman (.30); e-mail communications with Bendernagel regarding depositions, 2/8 hearing and plan of reorganization supplements (.50); review court responses (1.20); review court decision on common interest privilege (.30); phone conference with Erens regarding discovery issues (.20).

| 02/03/11 | L M MARVIN | 9.70 | 4,850.00 |
|---|---|---|---|

Prepare objection to Wilderotter deposition notice (1.50); review court order regarding motion on common interest privilege (.70); prepare response to motion to compel including research, review of documents, review of Sidley letter and revision of privilege log (7.50).

| 02/03/11 | A M RABINOWITZ | 5.20 | 1,820.00 |
|---|---|---|---|

Review and analyze federal and local rules and the case management order regarding discovery disputes (1.50); review and analyze the court's directive regarding discovery related correspondence (1.30); review and analyze documents identified in Hurley's letter regarding Liebentritt documents (2.00); review and analyze the Debtor's draft response to Hurley's letter to the court (.40).

| 02/03/11 | F E SHERMAN | 1.50 | 1,200.00 |
|---|---|---|---|

Telephone call with Heiman (.30); e-mail traffic regarding various discovery issues (1.20).

| 02/04/11 | B B ERENS | 2.00 | 1,600.00 |
|---|---|---|---|

Conference call with Sherman, Heiman and Marvin regarding all outstanding discovery issues (.70); telephone calls with Sidley regarding same and upcoming hearing (.30); e-mails to and from team regarding proposed deposition objections (.50); review same and discovery letters (.50).

| 02/04/11 | D G HEIMAN | 4.00 | 3,900.00 |
|---|---|---|---|

Conference call with Sherman, Erens and Marvin regarding all open discovery issues, depositions and 2/8 hearing (.70); review deposition objections (1.00); e-mail communications with Zensky regarding same (1.00); review Debtors' letter to Carey regarding Liebentritt privilege (.90); review Special Committee letter regarding same (.40).

| 02/04/11 | L M MARVIN | 11.90 | 5,950.00 |
|---|---|---|---|

Prepare for and attend meet and conference regarding motion to compel with counsel for Aurelius (2.50); prepare for conference with Erens and Heiman regarding status motions (.80); prepare and coordinate filing of response letter regarding motion to compel (3.90); review withheld documents and conference internally and with Sidley regarding same (2.50); prepare and serve objections to deposition notices (1.40); phone conference with Shafer regarding same (.10); review and respond to correspondence regarding same (.70).

| 02/04/11 | A M RABINOWITZ | 4.10 | 1,435.00 |
|---|---|---|---|

Review and analyze documents identified by Hurley in his letter regarding the Special Committee privilege log (2.60); communicate with Strohbehn regarding documents on the Special Committee privilege log (.30); draft and revise the exhibits to the Special Committee's letter to Judge Carey regarding the Hurley letter (.60); communicate with Sidley and Akin Gump as part of a meet and confer in connection with the Hurley letter (.30); communicate with Sidley regarding the Hurley letter (.30).

| 02/04/11 | D B SHAFER | 0.50 | 212.50 |
|---|---|---|---|

Communicate with local Delaware counsel regarding urgent filing (.40); communicate with Marvin regarding same (.10).

# JONES DAY

| | | | |
|---|---|---|---|
| 02/04/11 | F E SHERMAN | 2.50 | 2,000.00 |

Review privilege and deposition issues (.50); edit objections and letters (1.00); telephone calls with Heiman, Erens and Marvin (.50); review e-mail traffic regarding discovery issues (.50).

02/04/11     X S STROHBEHN     8.80     3,080.00

Review documents for purposes of determining whether production may be made in response to Aurelius motion to compel (3.10); assist with drafting of response to motion (2.20); research intended to determine approach to drafting response to Aurelius motion to compel (3.20); conference with Rabinowitz regarding Special Committee privilege log (.30).

02/05/11     H O AJUDUA     0.20     70.00

Confirm coding of several documents for supplemental production.

02/05/11     B B ERENS     0.50     400.00

Review and respond to discovery dispute e-mails from team.

02/05/11     D G HEIMAN     2.50     2,437.50

Conferences with Marvin and Sherman (.60); e-mail communications with Zensky (.20); telephone conference with Bendernagel regarding objections to Shapiro and Wilderotter depositions and coordination of 2/8 hearing (1.20); review disputed privilege documents being released.

02/05/11     L M MARVIN     4.80     2,400.00

Review and respond to correspondence regarding deposition notices (1.30); prepare for motion to compel, including review of documents at issues (2.60); e-mails to and from Strohbehn regarding same (.30); conference with Heiman and Sherman regarding discovery issues (.60).

02/05/11     X S STROHBEHN     10.50     3,675.00

Review documents for purposes of determining whether additional production should be made in response to Akin motion to compel (5.00); prepare documents for production (4.50); e-mails with Marvin (.30) and vendor (.70) regarding same.

02/06/11     B B ERENS     0.50     400.00

Review and respond to internal e-mails regarding discovery disputes and objections to depositions.

02/06/11     D G HEIMAN     2.00     1,950.00

Mark and confirm e-mails (.40); conferences with Marvin regarding same (.50); review memorandum from Marvin regarding summary of meeting (.30); conferences with Marvin and Sherman regarding withdrawal of Shapiro objection (.50); e-mail communications with Shapiro and Zensky (.30).

02/06/11     L M MARVIN     5.80     2,900.00

Prepare for and attend meet and confer regarding deposition notices (1.30); prepare for motion to compel, including review of documents at issue (3.50); conference with Heiman regarding discovery issues (.50); conference with Heiman and Sherman regarding Shapiro objection (.50).

02/06/11     A M RABINOWITZ     0.20     70.00

Review and analyze documents identified in Hurley's letter regarding the Special Committee privilege log.

02/06/11     X S STROHBEHN     9.80     3,430.00

Review documents for purposes of determining privilege, whether documents should be produced in response to Aurelius' motion to compel production (5.50); review and prepare materials for upcoming court hearing (4.30).

02/07/11     H O AJUDUA     0.70     245.00

Review responses and objections to deposition notices for Wilderotter and Shapiro (.20); review local rules of the United States Bankruptcy Court in Delaware to determine the contours of omnibus hearings and whether parties can participate by telephone (.50).

02/07/11     B B ERENS     0.50     400.00

Review and respond to discovery e-mails regarding objections to depositions and e-mail discovery production.

02/07/11     D G HEIMAN     4.50     4,387.50

Review Wilderotter deposition objection (.50); review common privilege opinion (.50); review Shapiro deposition transcript to prepare for deposition (1.50); e-mail communications with Shapiro, Marvin and Sherman regarding Shapiro deposition (.60); e-mail communications with Zensky regarding same (.40); conferences with Sherman and Marvin regarding Wilderotter deposition (1.00).

# JONES DAY

| | | | |
|---|---|---|---|
| 02/07/11 | L M MARVIN | 6.70 | 3,350.00 |

Prepare for motion to compel, including review of documents at issue and correspondence regarding same (4.20); communicate with Rabinowitz and Strohbehn regarding same (1.00); e-mails to and from Heiman regarding Shapiro deposition (.50); conferences with Heiman regarding Wilderotter deposition (1.00).

| | | | |
|---|---|---|---|
| 02/07/11 | A M RABINOWITZ | 2.80 | 980.00 |

Communicate with Marvin and Strohbehn regarding documents identified in Aurelius's motion to compel (1.00); review and analyze pleadings and other documents associated with the prior and scheduled deposition of Shapiro and Wilderotter (1.50); review and analyze Aurelius's filings with the court related to their motion to compel (.30).

| | | | |
|---|---|---|---|
| 02/07/11 | X S STROHBEHN | 10.90 | 3,815.00 |

Review documents for purposes of determining privilege, whether documents should be produced in response to Aurelius' motion to compel production (3.00); conferences with Marvin and Rabinowitz regarding same (1.00); review and prepare materials for upcoming court hearing (6.90).

| | | | |
|---|---|---|---|
| 02/08/11 | B B ERENS | 0.30 | 240.00 |

E-mails to and from team regarding discovery disputes and deposition issues.

| | | | |
|---|---|---|---|
| 02/08/11 | D G HEIMAN | 3.00 | 2,925.00 |

Review Zensky objection to Wilderotter and Conlan depositions (1.00); review Shapiro deposition transcript (1.00); review e-mail activity regarding Shapiro deposition (.50); e-mail communications with Marvin regarding same (.50).

| | | | |
|---|---|---|---|
| 02/08/11 | L M MARVIN | 1.80 | 900.00 |

Prepare letter to court on deposition (1.00); review withheld documents (.30); e-mails to and from Heiman regarding Shapiro deposition (.50).

| | | | |
|---|---|---|---|
| 02/08/11 | A M RABINOWITZ | 0.30 | 105.00 |

Review and analyze documents produced by the Special Committee.

| | | | |
|---|---|---|---|
| 02/08/11 | F E SHERMAN | 0.50 | 400.00 |

E-mail traffic regarding Special Committee depositions.

| | | | |
|---|---|---|---|
| 02/08/11 | X S STROHBEHN | 6.60 | 2,310.00 |

Review Wilderotter deposition transcript and exhibits (2.00); research case law in favor of non-duplicative depositions (3.00); draft letter in response to Aurelius' letter to the Court requesting the second deposition of Wilderotter (1.60).

| | | | |
|---|---|---|---|
| 02/09/11 | B B ERENS | 0.50 | 400.00 |

E-mails to and from Marvin, Sherman and Heiman regarding discovery disputes and upcoming depositions.

| | | | |
|---|---|---|---|
| 02/09/11 | D G HEIMAN | 1.50 | 1,462.50 |

Telephone conferences with Sobel and Marvin regarding Shapiro deposition (.50); review papers regarding same (.50); e-mail traffic to and from Erens, Marvin and Sherman regarding depositions (.50).

| | | | |
|---|---|---|---|
| 02/09/11 | L M MARVIN | 5.50 | 2,750.00 |

Prepare, review and revise responsive letter to Court regarding deposition and file same (3.70); review and conference with Heiman regarding withheld documents (.50); prepare and serve objections to document requests (.80); e-mails to and from Heiman, Sherman and Erens regarding depositions (.50).

| | | | |
|---|---|---|---|
| 02/09/11 | A M RABINOWITZ | 1.10 | 385.00 |

Draft and revise the Special Committee's objection to the third request for documents of Aurelius (.60); review and analyze the Special Committee's letter to Judge Carey regarding the proposed deposition of Wilderotter (.20); communicate with Strohbehn regarding deposition preparations (.30).

| | | | |
|---|---|---|---|
| 02/09/11 | F E SHERMAN | 1.30 | 1,040.00 |

Edit letter to court regarding Wilderotter deposition (1.00); e-mail traffic regarding scheduling depositions (.30).

| | | | |
|---|---|---|---|
| 02/09/11 | X S STROHBEHN | 5.50 | 1,925.00 |

Edit letter responding to Aurelius letter requesting a second deposition of Wilderotter (2.50); review materials in preparation for upcoming depositions (3.00).

| | | | |
|---|---|---|---|
| 02/10/11 | H O AJUDUA | 4.10 | 1,435.00 |

Prepare materials for use in preparation for depositions of Shapiro and Wilderotter.

# JONES DAY

| 02/10/11 | D G HEIMAN | 2.50 | 2,437.50 |
|---|---|---|---|

Conference with Sherman regarding Shapiro deposition (.80); e-mail communications with Marvin regarding discovery issues (.50); review papers for Shapiro deposition (1.20).

| 02/10/11 | L M MARVIN | 2.70 | 1,350.00 |
|---|---|---|---|

Review and conference internally regarding withheld documents (.90); prepare documents for production (.80); prepare for and conference with Sidley and Akin regarding withheld documents (.50); e-mails to and from Heiman regarding discovery matters (.50).

| 02/10/11 | A M RABINOWITZ | 0.50 | 175.00 |
|---|---|---|---|

Review and analyze documents to prepare for upcoming depositions (.30); communicate with Strohbehn regarding deposition preparation (.20).

| 02/10/11 | F E SHERMAN | 1.50 | 1,200.00 |
|---|---|---|---|

Meeting with Heiman regarding depositions and related issues (.80); e-mail traffic regarding privileged document and deposition issues (.70).

| 02/10/11 | X S STROHBEHN | 16.50 | 5,775.00 |
|---|---|---|---|

Review and prepare materials in preparation for upcoming Shapiro and Wilderotter depositions (16.30); conferences with Rabinowitz regarding same (.20).

| 02/11/11 | H O AJUDUA | 1.50 | 525.00 |
|---|---|---|---|

Prepare materials to be used in preparation for depositions of Shapiro and Wilderotter.

| 02/11/11 | T J BARRY | 0.20 | 50.00 |
|---|---|---|---|

Update electronic case management file with documents produced by Special Committee.

| 02/11/11 | D G HEIMAN | 1.50 | 1,462.50 |
|---|---|---|---|

Conferences with Sherman and Marvin (.50); review discovery objections (.40); conference with Shapiro regarding deposition preparation and schedule (.60).

| 02/11/11 | L M MARVIN | 7.80 | 3,900.00 |
|---|---|---|---|

Review deposition preparation materials for Shapiro (2.20); conferences with Heiman and Sherman regarding same (.50); prepare for and conference with Sidley and Akin regarding document production issues (2.60); review and prepare documents for production (2.50).

| 02/11/11 | A M RABINOWITZ | 4.10 | 1,435.00 |
|---|---|---|---|

Plan and prepare for the depositions of Shapiro and Wilderotter.

| 02/11/11 | F E SHERMAN | 2.00 | 1,600.00 |
|---|---|---|---|

E-mail traffic regarding depositions of Shapiro and Wilderotter (.40); begin preparing for depositions (1.60).

| 02/11/11 | X S STROHBEHN | 11.50 | 4,025.00 |
|---|---|---|---|

Review and prepare materials in preparation for upcoming Shapiro and Wilderotter depositions.

| 02/12/11 | H O AJUDUA | 1.80 | 630.00 |
|---|---|---|---|

Review and analyze documents in Shapiro database dated prior to the formation of the Special Committee to determine if any other documents should go in the materials to be used in preparation for the depositions of Shapiro and Wilderotter.

| 02/12/11 | D G HEIMAN | 0.70 | 682.50 |
|---|---|---|---|

Conference with Marvin regarding document production (.40); conference with Erens regarding same (.30).

| 02/12/11 | L M MARVIN | 2.20 | 1,100.00 |
|---|---|---|---|

Review and prepare special committee documents for production (1.80); conference with Heiman regarding same (.40).

| 02/12/11 | X S STROHBEHN | 11.90 | 4,165.00 |
|---|---|---|---|

Review and prepare materials in preparation for upcoming Shapiro and Wilderotter depositions.

| 02/13/11 | L M MARVIN | 2.70 | 1,350.00 |
|---|---|---|---|

Review and prepare special committee documents for production.

| 02/13/11 | X S STROHBEHN | 1.10 | 385.00 |
|---|---|---|---|

Review production to Aurelius to create an index of which privilege log entries were removed from the Special Committee log.

| 02/14/11 | H O AJUDUA | 5.10 | 1,785.00 |
|---|---|---|---|

Manage data and files to be used in preparation for the depositions of Shapiro and Wilderotter.

# JONES DAY

| 02/14/11 | L M MARVIN | 4.60 | 2,300.00 |

Review and prepare documents for production (2.30); review and respond to correspondence regarding document production (1.30); prepare for deposition of Wilderotter (1.00).

| 02/14/11 | F E SHERMAN | 4.50 | 3,600.00 |

Review Wilderotter deposition transcript and exhibits (1.50); prepare for argument regarding second Wilderotter deposition (3.00).

| 02/14/11 | X S STROHBEHN | 7.90 | 2,765.00 |

Prepare materials for Wilderotter and Shapiro depositions.

| 02/15/11 | H O AJUDUA | 0.30 | 105.00 |

Update and distribute calendar of upcoming deposition and hearing dates.

| 02/15/11 | B B ERENS | 0.30 | 240.00 |

E-mails to and from team regarding deposition preparation.

| 02/15/11 | D G HEIMAN | 4.00 | 3,900.00 |

Conferences with Shapiro, Sherman and Bendernagel regarding witness prep session (1.00); review e-mails, deposition transcript and pleadings for Shapiro deposition prep (2.50); activity regarding Wilderotter and Liang depositions.

| 02/15/11 | L M MARVIN | 0.80 | 400.00 |

Coordinate depositions.

| 02/15/11 | A M RABINOWITZ | 3.30 | 1,155.00 |

Plan and prepare for the upcoming deposition of Wilderotter.

| 02/15/11 | F E SHERMAN | 4.50 | 3,600.00 |

Review e-mail traffic regarding scheduling (.30); prepare for Shapiro and Wilderotter depositions (3.20); conferences with Heiman and Shapiro regarding same (1.00).

| 02/15/11 | X S STROHBEHN | 7.00 | 2,450.00 |

Prepare materials for upcoming depositions of Shapiro and Wilderotter.

| 02/16/11 | H O AJUDUA | 4.60 | 1,610.00 |

Manage data and files to be used in preparation for the depositions of Shapiro and Wilderotter.

| 02/16/11 | T F CULLEN JR | 0.30 | 270.00 |

Telephone call with Sherman to discuss deposition issues.

| 02/16/11 | D G HEIMAN | 5.50 | 5,362.50 |

Review all e-mails for Shapiro deposition preparation (2.00); prepare checklist of areas (1.00); telephone conferences with Bendernagel, Sherman and Marvin regarding Wilderotter deposition (1.50); telephone conferences with Krakauer, Erens, Sherman and Marvin regarding intercompany settlement (1.00).

| 02/16/11 | L M MARVIN | 4.30 | 2,150.00 |

Prepare for deposition of Wilderotter and Shapiro (2.30); telephone conferences with Heiman, Sherman, Bendernagel, Erens and Krakauer regarding deposition issues (2.00).

| 02/16/11 | A M RABINOWITZ | 0.50 | 175.00 |

Plan and prepare for the depositions of Shapiro and Wilderotter.

| 02/16/11 | F E SHERMAN | 8.00 | 6,400.00 |

Prepare for depositions (7.00); telephone calls and e-mail traffic with Jones Day and Sidley lawyers (.70); telephone conference with Cullen to discuss deposition issues (.30).

| 02/16/11 | X S STROHBEHN | 3.70 | 1,295.00 |

Prepare and review materials for the depositions of Shapiro and Wilderotter.

| 02/17/11 | H O AJUDUA | 0.40 | 140.00 |

Manage data and files to be used in preparation for Shapiro and Wilderotter depositions.

| 02/17/11 | D G HEIMAN | 4.50 | 4,387.50 |

Prepare outline and comments for Shapiro deposition preparation (3.50); conference with Sherman regarding same (.50); review Aurelius objections regarding interim settlement and releases (.50).

# JONES DAY

| 02/17/11 | L M MARVIN | 6.30 | 3,150.00 |
|---|---|---|---|

Prepare for depositions (4.50); review and prepare proposed order (1.30); review and revise draft e-mail regarding non-waiver production (.50).

| 02/17/11 | A M RABINOWITZ | 1.10 | 385.00 |
|---|---|---|---|

Plan and prepare for the depositions of Wilderotter and Shapiro.

| 02/17/11 | F E SHERMAN | 8.00 | 6,400.00 |
|---|---|---|---|

Prepare for depositions (7.50); conference with Heiman regarding Shapiro deposition (.50).

| 02/18/11 | D G HEIMAN | 4.00 | 3,900.00 |
|---|---|---|---|

Attend meetings with Shapiro, Bendernagel and Sherman regarding Shapiro deposition preparation.

| 02/18/11 | L M MARVIN | 11.00 | 5,500.00 |
|---|---|---|---|

Prepare for and attend deposition preparation of Shapiro (6.00); prepare for and attend deposition of Wilderotter (5.00).

| 02/18/11 | A M RABINOWITZ | 0.90 | 315.00 |
|---|---|---|---|

Plan and prepare for the depositions of Wilderotter and Shapiro.

| 02/18/11 | F E SHERMAN | 12.00 | 9,600.00 |
|---|---|---|---|

Attend meetings with Heiman, Shapiro and Bendernagel regarding Shapiro deposition (4.00); prepare Shapiro for deposition (3.00); defend Wilderotter deposition (5.00).

| 02/19/11 | B B ERENS | 1.00 | 800.00 |
|---|---|---|---|

Review Wilderotter transcript.

| 02/21/11 | D G HEIMAN | 0.50 | 487.50 |
|---|---|---|---|

Conference with Erens regarding Liebentritt deposition and attendance at hearing.

| 02/22/11 | D G HEIMAN | 1.00 | 975.00 |
|---|---|---|---|

Review materials for Shapiro deposition.

| 02/22/11 | F E SHERMAN | 2.50 | 2,000.00 |
|---|---|---|---|

Review Wilderotter transcript (1.30); prepare for Shapiro deposition (1.20).

| 02/22/11 | X S STROHBEHN | 1.60 | 560.00 |
|---|---|---|---|

Review Wilderotter deposition transcript to create a list of the issues covered in her second deposition.

| 02/23/11 | D G HEIMAN | 1.00 | 975.00 |
|---|---|---|---|

Review Liang deposition transcript (.40); prepare for Shapiro deposition (.60).

| 02/23/11 | L M MARVIN | 0.90 | 450.00 |
|---|---|---|---|

Review and prepare summary of Wilderotter transcript.

| 02/24/11 | D G HEIMAN | 1.50 | 1,462.50 |
|---|---|---|---|

Telephone conferences with Shapiro regarding deposition schedule (1.00); e-mail communications with Sherman and Bendernagel regarding preparation for Shapiro deposition (.50).

| 02/24/11 | L M MARVIN | 0.90 | 450.00 |
|---|---|---|---|

Coordinate Shapiro deposition.

| 02/25/11 | D G HEIMAN | 2.00 | 1,950.00 |
|---|---|---|---|

E-mail communications with Hurley and Marvin regarding Special Committee minutes (.30); conferences with Sherman and Bendernagel regarding Shapiro deposition (.70); review plan of reorganization objections, summaries and Wilderotter deposition transcript.

| 02/25/11 | F E SHERMAN | 4.50 | 3,600.00 |
|---|---|---|---|

Prepare for Shapiro deposition (3.30); conferences with Heiman and Bendernagel regarding Shapiro deposition (.70); e-mail traffic with team regarding preparation and discovery issues (.50).

| 02/25/11 | X S STROHBEHN | 1.20 | 420.00 |
|---|---|---|---|

Review documents to determine whether all Special Committee meeting minutes were produced and to isolate copies of the October 11, 2010 minutes for production.

| 02/26/11 | L M MARVIN | 1.30 | 650.00 |
|---|---|---|---|

Review and respond to e-mails regarding document production.

# JONES DAY

| | | | |
|---|---|---|---|
| 02/26/11 | X S STROHBEHN | 0.30 | 105.00 |

Review documents to determine appropriate copy of October 11, 2010 minutes for production (.10); prepare production copy (.10); review production copy to determine whether production was prepared for delivery to Aurelius (.10).

| | | | |
|---|---|---|---|
| 02/27/11 | D G HEIMAN | 1.50 | 1,462.50 |

Prepare for Shapiro deposition.

| | | | |
|---|---|---|---|
| 02/28/11 | H O AJUDUA | 0.70 | 245.00 |

Review and analyze case management order and document depository order to determine whether there is any procedure for designating a transcript as confidential (.60); contact transcription service to obtain a copy of the transcript from the February 22, 2011 hearing (.10).

| | | | |
|---|---|---|---|
| 02/28/11 | D G HEIMAN | 8.00 | 7,800.00 |

Attend pre-deposition meetings with Sherman, Bendernagel and Ducayet (3.00); attend Shapiro deposition (5.00).

| | | | |
|---|---|---|---|
| 02/28/11 | L M MARVIN | 7.50 | 3,750.00 |

Prepare for (2.50) and attend deposition of Shapiro (5.00).

| | | | |
|---|---|---|---|
| 02/28/11 | F E SHERMAN | 7.50 | 6,000.00 |

Prepare for and attend Shapiro deposition.

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **431.60** | **USD** | **240,875.00** |

# EXHIBIT B

# JONES DAY

Special Committee of the Board of Directors of                                          Page 1

Plan of Reorganization Matters

## DISBURSEMENT DETAIL - February 28, 2011

| Date | Timekeeper Name | Location | Amount | |
|------|-----------------|----------|--------|---|
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 02/04/11 | CHI ACCOUNTING | CHI | 12.08 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 10/1/10 - 12/31/10 | | | |
| 02/04/11 | AK SOBCZAK | CHI | 0.64 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 10/1/10 - 12/31/10 | | | |
| 02/04/11 | AK SOBCZAK | CHI | 85.92 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 10/1/10 - 12/31/10 | | | |
| 02/04/11 | AK SOBCZAK | CHI | 2.88 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 10/1/10 - 12/31/10 | | | |
| 02/04/11 | AK SOBCZAK | CHI | 2.00 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 10/1/10 - 12/31/10 | | | |
| 02/04/11 | B B ERENS | CHI | 2.40 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 10/1/10 - 12/31/10 | | | |
| 02/04/11 | CHI ACCOUNTING | CHI | 7.20 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 10/1/10 - 12/31/10 | | | |
| 02/04/11 | D B SHAFER | CHI | 2.40 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 10/1/10 - 12/31/10 | | | |
| 02/04/11 | D B SHAFER | CHI | 36.80 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 10/1/10 - 12/31/10 | | | |
| 02/04/11 | B B ERENS | CHI | 24.72 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 10/1/10 - 12/31/10 | | | |
| 02/04/11 | B B ERENS | CHI | 4.80 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 10/1/10 - 12/31/10 | | | |
| 02/24/11 | T J BARRY | NYC | 15.20 | |
| | Computerized research services Pleadings retrieval 22-Feb-2011 | | | |
| | **Computerized research services Subtotal** | | | 197.04 |
| **CONFERENCE CALL CHARGES** | | | | |
| 02/28/11 | AK SOBCZAK | CHI | 72.00 | |
| | Conference Call Charges - COURTCALL 12/30/10 | | | |
| 02/28/11 | AK SOBCZAK | CHI | 44.00 | |
| | Conference Call Charges - COURTCALL 1/18/11 | | | |
| | **Conference Call Charges Subtotal** | | | 116.00 |
| **CONFERENCE CHARGES** | | | | |
| 02/03/11 | CHI ACCOUNTING | CHI | 7.07 | |
| | Conference charges David Hall 17-Dec-2010 | | | |
| | **Conference Charges Subtotal** | | | 7.07 |

# JONES DAY

Special Committee of the Board of Directors of                                                   Page 2

**COURIER SERVICES**

| 02/15/11 | NYC ACCOUNTING | NYC | 11.55 | |
| | Courier services - QUALITY - 1/10/11 | | | |
| 02/15/11 | NYC ACCOUNTING | NYC | 29.25 | |
| | Courier services - QUALITY - 1/21/11 | | | |
| 02/23/11 | L M MARVIN | NYC | 39.33 | |
| | Courier services - URBAN EXPRESS 1/5/2011 | | | |
| 02/23/11 | NYC ACCOUNTING | NYC | 27.45 | |
| | Courier services - URBAN EXPRESS 1/18/2011 | | | |
| | **Courier services Subtotal** | | | **107.58** |

**DUPLICATION CHARGES**

| 02/17/11 | NYC ACCOUNTING | NYC | 96.20 | |
| | Duplication charges through 02/17/2011 (962 pages @ .10/page) | | | |
| | **Duplication charges Subtotal** | | | **96.20** |

**FOOD AND BEVERAGE EXPENSES**

| 02/03/11 | H O AJUDUA | NYC | 21.51 | |
| | Food and beverage expenses dinner overtime 10-Jan-2011 | | | |
| | **Food and beverage expenses Subtotal** | | | **21.51** |

**IMAGING SERVICES**

| 02/23/11 | L M MARVIN | NYC | 154.18 | |
| | Imaging services - ALPHA SYSTEMS 1/4/2011 | | | |
| 02/23/11 | L M MARVIN | NYC | 6,202.96 | |
| | Imaging services - ALPHA SYSTEMS 12/21 - 31/2010 | | | |
| 02/23/11 | L M MARVIN | NYC | 54.44 | |
| | Imaging services - ALPHA SYSTEMS December 2010 e-direct hosting | | | |
| 02/23/11 | L M MARVIN | NYC | 6,761.62 | |
| | Imaging services - ALPHA SYSTEMS 12/16 - 31/2010 | | | |
| 02/23/11 | L M MARVIN | NYC | 4,733.01 | |
| | Imaging services - ALPHA SYSTEMS January 2011 e-direct hosting | | | |
| 02/23/11 | L M MARVIN | NYC | 4,842.63 | |
| | Imaging services - ALPHA SYSTEMS January 2011 e-direct hosting | | | |
| | **Imaging services Subtotal** | | | **22,748.84** |

**LATE WORK MEAL**

| 02/24/11 | H O AJUDUA | NYC | 25.67 | |
| | Late work meal OT dinner 10-Feb-2011 | | | |
| | **Late Work Meal Subtotal** | | | **25.67** |

**LATE WORK TAXI**

| 02/10/11 | A M RABINOWITZ | NYC | 15.55 | |
| | Late Work Taxi Car home. 20-Jan-2011 | | | |
| 02/10/11 | A M RABINOWITZ | NYC | 15.90 | |
| | Late Work Taxi Car home. 31-Jan-2011 | | | |
| 02/17/11 | X S STROHBEHN | NYC | 12.70 | |
| | Late Work Taxi Review and prepare materials for the depositions of Shapiro and Wilderotter. 11-Feb-2011 | | | |
| | **Late Work Taxi Subtotal** | | | **44.15** |

**LOCAL FOOD AND BEVERAGE EXPENSE**

| 02/14/11 | A M RABINOWITZ | NYC | 10.75 | |
| | Local food and beverage expense - FLIK INTERNATIONAL CORP. 1/3/2011 (D) | | | |
| 02/14/11 | A M RABINOWITZ | NYC | 5.50 | |
| | Local food and beverage expense - FLIK INTERNATIONAL CORP. 1/4/2011 (D) | | | |
| 02/22/11 | A M RABINOWITZ | NYC | 15.43 | |
| | Local food and beverage expense - SEAMLESSWEB PROFESSIONAL SOLUTIONS, LLC 1/18/2011 (Kosher Delight) | | | |

# JONES DAY

| Date | Name | City | Amount |
|---|---|---|---|
| 02/22/11 | K MAMEDOVA | NYC | 21.17 |

Local food and beverage expense - SEAMLESSWEB PROFESSIONAL SOLUTIONS, LLC 1/15/2011 (Tanaka)

| 02/24/11 | A M RABINOWITZ | NYC | 3.45 |

Local food and beverage expense - FLIK INTERNATIONAL CORP. 1/20/2011 (D)

| 02/24/11 | K MAMEDOVA | NYC | 13.22 |

Local food and beverage expense - FLIK INTERNATIONAL CORP. 1/20/2011 (D)

| 02/28/11 | A M RABINOWITZ | NYC | 6.74 |

Local food and beverage expense - FLIK INTERNATIONAL CORP. 1/31/2011 (D)

**Local food and beverage expense Subtotal**    **76.26**

## LOCAL TAXI CHARGES

| 02/03/11 | B B ERENS | CHI | 105.89 |

Local taxi charge Dialcar-11/18/10 from Lga to 1 Bowling Green travel to New York for creditor meeting. 11-Jan-2011

**Local taxi charges Subtotal**    **105.89**

## LONG DISTANCE CHARGES

| 02/10/11 | NYC ACCOUNTING | NYC | 1.65 |

Long distance charges through 02/10/2011

| 02/10/11 | NYC ACCOUNTING | NYC | 3.75 |

Long distance charges through 02/10/2011

| 02/17/11 | NYC ACCOUNTING | NYC | 3.15 |

Long distance charges through 02/17/2011

**Long distance charges Subtotal**    **8.55**

## UNITED PARCEL SERVICE CHARGES

| 02/03/11 | D B SHAFER | CHI | 9.92 |

United Parcel Services Charges, Pauline Z. Rat kowiak, Cole, Schotz, Meisel, Forman & Leon, 1ZV 4621392699183

| 02/14/11 | X S STROHBEHN | NYC | 34.39 |

United Parcel Services Charges, MARK SHAPIRO, CHARLESTON MARRIOTT - TOWN CENTER, 1Z10445E0194 3693

| 02/15/11 | L M MARVIN | NYC | 34.39 |

United Parcel Services Charges, MAGGIE WILDERO TIER (, THE MARRIOTT CHARLESTON, 1Z10445E0191878 5

| 02/16/11 | H O AJUDUA | NYC | 42.88 |

United Parcel Services Charges, JAMES DURAYET, SIDLEY AUSTIN LLP, 1Z10445E0190039460

**United Parcel Service charges Subtotal**    **121.58**

## WESTLAW SEARCH FEES

| 02/04/11 | X S STROHBEHN | NYC | 375.07 |

Westlaw search fees: 02/04/2011

| 02/07/11 | X S STROHBEHN | NYC | 46.32 |

Westlaw search fees: 02/07/2011

| 02/08/11 | X S STROHBEHN | NYC | 184.91 |

Westlaw search fees: 02/08/2011

| 02/24/11 | B B ERENS | CHI | 10.59 |

Westlaw search fees 03-Jan-2011

**Westlaw search fees Subtotal**    **616.89**

**Total**    **USD**    **24,293.23 \*\***

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 123.44

**Grand Total**    **USD**    **24,293.23 \*\***

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 123.44

# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1.        I am a partner in the law firm of Jones Day.  I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

CHI-1795460v1

2.      I have read the Sixth Monthly Application of Jones Day for Allowance of

Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the

Special Committee of the Board of Directors of Tribune Company for the Period from

February 1, 2011 Through February 28, 2011 (the "Application").

3.      A Jones Day attorney has reviewed the requirements of the Guidelines For

Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under

11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application

complies with the Guidelines and the Local Rules.

Dated:  April 12, 2011                                _____

                                                              Brad B. Erens