# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES FROM
## DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011[1]

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Seth D. Berlin | Partner First Amendment Litigation Admitted 1992 | $425.00 | 4.80 | $2,040.00 |
| | | $445.00 | 1.90 | $845.50 |
| Jay Ward Brown | Partner First Amendment Litigation Admitted 1992 | $425.00 | 2.30 | $977.50 |
| | | $445.00 | 17.30 | $7,698.50 |
| Thomas B. Kelley | Partner First Amendment Litigation Admitted 1972 | $425.00 | .70 | $297.50 |
| | | N/A | N/A | N/A |
| Robert Penchina | Partner First Amendment Litigation Admitted 1989 | $425.00 | .90 | $382.50 |
| | | $445.00 | 57.90 | $25,765.50 |
| Nathan E. Siegel | Partner First Amendment Litigation Admitted 1992 | $425.00 | 1.90 | $807.50 |
| | | $445.00 | 10.40 | $4,628.00 |
| Gayle C. Sproul | Partner First Amendment Litigation Admitted 1983 | N/A | N/A | N/A |
| | | $445.00 | 4.00 | $1,780.00 |
| Alia L. Smith | Of Counsel First Amendment Litigation Admitted 2001 | N/A | N/A | N/A |
| | | $375.00 | 3.60 | $1,350.00 |
| Cameron A. Stracher | Of Counsel First Amendment Litigation Admitted 1987 | N/A | N/A | N/A |
| | | $420.00 | .30 | $126.00 |

---

[1] Levine raised its rates charged to Debtors for the first time in three years, effective January 1, 2011. The firm's new rates continue to reflect an approximately 20% discount off of the firm's standard rates. As reflected in the summary, during this quarterly period Levine professionals and paralegals billed time under both the rates effective during December 2010 and the new rates effective beginning on January 1, 2011.

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Jacob P. Goldstein | Associate First Amendment Litigation Admitted 2007 | N/A | N/A | N/A |
| | | $330.00 | 1.90 | $627.00 |
| Shaina D. Jones | Associate First Amendment Litigation Admitted 2009 | $285.00 | 10.00 | $2,850.00 |
| | | $290.00 | 27.10 | $7,859.00 |
| Matthew E. Kelley | Law Clerk First Amendment Litigation N/A | N/A | N/A | N/A |
| | | $195.00 | 1.80 | $351.00 |
| Jennifer Pinkerton-Burke | Paralegal First Amendment Litigation N/A | $190.00 | .40 | $76.00 |
| | | $195.00 | 3.70 | $721.50 |
| **TOTALS** | | | 150.90 | $59,183.00 |
| **BLENDED RATE** | | | $392.20 | |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Baltimore Sun- Mitchell | .40 | $178.00 |
| Tribune- General | 1.10 | $481.50 |
| Baltimore Sun- General Newsroom | 4.80 | $2,130.00 |
| Baltimore Sun- Robert Henke v. | 3.00 | $1,331.00 |
| Baltimore Sun- Ivan J. Bates v. | 2.30 | $997.50 |
| Hartford Courant- Journal Publ. v. | 61.60 | $26,728.00 |
| Homestead Publ. Co.- Worsham v. | 5.70 | $2,284.50 |
| Tribune Bankruptcy- Examiner's Report | 4.00 | $1,780.00 |
| Tribune-Bankruptcy Fee Application | 39.20 | $12,380.50 |
| Tribune- The Jeffersonian | 20.60 | $7,693.00 |
| Anderson Subpoena (Howard County Times) | 8.20 | $3,199.00 |
| **TOTALS** | 150.90 | $59,183.00 |

# EXHIBIT B

# EXPENSE SUMMARY

## EXPENSE SUMMARY FOR THE PERIOD
## DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Filing Fees | Expedited Courier Group | $32.00 |
| Counsel Fees | Kramon & Graham, P.A. | $120.40 |
| Expert Witness Services | Medical Expert | $2,787.50 |
| Deposition Transcripts | Esquire Deposition Solutions | $4,641.10 |
|  | Elaine M. Bain, Suburban Pastoral Counseling Center | $918.90 |
| Mediator Fees | Hilary D. Caplan, Arbitration/Mediation | $3,412.00 |
| Off-Site Copying Service | Clicks | $26.67 |
|  | Sequential, Inc. | $489.30 |
| Travel | Nathan Siegel to Baltimore, MD and Allentown, PA | $300.50 |
| **TOTALS** |  | **$12,728.37** |