## CERTIFICATE OF SERVICE

I, Leigh-Anne M. Raport, hereby certify that on April 12, 2011, I caused one copy of the foregoing document to be served upon the parties on the attached service list in the manner indicated.

_____
Leigh-Anne M. Raport (#5055)

{00074510;v1}

Case 08-13141-BLS    Doc 8635-2    Filed 04/12/11    Page 2 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA HAND DELIVERY**<br>COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA ESQ.<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 |
| **VIA FIRST CLASS U.S. MAIL**<br>ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: COREY SMITH BOTT, BRIAN G. ESDERS<br>809 GLENEAGLES COURT, SUITE 320<br>BALTIMORE, MD 21286 | **VIA FIRST CLASS U.S. MAIL**<br>ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: MEGHAN C. HORN, ESQ.<br>809 GLENEAGLES COURT, SUITE 320<br>TOWSON, MD 21286 |
| **VIA FIRST CLASS U.S. MAIL**<br>ACXIOM CORPORATION<br>ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL<br>301 E. DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY, AR 72033-2000 | **VIA FIRST CLASS U.S. MAIL**<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| **VIA FIRST CLASS U.S. MAIL**<br>ALLISON, SLUTSKY & KENNEDY, PC<br>ANGIE M. COWAN<br>230 W MONROE ST, STE 2600<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>ANDREW S. CONWAY, ESQUIRE<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 |
| **VIA HAND DELIVERY**<br>ARCHER & GREINER, PC<br>JOHN V. FIORELLA, ESQ.<br>300 DELAWARE AVE, STE 1370<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ASKOUNIS & DARCY, PC<br>ATTN: THOMAS V. ASDOUNIS, ESQ.<br>401 NORTH MICHIGAN AVENUE, STE 550<br>CHICAGO, IL 60611 |
| **VIA FIRST CLASS U.S. MAIL**<br>BANC OF AMERICA BRIDGE LLC<br>LYNN D. SIMMONS, SR. VICE PRESIDENT<br>BANK OF AMERICA STRATEGIC SOLUTIONS<br>MAIL CODE: IL1-231-11-19<br>231 SOUTH LASALLE STREET<br>CHICAGO, IL 60604 | **VIA FIRST CLASS U.S. MAIL**<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>ATTN. GEORGE R. MESIRES, ESQ.<br>200 WEST MADISON ST., SUITE 3900<br>CHICAGO, IL 60606 |
| **VIA HAND DELIVERY**<br>BARNES & THORNBURG LLP<br>ATTN: DAVID M. POWLEN<br>1000 NORTH WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>BARTLETT HACKETT FEINBERG PC<br>FRANK F. MCGINN (MA BBO# 564729)<br>155 FEDERAL ST, 9TH FL<br>BOSTON, MA 02110 |

{0431441;v1}

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>BELKIN BURDEN WENIG & GOLDMAN, LLP<br>ATTN: JOSHUA G. LOSARDO, ESQ.<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | **VIA FIRST CLASS U.S. MAIL**<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. DAVID M. NEUMANN, ESQUIRE<br>200 PUBLIC SQUARE SUITE 2300<br>CLEVELAND, OH 44114-2378 |
| | **VIA HAND DELIVERY**<br>BIFFERATO LLC<br>ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.<br>800 N. KING STREET, PLAZA LEVEL<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN<br>& GOOD MAN, LLP<br>150 S. RODEO DRIVE, 3RD FLOOR<br>BEVERLY HILLS, CA 90212 | **VIA FIRST CLASS U.S. MAIL**<br>BROWARD COUNTY<br>ATTN: JEFFREY J. NEWTON<br>COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| **VIA FIRST CLASS U.S. MAIL**<br>BROWN RUDNICK LLP<br>ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | **VIA FIRST CLASS U.S. MAIL**<br>BROWN STONE NIMEROFF LLC<br>ATTN. JAMI B. NIMEROFF, ESQ.<br>4 EAST 8TH STREET, SUITE 400<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | **VIA FIRST CLASS U.S. MAIL**<br>BUCHALTER NEMER<br>PAMELA KOHLMAN WEBSTER<br>1000 WILSHIRE BOULEVARD, SUITE 1500<br>LOS ANGELES, CA 90017-2457 |
| **VIA FIRST CLASS U.S. MAIL**<br>BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>SAN FRANCISCO, CA 94105-2126 | **VIA FIRST CLASS U.S. MAIL**<br>CALLAHAN & BLAINE<br>ATTN: EDWARD SUSOLIK, ESQUIRE<br>3 HUTTON DRIVE, NINTH FLOOR<br>SANTA ANA, CA 92707 |
| **VIA FIRST CLASS U.S. MAIL**<br>CANON USA, INC<br>ATTN RUTH WIENSTEIN<br>1 CANON PLAZA<br>NEW HYDE PARK, NY 11042 | **VIA FIRST CLASS U.S. MAIL**<br>CAPITALSOURCE FINANCE LLC<br>ATTN: JOANNE FUNGAROLI, ESQ.<br>4445 WILLARD AVENUE, 12TH FLOOR<br>CHEVY CHASE, MD 20815 |

Case 08-13141-BLS    Doc 8635-2    Filed 04/12/11    Page 4 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>CHADBOURNE & PARKE LLP<br>ATTN HOWARD SEIFE, ESQ., DAVID M. LEMAY, ESQ.,<br>DOGULAS E. DEUTSCH, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | **VIA FIRST CLASS U.S. MAIL**<br>CHARLES E. DAVIDOW<br>2001 K. STREET, N.W.<br>WASHINGTON, DC 20006-1047 |
| **VIA FIRST CLASS U.S. MAIL**<br>CHRISTINE Z. HERI<br>UNITED STATES DEPARTMENT OF LABOR<br>230 SOUTH DEARBORN, ROOM 844<br>CHICAGO, IL 60604 | **VIA HAND DELIVERY**<br>CIARDI CIARDI & ASTIN<br>DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ.,<br>MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ.<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, STE 700<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>CITICORP NORTH AMERICA, INC<br>750 WASHINGTON BLVD.<br>STAMFORD, CT 06901-3722 | **VIA FIRST CLASS U.S. MAIL**<br>COHEN WEISS & SIMON LLP<br>ATTN BABETTE A CECCOTI<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 |
| **VIA HAND DELIVERY**<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.<br>THE BRADYWINE BUILDING - 17TH FLOOR<br>1000 WEST STREET<br>WILMINGTON, DE 19801 | **VIA HAND DELIVERY**<br>COOCH & TAYLOR PA<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br>1000 WEST STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>COTCHETT, PITRE & MCCARTHY<br>ATTN: PHILIP GREGORY, ESQ.<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 | **VIA HAND DELIVERY**<br>COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQ.<br>1201 N. MARKET STREET, SUITE 1400<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>CROSS & SIMON LLC<br>ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS<br>919 NORTH MARKET STREET 11TH FLOOR<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>CROUDACE & DIETRICH LLP<br>ATTN. MARK A NITIKMAN, ESQUIRE<br>4750 VON KARMAN AVENUE<br>NEWPORT BEACH, CA 92660 |
| **VIA FIRST CLASS U.S. MAIL**<br>CROWELL & MORING LLP<br>ATTN. MICHAEL V. BLUMENTHAL, ESQ.<br>590 MADISON AVENUE, 19TH FLOOR<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL<br>ATTN: ELAINE Z. COLE, ESQ.<br>340 E. MAIN ST.<br>ROCHESTER, NY 14604 |

Case 08-13141-BLS   Doc 8635-2   Filed 04/12/11   Page 5 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>DAVIS POLK & WARDELL LLP<br>ATTN: DONALD S. BERNSTEIN, ESQ.<br>JAMES A. FLORACK, ESQ.<br>DAMIAN S. SCHAIBLE, ESQ.<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | **VIA HAND DELIVERY**<br>DUANE MORRIS LLP<br>ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS<br>1100 NORTH MARKET STREET, SUITE 1200<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>ECKERT, SEAMANS, CHERIN & MELLOT, LLC<br>ATTN. MARGARET F. ENGLAND, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 1210<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>EDWARDS ANGELL PALMER & DODGE LLP<br>ATTN: STUART M. BROWN, ESQ.<br>919 N. MARKET ST, STE 1500<br>(COUNSEL TO BARCLAYS BANK PLC)<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>ELLIOTT GREENLEAF<br>ATTN WILLIAM M KELLEHER<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ERVIN COHEN & JESSUP LLP<br>KENNETH MILLER, ESQ.<br>9401 WILSHIRE BLVD, 9TH FLOOR<br>BEVERLY HILLS, CA 90212 |
| **VIA FIRST CLASS U.S. MAIL**<br>FOLEY & LARDNER LLP<br>ATTN: MARY K. BRAZA, ESQ.<br>777 EAST WISCONSIN AVENUE<br>MILWAUKEE, WI 53202-5306 | **VIA FIRST CLASS U.S. MAIL**<br>FOLEY & LARDNER LLP<br>ATTN: MICHAEL J. SMALL, ESQ.<br>321 NORTH CLARK<br>SUITE 2800<br>CHICAGO, IL 60610-4500 |
| **VIA HAND DELIVERY**<br>FOX ROTHSCHILD LLP<br>ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>FRANK/GECKER LLP<br>ATTN. JOSEPH D. FRANK<br>325 NORTH LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 |
| **VIA FIRST CLASS U.S. MAIL**<br>FRED FELLMETH, ESQ. GENERAL COUNSEL<br>BROADCAST SYSTEMS DIVISION<br>THE VITEC GROUP PLC<br>101 BILBY ROAD<br>HACKETTSTOWN, NJ 07840 | **VIA FIRST CLASS U.S. MAIL**<br>FREEBORN & PETERS LLP<br>ATTN: AARON L. HAMMER, ESQ. &<br>DEVON J. EGGERT, ESQ.<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 |
| **VIA FIRST CLASS U.S. MAIL**<br>FRIEDMAN LAW GROUP<br>ATTN: J. BENNETT FRIEDMAN, ESQ.<br>1901 Avenue of the Stars<br>Suite 1700<br>Los Angeles, CA 90067 | **VIA FIRST CLASS U.S. MAIL**<br>FURMAN GREGORY LLC<br>DONALD R. FURMAN JR.<br>75 FEDERAL ST, 9TH FL<br>BOSTON, MA 02110 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN, JR.<br>LAW OFFICES OF RONALD K. BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | **VIA FIRST CLASS U.S. MAIL**<br>GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 |
| **VIA FIRST CLASS U.S. MAIL**<br>GOHN HANKEY & STICHEL LLP<br>ATTN JAN I BERLAGE<br>201 NORTH CHARLES STREET<br>BALTIMORE, MD 21201 | **VIA FIRST CLASS U.S. MAIL**<br>GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.<br>ATTN. BRIAN M. DOUGHERTY<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>WILLOWBROOK, IL 60527 |
| **VIA FIRST CLASS U.S. MAIL**<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>EDWARD J. TREDINNICK, ESQ.<br>FOUR EMBARCARCADERO CENTER, STE 4000<br>SAN FRANCISCO, CA 94111 | **VIA FIRST CLASS U.S. MAIL**<br>HARRIS CORPORATION<br>ANTHONY DEGLOMINE, III<br>1025 W. NASA BLVD<br>MAIL STOP A-11A<br>MELBOURNE, FL 32919 |
| | **VIA FIRST CLASS U.S. MAIL**<br>HERRICK FEINSTEIN LLP<br>ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |
| **VIA FIRST CLASS U.S. MAIL**<br>HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY<br>2125 E. KATELLA AVE., SUITE 400<br>ANAHEIM, CA 92806 | **VIA FIRST CLASS U.S. MAIL**<br>HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD.<br>MAILSTOP 314<br>BOISE, ID 83714-0021 |
| **VIA FIRST CLASS U.S. MAIL**<br>HOGAN & HARTSON LLP<br>ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>HOWARD COUNTY OFFICE OF LAW<br>ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR &<br>CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| **VIA FIRST CLASS U.S. MAIL**<br>IBM CORPORATION<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>VILLA PARK, IL 60181 | **VIA FIRST CLASS U.S. MAIL**<br>INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 |

{0431441;v1}

Case 08-13141-BLS    Doc 8635-2    Filed 04/12/11    Page 7 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | **VIA FIRST CLASS U.S. MAIL**<br>J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 |
| **VIA FIRST CLASS U.S. MAIL**<br>JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>CHARLOTTE, NC 28233 | **VIA FIRST CLASS U.S. MAIL**<br>JEFFER, MANGELS, BUTLER & MARMARO LLP<br>ATTN: KEITH D. ELKINS, ESQ.<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 |
| **VIA FIRST CLASS U.S. MAIL**<br>JP MORGAN CHASE BANK, NA AS AGENT<br>1111 FANNIN, 10TH FLOOR<br>HOUSTON, TX 77002 | **VIA FIRST CLASS U.S. MAIL**<br>K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022-6030 |
| **VIA FIRST CLASS U.S. MAIL**<br>K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | **VIA FIRST CLASS U.S. MAIL**<br>KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 |
| **VIA FIRST CLASS U.S. MAIL**<br>KAYE SCHOLER LLP<br>ATTN: MARGO B SCHONHOLTZ, ESQ<br>MADLYN GLEICH PRIMOFF, ESQ<br>425 PARK AVE<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>KELLEY DRYE & WARREN LLP<br>ERICK R. WILSON, ESQ.<br>HOWARD S.STEEL, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| **VIA HAND DELIVERY**<br>LANDIS RATH & COBB LLP<br>COUNSEL FOR THE UNSECURED CREDITORS' COMM<br>ATTN ADAM G LANDIS & MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>LESLIE A. COHEN, ESQUIRE<br>LESLIE COHEN LAW, PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 |

Case 08-13141-BLS   Doc 8635-2   Filed 04/12/11   Page 8 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.
1330 BROADWAY, SUITE 1800
OAKLAND, CA 94612

**VIA FIRST CLASS U.S. MAIL**
LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

**VIA FIRST CLASS U.S. MAIL**
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

**VIA FIRST CLASS U.S. MAIL**
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
STE 1600
DALLAS, TX 75201

**VIA FIRST CLASS U.S. MAIL**
LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A.
ATTN: ZACHARY J. BANCROFT, EST.
450 S. ORANGE AVE, SUITE 800
ORLANDO, FL 32801

**VIA FIRST CLASS U.S. MAIL**
MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
682 E. SWEDESFORD ROAD
WAYNE, PA 19087

**VIA FIRST CLASS U.S. MAIL**
MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

**VIA FIRST CLASS U.S. MAIL**
MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
G. AMANDA MALLAN, ESQ.
245 PARK AVE, 27TH FL
NEW YORK, NY 10167

**VIA HAND DELIVERY**
MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 N. MARKET STREET, 8TH FL
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

**VIA FIRST CLASS U.S. MAIL**
MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN. ELAIN M. SEID
10 ALMADEN BLVD., SUITE 1460
SAN JOSE, CA 95113

**VIA FIRST CLASS U.S. MAIL**
MEITES, MULDER, MOLLICA & GLINK
ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.
20 S. CLARK STREET, SUITE 1500
CHICAGO, IL 60603

**VIA HAND DELIVERY**
MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. WALDMEIR, ASSISTANT ATTORNEY GENERAL
STATE OF MICHIGAN, DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

{0431441;v1}

Case 08-13141-BLS    Doc 8635-2    Filed 04/12/11    Page 9 of 15

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
MICHAEL SCHLOSS
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

VIA FIRST CLASS U.S. MAIL
MISSOURI DEPARTMENT OF REVENUE
ATTN: SHERYL L. MOREAU
SPECIAL ASSISTANT ATTORNEY GENERAL
GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670, PO BOX 475
JEFFERSON CITY, MO 65105-0475

VIA HAND DELIVERY
MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.
ATTN. RACHEL B. MERSKY, ESQUIRE
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
MORGAN STANLEY FIXED INCOME
ATTN: CAROLYN ADLER
1585 BROADWAY, 2ND FLOOR
NEW YORK, NY 10036

VIA FIRST CLASS U.S. MAIL
MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC
ATTN: COLLEEN E. MCMANUS
191 NORTH WACKER DRIVE, STE 1800
CHICAGO, IL 60606

VIA FIRST CLASS U.S. MAIL
NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

VIA FIRST CLASS U.S. MAIL
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY
333 EAST WASHINGTON ST., 3RD FLOOR
SYRACUSE, NY 13202

VIA FIRST CLASS U.S. MAIL
NOLAN, PLUMHOFF & WILLIAMS, CHARTERED
ATTN. ROBERT L. HANLEY, JR. ESQUIRE
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MD 21204

VIA FIRST CLASS U.S. MAIL
O'MELVENY & MYERS LLP
ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR, & STEVEN A. ROSENSTEIN, ESQS.
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY 10036

VIA FIRST CLASS U.S. MAIL
O'MELVENY & MYERS LLP
ATTN: EVAN M. JONES, ESQ.
400 SOUTH HOPE STREET
LOS ANGELES, CA 90071

VIA FIRST CLASS U.S. MAIL
OFFICE OF ATTORNEY GENERAL
ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

VIA HAND DELIVERY
OFFICE OF THE UNITED STATES TRUSTEE
JOSEPH J. MCMAHON, JR., ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19801

VIA HAND DELIVERY
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS.
919 N. MARKET STREET, 17TH FLOOR
WILMINGTON, DE 19801

VIA HAND DELIVERY
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: STEPHEN P. LAMB & JOHN P. DITOMO
500 DELAWARE AVE, SUITE 200
P.O. BOX 32
WILMINGTON, DE 19899-0032

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA, & STUART MCPHAIL
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

VIA FIRST CLASS U.S. MAIL
PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
ZWERDLKING PAUL KAHN & WOLLY PC
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420

VIA HAND DELIVERY
POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
HERCULES PLAZA
1313 N MARKET ST
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA 90067

VIA HAND DELIVERY
RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
KATISHA D. FORTUNE, ESQ.
920 NORTH KING STREET
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
875 THIRD AVENUE, 9TH FL
NEW YORK, NY 10022

VIA FIRST CLASS U.S. MAIL
PENSION BENEFIT GUARANTY CORPORATION
ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

VIA FIRST CLASS U.S. MAIL
PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

VIA HAND DELIVERY
PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
POYNER SPRUILL LLP
JUDY D. THOMPSON, ESQ.
301 SOUTH COLLEGE STREET, STE 2300
CHARLOTTE, NC 28202

VIA FIRST CLASS U.S. MAIL
QUARLES & BRADY LLP
LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ.
300 NORTH LASALLE STREET, STE 400
CHICAGO, IL 60654-3422

VIA FIRST CLASS U.S. MAIL
RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

VIA FIRST CLASS U.S. MAIL
RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

{0431441;v1}

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN. MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

VIA FIRST CLASS U.S. MAIL
SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20020

VIA FIRST CLASS U.S. MAIL
SECURITIES AND EXCHANGE COMMISSION (SEC)
100 F STREET, NE
WASHINGTON, DC 20549

VIA HAND DELIVERY
SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
SHIPMAN & GOODWIN LLP
ATTN. JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

VIA FIRST CLASS U.S. MAIL
SIRLIN GALLOGLY & LESSER, P.C.
123 S BROAD ST #2100
PHILADELPHIA, PA 191091029

VIA FIRST CLASS U.S. MAIL
SQUIRE, SANDERS & DEMPSEY LLP
ATTN: KELLY SINGER, ESQ.
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE, STE 2700
PHOENIX, AZ 85004-4498

VIA FIRST CLASS U.S. MAIL
STEMPEL BENNETT CLAMAN & HOCHBERG PC
COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY 10017

VIA FIRST CLASS U.S. MAIL
STUART MAUE
ATTN: JOHN L. DECKER
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO 63044

VIA FIRST CLASS U.S. MAIL
TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601

VIA FIRST CLASS U.S. MAIL
THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

VIA FIRST CLASS U.S. MAIL
THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY 10017

VIA FIRST CLASS U.S. MAIL
TOOD M. HOEPKER, ESQ.
POST OFFICE BOX 3311
ORLANDO, FL 32802-3311

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT 06183-4044

VIA FIRST CLASS U.S. MAIL
TRESSLER SODERSTORM MALONEY & PRESS, LLP
ATTN. JACQUELINE A. CRISWELL
SEARS TOWER, 22ND FLOOR
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606-6314

VIA FIRST CLASS U.S. MAIL
TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA 90067

VIA FIRST CLASS U.S. MAIL
TYBOUT REDFEARN AND PELL
ATTN. SHERRY RUGGIERO FALLON
750 SHIPYARD DRIVE, SUITE 400
P.O. BOX 2092
WILMINGTON, DE 19899-2092

VIA FIRST CLASS U.S. MAIL
U.S. DEPARTMENT OF JUSTICE
ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION
555 4TH ST. NW ROOM 6110, P.O. BOX 227
WASHINGTON, DC 20044

VIA FIRST CLASS U.S. MAIL
UNISYS CORPORATION
ATTN. JANET FITZPATRICK, LEGAL ASSISTANT
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

VIA FIRST CLASS U.S. MAIL
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
MATTHEW J. TROY, ESQ.
1100 L STREET, N.W.
ROOM 10006
WASHINGTON, DC 20530

VIA FIRST CLASS U.S. MAIL
UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
ELIZABETH S. GOLDBERG, ESQUIRE
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

VIA FIRST CLASS U.S. MAIL
UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
ROOM 2134
WASHINGTON, DC 20220

VIA HAND DELIVERY
US ATTORNEY'S OFFICE
ELLEN W. SLIGHTS, ESQ
1201 MARKET ST, SUITE 1100
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
VORYS SATER SEYMOUR & PEASE LLP
AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES
ATTN TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH 43215

VIA FIRST CLASS U.S. MAIL
VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH 43215

VIA FIRST CLASS U.S. MAIL
WARNER BROS. TELEVISION DISTRIBUTION, INC.
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA 91522

VIA FIRST CLASS U.S. MAIL
WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL 33301

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>WHITE & CASE LLP<br>ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS.<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | **VIA FIRST CLASS U.S. MAIL**<br>WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA<br>ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 |
| **VIA FIRST CLASS U.S. MAIL**<br>WILLKIE FARR & GALLAGHER LLP<br>ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | **VIA FIRST CLASS U.S. MAIL**<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: ANDREW GOLDMAN, ESQ.<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| **VIA HAND DELIVERY**<br>WILMINGTON TRUST COMPANY<br>ATTN. PATRICK J. HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 198901 | **VIA FIRST CLASS U.S. MAIL**<br>WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| **VIA HAND DELIVERY**<br>ZUCKERMAN SPAEDER LLP<br>THOMAS G. MACAULEY, ESQ.<br>VIRGINIA WHITEHALL GULDI, ESQ.<br>919 MARKET STREET, STE 990<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ZUCKERMAN SPAEDER LLP<br>GRAEME W. BUSH, ESQ.<br>JAMES SOTTILE, ESQ.<br>1800 M STREET, NW, STE 1000<br>WASHINGTON, DC 20036 |
| | **VIA FIRST CLASS U.S. MAIL**<br>UNGARETTI & HARRIS<br>ATTN. GEORGE R. MESIRES, ESQ.<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON<br>CHICAGO, IL 60602 |
| **VIA FIRST CLASS U.S. MAIL**<br>THE DSF GROUP<br>ALLAN I. MUSCOVITZ, SR. ACCOUNTANT<br>950 WINTER STREET, STE 4300<br>WALTHAM, MA 02451-1486 | **VIA FIRST CLASS U.S. MAIL**<br>SIDLEY AUSTIN LLP<br>KEVIN T. LANTRY, ESQ.<br>555 WEST FIFTH STREET<br>LOS ANGELES, CA 90013 |
| **VIA FIRST CLASS U.S. MAIL**<br>SILVERMAN MCDONALD & FRIEDMAN<br>ATTN: BRIAN E. LUTNESS, ESQ.<br>1010 N. BANKCROFT PARKWAY, SUITE 22<br>WILMINGTON, DE 19805 | **VIA FIRST CLASS U.S. MAIL**<br>SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
ROMERO LAW FIRM
MARTHA E. ROMERO, ESQ.
BMR PROFESSIONAL BLDG
6516 BRIGHT AVENUE
WHITTIER, CA 90601

**VIA HAND DELIVERY**
MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID S. ROSNER; ANDREW K. GLENN;
SHERON KORPUS
1633 BROADWAY
NEW YORK, NY 10019

**VIA FIRST CLASS U.S. MAIL**
JENNER & BLOCK LLP
ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE,
ANDREW W. VAIL
330 N. WABASH AVENUE
CHICAGO, IL 60611-7603

**VIA HAND DELIVERY**
GREENBERG TRAURIG, LLP
ATTN: DENNIA A. MELORO
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
GREENBERG TRAURIG, LLP
ATTN: KEVIN P. GARLAND, ESQ.
2450 COLORADO AVENUE, SUITE 400 E
SANTA MONICA, CA 90404

**VIA FIRST CLASS U.S. MAIL**
O'MELVENY & MYERS LLP
ATTN: DANIEL S. SHAMAH
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY 10036

**VIA HAND DELIVERY**
SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM A. HAZELTINE
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW
DAVID T. MAY
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

**VIA FIRST CLASS MAIL**
HORWOOD MARCUS & BERK
ATTN: KATE KANABAY
500 WEST MADISON STREET, SUITE 3700
CHICAGO, IL 60661

**VIA FIRST CLASS MAIL**
SCHULTE ROTH & ZABEL LLP
ATTN: LAWRENCE V. GELBER
ADAM L. HIRSCH
919 THIRD AVENUE
NEW YORK, NY 10022

**VIA HAND DELIVERY**
KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN: MICHAEL W. YURKEWICZ
919 MARKET STREET, SUITE 1000
WILMINGTON, DE 19801

**VIA FIRST CLASS MAIL**
DLA PIPER LLP (US)
ATTN: JODIE E. BUCHMAN
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

{0431441;v1}

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA HAND DELIVERY**
CROSS & SIMON LLC
ATTN: JOSEPH GREY
913 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON, DE  19801

**VIA FIRST CLASS MAIL**
MAGNOZZI & KYE LLP
ATTN: AMISH R. DOSHI
ONE EXPRESSWAY PLAZA, SUITE 114
ROSLYN HEIGHTS, NY  11577

**VIA FIRST CLASS MAIL**
HANNAFAN & HANNAFAN LTD.
ATTN: MICHAEL T. HANNAFAN
BLAKE T. HANNAFAN
JAMES A. MCGUINNESS
ONE EAST WACKER DRIVE, SUITE 2800
CHICAGO, IL  60601

**VIA FIRST CLASS MAIL**
PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
ATTN: CAROL E. MOMJIAN, SR. DEPUTY ATTY GENERAL
21 SOUTH 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA  19107

**VIA FIRST CLASS MAIL**
DEWEY & LEBOEUF LLP
ATTN: BRUCE BENNETT
JAMES O. JOHNSTON
JOSHUA M. MESTER
333 SOUTH GRAND AVENUE, SUITE 2600
LOS ANGELES, CA  90071

**VIA FIRST CLASS MAIL**
A.M. SACCULLO LEGAL LLC
ATTN: ANTHONY M. SACCULLO
THOMAS H. KOVACH
27 CRIMSON KING DRIVE
BEAR, DE  19701

**VIA FIRST CLASS MAIL**
DUANE MORRIS LLP
ATTN: LAWRENCE J. KOTLER
30 SOUTH 17TH STREET
PHILADELPHIA, PA  19103-4196

{0431441;v1}