# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 12, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Denny Golden | Akin Gump | Aurelius |
| David Zensky | " " | " |
| Ed Friedman | Friedman Kaplan | " |
| Kizzy Jarashow | " " | " |
| Meredith Sesin | Lehman S... | " |
| Sally Bruckner | " " | |
| Bee Bowis | Ashby Geddes | |
| Abid Qureshi | Akin Gump | |
| Michelle Marino | DLA Piper | Barclays |
| Ronald Goss | Sidley Austin | Debtors |
| John Sagan | Dow Lohnes PLLC | Debtors |
| William Sullivan | Sullivan Hazeltine Allinson LLC | Wilmington Trust |
| Martin Siegel | Brown Rudnick LLP | " |
| Katharine Mayer | McCarter & English | DBTCA |
| David Adler | | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 12, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath & Cobb | The Committee |
| Daniel B. Rath | " " | " " |
| Howard Seife | Chadbourne & Parke | " " |
| David LeMay | " " | " " |
| James Stenger | " " | " " |
| Douglas Deutsch | " " | " " |
| Thomas McCormack | " " | " " |
| Andrew Rosenblatt | " " | " " |
| Marc Ashley | " " | " " |
| James Sottile | Zuckerman Spaeder | " " |
| Andrew Goldfarb | " " | " " |
| R. Stephen McNeill | Potter Anderson Corroon | Merrill Lynch |
| Laurie Selber Silverstein | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 12, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Martin S. Siegel | Brown Rudnick | Wilmington Trust Co. |
| Tom Horan | Womble Carlyle | Great Banc |
| Jim Johnston / Bruce Bennett | Dewey & LeBoeuf | Oaktree + Angelo Gordon |
| Blake Cleary | Young Conaway | " |
| Edward A. Friedman | Friedman Kaplan | Aurelius |
| Lauren Buonome | Jones Day | Special Committee of the Board of Directors |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Norman Pernick | Cole Schotz | Debtor |
| James Conlan | Sidley | " |
| James Bendernagel | " | " |
| James Ducayet | " | " |
| Kevin Lantry | " | " |
| | | |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 12, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bob Stearn | RLF | JPMorganChase |
| Dan Bernstein | Davis Polk | " |
| Lyn Busch | | " |
| Ben Kaminetzky | | " |
| Damian Schaible | | " |
| Elliot Moskowitz | | " |
| Michael Russano | | " |
| Don Bass | | " |
| Eli Vsnayet | | " |
| Eve Reed | Wiley Rein LLP | " |
| Jim Bayer | " | " |
| | | |
| | | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 04/12/2011
Calendar Time: 09:30 AM ET

1st Revision 04/11/2011 03:51 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4151830 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4151190 | Marc D. Ashley | 212-408-5194 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4146236 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4152365 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4122204 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4144798 | James Bayles | 312-324-1123 | Morgan Lewis & Bockius LLP | Interested Party, GreatBanc Trust Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4152184 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4151636 | Joe Boccasini | (973) 639-6935 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4149411 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4152554 | Robert G. Burns | (212) 554-1768 | Monarch Alternative Capital LP | Creditor, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4151608 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4151790 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4153970 | Nick Campanario | 312-407-0974 | Skadden Arps Slate Meagher & Flom | Third Party, Former Special Committee of Tribune's Board of Directors / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4151678 | Andrew Caridas | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Peggy Drasal    CourtConfCal2009    Page 1 of 5

| Debtor | Case | Type | ID | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4149045 | Esther Chung | Bank of America | (646) 855-6705 | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151897 | Nancy Chung | Akin Gump Strauss Hauer & Feld | (212) 872-1043 | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4154070 | Mark D. Collins | Richards, Layton & Finger, P.A. | 302-651-7531 | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4143280 | Kira Davis | Paul Weiss Rifkind Wharton & | (212) 373-3000 | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150797 | Greg Demo | Sidley Austin | 312-853-7758 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151093 | Douglas Deutsch | Chadbourne & Park, LLP | 212-408-5169 | Creditor, Official Committee of Unsercured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4149444 | Ephraim Diamond | DK Partners | (646) 282-5841 | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4143320 | Amy Dieterich | Paul Weiss Rifkind Wharton & | (212) 373-3688 | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150398 | Amish R. Doshi | Magnozzi & Kye LLP | (516) 299-5556 | Creditor, Oracle America, Inc. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4150743 | Neel Doshi | UBS Securities LLC | (203) 719-8723 | Interested Party, UBS Investment Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4105525 | George Dougherty | Grippo & Elden, LLC | (312) 704-7700 | Third Party, George Dougherty / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151653 | Lexi Fallon | Goldman Sachs & Co. | (212) 902-0791 | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151488 | Mina Faltas | Viking Global Investors | (212) 672-7011 | Interested Party, Mina Faltas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4149522 | Steven C Florsheim | Sperling & Slater | (312) 641-3200 | Defendant(s), Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4153524 | Gregory W. Fox | Friedman Kaplan Seiler & Adelman | (212) 833-1177 | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4133585 | Matthew Frank | Alvarez & Marsal Inc | 312-371-9955 | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151661 | Andrew Goldfarb | Zuckerman Spaeder LLP | (202) 778-1800 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151885 | Michelle Goldis | Wilmer Cutler Pickering Hale & Dorr, | 212-295-6329 | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151874 | Andrew N. Goldman | Wilmer Cutler Pickering Hale & Dorr, | (212) 230-8836 | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4141685 | Andrew Gordon | Paul Weiss Rifkind Wharton & | (212) 373-3543 | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151665 | Scott Greissman | White & Case | (212) 819-8567 | Client, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4153918 | Peter Gruszka | Chicago Fundamental Investment | 312-416-4215 | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4152858 | Janet Henderson | Sidley Austin | (312) 853-2931 | Debtor, Tribune Company / LISTEN ONLY |

| Matter | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4140273 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151482 | Arthur Kavalis | (212) 667-2370 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151731 | Jordan Kaye | (212) 715-9489 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150495 | Colleen Kenney | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4148145 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151829 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151840 | Stephen Lam | 646-863-7157 | Corre Partners | Creditor, Corre Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151985 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151115 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4143236 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151609 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | Interested Party, Neil S Losquadro / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151514 | Jessica Marrero | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4152666 | Lynn Marvin | (212) 326-3978 | Jones Day | Creditor, Special Committee of the Board of Directors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4153335 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4141656 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151157 | Thomas McCormack | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151692 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4153188 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151851 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150089 | Lance A. Mulhern | (212) 237-0000 | Vinson & Elkins LLP | Representing, - / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4149525 | Claire P. Murphy | 312-641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4150515 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4147481 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150416 | Karen S. Park | (212) 756-2036 | Schulte Roth & Zabel, LLP | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151721 | Jane Parver | 212-836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4143271 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151719 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4136389 | Shaya Rochester | (212) 872-1076 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151497 | Courtney Rogers | 203-897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151134 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151503 | Andrew Rosenblatt | 212-408-5559 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151841 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151711 | Jason B. Sanjana | (212) 906-4587 | Latham & Watkins LLP | Creditor, Barclays / LIVE |
| Tribune Company | 08-13141 | Hearing | 4141828 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151076 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4149260 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151644 | Chaney M. Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151638 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4146233 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151504 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151585 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4143704 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4151494 | David B. Thompson | (212) 688-7526 | Gruss & Management, LLC | Interested Party, David Thompson / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151524 | Sina Toussi | 212-230-4510 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4146219 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4150871 | Dennis Twomey | 312-853-7824 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4149901 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151540 | Francisco Vasquez | (212) 408-5111 | Chadbourne & Park, LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4145235 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Interested Party, Macquarie Capital (USA) / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150830 | Patrick Wackerly | (312) 853-7000 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4153189 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4153797 | Ben Wilson | (212) 412-7642 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4149879 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |