# Notice Recipients

District/Off: 0311−1  User: Brandon  Date Created: 4/13/2011
Case: 08−13141−KJC  Form ID: ntcBK  Total: 22

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPREGION03.WL.ECF@USDOJ.GOV
aty      Bryan Krakauer      bkrakauer@sidley.com
aty      Michael A. Henry      mhenry@grossmcginley.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Tribune Company      435 N. Michigan Avenue      Chicago, IL 60611
aty      Carl D. Neff      Ciardi Ciardi &Astin      919 N. Market Street      Suite 700      Wilmington, DE 19801 U.S.A.
aty      Carl D. Neff      Ciardi Ciardi &Astin      919 N. Market Street      Suite 700      Wilmington, DE 19801 U.S.A.
aty      Edward Cerasia, II      Seyfarth Shaw LLP      620 Eighth Avenue      32nd Floor      New York, NY 10018
aty      George R. Dougherty      Grippo &Elden LLC      111 S. Wacker Drive      Chicago, IL 60606
aty      J. Kate Stickles      Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue, Suite 1410      Wilmington, DE 19801
aty      J. Kate Stickles      Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue, Suite 1410      Wilmington, DE 19801
aty      James F. Conlan      Sidley Austin LLP      One South Dearborn Street      Chicago, IL 60603
aty      Jared D. Zajac      McDermott Will &Emery LLP      340 Madison Avenue      New York, NY 10173−0002
aty      John H. Strock, III      Fox Rothschild LLP      919 N. Market St., Suite 1300      P.O Box 2323      Wilmington, DE 19899−2323
aty      John R. McCambridge      Grippo &Elden      111 S. Wacker Drive      Chicago, IL 60606
aty      Michael W. kazan      Grippo &Elden LLC      111 S. Wacker Drive      Chicago, IL 60606
aty      Norman L. Pernick      Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue,Suite 1410      Wilmington, DE 19801
aty      Patricia K Smoots      Grippo &Elden LLC      111 S. Wacker Drive      Chicago, IL 60606
aty      Patrick J. Reilley      Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue, Suite 1410      Wilmington, DE 19801
aty      Patrick T. Nash      Grippo &Elden      111 S. Wacker Drive      Chicago, IL 60606
aty      Patrick Theodore Garvey      Johnson &Bell, Ltd      33 W. Monroe, Suite 2700      Chicago, IL 60603
aty      Robert S. Brady      Young, Conaway, Stargatt &Taylor      The Brandywine Bldg.      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty      Stephen Novack      Novack and Macey LLP      100 North Riverside Plaza      Chicago, IL 312−419−6900 312−419−6928

TOTAL: 19