# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  <u>Tribune Company, et al.,</u>    Case No. <u>08-13141</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee
should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone:  <u>516-255-1801</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments
should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>TREND OFFSET PRINTING</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim:  USD$<u>22,059.21</u>
Date Claim Filed:  <u>N/A</u>

Phone: <u>(562) 794-2330</u>
Last four digits of Acct.#:  <u>N/A</u>

Name and Current Address of Transferor:

TREND OFFSET PRINTING
10301 Busch Drive North
Jacksonville, FL 32218

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                    Date: <u>April 13, 2011</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:        United States Bankruptcy Court ("Bankruptcy Court")
           District of Delaware
           824 North Market Street, 3rd Floor
           Wilmington, DE 19801-3024
           Attention: Clerk


AND TO:    GOLD COAST PUBLICATIONS, INC.  ("Debtor")
           Case No.08-13169
           Jointly Administered Under TRIBUNE COMPANY, ET AL.,
           Case No. 08-13141


Claim # N/A


**TREND OFFSET PRINTING,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$22,059.21** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _8th_ DAY OF ___April___, 2011.


**ASSIGNOR: TREND OFFSET PRINTING**                **ASSIGNEE: TRC MASTER FUND LLC**

_____                      _____
(Signature)                                        (Signature)

_____Thomas Palutis_____                           _____Terrel Ross_____
(Print Name)                                        (Print Name)

_____President_____                                Managing Member
(Title)                                            (Title)

B6F (Official Form 6F) (12/07) – Cont.

In re  Gold Coast Publications, Inc.                     ,          Case No.   08-13169
                              Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TREND OFFSET PRINTING<br>FILE 51121<br>LOS ANGELES, CA 90074 | | | General Trade Payable | | | | $22,059.21 |
| ACCOUNT NO.<br><br>WESTERN HIGH SCHOOL<br>1200 SW 136TH AVE<br>YOUTH CRIME WATCH<br>DAVIE, FL 33325 | | | General Trade Payable | | | | $500.00 |
| ACCOUNT NO.<br><br>WILEN PRESS<br>3333 SW 15 ST<br>DEERFIELD BEACH, FL 33442 | | | General Trade Payable | | | | $71,898.19 |
| ACCOUNT NO.<br><br>WITT, KELLI<br>718 EAST BLVD CHATELAINE<br>DELRAY BEACH, FL 33445 | | | General Trade Payable | | | | $144.00 |
| ACCOUNT NO.<br><br>YOUNGBERG, LAUREN<br>4918 NW 105TH DRIVE<br>CORAL SPRINGS, FL 33076 | | | General Trade Payable | | | | $208.00 |

Sheet no. _9_ of _9_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ $ 94,809.40

Total ▶ $ 169,136,993.99
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)