TRIBUNE COMPANY, et al (Case 08-13141)                                                    Exhibit A

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Project
For the Period January 1, 2011 through February 28, 2011

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2010 Consolidated Audit | 1,277.90 | $220,463.00 |
| **Subtotal - Fixed Fee Services** | **1,277.90** | **$220,463.00** |
| **Hourly Services** | | |
| Claims Consulting Services | 9.50 | $3,767.50 |
| **Subtotal - Hourly Services** | **9.50** | **$3,767.50** |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 38.10 | $10,756.50 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **38.10** | **$10,756.50** |
| **Total Hours and Compensation** | **1,325.50** | **$234,987.00** |

TRIBUNE COMPANY, et al (Case 08-13141)     Exhibit B
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Project
For the Period January 1, 2011 through February 28, 2011

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2010 Consolidated Audit | 1,277.90 | 220,463.00 |
| **Subtotal - Fixed Fee Services** | 1,277.90 | 220,463.00 |
| **Total Hours and Compensation** | **1,277.90** | **220,463.00** |

TRIBUNE COMPANY, et al (Case 08-13141)                  Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2010 Consolidated Audit
Summary of Professionals, Hours and Payments For the
Period January 1, 2011 through February 28, 2011

| Professional | Professional's Position | Hours |
|---|---|---|
| Grant E Hellwarth | Partner | 9.00 |
| William T England | Partner | 7.00 |
| Betsy J Smith | Director | 3.20 |
| Christopher J King | Director | 16.50 |
| Daniel R Plante | Director | 3.00 |
| Robert Grocock | Director | 1.00 |
| Thomas L Koops | Director | 4.00 |
| Justin A Spahn | Manager | 72.00 |
| Kazuko Minagawa Prock | Manager | 10.50 |
| Steven B Ockrim | Manager | 26.50 |
| Laura C Truax | Senior Associate | 16.00 |
| Laura Christina van Bodegom | Senior Associate | 38.00 |
| Lydia Kuebler | Senior Associate | 64.30 |
| Sheri L York | Senior Associate | 133.50 |
| Arunaksha Guha | Associate | 8.00 |
| Christopher Shupe | Associate | 1.30 |
| Colby Mynard | Associate | 5.30 |
| David E Haas | Associate | 0.30 |
| Domonique P Hinton | Associate | 99.90 |
| Emily Busch | Associate | 200.00 |
| Holly Rubish | Associate | 19.60 |
| Jack Blau | Associate | 4.00 |
| Melissa Mary Begley | Associate | 158.50 |
| Nicole M Duson | Associate | 2.00 |
| Steven D Meyer | Associate | 1.00 |
| Thomas Bradley Stutesman | Associate | 287.50 |
| Warren Charles Holding | Associate | 0.50 |

TRIBUNE COMPANY, et al (Case 08-13141)           Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2010 Consolidated Audit
Summary of Professionals, Hours and Payments For the
Period January 1, 2011 through February 28, 2011

| Professional | Professional's Position | Hours |
|---|---|---:|
| Wesley Fuglesang | Associate | 6.80 |
| William Frederick Beck | Associate | 1.10 |
| Zachary James Hedrick | Associate | 74.00 |
| Diane Mathews | Administrative | 1.00 |
| Regina L Skirius | Administrative | 1.50 |
| Michael Lawrence Komro | Professional Assistant | 0.50 |
| Patricia A Smith | Professional Assistant | 0.60 |
| **Total Hours Incurred during Compensation Period** | | **1,277.90** |
| Total Hours Incurred prior to February 28, 2011 | | 4,037.80 |
| **Total Hours Incurred through February 28, 2011** | | **5,315.70** |

| | |
|---|---:|
| **Total Fees - Payments Previously Requested for 2010 Consolidated Audit** | $1,179,537.00 |
| **Remaining Payments for 2010 Consolidated Audit** | $220,463.00 |
| **Total Fixed Fee for 2010 Consolidated Audit** | $1,400,000.00 |
| **Requested Payment - 2010 Consolidated Audit**    1,277.90 | $220,463.00 |

Page 2 of 2
Tuesday, April 12, 2011

TRIBUNE COMPANY, et al (Case 08-13141)  Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2010 Consolidated Audit - Summary of Hours by Subcategory
Summary of Hours - January 1, 2011 through February 28, 2011

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 82.70 |
| 2000 - Entity Level Controls | 0.40 |
| 2950 - Business Unit Analytics and Year-End Update | 138.50 |
| 3000 - Advertising Revenue and Receivables | 5.00 |
| 3055 - Broadcast Rights Process | 27.00 |
| 3200 - Treasury and Cash Management Process | 43.90 |
| 3250 - Investments Process | 4.00 |
| 3400 - Property, Plant & Equipment Process | 2.00 |
| 3450 - Goodwill and Intangibles Process | 19.50 |
| 3600 - Payroll Process | 10.00 |
| 3650 - Benefits Process | 247.20 |
| 3700 - Income Tax Process | 52.70 |
| 3800 - Capital and Equity Process | 2.00 |
| 5500 - Financing Process | 8.00 |
| 9202 - Q3 Interim Review Procedures | 10.00 |
| 2900 - Information Technology General Controls | 138.80 |
| CTC Fieldwork | 76.00 |
| Hartford Courant Fieldwork | 11.50 |
| KTLA Fieldwork | 36.60 |
| LA Times Fieldwork | 5.50 |
| LA Times Fieldwork - Advertising Revenue and Receivables Process | 0.50 |
| LA Times Fieldwork - General | 35.50 |
| Sun Sentinel Fieldwork | 36.50 |
| TBC Group Office Fieldwork | 137.10 |
| TPC Group Office Fieldwork | 37.30 |
| WGN Fieldwork | 17.20 |
| WPIX Fieldwork | 8.50 |
| HTD - Ad Revenue | 3.00 |

TRIBUNE COMPANY, et al (Case 08-13141)     Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2010 Consolidated Audit - Summary of Hours by Subcategory
**Summary of Hours - January 1, 2011 through February 28, 2011**

| Category | Hours |
| --- | --- |
| TMS - COSO | 2.00 |
| WGN - Cable Broadcast Rights | 6.00 |
| WPIX - Broadcast Rights | 5.00 |
| TMS Fieldwork | 52.00 |
| KTLA - Broadcast Rights | 6.00 |
| FTL - Ad Revenue | 3.00 |
| TMS - Ad Revenue | 4.00 |
| TBC - Broadcast Rights Process | 3.00 |
| **Total Fixed Fee for 2010 Consolidated Audit** | **1,277.90** |

TRIBUNE COMPANY, et al (Case 08-13141)                                    Exhibit C-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Professionals - Hourly Professional Services
For the Period January 1, 2011 through February 28, 2011

| Professional by Billing Category | Position | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Stephen B Danton | Director | $450 | 6.00 | $2,700.00 |
| Samuel I. Lovitch | Manager | $305 | 3.50 | $1,067.50 |
| **Subtotal - Claims Consulting Services** | | | **9.50** | **$3,767.50** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Sheri L York | Senior Associate | $225 | 4.50 | $1,012.50 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 33.60 | $9,744.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **38.10** | **$10,756.50** |
| **Total Hours and Compensation** | | | **47.60** | **$14,524.00** |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period January 1, 2011 through February 28, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 1/6/2011 | Stephen B Danton | Director | 0211H0001: Correspondence with Kim Cooke (City Attorney) regarding the settlement and request from city. | $450.00 | 0.50 | $225.00 |
| 1/27/2011 | Stephen B Danton | Director | 0211H0002: Meeting with Monica Melgarejo (Tribune) regarding parameters of claims settlement. | $450.00 | 1.40 | $630.00 |
| 1/28/2011 | Samuel I. Lovitch | Manager | 0211H0003: Review the LA Times tax credit. | $305.00 | 1.00 | $305.00 |
| 2/1/2011 | Stephen B Danton | Director | 0211H0004: Review treatment of city liabilities under various plans for reorganization and correspondence with Monica Melgarejo (Tribune) regarding the issues. | $450.00 | 1.70 | $765.00 |
| 2/14/2011 | Stephen B Danton | Director | 0211H0005: Meeting with Kim Cooke (City Attorney) to discuss settlement of utility use tax issues. | $450.00 | 0.40 | $180.00 |
| 2/15/2011 | Stephen B Danton | Director | 0211H0006: Prepare emails to Kim Cooke (City Attorney) and Monica Malgarejo (Tribune) regarding settlement. | $450.00 | 0.60 | $270.00 |
| 2/16/2011 | Samuel I. Lovitch | Manager | 0211H0007: Meeting with Deborah Bates Johnson (City), Terry Polley (Attorney), and Shanice Wong (LA Times) regarding tax credit. | $305.00 | 1.50 | $457.50 |
| 2/21/2011 | Stephen B Danton | Director | 0211H0008: Teleconference with Esther Tryban (Chicago Attorney) regarding settlement. | $450.00 | 0.40 | $180.00 |
| 2/22/2011 | Stephen B Danton | Director | 0211H0009: Discussion with Esther Tryban (Chicago Attorney) regarding settlement for the city of Chicago issue. | $450.00 | 1.00 | $450.00 |
| 2/28/2011 | Samuel I. Lovitch | Manager | 0211H0010: Meeting with Deborah Bates Johnson (City) regarding tax credit. | $305.00 | 1.00 | $305.00 |
| Subtotal - Hours and Compensation for Claims Consulting Services | | | | | 9.50 | $3,767.50 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period January 1, 2011 through February 28, 2011

### Monthly, Interim and Final Fee Applications

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/17/2010 | Sheri L York | Senior Associate | 0211H0011: Review the November 2010 Monthly Fee Application for Court submission. | $225.00 | 1.50 | $337.50 |
| 1/3/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0012: Review project related emails regarding the fixed fee determination and discussion with L. Hofmann (Morgan Lewis) regarding the same. | $290.00 | 0.30 | $87.00 |
| 1/4/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0013: Meeting with J. Spahn (PwC) and L. Hofmann (Morgan Lewis) to discuss the fixed fee engagement letters. | $290.00 | 0.30 | $87.00 |
| 1/4/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0014: Meeting with L. Hofmann (Morgan Lewis) to discuss request from the Judge regarding the fixed fee engagement letters. | $290.00 | 0.90 | $261.00 |
| 1/4/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0015: Review the Retention Applications to provide further detail to the Judge regarding the fixed fee amount. | $290.00 | 0.50 | $145.00 |
| 1/6/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0016: Review email and attachments from L. Hofmann (Morgan Lewis) regarding the fixed fee analysis. | $290.00 | 0.30 | $87.00 |
| 1/6/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0017: Review the Certification prepared by Morgan Lewis. | $290.00 | 0.80 | $232.00 |
| 1/10/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0018: Review email related to the Tribune broadcasting work performed. | $290.00 | 0.20 | $58.00 |
| 1/10/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0019: Review the Certification prepared by Morgan Lewis. | $290.00 | 0.70 | $203.00 |
| 1/11/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0020: Discussion with J. Spahn (PwC) regarding the Q3 TV Survey invoice. | $290.00 | 0.30 | $87.00 |
| 1/11/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0021: Review the revised Eighth Interim Fee Application for submission to the Bankruptcy Court. | $290.00 | 0.30 | $87.00 |
| 1/11/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0022: Discussion with L. Hofmann (Morgan Lewis) regarding filing the Certification and Eighth Interim. | $290.00 | 0.30 | $87.00 |

TRIBUNE COMPANY, et al (Case 08-13141)    Exhibit C-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period January 1, 2011 through February 28, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 1/11/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0023: Review the December 2010 time details provided by the teams for submission to the bankruptcy court. | $290.00 | 2.00 | $580.00 |
| 1/12/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0024: Correspondence with J. Spahn (PwC) regarding hours for the Advisory Special project. | $290.00 | 0.30 | $87.00 |
| 1/14/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0025: Review the December 2010 expense details provided by the team. | $290.00 | 2.20 | $638.00 |
| 1/18/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0026: Teleconference with J. Spahn (PwC) regarding the December 2010 Monthly Fee Application. | $290.00 | 0.30 | $87.00 |
| 1/18/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0027: Review the December 2010 time details provided by the team for submission to the Bankruptcy Court. | $290.00 | 0.90 | $261.00 |
| 1/18/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0028: Review the December 2010 expense details provided by the team for submission to the Bankruptcy Court. | $290.00 | 0.80 | $232.00 |
| 1/22/2011 | Sheri L York | Senior Associate | 0211H0029: Review the December 2010 Monthly Fee Application for Court submission. | $225.00 | 2.00 | $450.00 |
| 1/24/2011 | Sheri L York | Senior Associate | 0211H0030: Review the December 2010 Monthly Fee Application for Court submission. | $225.00 | 1.00 | $225.00 |
| 1/24/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0031: Review the December 2010 Monthly Fee Application for submission to the Bankruptcy Court. | $290.00 | 4.00 | $1,160.00 |
| 1/27/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0032: Review the December 2010 time details provided by the team for submission to the Bankruptcy Court. | $290.00 | 1.00 | $290.00 |
| 1/27/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0033: Prepare the December 2010 Exhibits for submission to the Bankruptcy Court. | $290.00 | 2.30 | $667.00 |
| 1/27/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0034: Review the December 2010 expense details provided by the team for submission to the Bankruptcy Court. | $290.00 | 1.50 | $435.00 |
| 1/28/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0035: Review the December 2010 Expense details and prepare the Exhibits for submission to the Bankruptcy Court. | $290.00 | 2.00 | $580.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period January 1, 2011 through February 28, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 1/28/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0036: Prepare the December 2010 Monthly Fee Application Narrative for submission to the Bankruptcy Court. | $290.00 | 2.00 | $580.00 |
| 1/28/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0037: Review the draft Certification and Proposed Order. | $290.00 | 0.50 | $145.00 |
| 1/31/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0038: Revise the December 2010 Monthly Fee Application based upon comments from J. Spahn (PwC). | $290.00 | 0.20 | $58.00 |
| 1/31/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0039: Prepare the December 2010 Fee Statement. | $290.00 | 1.00 | $290.00 |
| 1/31/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0040: Revise the December 2010 Monthly Fee Application based upon comments from Counsel. | $290.00 | 0.20 | $58.00 |
| 2/7/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0041: Review the January 2011 time and expense details provided by the team for submission to the Bankruptcy Court. | $290.00 | 0.50 | $145.00 |
| 2/9/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0042: Review the January 2011 time details provided by the team for submission to the Bankruptcy Court. | $290.00 | 3.30 | $957.00 |
| 2/9/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0043: Review the January 2011 expense details provided by the team for submission to the Bankruptcy Court. | $290.00 | 1.20 | $348.00 |
| 2/11/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0044: Review the January 2011 time details provided by the team for submission to the Bankruptcy Court. | $290.00 | 0.70 | $203.00 |
| 2/16/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0045: Review the January 2011 expense details provided by the team for submission to the Bankruptcy Court. | $290.00 | 1.20 | $348.00 |
| 2/16/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0046: Prepare email correspondence to J. Spahn (PwC) regarding the expense details. | $290.00 | 0.20 | $58.00 |
| 2/23/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0211H0047: Discussion with B. Davis and J. Spahn (PwC) regarding the Comperio invoice to Tribune Company. | $290.00 | 0.40 | $116.00 |
| Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications | | | | | 38.10 | $10,756.50 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period January 1, 2011 through February 28, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Total Hours and Compensation** | | | | | 47.60 | $14,524.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit D-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Expenditures by Project and Type
For the Period January 1, 2011 through February 28, 2011

| Transaction Type | Total Expenditures |
| --- | ---: |
| **2010 Consolidated Audit** | |
| Airfare | $513.40 |
| Lodging | $216.13 |
| Meals | $46.73 |
| Mileage Allowance | $20.40 |
| Parking | $24.00 |
| Public/ground transportation | $294.05 |
| Rental Car | $243.90 |
| Research | $1,250.00 |
| Sundry - Other | $237.60 |
| **Subtotal - 2010 Consolidated Audit** | **$2,846.21** |
| **Total Expenditures** | **$2,846.21** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Tuesday, March 29, 2011

TRIBUNE COMPANY., et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Detail of Expenditures by Project and Date  
For the Period January 1, 2011 through February 28, 2011

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2010 Consolidated Audit** | | | | |
| 9/30/2010 | PricewaterhouseCoopers | Research | 0211E0001: MARKET RESEARCH - FOR Q4 2010 COMPILATION REPORT ON TELEVISION REVENUE SURVEY. | $1,250.00 |
| 12/13/2010 | Sheri L York | Public/ground transportation | 0211E0002: WWWPLATEPASSCOM 8774114300 AZ - TOLLS TO/FROM CHICAGO (HOME) AND ORD FOR SUN SENTINEL SITE VISIT. | $11.00 |
| 12/13/2010 | Domonique P Hinton | Public/ground transportation | 0211E0003: CHICAGO TRANSIT AUTHORITY - BUS FARE TO/FROM TRIBUNE (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $2.00 |
| 12/13/2010 | Domonique P Hinton | Public/ground transportation | 0211E0004: CHICAGO TAXI CAB - TAXI TO TRIBUNE FROM PWC OFFICE TO OBTAIN AUDIT CONFIRMATIONS. | $10.00 |
| 12/14/2010 | Domonique P Hinton | Public/ground transportation | 0211E0005: CHICAGO TRANSIT AUTHORITY - BUS FARE TO/FROM TRIBUNE (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $4.00 |
| 1/6/2011 | Lydia Kuebler | Public/ground transportation | 0211E0006: YELLOW CAB YELLOW CA CHICAGO IL - TAXI TO TRIBUNE FROM PWC OFFICE FOR CLIENT MEETING. | $12.15 |
| 1/10/2011 | Domonique P Hinton | Public/ground transportation | 0211E0007: CHICAGO TRANSIT AUTHORITY - BUS FARE TO/FROM TRIBUNE (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $4.00 |
| 1/12/2011 | Domonique P Hinton | Sundry - Other | 0211E0008: WALGREENS #2742 0000 CHICAGO IL - PURCHASE STAMPS TO MAIL AUDIT CONFIRMATIONS. | $8.80 |
| 1/12/2011 | Domonique P Hinton | Public/ground transportation | 0211E0009: CHICAGO TAXI 1 GLOBE LONG ISLAND CITY NY - TAXI FROM PWC OFFICE TO TRIBUNE TO OBTAIN AUDIT CONFIRMATIONS. | $9.25 |
| 1/13/2011 | William T England | Parking | 0211E0010: 201 E ILLINOIS SPRK7 CHICAGO IL - PARKING AT TRIBUNE TOWER TO ATTEND CLIENT MEETINGS. | $24.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period January 1, 2011 through February 28, 2011

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 1/13/2011 | William T England | Mileage Allowance | 0211E0011: MILEAGE ALLOWANCE - TRAVEL FROM NORTHFIELD, IL TO TRIBUNE BUILDING TO ATTEND CLIENT MEETING. | $11.22 |
| 1/13/2011 | William T England | Mileage Allowance | 0211E0012: MILEAGE ALLOWANCE - TRAVEL FROM TRIBUNE BUILDING TO BURR RIDGE, IL (HOME). | $9.18 |
| 1/14/2011 | Lydia Kuebler | Public/ground transportation | 0211E0013: YELLOW CAB YELLOW CA CHICAGO IL - TAXI TO TRIBUNE FROM PWC OFFICE FOR CLIENT MEETING. | $9.00 |
| 1/14/2011 | Domonique P Hinton | Public/ground transportation | 0211E0014: CHICAGO TAXI CAB - TAXI TO TRIBUNE FROM PWC OFFICE TO FOR CLIENT MEETING. | $6.65 |
| 1/16/2011 | Emily Busch | Public/ground transportation | 0211E0015: YELLOW CAB - TAXI TO TRIBUNE FROM PWC OFFICE TO DELIVER CLIENT WORK PAPERS. | $10.00 |
| 1/17/2011 | Zachary James Hedrick | Public/ground transportation | 0211E0016: CHICAGO BUS TRANSIT - TRAVEL TO TRIBUNE FOR FIELDWORK (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $2.00 |
| 1/17/2011 | Thomas Bradley Stutesman | Sundry - Other | 0211E0017: WALGREENS #2742 0000 CHICAGO IL - PURCHASE STAMPS TO MAIL AUDIT CONFIRMATIONS. | $8.80 |
| 1/17/2011 | Thomas Bradley Stutesman | Public/ground transportation | 0211E0018: CTA - BUS FARE ROUNDTRIP TO TRIBUNE FROM PWC OFFICE (1/17/11 - 1/21/11) FOR CLIENT MEETINGS. | $8.00 |
| 1/17/2011 | Thomas Bradley Stutesman | Public/ground transportation | 0211E0019: CTA - BUS FARE ROUNDTRIP TO TRIBUNE FROM PWC OFFICE (1/24/11 - 1/28/11) FOR CLIENT MEETINGS. | $10.00 |
| 1/17/2011 | Thomas Bradley Stutesman | Public/ground transportation | 0211E0020: CHICAGO CAB - TAXI FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $12.00 |
| 1/18/2011 | Zachary James Hedrick | Public/ground transportation | 0211E0021: CHICAGO BUS TRANSIT - TRAVEL TO TRIBUNE FOR FIELDWORK (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $2.00 |
| 1/18/2011 | Emily Busch | Airfare | 0211E0022: AMERICAN AIRLINES DALLAS, TX - ECONOMY ROUND TRIP AIRFARE > ORD TO DFW (WEEK OF 2/24/11-2/26/11). | $513.40 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Tuesday, March 29, 2011

Page 2 of 5

TRIBUNE COMPANY., et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Detail of Expenditures by Project and Date  
For the Period January 1, 2011 through February 28, 2011

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 1/18/2011 | Thomas Bradley Stutesman | Public/ground transportation | 0211E0023: CHICAGO CAB - TAXI FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $11.00 |
| 1/19/2011 | Zachary James Hedrick | Public/ground transportation | 0211E0024: CHICAGO BUS TRANSIT - TRAVEL TO TRIBUNE FOR FIELDWORK (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $2.00 |
| 1/19/2011 | Zachary James Hedrick | Public/ground transportation | 0211E0025: CHICAGO TAXI - TAXI FROM TRIBUNE TO PWC OFFICE TO OBTAIN AUDIT CONFIRMS. | $8.00 |
| 1/20/2011 | Zachary James Hedrick | Public/ground transportation | 0211E0026: CHICAGO BUS TRANSIT - TRAVEL TO TRIBUNE FOR FIELDWORK (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $2.00 |
| 1/21/2011 | Thomas L Koops | Public/ground transportation | 0211E0027: CHICAGO TAXI - TAXI TO/FROM PWC OFFICE TO TRIBUNE FOR MEETING. | $16.00 |
| 1/21/2011 | Zachary James Hedrick | Public/ground transportation | 0211E0028: CHICAGO BUS TRANSIT - TRAVEL TO TRIBUNE FOR FIELDWORK (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $2.00 |
| 1/21/2011 | Domonique P Hinton | Public/ground transportation | 0211E0029: CHICAGO TRANSIT AUTHORITY - BUS FARE TO/FROM TRIBUNE (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $4.00 |
| 1/24/2011 | Zachary James Hedrick | Public/ground transportation | 0211E0030: CHICAGO BUS TRANSIT - TRAVEL TO TRIBUNE FOR FIELDWORK (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $2.00 |
| 1/24/2011 | Emily Busch | Meals | 0211E0031: JASON'S DELI # 059 Q LEWISVILLE TX - DINNER WITH SELF. | $10.34 |
| 1/24/2011 | Emily Busch | Meals | 0211E0032: STARBUCKS C-02381554 ST. LOUIS MO - BREAKFAST WITH SELF. | $9.25 |
| 1/24/2011 | Emily Busch | Meals | 0211E0033: EL MADELINE CAFE - BREAKFAST WITH SELF. | $10.00 |
| 1/24/2011 | Emily Busch | Public/ground transportation | 0211E0034: COUNTY CAB - TAXI FROM WRIGLEYVILLE (HOME) TO ORD. | $40.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

TRIBUNE COMPANY., et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Detail of Expenditures by Project and Date  
For the Period January 1, 2011 through February 28, 2011

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 1/25/2011 | Zachary James Hedrick | Public/ground transportation | 0211E0035: CHICAGO BUS TRANSIT - TRAVEL TO TRIBUNE FOR FIELDWORK (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $2.00 |
| 1/25/2011 | Emily Busch | Meals | 0211E0036: JIMMY JOHN'S #889 01 LEWISVILLE TX - DINNER WITH SELF. | $17.14 |
| 1/26/2011 | Zachary James Hedrick | Public/ground transportation | 0211E0037: CHICAGO BUS TRANSIT - TRAVEL TO TRIBUNE FOR FIELDWORK (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $2.00 |
| 1/26/2011 | Emily Busch | Lodging | 0211E0038: COURTYARD 16E LEWISVILLE TX - LODGING 2 NIGHTS (WEEK OF 2/24/11 - 2/26/11). | $216.13 |
| 1/26/2011 | Emily Busch | Rental Car | 0211E0039: HERTZ CAR RENTAL DALLAS TX - RENTAL CAR WEEK OF 2/24/11-2/26/11 WHILE TRAVELING IN LEWISVILLE, TEXAS. | $243.90 |
| 1/26/2011 | Emily Busch | Public/ground transportation | 0211E0040: YELLOW CAB - TAXI FROM CHICAGO AIRPORT TO HOME (WRIGLEYVILLE). | $40.00 |
| 1/27/2011 | Zachary James Hedrick | Public/ground transportation | 0211E0041: CHICAGO BUS TRANSIT - TRAVEL TO TRIBUNE FOR FIELDWORK (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $2.00 |
| 1/28/2011 | Zachary James Hedrick | Public/ground transportation | 0211E0042: CHICAGO BUS TRANSIT - TRAVEL TO TRIBUNE FOR FIELDWORK (BEYOND NORMAL COMMUTE TO PWC OFFICE). | $2.00 |
| 2/3/2011 | Shawn M Felt | Public/ground transportation | 0211E0043: TAXI - TAXI TO TRIBUNE FROM PWC OFFICE FOR CLIENT MEETING. | $11.00 |
| 2/3/2011 | Shawn M Felt | Public/ground transportation | 0211E0044: TAXI - TAXI TO PWC OFFICE FROM TRIBUNE FOR CLIENT MEETING. | $10.00 |
| 2/9/2011 | Emily Busch | Public/ground transportation | 0211E0045: YELLOW CAB - TAXI FROM PWC OFFICE TO TRIBUNE TO OBTAIN AUDIT CONFIRMATIONS. | $10.00 |
| 2/11/2011 | Thomas Bradley Stutesman | Public/ground transportation | 0211E0046: CHICAGO CAB - TAXI FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $8.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

TRIBUNE COMPANY., et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Detail of Expenditures by Project and Date  
For the Period January 1, 2011 through February 28, 2011

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 2/15/2011 | Thomas Bradley Stutesman | Public/ground transportation | 0211E0047: CHICAGO CAB - TAXI FROM PWC OFFICE TO TRIBUNE TO PICK UP AUDIT CONFIRMATIONS. | $8.00 |
| 2/17/2011 | Thomas Bradley Stutesman | Sundry - Other | 0211E0048: CCI 6158446222 CCI C BRENTWOOD TN - CCI FEE TO CONFIRM TRIBUNE BANK ACCOUNTS ONLINE. | $220.00 |
| Subtotal - 2010 Consolidated Audit | | | | $2,846.21 |
| **Total Expenditures** | | | | **$2,846.21** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.