# **EXHIBIT A**

# JONES DAY

| Confidential Matter | | | Page 1 |
|---|---|---|---|

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 02/01/11 | R C THOMAS | 1.20 | 690.00 |
| | Review documents in data room and from client (.80); communicate with client regarding same (.40). | | |
| 02/02/11 | K M FENTON | 0.30 | 240.00 |
| | Communication with client regarding due diligence issues. | | |
| 02/02/11 | R C THOMAS | 1.60 | 920.00 |
| | Review documents from client (1.20); communicate with client regarding same (.40). | | |
| 02/03/11 | R C THOMAS | 0.60 | 345.00 |
| | Review documents in data room and correspondence from client regarding due diligence requests (.40); communicate with client regarding same (.20). | | |
| 02/04/11 | R C THOMAS | 0.20 | 115.00 |
| | Review documents in data room (.10); communicate with client regarding same (.10). | | |
| 02/05/11 | R C THOMAS | 0.40 | 230.00 |
| | Review documents in data room (.20); communicate with client regarding same (.20). | | |
| 02/07/11 | K M FENTON | 0.50 | 400.00 |
| | Communicate with client regarding status and antitrust preparation timeline (.20); review draft agreement for best efforts provision (.30). | | |
| 02/07/11 | R C THOMAS | 0.40 | 230.00 |
| | Review documents in data room (.20); communicate with client regarding same (.10); review correspondence from Fenton regarding best efforts provision in draft agreement (.10). | | |
| 02/08/11 | K M FENTON | 1.00 | 800.00 |
| | Review draft agreement for potential antitrust issues (.50); communicate with client regarding same (.50). | | |
| 02/08/11 | R C THOMAS | 0.20 | 115.00 |
| | Review documents in data room (.10); communicate with client regarding same (.10). | | |
| 02/09/11 | K M FENTON | 0.70 | 560.00 |
| | Draft and revise memorandum regarding antitrust issues raised by draft agreement. | | |
| 02/09/11 | R C THOMAS | 0.20 | 115.00 |
| | Review documents in data room (.10); communicate with client regarding same (.10). | | |
| 02/10/11 | K M FENTON | 0.30 | 240.00 |
| | Review issues list for call with client on draft agreement. | | |
| 02/10/11 | R C THOMAS | 0.20 | 115.00 |
| | Review documents in data room (.10); communicate with client regarding same (.10). | | |
| 02/11/11 | K M FENTON | 1.20 | 960.00 |
| | Prepare for and participate in conference call regarding comments on draft agreement (.80); review revised outline of information needed (.20); communicate withThomas regarding same (.20). | | |
| 02/11/11 | R C THOMAS | 3.30 | 1,897.50 |
| | Review documents in data room (.20); communicate with client regarding same (.20); draft information request for preliminary antitrust analysis for potential antitrust matter (2.00); communicate with Fenton regarding same (.20); review background documents (.70). | | |
| 02/12/11 | R C THOMAS | 0.30 | 172.50 |
| | Review documents in data room (.20); communicate with client regarding same (.10). | | |
| 02/15/11 | K M FENTON | 0.80 | 640.00 |
| | Review summary of discussions with opposing counsel (.40); conference call with client regarding status and next steps in antitrust analysis (.40). | | |
| 02/15/11 | R C THOMAS | 0.20 | 115.00 |
| | Review documents in data room (.10); communicate with client regarding same (.10). | | |
| 02/16/11 | K M BROPHY | 0.20 | 60.00 |
| | Conference with Thomas to review and analyze FTC Journalism workshops. | | |

| | | | |
|---|---|---|---|
| 02/16/11 | K M FENTON | 4.00 | 3,200.00 |

Conference call with project group regarding antitrust analysis (1.00); review background documents to prepare for same (2.00); telephone interview of client (.50); discussion with Thomas regarding analysis (.50).

| 02/16/11 | R C THOMAS | 3.20 | 1,840.00 |

Review documents in data room (.30); communicate with client regarding same (.20); review submissions in connection with FTC workshops on newspaper industry (1.20); and communicate with Fenton and Brophy regarding same (.50); prepare for and participate in teleconference with client regarding antitrust matter (1.00).

| 02/17/11 | K M BROPHY | 4.60 | 1,380.00 |

Conference with Thomas regarding DOJ newspaper challenges (.60); review background information and FTC newspaper workshops (4.00).

| 02/17/11 | K M FENTON | 3.00 | 2,400.00 |

Review best efforts language and prepare markup of antitrust provisions (1.00); review materials and prepare for conference call with interested party regarding background for antitrust analysis (.50); review background documents (1.00); review and comment on topic outline for additional interviews (.50).

| 02/17/11 | R C THOMAS | 4.10 | 2,357.50 |

Draft actions items from 2/16 call with client regarding antitrust matter (1.00); review documents in data room and communicate with client regarding same (.40); prepare for and participate in teleconference with client regarding antitrust matter (1.00); prepare talking points for calls on advertising and circulation regarding antitrust matter (1.10); conference with Brophy regarding assignment (.60).

| 02/18/11 | K M BROPHY | 0.80 | 240.00 |

Read transcripts from FTC journalism workshop.

| 02/18/11 | K M FENTON | 0.80 | 640.00 |

Conference with Thomas regarding due diligence issues (.20); review lender presentation (.60).

| 02/18/11 | R C THOMAS | 1.20 | 690.00 |

Review documents in data room (.20); communicate with client regarding same (.20); communicate with client regarding due diligence (.60); conference with Fenton regarding due diligence (.20).

| 02/19/11 | R C THOMAS | 0.20 | 115.00 |

Review documents in data room and communicate with client regarding same (.10); communicate with client regarding due diligence (.10).

| 02/20/11 | K M BROPHY | 8.00 | 2,400.00 |

Research DOJ newspaper challenges (4.00); review transcripts from FTC journalism workshops (4.00).

| 02/20/11 | K M FENTON | 0.80 | 640.00 |

Review draft lender presentation and discussions regarding same.

| 02/20/11 | R C THOMAS | 2.20 | 1,265.00 |

Review draft lender presentations (1.00); communicate with client regarding same (.50); review background materials (.70).

| 02/21/11 | K M BROPHY | 3.50 | 1,050.00 |

Review transcripts of FTC newspaper workshop (1.50) review of related presentations for relevant statistics and information (2.00).

| 02/22/11 | K M BROPHY | 3.90 | 1,170.00 |

Review background information on newspaper challenges(1.00); conference with Thomas regarding overview of the FTC newspaper workshop (.50); draft summary of conferences for Fenton (2.00); review merger planning documents sent by Thomas (.40).

| 02/22/11 | K M FENTON | 2.00 | 1,600.00 |

Prepare for and participate in additional client interviews for antitrust analysis.

| 02/22/11 | R C THOMAS | 3.20 | 1,840.00 |

Prepare for and participate in teleconference with client and Fenton (1.50); review background materials (1.20); communicate with Brophy regarding FTC newspaper workshop (.50).

| 02/23/11 | K M FENTON | 2.50 | 2,000.00 |

Discussions with project team regarding due diligence issues (1.00); telephone interview with client (.50); conference call with client regarding timeline (.50); review revised lender presentation (.50).

**JONES DAY**

| Confidential Matter | | | Page 3 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 02/23/11 | R C THOMAS | 3.60 | 2,070.00 |

Review documents in data room and communicate with client regarding same (.50); communicate with opposing counsel regarding due diligence requests (.60); communicate with client regarding due diligence issue (1.50); prepare for and participate in teleconference with client and Fenton (1.00).

| 02/24/11 | K M FENTON | 0.20 | 160.00 |
|---|---|---|---|

Discussion with client regarding antitrust analysis and strategy.

| 02/24/11 | R C THOMAS | 0.20 | 115.00 |
|---|---|---|---|

Review documents in data room and communicate with client regarding same.

| 02/25/11 | K M FENTON | 0.80 | 640.00 |
|---|---|---|---|

Review follow up document requests and discussions regarding same (.40); review advertising time series analysis (.40).

| 02/25/11 | R C THOMAS | 3.50 | 2,012.50 |
|---|---|---|---|

Review documents in data room and communicate with client regarding same (.50); draft and revise action items arising from client interviews (2.00); communicate with opposing counsel regarding due diligence (.50); analyze documents from client (.50).

| 02/26/11 | R C THOMAS | 0.20 | 115.00 |
|---|---|---|---|

Review documents in data room and communicate with client regarding same (.10); analyze documents from client (.10).

| 02/27/11 | K M BROPHY | 3.60 | 1,080.00 |
|---|---|---|---|

Analyze DOJ newspaper challenges and related consent decrees.

| 02/27/11 | R C THOMAS | 0.50 | 287.50 |
|---|---|---|---|

Communicate with Fenton regarding antitrust analysis (.30); analyze documents from client regarding same (.20).

| 02/28/11 | K M BROPHY | 1.80 | 540.00 |
|---|---|---|---|

Draft summaries of DOJ newspaper challenges.

| 02/28/11 | K M FENTON | 0.50 | 400.00 |
|---|---|---|---|

Review revised lender power point for potential antitrust issues.

| 02/28/11 | R C THOMAS | 0.20 | 115.00 |
|---|---|---|---|

Review documents in data room and communicate with client regarding same.

| **TOTAL** | | 76.90 | USD 41,322.50 |
|---|---|---|---|

# **EXHIBIT B**

# JONES DAY

Tribune Company                                                                 Page 1

Confidential Matter

## DISBURSEMENT DETAIL - February 28, 2011

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 02/04/11 | CHI ACCOUNTING | CHI | 2.40 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 10/1/10 - 12/31/10 | | | |
| | **Computerized research services Subtotal** | | | 2.40 |
| **LONG DISTANCE CHARGES** | | | | |
| 02/17/11 | K M FENTON | WAS | 1.50 | |
| | Long distance charges Call with client 07-Feb-2011 | | | |
| 02/24/11 | WAS ACCOUNTING | WAS | 1.20 | |
| | Long distance charges through 02/24/2011 | | | |
| | **Long distance charges Subtotal** | | | 2.70 |
| **WESTLAW SEARCH FEES** | | | | |
| 02/28/11 | K M BROPHY | WAS | 10.35 | |
| | Westlaw search fees: 02/28/2011 | | | |
| | **Westlaw search fees Subtotal** | | | 10.35 |
| Total | | | USD | 15.45 |
| **Grand Total** | | | USD | 15.45 |

# **EXHIBIT C**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[5] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

1. I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[6] regarding the contents of applications for compensation and expenses.

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[6] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

CHI-1795455v1

2.  I have read the Ninth Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for the Period from February 1, 2011 through February 28, 2011 (the "Application").

3.  A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: April 13, 2011         /s/ Phillip A. Proger
                              Phillip A. Proger