**Current Clients or Client Affiliates of Perkins Coie in Unrelated Matters**
**(Includes Matters Perkins Coie is in the Process of Opening)**

Allied World Insurance Company, Ltd (AWAC)
Alvarez & Marsal North America LLC
Arco Gas Station
AT&T
Axis Reinsurance Company
Bank of Montreal Trust Company
Bank of New York
BD&A
Carmax
CBS Broadcasting Inc.
Chicago Transit Authority
CIT Group Incorporated
Dell
Deloitte & Touche LLP
Direct Mail Associates, Inc.
Ernst & Young
Farallon Capital Management LLC
Firstlight Financial Corp.
Ford
FREEDOM COMMUNICATIONS, INC.
General Mills
General Motors
Global Aerospace
Henry Weinstein
Honda Acura Factory
Hyundai Dealer Associations
Invesco Inst NA Inc.
Jones Day
Joyce Johnson
Julie D. Anderson
Kia Factory Motors
Kim Johnson
Kraft General Foods
Lowe's – Home Improvement
Majestic Realty Co. and Yorba Linda Sub, LLC
McDermott Will & Emery LLP
McDonalds – McDonald's
MEDIANEWS GROUP, INC.
Mercer (US) Inc.
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
MICROSOFT CORPORATION
News America Publ'g FSI
Nissan Dealer Associations
Nissan Infiniti Factory

**Current Clients or Client Affiliates of Perkins Coie in Unrelated Matters**
**(Includes Matters Perkins Coie is in the Process of Opening)**

Nomura Corporate Research & Asset Management Inc.
Pamela S. Pearson
Patrick M. Shanahan
Paul Hastings Janofsky & Walker LLP
Pepsi – Pepsi Cola Various
PricewaterhouseCoopers LLP
Qwest Communications
Shaun M. Sheehan
Six Flags Great America Parks
Sprint/Nextel
Star Community Publishing Group, LLC
Talon Asset Management Inc.
Timothy Ryan
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Tribune Company
TW Time Warner
U.S. Bank National Association
Van Kampen Asset Management
Verizon Wireless
Vertis, Inc.
Wachovia Bank
Washington Mutual
Wells Fargo Bank, N.A.
Westwood College

**Former Clients or Client Affiliates of Perkins Coie in the Last Two Years in Unrelated Matters**
**(Includes Matters Perkins Coie is in the Process of Closing)**

Capitalsource Finance LLC
Comcast
Jenner & Block LLP

**Parties that Perkins Coie is Adverse to or Potentially Adverse to in Unrelated Matters**
**(Includes Matters Perkins Coie is in the Process of Opening)**

Ace American Insurance Company
AIG Global Investment Corp.
Allied World Insurance Company, Ltd (AWAC)
Allstate Investment Management Company
American Express Co
Andy Martin
Angelo Gordon & Co LP
Anheuser Busch
Anthony Conte
Arby's Restaurants Ltd.
Arco Gas Station
AT&T
Axis Reinsurance Company
Babson Capital Management LLC
BANC OF AMERICA SECURITIES LLC
Bank of America
Bank of America N.A.
Bank of Montreal Trust Company
Bank of New York
Barclays Bank plc
Barclays Capital
Basso Capital Management LP
Bear Stearns & Co., Inc
Canadian Imperial Bank of Commerce
Capitalsource Finance LLC
CAREERBUILDER, LLC
Carlyle Investment Management LLC
Carmax
Carval Investors LLC
CBS Broadcasting Inc.
Chadbourne & Parke LLP
Chubb Atlantic Indemnity Ltd.
Circuit City
CIT Group Incorporated
Citadel Investment Group LLC
Citicorp North America Inc.
Citigroup Financial Products Inc.
CITIGROUP GLOBAL MARKETS, INC.
City of New Haven
Comcast
Contrarian Capital Management LLC
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association

**Parties that Perkins Coie is Adverse to or Potentially Adverse to in Unrelated Matters**
**(Includes Matters Perkins Coie is in the Process of Opening)**

CP Jeep/Eagle Dealer Association
Credit Suisse Asset Management
Deerfield Capital Management LLC
Dell
Dennis G. O'Brien
Deutsche Bank AG
Deutsche Bank National Trust Company
Deutsche Investment Management Americas Inc.
Direct Mail Associates, Inc.
Disney – Buena Vista
Domino's Pizza
Doug Thomas
Duke Realty Limited Partnership
Dunkin Donuts
Electronic Imaging Systems of America, Inc.
Empire Home Services
Empire Home Services
EQUITY GROUP INVESTMENTS LLC
Ernst & Young
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
Fidelity Investment/Fidelity Mutual Fund Comp
Fidelity Investments
FM Global
Foodmaker/Jack in the Box
Ford
FREEDOM COMMUNICATIONS, INC.
FTI Consulting
Gary Grant
GE – Vivendi Universal
GE Asset Management Inc.
GEICO
General Electric Capital Corporation
General Motors
Glaxo Smith Kline Beecham Welcome
GM Pension Plan
GOLDMAN SACHS & CO.
Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
GreenCo, Inc.
Hampton Inn and Suites
HEARST CORPORATION
Honda Acura Factory
Hy-Ko Products Company
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)

**Parties that Perkins Coie is Adverse to or Potentially Adverse to in Unrelated Matters**
**(Includes Matters Perkins Coie is in the Process of Opening)**

ITT Educational Services
J.P. Morgan Chase Bank, N.A.
Jack L. Nelson
Jack Nelson
Jack Whisler
James Allen
Jefferson Pilot Financial Insurance Company
Joyce Johnson
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
KPLR, Inc.
Kraft General Foods
Lazard Freres & Co.
Lehman Brothers Commercial Bank
Lexington Insurance Company
Liberty Travel
Lloyd's
Loews Corporation
Lowe's – Home Improvement
Major League Baseball
McDonalds – McDonald's
Merrill Lynch & Co. Inc.
Merrill Lynch Capital Corporation
Metropolitan Life Insurance Company
Michael E. Weiner
Michael W. Owens
MICROSOFT CORPORATION
Moelis & Company LLC
Morgan Stanley
NBC Universal Domestic Television
New York Life Insurance Company
New York Life Investment Management
Nielsen Media Research
Nissan Dealer Associations
Northwestern Memorial Hospital
Pacific Investment Management Company
Paramount Pictures Corporation
Patriarch Partners LLC
Pension Benefit Guaranty Corporation
Pepsi – Pepsi Cola Various
Pfizer
Procter & Gamble – P&G
Prudential Investment Management Inc
Qwest Communications

**Parties that Perkins Coie is Adverse to or Potentially Adverse to in Unrelated Matters**
**(Includes Matters Perkins Coie is in the Process of Opening)**

Rabobank Int'l
Realty Executives
Reckitt Benckiser
Riversource Investments LLC
Robertson Barrett
Roger Williams
Royal Bank of Scotland plc
Russell Gilbert
Sandell Asset Management Corporation
Security Management Company
Sidley Austin LLP
Silver Point Capital LP – FSG
Six Flags Great America Parks
Societe Generale
Sony Entertainment – Pictures – Columbia Tristar
Sony Pictures Television
SP Newsprint Company
Sprint/Nextel
St. Paul Fire & Marine Insurance Company (Travelers)
Star Community Publishing Group, LLC
Sumitomo Mitsui Banking Corporation
Swiss Reinsurance Company Ltd.
Target Stores
The Hartford Insurance Group
The J. David Gladstone Institutes
Timothy Franklin
Timothy R. Kennedy
T-Mobile/Voice Stream
Tom Davidson
Toyota Dealer Associations
Tribune Company
TW Time Warner
UBS AG
Valassis
Verizon Wireless
Vertis, Inc.
Viacom – Paramount
Wachovia Bank
Wachovia Bank National Association
Warner Brothers Television
Washington Mutual
Wells Capital Management Incorporated
Wells Fargo Bank, N.A.
Wells Fargo Foothill Inc.
Westin Diplomat Resort & Spa
WestLB AG

**Parties that Perkins Coie is Adverse to or Potentially Adverse to in Unrelated Matters**
**(Includes Matters Perkins Coie is in the Process of Opening)**

Wilmington Trust Company – Delaware
WLVI Inc.
XL Insurance (Bermuda) Ltd.
Yum Brands – Kentucky Fried Chicken
Yum Brands – Taco Bell

Parties that Perkins Coie was Adverse to or Potentially Adverse to Within the Last to Years (Closed Matters)

Corie Brown
GANNETT CO., INC.
McDermott Will & Emery LLP
National City Corporation
Progressive Insurance
Quadrangle Group LLC
TV Guide Online, Inc.