# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  

**COURTROOM LOCATION:** 5  
**DATE:** April 13, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Conlan | Sidley | Debtor |
| Bryan Krakauer | " | " |
| Ken Lantry | " | " |
| Ken Kansa | " | " |
| Don Liebentritt | Tribune | " |
| Norman Pernick | Cole Schotz | Debtor |
| William A. Hazeltine | Sullivan Hazeltine Allinson | Wilmington Trust Co. as trustee for PHONES |
| Elliot Moskowitz | Davis Polk | JP Morgan |
| Damian Schaible | " | " |
| Michael Russano | " | " |
| Eli Vonnegut | " | " |
| Drew Sloan | Richards Layton | " |
| David Klauder / Pat Tinker | U.S. Trustee | U.S. Trustee |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: April 13, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lauren Buonome | Jones Day | Special Committee of the Board of Directors |
| Jeffrey Wisler | Connolly Bove | Certain Officers & Directors |
| John McCambridge | Grippo | " " " |
| George Dougherty | Grippo | " " " |
| David Bohan | Katten Muchin Rosenman | McCormick Foundation / Cantigny Foundation |
| Bryan Krakauer | Sidley Austin | DBTCA |
| Allen Guon | Shaw Gussis | Crane Kenney |
| Jeffrey Rich | K&L Gates | Great Banc |
| Thomas Horan | Womble Carlyle | Great Banc |
| Damian Schaible | Davis Polk | JPMorgan |
| Martin S. Siegel | Brown Rudnick | Wilmington Trust |
| Robert J. Stark | Brown Rudnick | Wilmington Trust |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 13, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laurie Selber Silverstein | Potter Anderson & Corroon | Merrill Lynch |
| R. Stephen McNeill | " | " |
| Kevin Lantry | Sidley | Debtors |
| Jason Sanjana | Latham & Watkins | Barclays Bank PLC + Waterstone Cap Mgmt |
| David Bradford | Jenner & Block | Zell + EGI-TRB |
| Cathy Steege | " | " |
| David Candeloff | " | " |
| Katharine Mayer | McCarter & English | DBTCA |
| David Golden | Akin Gump | Aurelius / UPP |
| Phil Dublin | " | " |
| Abid Qureshi | " | " |
| Anthony M Saccullo | A M Saccullo Legal | Timothy Knight |
| Blake Hannafin | Hannafin + Hannafin | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 13, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan G. Landis | Landis Rath & Cobb | The Committee |
| Daniel B. Rath | " " | " " |
| Howard Seife | Chadbourne + Parke | " " |
| David LeMay | " " | " " |
| Thomas McCormack | " " | " " |
| Jayne Stever | " " | " " |
| Douglas Deutsch | " " | " " |
| Andrew Rosenblatt | " " | " " |
| Marc Ashley | " " | " " |
| James Sottile | Zuckerman Spaeder | " " |
| Andrew Goldfarb | " " | " " |
| Leonard Gerson | U.S. Dept. of Labor | U.S. Dept. of Labor |
| Lawrence V Gelber | Schulte Roth + Zabel | Sutton Brook Capital Mgmt |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 13, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Blake Cleary | Young Conaway | Credit Agreement Lenders - Angelo Gordon, Oaktree |
| Robert Brady | " " | " " |
| James Johnston | Dewey & LeBoeuf | " " |
| Josh Morton | " " | " " |
| Michael Vickensy | Klehr Harry | Suttonbrook Capital Management LP |
| Chris Loizides | Loizides, P.A. | Brigade Capital |
| Richard Riley | Duane Morris | Robert R. McCormick, Tribune Foundation + Cantigny Foundation |
| Bill Bowden | Ashby & Geddes | Aurelius |
| Abid Qureshi | Akin Gump | " " |
| Michelle Marino | DLA Piper | Barclays |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 04/13/2011
Calendar Time: 10:00 AM ET

Amended Calendar 04/13/2011 06:11 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4154975 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4151193 | Marc D. Ashley | 212-408-5194 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4146237 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4152411 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4122205 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4152200 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4154900 | Robert G. Burns | (212) 554-1768 | Monarch Alternative Capital LP | Creditor, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4151778 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4151794 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4156787 | Nick Campanario | 312-407-0974 | Skadden Arps Slate Meagher & Flom | Third Party, Former Special Committee of Tribune's Board of Directors / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4151685 | Andrew Caridas | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4149046 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4154736 | Peter Couri | (203) 552-6900 | Cooperstown Capital Management | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4151825 | Deborah S. Davidson | (215) 963-5000 | Morgan Lewis Brockius LLP | Creditor, Great Bank / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4143281 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150803 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151095 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4156824 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4143322 | Amy Dieterich | (212) 373-3688 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4105536 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| Tribune Company | 08-13141 | Hearing | 4154812 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151656 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151491 | Mina Faltas | (212) 672-7011 | Viking Global Investors | Interested Party, Mina Faltas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4149538 | Steven C Florsheim | (312) 641-3200 | Sperling & Slater | Defendant(s), Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4133588 | Matthew Frank | 312-371-9955 | Alvarez & Marsal Inc | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4155895 | Lawrence Gelber | (212) 756-2460 | Schulte Roth & Zabel, LLP | Creditor, Sutton Brook Capital Managment / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151666 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151928 | Michelle Goldis | 212-295-6329 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151931 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4141689 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151672 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4154924 | Nicholas Heilbut | (212) 466-2167 | Serengeti Asset Management | Interested Party, Serengeti Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4152901 | Janet Henderson | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4155734 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151483 | Arthur Kavalis | (212) 667-2370 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151736 | Jordan Kaye | (212) 715-9489 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150502 | Colleen Kenney | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4158068 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4151831 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4154780 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4152010 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151117 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4143237 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151611 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | Interested Party, Neil S Losquadro / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151522 | Jessica Marrero | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4141662 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151161 | Thomas McCormack | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151693 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4153194 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151857 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4157245 | Tina Moss | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150094 | Lance A. Mulhern | (212) 237-0000 | Vinson & Elkins LLP | Representing, - / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4149555 | Claire P. Murphy | 312-641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150521 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4147485 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151163 | Isaac Pachulski | 310-228-5655 | Stutman, Treister & Glatt | Creditor, Brigade Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4150689 | Karen S. Park | (212) 756-2036 | Schulte Roth & Zabel, LLP | Interested Party, Schulte Roth & Zabel / LIVE |
| Tribune Company | 08-13141 | Hearing | 4154976 | Jane Parver | 212-836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4143272 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4154977 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4136393 | Shaya Rochester | (212) 872-1076 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151138 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151506 | Andrew Rosenblatt | 212-408-5559 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151844 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151714 | Jason B. Sanjana | (212) 906-4587 | Latham & Watkins LLP | Creditor, Barclays / LIVE |
| Tribune Company | 08-13141 | Hearing | 4141830 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151080 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4149268 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151706 | Chaney M. Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151639 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4146231 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151593 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151530 | Sina Toussi | 212-230-4510 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4146220 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4154796 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150885 | Dennis Twomey | 312-853-7824 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4146168 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151546 | Francisco Vasquez | (212) 408-5111 | Chadbourne & Park, LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4145247 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Interested Party, Macquarie Capital (USA) / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150848 | Patrick Wackerly | (312) 853-7000 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | | 4154801 Gary Weitman | (312) 222-3394 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4153198 Brian Whittman | (312) 601-4227 Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4156921 Jennifer Wild | 212-418-6877 Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4153803 Ben Wilson | (212) 412-7642 Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4151955 Menachem O. Zelmanovitz | (212) 309-6000 Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 4156981 David Zensky | (212) 872-1000 Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | | 4149884 Matthew A Zloto | (646) 445-6518 Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |