IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| : | Jointly Administered |
| Debtors. : | Objection Date: May 4, 2011 at 4:00 p.m. |
| : | Hearing Date: *Only if Objections are filed* |

## NOTICE OF FEE APPLICATION

David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(U.S. Trustee)

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Kenneth P. Kansa, Esquire
Jillian K. Ludwig, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.)

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.)

John L. Decker, Esquire
Stuart Maue
3840 McKelvey Rd.
St. Louis, MO 63044
(Fee Auditor)

PLEASE TAKE NOTICE that, on April 14, 2011, the **Eighteenth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from December 1, 2010 through February 28, 2011** (the "Application"), which seeks approval of a fee application for professional services rendered to the Debtors in the amount of $46,256.50, and reimbursement of expenses in the amount of $19.90, was filed with the Court.

You are required to file a response, if any, to the Application on or before **May 4, 2011 at 4:00 p.m.** (Eastern Time).

46429/0001-5380574v18

At the same time, you must also serve a copy of the response upon Applicant and Debtors' counsel so that it is received by **4:00 p.m. on May 4, 2011**:

| | | |
|---|---|---|
| Norman L. Pernick, Esquire | Kenneth P. Kansa, Esquire | Holly Snow, Esquire |
| J. Kate Stickles, Esquire | Jillian K. Ludwig, Esquire | **PAUL, HASTINGS, JANOFSKY** |
| **COLE, SCHOTZ, MEISEL,** | **SIDLEY AUSTIN LLP** | **& WALKER LLP** |
| **FORMAN & LEONARD, P.A.** | One South Dearborn Street | 191 N. Wacker Drive, 30th Floor |
| 500 Delaware Ave., Ste. 1410 | Chicago, IL 60603 | Chicago, IL 60606 |
| Wilmington, DE 19801 | | |

A HEARING ON THE APPLICATION WILL BE HELD, ONLY IF AN OBJECTION IS TIMELY FILED, OR THE COURT DIRECTS OTHERWISE, AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 14, 2011

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ J. Kate Stickles
   Norman L. Pernick (No. 2290)
   J. Kate Stickles (No. 2917)
   Patrick J. Reilley (No. 4451)
   500 Delaware Avenue, Suite 1410
   Wilmington, DE 19801
   (302) 652-3131
   (302) 652-3117 (fax)

   ATTORNEYS FOR THE DEBTORS
   AND DEBTORS IN POSSESSION