# EXHIBIT A

## (Fee Statements)

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company                                    January 26, 2011
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1869734

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## SUMMARY SHEET

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2010 | $1,692.00 |
| **Current Fees and Costs Due** | **$1,692.00** |
| **Total Balance Due** | **$1,692.00** |

Wiring and ACH Instructions:                    Remittance Address:
  Citibank                                        Paul, Hastings, Janofsky & Walker LLP
  ABA # 322271724                                 191 N. Wacker Drive
  SWIFT Address: CITIUS33                         30th Floor
  787 W. 5th Street                               Chicago, IL 60606
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

January 26, 2011

Please refer to
Invoice Number: 1869734

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2010 | $1,692.00 |
| **Current Fees and Costs Due** | **$1,692.00** |
| **Total Balance Due** | **$1,692.00** |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 203214267
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

January 26, 2011

Please refer to
Invoice Number: 1869734

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2010

**Post-Petition General Matter**                              $1,692.00

## B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/07/10 | RPR | Review draft November bill (0.2) | 0.20 | 320.00 | 64.00 |
| 12/08/10 | RPR | Review and finalize November bill (0.2); update seventeenth combined monthly fee application (September through November) and exhibits regarding November bill and expenses (0.9); update eighth interim fee application regarding same (0.3) | 1.40 | 320.00 | 448.00 |
| 12/09/10 | RPR | Revise seventeenth combined monthly fee application (September through November) regarding attorneys' hours and billing information (0.6) | 0.60 | 320.00 | 192.00 |
| 12/13/10 | HS5 | Conference with R. Rosen regarding interim fee application (0.2) | 0.20 | 395.00 | 79.00 |
| 12/25/10 | HS5 | Review and revise September, October and November 2010 fee application (1.2) | 1.20 | 395.00 | 474.00 |
| 12/27/10 | HS5 | Draft multiple responsive emails to K. Newmarch regarding fee application (0.2); review and revise fee application (0.2); draft email to Cole Schotz regarding fee application (0.1) | 0.50 | 395.00 | 197.50 |
| 12/27/10 | KDN | Reviewing September through November fee application (0.1); draft email to H. Snow regarding same (0.1) | 0.20 | 690.00 | 138.00 |
| 12/29/10 | HS5 | Draft responsive email to K. Newmarch regarding interim application (0.1) | 0.10 | 395.00 | 39.50 |
| 12/29/10 | SET2 | Review Interim fee application (0.2) | 0.20 | 300.00 | 60.00 |
| | **Subtotal: B160   Fee/ Employment Applications** | | **4.60** | | **1,692.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| KDN | Kimberly D. Newmarch | OF COUNSEL | 0.20 | 690.00 | 138.00 |

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| HS5 | Holly Snow | ASSOCIATE | 2.00 | 395.00 | 790.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 2.20 | 320.00 | 704.00 |
| SET2 | Sarah E. Tybor | PARALEGAL | 0.20 | 300.00 | 60.00 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
         Vice President & Deputy General Counsel

January 26, 2011

Please refer to
Invoice Number: 1869735

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2010 | $15,791.50 |
| **Current Fees and Costs Due** | $15,791.50 |
| **Total Balance Due** | $15,791.50 |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 203214267
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PaulHastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

January 26, 2011

Please refer to
Invoice Number: 1869735

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2010 | $15,791.50 |
| **Current Fees and Costs Due** | **$15,791.50** |
| **Total Balance Due** | **$15,791.50** |

Wiring and ACH Instructions:
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

Remittance Address:
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

January 26, 2011

Please refer to
Invoice Number: 1869735

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2010

<u>KTLA</u>                                                                             $15,791.50

Tribune Company                                                                                    Page 2
75245-00013
Invoice No. 1869735

## B250  Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/07/10 | PAR | Conference call with M. Deloian regarding tax matters (0.3); meet with F. Holley to discuss same (0.2) | 0.50 | 840.00 | 420.00 |
| 12/08/10 | FLH | Research regarding KTLA lease exhibit H and analyze rent under same matter (0.5) | 0.50 | 335.00 | 167.50 |
| 12/08/10 | PAR | Discussion with F. Holley regarding tax (0.4); review tax allocations spreadsheet (0.4) | 0.80 | 840.00 | 672.00 |
| 12/13/10 | PAR | Review tax matters (0.3) | 0.30 | 840.00 | 252.00 |
| 12/17/10 | PAR | Prepare emails regarding Subordination Non-Disturbance and Attornment Agreement (0.4); review revised Subordination Non-Disturbance and Attornment Agreement (0.4) | 0.80 | 840.00 | 672.00 |
| 12/21/10 | PAR | Review tax files and emails (2.0); email M. Deloian regarding same (0.8) | 2.80 | 840.00 | 2,352.00 |
| 12/22/10 | PAR | Call with D. Perlman to discuss Subordination Non-Disturbance and Attornment Agreement issues (2.0); review and revise new Subordination Non-Disturbance and Attornment Agreement documents (0.3) | 2.30 | 840.00 | 1,932.00 |
| 12/23/10 | PAR | Review Subordination Non-Disturbance and Attornment Agreement documents (0.5) | 0.50 | 840.00 | 420.00 |
| 12/26/10 | PAR | Revise Subordination Non-Disturbance and Attornment Agreement documents (2.5); review Subordination Non-Disturbance and Attornment Agreement and estoppel certificates (1.5) | 4.00 | 840.00 | 3,360.00 |

Tribune Company                                                                    Page 3
75245-00013
Invoice No. 1869735

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/27/10 | PAR | Revise Subordination Non-Disturbance and Attornment Agreement (2.5); review lease (1.5); prepare memorandum to R. De Boer (1.3) | 5.30 | 840.00 | 4,452.00 |
| 12/28/10 | PAR | Review R. DeBoer email regarding lease memorandum (0.3) | 0.30 | 840.00 | 252.00 |
| 12/30/10 | PAR | Conference call with R. De Boer regarding the lease memorandum (0.5); email to R. De Boer regarding same (0.5) | 1.00 | 840.00 | 840.00 |
| | Subtotal: B250   Real Estate | | 19.10 | | 15,791.50 |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|-----|-----------------|-------|-------|------|-----|
| PAR | Patrick A. Ramsey | PARTNER | 18.60 | 840.00 | 15,624.00 |
| FLH | Felicia L. Holley | PARALEGAL | 0.50 | 335.00 | 167.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company                                  January 31, 2011
6th Floor, One Tribune Tower
435 N. Michigan Avenue                           Please refer to
Chicago, IL  60611-4096                          Invoice Number: 1870924

Attn:  David Eldersveld, Esq.                    PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2011 | $4,979.00 |
| **Current Fees and Costs Due** | $4,979.00 |
| **Total Balance Due** | $4,979.00 |

**Wiring and ACH Instructions:**                 **Remittance Address:**
  Citibank                                         Paul, Hastings, Janofsky & Walker LLP
  ABA # 322271724                                  191 N. Wacker Drive
  SWIFT Address:  CITIUS33                          30th Floor
  787 W. 5th Street                                Chicago, IL 60606
  Los Angeles, CA  90071
  Account Number: 203214267.
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60806
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                             January 31, 2011
6th Floor, One Tribune Tower
435 N. Michigan Avenue                      Please refer to
Chicago, IL  60611-4096                     Invoice Number: 1870924

Attn:  David Eldersveld, Esq.               PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

## REMITTANCE COPY

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

Legal fees for professional services
for the period ending January 31, 2011                          $4,979.00
          **Current Fees and Costs Due**                        **$4,979.00**
          **Total Balance Due**                                 **$4,979.00**

**Wiring and ACH Instructions:**          **Remittance Address:**
  Citibank                                  Paul, Hastings, Janofsky & Walker LLP
  ABA # 322271724                           191 N. Wacker Drive
  SWIFT Address: CITIUS33                   30th Floor
  787 W. 5th Street                         Chicago, IL 60606
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

January 31, 2011

Please refer to
Invoice Number: 1870924

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2011

**Post-Petition General Matter**                                                                   $4,979.00

Tribune Company                                                                    Page 2
75245-00001
Invoice No. 1870924

## B160    Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/10/11 | HS5 | Review and revise interim fee application (0.1); conference with A. Eissing regarding same (0.3) | 0.40 | 435.00 | 174.00 |
| 01/11/11 | HS5 | Review and revise interim fee application (0.7) | 0.70 | 435.00 | 304.50 |
| 01/11/11 | KDN | Reviewing and editing Paul Hastings' 7th interim fee application (0.1) | 0.10 | 715.00 | 71.50 |
| 01/11/11 | SET2 | Conference with H. Snow regarding fee application (0.1); prepare fee application (0.2) | 0.30 | 300.00 | 90.00 |
| 01/12/11 | HS5 | Review and revise interim fee application (0.6) | 0.60 | 435.00 | 261.00 |
| 01/20/11 | HS5 | Correspondence with K. Newmarch regarding certificate of no objection (0.2) | 0.20 | 435.00 | 87.00 |
| 01/25/11 | ALE | Review December statements (1.0) | 1.00 | 260.00 | 260.00 |
| 01/25/11 | HS5 | Review and revise December statements (0.4) | 0.40 | 435.00 | 174.00 |
| 01/26/11 | ALE | Review and revise December statements (0.5) | 0.50 | 260.00 | 130.00 |
| | Subtotal: **B160   Fee/ Employment Applications** | | 4.20 | | 1,552.00 |

## B250    Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/20/11 | JSR6 | Review lease for 25 Deshon Drive, Melville, NY (0.5); email correspondence to R. DeBoer of Tribune Company regarding lease for 25 Deshon Drive, Melville, NY (0.3) | 0.80 | 745.00 | 596.00 |

Tribune Company                                                                    Page 3
75245-00001
Invoice No. 1870924

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/21/11 | JSR6 | Telephone conference with R. DeBoer regarding sale of 25 Deshon Drive in Melville, NY (0.2); review term sheet for sale of 25 Deshon Drive in Melville, NY (0.5) | 0.70 | 745.00 | 521.50 |
| 01/24/11 | JSR6 | Telephone conference with R. DeBoer regarding offer to purchase 25 Deshon Drive, Melville, NY (0.4); prepare comments to proposed term sheet issued by Cresa Partners for sale of 25 Deshon Drive, Melville, NY (0.6); review confidentiality agreement for sale of 25 Deshon Drive, Melville, NY (0.8) | 1.80 | 745.00 | 1,341.00 |
| 01/25/11 | JSR6 | Prepare access agreement regarding potential sale of 25 Deshon Drive, Melville, NY (1.0); revise term sheet regarding sale of 25 Deshon Drive, Melville, NY (0.3) | 1.30 | 745.00 | 968.50 |
| | | **Subtotal:  B250   Real Estate** | **4.60** | | **3,427.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 4.60 | 745.00 | 3,427.00 |
| KDN | Kimberly D. Newmarch | OF COUNSEL | 0.10 | 715.00 | 71.50 |
| HS5 | Holly Snow | ASSOCIATE | 2.30 | 435.00 | 1,000.50 |
| ALE | Allison L. Eissing | PARALEGAL | 1.50 | 260.00 | 390.00 |
| SET2 | Sarah E. Tybor | PARALEGAL | 0.30 | 300.00 | 90.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                January 31, 2011
6th Floor, One Tribune Tower
435 N. Michigan Avenue                         Please refer to
Chicago, IL  60611-4096                        Invoice Number: 1870925

Attn:  David Eldersveld, Esq.                  PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

## SUMMARY SHEET

__KTLA__
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2011 | $8,480.00 |
| Costs incurred and advanced | 15.10 |
| **Current Fees and Costs** | **$8,495.10** |
| **Total Balance Due** | **$8,495.10** |

__Wiring and ACH Instructions__:                __Remittance Address__:
  Citibank                                        Paul, Hastings, Janofsky & Walker LLP
  ABA # 322271724                                 191 N. Wacker Drive
  SWIFT Address:  CITIUS33                         30th Floor
  787 W. 5th Street                               Chicago, IL 60606
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606 ·
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
　　　Vice President & Deputy General Counsel

January 31, 2011

Please refer to
Invoice Number: 1870925

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2011 | $8,480.00 |
| Costs incurred and advanced | 15.10 |
| **Current Fees and Costs Due** | **$8,495.10** |
| **Total Balance Due** | **$8,495.10** |

**Wiring and ACH Instructions:**
　Citibank
　ABA # 322271724
　SWIFT Address: CITIUS33
　787 W. 5th Street
　Los Angeles, CA 90071
　Account Number: 203214267
　Account Name: Paul, Hastings, Janofsky & Walker LLP
　Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

January 31, 2011

Please refer to
Invoice Number: 1870925

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2011

**KTLA**                                                                $8,480.00

Tribune Company                                                                        Page 2
75245-00013
Invoice No. 1870925

## B250  Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/04/11 | PAR | Contact R. DeBoer regarding real estate matter (.1); review email from opposing counsel regarding same (.1); prepare email to opposing counsel regarding same (.1) | 0.30 | 875.00 | 262.50 |
| 01/07/11 | PAR | Telephone conference with R. DeBoer regarding real estate matter (.2); prepare email to S. Kalt with documents (.3) | 0.50 | 875.00 | 437.50 |
| 01/10/11 | PAR | Review lease documents | 0.50 | 875.00 | 437.50 |
| 01/13/11 | PAR | Review SNDA (.4); prepare email to R. DeBoer regarding same (.2); review comments on same (.2) | 0.80 | 875.00 | 700.00 |
| 01/14/11 | PAR | Prepare memorandum to R. DeBoer regarding SNDA issues | 0.80 | 875.00 | 700.00 |
| 01/19/11 | PAR | Prepare email regarding SNDA to S. Kalt | 0.30 | 875.00 | 262.50 |
| 01/20/11 | PAR | Prepare various emails to S. Kalt (.4); telephone call to S. Kalt regarding estoppel certificate (.4) | 0.80 | 875.00 | 700.00 |
| 01/21/11 | PAR | Telephone conferences with S. Kalt and R. DeBoer regarding estoppel certificate (.4); prepare for conference call with S. Kalt regarding real estate issues (.4); conference call with Tribune regarding real estate issues (.2); review email from S. Kalt regarding real estate issues (.3) | 1.30 | 875.00 | 1,137.50 |

Tribune Company                                                                    Page 3
75245-00013
Invoice No. 1870925

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/24/11 | FLH | Correspondence to T. Porter (Latham & Watkins landlord lender counsel) in connection with estoppel certificate executed by KTLA in June 2010 for 5800 Sunset lease (0.10); prepare correspondence regarding KTLA documents for 5800 Sunset lease to P. Ramsey in connection with landlord lender request for new estoppel certificate and subordination agreement (0.40) | 0.50 | 335.00 | 167.50 |
| 01/24/11 | PAR | Review lease and revise lease documents | 0.80 | 875.00 | 700.00 |
| 01/25/11 | PAR | Prepare memorandum to lender's counsel regarding real estate matters | 1.50 | 875.00 | 1,312.50 |
| 01/26/11 | PAR | Review lender responses | 0.30 | 875.00 | 262.50 |
| 01/27/11 | PAR | Review lease documents | 0.30 | 875.00 | 262.50 |
| 01/30/11 | PAR | Review correspondence with lender's counsel regarding estoppel certificate regarding new position | 0.50 | 875.00 | 437.50 |
| 01/31/11 | PAR | Prepare email to S. Kalt regarding estoppel certificate (.4); prepare email to R. DeBoer regarding estoppel certificate (.4) | 0.80 | 875.00 | 700.00 |
| | **Subtotal: B250  Real Estate** | | **10.00** | | **8,480.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| PAR | Patrick A. Ramsey | PARTNER | 9.50 | 875.00 | 8,312.50 |
| FLH | Felicia L. Holley | PARALEGAL | 0.50 | 335.00 | 167.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
         Vice President & Deputy General Counsel

March 24, 2011

Please refer to
Invoice Number: 1875697

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2011 | $9,891.00 |
| Costs incurred and advanced | 4.80 |
| **Current Fees and Costs** | **$9,895.80** |
| **Total Balance Due** | **$9,895.80** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

March 24, 2011

Please refer to
Invoice Number: 1875697

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2011 | $9,891.00 |
| Costs incurred and advanced | 4.80 |
| **Current Fees and Costs Due** | $9,895.80 |
| **Total Balance Due** | $9,895.80 |

<u>Wiring and ACH Instructions</u>:
   Citibank
   ABA # 322271724
   SWIFT Address: CITIUS33
   787 W. 5th Street
   Los Angeles, CA 90071
   Account Number: 203214267
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above

<u>Remittance Address</u>:
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice-President & Deputy General Counsel

March 24, 2011

Please refer to
Invoice Number: 1875697

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2011

**Post-Petition General Matter**                                     $9,891.00

Tribune Company                                                          Page 2
75245-00001
Invoice No. 1875697

## B250  Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/07/11 | JS34 | Review and analyze Melville agreement of sale and prepare comments to purchaser's draft (3.0) | 3.00 | 435.00 | 1,305.00 |
| 02/08/11 | JS34 | Review and analyze Melville agreement of sale (2.0); prepare mark-up of purchaser's draft in anticipation of call with R. DeBoer and purchaser's counsel (3.2) | 5.20 | 435.00 | 2,262.00 |
| 02/09/11 | JS34 | Telephone conference with R. DeBoer, purchaser's counsel, and J. Rheeling regarding comments to agreement of sale (0.8); prepare mark-up of agreement per request from J. Rheeling (0.4) | 1.20 | 435.00 | 522.00 |
| 02/09/11 | JSR6 | Telephone conference with R. DeBoer, J. Hairston and M. Burg regarding purchase agreement for sale of 25 Deshon Drive, Melville, NY (0.3); review purchase agreement for 25 Deshon Drive, Melville, NY (0.7) | 1.00 | 745.00 | 745.00 |
| 02/10/11 | JS34 | Telephone conference with M. Burg regarding comments to confidentiality agreement and access agreement (0.3); prepare summary of buyer's comments for J. Rheeling (0.3) | 0.60 | 435.00 | 261.00 |
| 02/15/11 | JS34 | Prepare revisions to agreement of sale per comments received from J. Rheeling (2.0); prepare correspondence regarding same to R. DeBoer (0.3); prepare list of open items and correspond with R. DeBoer regarding the same (1.0) | 3.30 | 435.00 | 1,435.50 |
| 02/15/11 | JSR6 | Review revised purchase agreement for sale of 25 Deshon Drive, Melville, NY | 1.00 | 745.00 | 745.00 |

Tribune Company                                                              Page 3
75245-00001
Invoice No. 1875697

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/17/11 | JS34 | Telephone conference with R. DeBoer and J. Rheeling regarding agreement of sale (0.8); prepare mark-up of agreement of sale, confidentiality agreement and access agreement and related correspondence to purchaser's counsel for review (2.0); discuss same with J. Rheeling (0.5) | 3.30 | 435.00 | 1,435.50 |
| 02/17/11 | JSR6 | Telephone conference with R. DeBoer and J. Hairston regarding purchase agreement for 25 Deshon Drive, Melville, NY (0.4); review revised purchase agreement for 25 Deshon Drive, Melville, NY (0.6) | 1.00 | 745.00 | 745.00 |
| 02/23/11 | JS34 | Correspond with purchaser's counsel regarding comments to agreement of sale (0.1) | 0.10 | 435.00 | 43.50 |
| 02/25/11 | JS34 | Prepare correspondence regarding title and survey to R. DeBoer (0.2) | 0.20 | 435.00 | 87.00 |
| 02/28/11 | JS34 | Review purchaser's comments to loan agreement (0.3); telephone conference with R. DeBoer and J. Rheeling regarding same (0.4) | 0.70 | 435.00 | 304.50 |
| | **Subtotal: B250   Real Estate** | | **20.60** | | **9,891.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 3.00 | 745.00 | 2,235.00 |
| JS34 | Jacqueline A. Hairston | ASSOCIATE | 17.60 | 435.00 | 7,656.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

March 24, 2011

Please refer to
Invoice Number: 1875698

Attn: David Eldersveld, Esq.
  Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### KTLA
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2011 | $5,423.00 |
| **Current Fees and Costs Due** | **$5,423.00** |
| **Total Balance Due** | **$5,423.00** |

Wiring and ACH Instructions:
 Citibank
 ABA # 322271724
 SWIFT Address: CITIUS33
 787 W. 5th Street
 Los Angeles, CA 90071
 Account Number: 203214267
 Account Name: Paul, Hastings, Janofsky & Walker LLP
 Comment: Please refer to the invoice number listed above

Remittance Address:
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

March 24, 2011

Please refer to
Invoice Number: 1875698

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

Legal fees for professional services
for the period ending February 28, 2011                                    $5,423.00

        **Current Fees and Costs Due**                          $5,423.00
        **Total Balance Due**                                  $5,423.00

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

March 24, 2011

Please refer to
Invoice Number: 1875698

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2011

<u>KTLA</u>                                                                                            $5,423.00

Tribune Company                                                              Page 2
75245-00013
Invoice No. 1875698

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/01/11 | PAR | Prepare email to S. Kalt and landlord's counsel regarding refinancing proposal (.3); review R. DeBoer email regarding same (.2) | 0.50 | 875.00 | 437.50 |
| 02/03/11 | PAR | Review various refinancing/subordination issues | 0.80 | 875.00 | 700.00 |
| 02/04/11 | PAR | Attend conference call with S. Kalt regarding refinancing issues (.4); prepare for conference call regarding same (.2); prepare email to S. Kalt regarding same (.2) | 0.80 | 875.00 | 700.00 |
| 02/07/11 | PAR | Review KTLA lease issues | 0.50 | 875.00 | 437.50 |
| 02/08/11 | PAR | Review and comment on various estoppel and refinancing issues | 0.80 | 875.00 | 700.00 |
| 02/09/11 | FLH | Prepare subordination agreement (.50); correspondence with S. Kalt (landlord's counsel) regarding same (.10); conference call with M. Appelbaum (landlord's lender's counsel) regarding revisions to same (.10); review M. Appelbaum hand-marked comments to subordination agreement (.10); revise subordination agreement per landlord's lender's counsel's comments (.20) | 1.00 | 335.00 | 335.00 |
| 02/09/11 | PAR | Various telephone conferences with counsel regarding SNDA | 0.80 | 875.00 | 700.00 |
| 02/10/11 | PAR | Review various SNDA issues (.5); telephone conferences with S. Kalt and R. DeBoer regarding same (.5) | 1.00 | 875.00 | 875.00 |
| 02/11/11 | FLH | Correspondence to R. DeBoer regarding subordination agreement requested by KTLA's landlord's lender in connection with landlord's refinance of property (0.30) | 0.30 | 335.00 | 100.50 |
| 02/11/11 | PAR | Review and comment on refinance arrangements | 0.50 | 875.00 | 437.50 |

Tribune Company                                                          Page 3
75245-00013
Invoice No. 1875698

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | **Subtotal: B250  Real Estate** | | **7.00** | | **5,423.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| PAR | Patrick A. Ramsey | PARTNER | 5.70 | 875.00 | 4,987.50 |
| FLH | Felicia L. Holley | PARALEGAL | 1.30 | 335.00 | 435.50 |

# EXHIBIT B

## (Expenses)

### EXPENSE SUMMARY
### DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011

| Expense Category | December Expenses | January Expenses | February Expenses | Total Expenses |
|---|---|---|---|---|
| Airfare | $0.00 | $0.00 | $0.00 | $0.00 |
| Certified Copies / Corporate Documents / Title Insurance Documents | $0.00 | $0.00 | $0.00 | $0.00 |
| Meals | $0.00 | $0.00 | $0.00 | $0.00 |
| Lodging | $0.00 | $0.00 | $0.00 | $0.00 |
| Courier Service / Overnight Delivery | $0.00 | $0.00 | $0.00 | $0.00 |
| Taxi/Ground Transportation | $0.00 | $0.00 | $0.00 | $0.00 |
| Parking | $0.00 | $0.00 | $0.00 | $0.00 |
| Postage / US Express Mail | $0.00 | $0.00 | $0.00 | $0.00 |
| Long Distance / Telephone Charges | $0.00 | $0.00 | $0.00 | $0.00 |
| Photocopy Charges ($0.10 per page) | $0.00 | $15.10 | $4.80 | $19.90 |
| Outside Photocopying | $0.00 | $0.00 | $0.00 | $0.00 |
| Facsimile | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | $0.00 | $15.10 | $4.80 | $19.90 |