# Notice Recipients

District/Off: 0311−1     User: Brandon     Date Created: 4/14/2011
Case: 08−13141−KJC     Form ID: ntcBK     Total: 22

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Tribune Company | 435 N. Michigan Avenue   Chicago, IL 60611 |
| aty | Carl D. Neff | Ciardi Ciardi &Astin   919 N. Market Street   Suite 700   Wilmington, DE 19801   U.S.A. |
| aty | Carl D. Neff | Ciardi Ciardi &Astin   919 N. Market Street   Suite 700   Wilmington, DE 19801   U.S.A. |
| aty | Edward Cerasia, II | Seyfarth Shaw LLP   620 Eighth Avenue   32nd Floor   New York, NY 10018 |
| aty | George R. Dougherty | Grippo &Elden LLC   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,   500 Delaware Avenue, Suite 1410   Wilmington, DE 19801 |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,   500 Delaware Avenue, Suite 1410   Wilmington, DE 19801 |
| aty | James F. Conlan | Sidley Austin LLP   One South Dearborn Street   Chicago, IL 60603 |
| aty | Jared D. Zajac | McDermott Will &Emery LLP   340 Madison Avenue   New York, NY 10173−0002 |
| aty | John H. Strock, III | Fox Rothschild LLP   919 N. Market St., Suite 1300   P.O Box 2323   Wilmington, DE 19899−2323 |
| aty | John R. McCambridge | Grippo &Elden   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | Michael W. kazan | Grippo &Elden LLC   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | Norman L. Pernick | Cole, Schotz, Meisel, Forman &Leonard,   500 Delaware Avenue,Suite 1410   Wilmington, DE 19801 |
| aty | Patricia K Smoots | Grippo &Elden LLC   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | Patrick J. Reilley | Cole, Schotz, Meisel, Forman &Leonard,   500 Delaware Avenue, Suite 1410   Wilmington, DE 19801 |
| aty | Patrick T. Nash | Grippo &Elden   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | Patrick Theodore Garvey | Johnson &Bell, Ltd   33 W. Monroe, Suite 2700   Chicago, IL 60603 |
| aty | Robert S. Brady | Young, Conaway, Stargatt &Taylor   The Brandywine Bldg.   1000 West Street, 17th Floor   PO Box 391   Wilmington, DE 19899−0391 |
| aty | Stephen Novack | Novack and Macey LLP   100 North Riverside Plaza   Chicago, IL 312−419−6900 312−419−6928 |

TOTAL: 19