# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141 -KJC  
**COURTROOM LOCATION:** 5  
**DATE:** April 14, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Conlan | Sidley | Debtors |
| Kevin Lantry | " | " |
| James Bendernagel | " | " |
| Ken Kansa | " | " |
| Norman Pernick | Cole Schotz | Debtors |
| Lauren Buonome | Jones Day | Special Comm of Bd of Directors |
| Patrick Tinker | U.S. Trustee | U.S. Trustee |
| Michelle Marino | DLA Piper | Barclays |
| Martin S. Siegel | Brown Rudnick | Wilmington Trust Co. |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141  -KJC

**COURTROOM LOCATION:** 5
**DATE:** April 14, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Marc Phillips | Connolly Bove Lodge & Hutz | Certain formert officers + Directors |
| Bob Stearn | RLF | JPMorgan Chase |
| Don Bernstein | Davis Polk | " |
| Elliot Moskowitz | " | " |
| Michael Russmo | " | " |
| Eli Vonnegut | " | " |
| Damian Schaible | " | " |
| Daniel Golden | Akin Gump | Aurelius |
| David Zensky | " | " |
| Abid Qureshi | " | " |
| Philip Dublin | " | " |
| David Adler | McCarter & English | DBTCA |
| Katie Mayer | " | DBTCA |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 12, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Johnston | Dewey & LeBoeuf | Angelo Gordon & Oaktree Capital |
| Bruce Bennett | " | Agent Lenders |
| Josh Mester | " | " |
| Robert Brady | Young Conaway | " |
| Blake Cleary | " | " |
| Tom Horan | Womble Carlyle | Great Bank |
| Laurie Selber Silverstein | Potter Anderson & Corroon | Merrill Lynch |
| R. Stephen McNeill | " | " |
| Bill Bowden | Ashby & Geddes | Aurelius |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141 -KJC

**COURTROOM LOCATION:** 5
**DATE:** April 14, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard Seife | Chadbourne + Parke | VCC |
| David Lemay | " | " |
| Tom McCormack | " | " |
| Andrew Rosenblatt | " | " |
| James Sottile | Zuckerman Spaeder | " |
| Andrew Goldfarb | " | " |
| Daniel Rath | Landis Rath + Cobb | " |
| Adam Landis | " | " |
| Marc Roitman | Chadbourne + Parke | " |
| David Bradford | Jenner Block | Zell + EGI-TRB |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey

#5

Calendar Date: 04/14/2011
Calendar Time: 10:00 AM ET

1st Revision 04/13/2011 02:02 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4158308 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4151198 | Marc D. Ashley | 212-408-5194 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4146240 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4152419 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4122206 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4158101 | Joseph T. Boccassini | 973-639-6935 | McCarter & English | Creditor, Deutsche Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4158175 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4159378 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4151781 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4151797 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4151681 | Andrew Caridas | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4158074 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4154737 | Peter Couri | (203) 552-6900 | Cooperstown Capital Management | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4143282 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4150806 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LIVE |

| Tribune Company | 08-13141 | Hearing | 4151102 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4156834 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4143326 | Amy Dieterich | (212) 373-3688 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4105545 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| Tribune Company | 08-13141 | Hearing | 4158159 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4154814 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151657 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151492 | Mina Faltas | (212) 672-7011 | Viking Global Investors | Interested Party, Mina Faltas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4149543 | Steven C Florsheim | (312) 641-3200 | Sperling & Slater | Defendant(s), Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4133594 | Matthew Frank | 312-371-9955 | Alvarez & Marsal Inc | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151668 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151942 | Michelle Goldis | 212-295-6329 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151940 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4141691 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151675 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4152920 | Janet Henderson | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4158098 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151485 | Arthur Kavalis | (212) 667-2370 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151739 | Jordan Kaye | (212) 715-9489 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150505 | Colleen Kenney | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4158071 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151834 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4154783 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4152058 | Edgar Lee | (213) 830-6415 Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151121 | David LeMay | (212) 408-5100 Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4143238 | Andrew Levy | (202) 223-7328 Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4158058 | Kenneth C. Liang | (213) 830-6422 Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151613 | Neil S Losquadro | (212) 745-9758 Brigade Capital Management | Interested Party, Neil S Losquadro / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151526 | Jessica Marrero | (212) 408-5100 Chadbourne & Parke LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4158544 | Rachel Mauceri | (215) 963-5000 Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4141666 | Elizabeth McColm | 212-373-3000 Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151170 | Thomas McCormack | (212) 408-5100 Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151694 | Matthew B. McGuire | (302) 467-4431 Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4153203 | Shachar Minkove | (212) 834-7174 JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151861 | Christine Montenegro | (212) 506-1715 Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150097 | Lance A. Mulhern | (212) 237-0000 Vinson & Elkins LLP | Representing, - / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4149563 | Claire P. Murphy | 312-641-3200 Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150523 | Brett Myrick | (312) 853-1049 Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4147495 | Michael D. Oneal | (312) 222-3490 Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4158226 | Isaac Pachulski | 310-228-5655 Stutman, Treister & Glatt | Creditor, Brigade Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4150696 | Karen S. Park | (212) 756-2036 Schulte Roth & Zabel, LLP | Interested Party, Schulte Roth & Zabel / LIVE |
| Tribune Company | 08-13141 | Hearing | 4158310 | Jane Parver | 212-836-8510 Kaye Scholer LLP | Creditor, Merrill Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4143273 | Shannon Pennock | (212) 373-3000 Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4158309 | Madlyn G. Primoff | 212-836-7042 Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |

| Debtor | Case # | Type | Name | ID | Phone | Firm | Party / Role |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4136397 | Shaya Rochester | (212) 872-1076 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151145 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151507 | Andrew Rosenblatt | 212-408-5559 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151846 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151718 | Jason B. Sanjana | (212) 906-4587 | Latham & Watkins LLP | Creditor, Barclays / LIVE |
| Tribune Company | 08-13141 | Hearing | 4141834 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151082 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151709 | Chaney M. Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151642 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4146230 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4149276 | Lynn Simmons | (212) 408-2409 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4158171 | Rebecca Song | (212) 559-9933 | CITI | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4151595 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151536 | Sina Toussi | 212-230-4510 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4146222 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4154799 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150887 | Dennis Twomey | 312-853-7824 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4146170 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4151555 | Francisco Vasquez | (212) 408-5111 | Chadbourne & Park, LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4145252 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Interested Party, Macquarie Capital (USA) / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4150849 | Patrick Wackerly | (312) 853-7000 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

Isabel Zanabria    CourtConfCal2009    Page 4 of 6

| Tribune Company | 08-13141 | Hearing | 4154805 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4153209 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4156928 | Jennifer Wild | 212-418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4156994 | David Zensky | (212) 872-1000 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4149885 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |