**December 1, 2010 to December 30, 2010 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Mayer Julie | 15-Dec-10 | $75.00 | 2.00 | $150.80 | Bankruptcy research. |
| | | **Totals:** | **2.00** | **$150.80** | |