**January 1, 2011 to January 31, 2011 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Greene  Cooper | 14-Jan-11 | $230.00 | 3.00 | $800.40 | Emergence Equity Update. |
| Donnell  Julie | 17-Jan-11 | $260.00 | 1.00 | $301.60 | Drafting of SOW and Fee Estimates. |
| Greene  Cooper | 18-Jan-11 | $230.00 | 2.50 | $667.00 | Emergence Equity Research. |
| Greene  Cooper | 19-Jan-11 | $230.00 | 7.00 | $1,867.60 | Emergence Equity Research. |
| Stencel  Amanda | 19-Jan-11 | $230.00 | 1.00 | $266.80 | Developed data request, researched peer company proxy filing dates and met with project manager to discuss next steps. |
| Greene  Cooper | 19-Jan-11 | $230.00 | 0.50 | $133.40 | Emergence Equity Reserves Internal Planning meeting with John Dempsey and Juile |
| Donnell  Julie | 19-Jan-11 | $260.00 | 0.50 | $150.80 | Emergence Equity Reserves Internal Planning meeting with Cooper Greene and John Dempsey. |
| Donnell  Julie | 19-Jan-11 | $260.00 | 0.50 | $150.80 | Data request for 2011 MIP Benchmarking assessment. |
| Greene  Cooper | 20-Jan-11 | $230.00 | 0.50 | $133.40 | Emergence Equity Research. |
| Donnell  Julie | 20-Jan-11 | $260.00 | 4.00 | $1,206.40 | Peer review of emergence equity reserves research and document discovery prepared by Cooper Greene  information to be integrated into Emergence Equity Reserves Report. |
| Donnell  Julie | 20-Jan-11 | $260.00 | 4.00 | $1,206.40 | Emergence Equity Reserves Research  to be reviewed by John Dempsey and Marcia Long integrate updates to Emergence Equity Reserves Report to be filed with the court on February 8th |
| Greene  Cooper | 21-Jan-11 | $230.00 | 0.25 | $66.70 | Emergence Equity Research |
| Long  Marcia | 21-Jan-11 | $435.00 | 0.50 | $252.30 | Review assumptions for equity analysis |
| Donnell  Julie | 21-Jan-11 | $260.00 | 3.00 | $904.80 | Emergence Equity Reserves Research  to be reviewed by John Dempsey and Marcia Long integrate updates to Emergence Equity Reserves Report to be filed with the court on February 8th |
| Donnell  Julie | 22-Jan-11 | $260.00 | 2.50 | $754.00 | Report writing - Peer review of emergence equity reserve analysis and integrated updates to exhibits and report. |
| Dempsey  John | 24-Jan-11 | $725.00 | 1.00 | $736.60 | Preparation for confirmation hearing; meeting with Julie Donnell and Jonathan Lotsoff. |
| Donnell  Julie | 24-Jan-11 | $260.00 | 2.00 | $603.20 | Report writing - Based on feedback with Tribune advisors and internal discussions with John Dempsey  integrate updates to the Emergence Equity Reserve report. |
| Donnell  Julie | 25-Jan-11 | $260.00 | 3.00 | $904.80 | Prepare and send discovery materials for Tribune advisors for 4 companies included in the Emergence Equity Reserve report. |
| Dempsey  John | 25-Jan-11 | $725.00 | 1.00 | $736.60 | Preparation for confirmation hearing; meeting with Julie Donnell and Jonathan Lotsoff. |
| Popov  Dimitar | 26-Jan-11 | $230.00 | 4.50 | $1,200.60 | Dilution Analysis in GDD. |
| Wu  Justin | 26-Jan-11 | $290.00 | 2.00 | $672.80 | Peer Review of Dimitar Popov's dilution |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Malandruccolo  Joseph | 26-Jan-11 | $230.00 | 0.50 | $133.40 | Assist with dilution analysis update of one company in the public peer group to be included in the updated dilution report. |
| Dempsey  John | 26-Jan-11 | $725.00 | 1.00 | $736.60 | Preparation for confirmation hearing; meeting with Julie Donnell and Jonathan Lotsoff. |
| Dempsey  John | 27-Jan-11 | $725.00 | 1.00 | $736.60 | Preparation for confirmation hearing; meeting with Julie Donnell and Jonathan Lotsoff. |
| Greene  Cooper | 27-Jan-11 | $230.00 | 2.00 | $533.60 | Deliverable Updates. |
| Greene  Cooper | 27-Jan-11 | $230.00 | 0.50 | $133.40 | Tribune Meeting. |
| Dempsey  John | 28-Jan-11 | $725.00 | 2.50 | $1,841.50 | Meeting withJonathan Lotsoff on report for confirmation hearing. |
| Donnell  Julie | 28-Jan-11 | $260.00 | 0.75 | $226.20 | Report writing - Peer review of emergence reserve analysis and integrated updates to exhibits and report. |
| Donnell  Julie | 28-Jan-11 | $260.00 | 2.00 | $603.20 | Prepare and send discovery materials for Tribune advisors for 3 companies included in the Emergence Equity Reserve report. |
| Greene  Cooper | 31-Jan-11 | $230.00 | 5.00 | $1,334.00 | KEIP Database Update. |
| | | **Totals:** | **59.50** | **$19,995.50** | |