**January 1, 2011 to January 31, 2011 Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 31-Jan-11 | $4,187.97 | Administrative - Legal |
| **Total:** | **$4,187.97** | |