**February 1, 2011 to February 28, 2011 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell  Julie | 8-Feb-11 | $260.00 | 1.75 | $527.80 | Review of Mercer Expert Report and Finalization of Materials - submitted to creditors. |
| Donnell  Julie | 14-Feb-11 | $260.00 | 0.50 | $150.80 | Internal meeting with John Dempsey to discuss next steps and planning. |
| Popov  Dimitar | 18-Feb-11 | $230.00 | 4.50 | $1,200.60 | Dilution Peer Group - Grants/CSO Analysis. |
| Popov  Dimitar | 18-Feb-11 | $230.00 | 2.00 | $533.60 | GDD / Proxy Analysis. |
| Mayer  Julie | 18-Feb-11 | $75.00 | 3.25 | $245.06 | Bankruptcy research. |
| Franklin  Charles | 18-Feb-11 | $230.00 | 1.25 | $333.50 | Peer review GDD proxy analysis. |
| | | **Totals:** | **13.25** | **$2,991.36** | |