**February 1, 2011 to February 28, 2011 Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 28-Feb-11 | $268.94 | Administrative - Legal |
| **Total:** | **$268.94** | |