# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No.** _____ |

## ORDER APPROVING SECOND INTERIM FEE APPLICATION OF NOVACK AND MACEY LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011

Upon the Second Interim Fee Application of Novack and Macey LLP ("Novack and Macey"), special counsel to the Debtors and Debtors in Possession in the above-captioned chapter 11 cases, for interim allowance of compensation and for reimbursement of expenses, for the period from December 1, 2010 through February 28, 2011 (the "Interim Fee Period"), pursuant to 11 U.S.C §331, and adequate notice of such application having been given, IT IS ORDERED:

1. Novack and Macey is allowed compensation for professional services rendered in the amount of $27,232.50 for the Interim Fee Period from December 1, 2010 through February 28, 2011.

2. Novack and Macey is allowed reimbursement of its actual and necessary expenses in the amount of $646.09 for the Interim Fee Period from December 1, 2010 through February 28, 2011.

3. The Debtors are authorized and directed to promptly pay the foregoing amounts to Novack and Macey.

Dated: _____ 2011     _____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

46429/0001-7385589v1