# EXHIBIT A

# FEE SUMMARY

13296780v.1

## SUMMARY OF PROFESSIONAL FEES
## FROM DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Edward Cerasia II | Partner<br>Labor & Employment<br>Admitted 1991 | $720.00/<br>$730.00 | 121.20 | $88,351.00 |
| Jeremy Sherman | Partner<br>Labor & Employment<br>Admitted 1976 | $685.00/<br>$695.00 | 11.20 | $7,774.00 |
| Camille Olson | Partner<br>Labor & Employment<br>Admitted 1983 | $680.00/<br>$690.00 | 23.90 | $16,478.00 |
| Timothy Haley | Partner<br>Labor & Employment<br>Admitted 1978 | $670.00 | 15.00 | $10,050.00 |
| Jeffrey Ross | Partner<br>Labor & Employment<br>Admitted 1976 | $650.00/<br>$660.00 | 24.80 | $16,214.00 |
| Richard Lapp | Partner<br>Labor & Employment<br>Admitted 1989 | $660.00 | 8.00 | $5,280.00 |
| Jon Meer | Partner<br>Labor & Employment<br>Admitted 1989 | $590.00 | 2.10 | $1,239.00 |
| Kristin Michaels | Partner<br>Labor & Employment<br>Admitted 1991 | $570.00 | .50 | $285.00 |
| Laura Shelby | Partner<br>Labor & Employment<br>Admitted 1996 | $550.00/<br>$575.00 | 3.50 | $1,987.50 |
| Gerald Pauling II | Partner<br>Labor & Employment<br>Admitted 1992 | $560.00/<br>$570.00 | 9.80 | $5,513.00 |
| Scott Carlson | Partner<br>Litigation<br>Admitted 1995 | $555.00/<br>$570.00 | 5.30 | $2,983.50 |
| Timothy Hix | Partner<br>Labor & Employment<br>Admitted 2003 | $500.00 | .20 | $100.00 |
| Jason Lichter | Associate<br>Labor & Employment<br>Admitted 2004 | $480.00 | 35.70 | $17,136.00 |
| Anjanette Cabrera | Associate<br>Labor & Employment<br>Admitted 2000 | $440.00 | 45.10 | $19,844.00 |
| Natascha Riesco | Associate<br>Labor & Employment | $390.00/<br>$400.00 | 104.90 | $41,170.00 |

13296780v.1

| | | | | |
|---|---|---|---|---|
| | Admitted 2007 | | | |
| Jeremi Chylinksi | Associate<br>Labor & Employment<br>Admitted 2001 | $355.00/<br>$365.00 | 99.40 | $36,163.00 |
| Allison Ianni | Associate<br>Labor & Employment<br>Admitted 2008 | $355.00 | 13.40 | $4,757.00 |
| Aaron Warshaw | Associate<br>Labor & Employment<br>Admitted 2008 | $355.00 | 14.00 | $4,970.00 |
| Kyle Hartman | Associate<br>Labor & Employment<br>Admitted 2006 | $340.00 | 19.20 | $6,528.00 |
| Daniel Sable | Associate<br>Labor & Employment<br>Admitted 2006 | $340.00 | 6.00 | $2,040.00 |
| Victoria Steinmetz | Staff Attorney<br>Labor & Employment<br>Admitted 2001 | $295.00 | 61.50 | $18,142.50 |
| Kyona Watts | Staff Attorney<br>Labor & Employment<br>Admitted 2002 | $295.00 | 38.00 | $11,210.00 |
| Israel Rose | Law Clerk<br>Administration<br>N/A | $280.00 | 41.40 | $11,592.00 |
| Jennifer McManus | Paralegal<br>Bankruptcy<br>N/A | $270.00/<br>$275.00 | 21.40 | $5,850.00 |
| Ivy Bak Sarcletti | Paralegal<br>Labor & Employment<br>N/A | $235.00/<br>$240.00 | 16.80 | $3,956.50 |
| Alayna Balint | Paralegal<br>Labor & Employment<br>N/A | $230.00 | 12.00 | $2,760.00 |
| Rebecca Schley | IT Staff<br>N/A | $220.00 | 14.10 | $3,102.00 |
| Lowell Sapiagao | IT Staff<br>N/A | $130.00 | 1.00 | $130.00 |
| Alice Shepro | Case Assistant<br>Bankruptcy<br>N/A | $100.00 | 8.50 | $850.00 |
| **TOTALS** | | | 777.90 | $346,456.00 |
| **Less discount** | | | | $(34,645.60) |
| | | | | $311,810.40 |
| **BLENDED RATE** | | $445.37 | | |

2

13296780v.1

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
## FROM DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Baltimore Sun - Labor-General (12575-01) | 5.30 | $3,683.50 |
| Baltimore Sun – Guild Labor (12575-28) | 3.30 | $2,231.00 |
| Chicago Tribune - JoAnn Parker v. (57634-06) | 4.50 | $1,790.00 |
| Los Angeles Times - Clement, Jayne (33175-20) | .10 | $50.00 |
| Los Angeles Times - Clement, Jayne (Plaintiffs) - (33175-23) | .10 | $50.00 |
| Los Angeles Times - Country Club (17832-34) | 5.30 | $2,983.50 |
| Tribune - Debra Holmes (11089-34) | 108.80 | $44,333.00 |
| Tribune - Lee Abrams Legal Claims (11089-36) | 41.60 | $20,170.50 |
| Tribune - Chris Neuman v. Ira Goldstone; KTLA, Inc. (66929-2) | 2.10 | $1,239.00 |
| Tribune - Bankruptcy Fee Application (36377-07) | 33.00 | $8,844.50 |
| Tribune - Allen v. am New York (68308-02) | 45.00 | $23,725.00 |
| Tribune - Karen Scott v. WPIX (68308-03) | 414.60 | $174,871.50 |
| Tribune - Sal Marchiano v. Betty Ellen (68308-07) | 24.50 | $12,840.00 |
| Tribune Company - Larry Hoff v. WPIX (68308-09) | 12.70 | $6,721.00 |
| Tribune - East Coast Properties (36078-11) | 66.10 | $38,336.00 |
| Tribune - Jeff Apodaca v. KTLA5 (15827-19) | 9.50 | $4,027.50 |
| Chicago Tribune - Michael Cordits (10512-90) | 1.40 | $560.00 |
| **TOTALS** | **777.90** | **$346,456.00** |
| **Less Discount** | | **($34,645.60)** |
| | | **$311,810.40** |

# EXHIBIT B

# EXPENSE SUMMARY

13296780v.1

## EXPENSE SUMMARY FOR THE PERIOD
## DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $45.62 |
| Copying @ .10/page | | $1,021.31 |
| Facsimile @ $1.00/page | | $27.00 |
| Online Research | N. Riesco, A. Warshaw, I. Rose | $1,489.66 |
| Courier/Messenger | | $212.88 |
| Local Messenger | Nationwide Legal | $63.00 |
| Travel | E. Cerasia, R. Lapp | $634.82 |
| Local Travel | | $27.43 |
| Taxi | | $151.67 |
| Meals | | $66.28 |
| Postage | | $0.44 |
| Deposition Transcripts | | $4,467.30 |
| Attorney Services | Nationwide Legal | $108.10 |
| Electronic Data Processing | | $2,396.00 |
| Documents Prints from Image | | $150.36 |
| **TOTALS** | | **$10,861.87** |

13296780v.1