# Notice Recipients

District/Off: 0311−1    User: Al    Date Created: 4/19/2011
Case: 08−13141−KJC    Form ID: ntcBK    Total: 22

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
aty    Bryan Krakauer    bkrakauer@sidley.com
aty    Michael A. Henry    mhenry@grossmcginley.com

                                                                              TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Tribune Company    435 N. Michigan Avenue    Chicago, IL 60611
aty    Carl D. Neff    Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A.
aty    Carl D. Neff    Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A.
aty    Edward Cerasia, II    Seyfarth Shaw LLP    620 Eighth Avenue    32nd Floor    New York, NY 10018
aty    George R. Dougherty    Grippo &Elden LLC    111 S. Wacker Drive    Chicago, IL 60606
aty    J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
aty    J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
aty    James F. Conlan    Sidley Austin LLP    One South Dearborn Street    Chicago, IL 60603
aty    Jared D. Zajac    McDermott Will &Emery LLP    340 Madison Avenue    New York, NY 10173−0002
aty    John H. Strock, III    Fox Rothschild LLP    919 N. Market St., Suite 1300    P.O Box 2323    Wilmington, DE 19899−2323
aty    John R. McCambridge    Grippo &Elden    111 S. Wacker Drive    Chicago, IL 60606
aty    Michael W. kazan    Grippo &Elden LLC    111 S. Wacker Drive    Chicago, IL 60606
aty    Norman L. Pernick    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue,Suite 1410    Wilmington, DE 19801
aty    Patricia K Smoots    Grippo &Elden LLC    111 S. Wacker Drive    Chicago, IL 60606
aty    Patrick J. Reilley    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
aty    Patrick T. Nash    Grippo &Elden    111 S. Wacker Drive    Chicago, IL 60606
aty    Patrick Theodore Garvey    Johnson &Bell, Ltd    33 W. Monroe, Suite 2700    Chicago, IL 60603
aty    Robert S. Brady    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
aty    Stephen Novack    Novack and Macey LLP    100 North Riverside Plaza    Chicago, IL 312−419−6900 312−419−6928

                                                                              TOTAL: 19