## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: May 9, 2011 @ 4:00pm** |
| | ) **Hearing Date: TBD** |
| | ) |

### NINTH INTERIM FEE APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS INCURRED FOR THE PERIOD DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011

| | |
|---|---|
| Name of Applicant: | Moelis & Company LLC ("Moelis") |
| Authorized to provide professional services to Creditor: | Official Committee of Unsecured Creditors |
| Date of retention: | *Nunc Pro Tunc* to January 6, 2009 |
| Period for which compensation and reimbursement are sought: | December 1, 2010 through February 28, 2011 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (55 f 0); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc, (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc, (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc, (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc, (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPLX, Inc. (0191); and WTXX Inc, (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

This is a(n):                                    Interim Application

No time was expended in the preparation of this Application during the period covered by this application.

**MONTHLY APPLICATION HISTORY FOR APPLICATION PERIOD**

| Date Filed | Period Covered | Amount Requested | | | CNO Filed | 20% Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | 100% Fees | 80% Fees[2] | Expenses | | |
| 1/26/11 | 12/01/10 – 12/31/10 | $200,000.00 | $160,000.00 | $0.00 | #8045 (2/17/11) | $40,000.00 |
| 3/8/11 | 1/01/11 – 1/31/11 | $200,000.00 | $160,000.00 | $0.00 | #8526 (3/30/11) | $40,000.00 |
| 3/29/11 | 2/01/11 – 2/28/11 | $200,000.00 | $160,000.00 | $97.80 | Pending | $40,000.00 |
| Total: | | $600,000.00 | $480,000.00 | $97.80 | | $120,000.00 |

**SUMMARY OF OBJECTIONS TO MONTHLY FEE APPLICATIONS**

| Date of Fee Application | Date of Objection | Total Fees Subject to Objection | Total Expenses Subject to Objection |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Total: | | | |

**NINTH INTERIM FEE APPLICATION OF MOELIS & COMPANY LLC**

Moelis & Company LLC ("Moelis"), investment banker to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors"), hereby submits this Ninth Interim Fee Application of Moelis & Company LLC (the "Application") for allowance of compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 328, 330 and 331 for services performed during the period commencing December 1, 2010 through and including February 28, 2011 (the "Application Period"). In support thereof, Moelis respectfully represents as follows:

---

[2] 80% of fees were requested in the Monthly Fee Applications

**RELIEF REQUESTED**

1. By this Application, Moelis seeks interim approval and allowance of its compensation for services performed and reimbursement of expenses incurred during the Application Period, including authorization for the Debtors to pay the 20% holdback of fees as provided under the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members (the "Administrative Order").

2. Moelis has filed and served monthly fee applications for the period covering December 1, 2010 through and including February 28, 2011 (the "Monthly Fee Applications"). The Monthly Fee Applications are incorporated by reference as if fully set forth herein.[3]

3. A summary of the hours spent and the names of each professional rendering services to the Creditors' Committee during the Application Period, is attached to the Monthly Fee Applications as Exhibit "A." A copy of the expenses incurred in the course or performing services pursuant to Moelis' Engagement Letter with the Committee of January 6, 2009 (the "Engagement Letter") is attached to the Monthly Fee Applications as Exhibit "B." Pursuant to the Retention Order, Moelis is excused from complying with the information requirements contained in Local Rule 2016-2(d).

**COMPENSATION REQUESTED**

4. Moelis seeks interim allowance of 100% of fees in the amount of $600,000.00 for services rendered and reimbursement of 100% of expenses in the amount of $97.80 which were incurred during the Application Period (collectively, the "Requested Amount"). In addition, Moelis requests that the Debtors be authorized to pay

---

[3] A copy of the Monthly Fee Applications may be obtained by written request to the undersigned

the $120,000.00 in fees representing the twenty percent (20%) "holdback" of fees incurred during the application period (collectively, the "Holdback Amount").

## NOTICE

5.      No trustee has been appointed in these Chapter 11 cases. Notice of this Application has been given to: (a) Chadbourne; (b) LRC; (c) Sidley Austin LLP, co-counsel to debtors, Cole, Schotz, Meisel, Forman & Leonard P.A., co-counsel to debtors; (d) the UST; (e) Steven C. Schwendemann c/o Stuart Maue, fee examiner; (f) Co-counsel to Barclays Bank PLC; (g) Co-counsel to the Administrative Agent for the Prepetition Lenders; (h) all parties required to be given notice in the Administrative Order and (i) all parties requesting notice under Bankruptcy Rule 2002. In light of the nature of the relief requested herein, Moelis submits that no further or other notice is required.

WHEREFORE, Moelis respectfully requests that the Court (i) grant the Application and (ii) grant such further relief as is just and proper.

Dated: April 15, 2011
New York, New York

                      MOELIS & COMPANY LLC

                      By: _____
                      Name: Thane Carlston
                      Title: Managing Director
                      399 Park Avenue, 5th Floor
                      New York, New York 10022
                      (212) 883-3530

                      Investment Banker to the Official
                      Committee of Unsecured Creditors of
                      Tribune Company, et al.