IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref No. 8703 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On April 19, 2011, I caused to be served the "Notice of Teleconference Scheduled for April 21, 2011 at 11:30 a.m. Before the Honorable Kevin J. Carey," dated April 19, 2011 [DI 8703], by causing true and correct copies to be delivered by electronic mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Diane Streany

Sworn to before me this
20th day of April, 2011

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

EMAIL ADDRESS

| | |
|---|---|
| a.dalton@smmj.com | dreimann@reimannlawgroup.com |
| aconway@taubman.com | drosner@kasowitz.com |
| adam.hirsch@srz.com | efriedman@fklaw.com |
| adeglomi@harris.com | EJONES@OMM.COM |
| adoshi@magnozzikye.com | ELAINE_COLE@TAX.STATE.NY.US |
| ahammer@freebornpeters.com | ellen.slights@usdoj.gov |
| ahiller@phw-law.com | emseid@mstpartners.com |
| alipkin@willkie.com | eobrien@sbchlaw.com |
| ams@saccullolegal.com | etredinnick@greeneradovsky.com |
| amuscovitz@dsfadvisors.com | ffm@bostonbusinesslaw.com |
| anderson.frank@pbgc.gov | fred.fellmeth@vitecgroup.com |
| andrew.goldman@wilmerhale.com | frosner@mrs-law.com |
| asalpeter@dl.com | GARLANDK@GTLAW.COM |
| bankruptcy@goodwin.com | gbush@zuckerman.com |
| BBUTWIN@OMM.COM | gmcdaniel@bglawde.com |
| bceccotti@cwsny.com | goldberg.elizabeth@dol.gov |
| bhshide@us.ibm.com | grmesires@uhlaw.com |
| bth@hannafanlaw.com | heri.christine@dol.gov |
| bmd@gsrnh.com | hkaplan@arkin-law.com |
| btrust@mayerbrown.com | houston_bankruptcy@publicans.com |
| carickhoff@blankrome.com | hseife@chadbourne.com |
| carolyn.adler@morganstanley.com | jalberto@bayardlaw.com |
| cbblac@acxiom.com | jam@hannafanlaw.com |
| cbifferato@bifferato.com | jberlage@ghsllp.com |
| cconnolly@morganlewis.com | jconlan@sidley.com |
| CDAVIDOW@PAULWEISS.COM | jcp@pgslaw.com |
| charles.jackson@morganlewis.com | JCRISWELL@TSMP.COM |
| Charles.smith@klgates.com | JDT@JDTHOMPSONLAW.COM |
| claims@recoverycorp.com | JEDMONSON@BAYARDLAW.COM |
| cmcmanus@muchshelist.com | jfiorella@archerlaw.com |
| cmomjian@attorneygeneral.gov | JFRANK@FGLLP.COM |
| collins@rlf.com | jfriedman@jbflawfirm.com |
| cowan@ask-attorneys.com | jfungaroli@capitalsource.com |
| csbott@abato.com | jhuggett@margolisedelstein.com |
| csimon@crosslaw.com | jlosardo@bbwg.com |
| cward@polsinelli.com | jnimeroff@bsnlawyers.com |
| dadler@mccarter.com | jodie.buchman@dlapiper.com |
| DALLAS.BANKRUPTCY@PUBLICANS.COM | jgrey@crosslaw.com |
| DAVE@BHDRL.COM | jodie.rea@fox.com |
| david.klauder@usdoj.gov | john.sieger@kattenlaw.com |
| DAVID.POWLEN@BTLAW.COM | jschlerf@foxrothschild.com |
| dbradford@jenner.com | jsdlaw@msn.com |
| deecf@dor.mo.gov | jshickich@riddellwilliams.com |
| dfeinberg@lewisfeinberg.com | jteitelbaum@tblawllp.com |
| dgonzales@wsh-law.com | JWHITE@BLAKELEYLLP.COM |
| dneier@winston.com | KDWBankruptcyDepartment@kelleydrye.com |
| don@furmangregory.com | kelkins@elkinskalt.com |
| DPLON@SIRLINLAW.COM | ken.higman@hp.com |

EMAIL ADDRESS

| | |
|---|---|
| khill@svglaw.com | RTUCKER@SIMON.COM |
| kklee@ktbslaw.com | rweinstein@cusa.canon.com |
| klantry@sidley.com | rwriley@duanemorris.com |
| kmayer@mccarter.com | scott.golden@hoganlovells.com |
| kmiller@ecjlaw.com | sbrown@eapdlaw.com |
| kovach@saccullolegal.com | SCHLOSS.MICHAEL@DOL.GOV |
| kstickles@coleschotz.com | schristianson@buchalter.com |
| landis@lrclaw.com | sfallon@trplaw.com |
| lawrence.gelber@srz.com | Sfriedberg@Theseaportgroup.com |
| lbogdanoff@ktbslaw.com | skatona@polsinelli.com |
| LESLIE@LESLIECOHENLAW.COM | skaufman@coochtaylor.com |
| linda.boyle@twtelecom.com | SSHIMSHAK@PAULWEISS.COM |
| ljones@pszjlaw.com | strattond@pepperlaw.com |
| loizides@loizides.com | taskounis@askounisdarcy.com |
| MAMATO@RMFPC.COM | tbecker@morganlewis.com |
| MARK.NITIKMAN@C2D2LAW.COM | tlauria@whitecase.com |
| matthew.troy@usdoj.gov | tmacauley@zuckerman.com |
| maureen.mcgreevey@sungard.com | tmhoepker@yahoo.com |
| mblumenthal@crowell.com | tnohos@dl.com |
| MBRAZA@FOLEY.COM | tribuneco.routing@dpw.com |
| MELOROD@GTLAW.COM | trmeites@mmmglaw.com |
| mengland@eckertseamans.com | tscobb@vorys.com |
| mfelger@cozen.com | Tscobb@vssp.com |
| michelle.mcmahon@bryancave.com | WALDMEIRD@MICHIGAN.GOV |
| mlastowski@duanemorris.com | wayne.smith@warnerbros.com |
| mminuti@saul.com | wbowden@ashby-geddes.com |
| monica.weed@navigantconsulting.com | wmk@elliottgreenleaf.com |
| mprimoff@kayescholer.com | YONATAN.GELBLUM@USDOJ.GOV |
| MSMALL@FOLEY.COM | aglenn@kasowitz.com |
| mth@hannafanlaw.com | AGORDON@PAULWEISS.COM |
| myurkewicz@klehr.com | ajongco@lewisfeinberg.com |
| mzelmanovitz@morganlewis.com | andrew.schoulder@bgllp.com |
| mzohn@proskauer.com | atrehan@mayerbrown.com |
| pgregory@cpmlegal.com | avail@jenner.com |
| philip.martino@quarles.com | avesselinovitch@kattenlaw.com |
| prubin@herrick.com | awinfree@ashby-geddes.com |
| psmoots@mcguirewoods.com | besders@abato.com |
| pwebster@buchalter.com | bkrakauer@sidley.com |
| ramona.neal@hp.com | csteege@jenner.com |
| RBRADY@YCST.COM | daniel.connolly@bgllp.com |
| RHANLEY@NOLANPLUMHOFF.COM | daniel.polatsek@kattenlaw.com |
| rkbgwhw@aol.com | DBROWN@PAULWEISS.COM |
| rmauceri@morganlewis.com | DCANTOR@OMM.COM |
| RMERSKY@MONLAW.COM | ddavidian@arkin-law.com |
| robert_cook@tax.state.ny.us | ddeutsch@chadbourne.com |
| romero@mromerolawfirm.com | deggert@freebornpeters.com |
| rpaul@zwerdling.com | dlemay@chadbourne.com |
| rstark@brownrudnick.com | dsaval@brownrudnick.com |

EMAIL ADDRESS

DSHAMAH@OMM.COM
efile@pbgc.gov
evan.flaschen@bgllp.com
fhyman@mayerbrown.com
gerson.leonard@dol.gov
guzzi@whitecase.com
ira.greene@hoganlovells.com
jatamian@mayerbrown.com
jcrystal@willkie.com
joshua.gadharf@kattenlaw.com
jstrock@foxrothschild.com
kcollins@bifferato.com
kskomorucha@ashby-geddes.com
ljkotler@duanemorris.com
LSHUMEJDA@PAULWEISS.COM
mbarash@ktbslaw.com
MBCLEARY@YCST.COM
mbillion@pszjlaw.com
mcguire@lrclaw.com
mmilano@riddellwilliams.com
mmmulder@mmmglaw.com
npernick@coleschotz.com
nwasow@lewisfeinberg.com
pcatanese@mcguirewoods.com
raportl@pepperlaw.com
SCHANNEJ@PEPPERLAW.COM
sgreissman@whitecase.com
slross@duanemorris.com
slross@duanemorris.com
SSELBST@HERRICK.COM
tcairns@pszjlaw.com
whazeltine@sha-llc.com
wweintraub@fklaw.com

EMAIL ADDRESS

afriedman@olshanlaw.com
ahammond@whitecase.com
aross@sidley.com
bberens@jonesday.com
bennettb@hbdlawyers.com
dabbott@mnat.com
damian.schaible@davispolk.com
deldersveld@tribune.com
dennis.glazer@davispolk.com
dfliman@kasowitz.com
dgheiman@jonesday.com
dgolden@akingump.com
dhille@whitecase.com
dliebentritt@tribune.com
donald.bernstein@davispolk.com
dshafer@jonesday.com
dsloan@rlf.com
eli.vonnegut@davispolk.com
elliott.moskowitz@davispolk.com
esutty@foxrothschild.com
flevy@olshanlaw.com
gdemo@sidley.com
gnovod@brownrudnick.com
jbendernagel@sidley.com
jboelter@sidley.com
jhenderson@sidley.com
jhoover@beneschlaw.com
johnstonj@hbdlawyers.com
jsottile@zuckerman.com
kbromberg@brownrudnick.com
kkansa@sidley.com
kmills@sidley.com
kwesch@akingump.com
lhutchins@akingump.com
mesterj@hbdlawyers.com
michael.russano@davispolk.com
msiegel@brownrudnick.com
mstein@kasowitz.com
pdublin@akingump.com
rlemisch@beneschlaw.com
skorpus@kasowitz.com
stearn@rlf.com
swolosky@olshanlaw.com