IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Re: Docket No. 2 |

**AMENDED NOTICE OF APPEARANCE AND DEMAND FOR
SERVICE OF PAPERS BY MAYER BROWN LLP AND
DLA PIPER LLP (US) ON BEHALF OF BARCLAYS BANK PLC**

PLEASE TAKE NOTICE that on December 8, 2008, Mayer Brown LLP ("Mayer Brown") and Edwards Angell Palmer & Dodge LLP ("EAPD") filed a Notice of Appearance and Demand for Service of Papers by Mayer Brown and EAPD on behalf of Barclays Bank PLC ("Barclays") ("Notice of Appearance").

PLEASE TAKE FURTHER NOTICE that the EAPD attorneys who were listed on the Notice of Appearance have since changed their firm affiliation and are currently associated with DLA Piper LLP (US) ("DLA Piper"). Accordingly, henceforth, Mayer Brown and DLA Piper hereby appear as attorneys for Barclays in the above-captioned chapter 11 cases. Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Mayer Brown and DLA Piper request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon Mayer Brown and DLA Piper at the offices, addresses and telephone numbers set forth below, and that .the mailing matrix on file with the Clerk of the Bankruptcy Court be modified to list Mayer Brown and DLA Piper as follows:

EAST\44528684.1

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019
Telephone: 212-506-2500
Facsimile:  212-262-1910
Email:  btrust@mayerbrown.com
        atrehan@mayerbrown.com

Stuart M. Brown, Esquire
R. Craig Martin, Esquire
Michelle E. Marino, Esquire
DLA Piper LLP (US)
919 N. Market Street, Suite 1500
Wilmington, DE  19801
Telephone: 302-468-5700
Facsimile:  302-394-2341
Email:  stuart.brown@dlapiper.com
        craig.martin@dlapiper.com
        michelle.marino@dlapiper.com

PLEASE TAKE NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which affects the above-captioned debtors, property of such debtors, or Barclays.

PLEASE TAKE FURTHER NOTICE that neither this Amended Notice of Appearance and Demand for Service of Papers by Mayer Brown LLP and DLA Piper LLP (US) on Behalf of Barclays Bank PLC (the "Amended Notice of Appearance") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Amended Notice of Appearance, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as

appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 20, 2011

**DLA PIPER LLP (US)**

/s/ Stuart M. Brown
Stuart M. Brown (DE Bar No. 4050)
R. Craig Martin (DE Bar No. 5032)
Michelle E. Marino (DE Bar No. 4577)
919 N. Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: 302-468-5700
Facsimile: 302-394-2341
Email: stuart.brown@dlapiper.com
       craig.martin@dlapiper.com
       michelle.marino@dlapiper.com

-and-

Brian Trust (NY Bar No. BT-0347)
Amit K. Trehan (NY Bar No. AT-4677)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Telephone: 212-506-2500
Facsimile: 212-262-1910
Email: btrust@mayerbrown.com
       atrehan@mayerbrown.com

*Counsel to Barclays Bank PLC*