## CERTIFICATE OF SERVICE

I, Stuart M. Brown, do hereby certify that on April 20, 2011, a copy of the foregoing *Amended Notice of Appearance and Demand for Service of Papers by Mayer Brown LLP and DLA Piper LLP (US) on Behalf of Barclays Bank PLC* was served on the parties listed below in the manner indicated.

/s/ Stuart M. Brown
Stuart M. Brown (DE 4050)

**Via Hand Delivery**
Norman L. Pernick
J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Via First Class Mail**
Bryan Krakauer
James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Via Hand Delivery**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Via First Class Mail**
Diane Streany
Senior Case Manager
Epiq Bankruptcy Solutions, LLC
757 Third Avenue
New York, NY 10017