# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No.: 08-13141 (KJC) |
| | (Jointly Administered) |
| Debtors. | |
| | Re: Dkt Nos. 8478 & 8688 |

### SAM ZELL'S MOTION FOR LEAVE TO FILE HIS REPLY
### IN SUPPORT OF MOTION FOR CLARIFICATION THAT LEAVE IS
### NOT NECESSARY, OR IN THE ALTERNATIVE, FOR LEAVE,
### TO SERVE HIS MOTION FOR RELIEF UNDER RULE 9011

Samuel Zell ("Mr. Zell"), by and through his undersigned counsel, hereby submits this motion (this "Motion"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order granting Mr. Zell leave and permission to file a reply (the "Reply") in support of his *Motion for Clarification that Leave is Not Necessary, or in the Alternative, Leave, to Serve Samuel Zell's Motion for Relief under Rule 9011* [Dkt. No. 8478] (the "Motion"). The Reply is attached hereto as Exhibit A. In support of this Motion, Mr. Zell respectfully states as follows:

1. Pursuant to Local Rule 9006-1, "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Del. Bankr. L.R. 9006-1(d). The Motion is scheduled to be heard at the April 25, 2011 hearing. Due to a state holiday on April 22, 2011, the agenda for the April 25, 2011 hearing was filed on April 20, 2011. Accordingly, any replies were required to be filed by 4:00 p.m. on April 19, 2011 (the "Reply Deadline"). But for the state holiday, the agenda for

the April 25, 2011 hearing would have been due on April 21, 2011 and any replies would have been required to be filed by 4:00 p.m. on April 20, 2011.

2. On April 18, 2011, one day before the Reply Deadline, the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee") filed its *Objection of the Official Committee of Unsecured Creditors to Sam Zell's Motion for Clarification that Leave is Not Necessary, or in the Alternative, Leave, to Serve Motion for Relief under Rule 9011* [Dkt. No. 8688] (the "Committee Objection"). The Committee Objection raises certain issues that Mr. Zell would like to address in order to aid the Court in its disposition of this matter.

3. Mr. Zell hereby seeks leave and permission from this Court to file the Reply in order to further support the Motion and to adequately address certain issues raised in the Committee Objection. Given the fact that the state holiday resulted in the Reply Deadline being April 19, 2011 as opposed to April 20, 2011 and the issues raised in the Committee Objection, Mr. Zell could not adequately respond prior to the Reply Deadline.

WHEREFORE, Mr. Zell respectfully requests that this Court enter an order allowing him to file the Reply in the form attached hereto as <u>Exhibit A</u> and granting such other and further relief as is necessary.

Dated: April 20, 2011　　　　　　　　　　**BLANK ROME LLP**

　　　　　　　　　　　　　　　　　　　　 /s/ *Alan M. Root*
　　　　　　　　　　　　　　　　　　　　David W. Carickhoff (DE No. 3715)
　　　　　　　　　　　　　　　　　　　　Alan M. Root (DE No. 5427)
　　　　　　　　　　　　　　　　　　　　1201 Market Street, Suite 800
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 425-6400
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 425-6464

　　　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　David J. Bradford (admitted *pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Catherine L. Steege (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Andrew W. Vail (admitted *pro hac vice)*
　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　353 North Clark Street
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 222-9350
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 840-7375

　　　　　　　　　　　　　　　　　　　　Co-Counsel for Samuel Zell