**PROPOSED ORDER**

135030.01600/40194755v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No.: 08-13141 (KJC) |
| | (Jointly Administered) |
| Debtors. | |
| | **Re: Dkt Nos. 8478, 8688 & \_\_\_\_** |

## ORDER GRANTING MR. ZELL LEAVE TO FILE HIS REPLY IN SUPPORT OF MOTION FOR CLARIFICATION THAT LEAVE IS NOT NECESSARY, OR IN THE ALTERNATIVE, FOR LEAVE, TO SERVE HIS MOTION FOR RELIEF UNDER RULE 9011

Upon consideration of the motion (the "Motion") of Samuel Zell ("Mr. Zell") for entry of an order pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") allowing Mr. Zell leave to file *Reply of Sam Zell in Support of Motion for Clarification that Leave Is Not Necessary, or in the Alternative, for Leave, to Serve his Motion for Relief under Rule 9011* (the "Reply"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Mr. Zell is granted leave and is permitted to file the Reply; and it is further

135030.01600/40194755v.1

2

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       April __, 2011

                                                              _____
                                                              The Honorable Kevin J. Carey
                                                              Chief United States Bankruptcy Judge