**CERTIFICATE OF SERVICE**

      I, Alan M. Root, hereby certify that on April 20, 2011, I caused copies of the following documents to be served on the parties listed on the attached service list in the manner indicated.

**SAM ZELL'S MOTION FOR LEAVE TO FILE HIS REPLY
IN SUPPORT OF MOTION FOR CLARIFICATION THAT LEAVE IS
NOT NECESSARY, OR IN THE ALTERNATIVE, FOR LEAVE,
TO SERVE HIS MOTION FOR RELIEF UNDER RULE 9011**

                                        */s/ Alan M. Root*
                                           Alan M. Root (DE 5427)

## SERVICE LIST

Counsel to the Debtors:

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, PA
500 Delaware Avenue
Suite 1410
Wilmington DE 19801
E-mail: npernick@coleschotz.com
Kstickles@coleschotz.com
preilley@coleschotz.com
*(Hand & E-mail)*

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Kevin T. Lantry, Esquire
Sidley Austin LLP
One South Dearborn
Chicago IL 60603
Phone: (312) 853-6890
Fax: (312) 853-7036
E-mail: jconlan@sidley.com
bkrakauer@sidley.com
klantry@sidley.com
*(First Class Mail & E-mail)*

John D. Shugrue
Lana J. Raines
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Phone: (312) 207-1000
Fax: (312) 207-6400
E-mail: jshugrue@reedsmith.com
lraines@reedsmith.com
*(First Class Mail & E-mail)*

Counsel to the Official Committee of Unsecured Creditors:

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington DE 19801
Phone: (302) 467-4410
Fax: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
*(Hand & E-mail)*

Howard Seife, Esquire
David M. LeMay, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York NY 10112
E-mail: hseife@chadbourne.com
dlemay@chadbourne.com
*(First Class Mail & E-mail)*

Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW
Washington DC 20036-5802
E-mail: gbush@zuckerman.com
jsottile@zuckerman.com
*(First Class Mail & E-mail)*