## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

  Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 20th day of April, 2011, she caused a copy of the following:

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR LEAVE TO FILE REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SAM ZELL'S LIMITED OBJECTION TO THE COMMITTEE'S MOTION TO AMEND THE DEFINITION OF TERMINATION EVENT**
**[D.I. 8722]**

to be served upon the parties identified on the attached list in the manner indicated.

*/s/ Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 21st day of April, 2011.

*/s/ Cassandra D. Lewicki*
Notary Public
My Commission Expires: 12/1/12

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

Service List

*Via First Class Mail and Electronic Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kevin Lantry, Esq..
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
bkrakauer@sidley.com
jconlan@sidley.com
klantry@sidley.com

*Via Hand Delivery and Electronic Mail*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
kstickles@coleschotz.com

*Via Hand Delivery and Electronic Mail*
(Counsel to Sam Zell)
David W. Carickhoff, Esq.
Alan M. Root, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
carickhoff@blankrome.com
root@blankrome.com

*Via First Class Mail and Electonic Mail*
(Counsel to Sam Zell)
David J. Bradford, Esq.
Catherine L. Steege, Esq.
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
dbradford@jenner.com
csteege@jenner.com

*Via Hand Delivery*
David M. Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

698.001-W0000317.}