## CERTIFICATE OF SERVICE

I certify that on this 21st day of April 2011, a copy of the foregoing was served by regular first class mail, postage prepaid, on:

Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Stuart M. Brown, Esq.
William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Frederick D. Hyman, Esq.
Jefferey G. Tougas, Esq.
Amit K. Trehan, Esq.
Barbara Yan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Mark D. Collins, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

Thomas G. Macauley (I.D. No. 3411)

2785612.1