IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:

TRIBUNE COMPANY et al.,

Debtors.
---------------------------------------------------------x

Chapter 11

Case No. 08-13141 (KJC)

(Jointly Administered)

Hearing Date: (To be determined)
Objections Due: 05/11/2011 @ 4:00 p.m.

## NOTICE OF FILING OF FEE APPLICATION [RE: D.I. NO. 8730]

**To: All parties identified on the 2002 service list**

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP, as special counsel to the Official Committee of Unsecured Creditors, filed the *Fifth Interim Fee Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2010 through February 28, 2011* (D.I. No. 8730), which seeks fee compensation in the amount of $1,251,707.75 and expenses in the amount of $2,741,330.92 (the "Application").

Responses to the Application, if any, must be filed with the Bankruptcy Court at www.deb.uscourts.gov and served so it is actually received on or before May 11, 2011 at 4:00 p.m. by undersigned counsel.

Hearing on the Application will take place at a time to be determined.

3243130.1

ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated: Wilmington, Delaware
      April 21, 2011

                        ZUCKERMAN SPAEDER LLP

                        */s/ Thomas G. Macauley*

                        Thomas G. Macauley (ID No. 3411)
                        919 Market Street, Suite 990
                        P.O. Box 1028
                        Wilmington, DE 19899
                        (302) 427-0400

                              - and -

                        Graeme W. Bush
                        1800 M Street, N.W.
                        Washington, DC 20036
                        (202) 778-1800

                        Special Counsel to the Official Committee
                        of Unsecured Creditors

3243130.1