## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 21st day of April 2011, a copy of the foregoing pleading was mailed first class, postage prepaid, to the parties listed on the 2002 service list.

Thomas G. Macauley (ID No. 3411)

2785619.1

**Tribune Company, et al.**
**08-13141 (KJC)**

**2002 Service List**

(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

(Debtors)
Chandler Bigelow, III
Sr. Vice President & CFO
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611

(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

(Official Committee of Unsecured Creditors)
Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

David Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

(Counsel to Banc of America Leasing & Capital LLC)
Thomas V. Asdounis, Esq.
Askounis & Darcy, PC
401 North Michigan Avenue
Suite 550
Chicago, IL 60611

Lynn D. Simmons, Sr. Vice President
Banc of America Bridge LLC
Bank of America Solutions
Mail code: IL1-231-11-19
231 South LaSalle Street
Chicago, Il 60604

3115555 1

Barclays Capital Inc.
Attn:  US Client Valuations Group
200 Park Avenue
New York, NY  10166

(Counsel to Sony Pictures Television)
Pamela Kohlman Webster
Buchalter Nemer
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA  90017-2457

Ruth Weinstein
Canon USA, Inc.
1 Canon Plaza
New Hyde Park, NY  11042

(counsel to Oracle America, Inc.)
James E. Huggett, Esq.
Margolis Edelstein
705 Shipyard Drive
Suite 102
Wilmington, DE 19801

(Counsel to American Federation of Television & Radio Artists)
Babette A. Ceccoti, Esq.
Cohen Weiss & Simon LLP
330 West 42nd Street
New York, NY  10036

(Counsel to American Federation of Television & Radio Artists)
Susan E. Kaufman, Esq.
Cooch & Taylor PA
1000 West Street, 10th Floor
Wilmington, DE  19801

(Counsel to Washington-Baltimore Newspaper Guild, Local 32035-TNG-CWA)
Christopher P. Simon, Esq.
Tara M. Dirocco, Esq.
Cross & Simon LLC
913 North Market Street, 11th Floor
Wilmington, DE  19899

(Counsel to JPMorgan Chase Bank, N.A.)
Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

Deutsche Bank Trust AG
60 Wall Street
New York, NY 10005

David Contino, Vice President
Deutsche Bank National Trust Company
Global Transaction Bank Trust & Sec. Service
25 Deforest Avenue
Mail Stop: SUM01-0105
Summit, NJ 07901

(Counsel to Intelsat Corporation)
Frederick B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

(Counsel to Barclays Bank PLC)
Stuart M. Brown, Esq.
William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

(Counsel to Corestaff Services)
William M. Kelleher
Elliott Greenleaf
1105 N. Market St., Suite 1700
Wilmington, DE 19899

(Counsel to Corestaff Services)
Jan I. Berlage, Esq.
Gohn Hankey & Stichel LLP
201North Charles Street
Baltimore, MD 21201

Anthony DeGlomine, III,
Harris Corporation
1025 W. Nasa Blvd.
Mail Stop A-11A
Melbourne, FL 32919

(Counsel to Canon USA Inc, Intelsat Corporation)
Paul Rubin, Esq.
Stephen B. Selbst, Esq.
Herrick Feinstein LLP
Two Park Avenue
New York, NY 10016

(Counsel to Abitibi Bowater, Inc., Abitbi Consolidated
Sales and Bowater, Inc.)
Scott A. Golden, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

Beverly H. Shideler
IBM Corporation
Two Lincoln Centre
Villa Park, IL  60181

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326

Internal Revenue Service
Attn:  Room 1150
31 Hopkins Plaza
Baltimore, MD  21201

JP Morgan Chase Bank, NA As Agent
1111 Fannin, 10th Floor
Houston, TX  77002

Miriam Kulnis
JPMorgan Chase Bank, NA
One Chase Plaza
New York, NY  10005

(Counsel to Greatbanc Trust Company)
Jeffery N. Rich, Esq.
599 Lexington Ave.
K&L Gates LLP
New York, NY  10022-6030

(Counsel to Greatbanc Trust Company)
Charles R. Smith, Esq.
K&L Gates LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222-2312

**(Counsel to Merrill Lynch Capital Corp as Admin Agent)**
Margo B. Schonholtz, Esq.
Madlyn Gleich Primioff, Esq.
Kayle Scholer LLP
425 Park Avenue
New York, NY  10022

**(Counsel to Telerep, LLC)**
Erick R. Wilson, Esq.
Howard S. Steel, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

**(Counsel to Dallas County)**
Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX  75201

**(Counsel to Barclays)**
Frederick D. Hyman, Esq.
Jefferey G. Tougas, Esq.
Amit K. Trehan, Esq.
Barbara Yan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019

**(Counsel to Deutsche Bank Trust Company Americas)**
David Adler, Esq.
G. Amanda Mallan, Esq.
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY  10167

**(Counsel to Deutsche Bank Trust Company Americas)**
Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE  19801

**Loan Operations**
Merrill Lynch Capital Corporation
600 W. Las Colinas Blvd, Suite 1300
Irving, TX  75039

Michael O'Brien
Merrill Lynch Capital Corporation
4 World Financial Center
250 Vesey Street
New York, NY  10080

Carolyn Adler
Morgan Stanley Fixed Income
1585 Broadway, 2nd Floor
New York, NY 10036

(Counsel to CF 4242 Bryn Mawr LLC)
Colleen E. McManus, Esq.
Much Shelist Deneberg Ament & Rubenstein, PC
191 North Wacker Drive, Suite 1800
Chicago, IL 60606

(Counsel to Merrill Lynch Capital Corp as Admin Agent)
Laurie Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
PO Box 951
Wilmington, DE 19899-0951

(Counsel to JPMorgan Chase Bank, N.A.)
Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, PA
920 North King Street
Wilmington, DE 19801

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

Securities & Exchange Commission (SEC)
100 F. Street, NE
Washington, DC 20549

(Counsel to Abitibi Bowater, Inc., Abitibi Consolidated
Sales Corporation & Bowater, Inc.)
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

(Counsel to Personal Plus, Inc.)
Kelly Singer, Esq.
Squire, Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4498

3115555.1

(Counsel to SLG 220 News Onwer LLC as Landlord)
Edmond P. O'Brien, Esq.
Stempel Bennett Claman & Hochberg, PC
675 Third Avenue, 31st Floor
New York, NY 10017

American Express Travel Related Service Co., Inc.
c/o Becket and Lee LP
P.O. box 3001
Malvern, PA 19355-0701

Scott Friedberg
The Seaport Group LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017

Nils Larsen, Managing Director
c/o Equity Group Investments
Tower DC, LLC
Two North Riverside Plaza, Suite 1700
Chicago, IL 60606

Matthew J. Troy, Esq.
Civil Division
United States Department of Justice
1100 L Street, N.W.
Room 10006
Washington, DC 20530

Office of The Treasurer
United Sates Treasury
1500 Pennsylvania Avenue, NW
Room 2134
Washington, DC 20220

Jeffery A. Taylor, US Attorney
US Attorney's Office
Judiciary Center Bldg
555 4th Street NW
Washington, DC 20530

Ellen W. Slights, Esq.
US Attorney's Office
1201 Market Street, Suite 1100
PO Box 2046
Wilmington, DE 19899-2046

(Counsel for AOL LLC & Its Related Entities)
Tiffany Strelow Cobb, Esq.
Vorys Sater Seymour & Pease LLP
52 East Gay Street
Columbus, OH  43215

Wayne M. Smith, Esq.
Warner Brothers Television Distribution, Inc.
4000 Warner Blvd
Bldg, 156, Room 5158
Burbank, CA  91522

(Counsel for Florida Self-Insurers Guaranty Association Inc.)
James E. Sorenson, Esq.
D. Tyler Leuven, Esq.
Chad D. Heckman, Esq.
Jared S. Gardner, Esq.
Mary Linzee Van Leuven, Esq.
William Gautier Gwynn Deloach & Sorenson PA
PO Box 4128
Tallahassee, FL  32315-4128

(Counsel to Washington-Baltimore Newspaper Guild, Local 32035, TNG-CWA)
Robert E. Paul, Esq.
Zwerdlking Paul Kahn & Wolly, PC
1025 Connecticut Avenue, NW
Suite 712
Washington, DC  20036-5420

(Counsel to Valuation Research Company)
John C. Phillips, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

(Counsel to CapitalSource Finance LLC and DMD Special Situations Funding LLC)
Joanne Fungaroli, Esquire
CapitalSource Finance LLC
4445 Willard Avenue, 12th Floor
Chevy Chase, MD  20815

(Counsel to Law Debenture Trust Company of New York)
David Rosner, Esq.
Andrew K. Glenn, Esq.
Matthew B. Stein, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

(Counsel to Valuation Research Corporation)
David Neier, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

**(Counsel to Harris County)**
**John P. Dillman, Esquire**
**Linebarger Goggan Blair & Sampson, LLP**
**PO Box 3064**
**Houston, TX  77253-3064**

**Kathleen N. Reed**
**Navistar Leasing Company**
**425 N. Martingale Road, 18th Floor**
**Schaumburg, IL  60173**

**Frank A. Anderson, Esquire**
**Cassandra R. Burton, Esquire**
**Kartar S. Khalsa, Esquire**
**Pension Benefit Guaranty Corporation**
**Office of the Chief Counsel**
**1200 K. Street, N.W.**
**Washington, DC  20005-4026**

**J. Scott Douglass**
**909 Fannin, Suite 1800**
**Houston, TX  77010**

**(Counsel to Dow Jones & Company, Inc.)**
**R. Karl Hill, Esq.**
**Seitz Van Ogtrop & Green, P.A.**
**222 Delaware Avenue, Ste. 1500**
**P.O. Box 68**
**Wilmington, DE 19801**

*(Counsel to various parties)*
Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
3 Barker Avenue, 3rd Floor
White Plains, NY  10601

*(Counsel to Twentieth Television, Inc.)*
Martin S. Zohn, Esquire
Proskauer Rose LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067

**(Counsel to Dow Jones & Company)**
**Ira S. Green, Esq.**
**Scott A. Golden, Esq.**
**Hogan & Hartson, LLP**
**875 Third Avenue**
**New York, NY 10022**

(Counsel to Twentieth Television, Inc.)
Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

Jodie Rea
Twentieth Television, Inc.
2121 Avenue of the Stars, Suite 1754
Los Angeles, CA  90067

r. Ken Higman
Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Avenue
Suite 400
Anaheim, CA  92806

(Counsel to Hewlett-Packard Company)
Ramona Neal, Esquire
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd
Mailstop 314
Boise, ID  83714-0021

(Counsel to Law Debenture Trust Company of New
York)
Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

(Counsel for Department of Revenue)
Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475

Travelers
Attn:  Mike Lynch
1 Tower Square – 5MN
Hartford, CT  06183-4044

(County of San Bernardino, CA)
Martha E. Romero, Esq.
Romero Law Firm
BMR Professional Building
6516 Bright Ave.
Whittier, CA 90601

(Counsel to Broward County Revenue Collection
Division, Bankruptcy & Litigation Section)
Jeffrey J. Newton
Hollie N. Hawn
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL  33301

(Counsel to Cop-Hanging Moss, LLC)
Todd M. Hoepker, Esq.
Todd M. Hoepker, P.A.
P.O. Box 3311
Orlando, FL  32802-3311

Counsel to Catellus Development Corporation)
Edward J. Tredinnick, Esquire
Greene Radovsky Maloney Share & Hennigh LLP
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111

(Counsel to Iron Mountain Information Management,
Inc.)
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

(Counsel to Navistar Financial Corp. and Navistar
Leasing)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801

(Counsel to Oracle USA, Inc.)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

(Counsel to Anton Bauer, Camera Dynamics, et al.)
Fred Fellmeth, Esquire
Broadcast Systems Division
The Vitec Group plc
101 Bilby Road
Hackettstown, NJ 07840

Donald R. Furman, Jr., Esquire
Furman Gregory LLC
75 Federal Street, Ninth Floor
Boston, MA 02110

**(Counsel to PPF OFF Two Park Avenue Owner, LLC)**
**Alan J. Lipkin, Esquire**
**Jeremy E. Crystal, Esquire**
**Willkie Farr & Gallagher LLP**
**787 Seventh Avenue**
**New York, NY  10019**

**(Counsel to IAM Lodge No. 126)**
**Angie M. Cowan, Esquire**
**Allison, Slutsky & Kennedy, P.C.**
**230 W. Monroe Street, Suite 2600**
**Chicago, IL 60606**

**(Counsel to NBC)**
**Michael V. Blumenthal, Esquire**
**Crowell & Moring LLP**
**590 Madison Avenue, 19th Floor**
**New York, NY  10022**

**(Counsel to PPF OFF Two Park Avenue Owner, LLC)**
**David B. Stratton, Esquire**
**Leigh-Anne M. Raport, Esquire**
**Pepper Hamilton LLP**
**Hercules Plaza, Suite 5100**
**1313 Market Street**
**Wilmington, DE  19899**

**(Counsel to Diablo Investment Co.)**
**Elaine M. Seid, Esquire**
**McPharlin Sprinkles & Thomas, LLP**
**10 Almaden Blvd., Suite 1460**
**San Jose, CA  95113**

**(Counsel to NBC)**
**Jami B. Nimeroff, Esquire**
**Brown Stone Nimeroff LLC**
**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**

**C.B. Blackard, III, Esquire**
**Corporate Counsel**
**Acxiom Corporation**
**301 E. Dave Ward Drive**
**P.O. Box 2000**
**Conway, AR 72033-2000**

**(Counsel to Harris County)**
**John P. Dillman, Esquire**
**Linebarger Goggan Blair & Sampson, LLP**
**P.O. Box 3064**
**Houston, TX 77253-3064**

**(Counsel to 3128 Redhill, LLC)**
**Mark A. Nitikman, Esquire**
**Croudace & Dietrich LLP**
**4750 Von Karman Avenue**
**Newport Beach, CA 92660**

**(Counsel to The Nielsen Company)**
**Margaret F. England, Esquire**
**Eckert, Seamans, Cherin & Mellott, LLC**
**300 Delaware Avenue, Suite 1210**
**Wilmington, DE 19801**

**(Counsel to Centerbridge Credit Advisors LLC)**
**Laura Davis Jones, Esq.**
**Timothy P. Carins, Esq.**
**Mark M. Billion, Esq.**
**Pachulski Stang Ziehl & Jones LLP**
**919 N. Market Street, 17th Floor**
**Wilmington, DE 19899**

**(Counsel to 3128 Redhill, LLC)**
**Rachel B. Merksy, Esquire**
**Monzack Mersky McLaughlin and Browder, P.A.**
**1201 N. Orange Street, Suite 400**
**Wilmington, DE 19801**

**Wilmington Trust Company**
**Attn:  Patrick J. Healy, Vice President**
**1100 North Market Street**
**Wilmington, DE 19890**

**(Counsel to Centerbridge Credit Advisors LLC)**
**Daniel H. Golden, Esq.**
**Philip C. Dublin, Esq.**
**Akin Gump Strauss Hauer & Feld LLP**
**One Bryant Park**
**New York, NY 10036**

**Linda Boyle**
**tx telecom inc.**
**10475 Park Meadows Drive, #400**
**Littleton, CO 80124**

**(Counsel to Wilmington Trust Company)**
**Robert J. Stark, Esquire**
**Daniel J. Staval, Esquire**
**Brown Rudnick LLP**
**Seven Times Square**
**New York, NY 10036**

(Counsel to Retirement Claimants)
Adam Hiller, Esquire
Michelle Berkeley-Ayres
Draper & Goldberg, P.L.L.C.
1500 North French Street, 2nd Floor
Wilmington, DE 19801

(Counsel to Wilmington Trust Company)
William D. Sullivan, Esq.
Elihu E. Allinson, Esq.
Sulivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Counsel to St. John Properties)
obert L. Hanley, Jr., Esquire
Nolan, Plumhoff & Williams, Chartered
Suite 700, Nottingham Centre
502 Washington Avenue
Towson, MD 21204

Carol E. Momjian, Esquire
Senior Deputy Attorney General
Pennsylvania Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

(Counsel to United HealthCare Insurance Co.)
Julie A. Manning, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

(Counsel to Retirement Claimants)
Teitelbaum & Baskin, LLP
Counselors at Law
3 Barker Avenue, Third Floor
White Plains, New York 10601

(Counsel to Microsoft Corporation)
Joseph E. Shickich, Jr., Esquire
Maria Ann Milano, Esquire
Riddell Williams, P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 9815403600

(Counsel to Unisys)
Dana S. Plon, Esquire
Sirlin Gallagly & Lessesr, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

(Counsel to Unisys Corporation)
Janet Fitzpatrick
Legal Assistant
Unisys Corporation
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA 19424

(Counsel to Jones Lang LaSalle Americas, L.P.)
Joseph D. Frank, Esquire
Frank Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654

(Counsel to Northlake Property, LLC, Midwest
Warehouse and Distribution System, Inc. and Bedford
Motor Service)
Brian M. Dougherty, Esq.
Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527

(Counsel to Fisher Printing, Inc.)
Jacqueline A. Criswell, Esquire
Tressler Soderstrom Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-4003

(Counsel to Galleria Operating Company, LLC)
Fred B. Ringel, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck,
P.C.
1345 Avenue of the Americas
New York, NY 10105

Margaret Ann Nolan, County Solicitor
Camela J. Sandmann, Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

(Counsel to CWA/ITV Negotiated Pension Plan)
Michelle McMahon, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

(Counsel to Northlake Property, LLC, Midwest
Warehouse and Distribution System, Inc. and Bedford
Motor Service)
Sherry Ruggiero Fallon, Esq.
Tybout Redfearn & Pell
750 Shipyard Drive, Suite 400
Wilmington, DE 19899

3115555

(Counsel to Dan Neil, et al.)
Ian Connor Bifferato, Esq.
Kevin Collins, Esq.
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

(Counsel to The Nielsen Company)
Patricia K. Smoots, Esq.
Paul J. Cantanese, Esq.
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

(Counsel to Dan Neil, et al.)
Thomas R. Meites, Esq.
Michael M. Mulder, Esq.
Meites, Mulder, Mollica & Glink
20 S. Clark Street, Suite 1500
Chicago, IL 60603

(Counsel to Enterprise Garage Corp.)
Joshua G. Losardo, Esq.
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY 10016

(Counsel to Local 355 Health, Welfare & Pension Fund)
Corey Smith Bott, Esq.
Brian G. Esders, Esq.
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

(Counsel to Dan Neil, et al.)
Daniel Feinberg, Esq.
Angelica K. Jongco, Esq.
Nina Wasow, Esq.
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612

(Fee Examiner)
John L. Decker, Esq.
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

(Counsel to Dan Neil, et al.)
Philip Gregory, Esq.
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Deborah B. Waldmeir, Esq.
Assistant Attorney General
State of Michigan, Dept. of Treasury
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

*First Class Mail*
Michael Schloss, Esq.
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

(Counsel to LIT Finance, LP)
Keith D. Elkins, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

(Counsel to KTR South Florida LLC)
George R. Mesires, Esq.
Barack Ferrazzano Kirschbaum
200 West Madison St., Suite 3900
Chicago, IL 60606

(Counsel to ARKA/Valencia I)
Kenneth Miller, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

(Counsel to Sony Pictures Television, Inc,.)
Michael R. Lastowski, Esq.
Sommer L. Ross, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

(Counsel to City of Marimar, Florida and City of Dania Beach, Florida)
Douglas R. Gonzales, Esq.
Weiss Serota Helfman
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL 33301

(Counsel to Sodexo, Inc.)
Judy D. Thompson, Esq.
Poyner Spruill LLP
301 South College Street, Suite 2300
Charlotte, NC 28202

Christine Z. Heri, Esquire
United States Department of Labor
230 South Dearborn, Room 844
Chicago, IL 60604

(Counsel to Taubman Landlords)
Andrew S. Conway, Esq.
200 East Long Lake Road
Suite 300
Orlando, FL 32802

Michael Schloss, Esquire
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

Yonatan Gelblum
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

(Counsel to Majestic Realty Co., Yorba Park I & Yorba
Park Sub, LLC)
David W. Reimann, Esquire
The Reimann Law Group
1960 East Grand Avenue, Suite 1165
El Segundo, CA 90245

Robert L. Cook, Esquire
District Tax Attorney
NYS Department of Taxation and Finance
333 East Washington St., 3rd Floor
Syracuse, NY 13202

Maureen A. McGreevey, Esquire
Senior Litigation Counsel
SunGard
680 E. Swedesford Road
Wayne, PA 19087

Elizabeth Goldberg, Esquire
Leonard H. Gerson, Esquire
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

Elizabeth S. Goldberg, Esq.
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

(Counsel to Mercer(US) Inc.)
Aaron L. Hammer, Esquire
Devon J. Eggert, Esquire
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Kamakazee Kiwi Corporation
3835-R East Thousand Oaks Blvd. #343
Westlake Village, CA 91362

(Counsel to Barry and Marie Goldenberg)
Michael S. Amato, Esquire
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

(Counsel for McCormick & Cantigny Foundations)
Richard W. Riley, Esq.
Sommer L. Ross, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

(Counsel to Kevin Sorbo)
Leslie A. Cohen, Esq.
Leslie Cohen Law PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401

Mr. Maurice Lamoureux
President
Sarvest Limited
2413 Old Lakeshore Road
Bright's Grove, ON
N0N 1C0

(Counsel to Kevin Sorbo)
David B. Feldman, Esq.
Bloom Hergott Diemer Rosenthal La Violette
Feldman & Goodman, LLP
150 S. Rodeo Drive, 3rd Floor
Beverly Hills, CA 90212

(Counsel for Ricketts and Chicago Baseball Holdings, LLC)
Michael J. Small, Esq.
Foley & Lardner LLP
321 North Clark
Suite 2800
Chicago, IL 60610-4764

(Counsel for McCormick & Cantigny Foundations)
John P. Sieger, Esq.
Alexander S. Vesselinovitch, Esq.
Danial J. Polatsek, Esq.
Joshua A. Gadharf, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693

(Counsel for Ricketts and Chicago Baseball Holdings, LLC)
William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

(Counsel for Esther Rhein)
Michael S. Amato, Esq.
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

(Counsel to Credit Agreement Lenders)
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building – 17th Floor
1000 West Street
Wilmington, DE 19899

(Counsel for Ricketts and Chicago Baseball Holdings, LLC)
Mary K. Braza, Esq.
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

(Counsel to Simone Conigliaro)
James F. Bailey, Jr., Esq.
The Bailey Law Firm
Three Mill Road, Suite 306A
Wilmington, DE 19806

(Counsel to Isaksen Investments, LLC)
J. Bennett Friedman, Esq.
Friedman law Group
1900 Avenue of the Stars
Suite 1800
Los Angeles, CA 90067

(Counsel to Citicorp North America)
Stephen P. Lamb, Esq.
Joseph L. Christiansen, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
500 Delaware Avenue, Suite 200
Wilmington, DE 19801

(Counsel to Credit Agreement Lenders)
Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua D. Morse, Esq.
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

(Counsel to Citicorp North America)
Charles E. Davidow, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, N.W.
Washington, DC 20006-1047

(Special Counsel to the Official Committee of
Unsecured Creditors)
Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
Zuckerman Spaeder  LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036

(Counsel to Bank of America)
Bradley J. Butwin, Esq.
Daniel L. Cantor, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

New York State
Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

(Counsel to Bank of America)
David B. Stratton, Esq.
John H. Schanne, II, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Stsreet
Wilmington, DE 19801

(Counsel to Citicorop North America)
Stephen J. Shimshak, Esq.
Andrew Gordon, Esq.
David W. Brown, Esq.
Lauren Shumejda, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

3115555

(Counsel to Angelo Gordon & co.)
Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

(Counsel for Morgan Stanley & Co.)
David M. Powlen, Esq.
Barnes & Thornburg, LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801

(Counsel to Examiner)
Lee R. Bogdanoff, Esq.
Martin R. Barash, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049

(Counsel to Bank of America)
Evan M. Jones, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

(Counsel to Wells Fargo, N.A.
Thomas E. Lauria, Esq.
Gerard H. Uzzi, Esq.
Scott Greissman, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

(Counsel to Barclays Capital)
Jean-Marie L. Atamian, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

(Counsel to Kenneth N. Klee, Examiner)
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

(Examiner)
Kenneth N. Klee, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049

3115555

Leonard H. Gerson, Esq.
Trial Attorney
U.S. Department of Labor
Office of the Solicitor, Plan and Benefits Division
P.O. Box 1914
Washington, DC 20013

(Counsel to Wells Fargo Bank, N.A.)
Jeffrey M. Schlerf, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1600
Wilmington, DE 19801

(Counsel to GBH (Investments, LLC)
Jamie L. Edmonson, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

(Counsel to Turner Broadcasting System, Inc.)
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gray Street
Columbus, OH 43215

(Counsel to Handon Entertainment)
Kevin P. Garland, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404

(Counsel to Truck Drivers and Helpers Local 355
Health and Welfare Fund and Pension Fund)
Meghan C. Horn, Esq.
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

Simon Property Group, Inc.
Attn. Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

(Counsel to Marci Willette)
Brian E. Lutness, Esq.
Silverman McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

(Counsel to Aurelius Capital Management, LP)
Edward A. Friedman, Esq.
William P. Weintraub, Esq.
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

(Counsel to Hamdon Entertainment)
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

(Counsel to Step One Lenders)
Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801

Carol E. Momjian, Esq.
Office of the Attorney General
Commonwealth of Pennsylvania
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

(Counsel for Morgan Stanley)
Jonathan D. Polkes, Esquire
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

(Counsel for Aurelius Capital Management, LP)
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

(Counsel to Step One Lenders)
Evan D. Flaschen, Esq.
Daniel S. Connolly, Esq.
Andrew Schoulder, Esq.
Bracewell & Giuliani LLP
25 Assylum Street, Suite 2600
Hartford, CT 06103

(Counsel to Ad Hoc Step One Lender Committee)
Howard J. Kaplan, Esq.
Deanna Davidian, Esq.
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022

3115555

(Counsel to Bank of America, N.A. and Bank of America Securities, LLC)
Daniel S. Shamah, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

(Counsel to Google, Inc.)
Johnny White, Esq.
Blakeley & Blakeley LLP
2 Park Plaza, Suite 400
Irvine, CA 92614

(Counsel to Pennsylvania Public School Employees'
Retirement System)
Lawrence J. Kotler, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

(Counsel to CCI Europe A/S)
Christopher S. Chow, Esq.
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801