# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin J. Carey #5**

Calendar Date: 04/21/2011
Calendar Time: 11:30 AM ET

Amended Calendar 04/21/2011 07:02 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4174278 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4173887 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4174614 | Marc D. Ashley | 212-408-5194 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4174331 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4170286 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4172673 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4174238 | Bruce Bennett | 213-621-6021 | Dewey & LeBoeuf LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4172623 | Donald S. Bernstein | 212-450-4092 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4178618 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4172664 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4177547 | David C Bohan | 312-902-5566 | Katten Muchin Rosenman LLP | Interested Party, McCormick Foundation / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4172643 | William Bowden | (302) 654-1888 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4174244 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, LLP | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4175540 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4175846 | Lauren Buonome | (312) 269-4387 | Jones Day | Client, Special Committee / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4174649 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Peggy Drasal    CourtConfCal2009    Page 3 of 8

| Tribune Company | 08-13141 | Hearing | 4177461 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4175483 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4178586 | Steven H. Church | (302) 661-7606 | Bloomberg, LLP | Interested Party, Bloomberg, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174247 | Blake N. Cleary | 302-571-6714 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4169441 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174564 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4169439 | Amy Dieterich | (212) 373-3688 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4175551 | Neel Doshi | (203) 719-8723 | UBS Securities LLC | Interested Party, UBS Investment Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4167228 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174855 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4175532 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4167449 | Steven C Florsheim | (312) 641-3200 | Sperling & Slater | Defendant(s), Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4169684 | Patrick Frye | (312) 201-2966 | Wildman Harrold Allen & Dixon LLP | Interested Party, Peter A. Knapp / LIVE |
| Tribune Company | 08-13141 | Hearing | 4176807 | Leonard Gerson | (202) 693-5615 ext. 000 | U.S. Department of Labor | Creditor, U.S. Department of Labor / LIVE |
| Tribune Company | 08-13141 | Hearing | 4169882 | Daniel H. Golden | 212-872-1000 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174653 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4167182 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4169442 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4175563 | Scott Greissman | (212) 819-8567 | White & Case | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4178316 | Mark Holliday | (503) 243-5000 | Camden Asset Management | Creditor, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4175507 | Thomas Horan | (302) 252-4339 | Womble Carlyle Sandridge & Rice, | Interested Party, GreatBanc Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4170097 | Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174233 | James O. Johnston | 213-621-6000 ext. 6018 | Dewey & LeBoeuf LLP | Creditor, Credit Lenders / LIVE |

| Name | Case | Type | ID | Attendee | Firm | Phone | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4172641 | Anna Kalenchits | Anna Kalenchits | (212) 723-1808 | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4172680 | Ken Kansa | Sidley Austin LLP | 312-853-7163 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4175545 | Arthur Kavalis | Nomura Securities | (212) 667-2370 | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4177147 | David Klauder | United States Trustee Department | 302-573-6491 | Interested Party, United States Trustee Office / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174793 | Bryan Krakauer | Sidley Austin | (312) 853-7515 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174658 | Adam G. Landis | Landis Rath & Cobb, LLP | (302) 467-4444 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4172692 | Kevin Lantry | Sidley Austin LLP | 213-896-6022 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174588 | David LeMay | Chadbourne & Park, LLP | (212) 408-5100 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4169446 | Andrew Levy | Paul Weiss Rifkind Wharton & | (202) 223-7328 | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174836 | Don Liebentritt | Tribune Company | (312) 222-3651 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4169551 | David Litvack | Weil Gotshal & Manges LLP | (212) 310-8361 | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174817 | Jillian Ludwig | Sidley Austin | 312-853-7523 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4173672 | Michelle Marino | DLA Piper US, LLP | (302) 468-5700 | Interested Party, Barkleys Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4175523 | Rachel Mauceri | Morgan Lewis & Bockius LLP | (215) 963-5000 | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4175562 | David T. May | Ballard Spahr LLP | (302) 252-4429 | Creditor, PNC Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174308 | Katharine L. Mayer | McCarter & English | 302-984-6312 | Client, Deutsche Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4169436 | Elizabeth McColm | Paul Weiss Rifkind Wharton & | 212-373-3000 | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174603 | Thomas McCormack | Chadbourne & Park, LLP | (212) 408-5100 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4173918 | James A. McGuinness | Hannafan & Hannafan Ltd. | (312) 527-0055 | Interested Party, Timothy Knight / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174674 | Matthew B. McGuire | Landis Rath & Cobb, LLP | (302) 467-4431 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4173865 | R. Stephen McNeill | Potter Anderson & Corroon LLP | (302) 984-6067 | Creditor, Merrill Lynch / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174239 | Joshua M. Mester | Dewey & LeBoeuf LLP | 213-621-6016 | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174822 | Kerriann Mills | Sidley Austin, LLP | 312-853-0036 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4175506 | Francis Monaco | Womble Carlyle Sandridge & Rice, | 302-252-4340 | Creditor, GreatBanc Trust Company / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4174193 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4175582 | Sophia Mullen | (212) 839-5884 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4167455 | Claire P. Murphy | 312-641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4170637 | Deborah J. Newman | (212) 872-7481 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4172572 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4172806 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel, LLP | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4173878 | Jane Parver | 212-836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4169437 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4172639 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4169553 | David Powlen | (302) 888-4536 | Barnes & Thornburg LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4173869 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174667 | Daniel Rath | 302-467-4400 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4172540 | Richard W. Riley | (302) 657-4900 | Duane Morris LLP | Representing, Robert McCormick, et al / LIVE |
| Tribune Company | 08-13141 | Hearing | 4170002 | Shaya Rochester | (212) 872-1076 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174595 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174633 | Andrew Rosenblatt | 212-408-5559 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174166 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174805 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4169552 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4176820 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174574 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Tribune Company | 08-13141 | Hearing | 4169544 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tribune Company | 08-13141 | Hearing | 4178579 | Sundeep S. Sidhu | (302) 651-3239 | Skadden Arps Slate Meagher & Flom | Interested Party, Scripps Networks / LIVE |
| Tribune Company | 08-13141 | Hearing | 4167337 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4173860 | Laurie Selber Silverstein | (302) 984-6033 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174337 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4172630 | Drew G Sloan | (302) 651-7612 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174640 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4172633 | Robert Stearn, Jr. | 302-651-7830 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174702 | Eric M. Sutty | 302-622-4243 | Fox Rothschild LLP | Creditor, Wells Fargo Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174246 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174341 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4175574 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4175529 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Interested Party, Macquarie Capital (USA) / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174876 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4175615 | Brian Whitman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174708 | Ben Wilson | (212) 412-7642 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4169894 | Amanda Winfree | 302-654-1888 ext. 00 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4175920 | Jeffrey C. Wisler | (302) 658-9141 | Connolly Bove Lodge & Hutz LLP | Creditor, Certain Current & Former Officers and Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4176335 | Michael Yurkewicz | 215-569-3793 | Klehr, Harrison, Harvey & Branzburg | Creditor, Sutton Brook Capital / LIVE |
| Tribune Company | 08-13141 | Hearing | 4175524 | Menachem O. Zelmanovitz | (212) 309-6000 | Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4169930 | David Zensky | (212) 872-1000 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4176310 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |