CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
|---|
| 1798 Fundamental Strategies Master Fund Ltd |
| 1798 Global Partners USA Corp |
| 1798 US Special Situations Master Fund |
| Absalon II Limited |
| Aegon USA Investment Management As Agt |
| AG - James River Insurance Company |
| AG - Summer Hill Fixed Income AG, LLC |
| AG Diversified Credit Strategies Master LP |
| Alden Global Distressed Opportunities Master Fund LP |
| Allen Global Partners L.P. |
| Allen Global Partners Offshore |
| Allen Investment Management LLC |
| American Express Certificate Company |
| Ameriprise Certificate Company |
| Amida Capital Management II LLC |
| Anchorage Capital Group LLC |
| Anchorage Capital Master Offshore Ltd |
| Angelo Gordon - AG Global Debt Strategy, L.P. |
| Angelo Gordon & Co LP |
| Archview Credit Opportunities Fund LP |
| Archview Credit Opportunities Master Fund Ltd |
| Archview Investment Group LP |
| Arrowgrass Capital Partners LLP |
| Arrowgrass Distressed Opportunities Fund Limited |
| Arrowgrass Master Fund Ltd |
| Arrowhawk Capital Partners Liquid Markets LLC |
| Arrowhawk Distressed Special Situations Ltd |
| Atrium CDO |
| Atrium II |
| Atrium III |
| Atrium IV |
| Atrium V |
| Atrium VI |
| Avenue Capital Group |
| Avenue Investments LP |
| Avery Point CLO Limited |
| Ballyrock CLO 2006-1 Ltd |
| Ballyrock CLO 2006-2 Ltd |
| Ballyrock CLO III Limited |
| Bank of America NA |
| Bank of America, N.A. |
| Barclays Bank PLC |
| Barclays Bank PLC-New York |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
| --- |
| Battery Park High Yield Long Short Fund Ltd |
| Battery Park High Yield Opportunity Master Fund Ltd |
| Battery Park High Yield Opportunity Strategic Fund Ltd |
| BDIF LLC |
| Bear Stearns & Co Inc. |
| Bear Stearns Investment Products Inc. |
| Bellipotent Holdings LLC |
| Bennett Management Corporation |
| Bennett Offshore Restructuring Fund Inc. |
| Bennett Restructuring Fund LP |
| Bentham Wholesale Syndicated Loan Fund |
| Blue Mountain Credit Alternatives Master Fund LP |
| Blue Mountain Distressed Master Fund LP |
| Blue Mountain Long/Short Credit Master Fund L.P. |
| Blue Mountain Timberline Ltd |
| Blue Shield of California |
| Bluemountain Capital Management LLC |
| Boston Harbor CLO 2004-1 Ltd |
| Brentwood CLO Ltd |
| BRF Senior Income LP |
| Brigade Capital Management LLC |
| Brigade Leveraged Capital Structures Fund Ltd |
| Brownstone Asset Management LP |
| Brownstone Partners Catalyst Master Fund Ltd |
| Bushnell Loan Fund II Subsidiary Holding Company II LLC |
| CAI Distressed Debt Opportunity Master Fund Ltd |
| California Public Employees Retirement Calpers SW7Y |
| Cannington Funding Ltd |
| CanPartners Investments IV LLC |
| Canyon Capital Advisors LLC |
| Canyon Capital CDO 2002-1 Ltd |
| Canyon Capital CLO 2004-1 Ltd |
| Canyon Capital CLO 2006-1 Ltd |
| Canyon Capital CLO 2007-1 Ltd |
| Canyon Special Opportunities Master Fund Cayman Ltd |
| Capital Ventures International |
| Carlyle Credit Partners Financing I Ltd |
| Carlyle High Yield Partners 2008-1 Ltd |
| Carlyle High Yield Partners IV Limited |
| Carlyle High Yield Partners IX Ltd |
| Carlyle High Yield Partners VI Ltd |
| Carlyle High Yield Partners VII Ltd |
| Carlyle High Yield Partners VIII Ltd |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
|---|
| Carlyle High Yield Partners X Ltd |
| Carlyle Investment Management LLC (As Agent) |
| Carval Investors LLC |
| Castle Garden Funding |
| Castle Hill I - Ingots Limited |
| Castle Hill I - Ingots Limited |
| Castle Hill II - Ingots Limited |
| Castle Hill III CLO Ltd |
| Catalyst Investment Management Co LLC |
| Cent CDO 10 Limited |
| Cent CDO 15 Limited |
| Cent CDO XI Limited |
| Centurion CDO 8 Ltd |
| Centurion CDO 9 Limited |
| Centurion CDO III Limited |
| Centurion CDO VI Ltd |
| Centurion CDO VII Limited |
| Cerberus Capital Management LP |
| Cerberus Series Four Holdings, LLC |
| Cetus Capital LLC |
| CFIP Master Fund Ltd |
| Chatham Asset High Yield Master Fund Ltd |
| Chatham Asset Management LLC |
| Chatham Asset Partners Special Situations Master Fund Ltd |
| Chatham Eureka Fund LP |
| Chatham Light II CLO Limited |
| Chicago Fundamental Investment Partners LLC |
| Citadel Securities LLC |
| Citadel Securities Trading LLC |
| Citibank NA |
| Citigroup Alternative Investments LLC |
| Citigroup Financial Products Inc |
| Cohanzick Absolute Return Master Fund, Ltd. |
| Cohanzick Credit Opportunities Master Fund Ltd |
| Cohanzick Management LLC |
| Columbia Management Investment Advisers LLC As Agent |
| Commonwealth of Pennsylvania State Employees Retirement System |
| Comstock Funding Ltd |
| Confluent 3 Limited |
| Confluent 4 Limited |
| Constellation Capital Management LLC |
| Contrarian Capital Management LLC |
| Contrarian Funds LLC |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
| --- |
| Cooperstown Capital Management LLC |
| Cooperstown Master Fund, Ltd. |
| Corporate Debt Opportunities Fund Limited Partnership |
| Courage Capital Management LLC |
| Courage Special Situations Master Fund LP |
| Credit Suisse Asset Management Agt |
| Credit Suisse Capital LLC |
| Credit Suisse Group AG |
| Credit Suisse Loan Funding LLC |
| CSAM Funding II |
| CSAM Funding III |
| CSAM Funding IV |
| CVI GVF LUX Master Sarl |
| Cypresstree Investment Management LLC |
| D Star Ltd |
| DeBello Investors LLC |
| Deutsche Bank AG |
| Deutsche Bank AG-London Branch |
| Deutsche Investment Management Americas Inc As Agent |
| DK Management Partners LP |
| Drawbridge Special Opportunities Fund LP |
| Drawbridge Special Opportunities Fund Ltd |
| Dryden IX - Senior Loan Fund 2005 PLC |
| Dryden V Leveraged Loan CDO 2003 |
| Dryden VIII - Leveraged Loan CDO 2005 |
| Dryden VII-Leveraged Loan CDO 2004 |
| Dryden XI - Leveraged Loan CDO 2006 |
| Dryden XVIII Leveraged Loan 2007 Limited |
| Dryden XVI-Leveraged Loan CDO 2006 |
| DWS Floating Rate Plus Fund |
| DWS High Income Fund |
| DWS High Income Plus Fund |
| DWS High Income Trust |
| DWS High Income VIP |
| DWS Multi Market Income Trust |
| DWS Strategic Income Fund |
| DWS Strategic Income Trust |
| DWS Strategic Income VIP |
| Eastland CLO Ltd |
| Eaton Vance Floating Rate Income Trust |
| Eaton Vance Grayson & Co. |
| Eaton Vance Institutional Senior Loan Fund |
| ECO Master Fund Limited |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
|---|
| Endurance CLO I |
| Eos Management Inc |
| Evergreen CFPI Loan Funding LLC |
| Farallon Capital Management LLC |
| Fayett Group LLC |
| Fernwood Associates LLC |
| Fernwood Foundation Fund LLC |
| Fernwood Restructuring Ltd |
| Fidelity Central Investment Portfolios LLC Fidelity Floating Rate Central Inves |
| Fidelity Investments |
| Fidelity Management & Research Co as Agent |
| Fidelity Management Trust Company As Agent BSC MIGR |
| Fidelity Puritan Trust - Puritan Fund |
| FIG LLC |
| Firstlight Financial Corporation |
| Firstlight Funding I, Ltd |
| Flagship CLO III |
| Flagship CLO IV |
| Flagship CLO V |
| Flagship CLO VI |
| Flagstick Enhanced Credit Master Fund Ltd |
| Franklin 4194 Strategic Series Strategic Income Fund |
| Franklin 4884 Templeton Var Insurance Products TR-Strategic Income Securities Fund |
| Franklin Advisers Inc As Agent |
| Franklin CLO IV Limited |
| Franklin CLO V Ltd |
| Franklin Floating Rate Daily Access Fund |
| Franklin Floating Rate Master Series |
| Franklin Strategic Income Fund (Canada) |
| Franklin Total Return Fund |
| FT Series II Funds - Franklin Floating Rate II Fund |
| FT12460-Opportunistic Distressed Fund Limited |
| GAM Equity Six Inc. |
| Gateway CLO Limited |
| Genesis CLO 2007-1 Ltd |
| Gleneagles CLO Ltd |
| GMAM Investment Funds Trust - 7MS7 |
| GN3 SIP Limited |
| Goldentree 2004 Trust |
| Goldentree Asset Management LP |
| Goldentree Credit |
| Goldentree Credit Opportunities Financing I Ltd |
| Goldentree Credit Opportunities Second Financing Ltd |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
| --- |
| Goldentree High Yield Value Fund Offshore Strategic Ltd |
| Goldentree Leverage Loan Master Fund Ltd |
| Goldman Sachs Group Inc |
| Goldman Sachs Intl - P&S Capital Partners LLC |
| Goldman Sachs Intl - P&S Credit Management LP |
| Goldman Sachs Lending Partners LLC |
| GPC 83 LLC |
| Gracie Credit Opportunities Master Fund LP |
| Grand Central Asset Trust SIL Series |
| Grayson CLO Ltd |
| Green Credit Investors LP |
| Greenbriar CLO Ltd |
| Greens Creek Funding Ltd |
| Greyrock CDO Ltd |
| Greywolf Capital Management LP |
| Greywolf Capital Overseas Master Fund |
| Greywolf Capital Partners II LP |
| Greywolf CLO I Ltd |
| Gruss Asset Management Limited Partnership |
| Gruss Global Investors Master Fund Enhanced Ltd |
| Gruss Global Investors Master Fund Ltd |
| Guggenheim Portfolio Company X LLC |
| Gulf Stream - Compass CLO 2002-1 |
| Gulf Stream - Compass CLO 2004-1 Ltd |
| Gulf Stream - Compass CLO 2005-1 Ltd |
| Gulf Stream - Compass CLO 2005-II Ltd |
| Gulf Stream - Compass CLO 2007 Ltd |
| Gulf Stream - Rashinban CLO 2006-I Ltd |
| Gulf Stream - Sextant CLO 2006-1 Ltd |
| Gulf Stream - Sextant CLO 2007-1 Ltd |
| Gulf Stream Asset Management LLC |
| Gulf Stream Compass CLO 2003-1 Ltd |
| H Partners Management LLC |
| H Senior Income Fund LLC |
| Harch Capital Management As Agent |
| Harch CLO II Limited |
| Harch CLO III Limited |
| Hewett's Island CLO III Ltd |
| Hewett's Island CLO I-R Ltd |
| Hewett's Island CLO IV Ltd |
| Hewett's Island CLO V Ltd |
| Hewett's Island CLO VI Ltd |
| HFR ED Brownstone Discovery 2X Master Trust |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
|---|
| HFR ED Courage Special Situations Master Trust |
| HFR ED Discovery Master Trust |
| HFR RVA Constellation Master Trust |
| Highland Capital Management LP |
| Highland Credit Opportunities CDO Ltd |
| Highland Loan Fund V Limited |
| Hillmark Capital Management LP |
| Hillmark Funding Ltd |
| IBS (MF) Ltd, In Respect of Brownstone Credit Opportunities Series |
| IG Putnam U.S. High Yield Income Fund |
| ING International II-Senior Loans |
| ING Investment Management CLO I Ltd |
| ING Investment Management CLO IV Ltd |
| ING Investment Management LLC as Agent |
| ING Prime Rate Trust |
| ING Senior Income Fund |
| Intermarket Management Corporation |
| INVESCO Advisers Inc as Agent |
| Invesco Funds III Invesco US Senior Loan Fund |
| INVESCO Prime Income Trust |
| INVESCO Van Kampen Dynamic Credit Opportunities Fund |
| INVESCO Van Kampen Senior Income Trust |
| INVESCO Van Kampen Senior Loan Fund |
| Jana Master Fund Ltd |
| Jasper CLO Ltd |
| Jefferies & Company Inc |
| Jefferies Leveraged Credit Products, LLC |
| JP Morgan Whitefriars Inc. |
| JPM IRE PLC As Cust for Goldentree High Yield Value Fund Offshore 110 Limited |
| JPMorgan Bk Branch - 0802 |
| JPMorgan Chase Bank NA |
| Katonah IV Limited |
| Kelts LLC |
| Knighthead Capital Management LLC |
| Knighthead Master Fund LP |
| KS Capital Partners LP |
| KS International Inc. |
| KS Management Corporation |
| Landmark II CDO Limited |
| Landmark III CDO Limited |
| Landmark IV CDO Limited |
| Landmark IX CDO Ltd |
| Landmark V CDO Limited |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
| --- |
| Landmark VI CDO Limited |
| Landmark VII CDO Ltd |
| Landmark VIII CLO Ltd |
| Latitiude CLO II Ltd |
| Latitude CLO I Ltd |
| Latitude CLO II Ltd |
| Lehman Brothers Holdings Inc |
| Lehman Commercial Paper Incorporated |
| Levine Leichtman Capital Partners Deep Value Fund LP |
| Levine Leichtman Capital Partners Inc |
| Liberty CLO Ltd |
| Libertyview Loan Fund LLC |
| Littlejohn & Company - FSG |
| Loan Funding IV LLC |
| Loan Funding VII LLC |
| Longacre Acquisition LLC |
| Loomis Apostle Loomis Sayles Senior Loan Fund |
| Loomis Sayles and Company LP as Agent |
| Loomis Sayles CLO I Ltd |
| Loomis Sayles Fixed Income Fund |
| Loomis Sayles Funds I - Loomis Sayles Bond Fund 1440N6 |
| Loomis Sayles Funds II - Loomis Sayles Strategic Income Fund |
| Loomis Sayles Global Markets Fund |
| Loomis Sayles High Income Fd |
| Loomis Sayles High Income Opportunities Fund |
| Loomis Sayles Institutional High Income Fund |
| Loomis Sayles Leveraged Senior Loan Fund, Ltd |
| Loomis Sayles Senior Loan Fund LLC |
| Lord Abbett & Co as Agent |
| Lord Abbett Investment Trust - Lord Abbett Floating Rate Fund |
| Luxor Capital LLC |
| Luxor Capital Management LLC |
| Macquarie Bank Limited |
| Madison Park Funding II Ltd |
| Madison Park Funding V Ltd |
| Madison Park Funding VI Ltd |
| Malibu CFPI Loan Funding LLC |
| Managed Account Investments SPC-RPS SegPortfolio |
| Manolin Holdings LLC |
| Map 84 Segregated Portfolio of LMA SPC |
| Marathon Asset Management LLC |
| Marathon Blue Active Fund Ltd |
| Marathon Credit Dislocation Fund LP |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
|---|
| Marathon Credit Master Fund Ltd |
| Marathon Credit Opportunity Master Fund, Ltd. |
| Marathon Financing I BV |
| Marathon Liquid Credit Long Short Fund |
| Marathon Special Opportunity Master Fund Limited |
| Mariner Investment Group Inc As Agent |
| Mariner-Tricadia Credit Strategies Master Fund Ltd |
| Mason Capital LP |
| Mason Capital Master Fund LP |
| Mason Management LLC |
| Meritage Fund Limited |
| Merrill Lynch & Co Inc |
| Merrill Lynch Capital Services Inc. |
| Metropolitan West Asset Management LLC |
| Metropolitan West High Yield Bond Fund |
| MetWest AM 127-SuperValu Inc. Master Retirement Trust |
| MetWest AM-702 Total Return Bond Fund |
| MetWest AM-706 Strategic Income Fund |
| MetWest AM-773 Absolute Strategies Fund-Opportunistic/Distressed Bond |
| MFP Investors LLC |
| MFP Partners L.P. |
| Midtown Acquisitions L P |
| MJX - Venture IV CDO Limited |
| MJX Asset Management LLC |
| Monumental Life Insurance Company |
| Morgan Stanley |
| Morgan Stanley Senior Funding Inc. |
| MSD Capital LP |
| Mt Wilson CLO II Ltd |
| Mt Wilson CLO Ltd |
| NACM CLO I |
| NACM CLO II |
| Nash Point CLO |
| National Investment Services High Yield Fund, LLC |
| Natixis Loomis Sayles Senior Loan Fund |
| Neuberger Berman LLC |
| New York Times Company Pension Trust |
| Newstart Factors Inc. |
| Nicholas - Applegate Capital Management LLC As Agent |
| Nob Hill CLO II Limited |
| Nob Hill CLO Limited |
| Nomura - L-3 Communications Corporation Master Trust |
| Nomura - Louisiana State Employees Retirement System |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
|---|
| Nomura - Sagittarius Fund |
| Nomura Corporate Research & Asset Management Inc as Agent |
| Nomura US Attractive Yield Corporate Bond Fund Mother Fund |
| Nomura-Stichting Penioenfonds Hoogovens |
| Nomura-The GM Canada Domestic Trust |
| Nomura-The Regents of the University of California |
| Normandy Hill Capital LP |
| Normandy Hill Master Fund LP |
| Northwoods Capital IV Limited |
| Northwoods Capital V Limited |
| Northwoods Capital VI Limited |
| Northwoods Capital VII Limited |
| Northwoods Capital VIII Limited |
| NTCC Multi-Advisor Funds-High Yield Fund-Stone Harbor Investment Partners, LP |
| Nuveen Diversified Dividend and Income Fund |
| Nuveen Floating Rate Income Fund |
| Nuveen Floating Rate Income Opportunity Fund |
| Nuveen Multi-Strategy Income and Growth Fund |
| Nuveen Multi-Strategy Income and Growth Fund 2 |
| Nuveen Senior Income Fund |
| Nuveen Tax Advantaged Total Return Strategy Fund |
| NZC Guggenheim Master Fund Limited |
| Oaktree Capital Management LP |
| Oaktree FF Investment Fund LP |
| Oaktree High Yield Plus Fund LP |
| Oaktree Huntington Investment Fund LP |
| Oaktree Opportunities Fund VIII (Parallel 2), L.P. |
| Oaktree Opportunities Fund VIII Delaware L.P. |
| Oaktree Value Opportunities Fund L.P. DBA Oaktree Value Opportunities Fund Holdings LP |
| Ocean Trails CLO III |
| OCM Opportunities Fund VII Delaware, L.P. |
| OCM Opportunities Fund VIIB Delaware, L.P. BSC |
| O'Connor Capital Structure Opportunity Master Limited |
| OCP Investment Trust |
| Onex Credit Partners LLC |
| Onex Debt Opportunity Fund LTd |
| Orchid Investments LLC |
| OZ Management LP |
| OZ Special Master Fund Ltd |
| P Schoenfeld Asset Management LLC |
| Pacific Investment Management Company as Agent |
| Paloma Partners Management Co Inc |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
|---|
| Par-Four Investment Management LLC |
| PCI Fund LLC |
| Pembroke CBNA Loan Funding LLC |
| Penteli Master Fund Ltd |
| Perella Weinberg Partners Capital Management LP |
| Perella Weinberg Partners Xerion Master Fund Ltd |
| Permal Canyon Fund Ltd. |
| Permal Capital Structure Opportunities Ltd BSC |
| Perry Principals LLC |
| PIMCO2498-Income Opportunity Fund |
| PM Manager Fund SPC |
| Prime Capital Master SPC, GOT WAT MAC Segregated Portfolio |
| Princeton Advisory Group Inc |
| Prospero CLO II BV |
| Prudential Investment Management Inc as Agent |
| Putnam 14-High Yield Trust |
| Putnam 29X-Funds Trust Floating Rate Income Fund |
| Putnam 60-High Yield Advantage Fund |
| Putnam 67-Putnam Variable Trust - Putnam VT High Yield Fund |
| Putnam 73-Premier Income Trust |
| Putnam 74-Master Intermediate Income Trust |
| Putnam 75-Diversified Income Trust |
| Putnam 961-Putnam Variable Trust PutnamVT Diversified |
| Putnam Advisory Co LLC as Agent |
| Putnam Diversified Income Trust Cayman Master Fund |
| Putnam Investment Management LLC as Agent |
| Pyramis Floating Rate High Income Commingled Pool |
| Qualcomm Global Trading |
| Quantum Partners LP |
| Race Point II LO |
| Race Point III CLO |
| Race Point IV CLO Ltd |
| Realm Partners LLC |
| Realm Partners Master Fund LP |
| Red River CLO Ltd |
| Renaissance Reinsurance Limited |
| Renaissancere Holdings Ltd |
| Ridgeworth Funds SEIX Floating Rate High Income Fund |
| Riversource Bond Series, Inc. - Columbia Floating Rate Fund |
| Riversource Cent CDO 12 Limited |
| Riversource Cent CDO 14 Limited |
| Riversource Life Insurance Company |
| Riversource Strategic Alloc Series Inc. - Riversource Strategic Income Alloc Fund |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
| --- |
| Rockwall CDO II Ltd |
| Rockwall CDO Ltd |
| Royal Bank of Scotland PLC |
| San Francisco City & County Employees Retirement System |
| Sandler Capital Management |
| Sankaty Advisors Bain Capital |
| Scoggin Capital Management II LLC |
| Scoggin International Fund Ltd |
| Scoggin Worldwide Fund Ltd |
| Scottwood Master Ltd |
| Seal Rock Offshore Funding LLC |
| Seaport Group LLC |
| Seaport Loan Products LLC |
| Security Investors – Security Income Fund -High Yield Series |
| Security Management Company |
| SEI Institutional Managed Trust Core Fixed Income Fund |
| SEIX Credit Opportunities Fund Financing I, Ltd |
| SEIX Investment Advisors Incorporated as Agent |
| Seneca Capital Investments LLC |
| Seneca Capital LP |
| Seneca Capital Management |
| Sequils-Centurion V Ltd |
| Serengeti Asset Management Limited Partnership |
| Serengeti Overseas MM L.P. |
| Serengeti Partners LP |
| Shinnecock CLO 2006-1 Ltd |
| Siguler Guff Advisers, LLC |
| Silver Oak Capital LLC |
| Silver Point Capital LP - FSG |
| Silvermine Capital Management LLC |
| Smith Management LLC |
| Sof Investment LP |
| Sol Loan Funding LLC |
| Solus Alternative Asset Management LP |
| Solus Core Opportunities Master Fund Ltd. |
| Soros Fund Management LLC |
| South Fork CLO Ltd |
| SPCP Group LLC |
| Special Situations Investing Group Incorporated |
| Stone Harbor - Municipal Employees Retirement System of Michigan |
| Stone Harbor Global Funds PLC-Stone Harbor Leveraged Loan Portfolio |
| Stone Harbor High Yield Bond Fund |
| Stone Harbor INV Partners AC Virginia Retirement Systems |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
|---|
| Stone Harbor Investment Funds Shhyheur-High Yield Bond Fund |
| Stone Harbor Investment Partners LP As Agent |
| Stone Harbor Investment Partners-Hugheson Limited |
| Stone Harbor Libor Plus Total Return Fund |
| Stone Harbor-Central States Southeast & Southwest Areas Health and Welfare Fund |
| Stone Harbor-Commonwealth of Pennsylvania State Employees Retirement |
| Stone Harbor-ConocoPhillips Company |
| Stone Harbor-Libra Global Limited |
| Stone Harbor-Loyalis Schade NV |
| Stone Harbor-National Elevator Industry Pension Plan |
| Stone Harbor-Renaissance Reinsurance Limited |
| Stone Harbor-San Joaquin County Emp. Ret. Assoc. |
| Stone Harbor-State of CT Retirement Plans and Trust Funds |
| Stone Harbor-State of Wisconsin Investment Board |
| Stone Harbor-Sterling Core Plus Bond Fund |
| Stone Harbor-Stichting Bewaarder Interpolis Pensioenen Global High Yield Pool |
| Stone Harbor-UBS UK Pension and Life Assurance Scheme |
| Stone Harbor-Wallace H Coulter Foundation |
| Stone Lion Portfolio LP |
| Stoney Lane Funding I Ltd |
| Stratford CLO Limited |
| Structured Credit Opportunities Fund II LP |
| Sunrise Partners Limited Partnership |
| Suntrust Banks Incorporated |
| Susquehanna International Group LLP |
| Symphon y CR Parts I Ltd |
| Symphony Asset Management LLC |
| Symphony Asset Management LLC As Agent |
| Symphony CLO II Ltd |
| Symphony CLO III Ltd |
| Symphony CLO IV Ltd |
| Symphony CLO V Ltd |
| Symphony CR Parts I Ltd |
| Symphony Credit Opportunities Fund Ltd |
| Symphony Credit Partners III Ltd |
| Taconic Capital Advisors LLC |
| Taconic Capital Partners 1 5 LP |
| Taconic Market Dislocation Fund II LP |
| Taconic Market Dislocation Master Fund II LP |
| Taconic Opportunity Fund LP |
| Templeton 4290 Global Investment Trust-Income Fund |
| The Andromeda Global Credit Fund Ltd |
| The Catalyst Credit Opportunity Master Fund Ltd |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
|---|
| The Resolution Master Fund LP |
| The Royal Bank of Scotland PLC New York Branch |
| Thracia LLC |
| Tralee CDO I Ltd |
| Tricadia Capital Management LLC |
| Tricadia Distressed and Special Situations Master Fund Ltd |
| Trimaran Advr LLC |
| Trimaran CLO IV Ltd |
| Trimaran CLO V Limited |
| Trimaran CLO VI Ltd |
| Trimaran CLO VII Ltd |
| Trusco-Ridgeworth Funds High Income Fund |
| Tudor Investment Corporation |
| UBS AG |
| UBS AG Stamford Branch |
| UBS O'Connor LLC |
| Ulysses Management LLC |
| Ulysses Offshore Fund, Ltd. |
| Ulysses Partners LP |
| Unisys Master Trust |
| Varde Investment Partners LP |
| Varde Partners Inc |
| Veer Cash Flow CLO Ltd |
| Venture II CDO 2002 Limited |
| Venture III CDO Limited |
| Venture IX CDO Limited |
| Venture V CDO Ltd |
| Venture VI CDO Ltd |
| Venture VII CDO Limited |
| Venture VIII CDO Limited |
| Veritas CLO II Ltd |
| VGE III Portfolio Ltd |
| Victoria Court CFPI Loan Funding LLC |
| Viking Credit Master LLC |
| Viking Global Equities II LP |
| Viking Global Equities LP |
| Viking Global Performance LLC |
| Vista Leveraged Income Fund |
| WAMCO 3074-John Hancock Fund II-Floating Rate Income Fund |
| WAMCO Western Asset Floating Rate High Income Fund LLC |
| WAMCO2236-Advanced Series Trust Western Asset Core Plus Bond |
| Waterstone Capital Management LP |
| Waterstone Market Neutral MAC 51 Ltd |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Senior Debtholder Defendants |
| --- |
| Waterstone Market Neutral Master Fund Ltd |
| Waterstone MF BLR Fund Ltd |
| Waterstone MF Fund Ltd |
| Waterstone Offshore BLR Fund Ltd |
| Wellington Management Company LLP (As Agent) |
| Wells Capital Management Inc |
| Wells Fargo & Company Master Pension Trust |
| West Gate Horizons Advisors LLC |
| Westchester CLO Ltd |
| Western Asset Management Company |
| Wexford Capital LP |
| Wexford Spectrum Investors LLC |
| WG Horizons CLO I |
| Whitehorse Capital Partners LP |
| Whitehorse V Ltd |
| WMC 3G67-Sunamerica Senior Floating Rate Fund Inc. |
| Woodlands Commercial Bank |
| Worden Master Fund LP |
| WR Huff Asset Management As Agent |
| Yorkville CBNA Loan Funding LLC |
| Zohar II 2005-1 Ltd |
| Zohar III, Limited |
| ZZ Amida Capital Management II LLC |

CURRENT LBO DEBTHOLDER DEFENDANTS

| Current Bridge Debtholder Defendants |
|---|
| Arrowgrass Investments SARL |
| Arrowgrass Special Situations SARL |
| CFPI Master Fund Ltd |
| Citicorp North America Inc |
| Citigroup Financial Products Inc. |
| Commerzbank AG London Branch |
| Corporate Debt Opportunities Fund LP |
| Deutsche Bank AG New York Branch |
| Goldman Sachs Lending Partners LLC |
| JPMorgan Chase Bank National Association |
| Kelts LLC |
| King Street Capital LP |
| King Street Acquisition Company LLC |
| Marathon Blue Active Fund, Ltd |
| Marathon Credit Dislocation Fund LP |
| Marathon Credit Master Fund Ltd |
| Marathon Credit Opportunity Master Fund Ltd |
| Marathon Special Opportunity Master Fund Ltd |
| Marathon Liquid Credit Long Short Fund |
| Mariner Tricadia Credit Strategies Master Fund, Ltd. |
| McDonnell Loan Opportunity Ltd |
| Merrill Lynch Capital Services Inc. |
| Merrill Lynch Mortgage Capital, Inc. |
| Penteli Master Fund Ltd |
| Scoggin Capital Management II LLC |
| Scoggin International Fund, Ltd |
| Scoggin Worldwide Fund Ltd |
| Stonehill Institutional Partners LP |
| Stonehill Offshore Partners Limited |
| Structured Credit Opportunities Fund II, LP |
| Western National Life Insurance Co. (FKA AIG) |
| Woodlands Commercial Bank |

**Related 3rd Parties:**
AARP FUNDS
AARP PORTFOLIOS
Advanced Series Trust (f/k/a American Skandia Trust)
Advantus Series Fund, Inc
AdvisorOne Funds
AEGON/TRANSAMERICA SERIES TRUST
AIM Stock Funds
Allegiant Funds
ALLIANCEBERNSTEIN TRUST
Allianz Variable Insurance Products Trust
AMERICAN BEACON FUNDS
American Century Capital Portfolios, Inc.
American Independence Funds Trust
American Money Management Funds
ASSETMARK FUNDS
AXA PREMIER VIP TRUST
Baird Funds, Inc.
Barclays Global Investors Funds
BB&T
BlackRock Funds
BlackRock FundsSM
BlackRock Index Funds, Inc.
BlackRock S&P 500 Index Fund of BlackRock Index Funds, Inc.
BlackRock S&P 500 Protected Equity Fund, Inc
BlackRock Variable Series Funds Inc
BNY Hamilton Funds
BNY Hamilton Funds, Inc.
BRIDGEWAY FUNDS, INC.
California Investment Trust
CALVERT VARIABLE SERIES, INC.
Capital Growth Portfolio
CAPSTONE SERIES FUND, INC.
Claymore Exchange-Traded Fund Trust
Clearwater Investment Trust
CNI CHARTER FUNDS
COLLEGE RETIREMENT EQUITIES FUND
Columbia Funds Series Trust
Columbia Funds Variable Insurance Trust
Delaware Enhanced Global Dividend
Delaware Group Government Fund
Delaware Group Income Funds
Delaware Investments Dividend
DFA INVESTMENT DIMENSIONS GROUP INC.
DIMENSIONAL INVESTMENT GROUP INC.
Direxion Funds

Direxion Insurance Trust
Diversified Investors Portfolios
Dreyfus Index Funds, Inc.
Dreyfus Premier Manager Funds II
DREYFUS STOCK INDEX FUND, INC
Dreyfus Variable Investment Fund
Dryden Index Series Fund
DWS Equity 500 Index Portfolio
DWS Institutional Funds
DWS Investment Trust
DWS Investments VIT Funds
DWS Variable Series II
E*TRADE FUNDS
EATON VANCE MUTUAL FUNDS TRUST
Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Income Trust
Eaton Vance Series Trust
Eaton Vance Tax Managed Global Buy-Write Opportunities Fund
Eclipse Funds Inc.
Enhanced S&P 500(R) Covered Call Fund Inc.
EQ ADVISORS TRUST
EquiTrust Series Fund, Inc.
EquiTrust Variable Insurance Series Fund
Evergreen Equity Trust
Evergreen Select Equity Trust
Evergreen Select Equity Trust DE
Fallen Angels Family of Funds
Federated Equity Income Fund, Inc.
Federated Income Securities Trust
Federated Index Trust
Federated Insurance Series
Federated Investors Funds
Fidelity Advisor Series I
Fidelity Commonwealth Trust
Fidelity Concord Street Trust
Fidelity Exchange Fund
Fidelity Puritan Trust
Fidelity Rutland Square Trust II
Fidelity Securities Fund
Fidelity Select Portfolios
FIFTH THIRD FUNDS
First American Investment Funds, Inc
FIRST INVESTORS EQUITY FUNDS
FIRST INVESTORS LIFE SERIES FUNDS
First Trust Exchange-Traded AlphaDEX(TM) Fund
First Trust Exchange-Traded Fund

First Trust/Four Corners Senior Floating Rate Income Fund II
Floating Rate Portfolio
FORUM FUNDS
Franklin Floating Rate Master Trust
FRANKLIN INVESTORS SECURITIES TRUST
Franklin Mutual Recovery Fund
Franklin Mutual Series Fund Inc.
FRANKLIN STRATEGIC SERIES
Gabelli Capital Series Funds, Inc.
Gabelli Equity Series Funds, Inc.
Gabelli Investor Funds, Inc.
Gartmore Mutual Funds
GE INSTITUTIONAL FUNDS
GE INVESTMENT FUNDS, INC.
GMO Trust
Goldman Sachs Trust
Goldman Sachs Variable Insurance Trust
Green Century Funds
GuideStone Funds
Harbor Funds
HARTFORD HLS SERIES FUND II, INC.
HARTFORD SERIES FUND, INC.
Hirtle Callaghan Trust
Homestead Funds, Inc.
Hussman Investment Trust
ING Equity Trust
ING GET FUND
ING Investment Funds
ING Investors Trust
ING Partners, Inc
ING Series Fund, Inc.
ING Variable Insurance Trust
iShares Trust
IXIS Advisor Funds Trust I
J.P. Morgan Series Trust II
Janus Adviser Series
Jefferson Pilot Variable Fund, Inc.
JNL Series Trust
JNL Variable Fund LLC
John Hancock Bond Trust
JOHN HANCOCK FUNDS II
John Hancock Funds III
John Hancock Trust
JPMorgan Institutional Trust
JPMorgan Insurance Trust
JPMorgan Trust I

JPMorgan Trust II
Kiewit Investment Fund LLLP
Legg Mason Partners Equity Trust
Legg Mason Partners Variable Equity Trust
LINCOLN VARIABLE INSURANCE PRODUCTS TRUST
LMP Corporate Loan Fund Inc.
MainStay VP Series Fund, Inc.
MassMutual Premier Funds
MassMutual Select Funds
Master Investment Portfolio
MAXIM SERIES FUND, INC.
McMorgan Funds
MetLife Investment Funds, Inc.
Metropolitan Series Fund II
Metropolitan Series Fund, Inc.
MFS SERIES TRUST X
MGI FUNDS
MMA Praxis Mutual Funds
MML Series Investment Fund
MML Series Investment Fund II
Monteagle Funds
Morgan Stanley  S&P 500 Index Fund
Morgan Stanley Equally-Weighted S&P 500 Fund
Morgan Stanley Prime Income Trust
MORGAN STANLEY S P 500 INDEX FUND
Morgan Stanley Select Dimensions Investment Series
Morgan Stanley Total Market Index Fund
Morgan Stanley Variable Investment Series
MTB Group of Funds
MUNDER SERIES TRUST
Mutual of America Institutional Funds, Inc.
Mutual of America Investment Corporation
NATIONWIDE MUTUAL FUNDS
NATIONWIDE VARIABLE INSURANCE TRUST
Natixis Funds Trust I
Northern Funds
Northern Institutional Funds
Northwestern Mutual Series Fund, Inc.
Nuveen Core Equity Alpha Fund
Nuveen Diversified Dividend and Income Fund
Nuveen Floating Rate Income Fund
Nuveen Floating Rate Income Opportunity Fund
Nuveen Multi-Strategy Income & Growth Fund 2
Nuveen Multi-Strategy Income and Growth Fund
Nuveen Senior Income Fund
Nuveen Tax-Advantaged Total Return Strategy Fund

Ohio National Fund Inc.
Oppenheimer Champion Income Fund
Oppenheimer Main Street Opportunity Fund
OPPENHEIMER MAIN STREET SMALL CAP FUND
Optimum Fund Trust
Pacific Select Fund
Penn Series Funds, Inc.
Pennsylvania Avenue Funds
PERMANENT PORTFOLIO FAMILY OF FUNDS, INC.
Phoenix Insight Funds Trust
Phoenix Institutional Mutual Funds
Phoenix Opportunities Trust
PIMCO Floating Rate Income Fund
PIMCO Floating Rate Strategy Fund
PIMCO Funds
PIMCO High Income Fund
PIMCO Variable Insurance Trust
Pioneer Floating Rate Trust
PowerShares Exchange-Traded Fund Trust
Primary Trend Fund, Inc.
Principal Investors Fund, Inc.
Principal Variable Contracts Fund, Inc.
Principled Equity Market Fund
ProFunds
ProShares Trust
Prospector Funds, Inc.
Putnam Premier Income Trust
Quantitative Master Series LLC
Regions Morgan Keegan Select Funds
RIVERSOURCE BOND SERIES, INC.
RIVERSOURCE LARGE CAP SERIES, INC.
RIVERSOURCE MARKET ADVANTAGE SERIES, INC.
RIVERSOURCE STRATEGIC ALLOCATION SERIES, INC.
RIVERSOURCE VARIABLE PORTFOLIO FUNDS
RIVERSOURCE VARIABLE PORTFOLIO INCOME SERIES, INC.
RIVERSOURCE VARIABLE PORTFOLIO MANAGED SERIES, INC.
RIVERSOURCE VARIABLE PORTFOLIO MANAGERS SERIES, INC.
RIVERSOURCE VARIABLE PORTFOLIO MONEY MARKET SERIES, INC.
RIVERSOURCE VARIABLE PORTFOLIO SELECT SERIES, INC.
RS INVESTMENT TRUST
RS Variable Products Trust
RSI Retirement Trust
RST INVESTORS INCOME FUNDS
Russell Investment Company
RYDEX DYNAMIC FUNDS
Rydex ETF Trust

Rydex Series Funds
RYDEX VARIABLE FUNDS
RYDEX VARIABLE TRUST
S&P 500(R) Covered Call Fund Inc.
S&P 500(R) GEARED(SM) Fund Inc.
SA Funds – Investment Trust
SANFORD C. BERNSTEIN FUND, INC
SBL FUND
SCHRODER GLOBAL SERIES TRUST
Schwab Annuity Portfolios
Schwab Capital Trust
Schwab Investments
Schwab Investments -- Schwab 1000 Index Fund
SEASONS SERIES TRUST
SEI ASSET ALLOCATION TRUST
SEI INSTITUTIONAL INVESTMENTS TRUST
SEI INSTITUTIONAL MANAGED TRUST
SEI Investments
SELECT SECTOR SPDR(R) TRUST
SHRODER GLOBAL SERIES TRUST
SPDR(R) SERIES TRUST (FORMERLY STREETTRACKS(R) SERIES TRUST)
SSgA Funds
Stark Master Fund Ltd.,
Stark Global Opportunities Master Fund Ltd.,
STATE FARM MUTUAL FUND TRUST
STATE FARM VARIABLE PRODUCT TRUST
STATE STREET INSTITUTIONAL INVESTMENT TRUST
STATE STREET MASTER FUNDS
STEWARD FUNDS, INC.
STI Classic Funds
Strategic Funds, Inc.
Strategic Partners Opportunity Funds
STREETTRACKS SERIES TRUST
Summit Mutual Funds, Inc
SUN CAPITAL ADVISERS TRUST
SunAmerica Focused Series, Inc
SUNAMERICA SERIES TRUST
T. ROWE PRICE BALANCED FUND
T. ROWE PRICE CAPITAL OPPORTUNITY FUND
T. ROWE PRICE DIVIDEND GROWTH FUND
T. ROWE PRICE EQUITY INCOME
T. ROWE PRICE EQUITY INCOME FUND
T. ROWE PRICE EQUITY INCOME PORTFOLIO
T. ROWE PRICE EXTENDED EQUITY MARKET INDEX FUND
T. Rowe Price Index Trust, Inc.
T. ROWE PRICE MID-CAP VALUE FUND

Tax-Managed Growth Portfolio
Tax-Managed Multi-Cap Growth Portfolio
THE ADVISORS' INNER CIRCLE FUND
The AllianceBernstein Portfolios
The Coventry Funds Trust
The Direxion Funds
The Direxion Insurance Trust
The Diversified Investors Funds Group
**The Diversified Investors Funds Group II**
The Dreyfus Corporation
The Dreyfus/Laurel Funds, Inc.
THE ENTERPRISE GROUP OF FUNDS, INC.
The Gabelli Asset Fund
The Gabelli Dividend & Income Trust
The Gabelli Equity Trust Inc.
The Gabelli Global Deal Fund
The Gabelli Global Multimedia Trust Inc.
The Gabelli Healthcare & Wellness(Rx) Trust
The Gabelli Value Fund Inc.
The Hirtle Callaghan Trust
THE HUNTINGTON FUNDS
The MainStay Funds
The Merger Fund VL
The Parnassus Funds
The Pennsylvania Avenue Funds
The Phoenix Edge Series Fund
The Prudential Series Fund
The Prudential Variable Contract Account-10
THE SELECT SECTOR SPDR TRUST
THE UINIVERSAL INSTITUTIONAL FUNDS, INC.
The Vantagepoint Funds
The Victory Portfolios
Thrivent Mutual Funds
Thrivent Series Fund, Inc.
TIAA SEPARATE ACCOUNT VA-1
TIAA-CREF INSTITUTIONAL MUTUAL FUNDS
TIAA-CREF LIFE FUNDS
TIAA-CREF MUTUAL FUNDS
Torray Fund
Touchstone Variable Series Trust
TRANSAMERICA IDEX MUTUAL FUNDS
UBS Index Trust
UBS PACE Select Advisors Trust
Underlying Funds Trust
Unified Series Trust
USAA MUTUAL FUNDS TRUST

UTOPIA FUNDS
VALIC Company I
Value Line Income And Growth Fund, Inc.
Van Kampen Dynamic Credit Opportunities Fund
Van Kampen Equity and Income Fund
Van Kampen Senior Income Trust
Van Kampen Senior Loan Fund
Vanguard Balanced Index Fund
Vanguard Whitehall Funds
Vanguard Fenway Funds
Vanguard Index Funds
Vanguard Institutional Index Funds
Vanguard Malvern Funds
Vanguard Quantitative Funds
Vanguard Tax-Managed Funds
Vanguard Valley Forge Funds
Vanguard Variable Insurance Funds
Vanguard Whitehall Funds
Vanguard Windsor Funds
Vanguard World Funds
Variable Insurance Products Fund
Variable Insurance Products Fund II
Variable Insurance Products Fund III
Wells Fargo Fund Trust
Wells Fargo Master Trust
Wells Fargo Variable Trust
Western Asset Funds, Inc.
Wilshire Associates Incorporated
Wilshire Mutual Funds, Inc.
Wilshire Variable Insurance Trust
WisdomTree Trust
WT Mutual Fund

Related 3rd Parties:

Alpine Associates, L.P.
Alpine Partners L.P.
BNY Convergex Execution Solutions LLC
Chicago Mercantile Exchange, Inc.
Citadel Trust Company
EWT, LLC
First American Capital and Trading Corp.
Harris N.A.
Neuberger Berman Inc.
Prudential Bache Securities, LLC
SG Americas Securities, LLC
Wulff-Hansen & Co.


**Related 3rd Parties:**
Wells Fargo, N.A. and Wachovia.

**Related 3rd Parties:**
1st Source Bank
A.G. Edwards, Inc.
Aberdeen Asset Management PLC
Acadian Asset Management, Inc.
Adage Capital Partners GP, L.L.C
ADVANTUS CAPITAL MANAGEMENT
Advisory Research, Inc.
Alexandra Investment Management, LLC
Allianz Global Investors of America L.P.
Allianz of America, Inc.
ALLSTATE INSURANCE COMPANY
Alpha Windward LLC
Alson Capital Partners LLC
AM Investment Partners LLC
American International Group, Inc.
Ameriprise Financial Corporation
Ameritas Life Insurance Corp.
AMVESCAP PLC
Analytic Investors, Inc.
Aperio Group LLC
Appleton Partners, Inc.
AQR Capital Management, LLC
Arbitrage & Trading Management Company
Argyll Research, LLC
Ariel Capital Management, LLC
ARNHOLD AND S. BLEICHROEDER ADVISERS, LLC
Arrow Financial Corp.
Artis Capital Management, L P
Aviva plc
AXA
Babson Capital Management LLC
Badgley, Phelps and Bell, Inc.
BAHL GAYNOR INC.
BancorpSouth Inc.
Bank of America Corporation
Bank of New York Trust Company, N.A.
Barclays Bank PLC
Barclays Global Investors UK Holdings Limited
Barclays PLC
Basso Capital Management, L.P.
BBT Fund, L. P.
Beacon Trust Company
Bear Stearns & Co. Inc.
Bear Stearns Asset Management Inc.
Berkeley Capital Managment

Bernard L Madoff Investment Securities LLC
BlackRock Advisors, LLC
BlackRock Group Limited
BlackRock Investment Management, LLC
BlackRock Japan Co. LTD.
BNP Paribas Arbitrage SA
BNP Paribas Securities Corp.
BNP Paribas Securities Corp.
Boston Common Asset Management, LLC
BP p.l.c.
Branch Banking & Trust Company
Brandes Investment Partners, L.P.
Brown Advisory Securities, LLC
Caisse de depot et placement du Quebec
California State Teachers Retirement System
CalPERS
Camden Asset Management, L.P.
Canada Pension Plan Investment Board
Canadian Imperial Holdings Inc.
Canyon Capital Advisors LLC
CAP Fund, L.P.
Capital Fund Management S.A.
Capital Guardian Trust Company
Capstone Asset Management Company
Carlson Capital, L.P.
Carret Asset Management
Catalyst Investment Management Co., LLC
Caxton Associates L.L.C.
CCM Partners
CCO
Channing Capital Management, LLC
Charles Schwab Investment Management, Inc.
CSIM Chief Compliance Officer
Charter Trust Company
Christine L. Donovan
Chesapeake Partners Management Co., Inc.
Chevy Chase Bank
Cheyne Capital Management (UK) LLP
Church Capital Management, LLC
CIBC Global Asset Management Inc.
CCO Business Management
CIBC World Markets Corp.
CITADEL LIMITED PARTNERSHIP
Citigroup Inc.
Citizens Bank Flint
Citizens Bank Wealth Management, N.A.

Claymore Advisors, LLC
CLS Investment Firm, LLC
CNA Financial Corporation
CNH Partners, LLC
Coast Asset Management
Comerica Bank
Commerce Bank, NA (Missouri)
Commonwealth of Pennsylvania Public School Employees Retirement System
Concordia Advisors (Bermuda) Ltd.
Conning Asset Management Company
Country Club Trust Company, n.a.
Covington Capital Management
CRANE ASSET MANAGEMENT LLC
Credit Agricole S.A.
Credit Suisse
CTC Fund Management LLC
D. E. Shaw & Co., Inc.
D.A. Davidson & Co.
D.B. Zwirn & Co., L.P.
Davidson Kempner Capital Management LLC
Dearborn Partners L.L.C.
DeRoy & Devereaux Private Investment Counsel, Inc.
Deutsche Bank Aktiengesellschaft
Diamondback Capital Management
Dimensional Fund Advisors Lp
DLIBJ Asset Management Co., Ltd.
Dodge & Cox
DOLPHIN LIMITED PARTNERSHIP I, L.P.
Dresdner Bank AG
Dynamic Capital Management LLC
E E Geduld c/o Cougar Trading, LLC
EAC Management LP
Eaton Vance Management
Employees Retirement System of Texas
ENDEX Capital Management, LLC
EquiTrust Investment Management Services, Inc.
Equity Investment Corporation
EVEREST CAPITAL
ExxonMobil Investment Management Inc.
Farmers & Merchants Investment, Inc.
Federated Investors Tower
Ferris, Baker Watts, Inc.
Fiduciary Asset Management LLC
Fiduciary Trust Company
Fifth Third Bancorp
First Investors Management Company, Inc.

First National Bank of Chester County
First National Bank of Omaha
First National Trust Company
First New York Securities LLC
First Quadrant, L.P.
First Trust Advisors L.P.
First-Citizens Bank & Trust Company
Fixed Income Securities, L.P.
Florida State Board of Administration
Florida State Board of Administration
FMR Corp.
Fidelity Management & Research Company
FMR LLC          (Formerly known as FMR CORP.)
Fidelity Management & Research Company
Fortis Investments Management Inc. USA
Fortress Investment Group LLC
Frank Russell Company
Franklin Resources, Inc.
FREEMAN ASSOCIATES INVESTMENT MANAGEMENT LLC
Galleon Management, L.P.
GAM USA Inc.
GAMCO INVESTORS INC ET AL
Gardner Russo & Gardner
Gartmore Mutual Fund Capital Trust
Gateway Investment Advisers, L.P.
Geneva Investment Management of Chicago, LLC
Geode Capital Management, LLC
Geode Capital Management, LLC
GLG Partners LP
Gofen and Glossberg, L.L.C.
GoldenTree Asset Management, LP
Goldman Sachs Group, Inc.
Graham Capital Management, L.P.
Grantham, Mayo, Van Otterloo & Co. LLC
Great Lakes Advisors, Inc.
GSA Capital Partners LLP
Guardian Investor Services LLC
GW Capital Management, LLC
Harbert No information Management Corporation
Harris Associates L.P.
Harris Financial Corp.
Hartford Investment Management Company
Havens Advisors
Henderson Group Plc
Hermes Pensions Management Ltd
Highbridge Capital Management, LLC

Hite Capital Management, LLC
HMC Investors, L.L.C.
Horizon Bancorp
HSBC HOLDINGS PLC
Hussman Econometrics Advisors, Inc.
IBM Retirement Fund
Income Research & Management
ING Investment Management (Europe) B.V.
ING Investment Management Co
Integrity Asset Management
Intel Corporation
INVESCO PLC
Jane Street Holding, LLC
Janus Capital Management LLC
JD Capital Management LLC
Jefferies Group Inc.
Jennison Associates LLC
Jonathan Villano
JPMorgan Chase & Co.
Julio Gallegos
KBC Alternative Investment Management LTD
KeyBank National Association
Laffer Investments, Inc.
Lampe, Conway & Co. LLC
LANE DOUGLAS C ASSOCIATES INC
Legal & General Group Plc
Legg Mason, Inc.
Lehman Brothers Holdings Inc.
Levin Capital Strategies, L.P.
Liberty Mutual Insurance Company
Loeb Arbitrage Management Inc.
Loomis, Sayles and Co., L.P.
LORING WOLCOTT and COOLDIGE FIDU
Los Angeles Capital Management
LSV Asset Management
M&T Bank Corporation
M. Safra & Co., Inc.
MacKay Shields LLC
Man Investments Ltd.
Maple Securities USA Inc.
Marathon Asset Management, LLC
March Global Associates, LLC
Marco Investment Management, LLC
Marshall & Ilsley Corporation
MARSHWINDS ADVISORY CO
Mason Street Advisors,  LLC

Mellon Financial Corporation
MEMBERS Capital Advisors, Inc.
MERRILL LYNCH AND CO., INC
Metropolitan Life Insurance Company MetLife
MFC Global Investment Management (U.S.A.) Limited
MFP Investors LLC
Mid-Continent Capital, LLC
Millennium Management, L.L.C.
MOORE CAPITAL MANAGEMENT, LLC
Morgan Asset Management, Inc.
Morgan Stanley
MUTUAL OF AMERICA CAPITAL MANAGEMENT CORPORATION
MYCIO WEALTH PARTNERS, LLC
National City Corporation
Nationwide Fund Advisors
Natixis
Neuberger Berman, LLC
NEVILLE RODIE SHAW INC
New Mexico Educational Retirement Board
NEW YORK LIFE INVESTMENT MANAGEMENT LLC
New York State Common Retirement Fund
New York State Teachers' Retirement System
NISA Investment Advisors, L.L.C.
Nomura Asset Management Co., Ltd.
Nomura Holdings Inc.
Nordea Investment Management AB
Norges Bank Investment Management
Northern Trust Corporation
NORTHSTAR ASSET MANAGEMENT LLC
Northwestern Mutual Wealth Management Company
Oak Hill Advisors, L.P.
Ocean State Asset Management, Llc
OHIO PERS
Omega Bank
Oppenheimer & Co. Inc.
OppenheimerFunds, Inc.
OTR - Nominee Name for The State Teachers Retirement Board of Ohio
Pacific Heights Asset Management, LLC
PADCO Advisors II, Inc.
PADCO Advisors, Inc.
Para Advisors, LLC.
Parabolic Partners Capital Management LLC
Parametric Portfolio Associates
PEAK6 Investments, L.P.
Peapack Gladstone Financial Corporation
Pequot Capital Management, Inc.

Perry Corp.
Pictet Asset Management Limited
Polygon Investment Partners LLP
Porter Orlin LLC
Prentiss Smith Co Inc.
Principal Financial Group, Inc.
ProFund Advisors LLC
Prospector Partners, LLC
Provident Advisors  LLC
Prudential Financial, Inc.
PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF COLORADO
Public Sector Pension Investment Board
Putnam Investment Management, LLC
Quantlab Capital Management, Ltd.
QVT Financial LP
Qwest Asset Management Company
Rafferty Asset Management, LLC
Raymond James & Associates
RBC Capital Markets Arbitrage
RBC Capital Markets Corporation
RBC Dain Rauscher
RegentAtlantic Capital, LLC
REGIONS FINANCIAL CORPORATION
Reinhart Partners, Inc.
Renaissance Technologies, Corp.
Research Affiliates, LLC
RHUMBLINE ADVISERS
RICHARDS TIERNEY INC IL
Rikoon Carret
Robeco Institutional Asset Management B V
Robert Brooke Zevin Associates, Inc.
Robert Brooke Zevin
ROTHSCHILD INVESTMENT CORP IL
Royal Bank of Canada
ROYAL LONDON ASSET MANAGEMENT
RS Investment Management Co. LLC
S & Co. Inc.
S.A.C. Capital Advisors, LLC
Sanborn Kilcollin Partners, LLC
Sandelman Partners, LP
Sanno Point Capital Management LLC
Scepter Holdings, Inc.
Schroder Investment Management Group
Schultze Asset Management, LLC
Security Management Company, LLC
SECURITY NATIONAL TRUST CO.

Segall Bryant & Hamill
SEI TRUST CO
SG Americas Securities, LLC.
Shell Asset Management Company
SI TRUST SERVICING
Silver Point Capital, L.P.
Silvercrest Asset Management Group LLC
Sowood Capital Management LP
SRI Fund, L.P.
Starbuck, Tisdale & Associates
Stark Global Opportunities Management LLC (formerly Stark Event Management LLC)
Stark Offshore Management, LLC
State of Wisconsin Investment Board
State Street Bank & Trust Company
State Street Corporation
State Treasurer, State of Michigan
Sterling Capital Management LLC
Stichting Pensioenfonds ABP
Stux Capital Management, LLC
Summit Investment Partners, Inc.
SunTrust Banks, Inc.
SuttonBrook Capital Management LP
SWAN PHILIP V ASSOCIATES INC CA
Swiss Re Asset Management (Americas) Inc.
Systematic Financial Management, LP
T. Rowe Price Associates, Inc.
TALON ASSET MANAGEMENT LLC
TD Asset Management Inc.
TD Options LLC
TD Securities (USA) LLC
TEACHER RETIREMENT SYSTEM OF TEXAS
Teachers Advisors, Inc.
Teleos Management, L.L.C.
Telluride Asset Management LLC
Ten Asset Management
Tennenbaum Capital Partners, LLC
Tewksbury Capital Management Ltd.
Texas Permanent School Fund
The Bank of New York
The Bank of New York Mellon Corporation
The Bessemer Group, Incorporated
The Connable Office, Inc.
The Dai-Ichi Mutual Life Insurance Company
The Glenmede Trust Company, N.A.
The Huntington
The Manufacturers Life Insurance Company

The Northern Trust Company of Connecticut
The PNC Financial Services Group, Inc.
The Royal Bank of Scotland Group Plc
The Unitrin, Inc. Master Retirement Trust
The Vanguard Group, Inc.
The Washington Trust Company Trust and Investment Services
Third Avenue Management LLC
Thrivent Financial for Lutherans
TIAA-CREF Investment Management, LLC
Tirschwell & Loewy, Inc.
Tocqueville Asset Management L.P.
Todd Walklett
Torray LLC
TowerView LLC
Town & Country Bank & Trust CO dba First Bankers Trust CO
Trellus Management Company, LL
TRUST CO OF TOLEDO NA OH
TRUST CO OF VERMONT
TRUST DEPARTMENT MB FINANCIAL BANK N A
Turnberry Capital Management L P
Tweedy, Browne Company LLC
U. S. Trust Corporation
U.S. Bancorp
UBS AG
UBS Global Asset Management (Americas) Inc.
UBS O'Connor LLC
Uetlibergstrasse 231,
UnionBanCal Corporation
United Bank, Inc.
United Services Automobile Association
UNITRIN, INC.
Value Line Inc
Veritable, LP
Verizon Investment Management Corp.
Virginia Retirement System
Voyageur Asset Management Inc
VTL Associates LLC
Wachovia Corporation
Wagner Investment Management, Inc.
WB Capital Management Inc
Weintraub Capital Management, L.P.
Welch & Forbes LLC
Wells Fargo & Company
West Oak Capital, LLC
Westpeak Global Advisors, LP.
Whitebox Advisors, LLC

William Blair & Company, L.L.C.
William Harris Investors, Inc.
Wolverine Asset Management, Inc.
World Asset Management, Inc.
Wright Investors' Service
Zacks Investment Management
ZEBRA CAPITAL MANAGEMENT, LLC

**Related 3rd Parties:**

ABBEY NATIONAL SEC.
ALPINE SEC.CORP.
AMALGAMATED BANK
AMALGAMATED BK CHGO
AMER ENT INV SVC
AMERICAN NATL BK
AMERIPRISE ENTERPRISE INVESTMENT SERVICES, INC./BETA/133
AMERIPRISE TRUST CO.
ASSENT LLC
ASSOC BK GREEN BAY
BAIRD ROBERT W
BANK OF THE WEST
BAR CAP/EQUITY FINAN
BARCLAYS CAPITAL INC
BARCLAY'S CAPITAL INC. (PLEDGE ACCOUNT)
BERNARD MADOFF LLC
BMO NESBITT BURNS TRADING CORP. SA
BMO NESBITT BURNS INC./CDS**
BROWN INVESTM'T ADVISORY & TRUST COMPANY
CANACCORD CAPOORP**
CANTOR FITZGERALD & CO. (PLEDGE ACCOUNT)
CDS CLEAR DEPOSIT**
CIBC WORLD MARKETS, INC.
CIBC WORLD MKTS CORP.*"
CITY NATIONAL BANK
CLEARVIEW COR SVCS
COMERICA BANK
COMMERCE BANK N.A.
COMMERZ MARKETS LLC
COMPASS BK/TRUST DIV
CREDIT AGRICOLE SECURITIES (USA) INC.
CREST INTL NOMINEES LTD
CROWELL WEEDON & CO.
CUSTODIAL TRUST CO
DAVID LERNER ASSOCIATES
D. A. DAVIDSON & CO.
DAIWA SEC TRUST CO
DAVENPORT & CO LLC
DESERET TRUST/I
DESJARDINS SEC INC**
DK/EQUITY FINANCE
EDWARD D. JONES

EMMETT A. LARKIN CO
FERRIS, BAKER WATTS
FIDUCIARY - SSB
FID TRUST BOSTON
FIDUCIE DESJARDINS**
FST NTNI, BNK OMAHA
FIRST SOUTHWEST CO
FISERV TRUST CO.
FOLIO(FN) INVESTMENT
GENESIS SEC., LLC
GLENMEDE TRUST CO
GLOBAL SEC CP/CDS**
H M PAYSON-SAFEKEEP
HAYWOOD SECURITIES**
HSBC SEC (USA) INC.
HSBC SECS(CANADA) **
HUNTINGTON NTNL BANK
HUNTLEIGH SECURITIES
INGALLS & SNYDER
INTERACTIVE BROKERS RETAIL AND EQUITY CLEARING
INTERACTIVE BROKERS RETAIL AND EQUITY CLEARING (PLEDGE
ACCOUNT)
J.J.B. HILLIARD, W.L. LYONS LLC
JANNEY MONTGOMERY SCOTT INC.
JOHN A SIBERELL & CO
KEYBANK NAT'L ASSOC
KV EXECUTION SVC LLC
LABRANCHE & CO.LLC
LAZARD CAP MKTS LLC
LDI/EQUITY (PLEDGE ACCOUNT)
LEGENT CLEARING LLC
LEGENT CLEARING LLC (PLEDGE ACCOUNT)
LINCOLN TRUST CO.
LPL FINANCIAL CORP.
M&I MARSHALL & ILSLEY BANK
MACQUARIE PRIVATE WEALTH INC./CDS
MANUFACTURERS & TRADERS TRUST CO.
MAPLE SEC-DOMESTIC
MAPLE SECURITIES USA
MARSCO INV.CORP.
MESIROW FINANCIAL
MF GLOBAL INC.
MITSUBISHI.UFJ TR
MIZUHO TRST & BNK CO
ML STERN & CO LLC
MORGAN KEEGAN & CO

NATIONAL CITY BANK
NATIXIS BLEICHROEDER
NBC SECURITIES,INC.
NBCN INC**
NEWEDGE USA, LLC/EQUITY CLEARING DIVISION
NOMURA INT TRUST CO
NOMURA SEC INTN'L.
ODLUM BROWN LTD**
OPPENHEIMER & CO INC
OPTIONSXPRESS,      INC.
OPTIONXPRESS, INC. (PLEDGE ACCOUNT)
PENSON FIN SERV INC
PENSON FINANCIAL SVCS INC. (PLEDGE ACCOUNT)
PENSON FIN SVCS INC/CDS
PENSON FIN SVCS INC/RIDGE
PERELMAN-CARLEY
PRIMEVEST FIN SVCS
PWMCO,LLC
RAYMND JMS&ASSC INC
RAYMOND JAMES TRUST
REGIONS BANK
RELIANCE TRST/SWMS1
RELIANCE TRST/SWMS2
RELIANCE TRUST CO.
ROMANO BROTHERS
S.C.BERNSTEIN LLC
SCOTIA CAPITAL**
SCOTTRADE, INC.
SMITH, MOORE & CO.
SOUTHWEST SEC,      INC.
STEPHENSINC
STEPHENS INC (PLEDGE ACCOUNT)
STERNE AGEE·& LEACH INC
STIFEL NICOLAUS & CO
STOCKCROSS FIN SVC
SUMITOMO TR & BANKNG
SUNTRUST BANK
SWISS AMERICAN SEC
SWISS AMERICAN SEC (PLEDGE ACCOUNT)
TERRA NOVA FINANCIAL
TX TREASURY SAFEKPG
THE BANK OF NOVA SCOTIA-TAXABLE ACCOUNT CDS
TIMBER HILL LLC
TRADESTATION SEC INC
TRUSTMARK NATNL BANK
US TRUST CO NA

UMB BANK, NA
UNION BANK CALIF N A
USAA INVEST MGEMT CO
WEDBUSH MORGAN SEC
WESBANCO BANK, INC.
WILLIAM BLAIR LLC
WILMINGTON TRUST CO

## Related 3rd Parties:

State Street Bank & Trust Company
SSB-BlackRock Institutional Trust
Deutsche Bank Frankfort
The Northern Trust Company
Goldman Sachs Execution & Clearing, L.P.
Goldman Sachs International
The Bank of New York Mellon
First Trust Exchange Traded Funds
Banque D'Orsay
Barclays Capital Securities Ltd.
RABO Capital Services
HVB Clearing
IVORS
BNY/Prudential Investments
Citibank, N.A.
UBS Securities LLC
UBS AG Stamford Branch
UBS Financial Services LLC
Deutsche Bank Securities, Inc.
Morgan Stanley Smith Barney LLC
Charles Schwab & Co., Inc.
First Clearing, LLC
Banc of America Securities LLC
Brown Brothers Harriman & Co.
PNC Bank, National Association
ABN/AMRO Clearing Chicago LLC
BNP Paribas, New York Branch
BNP Paribas Securities Corp.
TD Ameritrade Clearing, Inc.
R.B.C. Dominion Securities, Inc.
RBC Capital Markets Corporation
Pershing LLC
SEI Private Trust Company
TD Waterhouse Canada Inc.
Lehman Brothers, Inc.
RBS Securities Inc.
Fifth Third Bank/State Teachers Retirement of Ohio
Jefferies & Company, Inc.
E*Trade Clearing LLC
Edwards AG & Sons

# EXHIBIT 2

## SVG'S CONNECTION WITH POTENTIAL PARTIES-IN-INTEREST

### PRESENT CLIENTS – MATTERS UNRELATED

| Entity | Relationship to Debtors[1] | Firm Relationship |
|---|---|---|
| Allstate Investment Management Corp. | Pre-Petition lender to the Debtors | SVG represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases |
| Dell | Major customer of Debtors | SVG represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases |
| Ford | Major customer of Debtors | SVG represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases |
| John Hancock Financial Services, Inc. | Pre-Petition lender to the Debtors | SVG represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases |
| Liberty Mutual Insurance Company | Related third-party | SVG represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases |
| Wilmington Trust Company - Delaware | Pre-Petition lender to the Debtors | SVG represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases |

---

[1] Relationship to Debtors is based on the list of Potential Parties provided to SVG by counsel to the Debtors. See Exhibit 1. See, also, Green Declaration ¶5.

**FORMER CLIENTS – MATTERS UNRELATED**

| Entity | Relationship to Debtors[2] | Firm Relationship |
|---|---|---|
| Abitibi Consolidated | Pre-Petition Lender to the Debtors | SVG has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases |
| Lexington Insurance Co. | Insurance carrier of the Debtors | SVG has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases |
| Toyota – Local Dealers | Major customer of the Debtors | SVG has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases |

---

[2] Relationship to Debtors is based on the list of Potential Parties provided to SVG by counsel to the Debtors. See Exhibit 1. See, also, Green Declaration ¶5.