```
                  IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE


IN RE:                         )    Case No. 08-13141
                               )    (Jointly Administered)
                               )
TRIBUNE COMPANY,               )    Chapter 11
                               )    Courtroom #5
                               )    824 Market Street
            Debtors.           )    Wilmington, Delaware
                               )
                               )    April 21, 2011
                               )    11:30 a.m.
```

                         TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                      UNITED STATES BANKRUPTCY JUDGE

TELEPHONIC APPEARANCES:

For Debtors:              Sidley Austin
                          BY: JAMES BENDERNAGEL, ESQ.
                          202-736-8136
                          BY: JESSICA BOETLER, ESQ.
                          312-853-7030
                          BY: KEN KANSA, ESQ.
                          312-853-7163
                          BY: BRYAN KRAKAUER, ESQ.
                          312-853-1575
                          BY: KEVIN LANTRY, ESQ.
                          213-896-6022
                          BY: JILLIAN LUDWIG, ESQ.
                          312-853-7523
                          BY: KERRIANN MILLS, ESQ.
                          312-853-0036
                          BY: SOPHIA MULLEN, ESQ.
                          212-839-5884
                          BY: ALLISON E. STROMBERG, ESQ.
                          312-853-0497


ECRO:                     AL LUGANO

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

TELEPHONIC APPEARANCES:
(Continued)


For Debtor:                    Tribune Company
                               BY: DON LIEBENTRITT, ESQ.
                               312-222-3651
                               BY: GARY WEITMAN, ESQ.
                               312-222-3394
                               BY: DAVE ELDERSVELD, ESQ.
                               312-222-4707

                               Cole, Schotz, Meisel, Forman &
                               Leonard, PA
                               BY: NORMAN L. PERNICK, ESQ.
                               302-651-2000

For Official Committee
of Unsecured Creditors:        Chadbourne & Park, LLP
                               BY: MARC D. ASHLEY, ESQ.
                               212-408-5194
                               BY: DAVID LEMAY, ESQ.
                               212-408-5100
                               BY: THOMAS MCCORMACK, ESQ.
                               212-408-5100
                               BY: DOUGLAS DEUTSCH, ESQ.
                               212-408-5169
                               BY: MARC ROITMAN, ESQ.
                               212-408-5271
                               BY: ANDRES ROSENBLATT, ESQ.
                               212-408-5559
                               BY: HOWARD SEIFE, ESQ.
                               212-408-5361

                               Zuckerman Spaeder, LLP
                               BY: GRAEM BUSH, ESQ.
                               BY: ANDREW GOLDFARB, ESQ.
                               BY: JAMES SOTTILE, ESQ.
                               202-778-1800

                               Landis Rath & Cobb, LLP
                               BY: ADAM G. LANDIS, ESQ.
                               302-467-4444
                               BY: DANIEL RATH, ESQ.
                               302-467-4400
                               BY: MATTHEW B. MCGUIRE, ESQ.
                               302-467-4431

TELEPHONIC APPEARANCES:
(Continued)

For Deutsche Bank:              McCarter & English
                                BY: DAVID J. ADLER, ESQ.
                                212-609-6847
                                BY: KATHERINE L. MAYER, ESQ.
                                302-984-6312


For Barclays:                   Mayer Brown, LLP
                                BY: JEAN-MARIE ATAMIAN, ESQ.
                                212-506-2678
                                BY: MICHAEL L. SIMES, ESQ.
                                212-506-2607
                                BY: AMIT K. TREHAN, ESQ.
                                212-506-2500

                                Barclays Capital, Inc.
                                BY: BENSON WILSON
                                212-412-7642

                                DLA Piper, US, LLP
                                BY: MICHELLE MARINO, ESQ.
                                302-468-5700
For SuttonBrook Capital
Management:                     SuttonBrook Capital Management
                                BY: CAROL L. BALE
                                212-588-6640


For Oaktree Capital
Management:                     Dewey & LeBoeuf, LLP
                                BY: BRUDCE BENNETT, ESQ.
                                213-621-6021
                                BY: JAMES O. JOHNSTON
                                213-621-6000
                                BY: JOSHUA M. MESTER, ESQ.
                                213-621-6016


For JP Morgan Chase Bank:       Davis Polk & Wardwell, LLP
                                BY: DONALD S. BERNSTEIN, ESQ.
                                212-450-4092

                                Richards Layton & Finger
                                BY: DREW G. SLOAN, ESQ.
                                302-651-7612

TELEPHONIC APPEARANCES:
(Continued)

For GreatBanc Trust Co.:      Womble Carlyle Sandridge &
                              Rice
                              BY: THOMAS HORAN, ESQ.
                              302-252-4339
                              BY: FRANCIS MONACO, ESQ.
                              302-252-4340

For Morgan Stanley:           Weil Gotshal & Manges, LLP
                              BY: ANDREA SAAVEDRA, ESQ.
                              212-310-8544
                              BY: DAVID LITVAK, ESQ.
                              212-310-8361

                              Barnes & Thornburg, LLP
                              BY: DAVID POWLEN, ESQ.
                              302-888-4536

For Kramer Levin:             Kramer Levin Naftalis &
                              Frankel, LLP
                              BY: DAVID E. GLABEY, JR., ESQ.
                              212-715-9100

For McCormick Foundation:     Katten Muchin Rosenman, LLP
                              BY: DAVID C. BOHAN, ESQ.
                              312-902-5566
                              BY: JOHN SIEGER, ESQ.
                              312-902-5294

For Merrill Lynch Capital
Corporation:                  Kay Scholer, LLP
                              BY: JONATHAN AGUDELO, ESQ.
                              212-836-8369
                              BY: JANE PARVER, ESQ.
                              212-836-8510
                              BY: MADLYN G. PRIMOFF, ESQ.
                              212-836-7042

                              Potter Anderson & Carroon, LLP
                              BY: LAURIE SILVERSTEIN, ESQ.
                              302-984-6033
                              BY: R. STEPHEN MCNEIL, ESQ.
                              302-984-6067

For Dow Jones News Wires:     Dow Jones & Company
                              BY: PEG BRICKLEY
                              215-462-0953

TELEPHONIC APPEARANCES:
(Continued)

For Special Committee:        Jones Day
                             BY: LAUREN BUONOME, ESQ.
                             312-269-4387

For Aurelius:                Ashby & Geddes
                             BY: WILLIAM BOWDEN, ESQ.
                             BY: AMANDA WINFREE, ESQ.
                             302-654-1888

                             Akin Gump Strauss Hauer & Feld
                             BY: DANIEL H. GOLDEN, ESQ.
                             BY: DAVID ZENSKY, ESQ.
                             212-872-1000
                             BY: DEBORAH J. NEWMAN, ESQ.
                             212-872-7481
                             BY: SHAYA ROCHESTER, ESQ.
                             212-872-1076

                             Friedman Kaplan Seiler &
                             Adelman
                             BY: KIZZY L. JARASHOW, ESQ.
                             212-853-1115

                             Aurelius Capital Management LP
                             BY: MATTHEW A. ZLOTO, ESQ.
                             646-445-6518

For Credit Agreement Lenders: Young Conaway Stargatt &
                             Taylor
                             BY: ROBERT S. BRADY, ESQ.
                             302-571-5713
                             BY: BLAKE N. CLEARY, ESQ.
                             302-571-6714

                             Wilmer Cutler Pickering Hale
                             & Dorr
                             BY: ANDREW N. GOLDMAN, ESQ.
                             212-230-8836

For Bank of America:         Bank of America
                             BY: ESTHER CHUNG
                             646-855-6705

                             O'Melveny & Myers (NY)
                             BY: DANIEL S. SHAMAH, ESQ.
                             212-326-2138

TELEPHONIC APPEARANCES:
(Continued)

For Goldman Sachs & Co.:        Goldman Sachs & Company
                                BY: SCOTT BYNUM, ESQ.
                                212-902-8060
                                BY: LEXI FALLON, ESQ.
                                212-902-0791


For Citigroup:                  Paul Weiss Rifkind Wharton &
                                Garrison, LLP
                                BY: AMY DIETERICH, ESQ.
                                212-373-3688
                                BY: ANDREW GORDON, ESQ.
                                212-373-3543
                                BY: ANDREW LEVY, ESQ.
                                202-223-7328
                                BY: KIRA DAVIS, ESQ.
                                BY: SHANNON PENNOCK, ESQ.
                                212-373-3000


For Greate Bank:                Morgan Lewis & Brockius, LLP
                                BY: MENACHEM O. ZELMANOVITZ,
                                ESQ.  212-309-6000
                                BY: RACHEL MAUCERI, ESQ.
                                215-963-5000


For Wells Fargo Bank, NA:       Fox Rothschild, LLP
                                BY: ERIC M. SUTTY, ESQ.
                                302-622-4243

                                White & Case
                                BY: SCOTT GREISSMAN, ESQ.
                                212-819-8567


For Wilmington Trust:           Brown Rudnick, LLP
                                BY: GORDON NOVOD, ESQ.
                                212-209-4940

                                Camden Asset Management
                                BY: MARK HOLLIDAY
                                503-243-5000


For Bloomberg, LP:              Bloomberg, LP
                                BY: STEVEN H. CHURCH
                                302-661-7606

TELEPHONIC APPEARANCES:
(Continued)

```
For USB Investment Bank:      USB Securities LLC
                              BY: NEEL DOSHI, ESQ.
                              203-719-8723

For George Dougherty:         Grippo & Elden, LLC
                              BY: GEORGE DOUGHERTY, ESQ.
                              312-704-7700

For Chandler Bigelow:         Sperling & Slater
                              BY: STEVEN C. FLORSHEIM, ESQ.
                              312-641-3200
                              BY: CLAIRE P. MURPHY, ESQ.
                              312-641-3200

For Peter A. Knapp:           Wildman Harrold Allen & Dixon,
                              LLP
                              BY: PATRICK FRYE, ESQ.
                              312-201-2966

For U.S. Dept. of Labor:      U. S. Department of Labor
                              BY: LEONARD GERSON, ESQ.
                              202-693-5615

For Anna Kalenchits:          BY: ANNA KALENCHITS
                              212-723-1808

For Nomura Securities:        Nomura Securities
                              BY: ARTHUR KAVALIS
                              212-667-2370

For United States Trustee:    United States Trustee
                              Department
                              BY: DAVID KLAUDER, ESQ.
                              302-573-6491

For PNC Bank:                 Ballard Spahr, LLP
                              BY: DAVID T. MAY, ESQ.
                              302-252-4429

For Timothy Knight:           Hannafan & Hannafan, Ltd.
                              BY: JAMES A. MCGUINNESS, ESQ.
                              312-527-0055
```

TELEPHONIC APPEARANCES:
(Continued)

For Law Debenture Trust
Company:                          Kasowitz Benson Torres &
                                  Friedman
                                  BY: CHRISTINE MONTENEGRO, ESQ.
                                  212-506-1715
                                  BY: DAVID ROSNER, ESQ.
                                  212-506-1726

For Robert McCormick et.al.:      Duane Morris, LLP
                                  BY: RICHARD W. RILEY, ESQ.
                                  302-657-4900

For Schulte Roth & Zabel:         Schulte Roth & Zabel, LLP
                                  BY: KAREN S. PARK, ESQ.
                                  212-756-2036

For Eos Partners:                 Eos Partners
                                  BY: MIKE J. SCHOTT, ESQ.
                                  212-593-4046

For Scripps Networks:             Skadden Arps Slate Meagher &
                                  Flom
                                  BY: SUNDEEP S. SIDHU, ESQ.
                                  302-651-3239

For Miller Tabak Roberts:         Miller Tabak Roberts
                                  Securities, LLC
                                  BY: ANDREW M. THAU, ESQ.
                                  212-692-5178

For EGI-TRB, LLC:                 Jenner & Block, LLP
                                  BY: ANDREW VAIL, ESQ.
                                  312-840-8688

For Macquarie Capital:            Macquarie Capital (USA)
                                  BY: RUSHABH VORA, ESQ.
                                  212-231-6311

For Alvarez & Marsal, Inc.:       Alvarez & Marsal, Inc.
                                  BY: BRIAN WHITTMAN, ESQ.
                                  312-601-4227

TELEPHONIC APPEARANCES:
(Continued)

For Certain Current &
Former Officers and
Directors:                          Connolly Bove Lodge & Hutz,
                                    LLP
                                    BY: JEFFREY C. WISLER, ESQ.
                                    302-658-9141

For Sutton Brook Capital:           Klehr Harrison Harvey &
                                    Branzburg
                                    BY: MICHAEL YURKEWICZ, ESQ.
                                    215-569-3793

1

1   WILMINGTON, DELAWARE, WEDNESDAY, APRIL 21, 2011, 11:37 A.M.

2            THE COURT:  Good morning.  This is Judge Carey.

3   We're on the record in the Tribune Company Chapter 11

4   proceeding.  This is a follow-up to last week's hearing to

5   talk about scheduling and other matters.  I'll turn it over

6   to Counsel.

7            MR. KANSA:  Good morning, Your Honor.  Ken Kansa

8   of Sidley Austin on behalf of the debtors.  I think everyone

9   will thank the Court for accommodating us today, and as Your

10  Honor indicates, this is a status hearing on scheduling, and

11  in particular, re-solicitation-related matters and I would

12  propose to walk the Court through the discussions we have

13  had among the parties and our proposal for moving forward

14  with respect to this hearing.

15           THE COURT:  I'm hearing a lot of noise from the

16  telephone connection.  I don't know if someone is open near

17  an open windy window or outside on the street, but please

18  put your phone on mute.  All right.  Mr. Kansa, proceed.

19           MR. KANSA:  Thank you, Your Honor.  We have had

20  discussions with the Noteholder Plan Proponent's Counsel

21  over the past couple of days and with respect to the Debtor/

22  Committee/Lender Plan, we propose to file a Motion that

23  would seek four elements of relief respecting re-

24  solicitation for new or changed elections based on the

25  modifications that have been made to the DCL Plan.  That

1  would entail re-soliciting votes from the holders of Senior

2  Loan Claims and Senior Guarantee Claims.  That's

3  approximately 400 claim holders.  We would also seek new

4  treatment elections based on the new script consideration to

5  be provided under DCL Plan or the new script consideration

6  option from holders of Senior Noteholder claims and other

7  parent claims which are generally general unsecured claims

8  against Tribune Company.

9        We would also seek, based on revisions that have

10 been made to the Releases in the Debtor/Committee/Lender

11 Plan, revised Release elections from all holders of parent

12 claims.  And lastly, we would seek to permit holders of

13 parent claims to revise their elections with respect to the

14 contribution of disclaimed State Law Avoidance claims to the

15 creditor's trust.  And all of that would be laid out, along

16 with the appropriate forms, in the Motion that we propose to

17 file.

18        The -- we would also, with respect to the Release

19 elections, seek to obtain supplemental Release elections

20 from only those holders of subsidiary claims that previously

21 granted the Releases.  That's approximately 700 folks, give

22 or take; 700 to 800 claimants.

23        Your Honor, in the past couple of days, we have

24 shared a draft of our Proposed Motion with Counsel for

25 Aurelius.  They have come back to us with some comments and

1    we worked to incorporate those comments and clarify the

2    relief we're seeking in several respects.  We have also

3    received from Counsel for Aurelius last night copies of a

4    draft Motion for an Order respecting their own Plan

5    Modification that they seek.  I think it's fair to say

6    broadly that they do not contemplate any re-solicitation

7    based on the modifications that have been made to the

8    Noteholder Plan.  And I think, in broad terms, it's fair to

9    say that the DCL Plan Proponents agree in principle that no

10   re-solicitation is necessary based on the modifications that

11   the Noteholder Plan Proponents made.

12          In terms of timing, Your Honor, we would propose

13   to have at least the DCL Plan Proponents Motion on file

14   seeking all of the relief I've outlined no later than this

15   coming Monday.  The backstopping date for us on that, Your

16   Honor, is wanting to have a 20-day period in which the

17   holders of the Senior Loan claims and Senior Guarantee

18   claims could change their votes on the DCL plan if they

19   wished and to have them do that by the time the Court has

20   scheduled oral argument on June 14.  So we would propose a

21   supplemental voting deadline ideally on or about June 10.

22   Working those dates together, we would ask the Court if

23   there could be time set aside for a brief hearing to

24   consider our Motion and presumably, the Noteholder Plan

25   Proponent's Motion on either May 16 or May 17 and address,

1   hopefully obtain, the Orders on that day and leave us time

2   to get the packages in the mail and get the votes back

3   before we have closing arguments.

4            I'm happy to address any questions the Court may

5   have on that.

6            THE COURT:  Well, the 17th, is between the two

7   days -- they happened, fortunately, to open up recently and

8   I was going to try to reserve them to do some Chambers work,

9   but I'll give you the 17th at 10:00.

10           The other immediate reaction I have is I had --

11  put it this way.  If the parties agree, I'm not going to, as

12  an initial matter before ruling on any Motion the

13  Noteholders may file, whether re-solicitation is necessary

14  or not, but as I said to you, I think at the last hearing,

15  the benefit of re-solicitation on both would give the Court

16  the benefit of another view of the preference selection that

17  we had in the first round.  But that's the only comment I'll

18  offer at this point and leave for determination at a hearing

19  whether I will insist on that or not.  But other than that,

20  no other questions.

21           MR. KANSA:  And, Your Honor, Ken Kansa on behalf

22  of the debtors again.  I -- we had certainly took the

23  Court's comments to heart on that point, and understanding

24  that the ultimate determination on that would await May 17.

25  I think the view of the Noteholder Plan Proponents, and they

1  can speak for themselves to the subject, but I think the

2  view of both parties is, given that only one class is

3  proposed to be re-solicited under either Plan and the votes

4  in that class was overwhelmingly one way on one of the Plans

5  and overwhelmingly the opposite way on the other Plan, I

6  think that may provide the Court with the insight that aides

7  into how that class views the two Plans.

8          THE COURT:  Well, you make a good point, Mr.

9  Kansa.  All right.  Shall I hear from the Noteholders?

10          MR. GOLDEN:  Daniel Golden of Akin, Gump,

11  Strauss, Hauer & Feld, Counsel for Aurelius Capital and the

12  other Noteholder Plan Proponents.  I can confirm most of

13  what Mr. Kansa has reported to the Court.  I think the

14  parties, the two Competing Plan Proponent parties, have

15  cooperated over the last few days.  We have reviewed their

16  draft Motion, given them some suggestions.  They are in the

17  process of reviewing our draft Motion.

18          We have determined, we, the Noteholder Plan

19  Proponents, have determined that based upon the further

20  amendments we intend to make and our understanding of the

21  relevant law, we don't believe it is necessary, frankly, or

22  appropriate that we -- say for the point that Your Honor has

23  raised and I'll come back to that, to re-solicit with

24  respect to our additional proposed amendments that we will

25  be making when we file our Third Amended Plan on Monday.

1          We also understand why the DCL Plan Proponents

2    have come to a different reaction or a different conclusion

3    with respect to one of the amendments that they are making

4    with their Plan.  I think, as Mr. Sottile indicated to the

5    Court last Thursday, it's not so much that they believe it's

6    a necessity of law, but rather, a belt and suspenders

7    approach just to be safe.  So in part, I think the two

8    Competing Plan Proponents don't disagree with the respective

9    relief, the ultimate relief, that each side will be seeking

10   in their respective Motions that they will be filing no

11   later than Monday.  I'll confirm that we will also file our

12   Motion no later than Monday and we will also be filing the

13   companion Third Amendment to the Plan so that the Motion

14   will make sense.

15          We will be asking the Court at the hearing, now

16   scheduled for May 17, for a determination that our

17   determination was, in fact, correct; that our Plan

18   Amendments don't require any further solicitation.  But I

19   think it's fair to say, Your Honor, in large part because we

20   don't intend to solicit and because the DCL's only intent to

21   actually solicit a yes -- a different yes or no vote with

22   respect to the senior lender class, that it doesn't really

23   provide the opportunity that Your Honor may have been

24   looking for so that all creditors and interest holders of

25   the respective estates would be given a ballot where they

1  could check the box, which Plan, if both Plans were

2  confirmed, which Plan do you prefer.

3       I'll also say that I agree with Mr. Kansa.  I

4  don't think, even if we were to do so, that the results

5  would change in any significant way.  I think the Senior

6  Lenders and the -- certain of the general unsecured

7  creditors would prefer the DCL Plan and the Senior

8  Noteholders and the PHONES will prefer the Noteholder Plan.

9  So I'm not sure how much insight we would get from that kind

10  of preference vote but obviously, we can take that issue up

11  again at the hearing on the 17th.

12       I will say, Your Honor, that there is one point

13  of disagreement between the Noteholder Plan Proponents and

14  the DCLs which we can -- if we can't resolve consensually

15  among ourselves, we will hash out on the 17th, and that, just

16  to put it on the agenda, is the issue of how do we inform

17  all of the creditors and other parties and interests exactly

18  what the current status of the competing plan process,

19  competing confirmation process, is at this point?  We had

20  talked about filing a joint one-page notice that would not

21  have any advocacy in it, would simply report the facts as

22  where the parties stand in the competing plan process, and

23  we would ask that that one-page, or maybe two sides of one

24  piece of paper, be included in the solicitation packages

25  that the DCLs intend to send out since we don't intend to

1  send out any packages.  We think it's just educational

2  insight.  There is some current disagreement as to whether

3  that's appropriate or not.  We will continue to try and hash

4  that issue out.  But we do believe that, for the benefit of

5  all creditors in this case and all other parties and

6  interests, that a joint notice that could be approved by the

7  Court would be appropriate that would go out to a general

8  distribution.  So parties who haven't actually been

9  following the case, haven't been attending the actual

10  confirmation hearing, either in person or by phone, would

11  have an opportunity to have an up-to-the-minute update as to

12  exactly where the Competing Plan Process remains.  And as I

13  said, we'll try to continue to reach a consensus on that

14  point and present that consensus hopefully to Your Honor on

15  the 17th.  If not, I assume that will be one of the arguments

16  we will be making at that time.

17             THE COURT:  Well, let me say, Mr. Golden, that I

18  do think there should be some general notification to all,

19  even to those whose votes aren't being re-solicited,

20  informing them of what is the present status and how the

21  parties intend to go forward.  I think it's better -- I do

22  agree.  I think it's better if such a notice does not

23  contain advocacy.  If it's -- if the primary area of dispute

24  over this is cost, you know, I can make the appropriate

25  decision on that.  But have the parties discussed and/or

1  agreed or decided respectively what additional notice or

2  disclosure will be made in connection with those whose votes

3  are being re-solicited?

4        MR. KANSA:  Your Honor, Ken Kansa on behalf of

5  the debtors.  We have contemplated that for creditors,

6  specifically holders of Senior Loan claims and Senior

7  Guarantee claims under the DCL Plan whose votes are being

8  re-solicited, there would be a brief supplement to the

9  Disclosure Statement included in the materials that are sent

10 to them.  The change is fairly easy to explain so it is not

11 a lengthy or a detailed document, but that would be appended

12 to the Motion we will file no later than Monday.

13        THE COURT:  Okay.  And --

14        MR. GEORGE:  And, Your Honor, likewise, for the

15 Noteholder Plan Proponents, we have prepared a notice that

16 summarizes the proposed additional changes that will be

17 contained in the Noteholder Third Amended Plan.  It would be

18 our intention either to simply just file that notice much

19 like we did with respect to our Second Amended Plan, much

20 like how the DCL Plan Proponents handled their prior Plan

21 Amendment, and to file that, to serve it on the 2002 service

22 list, and to make reference to those -- to that document in

23 this joint notice that I had just discussed a moment ago so

24 that parties, as wide a net as we can cast, parties will be

25 able -- will be directed to where to look to to see exactly

1  what changes are being made in the Noteholder's Third

2  Amended Plan.

3          MR. KANSA:  Your Honor, Ken Kansa on behalf of

4  the debtors.  I won't respond to that except to say that I

5  think we're starting to get into the area of details that

6  the parties need to continue to talk about and haven't

7  reached a consensus on yet.

8          THE COURT:  Okay.  Does anyone else wish to be

9  heard?  I hear no further response.  Is there anything else

10  that we need to talk about today?

11          MR. KANSA:  Your Honor, Ken Kansa on behalf of

12  debtors.  I don't believe so.

13          MR. GOLDEN:  And, Your Honor, Daniel Golden on

14  behalf of noteholders.  I don't think there is anything else

15  other than we will be in front of you on other matters this

16  coming Monday at 1:00.

17          MR. RILEY:  Your Honor, Richard Riley for the

18  Foundations.  I think we were going to talk about possible

19  briefing by the other objectors?

20          THE COURT:  Yes.  My -- I'm trying to think.  My

21  notes -- I don't have my notes handy in terms of the

22  briefing schedule that I think had been suggested, but I

23  don't think has yet been memorialized in any written Order,

24  but the parties can correct me if I'm wrong.

25          Mr. Kansa, you want to refresh me on what we

1  talked about when we last discussed this issue?

2          MR. KANSA:  Your Honor, the only thing I believe

3  Mr. Riley could be coming to is the question of whether at

4  the hearing last week there would be the supplemental

5  briefing coming from the -- I guess it's the Foundations and

6  non-Noteholder or non-DCL Proponent objections to the

7  various Plans.  I don't believe that we had worked out a

8  timetable, although others may correct me, and I don't know

9  if it's appropriate to have them on the same timetable as

10  other folks or how that may work.

11          THE COURT:  Well no, I know what the purpose is.

12  I couldn't remember the timetable that we had agreed to with

13  respect to the Competing Plan Proponents.  I just --

14          MR. SOTTILE:  Your Honor, James Sottile of

15  Zuckerman Spaeder.  I'd be happy to help the Court with

16  respect to the schedule if that would be helpful.

17          THE COURT:  That would be.  Thank you.

18          MR. SOTTILE:  Your Honor, the opening Briefs

19  would be due on May 11 and replies would be due on May 27

20  under the agreement that the parties submitted and that the

21  Court has approved.

22          And Mr. Riley does raise an issue that I believe

23  the Court left open at the conclusion of the hearings, which

24  is whether or not the Court would entertain any supplemental

25  submissions from parties other than the Plan Proponents with

1  respect to their legal objections and, if so, on what

2  schedule and subject to what page limitations.  That issue,

3  I think, Your Honor, was simply left unresolved.

4          THE COURT:  It was and I do intend to permit it

5  and my thought was that I'd ask that they be submitted in

6  letter form no more than five pages by May 11.

7          MR. SOTTILE:  Your Honor, James Sottile of

8  Zuckerman Spaeder, special Counsel to the Committee, on one

9  point I'd like to raise for the Court's consideration there

10 is whether you would permit the Plan Proponents to file a

11 brief letter response to any such supplemental filings,

12 perhaps limited to no more than 10 pages that would address

13 all supplemental filings made by third parties if that would

14 be acceptable to the Court.

15         THE COURT:  Ten pages for -- but the 10-page

16 submission would include responses to any -- all and any of

17 the other objector's submissions?

18         MR. SOTTILE:  Yes, Your Honor.  It would be an

19 omnibus addressing any and all supplemental filings by other

20 objectors.

21         THE COURT:  I'm okay with that.

22         MR. SOTTILE:  When would the Court like us to

23 submit such a response?

24         THE COURT:  Well, why don't you submit it with

25 your replies?

1          MR. SOTTILE:  Certainly, Your Honor.

2          THE COURT:  Well actually, you know what, maybe

3    -- bear with me.  Maybe I can ask you to send them in a

4    little earlier so I can stage our work here.  How about by

5    May 20?

6          MR. SOTTILE:  I'm just checking the calendars,

7    Your Honor.  Absent screams of protest from my fellow

8    Proponents or from the Noteholder Plan Proponents, I believe

9    that that should be fine, Your Honor.

10          MR. GOLDEN:  That's perfect.  I'm sorry, Your

11    Honor.  Daniel Golden.  That's perfectly acceptable to the

12    Noteholder Plan Proponents.

13          THE COURT:  Okay.

14          MR. GOLDEN:  Your Honor, I'm sorry.  I did have

15    one other issue if this is the right time to raise it.  It

16    has nothing to do with the topics we've discussed so far.

17          THE COURT:  All right.  That's fine, but let me

18    just ask that Counsel confer and submit a form of Order that

19    embodies the briefing schedule.

20          MR. SOTTILE:  We will do so, Your Honor.

21          THE COURT:  Okay.

22          MR. SOTTILE:  James Sottile of Zuckerman again.

23          THE COURT:  Thank you.  Mr. Golden, go ahead.

24          MR. DOUGHERTY:  Your Honor?  Your Honor?

25          THE COURT:  Yes?

1          MR. DOUGHERTY:  This is George Dougherty on

2     behalf of a Certain Current and Former Directors.  Before we

3     leave that last issue, just for clarity sake, with respect

4     to the five-page submissions, would it be acceptable and

5     maybe helpful to the Court if we were to incorporate the

6     sections of the previous Briefs that we had submitted that

7     we think are still relevant, and at the same time, tell you

8     which ones we think are no longer relevant, which sections

9     have been rendered mooted because of rulings you have made

10    or other things?

11         THE COURT:  That would be helpful.

12         MR. DOUGHERTY:  That way you'd kind of have a

13    road map.

14         THE COURT:  That would be very helpful.  Thank

15    you.

16         MR. DOUGHERTY:  Okay.  Thanks.

17         MR. GOLDEN:  Okay.  Daniel Golden again, Your

18    Honor.  I approach the next topic with a fair amount of

19    trepidation and a total appreciation for the Court's

20    workload, but we are running -- starting to run hard on the

21    -- a potential statute of limitations issue with respect to

22    the State Law Constructive Fraudulent Conveyance claimed and

23    I was simply trying to ascertain when or if it's likely the

24    Court would be able to turn its attention to the forms, the

25    competing forms of Orders that have been submitted so we can

1  plan accordingly.

2          THE COURT:  I'd say it's a fair question, Mr.

3  Golden.  I have been trying to get to it.  My present plan

4  is to come in on our holiday tomorrow and work my way

5  through the competing forms of Order.  I may, but do not

6  promise, that I will have come to a resolution as early as

7  the hearing on Monday.  But I -- my -- I expect to do, at

8  least in terms of making a decision, if not preparing an

9  Order, some time tomorrow, but don't tell anybody I'm coming

10 in.

11         MR. GOLDEN:  Okay.  I appreciate that, Your

12 Honor, and I will be here at work and if I can help in any

13 way, I'm happy to offer my services.

14         THE COURT:  Thank you very much.  Is there

15 anything else for today?  All right.  Thank you all very

16 much.  That concludes this hearing.  The Court will stand in

17 recess.

18     (Whereupon, at 12:00 p.m., the hearing was adjourned.)

19                     CERTIFICATION

20         I certify that the foregoing is a correct

21 transcript from the electronic sound recording of the

22 proceedings in the above-entitled matter.

23

24 _____          21 April 2011

25 Tammy L. Kelly, Transcriber                    Date

| Word | Page:Line |
| --- | --- |
| **10-page**(1) 21:15 | |
| **20-day**(1) 12:16 | |
| **a.m**(2) 1:14 10:1 | |
| **able**(2) 18:25 23:24 | |
| **about**(8) 10:5 12:21 16:20 19:6 19:10 | |
| 19:18 20:1 22:4 | |
| **aboveentitled** (1) 24:22 | |
| **absent**(1) 22:7 | |
| **acceptable**(3) 21:14 22:11 23:4 | |
| **accommodating**(1) 10:9 | |
| **accordingly**(1) 24:1 | |
| **actual**(1) 17:9 | |
| **actually**(3) 15:21 17:8 22:2 | |
| **adam**(1) 2:40 | |
| **additional**(3) 14:24 18:1 18:16 | |
| **address**(3) 12:25 13:4 21:12 | |
| **addressing**(1) 21:19 | |
| **adelman**(1) 5:23 | |
| **adjourned**(1) 24:18 | |
| **adler**(1) 3:5 | |
| **administered**(1) 1:6 | |
| **advocacy**(2) 16:21 17:23 | |
| **again**(4) 13:22 16:11 22:22 23:17 | |
| **against**(1) 11:8 | |
| **agenda**(1) 16:16 | |
| **ago**(1) 18:23 | |
| **agree**(4) 12:9 13:11 16:3 17:22 | |
| **agreed**(2) 18:1 20:12 | |
| **agreement**(2) 5:31 20:20 | |
| **agudelo**(1) 4:33 | |
| **ahead**(1) 22:23 | |
| **aides**(1) 14:6 | |
| **akin**(2) 5:13 14:10 | |
| **all**(16) 10:18 11:11 11:15 12:14 14:9 | |
| 15:24 16:17 17:5 17:5 17:18 21:13 21:16 | |
| 21:19 22:17 24:15 24:15 | |
| **allen**(1) 7:18 | |
| **allison**(1) 1:40 | |
| **along**(1) 11:16 | |
| **also**(8) 11:3 11:9 11:18 12:2 15:1 15:11 | |
| 15:12 16:3 | |
| **although**(1) 20:8 | |
| **alvarez**(2) 8:42 8:42 | |
| **amanda**(1) 5:10 | |
| **amended**(4) 14:25 18:17 18:19 19:2 | |
| **amendment**(2) 15:13 18:21 | |
| **amendments**(4) 14:20 14:24 15:3 15:18 | |
| **america**(2) 5:43 5:43 | |
| **amit**(1) 3:15 | |
| **among**(2) 10:13 16:15 | |
| **amount**(1) 23:18 | |
| **amy**(1) 6:13 | |
| **and**(75) 9:5 10:5 10:9 10:10 10:11 10:13 | |
| 11:2 11:12 11:6 11:12 11:15 11:25 12:1 | |
| 12:8 12:17 12:24 12:24 12:25 13:1 13:2 | |
| 13:7 13:18 13:21 13:23 13:25 14:3 14:5 | |
| 14:11 14:20 14:23 15:6 15:12 15:20 15:24 | |
| 16:6 16:7 16:8 16:13 16:15 16:16 16:17 | |
| 16:22 17:3 17:5 17:5 17:12 17:14 17:20 | |
| 18:6 18:13 18:14 18:21 18:22 19:6 19:13 | |
| 20:5 20:8 20:19 20:20 20:22 21:1 21:2 | |
| 21:4 21:5 21:16 21:19 22:18 23:2 23:4 | |
| 23:7 23:19 23:22 24:4 24:12 24:12 | |
| **and/or**(1) 17:25 | |
| **anderson**(1) 4:40 | |
| **andrea**(1) 4:12 | |
| **andres**(1) 2:28 | |
| **andrew**(6) 2:35 5:40 6:15 6:17 8:31 8:35 | |
| **anna**(2) 7:27 7:27 | |
| **another**(1) 13:16 | |
| **any**(14) 12:6 13:4 13:12 15:18 16:5 16:21 | |
| 17:1 19:23 20:24 21:11 21:16 21:16 21:19 | |
| 24:12 | |
| **anybody**(1) 24:9 | |

| Word | Page:Line |
| --- | --- |
| **anyone**(1) 19:8 | |
| **anything**(3) 19:9 19:14 24:15 | |
| **appearances**(9) 1:21 2:1 3:1 4:1 5:1 6:2 | |
| 7:1 8:1 9:1 | |
| **appended**(1) 18:11 | |
| **appreciate**(1) 24:11 | |
| **appreciation**(1) 23:19 | |
| **approach**(2) 15:7 23:18 | |
| **appropriate**(6) 11:16 14:22 17:3 17:7 | |
| 17:24 20:9 | |
| **approved**(2) 17:6 20:21 | |
| **approximately**(2) 11:3 11:21 | |
| **april**(3) 1:13 10:1 24:24 | |
| **are**(10) 11:7 14:16 15:3 18:3 18:7 18:9 | |
| 19:1 23:7 23:8 23:20 | |
| **area**(2) 17:23 19:5 | |
| **aren't**(1) 17:19 | |
| **argument**(1) 12:20 | |
| **arguments**(2) 13:3 17:15 | |
| **arps**(1) 8:24 | |
| **arthur**(1) 7:31 | |
| **ascertain**(1) 23:23 | |
| **ashby**(1) 5:8 | |
| **ashley**(1) 2:18 | |
| **aside**(1) 12:23 | |
| **ask**(5) 12:22 16:23 21:5 22:3 22:18 | |
| **asking**(1) 15:15 | |
| **asset**(1) 6:41 | |
| **assume**(1) 17:15 | |
| **atamian**(1) 3:11 | |
| **attending**(1) 17:9 | |
| **attention**(1) 23:24 | |
| **aurelius**(5) 5:8 5:27 11:25 12:3 14:11 | |
| **austin**(2) 1:23 10:8 | |
| **avoidance**(1) 11:14 | |
| **await**(1) 13:24 | |
| **back**(3) 11:25 13:2 14:23 | |
| **backstopping**(1) 12:15 | |
| **bale**(1) 3:27 | |
| **ballard**(1) 7:39 | |
| **ballot**(1) 15:25 | |
| **bank**(8) 3:4 3:39 5:43 5:43 6:23 6:29 7:4 | |
| 7:39 | |
| **bankruptcy**(1) 1:1 1:19 | |
| **barclays**(2) 3:10 3:18 | |
| **barnes**(1) 4:17 | |
| **based**(6) 10:24 11:4 11:9 12:7 12:10 14:15 | |
| **bear**(1) 22:3 | |
| **because**(3) 15:19 15:20 23:9 | |
| **been**(11) 10:25 11:10 12:7 15:23 17:8 | |
| 17:9 19:22 19:23 23:9 23:25 24:3 | |
| **before**(4) 1:18 13:3 13:12 23:2 | |
| **behalf**(7) 10:8 13:21 18:4 19:3 19:11 | |
| 19:14 23:2 | |
| **being**(4) 17:19 18:3 18:7 19:1 | |
| **believe**(8) 14:21 15:5 17:4 19:12 20:2 | |
| 20:7 20:22 22:8 | |
| **belt**(1) 15:6 | |
| **bendernagel**(1) 1:24 | |
| **benefit**(3) 13:15 13:16 17:4 | |
| **bennett**(1) 3:32 | |
| **benson**(2) 3:19 8:5 | |
| **bernstein**(1) 3:40 | |
| **better**(2) 17:21 17:22 | |
| **between**(2) 13:6 16:13 | |
| **bigelow**(1) 7:12 | |
| **blake**(1) 5:35 | |
| **block**(1) 8:34 | |
| **bloomberg**(2) 6:45 6:45 | |
| **boetler**(1) 1:26 | |
| **bohan**(1) 4:27 | |
| **both**(3) 13:15 14:2 16:1 | |

| Word | Page:Line |
| --- | --- |
| **bove**(1) 9:6 | |
| **bowden**(1) 5:9 | |
| **box**(1) 16:1 | |
| **brady**(1) 5:31 | |
| **branzburg**(1) 9:12 | |
| **brian**(1) 8:43 | |
| **brickley**(1) 4:47 | |
| **brief**(3) 12:23 18:8 21:11 | |
| **briefing**(4) 19:19 19:22 20:5 22:19 | |
| **briefs**(2) 20:18 23:6 | |
| **broad**(1) 12:8 | |
| **broadly**(1) 12:6 | |
| **brockius**(1) 6:23 | |
| **brook**(1) 9:11 | |
| **brown**(2) 3:10 6:37 | |
| **brudce**(1) 3:32 | |
| **bryan**(1) 1:30 | |
| **buonome**(1) 5:5 | |
| **bush**(1) 2:34 | |
| **but**(20) 10:17 13:9 13:14 13:17 13:19 | |
| 14:1 15:6 15:18 16:10 17:4 17:25 18:11 | |
| 19:22 19:24 21:15 22:17 23:20 24:5 24:7 | |
| 24:9 | |
| **bynum**(1) 6:6 | |
| **calendars**(1) 22:6 | |
| **camden**(1) 6:41 | |
| **can**(11) 14:1 14:12 16:10 16:14 17:24 | |
| 18:24 19:24 22:3 22:4 23:25 24:12 | |
| **can't**(1) 16:14 | |
| **capital**(3) 10:3 3:18 3:25 3:26 3:30 4:31 5:27 | |
| 8:38 8:38 9:11 14:11 | |
| **carey**(2) 1:18 10:2 | |
| **carlyle**(1) 4:4 | |
| **carol**(1) 3:27 | |
| **carroon**(1) 4:40 | |
| **case**(4) 1:5 6:33 17:5 17:9 | |
| **cast**(1) 18:24 | |
| **certain**(3) 9:4 16:6 23:2 | |
| **certainly**(2) 13:22 22:1 | |
| **certification**(1) 24:19 | |
| **certify**(1) 24:20 | |
| **chadbourne**(1) 2:17 | |
| **chambers**(1) 13:8 | |
| **chandler**(1) 7:12 | |
| **change**(3) 12:18 16:5 18:10 | |
| **changed**(1) 10:24 | |
| **changes**(2) 18:16 19:1 | |
| **chapter**(2) 1:8 10:3 | |
| **chase**(1) 3:39 | |
| **check**(1) 16:1 | |
| **checking**(1) 22:6 | |
| **christine**(1) 8:7 | |
| **chung**(1) 5:44 | |
| **church**(1) 6:46 | |
| **citigroup**(1) 6:11 | |
| **claim**(1) 11:3 | |
| **claimants**(1) 11:22 | |
| **claimed**(1) 23:22 | |
| **claims**(13) 11:2 11:2 11:6 11:7 11:7 11:12 | |
| 11:13 11:14 11:20 12:17 12:18 18:6 18:7 | |
| **claire**(1) 7:15 | |
| **clarify**(1) 12:1 | |
| **clarity**(1) 23:2 | |
| **class**(4) 14:2 14:4 14:7 15:22 | |
| **cleary**(1) 5:35 | |
| **closing**(1) 13:3 | |
| **cobb**(1) 2:39 | |
| **cole**(1) 2:12 | |
| **come**(5) 11:25 14:23 15:2 24:4 24:6 | |
| **coming**(5) 12:15 19:16 20:3 20:5 24:9 | |
| **comment**(1) 13:17 | |
| **comments**(3) 11:25 12:1 13:23 | |
| **committee**(3) 2:16 5:4 21:8 | |
| **committee/lender**(1) 10:22 | |
| **companion**(1) 15:13 | |
| **company**(7) 1:8 2:4 4:46 6:5 8:5 10:3 | |

| Word | Page:Line |
| --- | --- |
| **competing**(9) 14:14 15:8 16:18 16:19 | |
| 16:22 17:12 20:13 23:25 24:5 | |
| **conaway**(1) 5:31 | |
| **concludes**(1) 24:16 | |
| **conclusion**(2) 15:2 20:23 | |
| **confer**(1) 22:18 | |
| **confirm**(2) 14:12 15:11 | |
| **confirmation**(2) 16:19 17:10 | |
| **confirmed**(1) 16:2 | |
| **connection**(2) 10:16 18:2 | |
| **connolly**(1) 9:6 | |
| **consensually**(1) 16:14 | |
| **consensus**(3) 17:13 17:14 19:7 | |
| **consider**(1) 12:24 | |
| **consideration**(3) 11:4 11:5 21:9 | |
| **constructive**(1) 23:22 | |
| **contain**(1) 17:23 | |
| **contained**(1) 18:17 | |
| **contemplate**(1) 12:6 | |
| **contemplated**(1) 18:5 | |
| **continue**(3) 17:3 17:13 19:6 | |
| **continued**(8) 2:2 3:2 4:2 5:2 6:3 7:2 8:2 | |
| 9:2 | |
| **contribution**(1) 11:14 | |
| **conveyance**(1) 23:22 | |
| **cooperated**(1) 14:15 | |
| **copies**(1) 12:3 | |
| **corporation**(1) 4:32 | |
| **correct**(4) 15:17 19:24 20:8 24:20 | |
| **cost**(1) 17:24 | |
| **could**(5) 12:18 12:23 16:1 17:6 20:3 | |
| **couldn't**(1) 20:12 | |
| **counsel**(7) 10:6 10:20 11:24 12:3 14:11 | |
| 21:8 22:18 | |
| **couple**(2) 10:21 11:23 | |
| **court**(45) 1:1 10:2 10:9 10:12 10:15 12:19 | |
| 12:22 13:4 13:6 13:15 14:6 14:8 14:13 | |
| 15:5 15:15 17:7 17:17 18:13 19:8 19:20 | |
| 20:11 20:15 20:17 20:21 20:23 20:24 21:4 | |
| 21:14 21:15 21:21 21:22 21:24 22:2 22:13 | |
| 22:17 22:21 22:23 22:25 23:5 23:11 23:14 | |
| 23:24 24:2 24:14 24:16 | |
| **courtroom**(1) 1:9 | |
| **court's**(3) 13:23 21:9 23:19 | |
| **credit**(1) 5:31 | |
| **creditors**(6) 2:17 15:24 16:7 16:17 17:5 | |
| 18:5 | |
| **creditor's**(1) 11:15 | |
| **current**(9) 9:4 16:18 17:2 23:2 | |
| **cutler**(1) 5:38 | |
| **daniel**(7) 2:42 5:14 5:48 14:10 19:13 | |
| 22:11 23:17 | |
| **data**(1) 1:45 | |
| **date**(1) 12:15 | |
| **dates**(1) 12:22 | |
| **dave**(1) 2:9 | |
| **david**(10) 2:20 3:5 4:14 4:18 4:23 4:27 | |
| 5:15 7:36 7:40 8:9 | |
| **davis**(2) 3:39 6:19 | |
| **day**(2) 5:4 13:1 | |
| **days**(4) 10:21 11:23 13:7 14:15 | |
| **dcl**(9) 10:25 11:5 12:9 12:13 12:18 15:1 | |
| 16:7 18:7 18:20 | |
| **dcls**(2) 16:14 16:25 | |
| **dcl's**(1) 15:20 | |
| **deadline**(1) 12:21 | |
| **debenture**(1) 8:4 | |
| **deborah**(1) 5:17 | |
| **debtor**(2) 2:4 10:21 | |
| **debtor/committee/lender**(1) 11:10 | |

| Word | Page:Line |
| --- | --- |

**debtors**(7) 1:11 1:23 10:8 13:22 18:5 19:4 19:12

**decided**(1) 18:1
**decision**(2) 17:25 24:8
**delaware**(3) 1:2 1:11 10:1
**department**(2) 7:23 7:35
**dept**(1) 7:23
**detailed**(1) 18:11
**details**(1) 19:5
**determination**(4) 13:18 13:24 15:16 15:17
**determined**(2) 14:18 14:19
**deutsch**(1) 2:24
**deutsche**(1) 3:4
**dewey**(1) 3:31
**diaz**(1) 1:45
**did**(2) 18:19 22:14
**dieterich**(1) 6:13
**different**(3) 15:2 15:2 15:21
**directed**(1) 18:25
**directors**(2) 9:6 23:2
**disagree**(1) 15:8
**disagreement**(2) 16:13 17:2
**disclaimed**(1) 11:14
**disclosure**(2) 18:2 18:9
**discussed**(4) 17:25 18:23 20:1 22:16
**discussions**(2) 10:12 10:20
**dispute**(1) 17:23
**distribution**(1) 17:8
**district**(1) 1:2
**dixon**(1) 7:18
**dla**(1) 3:22
**document**(2) 18:11 18:22
**does**(3) 17:22 19:8 20:22
**doesn't**(1) 15:22
**don**(1) 2:5
**donald**(1) 3:40
**don't**(15) 10:16 14:21 15:8 15:18 15:20 16:4 16:25 19:12 19:14 19:21 19:23 20:7 20:8 21:24 24:9
**dorr**(1) 5:39
**doshi**(1) 7:5
**dougherty**(7) 7:8 7:9 22:24 23:1 23:1 23:12 23:16
**douglas**(1) 2:24
**dow**(2) 4:46 4:46
**draft**(4) 11:24 12:4 14:16 14:17
**drew**(1) 3:44
**duane**(1) 8:12
**due**(2) 20:19 20:19
**each**(1) 15:9
**earlier**(1) 22:4
**early**(1) 24:6
**easy**(1) 18:10
**ecro**(1) 1:43
**educational**(1) 17:1
**egi-trb**(1) 8:34
**either**(4) 12:25 14:3 17:10 18:18
**elden**(1) 7:8
**eldersveld**(1) 2:9
**elections**(6) 10:24 11:4 11:11 11:13 11:19 11:19
**electronic**(2) 1:51 24:21
**elements**(1) 10:23
**else**(4) 19:8 19:9 19:14 24:15
**embodies**(1) 22:19
**english**(1) 3:4
**entail**(1) 11:1
**entertain**(1) 20:24
**eos**(2) 8:20 8:20
**eric**(1) 6:30

**esq**(95) 1:24 1:26 1:28 1:30 1:32 1:34 1:36 1:38 1:40 2:5 2:7 2:9 2:14 2:18 2:20 2:22 2:24 2:26 2:28 2:30 2:34 2:35 2:36 2:40 2:42 2:44 3:5 3:7 3:11 3:13 3:15 3:23 3:32 3:36 3:40 3:44 4:6 4:8 4:12 4:14 4:18 4:23 4:27 4:29 4:33 4:35 4:37 4:41 4:43 5:5 5:9 5:10 5:14 5:15 5:17 5:19 5:24 5:28 5:33 5:35 5:40 5:48 6:6 6:8 6:13 6:15 6:17 6:19 6:20 6:25 6:26 6:30 6:34 6:38 7:5 7:9 7:13 7:18 7:20 7:24 7:36 7:40 7:44 8:7 8:9 8:13 8:17 8:21 8:26 8:31 8:35 8:39 8:43 9:8 9:13

**estates**(1) 15:25
**esther**(1) 5:44
**et.al**(1) 8:12
**even**(2) 16:4 17:19
**everyone**(1) 10:8
**exactly**(3) 16:17 17:12 18:25
**except**(1) 19:4
**expect**(1) 24:7
**explain**(1) 18:10
**fact**(1) 15:17
**facts**(1) 16:21
**fair**(5) 12:5 12:8 15:19 23:18 24:2
**fairly**(1) 18:10
**fallon**(1) 6:8
**far**(1) 22:16
**fargo**(1) 6:29
**feld**(2) 5:13 14:11
**fellow**(1) 2:27
**few**(1) 14:15
**file**(10) 10:22 11:17 12:13 13:13 14:25 15:11 18:12 18:18 18:21 21:10

**filing**(3) 15:10 15:12 16:20
**filings**(3) 21:11 21:13 21:19
**fine**(2) 22:9 22:17
**finger**(1) 3:43
**first**(1) 13:17
**five**(1) 21:6
**five-page**(1) 23:4
**flom**(1) 8:25
**florsheim**(1) 7:13
**folks**(2) 11:21 20:10
**follow-up**(1) 10:4
**following**(1) 17:9

**for**(70) 1:2 1:23 2:4 2:16 3:4 3:10 3:25 3:30 3:39 4:4 4:11 4:21 4:26 4:31 4:46 5:4 5:8 5:31 5:43 6:5 6:11 6:23 6:29 6:45 7:4 7:8 7:12 7:18 7:23 7:27 7:30 7:34 7:39 7:43 8:4 8:12 8:16 8:20 8:24 8:29 8:34 8:38 8:42 9:4 9:11 10:9 10:13 10:24 11:24 12:15 12:15 12:23 13:18 14:1 14:11 14:22 15:16 15:16 15:24 17:4 18:5 18:14 19:17 21:9 21:15 23:3 23:19 24:15

**foregoing**(1) 24:20
**form**(2) 21:6 22:18
**forman**(1) 2:12
**former**(2) 9:5 23:2
**forms**(4) 11:16 23:24 23:25 24:5
**fortunately**(1) 13:7
**forward**(2) 10:13 17:21
**foundation**(1) 4:26
**foundations**(2) 19:18 20:5
**four**(1) 10:23
**fox**(1) 6:29
**francis**(1) 4:8
**frankel**(1) 4:22
**frankly**(1) 14:21
**fraudulent**(1) 23:22
**friedman**(3) 5:22 8:6
**from**(13) 10:15 11:1 11:6 11:11 11:20 12:3 14:9 16:9 20:5 20:25 22:7 22:8 24:21
**front**(1) 19:15
**frye**(1) 7:20

**further**(3) 14:19 15:18 19:9
**garrison**(1) 6:12
**gary**(1) 2:7
**geddes**(1) 5:8
**general**(4) 11:7 16:6 17:7 17:18
**generally**(1) 11:7
**george**(4) 7:8 7:9 18:14 23:1
**gerson**(1) 7:24
**get**(5) 13:2 13:2 16:9 19:5 24:3
**give**(5) 11:21 13:9 13:15
**given**(4) 14:2 14:16 15:25
**glabey**(1) 4:23
**going**(3) 13:8 13:11 19:18
**golden**(14) 5:14 14:10 14:10 17:17 19:13 19:13 22:10 22:11 22:14 22:23 23:17 23:17 24:3 24:11

**goldfarb**(1) 2:35
**goldman**(3) 5:40 6:5 6:5
**good**(3) 10:2 10:7 14:8
**gordon**(2) 6:15 6:38
**gotshal**(1) 4:11
**graem**(1) 2:34
**granted**(1) 11:21
**greatbanc**(1) 4:4
**greate**(1) 6:23
**greissman**(1) 6:34
**grippo**(1) 7:8
**guarantee**(3) 11:2 12:17 18:7
**guess**(1) 20:5
**gump**(2) 5:13 14:10
**had**(11) 10:13 10:19 13:10 13:17 13:22 16:19 18:23 19:22 20:7 20:12 23:6

**hale**(1) 5:38
**handled**(1) 18:20
**handy**(1) 19:21
**hannafan**(2) 7:43 7:43
**happened**(1) 13:7
**happy**(3) 13:4 20:15 24:13
**hard**(1) 13:20
**harrisburg**(1) 1:47
**harrison**(1) 9:11
**harrold**(1) 7:18
**harvey**(1) 9:11
**has**(6) 12:19 14:13 14:22 19:23 20:21
**hash**(2) 16:15 17:3
**hauer**(2) 5:13 14:11
**have**(35) 10:12 10:19 10:25 11:9 11:23 11:25 12:2 12:7 12:13 12:16 12:19 13:5 13:5 13:10 14:14 14:15 14:18 14:19 15:2 15:23 16:21 17:11 17:11 17:25 18:5 18:15 19:21 20:9 22:14 23:9 23:9 23:12 23:25 24:3 24:6
**haven't**(3) 17:8 17:9 19:6
**hear**(2) 14:9 19:9
**heard**(1) 19:9
**hearing**(14) 10:4 10:10 10:14 10:15 12:23 13:14 13:18 15:15 16:11 17:10 20:4 24:7 24:16 24:18

**hearings**(1) 20:23
**heart**(1) 13:23
**help**(2) 20:15 24:12
**helpful**(4) 20:16 23:5 23:11 23:14
**here**(2) 22:4 24:12
**holiday**(1) 24:4
**holiday**(1) 6:42
**holders**(9) 11:1 11:3 11:6 11:11 11:12 11:20 12:17 15:24 18:6

**holiday**(1) 24:4
**holiday**(1) 6:42
**honor**(34) 10:7 10:10 10:19 11:23 12:12 12:16 13:21 14:22 15:19 15:23 16:12 17:14 18:4 18:14 19:3 19:13 19:13 19:17 20:2 20:14 20:18 21:3 21:7 21:18 22:1 22:7 22:9 22:11 22:14 22:20 22:24 24:24 23:18 24:12

**honorable**(1) 1:18
**hopefully**(2) 13:1 17:14
**horan**(1) 4:6
**how**(5) 14:7 16:9 16:16 17:20 18:20 20:10 22:4

**howard**(1) 2:30
**hutz**(1) 9:6
**ideally**(1) 12:21
**immediate**(1) 13:10
**inc**(3) 3:18 8:42 8:42
**include**(1) 21:16
**included**(2) 16:24 18:9
**incorporate**(2) 12:1 23:5
**indicated**(1) 15:4
**indicates**(1) 10:10
**inform**(1) 16:16
**informing**(1) 17:20
**initial**(1) 13:12
**insight**(3) 14:6 16:9 17:2
**insist**(1) 13:9
**intend**(6) 14:20 15:20 16:25 16:25 17:21 21:4

**intent**(1) 15:20
**intention**(1) 18:18
**interest**(1) 19:5
**interests**(2) 16:17 17:6
**into**(2) 14:7 19:5
**investment**(1) 7:4
**issue**(9) 16:10 16:16 17:4 20:1 20:22 21:2 22:15 23:3 23:21

**its**(1) 23:24
**it's**(13) 12:5 12:8 15:5 15:5 15:19 17:1 17:21 17:22 17:23 20:5 20:9 23:23 24:2

**i'd**(4) 20:15 21:5 21:9 24:2
**i'll**(6) 10:5 13:9 13:17 14:23 15:11 16:3
**i'm**(12) 10:15 13:4 13:11 16:9 19:20 19:24 21:21 22:6 22:10 22:14 24:9 24:13

**i've**(1) 12:14
**james**(7) 1:24 2:36 3:34 7:44 20:14 21:7 22:22

**jane**(1) 4:35
**jarashow**(1) 5:24
**jean-marie**(1) 3:11
**jeffrey**(1) 9:8
**jenner**(1) 8:34
**jessica**(1) 1:26
**jillian**(1) 1:34
**john**(1) 4:29
**johnston**(1) 3:34
**joint**(3) 16:20 17:6 18:23
**jointly**(1) 1:6
**jonathan**(1) 4:33
**jones**(3) 4:46 4:46 5:4
**joshua**(1) 3:36
**judge**(3) 1:18 1:19 10:2
**june**(2) 12:20 12:21
**just**(9) 15:7 16:15 17:1 18:18 18:23 20:13 22:6 22:18 23:3

**kalenchits**(2) 7:27 7:27
**kansa**(18) 1:28 10:7 10:7 10:18 10:19 13:21 13:21 14:9 14:13 16:3 18:4 18:4 19:3 19:3 19:11 19:11 19:25 20:2

**kaplan**(1) 5:22
**karen**(1) 8:17
**kasowitz**(1) 8:5
**katherine**(1) 3:7
**katten**(1) 4:26
**kavalis**(1) 7:31
**kay**(1) 4:32
**ken**(6) 1:28 10:7 13:21 18:4 19:3 19:11
**kerriann**(1) 1:36

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **kevin**(2) 1:18 1:32 | | **market**(1) 1:10 | | **noteholder**(14) 10:20 11:6 12:8 12:11 12:24 13:25 14:12 14:18 16:8 16:13 18:15 18:17 22:8 22:12 | | **pennock**(1) 6:20 | |
| **kind**(2) 16:9 23:12 | | **marsal**(2) 8:42 8:42 | | | | **pennsylvania**(1) 1:47 | |
| **kira**(1) 6:19 | | **materials**(1) 18:9 | | | | **perfect**(1) 22:10 | |
| **kizzy**(1) 5:24 | | **matter**(2) 13:12 24:22 | | | | **perfectly**(1) 22:11 | |
| **klauder**(1) 7:36 | | **matters**(3) 10:5 10:11 19:15 | | **noteholders**(4) 13:13 14:9 16:8 19:14 | | **perhaps**(1) 21:12 | |
| **klehr**(1) 9:11 | | **matthew**(2) 2:44 5:28 | | **noteholder's**(1) 19:1 | | **period**(1) 12:11 | |
| **knapp**(1) 7:18 | | **mauceri**(1) 6:26 | | **notes**(2) 19:21 19:21 | | **permit**(3) 11:12 21:4 21:10 | |
| **knight**(1) 7:43 | | **may**(16) 7:40 12:25 12:25 13:4 13:13 13:24 14:6 15:16 15:23 20:8 20:10 20:19 20:19 21:6 22:5 24:5 | | **nothing**(1) 22:16 | | **pernick**(1) 2:14 | |
| **know**(5) 10:16 17:24 20:8 20:11 22:2 | | | | **notice**(7) 16:20 17:6 17:22 18:1 18:15 18:18 18:23 | | **person**(1) 17:10 | |
| **krakauer**(1) 1:30 | | | | | | **peter**(1) 7:18 | |
| **kramer**(2) 4:21 4:21 | | | | | | **phone**(2) 10:18 17:10 | |
| **labor**(2) 7:23 7:23 | | **maybe**(4) 16:23 22:2 22:3 23:5 | | **notification**(1) 17:18 | | **phones**(1) 16:8 | |
| **laid**(1) 11:15 | | **mayer**(2) 3:7 3:10 | | **novod**(1) 6:38 | | **pickering**(1) 5:38 | |
| **landis**(2) 2:39 2:40 | | **mccarter**(1) 3:4 | | **now**(1) 15:15 | | **piece**(1) 16:24 | |
| **lantry**(1) 1:32 | | **mccormack**(1) 3:22 | | | | **piper**(1) 3:22 | |
| **large**(1) 15:19 | | **mccormick**(2) 4:26 8:12 | | **oaktree**(1) 3:30 | | **plan**(46) 10:20 10:22 10:25 11:5 11:11 12:4 12:8 12:9 12:11 12:13 12:18 12:24 13:25 14:3 14:5 14:12 14:14 14:14 14:25 15:1 15:4 15:8 15:13 15:17 16:1 16:2 16:7 16:8 16:13 16:18 16:22 17:12 18:7 18:15 18:17 18:19 18:20 18:20 19:2 20:13 20:25 21:10 22:8 22:12 24:1 24:3 | |
| **last**(8) 10:4 12:3 13:14 14:15 15:5 20:1 20:4 23:3 | | **mcguinness**(1) 7:44 | | **objections**(2) 20:6 21:1 | | | |
| | | **mcguire**(1) 2:44 | | **objectors**(2) 19:19 21:20 | | | |
| | | **mcneil**(1) 4:43 | | **objector's**(1) 21:17 | | | |
| **lastly**(1) 11:12 | | **meagher**(1) 8:24 | | **obtain**(2) 11:19 13:1 | | | |
| **later**(4) 12:14 15:11 15:12 18:12 | | **meisel**(1) 2:12 | | **obviously**(1) 16:10 | | | |
| **lauren**(1) 5:5 | | **memorialized**(1) 19:23 | | **offer**(2) 13:18 24:13 | | | |
| **laurie**(1) 4:41 | | **menachem**(1) 6:24 | | **officers**(1) 9:5 | | **plans**(4) 14:4 14:7 16:1 20:7 | |
| **law**(5) 8:4 11:14 14:21 15:6 23:22 | | **merrill**(1) 4:31 | | **official**(1) 2:5 | | **please**(1) 10:17 | |
| **layton**(1) 3:43 | | **mester**(1) 3:36 | | **okay**(8) 18:13 19:8 21:21 22:13 22:21 23:16 23:17 24:11 | | **pnc**(1) 7:39 | |
| **least**(2) 12:13 24:8 | | **michael**(2) 3:13 9:13 | | | | **point**(8) 13:18 13:23 14:8 14:22 16:12 16:19 17:14 21:9 | |
| **leave**(3) 13:1 13:18 23:3 | | **michelle**(1) 3:23 | | **omnibus**(1) 21:19 | | | |
| **lebouef**(1) 3:31 | | **mike**(1) 8:21 | | **one**(9) 14:2 14:4 14:4 15:3 16:12 16:23 17:15 21:8 22:15 | | | |
| **left**(2) 20:23 21:3 | | **miller**(2) 8:29 8:29 | | | | **polk**(1) 3:39 | |
| **legal**(1) 21:1 | | **mills**(1) 1:36 | | **one-page**(2) 16:20 16:23 | | **possible**(1) 19:18 | |
| **lemay**(1) 2:20 | | **modification**(1) 12:5 | | **ones**(2) 23:8 | | **potential**(1) 23:21 | |
| **lender**(1) 15:22 | | **modifications**(3) 10:25 12:7 12:10 | | **only**(5) 11:20 13:17 14:2 15:20 20:2 20:10 20:25 21:17 21:19 22:15 23:10 | | **potter**(1) 4:40 | |
| **lenders**(2) 5:31 16:6 | | **moment**(1) 18:23 | | | | **powlen**(1) 4:18 | |
| **lengthy**(1) 18:11 | | **monaco**(1) 4:8 | | | | **prefer**(3) 16:2 16:7 16:8 | |
| **leonard**(2) 2:13 7:24 | | **monday**(7) 12:15 14:25 15:11 15:12 18:12 19:16 24:7 | | **open**(4) 10:16 10:17 13:7 20:23 | | **preference**(2) 13:16 16:10 | |
| **let**(2) 17:17 22:17 | | | | **opening**(1) 20:18 | | **prepared**(1) 18:15 | |
| **letter**(2) 21:6 21:11 | | | | **opportunity**(2) 15:23 17:11 | | **preparing**(1) 24:8 | |
| **levin**(2) 4:21 4:21 | | **montenegro**(1) 8:7 | | **opposite**(1) 14:5 | | **present**(3) 17:14 17:20 24:3 | |
| **levy**(1) 6:17 | | **mooted**(1) 23:9 | | **option**(1) 11:6 | | **presumably**(1) 12:24 | |
| **lewis**(1) 6:23 | | **more**(2) 6:21 21:12 | | **oral**(1) 12:20 | | **previous**(1) 23:6 | |
| **lexi**(1) 6:8 | | **morgan**(3) 3:39 4:11 6:23 | | **order**(5) 12:4 19:23 22:18 24:5 24:9 | | **previously**(1) 11:20 | |
| **liebentritt**(1) 2:5 | | **morning**(2) 10:2 10:7 | | **orders**(2) 13:1 23:25 | | **primary**(1) 17:23 | |
| **like**(4) 18:19 18:20 21:9 21:22 | | **morris**(1) 8:12 | | **other**(18) 10:5 11:6 13:10 13:19 13:20 14:5 14:12 16:17 17:5 19:15 19:15 19:19 20:10 20:25 21:17 21:19 22:15 23:10 | | **primofI**(1) 4:37 | |
| **likely**(1) 23:23 | | **most**(1) 14:12 | | | | **principle**(1) 12:9 | |
| **likewise**(1) 18:14 | | **motion**(13) 10:22 11:16 11:24 12:4 12:13 12:24 12:25 13:12 14:16 14:17 15:12 15:13 18:12 | | | | **prior**(1) 18:20 | |
| **limitations**(2) 21:2 23:21 | | | | | | **proceed**(1) 10:18 | |
| **limited**(1) 21:12 | | | | **others**(1) 20:8 | | **proceeding**(1) 10:4 | |
| **list**(1) 18:22 | | **motions**(1) 15:10 | | **our**(14) 10:13 11:24 12:24 14:17 14:20 14:24 14:25 15:15 15:16 15:17 18:18 18:19 22:4 24:4 | | **proceedings**(3) 1:17 1:51 24:22 | |
| **little**(1) 22:4 | | **moving**(1) 10:13 | | | | **process**(5) 14:17 16:18 16:19 16:22 17:12 | |
| **litvak**(1) 4:14 | | **much**(6) 15:5 16:9 18:18 18:19 24:14 | | | | **produced**(1) 1:52 | |
| **llc**(4) 7:4 7:8 8:30 8:34 | | **muchin**(1) 4:26 | | **ourselves**(1) 16:15 | | **promise**(1) 24:6 | |
| **llp**(23) 2:17 2:33 2:39 3:10 3:22 3:31 3:39 4:11 4:17 4:22 4:26 4:32 4:40 6:12 6:23 6:29 6:37 7:19 7:39 8:12 8:16 8:34 9:7 | | **mullen**(1) 1:38 | | **out**(7) 11:15 16:15 16:25 17:1 17:4 17:7 20:7 | | **proponent**(2) 14:14 20:6 | |
| | | **murphy**(1) 7:15 | | | | **proponents**(17) 12:9 12:11 12:13 13:25 14:12 14:19 15:1 15:8 16:13 18:15 18:20 20:13 20:25 22:8 22:10 22:8 22:12 | |
| | | **mute**(1) 10:18 | | | | | |
| | | **myers**(1) 5:47 | | **outlined**(1) 12:14 | | | |
| | | **naftalis**(1) 4:21 | | **outside**(1) 10:17 | | | |
| **loan**(2) 11:2 12:17 18:6 | | **near**(1) 10:16 | | **over**(4) 10:5 10:21 14:15 17:24 | | **proponent's**(2) 10:20 12:25 | |
| **lodge**(1) 9:6 | | **necessary**(3) 12:10 13:13 14:21 | | **overwhelmingly**(2) 14:4 14:5 | | **proposal**(1) 10:13 | |
| **longer**(1) 23:8 | | **necessity**(1) 15:6 | | **own**(1) 12:4 | | **propose**(5) 10:12 10:22 11:17 12:12 12:20 | |
| **look**(1) 18:25 | | **need**(2) 19:6 19:10 | | **o'melveny**(1) 5:47 | | **proposed**(4) 11:24 14:3 14:24 18:16 | |
| **looking**(1) 15:24 | | **neel**(1) 7:5 | | **p.m**(1) 24:18 | | **protest**(1) 22:7 | |
| **lot**(1) 10:15 | | **net**(1) 18:24 | | **packages**(3) 12:2 16:24 17:1 | | **provide**(2) 14:6 15:23 | |
| **ltd**(1) 7:43 | | **networks**(1) 8:24 | | **page**(1) 21:2 | | **provided**(1) 11:5 | |
| **ludwig**(1) 1:34 | | **new**(4) 10:24 11:3 11:4 11:5 | | **pages**(3) 21:6 21:12 21:15 | | **purpose**(1) 20:11 | |
| **lugano**(1) 1:43 | | **newman**(1) 5:17 | | **paper**(1) 16:24 | | **put**(3) 10:18 13:11 16:16 | |
| **lynch**(1) 4:31 | | **news**(1) 4:46 | | **parent**(3) 11:7 11:11 11:13 | | **question**(2) 20:3 24:2 | |
| **macquarie**(2) 8:38 8:38 | | **next**(1) 23:18 | | **park**(2) 2:17 8:17 | | **questions**(2) 13:4 13:20 | |
| **made**(8) 10:25 11:10 12:7 12:11 18:2 19:23 21:13 23:9 | | **night**(1) 12:3 | | **part**(2) 15:7 15:19 | | **rachel**(1) 6:26 | |
| | | **noise**(1) 10:15 | | **particular**(1) 10:11 | | **raise**(3) 20:22 21:9 22:15 | |
| | | **nomura**(2) 7:30 7:30 | | **parties**(18) 10:3 13:11 14:2 14:14 14:14 16:17 16:22 17:5 17:8 17:21 17:25 18:24 18:24 19:6 19:24 20:20 20:25 21:13 | | **raised**(1) 14:23 | |
| **madlyn**(1) 4:37 | | **non-dcl**(1) 20:6 | | | | **rath**(2) 2:39 2:42 | |
| **mail**(1) 13:2 | | **non-noteholder**(1) 20:6 | | | | **rather**(1) 15:6 | |
| **make**(5) 14:8 14:20 15:14 17:24 18:22 | | **norman**(1) 2:14 | | | | **re-solicit**(1) 14:23 | |
| **making**(4) 14:25 15:3 17:16 24:8 | | **not**(14) 12:6 13:11 13:14 13:19 15:5 16:9 16:20 17:9 17:15 17:22 18:10 20:24 24:5 24:8 | | **partners**(3) 8:20 8:20 | | **re-solicitation**(4) 12:6 12:10 13:13 13:15 | |
| **manges**(1) 4:11 | | | | **parver**(1) 4:35 | | **re-solicitation-related**(1) 10:11 | |
| **map**(1) 23:13 | | | | **past**(2) 10:21 11:23 | | **re-solicited**(4) 14:3 17:19 18:3 18:8 | |
| **marc**(2) 2:18 2:26 | | | | **patrick**(1) 7:20 | | **re-soliciting**(1) 11:1 | |
| **marino**(1) 3:23 | | | | **paul**(1) 6:11 | | **reach**(1) 17:13 | |
| **mark**(1) 6:42 | | | | **peg**(1) 4:47 | | | |

| Word | Page:Line |
|------|-----------|
| reached(1) 19:7 | |
| reaction(2) 13:10 15:2 | |
| really(1) 15:22 | |
| received(1) 12:3 | |
| recently(1) 13:7 | |
| recess(2) 24:17 | |
| record(1) 10:3 | |
| recorded(1) 1:51 | |
| recording(2) 1:51 24:21 | |
| reference(1) 18:22 | |
| refresh(1) 19:25 | |
| release(3) 11:11 11:18 11:19 | |
| releases(2) 11:10 11:21 | |
| relevant(3) 14:21 23:7 23:8 | |
| relief(5) 10:23 12:2 12:14 15:9 15:9 | |
| remains(1) 17:12 | |
| remember(1) 20:12 | |
| rendered(1) 23:9 | |
| replies(2) 20:19 21:25 | |
| report(1) 16:21 | |
| reported(1) 14:13 | |
| require(1) 15:18 | |
| reserve(1) 13:8 | |
| resolution(1) 24:6 | |
| resolve(1) 16:14 | |
| respect(13) 10:14 10:21 11:13 11:18 14:24 15:3 15:22 18:19 20:13 20:16 21:1 23:3 23:21 | |
| respecting(2) 10:23 12:4 | |
| respective(3) 15:8 15:10 15:25 | |
| respectively(1) 18:1 | |
| respects(1) 12:2 | |
| respond(1) 19:4 | |
| response(3) 19:9 21:11 21:23 | |
| responses(1) 21:16 | |
| results(1) 16:4 | |
| reviewed(1) 14:15 | |
| reviewing(1) 14:17 | |
| revise(1) 11:13 | |
| revised(1) 11:11 | |
| revisions(1) 11:9 | |
| rice(1) 4:5 | |
| richard(2) 8:13 19:17 | |
| richards(1) 3:43 | |
| rifkind(1) 6:11 | |
| right(5) 10:18 14:9 22:15 22:17 24:15 | |
| riley(5) 8:13 19:17 19:17 20:3 20:22 | |
| road(1) 23:13 | |
| robert(2) 5:33 8:12 | |
| roberts(2) 8:29 8:29 | |
| rochester(1) 5:19 | |
| roitman(1) 2:26 | |
| rosenblatt(1) 2:28 | |
| rosenman(1) 4:26 | |
| rosner(1) 8:9 | |
| roth(2) 8:16 8:16 | |
| rothschild(1) 6:29 | |
| round(1) 13:17 | |
| rudnick(1) 6:37 | |
| ruling(1) 13:12 | |
| rulings(1) 23:9 | |
| run(1) 23:20 | |
| running(1) 23:20 | |
| rushabh(1) 8:39 | |
| saavedra(1) 4:12 | |
| sachs(2) 6:5 6:5 | |
| safe(1) 15:7 | |
| said(5) 13:14 17:13 | |
| sake(1) 23:3 | |
| same(2) 20:9 23:7 | |
| sandridge(1) 4:4 | |
| say(9) 12:5 12:9 14:22 15:19 16:3 16:12 17:17 19:4 24:2 | |
| schedule(1) 19:22 20:16 21:2 22:19 | |
| scheduled(2) 12:20 15:16 | |
| scheduling(2) 10:5 10:10 | |
| scholer(1) 4:32 | |

| Word | Page:Line |
|------|-----------|
| schott(1) 8:21 | |
| schotz(1) 2:12 | |
| schulte(2) 8:16 8:16 | |
| schuylkill(1) 1:46 | |
| scott(2) 6:6 6:34 | |
| screams(1) 22:7 | |
| scripps(1) 8:24 | |
| script(2) 11:4 11:5 | |
| second(1) 18:19 | |
| sections(2) 23:6 23:8 | |
| securities(4) 7:4 7:30 7:30 8:30 | |
| see(1) 18:25 | |
| seek(6) 10:23 11:3 11:9 11:12 11:19 12:5 | |
| seeking(3) 12:2 12:14 15:9 | |
| seife(1) 2:30 | |
| seiler(1) 5:22 | |
| selection(1) 13:16 | |
| send(3) 16:25 17:1 22:3 | |
| senior(10) 11:1 11:2 11:6 12:17 12:17 15:22 16:5 16:7 18:6 18:6 | |
| sense(1) 15:14 | |
| sent(1) 18:9 | |
| serve(1) 18:21 | |
| service(3) 1:45 1:52 18:21 | |
| services(2) 1:45 24:13 | |
| set(1) 12:23 | |
| several(1) 12:2 | |
| shall(1) 14:9 | |
| shamah(1) 5:48 | |
| shannon(1) 6:20 | |
| shared(1) 11:24 | |
| shaya(1) 5:19 | |
| should(2) 17:18 22:9 | |
| side(1) 15:9 | |
| sides(1) 16:23 | |
| sidhu(1) 8:26 | |
| sidley(1) 1:23 10:8 | |
| sieger(1) 4:29 | |
| significant(1) 16:5 | |
| silverstein(1) 4:41 | |
| simes(1) 3:13 | |
| simply(4) 16:21 18:18 21:3 23:23 | |
| since(1) 16:25 | |
| skadden(1) 8:24 | |
| slate(1) 8:24 | |
| slater(1) 7:12 | |
| sloan(1) 3:44 | |
| solicit(2) 15:20 15:21 | |
| solicitation(3) 10:24 15:18 16:24 | |
| some(6) 11:25 13:8 14:16 17:2 17:18 24:9 | |
| someone(1) 10:16 | |
| sophia(1) 1:38 | |
| sorry(2) 22:10 22:14 | |
| sottile(14) 2:36 15:4 20:14 20:14 20:18 21:7 21:7 21:18 21:22 22:1 22:6 22:20 22:22 22:22 | |
| sound(2) 1:51 24:21 | |
| spaeder(3) 2:33 20:15 21:8 | |
| spahr(1) 7:39 | |
| speak(1) 14:1 | |
| special(2) 5:4 21:8 | |
| specifically(1) 18:6 | |
| sperling(1) 7:12 | |
| stage(1) 22:4 | |
| stand(2) 16:22 24:16 | |
| stanley(1) 4:11 | |
| stargatt(1) 5:31 | |
| starting(2) 19:5 23:20 | |
| state(2) 11:14 23:22 | |
| statement(1) 18:9 | |
| states(4) 1:1 1:19 7:34 7:34 | |
| status(3) 10:10 16:18 17:20 | |
| statute(1) 23:21 | |
| stephen(1) 4:43 | |
| steven(2) 6:46 7:13 | |
| still(1) 23:7 | |
| strauss(2) 5:13 14:11 | |

| Word | Page:Line |
|------|-----------|
| street(3) 1:10 1:46 10:17 | |
| stromberg(1) 1:40 | |
| subject(2) 14:1 21:2 | |
| submission(1) 21:16 | |
| submissions(3) 20:25 21:17 23:4 | |
| submit(3) 21:23 21:24 22:18 | |
| submitted(4) 20:20 21:5 23:6 23:25 | |
| subsidiary(1) 11:20 | |
| such(3) 17:22 21:11 21:23 | |
| suggested(1) 19:22 | |
| suggestions(1) 14:16 | |
| summarizes(1) 18:16 | |
| sundeep(1) 8:26 | |
| supplement(1) 18:8 | |
| supplemental(7) 11:19 12:21 20:4 20:24 21:11 21:13 21:19 | |
| sure(1) 16:9 | |
| suspenders(1) 15:6 | |
| sutton(1) 9:11 | |
| suttonbrook(2) 3:25 3:26 | |
| sutty(1) 6:30 | |
| tabak(2) 8:29 8:29 | |
| take(2) 11:22 16:10 | |
| talk(4) 10:5 19:6 19:10 19:18 | |
| talked(2) 16:20 20:1 | |
| taylor(1) 5:32 | |
| telephone(1) 10:16 | |
| telephonic(9) 1:21 2:1 3:1 4:1 5:1 6:2 7:2 8:1 9:1 | |
| tell(2) 23:7 24:9 | |
| ten(1) 21:3 | |
| terms(4) 12:8 12:12 19:21 24:8 | |
| than(9) 12:14 13:19 15:11 15:12 18:12 19:15 20:25 21:6 21:12 | |
| thank(7) 10:9 10:19 20:17 22:23 23:14 24:14 24:15 | |
| thanks(1) 23:16 | |
| that(109) 10:22 10:25 10:25 11:9 11:15 11:16 11:20 12:5 12:7 12:9 12:9 12:10 12:15 12:19 13:1 13:5 13:16 13:19 13:19 13:23 13:24 13:24 14:2 14:6 14:7 14:7 14:14 14:22 14:22 14:23 14:24 15:3 15:5 15:9 15:10 15:11 15:16 15:17 15:22 15:23 15:24 16:3 16:4 16:9 16:10 16:12 16:15 16:20 16:23 16:23 16:25 17:4 17:4 17:6 17:6 17:7 17:13 17:14 17:15 17:16 17:17 17:25 18:5 18:9 18:11 18:15 18:16 18:18 18:22 18:23 18:24 19:4 19:4 19:5 19:10 19:22 20:7 20:10 20:12 20:16 20:17 20:20 20:22 21:2 21:5 21:12 21:13 21:21 22:9 22:9 22:18 22:18 23:3 23:6 23:6 23:11 23:12 23:14 23:25 24:6 24:11 24:16 24:20 | |
| that's(7) 11:2 11:21 13:17 17:3 22:10 22:11 22:17 | |
| thau(1) 8:31 | |

| Word | Page:Line |
|------|-----------|
| the(238) 1:1 1:2 1:18 10:2 10:3 10:3 10:8 10:9 10:12 10:12 10:13 10:15 10:15 10:17 10:20 10:21 10:21 10:24 10:25 11:1 11:4 11:5 11:10 11:10 11:14 11:15 11:16 11:16 11:18 11:18 11:21 11:21 12:1 12:7 12:7 12:9 12:10 12:11 12:13 12:14 12:15 12:16 12:17 12:18 12:19 12:19 12:22 12:24 13:1 13:2 13:2 13:2 13:4 13:6 13:6 13:6 13:9 13:10 13:11 13:12 13:14 13:15 13:15 13:16 13:16 13:17 13:21 13:22 13:22 13:24 13:25 13:25 14:1 14:1 14:3 14:4 14:5 14:5 14:6 14:6 14:7 14:8 14:9 14:11 14:13 14:13 14:14 14:15 14:16 14:18 14:19 14:20 14:22 15:1 15:3 15:4 15:7 15:8 15:9 15:12 15:13 15:13 15:15 15:20 15:22 15:23 15:25 16:3 16:4 16:5 16:6 16:6 16:7 16:7 16:8 16:8 16:11 16:11 16:13 16:14 16:15 16:16 16:16 16:17 16:18 16:18 16:21 16:22 16:22 16:24 16:25 17:4 17:6 17:9 17:9 17:12 17:15 17:15 17:17 17:17 17:20 17:23 17:24 17:25 18:5 18:7 18:8 18:9 18:10 18:12 18:13 18:14 18:16 18:17 18:20 18:21 19:1 19:4 19:5 19:6 19:8 19:17 19:19 19:20 19:21 19:24 20:2 20:3 20:4 20:4 20:5 20:5 20:6 20:9 20:11 20:11 20:12 20:13 20:15 20:16 20:17 20:18 20:20 20:20 20:20 20:20 20:23 20:23 20:23 20:24 20:25 21:4 21:8 21:9 21:10 21:14 21:15 21:15 21:17 21:21 21:22 21:24 22:2 22:6 22:8 22:11 22:13 22:15 22:16 22:17 22:19 22:21 22:23 22:25 23:4 23:5 23:5 23:6 23:7 23:11 23:14 23:18 23:19 23:20 23:22 23:23 23:23 23:24 24:2 24:5 24:7 24:14 24:16 24:18 24:20 24:21 24:21 24:22 | |
| their(8) 11:13 12:4 12:18 14:15 15:4 15:10 18:20 21:1 | |
| them(7) 12:19 13:8 14:16 17:20 18:10 20:9 22:3 | |
| themselves(1) 14:1 | |
| there(10) 12:23 16:12 17:2 17:18 18:8 19:9 19:14 20:4 21:9 24:14 | |
| they(12) 11:25 12:5 12:6 12:18 13:7 13:25 14:16 15:3 15:5 15:10 15:25 21:5 | |
| thing(1) 20:2 | |
| things(1) 23:10 | |
| think(26) 10:8 12:5 12:8 13:14 13:25 14:1 14:6 14:13 14:5 14:7 15:19 16:4 16:5 17:1 17:18 17:21 17:22 19:5 19:14 19:18 19:20 19:22 19:23 21:3 23:7 23:8 | |
| third(5) 14:25 15:13 18:17 19:1 21:13 | |
| this(16) 10:2 10:4 10:10 10:14 12:14 13:11 13:18 16:19 17:5 17:24 18:23 19:15 20:1 22:15 23:1 24:16 | |
| thomas(2) 2:22 4:6 | |
| thornburg(1) 4:17 | |
| those(6) 11:20 12:1 12:22 17:19 18:2 18:25 | |
| thought(1) 21:5 | |
| through(2) 10:12 24:5 | |
| thursday(1) 15:5 | |
| time(7) 12:19 12:23 13:1 17:16 22:15 23:7 24:9 | |
| timetable(3) 20:8 20:9 20:12 | |
| timing(1) 12:12 | |
| timothy(1) 7:43 | |
| today(3) 10:9 19:10 24:15 | |
| together(1) 12:22 | |
| tomorrow(2) 24:4 24:9 | |
| took(1) 13:22 | |
| topic(1) 23:18 | |
| topics(1) 22:16 | |
| torres(1) 8:5 | |

| Word | Page:Line |
| --- | --- |
| **total**(1) 23:19 | |
| **transcript**(3) 1:17  1:52  24:21 | |
| **transcription**(2) 1:45  1:52 | |
| **treatment**(1) 11:4 | |
| **trehan**(1) 3:15 | |
| **trepidation**(1) 23:19 | |
| **tribune**(4) 1:8  2:4  10:3  11:8 | |
| **trust**(4) 4:4  6:37  8:4  11:15 | |
| **trustee**(2) 7:34  7:34 | |
| **try**(3) 13:8  17:3  17:13 | |
| **trying**(3) 19:20  23:23  24:3 | |
| **turn**(2) 10:5  23:24 | |
| **two**(5) 13:6  14:7  14:14  15:7  16:23 | |
| **u.s**(1) 7:23 | |
| **ultimate**(2) 13:24  15:9 | |
| **under**(4) 11:5  14:3  18:7  20:20 | |
| **understand**(1) 15:1 | |
| **understanding**(2) 13:23  14:20 | |
| **united**(4) 1:1  1:19  7:34  7:34 | |
| **unresolved**(1) 21:3 | |
| **unsecured**(3) 2:17  11:7  16:6 | |
| **up-to-the-minut**(1) 17:11 | |
| **update**(1) 17:11 | |
| **upon**(1) 14:19 | |
| **usa**(1) 8:38 | |
| **usb**(2) 7:4  7:4 | |
| **vail**(1) 8:35 | |
| **various**(1) 20:7 | |
| **very**(3) 23:14  24:14  24:15 | |
| **view**(3) 13:16  13:25  14:2 | |
| **views**(1) 14:7 | |
| **vora**(1) 8:39 | |
| **vote**(2) 15:21  16:10 | |
| **votes**(7) 11:1  12:18  13:2  14:3  17:19  18:2 | |
| 18:7 | |
| | |
| **voting**(1) 12:21 | |
| **walk**(1) 10:12 | |
| **want**(1) 19:25 | |
| **wanting**(1) 12:16 | |
| **wardwell**(1) 3:39 | |
| **was**(8) 13:8  14:4  15:17  21:3  21:4  21:5 | |
| 23:23  24:18 | |
| | |
| **way**(7) 13:11  14:4  14:5  16:5  23:12  24:4 | |
| 24:13 | |
| | |
| **wednesday**(1) 10:1 | |
| **week**(1) 20:4 | |
| **week's**(1) 10:4 | |
| **weil**(1) 4:11 | |
| **weiss**(1) 6:11 | |
| **weitman**(1) 2:7 | |
| **well**(6) 13:6  14:8  17:17  20:11  21:24  22:2 | |
| **wells**(1) 6:29 | |
| **were**(4) 16:1  16:4  19:18  23:5 | |
| **we'll**(1) 17:13 | |
| **we're**(3) 10:3  12:2  19:5 | |
| **we've**(2) 22:16 | |
| **wharton**(1) 6:11 | |
| **what**(10) 14:13  16:18  17:20  18:1  19:1 | |
| 19:25  20:11  21:1  21:2  22:2 | |
| | |
| **when**(4) 14:25  20:1  21:22  23:23 | |
| **where**(4) 15:25  16:22  17:12  18:25 | |
| **whereupon**(1) 24:18 | |
| **whether**(6) 13:13  13:19  17:2  20:3  20:24 | |
| 21:10 | |
| | |
| **which**(8) 11:7  12:16  16:1  16:2  16:14 | |
| 20:23  23:8  23:8 | |
| | |
| **white**(1) 6:33 | |
| **whittman**(1) 8:43 | |
| **who**(1) 17:8 | |
| **whose**(3) 17:19  18:2  18:7 | |
| **why**(2) 15:1  21:24 | |
| **wide**(1) 18:24 | |
| **wildman**(1) 7:18 | |

| Word | Page:Line |
| --- | --- |
| **will**(25) 10:9  13:19  14:24  15:9  15:10 | |
| 15:11  15:12  15:14  15:15  16:8  16:12  16:15 | |
| 17:3  17:15  17:16  18:2  18:12  18:16  18:24 | |
| 18:25  19:15  22:20  24:6  24:12  24:16 | |
| | |
| **william**(1) 5:9 | |
| **wilmer**(1) 5:38 | |
| **wilmington**(3) 1:11  6:37  10:1 | |
| **wilson**(1) 3:19 | |
| **window**(1) 10:17 | |
| **windy**(1) 10:17 | |
| **winfree**(1) 5:10 | |
| **wires**(1) 4:46 | |
| **wish**(1) 19:8 | |
| **wished**(1) 12:19 | |
| **wisler**(1) 9:8 | |
| **with**(27) 10:14  10:20  10:21  11:13  11:16 | |
| 11:18  11:24  11:25  14:6  14:23  15:3  15:4 | |
| 15:8  15:21  16:3  18:2  18:19  20:12  20:15 | |
| 20:25  21:21  21:24  22:3  22:16  23:3  23:18 | |
| 23:21 | |
| **womble**(1) 4:4 | |
| **won't**(1) 19:4 | |
| **work**(5) 13:8  20:10  22:4  24:4  24:12 | |
| **worked**(2) 12:1  20:7 | |
| **working**(1) 12:22 | |
| **workload**(1) 23:20 | |
| **would**(42) 10:11  10:23  11:1  11:3  11:9 | |
| 11:12  11:15  11:18  12:12  12:20  12:22 | |
| 13:15  13:24  15:25  16:5  16:7  16:9  16:20 | |
| 16:21  16:23  17:7  17:7  17:10  18:8  18:11 | |
| 18:17  20:4  20:16  20:17  20:19  20:19  20:24 | |
| 21:10  21:12  21:13  21:16  21:18  21:22  23:4 | |
| 23:11  23:14  23:24 | |
| | |
| **written**(1) 19:23 | |
| **wrong**(1) 19:24 | |
| **www.diazdata.com**(1) 1:49 | |
| **yes**(5) 15:21  15:21  19:20  21:18  22:25 | |
| **yet**(2) 19:7  19:23 | |
| **you**(19) 10:19  13:9  13:14  14:8  16:2  17:24 | |
| 19:15  19:25  20:17  21:10  21:24  22:2  22:3 | |
| 22:23  23:7  23:9  23:15  24:14  24:15 | |
| | |
| **young**(1) 5:31 | |
| **your**(36) 10:7  10:9  10:18  10:19  11:23 | |
| 12:12  12:15  13:21  14:22  15:19  15:23 | |
| 16:12  17:14  18:4  18:14  19:3  19:11  19:13 | |
| 19:17  20:2  20:14  20:18  21:3  21:7  21:18 | |
| 21:25  22:1  22:7  22:9  22:10  22:14  22:20 | |
| 22:24  22:24  23:17  24:11 | |
| | |
| **you'd**(1) 23:12 | |
| **yurkewicz**(1) 9:13 | |
| **zabel**(2) 8:16  8:16 | |
| **zelmanovitz**(1) 6:24 | |
| **zensky**(1) 5:15 | |
| **zloto**(1) 5:28 | |
| **zuckerman**(4) 2:33  20:15  21:8  22:22 | |