IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 21st day of April, 2011, she caused a copy of the following:

**REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SAM ZELL'S LIMITED OBJECTION TO THE COMMITTEE'S MOTION TO AMEND THE DEFINITION OF TERMINATION EVENT**
**[D.I. 8728]**

to be served upon the parties identified on the attached list in the manner indicated.

*/s/ Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 25th day of April, 2011.

*/s/ Kimberly A. Becker*
Notary Public
My Commission Expires: 7/23/12

[Notary Seal: KIMBERLY A. BECKER, MY COMMISSION EXPIRES JULY 23, 2012, NOTARY PUBLIC, STATE OF DELAWARE]

698.001-W0014295

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

Service List

*Via First Class Mail and Electronic Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kevin Lantry, Esq..
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
bkrakauer@sidley.com
jconlan@sidley.com
klantry@sidley.com

*Via Hand Delivery and Electronic Mail*
(Counsel to Sam Zell)
David W. Carickhoff, Esq.
Alan M. Root, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
carickhoff@blankrome.com
root@blankrome.com

*Via Hand Delivery and Electronic Mail*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
kstickles@coleschotz.com

*Via First Class Mail and Electonic Mail*
(Counsel to Sam Zell)
David J. Bradford, Esq.
Catherine L. Steege, Esq.
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
dbradford@jenner.com
csteege@jenner.com

*Via Hand Delivery*
David M. Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801