# EXHIBIT A

**Tribune Co.**


Time Log

**Moelis & Company**
**Summary of Hours Worked**
**March 1, 2011 - March 31, 2011**

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Thane Carlston | Managing Director, Restructuring Group | 4.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 6.0 |
| Zul Jamal | Managing Director, Restructuring Group | 34.5 |
| Ashish Ajmera | Vice President | 19.0 |
| Evan Glucoft | Associate | 121.0 |
| Jens Olson | Associate | 7.5 |
| Sandhya Sistla | Analyst | 34.5 |
| **Total Moelis Team Hours** | | **227.0** |

**Tribune Co.**

MOELIS & COMPANY

Time Log - March 2011

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 4.5 |
| Navid Mahmoodzadegan | Managing Director | 6.0 |
| Zul Jamal | Managing Director | 34.5 |
| Ashish Ajmera | Vice President | 19.0 |
| Evan Glucoft | Associate | 121.0 |
| Jens Olson | Associate | 7.5 |
| Sandhya Sistla | Analyst | 34.5 |
| **Total** | | **227.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 03/01/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 03/01/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 03/01/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Thane Carlston | 03/03/11 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 03/03/11 | 1.0 | UCC Meeting |
| Zul Jamal | 03/03/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 03/03/11 | 1.0 | UCC Meeting |
| Evan Glucoft | 03/03/11 | 1.0 | UCC Meeting |
| Sandhya Sistla | 03/03/11 | 1.0 | UCC Meeting |
| Zul Jamal | 03/05/11 | 1.5 | Analysis of FTI Valuation |
| Ashish Ajmera | 03/05/11 | 1.0 | Analysis of FTI Valuation |
| Evan Glucoft | 03/05/11 | 3.0 | Analysis of FTI Valuation |
| Sandhya Sistla | 03/05/11 | 3.0 | Analysis of FTI Valuation |
| Zul Jamal | 03/05/11 | 3.0 | Review of depositions |
| Ashish Ajmera | 03/05/11 | 3.0 | Review of depositions |
| Evan Glucoft | 03/05/11 | 3.5 | Review of depositions |
| Sandhya Sistla | 03/05/11 | 3.5 | Review of depositions |
| Evan Glucoft | 03/07/11 | 10.0 | Tribune confirmation hearing |
| Zul Jamal | 03/08/11 | 10.0 | Tribune confirmation hearing |
| Evan Glucoft | 03/08/11 | 10.0 | Tribune confirmation hearing |
| Ashish Ajmera | 03/08/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 03/08/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 03/08/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 03/09/11 | 10.0 | Tribune confirmation hearing |
| Zul Jamal | 03/10/11 | 10.0 | Tribune confirmation hearing |
| Evan Glucoft | 03/10/11 | 10.0 | Tribune confirmation hearing |
| Evan Glucoft | 03/11/11 | 10.0 | Tribune confirmation hearing |
| Evan Glucoft | 03/14/11 | 10.0 | Tribune confirmation hearing |
| Evan Glucoft | 03/15/11 | 10.0 | Tribune confirmation hearing |
| Ashish Ajmera | 03/15/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 03/15/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 03/15/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 03/16/11 | 10.0 | Tribune confirmation hearing |
| Evan Glucoft | 03/17/11 | 10.0 | Tribune confirmation hearing |
| Evan Glucoft | 03/18/11 | 10.0 | Tribune confirmation hearing |
| Zul Jamal | 03/21/11 | 1.0 | Analysis for Chadbourne |
| Ashish Ajmera | 03/21/11 | 1.0 | Analysis for Chadbourne |
| Evan Glucoft | 03/21/11 | 1.5 | Analysis for Chadbourne |
| Sandhya Sistla | 03/21/11 | 1.5 | Analysis for Chadbourne |
| Thane Carlston | 03/21/11 | 1.5 | UCC Meeting |
| Navid Mahmoodzadegan | 03/21/11 | 1.5 | UCC Meeting |
| Zul Jamal | 03/21/11 | 1.5 | UCC Meeting |
| Ashish Ajmera | 03/21/11 | 1.5 | UCC Meeting |
| Evan Glucoft | 03/21/11 | 1.5 | UCC Meeting |
| Sandhya Sistla | 03/21/11 | 1.5 | UCC Meeting |
| Ashish Ajmera | 03/22/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Evan Glucoft | 03/22/11 | 2.0 | Weekly Media & Debt Pricing Updates |

**Tribune Co.**

Time Log - March 2011

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 4.5 |
| Navid Mahmoodzadegan | Managing Director | 6.0 |
| Zul Jamal | Managing Director | 34.5 |
| Ashish Ajmera | Vice President | 19.0 |
| Evan Glucoft | Associate | 121.0 |
| Jens Olson | Associate | 7.5 |
| Sandhya Sistla | Analyst | 34.5 |
| **Total** | | **227.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Sandhya Sistla | 03/22/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 03/23/11 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 03/23/11 | 1.0 | Weekly UCC Advisor Call |
| Evan Glucoft | 03/23/11 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 03/23/11 | 1.0 | Weekly UCC Advisor Call |
| Navid Mahmoodzadegan | 03/23/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Zul Jamal | 03/23/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Ashish Ajmera | 03/23/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Evan Glucoft | 03/23/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Sandhya Sistla | 03/23/11 | 1.5 | Tribune FA call and subsequent internal analysis |
| Thane Carlston | 03/24/11 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 03/24/11 | 1.0 | UCC Meeting |
| Zul Jamal | 03/24/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 03/24/11 | 1.0 | UCC Meeting |
| Jens Olson | 03/24/11 | 1.0 | UCC Meeting |
| Sandhya Sistla | 03/24/11 | 1.0 | UCC Meeting |
| Zul Jamal | 03/29/11 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 03/29/11 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 03/29/11 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 03/29/11 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 03/29/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 03/29/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 03/29/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Thane Carlston | 03/31/11 | 1.0 | UCC Meeting |
| Navid Mahmoodzadegan | 03/31/11 | 1.0 | UCC Meeting |
| Zul Jamal | 03/31/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 03/31/11 | 1.0 | UCC Meeting |
| Jens Olson | 03/31/11 | 1.0 | UCC Meeting |
| Sandhya Sistla | 03/31/11 | 1.0 | UCC Meeting |
| Zul Jamal | 03/31/11 | 1.0 | Analysis for Chadbourne regarding Amended DCL Plan |
| Ashish Ajmera | 03/31/11 | 1.0 | Analysis for Chadbourne regarding Amended DCL Plan |
| Jens Olson | 03/31/11 | 2.5 | Analysis for Chadbourne regarding Amended DCL Plan |
| Sandhya Sistla | 03/31/11 | 3.5 | Analysis for Chadbourne regarding Amended DCL Plan |
| **Total** | | **227.0** | |