# EXHIBIT B

# Tribune Co.

Moelis & Company - March 2011 Expense Summary

|  | March 2011 |
|---|---:|
| Airfare | $ 2,554.00 |
| Lodging | 3,211.41 |
| Travel / Overtime / Weekend meals | 750.55 |
| Taxi / Transportation / Parking | 2,051.98 |
| Telephone | 190.78 |
| Presentations | - |
| Other | 226.80 |
| **Total** | $ **8,985.52** |

**Tribune Co.**
Moelis & Company - March 2011 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| | 3/3/2011 | AIRFARE | Agent Booking Fees | Glucoft | 42.00 | - |
| | 3/3/2011 | AIRFARE | Project Traffic - Inv 56800 UNITED AIRLINES (round trip LA to NY) | Glucoft | 4,633.40 | 1,200.00 |
| | 3/7/2011 | AIRFARE | Agent Booking Fees | Jamal | 42.00 | - |
| | 3/8/2011 | AIRFARE | Agent Booking Fees | Jamal | 42.00 | - |
| | 3/10/2011 | AIRFARE | Agent Booking Fees | Glucoft | 42.00 | - |
| | 3/10/2011 | AIRFARE | Agent Booking Fees | Glucoft | 42.00 | - |
| | 3/10/2011 | AIRFARE | Project Traffic - Inv 57481 UNITED AIRLINES (round trip LA to NY) | Glucoft | 3,986.40 | 1,200.00 |
| | 3/10/2011 | AIRFARE | Project Traffic - Inv 57471 UNITED AIRLINES | Glucoft | 154.00 | 154.00 |
| | 3/10/2011 | AIRFARE | Agent Booking Fees | Jamal | 42.00 | - |
| | 3/15/2011 | AIRFARE | Agent Booking Fees | Jamal | 42.00 | - |
| | 3/17/2011 | AIRFARE | Agent Booking Fees | Glucoft | 42.00 | - |
| | | | | | **Total Requested** | **$2,554.00** |
| **LODGING** | | | | | | |
| | 3/5/2011 | LODGING | Project Traffic The Pierre Hotel | Glucoft | 586.00 | 350.00 |
| | 3/5/2011 | LODGING | Hotel Tax | Glucoft | 93.94 | - |
| | 3/6/2011 | LODGING | Project Traffic The Pierre Hotel | Glucoft | 586.00 | 350.00 |
| | 3/6/2011 | LODGING | Hotel Tax | Glucoft | 93.94 | - |
| | 3/7/2011 | LODGING | Project Traffic The Pierre Hotel | Glucoft | 586.00 | 350.00 |
| | 3/7/2011 | LODGING | Hotel Tax | Glucoft | 93.94 | - |
| | 3/9/2011 | LODGING | Project Traffic SHERATON SUITES | Glucoft | 249.00 | 249.00 |
| | 3/9/2011 | LODGING | Hotel Tax | Glucoft | 24.90 | 24.90 |
| | 3/10/2011 | LODGING | Project Traffic SHERATON SUITES | Glucoft | 249.00 | 249.00 |
| | 3/10/2011 | LODGING | Hotel Tax | Glucoft | 24.90 | 24.90 |
| | 3/13/2011 | LODGING | Project Traffic ANDAZ FIFTH AVENUE | Glucoft | 295.00 | 295.00 |
| | 3/13/2011 | LODGING | Hotel Tax | Glucoft | 47.01 | 47.01 |
| | 3/14/2011 | LODGING | Project Traffic SHERATON SUITES | Glucoft | 289.00 | 289.00 |
| | 3/14/2011 | LODGING | Hotel Tax | Glucoft | 28.90 | 28.90 |
| | 3/15/2011 | LODGING | Project Traffic SHERATON SUITES | Glucoft | 289.00 | 289.00 |
| | 3/15/2011 | LODGING | Hotel Tax | Glucoft | 28.90 | 28.90 |
| | 3/16/2011 | LODGING | Project Traffic SHERATON SUITES | Glucoft | 289.00 | 289.00 |
| | 3/16/2011 | LODGING | Hotel Tax | Glucoft | 28.90 | 28.90 |
| | 3/17/2011 | LODGING | Project Traffic SHERATON SUITES | Glucoft | 289.00 | 289.00 |
| | 3/17/2011 | LODGING | Hotel Tax | Glucoft | 28.90 | 28.90 |
| | | | | | **Total Requested** | **$3,211.41** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| | 3/5/2011 | MEALS TRAVEL | Project Traffic Delissimo | Glucoft | 11.74 | 11.74 |
| | 3/5/2011 | MEALS TRAVEL | Project Traffic JEWEL BAKO | Glucoft | 58.26 | 50.00 |
| | 3/6/2011 | MEALS TRAVEL | Project Traffic FRED'S AT BARNEY'S | Glucoft | 66.00 | 50.00 |
| | 3/6/2011 | MEALS TRAVEL | Project Traffic DOWNTOWN | Glucoft | 4.00 | 4.00 |
| | 3/7/2011 | MEALS TRAVEL | Project Traffic MOMOFUKU | Glucoft | 33.00 | 33.00 |
| | 3/7/2011 | MEALS TRAVEL | Project Traffic STARBUCKS COFFEE | Glucoft | 3.70 | 3.70 |
| | 3/7/2011 | MEALS TRAVEL | Project Traffic The Pierre Hotel | Glucoft | 10.00 | 10.00 |
| | 3/8/2011 | MEALS TRAVEL | Project Traffic PRET A MANGER # 0025 | Glucoft | 1.73 | 1.73 |

**Tribune Co.**
Moelis & Company - March 2011 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| | 3/8/2011 | MEALS TRAVEL | Project Traffic GARI | Glucoft | 54.86 | 50.00 |
| | 3/8/2011 | MEALS TRAVEL | Project Traffic DEE DAA | Glucoft | 13.39 | 13.39 |
| | 3/8/2011 | MEALS TRAVEL | refreshments on AMTRAK train AMTRAK WILMINGTON # | Jamal | 2.94 | 2.94 |
| | 3/8/2011 | MEALS TRAVEL | Refreshment on AMTRAK AMTRAK WILMINGTON # | Jamal | 2.99 | 2.99 |
| | 3/8/2011 | MEALS TRAVEL | Dinner on AMTRAK train AMTRAK WILMINGTON # | Jamal | 4.24 | 4.24 |
| | 3/9/2011 | MEALS TRAVEL | Project Traffic QUIZNO'S | Glucoft | 1.89 | 1.89 |
| | 3/9/2011 | MEALS TRAVEL | Project Traffic HUDSON NEWS | Glucoft | 1.99 | 1.99 |
| | 3/9/2011 | MEALS TRAVEL | Project Traffic NEW YORK PALACE/ ROOMS | Glucoft | 35.32 | 35.32 |
| | 3/9/2011 | MEALS TRAVEL | Project Traffic Brew Ha Ha | Glucoft | 7.25 | 7.25 |
| | 3/9/2011 | MEALS TRAVEL | Project Traffic QUIZNO'S | Glucoft | 6.69 | 6.69 |
| | 3/10/2011 | MEALS TRAVEL | Project Traffic QDOBA MEXIAN GRILL 551 | Glucoft | 14.65 | 14.65 |
| | 3/10/2011 | MEALS TRAVEL | Project Traffic SHERATON SUITES | Glucoft | 43.00 | 43.00 |
| | 3/11/2011 | MEALS TRAVEL | Project Traffic SHERATON SUITES | Glucoft | 14.00 | 14.00 |
| | 3/11/2011 | MEALS TRAVEL | Project Traffic BALDUCCI'S T-7 H #488 | Glucoft | 27.18 | 27.18 |
| | 3/11/2011 | MEALS TRAVEL | breakfast at Penn Station ZARO PEN PLAZA INC | Jamal | 5.51 | 5.51 |
| | 3/12/2011 | MEALS TRAVEL | Project Traffic BARNEY'S GREENGRASS | Glucoft | 15.00 | 15.00 |
| | 3/13/2011 | MEALS TRAVEL | Project Traffic ANDAZ FIFTH AVENUE | Glucoft | 29.18 | 25.00 |
| | 3/13/2011 | MEALS TRAVEL | Project Traffic T7 LABREA BAKERY #126 | Glucoft | 32.12 | 32.12 |
| | 3/14/2011 | MEALS TRAVEL | Project Traffic SUBWAY 28186 | Glucoft | 9.04 | 9.04 |
| | 3/14/2011 | MEALS TRAVEL | Project Traffic ANDAZ FIFTH AVENUE | Glucoft | 29.18 | 29.18 |
| | 3/14/2011 | MEALS TRAVEL | Project Traffic SHERATON SUITES | Glucoft | 23.00 | 23.00 |
| | 3/15/2011 | MEALS TRAVEL | Project Traffic RITE AID 0814 | Glucoft | 5.37 | 5.37 |
| | 3/15/2011 | MEALS TRAVEL | Project Traffic SHERATON SUITES | Glucoft | 40.20 | 40.20 |
| | 3/15/2011 | MEALS TRAVEL | Project Traffic QDOBA MEXIAN GRILL 551 | Glucoft | 10.67 | 10.67 |
| | 3/15/2011 | MEALS TRAVEL | Project Traffic QDOBA MEXIAN GRILL 551 | Glucoft | 2.29 | 2.29 |
| | 3/16/2011 | MEALS ENTERTAIN | Project Traffic BUTCHER & SINGER - business dinner with Chadbourne | Glucoft | 237.10 | 50.00 |
| | 3/16/2011 | MEALS TRAVEL | Project Traffic QDOBA MEXIAN GRILL 551 | Glucoft | 12.96 | 12.96 |
| | 3/16/2011 | MEALS TRAVEL | Project Traffic Brew Ha HA | Glucoft | 6.25 | 6.25 |
| | 3/17/2011 | MEALS TRAVEL | Project Traffic SUBWAY 28186 | Glucoft | 10.83 | 10.83 |
| | 3/17/2011 | MEALS TRAVEL | Project Traffic SHERATON SUITES | Glucoft | 36.60 | 36.60 |
| | 3/18/2011 | MEALS TRAVEL | Project Traffic GRAND CENTRAL OYSTER BAR | Glucoft | 28.00 | 28.00 |
| | 3/18/2011 | MEALS TRAVEL | Project Traffic THE GROVE-NEWARK | Glucoft | 10.58 | 10.58 |
| | 3/18/2011 | MEALS TRAVEL | Project Traffic Brew Ha Ha | Glucoft | 8.25 | 8.25 |
| | | | | **Total Requested** | | **$750.55** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| | 3/5/2011 | TAXI | Project Traffic ALL TAXI MANAGEMENT INC | Glucoft | 9.70 | 9.70 |
| | 3/6/2011 | TAXI | Project Traffic NYC TAXI GROUP INC-1B71 1 | Glucoft | 14.90 | 14.90 |
| | 3/6/2011 | TAXI | Project Traffic EXECUTIVE OWNERS HOLDING | Glucoft | 14.70 | 14.70 |
| | 3/7/2011 | TAXI | Project Traffic GOTHAM YELLOW LLC | Glucoft | 14.16 | 14.16 |
| | 3/7/2011 | TAXI | Project Traffic BEVERLY HILLS CAB CO | Glucoft | 54.00 | 54.00 |
| | 3/7/2011 | TRAIN | AMTRAK NY Penn - Wil, DE - NY Penn AMTRAK.COM | Jamal | 284.50 | 284.50 |
| | 3/8/2011 | TAXI | Project Traffic S&R MEDALLION CORP | Glucoft | 7.80 | 7.80 |
| | 3/8/2011 | TAXI | Project Traffic MCGUINNESS MANAGEMENT | Glucoft | 8.40 | 8.40 |
| | 3/8/2011 | TAXI | Project Traffic NY Taxi | Glucoft | 9.12 | 9.12 |

**Tribune Co.**
Moelis & Company - March 2011 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| | 3/8/2011 | TAXI | cab to Penn Station NYC TAXI 5C50 | Jamal | 10.10 | 10.10 |
| | 3/8/2011 | TAXI | Penn Station to home YELLOW CAB SLSJET MANAGEM | Jamal | 12.60 | 12.60 |
| | 3/8/2011 | TRAIN | Project Traffic - Res 15D889 AMTRAK.COM | Glucoft | 157.00 | 157.00 |
| | 3/9/2011 | TAXI | Project Traffic Yellow Cab | Glucoft | 9.00 | 9.00 |
| | 3/9/2011 | TAXI | Project Traffic MALCOLM MANAGEMENT CORP | Glucoft | 10.27 | 10.27 |
| | 3/9/2011 | TAXI | Project Traffic WHITE AND BLUE GROUP CORP | Glucoft | 10.00 | 10.00 |
| | 3/9/2011 | TRAIN | Project Traffic - Res# 00D36E AMTRAK QUIK TRAK | Glucoft | 298.00 | 298.00 |
| | 3/10/2011 | TAXI | Project Traffic JUYEL AHMED | Glucoft | 12.20 | 12.20 |
| | 3/10/2011 | TAXI | Project Traffic Seacoast Cab Company | Glucoft | 9.00 | 9.00 |
| | 3/10/2011 | TAXI | Project Traffic WOODSIDE MGMT INC | Glucoft | 9.87 | 9.87 |
| | 3/10/2011 | TAXI | Project Traffic Family Taxi | Glucoft | 8.00 | 8.00 |
| | 3/10/2011 | TAXI | Project Traffic Family Taxi | Glucoft | 9.00 | 9.00 |
| | 3/10/2011 | TRAIN | Project Traffic - Res# 0201CB AMTRAK.COM | Glucoft | 110.00 | 110.00 |
| | 3/10/2011 | TRAIN | client hearing in Wilmington AMTRAK TELEPHONE SALE | Jamal | 283.00 | 283.00 |
| | 3/11/2011 | TAXI | Project Traffic MAKBUL MIAH SHAHIN | Glucoft | 56.75 | 56.75 |
| | 3/11/2011 | TAXI | Project Traffic 55 STAN OPERATING CORP | Glucoft | 11.20 | 11.20 |
| | 3/11/2011 | TAXI | To Penn Station GREEN APPLE MANAGEMENT CO | Jamal | 9.70 | 9.70 |
| | 3/11/2011 | TAXI | Wilmington Station to Court House Bob's Transportation | Jamal | 9.00 | 9.00 |
| | 3/11/2011 | TAXI | returning from Penn Station ALL TAXI MANAGEMENT INC | Jamal | 15.90 | 15.90 |
| | 3/11/2011 | TRAIN | Project Traffic - Res# 0201CB AMTRAK.COM | Glucoft | 16.00 | 16.00 |
| | 3/12/2011 | TAXI | Project Traffic UNITED INDEPENDENT T | Glucoft | 40.00 | 40.00 |
| | 3/13/2011 | TAXI | Project Traffic NYC-TAXI VERIFONE | Glucoft | 62.88 | 62.88 |
| | 3/13/2011 | TRAIN | Project Traffic - Res# 0696C8 AMTRAK.COM | Glucoft | 157.00 | 157.00 |
| | 3/13/2011 | TRAIN | Project Traffic - Res# 069A6F AMTRAK.COM | Glucoft | 94.00 | 94.00 |
| | 3/14/2011 | TAXI | Project Traffic BEVERLY HILLS CAB CO | Glucoft | 40.00 | 40.00 |
| | 3/14/2011 | TAXI | Project Traffic MCGUINNESS MANAGEMENT | Glucoft | 6.00 | 6.00 |
| | 3/16/2011 | TAXI | Project Traffic Family Taxi | Glucoft | 9.00 | 9.00 |
| | 3/16/2011 | TAXI | Project Traffic Capital Dispatch | Glucoft | 8.15 | 8.15 |
| | 3/16/2011 | TAXI | Project Traffic VTS PHILADELPHIA | Glucoft | 6.08 | 6.08 |
| | 3/16/2011 | TAXI | Project Traffic Family Taxi | Glucoft | 9.00 | 9.00 |
| | 3/16/2011 | TRAIN | Project Traffic  - PHL/WIL AMTRAK QUIK TRAK | Glucoft | 25.00 | 25.00 |
| | 3/16/2011 | TRAIN | Project Traffic - WIL/PHL AMTRAK QUIK TRAK | Glucoft | 49.00 | 49.00 |
| | 3/18/2011 | TAXI | Project Traffic Newark Taxi | Glucoft | 20.00 | 20.00 |
| | 3/18/2011 | TAXI | Project Traffic LA TAXI CO-OP | Glucoft | 42.00 | 42.00 |
| | | | | **Total Requested** | | **$2,051.98** |
| **TELEPHONE** | | | | | | |
| | 3/5/2011 | PHONE | Online/Wi Fi | Glucoft | 12.95 | 12.95 |
| | 3/5/2011 | PHONE-OTHER | Online Services | Glucoft | 12.95 | 12.95 |
| | 3/6/2011 | PHONE-OTHER | Online Services | Glucoft | 25.90 | 25.90 |
| | 3/7/2011 | PHONE-OTHER | Online Services | Glucoft | 12.95 | 12.95 |
| | 3/8/2011 | PHONE-OTHER | Online Services | Glucoft | 12.95 | 12.95 |
| | 3/10/2011 | PHONE-OTHER | Online Services | Glucoft | 9.95 | 9.95 |
| | 3/13/2011 | PHONE | Online/Wi Fi | Glucoft | 12.95 | 12.95 |
| | 3/14/2011 | PHONE-OTHER | Online Services | Glucoft | 9.95 | 9.95 |
| | 3/15/2011 | PHONE-OTHER | Online Services | Glucoft | 9.95 | 9.95 |

**Tribune Co.**
Moelis & Company - March 2011 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| | 3/15/2011 | HOTEL-PHONE | Project Traffic SHERATON SUITES phone use | Glucoft | 60.33 | 60.33 |
| | 3/16/2011 | PHONE-OTHER | Online Services | Glucoft | 9.95 | 9.95 |
| | | | | **Total Requested** | | **$190.78** |
| **OTHER** | | | | | | |
| | 2/15/2011 | COURIER | Courier | Glucoft | 16.93 | 16.93 |
| | 2/15/2011 | COURIER | Courier | Glucoft | 83.18 | 83.18 |
| | 2/15/2011 | COURIER | Courier | Glucoft | 42.19 | 42.19 |
| | 3/8/2011 | LAUNDRY | Project Traffic The Pierre Hotel | Glucoft | 54.00 | 54.00 |
| | 3/17/2011 | LAUNDRY | Project Traffic SHERATON SUITES | Glucoft | 30.50 | 30.50 |
| | | | | **Total Requested** | | **$226.80** |
| | | | | **Month Total** | $ | **8,985.52** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
   - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location