**CASE NAME:  Tribune Company**
**CASE NO.   08-13141-KJC**

**S I G N - I N - S H E E T**

**COURTROOM LOCATION:  5**
**DATE:**  April 25, 2011

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Allen Landis | Landis Roth & Cobb | Creditors' Committee |
| David Leway | Chadbourne & Parke | " |
| James Sottile | Zuckerman Speder | " |
| David Bradford | Jenner & Block | |
| David Carickhoff | Blank Rome | Sam Zell |
| Laurie Selber Silverstein | Potter Anderson & Corroon | Merril Lynch |
| Katherine Mayer | McCarter & English | DBTCA |
| Madlyn Pancott | Kaye Scholer LLP | Merrill Lynch |
| Eric Paxer | Kaye Scholer LLP | " |
| Jonathon W. Young | Wildman Harrold | Hermitic Birmingham, |
| Simon E. Fraser | Cozen O'Connor | Ehl Mon, + Knopf |
| Blake Cleary | Young Conaway Stargatt Taylor | Wilob Graham / Arbitrer 2 cert in for OCP Leader |

**SIGN-IN-SHEET**

CASE NAME: Tribune Company
CASE NO.   08-13141-KJC

COURTROOM LOCATION: 5
DATE: April 25, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Rossano | Davis Polk | JP Morgan |
| Eli Vonrigt | Davis Polk | '' |
| Drew Sloan | Richards Layton & Finger | '' |
| James Bendernagel | Sidley Austin LLP | Debtors |
| Ken Kansa | '' | '' '' |
| Jessica Boelter | '' | '' '' |
| Jillian Ludwig | '' | '' '' |
| Kate Stickles | Cole Schotz | '' '' |
| Tom Holm | Wanda Cavly le | Great Banc |
| David Powlen | Barnes + Thornburg | Morgen Stanley |
| Daniel Golden | Akin Gump | Aurelius Capital Mgmt |
| Amanda Winfree | Ashby + Geddes | Aurelius Capital Mgmt. |
| Leslie Heilman | Ballard Spahr LLP | OCI Europe; Comcast |

CASE NAME:  Tribune Company
CASE NO.   08-13141-KJC

**S I G N - I N - S H E E T**

COURTROOM LOCATION:  5
DATE:  April 25, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Schiene | Pepper Hamilton | Bank of America |
| Dave Coldren | Akin Gump | Aurelius |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

**Calendar Date:** 04/25/2011

**Calendar Time:** 01:00 PM ET

## U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

## Honorable Kevin J. Carey

#5

*Amended Calendar 04/25/2011 09:35 AM*

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4179513 | Jonathan Agudelo | (212) 836-8369 Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4177999 | Marc D. Ashley | 212-408-5194 Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4172625 | Jean-Marie Atamian | (212) 506-2678 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4183779 | Carol L. Bale | 212-588-6640 SuttonBrook Capital Management, LP | Interested Party, SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4174261 | Bruce Bennett | 213-621-6021 Dewey & LeBoeuf LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4176271 | Alexander Bilus | (215) 994-2608 Dechert LLP | Interested Party, Alexander Bilus / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4181442 | David E. Blabey, Jr. | (212) 715-9100 Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4178016 | Graem Bush | (202) 778-1800 Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4178899 | Esther Chung | (646) 855-6705 Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4177941 | Douglas Deutsch | 212-408-5169 Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4179276 | Ephraim Diamond | (646) 282-5841 DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4155480 | George Dougherty | (312) 704-7700 Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4183385 | David Dunn | (212) 584-5946 Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4178568 | Dave Eldersveld | 312-222-4707 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4167464 | Steven C Florsheim | (312) 641-3200 Sperling & Slater | Defendant(s), Chandler Bigelow / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4178564 | Amy Foran | (312) 222-5955 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4176623 | Daniel H. Golden | 212-872-1000 Akin Gump Strauss Hauer & Feld | Creditor, Aurelius / LIVE |

Raymond Reyes

Raymond Reyes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4178019 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4183809 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4178583 | Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4174258 | James O. Johnston | 213-621-6000 ext. 6018 | Dewey & LeBoeuf LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4183391 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4178981 | Arthur Kavalis | (212) 667-2370 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4178429 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4178562 | Candice Kline | 312-853-7778 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4183426 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4178551 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4180833 | Kevin Lantry | 213-896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4177969 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4178566 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4178560 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4180147 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Creditor, Great Bank Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4177992 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4174253 | Joshua M. Mester | 213-621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4178561 | Kerriann Mills | 312-853-0036 | Sidley Austin, LLP | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4183427 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4167460 | Claire P. Murphy | 312-641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4177325 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel, LLP | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4179377 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |

Raymond Reyes

| Debtor | Case | Type | ID | Name | Phone | Firm | Representation / Role |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4179508 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4179040 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4177989 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4178002 | Andrew Rosenblatt | 212-408-5559 | Chadbourne & Parke, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4183424 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4178555 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4176783 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4177855 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4178603 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4180058 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4172631 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4178009 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4178543 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4172632 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4020440 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4178570 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4178908 | Ben Wilson | (212) 412-7642 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4176280 | Matthew A. Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |