# EXHIBIT A

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SUMMARY SHEET**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Washington-Baltimore Newspaper Guild | $    886.87 |
| Washington-Baltimore Newspaper Guild (Counsel) | $1,344.91 |
| **TOTAL** | **$2,231.78** |

## SCHEDULE OF EXPENSES

William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD  21044

| Type of Expense | March 6 - 9, 2011 Confirmation Hearing (Wilmington, Delaware) |
|---|---|
| Hotel | $749.25 |
| Meals: Lunch<br>3/6/11 - $29.00*<br>3/7/11 - $12.32<br>3/8/11 - $12.30 ** | 53.62 |
| Meals: Dinner<br>3/6/11 - $29.50<br>3/7/11 - $54.50 | 84.00 |
| | |
| Total: | $886.87 |

*Charges shown on attached Visa invoice.*

\*  Lunch for both Mr. Salganik and Mr. Paul.

\*\* Amount requested represents Mr. Salganik's portion of receipted amount shared with Mr. Paul.
   (Receipt is attached to Mr. Paul's request.)

## TOTAL ALLOWED AMOUNT:   $886.87

| 03/07 | DOMAINE HDSN WINE BAR WILMINGTON DE | 54.50 |
| 03/07 | CAVANAUGHS RESTAURANT WILMINGTON DE | 12.32 |
| 03/07 | MIKIMOTOS RESTAURANT WILMINGTON DE | 29.50 |
| 03/06 | WASHINGTON STREET ALE HOU WILMINGTON DE | 29.00 |
| | | 49.00 |
| 03/10 | SHERATON WILMINGTON DE | 749.25 |

7601

| | |
|---|---|
| Total fees charged in 2011 | $0.00 |
| Total interest charged in 2011 | $0.00 |

Year-to-date totals reflect all charges minus any refunds
applied to your account.

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC  20036

| Type of Expense | March 6 - 9, 2011 Confirmation Hearing (Wilmington, Delaware) |
|---|---|
| Hotel | $1,008.95 |
| Meals:  Breakfast * 3/8/11 - $33.00 3/9/11 - $24.00 | 57.00 |
| Meals: Lunch (3/8/11) ** | 13.65* |
| Meals: Dinner 3/6/11 - $29.50 3/7/11 - $55.50 | 85.00 |
| Parking (Hotel) | 48.00 |
| Mileage ♦ | 132.31 |
| | |
| Total: | $1,344.91 |

\* Breakfasts with both Mr. Paul and Mr. Salganik.

\*\* Amount requested represents Mr. Paul's portion of receipted amount shared with Mr. Salganik. Mr. Salganik seeks reimbursement for the balance in his expense request.

♦ 262 miles round trip @ $.505/per mile.

**TOTAL ALLOWED AMOUNT:    $1,344.91**

CAVANAUGHS RESTAURANT
703 N MARKET ST
WILMINGTON DE 19801
302-656-4067

Terminal ID: 00648739          0001
-------------------------------------
3/8/11                        12:57 PM

SERVER #: 9

AMERICAN EXPRESS
ACCT #: ***********3003
CREDIT SALE

REF #: 013
BATCH #: 166    AUTH #: 561946

AMOUNT                      $20.95

TIP                         $ 5

TOTAL                       $25.95

APPROVED

Bill &
me        CUSTOMER COPY

---

DOMAINE HUDSON WINE BAR
1314 N WASHINGTON ST
WILMINGTON, DE 19801
302-655-9463
3390090016952T

Merchant ID: 9527              Ref #: 0010
Server ID: 18

Sale

XXXXXXXXXXXX3003
AMEX              Entry Method: Swiped

Amount:            $      45.50
Tip:                       10
Total:                     55.50

03/07/11                    21:15:05
Inv #: 083003        Appr Code: 522844
Apprvd: Online         Batch#: 000100

Customer Copy
THANK YOU

---

MIKIMOTOS
CHERRY TREE HOSPITALITY GROUP
(000)000-0000

Date: 03/06/2011    Time: 08:15:55 PM

Card Type:American Express
Card Number:XXXXXXXXXXX3003
Server Name:Havidan
Check Number:103919

Card Owner:PAUL

AMOUNT        24.50

TIP           5.00

TOTAL         89.50

Approval: 529265

THIS COPY FOR          DS

Sheraton Suites Wilmington Delaware
422 Delaware Ave
Wilmington, Delaware 19801
t — 302 654 8300
f — 302 654 6036


Sheraton

GUEST / CLIENT
GUEST / CLIENT

TRAVEL AGENT / CHARGE TO
AGENT DE VOYAGES / PORTER AU COMPTE DE

Robert Paul

10386 Eclipse Way
Columbia, MD 21044
United States

| | | | |
|---|---|---|---|
| ROOM \| CHAMBRE | 408 | | |
| RATE \| TARIF | 227.05 | | |
| # PERS. \| N° PERS. | 1 | | |
| FOLIO \| DOSSIER | 819000 | A | |
| PAGE \| PAGE | 1 | | |
| ARRIVE \| ARRIVÉE | 06-MAR-11 | 11:39 | |
| DEPART \| DÉPART | 09-MAR-11 | 09:17 | |
| PAYMENT \| PAIEMENT | AX | | |

| DATE \| DATE | REFERENCE \| REFERENCE | DESCRIPTION \| DESCRIPTION | CHARGES / CREDITS \| FRAIS / CRÉDIT |
|---|---|---|---|
| 06-MAR-11 | RT408 | Room Charge | |
| 06-MAR-11 | RT408 | County Tax | 4.54 |
| 06-MAR-11 | RT408 | Occupancy/Tourism Tax | 18.16 |
| 06-MAR-11 | RT408 | Parking Self - Overnight | 16.00 |
| 07-MAR-11 | RT408 | Room Charge - AAA | 227.05 |
| 07-MAR-11 | RT408 | County Tax | 4.54 |
| 07-MAR-11 | RT408 | Occupancy/Tourism Tax | 18.16 |
| 07-MAR-11 | RT408 | Parking Self - Overnight | 16.00 |
| 07-MAR-11 | 1 | In Room Internet | 9.95 |
| 08-MAR-11 | RT408 | Room Charge - AAA | 227.05 |
| 08-MAR-11 | RT408 | County Tax | 4.54 |
| 08-MAR-11 | RT408 | Occupancy/Tourism Tax | 18.16 |
| 08-MAR-11 | RT408 | Parking Self - Overnight | 16.00 |
| 08-MAR-11 | 503311700 | The Basil | 33.00 |
| 09-MAR-11 | 503312660 | The Basil | 24.00 |
| 09-MAR-11 | early depa | Room Charge - AAA | 227.05 |
| 09-MAR-11 | early depa | Occupancy/Tourism Tax | 18.16 |
| 09-MAR-11 | early depa | County Tax | 4.54 |
| 09-MAR-11 | AX | American Express | 1113.95- |

***For Authorization Purposes Only***
xxxxx3003
Auth Date    Code    Authorized
06-MAR-11    523100      1362.30

Balance Due                    0.00

** continued on the next page**

SIGNATURE  I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.
SIGNATURE  Je consens à être tenu personnellement responsable du paiement du présent compte si l'entreprise ou autre tierce partie ne règle pas une partie ou la totalité des frais.



Sheraton Suites Wilmington Delaware
422 Delaware Ave
Wilmington, Delaware 19801

t — 302 654 8300
f — 302 654 6036

**Sheraton**

GUEST / CLIENT
GUEST / CLIENT

Robert Paul

10386 Eclipse Way
Columbia, MD 21044
United States

| | |
|---|---|
| ROOM / CHAMBRE | 408 |
| RATE / TARIF | 227.05 |
| # PERS. / N° PERS. | 1 |
| FOLIO / DOSSIER | 819000      A |
| PAGE / PAGE | 2 |
| ARRIVE / ARRIVEE | 06-MAR-11    11:39 |
| DEPART / DEPART | 09-MAR-11    09:17 |
| PAYMENT / PAIEMENT | AX |

TRAVEL AGENT / CHARGE TO
AGENT DE VOYAGES / PORTER AU COMPTE DE

| DATE / DATE | REFERENCE / REFERENCE | DESCRIPTION / DESCRIPTION | CHARGES / CREDITS / FRAIS / CREDIT |
|---|---|---|---|

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 06-MAR-11 | 249.75 | 0.00 | 0.00 | 16.00 | 265.75 | 0.00 |
| 07-MAR-11 | 249.75 | 0.00 | 0.00 | 25.95 | 275.70 | 0.00 |
| 08-MAR-11 | 249.75 | 33.00 | 0.00 | 16.00 | 298.75 | 0.00 |
| 09-MAR-11 | 249.75 | 24.00 | 0.00 | 0.00 | 273.75 | 1113.95- |
| Total | 999.00 | 57.00 | 0.00 | 57.95 | 1113.95 | 1113.95- |

Check out the Link@Sheraton experienced with Microsoft Join us at the Link,
our connectivity hub in the lobby, to surf the Web, watch a game with
friends, borrow a magazine or newspaper or even print your boarding pass.
Learn more at www.sheraton.com/link.

SIGNATURE  I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges.
SIGNATURE  Je consens à être tenu personnellement responsable du paiement du présent compte si l'entreprise ou autre tierce partie ne règle pas une partie ou la totalité des frais.

As a Starwood Preferred Guest, you could have earned 1930
Starpoints for this visit. Please provide your member number
or enroll today.