## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In re:                                      :        Chapter 11
                                            :
TRIBUNE COMPANY, *et al.*,                  :        Case No. 08-13141 (KJC)
                                            :
                          Debtors.          :        (Jointly Administered)

D. I. 8595, 8689, 8719

## ORDER DEEMING JOHN BIRMINGHAM'S
## PROOF OF CLAIM TIMELY FILED

Upon consideration of the Motion of John Birmingham to Deem Claim Timely Filed (the

"Motion"); it is hereby

ORDERED, that the Motion is granted, and its is further

ORDERED, that the proof of claim filed by John Birmingham shall be deemed to have

been filed prior to the Bar Date.

Dated: This ___ day of _April_ 2011

                                    _____
                                    Hon. Kevin J. Carey
                                    Chief United States Bankruptcy Judge