# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

March 1, 2011 through and including March 31, 2011

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $690.00 | 96.70 | $66,723.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $610.00 | 205.30 | $125,233.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $610.00 | 6.40 | $3,904.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $475.00 | 39.90 | $18,952.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $425.00 | 110.40 | $46,920.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $385.00 | 39.20 | $15,092.00 |
| Mark D. Olivere | Associate; admitted DE 2002 | May, 2002 | $395.00 | 5.00 | $1,975.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $325.00 | .30 | $97.50 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $295.00 | 180.90 | $53,365.50 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $295.00 | 11.30 | $3,333.50 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Frances A. Panchak | Paralegal | N/A | $225.00 | 128.30 | $28,867.50 |
| Michelle M. Dero | Paralegal | N/A | $225.00 | 6.90 | $1,552.50 |
| Cathy A. Adams | Paralegal | N/A | $200.00 | .50 | $100.00 |
| Anthony C. Dellose | Paralegal | N/A | $190.00 | .50 | $95.00 |
| Linda M. Rogers | Paralegal | N/A | $200.00 | 37.70 | $7,540.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 6.50 | $812.50 |
|  |  |  | **Total** | 875.80 | $374,563.50 |

**Blended Rate: $427.68**