# EXHIBIT "C"

{698.001-W0014251.}

Official Committee of Unsecured Creditors                                      April 25, 2011
                                                                          Account No: 698-001
                                                                          Statement No: 13540

Tribune Company, et al. bankruptcy

## **Expenses**

| | |
|---|---:|
| Overtime Wages | 2,466.18 |
| Postage | 3.52 |
| Copying | 1,200.30 |
| Overnight Delivery | 396.94 |
| Courier Fees | 3,776.75 |
| Online research LEXIS | 3,097.60 |
| Outside Duplication Services | 26,301.02 |
| US Postage | 356.62 |
| Court Reporter fees | 17,350.90 |
| Client meals | 3,953.80 |
| Conference Call Service | 1,260.29 |
| Professional Consultant Fees | 600.00 |
| Telephonic Court Appearance | 8,353.00 |
| **Total Expenses Thru 03/31/2011** | **$69,116.92** |

{698.001-W0014310.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 10/01/2010 | AGL | U | B100 E215 | | 1,083.00 | Online research LEXIS - Advance (Invoice 1010146928 10/1-10/31/10) | 1405 |
| 698.001 | 10/01/2010 | AGL | U | B100 E215 | | 277.76 | Online research LEXIS - Advance (Invoice 1010146928 10/1-10/31/10) | 1406 |
| Subtotal for Transaction Date 10/01/2010 | | | | | Billable | 1,360.76 | | |
| 698.001 | 11/01/2010 | AGL | U | B100 E215 | | 1,736.84 | Online research LEXIS - Advance (Invoice 1011146753 11/1-11/30/10) | 1404 |
| Subtotal for Transaction Date 11/01/2010 | | | | | Billable | 1,736.84 | | |
| 698.001 | 11/10/2010 | AGL | U | B100 E226 | | 79.00 | Conference Call Service - Court Call ID 3848467 | 1089 |
| Subtotal for Transaction Date 11/10/2010 | | | | | Billable | 79.00 | | |
| 698.001 | 02/08/2011 | AGL | U | B100 E226 | | 332.00 | Conference Call Service - CourtCall IDs 4023218, 4021994, 4024465, 4023231, 4023241 | 1495 |
| Subtotal for Transaction Date 02/08/2011 | | | | | Billable | 332.00 | | |
| 698.001 | 02/15/2011 | AGL | U | B100 E226 | | 223.00 | Conference Call Service - CourtCall IDs 4037318, 4037776, 4037310 | 1496 |
| Subtotal for Transaction Date 02/15/2011 | | | | | Billable | 223.00 | | |
| 698.001 | 02/22/2011 | AGL | U | B100 E226 | | 137.00 | Conference Call Service - CourtCall IDs 4047016, 4046998 | 1497 |
| Subtotal for Transaction Date 02/22/2011 | | | | | Billable | 137.00 | | |
| 698.001 | 02/25/2011 | AGL | U | B100 E226 | | 238.00 | Conference Call Service - CourtCall ID 4062232, 4061547, 4062243, 4061519, 4062211, 4062204, 4061531 | 1498 |
| 698.001 | 02/25/2011 | AGL | U | B100 E226 | | 37.00 | Conference Call Service - Court Call ID 4062270 | 1525 |
| Subtotal for Transaction Date 02/25/2011 | | | | | Billable | 275.00 | | |
| 698.001 | 03/01/2011 | AGL | U | B100 E211 | | 314.15 | Outside printing - Advance Digital Legal Services, LLC - 56750 | 1383 |
| 698.001 | 03/01/2011 | AGL | U | B100 E210 | | 24.75 | US Postage # Digital Legal Services, LLC - 56750 | 1384 |
| 698.001 | 03/01/2011 | AGL | U | B100 E210 | | 10.51 | US Postage # Digital Legal Services, LLC - 56776 | 1390 |
| 698.001 | 03/01/2011 | AGL | U | B100 E211 | | 149.28 | Outside printing - Advance Digital Legal Services, LLC - 56777 | 139 |
| 698.001 | 03/01/2011 | AGL | U | B100 E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage - Order 704983 | 143 |
| 698.001 | 03/01/2011 | AGL | U | B100 E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage - Order 704984 | 143 |
| 698.001 | 03/01/2011 | AGL | U | B100 E216 | | 6.50 | Courier Fee - Advance TriState Courier & Carriage - Order 705103 | 143 |
| 698.001 | 03/01/2011 | AGL | U | B100 E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - Order 705855 | 143 |
| 698.001 | 03/01/2011 | AGL | U | B100 E101 | 0.100 | 38.60 | Copying | 146 |
| Subtotal for Transaction Date 03/01/2011 | | | | | Billable | 614.59 | | |
| 698.001 | 03/02/2011 | AGL | U | B100 E204 | | 10.51 | Postage # Digital Legal Services, LLC - 56841 | 139 |
| 698.001 | 03/02/2011 | AGL | U | B100 E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - Order 705647 | 143 |
| 698.001 | 03/02/2011 | AGL | U | B100 E101 | 0.100 | 18.80 | Copying | 146 |
| 698.001 | 03/02/2011 | AGL | U | B100 E226 | | 144.00 | Conference Call Service - CourtCall IDs 4068329, 4068171 | 149 |
| 698.001 | 03/02/2011 | AGL | U | B100 E227 | | 600.00 | Computer Consulting Service - Shore Consultants Invoice CE12798 - Setup laptops, printers, users in war room for | 150 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 03/02/2011 | AGL | U | B100 | E226 | | 51.00 Conference Call Service - Court Call ID 4068150 | 152( |
| Subtotal for Transaction Date 03/02/2011 | | | | | Billable | 860.31 | | |
| 698.001 | 03/03/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fee - Advance TriState Courier & Carriage - Order 705378 | 143( |
| 698.001 | 03/03/2011 | AGL | U | B100 | E226 | | 19.29 Conference Call Service American Teleconferencing Services Ltd. Invoice 3024674400-031411 | 144: |
| 698.001 | 03/03/2011 | AGL | U | B100 | E101 | 0.100 | 3.60 Copying | 146! |
| Subtotal for Transaction Date 03/03/2011 | | | | | Billable | 29.39 | | |
| 698.001 | 03/04/2011 | AGL | U | B100 | E217 | | 217.80 Court Reporter fee Diaz Data Services Invoice 7423 - hearing transcript | 136: |
| 698.001 | 03/04/2011 | AGL | U | B100 | E217 | | 580.80 Court Reporter fee Diaz Data Services Invoice 7414 hearing transcript | 136< |
| 698.001 | 03/04/2011 | AGL | U | B100 | E210 | | 73.10 US Postage # Digital Legal Services, LLC - Invoice 56939 | 142( |
| 698.001 | 03/04/2011 | AGL | U | B100 | E101 | 0.100 | 1.50 Copying | 146( |
| 698.001 | 03/04/2011 | AGL | U | B100 | E228 | | 150.00 Telephonic Court Appearance - Court Call Invoices 4078838, 4078805, 4078867, 4078807, 4078834 | 155( |
| Subtotal for Transaction Date 03/04/2011 | | | | | Billable | 1,023.20 | | |
| 698.001 | 03/05/2011 | AGL | U | B100 | E216 | | 9.00 Courier Fee - Advance TriState Courier & Carriage - Order 706007 | 143: |
| 698.001 | 03/05/2011 | AGL | U | B100 | E102 | | 8,903.21 Outside printing Digital Legal Services, LLC - Invoice 57133 | 144: |
| 698.001 | 03/05/2011 | AGL | U | B100 | E101 | 0.100 | 84.80 Copying | 146: |
| 698.001 | 03/05/2011 | AGL | U | B100 | E102 | | 5,246.19 Outside printing Digital Legal Services, LLC - Invoice 57080 | 148! |
| 698.001 | 03/05/2011 | AGL | U | B100 | E209 | | 471.39 Overtime wages MLI 3/5 - 3/10/11 assist with confirmation preparations | 153: |
| Subtotal for Transaction Date 03/05/2011 | | | | | Billable | 14,714.59 | | |
| 698.001 | 03/06/2011 | AGL | U | B100 | E211 | | 370.10 Outside printing - Advance Digital Legal Services, LLC - Invoice 56975 | 142: |
| 698.001 | 03/06/2011 | AGL | U | B100 | E216 | | 231.92 Courier Fee - Advance TriState Courier & Carriage Invoice 37424 | 144! |
| 698.001 | 03/06/2011 | AGL | U | B100 | E216 | | 58.10 Courier Fee - Advance TriState Courier & Carriage Invoice 37424 | 144( |
| 698.001 | 03/06/2011 | AGL | U | B100 | E216 | | 144.45 Courier Fee - Advance TriState Courier & Carriage Invoice 37424 | 144: |
| 698.001 | 03/06/2011 | AGL | U | B100 | E101 | 0.100 | 158.40 Copying | 146( |
| 698.001 | 03/06/2011 | AGL | U | B100 | E209 | | 202.05 Overtime wages - Assist w/confirmation hearing preparation | 152( |
| 698.001 | 03/06/2011 | AGL | U | B100 | E209 | | 486.68 Overtime wages CSL 3/6 - 3/11/11 Assist with confirmation hearing preparation | 153: |
| Subtotal for Transaction Date 03/06/2011 | | | | | Billable | 1,651.70 | | |
| 698.001 | 03/07/2011 | AGL | U | B100 | E111 | | 207.00 Meals Cavanaugh's Restaurant - Lunch for Chadbourne (10) & Zuckerman (3) Committee Members (2) and LRC (2) #108 | 136: |
| 698.001 | 03/07/2011 | AGL | U | B100 | E217 | | 102.85 Court Reporter fee Diaz Data Services - #7435 | 136: |
| 698.001 | 03/07/2011 | AGL | U | B100 | E216 | | 15.50 Courier Fee - Advance TriState Courier & Carriage Invoice 37424 | 144( |
| 698.001 | 03/07/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fee - Advance TriState Courier & Carriage Invoice 37424 | 144! |
| 698.001 | 03/07/2011 | AGL | U | B100 | E216 | | 43.82 Courier Fee - Advance TriState Courier & Carriage Invoice 37424 | 145( |
| 698.001 | 03/07/2011 | AGL | U | B100 | E216 | | 198.00 Courier Fee - Advance TriState Courier & Carriage Invoice 37424 | 145: |
| 698.001 | 03/07/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fee - Advance TriState Courier & Carriage Invoice 37424 | 145: |
| 698.001 | 03/07/2011 | AGL | U | B100 | E216 | | 60.65 Courier Fee - Advance TriState Courier & Carriage Invoice 37424 | 145: |
| 698.001 | 03/07/2011 | AGL | U | B100 | E101 | 0.100 | 67.60 Copying | 146! |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 03/07/2011 | AGL | U | B100 | E102 | | 1,674.54 Outside printing Digital Legal Services, LLC - Invoice 57048 | 1476 |
| 698.001 | 03/07/2011 | AGL | U | B100 | E218 | | 224.25 Meals - Chelsea Tavern - Dinner LRC ( ) | 1500 |
| 698.001 | 03/07/2011 | AGL | U | B100 | E228 | | 253.00 Telephonic Court Appearance - Court Call Invoices 4079657, 4080897, 4079384, 4079514 | 1557 |
| Subtotal for Transaction Date 03/07/2011 | | | | | Billable | 2,860.21 | | |
| 698.001 | 03/08/2011 | AGL | U | B100 | E211 | | 48.38 Outside printing - Advance Digital Legal Services, LLC  56883 | 1394 |
| 698.001 | 03/08/2011 | AGL | U | B100 | E210 | | 11.20 US Postage # Digital Legal Services, LLC | 1395 |
| 698.001 | 03/08/2011 | AGL | U | B100 | E217 | | 629.20 Court Reporter fee Diaz Data Services - USBC 7439 | 1402 |
| 698.001 | 03/08/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fee - Advance TriState Courier & Carriage  Invoice 37424 | 1454 |
| 698.001 | 03/08/2011 | AGL | U | B100 | E216 | | 193.00 Courier Fee - Advance TriState Courier & Carriage -  Invoice 37424 | 1455 |
| 698.001 | 03/08/2011 | AGL | U | B100 | E216 | | 43.32 Courier Fee - Advance TriState Courier & Carriage  Invoice 37424 | 1456 |
| 698.001 | 03/08/2011 | AGL | U | B100 | E101 | 0.100 | 561.80 Copying | 1470 |
| 698.001 | 03/08/2011 | AGL | U | B100 | E102 | | 226.20 Outside printing Digital Legal Services, LLC - Invoice 57067 | 1480 |
| 698.001 | 03/08/2011 | AGL | U | B100 | E218 | | 129.75 Client meals - Lunch from Toscana LRC (4), Chadbourne (10) and Zuckerman (3) | 1504 |
| 698.001 | 03/08/2011 | AGL | U | B100 | E209 | | 87.85 Overtime wages - Assist w/confirmation hearing preparation | 1529 |
| 698.001 | 03/08/2011 | AGL | U | B100 | E228 | | 988.00 Telephonic Court Appearance - Court Call Invoices 4079679, 4080907, 4082837, 4079543 | 1558 |
| 698.001 | 03/08/2011 | AGL | U | B100 | E111 | | 92.50 Meals - Breakfast from Purebread LRC (2), Chadbourne (10), Zuckerman (3) | 1576 |
| Subtotal for Transaction Date 03/08/2011 | | | | | Billable | 3,017.70 | | |
| 698.001 | 03/09/2011 | AGL | U | B100 | E217 | | 2,038.85 Court Reporter fee Diaz Data Services - USBC 7452 | 140 |
| 698.001 | 03/09/2011 | AGL | U | B100 | E218 | | 272.50 Client meals Cavanaugh's Restaurant - Lunch Invoice 109: CP (10); LRC (4); Zuckerman (3) | 140 |
| 698.001 | 03/09/2011 | AGL | U | B100 | E218 | | 65.00 Client meals Purebread IV - Check# 1453 Breakfast Chadbourne (4), Zuckerman (1) and LRC (1) | 141 |
| 698.001 | 03/09/2011 | AGL | U | B100 | E216 | | 179.57 Courier Fee - Advance TriState Courier & Carriage  Invoice 37424 | 145 |
| 698.001 | 03/09/2011 | AGL | U | B100 | E216 | | 206.00 Courier Fee - Advance TriState Courier & Carriage  Invoice 37424 | 145 |
| 698.001 | 03/09/2011 | AGL | U | B100 | E101 | 0.100 | 219.40 Copying | 147 |
| 698.001 | 03/09/2011 | AGL | U | B100 | E102 | | 35.95 Outside printing Digital Legal Services, LLC - Invoice 57068 | 148 |
| 698.001 | 03/09/2011 | AGL | U | B100 | E101 | 0.100 | 45.00 Copying | 150 |
| 698.001 | 03/09/2011 | AGL | U | B100 | E228 | | 953.00 Telephonic Court Appearance - Court Call Invoices 4079683, 4080914, 4082855, 4078061 | 155 |
| 698.001 | 03/09/2011 | AGL | U | B100 | E111 | | 354.95 Meals - Dinner from Harrys Seafood Grill - LRC (2), Bush and Sottile | 157 |
| Subtotal for Transaction Date 03/09/2011 | | | | | Billable | 4,370.22 | | |
| 698.001 | 03/10/2011 | AGL | U | B100 | E217 | | 1,948.10 Court Reporter fee Diaz Data Services - Invoice 7458 | 140 |
| 698.001 | 03/10/2011 | AGL | U | B100 | E218 | | 183.75 Client meals Cavanaugh's Restaurant - Lunch Invoice 110: CP (10); LRC (4); Zuckerman (3) | 140 |
| 698.001 | 03/10/2011 | AGL | U | B100 | E218 | | 65.00 Client meals Purebread IV - Check# 1890 Breakfast - Chadbourne (4), Zuckerman (1) LRC (1) | 141 |
| 698.001 | 03/10/2011 | AGL | U | B100 | E221 | | 17.83 Overnight Delivery FedEx - Invoice 745009438 | 143 |
| 698.001 | 03/10/2011 | AGL | U | B100 | E216 | | 66.85 Courier Fee - Advance TriState Courier & Carriage  Invoice 37424 | 145 |
| 698.001 | 03/10/2011 | AGL | U | B100 | E216 | | 182.00 Courier Fee - Advance TriState Courier & Carriage  Invoice 37424 | 146 |
| 698.001 | 03/10/2011 | AGL | U | B100 | E209 | | 35.15 Overtime wages - Assist w/confirmation hearing preparation | 153 |
| 698.001 | 03/10/2011 | AGL | U | B100 | E221 | | 61.62 Overnight Delivery FedEx - Invoice | 154 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

Client ID 698.001 Official Committee of Unsecured Creditors

| Client | Trans Date | Tmkr | H/P | Tcode | Rate | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 03/10/2011 | AGL | U | B100 E228 | | 1,339.00 | 745009438 delivery to Katie Burke at Chadbourne Telephonic Court Appearance - Court Call Invoices 4079426, 4088953, 4080923, 4079688, 4078066, 4079558, 4090360, 4082859 | 1560 |

Subtotal for Transaction Date 03/10/2011　　Billable　3,899.30

| 698.001 | 03/11/2011 | AGL | U | B100 E217 | | 1,615.35 | Court Reporter fee Diaz Data Services -Invoice 7493 hearing transcript | 1398 |
| 698.001 | 03/11/2011 | AGL | U | B100 E217 | | 1,627.45 | Court Reporter fee Diaz Data Services - Invoice 7474 | 1399 |
| 698.001 | 03/11/2011 | AGL | U | B100 E111 | | 65.00 | Meals Purebread Deli - 2230 Breakfast for LRC (1), CP (4), Zuckerman (1) | 1403 |
| 698.001 | 03/11/2011 | AGL | U | B100 E218 | | 392.50 | Client meals Cavanaugh's Restaurant - Invoice 111: CP (10); LRC (4); Zuckerman (3) | 1409 |
| 698.001 | 03/11/2011 | AGL | U | B100 E216 | | 6.50 | Courier Fee - Advance TriState Courier & Carriage Invoice 37424 | 1461 |
| 698.001 | 03/11/2011 | AGL | U | B100 E216 | | 224.00 | Courier Fee - Advance TriState Courier & Carriage Invoice 37424 | 1462 |
| 698.001 | 03/11/2011 | AGL | U | B100 E102 | | 34.45 | Outside printing Digital Legal Services, LLC - Invoice 57052 | 1478 |
| 698.001 | 03/11/2011 | AGL | U | B100 E102 | | 29.15 | Outside printing Digital Legal Services, LLC - Invoice 57071 | 1484 |
| 698.001 | 03/11/2011 | AGL | U | B100 E209 | | 43.92 | Overtime wages - Assist w/confirmation hearing preparation | 1531 |
| 698.001 | 03/11/2011 | AGL | U | B100 E221 | | 15.48 | Overnight Delivery FedEx - Invoice 745009438 Delivery from D. Deutsche to Sheila Pender at Chadbourne | 1541 |
| 698.001 | 03/11/2011 | AGL | U | B100 E228 | | 386.00 | Telephonic Court Appearance - Court Call Invoices 4079435, 4079694, 4078072, 4079340, | 1561 |

Subtotal for Transaction Date 03/11/2011　　Billable　4,439.80

| 698.001 | 03/13/2011 | AGL | U | B100 E102 | | 365.00 | Outside printing Digital Legal Services, LLC - Invoice 57070 | 148: |
| 698.001 | 03/13/2011 | AGL | U | B100 E209 | | 791.93 | Overtime wages MLI 3/13 - 3/18/11 - assist with confirmation meeting preparations | 153! |

Subtotal for Transaction Date 03/13/2011　　Billable　1,156.93

| 698.001 | 03/14/2011 | AGL | U | B100 E217 | | 1,645.60 | Court Reporter fee Diaz Data Services - Invoice 7487 hearing transcript | 1397 |
| 698.001 | 03/14/2011 | AGL | U | B100 E218 | | 218.50 | Client meals Cavanaugh's Restaurant - Lunch Invoice 112: CP (10); LRC (4); Zuckerman (3) | 141( |
| 698.001 | 03/14/2011 | AGL | U | B100 E102 | | 28.95 | Outside printing Digital Legal Services, LLC - Invoice 57069 | 148: |
| 698.001 | 03/14/2011 | AGL | U | B100 E216 | | 6.50 | Courier Fee TriState Courier & Carriage Invoice 37503 | 151: |
| 698.001 | 03/14/2011 | AGL | U | B100 E216 | | 227.00 | Courier Fee TriState Courier & Carriage Invoice 37503 | 151: |
| 698.001 | 03/14/2011 | AGL | U | B100 E221 | | 15.48 | Overnight Delivery FedEx - Invoice 745009438 Delivery to Matthew Melnick (NY) | 154: |
| 698.001 | 03/14/2011 | AGL | U | B100 E228 | | 729.00 | Telephonic Court Appearance - Court Call Invoices 4079701, 4079570, 4078076, 4082875 | 156: |

Subtotal for Transaction Date 03/14/2011　　Billable　2,871.03

| 698.001 | 03/15/2011 | AGL | U | B100 E217 | | 2,129.60 | Court Reporter fee Diaz Data Services -Invoice 7506 hearing transcript | 139! |
| 698.001 | 03/15/2011 | AGL | U | B100 E218 | | 194.25 | Client meals Cavanaugh's Restaurant - Lunch - Invoice 113: CP (10); LRC (4); Zuckerman (3) | 141 |
| 698.001 | 03/15/2011 | AGL | U | B100 E218 | | 92.50 | Client meals Purebread IV - Check# 2997 Breakfast Chadbourne (4), LRC (2) and Zuckerman (2) | 142 |
| 698.001 | 03/15/2011 | AGL | U | B100 E216 | | 6.50 | Courier Fee TriState Courier & Carriage Invoice 37503 | 151. |
| 698.001 | 03/15/2011 | AGL | U | B100 E216 | | 152.50 | Courier Fee TriState Courier & Carriage Invoice 37503 | 151 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 03/15/2011 | AGL | U | B100 | E209 | | 272.33 Overtime wages KAB- Assist w/confirmation hearing preparation | 1534 |
| 698.001 | 03/15/2011 | AGL | U | B100 | E209 | | 74.88 Overtime wages CSL 3/15 - 3/17/11 - Assist with preparation for confirmation hearing | 1536 |
| 698.001 | 03/15/2011 | AGL | U | B100 | E228 | | 722.00 Telephonic Court Appearance - Court Call Invoices 4079710, 4082881, 4078086, 4079598 | 1565 |
| Subtotal for Transaction Date 03/15/2011 | | | | | Billable | 3,644.56 | | |
| 698.001 | 03/16/2011 | AGL | U | B100 | E218 | | 302.50 Client meals Cavanaugh's Restaurant - Lunch Invoice 115: CP (10); LRC (4); Zuckerman (3) | 1413 |
| 698.001 | 03/16/2011 | AGL | U | B100 | E216 | | 53.77 Courier Fee TriState Courier & Carriage Invoice 37503 | 1516 |
| 698.001 | 03/16/2011 | AGL | U | B100 | E216 | | 196.00 Courier Fee TriState Courier & Carriage Invoice 37503 | 1517 |
| 698.001 | 03/16/2011 | AGL | U | B100 | E111 | | 94.00 Meals - Dinner from Mikimoto's LRC ( ) | 1527 |
| 698.001 | 03/16/2011 | AGL | U | B100 | E221 | | 17.83 Overnight Delivery FedEx - Delivery to Sheila Pender (NY) | 1543 |
| 698.001 | 03/16/2011 | AGL | U | B100 | E228 | | 871.00 Telephonic Court Appearance - Court Call Invoices 4079716, 4079587, 4078105, 4101417, 4082885 | 1563 |
| 698.001 | 03/16/2011 | AGL | U | B100 | E111 | | 116.00 Meals - Dinner from BBC Tavern - Landis and Bush | 1574 |
| 698.001 | 03/16/2011 | AGL | U | B100 | E111 | | 57.50 Meals - Breakfast from Purebread LRC (2), Chadbourne (10), Zuckerman (3) | 1577 |
| Subtotal for Transaction Date 03/16/2011 | | | | | Billable | 1,708.60 | | |
| 698.001 | 03/17/2011 | AGL | U | B100 | E218 | | 181.75 Client meals Cavanaugh's Restaurant - Lunch Invoice 116 lunch for LRC (4), Chadbourne (10) and Zuckerman (3) | 1414 |
| 698.001 | 03/17/2011 | AGL | U | B100 | E218 | | 65.00 Client meals Purebread IV - Check# 3785 Breakfast Chadbourne (4), LRC (2) Zuckerman (1) | 142 |
| 698.001 | 03/17/2011 | AGL | U | B100 | E217 | | 1,842.10 Court Reporter fee Diaz Data Services Invoice 7551 - 3/17 | 147 |
| 698.001 | 03/17/2011 | AGL | U | B100 | E102 | | 1,153.30 Outside printing Digital Legal Services, LLC - Invoice 57093 | 149 |
| 698.001 | 03/17/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fee TriState Courier & Carriage Invoice 37503 | 151 |
| 698.001 | 03/17/2011 | AGL | U | B100 | E216 | | 275.00 Courier Fee TriState Courier & Carriage Invoice 37503 | 151 |
| 698.001 | 03/17/2011 | AGL | U | B100 | E216 | | 15.50 Courier Fee TriState Courier & Carriage Invoice 37503 | 152 |
| 698.001 | 03/17/2011 | AGL | U | B100 | E221 | | 38.36 Overnight Delivery FedEx - Invoice 745009438 | 154 |
| 698.001 | 03/17/2011 | AGL | U | B100 | E221 | | 38.36 Overnight Delivery FedEx - - Invoice 745009438 | 154 |
| 698.001 | 03/17/2011 | AGL | U | B100 | E221 | | 52.49 Overnight Delivery FedEx - Invoice 745009438 | 154 |
| 698.001 | 03/17/2011 | AGL | U | B100 | E228 | | 899.00 Telephonic Court Appearance - Court Call Invoices 4079721, 4078108, 4079578, 4082890, 4078240 | 156 |
| 698.001 | 03/17/2011 | AGL | U | B100 | E111 | | 294.60 Meals - Dinner from Columbus Inn LRC(2), Bush, Sotille, Goldberg, Seife, Ashley, McCormick, LeMay | 157 |
| Subtotal for Transaction Date 03/17/2011 | | | | | Billable | 4,861.96 | | |
| 698.001 | 03/18/2011 | AGL | U | B100 | E218 | | 220.00 Client meals Cavanaugh's Restaurant - Lunch Invoice 116 lunch for LRC (2), Chadbourne (10) and Zuckerman (.3) | 141 |
| 698.001 | 03/18/2011 | AGL | U | B100 | E218 | | 65.00 Client meals Purebread IV - Check# 4220 Breakfast Chadbourne (4) LRC (2) Zuckerman (1) | 142 |
| 698.001 | 03/18/2011 | AGL | U | B100 | E217 | | 1,932.85 Court Reporter fee Diaz Data Services Invoice 7543 - 3/18 hearing | 147 |
| 698.001 | 03/18/2011 | AGL | U | B100 | E102 | | 31.40 Outside printing Digital Legal Services, LLC - Invoice 57081 | 148 |
| 698.001 | 03/18/2011 | AGL | U | B100 | E102 | | 113.05 Outside printing Digital Legal Services, LLC - Invoice 57098 | 149 |
| 698.001 | 03/18/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fee TriState Courier & Carriage Invoice 37503 | 152 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 03/18/2011 | AGL | U | B100 E216 | | 235.50 | Courier Fee TriState Courier & Carriage Invoice 37503 | 1522 |
| 698.001 | 03/18/2011 | AGL | U | B100 E216 | | 12.50 | Courier Fee TriState Courier & Carriage Invoice 37503 | 1523 |
| 698.001 | 03/18/2011 | AGL | U | B100 E221 | | 31.61 | Overnight Delivery FedEx - Invoice 745009438 | 1547 |
| 698.001 | 03/18/2011 | AGL | U | B100 E221 | | 34.91 | Overnight Delivery FedEx - Invoice 745009438 | 1548 |
| 698.001 | 03/18/2011 | AGL | U | B100 E221 | | 43.46 | Overnight Delivery FedEx - Invoice 745009438 | 1549 |
| 698.001 | 03/18/2011 | AGL | U | B100 E221 | | 29.51 | Overnight Delivery FedEx - Invoice 745009438 | 1550 |
| 698.001 | 03/18/2011 | AGL | U | B100 E228 | | 608.00 | Telephonic Court Appearance - Court Call Invoices 4082898, 4078112, 4079732 | 1566 |
| Subtotal for Transaction Date 03/18/2011 | | | | | Billable | 3,364.29 | | |
| 698.001 | 03/21/2011 | AGL | U | B100 E101 | 0.100 | 0.80 | Copying | 1472 |
| 698.001 | 03/21/2011 | AGL | U | B100 E102 | | 33.95 | Outside printing Digital Legal Services, LLC - Invoice 57049 | 1477 |
| 698.001 | 03/21/2011 | AGL | U | B100 E102 | | 32.45 | Outside printing Digital Legal Services, LLC - Invoice 57066 | 1479 |
| 698.001 | 03/21/2011 | AGL | U | B100 E102 | | 3.85 | Outside printing Digital Legal Services, LLC - Invoice 57085 | 1487 |
| 698.001 | 03/21/2011 | AGL | U | B100 E204 | | 2.20 | Postage # Digital Legal Services, LLC - Invoice 57085 | 1488 |
| 698.001 | 03/21/2011 | AGL | U | B100 E107 | | 36.00 | Delivery services/messengers Digital Legal Services, LLC - Invoice 57085 | 1489 |
| 698.001 | 03/21/2011 | AGL | U | B100 E102 | | 335.49 | Outside printing Digital Legal Services, LLC - Invoice 57088 | 1490 |
| 698.001 | 03/21/2011 | AGL | U | B100 E204 | | 195.20 | Postage # Digital Legal Services, LLC - Invoice 57088 | 1491 |
| 698.001 | 03/21/2011 | AGL | U | B100 E107 | | 386.00 | Delivery services/messengers Digital Legal Services, LLC - Invoice 57088 | 1492 |
| 698.001 | 03/21/2011 | AGL | U | B100 E216 | | 25.00 | Courier Fees TriState Courier & Carriage - Invoice 37585 | 1570 |
| Subtotal for Transaction Date 03/21/2011 | | | | | Billable | 1,050.94 | | |
| 698.001 | 03/22/2011 | AGL | U | B100 E217 | | 958.80 | Court Reporter fee Diaz Data Services - Invoice 7575: USBC 08-13141 3/22/11 Daily/Miniscript | 1444 |
| 698.001 | 03/22/2011 | AGL | U | B100 E228 | | 365.00 | Telephonic Court Appearance - Court Call Invoices 4108066, 4108095, 4108081, 4108112 | 1567 |
| Subtotal for Transaction Date 03/22/2011 | | | | | Billable | 1,323.80 | | |
| 698.001 | 03/23/2011 | AGL | U | B100 E211 | | 3.85 | Outside printing - Advance Digital Legal Services, LLC - Invoice 57116 | 143 |
| 698.001 | 03/23/2011 | AGL | U | B100 E204 | | 2.20 | Postage # Digital Legal Services, LLC - Invoice 57116 | 144 |
| 698.001 | 03/23/2011 | AGL | U | B100 E107 | | 36.00 | Delivery services/messengers Digital Legal Services, LLC- Invoice 57116 | 144 |
| 698.001 | 03/23/2011 | AGL | U | B100 E228 | | 90.00 | Telephonic Court Appearance - Court Call Invoices 4124297, 4124290, 4124283 | 156 |
| Subtotal for Transaction Date 03/23/2011 | | | | | Billable | 132.05 | | |
| 698.001 | 03/24/2011 | AGL | U | B100 E102 | | 3.85 | Outside printing Digital Legal Invoice 57169 | 150 |
| 698.001 | 03/24/2011 | AGL | U | B100 E204 | | 2.20 | Postage # 5 pcs Digital Legal Invoice 57169 | 150 |
| 698.001 | 03/24/2011 | AGL | U | B100 E107 | | 36.00 | Delivery services/messengers Digital Legal Invoice 57169 | 151 |
| Subtotal for Transaction Date 03/24/2011 | | | | | Billable | 42.05 | | |
| 698.001 | 03/25/2011 | AGL | U | B100 E102 | | 113.20 | Outside printing Digital Legal Invoice 57146 | 150 |
| 698.001 | 03/25/2011 | AGL | U | B100 E204 | | 24.75 | Postage Digital Legal Invoice 57146 | 150 |
| 698.001 | 03/25/2011 | AGL | U | B100 E107 | | 36.00 | Delivery services/messengers Digital Legal Invoice 57146 | 150 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

Subtotal for Transaction Date 03/25/2011

| | | | | | | Billable | 173.95 | | |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 03/29/2011 | AGL | U | B100 | E102 | | 6,960.00 | Outside printing Digital Legal Invoice 57191 | 1511 |
| 698.001 | 03/29/2011 | AGL | U | B100 | E217 | | 81.55 | Court Reporter fee Diaz Data Services Invoice 7614 - Court Hearing transcript | 1524 |
| 698.001 | 03/29/2011 | AGL | U | B100 | E102 | | 91.08 | Outside printing Digital Legal Services, LLC Invoice 57202 | 1571 |

Subtotal for Transaction Date 03/29/2011

| | | | | | | Billable | 7,132.63 | | |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 03/30/2011 | AGL | U | B100 | E108 | | 3.52 | Postage | 1501 |
| 698.001 | 03/30/2011 | AGL | U | B100 | E107 | | 26.00 | Courier Fee: Digital Legal Services, LLC Invoice 40022 | 1539 |

Subtotal for Transaction Date 03/30/2011

| | | | Billable | 29.52 | |
|---|---|---|---|---|---|

**Total for Client ID 698.001**     Billable    69,116.92   Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy

**GRAND TOTALS**

Billable    69,116.92