# Exhibit A

## Supplemental Ballot

EXHIBIT A

## Senior Loan Claims/Senior Guaranty Claims – Debtor/Committee/Lender Plan

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### SUPPLEMENTAL BALLOT FOR HOLDERS OF SENIOR LOAN CLAIMS AGAINST TRIBUNE COMPANY AND SENIOR GUARANTY CLAIMS AGAINST GUARANTOR DEBTORS TO CHANGE PRIOR VOTES TO ACCEPT OR REJECT THE DEBTOR/COMMITTEE/LENDER PLAN

The debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "Debtors") together with the Official Committee of Unsecured Creditors, JPMorgan Chase Bank N.A., as Agent, Oaktree Capital Management, L.P., and Angelo, Gordon & Co., L.P. (collectively, the "Debtor/Committee/Lender Plan Proponents") have sent you this supplemental ballot (the "Supplemental Ballot") to provide you, as a Holder of Senior Loan Claims and/or Senior Guaranty Claims, with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

EXHIBIT A

opportunity to change your previously-cast vote on the plan of reorganization proposed for the Debtors by the Debtor/Committee/Lender Plan Proponents.

**THIS SUPPLEMENTAL BALLOT IS TO BE USED TO CHANGE VOTES PREVIOUSLY CAST ON THE DECEMBER 2010 DCL PLAN (AS DEFINED BELOW) ONLY. YOU HAVE THE RIGHT TO CHANGE YOUR VOTE ON THE DECEMBER 2010 DCL PLAN FOR PURPOSES OF HAVING THAT VOTE COUNTED ON THE DEBTOR/COMMITTEE/LENDER PLAN. IF YOU WISH TO HAVE YOUR VOTE ON THE DECEMBER 2010 DCL PLAN CONTINUE TO BE COUNTED AS IT WAS PREVIOUSLY CAST AS A VOTE ON THE SECOND AMENDED PLAN, YOU DO NOT NEED TO RETURN THIS SUPPLEMENTAL BALLOT.**

In December 2010, Holders of Senior Loan Claims and Senior Guaranty Claims were mailed ballots for voting on the First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries, dated December 8, 2010 (the "December 2010 DCL Plan"). The Debtor/Committee/Lender Plan Proponents have now prepared and filed the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries proposed by the Debtor/Committee/Lender Plan Proponents dated as of April 5, 2011 (as may be amended, the "Debtor/Committee/Lender Plan"). A copy of the Debtor/Committee/Lender Plan, as modified, has been included with this Supplemental Ballot. Capitalized terms not defined in this Supplemental Ballot have the meanings given to them in the Debtor/Committee/Lender Plan.

The modifications to the Debtor/Committee/Lender Plan that affect the treatment provisions to the Holders of Senior Loan Claims and Senior Guaranty Claims are described in detail in the supplement to the Disclosure Statement respecting the Debtor/Committee/Lender Plan (the "Supplemental Disclosure Statement") that has been sent to you with this Supplemental Ballot.

This Supplemental Ballot is only to be used for changing your prior vote with respect to Senior Loan Claims (Class 1C Claims against Tribune Company) and your Senior Guaranty Claims (Classes 50C – 111C Claims against the Guarantor Debtors). Please note that Senior Loan Claims and Senior Guaranty Claims will be voted on the Debtor/Committee/Lender Plan jointly on this Supplemental Ballot, with each such vote to be counted as a vote to accept or reject the Debtor/Committee/Lender Plan in the relevant Classes of Senior Loan Claims and Senior Guaranty Claims. Changing your vote to accept or reject the Debtor/Committee/Lender Plan may also change your release elections under Section 11.2.2 of the Debtor/Committee/Lender Plan.

**You must submit this Supplemental Ballot to the Voting Agent no later than 4:00 p.m. prevailing Eastern time on [June 10], 2011 in order for your votes on such Supplemental Ballot to count and for the elections to be valid.**

*PRIOR TO COMPLETING THIS DEBTOR/COMMITTEE/LENDER PLAN SUPPLEMENTAL BALLOT, PLEASE REFER TO THE INSTRUCTIONS ATTACHED TO THIS SUPPLEMENTAL BALLOT FOR FURTHER EXPLANATION ON HOW TO COMPLETE THE ITEMS SET FORTH BELOW.*

To change your previously-cast vote on the December 2010 DCL Plan for purposes of the **Debtor/Committee/Lender Plan as modified**, please complete the following:

ITEM 1.   AMOUNT OF CLAIM. The undersigned certifies that as of December 6, 2010 (the "Record Date"), the undersigned was the Holder of a Senior Loan Claim against Tribune Company and/or Senior Guaranty Claims against each of the Guarantor Debtors, with each Claim in the aggregate unpaid amount set forth below.

2

Exhibit A

$ _____

**The preprinted amount of your Claim as set forth above controls for voting purposes.**

ITEM 2.  CHANGE OF VOTE TO ACCEPT OR REJECT THE DEBTOR/COMMITTEE/LENDER PLAN.[2] The Holder of the Senior Loan Claim and/or Senior Guaranty Claims set forth above hereby elects to change its previously-cast vote on the December 2010 DCL Plan for purposes of the Debtor/Committee/Lender Plan as follows:

| ☐ to ACCEPT the Debtor/Committee/Lender Plan | ☐ to REJECT the Debtor/Committee/Lender Plan |
|---|---|

**Please note that if you do not wish to change your previously-cast vote, you do not need to complete this item, nor do you need to return this Supplemental Ballot.**

ITEM 3.  RELEASES (OPTIONAL). **Please complete this item only if you changed your vote in Item 2 above.** If you return a Supplemental Ballot and vote to accept the Debtor/Committee/Lender Plan, you will be deemed to have granted the releases contained in Section 11.2.2 of that Plan unless you elect not to grant such releases by checking the applicable box below. If you vote to reject the Debtor/Committee/Lender Plan, you may elect to grant the releases contained in Section 11.2.2 of the Debtor/Committee/Lender Plan by checking the applicable box below. **If you do not grant the releases contained in Section 11.2.2 of the Debtor/Committee/Lender Plan, you shall not receive the benefit of the releases set forth in Section 11.2.2 of the Debtor/Committee/Lender Plan.**

- ☐ The undersigned has changed its vote on the Debtor/Committee/Lender Plan in Item 2 above so that it now accepts the Debtor/Committee/Lender Plan, but elects <u>not</u> to grant the releases contained in Section 11.2.2 of the Debtor/Committee/Lender Plan.

- ☐ The undersigned has changed its vote on the Debtor/Committee/Lender Plan in Item 2 above so that it now rejects the Debtor/Committee/Lender Plan, but elects to grant the releases contained in Section 11.2.2 of the Debtor/Committee/Lender Plan.

ITEM 4.  CERTIFICATION. By signing this Supplemental Ballot, the Holder of the Senior Loan Claim and/or Senior Guaranty Claims identified in Item 1 certifies that it:

   a. is the Holder of the Senior Loan Claim and/or Senior Guaranty Claims to which this Supplemental Ballot pertains or is an authorized signatory and has full power and authority to change the previously-cast vote to accept or reject the Debtor/Committee/Lender Plan and make the elections called for on this Supplemental Ballot;

---

[2] Please see the instructions attached to this Supplemental Ballot for additional information regarding the effect of your vote to accept or reject the Debtor/Committee/Lender Plan on the releases set forth in Section 11.2.2 and the compromise and settlement set forth in the Debtor/Committee/Lender Plan, including, without limitation, Section 11.2.5 of the Debtor/Committee/Lender Plan, by and among the Guarantor Non-Debtors, on the one hand, and the holders of Senior Guaranty Claims, on the other hand.

    b. has been provided with a copy of the Debtor/Committee/Lender Plan and the Supplemental Disclosure Statement and acknowledges that the vote changes and elections set forth on this Supplemental Ballot are subject to all of the terms and conditions set forth in the Debtor/Committee/Lender Plan, the Supplemental Disclosure Statement, and related documents; and

    c. has not submitted any other Supplemental Ballots on account of the Senior Loan Claims and/or Senior Guaranty Claims voted herein that are inconsistent with the votes and elections set forth in this Supplemental Ballot or that, if such other Supplemental Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the votes and elections set forth herein.

Name: _____
          (Print or Type)

Signature: _____

By: _____
      (If Applicable)
Title:_____
      (If Applicable)

Street Address: _____

          _____

City, State, Zip Code: _____

Telephone Number: _____

Email: _____

Date Completed: _____

    This Supplemental Ballot shall not constitute or be deemed to be (a) a proof of claim or equity interest or an assertion of a claim or equity interest or (b) an admission by the Debtors or the other Proponents of the Debtor/Committee/Lender Plan of the nature, validity or amount of any Claim, and does not signify that your claim has been or will be allowed.

> **YOUR SUPPLEMENTAL BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE 4:00 P.M. EASTERN TIME ON THE VOTING DEADLINE ([JUNE 10], 2011), OR YOUR VOTE CHANGE AND ANY ACCOMPANYING ELECTION WILL NOT BE VALID.  SUPPLEMENTAL BALLOTS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED, AND YOUR ELECTIONS WILL NOT BE VALID.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS SUPPLEMENTAL BALLOT OR THE PROCEDURES RELATING THERETO, OR IF YOU NEED AN ADDITIONAL SUPPLEMENTAL BALLOT OR COPIES OF OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT 888-287-7568 OR AT TRIBUNEVOTE@EPIQSYSTEMS.COM.**

EXHIBIT A

**YOU MAY USE THE PRE-PAID RETURN ENVELOPE PROVIDED WITH THIS SUPPLEMENTAL BALLOT, OR YOU MAY RETURN YOUR SUPPLEMENTAL BALLOT BY PERSONAL DELIVERY, OVERNIGHT COURIER, OR FIRST CLASS MAIL TO THE VOTING AGENT AT THE FOLLOWING ADDRESS:**

| **If By Mail:** | **If By Personal Delivery or Overnight Courier:** |
|---|---|
| Tribune Company Ballot Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5014<br>New York, NY 10150-5014 | Tribune Company Ballot Processing Center<br>c/o Epiq Bankruptcy Solutions<br>757 Third Avenue, Third Floor<br>New York, NY 10017 |

[Voting Instructions Follow]

Exhibit A

# INSTRUCTIONS FOR COMPLETING THE SUPPLEMENTAL BALLOT

**THESE INSTRUCTIONS EXPLAIN HOW TO COMPLETE THE SUPPLEMENTAL BALLOT ATTACHED HERETO TO CHANGE YOUR PREVIOUSLY-CAST VOTE TO ACCEPT OR REJECT THE DEBTOR/COMMITTEE/LENDER PLAN. PLEASE READ AND FOLLOW THESE INSTRUCTIONS CAREFULLY SO THAT YOUR CHANGED VOTE AND ACCOMPANYING ELECTIONS RESPECTING THE DEBTOR/COMMITTEE/LENDER PLAN WILL BE COUNTED.**

**Why You Have Received a Supplemental Ballot.** On April 5, 2011, the Debtor/Committee/Lender Plan Proponents filed certain modifications to the Debtor/Committee/Lender Plan that potentially affect the form of consideration to be provided to the Holders of the Senior Loan Claims[3] in Class 1C and the Senior Guaranty Claims in Classes 50C – 111C under the Debtor/Committee/Lender Plan. As a result, the proponents of the Debtor/Committee/Lender Plan are providing Holders of Senior Loan Claims and Senior Guaranty Claims an opportunity to change their vote to accept or reject to Debtor/Committee/Lender Plan. You have been identified as a Holder of a Senior Loan Claim and/or Senior Guaranty Claims against Tribune Company and/or certain of its subsidiaries in the Debtors' chapter 11 cases that is entitled to change your votes to accept or reject the Debtor/Committee/Lender Plan and to make certain elections under the Debtor/Committee/Lender Plan.

**Materials that You Have Been Sent with the Supplemental Ballot.** You should have received the Debtor/Committee/Lender Plan and the Supplemental Disclosure Statement with this Supplemental Ballot.

**It is very important that you read the Debtor/Committee/Lender Plan and the Supplemental Disclosure Statement carefully in deciding if you wish to change your vote on the Debtor/Committee/Lender Plan and make any accompanying elections.**

**Deadline for Returning Supplemental Ballots.** You must complete, sign and date your Supplemental Ballot and return it in the enclosed envelope to Epiq Bankruptcy Solutions, LLC (the "Voting Agent") so that it is <u>actually</u> received by the Voting Agent no later than **4:00 p.m. (Eastern Time) on [June 10], 2011 (the "Supplemental Voting Deadline")**. Please do <u>not</u> mail your Supplemental Ballots directly to the Debtors or to any of the Proponents of the Debtor/Committee/Lender Plan.

If you do not return your Supplemental Ballot so that it is actually received by the Supplemental Voting Deadline, the vote changes reflected on your Supplemental Ballot will <u>not</u> be counted, the accompanying elections will <u>not</u> be valid, and your previous vote and elections, if any, on the December 2010 DCL Plan will remain in effect.

**How to Complete Your Supplemental Ballot.** The following are step-by-step instructions for how to complete your Supplemental Ballot for changing votes on the Debtor/Committee/Lender Plan and making the elections called for thereunder:

    a.    <u>Item 1</u>: **Amount of Claim.**

Please certify the amount of your Claim as of December 6, 2010, (the "Record Date"). By certifying the amount in Item 1, you are certifying that the party submitting the Supplemental Ballot is the Holder, as of the Record Date, of a Claim in the aggregate unpaid amount set forth in Item 1 of the

---

[3] Capitalized terms used but not defined in these Instructions have the meanings ascribed to them in the Debtor/Committee/Lender Plan.

6

Supplemental Ballot. The preprinted amount of the Claim set forth in Item 1 of the Supplemental Ballot will control for voting purposes.

      b.    Item 2: **Change of Vote to Accept or Reject the Debtor/Committee/Lender Plan.**

If you wish to change your vote to accept or reject the Debtor/Committee/Lender Plan from the vote that you previously cast to accept or reject the December 2010 DCL Plan, please check the applicable box in Item 2.

Please be aware that a vote to accept the Debtor/Committee/Lender Plan is a vote to grant the releases set forth in Section 11.2.2 of the Debtor/Committee/Lender Plan, unless you elect not to grant such releases by checking the applicable box on the Supplemental Ballot. If you vote to reject the Debtor/Committee/Lender Plan, you may elect to grant the releases contained in Section 11.2.2 of the Debtor/Committee/Lender Plan by checking the applicable box on your Supplemental Ballot. The Debtor/Committee/Lender Plan provides that each Person who votes to accept the Debtor/Committee/Lender Plan and does not affirmatively elect to opt out of such releases shall be deemed to have unconditionally released each and all of the Released Parties (as such term is defined in the Debtor/Committee/Lender Plan as modified) of and from any and all claims, obligations, suits, judgments, damages, debts, rights, remedies, causes of action and liabilities of any nature whatsoever (including, without limitation, the LBO-Related Causes of Action (as such term is defined in the Debtor/Committee/Lender Plan) and those arising under the Bankruptcy Code, including any avoidance claim), whether known or unknown, foreseen or unforeseen, liquidated or unliquidated, matured or unmatured, existing or hereafter arising, in law, equity, or otherwise, that are or may be based in whole or in part upon any act, omission, transaction, event or other occurrence taking place or existing on or before the Effective Date that are in connection with the Debtors or any of them, or their respective assets, property and Estates, the Chapter 11 Cases or the Debtor/Committee/Lender Plan, the Disclosure Statement or the Restructuring Transactions (as such terms are defined in the Debtor/Committee/Lender Plan).

For Holders of Senior Guaranty Claims in Classes 50C through 111C, a vote to accept the Debtor/Committee/Lender Plan is also (i) an acceptance of the compromise and settlement set forth in the Debtor/Committee/Lender Plan, including, without limitation, Section 11.2.5 of the Debtor/Committee/Lender Plan, by and among the Guarantor Non-Debtors, on the one hand, and the holders of Senior Guaranty Claims, on the other hand (the "<u>Guarantor Non-Debtor Compromise and Release</u>") and (ii) a grant of authority to the Loan Agents (as such term is defined in the Debtor/Committee/Lender Plan) to enter into any and all agreements and take any and all actions that such Loan Agents deem necessary or appropriate to effectuate the Guarantor Non-Debtor Compromise and Release and all other terms of the Debtor/Committee/Lender Plan.

      c.    Item 3: **Releases (Optional).**

If you change your vote using this Supplemental Ballot so that you now accept the Debtor/Committee/Lender Plan, you are deemed to grant the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan unless you affirmatively opt out of granting those releases. If you change your vote using this Supplemental Ballot so that you now reject the Debtor/Committee/Lender Plan, you are deemed not to grant the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan unless you affirmatively opt in to granting those releases.

If you changed your vote using this Supplemental Ballot so that you now accept the Debtor/Committee/Lender Plan but wish to opt out of granting the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan, please check the box corresponding to that election in Item 3. Similarly, if you changed your vote using this Supplemental Ballot so that you now reject the Debtor/Committee/Lender Plan but wish to grant the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan, please check the box corresponding to that election in Item 3.

If you either (i) change your vote to accept the Debtor/Committee/Lender Plan and do not check the box in Item 3 opting not to grant the Section 11.2.2 releases, or (ii) change your vote to reject the Debtor/Committee/Lender Plan and check the box in Item 3 opting to grant the Section 11.2.2 releases, you will have consented to the releases set forth in Section 11.2.2 of the Debtor/Committee/Lender Plan to the fullest extent permitted by applicable law. **If you do not grant the releases contained in Section 11.2.2 of the Debtor/Committee/Lender Plan, you will not receive the benefit of the releases set forth in the Debtor/Committee/Lender Plan.**

d. Item 4: **Certifications.**

Please review and complete the certifications in Item 4. Your original signature is required on the Supplemental Ballot for your vote changes and related elections on the Supplemental Ballot to count. In addition, in Item 4, if you are completing the Supplemental Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing. You may be requested at a later time to provide proof of your authorization to so sign. In addition, please provide your name and mailing address if different from that set forth on the mailing label, or if no mailing label is attached to the Supplemental Ballot.

**Returning Your Supplemental Ballot.** Once you have completed your Supplemental Ballot in accordance with the foregoing instructions, please return the completed Supplemental Ballot to the Voting Agent at the appropriate address specified in the Supplemental Ballot so that the Supplemental Ballot is actually received by the Voting Agent before the Supplemental Voting Deadline.

Supplemental Ballots submitted by facsimile or other electronic transmission will not be counted. In addition, please note that if your Supplemental Ballot is illegible or contains insufficient information to permit the identification of the Holder of the Claim, your Supplemental Ballot will not be counted either for purposes of changing your vote to accept or reject the Debtor/Committee/Lender Plan or the making of related elections.

**Additional Questions.** If you have questions concerning the ballots or the procedures for changing your vote to accept or reject the Debtor/Committee/Lender Plan, or if you need an additional Supplemental Ballot or related materials, please contact the Voting Agent at 888-287-7568 or tribunevote@epiqsystems.com. Many materials may also be obtained free of charge by visiting http://chapter11.epiqsystems.com/tribune.

**Supplemental Ballot Not a Proof of Claim or Interest.** The Supplemental Ballot is not, and may not be deemed to be, either (a) a proof of claim or equity interest or an assertion of a claim or equity interest or (b) an admission by the Debtors or the Proponents of the Debtors/Committee/Lender Plan of the nature, validity, or amount of any Claim or Interest.

3