# Exhibit D

## Senior Noteholder Tabulation Form

Exhibit D

## Master Tabulation Form for Senior Noteholder Claims

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### SENIOR NOTEHOLDER TABULATION FORM FOR NOMINEES OF HOLDERS OF SENIOR NOTEHOLDER CLAIMS FOR TREATMENT, CREDITORS' TRUST AND RELEASE ELECTIONS PURSUANT TO DEBTOR/COMMITTEE/LENDER PLAN

**PLEASE READ AND FOLLOW THE INSTRUCTIONS CAREFULLY.**

**PLEASE COMPLETE, SIGN AND DATE THIS SENIOR NOTEHOLDER TABULATION FORM AND RETURN IT TO EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "VOTING AGENT") AT THE FOLLOWING ADDRESS: TRIBUNE COMPANY BALLOT PROCESSING CENTER, C/O EPIQ BANKRUPTCY SOLUTIONS, LLC, 757 THIRD AVENUE, THIRD FLOOR, NEW YORK, NY 10017. IF THIS SENIOR NOTEHOLDER TABULATION FORM HAS NOT BEEN ACTUALLY RECEIVED BY THE VOTING AGENT BY [JUNE 30],**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Exhibit D

**2011 AT 4:00 P.M. EASTERN TIME (THE "ELECTION DEADLINE"), THE ELECTIONS OF YOUR CUSTOMERS WILL NOT BE COUNTED. THEREFORE, YOU MUST ALLOW SUFFICIENT TIME TO BE SURE THAT THE SENIOR NOTEHOLDER TABULATION FORM IS RECEIVED BY THE VOTING AGENT BEFORE THE ELECTION DEADLINE.**

This Senior Noteholder Tabulation Form is to be used by you, as a broker, bank, commercial bank, trust company, dealer, or other agent or nominee (each of the foregoing, a "Nominee") for beneficial owners of Senior Notes ("Beneficial Owners") issued by Tribune Company, to transmit the voluntary elections of such Beneficial Owners in respect of their Senior Noteholder Claims called for under the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed By the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (As Modified) (the "Debtor/Committee/Lender Plan"). Capitalized terms used in this Master Tabulation Form but not defined herein have the meanings ascribed to them in the Debtor/Committee/Lender Plan or the Changed Votes/Elections Order,[2] as applicable.

The Bankruptcy Court entered the Changed Votes/Elections Order on [_____, 2011] to provide, among other things, for procedures for Holders of Senior Noteholder Claims to (i) make the election to receive a new, alternative treatment provided for in Section 3.2.5(c)(i) of the Debtor/Committee/Lender Plan, (ii) reconsider whether they wish to elect not to transfer Disclaimed State Law Avoidance Claims to the Creditors' Trust to be established under the Debtor/Committee/Lender Plan, and (iii) make certain elections respecting the third-party releases provided in Section 11.2.2 of the Debtor/Committee/Lender Plan. Those elections are to be made on Senior Noteholder Election Forms and Release Election Forms, which will be transmitted by Nominees to the Beneficial Owners of the Senior Notes, returned by the Beneficial Owners to Nominees, then tabulated by the Nominees on the Senior Noteholder Tabulation Form, which will be returned by the Nominees to the Voting Agent.

The instructions attached to this Senior Noteholder Tabulation Form provide detailed, step-by-step instructions for completing the Senior Noteholder Tabulation Form.

Senior Noteholder Claims against Tribune Company are all Claims based on the following series of Senior Notes issued by Tribune Company:

| | |
|---|---|
| 6.25% Notes due November 10, 2026 | (CUSIP # 89605HBY9) |
| 7.25% Notes due March 1, 2013 | (CUSIP # 887364AA5) |
| 7.5% Notes due July 1, 2023 | (CUSIP # 887364AB3) |
| 6.61% Notes due September 15, 2027 | (CUSIP # 887364AF4) |
| 7.25% Notes due November 15, 2096 | (CUSIP # 887360AT2) |
| 4.875% Notes due August 15, 2010 | (CUSIP # 896047AE7) |
| 5.25% Notes due August 15, 2015 | (CUSIP # 896047AF4) |
| 5.67% Notes due December 8, 2008 | (CUSIP #89604KAN8) |

---

[2] See Order Approving (I) Form, Scope and Procedures to (A) Provide Holders of Senior Loan Claims and Senior Guaranty Claims with Opportunity to Change Votes on Debtor/Committee/Lender Plan; (B) Allow Holders of Senior Notes and Other Parent Claims to Make New Treatment Elections; (C) Allow Holders of Claims that Previously Granted Certain Releases to Make Elections Concerning Such Releases as Modified; and (D) Allow Holders of Claims Against Tribune Company to Opt-Out of Transfer Disclaimed State Law Avoidance Claims to Creditors' Trust Under Debtor/Committee/Lender Plan; and (II) Supplement to Disclosure Statement and Explanatory Statement and Distribution of Same [Docket No. --] (the "Changed Votes/Elections Order").

2

<u>Exhibit D</u>

Elections with respect to the Debtor/Committee/Lender Plan made by Beneficial Owners of Senior Notes will be returned to you on Senior Noteholder Election Forms and/or Release Election Forms. For each completed, executed Senior Noteholder Election Form and/or Release Election Form returned to you by a Beneficial Owner, you must retain a copy of such Senior Noteholder Election Form and/or Release Election Form in your files for at least one (1) year from the Election Deadline.

PRIOR TO COMPLETING THIS SENIOR NOTEHOLDER TABULATION FORM, PLEASE REFER TO THE INSTRUCTIONS ATTACHED TO THIS SENIOR NOTEHOLDER TABULATION FORM FOR FURTHER EXPLANATION ON HOW TO COMPLETE THE ITEMS SET FORTH BELOW.

**Item 1 – CERTIFICATION OF AUTHORITY TO MAKE ELECTIONS.** The undersigned certifies that it (please check applicable box):

> is a broker, bank, or other agent or nominee for the Beneficial Owners of the aggregate principal amount of Senior Notes listed in Items 2 and 3 below that are the registered holders of such Senior Notes; or
>
> is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a broker, bank, or other agent or nominee that is the registered holder of the aggregate principal amount of Senior Notes listed in Items 2 and 3 below; or
>
> has been granted a proxy (an original of which is attached hereto) from a broker, bank, or other nominee, or a Beneficial Owner, that is the registered holder of the aggregate principal amount of Senior Notes listed in Items 2 and 3 and, accordingly, has full power and authority to make the elections called for under the Debtor/Committee/Lender Plan set forth on the Senior Noteholder Election Form and/or Release Election Form, each on behalf of the Beneficial Owners of the Senior Notes described in Items 2 and 3 below.

**Item 2 – TABULATION OF BENEFICIAL OWNER ELECTIONS.** The undersigned certifies that:

> **Elections.** The Beneficial Owners of Senior Noteholder Claims in the following aggregate unpaid principal amounts have delivered duly completed Senior Noteholder Election Forms and/or Release Election Forms to the undersigned (or such information was derived from Senior Noteholder Election Forms and/or Release Election Forms that have been summarized in intermediary Senior Noteholder Tabulation Forms delivered to the undersigned) making the elections below under the Debtor/Committee/Lender Plan:

| | | Exhibit D | | | Exhibit D | |
|---|---|---|---|---|---|---|
| Total Number of Holders Electing Treatment Set Forth in Section 3.2.5(c)(i) of the Debtor/Committee/Lender Plan | Total Aggregate Unpaid Principal Amount of Holders Electing Treatment Set Forth in Section 3.2.5(c)(i) of the Debtor/Committee/Lender Plan | Total Number of Holders Electing Not to Transfer Disclaimed State Law Avoidance Claims to Creditors' Trust to be established under the Debtor/Committee/Lender Plan | Total Aggregate Unpaid Principal Amount of Holders Electing Not to Transfer Disclaimed State Law Avoidance Claims to Creditors' Trust to be established under the Debtor/Committee/Lender Plan | Total Number of Holders Electing Not to Include the Bridge Loan Agent and Bridge Lenders within the Scope of the Releases Set Forth in Section 11.2.2 of the Debtor/Committee/Lender Plan | Total Aggregate Unpaid Principal Amount of Holders Electing Not to Include the Bridge Loan Agent and Bridge Lenders within the Scope of the Releases Set Forth in Section 11.2.2 of the Debtor/Committee/Lender Plan | Total Number of Holders Electing Not to Grant Releases with Respect to Disclaimed State Law Avoidance Claims Against Released Stockholder Parties | Total Aggregate Unpaid Principal Amount of Holders Electing Not to Grant Releases with Respect to Disclaimed State Law Avoidance Claims Against Released Stockholder Parties |
| | $ | | $ | | $ | | $ |

**Item 3 – TRANSMITTAL OF ELECTIONS FROM INDIVIDUAL SENIOR NOTEHOLDER ELECTION FORMS.** The undersigned transmits the following elections of Beneficial Owners of Senior Noteholder Claims and certifies that the following are Beneficial Owners, as of the Record Date, and have delivered to the undersigned, as Nominee, Senior Noteholder Election Forms and/or Release Election Forms making such elections (indicate in each column the aggregate principal amount making the relevant elections for each account).

1

| | | Exhibit D | Exhibit D | Exhibit D |
|---|---|---|---|---|
| Your Customer Name or Account Number for Each Beneficial Owner and Name of Each Beneficial Owner Making Elections Under the Debtor/Committee/Lender Plan | Principal Amount of Senior Notes Making Elections Under the Debtor/Committee/Lender Plan | Check if the Beneficial Owner Elected to Receive the Treatment Set Forth in Section 3.2.5(c)(i) of the Debtor/Committee/Lender Plan on Its Senior Noteholder Election Form | Check if the Beneficial Owner Elected Not to Transfer Disclaimed State Law Avoidance Claims to Creditors' Trust to be established under the Debtor/Committee/Lender Plan on Its Senior Noteholder Election Form | Check if the Beneficial Owner Elected to Not to Include the Bridge Loan Agent and Bridge Lenders Within the Scope of the Releases Set Forth in Section 11.2.2 of the Debtor/Committee/Lender Plan on Its Release Election Form | Check if the Beneficial Owner Elected Not to Include Disclaimed State Law Avoidance Claims Against Released Stockholder Parties Within the Scope of the Releases Set Forth in Section 11.2.2 of the Debtor/Committee/Lender Plan on Its Release Election Form |
| 1. | $ | ☐ | ☐ | | ☐ |
| 2. | $ | ☐ | ☐ | ☐ | ☐ |
| 3. | $ | ☐ | ☐ | ☐ | ☐ |
| 4. | $ | ☐ | ☐ | ☐ | ☐ |
| 5. | $ | ☐ | ☐ | ☐ | ☐ |
| 6. | $ | ☐ | ☐ | ☐ | ☐ |
| 7. | $ | ☐ | ☐ | ☐ | ☐ |

**PLEASE USE ADDITIONAL SHEETS IF NECESSARY.**

2

Exhibit D

**Item 4 – ADDITIONAL INFORMATION SUBMITTED BY BENEFICIAL OWNERS**

The undersigned certifies that the following information is a true and accurate schedule on which the undersigned has transcribed the information, if any, provided in Item 3(e) of each Senior Noteholder Election Form or Item 3(b) of each Release Election Form received from a Beneficial Owner of the Senior Notes.

Information transcribed from Item 3 of the Senior Noteholder Election Forms or Release Election Forms regarding other Senior Noteholder Election Forms or Release Election <u>Forms submitted in respect of Senior Noteholder Claims</u>

| Your Customer Name or Account Number for Each Beneficial Owner who completed Item 3(e) of the Senior Noteholder Election Form or Item 3(b) of the Release Election Form | Account Number of Other Senior Notes | Name of Registered Holder or Nominee of Other Senior Noteholder Claims At Issue | CUSIP Number of Senior Noteholder Claims At Issue | Principal Amount of Other Senior Noteholder Claims at Issue in Additional Election Form(s) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

If the space provided is insufficient, please attach additional sheets in the same format.

**Item 5 – CERTIFICATION.** By signing this Senior Noteholder Tabulation Form, the undersigned certifies that: (a) each Beneficial Owner of Senior Notes whose elections are being transmitted by this Senior Noteholder Tabulation Form has been provided with a copy of the Senior Noteholder Election Form and/or Release Election Form and the Explanatory Statement; (b) it is the registered holder of the Senior Notes to which this Senior Noteholder Tabulation Form pertains and/or has full power and authority to make the elections called for under the Debtor/Committee/Lender Plan; (c) it received a properly completed and signed Senior Noteholder Election Form and/or Release Election Form from each Beneficial Owner listed in Item 3 above; and (d) it accurately transcribed all applicable information from the Senior Noteholder Election Form(s) and/or Release Election Form(s) received from each Beneficial Owner. The undersigned also acknowledges that the solicitation of the elections is subject to all the terms and conditions set forth in the Changed Votes/Elections Order, dated [_____], 2011.

_____<br>
Name of Nominee

_____<br>
Participant Number

_____<br>
Signature

Exhibit D

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number

_____
Email

_____
Date Completed

**PLEASE COMPLETE, SIGN, AND DATE THIS SENIOR NOTEHOLDER TABULATION FORM AND RETURN IT TO THE VOTING AGENT AT THE FOLLOWING ADDRESS: TRIBUNE COMPANY BALLOT PROCESSING CENTER, C/O EPIQ BANKRUPTCY SOLUTIONS, LLC, 757 THIRD AVENUE, THIRD FLOOR, NEW YORK, NY 10017. IF THIS SENIOR NOTEHOLDER TABULATION FORM HAS NOT BEEN <u>ACTUALLY</u> <u>RECEIVED</u> BY THE VOTING AGENT BY [JUNE 30], 2011 AT 4:00 P.M. EASTERN TIME, THE ELECTIONS OF YOUR CUSTOMERS WILL NOT BE COUNTED. THEREFORE, YOU MUST ALLOW SUFFICIENT TIME TO BE SURE THAT THE SENIOR NOTEHOLDER TABULATION FORM IS RECEIVED BY THE VOTING AGENT BEFORE THE ELECTION DEADLINE.**

**BALLOTS RECEIVED BY FACSIMILE OR OTHER ELECTRONIC MEANS OR RECEIVED AFTER THE DEADLINE WILL NOT BE COUNTED.**

4

<u>EXHIBIT D</u>

## **SENIOR NOTEHOLDER TABULATION FORM INSTRUCTIONS**

**ELECTION DEADLINE:**

The Election Deadline is **[June 30], 2011** at 4:00 p.m. Eastern Time. To have the elections of your customers count, you must complete, sign, and return the Senior Noteholder Tabulation Form so that it is received by the Voting Agent at the address set forth in the Senior Noteholder Tabulation Form on or before the Election Deadline.[3]

**HOW TO MAKE ELECTIONS:**

If you are transmitting the elections of any Beneficial Owners of Senior Notes other than yourself, you must (i) deliver a Senior Noteholder Election Form, a Release Election Form, an Explanatory Statement and any other materials required by the Bankruptcy Court to such Beneficial Owner(s); and (ii) take the necessary actions to enable such Beneficial Owners to (a) complete and execute such Senior Noteholder Election Form and/or Release Election Form and (b) return the completed, executed Senior Noteholder Election Form and/or Release Election Form to you in sufficient time to enable you to complete the Senior Noteholder Tabulation Form and deliver it to the Voting Agent before the Election Deadline.

With respect to all of the Senior Noteholder Election Forms and/or Release Election Forms returned to you, you must properly complete the Senior Noteholder Tabulation Form, as follows:

i. Check the appropriate box in Item 1 on the Senior Noteholder Tabulation Form;

ii. Indicate in Item 2 the total (a) elections to receive the treatment set forth in 3.2.5(c)(i) of the Debtor/Committee/Lender Plan (made on the Senior Noteholder Election Forms), (b) elections not to transfer the Disclaimed State Law Avoidance Claims to the Creditors' Trust to be established under the Debtor/Committee/Lender Plan (made on the Senior Noteholder Election Forms), (c) elections not to include the Bridge Loan Agent and Bridge Lenders within the scope of the releases set forth in Section 11.2.2 of the Debtor/Committee/Lender Plan (made on the Release Election Forms), and (d) elections not to include Disclaimed State Law Avoidance Claims against Released Stockholder Parties within the scope of the releases set forth in Section 11.2.2 of the Debtor/Committee/Lender Plan (made on the Release Election Forms);

iii. Transcribe the elections from the Senior Noteholder Election Forms and/or Release Election Forms in Item 2 and indicate the following in Item 3:
   a. whether each Beneficial Owner elected to receive the treatment set forth in Section 3.2.5(c)(i) of the Debtor/Committee/Lender Plan;
   b. whether each Beneficial Owner elected not to transfer its Disclaimed State Law Avoidance Claims to the Creditors' Trust established under the Debtor/Committee/Lender Plan;
   c. whether each Beneficial Owner elected not to include the Bridge Loan Agent and Bridge Lenders within the scope of the releases set forth in Section 11.2.2 of the Debtor/Committee/Lender Plan; and

---

[3] All capitalized terms used in the Senior Noteholder Tabulation Form or these instructions but not otherwise defined therein or herein have the meanings ascribed to such terms in the Changed Votes/Elections Order or, where applicable, in the Debtor/Committee/Lender Plan.

      d. whether each Beneficial Owner elected not to include Disclaimed State Law Avoidance Claims against Released Stockholder Parties within the scope of the releases set forth in Section 11.2.2 of the Debtor/Committee/Lender Plan.

IMPORTANT: BENEFICIAL OWNERS MAY NOT SPLIT THEIR ELECTIONS. PROPERLY EXECUTED SENIOR NOTEHOLDER ELECTION FORMS OR RELEASE ELECTION FORMS THAT ATTEMPT PARTIALLY TO MAKE ANY OF THE ELECTIONS WILL NOT BE COUNTED AS A VALID ELECTION. EACH BENEFICIAL OWNER MUST MAKE THE SAME ELECTION FOR ALL OF HIS, HER, OR ITS SENIOR NOTEHOLDER CLAIMS. IF ANY BENEFICIAL OWNER HAS ATTEMPTED TO SPLIT SUCH ELECTION, PLEASE CONTACT EACH BENEFICIAL OWNER TO CORRECT ITS SENIOR NOTEHOLDER ELECTION FORM AND/OR RELEASE ELECTION FORM OR CONTACT THE VOTING AGENT IMMEDIATELY.

    iv. Transcribe from Item 3(e) of each Senior Noteholder Election Form and Item 3(b) of each Release Election Form the information provided by the Beneficial Owners into Item 4 of the Senior Noteholder Tabulation Form;

    v. Review the certification in Item 5 of the Senior Noteholder Tabulation Form;

    vi. Ensure that each Senior Noteholder Election Form and/or Release Election Form is signed and each certification is complete;

    vii. Independently verify and confirm the accuracy of the information provided with respect to each Beneficial Owner of Senior Notes;

    viii. If additional space is required to respond to any item on the Senior Noteholder Tabulation Form, please use additional sheets of paper clearly marked to indicate the applicable Item of the Senior Noteholder Tabulation Form to which you are responding.

    ix. Sign, date, and return the original Senior Noteholder Tabulation Form.

You must deliver the completed, executed Senior Noteholder Tabulation Form so that it is actually received by the Voting Agent on or before the Election Deadline. You must retain a copy of each completed, executed Senior Noteholder Election Form and/or Release Election Form returned to you by a Beneficial Owner in your files for at least one (1) year from the Election Deadline.

Elections made by Beneficial Owners through a Nominee will be compared to the holdings of the Senior Notes of such Beneficial Owners, as evidenced by the record and depository listings. Elections submitted by a Nominee on a Senior Noteholder Tabulation Form and/or a Release Election Form will not be counted in excess of the record amount of the Senior Notes held by such Nominee.

For the purpose of tabulating elections, each Beneficial Owner shall be deemed to have made such elections for the principal amount of its Senior Notes. To the extent that conflicting elections are submitted by a Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with such Nominee.

PLEASE NOTE:

This Senior Noteholder Tabulation Form is not a letter of transmittal and may not be used for any purpose other than to make the elections specified thereon under the Debtor/Committee/Lender Plan.

EXHIBIT D

Except as provided for in the Senior Noteholder Election Form, Holders of Senior Noteholder Claims should not surrender their Senior Notes with their Senior Noteholder Election Forms and/or Release Election Forms. The Voting Agent will not accept delivery of any such instruments surrendered together with a Senior Noteholder Tabulation Form.

No Senior Noteholder Election Form, Release Election Form or Senior Noteholder Tabulation Form shall constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

No fees or commissions or other remuneration will be payable to any Nominee. Upon written request with supporting documentation, however, the Debtors will reimburse you for reasonable, actual, and necessary out-of-pocket expenses associated with the distribution of the relevant materials to your clients, the tabulation of the Senior Noteholder Election Forms and Release Election Forms and the completion of this Senior Noteholder Tabulation Form.

**IF YOU BELIEVE THAT YOU ARE MISSING ANY MATERIALS OR THAT YOU HAVE RECEIVED THE WRONG MATERIALS, OR IF YOU HAVE QUESTIONS REGARDING THIS SENIOR NOTEHOLDER TABULATION FORM, OR THE ELECTION PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE SENIOR NOTEHOLDER TABULATION FORM OR OTHER RELATED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT (888) 287-7568 OR AT TRIBUNEVOTE@EPIQSYSTEMS.COM.**

**PLEASE COMPLETE, SIGN, AND DATE THIS SENIOR NOTEHOLDER TABULATION FORM AND RETURN IT TO THE VOTING AGENT AT THE FOLLOWING ADDRESS: TRIBUNE COMPANY BALLOT PROCESSING CENTER, C/O EPIQ BANKRUPTCY SOLUTIONS, LLC, 757 THIRD AVENUE, THIRD FLOOR, NEW YORK, NY 10017.**