# Exhibit E

## Other Parent Claim Election Form

EXHIBIT E

### Other Parent Claims – Debtor/Committee/Lender Plan

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**OTHER PARENT CLAIM ELECTION FORM FOR HOLDERS OF OTHER PARENT CLAIMS AGAINST TRIBUNE COMPANY TO ELECT ALTERNATIVE TREATMENT OPTIONS UNDER THE DEBTOR/COMMITTEE/LENDER PLAN, MAKE ADDITIONAL RELEASE ELECTIONS AND RECONSIDER DEEMED TRANSFER OF DISCLAIMED STATE LAW AVOIDANCE CLAIMS TO CREDITORS' TRUST UNDER DEBTOR/COMMITTEE/LENDER PLAN**

On \_\_\_\_\_, 2011, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. \_\_] (the "Changed Votes/Elections Order") approving procedures by which Holders of Other Parent Claims may make certain optional elections under the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (the "Debtor/Committee/Lender Plan") proposed by the Debtors, the Official Committee of Unsecured

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

EXHIBIT E

Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "DCL Plan Proponents").

This election form (an "Other Parent Claim Election Form") has been sent to you, as a Holder of an Other Parent Claim, to allow you to make four (4) elections if you wish:

1. an election to receive one of three (3) alternative treatments provided for the Holders of Allowed Other Parent Claims, which alternative treatments are set forth in Sections 3.2.6(c)(i), 3.2.6(c)(ii), and 3.2.6(c)(iii) of the Debtor/Committee/Lender Plan;

2. an election to opt out of the transfer of any Disclaimed State Law Avoidance Claims that you may have to the Creditors' Trust to be established under the Debtor/Committee/Lender Plan;

3. in the event that you previously elected to grant (or were deemed to grant) the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan, an election not to include the Bridge Loan Agent and the Bridge Lenders within the scope of such releases; and

4. in the event that you previously elected to grant (or were deemed to grant) the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan, an election not to include any Disclaimed State Law Avoidance Claims against Released Stockholder Parties that you may hold within the scope of such releases.

You have received with this Other Parent Claim Election Form an Explanatory Statement (the "Explanatory Statement") that describes the elections that may be made using this Other Parent Claims Election Form, among others. You should read the Explanatory Statement carefully in determining whether you wish to make any of the elections set forth herein.

Capitalized terms used but not defined in this Other Parent Claim Election Form have the meanings given to them in (i) the Debtor/Committee/Lender Plan, (ii) the Explanatory Statement or (iii) the Changed Votes/Elections Order, as applicable.

### Deadline for Returning Other Parent Claim Election Form

This Other Parent Claim Election Form is the exclusive means by which you may elect to make the elections described herein. If you wish to make any of the elections described above, you must complete this Other Parent Claim Election Form and return it to the Voting Agent no later than [June 30, 2011] (the "Election Deadline"). Other Parent Claim Election Forms received by the Voting Agent after that date will be disregarded.

### ELECTIONS

ITEM 1.   OTHER PARENT CLAIM ALTERNATIVE TREATMENT ELECTION. Please check the box in Item 1A if you elect to receive the treatment set forth in Section 3.2.6(c)(i) of the Debtor/Committee/Lender Plan, the box in Item 1B if you elect to receive the treatment set forth in Section 3.2.6(c)(ii) of the Debtor/Committee/Lender Plan, or the box in Item 1C if you elect to receive the treatment set forth in Section 3.2.6(c)(iii) of the Debtor/Committee/Lender Plan. **You may only select one treatment option.** If you do not submit this Other Parent Claim Election Form (and have not previously elected to receive the treatment specified in Section 3.2.6(c)(i)), you will be deemed to elect to receive the treatment set forth in Section 3.2.6(c)(iv) of the Debtor/Committee/Lender Plan.

ITEM 1A.   ELECTION TO RECEIVE TREATMENT SET FORTH IN SECTION 3.2.6(c)(i) OF THE DEBTOR/COMMITTEE/LENDER PLAN. Please check the box below if you elect to receive the treatment set forth in Section 3.2.6(c)(i) of

the Debtor/Committee/Lender Plan on account of your Other Parent Claim(s). If you elect to receive the treatment set forth in Section 3.2.6(c)(i) of the Debtor/Committee/Lender Plan, you may <u>not</u> make the election in Item 3 below and any previous election not to transfer your Disclaimed State Law Avoidance Claims to the Creditors' Trust will be invalid.

☐ The undersigned elects to receive the treatment set forth in Section 3.2.6(c)(i) of the Debtor/Committee/Lender Plan for its Other Parent Claims.

ITEM 1B.  ELECTION TO RECEIVE TREATMENT SET FORTH IN SECTION 3.2.6(c)(ii) OF THE DEBTOR/COMMITTEE/LENDER PLAN. Please check the box below if you elect to receive the treatment set forth in Section 3.2.6(c)(ii) of the Debtor/Committee/Lender Plan on account of your Other Parent Claim(s). If you elect to receive the treatment set forth in Section 3.2.6(c)(ii) of the Debtor/Committee/Lender Plan, you may not make the election in Item 3 below and any previous election not to transfer your Disclaimed State Law Avoidance Claims to the Creditors' Trust will be invalid.

☐ The undersigned elects to receive the treatment set forth in Section 3.2.6(c)(ii) of the Debtor/Committee/Lender Plan for its Other Parent Claims.

ITEM 1C.  ELECTION TO RECEIVE TREATMENT SET FORTH IN SECTION 3.2.6(c)(iii) OF THE DEBTOR/COMMITTEE/LENDER PLAN. Please check the box below if you elect to receive the treatment set forth in Section 3.2.6(c)(iii) of the Debtor/Committee/Lender Plan on account of your Other Parent Claim(s).

☐ The undersigned elects to receive the treatment set forth in Section 3.2.6(c)(iii) of the Debtor/Committee/Lender Plan for its Other Parent Claims.

ITEM 2.  ELECTION TO MODIFY SCOPE OF SECTION 11.2.2 RELEASES. If you previously elected to grant (or were deemed to grant) the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan, you may elect <u>not</u> to include (i) the Bridge Loan Agent and Bridge Lenders and/or (ii) Disclaimed State Law Avoidance Claims against the Released Stockholder Parties within the scope of such releases. **The elections set forth in this Item 2 only apply to Holders of Claims that previously granted (or were deemed to grant) the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan.**[2] Please check the box in

---

[2] A Holder of a Claim elected to grant the releases provided in Section 11.2.2 of the Debtor/Committee/Lender Plan by (i) voting to accept the Debtor/Committee/Lender Plan and not opting out of granting the releases in Section 11.2.2, (ii) voting to reject the Debtor/Committee/Lender Plan but opting to grant the releases in Section 11.2.2, (iii) being deemed to accept the Debtor/Committee/lender Plan and having been provided an opportunity but not opting out of granting the releases in Section 11.2.2, or (iv) otherwise agreeing to grant the releases in Section 11.2.2. The elections in this Item 2 only apply to Holders of Claims that previously granted (or were deemed to grant) the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan. If you did not grant the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan, you are presumed not to grant the releases at issue in this Item 2 and you can disregard such elections. If you previously elected not to grant the Section 11.2.2 releases or were deemed not to grant such releases pursuant to the terms of the Debtor/Committee/Lender Plan, that election or deemed non-granting, as applicable, will continue to apply regardless of whether you return this Other Parent Claims Election Form and make any elections in this Item 2. If you previously elected not to grant the Section 11.2.2 releases or

3

EXHIBIT E

Item 2A below if you elect not to include the Bridge Loan Agent and Bridge Lenders within the scope of your Section 11.2.2 releases. Please check the box in Item 2B below if you elect not to include any Disclaimed State Law Avoidance Claims against Released Stockholder Parties you may hold within the scope of your Section 11.2.2 releases.

ITEM 2A. RELEASE OF BRIDGE LOAN AGENT AND BRIDGE LENDERS.

☐ The undersigned elects to <u>not</u> to include the Bridge Loan Agent (solely in its capacity as Bridge Loan Agent) and Bridge Lenders (solely in their capacity as Bridge Lenders) within the scope of the releases granted by the undersigned pursuant to Section 11.2.2 of the Debtor/Committee/Lender Plan.

ITEM 2B. RELEASE OF DISCLAIMED STATE LAW AVOIDANCE CLAIMS.

☐ The undersigned elects to <u>not</u> to include any Disclaimed State Law Avoidance Claims against Released Stockholder Parties it may hold within the scope of the releases granted by the undersigned pursuant to Section 11.2.2 of the Debtor/Committee/Lender Plan.

ITEM 3. ELECTION NOT TO TRANSFER DISCLAIMED STATE LAW AVOIDANCE CLAIMS. The Debtor/Committee/Lender Plan, at Section 14.3.1 thereof, permits you to opt out of the transfer of Disclaimed State Law Avoidance Claims that you may have to the Creditors' Trust to be established under the Debtor/Committee/Lender Plan. If you wish to opt out of the transfer of any Disclaimed State Law Avoidance Claims you may have, please check the box below. If you do not submit this Other Parent Claim Election Form, and did not previously elect not to transfer your Disclaimed State Law Avoidance Claims to the Creditors' Trust, you will be deemed to consent to the transfer of your Disclaimed State Law Avoidance Claims to the Creditors' Trust in accordance with Section 14.3.1 of the Debtor/Committee/Lender Plan. **If you elect to receive the treatment set forth in Section 3.2.6(c)(i) or Section 3.2.6(c)(ii) of the Debtor/Committee/Lender Plan in Item 1A or Item 1B above, this election does not apply to you.**

☐ The undersigned elects <u>not</u> to transfer its Disclaimed State Law Avoidance Claims to the Creditors' Trust under Section 14.3.1 of the Debtor/Committee/Lender Plan.

ITEM 4. CERTIFICATION. By signing this Other Parent Claim Election Form, the Holder of the Other Parent Claim identified herein certifies that it:

a. is the Holder of the Other Parent Claim to which this Other Parent Claim Election Form pertains or is an authorized signatory and has full power and authority to make the elections called for on this Other Parent Claim Election Form; and

b. has not submitted any other Other Parent Claim Election Form(s) on account of the Other Parent Claim represented herein that is inconsistent with the elections set forth in this Other Parent Claim Election Form or that, as limited by the terms of the Changed Votes/Elections Order, if such other Other Parent Claim Election Form was

---

were deemed not to grant such releases, and you would now like to grant such releases, please contact the Voting Agent.

4

previously submitted, it either has been or is hereby revoked or changed to reflect the elections set forth herein.

Name: _____
     (Print or Type)

Signature: _____

By: _____
     (If Applicable)

Title: _____
     (If Applicable)

Street Address: _____

_____

City, State, Zip Code: _____

Telephone Number: _____

Email: _____

Date Completed: _____

This Other Parent Claim Election Form shall not constitute or be deemed to be (a) a proof of claim or equity interest or an assertion of a claim or equity interest or (b) an admission by the Debtors or the other Proponents of the Debtor/Committee/Lender Plan of the nature, validity or amount of any Claim, and does not signify that your claim has been or will be allowed.

> **YOUR OTHER PARENT CLAIM ELECTION FORM MUST BE <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE 4:00 P.M. EASTERN TIME ON [JUNE 30], 2011, OR YOUR ELECTIONS WILL NOT BE COUNTED. OTHER PARENT CLAIM ELECTION FORMS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL <u>NOT</u> BE COUNTED, AND YOUR ELECTIONS WILL NOT BE VALID.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS OTHER PARENT CLAIM ELECTION FORM, OR IF YOU NEED AN ADDITIONAL OTHER PARENT CLAIM ELECTION FORM OR ADDITIONAL COPIES OF RELATED MATERIALS, PLEASE CONTACT THE VOTING AGENT AT 888-287-7568 OR AT <u>TRIBUNEVOTE@EPIQSYSTEMS.COM</u>.**

YOU MAY USE THE PRE-PAID RETURN ENVELOPE PROVIDED WITH THIS OTHER PARENT CLAIM ELECTION FORM, OR YOU MAY RETURN YOUR OTHER PARENT CLAIM ELECTION FORM BY PERSONAL DELIVERY, OVERNIGHT COURIER, OR FIRST CLASS MAIL TO THE VOTING AGENT AT THE FOLLOWING ADDRESS:

**If By Mail:**                                                     **If By Personal Delivery or Overnight Courier:**

EXHIBIT E

Tribune Company Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014

Tribune Company Ballot Processing Center
c/o Epiq Bankruptcy Solutions
757 Third Avenue, Third Floor
New York, NY 10017