## <u>Exhibit F</u>

## Release Election Form

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## RELEASE ELECTION FORM FOR HOLDERS OF CLAIMS THAT ELECTED TO GRANT THE RELEASES SET FORTH IN THE DEBTOR/COMMITTEE/LENDER PLAN

On _____, 2011, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. __] (the "Changed Votes/Elections Order") approving procedures by which Holders of Claims that previously elected to grant (or were deemed to grant) the releases in Section 11.2.2 of the First Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (as has been and as may be amended, the "Debtor/Committee/Lender Plan") proposed by the Debtors, the Official Committee of Unsecured Creditors, JPMorgan Chase Bank N.A., as Agent, Oaktree Capital Management, L.P., and Angelo, Gordon & Co., L.P. (the "Debtor/Committee/Lender Plan Proponents") may make supplemental elections concerning the scope of those releases that result from certain modifications made to the Debtor/Committee/Lender Plan. This election form (the "Release Election Form") permits such Holders to elect not to include (i) the Bridge Loan Agent and Bridge Lenders and/or (ii) solely with respect to Holders of Claims against Tribune Company, Disclaimed State Law Avoidance Claims against the Released Stockholder Parties, within the scope of such releases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Capitalized terms used but not defined in this Release Election Form have the meanings given to them in (i) the Debtor/Committee/Lender Plan or (ii) the Changed Votes/Elections Order, as applicable.

You have received with this Release Election Form an Explanatory Statement (the "Explanatory Statement") that describes the elections that may be made using this Release Election Form, among others. You should read the Explanatory Statement carefully in determining whether you wish to make any of the elections set forth herein.

A Holder of a Claim elected to grant the releases provided in Section 11.2.2 of the Debtor/Committee/Lender Plan by (i) voting to accept the Debtor/Committee/Lender Plan and not opting out of granting the releases in Section 11.2.2, (ii) voting to reject the Debtor/Committee/Lender Plan but opting to grant the releases in Section 11.2.2, (iii) being deemed to accept the Debtor/Committee/Lender Plan and having been provided an opportunity but not opting out of granting the releases in Section 11.2.2, or (iv) otherwise agreeing to grant the releases in Section 11.2.2.

**This Release Election Form only applies to Holders of Claims that previously granted (or were deemed to grant) the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan. If you previously elected not to grant (or were deemed not to grant) the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan, you will be presumed not to grant the releases set forth below and you can disregard this Release Election Form.** If you previously elected not to grant the Section 11.2.2 releases or were deemed not to grant such releases pursuant to the terms of the Debtor/Committee/Lender Plan, that election or deemed non-granting, as applicable, will continue to apply regardless of whether you return this Release Election Form. If you previously elected not to grant, or were deemed not to grant, the releases in Section 11.2.2 of the Debtor/Committee/Lender Plan and would now like to do so, please contact the Voting Agent.

**To elect _not_ to grant certain releases set forth in Section 11.2.2 of the Debtor/Committee/Lender Plan, please check one or both of the following boxes (as applicable):**

ITEM 1.    RELEASE OF BRIDGE LOAN AGENT AND BRIDGE LENDERS

☐ The undersigned elects _not_ to include the Bridge Loan Agent (solely in its capacity as Bridge Loan Agent) and Bridge Lenders (solely in their capacity as Bridge Lenders) within the scope of the releases granted by the undersigned pursuant to Section 11.2.2 of the Debtor/Committee/Lender Plan.

ITEM 2.    RELEASE OF DISCLAIMED STATE LAW AVOIDANCE CLAIMS (HOLDERS OF CLAIMS AGAINST TRIBUNE COMPANY ONLY)

☐ The undersigned is a Holder of a Claim against Tribune Company and elects _not_ to include any Disclaimed State Law Avoidance Claims against Released Stockholder Parties it may hold within the scope of the releases granted by the undersigned pursuant to Section 11.2.2 of the Debtor/Committee/Lender Plan.

ITEM 3.    CERTIFICATION. By signing this Release Election Form, undersigned certifies and acknowledges that it:

a.   is the Holder of the Claims to which this Release Election Form pertains or is an authorized signatory and has full power and authority to make the elections called for on this Release Election Form; or

b.   if the undersigned is a Beneficial Owner of a Senior Noteholder Claim:

i.   is the Beneficial Owner of the Senior Noteholder Claim to which this Release Election Form pertains or is an authorized signatory and has full

2

> power and authority to make the elections called for on this Release Election Form;

ii.   has not submitted any other Release Election Form(s) on account of the Senior Noteholder Claim represented herein that is inconsistent with the elections set forth in this Release Election Form or that, if such other Release Election Form(s) is/were previously submitted, they either have been or are hereby revoked or changed to reflect the elections set forth herein;

iii.   it is deemed to have consented to the submission of a Senior Noteholder Tabulation Form to the Voting Agent (if applicable); and

iv.   either (a) this Release Election Form is the only Release Election Form submitted by the undersigned for Senior Noteholder Claims or (b) in addition to this Release Election Form, one or more Release Election Forms for Senior Noteholder Claims have been submitted as follows:

**Complete this section only if you are a Holder of a Senior Noteholder Claim and have submitted other Release Election Forms for Senior Noteholder Claims**

| Account Number of Other Senior Noteholder Claims | Name of Registered Holder or Voting Nominee of Other Senior Noteholder Claims | CUSIP Number of Other Senior Noteholder Claims | Principal Amount of Other Senior Noteholder Claims At Issue in Additional Release Election Form(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Name: _____
       (Print or Type)

Signature:_____

By:_____
       (If Applicable)

Title:_____
       (If Applicable)

Street Address:_____

_____

City, State, Zip Code:_____

Telephone Number:_____

Email: _____

3

Date Completed:_____

---

**HOLDERS OF CLAIMS OTHER THAN SENIOR NOTEHOLDER CLAIMS:**

THE RELEASE ELECTION FORM MUST BE <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE [JUNE 30], 2011, OR YOUR ELECTION WILL NOT BE VALID. RELEASE ELECTION FORMS SUBMITTED BY FACSIMILE OR OTHER ELECTRONIC SUBMISSION WILL NOT BE COUNTED, AND YOUR ELECTIONS WILL NOT BE VALID.

**HOLDERS OF SENIOR NOTEHOLDER CLAIMS ONLY:**

THE ELECTION DEADLINE IS 4:00 P.M. EASTERN TIME ON [JUNE 30], 2011. PLEASE RETURN YOUR RELEASE ELECTION FORM TO YOUR NOMINEE IN SUFFICIENT TIME FOR YOUR NOMINEE TO PROCESS YOUR RELEASE ELECTION FORM AND COMPLETE THE SENIOR NOTEHOLDER TABULATION FORM SO THAT THE SENIOR NOTEHOLDER TABULATION FORM IS <u>ACTUALLY RECEIVED</u> BY THE VOTING AGENT ON OR BEFORE THE ELECTION DEADLINE, OR YOUR ELECTIONS WILL NOT BE VALID.

---

IF YOU HAVE ANY QUESTIONS REGARDING THIS RELEASE ELECTION FORM, PLEASE CONTACT THE VOTING AGENT AT 888-287-7568 OR AT <u>TRIBUNEVOTE@EPIQSYSTEMS.COM</u>.

IF YOU ARE A HOLDER OF A SENIOR NOTEHOLDER CLAIM, PLEASE RETURN YOUR RELEASE ELECTION FORM TO YOUR NOMINEE. IF YOU ARE A HOLDER OF A CLAIM OTHER THAN A SENIOR NOTEHOLDER CLAIM, PLEASE RETURN YOUR DEBTOR/COMMITTEE/LENDER PLAN RELEASE ELECTION FORM BY PERSONAL DELIVERY, OVERNIGHT COURIER, OR FIRST CLASS MAIL TO THE VOTING AGENT AT THE FOLLOWING ADDRESS:

**If By Mail:**
Tribune Company Ballot Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5014
New York, NY 10150-5014

**If By Personal Delivery or Overnight Courier:**
Tribune Company Ballot Processing Center
c/o Epiq Bankruptcy Solutions
757 Third Avenue, Third Floor
New York, NY 10017