**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al*.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | Related Dkt. Nos. 7127, 7802, 8169, 8225, |
| ) | 8286 and 8509 |

**NOTICE OF FILING OF THE THIRD ADDENDUM TO PLAN SUPPLEMENT IN SUPPORT OF THE THIRD AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY AURELIUS CAPITAL MANAGEMENT, LP, ON BEHALF OF ITS MANAGED ENTITIES, DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, AND WILMINGTON TRUST COMPANY, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES**

**PLEASE TAKE NOTICE** that, on December 9, 2010 the Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, lnc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, lnc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WA TL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WL VI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (as the same may be further amended, supplemented or modified from time to time, the "<u>Noteholder Plan</u>")[2] [ECF No. 7127] was filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

**PLEASE TAKE FURTHER NOTICE** that, on February 4, 2011, the Notice of Filing of the Noteholder Plan Supplement [ECF No. 7802] was filed with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, on February 25, 2011, the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [ECF No. 8169] was filed with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, on March 2, 2011, the First Addendum to the Noteholder Plan Supplement [ECF No. 8225] was filed with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, on March 7, 2011, the Second Addendum to the Noteholder Plan Supplement [ECF No. 8286] was filed with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, on March 28, 2011, the Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Noteholder Plan.

Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [ECF No. 8509] was filed with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Noteholder Plan Proponents have filed the Third Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto is Exhibit 3.4.7(c) to the Noteholder Plan, the Other Guarantor Debtor Claims Initial Distributions chart.

**PLEASE TAKE FURTHER NOTICE** that a copy of Exhibit 3.4.7(c) to the Noteholder Plan may be (i) obtained free of charge from Epiq Bankruptcy Solutions, LLC's ("Epiq") dedicated website related to the Debtors' Chapter 11 Cases (http://chapter11.epiqsystems.com/tribune) or by telephoning Epiq at (646) 282-2400; (ii) inspected during regular business hours at the Office of the Clerk of the Bankruptcy Court, 3rd Floor, 824 Market Street, Wilmington, DE 19801; or (iii) viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: April 25, 2011
Wilmington, Delaware

| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
|---|---|
| Daniel H. Golden | */s/ Amanda Winfree* |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| Meredith A. Lahaie | Amanda M. Winfree (I.D. No. 4615) |
| One Bryant Park | Leigh-Anne M. Raport (I.D. No. 5055) |
| New York, NY 10036 | 500 Delaware Avenue, P.O. Box 1150 |
| (212) 872-1000 | Wilmington, DE 19899 |
| | (302) 654-1888 |

*Counsel for Aurelius Capital Management, LP*

## **NOTEHOLDER PLAN EXHIBIT 3.4.7(c)**

OTHER GUARANTOR DEBTOR CLAIMS INITIAL DISTRIBUTIONS

This Exhibit is subject to all of the provisions of the Noteholder Plan, including, without limitation, Section 13.8, pursuant to which the Proponents have reserved the right, subject to section 1127 of the Bankruptcy Code and, to the extent applicable, sections 1122, 1123 and 1125 of the Bankruptcy Code, to alter, amend or modify the Noteholder Plan or the Exhibits at any time prior to or after the Confirmation Date but prior to substantial confirmation of the Noteholder Plan.

**Other Guarantor Debtor Claims Initial Distributions**

All calculations expressed herein are based upon the $6.75 billion DEV[1] supported by the Debtor/Committee/Lender Plan proponents, with 8.4% of the DEV allocated to Tribune and 91.6% of the DEV allocated to its Subsidiaries (on a consolidated basis). The ultimate determination of the amount of DEV as well as the allocation of such DEV as between Tribune and its Subsidiaries will be made by the Bankruptcy Court. Recoveries by Holders of Other Guarantor Debtor Claims will depend on these determinations. The Noteholder Plan Proponents believe the actual DEV is materially higher than $6.75 billion and, in that regard, have submitted the Rebuttal Report to Expert Valuation Report Submitted by Lazard Frères & Co. LLC prepared by Raymond James, challenging the $6.75 billion DEV.

| Class | Debtor | Estimated Percentage Initial Distribution on Allowed Other Guarantor Debtor Claims[2] |
|---|---|---|
| 50G | 5800 Sunset Production, Inc. | 0.0% |
| 51G | California Community News Corporation | 0.1% |
| 52G | Channel 39, Inc. | 0.6% |
| 53G | Channel 40, Inc. | 0.9% |
| 54G | Chicago Tribune Company | 2.3% |
| 55G | Chicagoland Publishing Company | 0.0% |
| 56G | ChicagoLand Television News, Inc. | 0.2% |
| 57G | Courant Speciality Products, Inc. | 0.0% |
| 58G | Distribution Systems of America, Inc. | 0.0% |
| 59G | Eagle New Media Investments, LLC (Tribune Company) | 0.0% |
| 60G | Eagle Publishing Investments, LLC (Tribune Company) | 0.0% |
| 61G | Forsalebyowner.com Corp. | 0.1% |

---

[1] Capitalized terms used but not defined, herein shall bear the meanings ascribed to them in the Noteholder Plan.

[2] The Estimated Percentage Initial Distributions on Allowed Other Guarantor Debtor Claims at each Other Guarantor Debtor entity expressed herein are based entirely on calculations performed by the Debtors. The Noteholder Plan Proponents do not express any opinion on the accuracy of the Estimated Percentage Initial Distributions on Allowed Other Guarantor Debtor Claims expressed herein.

## Other Guarantor Debtor Claims Initial Distributions

| Class | Debtor | Estimated Percentage Initial Distribution on Allowed Other Guarantor Debtor Claims[2] |
|---|---|---|
| 62G | Forum Publishing Group, Inc. | 0.1% |
| 63G | Gold Coast Publications, Inc. | 0.1% |
| 64G | Homeowners Realty, Inc. | 0.0% |
| 65G | Homestead Publishing Company | 0.1% |
| 66G | Hoy Publications, LLC (Tribune Company) | 0.2% |
| 67G | Internet Foreclosure Service, Inc. | 0.0% |
| 68G | KIAH, Inc. | 1.1% |
| 69G | KPLR, Inc. | 0.5% |
| 70G | KSWB, Inc. | 0.1% |
| 71G | KTLA, Inc. | 1.3% |
| 72G | KWGN, Inc. | 0.4% |
| 73G | LA Times Communications LLC (Tribune Los Angeles, Inc.) | 1.9% |
| 74G | New Mass. Media, Inc. | 0.0% |
| 75G | Orlando Sentinel Communications Company | 0.6% |
| 76G | Patuxent Publishing Company | 0.1% |
| 77G | Southern Connecticut Newspapers, Inc. | 0.0% |
| 78G | Star Community Publishing, LLC (50% Tribune NM, Inc. / 50% DSA, Inc.) | 0.0% |
| 79G | Stemweb, Inc. | 0.0% |
| 80G | Sun-Sentinel Company | 0.8% |
| 81G | The Baltimore Sun Company | 0.4% |

**Other Guarantor Debtor Claims Initial Distributions**

| Class | Debtor | Estimated Percentage Initial Distribution on Allowed Other Guarantor Debtor Claims[2] |
|---|---|---|
| 82G | The Daily Press, Inc. | 0.2% |
| 83G | The Hartford Courant Company | 0.3% |
| 84G | The Morning Call, Inc. | 0.5% |
| 85G | TMLH 2, Inc. | 0.1% |
| 86G | TMLS 1, Inc. | 0.0% |
| 87G | TMS Entertainment Guides, Inc. | 0.3% |
| 88G | Tower Distribution Company | 4.3% |
| 89G | Tribune Broadcast Holdings, Inc. | 0.4% |
| 90G | Tribune Broadcasting Company | 0.4% |
| 91G | Tribune Broadcasting Holdco, LLC (Tribune Company) | 0.0% |
| 92G | Tribune California Properties, Inc. | 0.0% |
| 93G | Tribune CNLBC LLC | 4.4% |
| 94G | Tribune Direct Marketing, Inc. | 0.5% |
| 95G | Tribune Entertainment Company | 0.0% |
| 96G | Tribune Finance, LLC (Tribune Company) | 0.4% |
| 97G | Tribune Los Angeles, Inc. | 0.0% |
| 98G | Tribune Manhattan Newspaper Holdings, Inc. | 0.0% |
| 99G | Tribune Media Net, Inc. | 0.1% |
| 100G | Tribune Media Services, Inc. | 1.6% |
| 101G | Tribune New York Newspaper Holdings, LLC | 0.0% |

## Other Guarantor Debtor Claims Initial Distributions

| Class | Debtor | Estimated Percentage Initial Distribution on Allowed Other Guarantor Debtor Claims[2] |
|---|---|---|
| 102G | Tribune NM, Inc. | 0.0% |
| 103G | Tribune Television Company | 3.2% |
| 104G | Tribune Television Holdings, Inc. | 0.3% |
| 105G | Tribune Television New Orleans, Inc. | 0.2% |
| 106G | Tribune Television Northwest, Inc. | 1.2% |
| 107G | Virginia Gazette Companies, LLC (The Daily Press, Inc.) | 0.1% |
| 108G | WDCW Broadcasting, Inc. | 0.7% |
| 109G | WGN Continental Broadcasting Company | 7.3% |
| 110G | WPIX, Inc. | 2.5% |
| 111G | WTXX, Inc. | 0.0% |