IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Hearing Date: May 17, 2011 at 10:00 a.m. ET<br>Objection Deadline: May 10, 2011 at 4:00 p.m. ET |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 25, 2011, the Noteholder Plan Proponents filed the *Motion by the Noteholder Plan Proponents for Entry of an Order Determining That (I) The Amendments That Have Been Made to the Noteholder Plan Are Not Material and Adverse to Any Class of Creditors or (II) to the Extent the Amendments Are Material and Adverse to Any Class(es) of Creditors, Based on Such Class(es)' Prior Rejection of the Initial Noteholder Plan, Such Class(es) Shall Be Deemed to Also Reject the Third Amended Noteholder Plan* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing on the Motion for **May 17, 2011, at 10:00 a.m. (E.T.)** before The Honorable Kevin J. Carey, Chief Judge, the United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **May 10, 2011 at 4:00 p.m. (ET).** Only properly and timely filed responses will be considered.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 25, 2011

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>Philip C. Dublin<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000<br><br>*Counsel for Aurelius Capital Management, LP* | ASHBY & GEDDES, P.A.<br><br>/s/ Amanda Winfree<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 |