# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| TRIBUNE COMPANY, et al., | CASE NO. 08-13141 (KJC) |
| | (Jointly Administered) |
| DEBTORS. | Re: Doc. Id. No. 341 |

## NOTICE TO WITHDRAW NOTICE OF APPEARANCE

Julie A. Manning, counsel to United HealthCare Insurance Company, hereby withdraws her Notice of Appearance and Request for All Notices and Pleadings, filed on February 4, 2009 (Document No. 341).

Dated at Hartford, Connecticut, this 26th of April 2011.

UNITED HEALTHCARE INSURANCE COMPANY,

By: /s/ Julie A. Manning
    Julie A. Manning
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103-1919
    (860) 251-5000
    Its Attorneys

1885375v1