## NOTICE OF CLAIMS PURCHASE AGREEMENT

**ARCHON BAY CAPITAL LLC**, (as assignee of CREWS CONTROL.), a Delaware limited liability corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **RESTORATION HOLDINGS LTD.**, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $12,852.50 (defined as the "Claim") against **Tribune Company, et al.**, (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case No.**08-13141 (KJC)** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the ___ day of April, 2011.

**ARCHON BAY CAPITAL LLC**

WITNESS _____
(Signature)

_____
(Print Name and Title Of Witness)

_____
(Signature of Corporate Officer)

_____
(Print Name and Title of Corporate Officer)

**RESTORATION HOLDINGS LTD**

WITNESS _____
(Signature)

_____
(Print Name and Title of Witness)

Pamela M. Lawrence
(Signature of Corporate Officer)

Pamela M. Lawrence
(Print Name and Title of Corporate Officer)

**Exhibit "A"**