IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
|  | : |  |
|  | : | Jointly Administered |
| Debtors. | : | **Objection Date: May 16, 2011 at 4:00 p.m.** |
|  | : | **Hearing Date:** *Only if Objections are filed* |

## NOTICE OF FEE APPLICATION

| | | |
|---|---|---|
| David M. Klauder, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(U.S. Trustee) | Stuart M. Brown, Esquire<br>R. Craig Martin, Esquire<br>DLA Piper LLP (US)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(Counsel to Barclays Bank PLC) | Brian Trust, Esquire<br>Amit K. Trehan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(Counsel to Barclays Bank PLC) |
| Kenneth P. Kansa, Esquire<br>Jillian K. Ludwig, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(Counsel to Debtors) | Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(Counsel to Creditors' Committee) | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 1800<br>Wilmington, DE 19801<br>(Counsel to Creditors' Committee) |
| Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>(Counsel to Administrative Agent for<br>Prepetition Lenders, JPMorgan Chase<br>Bank, N.A.) | Mark D. Collins, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0511<br>(Counsel to Administrative Agent for<br>Prepetition Lenders, JPMorgan<br>Chase Bank, N.A.) | John L. Decker, Esquire<br>Stuart Maue<br>3840 McKelvey Rd.<br>St. Louis, MO 63044<br>(Fee Auditor) |

PLEASE TAKE NOTICE that, on April 26, 2011, the **Twenty-Fifth Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of January 1, 2011 through January 31, 2011** (the "Application"), which seeks approval of a monthly fee application for professional services rendered to the Debtors in the amount of $5,368,079.00, together with reimbursement of expenses in the amount of $185,686.93, was filed with the Court.

You are required to file a response, if any, to the Application on or before **May 16, 2011 at 4:00 p.m.** (Eastern Time).

46429/0001-5474471v30

At the same time, you must also serve a copy of the response upon Debtors' counsel so that it is received by **4:00 p.m. on May 16, 2011**:

| | |
|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>**COLE, SCHOTZ, MEISEL, FORMAN**<br>**& LEONARD, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>npernick@coleschotz.com | Kenneth P. Kansa, Esquire<br>Jillian K. Ludwig, Esquire<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, IL  60603<br>kkansa@sidley.com |

A HEARING ON THE APPLICATION WILL BE HELD, ONLY IF AN OBJECTION IS TIMELY FILED, OR THE COURT DIRECTS OTHERWISE, AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  April 26, 2011

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

2