# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

March 1, 2011 through and including March 31, 2011

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 5735.00003 | Financing | 2.2 | 1,419.00 |
| 5735.00004 | Current Financials | 101.8 | 58,179.50 |
| 5735.00005 | Prospective Financials | 142.5 | 87,298.00 |
| 5735.00008 | Plan of Reorganization | 132.9 | 74,301.00 |
| 5735.00012 | Asset Sales | 2.0 | 1,332.00 |
| 5735.00015 | UCC Meetings | 15.5 | 10,425.00 |
| 5735.00017 | Billing and Retention | 23.1 | 13,960.50 |
| 5735.00018 | Travel Time (billed at 50%) | 5.5 | 1,540.00 |
| | | **425.5** | **$248,455.00** |

Re:                     Financing
Client/Matter #         005735.00003

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/01/11 | BH | Review and analyze Debtors determination to terminate the DIP financing with Barclays and extend L/C facility. | 1.60 |
| 03/10/11 | BH | Draft memo to Chadbourne and Zuckerman on Letter of Credit requirements and credit availability. | 0.60 |
| | | **Total Hours** | **2.20** |

Re:                          Financing
Client/Matter #              005735.00003

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 2.20 | 645.00 | 1,419.00 |
| **Total Hours & Fees** | **2.20** | | **1,419.00** |

Re:              Current Financials
Client/Matter #  005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/01/11 | YK | Reviewed and revised weekly status report. | 0.50 |
| 03/01/11 | ANL | Prepared summary of broadcasting OCF and expenses for Q4 and FY 2010. | 1.70 |
| 03/01/11 | ANL | Prepared summary of publishing OCF and expenses for Q4 and FY 2010. | 2.10 |
| 03/02/11 | BH | Review and analyze weekly financial performance and revise report to UCC on same. | 2.20 |
| 03/02/11 | BH | Review and analyze the accounting treatment of cash distributions received by Classified Ventures. | 1.80 |
| 03/02/11 | BH | Draft memo to Chadbourne on the accounting treatment of the Classified Ventures cash distribution. | 0.50 |
| 03/02/11 | ANL | Prepared detail summary of broadcasting and publishing revenue for Q4 and FY 2010. | 2.30 |
| 03/02/11 | ANL | Prepared summary of quarterly OCF for 2010 versus Plan and 2009. | 1.20 |
| 03/02/11 | ANL | Prepared publishing expense detail for Q4 and FY 2010. | 1.50 |
| 03/02/11 | ANL | Prepared broadcasting expense detail for Q4 and FY 2010. | 1.60 |
| 03/02/11 | ANL | Prepared OCF by business unit for Q4 and FY 2010. | 2.50 |
| 03/03/11 | ANL | Prepared weekly status update for UCC. | 2.20 |
| 03/03/11 | ANL | Reviewed and analyzed publishing weekly results, cash results and pacing revenues. | 1.60 |
| 03/03/11 | ANL | Prepared Q4 2010 and FY 2010 report to UCC. | 1.30 |
| 03/03/11 | BH | Prepare presentation of weekly financial results to UCC. | 1.00 |
| 03/03/11 | BH | Draft memo to Chadbourne dealing with financial treatment of Classified Ventures cash distribution. | 0.50 |
| 03/03/11 | AH | Review weekly report to UCC | 0.40 |
| 03/04/11 | BH | Review and analyze reports from Tribune advisors on accounting treatment of payments from Classified Ventures. | 0.40 |
| 03/04/11 | ANL | Prepared Q4 2010 and FY 2010 report to UCC. | 2.50 |
| 03/08/11 | ANL | Prepared weekly status update for UCC. | 2.30 |
| 03/08/11 | ANL | Reviewed and analyzed weekly revenue flash reports and cash reports. | 2.20 |
| 03/09/11 | ANL | Prepared weekly status update for UCC. | 1.60 |
| 03/09/11 | ANL | Reviewed and analyzed weekly cash flow results and pacing revenues. | 1.20 |
| 03/09/11 | BH | Review and analyze weekly financial performance and revise report to UCC on same. | 2.50 |
| 03/10/11 | AH | Review weekly report to UCC | 0.40 |
| 03/10/11 | YK | Reviewed and revised weekly status report to the UCC. | 1.50 |

Re:                Current Financials
Client/Matter #    005735.00004

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 03/10/11 | ANL | Prepared weekly status update for UCC. | 2.20 |
| 03/10/11 | ANL | Reviewed and analyzed weekly cash flow results and pacing revenues. | 1.80 |
| 03/11/11 | ANL | Prepared weekly status update for UCC. | 1.80 |
| 03/11/11 | YK | Reviewed and revised weekly status report to the UCC. | 0.50 |
| 03/14/11 | YK | Reviewed and revised the weekly status report to the UCC. | 1.20 |
| 03/14/11 | BH | Review and analyze weekly performance and revise report to UCC on same. | 2.40 |
| 03/14/11 | ANL | Prepared weekly status update for UCC. | 1.60 |
| 03/15/11 | AH | Review weekly report to UCC | 0.30 |
| 03/15/11 | ANL | Prepared UCC presentation on Q4 and 2010 full year results. | 2.30 |
| 03/15/11 | ANL | Prepared weekly status update for UCC. | 1.20 |
| 03/16/11 | ANL | Prepared summary of consolidated results for Q4 and 2010. | 1.10 |
| 03/16/11 | ANL | Prepared summary of publishing results for Q4 and 2010. | 0.80 |
| 03/16/11 | ANL | Prepared summary of broadcasting results for Q4 and 2010. | 0.90 |
| 03/16/11 | ANL | Prepared UCC presentation on Q4 and 2010 full year results | 2.20 |
| 03/16/11 | ANL | Prepared summary of publishing and broadcasting expenses for Q4 and 2010. | 2.10 |
| 03/16/11 | ANL | Prepared summary of publishing and broadcasting revenues for Q4 and 2010. | 1.80 |
| 03/16/11 | BH | Review and analyze Moelis report on Media Update. | 0.70 |
| 03/17/11 | ANL | Prepared weekly status update for UCC. | 2.50 |
| 03/17/11 | ANL | Prepared UCC presentation on Q4 and 2010 full year results. | 1.80 |
| 03/18/11 | ANL | Prepared weekly status update for UCC. | 2.20 |
| 03/18/11 | ANL | Prepared UCC presentation on Q4 and 2010 full year results | 3.60 |
| 03/18/11 | YK | Reviewed and revised Tribune weekly status report. | 1.10 |
| 03/21/11 | ANL | Prepared weekly status update for UCC. | 1.60 |
| 03/22/11 | ANL | Reviewed and analyzed weekly revenue and cash reports. | 1.20 |
| 03/22/11 | ANL | Prepared weekly status update for UCC. | 1.60 |
| 03/22/11 | AH | Review weekly report to UCC | 0.30 |
| 03/22/11 | YK | Reviewed and analyzed material in preparation for conference call with Debtor advisors. | 0.90 |
| 03/23/11 | YK | Attended conference call with debtor's financial advisors. Followed up by distributing notes prepared from the call to AlixPartners team. | 1.50 |
| 03/23/11 | BH | Prepare for and participate in monthly call with Tribune advisors to review monthly financial performance. | 1.10 |
| 03/23/11 | BH | Review and analyze weekly financial performance and | 2.30 |

Re:                        Current Financials
Client/Matter #            005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | revise report to UCC on same. | |
| 03/23/11 | ANL | Prepared weekly status update for UCC. | 2.30 |
| 03/23/11 | ANL | Prepared summary of preliminary February 2011 results. | 1.20 |
| 03/23/11 | ANL | Reviewed and analyzed weekly revenue and cash reports. | 1.50 |
| 03/23/11 | ANL | Reviewed and analyzed preliminary February 2011 results. | 1.30 |
| 03/23/11 | ANL | Participated in monthly call with Tribune management on financial results. | 0.70 |
| 03/24/11 | ANL | Prepared weekly status update for UCC. | 1.70 |
| 03/24/11 | ANL | Prepared summary of preliminary February 2011 results. | 1.60 |
| 03/24/11 | BH | Prepare verbal comments for UCC presentation of weekly financial results. | 1.10 |
| 03/28/11 | YK | Reviewed and revised weekly status report to the UCC. | 1.70 |
| 03/31/11 | YK | Reviewed and analyzed weekly revenue flash and Moelis industry survey. | 0.30 |
| 03/31/11 | ANL | Prepared weekly status report. | 2.30 |
| | | **Total Hours** | **101.80** |

Re:                     Current Financials
Client/Matter #         005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.40 | 855.00 | 1,197.00 |
| Albert Leung | 74.70 | 560.00 | 41,832.00 |
| Brad Hall | 16.50 | 645.00 | 10,642.50 |
| Young Kim | 9.20 | 490.00 | 4,508.00 |
| **Total Hours & Fees** | **101.80** | | **58,179.50** |

Re:                              Prospective Financials
Client/Matter #                  005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/02/11 | BH | Review and analyze Debtors 2011 Operating Plan and compare to 2010 actual results. | 1.40 |
| 03/03/11 | BH | Participate in call with Tribune advisors and Chadbourne on potential acquisition opportunity (Project Eagle). | 1.40 |
| 03/04/11. | BH | Review and analyze materials on Project Eagle. | 1.20 |
| 03/04/11 | ANL | Reviewed and analyzed Project Eagle materials. | 2.80 |
| 03/04/11 | AH | Review materials for potential strategic acquisition | 2.20 |
| 03/06/11 | BH | Prepare outline for presentation to UCC of the acquisition opportunity, Project Eagle. | 1.00 |
| 03/06/11 | BH | Review and analyze financial information provided by Tribune advisors on Project Eagle. | 3.20 |
| 03/07/11 | BH | Participate in conference call with Tribune advisors and Chadbourne on Project Eagle. | 1.10 |
| 03/07/11 | BH | Draft report to UCC on the opportunity and impact of Project Eagle. | 14.00 |
| 03/07/11 | ANL | Participated in conference call with Lazard and Tribune management to discuss Project Eagle opportunity. | 1.10 |
| 03/07/11 | ANL | Reviewed and analyzed Project Eagle discussion materials. | 3.20 |
| 03/07/11 | ANL | Prepared presentation materials for UCC for Project Eagle. | 3.50 |
| 03/07/11 | ANL | Reviewed and analyzed Project Eagle valuation details. | 1.80 |
| 03/07/11 | ANL | Prepared executive summary for Project Eagle presentation. | 1.50 |
| 03/07/11 | ANL | Prepared valuation summary for Project Eagle. | 2.30 |
| 03/07/11 | AH | Call w/ Tribune, Lazard and A&M re: potential strategic acquisition | 1.00 |
| 03/08/11 | AH | Review AlixPartners report to UCC re: potential strategic acquisition | 1.60 |
| 03/08/11 | ANL | Reviewed and analyzed Project Eagle valuation details. | 2.50 |
| 03/08/11 | ANL | Prepared presentation materials for UCC for Project Eagle. | 3.10 |
| 03/08/11 | BH | Revise and finalize report to UCC on Project Eagle. | 3.80 |
| 03/10/11 | BH | Review and analyze Tribune 2011 Operating Plan and comparison to 2010 actual results. | 1.90 |
| 03/10/11 | BH | Call Tribune advisors to obtain updated information on Project Eagle. | 0.60 |
| 03/10/11 | BH | Review and analyze comments from UCC members related to Project Eagle report. | 1.70 |
| 03/11/11 | BH | Review and analyze bid letters provided in Project Eagle. | 1.30 |
| 03/11/11 | MPM | Reviewed and analyzed acquisition report on Project Eagle. | 1.10 |
| 03/11/11 | ANL | Reviewed and analyzed Project Eagle bid materials and letter. | 2.50 |
| 03/14/11 | ANL | Reviewed and analyzed Project Eagle bid presentation and | 1.80 |

Re:                Prospective Financials
Client/Matter #    005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | materials. | |
| 03/16/11 | BH | Review and analyze Tribune 2011 Operating Plan and comparison to 2010 actual results. | 4.10 |
| 03/17/11 | BH | Review and analyze Tribune 2011 Operating Plan and comparison to 2010 actual results. | 2.00 |
| 03/17/11 | ANL | Reviewed and analyzed Tribune 2011 Operating Plan. | 2.20 |
| 03/22/11 | ANL | Reviewed and analyzed 2011 Operating plan documents. | 3.50 |
| 03/22/11 | BH | Obtain update from Tribune advisors on Project Eagle. | 0.40 |
| 03/23/11 | BH | Participate in call with Tribune advisors on update of Project Eagle. | 0.50 |
| 03/23/11 | BH | Draft memo to Chadbourne with update on status of Project Eagle. | 0.70 |
| 03/23/11 | BH | Review and analyze bid letter submitted in Project Eagle. | 0.40 |
| 03/24/11 | ANL | Reviewed analyzed 2011 Operating plan. | 2.10 |
| 03/28/11 | ANL | Prepared and analyzed 2011 Operating Plan presentation for the UCC. | 2.50 |
| 03/28/11 | ANL | Prepared summary of consolidated projections for 2011. | 1.50 |
| 03/28/11 | ANL | Prepared summary of publishing projections for 2011. | 2.10 |
| 03/28/11 | ANL | Prepared summary of broadcasting projections for 2011. | 2.30 |
| 03/28/11 | BH | Draft report to UCC providing a summary of Tribune 2011 Operating Plan. | 9.20 |
| 03/29/11 | BH | Obtain update from Tribune advisors on status of Project Eagle. | 0.30 |
| 03/29/11 | BH | Draft report to UCC on Tribune 2011 Operating Plan. | 7.80 |
| 03/29/11 | ANL | Prepared summary of pensions expenses in 2011 Plan. | 1.70 |
| 03/29/11 | ANL | Prepared 2011 Operating Plan presentation for the UCC. | 2.50 |
| 03/29/11 | ANL | Prepared summary of capex in 2011 Plan. | 2.20 |
| 03/29/11 | ANL | Prepared summary of publishing projections for 2011. | 1.50 |
| 03/29/11 | ANL | Prepared summary of broadcasting projections for 2011. | 1.30 |
| 03/29/11 | AH | Review Business Plan presentation report | 2.00 |
| 03/30/11 | ANL | Prepared UCC report on 2011 Operating Plan. | 2.50 |
| 03/30/11 | YK | Reviewed and revised 2011 Plan presentation. | 4.30 |
| 03/30/11 | YK | Reviewed financial analyses and source material underlying the presentation re 2011 Plan. | 3.60 |
| 03/30/11 | BH | Reviewed and revised report to UCC on Tribune 2011 Operating Plan. | 7.30 |
| 03/31/11 | BH | Prepare verbal comments for presentation of 2011 Operating Plan to UCC. | 2.00 |
| 03/31/11 | ANL | Prepared UCC report on 2011 Operating Plan. | 3.20 |

Re:                   Prospective Financials
Client/Matter #       005735.00005

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 03/31/11 | ANL | Reviewed and analyzed 2011 Operating Plan and plan details. | 2.20 |
| | | **Total Hours** | **142.50** |

Re:                          Prospective Financials
Client/Matter #              005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 1.10 | 855.00 | 940.50 |
| Alan Holtz | 6.80 | 855.00 | 5,814.00 |
| Albert Leung | 59.40 | 560.00 | 33,264.00 |
| Brad Hall | 67.30 | 645.00 | 43,408.50 |
| Young Kim | 7.90 | 490.00 | 3,871.00 |
| **Total Hours & Fees** | **142.50** | | **87,298.00** |

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 03/01/11 | ANL | Reviewed and analyzed noteholders expert reports and rebuttal reports. | 3.20 |
| 03/01/11 | JCL | Analyzed and reviewed Tuliano expert report and related exhibits; reviewed rebuttal points to Tuliano | 1.50 |
| 03/01/11 | BH | Review and analyze the expert report of Ralph Tuliano. | 5.00 |
| 03/01/11 | BH | Draft report to Chadbourne and Zuckerman in response to review of Tuliano expert report. | 2.40 |
| 03/03/11 | ANL | Reviewed and analyzed noteholder plan of reorganization and noteholders' objections to the Debtors Lenders plan. | 2.50 |
| 03/03/11 | MFR | Review of documents and analyses in preparation for confirmation hearing. | 4.00 |
| 03/04/11 | MFR | Review of documents and analyses in preparation for Tribune confirmation hearing. | 3.50 |
| 03/04/11 | ANL | Reviewed and analyzed Tribune updated recovery model. | 3.20 |
| 03/04/11 | JB | Prepared expert testimony materials for confirmation hearing in Delaware. | 3.00 |
| 03/07/11 | ANL | Reviewed and analyzed Debtors' expert report on valuation. | 2.20 |
| 03/07/11 | MFR | Review of documents and analyses in preparation for confirmation hearing. | 2.00 |
| 03/07/11 | JB | Prepared expert testimony materials for confirmation hearing in Delaware. | 1.00 |
| 03/08/11 | MFR | Review and analysis of documents and analyses in preparation for confirmation hearing. | 2.50 |
| 03/09/11 | MFR | Preparation for Fischel testimony during confirmation hearing. | 3.80 |
| 03/09/11 | ANL | Reviewed and analyzed Global contracts motion. | 2.10 |
| 03/09/11 | ANL | Prepared Global contracts memo. | 1.80 |
| 03/09/11 | ANL | Participated in conference call with A&M to discuss the background on the contract assumptions and cure cost calculations. | 1.20 |
| 03/09/11 | BH | Review and analyze Global Contract Motion filed by Debtor as plan of reorganization supplemental. | 1.30 |
| 03/09/11 | BH | Review and analyze minutes on Confirmation Hearings in process. | 0.50 |
| 03/10/11 | BH | Review and analyze minutes on Confirmation Hearings in process. | 0.50 |
| 03/10/11 | BH | Review and analyze memo to UCC on Global contracts settlement and D&O Motion. | 0.30 |
| 03/10/11 | ANL | Reviewed and analyzed Global contracts exhibits for cure amounts. | 1.70 |
| 03/10/11 | ANL | Reviewed and analyzed Global contracts motion. | 1.80 |

Re:                        Plan of Reorganization
Client/Matter #            005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/10/11 | AH | Review counsel reports on confirmation hearings | 0.40 |
| 03/10/11 | AH | Review UCC member response to potential strategic acquisition and reply | 0.30 |
| 03/10/11 | MFR | Participation in confirmation hearing related to Black and Fischel testimony. | 6.30 |
| 03/10/11 | MFR | Review of documents and analyses in preparation for confirmation hearing. | 1.50 |
| 03/11/11 | MFR | Review of documents and analyses in preparation for confirmation hearing. | 6.00 |
| 03/11/11 | ANL | Reviewed and analyzed Global contracts materials. | 2.30 |
| 03/11/11 | BH | Review and analyze minutes on Confirmation Hearings in process. | 0.50 |
| 03/12/11 | MFR | Review of documents and analyses in preparation for confirmation hearing. | 2.00 |
| 03/13/11 | MFR | Review of documents and analyses in preparation for confirmation hearing. | 3.00 |
| 03/14/11 | MFR | Review of documents and analyses in preparation for confirmation hearing. | 2.00 |
| 03/14/11 | BH | Review and analyze motion for fixing cure amounts per the POR. | 1.60 |
| 03/14/11 | ANL | Reviewed and analyzed Global Contracts Motion and exhibits. | 1.30 |
| 03/14/11 | ANL | Prepared memo on executory contracts assumption and estimate cure costs. | 1.70 |
| 03/14/11 | ANL | Reviewed and analyzed plan confirmation materials and transcripts. | 2.30 |
| 03/15/11 | ANL | Reviewed and analyzed DCL Plan documents and noteholder plan documents. | 3.20 |
| 03/15/11 | ANL | Reviewed and analyzed Global Contracts Motion and exhibits. | 1.10 |
| 03/15/11 | BH | Review and analyze minutes on Confirmation Hearings in process. | 0.50 |
| 03/15/11 | MFR | Review of documents and analyses in preparation for noteholders solvency witnesses at confirmation hearing. | 5.00 |
| 03/16/11 | MFR | Review of documents and analyses in preparation for noteholders solvency witnesses at confirmation hearing. | 8.00 |
| 03/16/11 | BH | Review and analyze minutes on Confirmation Hearings in process. | 0.50 |
| 03/17/11 | BH | Provide report on Inter-Company Claims update to Zuckerman. | 0.80 |
| 03/17/11 | BH | Review and analyze minutes on Confirmation Hearings in | 0.50 |

Re:                          Plan of Reorganization
Client/Matter #              005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | process. | |
| 03/17/11 | ANL | Reviewed and analyzed DCL Plan documents and noteholder plan documents. | 1.70 |
| 03/17/11 | MFR | Review of documents and analyses in preparation for noteholders solvency witnesses at confirmation hearing. | 8.50 |
| 03/18/11 | MFR | Review of documents and analyses in preparation for noteholders solvency witnesses at confirmation hearing. | 3.00 |
| 03/18/11 | MFR | Attendance at the confirmation hearing. | 7.00 |
| 03/18/11 | BH | Review and analyze minutes on Confirmation Hearings in process. | 0.50 |
| 03/21/11 | ANL | Reviewed and analyzed DCL plan and noteholder plan documents. | 2.30 |
| 03/28/11 | BH | Review and analyze the benefit to be received by Parent GUC's as a result of the subordination of PHONES obligations, as evidenced in Debtors recovery model. | 2.90 |
| 03/29/11 | BH | Draft memo to Chadbourne on impact of subordination of PHONES to claims of Parent GUC's and Noteholders. | 0.40 |
| 03/30/11 | ANL | Reviewed and analyzed UCC counsel memo on Lyondell creditor suit and amended plan. | 1.10 |
| 03/31/11 | ANL | Reviewed and analyzed amended DCL plan. | 2.50 |
| 03/31/11 | YK | Reviewed and analyzed expert demonstratives and exhibits, including Beron's. | 1.20 |
| | | **Total Hours** | **132.90** |

Re:                              Plan of Reorganization
Client/Matter #                  005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.70 | 855.00 | 598.50 |
| Mark F Rule | 68.10 | 560.00 | 38,136.00 |
| Albert Leung | 39.20 | 560.00 | 21,952.00 |
| John C Labella | 1.50 | 645.00 | 967.50 |
| Brad Hall | 18.20 | 645.00 | 11,739.00 |
| Young Kim | 1.20 | 490.00 | 588.00 |
| Jennifer Braverman | 4.00 | 80.00 | 320.00 |
| **Total Hours & Fees** | **132.90** | | **74,301.00** |

Re:                      Asset Sales
Client/Matter #          005735.00012

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/15/11 | AH | Emails with party interested in purchasing real estate | 0.20 |
| 03/21/11 | BH | Review with Tribune advisors status of all Real Estate asset sale opportunities. | 1.20 |
| 03/28/11 | BH | Review and analysis of information from Tribune advisors on the sale status of Denver property. | 0.60 |
| | | **Total Hours** | **2.00** |

Re:                         Asset Sales
Client/Matter #             005735.00012

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.20 | 855.00 | 171.00 |
| Brad Hall | 1.80 | 645.00 | 1,161.00 |
| **Total Hours & Fees** | **2.00** | | **1,332.00** |

Re:                    UCC Meetings
Client/Matter #        005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/03/11 | AH | Participate in weekly UCC meeting (telephonic) | 0.70 |
| 03/03/11 | ANL | Participated in UCC telephonic meeting. | 1.10 |
| 03/03/11 | BH | Participate in UCC meeting and provide report on financial performance. | 0.70 |
| 03/21/11 | BH | Participate in UCC meeting. | 1.50 |
| 03/21/11 | ANL | Participated in special UCC telephonic meeting. | 1.20 |
| 03/21/11 | MFR | Participation in UCC conference call. | 1.50 |
| 03/23/11 | BH | Participate in UCC professionals meeting hosted by Chadbourne. | 1.40 |
| 03/23/11 | AH | Weekly UCC professionals call | 1.40 |
| 03/24/11 | AH | Participate in weekly UCC meeting (telephonic) | 1.30 |
| 03/24/11 | BH | Participate in UCC meeting and provide report on financial performance. | 1.30 |
| 03/24/11 | ANL | Participated in weekly UCC telephonic meeting. | 1.30 |
| 03/29/11 | BH | Participate in UCC professionals call hosted by Chadbourne. | 0.50 |
| 03/31/11 | BH | Participate in UCC meeting and provide report on weekly financial results and 2011 Operating Plan. | 0.90 |
| 03/31/11 | AH | Participate in portion of weekly UCC meeting (telephonic) | 0.70 |
| | | **Total Hours** | **15.50** |

Re:                         UCC Meetings
Client/Matter #             005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 4.10 | 855.00 | 3,505.50 |
| Mark F Rule | 1.50 | 560.00 | 840.00 |
| Albert Leung | 3.60 | 560.00 | 2,016.00 |
| Brad Hall | 6.30 | 645.00 | 4,063.50 |
| **Total Hours & Fees** | **15.50** | | **10,425.00** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/01/11 | ANL | Prepared January 2011 fee application and exhibits. | 0.70 |
| 03/01/11 | AH | Detailed review of January fee application; sign an send to counsel | 1.80 |
| 03/09/11 | ANL | Prepared February 2011 fee application & exhibits. | 1.20 |
| 03/10/11 | ANL | Prepared February 2011 fee application & exhibits. | 1.20 |
| 03/10/11 | YK | Prepared February 2011 fee application. | 1.80 |
| 03/11/11 | ANL | Prepared February 2011 fee application & exhibits. | 1.50 |
| 03/14/11 | ANL | Prepared February 2011 fee application & exhibits. | 1.20 |
| 03/15/11 | ANL | Prepared February 2011 fee application & exhibits. | 1.10 |
| 03/18/11 | ANL | Prepared February 2011 fee application & exhibits. | 2.20 |
| 03/21/11 | ANL | Prepared February 2011 fee application & exhibits. | 1.50 |
| 03/22/11 | ANL | Prepared February 2011 fee application & exhibits. | 2.50 |
| 03/23/11 | ANL | Prepared February 2011 fee application & exhibits. | 2.50 |
| 03/23/11 | AH | Review February time detail and fee application | 1.60 |
| 03/24/11 | AH | Final review of February fee application, sign and send to counsel | 0.50 |
| 03/24/11 | ANL | Prepared February 2011 fee application & exhibits. | 1.80 |
| | | **Total Hours** | **23.10** |

Re:                        Billing and Retention
Client/Matter #            005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 3.90 | 855.00 | 3,334.50 |
| Albert Leung | 17.40 | 560.00 | 9,744.00 |
| Young Kim | 1.80 | 490.00 | 882.00 |
| **Total Hours & Fees** | **23.10** | | **13,960.50** |

Re:                          Travel Time (billed at 50%)
Client/Matter #              005735.00018

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/18/11 | MFR | Travel to Chicago from confirmation hearing. | 5.50 |
| | | **Total Hours** | 5.50 |

Re:                         Travel Time (billed at 50%)
Client/Matter #             005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 5.50 | 560.00 | 3,080.00 |
| **Total Hours & Fees** | **5.50** | | **3,080.00** |