# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

March 1, 2011 through and including March 31, 2011

**Disbursement Recap:**

| Description | Amount |
| --- | ---: |
| Airfare (Coach) | 1,329.96 |
| Airfare Service Charge | 46.00 |
| Cab Fare/Ground Transportation | 53.00 |
| Conference Calls | 10.49 |
| Lodging | 1,547.70 |
| Meals & Tips | 293.32 |
| Train | 141.00 |
| **Total Disbursements** | **3,421.47** |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 01/04/11 | Conference Calls - - VENDOR: InterCall Alan Holtz | 10.49 |
| 03/01/11 | Meals & Tips Albert Leung - Lunch (in town) | 15.89 |
| 03/07/11 | Meals & Tips Albert Leung - Lunch (in town) | 5.74 |
| 03/11/11 | Airfare Alan Holtz 03-22-2011 EWR - ORD (coach) | 1,067.40 |
| 03/15/11 | Airfare Service Charge Mark Rule | 10.00 |
| 03/15/11 | Airfare Service Charge Mark Rule | 13.00 |
| 03/15/11 | Cab Fare/Ground Transportation Mark Rule (out of town) | 10.00 |
| 03/15/11 | Lodging Mark Rule Hotel Dupont Company - Wilmington 03/15/2011 - 03/18/2011 (4 nights) | 1,547.70 |
| 03/15/11 | Meals & Tips Mark Rule - Breakfast (out of town) | 1.59 |
| 03/15/11 | Meals & Tips Mark Rule - Lunch (out of town) | 20.00 |
| 03/15/11 | Train Mark Rule - Wilmington | 141.00 |
| 03/16/11 | Airfare Mark Rule 2011-03-18 PHL - ORD (coach) | 262.56 |
| 03/16/11 | Airfare Service Charge Mark Rule | 10.00 |
| 03/16/11 | Meals & Tips Mark Rule - Lunch (out of town) | 8.48 |
| 03/16/11 | Meals & Tips Mark Rule - Dinner (out of town) | 27.00 |
| 03/17/11 | Airfare Service Charge Mark Rule | 13.00 |
| 03/17/11 | Meals & Tips Mark Rule - Breakfast (out of town) | 13.36 |
| 03/17/11 | Meals & Tips Mark Rule - Lunch (out of town) | 8.58 |
| 03/17/11 | Meals & Tips Mark Rule - Dinner (out of town) | 50.00 |
| 03/18/11 | Cab Fare/Ground Transportation Mark Rule (out of town) | 43.00 |
| 03/18/11 | Meals & Tips Mark Rule - Dinner (out of town) | 65.51 |
| 03/18/11 | Meals & Tips Mark Rule - Lunch (out of town) | 65.00 |
| 03/28/11 | Meals & Tips Albert Leung - Lunch (in town) | 12.17 |
| | **Total Disbursements** | **$3,421.47** |