UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>)<br>) Re: Dkt. No. 8616 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

Tamara L. Moody, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Blank Rome LLP, and that on April 12, 2011 she caused the following to be served upon the attached service list in the manner indicated thereon:

- **Sam Zell Limited Objection To The Committee's Motion To Amend The Definition Of "Terminating Event" [Dkt. No. 8616]**

Date: April 12, 2011

**BLANK ROME LLP**

_/s/ Tamara L. Moody_
Tamara L. Moody, Paralegal
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

SWORN TO AND SUBSCRIBED before me this 12th day of April 2011

_/s/ Mary C. Levan_
Notary Public
MARY C. LEVAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 11, 2013

**SERVICE LIST**

Counsel to the Debtors:
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, PA
500 Delaware Avenue
Suite 1410
Wilmington DE 19801
E-mail: npernick@coleschotz.com
Kstickles@coleschotz.com
preilley@coleschotz.com
*Hand*

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Kevin T. Lantry, Esquire
Sidley Austin LLP
One South Dearborn
Chicago IL 60603
Phone: (312) 853-6890
Fax: (312) 853-7036
E-mail: jconlan@sidley.com
bkrakauer@sidley.com
klantry@sidley.com
*First Class Mail*

John D. Shugrue
Lana J. Raines
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Phone: (312) 207-1000
Fax: (312) 207-6400
E-mail: jshugrue@reedsmith.com
lraines@reedsmith.com
*First Class Mail*

Counsel to the Official Committee of Unsecured Creditors:
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington DE 19801
Phone: (302) 467-4410
Fax: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
 *Hand*


Howard Seife, Esquire
David M. LeMay, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York NY 10112
E-mail: hseife@chadbourne.com
dlemay@chadbourne.com
 *First Class Mail*

Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW
Washington DC 20036-5802
E-mail: gbush@zuckerman.com
jsottile@zuckerman.com
 *First Class Mail*