# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves

as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned

Chapter 11 cases.

2.      I have read the forgoing Twenty-Second Monthly Fee Application of Dow Lohnes PLLC

for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the

Debtors and Debtors in Possession for the Period March 1, 2011 through March 31, 2011 and

know the contents thereof and that the same are true and correct, to the best of my knowledge,

information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's

Twenty-Second Monthly Fee Application complies with this rule to the best of my knowledge,

information and belief.

4.     There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.     No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 27th day of April, 2011.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## MARCH 1 - MARCH 31, 2011

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 71.7 | 39,435.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 730 | 46.7 | 34,091.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 370 | 1.6 | 592.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 600 | 21.1 | 12,660.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 74.6 | 48,490.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | 2.3 | 632.50 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 450 | 10.6 | 4,770.00 |
| Christian J. Pena | Paralegal (2005); Communications; n/a | 210 | 6.4 | 1,344.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 460 | 31.0 | 14,260.00 |
| Kerry E. Stotler | Associate (since 2010); Communications; 2009 (VA) & 2010 | 290 | 3.3 | 957.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 640 | 21.6 | 13,824.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC (2009) | 330 | 3.6 | 1,188.00 |
| Henry H. Wendel | Paralegal (2011); Communications; n/a | 150 | 8.3 | 1,245.00 |

**TOTALS**      302.8      173,488.50
**BLENDED RATE**      572.9474901

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2011 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $730 per hour.

### COMPENSATION BY PROJECT CATEGORY
### FOR THE PERIOD FROM
### MARCH 1 - MARCH 31, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 263.1 | 154,122.50 |
| Fee Applications 08656.0101 | 10.6 | 4,770.00 |
| Broadcast Contracts 08656.0104 | 29.1 | 14,596.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **302.8** | **173,488.50** |

# ⚕ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

April 25, 2011                                                                 Page 1

Tribune Company                                                      Invoice 538623
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100             For Services Through March 31, 2011
FCC/Broadcast Matters

| | | |
|---|---|---|
| 03/01/11 | Review Aurelius FCC counsel declaration re substance and timing issues (0.6); prepare materials for M. Prak deposition (3.4); telephone conference and correspondence with FCC working group re same (1.9); prepare FCC exhibit list (1.2). | |
| | C. Burrow | 7.10 hrs. |
| 03/01/11 | Work on final version of court filing re FCC ownership issues, experts' statements and further updates (2.0); telephone conference with FCC staff re application and updates (0.5). | |
| | J. Feore | 2.50 hrs. |
| 03/01/11 | Review and revise points on FCC matters for deposition of M. Prak (1.1); review and revise proposed questions from FCC counsel to unsecured creditors committee on Aurelius Plan to reflect plan revisions (0.7); review and prepare comments on suggested deposition questions from credit co-proponents (1.4); prepare correspondence to R. Flagg (Sidley) re question topics for deposition (0.2); prepare exhibit list supplement on FCC matters (1.4); prepare correspondence to FCC counsel to co-proponents re telephone conference to prepare for M. Prak deposition (0.2); prepare correspondence to R. Flagg re treatment of certain confidential items in exhibit list draft on FCC matters (0.4); prepare correspondence to FCC counsel to JP Morgan, Oaktree and Angelo Gordon re location, file and Bates number and other information needed for completion of exhibit list (0.6); prepare for and participate in telephone conference with R. Flagg (Sidley), M. Rosenstein (expert witness), J. Bayes and E. Reed (JP Morgan) and T. Davidson (Oaktree and Angelo Gordon) re preparation and strategy for M. Prak deposition (1.4). | |
| | J. Logan | 7.40 hrs. |

April 25, 2011                                                    Page 2

Tribune Company                                                  Invoice 538623

| | | |
|---|---|---|
| 03/02/11 | Prepare for M. Prak deposition (1.2); attend M. Prak deposition (4.1); review issues from M. Prak deposition to prepare for M. Rosenstein deposition (1.7). | |
| | C. Burrow | 7.00 hrs. |
| 03/02/11 | Review Aurelius filings with court re FCC application and processing (1.0); research re J. Senter declaration, timing on FCC application and amendments and updates (1.1); research ownership decisions re FCC attributable interests, cross-ownership policy and rule compliance (1.1). | |
| | J. Feore | 3.20 hrs. |
| 03/02/11 | Prepare correspondence to E. Reed (JP Morgan counsel) re draft exhibit list (0.4); revise draft exhibit list to specify link information and detailed file numbers for FCC documents (0.9); prepare correspondence to R. Flagg (Sidley), E. Reed and T. Davidson re revised exhibit list (0.4); incorporate changes and added information from Oaktree and Angelo Gordon re exhibit list (0.8); telephone conference with T. Davidson (Oaktree/Angelo Gordon counsel) re treatment of exhibit items not yet produced in discovery or publicly available (0.3); prepare correspondence to T. Ross and R. Flagg re revised exhibit list (0.3); prepare for M. Prak deposition (0.9); attend deposition of M. Prak (FCC expert witness for noteholder Plan) (4.4); prepare memorandum re M. Prak deposition and avenues for further cross-examination at hearing (0.6); prepare correspondence to FCC counsel to co-proponents re telephone conference with M. Rosenstein (0.2). | |
| | J. Logan | 9.20 hrs. |
| 03/02/11 | Prepare list of pending application file numbers relating to various requests. | |
| | L. McCarty (Practice Group Professional) | 0.20 hrs. |
| 03/03/11 | Prepare chronology of events related to the FCC applications (2.4); correspondence with FCC expert witness re same (0.3); review changes to FCC expert witness report re M. Prak deposition and new Aurelius filings (1.7); telephone conference with FCC working group to prepare for M. Rosenstein deposition (1.4). | |
| | C. Burrow | 5.80 hrs. |
| 03/03/11 | Work on court filing re experts' statements and exhibits and FCC processing matters (1.5); review M. Prak deposition testimony re timing and FCC issues (0.9); research re case law (0.3); prepare final materials for attachment to expert's statement and update exhibits list (0.6). | |
| | J. Feore | 3.30 hrs. |
| 03/03/11 | Review and revise chronology of FCC proceeding in connection with preparation for deposition of expert witness (0.7); review transcript of M. Prak deposition re assessment of probable lines of | |

questioning for M. Rosenstein deposition (0.8); review and analyze changes in amended noteholder Plan on FCC matters (0.7); telephone conference with M. Rosenstein re changes on noteholder Plan on FCC matters (0.4); research and analyze FCC proceedings and decisions cited by M. Prak in deposition (0.9); review M. Rosenstein expert report re effect of noteholder Plan on prior analysis (0.9); review materials from FCC counsel to JP Morgan on FCC proceedings relevant to assessment of M. Prak deposition (0.7); prepare correspondence to M. Rosenstein re FCC proceedings used by M. Prak in deposition (0.4); telephone conference with M. Rosenstein and FCC counsel to JP Morgan, Oaktree, Angelo Gordon and official committee of unsecured creditors re preparation for deposition (0.8); telephone conference with T. Ross (Sidley) re documents needed on FCC matters in connection with exhibit list and hearing (0.4); telephone conference with T. Ross, E. Reed (JP Morgan counsel) and T. Davidson (Oaktree/Angelo Gordon counsel) re exhibits on FCC matters (0.4); obtain and upload to Sidley documents needed for FCC exhibit list (1.1); prepare correspondence to T. Ross (Sidley) re revisions to exhibit list on FCC matters (0.5).
|                | J. Logan | 8.70 hrs. |

| 03/04/11 | Prepare for M. Rosenstein deposition (1.1); attend M. Rosenstein deposition (4.6); review issues from M. Rosenstein deposition re possible trial testimony (1.7); review FCC confidentiality issues for trial (1.2). |
|          | C. Burrow | 8.60 hrs. |

| 03/04/11 | Review issues raised by expert's deposition testimony and possible FCC application questions (0.9); research re FCC inquiry on station and programming change and obligation to amend (1.2). |
|          | J. Feore | 2.10 hrs. |

| 03/04/11 | Prepare for deposition of M. Rosenstein (expert witness for DCL plan) (0.5); attend deposition of M. Rosenstein (expert witness for DCL plan) (5.1); review transcript of M. Rosenstein re avenues for cross-examination of Aurelius Plan expert witness (0.9). |
|          | J. Logan | 6.50 hrs. |

| 03/05/11 | Research re non-attributable interests and impact on Aurelius objections and issues (1.7); review Aurelius statements re Tribune's pending applications and FCC issues (0.8). |
|          | J. Feore | 2.50 hrs. |

| 03/05/11 | Review correspondence from R. Flagg re exhibit confidentiality issues. |
|          | J. Logan | 0.40 hrs. |

| 03/07/11 | Research FCC issues re expert witness testimony (1.4); review bankruptcy court filings re updates for FCC application process |

|  |  |  |
|---|---|---|
|  | (1.7); review FCC confidentiality issues (1.3).<br>C. Burrow | 4.40 hrs. |
| 03/07/11 | Research re FCC rule obligation on reporting non-attributable interests and updating FCC application (1.0); review expert materials for Delaware court hearing (0.8); review decisions re application of footnote 25 to newspaper acquisition and regulatory issues (1.0).<br>J. Feore | 2.80 hrs. |
| 03/07/11 | Review and assess issues re interpretation of FCC application rule per request of R. Flagg in connection with expert witness testimony (1.8); review DCL filing re officers and directors re effect on FCC strategy (0.9).<br>J. Logan | 2.70 hrs. |
| 03/07/11 | Research failure to disclose nonattributable interest in applications for waiver of cross-ownership rules as a violation of FCC rule 1.17.<br>K. Stotler | 2.40 hrs. |
| 03/08/11 | Review issues re FCC expert witness discussion of warrants (0.7); telephone conference with FCC working group re same (0.6); research issues for FCC expert witness testimony (0.9).<br>C. Burrow | 2.20 hrs. |
| 03/08/11 | Review additional FCC issues raised by Aurelius counsel in letters and statements (1.2); review draft of FCC update letter (0.6); review draft asset purchase agreement for OCR re FCC issues (1.0); review FCC options re OCR and telephone conference with E. Hartenstein re acquisition (0.3); telephone conference with S. Sheehan re FCC and Hill issues (0.4).<br>J. Feore | 3.50 hrs. |
| 03/08/11 | Review correspondence from R. Flagg re document confidentiality issues re Aurelius position on FCC matters (0.4); telephone conference with J. Bayes (FCC counsel to JP Morgan) re issues re EDP-related figures and computation of effect of warrant holdings (0.4); telephone conference with J. Bayes (JP Morgan counsel), T. Davidson (Oaktree/Angelo Gordon counsel) and M. Rosenstein re information confirming accuracy of EDP assessments (0.6); review redacted DCL confirmation brief re presentation of confidential information on FCC matters (0.4); review and assess FCC issues in asset purchase agreement draft for proposed transaction (1.9); review and revise draft correspondence to client re possible FCC issues in draft asset purchase agreement (0.4); review and assess possible approaches to address potential acquisition of additional attributable interest (0.3).<br>J. Logan | 4.40 hrs. |
| 03/08/11 | Review cases re failure to disclose nonattributable interest in applications for waiver of cross-ownership rules as a violation of |  |

Tribune Company                    :                          Invoice 538623

|  |  |  |
|---|---|---|
|  | FCC rule 1.17. | |
|  | K. Stotler | 0.90 hrs. |
| 03/08/11 | Telephone call with FCC staff regarding Red Light states (0.4); telephone call with client re same (0.1); confirm significantly viewed status for various stations (1.5). | |
|  | L. McCarty (Practice Group Professional) | 2.00 hrs. |
| 03/08/11 | Review re Orange County Register issues. | |
|  | M. Swanson | 0.60 hrs. |
| 03/09/11 | Review bankruptcy court filings for FCC update requirements (1.7); review FCC filings re officer and director disclosures re same (1.3); review open issues for FCC witness expert testimony (1.2). | |
|  | C. Burrow | 4.20 hrs. |
| 03/09/11 | Research re FCC reporting obligations and Tribune's pending FCC applications (1.1); review court testimony re Tribune's ownership reporting obligations (1.3). | |
|  | J. Feore | 2.40 hrs. |
| 03/09/11 | Review issues in correspondence from E. Reed re computation of EDP compliance (0.6); review issues re approaches to cross-examination of M. Prak (Aurelius FCC expert) (0.8). | |
|  | J. Logan | 1.40 hrs. |
| 03/09/11 | Review re updating ratings. | |
|  | M. Swanson | 0.50 hrs. |
| 03/10/11 | Research issues for FCC expert witness testimony (1.2); prepare correspondence to Sidley re same (0.3). | |
|  | C. Burrow | 1.50 hrs. |
| 03/10/11 | Revise comments re TV spectrum innovation. | |
|  | J. Rademacher | 3.70 hrs. |
| 03/10/11 | Review Delaware trial issues re FCC processing and possible delay issues (0.7); work on items for possible FCC update letter and timing of filing (0.5). | |
|  | J. Feore | 1.20 hrs. |
| 03/10/11 | Prepare correspondence to R. Flagg and FCC counsel to credit co-proponents re EDP calculation issues and confirmation (0.4); review correspondence from J. Stenger (FCC counsel to unsecured creditors committee) re transaction affecting interests questioned by Aurelius (0.3). | |
|  | J. Logan | 0.70 hrs. |
| 03/10/11 | Telephone conference with E. Washburn re Sacramento content issue, Third Circuit argument and updating FCC waiver requests. | |
|  | M. Swanson | 0.30 hrs. |
| 03/11/11 | Research FCC issues for expert witness testimony (2.1); telephone | |

Tribune Company

|  |  |  |
|---|---|---|
|  | conference with Sidley re FCC actions during a bankruptcy appeal (0.3); prepare correspondence to senior lenders' FCC counsel re expert witness issues (0.9). | |
|  | C. Burrow | 3.30 hrs. |
| 03/11/11 | Research FCC issue re warrants and attributable ownership issue for experts (0.9); review JP Morgan and Oaktree proposed submissions for court (0.5); work on update for counsel re FCC rule 1.17 and reporting requirements (0.3). | |
|  | J. Feore | 1.70 hrs. |
| 03/11/11 | Review and revise memorandum re FCC interpretation of rule section 1.17 interpretation in connection with anticipated cross-examination (0.9); prepare correspondence to T. Davidson (FCC counsel to Oaktree/Angelo Gordon) and to J. Bayes re certifications re ownership issues (0.4); telephone conference with J. Bayes re certifications (0.4); prepare correspondence to M. Rosenstein re certifications (0.2); telephone conference with J. Boelter and K. Lantry re FCC timing and procedural issues in the event of an appeal of the anticipated confirmation order (0.3); telephone conference with M. Rosenstein re ownership certifications and re effect of appeal of bankruptcy court confirmation order (0.3); prepare correspondence to J. Boelter and K. Lantry re FCC treatment of appeal of bankruptcy confirmation order (0.7); telephone conference with J. Boelter and K. Lantry re timing and procedural issues in connection with possible appeal of bankruptcy court order (0.4); research and analyze FCC treatment of appeal in bankruptcy and effect on post-confirmation FCC timing (0.9); prepare correspondence to R. Flagg and FCC counsel to credit co-proponents re proposed conference on M. Prak cross-examination (0.3). | |
|  | J. Logan | 4.80 hrs. |
| 03/12/11 | Research issues for updating Hartford newspaper/broadcast cross-ownership waiver regarding FCC application to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 2.10 hrs. |
| 03/12/11 | Research re ownership reporting, certification and risks of FCC review or action on application (1.1); review additional court filings re non-attributable ownership interests (0.9). | |
|  | J. Feore | 2.00 hrs. |
| 03/13/11 | Research issues for updating Hartford newspaper/broadcast cross-ownership waiver regarding FCC application to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 0.60 hrs. |
| 03/14/11 | Telephone conference with Sidley re post-confirmation FCC timing issues (0.5); telephone conference and correspondence with FCC working group re FCC expert witness testimony (2.7); review | |

Tribune Company

|  |  |  |
|---|---|---|
|  | revised materials re same (2.4).<br>C. Burrow | 5.60 hrs. |
| 03/14/11 | Prepare update questionnaire for Hartford television market<br>newspaper/broadcast cross-ownership waiver showing regarding<br>FCC applications to transfer broadcast licenses in bankruptcy.<br>J. Rademacher | 1.90 hrs. |
| 03/14/11 | Prepare local broadcaster coalition comments in broadcast spectrum<br>proceeding.<br>J. Rademacher | 4.90 hrs. |
| 03/14/11 | Review proposed questions and issues for M. Prak cross-<br>examination (0.8); research re additional FCC issues raised by OCR<br>issue and possible FCC filings (1.1).<br>J. Feore | 1.90 hrs. |
| 03/14/11 | Telephone conference with J. Boelter and K. Lantry (Sidley) re<br>timing issues in FCC consent following confirmation order and<br>effect of appeal of confirmation order (0.3); prepare correspondence<br>to J. Boelter and K. Lantry (Sidley) re FCC-relevant changes in<br>amended Aurelius Plan (0.5); review correspondence from T.<br>Davidson re confidentiality issues in Aurelius proposed exhibits<br>(0.2); telephone conference with J. Stenger (FCC counsel to<br>unsecured creditors' committee) re M. Prak cross-examination (0.8);<br>review and analyze proposed M. Prak cross-examination questions<br>from R. Flagg (0.9); prepare correspondence to J. Stenger (FCC<br>counsel to unsecured creditors' committee) re supplementary<br>certificates (0.4); review memorandum from J. Bayes (FCC counsel<br>to JP Morgan) re use of BBC and Telemundo decisions in M. Prak<br>cross-examination (0.4); telephone conference with M. Rosenstein re<br>preparation for M. Prak cross-examination (0.3); telephone<br>conference with FCC counsel to co-proponents and R. Flagg<br>(Sidley) re Aurelius FCC exhibits and preparation for M. Prak cross-<br>examination (0.7); review and analyze items in supplementary<br>exhibit filing from Aurelius (1.1); prepare correspondence to FCC<br>counsel group re potential Aurelius uses of Media News Group,<br>Next Media and Univision documents included in Aurelius<br>supplemental exhibit list (0.7).<br>J. Logan | 6.30 hrs. |
| 03/14/11 | Review and revise update questions for Hartford market.<br>M. Swanson | 3.20 hrs. |
| 03/15/11 | Review Tribune waiver requests for FCC expert cross-examination<br>issues (1.8); review documentation re same (2.9); correspondence<br>with FCC working group re same (2.6).<br>C. Burrow | 7.30 hrs. |
| 03/15/11 | Research and revise expert report for comments re FCC broadcast<br>spectrum proposal. |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | J. Rademacher | 3.70 hrs. |
| 03/15/11 | Prepare update questionnaire for Hartford television market newspaper/broadcast cross-ownership waiver showing regarding FCC applications to transfer broadcast licenses in bankruptcy (3.6); correspondence with A. Casey regarding needed ratings updates regarding same (0.3). | |
|  | J. Rademacher | 3.90 hrs. |
| 03/15/11 | Research re ownership issues raised for expert cross-examination and FCC case law (0.9); review media issues raised in Aurelius supplemental filing (0.9). | |
|  | J. Feore | 1.80 hrs. |
| 03/15/11 | Review Media News Group trust issues in connection with proposed use of application in Aurelius examination of expert witness (0.5); review correspondence from E. Reed (JP Morgan counsel) re exhibits proposed by Aurelius in notice (0.6); prepare correspondence to M. Rosenstein (expert witness) re copies of items included in Aurelius supplementary notice (0.2); review and analyze proposed Aurelius demonstratives for M. Prak cross-examination (1.4); prepare correspondence to FCC counsel to co-proponents re proposed telephone conference re M. Prak cross-examination issues (0.2); telephone conference with J. Stenger (FCC counsel to unsecured creditors' committee) re NextMedia and Freedom documents in Aurelius exhibit notice (0.4); prepare correspondence to J. Stenger re FCC application exhibits (0.2); telephone conference with M. Rosenstein re preparation for expert witness testimony (0.3); telephone conference from J. Stenger (FCC counsel to unsecured creditors' committee) re concerns about proposed Aurelius demonstratives (0.4); prepare correspondence to W. Johnsen (JP Morgan FCC counsel) and T. Ross (Sidley) re NPP Media ownership certifications (0.2); review correspondence from R. Flagg (Sidley), E. Reed (JP Morgan counsel) and T. Davidson (Oaktree/Angelo Gordon counsel) re confidentiality issues in connection with documents and exhibits to be presented by Aurelius at hearing, including expurgated Prak report (0.5); telephone conference with FCC counsel to co-proponents and R. Flagg re preparation for M. Prak deposition (0.5); prepare correspondence to J. Bayes (JP Morgan counsel) re preparation of summary analysis of Aurelius FCC exhibits for use at hearing (0.2). | |
|  | J. Logan | 5.60 hrs. |
| 03/15/11 | Review and revise update questions for Hartford market. | |
|  | M. Swanson | 1.00 hrs. |
| 03/16/11 | Review Aurelius media certifications (1.3); review bankruptcy and FCC timing issues (1.1); correspondence with FCC working group re expert witness testimony (1.4). | |
|  | C. Burrow | 3.80 hrs. |

| 03/16/11 | Review updated station ratings information from cross-ownership markets regarding FCC applications to transfer broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.30 hrs. |
| 03/16/11 | Review FCC decisions re rule origins and processing of applications per testimony in Delaware hearing (1.1); telephone conference with D. Liebentritt, D. Eldersveld, S. Sheehan and E. Washburn re FCC application and updates, timing and action (1.0); review amendments and letters filed at FCC re bankruptcy applications (0.4). | |
| | J. Feore | 2.50 hrs. |
| 03/16/11 | Prepare correspondence to T. Davidson re Aurelius exhibit on LBI stockholders agreement (0.2); prepare for telephone conference with D. Liebentritt, et al. re post-confirmation steps at FCC (0.7); review copies of NPP media ownership certifications from E. Reed (FCC counsel to JP Morgan) (0.6); prepare correspondence to R. Flagg (Sidley) and M. Rosenstein (expert witness) re preparation for M. Prak cross-examination (0.3); review updated demonstrative exhibits for M. Prak cross-examination circulated by Aurelius (0.6); prepare memorandum re prior FCC ex parte and update filings for Liebentritt call (0.9); review memorandum re Aurelius exhibit choices from JP Morgan FCC counsel in connection with preparation for M. Rosenstein cross-examination (0.5); telephone conference with D. Liebentritt, D. Eldersveld, L. Washburn and S. Sheehan re post-confirmation FCC processes and related matters (0.7); prepare correspondence to R. Flagg re hearing schedule (0.2). | |
| | J. Logan | 4.70 hrs. |
| 03/16/11 | Telephone conference with E. Washburn re Hartford update questionnaire (0.2); review updates for other markets (0.9). | |
| | M. Swanson | 1.10 hrs. |
| 03/17/11 | Revise spectrum rulemaking comments (2.6); research for same (1.5). | |
| | J. Rademacher | 4.10 hrs. |
| 03/17/11 | Prepare update re Rosenstein testimony and rebuttal for court hearing (0.9); review issues to be raised by Aurelius re FCC (0.9); telephone conference with J. Stenger (counsel for creditors committee) re attribution issues and FCC application (0.6). | |
| | J. Feore | 2.40 hrs. |
| 03/17/11 | Review issues re litigation over NBCO rule per R. Flagg in preparation for M. Prak cross-examination (1.2); prepare correspondence to J. Stenger re M. Prak cross-examination and FCC-related positions raised (0.4); review memorandum re Aurelius expert testimony from T. Davidson (0.5); review transcript of M. Prak testimony re preparation of M. Rosenstein (expert witness) | |

Tribune Company

|  |  |  |
|---|---|---|
|  | (0.4). | |
|  | J. Logan | 2.50 hrs. |
| 03/17/11 | Review re updating ratings. | |
|  | M. Swanson | 0.90 hrs. |
| 03/18/11 | Review materials from FCC expert witness testimony. | |
|  | C. Burrow | 1.60 hrs. |
| 03/18/11 | Finalize FCC spectrum comments. | |
|  | J. Rademacher | 5.30 hrs. |
| 03/18/11 | Review M. Prak testimony re FCC application and issues (0.6); draft letter re status of proceedings for FCC (0.4); research re timing and items for amendments to Tribune's FCC applications (0.9). | |
|  | J. Feore | 1.90 hrs. |
| 03/18/11 | Prepare correspondence to R. Flagg and M. Rosenstein re M. Prak cross-examination and strategy for Tribune expert examination (0.5); review issues re FCC schedule for post-confirmation order filings (0.7). | |
|  | J. Logan | 1.20 hrs. |
| 03/18/11 | Review client's suggested changes to spectrum comments (0.7); email exchange with E. Washburn re same (0.2). | |
|  | M. Swanson | 0.90 hrs. |
| 03/19/11 | Research re reporting requirements of FCC and amendment of pending applications re bankruptcy (0.5); review drafts of restructuring applications and possible timelines (0.3). | |
|  | J. Feore | 0.80 hrs. |
| 03/19/11 | Review spectrum comments (0.7); email client re same (0.2). | |
|  | M. Swanson | 0.90 hrs. |
| 03/20/11 | Review re spectrum issues. | |
|  | M. Swanson | 0.50 hrs. |
| 03/21/11 | Work on updates to FCC waiver requests and comprehensive exhibit for FCC (0.4); work on outline of restructuring applications for FCC (0.4). | |
|  | J. Feore | 0.80 hrs. |
| 03/21/11 | Review transcript from R. Flagg re preparation for FCC expert witness testimony and FCC timing issues (0.4); review timing issues in connection with restructuring transaction FCC filings (0.3). | |
|  | J. Logan | 0.70 hrs. |
| 03/21/11 | Prepare correspondence to client re LPTV public notice requirements. | |
|  | L. McCarty (Practice Group Professional) | 0.10 hrs. |
| 03/21/11 | Email exchange with E. Washburn re opposition spectrum | |

Tribune Company

|  |  |  |
|---|---|---|
|  | comments and transmitting same. | |
|  | M. Swanson | 0.40 hrs. |
| 03/22/11 | Research re newspaper acquisition issues, updating of rule waivers for pending FCC applications and information needed for same. | |
|  | J. Feore | 0.70 hrs. |
| 03/22/11 | Review material from E. Reed (JP Morgan counsel) re exhibits proposed by Aurelius for M. Rosenstein correspondence (0.7); prepare correspondence to J. Boelter and J. Langdon re regulatory issues in restructuring transactions (0.2). | |
|  | J. Logan | 0.90 hrs. |
| 03/23/11 | Work on updates and changes to restructuring applications for Tribune. | |
|  | J. Feore | 0.90 hrs. |
| 03/23/11 | Review trade press re AllVid status (0.2); research re ex parte reports (0.2); email exchange with E. Washburn re same (0.1). | |
|  | M. Swanson | 0.50 hrs. |
| 03/24/11 | Revise list of FCC issues re FCC expert witness testimony. | |
|  | C. Burrow | 1.80 hrs. |
| 03/24/11 | Research re newspaper/broadcast cross-ownership rule, implications and waiver updates re acquisition and footnote 25. | |
|  | J. Feore | 0.60 hrs. |
| 03/24/11 | Review memorandum from JP Morgan re Aurelius exhibits and their significance for expert testimony (0.8); prepare correspondence to J. Langdon and J. Boelter re restructuring transactions (0.2). | |
|  | J. Logan | 1.00 hrs. |
| 03/24/11 | Review recent AllVid ex parte and review chart of same (0.5); preparation for and telephone conference with E. Washburn re same (0.9); telephone conference with E. Washburn re waiver updates (0.2); work on same (0.4); email exchange with E. Washburn re FCC meeting proposal (0.1); draft and send email meeting request to S. Smith (0.2); email ex parte chart to client (0.1). | |
|  | M. Swanson | 2.40 hrs. |
| 03/25/11 | Telephone conference with Sidley re FCC timing issues (0.6); review bankruptcy court transcript for FCC implications (1.8). | |
|  | C. Burrow | 2.40 hrs. |
| 03/25/11 | Prepare update questionnaires for television stations in cross-ownership markets regarding FCC applications to transfer licenses in bankruptcy. | |
|  | J. Rademacher | 0.50 hrs. |
| 03/25/11 | Research re pending waiver requests and need to update and supplement (0.5); work on legal analysis for waiver changes and | |

|  |  |  |
|---|---|---|
|  | developing markets (0.5). | |
|  | J. Feore | 1.00 hrs. |
| 03/25/11 | Review restructuring transactions and timing issues in preparation for telephone conference re implementation of transactions (0.5); telephone conference with J. Boelter and J. Langdon re implementation of restructuring transactions and status of proceeding (0.5); review transcript of hearing from J. Boelter re status of proceeding and confirmation timing (0.4). | |
|  | J. Logan | 1.40 hrs. |
| 03/25/11 | Email exchange with S. Smith (FCC) re meeting (0.1); email exchanges with client re same (0.2); email exchanges with S. Smith assistant (0.1); email spectrum comment summary to client (0.1). | |
|  | M. Swanson | 0.50 hrs. |
| 03/26/11 | Work on waiver and application amendments for Tribune's pending FCC applications (0.6); review draft timeline on filings and restructuring applications per court schedule (0.3). | |
|  | J. Feore | 0.90 hrs. |
| 03/26/11 | Research re Orange County Register bid status. | |
|  | M. Swanson | 0.10 hrs. |
| 03/27/11 | Review re upcoming FCC agenda meetings and calculations re timing and  schedule for client participation. | |
|  | M. Swanson | 0.10 hrs. |
| 03/28/11 | Review updates to FCC exhibit list. | |
|  | C. Burrow | 1.20 hrs. |
| 03/28/11 | Review 2010 Hartford television market newspaper/broadcast cross-ownership waiver request regarding FCC applications to transfer broadcast licenses in bankruptcy (3.0); review 2010 Chicago television market newspaper broadcast cross-ownership waiver request regarding FCC applications to transfer broadcast licenses in bankruptcy (1.2). | |
|  | H. Wendel (Paralegal) | 4.20 hrs. |
| 03/28/11 | Review amended noteholder Plan re FCC ownership, certification and application processing issues (0.8); research re timing on trust ownership issues and impact on application processing (0.4). | |
|  | J. Feore | 1.20 hrs. |
| 03/28/11 | Prepare correspondence to T. Ross (Sidley) re update of exhibit list for Rosenstein testimony (0.2); prepare correspondence to FCC counsel to Oaktree and Angelo Gordon re update of exhibit list (0.2); review hearing exhibit list from T. Ross (Sidley) (0.4); telephone conference with T. Ross (Sidley) re update of exhibit list (0.2); prepare correspondence to FCC counsel to co-proponents re NPP second amended plan (0.2); review and analyze NPP second amendment re FCC ownership and timing issues (1.4). | |

Tribune Company                                                  Invoice 538623

| Date | Description | Person | Hours |
|---|---|---|---|
| | | J. Logan | 2.60 hrs. |
| 03/28/11 | Telephone conferences with FCC Chairman's office re meeting request (0.2); email exchanges with client re same (0.1); review re December 15 ex parte report (0.1); email W. Lake (FCC) re meeting (0.1). | M. Swanson | 0.50 hrs. |
| 03/29/11 | Review amended Aurelius Plan for FCC issues. | C. Burrow | 1.70 hrs. |
| 03/29/11 | Prepare list of potential questions for AllVid ex parte meeting. | D. Teslik | 0.90 hrs. |
| 03/29/11 | Prepare update questionnaire for Chicago television market newspaper/broadcast cross ownership waiver regarding FCC applications to transfer broadcast licenses in bankruptcy. | H. Wendel (Paralegal) | 3.50 hrs. |
| 03/29/11 | Prepare analysis of second amended plan for Aurelius re FCC matters and timing. | J. Logan | 0.90 hrs. |
| 03/29/11 | Email exchanges with W. Lake (FCC) staff re meeting request (0.2); email exchanges with client re same (0.2); review recent ex parte reports (0.3); revise questions for W. Lake meeting (0.4); review record to prepare for W. Lake meeting (1.3); email questions to client (0.1). | M. Swanson | 2.50 hrs. |
| 03/30/11 | Participate in FCC meeting regarding AllVid (0.5); prepare summary of same (1.0). | D. Teslik | 1.50 hrs. |
| 03/30/11 | Telephone conference with FCC staff re update and report on pending FCC applications (0.2); work on status report letter for FCC (0.4). | J. Feore | 0.60 hrs. |
| 03/30/11 | Email exchange with E. Washburn re W. Lake (FCC) meeting (0.1); telephone conference with E. Washburn re same (0.2); email exchanges with W. Lake and staff re same (0.2); telephone conference with E. Washburn re same (0.1); preparation for and attend meeting with W. Lake and staff (2.3); telephone conference with E. Washburn and S. Karottki re same (0.1). | M. Swanson | 3.00 hrs. |
| 03/31/11 | Review revised plan (1.8); correspondence with Sidley re same (0.4). | C. Burrow | 2.20 hrs. |
| 03/31/11 | Revise summary of FCC AllVid meeting. | | |

April 25, 2011                                                Page 14

Tribune Company                                              Invoice 538623

|  | D. Teslik | 1.20 hrs. |
|---|---|---|

| 03/31/11 | Review 2010 New York television market newspaper broadcast and cross-ownership waiver request regarding FCC applications to transfer broadcast licenses in bankruptcy. |  |
|---|---|---|
|  | H. Wendel (Paralegal) | 0.60 hrs. |

| 03/31/11 | Review revised proposed amendment to reorganization plan and FCC application impact (0.8); compare ownership certifications in applications and amendments required by amendment to plan (0.7). |  |
|---|---|---|
|  | J. Feore | 1.50 hrs. |

| 03/31/11 | Review draft amended Tribune Plan re effects on FCC process. |  |
|---|---|---|
|  | J. Logan | 0.60 hrs. |

| 03/31/11 | Review and revise summary of meeting (0.8); email to client re same (0.1); email exchange with M. Murphy (FCC) re meeting attendants (0.1); draft and file ex parte report (0.7). |  |
|---|---|---|
|  | M. Swanson | 1.70 hrs. |

### BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 71.70 |
| FEORE | 46.70 |
| LOGAN | 74.60 |
| SWANSON | 21.60 |
| RADEMACHER | 31.00 |
| STOTLER | 3.30 |
| TESLIK | 3.60 |
| MCCARTY | 2.30 |
| WENDEL | 8.30 |
| TOTAL | 263.10 |

Fees for Professional Services .................................................... $        154,122.50

|  |  |  |
|---|---|---|
| CONFERENCE CALL (SOUNDPATH) | $ | 137.13 |
| COURIER SERVICE | $ | 21.69 |
| POSTAGE | $ | 0.90 |
| REPRODUCTION | $ | 206.50 |
| TELEPHONE | $ | 17.40 |
| 03/31/11 duTreil Lundin Expert Report for FCC Spectrum Comments (Allocated and Discounted) | $ | 500.00 |

Total Reimbursable Costs .................................................... $          883.62

Total Current Billing for This File.................................................... $        155,006.12

April 25, 2011                                          Page 15

Tribune Company                                          Invoice 538623

Our File # 08656.0101          For Services Through March 31, 2011
Retention and Fee Applications

| 03/02/11 | Preparation of 21st monthly fee application. | |
| | C. Meazell | 0.90 hrs. |
| 03/03/11 | Preparation of 21st monthly fee application. | |
| | C. Meazell | 1.90 hrs. |
| 03/04/11 | Preparation of 21st monthly fee application. | |
| | C. Meazell | 0.90 hrs. |
| 03/07/11 | Preparation of 21st monthly fee application. | |
| | C. Meazell | 0.50 hrs. |
| 03/09/11 | Preparation of 20th monthly fee application (1.0); preparation of correspondence to Delaware counsel regarding filing same (0.3). | |
| | C. Meazell | 1.30 hrs. |
| 03/22/11 | Preparation of 21st monthly fee application (0.7); review fee examiner's preliminary report regarding 5th interim period (0.4); preparation of response correspondence to A. Dalton regarding same (0.4). | |
| | C. Meazell | 1.50 hrs. |
| 03/24/11 | Finalize 21st monthly fee application (0.7); correspondence with Delaware counsel regarding same (0.3); correspondence with fee examiner regarding same (0.3). | |
| | C. Meazell | 1.30 hrs. |
| 03/30/11 | Preparation of 7th interim fee application. | |
| | C. Meazell | 1.20 hrs. |
| 03/31/11 | Preparation of 7th interim fee application. | |
| | C. Meazell | 1.10 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 10.60 |
| TOTAL | 10.60 |

Fees for Professional Services ........................................................................ $          4,770.00

April 25, 2011                                         Page 16

Tribune Company                                        Invoice 538623

Total Current Billing for This File.................................................................. $          4,770.00


Our File # 08656.0104          For Services Through March 31, 2011
Broadcast Contracts


| 03/01/11 | Analyze Charter markup of WGN distribution agreement (0.5); analyze Knology carriage obligations and potential breach (0.5). |
| | K. Latek                                    1.00 hrs. |

03/02/11     Telephone conference with K. Connor re Knology notice and
             Charter markup (0.8); prepare letter to Knology re carriage
             obligations and potential breach (0.5); revise Charter distribution
             agreement (1.0).
             K. Latek                                    2.30 hrs.

03/05/11     Review and prepare analysis of notice of proposed rulemaking re
             retransmission consent for Tribune.
             K. Latek                                    1.00 hrs.

03/08/11     Analyze Charter markup of retransmission consent agreement (0.5);
             telephone conference with K. Connor re same (0.9); revise Charter
             retransmission agreement accordingly (0.9).
             K. Latek                                    2.30 hrs.

03/11/11     Negotiate distribution agreement with Charter (0.9); telephone
             conference with K. Connor re same (0.4).
             K. Latek                                    1.30 hrs.

03/15/11     Analyze indemnification obligations in distribution agreements
             (0.7); negotiate Charter distribution agreement with Charter and K.
             Connor (0.4); prepare correspondence to Charter counsel re possible
             modifications (0.3).
             K. Latek                                    1.40 hrs.

03/18/11     Telephone conference with S. O'Donnell re Charter retransmission
             consent and distribution agreements (1.2); telephone conference
             with K. Connor re same. (0.3).
             K. Latek                                    1.50 hrs.

03/22/11     Telephone conferences with S. O'Donnell re Charter retransmission
             consent and distribution agreements (0.5); telephone conference
             with K. Connor re Charter agreements and Armstrong negotiations
             (0.5); telephone conference with J. Kersting, J. Marenghi and K.
             Connor re same (0.7).
             K. Latek                                    1.70 hrs.

03/23/11     Telephone conference with S. O'Donnell re Charter retransmission

Tribune Company                                                          Invoice 538623

|  |  |  |
|---|---|---|
|  | consent and distribution agreements (0.2); review revised Charter distribution agreement (0.3).<br>K. Latek | 0.50 hrs. |
| 03/23/11 | Analyze retransmission consent and WGN distribution agreements for Northland Cable (0.5); prepare email to K. Connor re same (0.1).<br>R. Folliard III | 0.60 hrs. |
| 03/24/11 | Prepare correspondence to D. Eldersveld and C. Sennet re Charter negotiations and agreements.<br>K. Latek | 0.30 hrs. |
| 03/24/11 | Prepare revised retransmission consent and WGN distribution agreements for Northland Cable (0.8); prepare email to K. Connor re same (0.2).<br>R. Folliard III | 1.00 hrs. |
| 03/25/11 | Research selected Tribune local competitors' network affiliation expiration dates for retransmission analysis.<br>C. Pena (Paralegal) | 3.80 hrs. |
| 03/25/11 | Conference with J. Marenghi and K. Connor re strategy for open and upcoming retransmission consent negotiations.<br>K. Latek | 0.90 hrs. |
| 03/28/11 | Research selected Tribune local competitors' network affiliation expiration dates for retransmission analysis.<br>C. Pena (Paralegal) | 1.30 hrs. |
| 03/28/11 | Review and comment on Charter markup of retransmission consent agreement (0.4); telephone conference with K. Connor re same (0.4); revise Charter retransmission consent agreement (1.0); prepare correspondence to Charter counsel re same (0.1); telephone conference with S. O'Donnell (Charter) re Tribune markup of retransmission consent agreement (0.4); negotiate same with S. O'Donnell and R. Bogh (1.2); prepare compromise language for same (0.4).<br>K. Latek | 3.90 hrs. |
| 03/29/11 | Research selected Tribune local competitors' network affiliation expiration dates for retransmission analysis.<br>C. Pena (Paralegal) | 1.30 hrs. |
| 03/30/11 | Telephone conferences with K. Connor re Charter retransmission consent agreement (0.5); review and comment on Charter markup of retransmission consent agreement (0.4); telephone conference with K. Connor, S. O'Donnell and R. Bogh re Charter retransmission agreement (0.6).<br>K. Latek | 1.50 hrs. |
| 03/31/11 | Review further revisions from Charter re Charter retransmission consent agreement with K. Connor and S. O'Donnell (0.6); |  |

Tribune Company                                                    Invoice 538623

telephone conferences with K. Connor re extension and finalization
of Charter deal (0.4); telephone conference with C. Sennet re
Charter distribution and retransmission consent agreements (0.5).
K. Latek                                              1.50 hrs.

## BILLING SUMMARY

|              | Hours |
|--------------|-------|
| LATEK        | 21.10 |
| FOLLIARD III | 1.60  |
| PENA         | 6.40  |
| TOTAL        | 29.10 |

Fees for Professional Services ........................................................ $      14,596.00

| REPRODUCTION | $ | 3.40 |
| TELEPHONE    | $ | 26.76 |

Total Reimbursable Costs ............................................................ $      30.16
Total Current Billing for This File ................................................ $   14,626.16

Total Current Billing for This Invoice ........................................... $    174,402.28

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## MARCH 1 - MARCH 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Expert report for FCC spectrum comments | duTriel | 500.00 * |
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 209.90 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 21.69 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.90 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 137.13 |
| Telephone Tolls | | 44.16 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **913.78** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.

* Invoice discounted and allocated between multiple clients