IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 8739 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Second Amended Agenda_DI 8739_Aff_4-25-11.doc

2. On April 25, 2011, I caused to be served the "Notice of Second Amended Agenda of Matters Scheduled for Hearing on April 25, 2011 at 1:00 P.M. Before the Honorable Kevin J. Carey," dated April 25, 2011 [Docket No. 8739], by causing true and correct copies to be:

    i. delivered via facsimile to those parties listed on the annexed Exhibit A,

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
26th day of April, 2011

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

**EXHIBIT A**

Fax Service List

| Name | Fax |
|---|---|
| David M Klauder | 302-573-6497 |
| Adam G Landis   Matthew B McGuire | 302-467-4450 |
| TG Macauley   VW Guldi | 302-427-8242 |
| MD Collins   RJ Stern Jr | 302-498-7531 |
| MD Collins   RJ Stern Jr | 302-651-7701 |
| Ellen W Slights | 302-573-6431 |
| Stuart M Brown | 302-777-7263 |
| Laurie Silverstein | 302-658-1192 |
| Katherine L Mayer | 302-984-6399 |
| Patrick J Healy Vice President | 302-636-4148 |
| R Karl Hill | 302-888-0606 |
| William M Kelleher | 302-656-3714 |
| William M Kelleher | 302-384-9399 |
| Frederick B Rosner   Scott J Leonhardt | 302-351-8010 |
| Susan E Kaufman | 302-984-3939 |
| Christopher P Simon   J Grey | 302-777-4224 |
| Mark E Felger | 302-295-2013 |
| John V Fiorella   Charles J Brown | 302-777-4352 |
| Jami B Nimeroff | 302-351-2744 |
| DB Stratton   JH Schanne II | 302-421-8390 |
| Margaret F England | 302-425-0432 |
| Margaret F England | 302-984-3939 |
| Rachel B Mersky | 302-656-2769 |
| Adam Hiller   Donna Harris | 302-442-7046 |
| IC Bifferato   KG Collins TF Driscoll JZ Haupt | 302-254-5383 |
| MR Lastowski  SL Ross  RW Riley  LJ Kotler | 302-657-4901 |
| William Bowden   A Winfree  K Skomorucha | 302-654-2067 |
| LD Jones     TP Cairns | 302-652-4400 |
| Robert S Brady    M Blake Cleary | 302-571-1253 |
| David M Powlen | 317-231-7433 |
| Joseph L Christensen | 302-655-4420 |
| Jeffrey M Schlerf   John H Strock | 302-656-8920 |
| Jamie L Edmonson | 302-658-6395 |
| Dennis A Meloro | 302-661-7360 |
| Garvan F McDaniel | 302-429-8600 |
| David W Carickhoff | 302-425-6464 |
| W Hazeltine  WD Sullivan   EE Allinson III | 302-428-8195 |
| DC Abbott   CS Miller | 302-658-3989 |
| Christopher S Chow  LC Heilman | 302-252-4466 |
| Colm F Connolly | 302-574-3001 |
| MW Yurkewicz  RM Beck  SE Veght | 302-426-9193 |
| Tara L Lattomus | 302-425-0432 |
| Christopher D Loizides | 302-654-0728 |
| Justin R Alberto | 302-658-6395 |

Fax Service List

| Name | Fax |
|---|---|
| Christopher A Ward | 302-252-0921 |
| Sherry Ruggiero Fallon | 302-658-4018 |
| John C Phillips | 302-655-4210 |
| Brian E Lutness | 302-888-2923 |
| James E Huggett | 302-888-1119 |
| AM Saccullo  TH Kovach | 302-836-8787 |
| EL Schnabel  RW Mallard | 302-425-7177 |
| James F Conlan   Bryan Krakauer | 312-853-7036 |
| Kevin T Lantry | 213-896-6600 |
| H Seife   D LeMay   D Deutsche | 212-541-5369 |
| Graeme W Bush    James Sottile | 202-822-8106 |
| D Glazer E Moskowitz M Russano | 212-607-7999 |
| MG Primoff  JW Parver  JW Drayton | 212-836-6525 |
| F Hyman   B Trust   A Trehan   B Yan | 212-262-1910 |
| KA Constantine  SD Bell  P Foohey | 612-340-2643 |
| DJ Bradford  CL Steege  AW Vail | 312-527-0484 |
| Aaron N Chapin | 312-207-6400 |
| Marcia Willette | 888-449-3584 |
| David M Smith | 212-967-4258 |
| Esther Tryban Telser | 312-744-6798 |
| Esther Tryban Telser | 312-744-3832 |
| Phyllis Hayes | 410-773-4057 |
| Nathan E Jones | 775-832-5085 |
| Heather Berkowitz | 516-422-7118 |
| M Dockterman  J Young  P Frye | 312-201-2555 |
| Paul Silverstein | 212-850-2929 |
| Norman D Schoenfeld | 201-968-0010 |
| Frederic Glass | 212-967-4148 |
| Thomas Scheidt | 619-220-8112 |

**EXHIBIT B**

**Email Address**
brian@lesliecohenlaw.com
chriseyec@aol.com
mvbbvb@comcast.net
stevewalkergolf@gmail.com

**Email Address**
Craig.martin@dlapiper.com
ellen.slights@usdoj.gov
Michelle.marino@dlapiper.com
stuart.brown@dlapiper.com

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| 2008 MOVIE PACKAGE | TRAITOR/MOVIE 202 W FIRST STREET LOS ANGELES CA 90052 |
| ADVOCATE FITNESS | OCCUPATIONAL HEALTH PO BOX 70003 CHICAGO IL 60673 |
| ALLIED ADVERTISING L.P. | UNIVERSAL PICTURES 545 BOYLSTON ST BOSTON MA 02116-3606 |
| ALLIED ADVERTISING LIMITED | BUENA VISTA PICTURES 545 BOYLSTON STREET BOSTON MA 02116 |
| ARAMARK | 531 E. PELTEASON ST ATTN:ACCOUNTS PAYABLE IRVINE CA 92697 |
| ARAMARK REFRESHMENT SERVICES | 229 ROBBINS LANE SYOSSET NY 11791 |
| ARAMARK REFRESHMENT SERVICES | 234 BALLARDVALE ST WILMINGTON MA 01887-1089 |
| ARAMARK REFRESHMENT SERVICES | 2885 SOUTH 171ST STREET NEW BERLIN WI 53131 |
| ARAMARK REFRESHMENT SERVICES | 2200 BERNICE ROAD LANSING IL 60438 |
| ARAMARK SERVICES | 111 W MONROE ST IL 60603-4096 |
| ARAMARK UNIFORM & CAREER APPAREL, LLC | ET AL.- C/O SHEILA R. SCHWAGER HAWLEY TROXELL ENNIS & HAWLEY LLP PO BOX 1617 BOISE ID 83701 |
| ARAMARK UNIFORM SERVICES | 115 NORTH FIRST STREET BURBANK CA 91502 |
| ARAMARK UNIFORM SERVICES INC | PO BOX 15166 READING PA 19612-5166 |
| ARAMARK UNIFORM SERVICES INC | PO BOX 568 LAWRENCE MA 01842-0568 |
| ARAMARK UNIFORM SERVICES INC | PO BOX 540224 OPA LOCKA FL 33054 |
| ARAMARK UNIFORMS SERVICES INC | PO BOX 7247 0342 PHILADELPHIA PA 19170-0342 |
| ARAMARK UNIFORMS SERVICES INC | PO BOX 568 LAWRENCE MA 01842-0568 |
| ARAMARK UNIFORMS SERVICES INC | 2741 S DIVISION AVE ORLANDO FL 32805 |
| ARAMARK UNIFORMS SERVICES INC | PO BOX 540224 OPA LOCKA FL 33054 |
| ARBITRON | 9705 PATUXENT WOOD COLUMBIA MD 21046-1572 |
| ARBITRON MULTIMEDIA SERVICES | ATTN: LEGAL COUNSEL 9705 PATUXENT WOOD DR. COLUMBIA MD 21046 |
| ASCAP | ONE LINCOLN PLAZA ATTN: LEGAL COUNSEL NEW YORK NY 10023 |
| ASCAP - BROADCAST LICENSING | 1 LINCOLN PLAZA NEW YORK NY 10023 |
| ASM CAPITAL III, L.P. | TRANSFEROR: DEBMAR-MERCURY LLC 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ABM JANITORIAL SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ANGSTROM GRAPHICS, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ACCENT ENERGY CALIFORNIA ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASSOCIATED PRESS | 645 ALBANY SHAKER RD ALBANY NY 12211 |
| ASSOCIATED PRESS | C/O SALLY CARPENTER 1835 MARKET ST PHILADELPHIA PA 19103 |
| ASSOCIATED PRESS | AP NESPAPER SERVICES PO BOX 414189 BOSTON MA 02241-4189 |
| ASSOCIATED PRESS, THE | 50 ROCKEFELLER PLAZA NEW YORK NY 10020-1666 |
| ASSOCIATED PRESS, THE | ATTN: AP HELP DESK 50 ROCKEFELLER PLAZA 3RD FL NEW YORK NY 10020-1666 |
| AT&T | AT&T ATTORNEY: JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| AT&T | PO BOX 1027 VIENNA VA 22183 |
| AT&T | C/O JNR ADJUSTMENT COMPANY INC. PO BOX 27070 MINNEAPOLIS MN 55427-0070 |
| AT&T CORP. | AT&T ATTORNEY: JAMES GRUDUS, ESQ. AT&T INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| AT&T DBA BELLSOUTH ADVERTISING & | PUBLISHING 600 N POINT PKWY ALPHARETTA GA 30005 |
| BLITZ MEDIA | SYLVAN LEARNING CTR/C.GABLES 254 2ND AVE NEEDHAM MA 02494-2829 |
| BROADCAST MUSIC INC | PO BOX 406741 ATLANTA GA 30384-6741 |
| BROADCAST MUSIC, INC. | JUDITH SAFFER, ESQUIRE 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK NY 10007-0030 |
| BUENA VISTA TELEVISION | ATTN: ADRIAN TUSTIN 500 SOUTH BUENA VISTA STREET BURBANK CA 91521-9750 |
| CCI EUROPE INTERNATIONAL INC | CHRISTOPHER S. CHOW; DAVID T. MAY C/O BALLARD SPAHR LLP 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| CCI EUROPE INTERNATIONAL INC | 3550 GEORGE BUSBEE PRKWAY KENNESAW GA 30144 |
| CENTERPOINT ENERGY SERVICES, INC. | 1111 LOUISIANA STREET CNPT 46 ROOM 4661 ATTN: ROBERT CLAUDE HOUSTON TX 77002 |
| CHICAGO DEPT OF SENIOR SERV | CHICAGO DEPT OF SENIOR SERV 1615 W CHICAGO AVE CHICAGO IL 60622-5127 |
| CHICAGO WHITE SOX | 333 W. 35TH ST. JERRY REINSDORF CHICAGO IL 60616 |
| CHICAGO WHITE SOX LTD. | C/O WILLIAM WATERS 333 W. 35TH ST. CHICAGO IL 60616 |
| COMCAST SPOTLIGHT | 12964 COLLECTIONS CTR DR CHICAGO IL 60693 |
| COMCAST SPOTLIGHT - INDIANAPOLIS | 30700 TELEGRAPH RD. SUITE # 4600 BINGHAM FARMS MI 48025 |
| COMCAST SPOTLIGHT - NE | 30700 TELEGRAPH RD. SUITE # 4600 BINGHAM FARMS MI 48025 |
| COMCAST SPOTLIGHT INC | PO BOX 8500-53003 PHILADELPHIA PA 19178 |
| CONSTELLATION NEW ENERGY | BANK OF AMERICA LOCKBOX SERVICE 14217 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| CONSTELLATION NEW ENERGY | 1221 LAMAR ST. SUITE 750 HOUSTON TX 77010 |
| CORESTAFF SERVICES | JAN I. BERLAGE 201 N. CHARLES STREET, SUITE 2101 BALTIMORE MD 21201 |
| CORESTAFF SERVICES LP | PO BOX 60876 CHARLOTTE NC 28260-0876 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: ARM SOLUTIONS ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CROWN CREDIT COMPANY | PO BOX 640352 CINCINNATI OH 45264-0352 |
| CROWN CREDIT COMPANY | 40 S WASHINGTON ST NEW BREMEN OH 45869 |
| CROWN EQUIPMENT CORPORATION | ATTN: RODNEY J. HINDERS 102 S. WASHINGTON ST. NEW BREMEN OH 45869 |
| CROWN LIFT TRUCKS | PO BOX 641173 CINCINNATI OH 45264-1173 |
| CS STARS LLC | 500 W MONROE ST CHICAGO IL 60661 |
| DACA 2010L, LP | TRANSFEROR: ARAMARK CORPORATION 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DACA 2010L, LP | TRANSFEROR: ARAMARK REFRESHMENT SERVICES 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: ARAMARK REFRESHMENT SERVICES ATTN: ANDREW WHATNALL 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DOW JONES & COMPANY | PO BOX 300 PRINCETON NJ 08543-0300 |
| DOW JONES & COMPANY | 200 BURNETT ROAD ATTN: ND-RPS CHICOPEE MA 01020-4615 |
| DOW JONES & COMPANY INC | PO BOX 4137 CHURCH STREET STATION NEW YORK NY 10261 |
| ETHNIC PRINT MEDIA | ETHNIC PRINT MEDIA 4901 MORENA BLVD SAN DIEGO CA 92117-3423 |
| FOX BROADCASTING COMPANY | KAREN EARLS, ESQ. PO BOX 900 BEVERLY HILLS CA 90213-0900 |
| GE CAPITAL CORP. | C/O AARON B. CHAPIN REED SMITH LLP 10 S. WACKER DR CHICAGO IL 60606 |
| GE CAPITAL FLEET SERVICES | PO BOX 100363 ATLANTA GA 30384-0363 |
| GETTY IMAGES | 601 N. 34TH STREET SEATTLE WA 98103 |
| GETTY IMAGES, USA | 601 N. 34TH STREET SEATTLE WA 98103 |
| GRAY KIRK & VANSANT | LOYOLA COLLEGE 1030 HULL ST BALTIMORE MD 21230 |
| IKON OFFICE SOLUTIONS | ACCOUNTS RECEIVABLE CENTER ATTN: BANKRUPTCY TEAM 3920 ARKWRIGHT RD. - SUITE 400 MACON GA 31210 |
| INTELSAT CORPORATION | HERRICK FEINSTEIN ATTN: STEPHEN SELBST 2 PARK AVENUE NEW YORK NY 10016 |
| INTELSAT CORPORATION | STEPHEN A. CHERNOW, ASST. GEN. COUNSEL 3400 INT'L DR., N.W. WASHINGTON DC 20008 |
| INTERNAP | 250 WILLIAMS STREET ATLANTA GA 30303 |
| INTERNAP NETWORK SERVICES CORPORATION | PO BOX 200111 PITTSBURGH PA 15251-0111 |
| INTERNAP NETWORK SERVICES CORPORATION | 250 WILLIAMS STREET SUITE E-100 ATLANTA GA 30303 |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | C/O R FREDERICK LINFESTY, ESQ 745 ATLANTIC AVENUE, 10TH FLOOR BOSTON MA 02111 |
| JONES LANG LASALLE | 325 N LA SALLE ST SUITE 625 ATTN: FRANK/GECKER LLP CHICAGO IL 60654 |
| KAMAKAZEE KIWI CORP. | 3835-R EAST THOUSAND OAKS BLVD SUITE 343 WESTLAKE VILLAGE CA 91362 |
| LENNAR CHEASPEAKE DIVISION | LENNAR CHESAPEAKE DIVISION 600 S MAIN STREET BRIDGEVILLE DE 19933 |
| LEVEL 3 COMMUNICATIONS LLC | 1025 ELDORADO BLVD BROOMFIELD CO 80021 |

| Claim Name | Address Information |
|---|---|
| LEVEL 3 COMMUNICATIONS LLC | DEPARTMENT 182 DENVER CO 80291-0182 |
| LEXIS NEXIS | PO BOX 7247 7090 PHILADELPHIA PA 19170-7090 |
| LEXIS NEXIS | PO BOX 2314 CAROL STREAM IL 60132-2314 |
| LEXIS NEXIS RISK & INFO ANALYTICS GROUP | PO BOX 7247-6157 PHILADELPHIA PA 19170-6157 |
| LEXIS NEXIS RISK & INFO ANALYTICS GROUP | PO BOX 7247 7090 PHILADELPHIA PA 19170-7090 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC | 9443 SPRINGBORO PIKE MIAMISBURG OH 45342 |
| LEXISNEXIS RISK MANAGEMENT | PO BOX 7247 7090 PHILADELPHIA PA 19170-7090 |
| LEXISNEXIS, A DIV. OF REED ELSEVIER INC | ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG OH 45342 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: JONES LANG LASALLE ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: TELE REACH INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: MSA 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| MACMUNNIS INC. | 1840 OAK AVENUE SUITE 300 EVANSTON IL 60201 |
| MANSI MEDIA | PIER 1 IMPORTS INC 3899 N FRONT ST HARRISBURG PA 17110-1583 |
| MANSI MEDIA | KIA MOTORS 3899 N FRONT ST HARRISBURG PA 17110-1583 |
| MANSI MEDIA/NNN | HYUNDAI MOTOR AMERICA 3899 N FRONT ST HARRISBURG PA 17110-1583 |
| MEDIA ASSOCIATES   (604) | MEDIA ASSOCIATES   (604) 4781 CEDAR DR. LOGANVILLE GA 30052 |
| MEDIA SOLUTIONS ADVERTISING | FRIEDMAN'S JEWELER D.I.P. 3715 NORTHSIDE PKWY ATLANTA GA 30327 |
| MEDIA SPACE SOLUTION | ABC ENTERTAINMENT 101 MERRITT 7 CORPORATE PARK, 3RD NORWALK CT 06851 |
| MEDIACOM | JETBLUE CORP 498 7TH AVE NEW YORK NY 10018-6798 |
| MEDIAMARK RESEARCH & INTELLIGENCE, LLC | ATTN: CLAUDINE GUARDIANO 75 NINTH AVE 5TH FL NEW YORK NY 10011 |
| MERRILL COMMUNICATIONS | ONE MERRILL CIRCLE SAINT PAUL MN 55108 |
| METRO NEWSPAPER SERVICES | US CUSTOMS & BORDER PROTECTI 8 WEST 38TH STREET- NEW YORK NY 10018 |
| MICROSOFT CORPORATION | ATTN: MARC BARRECA K&L GATES LLP 925 FOURTH AVE, SUITE 2900 SEATTLE WA 98104 |
| MICROSOFT CORPORATION AND MICROSOFT | LICENSING, GP C/O MARIA ANN MILANO - RIDDELL WILLIAMS 1001  4TH AVE STE 4500 SEATTLE WA 98154-1192 |
| MONSTER INC. | 5 CLOCK TOWER PLACE SUITE 500 MAYNARD MA 01754 |
| MORGAN STANLEY DEAN WITTER | MORGAN STANLEY DEAN WITTER 2400 E COMMERCIAL BLVD FORT LAUDERDALE FL 33308-4030 |
| MULTICORP | PO BOX 361 69 W MAIN STREET WESTMINSTER MD 21158 |
| NEW LINE TELEVISION | C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| NEW YORK TIMES | PO BOX 371456 PITTSBURGH PA 15250-7456 |
| NEW YORK TIMES SYNDICATION | SALES CORPORATION PO BOX 19278 NEWARK NJ 07195-0278 |
| NEWS AMERICA MARKETING INC | U S CELLULAR 20 WESTPORT RD # 5 WILTON CT 06897-4549 |
| NNN-PA DISBURSEMENT | PROCTER & GAMBLE 3899 NORTH FRONT ST HARRISBURG PA 17110 |
| NSA MEDIA | LINENS N THINGS PO BOX 7037 DOWNERS GROVE IL 60515-7037 |
| OFFICE MAX | OFFICE MAX CHERI MCMILLIN ELKRIDGE MD 21075 |
| ORACLE USA, INC. | BUCHALTER NEMER P.C. SHAWN CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FL SAN FRANCISCO CA 94105 |
| PENSKE TRUCK LEASING | RT 10 GREEN HILLS READING PA 19607 |
| PUBLICITAS - SPAIN | SPANISH TOURIST BOARD C/GOYA 21, 1 DCHA. MADRID 28001 SPAIN |
| REDWOOD SOFTWARE | 3000 AERIAL CENTER PARKWAY SUITE 115 MORRISVILLE NC 27560 |
| REGIONAL MARKETING ASSOCIATES INC | PO BOX 792 GOTHA FL 34734 |
| RYAN HOMES- ESCROW ACCT | 6031 UNIVERSITY BLVD 290 ELLICOTT CITY MD 21043 |
| RYDER TRUCK RENTAL | 691 THORPE RD ORLANDO FL 32824-8012 |
| RYDER TRUCK RENTAL, INC. | ATTN: JENNIFER MORRIS 6000 WINDWARD PARKWAY ALPHARETTA GA 30005 |
| SBC GLOBAL SERVICES, INC. | C/O AT&T INC. AT&T ATTORNEY: JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 |

| Claim Name | Address Information |
|---|---|
| SBC GLOBAL SERVICES, INC. | BEDMINSTER NJ 07921 |
| SBC LONG DISTANCE, LLC | JAMES GRUDUS, ESQ. AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| SESAC INC | 55 MUSIC SQUARE ATTN: CONTRACT DEPT NASHVILLE TN 37203 |
| SHAKER ADVERTISING AGCY IL | PEAPOD 1100 LAKE ST OAK PARK IL 60301-1015 |
| SONY PICTURES | 21872 NETWORK PL CHICAGO IL 60673 |
| SONY PICTURES TELEVISION INC. | KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY CA 90232-3195 |
| SPRINT NEXTEL-CORRESPONDENCE | ATTN: BANKRUPTCY DEPT P.O. BOX 7949 OVERLAND PARK KS 66207-0949 |
| STRATEGIC PRINT MARKETING | BED BATH BEYOND PO BOX 7037 DOWNERS GROVE IL 60515-7037 |
| SUN MICROSYSTEMS, INC. | MARGOLIS EDELSTEIN 750 SHIPYARD DRIVE, SUITE 102 WILMINGTON DE 19801 |
| SUN MICROSYSTEMS, INC. | BUCHALTER NEMER, PC ATTN: SHAWN CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105 |
| SUNSHINE TRAVEL TOURS | SUNSHINE TRAVEL TOURS 741 FRONT ST STE 110 CELEBRATION FL 34747-4990 |
| T-MOBILE USA, INC. | PO BOX 53410 BELLEVUE WA 98015 |
| TERRY*HINES & ASSOCIATES INC | AMERICA THE BEAUTIFUL 2550 HOLLYWOOD WAY SUITE #600 BURBANK CA 91505 |
| THA/GREY | WARNER BROTHERS 2550 N HOLLYWOOD WAY STE 600 BURBANK CA 91505-5024 |
| THA/GREY-TERRY HINES &ASSOC | WARNER BROS 2550 HOLLYWOOD WAY #600 BURBANK CA 91505-5024 |
| THE MILLER GROUP | RYAN HOMES 101 SCHILLING ROAD SUITE 30 HUNT VALLEY MD 21031-1104 |
| THE MILLER GROUP | PULTE HOMES 101 SCHILLING ROAD SUITE 30 HUNT VALLEY MD 21031-1104 |
| TMP WORLDWIDE | COINSTAR PO BOX 245032 MILWAUKEE WI 53223 |
| TMP WORLDWIDE | GENESIS ELDERCARE PO BOX 245032 MILWAUKEE WI 53223 |
| TMP WORLDWIDE | A GENERAL CLIENT PO BOX 245032 MILWAUKEE WI 53224 |
| TRIO VIDEO LLC | PO BOX 964 BEDFORD PARK IL 60499 |
| TW TELECOM INC | 10475 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| TWEETER HOME ENT. GROUP | TWEETER HOME ENT. GROUP 254 2ND AVE NEEDHAM MA 02494-2829 |
| TWENTIETH TELEVISION | ATTN: JODI REA, SVP SALE & CREDIT ADMIN 3659 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| TWENTIETH TELEVISION | JODIE REA, SVP SALE OF CREDIT ADMIN TWENTIETH TELEVISION 2121 AVENUE OF THE STARTS, SUITE 1754 LOS ANGELES CA 90067 |
| TWENTIETH TELEVISION | JODIE REA, SVP SALE & CREDIT ADMIN TWENTIETH TELEVISION 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TWENTIETH TELEVISION | JODIE RES, SVP SALE & CREDIT ADMIN TWENTIETH TELEVISION 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TWENTIETH TELEVISION | JODIE REA, SVP SALE & CREDIT ADMIN TWENTIETH TELEVISION 2121 AVNEUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TXU ENERGY RETAIL COMPANY LLC | CO BANKRUPTCY DEPARTMENT PO BOX 650393 DALLAS TX 75265-0393 |
| UGL UNICCO | 275 GROVE STREET, SUITE 3-200 AUBURNDALE MA 02466 |
| UNIVERSAL PRESS SYNDICATE | PO BOX 419149 KANSAS CITY MO 64141-9149 |
| USA TODAY | PO BOX 79874 BALTIMORE MD 21279-0874 |
| USA TODAY | 7950 JONES BRANCH DRIVE ATTN: LEGAL COUNSEL MCCLEAN VA 22108 |
| USA TODAY | 305 SEABOARD LN STE 301 FRANKLIN TN 37067 |
| VERIZON COMMUNICATIONS INC | DARRYL S. LADDIN, ESQ. ARNALL GOLDEN GREGORY LLP 171  17TH STREET NW, SUITE 2100 ATLANTA GA 30363-1031 |
| VERIZON WIRELESS | PO BOX 3397 BLOOMINGTON IL 61702 |
| VERTIS MEDIA-TNN | NISSAN REGIONAL MARKETING 21 CORPORATE DR CLIFTON PARK NY 12065-8642 |
| WARNER BROS DOMESTIC CABLE DISTRIBUTION | C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WARNER BROS DOMESTIC TV DISTRIBUTION | C/O WAYNE M. SMITH WARNER BROS. ENTERTAINMENT INC. 4000 WARNER BLVD., BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WDSU TELEVISION INC | PO BOX 54414 NEW ORLEANS LA 70154 |

| Claim Name | Address Information |
| --- | --- |
| WEATHERSKILL, LTD. | 6033 NORTH SHERIDAN ROAD #31-C CHICAGO IL 60660 |
| WHELAN-SFI | PO BOX 36607 CHARLOTTE NC 28236 |
| XEROX CORP. | XEROX CAPITAL SERVICES LLC ATTN: VANESSA ADAMS PO BOX 660506 DALLAS TX 75266-9937 |
| XEROX CORPORATION | PO BOX 827598 PHILADELPHIA PA 19182-7598 |
| XEROX CORPORATION | PO BOX 802555 CHICAGO IL 60680-2555 |
| XEROX CORPORATION | PO BOX 650361 DALLAS TX 75265-0361 |
| ZENITH MEDIA | ZENITH MEDIA 299 WEST HOUST ON ST, 8TH FLOOR NEW YORK NY 10014 |

**Total Creditor count  174**

**TRB 2ND AMD AGD 4-25-11**
ASM CAPITAL
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

**TRB 2ND AMD AGD 4-25-11**
Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB 2ND AMD AGD 4-25-11**
Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD  21093-8125

**TRB 2ND AMD AGD 4-25-11**
Mr. Herbert E. Eye
HC 72 Box 36
Franklin, WV  26807

**TRB 2ND AMD AGD 4-25-11**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB 2ND AMD AGD 4-25-11**
Mr. Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB 2ND AMD AGD 4-25-11**
Thomas Scheidt
Debt Acquisition Company of America V
1565 Hotel Circle South, Suite 310
San Diego, CA 92108