# **EXHIBIT A**

**Exhibit A**
**Summary of Fees by Individual Professional**

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Baird,Jeff | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Botts,Guy S. | Senior Manager-Grade 4 | 475 | 1.0 | 475.00 |
| Harig,James Michael | Staff/Assistant-Grade 3 | 175 | 0.0 | 0.00 |
| Howley,Matthew C | Partner/Principal-Grade 1 | 525 | 0.0 | 0.00 |
| Huennekens,Scott J. | Staff/Assistant-Grade 3 | 175 | 22.0 | 3,850.00 |
| Ingles,Beatrice | Senior Associate | 175 | 0.0 | 0.00 |
| Jones,Matthew C. | Senior Manager-Grade 1 | 475 | 0.0 | 0.00 |
| Kearns,Michael Ryan | Senior-Grade 2 | 275 | 0.0 | 0.00 |
| Kearns,Michael Ryan | Manager-Grade 1 | 375 | 0.0 | 0.00 |
| Knightly,James Charles | Senior-Grade 2 | 275 | 66.3 | 18,232.50 |
| Long,Charles A | Executive Director-Grade 1 | 525 | 0.0 | 0.00 |
| Luc,Piotr | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Mason,Jon S | Executive Director-Grade 2 | 525 | 0.0 | 0.00 |
| Mulcahy,Sean D. | Senior-Grade 1 | 275 | 0.0 | 0.00 |
| Putnam,Joshua Eric | Senior Manager-Grade 2 | 475 | 0.0 | 0.00 |
| Rodriguez,Nancy Walton | Staff/Assistant-Grade 1 | 175 | 18.6 | 3,255.00 |
| Tong,Yuet Fung | Senior-Grade 1 | 275 | 3.0 | 825.00 |
| Venisnik,Bradley J. | Senior Manager-Grade 4 | 475 | 9.8 | 4,655.00 |
| Vescovi,Anthony Adam | Senior-Grade 2 | 275 | 0.0 | 0.00 |
| McGee, Ginny | External Contractor | n/a | 0.0 | 0.00 |
| | **Grand Totals** | | **120.7** | **31,292.50** |
| | *Blended Rate* | | | *259.26* |

120.7

31,292.50  Total Fees
(6,258.50) Less 20% Holdback

25,034.00  Current Fee Invoice

# **EXHIBIT B**

# ℲℰRNST & YOUNG

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

**INVOICE NUMBER: US0130420626**

April 29, 2011

**PLEASE REMIT TO:**
Ernst & Young LLP
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

EIN: 34-6565596

Tribune Company
Attn: Mr. Brian Litman
Vice President & Controller
435 North Michigan Ave.
Chicago, IL 60611

BU: **US002**   CLIENT NUMBER: **60025315**

PROJECT NUMBER: **15169346**

Progress billing for valuation services rendered pursuant to the Statement of Work dated May 11, 2010:

February, 2011

| | | |
|---|---|---:|
| VAL: FCC License | $ | 0.00 |
| VAL: Fresh Start | $ | 28,037.50 |
| Fee/Employment Applications | $ | 3,255.00 |
| Fees Due | $ | 31,292.50 |
| Expenses | $ | 0.00 |
| Total Due | $ | 31,292.50 |
| 20% Holdback of the fees requested | $ | (6,258.50) |
| Net Fees & Expenses | $ | 25,034.00 |

*Total Due*                                                                       $31,292.50

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

# ERNST & YOUNG

INVOICE NUMBER: US0130420626

April 29, 2011

**PLEASE REMIT TO:**

Ernst & Young LLP
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

**EIN: 34-6565596**

Tribune Company
Attn: Mr. Brian Litman
Vice President & Controller
435 North Michigan Ave.
Chicago, IL 60611

BU: **US002**   CLIENT NUMBER: **60025315**

*Total Due*     $31,292.50

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031201467; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Philadelphia, PA
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# **EXHIBIT C**

**Exhibit C**
**Schedule of Fees by Project Category**

| Project Category | Total |
|---|---|
| 1) VAL: FCC License | - |
| 2) VAL: Fresh Start | 102.1 |
| 3) Market Value Surveys | - |
| 4) Fee/Employment Applications | 18.6 |
| Net Hours | 120.7 |

| Project Category | Total |
|---|---|
| 1) VAL: FCC License | - |
| 2) VAL: Fresh Start | 28,037.50 |
| 3) Market Value Surveys | - |
| 4) Fee/Employment Applications | 3,255.00 |
| Net Fees | 31,292.50 |

Exhibit C
Chronological Detail of Services Rendered

| EmpVendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Botts, Guy S. (US011265920) | Senior Manager-Grade 4 (214) | Creation of Tribune - Inserter matrix for valuation analysis | 14-Feb-2011 | 475 | 1.0 | 475.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of the Newport News inserter details | 08-Feb-2011 | 175 | 0.9 | 157.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Creating an inserter matrix for the Newport News template | 08-Feb-2011 | 175 | 3.1 | 542.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of the Newport News inserter details | 09-Feb-2011 | 175 | 3.2 | 560.00 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Further creation of an inserter matrix for the Newport News template | 09-Feb-2011 | 175 | 3.9 | 682.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of the Newport News inserter details | 10-Feb-2011 | 175 | 1.9 | 332.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Analysis of the Newport News inserter details | 11-Feb-2011 | 175 | 5.1 | 892.50 | VAL: Fresh Start |
| Huennekens, Scott J. (US012953235) | Staff/Assistant-Grade 3 (443) | Finalization of an inserter matrix for the Newport News template | 11-Feb-2011 | 175 | 3.9 | 682.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Addition of asset descriptions to Allentown PeopleSoft Template | 01-Feb-2011 | 275 | 3.8 | 1,045.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of template status as requested by N. Chakris, Tribune Asst. Controller | 02-Feb-2011 | 275 | 1.6 | 440.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Adjustments to descriptions and groupings (first run) in the Allentown PeopleSoft Template | 02-Feb-2011 | 275 | 2.6 | 715.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of findings and next steps for the WNOL asset database | 03-Feb-2011 | 275 | 1.6 | 440.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Creation of comparison of GCM to ICA, including summary for delivery for the WNOL asset database | 03-Feb-2011 | 275 | 3.1 | 852.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Update of broadcast grouping weighted ages per database for the WNOL asset database | 03-Feb-2011 | 275 | 2.4 | 660.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Update of broadcasting greenfield cost model for the WNOL asset database | 03-Feb-2011 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Adjustments to descriptions and groupings (second run) in the Allentown PeopleSoft Template | 04-Feb-2011 | 275 | 2.7 | 742.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Analysis and adjustment to the location data for the Allentown PeopleSoft Template | 04-Feb-2011 | 275 | 0.9 | 247.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Recategorization in the Allentown PeopleSoft Template as requested by Debtor | 04-Feb-2011 | 275 | 2.7 | 742.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Run of excel listing from database for the Allentown PeopleSoft Template | 04-Feb-2011 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of Inserter Analysis for build of excel asset distribution tool | 07-Feb-2011 | 275 | 0.9 | 247.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the Inserter Records for the Orlando Sentinel | 07-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the inventory count for the Orlando Sentinel | 07-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of the inventory Records against the inventory count for the Orlando Sentinel | 07-Feb-2011 | 275 | 0.3 | 82.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the Inserter Records for the South Florida Sun-Sentinel | 07-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the inventory count for the South Florida Sun-Sentinel | 07-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of the Inserter Records against the inventory count for the South Florida Sun-Sentinel | 07-Feb-2011 | 275 | 0.3 | 82.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the Inserter Records for the Hartford Courant | 07-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the inventory count for the Hartford Courant | 07-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of the Inserter Records against the inventory count for the Hartford Courant | 07-Feb-2011 | 275 | 0.3 | 82.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the Inserter Records for the Baltimore Sun and Homestead | 07-Feb-2011 | 275 | 0.7 | 192.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the inventory count for the Baltimore Sun and Homestead | 07-Feb-2011 | 275 | 0.6 | 165.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of the Inserter Records against the inventory count for the Baltimore Sun and Homestead | 07-Feb-2011 | 275 | 0.3 | 82.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the Inserter Records for the Allentown Morning Call | 07-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the inventory count for the Allentown Morning Call | 07-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of the Inserter Records against the inventory count for the Allentown Morning Call | 07-Feb-2011 | 275 | 0.3 | 82.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the Inserter Records for the Newport News Daily Press | 07-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of the Inserter Records against the inventory count for the Newport News Daily Press | 08-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of the Inserter Records against the inventory count for the Newport News Daily Press | 07-Feb-2011 | 275 | 0.3 | 82.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the Inserter Records for the Chicago Tribune | 08-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the inventory count for the Chicago Tribune | 08-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of the Inserter Records against the inventory count for the Chicago Tribune | 08-Feb-2011 | 275 | 0.3 | 82.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the Inserter Records for the LA Times | 08-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of the inventory count for the LA Times | 08-Feb-2011 | 275 | 0.3 | 82.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Comparison of the Inserter Records against the inventory count for the LA Times | 08-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of asset impairment for WNOL | 08-Feb-2011 | 275 | 2.1 | 577.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Compilation of the WNOL analysis summary | 09-Feb-2011 | 275 | 2.3 | 632.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Compilation of the WNOL comparison documentation | 09-Feb-2011 | 275 | 1.2 | 330.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Population of the asset distribution tool for WNOL | 09-Feb-2011 | 275 | 0.6 | 165.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Discussion with Debtor regarding WNOL asset impairments. | 09-Feb-2011 | 275 | 1.6 | 440.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Creation of the PeopleSoft Template for the Allentown Morning Call | 10-Feb-2011 | 275 | 0.8 | 220.00 | VAL: Fresh Start |

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of asset descriptions for the Allentown Morning Call PeopleSoft Template | 10-Feb-2011 | 275 | 1.8 | 495.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Creation of asset distribution tool for the Allentown Morning Call | 10-Feb-2011 | 275 | 0.9 | 247.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Location adjustments for the Allentown Morning Call PeopleSoft Template | 10-Feb-2011 | 275 | 1.2 | 330.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Description adjustments for the Allentown Morning Call PeopleSoft Template | 10-Feb-2011 | 275 | 1.3 | 357.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updates to the Allentown Morning Call PeopleSoft Template as requested by Debtor | 10-Feb-2011 | 275 | 1.0 | 275.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Updates to the Newport News Daily Press PeopleSoft Template as requested by Debtor | 11-Feb-2011 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Matrix review for the Newport News Daily Press PeopleSoft Template | 11-Feb-2011 | 275 | 0.3 | 82.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Location adjustments for the Newport News Daily Press PeopleSoft Template | 11-Feb-2011 | 275 | 1.1 | 302.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Description adjustments in the asset distribution tool for the Newport News Daily Press PeopleSoft Template | 11-Feb-2011 | 275 | 0.9 | 247.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Compilation of NUL adjustment in the PeopleSoft Category listing | 14-Feb-2011 | 275 | 0.6 | 165.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Update Broadcasting description files in the PeopleSoft Category listing | 14-Feb-2011 | 275 | 1.3 | 357.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Update Publishing description files in the PeopleSoft Category listing | 14-Feb-2011 | 275 | 1.4 | 385.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Update Profile ID additions for new categories in the PeopleSoft Category listing | 14-Feb-2011 | 275 | 2.2 | 605.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of sent Fixed Asset Listings for property tax team. | 15-Feb-2011 | 275 | 2.1 | 577.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of software and IT adjustments for the LA Times Template | 15-Feb-2011 | 275 | 0.9 | 247.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of Debtor requested changes in PeopleSoft file for the Chicago Tribune | 18-Feb-2011 | 275 | 1.9 | 522.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Analysis of replacement cost data in Broadcasting asset distribution tool for incorporation of new data related to tower ages and in-service dates | 18-Feb-2011 | 275 | 1.7 | 467.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Senior-Grade 3 (423) | Further analysis of sent Fixed Asset Listings for property tax team. | 18-Feb-2011 | 275 | 0.4 | 110.00 | VAL: Fresh Start |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of December fee application | 01-Feb-2011 | 175 | 2.1 | 367.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of December fee application | 02-Feb-2011 | 175 | 3.3 | 577.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of December fee application | 03-Feb-2011 | 175 | 0.9 | 157.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of December fee application | 04-Feb-2011 | 175 | 2.8 | 490.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of December fee application | 07-Feb-2011 | 175 | 2.5 | 437.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of January fee application | 09-Feb-2011 | 175 | 3.4 | 595.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis and compilation of January fee application | 11-Feb-2011 | 175 | 3.6 | 630.00 | Fee/Employment Applications |
| Tong,Yuet Fung (US012479774) | Senior-Grade 2 (422) | Research and compilation of market revenue data related to Tribune valuation | 16-Feb-2011 | 275 | 3.0 | 825.00 | VAL: Fresh Start |

| | | | | | | |
|---|---|---|---|---|---|---|
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of WNOL draft fair value estimate | 01-Feb-2011 | 475 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of Allentown template for Debtor-requested changes | 02-Feb-2011 | 475 | 0.7 | 332.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of upload version of KTLA template | 02-Feb-2011 | 475 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of upload version of Orlando template | 02-Feb-2011 | 475 | 1.8 | 855.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Further analysis of Allentown template for Debtor-requested changes | 03-Feb-2011 | 475 | 0.6 | 285.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of Newport News template | 07-Feb-2011 | 475 | 2.9 | 1,377.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Further analysis of Newport News template | 10-Feb-2011 | 475 | 1.1 | 522.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of software lives related to valuation of Tribune assets | 11-Feb-2011 | 475 | 0.9 | 427.50 | VAL: Fresh Start |

120.7  31,292.50

0.00        VAL: FCC License
28,037.50   VAL: Fresh Start
0.00        Market Value Surveys
3,255.00    Fee/Employment Applications
31,292.50

0.00