IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                : Chapter 11 Cases
                                      :
                                      : Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,              :
                                      : (Jointly Administered)
                    Debtors.          :
---------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 29, 2011, Aurelius Capital Management, LP, by and through its undersigned counsel, served the following document on the parties listed below in the manner so indicated:

- **Subpoena for Rule 2004 Examination to The Official Committee of Unsecured Creditors of Tribune Company, c/o James Sotille**

### VIA ELECTRONIC MAIL AND U.S. MAIL
Zuckerman Spaeder LLP
c/o James Sotille, Esq.
Suite 100
Washington, DC 20036
jsottile@zuckerman.com


[Signature Page to Follow]

{00466866;v1}

Dated: April 29, 2011
Wilmington, Delaware

ASHBY & GEDDES, P.A.

*/s/ William P. Bowden*
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel Golden (admitted pro hac vice)
Philip Dublin (admitted pro hac vice)
One Bryant Park
New York, New York 10036
(212) 872-1000

*Counsel to Aurelius Capital Management, LP*