

CT
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8960 tel

April 26, 2011

James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800,
Wilmington, DE 19899

Re: Tribune Company, et al., Debtors // To: Amvescap PLC, (Invesco Ltd)

Case No. 08-13141

Dear Sir/Madam:

We are returning the enclosed documents pertaining to the above entitled action. You have indicated several corporate entities represented by C T Corporation System upon which you intend to make service.

Since you only forwarded one set of documents, we are unable to determine for which entity process is intended. Please note that it is not the responsibility of the registered agent to make copies of documents received in our office. We merely take and forward to the intended recipient, documents directed to the individual entities for which C T Corporation System furnishes the registered agent.

We request that you either forward a complete set of documents for each entity, or indicate which entity you are serving. The documents should be addressed to the exact name of the entity you wish to serve, c/o C T Corporation System at the address shown on this letter.

Very truly yours,

Christopher Tilton
Service of Process Head

Log# 518420714

FedEx Tracking# 797031480683

cc: Delaware: United States Bankruptcy Court
    824 Market Street,
    Wilmington, DE 19801