**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8960 tel

April 26, 2011

James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800,
Wilmington, DE 19899

Re: Tribune Company, et al., Debtors // To: U.S. Trust Corporation

Case No. 08-13141

Dear Sir/Madam:

Process in the above referenced case was attempted upon C T Corporation System as the purported agent for service of process for U.S. Trust Corporation

*U.S. Trust Corporation is inactive on the records of the State NY.* Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 518420546

FedEx Tracking# 794692684845

cc: Delaware: United States Bankruptcy Court
    824 Market Street,
    Wilmington, DE 19801