# EXHIBIT A



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

April 1, 2011                                                                 Invoice 327    DAS
In Reference To: 00499-008 - General
Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/29/11 | RP | Review and analyze trademark issues (.2); telephone conference with D. Bralow regarding same (.1). | 0.30<br>445.00/hr | 133.50 |
| | | **For professional services rendered** | **0.30** | **$133.50** |
| | | **Total Amount of this Bill** | | **$133.50** |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-008 - DAS  
Re: General

April 1, 2011  
Invoice 327  
Page 2

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 0.30 | 445.00 | 133.50 |
| **Totals** | **0.30** |  | **$133.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP  
1050 SEVENTEENTH STREET, N.W.  
SUITE 800  
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

April 1, 2011                                                                                     Invoice  362     NES

In Reference To:  00499-050 - Baltimore Sun - General Newsroom

Client:  Tribune Company

|  | **Disbursements** |  |
|---|---|---|
| **Description** |  | **Amount** |
| Travel |  | 45.90 |
| **Total Disbursements** |  | **$45.90** |
| **Total Amount of this Bill** |  | **$45.90** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | |
|---|---:|
| | April 1, 2011 |
| I.D. 00499-050 - NES | Invoice 362 |
| Re: Baltimore Sun - General Newsroom | Page 2 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605


**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

April 1, 2011                                                                                                    Invoice 311      RP

In Reference To:  00499-077 - Journal Publ. v. Hartford Courant

Client:  Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/01/11 | MEK | Research relating to motion to dismiss. | 4.80<br>195.00/hr | 936.00 |
| 03/01/11 | SB | Identify and assemble documents for use as exhibits to motion to dismiss (1.0); telephone conferences with, and draft correspondence to Hartford Superior Court clerk regarding same (.5). | 1.50<br>195.00/hr | 292.50 |
| 03/01/11 | RP | Telephone conference with client regarding case status and related issues (.5); telephone conference with clients regarding same (.8); review additional case issues (.4); analyze issues relating to motion to dismiss (.5); review additional materials relating to claims (1.0); review items needed for submission of motion to dismiss (.5). | 3.70<br>445.00/hr | 1,646.50 |
| 03/02/11 | JPB | Continue research relating to motion to dismiss (.3); retrieve copyright registration certificates from U.S. Copyright Office (1.0). | 1.30<br>195.00/hr | 253.50 |
| 03/02/11 | RP | Review research relating to motion to dismiss (.5); review case materials (.4). | 0.90<br>445.00/hr | 400.50 |
| 03/04/11 | SB | Follow up regarding materials needed for motion to dismiss. | 0.20<br>195.00/hr | 39.00 |
| 03/08/11 | RP | Review correspondence from plaintiff regarding initial conference. | 0.30<br>445.00/hr | 133.50 |
| 03/16/11 | RP | Conduct research for motion to dismiss. | 2.00<br>445.00/hr | 890.00 |
| 03/18/11 | RP | Address scheduling issues. | 0.30<br>445.00/hr | 133.50 |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-077 - RP  
Re: Journal Publ. v. Hartford Courant

April 1, 2011  
Invoice 311  
Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/21/11 | RP | Review and revise brief in support of motion to dismiss. | 3.00<br>445.00/hr | 1,335.00 |
| 03/22/11 | RP | Review and revise brief in support of motion to dismiss and draft additional sections (3.0); draft additional motion papers (1.1); telephone conference with client regarding case (.4); revise exhibits for motion (.9). | 5.40<br>445.00/hr | 2,403.00 |
| 03/23/11 | SB | Review citations in motion to dismiss for legal validity, accuracy and proper format. | 0.30<br>195.00/hr | 58.50 |
| 03/23/11 | MXB | Research relating to motion to dismiss (.6); draft section of motion papers (.5). | 1.10<br>290.00/hr | 319.00 |
| 03/23/11 | CAS | Prepare for Rule 26(f) conference. | 0.10<br>420.00/hr | 42.00 |
| 03/23/11 | RP | Revise brief in support of motion to dismiss (1.9); review motion issues (.4); telephone conference with client regarding case (.3); revise declaration (.4); revise exhibits for motion (.8). | 3.80<br>445.00/hr | 1,691.00 |
| 03/24/11 | SB | Review citations in motion to dismiss for legal validity, accuracy and proper format. | 4.40<br>195.00/hr | 858.00 |
| 03/24/11 | MXB | Finish drafting section of motion papers. | 0.70<br>290.00/hr | 203.00 |
| 03/24/11 | RP | Review and revise draft of motion (.4); review discovery issues and prepare for meet and confer with plaintiff (1.1); participate in Rule 26(f) conference with plaintiff (.8); revise declaration (1.5). | 3.80<br>445.00/hr | 1,691.00 |
| 03/25/11 | SB | Review citations in motion to dismiss for legal validity, accuracy and proper format (1.6); identify and organize exhibits in support of same (1.0). | 2.60<br>195.00/hr | 507.00 |
| 03/25/11 | CAS | Finalize and file notice of appearance and corporate disclosure statement (.5); telephone conference with R. Penchina regarding case (.2). | 0.70<br>420.00/hr | 294.00 |
| 03/25/11 | RP | Review and revise plaintiff's proposed draft of Rule 26 report (.5); complete draft of declaration in support of motion (.9); review exhibits for inclusion in motion (1.5); review issues relating to case (.4); draft memorandum to client regarding legal issue (.4); analyze | 4.50<br>445.00/hr | 2,002.50 |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP
Re: Journal Publ. v. Hartford Courant

April 1, 2011
Invoice 311
Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | case issues (.8). | | |
| 03/26/11 | RP | Review and revise brief and other motion papers. | 2.50<br>445.00/hr | 1,112.50 |
| 03/27/11 | RP | Draft pre-filing letter to Judge Chatigny in accordance with court's individual rules. | 2.80<br>445.00/hr | 1,246.00 |
| 03/28/11 | SB | Revise and finalize motion to dismiss and correspondence to judge seeking leave to file same (1.0); arrange for service of same upon counsel (.3). | 1.30<br>195.00/hr | 253.50 |
| 03/28/11 | CAS | Review draft correspondence to court regarding pre-motion conference. | 0.20<br>420.00/hr | 84.00 |
| 03/28/11 | RP | Review and revise motion, declaration and brief in support of motion (3.5); revise correspondence to Judge Chatigny (.6); telephone conference with client regarding case status and issues (.5); draft correspondence to R. Weinstein (.4); revise Rule 26(f) report (.4). | 5.40<br>445.00/hr | 2,403.00 |
| 03/29/11 | RP | Correspondence with R. Weinstein regarding motion. | 0.20<br>445.00/hr | 89.00 |
| 03/31/11 | CAS | Draft and file certificate of service for notice of appearance and corporate disclosure statement. | 0.20<br>420.00/hr | 84.00 |
| 03/31/11 | RP | Review court notice regarding filing of motion. | 0.20<br>445.00/hr | 89.00 |
| | | **For professional services rendered** | **58.20** | **$21,490.00** |

## Disbursements

| Description | | Amount |
|---|---|---|
| Court Fees | | 27.00 |
| Copyright Office Fee | 03/31/11 | 615.00 |
| **Total Disbursements** | | **$642.00** |
| **Total Amount of this Bill** | | **$22,132.00** |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-077 - RP  
Re: Journal Publ. v. Hartford Courant

April 1, 2011  
Invoice 311  
Page 4

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 38.80 | 445.00 | 17,266.00 |
| Cameron A. Stracher | 1.20 | 420.00 | 504.00 |
| Jennifer P. Burke | 1.30 | 195.00 | 253.50 |
| Scott Bailey | 10.30 | 195.00 | 2,008.50 |
| Matthew E. Kelley | 4.80 | 195.00 | 936.00 |
| Michael Beylkin | 1.80 | 290.00 | 522.00 |
| **Totals** | **58.20** |  | **$21,490.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP  
1050 SEVENTEENTH STREET, N.W.  
SUITE 800  
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605


**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Chicago Tribune
435 N. Michigan Avenue
Chicago, IL 60611

April 1, 2011            Invoice 289    GCS

In Reference To: 00499-079 - Tribune Bankruptcy - Examiner's Report
Client: Tribune Company

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/01/11 | GCS | Revise objection to motions to seal (1.3); exchange email and telephone conferences with A. Brown (local counsel) regarding same (.5); exchange email with clients regarding strategy (.5). | 2.30<br>445.00/hr | 1,023.50 |
| 03/02/11 | GCS | Appear at bankruptcy hearing and present argument. | 4.50<br>445.00/hr | 2,002.50 |
| 03/07/11 | GCS | Attend hearing regarding motions to seal and exchange email with clients regarding same. | 5.00<br>445.00/hr | 2,225.00 |
| | | **For professional services rendered** | **11.80** | **$5,251.00** |
| | | **Total Amount of this Bill** | | **$5,251.00** |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-079 - GCS
Re: Tribune Bankruptcy - Examiner's Report

April 1, 2011
Invoice 289
Page 2

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Gayle C. Sproul | 11.80 | 445.00 | 5,251.00 |
| **Totals** | **11.80** |  | **$5,251.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605


# LEVINE SULLIVAN KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

April 1, 2011                                                                 Invoice  244    SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/03/11 | SDB | Review and revise January monthly fee application. | 0.50 445.00/hr | 222.50 |
| 03/03/11 | SDJ | Finalize January fee application for filing. | 1.20 290.00/hr | 348.00 |
| 03/24/11 | JWB | Revise statements to comply with bankruptcy court filing requirements. | 0.10 445.00/hr | 44.50 |
| 03/24/11 | SDJ | Review invoices for inclusion in seventh monthly fee application. | 0.30 290.00/hr | 87.00 |
| 03/24/11 | SDB | Review and revise invoice for submission to court. | 0.20 445.00/hr | 89.00 |
| 03/25/11 | SDJ | Draft and revise seventh monthly fee application. | 1.10 290.00/hr | 319.00 |
| 03/28/11 | JPB | Review and revise seventh monthly fee application for accuracy. | 0.40 195.00/hr | 78.00 |
| 03/28/11 | SDJ | Review and revise seventh monthly fee application and supporting documents. | 1.00 290.00/hr | 290.00 |
| | | **For professional services rendered** | **4.80** | **$1,478.00** |
| | | **Total Amount of this Bill** | | **$1,478.00** |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-080 - SDB  
Re: Tribune Company - Fee Application-Bankruptcy Retention Issues

April 1, 2011  
Invoice 244  
Page 2

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 0.70 | 445.00 | 311.50 |
| Jay Ward Brown | 0.10 | 445.00 | 44.50 |
| Shaina D. Jones | 3.60 | 290.00 | 1,044.00 |
| Jennifer P. Burke | 0.40 | 195.00 | 78.00 |
| **Totals** | **4.80** |  | **$1,478.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP  
1050 SEVENTEENTH STREET, N.W.  
SUITE 800  
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605