# Attachment A

**FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
JUNE 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 13 years. Admitted 1997. | $710 | 24.10 | $17,111.00 |
| Suresh T. Advani | Partner/ Tax/ 18 years. Admitted 1992. | $800 | 20.80 | $16,640.00 |
| Gerald L. Angst | Partner/ Litigation/ 35 years. Admitted 1975. | $685 | 7.20 | $4,932.00 |
| Larry A. Barden | Partner/ Corporate/ 28 years. Admitted 1982. | $825 | 198.10 | $163,432.50 |
| Susan T. Bart | Partner/ Private Clients, Trusts & Estates/ 25 years. Admitted 1985. | $630 | 1.80 | $1,134.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 33 years. Admitted 1977. | $775 | 444.80 | $344,720.00 |

---

[1] Hourly Billing Rates reflected herein are those rates in effect as of January 1, 2010.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Steven M. Bierman | Partner/ Litigation/ 33 years. Admitted 1977. | $925 | 46.60 | $43,105.00 |
| Donald E. Bingham | Partner/ Banking/ 12 years. Admitted 1998. | $635 | 15.40 | $9,779.00 |
| Kevin F. Blatchford | Partner/ Corporate/ 24 years. Admitted 1986. | $735 | 68.60 | $50,421.00 |
| James N. Cahan | Partner/ Environmental/ 34 years. Admitted 1976. | $625 | 17.10 | $10,687.50 |
| Stephen C. Carlson | Partner/ Litigation 33 years. Admitted 1977. | $735 | 0.90 | $661.50 |
| David W. Carpenter | Partner/ Litigation/ 31 years. Admitted 1979. | $900 | 3.20 | $2,880.00 |
| Paul S. Caruso | Partner/ Bankruptcy/ 14 years. Admitted 1996. | $725 | 8.80 | $6,380.00 |
| Matthew A. Clemente | Partner/ Bankruptcy/ 12 years. Admitted 1998. | $725 | 47.60 | $34,510.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Thomas A. Cole | Partner/ Corporate/ 35 years. Admitted 1975. | $950 | 2.00 | $1,900.00 |
| James F. Conlan | Partner/ Bankruptcy/ 22 years. Admitted 1988. | $950 | 728.20 | $691,790.00 |
| William F. Conlon | Partner/ Litigation/ 40 years. Admitted 1970. | $850 | 2.00 | $1,700.00 |
| Stephen G. Contopulos | Partner/ Litigation/ 38 years. Admitted 1972. | $725 | 21.90 | $15,877.50 |
| James W. Ducayet | Partner/ Litigation/ 14 years. Admitted 1996. | $685 | 495.30 | $338,424.25 |
| Lynn A. Dummett | Partner/ Litigation/ 24 years. Admitted 1986. | $760 | 4.30 | $3,268.00 |
| Steven A. Ellis | Partner/ Litigation/ 16 years. Admitted 1994. | $700 | 2.00 | $1,400.00 |
| Max C. Fischer | Partner/ Employment/ 15 years. Admitted 1995. | $625 | 71.40 | $44,625.00 |

3

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[f] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ronald S. Flagg | Partner/ Litigation/ 29 years. Admitted 1981. | $650 | 19.90 | $12,935.00 |
| Cliff Fonstein | Partner/ Litigation/ 16 years. Admitted 1994. | $775 | 15.80 | $12,245.00 |
| Lawrence R. Fullerton | Partner/ Litigation/ 32 years. Admitted 1978. | $800 | 4.20 | $3,360.00 |
| Brian J. Gold | Partner/ Employment/ 28 years. Admitted 1982. | $725 | 44.40 | $32,190.00 |
| Graeme Harrower | Partner (London)/ Tax/ 22 years. Admitted 1988. | £650 $991.77 | 0.30 | $297.53 |
| Richard W. Havel | Partner/ Bankruptcy/ 38 years. Admitted 1972. | $825 | 0.90 | $742.50 |
| Janet E. Henderson | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $850 | 415.90 | $353,515.00 |
| Scott J. Heyman | Partner/ Tax/ 23 years. Admitted 1987. | $725 | 38.90 | $28,202.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert W. Hirth | Partner/ Litigation/ 31 years. Admitted 1979. | $875 | 0.20 | $175.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 18 years. Admitted 1992. | $685 | 22.50 | $15,412.50 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 11 years. Admitted 1999. | $700 | 293.30 | $205,310.00[2] |
| Richard B. Kapnick | Partner/ Litigation/ 28 years. Admitted 1982. | $735 | 49.10 | $36,088.50 |
| Erin E. Kelly | Partner/ Litigation/ 14 years. Admitted 1996. | $675 | 9.40 | $6,345.00 |
| John P. Kelsh | Partner/ Corporate/ 14 years. Admitted 1996. | $675 | 10.40 | $7,020.00 |
| Colleen M. Kenney | Partner/ Litigation/ 19 years. Admitted 1991. | $660 | 66.20 | $43,692.00 |

[2] Sidley identified a typographical error in the Twentieth Monthly Fee Application for fees incurred by Mr. Kansa in the Plan and Disclosure Statement matter (90795-30500) in the month of August 2010, that resulted in an additional 0.05 hours ($35.00) being billed in error. The total fees requested in this Seventh Quarterly Fee Application reflect the reduction in fees by that amount.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bryan Krakauer | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $925 | 519.10 | $458,522.50 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 19 years. Admitted 1991. | $850 | 473.80 | $386,622.50 |
| Scott R. Lassar | Partner/ Litigation/ 35 years. Admitted 1975. | $850 | 12.00 | $10,200.00 |
| Robert J. Lewis | Partner/ Banking/ 15 years. Admitted 1995. | $650 | 17.70 | $11,505.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 16 years. Admitted 1994. | $650 | 448.00 | $291,200.00 |
| Guy S. Neal | Partner/ Bankruptcy/ 17 years. Admitted 1993. | $750 | 0.20 | $150.00 |
| Michael A. Nemeroff | Partner/ Government Contracts Counseling and Litigation/ 38 years. Admitted 1972. | $735 | 0.20 | $147.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Larry J. Nyhan | Partner/ Bankruptcy/ 30 years. Admitted 1980. | $950 | 11.10 | $10,545.00 |
| Richard J. O'Brien | Partner/ Litigation/ 31 years. Admitted 1979. | $735 | 0.30 | $220.50 |
| Timothy G. Payne | Partner/ Employment and Labor Law/ 17 years. Admitted 1993. | $590 | 0.30 | $177.00 |
| Steven Pitt | Partner (London)/ Dispute Resolution/ 12 years. Admitted 1998. | £550 $842.65 | 3.70 | $3,117.83 |
| Lisa J. Reategui | Partner/ Corporate/ 15 years. Admitted 1995. | $700 | 5.60 | $3,920.00 |
| Courtney A. Rosen | Partner/ Litigation/ 12 years. Admitted 1998. | $630 | 41.10 | $25,893.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 28 years. Admitted 1982. | $735 | 61.00 | $44,835.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John T. Schaff | Partner/ Tax/ 10 years. Admitted 2000. | $600 | 0.80 | $480.00 |
| Mark D. Schneider | Partner/ Communications/ 25 years. Admitted 1985. | $700 | 41.80 | $29,260.00 |
| Eugene A. Schoon | Partner/ Litigation/ 28 years. Admitted 1982. | $685 | 35.40 | $24,249.00 |
| Jeffrey C. Steen | Partner/ Bankruptcy/ 26 years. Admitted 1984. | $850 | 92.30 | $78,455.00 |
| Dennis M. Twomey | Partner/ Bankruptcy/ 10 years. Admitted 2000. | $675 | 150.40 | $101,520.00 |
| Alan M. Unger | Partner/ Litigation/ 31 years. Admitted 1979. | $850 | 54.20 | $46,070.00 |
| Ami N. Wynne | Partner/ Employment/ 10 years. Admitted 2000. | $600 | 5.70 | $3,420.00 |
| James P. Young | Partner/ Litigation/ 17 years. Admitted 1993. | $605 | 28.50 | $17,242.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jay H. Zimbler | Partner/ Tax/ 35 years. Admitted 1975. | $850 | 3.60 | $3,060.00 |
| Deborah L. Cotton | Counsel/ Insurance and Financial Services/ 29 years. Admitted 1981. | $625 | 98.60 | $61,625.00 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 31 years. Admitted 1979. | $675 | 186.40 | $125,820.00 |
| Brett Rowland | Counsel (London)/ Dispute Resolution/ 10 years. Admitted 2000. | £510 $781.37-$824.47 | 5.90 | $4,670.43 |
| Nicholas J. Alexiou | Associate/ Litigation/ 1 year. Admission pending. | $250 | 121.30 | $30,325.00 |
| Sheila Armbrust | Associate/ Litigation/ 1 year. Admitted 2009. | $380 | 42.30 | $16,074.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David F. Bacon | Associate/ Litigation/ 1 year. Admitted 2009. | $425 | 3.90 | $1,657.50 |
| David M. Baron | Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 53.10 | $16,726.50 |
| Megan Nogasky Beer | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 7.70 | $2,733.50 |
| James R. Benjamin | Associate/ Banking/ 2 years. Admitted 2008. | $355 | 0.40 | $142.00 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 4 years. Admitted 2006. | $525 | 195.40 | $102,585.00 |
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $650 | 612.00 | $389,350.00 |
| Zack Buck | Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 1.60 | $504.00 |
| Les Carter | Associate/ Tax/ 1 year. Admitted 2009. | $315 | 1.40 | $441.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Emily A. Caveness | Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 48.10 | $15,151.50 |
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 67.80 | $28,815.00 |
| Christina M. Craige | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $525 | 0.10 | $52.50 |
| Gregory V. Demo | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 250.80 | $106,590.00 |
| Janine Dewsnap | Associate (London)/ Tax/ 3 years. Admitted 2007. | £310 $473 | 1.50 | $709.50 |
| Bret T. Diskin | Associate/ Corporate/ 1 year. Admitted 2009. | $315 | 71.60 | $22,554.00 |
| Jonathan Dorfman | Associate/ Corporate/ 1 year. Admitted 2009. | $315 | 1.30 | $409.50 |
| Jason J. Englund | Associate/ Litigation/ 1 year. Admitted 2009. | $355 | 193.60 | $68,728.00 |

11

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rachel M. Fleischer | Associate/ Employment and Labor Law/ 3 years. Admitted 2007. | $395 | 170.30 | $67,268.50 |
| James A. Fortosis | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 14.40 | $5,112.00 |
| Mary E. Weicher Gaudette | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 134.70 | $57,247.50 |
| Jaclyn Goldis | Associate/ Private Clients, Trusts & Estates/ 5 years. Admitted 2005. | $355 | 7.00 | $2,485.00 |
| Rachel D. Gray | Associate/ Environmental Law/ 5 years. Admitted 2005. | $475 | 32.50 | $15,437.50 |
| Bojan Guzina | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $650 | 3.00 | $1,950.00 |
| Christopher R. Hale | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 3.00 | $1,065.00 |

12

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[P] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jamie E. Haney | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 21.80 | $8,611.00 |
| James R.M. Hemmings | Associate/ Litigation/ 7 years. Admitted 2003. | $515 | 15.80 | $8,137.00 |
| Eric G. Hoffman | Associate/ Litigation/ 6 years. Admitted 2004. | $650 | 7.60 | $4,940.00 |
| Seth H. Katz | Associate/ Corporate/ 8 years. Admitted 2002. | $530 | 1.80 | $954.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 54.50 | $20,437.50 |
| Candice L. Kline | Associate/ Bankruptcy/ 2 year. Admitted 2008. | $425 | 384.10 | $163,242.50 |
| Scott P. Kramer | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 21.40 | $8,453.00 |
| Christopher S. Krueger | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 95.60 | $33,938.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan P. Lagana | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 140.90 | $45,792.50 |
| James P. Langdon | Associate/ Corporate/ 4 years. Admitted 2006. | $430 | 188.20 | $80,926.00 |
| Joseph P. Larson | Associate/ Litigation/ <1 year. Admitted 2010. | $315 | 26.00 | $8,190.00 |
| Meredith Jenkins Laval | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 6.70 | $2,646.50 |
| Sara S. Love | Associate/ Litigation/ 4 years. Admitted 2006. | $465 | 9.60 | $4,464.00 |
| Jillian K. Ludwig | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 427.70 | $203,157.50 |
| Shawn C. Luna | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 8.10 | $3,037.50 |
| Adam McClay | Associate/ Litigation/ < 1 year. Admitted 2010. | $375 | 44.80 | $16,800.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Zachary A. Madonia | Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 17.30 | $5,449.50 |
| Ashley K. Martin | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 29.70 | $10,543.50 |
| Elizabeth Maxeiner | Associate/ Litigation/ 4 years. Admitted 2006. | $430 | 14.80 | $6,364.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 5 years. Admitted 2005. | $560 | 430.20 | $228,116.00 |
| Ryan C. Morris | Associate/ Litigation/ 3 years. Admitted 2007. | $475 | 62.20 | $29,545.00 |
| Brett H. Myrick | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 230.00 | $86,250.00 |
| Ariella Omholt | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 6.00 | $2,130.00 |
| Sandra F. Palmer | Associate/ Litigation/ 7 years. Admitted 2003. | $525 | 73.90 | $38,797.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[F] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tom A. Paskowitz | Associate/ Litigation/ 4 years. Admitted 2006. | $560 | 3.60 | $2,016.00 |
| Jen Peltz | Associate/ Litigation/ 7 years. Admitted 2003. | $515 | 87.10 | $44,856.50 |
| Christopher A. Ripple | Associate/ Litigation/ 1 year. Admitted 2008. | $355 | 42.50 | $15,087.50 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 6 years. Admitted 2004. | $495 | 104.70 | $51,826.50 |
| Jeremy Rosenthal | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $625 | 0.30 | $187.50 |
| Thomas E. Ross | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 92.60 | $30,095.00 |
| Richard Searle | Associate (London)/ Corporate Securities/ 1 year. Admitted 2009. | £390 $611.21-$630.48 | 5.40 | $3,385.33 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brian S. Shull | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 95.90 | $37,880.50 |
| Richard M. Silverman | Associate/ Tax/ 3 years. Admitted 2007. | $395 | 100.90 | $39,855.50 |
| M. Paula Spada | Associate/ Corporate/ 4 years. Admitted 2006. | $430 | 4.80 | $2,064.00 |
| Allison Ross Stromberg | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 274.30 | $116,577.50 |
| Allison Leff Triggs | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 170.00 | $72,250.00 |
| Patrick J. Wackerly | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 306.40 | $121,028.00 |
| Annie C. Wallis | Associate/ Banking/ 4 years. Admitted 2006. | $430 | 0.30 | $129.00 |
| Megan M. Walsh | Associate/ Litigation/ 4 years. Admitted 2006. | $395 | 15.10 | $5,964.50 |
|  |  |  |  |  |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[f] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew Holohan | Staff Attorney Litigation/ 9 years. Admitted 2001. | $245 | 14.40 | $3,528.00 |
| Heather Irwin | Staff Attorney Litigation/ 10 years. Admitted 2000. | $245 | 18.00 | $4,410.00 |
| Roberto Alarcon | Legal Assistant/ Litigation 2 years. | $190 | 5.30 | $1,007.00 |
| Eva Mozena Brandon | Legal Assistant/ Litigation/ < 1 year. | $190 | 11.80 | $2,242.00 |
| Richard Bryan | Legal Assistant/ Litigation 2 years. | $190 | 40.40 | $7,676.00 |
| Zorina De La Cruz | Legal Assistant/ Litigation/ 5 years. | $215 | 22.00 | $4,730.00 |
| Beryl E. Dennis | Legal Assistant/ Litigation/ 25 years. | $290 | 154.70 | $44,863.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 8 years. | $230 | 37.70 | $8,671.00 |
| Minnie H. Lee | Legal Assistant/ Insurance/ 3 years. | $210 | 12.00 | $2,520.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Megan Scholl Lindberg | Legal Assistant/ Litigation/ 5 years. | $190 | 17.00 | $3,230.00 |
| Nancy J. Lusk | Legal Assistant/ Bankruptcy/ 7 years. | $230 | 12.50 | $2,875.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 25 years. | $285 | 142.50 | $40,612.50 |
| Devon Hudson MacWilliam | Legal Assistant/ Litigation/ 6 years. | $215 | 8.30 | $1,784.50 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 8 years. | $225 | 66.70 | $15,007.50 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 14 years. | $245 | 16.60 | $4,067.00 |
| James P. Platt | Senior Legal Assistant/ Litigation/ 8 years. | $200 | 56.30 | $11,260.00 |
| Nebojsa Rebic | Senior Legal Assistant/ Litigation/ 14 years. | $225 | 0.50 | $112.50 |
| Katherine Riley | Legal Assistant/ Litigation/ 10 years. | $275 | 23.50 | $6,462.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[†] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arturo J. Rodriguez | Senior Legal Assistant/ Employment and Labor Law/ 11 years. | $190 | 4.80 | $912.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 113.00 | $21,470.00 |
| Cameron Waldman | Legal Assistant/ Litigation/ 1 year. | $175 | 24.20 | $4,235.00 |
| Mary L. Wiersema | Legal Assistant/ Investment Products/ 28 years. | $245 | 20.50 | $5,022.50 |
| Lupe Fernandez | Project Assistant/ 20 years. | $110 | 14.20 | $1,562.00 |
| Michael J. Fillinger | Librarian/ 4 years. | $125 | 0.30 | $37.50 |
| Eva M. Huber | Librarian/ 17 years. | $100 | 0.40 | $40.00 |
| Teresa Ingram | Librarian/ 23 years. | $100 | 0.30 | $30.00 |
| Marc A. Beltran | Litigation Support/ 2 years. | $265 | 0.80 | $212.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cheryl Gabriel | Litigation Support/ 12 years. | $130 | 0.50 | $65.00 |
| Alex Godofsky | Litigation Support/ < 1 year. | $185 | 7.30 | $1,350.50 |
| Steven Hlynski | Litigation Support/ 6 years. | $210 | 6.60 | $1,386.00 |
| Christopher Keener | Litigation Support/ 2 years. | $265 | 11.80 | $2,315.50 |
| Daniel H. Lang | Litigation Support/ 6 years. | $185 | 1.00 | $185.00 |
| Rene Laurens | Litigation Support/ 4 years. | $265 | 36.20 | $9,593.00 |
| John Meehan | Litigation Support/ 10 years. | $240 | 5.80 | $1,392.00 |
| Karin Nakai | Litigation Support Coordinator/ 20 years. | $265 | 46.70 | $12,375.50 |
| Beth Overholser | Litigation Support/ 5 years. | $210 | 1.00 | $210.00 |
| Daniel Rioja | Litigation Support/ 1 year. | $185 | 1.30 | $240.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[3] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jonah Roth | Litigation Support/ 4 years. | $175 | 6.80 | $1,190.00 |
| JoAnne San Mateo | Litigation Support/ 8 years. | $265 | 1.20 | $318.00 |
| Tanya Shim | Litigation Support/ 10 years. | $210 | 90.00 | $18,900.00 |
| Christopher Stavropoulos | Litigation Support/ 1 year. | $185 | 22.70 | $4,199.50 |
| Justin Tebbe | Litigation Support/ 1 year. | $265 | 18.50 | $4,902.50 |
| William U. Geng | Docket Clerk 24 years. | $105 | 0.30 | $31.50 |
| Robert Singh | Docket/ 20 years. | $105 | 3.30 | $346.50 |
| **Grand Total** | | | **12,282.30** | **$7,081,656.37[3]** |
| **Blended Rate** | | **$576.57** | | |

---

[3] Sidley identified a typographical error in the Twentieth Monthly Fee Application for fees incurred by Mr. Kansa in the Plan and Disclosure Statement matter (90795-30500) in the month of August 2010, that resulted in an additional 0.05 hours ($35.00) being billed in error. The total fees requested in this Seventh Quarterly Fee Application reflect the reduction in fees by that amount.

**COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD
FROM JUNE 1, 2010 THROUGH AUGUST 31, 2010**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 178.00 | $101,164.50 |
| Fee Applications (30390) | 233.60 | $70,472.00 |
| Intellectual Property Matters (30400) | 6.80 | $4,539.59 |
| Executory Contracts and Leases (30410) | 138.50 | $64,953.00 |
| Vendor Matters (30420) | 0.90 | $504.00 |
| Use/Sale/Lease of Assets (30430) | 99.00 | $75,872.50 |
| DIP Financing/Cash Collateral (30440) | 0.30 | $150.00 |
| Insurance Matters (30450) | 3.20 | $2,502.50 |
| Committee-Related Matters (30460) | 3.80 | $3,185.00 |
| Litigated Matters (30470) | 3986.90 | $2,075,566.00 |
| Travel Time (30480) (with 50% discount) | 158.90 | $59,854.75 |
| Labor Matters (30490) | 8.30 | $5,932.50 |
| Plan and Disclosure Statement (30500) | 4989.90 | $3,312,620.50 |
| Professional Retention (30510) | 71.70 | $39,317.50 |
| Tax Matters (30520) | 203.30 | $109,206.53 |
| Claims Processing (30530) | 366.70 | $195,120.50 |
| Business Operations (30550) | 299.20 | $131,767.50 |
| Case Administration (30560) | 263.40 | $113,314.50 |
| Creditor Communications (30570) | 1.80 | $1,108.00 |
| Employee Matters (30590) | 1210.30 | $678,024.00 |
| 2010 Exit Credit Facility (13700) | 57.80 | $36,481.00 |
| **TOTAL** | **12,282.30** | **$7,081,656.37**[4] |

[4] Sidley identified a typographical error in the Twentieth Monthly Fee Application for fees incurred by Mr. Kansa in the Plan and Disclosure Statement matter (90795-30500) in the month of August 2010, that resulted in an additional 0.05 hours ($35.00) being billed in error. The total fees requested in this Seventh Quarterly Fee Application reflect the reduction in fees by that amount.

## Attachment B

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM
JUNE 1, 2010 THROUGH AUGUST 31, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[1] | | $19,602.49 |
| Document Production | | $2,127.50 |
| Duplicating Charges[2] | | $53,711.43 |
| Court Reporter | | $8,475.90 |
| Document Delivery Services | | $2,896.32 |
| Document Services | | $3,676.18 |
| Filing Fees | | $350.00 |
| Ground Transportation | | $5,938.98 |
| Lexis Research Service | Lexis | $6,638.09 |
| Meals Out-of-Town | | $2,613.52 |
| Meals | | $3,443.87 |
| Messenger Services | | $560.08 |
| Other | | $814.15 |
| Overtime | | $2,162.22 |
| Professional Services/Specialists | | $125,692.61 |
| Search Services | | $5,529.84 |
| Telephone Tolls | | $6,993.97 |
| Travel/Lodging | | $15,479.99 |
| Westlaw Research Service | Westlaw | $43,406.76 |
| | | |
| **Sub-Total** | | **$310,113.90** |
| **Less Waived Amount[3]** | | **($20.00)** |
| **Total** | | **$310,093.90** |

---

[1] Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters.

[2] Sidley's rate for standard copying is $0.10 per page and is in compliance with the rate as required by Local Rule 2016-2(e)(iii).

[3] Sidley agreed to waive $20.00 in expenses sought in the Twentieth Monthly Fee Application at the request of the Office of the United States Trustee. *See* Certification of Counsel at D.I. 7297.