**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | **Hearing Date: May 25, 2011 at 1:00 p.m.** |
| | ) | **Objection Deadline: May 18, 2011 at 4:00 p.m.** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 6, 2011, Timothy P. Knight filed the *Motion of Timothy P. Knight for Leave to File Untimely Proof of Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon the undersigned, so as to actually be received on or before **May 18, 2011 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed and served, a hearing to consider the relief requested in the Motion may be held before the Honorable Kevin J. Carey in the Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, on **May 25, 2011 at 1:00 p.m. (Eastern Time)** at which only those objections made in writing and timely filed and served may be considered.

PLEASE TAKE FURTHER NOTICE that if no objection to the Motion is timely filed in accordance with the above procedures, the Bankruptcy Court may enter an Order granting the relief sought in the Motion without further notice or hearing.

Dated: May 6, 2011

A. M. SACCULLO LEGAL, LLC

 /s/ Anthony M. Saccullo
Anthony M. Saccullo (Bar No. 4141)
Thomas H. Kovach (Bar No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (facsimile)
ams@saccullolegal.com
kovach@saccullolegal.com

and

Michael T. Hannafan, Esquire
Blake T. Hannafan, Esquire
James A. McGuinness, Esquire
HANNAFAN & HANNAFAN, LTD.
One East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-0055
(312) 527-0220 (facsimile)
mth@hannafanlaw.com
bth@hannafanlaw.com
jam@hannafanlaw.com

*Counsel to Timothy P. Knight*