IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors | ) | |

**DECLARATION OF TIMOTHY P. KNIGHT
PURSUANT TO 28 U.S.C. § 1746**

Timothy P. Knight states as follows:

1. I am over 21 years of age; I have personal knowledge of the matters set forth in this Declaration; and I am competent to testify to such matters. If I were called as a witness in this matter, my testimony would be as set forth in this Declaration.

2. I offer this Declaration in support of my motion for leave to file a late claim and in support of my proof of claim against the Estate of Tribune Company and/or of Tribune Publishing Company, a subsidiary of Tribune Company (collectively, "Tribune").

3. Until approximately July 29, 2008, I was the President, CEO, publisher and an officer and director of Newsday, a subsidiary of Tribune.

4. I am a defendant in Adversary Proceedings now pending in the United States Bankruptcy Court for the District of Delaware in connection with Tribune's bankruptcy, and captioned as *Official Committee of Unsecured Creditors of Tribune Co. v. Timothy Knight*, Adv. Proc. No. 10-55957 (KJC) and *Official Committee of Unsecured Creditors of Tribune Co. v. FitzSimons et al.*, Adv. Proc. No. 10-54010 (KJC) (together, the "Lawsuits").

5. The Lawsuits assert claims against me arising from my service as the publisher of Newsday, a subsidiary of Tribune.

6. I seek indemnification from Tribune for any judgment entered against me in the Lawsuits, as well as for any costs of defense associated with such Lawsuits.

**A. My Lack Of Knowledge Of Any Possible Claim Against The Debtors Prior to December 2010.**

7. My employment and position as an officer with Newsday ended effective July 29, 2008, when Tribune sold Newsday.

8. I first became aware that Tribune filed for bankruptcy protection in December 2008. Due to Newsday's prior sale, I had no reason to believe that I was subject to liability for any potential claims.

9. At the time I first learned that Tribune filed for bankruptcy, I did not believe that I had any claim against the Tribune or any of its affiliates and I had no intention of suing Tribune.

10. In November 2010, I first learned that I had been sued in connection with the Tribune's bankruptcy. I had no reason to believe that I was subject to any liability in connection with my work for Newsday, and therefore I did not have any reason to believe that I had a claim against Tribune, whether for indemnification or otherwise. In November 2010, I also believed that the Tribune's indemnification obligations remained in force despite the Company's filing for bankruptcy.

I certify under penalty of perjury that the foregoing Declaration is true and correct to the best of my knowledge, information and belief.

Executed on May 4, 2011

_____
TIMOTHY P. KNIGHT