IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| Debtors. | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Aaron L. Hynson, being duly sworn according to law, deposes and says that he is an employee of Delaware Claims Agency, LLC, and that on or before May 6, 2011, he caused a copy of the following document to be served as indicated on the service lists attached hereto as Exhibit A:

- **MOTION OF TIMOTHY P. KNIGHT FOR LEAVE TO FILE UNTIMELY PROOF OF CLAIM** [Docket No. 8841].

AARON L. HYNSON

SWORN TO AND SUBSCRIBED before me this 6th day of May, 2011.

NOTARY PUBLIC

[Notary Seal: JOSEPH L. KING, MY COMMISSION EXPIRES MARCH 14, 2015, NOTARY PUBLIC, STATE OF DELAWARE]