# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors | ) | |

## DECLARATION OF KATHLEEN WALTZ
## PURSUANT TO 28 U.S.C. § 1746

Kathleen Waltz states as follows:

1.      I am over 21 years of age; I have personal knowledge of the matters set forth in this Declaration; and I am competent to testify to such matters.  If I were called as a witness in this matter, my testimony would be as set forth in this Declaration.

2.      I offer this Declaration in support of my motion for leave to file a late claim and in support of my proof of claim against the Estate of Tribune Company and/or of Orlando Sentinel Communications Company, a subsidiary of Tribune Company and/or any of Tribune Company's affiliates.

3.      Until approximately February 14, 2008, I was President, Publisher and CEO of Orlando Sentinel Communications Company.

4.      I am a defendant in Adversary Proceedings now pending in the United States Bankruptcy Court for the District of Delaware in connection with Tribune Company's bankruptcy, and captioned as *Official Committee of Unsecured Creditors of Tribune Co. v. Kathleen M. Waltz*, Adv. Proc. No. 10-55676 (KJC) and *Official Committee of Unsecured Creditors of Tribune Co. v. FitzSimons et al.*, Adv. Proc. No. 10-54010 (KJC) (together, the "Lawsuits").

5.      The Lawsuits assert claims against me arising from my service as a director/officer of Orlando Sentinel Communications Company and/or certain other Tribune Company affiliates.

6.      I seek indemnification from Tribune Company, Orlando Sentinel Communications Company and/or other Tribune Company affiliates for any judgment entered against me in the Lawsuits, as well as for any costs of defense associated with such Lawsuits.

**A.      My Lack Of Knowledge Of Any Possible Claim Against The Debtors Prior to December 2010.**

7.      Effective February 14, 2008, I left my position with Orlando Sentinel Communications Company.

8.      I first became aware that Tribune Company filed for bankruptcy protection in late 2008.

9.      At the time I first learned that Tribune Company filed for bankruptcy, I did not believe that I had any claim against Tribune Company or any of its affiliates, whether for indemnification or otherwise.

10.     In November 2010, I first learned that I had been sued in connection with Tribune Company's bankruptcy.

11.     I did not file a proof of claim prior to the Bar Date because I had no reason to believe that I was subject to any potential liability in connection with my work for Tribune Company, Orlando Sentinel Communications Company, and/or any other Tribune Company affiliate, and therefore did not have any reason to believe I had a claim against Tribune Company or Orlando Sentinel Communications Company or any other Tribune Company affiliate, whether for indemnification or otherwise. I also believed that the Company's and its affiliates' indemnification obligations remained in force despite the Company's filing for bankruptcy.

I certify under penalty of perjury that the foregoing Declaration is true and correct to the best of my knowledge, information and belief.

Executed on May 3, 2011

KATHLEEN WALTZ