IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors | ) | |

**ORDER DEEMING KATHLEEN WALTZ'S
PROOF OF CLAIM TIMELY FILED**

Upon consideration of the *Motion of Kathleen Waltz to Deem Proof of Claim Timely Filed* ("Motion"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and it appearing that due and proper notice of the Motion has been given to all interested parties in this case; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Proof of Claim[1] filed by Kathleen Waltz shall be deemed to have been filed prior to the Bar Date.

Dated: _____, 2011      _____
Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

#4310989

---

[1] Capitalized terms not defined herein shall have the same meaning as defined in the Motion.