**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors | ) | |

## DECLARATION OF DAVID HILLER
## PURSUANT TO 28 U.S.C. § 1746

David Hiller states as follows:

1. I am over 21 years of age; I have personal knowledge of the matters set forth in this Declaration; and I am competent to testify to such matters. If I were called as a witness in this matter, my testimony would be as set forth in this Declaration.

2. I offer this Declaration in support of my motion for leave to file a late claim and in support of my proof of claim against the Estate of Tribune Company and/or of LA Times Communications LLC (Tribune Los Angeles, Inc.), a subsidiary of Tribune Company and/or any of Tribune Company's affiliates.

3. Until approximately July 14, 2008, I was President, Publisher, CEO and Director of LA Times Communications LLC (Tribune Los Angeles, Inc.).

4. I am a defendant in Adversary Proceedings now pending in the United States Bankruptcy Court for the District of Delaware in connection with Tribune Company's bankruptcy, and captioned as *Official Committee of Unsecured Creditors of Tribune Co. v. David Dean Hiller*, Adv. Proc. No. 10-55767 (KJC) and *Official Committee of Unsecured Creditors of Tribune Co. v. FitzSimons et al.*, Adv. Proc. No. 10-54010 (KJC) (together, the "Lawsuits").

5. The Lawsuits assert claims against me arising from my service as a director/officer of certain Tribune Company affiliates.

6. I seek indemnification from Tribune Company and/or its affiliates for any judgment entered against me in the Lawsuits, as well as for any costs of defense associated with such Lawsuits.

### A. My Lack Of Knowledge Of Any Possible Claim Against The Debtors Prior to December 2010.

7. Effective July 14, 2008, I left my position with LA Times Communications LLC (Tribune Los Angeles, Inc.).

8. I first became aware that Tribune Company filed for bankruptcy protection in late 2008.

9. At the time I first learned that Tribune Company filed for bankruptcy, I did not believe that I had any claim against Tribune Company or any of its affiliates, whether for indemnification or otherwise.

10. In November 2010, I first learned that I had been sued in connection with Tribune Company's bankruptcy.

11. I did not file a proof of claim prior to the Bar Date because I had no reason to believe that I was subject to any potential liability in connection with my work for Tribune Company and/or its affiliates, and therefore did not have any reason to believe I had a claim against Tribune Company and/or its affiliates, whether for indemnification or otherwise. I also believed that the Company's and its affiliates' indemnification obligations remained in force despite the Company's filing for bankruptcy.

I certify under penalty of perjury that the foregoing Declaration is true and correct to the best of my knowledge, information and belief.

Executed on May _3_, 2011

_____
DAVID HILLER