IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hearing Date: 5/25/11 at 1:00 p.m. |
| | ) | Objection Deadline: 5/18/11 at 4:00 p.m. |

## NOTICE OF MOTION

TO:   All parties on the attached list

PLEASE TAKE NOTICE that Thomas Leach has today filed the attached *Motion of Thomas Leach to Deem Proof of Claim Timely Filed* ("Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 ("Court").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held at the Court, on **May 25, 2011 at 1:00 p.m.**

PLEASE TAKE FURTHER NOTICE that responses to the Motion, if any, must be filed with the Court on or before **May 18, 2011 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that at the same time you file a response to the Motion, you must also serve a copy of the response upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 6, 2011	CONNOLLY BOVE LODGE & HUTZ LLP

*[signature]*

Jeffery C. Wisler (No. 2795)
Marc J. Phillips (No. 4445)
Kelly M. Conlan (No. 4786)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

OF COUNSEL:

John R. McCambridge
George R. Dougherty
GRIPPO & ELDEN LLC
111 S. Wacker Drive
Chicago, IL 60606
(312) 704-7700  Telephone
(312) 558-1195  Facsimile

#4311884

*Attorneys for Thomas Leach*