## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 6th day of May, 2011, I caused a true and correct copy of the **Motion of Thomas Leach to Deem Proof of Claim Timely Filed** to be served as indicated upon the following counsel and by first class mail on the attached service list.

**BY HAND DELIVERY**

Mark D. Collins, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE  19801

Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman
    & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Center
405 N. King Street
Wilmington, DE  19801

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

John H. Strock, III, Esq.
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19801

Scott G. Wilcox, Esq.
Whiteford Taylor Preston LLC
1220 N. Market Street, Suite 608
Wilmington, DE  19801

Thomas G. Macauley, Esq.
Zuckerman and Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE  19801

Richard W. Riley, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801

David M. Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

_____
Marc J. Phillips

#4311738

| | |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: COREY SMITH BOTT, BRIAN G. ESDERS<br>(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355<br>HEALTH AND WELFARE AND PENSION FUNDS)<br>809 GLENEAGLES COURT, SUITE 320<br>BALTIMORE, MD 21286 | ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: MEGHAN C. HORN, ESQ.<br>(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355<br>HEALTH AND WELFARE FUND AND PENSION FUND)<br>809 GLENEAGLES COURT, SUITE 320<br>TOWSON, MD 21286 |
| ACXIOM CORPORATION<br>ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL<br>301 E. DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY, AR 72033-2000 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.<br>COUNSEL TO AURELIUS (MEDIATION PARTY)<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| ALLISON, SLUTSKY & KENNEDY, PC<br>ANGIE M. COWAN<br>230 W MONROE ST, STE 2600<br>(COUNSEL TO IAM LODGE NO. 126)<br>CHICAGO, IL 60606 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC.<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 |
| ANDREW S. CONWAY, ESQUIRE<br>(COUSNEL TO TAUBMAN LANDLORDS)<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 | ANDREWS KURTH LLP<br>ATTN: PAUL SILVERSTEIN, ESQ.<br>COUNSEL FOR THE AD HOC TRADE COMMITTEE<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| ARCHER & GREINER, PC<br>JOHN V. FIORELLA, ESQ.<br>300 DELAWARE AVE, STE 1370<br>(COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR LEASING CO.)<br>WILMINGTON, DE 19801 | ARKIN KAPLAN RICE LLP<br>HOWARD J. KAPLAN, ESQ.; DEANNA DAVIDIAN, ESQ.<br>590 MADISON AVENUE<br>(COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR LENDERS)<br>NEW YORK, NY 10022 |

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN & KAREN
SKOMORUCHA, ESQS.
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
(COUNSEL TO RICKETTS ACQUISITION LLC AND
CHICAGO BASEBALL HOLDINGS, LLC)
WILMINGTON, DE 19899

ASHBY & GEDDES, PA
WILLIAM P. BOWDEN; AMANDA M. WINFREE
500 DELAWARE AVENUE, 8TH FLOOR
PO BOX 1150
(COUNSEL TO AURELIUS CAPITAL
MANAGEMENT, LP)
WILMINGTON, DE 19899

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
401 NORTH MICHIGAN AVENUE, STE 550
(COUNSEL TO BANC OF AMERICA LEASING &
CAPITAL LLC)
CHICAGO, IL 60611

BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID
T. MAY, ESQ
COUNSEL TO CCI EUROPE A/S
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
(COUNSEL TO MORGAN STANLEY & CO., INC.)
WILMINGTON, DE 19801

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN (MA BBO# 564729)
155 FEDERAL ST, 9TH FL
(COUNSEL TO IRON MOUNTAIN
INFORMATION MGMT INC.)
BOSTON, MA 02110

BAYARD, P.A.
ATTN: JAMIE L. EDMONSON, ESQ.
COUNSEL TO GBH INVESTMENTS, LLC
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19801

BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
(COUNSEL TO: ENTERPRISE GARAGE CORP.)
270 MADISON AVENUE
NEW YORK, NY 10016

BIFFERATO GENTILOTTI LLC
GARVAN F. MCDANIEL, ESQ.
800 N. KING STREET, PLAZA LEVEL
(COUNSEL TO LAW DEBENTURE TRUST COMPANY
OF NEW YORK)
WILMINGTON, DE 19801

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN
COLLINS, ESQS.
(COUNSEL TO: D. NEIL, C. BROWN, H.
WEINSTEIN, W.
ROCHE, JR., M. LEVIN, & J. MAKINEN)
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

BLAKELEY & BLAKELEY LLP
ATTN: JOHNN WHITE, ESQ.
COUNSEL TO GOOGLE INC.
2 PARK PLAZA, SUITE 400
IRVINE, CA 92614

BLANK ROME LLP
ATTN: DAVID W. CARIKHOFF
1201 MARKET ST; STE 800
(COUNSEL TO EGI-TRB)
WILMINGTON, DE 19801

BLOOM HERGOTT DIEMER ROSENTHAL
LAVIOLETTE FELDMAN
& GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA 90212

BRACEWELL & GUILIANI LLP
ATTN: E. FLASCHEN, ESQ; D. CONNOLLY, ESQ; A
ANDREW SCHOULDER, ESQ
COUNSEL-AD HOC COMMITTEE OF STEP ONE SENIOR LENDER
GOODWIN SQUARE
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT 06103-1516

BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD COUNTY
GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

BROWN RUDNICK LLP
ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.
(COUNSEL TO WILMINGTON TRUST COMPANY)
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN STONE NIMEROFF LLC
ATTN. JAMI B. NIMEROFF, ESQ.
(COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS
AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP)
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
(COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 1500
(COUNSEL TO SONY PICTURES TELEVISION)
LOS ANGELES, CA 90017-2457

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
(COUNSEL TO ORACLE USA, INC.)
SAN FRANCISCO, CA 94105-2126

| | |
|---|---|
| CANON USA, INC<br>ATTN RUTH WIENSTEIN<br>1 CANON PLAZA<br>LAKE SUCCESS, NY 11042 | CAPITALSOURCE FINANCE LLC<br>ATTN: JOANNE FUNGAROLI, ESQ.<br>4445 WILLARD AVENUE, 12TH FLOOR<br>CHEVY CHASE, MD 20815 |
| CATHOLIC CHARITIES<br>ATTN: JOSEPH AUGUSTYNIAK<br>1966 GREENSPRING DRIVE, SUITE 200<br>TIMONIUM, MD 21093 | CHADBOURNE & PARKE LLP<br>COUNSEL TO THE UNSECURED CREDITORS'<br>CO ATTN HOWARD SEIFE, DAVID M LEMAY,<br>DOGULAS E.DEUTSCH<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |
| CHRISTINE Z. HERI<br>(COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>230 SOUTH DEARBORN, ROOM 844<br>CHICAGO, IL 60604 | COHEN WEISS & SIMON LLP<br>COUNSEL TO AMERICAN FEDERATION OF TELEVISION &<br>RADIO ARTISTS<br>ATTN BABETTE A CECCOTI<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>(LOCAL COUNSEL FOR THE DEBTORS)<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | COMMONWEALTH OF PENNSYLVANIA, REVENUE, BUREAU OF ACCOUNTS SETTLEMENT THOMAS W. CORBETT, JR., ATTORNEY GENERAL CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL<br>PA I.D. NO. 049219<br>OFFICE OF ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 |
| COOCH & TAYLOR PA<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br>(COUNSEL TO: AMERICAN FEDERATION OF TELEVISION &<br>RADIO ARTISTS)<br>1000 WEST STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 | COTCHETT, PITRE & MCCARTHY<br>ATTN: PHILIP GREGORY, ESQ.<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,<br>& MAKINEN)<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 |

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
(COUNSEL TO TWENTIETH TELEVISION, INC.)
WILMINGTON, DE 19801

CROSS & SIMON LLC
ATTN: CHRISTOPHER P. SIMON, ESQ.
913 NORTH MARKET STREET, 11TH FLOOR
(COUNSEL TO WASHINGTON-BALTIMORRRE NEWSPAPER
GUILD, LOCAL 32035, TNG-CWA)
WILMINGTON, DE 19801

CROSS & SIMON, LLC
JOSEPH GREY, ESQ.
913 NORTH MARKET STREET, ELEVENTH FLOOW
(COUNSEL TO CONSTELLATION NEWENERGY, INC.)
WILMINGTON, DE 19801

CROUDACE & DIETRICH LLP
ATTN. MARK A NITIKMAN, ESQUIRE
4750 VON KARMAN AVENUE
COUNSEL TO BKM 3128 REDHILL, LLC)
NEWPORT BEACH, CA 92660

CROWELL & MORING LLP
ATTN. MICHAEL V. BLUMENTHAL, ESQ.
(COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS
AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10022

DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
(COUNSEL TO THE NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE)
ROCHESTER, NY 14604

DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
(COUNSEL TO JPMORGAN CHASE BANK, N.A.)
NEW YORK, NY 10017

DLA PIPER LLP (US)
JODIE E. BUCHMAN, ESQ.
6225 SMITH AVENUE
(COUNSEL TO CONSTELLATION NEWENERGY, INC.)
BALTIMORE, MD 21209-3600

DUANE MORRIS
ATTN: LAWRENCE J. KOTLER, ESQUIRE
COUNSEL FOR PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. &
SOMMER L. ROSS
(COUNSEL TO SONY PICTURES TELEVISION, INC.)
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801-1659

| | |
|---|---|
| DUANE MORRIS LLP<br>RICHARD W. RILEY; SOMMER L. ROSS<br>2222 DELAWARE AVENUE, SUITE 1600<br>(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION &<br>CANTIGNY FOUNDATION)<br>WILMINGTON, DE 19801-1659 | ECKERT, SEAMANS, CHERIN & MELLOT, LLC<br>ATTN. MARGARET F. ENGLAND, ESQUIRE<br>(COUNSEL TO THE NIELSEN COMPANY)<br>300 DELAWARE AVENUE, SUITE 1210<br>WILMINGTON, DE 19801 |
| EDWARDS ANGELL PALMER & DODGE LLP<br>ATTN: STUART M. BROWN, ESQ.<br>919 N. MARKET ST, STE 1500<br>(COUNSEL TO BARCLAYS BANK PLC)<br>WILMINGTON, DE 19801 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>ATTN: KEITH D. ELKINS, ESQ.<br>1800 CENTURY PARK EAST, 7TH FLOOR<br>(COUNSEL TO LIT FINANCE, LP)<br>LOS ANGELES, CA 90067 |
| ELLIOTT GREENLEAF<br>COUNSEL TO CORESTAFF SERVICES<br>ATTN WILLIAM M KELLEHER<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 | ERVIN COHEN & JESSUP LLP<br>KENNETH MILLER, ESQ.<br>9401 WILSHIRE BLVD, 9TH FLOOR<br>(COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS, LLC)<br>BEVERLY HILLS, CA 90212 |
| FOLEY & LARDNER LLP<br>ATTN: MARY K. BRAZA, ESQ.<br>777 EAST WISCONSIN AVENUE<br>(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO<br>BASEBALL HOLDINGS, LLC)<br>MILWAUKEE, WI 53202-5306 | FOLEY & LARDNER LLP<br>ATTN: MICHAEL J. SMALL, ESQ.<br>321 NORTH CLARK<br>SUITE 2800<br>(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO<br>BASEBALL HOLDINGS, LLC)<br>CHICAGO, IL 60610-4500 |
| FOX ROTHSCHILD LLP<br>ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.<br>(COUNSEL TO: WELLS FARGO BANK, N.A.)<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 | FRANK/GECKER LLP<br>ATTN. JOSEPH D. FRANK<br>(COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.)<br>325 NORTH LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 |

FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
(COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS,
INC., NUCOMM, INC., AND RF CENTRAL, LLC)
101 BILBY ROAD
HACKETTSTOWN, NJ 07840

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ.
(COUNSEL TO MERCER (US) INC.)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
EDWARD A. FRIEEDMAN; WILLIAM P.WEINTRAUB
1633 BROADWAY
(COUNSEL TO AUERLIUS CAPITAL MANAGEMENT, LP)
NEW YORK, NY 10019-6708

FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 AVENUE OF THE STARS, SUITE 1700
(COUNSEL TO ISAKSEN INVESTMENTS, LLC)
LOS ANGELES, CA 90067-4409

FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
(COUNSEL TO COMCAST SPOTLIGHT & COMCAST)
BOSTON, MA 02110

GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
(SAM'S CLUB BRC)
MIAMI, FL 33131-1605

GOHN HANKEY & STICHEL LLP
COUNSEL TO CORESTAFF SERVICES
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
SUITE 201
BALTIMORE, MD 21201

GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.ATTN. BRIAN M. DOUGHERTY
(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST
WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD
MOTOR SERVICE, INC.)
835 MCCLINTOCK DRIVE, SECOND FLOOR
WILLOWBROOK, IL 60527

GREENBERG TRAURIG, LLP
ATTN: DENNIA A. MELORO
COUNSEL TO HAMDON ENTERTAINMENT
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE 19801

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>ATTN: KEVIN P. GARLAND, ESQ.<br>COUNSEL TO HAMDON ENTERTAINMENT<br>2450 COLORADO AVENUE, SUITE 400 E<br>SANTA MONICA, CA 90404 | GREENE RADOVSKY MALONEY SHARE &<br>HENNIGH LLP<br>EDWARD J. TREDINNICK, ESQ.<br>FOUR EMBARCARDERO CENTER,<br>STE 4000<br>(COUNSEL TO CATELLUS DEVELOPMENT CORP.)<br>SAN FRANCISCO, CA 94111 |
| HARRIS CORPORATION<br>ANTHONY DEGLOMINE, III<br>1025 W. NASA BLVD<br>MAIL STOP A-11A<br>MELBOURNE, FL 32919 | HENNIGAN, BENNETT & DORMAN, LLP<br>ATTN: BRUCE BENNETT, JAMES O. JOHNSON<br>AND JOSHUA D. MORSE, ESQS.<br>865 SOUTH FIGUEROA STREET, SUITE 2900<br>(COUNSEL TO VARIOUS PARTIES LISTED IN NOA)<br>LOS ANGELES, CA 90017 |
| HERRICK FEINSTEIN LLP<br>COUNSEL TO CANON USA INC, INTELSAT CORPORATION<br>ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 | HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY<br>2125 E. KATELLA AVE.<br>SUITE 400<br>ANAHEIM, CA 92806 |
| HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD.<br>MAILSTOP 314<br>BOISE, ID 83714-0021 | HOGAN & HARTSON LLP<br>ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS. 875 THIRD AVENUE<br>(COUNSEL TO ABITIBI BOWATER, INC., ABITBICONSOLIDATED SALES CORPORATON AND BOWATER, INC.; DOW JONES & COMPANY)<br>NEW YORK, NY 10022 |
| HOWARD COUNTY OFFICE OF LAW<br>ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR &<br>CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | IBM CORPORATION<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 |

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 |
| J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 | JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>(COUNSEL TO SODEXO, INC.)<br>CHARLOTTE, NC 28233 |
| JENNER & BLOCK LLP<br>ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE,<br>ANDREW W. VAIL<br>330 N. WABASH AVENUE<br>(COUNSEL TO EGI-TRB)<br>CHICAGO, IL 60611-7603 | K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>NEW YORK, NY 10022-6030 |
| K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>PITTSBURGH, PA 15222-2312 | KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>ATTN: DAVID S. ROSNER; ANDREW K. GLENN;<br>SHERON KORPUS<br>1633 BROADWAY<br>(COUNSEL TO LAW DEBENTURE TRUST COMPANY<br>OF NEW YORK)<br>NEW YORK, NY 10019 | KATTEN MUCHIN ROSENMAN LLP<br>JOHN P. SIEGER; ALEXANDER S.<br>VESSELINOVITCH;<br>DANIEL J. POLATSEK; JOSHUA A. GADHARF<br>525 W. MONROE STREET<br>(COUNSEL TO ROBERT R. MCCORMICK<br>FOUNDATION & CANTIGNY FOUNDATION)<br>CHICAGO, IL 60661-3693 |

KAYE SCHOLER LLP
425 PARK AVE
MADLYN GLEICH PRIMOFF, ESQ
(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT)
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ERICK R. WILSON, ESQ.
HOWARD S. STEEL, ESQ.
101 PARK AVENUE
(COUNSEL TO TELEREP, LLC)
NEW YORK, NY 10178

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: KENNETH N. KLEE, ESQ.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.
(COUNSEL TO: EXAMINER-DESIGNATE, KENNETH KLEE, ESQ)
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

KLEHR HARRISON HARVEY BRANZBURG LLP
MICHAEL W. YURKEWICZ, ESQUIRE
919 MARKET STREET, SUITE 1000
(COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP)
WILMINGTON, DE 19801

LANDIS RATH & COBB LLP
COUNSEL FOR THE UNSECURED CREDITORS' COMM
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN)
1330 BROADWAY, SUITE 1800
OAKLAND, CA 94612

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
STE 1600
(COUNSEL TO DALLAS COUNTY)
DALLAS, TX 75201

LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
1225 KING STREET, SUITE 800
(ATTORNEY FOR NAVIGANT CONSULTING, INC)
WILMINGTON, DE 19801

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
(COUNSEL TO ORACLE AMERICA, INC.)
WILMINGTON, DE 19801

MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
680 E. SWEDESFORD ROAD
WAYNE, PA 19087

MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,AMIT K. TREHAN, ESQ., JEAN-MARIE L. ATAMIAN, ESQ.
(COUNSEL TO BARCLAYS)
1675 BROADWAY
NEW YORK, NY 10019

MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
245 PARK AVE, 27TH FL
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)
NEW YORK, NY 10167

MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 N. MARKET STREET, 8TH FL
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)
WILMINGTON, DE 19801

MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS (COUNSEL TO THE NIELSEN COMPANY (US) LLC
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN. ELAIN M. SEID
(COUNSEL TO DIABLO INVESTMENT CO.)
10 ALMADEN BLVD., SUITE 1460
SAN JOSE, CA 95113

MEITES, MULDER, MOLLICA & GLINK
ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,
& MAKINEN)
20 S. CLARK STREET, SUITE 1500
CHICAGO, IL 60603

MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
1000 N. WEST STREET, SUITE 1200
(COUNSEL TO INTELSAT CORPORATION)
WILMINGTON, DE 19801

MICHAEL A. COX, ATTORNEY GENERAL
AND DEBORAH B.WALDMEIR, ASSISTANT
ATTORNEY GENERAL STATE OF MICHIGAN,
DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

MICHAEL SCHLOSS
(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR)
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

MISSOURI DEPARTMENT OF REVENUE
ATTN: SUSAN L. LISSANT
SPECIAL ASSISTANT ATTORNEY GENERAL
GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.
ATTN. RACHEL B. MERSKY, ESQUIRE
(COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA
LIMITED LIABILITY COMPANY)
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

MORGAN, LEWIS & BOCKIUS LLP
ATTN: COLM F. CONNOLLY, ESQ.
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 501
(COUNSEL TO GREATBANC TRUST
COMPANY & NYSCRF)
WILMINGTON, DE 19801

MORGAN, LEWIS & BOCKIUS LLP
CHARLES C. JACKSON
THEODORE M. BECKER
77 WEST WACKER DRIVE
(COUNSEL TO GREATBANC TRUST COMPANY)
CHICAGO, IL 60601-5094

MORGAN, LEWIS & BOCKIUS LLP
MENACHEM O. ZELMANOVITZ, ESQ.
RACHEL JAFFE NAUCERI
101 PARK AVENUE
(COUNSEL TO GREATBANC TRUST
COMPANY & NYSCRF)
NEW YORK, NY 10178-0060

MORGAN, LEWIS & BOCKIUS LLP
RACHEL JAFFE MAUCERI, ESQ.
1701 MARKET STREET
(COUNSEL TO NYSCRF)
PHILADELPHIA, PA 19103-2921

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ.
COUNSEL TO STEP ONE SENIOR LENDERS
1201 NORTH MARKET STREET, 18TH FLOOR
PO BOX 1347
WILMINGTON, DE 19899-1347

MUCH SHELIST DENENBERG AMENT AND
RUBENSTEIN, PC
ATTN: COLLEEN E. MCMANUS
191 NORTH WACKER DRIVE, STE 1800
(COUNSEL TO CF 4242 BRYN MAWR LLC)
CHICAGO, IL 60606

NAVIGANT CONSULTING, INC.
MONICA M. WEED, ESQ.
30 S. WACKER DRIVE, SUITE 3550
CHICAGO, IL 60606

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
ATTN. ROBERT L. COOK, DISTRICT TAX
ATTORNEY
333 EAST WASHINGTON ST., 3RD FLOOR
SYRACUSE, NY 13202

NOLAN, PLUMHOFF & WILLIAMS, CHARTERED
ATTN. ROBERT L. HANLEY, JR. ESQUIRE
(COUNSEL TO ST. JOHN PROPERTIES, INC.)
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MD 21204

OFFICE OF ATTORNEY GENERAL
ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY
ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

OFFICE OF THE UNITED STATES TRUSTEE
DAVID M. KLAUDER, ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19899-0035

O'MELVENY & MYERS LLP
ATTN: B. BUTWIN, D. CANTOR & D.
SHAMAH, ESQS.
TIMES SQUARE TOWER
7 TIMES SQUARE
(COUNSEL TO BANK OF AMERICA, N.A. AND
BANC OF AMERICA SECURITIES LLC)
NEW YORK, NY 10036

O'MELVENY & MYERS LLP
ATTN: EVAN M. JONES, ESQ.
400 SOUTH HOPE STREET
(COUNSEL TO BANK OF AMERICA, N.A. AND BANC
OF AMERICA SECURITIES LLC)
LOS ANGELES, CA 90071

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, TIMOTHY P.
CAIRNS AND MARK M. BILLION, ESQS.
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
(COUNSEL TO CENTERBRIDGE CREDIT
ADVISORS LLC.)
WILMINGTON, DE 19899

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON<br>ATTN: JOSEPH L. CHRISTENSEN<br>500 DELAWARE AVENUE, SUITE 200; PO BOX 32<br>(COUNSEL TO CITICORP NORTH AMERICA, INC. ANDCITIGROUP GLOBAL MARKETS INC.)<br>WILMINGTON, DE 19899-0032 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>CHARLES E. DAVIDOW<br>2001 K. STREET, N.W.<br>(COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.)<br>WASHINGTON, DC 20006-1047 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON<br>ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W.BROWN, LAUREN SHUMEJDA<br>1285 AVENUE OF THE AMERICAS<br>(COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.)<br>NEW YORK, NY 10019-6064 | PENSION BENEFIT GUARANTY CORPORATION<br>ATTN FRANK A ANDERSON, CASSANDRA R BURTON, &KARTAR S KHALSA, ESQ<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 |
| PEPPER HAMILTON LLP<br>ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ.<br>(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER)<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>WILMINGTON, DE 19899-1709 | PEPPER HAMILTON LLP<br>ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>(COUNSEL TO BANK OF AMERICA, N.A. & BANC OF AMERICA SECURITIES LLC)<br>WILMINGTON, DE 19899-1709 |
| PHILLIPS, GOLDMAN & SPENCE, P.A.<br>ATTN: JOHN C. PHILLIPS, ESQ.<br>1200 NORTH BROOM STREET<br>(COUNSEL TO: VALUATION RESEARCH CORPORATION)<br>WILMINGTON, DE 19806 | PINCKNEY, HARRIS & WEIDINGER, LLC<br>ATTN: ADAM HILLER & DONNA HARRIS<br>(COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP)<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801 |
| POTTER ANDERSON & CORROON LLP<br>ATTN: LAURIE SILVERSTEIN, ESQ<br>(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT)<br>HERCULES PLAZA<br>1313 N MARKET ST, PO BOX 951<br>WILMINGTON, DE 19899-0951 | PROSKAUER ROSE LLP<br>ATTN: MARTIN S. ZOHN, ESQ.<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2049 CENTURY PARK EAST, 32ND FLOOR<br>LOS ANGELES, CA 90067 |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, PA<br>ATTN: MARK D. COLLINS, ESQ.<br>920 NORTH KING STREET<br>(COUNSEL TO JPMORGAN CHASE BANK, N.A.)<br>WILMINGTON, DE 19801 | RIDDELL WILLIAMS, P.S.<br>ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO<br>(COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP)<br>1001- 4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154-1192 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC<br>ATTN. FRED B. RINGEL, ESQ.<br>(COUNSEL TO GALLERIA OPERATING COMPANY, LLC)<br>875 THIRD AVENUE, 9TH FL<br>NEW YORK, NY 10022 | ROMERO LAW FIRM<br>MARTHA E. ROMERO, ESQ.<br>BMR PROFESSIONAL BLDG<br>6516 BRIGHT AVENUE<br>(COUNSED TO SECURED CREDITOR COUNTY OF SAN BERNARDINO, CALIFORNIA, A CALIFORNIA TAXING AUTH.)<br>WHITTIER, CA 90601 |
| RUSKIN MASCOU FALTISCHEK, P.C.<br>ATTN: MICHAEL S. AMATO, ESQ.<br>(COUNSEL TO ESTHER RHEIN)<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 | RUSKIN MOSCOU FALTISCHEK, P.C.<br>ATTN. MICHAEL S. AMATO, ESQ.<br>(COUNSEL TO BARRY AND MARIE GOLDENBERG)<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 |
| SAUL EWING LLP<br>ATTN: MARK MINUTI, ESQUIRE<br>(PROPOSED DELAWARE COUNSEL TO: KENNETH N. KLEE,<br>THE EXAMINER-DESIGNATE (THE "EXAMINER")<br>222 DELAWARE AVENUE, SUITE 1200<br>P.O. BOX 1266<br>WILMINGTON, DE 19899 | SCHULTE ROTH & ZABEL LLP<br>LAWRENCE V. GELBER, ESQUIRE<br>ADAM L. HIRSCH, ESQUIRE<br>919 THIRD AVENUE<br>(COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP)<br>NEW YORK, NY 10022 |
| SECURITIES & EXCHANGE COMMISSION<br>15TH & PENNSYLVANIA AVE, N.W.<br>WASHINGTON, DC 20020 | SEITZ, VAN OGTROP & GREEN, P.A.<br>ATTN: R.KARL HILL, ESQ.<br>222 DELAWARE AVENUE, STE 1500<br>PO BOX 68<br>(COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC.,DOW JONES & COMPANY)<br>WILMINGTON, DE 19899 |

SHIPMAN & GOODWIN LLP
ATTN. JULIE A. MANNING, ESQ.
(COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
(COUNSEL TO THE DEBTORS)
ONE SOUTH DEARBORN
CHICAGO, IL 60603

SIDLEY AUSTIN LLP
JAMES F. CONLAN, ESQ.
BRYAN KRAKAUER, ESQ.
ONE SOUTH DEARBORN STREET
(CO-COUNSEL TO DEBTOR)
CHICAGO, IL 60603

SIDLEY AUSTIN LLP
KEVIN T. LANTRY, ESQ.
555 WEST FIFTH STREET
(CO-COUNSEL TO DEBTOR)
LOS ANGELES, CA 90013

SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
COUNSEL TO MARCIA WILLETTE
GUARDIAN TO ZACHARY MITZKOVITZ
1010 N. BANKCROFT PARKWAY, SUITE 22
WILMINGTON, DE 19805

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SIRLIN GALLOGLY & LESSER, P.C.
DANA S. PLON, ESQ.
1529 WALNUT STREET, SUITE 600
(COUNSEL TO UNISYS CORPORATIONI)
PHILADELPHIA, PA 19102

STEMPEL BENNETT CLAMAN & HOCHBERG PC
COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY 10017

STUART MAUE
ATTN: W. ANDREW DALTON
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO 63044

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III
COUNSEL TO WILMINGTON TRUST COMPANY
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

| | |
|---|---|
| SULLIVAN HAZELTINE ALLISON LLC<br>WILLIAM HAZELTINE, ESQ.<br>4 EAST 8TH STREET<br>STE. 400<br>(COUNSEL TO IVAN J. BATES)<br>WILMINGTON, DE 19801 | TEITELBAUM & BASKIN, LLP<br>ATTN: JAY TEITELBAUM<br>3 BARKER AVENUE, THIRD FLOOR<br>(COUNSEL TO H.BERGMANN; R.ERBURU;<br>K.HORN; R.JANSEN<br>W.JOHNSON JR; W.NIESE; R.SCHLOSBERG,<br>III;J.SIMPSON; M.WILLES; E.ZIMBALIST, III)<br>WHITE PLAINS, NY 10601 |
| THE DSF GROUP<br>ALLAN I. MUSCOVITZ, SR. ACCOUNTANT<br>950 WINTER STREET, STE 4300<br>WALTHAM, MA 02451-1486 | THE REIMANN LAW GROUP<br>ATTN. DAVID W. REIMANN, ESQUIRE<br>(ATTORNEYS FOR MAJESTIC REALTY CO.<br>YORBA PARK I,LLC, AND YORBA PARK SUB,<br>LLC)<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 |
| THE SEAPORT GROUP LLC<br>ATTN SCOTT FRIEDBERG<br>360 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10017 | TOOD M. HOEPKER, ESQ.<br>(COUNSEL TO : COP-HANGING MOSS, LLC)<br>POST OFFICE BOX 3311<br>ORLANDO, FL 32802-3311 |
| TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT 06183-4044 | TRESSLER SODERSTORM MALONEY &<br>PRESS, LLP<br>ATTN. JACQUELINE A. CRISWELL<br>(COUNSEL TO FISHER PRINTING, INC.)<br>SEARS TOWER, 22ND FLOOR<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6314 |
| TWENTIETH TELEVISION, INC.<br>ATTN: JODIE REA<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2121 AVENUE OF THE STARS, SUITE 1754<br>LOS ANGELES, CA 90067 | TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>(COUNSEL TO NORTHLAKE PROPERTY, LLC,<br>MIDWESTWAREHOUSE & DISTRIBUTION<br>SYSTEM, INC. AND BEFORD<br>MOTOR SERVICE, INC.)<br>750 SHIPYARD DRIVE, SUITE 400<br>P.O. BOX 2092<br>WILMINGTON, DE 19899-2092 |

| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION<br>555 4TH ST. NW ROOM 6110, P.O. BOX 227<br>WASHINGTON, DC 20044 | UNGARETTI & HARRIS<br>ATTN. GEORGE R. MESIRES, ESQ.<br>(COUNSEL TO KTR SOUTH FLORIDA LLC)<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON<br>CHICAGO, IL 60602 |
| UNISYS CORPORATION<br>ATTN. JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 | UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>PO BOX 875<br>WASHINGTON, DC 20004-0875 |
| UNITED STATES DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ELIZABETH S. GOLDBERG, ESQUIRE<br>(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR,UNITED STATES DEPARTMENT OF LABOR)<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 | US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>PO BOX 2046<br>WILMINGTON, DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>(COUNSEL TO AOL LLC & RELATED ENTITIES; TURNER BROADCASTING SYSTEM INC ET AL)<br>COLUMBUS, OH 43215 | VORYS, SATER, SEYMOUR AND PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>(COUNSEL TO: TURNER BROADCASTING SYSTEM INC ET AL)<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC.<br>ATTN: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L<br>ATTN: DOUGLAS R. GONZALES, ESQUIRE<br>COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH<br>200 EAST BROWARD BOULEVARD, ST. 1900<br>FORT LAUDERDALE, FL 33301 |

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT
GREISSMAN, ESQS.
(COUNSEL TO: WELLS FARGO BANK, N.A.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WILLKIE FARR & GALLAGHER LLP
ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.
(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC)
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: ANDREW GOLDMAN, ESQ.
(COUNSEL TO: ANGELO GORDON & CO.)
399 PARK AVENUE
NEW YORK, NY 10022

WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
(COUNSEL TO: VALUATION RESEARCH CORPORATION)
NEW YORK, NY 10166

YOUNG CONAWAY STARGATT & TAYLOR,
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET, POST OFFICE BOX 391
(COUNSEL TO VARIOUS PARTIES LISTED ON NOA)
WILMINGTON, DE 19899-0391

ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
(SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
WASHINGTON, DC 20036

ZUCKERMAN SPAEDER LLP
THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
919 MARKET STREET, STE 990
(SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
WILMINGTON, DE 19801

ZWERDLKING PAUL KAHN & WOLLY PC
COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,
LOCAL 32035, TNG-CWA
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420

SCOTT WILCOX, ESQ.
WHITEFORD TAYLOR PRESTON LLC
1220 N. MARKET STREET, SUITE 608
WILMINGTON, DE 19801