B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re <u>Tribune Company, et al.,</u> Debtors     Case No. <u>08-13141 (kjc)</u>
                                                            (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Avenue TC Fund, L.P.</u>                        <u>WorldNow</u>
     Name of Transferee                          Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>4313</u>
should be sent:                                       Amount of Claim: <u>$155,982.74</u>
                                                      Date Claim Filed: <u>6/10/2009</u>
399 Park Avenue, 6th Floor                         Amount Transferred: <u>$116,987.06</u>
New York, NY 10022
Attn: David S. Leinwand

Phone: <u>(212) 878-3500</u>                           Phone: (212) 931-1263
Last Four Digits of Acct #: _____             Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ David S. Leinwand</u>                       Date: <u>5/6/2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.