## EVIDENCE OF *PARTIAL* TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**WorldNow** ("Assignor"), having an address of 27-01 Queens Plaza North, Suite 502, Long Island City, NY 11101, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Assignor has unconditionally and irrevocably sold, transferred and assigned to **Avenue TC Fund, L.P.**, its successors and assigns, with offices at 399 Park Avenue, 6th Floor, New York, NY 10022 ("Assignee"), all rights, title and interest in and to the claim of Assignor against **Tribune Company, et al.,** (Claim No.: 4313) in the partial amount of **$116,987.06** (the "Claim") in the United States Bankruptcy Court, District of Delaware, Case No. 08-13141 (jointly administered) (JMP).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the __6TH__ day of May, 2011.

WorldNow

By: _____
Name: GEORGE R FEARON
Title: SECRETARY

**Avenue TC Fund, L.P.**
By: Avenue TC GenPar, LLC,
   its General Partner
By: GL TC Partners, LLC,
   its Managing Member

By: _____
Name: Sonia Gardner
Title:  Member

Exhibit A

--

## EVIDENCE OF *PARTIAL* TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**WorldNow** ("Assignor"), having an address of 27-01 Queens Plaza North, Suite 502, Long Island City, NY 11101, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Assignor has unconditionally and irrevocably sold, transferred and assigned to **Avenue TC Fund, L.P.**, its successors and assigns, with offices at 399 Park Avenue, 6th Floor, New York, NY 10022 ("Assignee"), all rights, title and interest in and to the claim of Assignor against **Tribune Company, et al.,** (Claim No.: 4313) in the partial amount of **$116,987.06** (the "Claim") in the United States Bankruptcy Court, District of Delaware, Case No. 08-13141 (jointly administered) (JMP).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the ____6th____ day of May, 2011.

**WorldNow**

By:_____
Name:
Title:

**Avenue TC Fund, L.P.**
By: Avenue TC GenPar, LLC,
    its General Partner
By: GL TC Partners, LLC,
    its Managing Member

By:_____
Name: Sonia Gardner
Title: Member

Exhibit A

-5-