## **CERTIFICATE OF SERVICE**

I, Alan M. Root, hereby certify that on May 9, 2011, I caused copies of the following documents to be served on the parties listed on the attached service list in the manner indicated.

**REPLY OF SAM ZELL IN SUPPORT OF MOTION FOR CLARIFICATION THAT LEAVE IS NOT NECESSARY, OR IN THE ALTERNATIVE, FOR LEAVE, TO SERVE HIS MOTION FOR RELIEF UNDER RULE 9011**

                                                               */s/ Alan M. Root*
                                                                  Alan M. Root (DE 5427)

## SERVICE LIST

Counsel to the Debtors:

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, PA
500 Delaware Avenue
Suite 1410
Wilmington DE 19801
E-mail: npernick@coleschotz.com
Kstickles@coleschotz.com
preilley@coleschotz.com
*(Hand & E-mail)*

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Kevin T. Lantry, Esquire
Sidley Austin LLP
One South Dearborn
Chicago IL 60603
Phone: (312) 853-6890
Fax: (312) 853-7036
E-mail: jconlan@sidley.com
bkrakauer@sidley.com
klantry@sidley.com
*(First Class Mail & E-mail)*

John D. Shugrue
Lana J. Raines
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Phone: (312) 207-1000
Fax: (312) 207-6400
E-mail: jshugrue@reedsmith.com
lraines@reedsmith.com
*(First Class Mail & E-mail)*

Counsel to the Official Committee of Unsecured Creditors:

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington DE 19801
Phone: (302) 467-4410
Fax: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
*(Hand & E-mail)*

Howard Seife, Esquire
David M. LeMay, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York NY 10112
E-mail: hseife@chadbourne.com
dlemay@chadbourne.com
*(First Class Mail & E-mail)*

Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW
Washington DC 20036-5802
E-mail: gbush@zuckerman.com
jsottile@zuckerman.com
*(First Class Mail & E-mail)*