# EXHIBIT D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.,* | Cases No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors. | |
| THE OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF TRIBUNE COMPANY, *et al.,* | |
| Plaintiff,<br><br>v. | Adversary Proceeding No. 10-54010 (KJC) |
| DENNIS J. FITZSIMONS, *et al.,*<br>Defendants. | |

## PROTECTIVE ORDER

Upon the motion (the "Motion") of the Official Committee of Unsecured Creditors (the "Committee") of Tribune Company and its various debtor-subsidiaries for entry of a protective order relating to the subpoena issued by the Aurelius Plaintiff Group[1] seeking Tribune Company shareholder information, and for good cause shown, the Court hereby enters the following order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure made applicable by Rule 9014 and Rule 7026 of the Federal Rules of Bankruptcy Procedure to govern disclosure of information and documents in connection with Tribune Company shareholder information sought in connection with the above-captioned bankruptcy proceedings.

It is hereby ORDERED that:

1.    The Motion is GRANTED.

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

{698.001-W0014512.2}

2.      The Committee is authorized to produce the subpoenaed information to counsel to the Aurelius Plaintiff Group, and counsel to any other requesting party[2] that specifically is authorized by the Court to receive such subpoenaed information (the "Requesting Party"); provided, however, that the Requesting Party acknowledges its consent to be bound by the terms of the Confidentiality Agreements by executing and returning to counsel to the Committee a copy of a document in substantially the same form as the attachment to Exhibit A of the Confidentiality Agreements.

3.      The Court shall retain jurisdiction to interpret or enforce this Order.


Dated: _____, 2011
       Wilmington, Delaware        _____
                                   The Honorable Kevin J. Carey
                                   Chief United States Bankruptcy Judge

---

[2] The Committee has also received a request from counsel for the Retiree Claimants for the same information sought by the Aurelius Plaintiff Group.  It is the burden of any additional Requesting Party to obtain authorization from the Court to receive the information subject to the Confidentiality Agreements.

{698.001-W0014512.2}