IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Cases No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.*, | |
| | Adversary Proceeding No. 10-54010 (KJC) |
| Plaintiff,<br>v. | |
| | **Hearing Date: May 17, 2011 at 10:00 a.m. (EDT)**<br>**Objection Deadline: May 16, 2011 at 5:00 p.m. (EDT)** |
| DENNIS J. FITZSIMONS, *et al.*, | |
| Defendants. | Ref. No. 8866 and Adv. No. 113 |

## NOTICE OF MOTION

TO:  The United States Trustee; the Debtors; counsel to the Debtors; counsel to Aurelius Capital Management, LP; counsel to the TM Retirees; Subpoenaed Parties (as defined in the Motion) and all entities that have filed a request for service of pleadings in these cases.

On May 9, 2011, the Official Committee of Unsecured Creditors (the "Committee") filed the ***Motion of the Official Committee of Unsecured Creditors for Protective Order*** (the "Motion") [Docket No. 8866 and Adv. Docket No. 113]. You were previously served with a copy of the Motion.

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **MAY 16, 2011 AT 5:00 P.M. (EDT)**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 5:00 p.m. on MAY 16, 2011 (EDT)**

A HEARING ON THE MOTION WILL BE HELD ON **MAY 17, 2011 AT 10:00 A.M. (EDT)** BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

{698.001-W0014570.}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 10, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Official Committee of Unsecured Creditors*

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
Thomas G. Macauley
**ZUCKERMAN SPAEDER LLP**
1800 M Street, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Special Counsel to the Official Committee of Unsecured Creditors*