# **EXHIBIT A**

CHI-1801246v1

# JONES DAY

| | | | |
|---|---|---|---|
| 03/01/11 | K M FENTON | 0.50 | 400.00 |

Review information for antitrust analysis.

| | | | |
|---|---|---|---|
| 03/01/11 | R C THOMAS | 1.90 | 1,092.50 |

Review documents in data room (.50); and communicate with client regarding same (.50); review background documents regarding advertising and circulation (.90).

| | | | |
|---|---|---|---|
| 03/02/11 | K M FENTON | 1.00 | 800.00 |

Conference call with Thomas to discuss draft asset purchase agreement (.60); review course of conduct and noncompete provisions (.40).

| | | | |
|---|---|---|---|
| 03/02/11 | R C THOMAS | 1.60 | 920.00 |

Review documents in data room and communicate with client regarding same (.20); review background documents regarding advertising and circulation (.60); analyze draft asset purchase agreement (.20); and communicate with Fenton regarding same (.60).

| | | | |
|---|---|---|---|
| 03/03/11 | K M FENTON | 1.30 | 1,040.00 |

Conference call with Sidley & Austin regarding antitrust provisions (.30); draft summary of second request process and costs (.50); conference call with client regarding HR integration planning (.50).

| | | | |
|---|---|---|---|
| 03/03/11 | R C THOMAS | 1.40 | 805.00 |

Review documents in data room and communicate with client regarding same (.50); review background documents regarding advertising and circulation (.50); communicate with client regarding media spend by category (.40).

| | | | |
|---|---|---|---|
| 03/04/11 | R C THOMAS | 2.20 | 1,265.00 |

Review background documents regarding advertising and circulation (2.00); review documents in data room and communicate with client regarding same (.20).

| | | | |
|---|---|---|---|
| 03/05/11 | K M FENTON | 0.50 | 400.00 |

Review revised asset purchase agreement.

| | | | |
|---|---|---|---|
| 03/06/11 | R C THOMAS | 0.20 | 115.00 |

Review documents in data room and communicate with client regarding same.

| | | | |
|---|---|---|---|
| 03/07/11 | K M FENTON | 0.50 | 400.00 |

Conference call with client regarding integration planning issues and assemble samples of guidelines regarding same.

| | | | |
|---|---|---|---|
| 03/07/11 | R C THOMAS | 1.60 | 920.00 |

Review documents regarding advertising and circulation.

| | | | |
|---|---|---|---|
| 03/08/11 | K M FENTON | 1.00 | 800.00 |

Review revised bid letter (.20); review draft of agreement, and open access issues list (.40); participate in conference call with client regarding same (.40).

| | | | |
|---|---|---|---|
| 03/08/11 | R C THOMAS | 0.20 | 115.00 |

Review documents in data room and communicate with client regarding same.

| | | | |
|---|---|---|---|
| 03/09/11 | R C THOMAS | 1.10 | 632.50 |

Review documents in data room and communicate with client regarding same (.30); review advertising and circulation documents (.80).

| | | | |
|---|---|---|---|
| 03/10/11 | K M FENTON | 0.50 | 400.00 |

Review revised asset purchase agreement, bid letter and related documents.

| | | | |
|---|---|---|---|
| 03/10/11 | R C THOMAS | 1.30 | 747.50 |

Review documents in data room and communicate with client regarding same (.40); review advertising and circulation documents (.90).

| | | | |
|---|---|---|---|
| 03/11/11 | R C THOMAS | 0.70 | 402.50 |

Review documents in data room and communicate with client regarding same (.20); review advertising and circulation documents (.50).

| | | | |
|---|---|---|---|
| 03/12/11 | R C THOMAS | 0.80 | 460.00 |

Review documents in data room and communicate with client regarding same (.30); review advertising and circulation documents (.50).

# JONES DAY

| Confidential Matter | | | Page 2 |
|---|---|---|---|

| 03/13/11 | R C THOMAS | 0.20 | 115.00 |
|---|---|---|---|

Review documents in data room and communicate with client regarding same.

| 03/14/11 | R C THOMAS | 0.90 | 517.50 |
|---|---|---|---|

Review advertising and circulation documents (.40); review correspondence from client regarding media spend by category (.50).

| 03/16/11 | R C THOMAS | 0.70 | 402.50 |
|---|---|---|---|

Review advertising and circulation documents.

| 03/17/11 | R C THOMAS | 0.90 | 517.50 |
|---|---|---|---|

Review documents in data room and communicate with client regarding same (.40); review advertising and circulation documents (.50).

| 03/20/11 | R C THOMAS | 6.80 | 3,910.00 |
|---|---|---|---|

Review documents and prepare antitrust analysis (6.30); communicate with Fenton regarding same (.50).

| 03/21/11 | K M FENTON | 0.80 | 640.00 |
|---|---|---|---|

Prepare for and participate in conference call with client and Thomas regarding status of antitrust analysis.

| 03/21/11 | R C THOMAS | 3.30 | 1,897.50 |
|---|---|---|---|

Prepare for (2.00); and participate in teleconference with client and Fenton regarding antitrust analysis (.80); communicate with client regarding joint operating agreements (.50).

| 03/22/11 | K M FENTON | 0.30 | 240.00 |
|---|---|---|---|

Review Varney (DOJ) speech on newspaper industry.

| 03/22/11 | R C THOMAS | 1.30 | 747.50 |
|---|---|---|---|

Review due diligence documents and communicate with client regarding same (.20); communicate with client regarding joint operating agreements (.40); review and communicate with client regarding recent remarks by Varney (DOJ) (.70).

| 03/23/11 | K M FENTON | 0.50 | 400.00 |
|---|---|---|---|

Conference call with client regarding next steps in antitrust analysis (.20); follow up regarding same (.30).

| 03/23/11 | R C THOMAS | 1.00 | 575.00 |
|---|---|---|---|

Review documents in data room and communicate with client regarding same (.30); communicate with Fenton and client regarding strategy and timing (.70).

| 03/29/11 | R C THOMAS | 0.20 | 115.00 |
|---|---|---|---|

Review documents in data room and communicate with client regarding same.

| **TOTAL** | | **35.20** | **USD** | **21,792.50** |
|---|---|---|---|---|

# JONES DAY

| 03/03/11 | AK SOBCZAK | 0.50 | 125.00 |
|---|---|---|---|

E-mails to and from Shafer regarding revisions to bill (.20); e-mails to and from word processing regarding same (.10); review revisions to bill (.20).

| 03/10/11 | AK SOBCZAK | 1.00 | 250.00 |
|---|---|---|---|

Review and revise cover pages and eighth fee application.

| 03/11/11 | AK SOBCZAK | 1.80 | 450.00 |
|---|---|---|---|

Review January 2011 bill (.30); e-mails to and from Nelson (financial services) regarding same (.20); draft, review and revise eighth fee application cover pages (.80); review and revise eighth fee application (.20); e-mails to and from Shafer regarding same (.10); prepare and scan exhibits for e-filing (.20).

| 03/14/11 | AK SOBCZAK | 3.00 | 750.00 |
|---|---|---|---|

Review and revise February 2011 draft bill (2.70); e-mails to and from Shafer and Thomas regarding same (.20); e-mails with Nelson (financial services) regarding same (.10).

| 03/15/11 | AK SOBCZAK | 1.50 | 375.00 |
|---|---|---|---|

E-mails to and from and phone conferences with Shafer regarding antitrust matter billing procedures (.10); review Erens' and Antitrust group edits to bill narratives (.20); review e-mails to and from Cole Shotz regarding filing of eighth fee application (.20); phone conference with Shafer regarding same (.10); review eighth fee application and update summary pages (.80); e-mails to and from Shafer regarding same (.10).

| 03/16/11 | AK SOBCZAK | 1.60 | 400.00 |
|---|---|---|---|

E-mails to and from Shafer regarding revisions to eighth fee application (.20); e-mail to Nelson (financial services) regarding same (.10); review ninth fee application (.40); office conference with Shafer regarding fee application deadlines and contacts (.40); review e-mail and attachments sent to Proger regarding eighth monthly fee application (.20); update electronic files regarding eighth fee application and related documents (.30).

| 03/18/11 | AK SOBCZAK | 2.00 | 500.00 |
|---|---|---|---|

Review eighth fee application and attachments (.20); review e-mail from Shafer to Cole Shotz regarding filing (.20); review e-mail to fee auditor regarding same (.20); review e-mail to client regarding same (.20); update electronic files and hard copy files (1.00); e-mails to and from Nelson (financial services) regarding February 2011 bill (.20).

| 03/21/11 | AK SOBCZAK | 1.70 | 425.00 |
|---|---|---|---|

Review and revise February 2011 bill (1.60); e-mail to Nelson (financial services) regarding same (.10).

| 03/25/11 | AK SOBCZAK | 2.00 | 500.00 |
|---|---|---|---|

Review and revise February 2011 bill (.70); e-mail to Nelson (financial services) regarding same (.10); review and revise fee application and exhibit pages (1.20).

| 03/28/11 | AK SOBCZAK | 0.50 | 125.00 |
|---|---|---|---|

Review February 2011 bill and e-mail same to Thomas for review for confidential matters.

| 03/29/11 | AK SOBCZAK | 0.60 | 150.00 |
|---|---|---|---|

Review and revise February 2011 fee application (.50); transmit February 2011 bill to Thomas for review (.10).

| 03/30/11 | AK SOBCZAK | 1.20 | 300.00 |
|---|---|---|---|

E-mails to and from Thomas regarding February 2011 bill (.20); telephone conversation with Thomas regarding same (.10); review Thomas' revisions to February 2011 bill (.40); transmit to Nelson (financial services) (.20); review revised bill received from Nelson (.30); transmit fee application and bill to Erens for his review (.20).

| **TOTAL** | | **17.40** | **USD** | **4,350.00** |
|---|---|---|---|---|

# JONES DAY

| 03/10/11 | D B SHAFER | 0.50 | 212.50 |
|---|---|---|---|

Revise eighth monthly fee application.

| 03/11/11 | D B SHAFER | 0.80 | 340.00 |
|---|---|---|---|

Communicate (in firm) with Thomas regarding status of bills to January 2011 monthly fee application (0.30); review and revise January 2011 monthly fee application and exhibits (.40); e-mails to and from Sobczak regarding same (.10).

| 03/14/11 | D B SHAFER | 0.50 | 212.50 |
|---|---|---|---|

Draft ninth monthly fee application (.30); e-mails to and from Sobczak regarding same (.20).

| 03/15/11 | D B SHAFER | 0.60 | 255.00 |
|---|---|---|---|

Revise November 2010 to January 2011 fee application.

| 03/16/11 | D B SHAFER | 1.50 | 637.50 |
|---|---|---|---|

Draft ninth monthly fee application for the period February 1 through February 28, 2011 (1.10); e-mails to and from and office conference with Sobczak regarding same (.40).

| **TOTAL** | | **3.90** | **USD** | **1,657.50** |
|---|---|---|---|---|

# **EXHIBIT B**

# JONES DAY

Tribune Company                                                                                    Page 1

Confidential Matter

## DISBURSEMENT DETAIL - March 31, 2011

| Date | Timekeeper Name | Location | Amount | |
|------|-----------------|----------|--------|---|
| **CONFERENCE CHARGES** | | | | |
| 03/24/11 | R C THOMAS | WAS | 1.29 | |
| | Conference charges 23-Feb-2011 | | | |
| | **Conference Charges Subtotal** | | | **1.29** |
| **LEXIS SEARCH FEES** | | | | |
| 03/21/11 | R C THOMAS | WAS | 29.79 | |
| | Lexis search fees: 03/21/2011 | | | |
| 03/21/11 | R C THOMAS | WAS | 17.88 | |
| | Lexis search fees: 03/21/2011 | | | |
| 03/21/11 | R C THOMAS | WAS | 5.96 | |
| | Lexis search fees: 03/21/2011 | | | |
| | **Lexis search fees Subtotal** | | | **53.63** |
| **LONG DISTANCE CHARGES** | | | | |
| 03/03/11 | K M FENTON | WAS | 9.00 | |
| | Long distance charges 17-Feb-2011 | | | |
| 03/03/11 | K M FENTON | WAS | 15.45 | |
| | Long distance charges client 22-Feb-2011 | | | |
| 03/03/11 | K M FENTON | WAS | 2.40 | |
| | Long distance charges 16-Feb-2011 | | | |
| 03/03/11 | K M FENTON | WAS | 8.10 | |
| | Long distance charges 11-Feb-2011 | | | |
| 03/03/11 | K M FENTON | WAS | 2.70 | |
| | Long distance charges 16-Feb-2011 | | | |
| 03/03/11 | K M FENTON | WAS | 13.95 | |
| | Long distance charges client 23-Feb-2011 | | | |
| 03/04/11 | WAS ACCOUNTING | WAS | 4.80 | |
| | Long distance charges through 03/04/2011 | | | |
| | **Long distance charges Subtotal** | | | **56.40** |
| | **Total** | | **USD** | **111.32** |
| | **Grand Total** | | **USD** | **111.32** |

# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[5] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

1.    I am a partner in the law firm of Jones Day. I make this certification

in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Delaware (the "Local Rules")[6] regarding the

contents of applications for compensation and expenses.

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[6] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

2.        I have read the Tenth Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for the Period from March 1, 2011 through March 31, 2011 (the "Application").

3.        A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.


Dated:  May 11, 2011                         /s/ Phillip A. Proger_____

CHI-1801246v1