IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | : | (Jointly Administered) |
| | : | |
| | : | Hearing Date: 03/22/11 at 10:00 a.m. |
| Debtors. | : | Related to Docket Nos. 8208, 8414, 8443 and 8888 |

## JOINDER TO MAY 11, 2011 LETTER BRIEF REGARDING OBJECTIONS OF CERTAIN CURRENT AND FORMER OFFICERS AND DIRECTORS

Certain former directors and officers of the Debtors[1], by and through their undersigned counsel, hereby join in the letter brief filed on May 11, 2011 regarding *Objections of Certain Current and Former Officers and Directors* [Docket No. 8888].

Dated: May 11, 2011

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

- and -

Michael Dockterman
Jonathan Young
Patrick Frye
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606-1229
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

*Counsel to Mark W. Hianik, John Birmingham, Tom E. Ehlmann, and Peter A. Knapp*

---

[1] Mark W. Hianik, John Birmingham, Tom E. Ehlmann, and Peter A. Knapp.