**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>**Hearing Date: February 18, 2010 at 10:00 a.m.**<br>**Ref. No. 3062** |

**AFFIRMATION OF SERVICE: JOINDER OF TM RETIREES TO THE POST TRIAL BRIEF OF THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO GORDON & CO., L.P., AND JPMORGAN CHASE BANK, N.A. IN SUPPORT OF CONFIRMATION OF THE SECOND AMENDED PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES (AS MODIFIED APRIL 26, 2011)**

Jay Teitelbaum, an attorney duly admitted to practice law in the State of New York and before this Court, hereby affirms under penalty of perjury, that I am not a party to the above captioned action and on May 11, 2011, I caused a copy of the above referenced pleading (ECF Docket No8895) to be served via email upon the following parties:

Goldberg.elizabeth@dol.gov; Gerson.leonard@dol.gov; Heri.christine@dol.gov; Schloss.michael@dol.gov; jellias@brownrudnick.com; gnovod@brownrudnick.com; kbromberg@brownrudnick.com; msiegel@brownrudnick.com; gbush@zuckerman.com; jsottile@zuckerman.com; agoldfarb@zuckerman.com; ahammond@whitecase.com; bfritz@whitecase.com; dhille@whitecase.com; andrew.goldman@wilmerhale.com; Charles.platt@wilmerhale.com; Dawn.wilson@wilmerhale.com; aqureshi@akingump.com; dgolden@akingump.com; djnewman@akingump.com; dzensky@akingump.com; jgoldsmith@akingump.com; mhurley@akingump.com; nchung@akingump.com; sgulati@akingump.com; cdoniak@akingump.com; bcarney@akin.gump.com; Bkrakauer@sidley.com; Ckenney@sidley.com; jconlan@sidley.com; jducayet@sidley.com; jpeltz@sidley.com; dthomas@sidley.com; pwackerly@sidley.com; dcantor@omm.com; dshamah@omm.com; hkaplan@arkin-law.com; jyeh@arkin-law.com; kmayer@mccarter.com; klantry@sidley.com; lsilverstein@potteranderson.com; rmcneill@potteranderson.com; drosner@kasowitz.com; skorpus@kasowitz.com; cmontenegro@kasowitz.com; mstein@kasowitz.com; jjohnston@dl.com; jmester@dl.com; afaccone@mccarter.com; jboccassini@mccarter.com; agordon@paulweiss.com; dbrown@paulweiss.com; emccolm@paulweiss.com; alevy@paulweiss.com; bberens@jonesday.com; dahall@jonesday.com; sbierman@sidley.com; dadler@mccarter.com; Evan.flaschen@bgllp.com; jdrayton@kayescholer.com; jonathan.agudelo@kayescholer.com; jparver@kayescholer.com; mprimoff@kayescholer.com; kstickles@coleschotz.com; lmarvin@jonesday.com; schannej@pepperlaw.com; strattond@pepperlaw.com; Damian.schaible@dpw.com; Elliott.moskowitz@davispolk.com; Michael.russano@davispolk.com; dglazer@davispolk.com;

Donald.bernstein@davispolk.com; Karen.luftglass@davispolk.com;
Charles.jackson@morganlewis.com; tbecker@morganlewis.com; ddavidson@morganlewis.com;
mzelmanovitz@morganlewis.com; dmiles@sidley.com; rflagg@sidley.com; jbendern@sidley.com;
truittb@hbdlawyers.com; rmauceri@morganlewis.com

Dated: May 11, 2011

By:/s/ Jay Teitelbaum