## Appendix A

| Plan | Class | Number Voting | Percent Accepting | Percent Rejecting | Amount Voted | % Amount Accepting | % Amount Rejecting |
|------|-------|--------------|-------------------|-------------------|--------------|---------------------|---------------------|
| DCL | Step One Senior Loans | 390 | 97.69% | 2.31% | $6,257,486,913 | 96.77% | 3.23% |
| Noteholder | Step One Senior Loans | 360 | 0.83% | 99.17% | $6,316,074,686 | 0.32% | 99.68% |
| DCL | Step Two Senior Loans | 63 | 100% | 0% | $2,043,447,524 | 100% | 0% |
| Noteholder | Step Two Senior Loans | 59 | 0% | 100% | $2,036,522,449 | 0% | 100% |
| DCL | Bridge Loans | 29 | 89.66% | 10.34% | $1,523,704,761 | 98.62% | 1.38% |
| Noteholder | Bridge Loans | 29 | 6.90% | 93.10% | $1,523,704,761 | 0.88% | 99.12% |
| DCL | Senior Notes | 383 | 69.19% | 30.81% | $1,102,838,766 | 12.13% | 87.87% |
| Noteholder | Senior Notes | 381 | 73.23% | 26.77% | $1,093,796,233 | 91.74% | 08.26% |
| DCL | Other Parent Claims | 237 | 95.36% | 4.64% | $270,697,577 | 94.71% | 05.29% |
| Noteholder | Other Parent Claims | 254 | 8.27% | 91.73% | $113,952,726 | 8.19% | 91.81% |
| DCL | EGI-TRB Notes | 19 | 0% | 100% | $188,819,593 | 0% | 100% |
| Noteholder | EGI-TRB Notes | 19 | 0% | 100% | $188,819,593 | 0% | 100% |
| DCL | PHONES Notes | 29 | 0% | 100% | $1,166,207,304 | 0% | 100% |
| Noteholder | PHONES Notes | 29 | 100% | 0% | $1,166,207,304 | 100% | 0% |
| DCL | GUC / Guarantor Debtors | 1,367 | 97.73% | 2.27% | $165,411,810 | 99.92% | 0.08% |
| Noteholder | GUC / Guarantor Debtors | 1,110 | 14.59% | 85.41% | $161,833,520 | 0.86% | 99.14% |
| DCL | GUC / Non-Guarantors | 49 | 100% | 0% | $1,569,791 | 100% | 0% |
| Noteholder | GUC / Non-Guarantors | N/A[414] | | | | | |

---

[414] Holders of Other Non-Guarantor Debtor Claims (i.e., general unsecured claims against the Non-Guarantor Debtors) are unimpaired therefore not entitled to vote on the Noteholder Plan.