# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                   ) Chapter 11
In re:                             )
                                   ) Case No.
Tribune Company, et al.,           ) 08-13141 (KJC)
                                   )
   Debtors.                        )
_____) (Jointly Administered)

TRANSCRIPT OF TRIAL PROCEEDINGS
Wilmington, Delaware
Friday, March 18, 2011

Reported by:
BONNIE PRUSZYNSKI, RPR, RMR, CLNR
JOB NO. 36956

1
2
3
4
5
6
7   Friday, March 18, 2011
8   9:30 a.m.
9
10
11  TRANSCRIPT OF TRIAL PROCEEDINGS, before the
12  Honorable Kevin J. Carey held at United States
13  Bankrupty Court, 824 Market Street, Fifth Floor,
14  Wilmington, Delaware, reported by Bonnie
15  Pruszynski, CSR, RPR, RMR, CLNR.
16
17
18
19
20
21
22
23
24
25

1          Tuliano - Cross

2   one of two.

3       A    Yes.

4       Q    And you derived there a -- you show

5   the guideline public company traded method of      03:26

6   $12.78 billion.

7            Do you see that?

8       A    Correct.

9       Q    Now, if you, bearing that in mind,

10  turn to tab three of your report, where you        03:26

11  calculate the effect for the Tribune subsidiaries.

12      A    Yes.

13      Q    Could you just verify for me if we

14  were to use the $12.78 billion number from your

15  traded -- from your comparable company analysis,   03:26

16  and subtract out the legal entity assets, you have

17  $909 million -- we could make it easy by rounding

18  that up to a billion -- we would reduce the 12.78

19  to 11.78, and that would show solvency for the

20  guarantor subsidiaries; is that correct?           03:26

21      A    Yes, that -- by virtue of math,

22  that's correct.

23      Q    Okay. And if we could turn to

24  Exhibit 6 of your report, and do the same for

25  December 20.                                       03:27