IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtor. | ) | **Re: D.I. 8900, 8901** |

## DECLARATION OF SERVICE

I, Kathleen M. Davis, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 N. Market Street, Suite 1300, Wilmington, DE 19801.

3. On the 12th day of May, 2011, I caused copioes of the following documents to be served upon the parties listed on the Service List attached as Exhibit 1 via U.S. Mail, First Class, postage pre-paid:

- *Post Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES* (Docket No. 8900);

- *Motion of Wilmington Trust Company for Authorization to Seal Portions of Its Post-Confirmation Hearing Brief* (Docket No. 8901).

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Date: May 12, 2011 | By: | /s/ *Kathleen M. Davis* |
| Wilmington, Delaware | | Kathleen M. Davis |

# **<u>EXHIBIT 1</u>**