**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-------------------------------------------------------------X
In re                                                                       In Proceedings For A
                                                                                Reorganization Under
    **Tribune Company, et al.**                          Chapter 11
                                                                                Case Number: 08-13141
                         Debtors.                          Jointly Administered
-------------------------------------------------------------X


## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

     PLEASE TAKE NOTICE that Avenue TC Fund, LP hereby withdraws the Notice of Transfer of Claim filed from WorldNow as transferor, to Avenue TC Fund, LP in the amount of $116,987.06.

Respectfully submitted this 12th day of May, 2011.


Avenue TC Fund, LP
399 Park Avenue
6th Floor
New York, New York 10022
Ph: (212) 850-7524
Fax: (212) 878-3545


By:   /s/ David S. Leinwand     
       David S. Leinwand, Esq.