# EXHIBIT A



1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

May 10, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:277313
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

<hr>

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through March 31, 2011.

By Graeme W. Bush
  154.40  hours at  $850.00  per hour          $   131,240.00

By James Sottile
  227.60  hours at  $725.00  per hour          $   165,010.00

By Thomas G. Macauley
  6.80  hours at  $625.00  per hour          $     4,250.00

By Andrew N. Goldfarb
  187.60  hours at  $600.00  per hour          $   112,560.00

By Shawn P. Naunton
  51.00  hours at  $590.00  per hour          $    30,090.00

By P. Andrew Torrez
  77.10  hours at  $585.00  per hour          $    45,103.50

By Laura E. Neish
  12.60  hours at  $540.00  per hour          $     6,804.00

By Andrew Caridas
  144.90  hours at  $340.00  per hour          $    49,266.00

May 10, 2011                                                                                    Page 2

By Scott A. Hanna
    5.00  hours at  $325.00  per hour                                   $        1,625.00

By Kimberly Gainey
    0.90  hours at  $310.00  per hour                                   $          279.00

By Nina J. Falvello
    2.00  hours at  $285.00  per hour                                   $          570.00

By David H. Saffern
    5.50  hours at  $280.00  per hour                                   $        1,540.00

By Benjamin S. Barlow
    46.50  hours at  $270.00  per hour                                  $       12,555.00

By Janet M. Braunstein
    8.00  hours at  $295.00  per hour                                   $        2,360.00

By Lisa Medoro
    40.80  hours at  $265.00  per hour                                  $       10,812.00

By Afton B. Hodge
    18.50  hours at  $200.00  per hour                                  $        3,700.00

By Lam-Anh Ngoc Nguyen
    1.20  hours at  $185.00  per hour                                   $          222.00

By Kimberley Wilson
    12.60  hours at  $175.00  per hour                                  $        2,205.00

By Jeanne Trahan Faubell
    3.20  hours at  $175.00  per hour                                   $          560.00

By S. Ashley O'Neill
    15.50  hours at  $295.00  per hour                                  $        4,572.50

        TOTAL FEES                                   $     585,324.00

        TOTAL EXPENSES                               $           0.00

        TOTAL FEES AND EXPENSES THIS PERIOD          $     585,324.00

May 10, 2011

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0001

James Sottile

| 03/01/11 | 1.50 | Prepare for Goldin, Prager and Beron depositions by review reports and key supporting materials. |
| 03/01/11 | 6.80 | Meeting with J. Goldin, D. Prager and other Goldin Associates personnel to prepare for Goldin and Prager depositions. |
| 03/01/11 | 0.20 | Teleconference with D. Bernstein (Davis Polk) regarding confirmation hearing issues. |
| 03/01/11 | 0.20 | Teleconference with J. Conlan (Sidley) regarding confirmation hearing issues. |
| 03/01/11 | 0.20 | Teleconference with D. Zensky (Akin) regarding confirmation hearing scheduling. |
| 03/01/11 | 0.10 | E-mail to counsel for other plan proponents regarding confirmation hearing scheduling. |
| 03/02/11 | 0.50 | Meeting with D. Bernstein (DPW), B. Bennett (Dewey), J. Conlan (Sidley) and H. Seife (Chadbourne) to prepare for mediation meeting with Judge Gross. |
| 03/02/11 | 1.00 | Mediation meeting with Judge Gross and D. Bernstein (DPW), B. Bennett (Dewey), J. Conlan (Sidley) and H. Seife (Chadbourne). |
| 03/02/11 | 1.50 | Prepare for pre-trial hearing. |
| 03/02/11 | 2.50 | Participate in pre-trial hearing. |
| 03/02/11 | 0.50 | Review outlines of testimony for key witnesses at confirmation hearing. |
| 03/02/11 | 0.70 | Discussions with J. Bendernagel (Sidley) regarding preparation for confirmation hearing. |
| 03/03/11 | 8.40 | Prepare for and defend David Prager deposition. |
| 03/03/11 | 0.40 | Teleconference with D. LeMay and A. Rosenblatt (Chadbourne) regarding amendments to plan of reorganization regarding state law claims and other issues. |
| 03/03/11 | 0.30 | Review draft notice of confirmation hearing and e-mail correspondence with other counsel for DCL and Noteholder Plan Proponents regarding same. |

| 03/03/11 | 0.30 | Teleconference with D. Pauker and S. Preston (Goldin) regarding issues relating to Prager and Goldin depositions. |
| 03/03/11 | 0.40 | Review documents relating to Tribune directors and officers liability insurance for potential use at confirmation hearing. |
| 03/04/11 | 2.80 | Prepare for Beron deposition. |
| 03/04/11 | 3.80 | Draft/edit opening argument. |
| 03/04/11 | 0.30 | Teleconference with B. Bennett (Dewey Lebeouf) regarding strategy for confirmation hearing. |
| 03/04/11 | 0.60 | Meetings with J. Bendernagel (Sidley) regarding opening argument and strategy for confirmation hearing. |
| 03/04/11 | 5.20 | Prepare for and defend Goldin deposition. |
| 03/06/11 | 5.20 | Draft/edit opening argument. |
| 03/06/11 | 0.80 | Review and edit demonstratives for potential use in opening argument. |
| 03/06/11 | 0.70 | Extensive e-mail correspondence with counsel for other plan proponents regarding issues on opening statement and demonstratives. |
| 03/06/11 | 0.30 | Teleconferences with A. Goldfarb and G. Bush regarding issues on opening statement and demonstratives. |
| 03/07/11 | 0.70 | Prepare for opening argument. |
| 03/07/11 | 1.30 | Meeting with counsel for other plan proponents to prepare for confirmation hearing. |
| 03/07/11 | 1.70 | Edit and prepare opening argument. |
| 03/07/11 | 0.80 | Run-through of opening argument with G. Bush and A. Goldfarb (Zuckerman) and T. McCormack and R. Schwinger (Chadbourne). |
| 03/07/11 | 1.80 | Participate in confirmation hearing, give opening for DCL proponents. |
| 03/07/11 | 0.40 | Meeting with counsel for other plan proponents for further planning for confirmation hearing. |
| 03/07/11 | 2.10 | Participate in Bill Salganik prep for direct testimony. |
| 03/08/11 | 9.20 | Prepare for and participate in confirmation hearing. |
| 03/08/11 | 1.30 | Begin preparation for cross of Noteholder experts. |
| 03/09/11 | 8.80 | Prepare for and participate in confirmation hearing. |

| 03/09/11 | 8.80 | Review of Brodsky and Gropper depositions for cross examation issues. |
| 03/10/11 | 7.40 | Prepare for and participate in confirmation hearing. |
| 03/10/11 | 0.50 | Meeting with counsel for other plan proponents regarding evidentiary issues for confirmation hearing. |
| 03/10/11 | 0.80 | Meeting with counsel for other plan proponents to plan for cross examinations and rebuttal. |
| 03/10/11 | 0.40 | Meeting with A. Vail and C. Steege (Jenner) and G. Bush regarding claims against Zell and EGI. |
| 03/10/11 | 0.80 | Further review of Gropper deposition and analysis of issues for cross. |
| 03/10/11 | 1.20 | Review of Beron deposition and identification of issues for cross. |
| 03/11/11 | 0.40 | Teleconference with D. Pauker and S. Preston (Goldin Associates) and A. Goldfarb regarding Beron cross exam and Goldin and Prager rebuttal testimony. |
| 03/11/11 | 1.50 | Prepare for cross examinations of Noteholder witnesses by outlining key points to establish. |
| 03/11/11 | 0.80 | Outline potential rebuttal points. |
| 03/11/11 | 0.50 | Meeting with counsel for plan proponents regarding cross examinations of Noteholder witnesses. |
| 03/11/11 | 6.00 | Prepare for and participate in confirmation hearing. |
| 03/12/11 | 4.50 | Draft Beron cross examination and review key materials relevant to same. |
| 03/12/11 | 0.30 | Teleconference with J. Bendernagel (Sidley) regarding issues for next week of confirmation hearing. |
| 03/12/11 | 0.20 | Teleconference with A. Qureshi (Akin Gump) regarding timing of witnesses for coming week of confirmation hearing. |
| 03/12/11 | 0.50 | Draft/edit witness schedule for coming week of confirmation hearing. |
| 03/13/11 | 4.80 | Draft/edit Beron cross outline and review key materials relevant to cross-examination. |
| 03/13/11 | 0.80 | Extensive e-mail correspondence with counsel for Aurelius and counsel for DCL Plan Proponents regarding video cross-designations. |
| 03/13/11 | 0.20 | Teleconferences with D. Golden (Akin Gump) regarding video cross-designations. |

| 03/13/11 | 0.30 | Teleconferences with T. McCormack regarding issues on video cross-designations. |
| 03/14/11 | 0.40 | Numerous e-mails with counsel for plan proponents regarding same. |
| 03/14/11 | 0.80 | Prepare for confirmation hearing. |
| 03/14/11 | 7.00 | Participate in confirmation hearing. |
| 03/14/11 | 0.80 | Review/analyze revised expert report materials regarding Dr. Beron. |
| 03/14/11 | 3.40 | Draft/edit outline for Beron cross examination. |
| 03/14/11 | 0.70 | Work on video cross-designations. |
| 03/15/11 | 7.00 | Participate in confirmation hearing. |
| 03/15/11 | 0.80 | Further revisions to Beron cross outline. |
| 03/15/11 | 2.90 | Further work to prepare for Beron cross-examination including review of expert reports, review of Examiners report and review of deposition transcript and relevant articles. |
| 03/15/11 | 1.00 | Review e-mail correspondence with Aurelius regarding probability model. |
| 03/15/11 | 0.80 | Outline cross-examination of Dan Gropper. |
| 03/15/11 | 0.30 | Meeting with G. Bush regarding cross-examination of Dan Gropper. |
| 03/16/11 | 2.40 | Prepare for confirmation hearing and cross-examination of Dan Gropper. |
| 03/16/11 | 6.70 | Participate in confirmation hearing. |
| 03/16/11 | 2.10 | Further work on Beron cross outline and preparation for Beron cross. |
| 03/17/11 | 3.70 | Prepare for confirmation hearing and Beron cross-examination. |
| 03/17/11 | 5.80 | Prepare for confirmation hearing and Beron cross-examination. |
| 03/18/11 | 0.40 | Analyze potential rebuttal witnesses. |
| 03/18/11 | 7.50 | Prepare for and participate in confirmation hearing. |
| 03/18/11 | 0.60 | Participate in Steering Committee meeting of counsel for Plan Proponents regarding post-trial briefing and rebuttal case. |

| 03/19/11 | 0.30 | Teleconference with with G. Bush regarding Zell potential Rule 11 motion. |
| 03/19/11 | 0.20 | E-mail correspondence with A. Landis and D. Rath (Landis Rath) and G. Bush regarding extension of stay of litigation. |
| 03/19/11 | 0.30 | Teleconference with A. Landis and D. Rath (Landis Rath) and G. Bush regarding extension of stay of litigation and potential Zell Rule 11 motion. |
| 03/19/11 | 0.50 | Edit motion to extend stay of litigation. |
| 03/19/11 | 1.00 | Teleconference with H. Seife, D. LeMay and A. Rosenblatt (Chadbourne) and W. Smith (Warner Brothers) regarding Noteholders' motion concerning state law constructive fraudulent conveyance claims. |
| 03/21/11 | 0.20 | Teleconference with D. Bradford (Jenner) regarding claims against Zell. |
| 03/21/11 | 0.80 | Analyze Zell assertions regarding legal and factual basis for claims asserted against him. |
| 03/21/11 | 0.60 | Review/analyze pleadings on Aurelius motion regarding state law constructive fraudulent conveyance claims. |
| 03/21/11 | 1.50 | Participate in Creditors Committee call regarding state law constructive fraudulent conveyance claims. |
| 03/21/11 | 1.20 | Review complaints against LBO Lenders and third parties. |
| 03/21/11 | 2.10 | Review/analyze multiple proposed plan amendments from DCL Plan Proponents. |
| 03/22/11 | 0.80 | Prepare for hearing. |
| 03/22/11 | 2.80 | Participate in omnibus hearing. |
| 03/22/11 | 1.20 | Meeting with mediator (Judge Gross) and H. Seife and D. LeMay (Chadbourne). |
| 03/22/11 | 0.30 | Teleconference with B. Bennett (Dewey Lebeouf) regarding strategy for confirmation hearing and mediation discussions. |
| 03/22/11 | 0.40 | Meeting with H. Seife and D. LeMay (Chadbourne) regarding strategy for confirmation hearing. |
| 03/23/11 | 1.20 | Participate in Committee professionals call regarding confirmation hearing and next steps. |
| 03/23/11 | 0.80 | Teleconference with J. Bendernagel (Sidley) regarding rebuttal case and strategy for confirmation hearing. |
| 03/23/11 | 0.30 | Teleconference with G. Novod (Brown Rudnick) regarding confirmation hearing. |

| | | |
|---|---|---|
| 03/23/11 | 0.30 | Teleconference with T. McCormack, M. Ashley and D. LeMay (Chadbourne) regarding post-trial briefing. |
| 03/23/11 | 2.10 | Review trial testimony and rebuttal expert reports to analyze need for and topics of rebuttal case. |
| 03/24/11 | 0.20 | E-mail correspondence with counsel for DCL proponents regarding same. |
| 03/24/11 | 0.10 | Teleconference with S. Griessman (White & Case) regarding next steps on confirmation process. |
| 03/24/11 | 1.60 | Participate in Creditors Committee telephonic meeting. |
| 03/24/11 | 1.30 | Participate in Steering Committee call of counsel for DCL proponents regarding rebuttal, post-confirmation briefing and other issues. |
| 03/24/11 | 1.70 | Further review/analysis of confirmation hearing testimony and expert reports to evaluate witnesses and topics for rebuttal case. |
| 03/24/11 | 0.90 | Outline issues to address in post-confirmation brief. |
| 03/24/11 | 0.30 | Draft agenda for Steering Committee call of counsel for DCL proponents regarding rebuttal, post-confirmation briefing and other issues. |
| 03/25/11 | 0.30 | Review/analyze outline of post-confirmation brief. |
| 03/25/11 | 0.40 | Review/analyze proposed revisions to bar order from objection parties and objections. |
| 03/25/11 | 0.60 | Teleconference with E. Moskowitz, E. Vonnegut and M. Russano (Davis Polk) regarding issues on bar order raised by objecting parties. |
| 03/25/11 | 0.30 | Teleconferences with B. Bennett (Dewey Lebeouf) regarding potential DCL plan amendments. |
| 03/25/11 | 0.20 | Teleconference with J. Conlan (Sidley) regarding potential DCL plan amendments. |
| 03/25/11 | 0.20 | Teleconference with D. LeMay (Chadbourne) regarding potential DCL plan amendments. |
| 03/25/11 | 2.10 | Review plan objections and analyze potential DCL plan amendments. |
| 03/28/11 | 3.00 | Teleconference with J. Bendernagel (Sidley) regarding rebuttal case, post-hearing briefing. |
| 03/28/11 | 0.40 | Teleconference with H. Seife and D. LeMay (Chadbourne) regarding proposed plan amendments. |

| 03/28/11 | 0.40 | Review/analyze competing orders on constructive state law fraudulent transfer actions. |
| 03/28/11 | 2.40 | Review key sections of hearing transcript in connection with outlining arguments for post-hearing brief. |
| 03/28/11 | 0.90 | Review third party complaint to identify potential amendments needed. |
| 03/28/11 | 1.40 | Work on analysis of reasonable settlement range in light of confirmation evidence. |
| 03/29/11 | 1.40 | Review exhibits to decide whether to move into evidence. |
| 03/29/11 | 1.70 | Review/analyze amended Noteholder plan. |
| 03/29/11 | 0.80 | Draft/edit outline of post-hearing brief and draft assignments. |
| 03/29/11 | 0.20 | Draft agenda for Steering Committee call of DCL proponent's counsel. |
| 03/29/11 | 0.10 | Participate in telephonic hearing regarding order on state law constructive fraudulent conveyance claims. |
| 03/29/11 | 0.80 | Work on outline of key points to make in rebuttal case. |
| 03/29/11 | 1.70 | Participate in Steering Committee call of DCL proponent's counsel regarding post-hearing briefing, objections, exhibits and other hearing issues. |
| 03/29/11 | 0.20 | Teleconference with N. Chung (Akin) regarding post-hearing briefing. |
| 03/29/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) regarding post-hearing briefing, rebuttal case. |
| 03/30/11 | 1.20 | Begin work on sections of post-hearing brief assigned to Committee. |
| 03/30/11 | 1.80 | Further review of exhibits to evaluate whether to move into evidence. |
| 03/30/11 | 1.80 | Review PHONES plan objection and analyze key issues raised by PHONES. |
| 03/30/11 | 0.30 | Review draft response to Noteholders brief on rebuttal case. |
| 03/30/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) regarding draft response to Noteholders brief on rebuttal case. |
| 03/30/11 | 1.20 | Review sections of Noteholders pre-hearing brief in connection with draft of DCL post-hearing brief. |
| 03/31/11 | 0.20 | Review revised draft of opposition brief regarding rebuttal case. |

| 03/31/11 | 0.20 | Teleconference with M. Siegel (Brown Rudnick) regarding post-hearing briefing. |
| 03/31/11 | 1.50 | Participate in telephonic meeting of Creditors Committee. |
| 03/31/11 | 0.20 | Teleconferences with J. Bendernagel (Sidley) regarding opposition to rebuttal submission. |
| 03/31/11 | 0.40 | Edit rebuttal submission. |
| 03/31/11 | 1.40 | Review draft amended DCL plan. |
| 03/31/11 | 0.40 | Review draft notice to accompany DCL plan amendments. |
| 03/31/11 | 1.30 | Further work on trial exhibits to evaluate which to move into evidence. |
| 03/31/11 | 1.70 | Further work outlining key sections of post-trial brief and identifying supporting evidence. |

Laura E. Neish

| 03/02/11 | 0.60 | Review correspondence regarding depositions, background documents. |
| 03/03/11 | 9.00 | Attend Singh deposition. |
| 03/06/11 | 1.00 | Draft summary of Singh transcript. |
| 03/06/11 | 2.00 | Review Singh deposition transcript. |

Shawn P. Naunton

| 03/01/11 | 1.30 | Draft memos re: Baiera deposition, witness issues. |
| 03/01/11 | 8.70 | Deposition of Gavin Baiera. |
| 03/02/11 | 1.50 | Draft memoranda re: witness issues. |
| 03/02/11 | 6.50 | Review Expert Reports and Rebuttal Reports. Draft memoranda re: witness issues. (1.5) |
| 03/02/11 | 2.00 | Deposition prep. |
| 03/03/11 | 0.50 | Deposition prep. |
| 03/03/11 | 8.00 | Deposition of Ralph Tuliano. |
| 03/03/11 | 3.50 | Review Expert Reports and Rebuttal Reports. |
| 03/04/11 | 1.00 | Draft memorandum re: same. |
| 03/04/11 | 2.00 | Review expert reports. |
| 03/04/11 | 9.00 | Deposition of John Chachas. |
| 03/05/11 | 1.00 | Review Chachas deposition exhibits. |

| 03/05/11 | 6.00 | Draft memoranda re: deposition testimony of fact and expert witnesses and analyzing likely testimony at hearing. |

**P. Andrew Torrez**

| 03/01/11 | 8.40 | Prepare for and attend deposition of Peter Knapp. |
| 03/01/11 | 0.30 | Review e-mail correspondence regarding status of litigation. |
| 03/01/11 | 0.60 | Review filed pretrial memorandum regarding confirmation of plan. |
| 03/01/11 | 0.20 | Conversations with A. Goldfarb regarding upcoming deposition schedule. |
| 03/01/11 | 0.40 | Review deposition summaries. |
| 03/02/11 | 0.70 | Review e-mail correspondence and filed pleadings regarding plan confirmation. |
| 03/03/11 | 1.30 | Review deposition summaries and filed pleadings regarding plan confirmation. |
| 03/04/11 | 0.90 | Review deposition summaries and filed pleadings regarding plan confirmation. |
| 03/04/11 | 0.30 | Review e-mail correspondence regarding plan confirmation and status of litigation. |
| 03/05/11 | 0.40 | Review Shapiro, Baiera, Tuliano, Chachas deposition summaries. |
| 03/07/11 | 0.40 | Review filed pleadings regarding plan confirmation. |
| 03/07/11 | 0.40 | Review deposition summaries regarding plan confirmation. |
| 03/08/11 | 0.80 | Review filed pleadings regarding plan confirmation. |
| 03/09/11 | 0.80 | Review documents and correspondence regarding plan confirmation. |
| 03/11/11 | 1.10 | Review deposition summaries, filed pleadings and e-mail correspondence regarding plan confirmation. |
| 03/14/11 | 0.70 | Review pleadings and e-mail correspondence regarding plan confirmation. |
| 03/16/11 | 0.40 | Review filed pleadings and correspondence regarding assignment of contracts and leases. |
| 03/16/11 | 0.50 | Review transcripts regarding hearing on plan confirmation. |
| 03/21/11 | 0.40 | Conversations with Andrew Goldfarb regarding Bradford Rule 11 letter. |
| 03/21/11 | 3.20 | Review Rule 11 letter and cases cited therein. |

| 03/21/11 | 5.50 | Research and review cases regarding aiding and abetting breach of fiduciary duty as applied to Sam Zell/EGI-TRB in light of Rule 11 letter. |
| 03/22/11 | 10.70 | Research and review cases regarding breach of fiduciary duty as applied to Sam Zell in light of Rule 11 letter. |
| 03/23/11 | 5.60 | Research and review cases regarding piercing corporate veil as applied to Sam Zell/EGI-TRB in light of Rule 11 letter. |
| 03/25/11 | 4.80 | Research and review cases regarding breach of fiduciary duty by third-party offer or where conduct is alleged to be "arm's length". |
| 03/28/11 | 6.40 | Research regarding response to Zell Rule 11 letter and review cases. |
| 03/29/11 | 0.30 | Conversations with Andrew N. Goldfarb regarding Zell Rule 11 letter. |
| 03/29/11 | 6.70 | Draft memorandum regarding response to Zell Rule 11 letter. |
| 03/30/11 | 1.30 | Review Zell Motion for Clarification. |
| 03/30/11 | 0.30 | Conversation with Andrew N. Goldfarb regarding response to Zell Motion for Clarification. |
| 03/30/11 | 4.90 | Draft and revise memorandum regarding response to Zell Rule 11 letter. |
| 03/31/11 | 2.90 | Research regarding nonvoting directors and breach of fiduciary duties. |
| 03/31/11 | 0.20 | Draft e-mail memorandum to Andrew N. Goldfarb regarding findings. |
| 03/31/11 | 0.90 | Review Chandler Trusts Rule 11 response memorandum. |
| 03/31/11 | 4.40 | Draft and revise memorandum regarding response to Zell Rule 11 letter. |

Andrew N. Goldfarb

| 03/01/11 | 0.50 | Review recent filings regarding confirmation discovery and hearing. |
| 03/01/11 | 0.70 | Coordinate execution and filing of stipulation extending expert discovery deadlines for depositions. |
| 03/01/11 | 0.40 | Revise deposition coverage chart. |
| 03/01/11 | 0.20 | Email counsel regarding starting time for Goldin and Prager depositions. |
| 03/01/11 | 0.50 | Review DCL and NPP objections to respective exhibit lists. |

| | | |
|---|---|---|
| 03/01/11 | 0.10 | Email M. Cogen (DPW) regarding Step 1/Step 2 lender issue. |
| 03/01/11 | 0.10 | Email counsel for Credit Suisse USA regarding shareholder discovery. |
| 03/01/11 | 1.50 | Research and analysis of shareholder information to identify large LBO shareholders. |
| 03/01/11 | 0.30 | Email to J. Sottile regarding large shareholder analysis. |
| 03/01/11 | 2.00 | Research Beron to prepare for expert deposition. |
| 03/02/11 | 2.00 | Review and analyze valuation reports and deposition transcriptions in connection with Mandava deposition. |
| 03/02/11 | 2.00 | Review and analyze Beron and Goldin reports in connection with Beron deposition prep. |
| 03/02/11 | 0.90 | Identify and send Goldin materials to Sidley for trial prep. |
| 03/02/11 | 0.30 | Attention to coordination of service project. |
| 03/02/11 | 0.20 | Confer with A. Caridas regarding case/Beron-related research. |
| 03/02/11 | 1.70 | Participate in court hearing telephonically. |
| 03/02/11 | 0.20 | Call with Chadbourne & Parke and LRC regarding trial planning. |
| 03/02/11 | 0.30 | Coordinate deposition coverage and revise schedule for same. |
| 03/02/11 | 0.10 | Send J. Sottile materials in connection with hearing. |
| 03/02/11 | 0.30 | Review Beron article. |
| 03/02/11 | 0.20 | Emails regarding service on Chandler Trusts. |
| 03/02/11 | 0.20 | Emails with experts and opposing counsel regarding deposition start times. |
| 03/02/11 | 0.20 | Email D&P lawyer regarding case status. |
| 03/03/11 | 2.00 | Prepare for Beron deposition. |
| 03/03/11 | 9.00 | Attend Mandava deposition. |
| 03/03/11 | 0.20 | Call with J. Sottile regarding case developments, tasks. |
| 03/04/11 | 2.30 | Review testimony and articles, expert reports and Examiner report. |
| 03/04/11 | 0.30 | Telephonic court hearing. |
| 03/04/11 | 0.30 | Review Brodsky transcript. |
| 03/04/11 | 0.50 | Review draft of J. Sottile's opening statement. |

| 03/04/11 | 2.00 | Review Prager deposition. |
| 03/04/11 | 0.60 | Coordinate logistics for Beron deposition exhibits. |
| 03/04/11 | 0.20 | Email to J. Sottile regarding potential slides for opening. |
| 03/04/11 | 0.50 | Review Black deposition for Beron prep. |
| 03/04/11 | 0.20 | Email G. Bush and J. Sottile regarding Black deposition issues. |
| 03/04/11 | 2.70 | Assist J. Sottile preparation for Beron deposition prepare outline. |
| 03/05/11 | 4.00 | Attend Beron deposition telephonically. |
| 03/05/11 | 0.50 | Draft and revise slides for opening. |
| 03/05/11 | 0.60 | Review and revise draft of opening statement. |
| 03/05/11 | 0.50 | Review Gropper deposition for UCC-related designations. |
| 03/05/11 | 0.20 | Exchange emails with A. Caridas regarding Beron deposition issues. |
| 03/05/11 | 0.10 | Email J. Sottile regarding thoughts on opening statement. |
| 03/06/11 | 5.50 | Review and revise draft slides, including review of Examiner's report for same. |
| 03/06/11 | 0.80 | Confer with Trial Graphix regarding slide prep via numerous emails and calls with Graber and Watkins. |
| 03/06/11 | 0.30 | Confer with G. Bush and J. Sottile regarding opening issues. |
| 03/06/11 | 0.40 | Circulate draft opening demonstratives to DCL and Noteholders groups. |
| 03/07/11 | 1.30 | Revise and finalize slides. |
| 03/07/11 | 0.30 | Prepare for opening statement with Trial Graphix. |
| 03/07/11 | 0.70 | Attend DCL group meeting pre-opening statements. |
| 03/07/11 | 2.50 | Attend Court session, including opening statements. |
| 03/07/11 | 0.70 | Participate in run-through of argument with J. Sottile and G. Bush. |
| 03/07/11 | 0.40 | Review Lazard slides for Kurtz and email Sidley regarding same. |
| 03/07/11 | 0.20 | Email to N. Chung (Akin) regarding changes to slides. |
| 03/08/11 | 8.30 | Confirmation hearing. |
| 03/08/11 | 1.30 | Begin outline for Beron cross. |

| 03/09/11 | 7.00 | Develop outline for Boon cross examination with review of his deposition. |
| 03/09/11 | 0.30 | Confer with J. Sottile regarding Beron cross examination. |
| 03/10/11 | 2.00 | Research on Beron in prep for cross examination. |
| 03/10/11 | 5.80 | Revise and draft cross examination for Beron. |
| 03/10/11 | 0.70 | Confer with A. Caridas regarding Tribune projects. |
| 03/10/11 | 0.50 | Review Carlston deposition and identify designations from same. |
| 03/10/11 | 0.50 | Listen to confirmation telephonically. |
| 03/11/11 | 0.20 | Confer with J. Sottile regarding Beron cross examination prep. |
| 03/11/11 | 0.90 | Review Carlston deposition for designations. |
| 03/11/11 | 0.20 | Email M. Hurley (Akin) regarding Beron publications and additional analyses. |
| 03/11/11 | 0.30 | Meet with G. Bush and A. Caridas regarding research assignment. |
| 03/11/11 | 0.10 | Email to Chadbourne & Parke regarding deposition testimony about Moelis activities. |
| 03/11/11 | 0.60 | Prepare materials for J. Sottile's cross examination. |
| 03/11/11 | 0.50 | Confer with A. Caridas regarding J. Sottile cross examination. |
| 03/11/11 | 1.60 | Research for Beron cross examination regarding alleged credentials. |
| 03/11/11 | 0.20 | Call with Goldin Associates and J. Sottile regarding Beron cross examination prep. |
| 03/11/11 | 0.50 | Email outreach to Trial Graphix to begin prep of demonstratives and materials for Beron cross examination. |
| 03/11/11 | 0.10 | Email to Sidley (D. Miles) regarding deposition designations. |
| 03/11/11 | 0.20 | Attention to Prager deposition errata sheet. |
| 03/11/11 | 0.10 | Email to J. Sottile regarding providing redacted common interest materials to DPW. |
| 03/11/11 | 3.50 | Draft and revise Beron cross examination draft for J. Sottile. |
| 03/12/11 | 1.70 | Revise and draft Beron cross. |
| 03/12/11 | 1.70 | Develop list of demonstratives and slides for Beron cross. |

| 03/12/11 | 0.60 | Call with Trial Graphix. |
| 03/12/11 | 0.30 | Attention to designations issues for Carlston, experts, other witnesses. |
| 03/13/11 | 2.70 | Prepare Carlston counter designations for video and transcript. |
| 03/13/11 | 0.40 | Call with J. Sottile regarding Beron deposition prep. |
| 03/13/11 | 0.20 | Emails with A. Caridas regarding Beron deposition prep. |
| 03/13/11 | 1.30 | Prepare documents for Gropper cross. |
| 03/13/11 | 1.30 | Edit and revise slides for Beron cross. |
| 03/13/11 | 1.00 | Email Trial Graphix regarding revisions to slides. |
| 03/13/11 | 0.30 | Review video clips of witnesses. |
| 03/13/11 | 0.20 | Email documents for Gropper cross to DPW. |
| 03/13/11 | 0.20 | Emails with DPW regarding counter designations. |
| 03/14/11 | 0.50 | Review and revise Carlston video designations. |
| 03/14/11 | 0.30 | Confer with J. Sottile and Chadbourne & Parke regarding video clip designations. |
| 03/14/11 | 3.30 | Review and revise Beron demonstratives. |
| 03/14/11 | 0.30 | Call with DPW regarding Gropper demonstrative. |
| 03/14/11 | 0.20 | Emails with UCC counsel regarding Gropper demonstrative. |
| 03/14/11 | 2.30 | Review and redline draft Beron cross. |
| 03/14/11 | 1.50 | Confer with Trial Graphix regarding Beron demonstratives in person and via email. |
| 03/14/11 | 0.70 | Confer with J. Sottile, G. Bush, and Chadbourne & Parke regarding Beron demonstratives. |
| 03/14/11 | 0.50 | Review and analyze new Beron materials. |
| 03/14/11 | 0.10 | Email to Goldin Associates regarding new Beron materials. |
| 03/15/11 | 1.50 | Review Gropper cross examination exhibits. |
| 03/15/11 | 0.50 | Confer with J. Sottile regarding Gropper cross examination. |
| 03/15/11 | 0.40 | Meeting with G. Bush and J. Sottile regarding Gropper cross examination. |
| 03/15/11 | 1.00 | Meet with Trial Graphix to prepare for Beron cross examination. |

| 03/15/11 | 2.00 | Review Beron cross and prepare for examination presentation. |
|----------|------|---|
| 03/15/11 | 0.40 | Review Beron video clips. |
| 03/15/11 | 1.00 | Coordinate preparation of witness binders for Beron. |
| 03/15/11 | 7.20 | Attend confirmation hearing. |
| 03/15/11 | 0.10 | Prepare Beron-related materials for J. Sottile. |
| 03/16/11 | 1.20 | Prepare exhibits for confirmation hearing cross of Gropper. |
| 03/16/11 | 7.00 | Attend confirmation hearing and assist J. Sottile in cross examination of Gropper. |
| 03/16/11 | 1.00 | Meet with LRC and Zuckerman Spaeder team regarding preparation for Beron cross examination. |
| 03/16/11 | 0.30 | Review and revise draft brief regarding insurance policy payouts. |
| 03/16/11 | 0.40 | Discuss draft brief with Rath and Deutsch. |
| 03/16/11 | 1.00 | Prepare for cross examination of Beron. |
| 03/16/11 | 0.30 | Review NPP confirmation brief. |
| 03/17/11 | 8.00 | Attend hearing and assist J. Sottile with cross examination of Beron at hearing. |
| 03/17/11 | 0.10 | Call with A. Caridas regarding inter companies project. |
| 03/18/11 | 1.30 | Attention to confirmation hearing-related logistics and administration. |
| 03/21/11 | 1.20 | Participate in Committee call. |
| 03/21/11 | 0.20 | Coordinate Zell-related research project with J. Sottile and A. Torrez. |
| 03/21/11 | 0.40 | Review Tribune filings regarding agenda for 3/22 and insurance proceeds issue. |
| 03/21/11 | 0.30 | Review Noteholders' revised deposition designations and review Carlston deposition per revisions. |
| 03/21/11 | 0.50 | Coordinate post-confirmation projects and review confirmation discovery-related invoices. |
| 03/21/11 | 0.30 | Research Illinois law on confidentiality of financial records information. |
| 03/21/11 | 0.50 | Meeting with L. Medoro and A. O'Neill regarding service. |
| 03/22/11 | 2.40 | Continue shareholder discovery follow up calls and emails. |

| 03/22/11 | 3.00 | Attend omnibus hearing telephonically. |
| 03/22/11 | 0.20 | Respond to Sidley question about exhibits used on cross examination with Gropper. |
| 03/22/11 | 0.30 | Attention to confirmation discovery administration and billing issues. |
| 03/23/11 | 0.20 | Email NFS counsel re shareholder discovery. |
| 03/23/11 | 1.00 | Tribune weekly professionals call. |
| 03/23/11 | 0.30 | Review DTCC subpoena and response thereto. |
| 03/23/11 | 0.50 | Confer with LRC re service of motion to extend termination date. |
| 03/23/11 | 0.30 | Email J. Sottile and LRC re recommendation on service. |
| 03/23/11 | 0.20 | Email motion to extend termination date on counsel for Chandler Trusts and Zell Defendants. |
| 03/23/11 | 0.30 | Email D. Rath and T. Macauley re service of complaints under caselaw and local rules. |
| 03/23/11 | 1.50 | Legal research on service of process. |
| 03/23/11 | 2.00 | Legal research on controlling shareholder issues. |
| 03/24/11 | 1.90 | Legal research on controlling shareholder issue. |
| 03/24/11 | 2.10 | Fact research on Chandler Trusts. |
| 03/24/11 | 1.40 | Legal research on international service. |
| 03/24/11 | 0.40 | Emails with T. Macauley regarding international service of complaints. |
| 03/24/11 | 0.50 | Conference with L. Medoro regarding complaint service logistics. |
| 03/24/11 | 0.30 | Attention to confirmation discovery and hearing admin. |
| 03/25/11 | 0.40 | Review draft Black rebuttal testimony outline. |
| 03/25/11 | 0.30 | Email G. Bush and J. Sottile re Black draft rebuttal testimony outline. |
| 03/25/11 | 0.40 | Attention to confirmation discovery-related invoices. |
| 03/25/11 | 0.30 | Review confidentiality agreements regarding shareholder discovery. |
| 03/25/11 | 0.20 | Email J. Sottile and Green (LRC) re analysis of confidentiality restrictions. |
| 03/25/11 | 1.00 | Coordinate service of complaint. |

| 03/25/11 | 0.30 | Review circulated drafts of the revesting order. |
| 03/28/11 | 4.00 | Fact research and draft memo regarding Chandler Trusts. |
| 03/28/11 | 0.50 | Legal research regarding controlling shareholder issue. |
| 03/28/11 | 0.20 | Review draft retesting orders circulated by Noteholders and others. |
| 03/28/11 | 0.20 | Review draft outlines for post-hearing brief. |
| 03/28/11 | 0.20 | Confer with T. Macauley regarding filing of summonses. |
| 03/29/11 | 0.50 | Participate in weekly professionals' call. |
| 03/29/11 | 0.50 | Call regarding service of third party complaint with LRC. |
| 03/29/11 | 0.20 | Call with TSG regarding deposition invoices. |
| 03/29/11 | 0.10 | Call with Dan Loss (DPW) regarding Gropper cross examination exhibits. |
| 03/29/11 | 0.10 | Call to D. Rosenzweig regarding Northern Trust. |
| 03/29/11 | 0.30 | Revise memorandum on Chandler trusts. |
| 03/29/11 | 0.50 | Fact research on Tribune Chandler directors. |
| 03/29/11 | 0.20 | Confer with L. Medoro regarding service of lender complaint. |
| 03/29/11 | 0.30 | Prepare Certificate of Service and review attachments for filing of lender complaint summonses. |
| 03/29/11 | 0.10 | Email T. Macauley regarding service and summons issues. |
| 03/29/11 | 0.20 | Email Weil Gotschal regarding Morgan Stanley subpoena response. |
| 03/29/11 | 0.10 | Call with M. Cogen (DPW) regarding shareholder discovery update. |
| 03/29/11 | 0.20 | Email to M. Cogen regarding JPM recipient of Step 2 proceeds. |
| 03/29/11 | 0.20 | Email to J. Sottile regarding DPW queries regarding Gropper exhibits. |
| 03/29/11 | 0.20 | Begin review of revised Noteholder plan. |
| 03/29/11 | 0.20 | Review deposition invoices, email to TSG regarding same. |
| 03/30/11 | 1.00 | Meeting with A. Caridas regarding shareholder discovery. |
| 03/30/11 | 0.20 | Call with DPW regarding confirmation exhibits. |
| 03/30/11 | 0.20 | Email to J. Sottile regarding confirmation exhibits and DPW call. |

| 03/30/11 | 0.10 | Call from reporter regarding Zell question. |
| 03/30/11 | 0.10 | Email J. Sottile and G. Bush regarding reporter contact. |
| 03/30/11 | 1.00 | Review and analyze Merrill Lynch documents on shareholder distributions at Steps 1 and 2. |
| 03/30/11 | 0.10 | Email LRC and Zuckerman Spaeder colleagues regarding results of ML shareholder analysis. |
| 03/30/11 | 0.20 | Call with S. DiMore regarding Duff & Phelps, including prep for same. |
| 03/30/11 | 0.10 | Review shareholder discovery tracking spreadsheet. |
| 03/31/11 | 0.50 | Review DCL plan of reorganization. |
| 03/31/11 | 0.20 | Confer with A. Torrez regarding research and memoranda on the Zell Rule 11 motion. |
| 03/31/11 | 0.10 | Email DPW regarding admission of certain DCL exhibits to confirmation hearing record. |
| 03/31/11 | 0.10 | Confer with J. Sottile regarding Black rebuttal. |
| 03/31/11 | 0.10 | Email to T. Macauley regarding service project. |
| 03/31/11 | 0.10 | Attention to service of Lender action complaints. |
| 03/31/11 | 1.60 | Draft additional section of memoranda on Chandler defendants. |
| 03/31/11 | 1.40 | Research 3rd Circuit standards on Rule 11/Rule 9011. |

Thomas G. Macauley

| 03/01/11 | 0.30 | Review and edit certification of counsel for stipulation extending expert discovery deadline. |
| 03/01/11 | 0.20 | Review correspondence by other signatories to stipulation. |
| 03/01/11 | 0.30 | Speak and correspond with A. Goldfarb regarding same. |
| 03/01/11 | 0.20 | Speak and correspond with L. Raport regarding same. |
| 03/01/11 | 0.20 | Revise stipulation per Aurelius comment. |
| 03/01/11 | 0.20 | Coordinate with service regarding filing and delivery of papers. |
| 03/02/11 | 0.10 | Review 3/2 amended agenda. |
| 03/02/11 | 0.20 | Review Aurelius motion for leave to commence state-court action. |
| 03/02/11 | 0.20 | Review notes from Kurtz's deposition. |

| 03/03/11 | 0.20 | Review notes on Fischel deposition. |
| 03/03/11 | 0.20 | Review Zell Rule 11 letter. |
| 03/03/11 | 0.30 | Review list of served entities to date and analyze issues regarding filing of summons and certificate of service. |
| 03/03/11 | 0.10 | Review 3/7 confirmation hearing agenda. |
| 03/03/11 | 0.60 | Review certificate of service and rules of service of complaint. |
| 03/04/11 | 0.10 | Review summary of 1st day of Black's deposition. |
| 03/08/11 | 0.10 | Speak with G. Bush regarding confirmation hearing. |
| 03/09/11 | 0.10 | Speak with A. Landis regarding confirmation hearing. |
| 03/09/11 | 0.20 | Review summaries of first two days of hearing. |
| 03/10/11 | 0.10 | Review summary of third day of hearing. |
| 03/11/11 | 0.10 | Review summary of 4th day of hearing. |
| 03/15/11 | 0.10 | Review summary from yesterday's hearing. |
| 03/16/11 | 0.20 | Review summary from yesterday's hearing. |
| 03/16/11 | 0.10 | Speak with C. Schiff at Deitrich regarding complaint status. |
| 03/16/11 | 0.10 | Draft note to A. Goldfarb regarding same. |
| 03/17/11 | 0.10 | Review summary of yesterday's hearing. |
| 03/18/11 | 0.20 | Review summary of yesterday's hearing. |
| 03/21/11 | 0.10 | Review summary of Friday's hearing. |
| 03/21/11 | 0.10 | Exchange notes with A. Goldfarb regarding service of complaint. |
| 03/21/11 | 0.20 | Review Bradford letter and response. |
| 03/22/11 | 0.10 | Review motion to extend stay of litigation. |
| 03/23/11 | 0.40 | Comment on proposed service of domestic and foreign entities. |
| 03/24/11 | 0.70 | Review rules and cases and follow up on comments regarding service of domestic and foreign entities. |
| 03/28/11 | 0.40 | Analyze issues regarding the filing of summonses and certificates of service for all the different defendants. |

Graeme W. Bush

| 03/01/11 | 8.00 | David Kurtz deposition. |

| 03/01/11 | 0.40 | E-mail exchange with litigation parties regarding deposition schedule. |
| 03/01/11 | 0.50 | Conferences with James Bendernagel regarding depositions and hearing. |
| 03/01/11 | 1.00 | Confer with James Sottile regarding developments and strategy for confirmation hearing. |
| 03/01/11 | 0.20 | E-mail James Sottile regarding David Zensky and allocation of trial days. |
| 03/01/11 | 0.20 | Review correspondence from David Bradford regarding Zell claims. |
| 03/01/11 | 0.50 | Review Aurelius motion regarding state fraudulent conveyance suit. |
| 03/02/11 | 0.30 | E-mails with Davis Polk and Andrew Goldfarb regarding depositions for Saturday. |
| 03/02/11 | 8.40 | Daniel Fischel deposition. |
| 03/02/11 | 0.40 | Telephone call with James Sottile regarding hearing and mediation session. |
| 03/02/11 | 0.40 | Review report on David Prager deposition. |
| 03/03/11 | 9.50 | Bernie Black deposition. |
| 03/03/11 | 1.50 | Meeting with Messrs. Goldfarb and Sottile regarding depositions, trial, strategy. |
| 03/03/11 | 0.60 | Draft deposition summary of Bernie Black. |
| 03/03/11 | 0.30 | Review e-mails from litigation parties regarding exhibits and privilege logs. |
| 03/03/11 | 0.50 | Review Craig Yamaoka transcript. |
| 03/04/11 | 3.30 | Bernie Black deposition. |
| 03/04/11 | 0.60 | E-mail exchange with Messrs. Sottile and Goldfarb regarding Bruce Beron deposition. |
| 03/04/11 | 0.30 | Quick review of Bernie Black transcript for Bruce Beron deposition. |
| 03/04/11 | 0.90 | Work on opening. |
| 03/04/11 | 0.20 | Confer with James Bendernagel regarding experts and hearing. |
| 03/05/11 | 0.80 | Prepare for Dennis Prieto deposition. |
| 03/05/11 | 6.50 | Dennis Prieto deposition. |

| 03/05/11 | 0.50 | Bruce Beron deposition. |
| 03/05/11 | 0.30 | Confer with Andrew Caridas regarding deposition reports. |
| 03/05/11 | 0.80 | Review and comment on slides for opening and DCL plan proponents suggestions for same. |
| 03/06/11 | 0.90 | Review and comment on opening and slides for same. |
| 03/07/11 | 2.50 | Prepare for trial with James Sottile. |
| 03/07/11 | 1.50 | Meeting at Richards Layton with DCL Plan proponents regarding trial preparation. |
| 03/07/11 | 2.50 | Confirmation hearing. |
| 03/07/11 | 2.40 | Prepare William Salganik. |
| 03/07/11 | 0.50 | Confer with Messrs. Goldfarb and Sottile regarding trial issues and strategy. |
| 03/07/11 | 0.50 | Review and respond to Bruce Bennett regarding motion to exclude expert. |
| 03/07/11 | 0.70 | Review and comment and edit slides for opening. |
| 03/08/11 | 9.00 | Confirmation trial. |
| 03/08/11 | 0.90 | Review exhibits proffered for next day witnesses. |
| 03/08/11 | 0.70 | Confers with other DCL Plan proponents regarding trial strategy. |
| 03/08/11 | 0.50 | Confer with Andrew Goldfarb regarding trial strategy and issues. |
| 03/08/11 | 0.40 | Review Noteholder motion regarding state fraudulent conveyance claims. |
| 03/09/11 | 1.50 | Confer trial team Chadbourne & Parke and Zuckerman Spaeder. |
| 03/09/11 | 8.50 | Confirmation trial. |
| 03/09/11 | 0.70 | Review expert witness slides. |
| 03/09/11 | 0.80 | Confer regarding trial strategy and witnesses with Messrs. Landis, Rath and Sottile. |
| 03/10/11 | 0.70 | Review proffered exhibits for Noteholder Plan expert. |
| 03/10/11 | 7.00 | Confirmation hearing. |
| 03/10/11 | 0.60 | Meeting with Jenner Block counsel and James Sottile. |
| 03/10/11 | 1.20 | Review expert reports and slides. |

| 03/11/11 | 3.50 | Confirmation trial (by phone). |
|---|---|---|
| 03/11/11 | 0.60 | Conference with with Messrs. Caridas and Goldfarb regarding update on trial and research project. |
| 03/12/11 | 0.80 | Review memoranda to UCC. |
| 03/12/11 | 0.20 | E-mails with James Sottile and plan DCL proponents regarding hearing. |
| 03/13/11 | 0.40 | E-mail exchange with James Sottile and DCL plan counsel regarding video designations. |
| 03/13/11 | 0.20 | Review report on Robert Kirchner deposition. |
| 03/14/11 | 1.10 | Review draft cross examinations and slides. |
| 03/14/11 | 7.00 | Confirmation hearing. |
| 03/14/11 | 1.50 | Meeting with Messrs. Sottile, Goldfarb and Chadbourne & Parke regarding Bruce Beron cross examination. |
| 03/14/11 | 0.60 | Confer with James Sottile regarding cross examination of Bruce Beron. |
| 03/15/11 | 1.20 | Conferences with DCL plan proponents counsel regarding hearing strategy and cross examination of Dan Gropper. |
| 03/15/11 | 0.80 | Review potential cross examination exhibits. |
| 03/15/11 | 8.50 | Confirmation hearing. |
| 03/15/11 | 1.50 | Confer with James Sottile and counsel for plan proponents. |
| 03/16/11 | 0.50 | Confer with James Sottile regarding cross examination of Dan Gropper. |
| 03/16/11 | 7.00 | Confirmation hearing. |
| 03/16/11 | 1.20 | Meeting with Messrs. Sottile, Landis, Rath, Goldfarb and Chadbourne & Parke lawyers regarding preparation for cross examination and next day of hearing. |
| 03/16/11 | 0.40 | Confer with Adam Landis regarding status of case. |
| 03/17/11 | 8.00 | Confirmation hearing. |
| 03/17/11 | 0.90 | Meeting with Messrs. Landis, Rath and with trial team regarding hearing. |
| 03/17/11 | 0.60 | Conferences with Chadbourne & Parke counsel regarding objections to Aurelius motion regarding state fraudulent transfer claims. |
| 03/18/11 | 3.50 | Confirmation hearing. |

| 03/18/11 | 1.00 | Meeting at Richards Layton with DCL proponents regarding trial status and strategy. |
| 03/18/11 | 0.60 | Confer with various DCL counsel regarding rebuttal. |
| 03/18/11 | 0.50 | E-mails regarding and review correspondence from Jenner Block regarding Zell claims. |
| 03/19/11 | 0.40 | Review confirmation trial transcript. |
| 03/19/11 | 0.90 | E-mail exchange with Messrs. Sottile, Goldfarb, Rath and Landis regarding Jenner & Block letter and response. |
| 03/19/11 | 0.10 | Review e-mail and Jenner & Block letter. |
| 03/19/11 | 0.50 | Telephone call with James Sottile regarding confirmation strategy and end of hearing. |
| 03/19/11 | 0.30 | Review objections to Aurelius state-law fraudulent transfer motion and e-mails regarding same. |
| 03/20/11 | 0.60 | E-mails with James Sottile and LRC regarding David Bradford letter and response. |
| 03/20/11 | 0.50 | Telephone conference with Messrs. Sottile, Landis and Rath regarding response to David Bradford letter. |
| 03/21/11 | 0.20 | Confer with James Sottile regarding hearing on Tuesday. |
| 03/21/11 | 0.70 | E-mails with James Sottile and LRC attorneys regarding response to David Bradford letter and motion to extend termination date for stay. |
| 03/21/11 | 0.40 | E-mails with Noteholder plan counsel regarding motion to extend termination date. |
| 03/21/11 | 0.30 | E-mails regarding Rule 11 evaluation. |
| 03/22/11 | 0.30 | E-mails with James Sottile and DCL plan proponents regarding briefing schedule and assignments. |
| 03/22/11 | 0.30 | Confer with Andrew Goldfarb regarding hearing. |
| 03/23/11 | 1.50 | UCC professionals call. |
| 03/23/11 | 0.40 | Telephone call with James Sottile regarding developments on briefing, rebuttal and mediation. |
| 03/24/11 | 0.40 | E-mail with James Sottile and DCL plan proponents regarding Steering Committee issues. |
| 03/25/11 | 0.40 | E-mails with DCL plan proponents regarding briefing issues. |
| 03/25/11 | 0.20 | E-mails with Andrew Goldfarb and LRC regarding shareholder service. |

| 03/27/11 | 0.30 | E-mails and review drafts of the Revesting Order. |
| 03/28/11 | 0.30 | Review e-mails from DCL proponents and attachments regarding briefing outline. |
| 03/29/11 | 0.50 | Review research memorandum regarding Rule 11 issues. |
| 03/29/11 | 0.20 | Review e-mails from James Sottile and Andrew Goldfarb regarding court hearing. |
| 03/29/11 | 0.30 | Review e-mails from DCL proponents regarding steering committee meeting and confirmation issues. |
| 03/30/11 | 0.20 | E-mail with Messrs. Sottile and Goldfarb regarding briefing. |
| 03/30/11 | 0.30 | E-mails with DCL proponents regarding rebuttal hearing. |
| 03/31/11 | 0.40 | E-mails with James Sottile and Plan Proponents regarding DCL amended plan. |
| 03/31/11 | 0.50 | E-mails with DCL proponents regarding steering committee agenda. |

Andrew Caridas

| 03/01/11 | 5.40 | Attend D. Kazan deposition in Chicago. |
| 03/01/11 | 2.80 | Conduct case law research relating to expert discovery. |
| 03/02/11 | 2.30 | Prepare memorandum reflecting review of D. Kazan deposition transcript. |
| 03/02/11 | 5.10 | Prepare for and attend (telephonically) deposition of M. Prak. |
| 03/02/11 | 1.20 | Review documents recently produced by Aurelius, including numerous communications with Chadbourne, Akin, Sidley. |
| 03/03/11 | 4.20 | Prepare for and attend (telephonically) deposition of S. Pratt. |
| 03/03/11 | 1.40 | Review transcript of, and prepare memorandum regarding, deposition of S. Pratt. |
| 03/03/11 | 3.30 | Continue case law research relating to expert report and compose e-mail memorandum re: same. |
| 03/04/11 | 4.80 | Prepare for and attend (telephonically) deposition of M. Rosenstein. |
| 03/04/11 | 4.90 | Review and designate M. Brodsky deposition transcript. |
| 03/04/11 | 2.90 | Review and designate D. Gropper deposition. |
| 03/04/11 | 2.10 | Conduct research relating to expert report. |

| 03/05/11 | 2.70 | Review Examiner's report, expert reports, recovery models and draft memorandum e-mail in preparation for B. Beron deposition. |
| 03/05/11 | 0.30 | Confer with G. Bush regarding deposition. |
| 03/05/11 | 2.70 | Attend (telephonically, and in part) deposition of B. Beron. |
| 03/05/11 | 0.50 | Organize exhibits for D. Prieto deposition. |
| 03/07/11 | 2.70 | Attend (telephonically) Confirmation Hearing. |
| 03/08/11 | 2.20 | Attend (telephonically) Confirmation Hearing. |
| 03/08/11 | 0.80 | Prepare D. Prager deposition transcript errata sheet. |
| 03/09/11 | 3.10 | Research and prepare timeline for demonstrative exhibit. |
| 03/09/11 | 2.60 | Research and revise timeline for demonstrative exhibit. |
| 03/10/11 | 3.20 | Attend (telephonically) deposition of R. Kirshner. |
| 03/10/11 | 3.90 | Review and research literature referenced by expert. |
| 03/10/11 | 2.10 | Review and edit draft expert witness cross-examination. |
| 03/11/11 | 0.40 | Meeting with G. Bush and A. Goldfarb re: trial progress and next steps. |
| 03/11/11 | 0.80 | Confer with A. Goldfarb re: proposed edits to draft expert witness cross-examination. |
| 03/11/11 | 6.30 | Continue review of literature cited by expert witness. |
| 03/11/11 | 1.80 | Review expert deposition transcript to prepare cross-examination. |
| 03/12/11 | 1.10 | Continue to review expert deposition transcript to prepare cross-examination. |
| 03/12/11 | 1.20 | Review trial-related e-mail traffic. |
| 03/13/11 | 0.30 | E-mail correspondence with A. Goldfarb re: draft cross-examination of expert witness. |
| 03/13/11 | 1.80 | Prepare memorandum reflecting review of R. Kirchner deposition transcript. |
| 03/13/11 | 3.30 | Continue review of literature cited by expert witness. |
| 03/14/11 | 2.30 | Review Plan and exhibits. |
| 03/14/11 | 5.90 | Review and compare expert report, expert rebuttal report and modifications to expert report in connection with preparation of cross-examination of expert witness. |
| 03/14/11 | 1.90 | Attend (telephonically) court hearing. |

| 03/15/11 | 1.70 | Attend (telephonically) Confirmation Hearing. |
| 03/15/11 | 5.20 | Prepare memorandum reflecting review of confirmation hearing testimony of B. Black. |
| 03/15/11 | 1.30 | Organize demonstrative exhibits for cross-examination. |
| 03/15/11 | 1.40 | Continue review of literature cited by expert witness. |
| 03/16/11 | 1.90 | Continue review of literature cited by expert witness. |
| 03/16/11 | 2.80 | Attend (telephonically) Confirmation Hearing. |
| 03/16/11 | 2.70 | Review presentations and models prepared by Committee financial advisors regarding certain claims. |
| 03/17/11 | 3.50 | Attend (telephonically) Confirmation Hearing. |
| 03/17/11 | 0.40 | E-mail correspondence with A. Goldfarb re: trial testimony. |
| 03/17/11 | 0.50 | Call and e-mails with A. Goldfarb re: plan treatment of certain claims. |
| 03/17/11 | 2.60 | Continue review of plan and attached exhibits to determine treatment of certain claims. |
| 03/18/11 | 2.70 | Prepare memorandum reflecting review of plan of reorganization and treatment of certain claims. |
| 03/18/11 | 1.80 | Attend (telephonically) confirmation hearing. |
| 03/18/11 | 0.30 | E-mail correspondence with A. Goldfarb re: case status and next steps. |
| 03/23/11 | 5.40 | Consolidate and update spreadsheets tracking progress of shareholder discovery. |
| 03/24/11 | 0.70 | Call and e-mail with J. Green regarding status of shareholder discovery progress tracking. |
| 03/24/11 | 4.90 | Continue to consolidate and update spreadsheets tracking progress of shareholder discovery. |
| 03/25/11 | 6.20 | Continue to consolidate and update spreadsheets tracking progress of shareholder discovery. |
| 03/25/11 | 0.60 | E-mails with A. Goldfarb regarding status of shareholder discovery and vendor billing inquiry. |
| 03/28/11 | 2.80 | Continue to consolidate and update spreadsheets tracking progress of shareholder discovery. |
| 03/30/11 | 0.80 | Meetings and e-mails with A. Goldfarb regarding case status and shareholder discovery progress. |

| 03/30/11 | 0.40 | E-mails with J. Green regarding next steps in shareholder discovery. |

**David H. Saffern**

| 03/25/11 | 5.50 | Participate in preparation of Complaints for service. |

**Scott A. Hanna**

| 03/25/11 | 5.00 | Prepare complaints for service. |

**Kimberly Gainey**

| 03/25/11 | 0.90 | Prepare complaints for service. |

**Nina J. Falvello**

| 03/28/11 | 2.00 | Collate summons and correspondence and verify mailing to various parties. |

**Benjamin S. Barlow**

| 03/24/11 | 4.70 | Review summons documents to remove those forms needing second printing. |
| 03/24/11 | 0.30 | Run search for additional name errors and pull those forms for reprinting. |
| 03/25/11 | 11.00 | Prepare certified return labels for Tribune mailing. |
| 03/28/11 | 12.00 | Prepare summons envelopes for mailing. |
| 03/29/11 | 6.50 | Prepare summons for mailing. |
| 03/30/11 | 12.00 | Prepare summons for mailing. |

**Janet M. Braunstein**

| 03/25/11 | 5.00 | Prepare service of process on the parties via certified mail. |
| 03/28/11 | 3.00 | Prepare service of process on the parties via certified mail. |

**Lisa Medoro**

| 03/03/11 | 2.00 | Organize deposition exhibits into document management system for attorney review. |
| 03/03/11 | 0.10 | Confer with A. Caridas regarding the same. |
| 03/07/11 | 2.90 | Organize deposition exhibits into document management system for attorney review. |
| 03/08/11 | 0.40 | Organize deposition exhibits into document management system for attorney review. |

| 03/09/11 | 2.70 | Organize and prepare deposition transcripts and exhibits into document management system and Live Note for attorney review. |
| 03/16/11 | 0.70 | Prepare and organize deposition transcripts and exhibits for document management system and attorney review in Live Note. |
| 03/21/11 | 0.10 | Organize copies of summonses. |
| 03/21/11 | 0.50 | Meet and confer with A. Goldfarb and A. O'Neill regarding service of remaining summonses and complaints. |
| 03/21/11 | 0.20 | Meet and confer with L. Sharp regarding creation of mail merge for entities listed on complaint service list. |
| 03/22/11 | 0.90 | Edit and revise complaint service list. |
| 03/23/11 | 5.40 | Continue to edit and revise complaint service list. |
| 03/24/11 | 2.00 | Edit and revise complaint service list of entities with a business address and no registered agent. |
| 03/24/11 | 0.30 | Confer with A. Goldfarb regarding preparation of packages containing complaints for service and addressing of the same. |
| 03/24/11 | 0.20 | E-mail correspondence with A. Goldfarb regarding the same. |
| 03/24/11 | 1.30 | Edit, revise and print summonses that have incomplete information. |
| 03/24/11 | 1.00 | Prepare address labels for entities with registered agents for service of complaint. |
| 03/24/11 | 0.40 | Prepare return address labels for return receipt requested for the same. |
| 03/24/11 | 0.90 | Prepare certified mail receipts and address labels for the same. |
| 03/25/11 | 0.30 | Meet and confer with A. O'Neill and J. Braunstein regarding service of complaint via certified mail. |
| 03/25/11 | 0.30 | Call with A. O'Neill regarding address labels for certified mail. |
| 03/25/11 | 1.00 | Organize certified mail address labels for service of complaint. |
| 03/25/11 | 0.20 | Edit and revise incomplete summonses. |
| 03/28/11 | 5.50 | Prepare, organize and finalize envelopes for service of complaint on various entities with registered agents. |
| 03/29/11 | 0.20 | Confer with Office Services regarding the same. |

| 03/29/11 | 5.30 | Continue to prepare, organize and finalize envelopes for service of complaint on various entities with registered agents. |
| 03/29/11 | 0.20 | Confer with Office Services regarding certified mail receipts of entities served on March 28, 2011. |
| 03/29/11 | 1.30 | Edit, revise and finalize certificate of service and attachments for defendants that were served with complaint on March 28, 2011. |
| 03/31/11 | 0.20 | Prepare list of defendants served on March 29, 2011 as an exhibit to certificate of service. |
| 03/31/11 | 3.00 | Continue to prepare, organize and finalize envelopes for service of complaint on various entities with registered agents. |
| 03/31/11 | 1.20 | Review certified mail receipts and compare to list of defendants served on March 29, 2011. |
| 03/31/11 | 0.10 | E-mail correspondence with A. Goldfarb regarding status of service of defendants. |

Lam-Anh Ngoc Nguyen

| 03/02/11 | 0.30 | Provide support to Andrew Goldfarb regarding experts database. |
| 03/02/11 | 0.90 | Perform document production via e-mail. |

Afton B. Hodge

| 03/25/11 | 1.50 | Prepare envelopes for mailing. |
| 03/28/11 | 7.30 | Prepare envelopes for mailing. |
| 03/29/11 | 7.50 | Prepare envelopes for mailing. |
| 03/30/11 | 2.20 | Prepare envelopes for mailing. |

Kimberley Wilson

| 03/10/11 | 2.00 | Search for publications, articles and documents relating to Bruce Beron. |
| 03/11/11 | 0.40 | Search for library that may have a copy of Bruce Beron's published works. |
| 03/11/11 | 0.30 | Search for and obtain Decision Analysis for the Professional and Business Law articles. |
| 03/11/11 | 3.60 | Search for articles and books by Victor, Behn and Bodily for Andrew Caridas. |

| 03/14/11 | 0.40 | Search for articles for Andrew Caridas. |
| 03/15/11 | 1.70 | Work to purchase and obtain loan at Beron Pubications. |
| 03/22/11 | 2.00 | Assist with the preparation of the summons. |
| 03/23/11 | 1.50 | Assist with the preparation of the summonses. |
| 03/24/11 | 0.70 | Assist with the preparation of the Tribune subpoena. |

**Jeanne Trahan Faubell**

| 03/23/11 | 3.20 | Mark up the summons for each defendant with the applicable lender categories, flagging any forms with name or other anomalies. |

**S. Ashley O'Neill**

| 03/25/11 | 4.40 | Organized project with Total Document Solutions personnel, paralegals and staff attorneys. |
| 03/25/11 | 0.60 | Coordinate with L. Medoro to prepare packages and summons for registered agent service. |
| 03/28/11 | 5.50 | Continue to work with L. Medoro to prepare summons and packages for registered agent service. |
| 03/29/11 | 4.40 | Continue to work with L. Medoro to prepare summons and packages for registered agent service. |
| 03/30/11 | 0.60 | Complete package and summons preparation process and discussed status with L. Medoro and A. Goldfarb regarding same. |



**ZUCKERMAN** SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

May 10, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:277314
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through March 31, 2011.

By Thomas G. Macauley
   7.00  hours at  $625.00  per hour          $     4,375.00

By Diana Gillig
   18.50  hours at  $160.00  per hour       $     2,960.00

      TOTAL FEES                  $     7,335.00

      TOTAL EXPENSES         $     0.00

      TOTAL FEES AND EXPENSES THIS PERIOD    $     7,335.00

BALTIMORE       NEW YORK       TAMPA       WASHINGTON, OC       WILMINGTON

May 10, 2011                                                                                      Page 2

DESCRIPTION OF SERVICES                                                    CLIENT: 12464
                                                                          MATTER: 0002

Thomas G. Macauley

| 03/03/11 | 0.30 | Further edits to December time entries to comply with local rules. |
| 03/03/11 | 0.90 | Final review of December time entries for compliance of local rules. |
| 03/03/11 | 0.30 | Draft note to internal team regarding time entries and need to conform with local rules. |
| 03/07/11 | 0.90 | Review January time entries for privilege and compliance with local rules. |
| 03/07/11 | 0.30 | Review and edit 17th monthly fee application. |
| 03/10/11 | 0.80 | Continue review of January time detail. |
| 03/17/11 | 0.80 | Final review of January time detail for privilege and local rules issues. |
| 03/18/11 | 0.30 | Analyze expert retention issues. |
| 03/21/11 | 0.60 | Review correspondence from fee examiner regarding 3rd and 4th interim fee applications. |
| 03/23/11 | 0.20 | Review 18th monthly fee application. |
| 03/24/11 | 0.10 | Speak with J. Goldin regarding reimbursement of expenses. |
| 03/28/11 | 0.70 | Review fee examiner's preliminary report regarding 2nd interim fee application. |
| 03/28/11 | 0.50 | Begin drafting response. |
| 03/28/11 | 0.20 | Draft note to K. Jenkins regarding expense information. |
| 03/31/11 | 0.10 | Review notice of deadline for filing next round of interim fee applications. |

Diana Gillig

| 03/02/11 | 0.50 | Review time detail regarding next fee application. |
| 03/03/11 | 0.40 | Finalize review of time detail. |
| 03/03/11 | 0.40 | Review and revise time detail. |
| 03/04/11 | 2.50 | Review costs and prepare itemized chart exhibit for 17th monthly fee application. |

| 03/07/11 | 1.50 | Draft 17th monthly fee application. |
| 03/07/11 | 0.20 | Draft notice and certificate of service for same. |
| 03/07/11 | 0.10 | Electronically file 17th monthly fee application and prepare service for same. |
| 03/11/11 | 4.30 | Review and revise time detail regarding 18th monthly fee application. |
| 03/15/11 | 0.50 | Make revisions to time detail. |
| 03/17/11 | 0.40 | More revisions to time detail regarding 18th monthly fee application. |
| 03/18/11 | 0.40 | Make final revisions to time detain regarding next fee application. |
| 03/18/11 | 0.60 | Review docket regarding retention applications. |
| 03/21/11 | 1.40 | Draft 18th monthly fee application. |
| 03/22/11 | 1.40 | Draft 18th monthly fee application. |
| 03/22/11 | 1.20 | Prepare cost chart exhibit for 18th monthly fee application. |
| 03/23/11 | 0.80 | Continue drafting 18th monthly fee application. |
| 03/23/11 | 0.20 | Draft notice of application and certificate of service for same. |
| 03/23/11 | 0.10 | Electronically file same. |
| 03/28/11 | 1.60 | Review time detail regarding 19th monthly fee application. |



**ZUCKERMAN** SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

May 10, 2011

Tribune Company                                          Invoice:277315
c/o Kenneth P. Kansa                                       Client: 12464
Sidley Austin LLP                                         Matter: 0003
One South Dearborn                                      EIN: 52-1112263
Chicago, IL 60603

Re: Special Counsel / Non-Working Travel Time

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through March 31, 2011.

| | | |
|---|---|---|
| By Graeme W. Bush<br>2.20  hours at  $850.00  per hour | $ | 1,870.00 |
| By James Sottile<br>16.70  hours at  $725.00  per hour | $ | 12,107.50 |
| By Andrew N. Goldfarb<br>6.20  hours at  $600.00  per hour | $ | 3,720.00 |
| TOTAL FEES | $ | 17,697.50 |
| Less Professional Courtesy | $ | -8,848.75 |
| TOTAL FEES | $ | 8,848.75 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 8,848.75 |

May 10, 2011                                                                    Page 2

DESCRIPTION OF SERVICES                                            CLIENT: 12464
                                                                  MATTER: 0003

**James Sottile**

| 03/01/11 | 2.00 | Travel from DC to NY for depositions. |
| 03/02/11 | 2.00 | Travel from NY to Wilmington for pretrial hearing. |
| 03/02/11 | 1.70 | Travel back to NY following pretrial hearing. |
| 03/07/11 | 1.30 | Travel from DC to Wilmington for confirmation hearing. |
| 03/11/11 | 1.60 | Return to DC following confirmation hearing. |
| 03/13/11 | 2.10 | Travel from DC to Wilmington for confirmation hearing. |
| 03/18/11 | 2.00 | Return to DC. |
| 03/22/11 | 4.00 | Travel to/from Wilmington for omnibus hearing. |

**Andrew N. Goldfarb**

| 03/02/11 | 0.70 | Travel from DC to New York. |
| 03/06/11 | 2.30 | Travel from DC to Delaware for confirmation hearing. |
| 03/09/11 | 1.00 | Travel back to Washington, D.C. |
| 03/14/11 | 0.70 | Travel from DC to Wilmington. |
| 03/18/11 | 1.50 | Travel back to Washington, D.C. |

**Graeme W. Bush**

| 03/04/11 | 1.50 | Travel from New York to Washington, DC. |
| 03/11/11 | 0.70 | Travel from Wilmington to Washington, DC. |

# EXHIBIT B

Tribune Company No. 08-13141 (KJC)
Zuckerman Spaeder LLP
20th Monthly Fee Application
Period 3/1/11-3/31/11

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| | | | | |
| **TRAVEL** | $ 2,275.08 | 3/7/2011 | JS | |
| | $ 2,356.50 | 3/7/2011 | GB | |
| | $ 865.10 | 3/8/2011 | AC | |
| | $ 3,147.60 | 3/15/2011 | GB | |
| | $ 2,839.10 | 3/22/2011 | GB | |
| | $ 8,186.10 | 3/22/2011 | JS | |
| | $ 6,135.15 | 3/28/2011 | AG | |
| | | | | |
| Total | $ 25,804.63 | | | $ 25,804.63 |
| **LOCAL TRAVEL - ARNOW** | $ 18.00 | 3/4/2011 | | |
| | $ 89.00 | 3/7/2011 | | |
| | $ 95.00 | 3/22/2011 | | |
| | $ 65.00 | 3/28/2011 | | |
| | $ 146.68 | 3/31/2011 | | |
| | $ 22.00 | 3/31/2011 | | |
| | | | | |
| Total | $ 435.68 | | | $ 435.68 |
| **TAXI SERVICE** | $ 109.00 | 3/7/2011 | JS | |
| | $ 200.00 | 3/22/2011 | JS | |
| | | | | |
| Total | $ 309.00 | | | $ 309.00 |
| **MEALS** | $ 18.76 | 3/7/2011 | GB | |
| | $ 414.49 | 3/22/2011 | GB | |
| | $ 106.50 | 3/22/2011 | JS | |
| | | | | |
| Total | $ 539.75 | | | $ 539.75 |
| **COURT COSTS** | $ 900.00 | 3/30/2011 | | |
| | | | | |
| Total | $ 900.00 | | | $ 900.00 |
| **COURT REPORTERS - TSG REPORTING** | $ 2,132.80 | 3/7/2011 | | |
| | $ 13,708.60 | 3/28/2011 | | |
| | | | | |
| Total | $ 15,841.40 | | | $ 15,841.40 |
| **FEDEX** | $ 274.93 | 3/11/2011 | | |
| | $ 123.62 | 3/15/2011 | | |
| | $ 44.53 | 3/18/2011 | | |
| | | | | |
| Total | $ 443.08 | | | $ 443.08 |
| **COURIER - PARCELS** | $ 5.00 | 3/11/2011 | | |
| WASHINGTON EXPRESS | $ 51.15 | 3/22/2011 | | |
| ASP COURIER | $ 75.00 | 3/30/2011 | | |
| | | | | |
| Total | $ 131.15 | | | $ 131.15 |
| **OUTSOURCED - NAT'L CORPORATE** | $ 77.38 | 3/22/2011 | | |
| PARCELS | $ 65.00 | 3/22/2011 | | |
| NAT'L CORPORATE | $ 86.92 | 3/30/2011 | | |
| COUNSELOR RESOURCE | $ 3,415.82 | 4/11/2011 | | |
| | | | | |
| Total | $ 3,645.12 | | | $ 3,645.12 |
| **TELEPHONE CONFERENCING** | $ 519.32 | 3/7/2011 | | |
| SOUNDPATH | | | | |
| Total | $ 519.32 | | | $ 519.32 |

Zuckerman Spaeder LLP
20th Monthly Fee Application
Period 3/1/11-3/31/11

| INHOUSE COPY | $ | 0.60 | 3/2/2011 | | |
|---|---|---|---|---|---|
| | $ | 61.40 | 3/7/2011 | | |
| | $ | 32.30 | 3/11/2011 | | |
| | $ | 65.00 | 3/23/2011 | | |
| | $ | 4.30 | 3/30/2011 | | |
| | | | | | |
| Total | $ | 163.60 | | $ | 163.60 |
| | | | | | |
| LONG DISTANCE CALLS | $ | 0.60 | 3/1/2011 | | |
| | $ | 0.72 | 3/2/2011 | | |
| | $ | 0.48 | 3/3/2011 | | |
| | $ | 0.48 | 3/4/2011 | | |
| | $ | 0.36 | 3/10/2011 | | |
| | $ | 0.72 | 3/11/2011 | | |
| | $ | 0.24 | 3/18/2011 | | |
| | $ | 2.16 | 3/22/2011 | | |
| | $ | 3.24 | 3/24/2011 | | |
| | $ | 9.12 | 3/25/2011 | | |
| | $ | 1.68 | 3/29/2011 | | |
| | $ | 3.60 | 3/30/2011 | | |
| | $ | 2.64 | 3/31/2011 | | |
| | | | | | |
| Total | $ | 26.04 | | $ | 26.04 |
| | | | | | |
| WESTLAW RESEARCH | $ | 421.03 | 2/28/2011 | | |
| | $ | 997.87 | 3/31/2011 | | |
| | | | | | |
| Total | $ | 1,418.90 | | $ | 1,418.90 |
| | | | | | |
| LEXIS/NEXIS RESEARCH | $ | 10.60 | 2/28/2011 | | |
| | $ | 5.35 | 3/31/2011 | | |
| | | | | | |
| Total | $ | 15.95 | | $ | 15.95 |
| | | | | | |
| POSTAGE | $ | 1,048.60 | 3/28/2011 | | |
| | $ | 1,655.10 | 3/29/2011 | | |
| | $ | 54.30 | 3/30/2011 | | |
| | $ | 1,241.65 | 3/31/2011 | | |
| | | | | | |
| Total | $ | 3,999.65 | | $ | 3,999.65 |
| | | | | | |
| GRAND TOTAL | | | | $ | 54,193.27 |