## EXHIBIT A

## [Proposed Order Granting Motion to Seal]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TRIBUNE COMPANY, et al., | ) |
| | ) Case No. 08-13141 (KJC) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| | ) **Related ECF Nos. 8898, 8899 & _____** |

-------------------------------------------------------------x

**ORDER**

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to Seal Portions of Post-Trial Brief* (the "Motion to Seal");[2] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.  The Motion to Seal is GRANTED; and

2.  Aurelius Capital Management, LP is hereby granted permission to file under seal

certain portions of the *Post-Trial Brief of the Noteholder Plan Proponents, Part I* and *Part II (FCC Supplement)* [ECF Nos. 8898 and 8899], in the form of the Redacted Post-Trial Brief.

Dated:  May _____, 2011

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.