IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors.<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.*,<br><br>Plaintiff,<br>v.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>Defendants. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered<br><br><br><br>Adversary Proceeding No. 10-54010 (KJC) |

**<u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>**

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 11th day of May, 2011, she caused a copy of the following:

1. **MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PROTECTIVE ORDER [D.I. 8866]**

2. **NOTICE OF MOTION [D.I. 8867]**

to be served upon the parties identified on the attached list in the manner indicated.

*Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 12th day of May, 2011.

*Cassandra D. Lewicki*
Notary Public
My Commission Expires: 12/1/12

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012

{698.001-W0014644.}

<u>VIA FEDERAL EXPRESS</u>

Scott Zoltowski
Marsh Mercer Kroll Guy
Carpenter Oliver Wyman
99 High Street
Boston, MA 02110

Mary Eaton
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

John D. Lovi
Steptoe & Johnson
750 Seventh Avenue
New York, NY 10019

Alan G. Priest
Ropes & Gray LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948