UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In re: | * Chapter 11 |
| | * |
| TRIBUNE COMPANY, et al, | * Case No. 08-13141 (KJC) |
| | * |
| | * Jointly Administered |
| Debtors. | * |
| | * Related to Docket No. 8890 |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF EXHIBIT A TO LETTER BRIEF OF THE SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR IN FURTHERANCE OF HER OBJECTION TOTHE CONFIRMATION OF THE SECOND AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO GORDON & CO., L.P. AND JPMORGAN CHASE BANK, N.A. - DOCKET NO. 8890**

**PLEASE TAKE NOTICE** that on May 11, 2011, the United States Department of Labor filed a Letter Brief in furtherance of its objection to the confirmation of the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. [Docket No 8890].

**PLEASE TAKE FURTHER NOTICE** that Exhibit A was not attached to the Letter Brief.

Attached hereto is a copy of the Letter Brief including Exhibit A.

Dated:    May 13, 2011

| | |
|---|---|
| CHRISTINE Z. HERI | /s/ Michael Schloss |
| Counsel for ERISA | MICHAEL SCHLOSS |
| United States Department of Labor | Counsel for Financial Litigation |
| Office of the Solicitor | LEONARD H. GERSON |
| 230 South Dearborn, Room 844 | ELIZABETH S. GOLDBERG |
| Chicago, Illinois 60604 | Trial Attorneys |
| | U.S. Department of Labor |
| | P.O. Box 1914 |
| | Washington, D.C.  20013 |
| | Tel (202) 693-5600 |
| | Fax (202) 693-5610 |