## CERTIFICATE OF SERVICE

I, Leigh-Anne M. Raport, hereby certify that on May 13, 2011, I caused one copy of the foregoing document to be served upon the parties on the attached service list in the manner indicated.

                                                  Leigh-Anne M. Raport (#5055)

{00074510;v1}

**VIA HAND DELIVERY**
LANDIS RATH & COBB LLP
COUNSEL FOR THE UNSECURED CREDITORS' COMM
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
ZUCKERMAN SPAEDER LLP
THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
919 MARKET STREET, STE 990
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
WASHINGTON, DC 20036