## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that on the 16th day of May 2011, I caused a copy of the foregoing **Limited Objection of Merrill Lynch to the (1) Motion of The Official Committee of Unsecured Creditors for a Protective Order and (2) Limited Response of the Aurelius Plaintiff Group to Such Motion** to be served upon the parties listed below by electronic mail as well as in the manner indicated:

**HAND DELIVERY**
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel to Debtors)

**HAND DELIVERY**
Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to OCUC)

**FIRST CLASS MAIL**
Graeme W. Bush, Esq.
James Sottile, Esq.
Zuckerman & Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(Counsel to OCUC)

**HAND DELIVERY**
Thomas G. Macauley, Esq.
Virginia Whitehall Guldi, Esq.
Zuckerman & Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
(Committee Counsel)

**HAND DELIVERY**
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE 19801
(Counsel to Aurelius Capital Management, LP)

**HAND DELIVERY**
Katharine L. Mayer, Esq.
McCarter & English, LLP
405 N. King Street
Wilmington, DE 19801
(Counsel to Deutsche Bank Trust Company Americas)

**HAND DELIVERY**
Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(Counsel to Law Debenture Trust Co. of New York)

**FIRST CLASS MAIL**
David S. Rosner, Esq.
Richard F. Casher, Esq.
Kasowitz, Benson, Torres
& Friedman LLP
1633 Broadway
New York, NY 10019
(Counsel to Law Debenture Trust Co. of New York)

**FIRST CLASS MAIL**
Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel to Aurelius Capital Management, LP)

**FIRST CLASS MAIL**
David J. Adler, Esq.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167
(Counsel to Deutsche Bank Trust Company Americas)

**FIRST CLASS MAIL**
James F. Conlan, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Counsel to the Debtors)

Under penalty of perjury, I declare that the foregoing is true and correct.

_R. Stephen McNeill_
R. Stephen McNeill (DE #5210)