# Notice Recipients

District/Off: 0311−1   User: KenB   Date Created: 5/17/2011
Case: 08−13141−KJC   Form ID: van441   Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr   Jewel Food Store   c/o Archer &Greiner   300 Delaware Avenue   Suite 1370   Wilmington, DE 19801

TOTAL: 1