**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | |
| TRIBUNE COMPANY, *et al.*, ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| Debtors. ) | Jointly Administered |
| ) | |

## JOINT NOTICE OF THE DEBTOR/COMMITTEE/LENDER PLAN PROPONENTS AND THE NOTEHOLDER PLAN PROPONENTS REGARDING STATUS OF PROCEEDINGS TO CONSIDER CONFIRMATION OF THE COMPETING PLANS[1]

**PLEASE TAKE NOTICE THAT** on April 26, 2011, the Debtor/Committee/Lender Plan Proponents filed the Second Amended Joint Plan of Reorganization for the Debtors Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. (as modified April 26) [ECF No. 8769] (the "Debtor/Committee/Lender Plan").

**PLEASE TAKE FURTHER NOTICE THAT** on April 25, 2011, the Noteholder Plan Proponents filed the Third Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes [ECF No. 8755] (the "Noteholder Plan" and, together with the Debtor/Committee/Lender Plan, the "Competing Plans").

**PLEASE TAKE FURTHER NOTICE THAT** on December 23, 2010, Epiq Systems Inc. (the "Voting Agent") distributed solicitation materials regarding prior versions of the Competing Plans to the Classes of Creditors eligible to vote under each respective plan. On February 11, 2011, the Voting Agent filed the Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries [ECF No. 7918], on February 24, 2011, the Voting Agent filed the Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries [ECF No. 8114] and on May 11, 2011 the Voting Agent filed the Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries [ECF No. 8882].

**PLEASE TAKE FURTHER NOTICE THAT** subsequent to solicitation of their prior versions of the Competing Plans, the Debtor/Committee/Lender Plan Proponents and the Noteholder Plan Proponents have made certain amendments to their respective plans, certain of which amendments are summarized in (i) Notice of Filing of Second Amended Joint Plan of Reorganization of Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as modified), dated April 5, 2011 (the "Debtor/Committee/Lender Notice") [ECF No. 8580]; and (ii) Notice of Filing of Third Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on Behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes, dated May [ __ ], 2011 (the "Noteholder Notice") [ECF No. __ ].

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to an order of the Bankruptcy Court, the Debtor/Committee/Lender Plan Proponents are (i) affording Holders of Senior Loan Claims and Senior Guaranty Claims the opportunity to change their previously cast votes on the Debtor/Committee/Lender Plan; (ii) distributing

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Debtor/Committee/Lender Plan or the Noteholder Plan as applicable.

election forms to Holders of Senior Noteholder Claims and Other Parent Claims to allow such Holders to elect any of the new, alternative treatments provided under the Debtor/Committee/Lender Plan; (iii) distributing release election forms to Holders of Claims that previously granted releases under the Debtor/Committee/Lender Plan; and (iv) distributing opt-out election forms to Holders of Claims against Tribune Company concerning any Disclaimed State Law Avoidance Action Claims they may have, in each case with supporting materials as approved by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to an order of the Bankruptcy Court, the Noteholder Plan Proponents are not resoliciting votes on the Noteholder Plan or otherwise distributing supplemental election materials to any Class of Creditors under the Noteholder Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the confirmation process with respect to the Competing Plans is ongoing. In connection therewith, the Bankruptcy Court conducted confirmation hearings during March and April 2011, at which hearings the Bankruptcy Court heard evidentiary and legal arguments relating to confirmation of the Competing Plans. The evidentiary record has now been completed. Closing arguments respecting the confirmation hearings are currently scheduled for June 14, 2011.

**PLEASE TAKE FURTHER NOTICE THAT** copies of (i) the Debtor/Committee/Lender Plan, (ii) the Debtor/Committee/Lender Notice, (iii) the Noteholder Plan and (iv) the Noteholder Notice may be: (a) obtained free of charge from Epiq Bankruptcy Solutions, LLC's ("Epiq") dedicated website related to the Debtors' chapter 11 cases (http://chapter11.epiqsystems.com/tribune) or by telephoning Epiq at (646) 282-2400; (b) inspected during regular business hours at the Office of the Clerk of the Bankruptcy Court, 3rd Floor, 824 Market Street Wilmington, DE 19801; or (c) viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

> **THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO (I) YOUR RIGHTS UNDER THE DEBTOR/COMMITTEE/LENDER PLAN, (II) YOUR RIGHTS UNDER THE NOTEHOLDER PLAN OR (III) ANYTHING STATED HEREIN, OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, PLEASE CONTACT THE VOTING AGENT REFERENCED ABOVE.**

Wilmington, Delaware
Dated: [_____], 2011

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Janet E. Henderson<br>Kevin T. Lantry<br>Jessica C.K. Boelter<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7036<br>*Counsel for Debtors and Debtors In Possession and Certain Non-Debtor Affiliates* | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 652-3117 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>Philip C. Dublin<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000<br>*Counsel for Aurelius Capital Management, LP* | ASHBY & GEDDES, P.A.<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 |