IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related ECF No. 8898** |

## NOTICE OF FILING OF CORRECTED TABLE OF AUTHORITIES

**PLEASE TAKE NOTICE** that, on May 11, 2011, Aurelius Capital Management, L.P., on behalf of the Noteholder Plan Proponents, filed the *Post-Trial Brief of the Noteholder Plan Proponents (Part I)* [ECF No. 8898] (the "Brief"). The Brief was filed under seal, along with a motion requesting permission to seal [ECF No. 8908].

**PLEASE TAKE FURTHER NOTICE** that the Brief was inadvertently filed with an incorrect Table of Authorities. Attached hereto as Exhibit 1 is the corrected Table of Authorities.

Dated: May 17, 2011

                             ASHBY & GEDDES, P.A.

                             */s/ Amanda M. Winfree*
                             William P. Bowden (#2553)
                             Amanda M. Winfree (#4615)
                             500 Delaware Avenue
                             Wilmington, DE 19899
                             Telephone: 302-654-1888
                             Fax: 302-654-2067

                             -and-

{00460688;v1}

Daniel H. Goldman (Admitted pro hac vice)
David M. Zensky (Admitted pro hac vice)
Abid Qureshi (Admitted pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: 212-872-1000

*Counsel to Aurelius Management, LP*

# **EXHIBIT 1**

*CORRECTED* **TABLE OF AUTHORITIES**

**[DOCUMENT FILED UNDER SEAL]**