IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------X
In re:                                              :    Chapter 11 Cases
                                                    :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :    (Jointly Administered)
                                                    :
        Debtors.                                    :    **Related Docket No. 8901**
                                                    :
                                                    :
-----------------------------------------------------X

## NOTICE OF WITHDRAWAL OF DOCKET NO. 8901

PLEASE TAKE NOTICE that Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES, by and through undersigned counsel, hereby withdrawals its *Motion of Wilmington Trust Company for Authorization to Seal Portions of Its Post-Confirmation Hearing Brief* [Docket Item 8901].

Date:  May 17, 2011         SULLIVAN • HAZELTINE • ALLINSON LLC
       Wilmington, Delaware

                            */s/ William A. Hazeltine*
                            William A. Hazeltine (No. 3294)
                            901 North Market Street, Suite 1300
                            Wilmington, DE 19801
                            Telephone:  (302) 428-8191
                            Facsimile: (302) 428-4195

                            *Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*