IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
:
In re: : Chapter 11 Cases
:
: Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al., :
: (Jointly Administered)
:
Debtors. :
:
:
:
:
------------------------------- x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on May 18, 2011, The Times Mirror Retirees, by and through their undersigned counsel, served the following document on the parties listed below in the manner so indicated:

- **Subpoena for Rule 2004 Examination to The Official Committee of Unsecured Creditors of Tribune Company, c/o the following persons:**

**Via Email**
Landis Rath & Cobb LLP
Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
919 Market Street Suite 1800
Wilmington, DE  19801
Email:  landis@lrclaw.com
           mcguire@lrclaw.com

1

**Via Email**
Chadbourne Parke LLP
Howard Seife, Esq.
David LeMay, Esq.
Doug Deutsch, Esq.
30 Rockefeller Plaza
New York, NY 10112
Email: hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com

**Via Email**
Zuckerman Spaeder LLP
Graeme W. Bush, Esq.
James Sottile, Esq.
1800 M. Street, NW, Suite 1000
Washington, DC  20036
Email: gbush@zuckerman.com
jsottile@zuckerman.com

- **Subpoena for Rule 2004 Examination to Debtors, c/o of the following persons:**

**Via Email**
Sidley Austin LLP
Kenneth P. Kansa, Esq.
One South Dearborn
Chicago, IL 60603
Email: kkansa@sidley.com

**Via Email**
Cole Schotz Meisel Forman & Leonard, PA
Norman L Pernick, Esq.
J. Kate Stickles, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Email: npernick@coleschotz.com
kstickles@coleschotz.com

Dated: May 18, 2011
       White Plains, New York

                              TEITELBAUM & BASKIN, LLP
                              *Attorneys for The Times Mirror*
                              *Retirees*
                              By:/s/ Jay Teitelbaum
                              Jay Teitelbaum, Esq. (JT-4619)
                              3 Barker Avenue, Third Floor
                              White Plains, New York 10601
                              Tel: (914) 437-7670
                              jteitelbaum@tblawllp.com