

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

May 09, 2011

James S. Green, Jr.
Landis Rath & Cobb LLP
919 Market Street,
Ste. 1800,
Wilmington, DE 19899

Re: In Re: Tribune Company, et al., Debtors // To: Tewksbury Capital Management Ltd.

Case No. 08-13141

Dear Sir/Madam:

We are herewith returning the Letters, Subpoena, Proof of Service Form, Attachments which we received regarding the above captioned matter.

Tewksbury Capital Management Ltd. is not listed on our records or on the records of the State of DE.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518454562

FedEx Tracking# 797077911027

cc: United States Bankruptcy Court - District of Delaware
    824 N Market St # 500,
    Wilmington, DE 19801-4908