# Notice Recipients

District/Off: 0311−1     User: Brandon          Date Created: 5/18/2011
Case: 08−13141−KJC       Form ID: ntcBK          Total: 22

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Tribune Company | 435 N. Michigan Avenue     Chicago, IL 60611 |
| aty | Carl D. Neff | Ciardi Ciardi &Astin     919 N. Market Street     Suite 700     Wilmington, DE 19801     U.S.A. |
| aty | Carl D. Neff | Ciardi Ciardi &Astin     919 N. Market Street     Suite 700     Wilmington, DE 19801     U.S.A. |
| aty | Edward Cerasia, II | Seyfarth Shaw LLP     620 Eighth Avenue     32nd Floor     New York, NY 10018 |
| aty | George R. Dougherty | Grippo &Elden LLC     111 S. Wacker Drive     Chicago, IL 60606 |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue, Suite 1410     Wilmington, DE 19801 |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue, Suite 1410     Wilmington, DE 19801 |
| aty | James F. Conlan | Sidley Austin LLP     One South Dearborn Street     Chicago, IL 60603 |
| aty | Jared D. Zajac | McDermott Will &Emery LLP     340 Madison Avenue     New York, NY 10173−0002 |
| aty | John H. Strock, III | Fox Rothschild LLP     919 N. Market St., Suite 1300     P.O Box 2323     Wilmington, DE 19899−2323 |
| aty | John R. McCambridge | Grippo &Elden     111 S. Wacker Drive     Chicago, IL 60606 |
| aty | Michael W. kazan | Grippo &Elden LLC     111 S. Wacker Drive     Chicago, IL 60606 |
| aty | Norman L. Pernick | Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue,Suite 1410     Wilmington, DE 19801 |
| aty | Patricia K Smoots | Grippo &Elden LLC     111 S. Wacker Drive     Chicago, IL 60606 |
| aty | Patrick J. Reilley | Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue, Suite 1410     Wilmington, DE 19801 |
| aty | Patrick T. Nash | Grippo &Elden     111 S. Wacker Drive     Chicago, IL 60606 |
| aty | Patrick Theodore Garvey | Johnson &Bell, Ltd     33 W. Monroe, Suite 2700     Chicago, IL 60603 |
| aty | Robert S. Brady | Young, Conaway, Stargatt &Taylor     The Brandywine Bldg.     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391 |
| aty | Stephen Novack | Novack and Macey LLP     100 North Riverside Plaza     Chicago, IL 312−419−6900 312−419−6928 |

TOTAL: 19