# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.*,<br><br>Plaintiff,<br>v.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br>Defendants. | Adversary Proceeding No. 10-54010 (KJC)<br><br>Ref. Nos. 8866, 8914, 8919, 8920<br>and Adv. Nos. 113, 119, 120, 121 |

## CERTIFICATION OF COUNSEL REGARDING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PROTECTIVE ORDER

I, James S. Green, Jr., counsel for the Official Committee of Unsecured Creditors (the "Committee") of Tribune Company hereby certify as follows:

1. On May 9, 2011, the Committee filed a motion for a Protective Order (the "Motion") [D.I. 8866 and Adv. D.I. 113] in response to the April 29, 2011 subpoena from certain Tribune creditors (the "Aurelius Plaintiff Group").

2. The Aurelius Plaintiff Group filed a response to the Motion on May 13, 2011 [D.I. 8914, Adv. D.I. 119]. On May 16, 2011, an objection to the Motion was filed by a group of 49 parties (the "Objecting Parties") [D.I. 8920, Adv. D.I. 120], and a limited objection to the Motion was filed by Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") [D.I. 8919, Adv. D.I. 121].

3. On May 17, 2011, the Court held a hearing (the "Hearing") to consider the Motion and the responses thereto. At the Hearing, the Court rejected the arguments of the

Objecting Parties and granted the Motion. After the hearing, counsel for Merrill Lynch, the Aurelius Plaintiff Group, and the Committee conferred and agreed to a form of confidentiality agreement (the "Confidentiality Agreement").

4. Attached hereto as Exhibit A is a form of order (the "Order") granting the Motion consistent with the Court's ruling on the record at the Hearing, and attached to the Order is the agreed form of Confidentiality Agreement. In addition, attached hereto as Exhibit B is a blackline comparing the Order to the proposed order submitted originally with the Motion.

5. Undersigned counsel respectfully requests that the Court enter the Order at its convenience.

Dated: May 18, 2010
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Adam G. Landis
Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M. Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*

{698.001-W0014720.}                                2