# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.*,<br><br>Plaintiff,<br>v.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br>Defendants. | Adversary Proceeding No. 10-54010 (KJC) |

## **PROTECTIVE ORDER**

Upon consideration of the motion (the "Motion") of the Official Committee of Unsecured Creditors (the "Committee") of Tribune Company and its various debtor-subsidiaries for entry of a protective order relating to the subpoena issued pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure by the Aurelius Plaintiff Group[1] seeking Tribune Company shareholder information, all written responses and objections thereto, and the hearing on the Motion held on May 17, 2011, and for good cause shown, the Court hereby enters the following order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure made applicable by Rule 9014 and Rule 7026 of the Federal Rules of Bankruptcy Procedure to govern disclosure of information and documents in connection with Tribune Company shareholder information sought in connection with the above-captioned bankruptcy proceedings.

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

{698.001-W0014512.20014742.}

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. ~~The~~In connection with this Court's Order Granting (I) Relief from the Automatic Stay to the Extent the Automatic Stay Bars Commencement by Creditors of State Law Constructive Fraudulent Conveyance Claims to Recover Stock Redemption Payments Made to Step One Shareholders and Step Two Shareholders and (II) Leave from the Mediation Order to Permit Commencement of Litigation on Account of Such Claims (entered April 25, 2011) [D.I. 8740], the Committee is authorized to produce the subpoenaed information to ~~counsel to~~ the Aurelius Plaintiff Group~~,~~ and ~~counsel~~ to any other ~~requesting~~ party[2] that ~~specifically is authorized by the Court to receive such subpoenaed~~requests such information ~~(the~~pursuant to lawful process (each a "Requesting Party")~~;~~;[2] provided~~, however,~~ that the Requesting Party ~~acknowledges its consent to be bound by the terms of the Confidentiality Agreements by executing and returning to counsel to~~executes and returns to counsel for the Committee a ~~copy of a document in substantially~~confidentiality agreement in the same form as ~~the attachment to~~that attached hereto as Exhibit A ~~of the Confidentiality Agreements~~.

3. The Court shall retain jurisdiction to interpret or enforce this Order.

Dated: _____, 2011
Wilmington, Delaware

                                        The Honorable Kevin J. Carey
                                        Chief United States Bankruptcy Judge

---

[2] ~~The Committee has also received a request from counsel for the Retiree Claimants for the same information sought by the Aurelius Plaintiff Group. It is the burden of any additional Requesting Party to obtain authorization from the Court to receive the information subject to the Confidentiality Agreements.~~

[2] The Committee has also received a request from counsel for the Retiree Claimants for the same information sought by the Aurelius Plaintiff Group.