IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

     Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 18th day of May, 2011, she caused a copy of the following:

**OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTIONS OF CERTAIN FORMER OFFICERS AND DIRECTORS OF THE DEBTORS TO DEEM THEIR PROOFS OF CLAIM TIMELY FILED**
**[D.I. 8941]**

to be served upon the parties identified on the attached list in the manner indicated.

_/s/ Frances A. Panchak_
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 19th day of May, 2011.

_/s/ Cassandra D. Lewicki_
Notary Public
My Commission Expires: 12/1/12

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012

{698.001-W0014756.}

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

**Service List**

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Via Facsimile*
(Counsel to Certain Former Officers & Directors)
John R. McCambridge, Esq.
George R. Dougherty, Esq.
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606
Facsimile: (312) 558-1195

*Via Hand Delivery*
(Counsel to Certain Former Officers & Directors)
Jeffery C. Wisler, Esq.
Marc J. Phillips, Esq.
Kelly M. Conlan, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Bldg.
1007 N. Orange Street
Wilmington, DE 19899

*Via Facsimile*
(Counsel to Timothy P. Knight)
Anthony M. Saccullo, Esq.
Thomas H. Kovach, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
Facsimile: (302) 836-8787

*Via Facsimile*
(Counsel to Timothy P. Knight)
Michael T. Hanafan, Esq.
Blake T. Hannafan, Esq.
James A. McGuiness, Esq.
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 2800
Chicago, IL 60601
Facsimile: (312) 527-0220

*Via Hand Delivery*
David M. Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801