**TRIBUNE COMPANY, et al (Case 08-13141)**                            **Exhibit A**

**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period March 1, 2011 through March 31, 2011**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2010 Consolidated Audit | 2,295.80 | $220,000.00 |
| 2009 Form 5500 and Related Filings | 13.00 | $4,500.00 |
| **Subtotal – Fixed Fee Services** | **2,308.80** | **$224,500.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 10.70 | $5,025.00 |
| **Subtotal – Hourly Services** | **10.70** | **$5,025.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 1.80 | $730.00 |
| Monthly, Interim and Final Fee Applications | 21.20 | $6,980.00 |
| **Subtotal – Bankruptcy Requirements and Obligations** | **23.00** | **$7,710.00** |
| | | |
| **Total Hours and Compensation** | **2,342.50** | **$237,235.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                  **Exhibit B**

**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**

**Summary of Hours and Compensation by Project**

**Summary of Hours – March 1, 2011 through March 31, 2011**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2010 Consolidated Audit | 2,295.80 | 220,000.00 |
| 2009 Form 5500 and Related Filings | 13.00 | 4,500.00 |
| **Subtotal – Fixed Fee Services** | 2,308.80 | 224,500.00 |
| **Total Hours and Compensation** | **2,308.80** | **224,500.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                   Exhibit B-1
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period March 1, 2011 through March 31, 2011**

| Professional | Professional's Position | Hours |
|---|---|---:|
| David P Cook | Partner | 1.70 |
| Grant E Hellwarth | Partner | 3.00 |
| James M Maurer | Partner | 14.00 |
| John A May | Partner | 1.00 |
| John A Sandmeier | Partner | 10.00 |
| William T England | Partner | 81.00 |
| Betsy J Smith | Director | 32.50 |
| Chad Morrissey | Director | 3.50 |
| Christopher J King | Director | 14.50 |
| Jon P Schaper | Director | 3.40 |
| Mark A Brzycki | Director | 2.00 |
| Paul W Francis | Director | 6.10 |
| Thomas L Koops | Director | 412.00 |
| Jeffrey S Anderes | Senior Manager | 10.00 |
| Anna V Kamenova | Manager | 12.50 |
| Jennifer Couser | Manager | 0.50 |
| Justin A Spahn | Manager | 291.00 |
| Kazuko Minagawa Prock | Manager | 3.00 |
| Shawn M Felt | Manager | 1.50 |
| Steven B Ockrim | Manager | 4.50 |
| Elizabeth A Kusek | Senior Associate | 5.00 |
| Holly Nicole Weeks | Senior Associate | 4.80 |
| Laura C Truax | Senior Associate | 7.50 |
| Lydia Kuebler | Senior Associate | 48.20 |
| Mary J. Witt | Senior Associate | 2.00 |
| Sheri L York | Senior Associate | 261.50 |
| Stefanie Kwasiborski | Senior Associate | 2.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                **Exhibit B-1**

**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2010 Consolidated Audit**

**Summary of Professionals, Hours and Payments For the**

**Period March 1, 2011 through March 31, 2011**

| Professional | Professional's Position | Hours |
|---|---|---:|
| Andrew Abdelmessih | Associate | 11.00 |
| Brian D Copsey | Associate | 23.70 |
| Christopher Blackburn | Associate | 2.50 |
| Christopher D Folk | Associate | 14.70 |
| Colby Mynard | Associate | 0.50 |
| Domonique P Hinton | Associate | 57.60 |
| Emily Busch | Associate | 318.00 |
| Gregory D Reed | Associate | 16.00 |
| Holly Rubish | Associate | 33.60 |
| Maria V Justo | Associate | 1.00 |
| Melissa Mary Begley | Associate | 353.60 |
| Robert W LeBourveau | Associate | 111.50 |
| Shinjini Mitra | Associate | 0.90 |
| Somwrita Dasgupta | Associate | 3.50 |
| Soumita Ghosh | Associate | 2.40 |
| Sujata Das | Associate | 0.20 |
| Thomas Bradley Stutesman | Associate | 61.50 |
| Zachary James Hedrick | Associate | 38.00 |
| Mallikarjuna Golla | Professional Assistant | 4.20 |
| Michael Lawrence Komro | Professional Assistant | 0.80 |
| Patricia A Smith | Professional Assistant | 1.40 |
| **Total Hours Incurred during Compensation Period** | | **2,295.80** |
| Total Hours Incurred prior to March 1, 2011 | | 5,315.70 |
| **Total Hours Incurred through March 31, 2011** | | **7,611.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                              **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period March 1, 2011 through March 31, 2011**

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| **Total Fees - Payments Previously Requested for 2010 Consolidated Audit** | | | $1,400,000.00 |
| **Remaining Payments for 2010 Consolidated Audit** | | | **$220,000.00** |
| **Total Fixed Fee for 2010 Consolidated Audit** | | | **$1,620,000.00** |
| **Requested Payment - 2010 Consolidated Audit** | | 2,295.80 | **$220,000.00** |

Note: On June 22, 2010, PwC submitted the Supplemental Affidavit No. 6 [Dkt. Entry No. 4848] which
approved the fixed fee services of $1,400,000 and additional bankruptcy procedures of $150,000. On May
13, 2011, PwC submitted the Supplemental Affidavit No. 8 [Dkt. Entry No. 8915] seeking to approve
Amendement No. 2 of the 2010 Engagement Letter for incremental audit services of $70,000, resulting in a
total fixed fee of $1,620,000.

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - March 1, 2011 through March 31, 2011**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 133.60 |
| 2000 - Entity Level Controls | 2.00 |
| 2950 - Business Unit Analytics and Year-End Update | 9.00 |
| 3000 - Advertising Revenue and Receivables | 2.00 |
| 3055 - Broadcast Rights Process | 3.00 |
| 3100 - Purchasing and Payables Process | 12.00 |
| 3200 - Treasury and Cash Management Process | 4.00 |
| 3250 - Investments Process | 4.00 |
| 3400 - Property, Plant & Equipment Process | 4.00 |
| 3450 - Goodwill and Intangibles Process | 8.70 |
| 3600 - Payroll Process | 5.00 |
| 3650 - Benefits Process | 32.30 |
| 3700 - Income Tax Process | 192.00 |
| 3800 - Capital and Equity Process | 7.00 |
| 3900 - Period-end Financial Reporting Process | 209.50 |
| 5500 - Financing Process | 2.00 |
| 6000 - Audit of ICFR - Finalization procedures | 99.30 |
| 6500 - Audit of Financial Statements | 454.60 |
| 8100 - Illegal acts, Laws and Regulations | 68.60 |
| 8200 - Litigation, Claims and Assessments/Lawyer's Letters | 30.00 |
| 8700 - Completion | 171.30 |
| 2900 - Information Technology General Controls | 20.50 |
| CTC Fieldwork | 9.90 |
| Hartford Courant Fieldwork | 1.80 |
| KTLA Fieldwork | 0.50 |
| LA Times Fieldwork | 9.80 |
| Sun Sentinel Fieldwork | 3.70 |
| TBC Group Office Fieldwork | 30.70 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services – 2010 Consolidated Audit – Summary of Hours by Subcategory**
**Summary of Hours – March 1, 2011 through March 31, 2011**

| Category | Hours |
|---|---|
| TPC Group Office Fieldwork | 19.40 |
| Tribune Interactive Fieldwork | 5.30 |
| WGN Fieldwork | 10.00 |
| WPIX Fieldwork | 1.70 |
| FSC Fieldwork | 12.20 |
| Liabilities Subject to Compromise | 167.00 |
| Review Fieldwork | 255.60 |
| Reorganization Expense | 77.30 |
| Television Food Network Investment | 119.00 |
| Blue Lynx Media Fieldwork | 97.50 |
| **Total Hours Incurred for the 2010 Consolidated Audit** | **2,295.80** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                              **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Form 5500 and Related Filings**
**Summary of Professionals, Hours and Payments For the**
**Period March 1, 2011 through March 31, 2011**

| Professional | Professional's Position | Hours |
|---|---|---|
| Christopher J King | Director | 2.50 |
| Benjamin Joseph | Senior Associate | 9.00 |
| Diane Mathews | Professional Assistant | 1.50 |
| **Total Hours Incurred during Compensation Period** | | **13.00** |

| | | | |
|---|---|---|---|
| **Requested Payment - 2009 Form 5500 and Related Filings** | | 13.00 | $4,500.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit C-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**

**For the Period March 1, 2011 through March 31, 2011**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Thomas D. Snyder | Partner | $625 | 0.50 | $312.50 |
| J. Timothy Winks | Senior Managing Director | $600 | 2.00 | $1,200.00 |
| Stephen B Danton | Director | $450 | 7.20 | $3,240.00 |
| Samuel I. Lovitch | Manager | $305 | 0.50 | $152.50 |
| Daniel Bisanz | Senior Associate | $240 | 0.50 | $120.00 |
| **Subtotal - Claims Consulting Services** | | | **10.70** | **$5,025.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 0.80 | $440.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 1.00 | $290.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **1.80** | **$730.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 3.20 | $1,760.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 18.00 | $5,220.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **21.20** | **$6,980.00** |
| **Total Hours and Compensation** | | | **33.70** | **$12,735.00** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2011 through March 31, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 3/3/2011 | Stephen B Danton | Director | 0310H0001: Follow-up with Esther Tryban (City of Chicago) regarding settlement discussion. | $450.00 | 0.50 | $225.00 |
| 3/14/2011 | Stephen B Danton | Director | 0310H0002: Teleconference with Esther Tryban (City of Chicago) regarding settlement and penalty abatement. | $450.00 | 0.50 | $225.00 |
| 3/15/2011 | Thomas D. Snyder | Partner | 0310H0003: Review the Canal case. | $625.00 | 0.50 | $312.50 |
| 3/17/2011 | Samuel I. Lovitch | Manager | 0310H0004: Assist Shanice Wong (LA times) with notice from LA City. | $305.00 | 0.50 | $152.50 |
| 3/22/2011 | J. Timothy Winks | Senior Managing Director | 0310H0005: Review settlement agreement letter. | $600.00 | 2.00 | $1,200.00 |
| 3/22/2011 | Stephen B Danton | Director | 0310H0006: Follow-up with Monica Malgerjo (Tribune) regarding concerns raised by the city of Chicago. | $450.00 | 0.60 | $270.00 |
| 3/23/2011 | Stephen B Danton | Director | 0310H0007: Follow-up with Monica Malgerjo (Tribune) and the Kim Cooke (City Attorney) regarding issues around electricity use tax underpayments. | $450.00 | 0.70 | $315.00 |
| 3/25/2011 | Stephen B Danton | Director | 0310H0008: Review the settlement refusal and calculation from the City. | $450.00 | 2.10 | $945.00 |
| 3/28/2011 | Daniel Bisanz | Senior Associate | 0310H0009: Draft settlement agreement letter. | $240.00 | 0.50 | $120.00 |
| 3/28/2011 | Stephen B Danton | Director | 0310H0010: Meeting with Kim Cooke (City Attorney) regarding penalty abatement. | $450.00 | 1.30 | $585.00 |
| 3/30/2011 | Stephen B Danton | Director | 0310H0011: Review the summary of exemptions. | $450.00 | 1.00 | $450.00 |
| 3/31/2011 | Stephen B Danton | Director | 0310H0012: Review the State of MO findings. | $450.00 | 0.50 | $225.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | 10.70 | $5,025.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                                          Exhibit C-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period March 1, 2011 through March 31, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Employment Applications and Other Court Filings** | | | | | | |
| 3/21/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0013: Prepare email to J. Spahn (PwC) regarding amendment to the 2010 Audit Engagement Letter. | $290.00 | 0.10 | $29.00 |
| 3/21/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0014: Review and respond to email from J. Spahn (PwC) regarding the amendment to the 2010 Audit Engagement Letter. | $290.00 | 0.10 | $29.00 |
| 3/23/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0310H0015: Meeting with S. Finseth, J. Spahn and T. Koops (PwC) regarding addendum to the 2010 engagement letter and timing for Audit Committee approval, as well as 2011 draft engagement letter. | $550.00 | 0.80 | $440.00 |
| 3/23/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0016: Meeting with A. Clark Smith, J. Spahn and T. Koops (PwC) regarding addendum to the 2010 engagement letter and timing for Audit Committee approval, as well as 2011 draft engagement letter. | $290.00 | 0.80 | $232.00 |
| **Subtotal - Hours and Compensation for Employment Applications and Other Court Filings** | | | | | **1.80** | **$730.00** |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 3/3/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0017: Review and analyze the January through February 2011 time details and comments provided by the team for Court Submission. | $290.00 | 2.10 | $609.00 |
| 3/3/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0018: Continue to review and analyze the January through February 2011 time details provided by the team for Court submission. | $290.00 | 3.30 | $957.00 |
| 3/4/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0019: Review and analyze the January through February 2011 time details and comments provided by the team for Court Submission. | $290.00 | 1.30 | $377.00 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date – Hourly Professional Services
For the Period March 1, 2011 through March 31, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 3/4/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0020: Review and analyze the January through February 2011 expense details and comments provided by the team for Court Submission. | $290.00 | 2.00 | $580.00 |
| 3/15/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0021: Review the January through February 2011 expense consolidator for Court Submission. | $290.00 | 2.30 | $667.00 |
| 3/15/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0022: Review the January through February 2011 time consolidator for Court Submission. | $290.00 | 1.00 | $290.00 |
| 3/17/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0023: Prepare the January through February 2011 Fee Application Narrative for submission to the Bankruptcy Court. | $290.00 | 0.90 | $261.00 |
| 3/21/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0024: Prepare email to J. Spahn (PwC) regarding status of the review for the January through February 2011 Monthly Fee Application. | $290.00 | 0.20 | $58.00 |
| 3/22/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0025: Meeting with J. Spahn (PwC) regarding the January through February 2011 Monthly Fee Application and amendment to the 2010 Audit Engagement Letter. | $290.00 | 0.50 | $145.00 |
| 3/23/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0310H0026: Review the draft January through February 2011 Monthly Fee Application. | $550.00 | 0.50 | $275.00 |
| 3/28/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0027: Prepare the January through February 2011 Monthly Fee Application Narrative and exhibits for submission to the Bankruptcy Court. | $290.00 | 1.90 | $551.00 |
| 3/29/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0028: Review the January through February 2011 Monthly Fee Application Narrative and exhibits and revise based upon review. | $290.00 | 2.50 | $725.00 |
| 3/30/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0310H0029: Review the January 2011 and February 2011 Monthly Fee Application and corresponding exhibits for Court submission. | $550.00 | 1.30 | $715.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period March 1, 2011 through March 31, 2011**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/31/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0310H0030: Continue reviewing the January 2011 and February 2011 Monthly Fee Application and corresponding exhibits for Court submission. | $550.00 | 1.40 | $770.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **21.20** | **$6,980.00** |
| **Total Hours and Compensation** | | | | | **33.70** | **$12,735.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**      **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period March 1, 2011 through March 31, 2011**

| Transaction Type | Total Expenditures |
|---|---|
| **2010 Consolidated Audit** | |
| Airfare | $476.66 |
| Lodging | $116.76 |
| Mileage Allowance | $28.56 |
| Parking | $124.00 |
| Public/ground transportation | $182.05 |
| Research | $3,194.00 |
| Shipping | $18.74 |
| **Subtotal - 2010 Consolidated Audit** | **$4,140.77** |
| **Total Expenditures** | **$4,140.77** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.  Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Friday, May 06, 2011

Exhibit D-2

**TRIBUNE COMPANY,, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period March 1, 2011 through March 31, 2011

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| **2010 Consolidated Audit** | | | | |
| 1/24/2011 | Justin A Spahn | Airfare | 0311E0001: AMERICAN AIRLINES MIAMI LAKES FL - ECONOMY ROUND TRIP AIRFARE > ORD TO DFW (WEEK OF 1/25/11-1/26/11). | $476.66 |
| 1/25/2011 | Justin A Spahn | Mileage Allowance | 0311E0002: MILEAGE ALLOWANCE - TRAVEL FROM OAK LAWN, IL TO ORD AIRPORT. | $14.28 |
| 1/25/2011 | Henry S Rusek | Shipping | 0311E0003: SHIPPING - SHIPPING COSTS RELATED TO AUDIT CONFIRMATIONS. | $12.22 |
| 1/26/2011 | Justin A Spahn | Lodging | 0311E0004: COURTYARD 16E LEWISVILLE TX - LODGING 1 NIGHT (WEEK OF 1/25/11-1/26/11). | $116.76 |
| 1/26/2011 | Justin A Spahn | Parking | 0311E0005: OHARE PARK E LOT 00 CHICAGO IL - PARKING AT ORD AIRPORT (WEEK OF 1/25/11-1/26/11). | $22.00 |
| 1/26/2011 | Justin A Spahn | Mileage Allowance | 0311E0006: MILEAGE ALLOWANCE - TRAVEL FROM ORD AIRPORT TO OAK LAWN, IL. | $14.28 |
| 1/27/2011 | Justin A Spahn | Public/ground transportation | 0311E0007: TAXI OF DALLAS DFW DALLAS TX - TAXI FROM DFW AIRPORT TO HOTEL. | $30.00 |
| 2/25/2011 | William T England | Parking | 0311E0008: 201 E ILLINOIS SPRK7 CHICAGO IL - TAXI TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $24.00 |
| 2/28/2011 | Robert W LeBourveau | Public/ground transportation | 0311E0009: FLASH CAB - TAXI TO TRIBUNE FROM PWC OFFICE TO TRANSPORT CLIENT FILES. | $9.00 |
| 3/3/2011 | Robert W LeBourveau | Public/ground transportation | 0311E0010: TAXI AFFIL SVCS 6068 CHICAGO IL - TAXI TO TRIBUNE FROM PWC OFFICE TO TRANSPORT CLIENT FILES. | $11.05 |
| 3/3/2011 | William T England | Parking | 0311E0011: 201 E ILLINOIS SPRK7 CHICAGO IL - TAXI TO TRIBUNE FROM PWC OFFICE TO ATTEND CLIENT MEETING. | $10.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY,, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period March 1, 2011 through March 31, 2011**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/5/2011 | William T England | Parking | 0311E0012: 201 E ILLINOIS SPRK7 CHICAGO IL - TAXI TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $24.00 |
| 3/7/2011 | Betsy J Smith | Public/ground transportation | 0311E0013: AMTRAK MILWAUKEE WIWI - ROUNDTRIP TRAIN RIDE FROM MILWAUKEE, WI TO CHICAGO, IL. | $44.00 |
| 3/7/2011 | Betsy J Smith | Parking | 0311E0014: IMPARK LOT 00210051 MILWAUKEE WI - PARKING AT AMTRAK STATION IN MILWAUKEE, WI. | $6.00 |
| 3/7/2011 | Betsy J Smith | Public/ground transportation | 0311E0015: CHICAGO TAXI - TAXI TO AND FROM AMTRAK STATION IN CHICAGO, IL TO TRIBUNE. | $20.00 |
| 3/14/2011 | John A Sandmeier | Public/ground transportation | 0311E0016: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $20.00 |
| 3/15/2011 | John A Sandmeier | Public/ground transportation | 0311E0017: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $20.00 |
| 3/16/2011 | John A Sandmeier | Public/ground transportation | 0311E0018: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE FOR CLIENT MEETING. | $20.00 |
| 3/17/2011 | Thomas L Koops | Parking | 0311E0019: NORTH WATER LOT AMWN CHICAGO IL - TAXI FROM PWC OFFICE TO TRIBUNE TO ATTEND AUDIT COMMITTEE MEETING. | $14.00 |
| 3/18/2011 | Justin A Spahn | Parking | 0311E0020: 201 E ILLINOIS SPRK7 CHICAGO IL - PARKING AT TRIBUNE TOWER FOR CLIENT MEETING. | $24.00 |
| 3/19/2011 | PricewaterhouseCoopers | Shipping | 0311E0021: UNITED PARCEL SERVICE - SHIPPING COSTS RELATED TO AUDIT CONFIRMATIONS. | $6.52 |
| 3/20/2011 | Thomas Bradley Stutesman | Public/ground transportation | 0311E0022: CHICAGO CAB - TAXI TO TRIBUNE FROM PWC OFFICE TO TRANSPORT CLIENT FILES. | $8.00 |
| 3/31/2011 | PricewaterhouseCoopers | Research | 0311E0023: MARKET RESEARCH - FOR Q1 2010 COMPILATION REPORT ON TELEVISION REVENUE SURVEY. | $1,250.00 |

Page 2 of 3
Tuesday, May 17, 2011

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period March 1, 2011 through March 31, 2011**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 3/31/2011 | PricewaterhouseCoopers | Research | 0311E0024: SOFTWARE LICENSE FOR FINANCIAL REPORTING AND ACCOUNTING TECHNICAL RESEARCH SOFTWARE - COMPERIO RENEWAL SUBSCRIPTION EFFECTIVE 03/15/11. | $1,944.00 |
| Subtotal - 2010 Consolidated Audit | | | | $4,140.77 |
| **Total Expenditures** | | | | **$4,140.77** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.