# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Tribune Company

**Case No.:** 08–13141–KJC

**Chapter:** 11

Notice of Filing Fee(s) Due  
Re: Docket # 8917

Dear Mr Brown:

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $5 was collected for this motion. On , the motion was granted by the United States District Court. The remaining $250 fee for filing a Notice of Appeal is now due.
- ☐ On , you filed a Notice of Appeal in the above captioned case. A filing fee in the amount of $255 was due with the filing.
- ☐ On 5/16/2011, you filed a Motion for Relief From Stay . A filing fee in the amount of $150.00 is due.
- ☐ Other:

**Please remit funds to the Court at the following address by no later than 05/24/2011**

**United States Bankruptcy Court**  
**District of Delaware**  
**824 Market Street, 3rd Floor**  
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252–2887.

*David D. Bird*  
Clerk of Court

Date: 5/17/11

By: Ken Brown, Deputy Clerk

(VAN–441)

```
                         United States Bankruptcy Court
                              District of Delaware
In re:                                                    Case No. 08-13141-KJC
Tribune Company                                           Chapter 11
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0311-1        User: KenB          Page 1 of 1          Date Rcvd: May 17, 2011
                            Form ID: van441     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2011.
cr          +Jewel Food Store,   c/o Archer & Greiner,   300 Delaware Avenue,   Suite 1370,
              Wilmington, DE 19801-1658
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2011**                **Signature:** *Joseph Speetjens*