IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors. | |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF<br>TRIBUNE COMPANY on behalf of<br>TRIBUNE COMPANY, et al., | Adversary Proceeding<br>No. 10-54010 (KJC) |
| Plaintiffs, | |
| v. | |
| DENNIS J. FITZSIMONS, et al., | |
| Defendants. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF DANIEL R. SWETNAM

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Daniel R. Swetnam of Schottenstein, Zox & Dunn Co., LPA, to represent Ohio Public Employees Retirement System in this action.

Dated: May 18, 2011

Respectfully submitted,

SCHOTTENSTEIN, ZOX & DUNN CO., LPA

_____
Daniel R. Swetnam                (0011022)
250 West Street, Suite 700
Columbus, OH 43215
(614) 462-2225; Fax: (614) 224-3568
Email: dswetnam@szd.com
*Counsel for Defendant*
*Ohio Public Employees Retirement System*

{H2232322.1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, the United States Supreme Court, the United States Court of Appeals for the Sixth Circuit, and the United States District Courts for the Southern and Northern Districts of Ohio, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Revised Standing Order for District Court Fund dated July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 18, 2011            Respectfully submitted,

SCHOTTENSTEIN, ZOX & DUNN CO., LPA

/s/ Daniel R. Swetnam

Daniel R. Swetnam                              (0011022)
250 West Street, Suite 700
Columbus, OH 43215
(614) 462-2225; Fax: (614) 224-3568
Email: dswetnam@szd.com
*Counsel for Defendant*
*Ohio Public Employees Retirement System*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____                    _____
                                    United States Bankruptcy Judge