UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On May 17, 2011, at my direction and under my supervision, employees of Reliable caused to be served the following documents by hand delivery or Federal Express on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 05/17/2011 | 8930 | Notice of Withdrawal of Motion to File Under Seal Post-Confirmation Hearing Brief of Wilmington Trust. (related document(s) 8901 ) Filed by Wilmington Trust Company. (Hazeltine, William) Modified on 5/18/2011 to correct docket text. (KPB). (Entered: 05/17/2011) |
| 05/17/2011 | 8931 | Brief *[Unredacted] Post-Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES* (related document(s) 8900 ) Filed by Wilmington Trust Company. (Hazeltine, William) (Entered: 05/17/2011) |

X _____

**Gene Matthews**

Dated: May 19, 2011

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 19th day of May, 2011, by Gene
Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

✕ _Sue L. Fillman_

SUE L. FILLMAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 8, 2013

# EXHIBIT A

**VIA FEDERAL EXPRESS**
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Kevin T. Lantry
Kerriann S. Mills
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603

**HAND DELIVERY**
Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**
Bruce Bennett
James O. Johnston
Joshua M. Mester
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017

**HAND DELIVERY**
Robert S. Brady
M. Blake Cleary
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**
Andrew Goldman
WILMER HALE LLP
399 Park Avenue
New York, NY  10022

**HAND DELIVERY**
David M. Klauder
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**
Howard Seife
David M. Le May
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112

**HAND DELIVERY**
Adam G. Landis
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**
Graeme W. Bush
James Sottile
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC  20036

**VIA FEDERAL EXPRESS**
Donald S. Bernstein
Damian S. Schaible
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

**HAND DELIVERY**
Mark Collins
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE  19801

**HAND DELIVERY**
William P. Bowden
Amanda M. Winfree
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**
Daniel Golden
Philip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036

**HAND DELIVERY**
Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**
David S. Rosner
Andrew K. Glenn
Sheron Korpus
KASOWITZ, BENSON, TORRES & FRIEDMAN
LLP
1633 Broadway
New York, NY  10019

**HAND DELIVERY**
Jeffrey M. Schlerf
Eric M. Sutty
John H. Strock
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**
David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036

**VIA FEDERAL EXPRESS**
Thomas E. Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131

**HAND DELIVERY**
Katharine L. Mayer
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**
David Adler
MCCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, NY  10167