misplaced.[249] For one, the data cited by Tuliano is from July 2007, well after the closing of the Step One Transactions and amidst the tightening in the global credit markets that followed Step One.[250] Secondly, given that a CDS spread depends on both default probability and loss rate,[251] and given the loss rate implicit in Tuliano's massive insolvency, a CDS spread of 780 in July 2007 implies a much lower default probability.[252] In fact, as the following chart reveals,[253] had the market actually shared Tuliano's views as to insolvency at Step One, CDS spreads would have been much higher in June 2007 – just as they became exponentially higher in December 2008 immediately before Tribune filed for bankruptcy:



As shown, the CDS spreads increased as the Step Two Transactions became more certain, but did not rise sharply until dramatic events occurred in the market in 2008 (including the rescue of

---

[249] See NPP Ex. 944 at 114; NPP Ex. 955 at 34; NPP Ex. 501 at ML-TRIB-0211277. See also DCL Ex. 1555 at 48 (49% default probability for 5-year CDS, 40% recovery rate and 800 CDS spread).

[250] Examiner Report, Vol. 1 at 473 n.2167.

[251] DCL Ex. 1555 at 48.

[252] Even accepting a 49% default probability would show that in July 2007 the market continued to believe Tribune would more likely than not meet its obligations over the next five years, contradicting Tuliano's view of massive insolvency at Step One.

[253] The chart (based on DCL Ex. 2002) shows five-year CDS spreads on Tribune Senior Notes from September 2006 through December 2008.