# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                                         ) SS
NEW CASTLE COUNTY  )

     Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 3rd day of May, 2011, she caused a copy of the following:

**ORDER SETTING SCHEDULE FOR POST-CONFIRMATION HEARING
BRIEFING AND ARGUMENT
[D.I. 8817]**

to be served upon the parties identified on the attached list via electronic mail.

*/s/ Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 23rd day of May, 2011.

*/s/ Kimberly A. Beckman*
Notary Public
My Commission Expires: _____

[Notary Seal: KIMBERLY A. BECKER, EXPIRES JULY 23, 2012, NOTARY PUBLIC, STATE OF DELAWARE]

{698.001-W0014821.}

**TRIBUNE COMPANY, et al.**
**08-13141 (KJC)**

**PLAN SERVICE LIST**

Plan Benefits Security Division
Elizabeth Goldberg, Esq.
Leonard H. Gerson, Esq.
Christine Heri, Esq.
Michael Schloss, Esq.
**United States Department of Labor**
P.O. Box 1914
Washington, D.C. 20013

Goldberg.elizabeth@dol.gov
Gerson.leonard@dol.gov
Heri.christine@dol.gov
Schloss.michael@dol.gov

Robert Stark, Esq.
Jared A. Ellias, Esq.
Gordon Z. Novod, Esq.
Kate Bromberg, Esq.
Martin Siegel, Esq.
**Brown Rudnick**
Seven Times Square
New York, NY 10036

rstark@brownrudnick.com
jellias@brownrudnick.com
gnovod@brownrudnick.com
kbromberg@brownrudnick.com
msiegel@brownrudnick.com

Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
**Zuckerman Spaeder LLP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036

gbush@zuckerman.com
jsottile@zuckerman.com
agoldfarb@zuckerman.com

Andrew W. Hammond, Esq.
Brian E. Fritz, Esq.
David Hille, Esq.
**White & Case LLP**
1155 Avenue of the Americas
New York, NY 10036

ahammond@whitecase.com
bfritz@whitecase.com
dhille@whitecase.com

| | |
|---|---|
| Andrew N. Goldman, Esq.<br>Charles C. Platt, Esq.<br>Dawn M. Wilson, Esq.<br>**Wilmer Hale, Esq.**<br>399 Park Avenue<br>New York, NY 10022 | Andrew.goldman@wilmerhale.com<br>Charles.platt@wilmerhale.com<br>Dawn.wilson@wilmerhale.com |
| Abid Qureshi, Esq.<br>Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>David Zensky, Esq.<br>Phillip Dublin, Esq.<br>Jason Goldsmith, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | aqureshi@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>jgoldsmith@akingump.com<br>pdublin@akingump.com |
| Mitchell Hurley, Esq.<br>Nancy Chung, Esq.<br>Sunny Gulati, Esq.<br>Christine Doniak, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | mhurley@akingump.com<br>nchung@akingump.com<br>sgulati@akingump.com<br>cdoniak@akingump.com |
| Bryan Krakauer, Esq.<br>Colleen M. Kenney, Esq.<br>James F. Conlan, Esq.<br>James W. Ducayet, Esq.<br>Jen Peltz, Esq.<br>Dale E. Thomas, Esq.<br>Patrick Wackerly, Esq.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL 60603 | Bkrakauer@sidley.com<br>Ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com<br>jpeltz@sidley.com<br>dthomas@sidley.com<br>pwackerly@sidley.com |
| Daniel L. Cantor, Esq.<br>Daniel Shamah, Esq.<br>**O'Melveny & Myers LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | dcantor@omm.com<br>dshamah@omm.com |

Howard J. Kaplan, Esq.
Johnny Yeh, Esq.
**Arkin Kaplan Rice LLP**
590 Madison Avenue, 35th Floor
New York, NY 10022

hkaplan@arkin-law.com
jyeh@arkin-law.com

Katharine L. Mayer, Esq.
**McCarter & English, LLP**
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801

kmayer@mccarter.com

Kevin T. Lantry, Esq.
**Sidley Austin LLP**
555 West Fifth Street
Los Angeles, CA 90013

klantry@sidley.com

Laurie Silverstein, Esq.
R. Stephen McNeill, Esq.
**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

lsilverstein@potteranderson.com
rmcneill@potteranderson.com

David Rosner, Esq.
Sheron Korpus, Esq.
Christine A. Montenegro
Matthew B. Stein, Esq.
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, NY 10019

drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com

| | |
|---|---|
| James O. Johnston, Esq.<br>Joshua Mester, Esq.<br>**Dewey LeBoeuf LLP**<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA  90071 | jjohnston@deweyleboeuf.com<br>jmester@deweyleboeuf.com |
| Alitia Faccone, Esq.<br>Joseph T. Boccassini, Esq.<br>**McCarter & English**<br>100 Mulberry Street<br>Newark, NJ  07102 | afaccone@mccarter.com<br>jboccassini@mccarter.com |
| Andrew Gordon, Esq.<br>David W. Brown, Esq.<br>Elizabeth McColm, Esq.<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | agordon@paulweiss.com<br>dbrown@paulweiss.com<br>emccolm@paulweiss.com |
| Andrew J. Puglia Levy, Esq.<br>**Paul, Weiss, Rifkind, Wharton & Garrison**<br>2001 K Street, NW<br>Washington, DC  20006 | alevy@paulweiss.com |
| Brad B. Erens, Esq.<br>David A. Hall, Esq.<br>**Jones Day**<br>77 West Wacker<br>Chicago, IL  60601 | bberens@jonesday.com<br>dhall@jonesday.com |

Steven M. Bierman, Esq
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY  10019

sbierman@sidley.com

David Adler, Esq.
**McCarter & English**
245 Park Avenue, 27th Floor
New York, NY  10167

dadler@mccarter.com

Evan D. Flaschen, Esq.
**Bracewell & Giuliani LLP**
25 Asylum Street, Suite 2600
Hartford, CT 06103

Evan.flaschen@bgllp.com

Joseph M. Drayton, Esq.
Jonathan Agudelo, Esq.
Jane Parver, Esq.
Madlyn Primoff, Esq.
**Kaye Scholer LLP**
425 Park Avenue
New York, NY  10022

jdrayton@kayescholer.com
jonathan.agudelo@kayescholer.com
jparver@kayescholer.com
mprimoff@kayescholer.com

Norman L. Pernick
J. Kate Stickles, Esq.
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

npernick@coleschotz.com
kstickles@coleschotz.com

| | |
|---|---|
| Lynn DiPaola Marvin, Esq.<br>**Jones Day**<br>222 East 41st Street<br>New York, NY 10017 | lmarvin@jonesday.com |
| John Henry Schanne, II, Esq.<br>David Stratton, Esq.<br>**Pepper Hamilton LLP**<br>1313 Market St.<br>P.O. Box 1709<br>Wilmington, DE 19899 | schannej@pepperlaw.com<br>strattond@pepperlaw.com |
| Damian Schaible, Esq.<br>Elliott Moskowitz, Esq.<br>Michael Russano, Esq.<br>Dennis Glazer, Esq.<br>Donald Bernstein, Esq.<br>Karen Luftglass, Esq.<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY 10017 | Damian.schaible@dpw.com<br>Elliott.moskowitz@davispolk.com<br>Michael.russano@davispolk.com<br>dglazer@davispolk.com<br>Donald.bernstein@davispolk.com<br>Karen.luftglass@davispolk.com |
| Charles Jackson, Esq.<br>Theodore M. Becker, Esq.<br>Deborah S. Davidson, Esq.<br>**Morgan Lewis & Bockius LLP**<br>77 West Wacker Dr.<br>Chicago, IL 60601-5094 | Charles.jackson@morganlewis.com<br>tbecker@morganlewis.com<br>ddavidson@morganlewis.com |
| Menachem Zelmanovitz, Esq.<br>**Morgan, Lewis & Bockius LLP**<br>101 Park Avenue<br>New York, NY 10178 | mzelmanovitz@morganlewis.com |

David M. Miles, Esq.
Ronald Flagg, Esq.
James F. Bendernagel, Jr.
**Sidley Austin LLP**
1501 K Street, N.W.
Washington, DC 20005

dmiles@sidley.com
rflagg@sidley.com
jbendern@sidley.com

A. Brent Truitt, Esq.
**Hennigan Bennett & Dorman LLP**
245 Park Ave., 39th Floor
New York, NY

truittb@hbdlawyers.com

Rachel Jaffe Mauceri, Esq.
**Morgan Lewis**
1701 Market Street
Philadelphia, PA 19103

rmauceri@morganlewis.com

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

rwriley@duanemorris.com

Michael Dockertman, Esq.
Jonathan W. Young, Esq.
Patrick Frye, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606

dockterman@wildman.com
young@wildman.com
frye@wildman.com

| | |
|---|---|
| Jeffrey C. Wisler, Esq.<br>Marc Phillips, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>Wilmington, DE 19899 | jwisler@cblh.com<br>mphillips@cblh.com |
| John McCambridge, Esq.<br>George Dougherty, Esq.<br>Grippo & Elden LLC<br>111 S. Wacker Drive<br>Chicago, IL 60606 | Jmccambridge@grippoelden.com<br>gdougherty@grippoelden.com<br>mkazan@grippoelden.com |
| Kathleen M. Miller, Esq,<br>Smith Katzenstein & Jenkins LLP<br>800 Delaware Avenue<br>Suite 1000<br>Wilmington, DE 19801 | kmiller@skfdelaware.com |
| Richard A. Saldinger, Esq.<br>Kimberly Bacher, Esq.<br>Shaw Gussis Fishman Glantz Wolfson & Toubin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | rsaldinger@shawgussis.com<br>kbacher@shawgussis.com |
| David W. Carickhoff, Jr., Esq.<br>Blank Rome LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801 | carickhoff@blankrome.com |

| | |
|---|---|
| David Bradford, Esq.<br>Catherine Steege, Esq.<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654 | dbradford@jenner.com<br>csteege@jenner.com |
| Bradley J. Butwin, Esq.<br>Evan M. Jones, Esq.<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | bbutwin@omm.com<br>ejones@omm.com |
| Joel Friedlander, Esq.<br>Sean Brennecke, Esq.<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | jfriedlander@bmf-law.com<br>sbrennecke@bmf-law.com |
| Jeffrey M. Schlerf, Esq.<br>Eric M. Sutty, Esq.<br>Fox Rothschild LLP<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE 19899 | jschlerf@foxrothschild.com<br>esutty@foxrothschild.com<br>jbird@foxrothschild.com |
| Thomas E. Lauria, Esq.<br>Scott Greissman, Esq.<br>White and Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 | tlauria@whitecase.com<br>sgreissman@whitecase.com |

Adam Hiller, Esq.
Donna L. Harris, Esq.
Pinckney, Harris & Weidinger LLC
1220 North Market Street
Suite 950
Wilmington, DE 19801

ahiller@phw-law.com
dharris@phw-law.com

William D. Sullivan, Esq.
Elihu Allinson, Esq.
Sullivan Hazeltine & Allinson LC
824 Market Street
Wilmington, DE 19801

bsullivan@sha-llc.com
zallinson@shaw-llc.com

R. Baskin, Esq.
Jay Teitelbaum, Esq.
Teitelbaum & Baskin LLP
3 Barker Avenue, Third Floor
White Plains, NY 10601

rbaskin@tblawllp.com
jteitelbaum@tblawllp.com

Mark E. Felger, Esq.
Cozen O'Connor
1201 North Market Street
Suite 1400
Wilmington, DE 19801

mfelger@cozen.com

William P. Bowden, Esq.
Amanda Winfree, Esq.
Leigh-Anne Raport, Esq.
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19801

wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
lraport@ashby-geddes.com

Edward A. Friedman, Esq.
William P. Weintraub, Esq.
Eamonn O'Hagan, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036

efriedman@fklaw.com
wweintraub@fklaw.com
eohagan@fklaw.com


John P. Sieger, Esq.
Joshua A. Gadharf, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

John.sieger@kattenlaw.com
Joshua.gadharf@kattenlaw.com


Steven C. Florsheim, Esq.
Bruce S. Sperling, Esq.
Daniel Shmikler, Esq.
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

sflorsheim@sperling-law.com
bss@sperling-law.com
dshmikler@sperling-law.com