## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                       ) SS
NEW CASTLE COUNTY )

Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 20th day of May, 2011, she caused a copy of the following:

**ORDER ESTABLISHING PROCEDURES RELATED TO THE POST-CONFIRMATION HEARING ADMISSION OF EVIDENCE AND RESOLUTION OF EVIDENTIARY OBJECTIONS**
**[D.I. 8843]**

to be served upon the parties identified on the attached list via electronic mail.

*Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 23rd day of May, 2011.

*Kimberly A. Becker*
Notary Public
My Commission Expires:

**TRIBUNE COMPANY, et al.**
**08-13141 (KJC)**

**PLAN SERVICE LIST**

Plan Benefits Security Division
Elizabeth Goldberg, Esq.
Leonard H. Gerson, Esq.
Christine Heri, Esq.                              Goldberg.elizabeth@dol.gov
Michael Schloss, Esq.                             Gerson.leonard@dol.gov
**United States Department of Labor**             Heri.christine@dol.gov
P.O. Box 1914                                     Schloss.michael@dol.gov
Washington, D.C. 20013

Robert Stark, Esq.
Jared A. Ellias, Esq.
Gordon Z. Novod, Esq.                             rstark@brownrudnick.com
Kate Bromberg, Esq.                               jellias@brownrudnick.com
Martin Siegel, Esq.                               gnovod@brownrudnick.com
**Brown Rudnick**                                 kbromberg@brownrudnick.com
Seven Times Square                                msiegel@brownrudnick.com
New York, NY  10036

Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.                          gbush@zuckerman.com
**Zuckerman Spaeder  LLP**                        jsottile@zuckerman.com
1800 M Street, NW, Suite 1000                     agoldfarb@zuckerman.com
Washington, D.C. 20036

Andrew W. Hammond, Esq.
Brian E. Fritz, Esq.
David Hille, Esq.                                 ahammond@whitecase.com
**White & Case LLP**                              bfritz@whitecase.com
1155 Avenue of the Americas                       dhille@whitecase.com
New York, NY  10036

Andrew N. Goldman, Esq.
Charles C. Platt, Esq.
Dawn M. Wilson, Esq.
**Wilmer Hale, Esq.**
399 Park Avenue
New York, NY 10022

Andrew.goldman@wilmerhale.com
Charles.platt@wilmerhale.com
Dawn.wilson@wilmerhale.com

Abid Qureshi, Esq.
Daniel H. Golden, Esq.
Deborah Newman, Esq.
David Zensky, Esq.
Phillip Dublin, Esq.
Jason Goldsmith, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

aqureshi@akingump.com
dgolden@akingump.com
djnewman@akingump.com
dzensky@akingump.com
jgoldsmith@akingump.com
pdublin@akingump.com

Mitchell Hurley, Esq.
Nancy Chung, Esq.
Sunny Gulati, Esq.
Christine Doniak, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

mhurley@akingump.com
nchung@akingump.com
sgulati@akingump.com
cdoniak@akingump.com

Bryan Krakauer, Esq.
Colleen M. Kenney, Esq.
James F. Conlan, Esq.
James W. Ducayet, Esq.
Jen Peltz, Esq.
Dale E. Thomas, Esq.
Patrick Wackerly, Esq.
**Sidley Austin LLP**
One South Dearborn
Chicago, IL 60603

Bkrakauer@sidley.com
Ckenney@sidley.com
jconlan@sidley.com
jducayet@sidley.com
jpeltz@sidley.com
dthomas@sidley.com
pwackerly@sidley.com

Daniel L. Cantor, Esq.
Daniel Shamah, Esq.
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036

dcantor@omm.com
dshamah@omm.com

Howard J. Kaplan, Esq.
Johnny Yeh, Esq.
**Arkin Kaplan Rice LLP**
590 Madison Avenue, 35th Floor
New York, NY 10022

hkaplan@arkin-law.com
jyeh@arkin-law.com


Katharine L. Mayer, Esq.
**McCarter & English, LLP**
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE  19801

kmayer@mccarter.com


Kevin T. Lantry, Esq.
**Sidley Austin LLP**
555 West Fifth Street
Los Angeles, CA  90013

klantry@sidley.com


Laurie Silverstein, Esq.
R. Stephen McNeill, Esq.
**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

lsilverstein@potteranderson.com
rmcneill@potteranderson.com


David Rosner, Esq.
Sheron Korpus, Esq.
Christine A. Montenegro
Matthew B. Stein, Esq.
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, NY 10019

drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com

James O. Johnston, Esq.
Joshua Mester, Esq.
**Dewey LeBoeuf LLP**
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

jjohnston@deweyleboeuf.com
jmester@deweyleboeuf.com


Alitia Faccone, Esq.
Joseph T. Boccassini, Esq.
**McCarter & English**
100 Mulberry Street
Newark, NJ 07102

afaccone@mccarter.com
jboccassini@mccarter.com


Andrew Gordon, Esq.
David W. Brown, Esq.
Elizabeth McColm, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

agordon@paulweiss.com
dbrown@paulweiss.com
emccolm@paulweiss.com


Andrew J. Puglia Levy, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison**
2001 K Street, NW
Washington, DC 20006

alevy@paulweiss.com


Brad B. Erens, Esq.
David A. Hall, Esq.
**Jones Day**
77 West Wacker
Chicago, IL 60601

bberens@jonesday.com
dhall@jonesday.com

Steven M. Bierman, Esq
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY  10019

sbierman@sidley.com


David Adler, Esq.
**McCarter & English**
245 Park Avenue, 27th Floor
New York, NY  10167

dadler@mccarter.com


Evan D. Flaschen, Esq.
**Bracewell & Giuliani LLP**
25 Asylum Street, Suite 2600
Hartford, CT 06103

Evan.flaschen@bgllp.com


Joseph M. Drayton, Esq.
Jonathan Agudelo, Esq.
Jane Parver, Esq.
Madlyn Primoff, Esq.
**Kaye Scholer LLP**
425 Park Avenue
New York, NY  10022

jdrayton@kayescholer.com
jonathan.agudelo@kayescholer.com
jparver@kayescholer.com
mprimoff@kayescholer.com


Norman L. Pernick
J. Kate Stickles, Esq.
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

npernick@coleschotz.com
kstickles@coleschotz.com

Lynn DiPaola Marvin, Esq.
**Jones Day**
222 East 41st Street
New York, NY  10017

lmarvin@jonesday.com

John Henry Schanne, II, Esq.
David Stratton, Esq.
**Pepper Hamilton LLP**
1313 Market St.
P.O. Box 1709
Wilmington, DE  19899

schannej@pepperlaw.com
strattond@pepperlaw.com

Damian Schaible, Esq.
Elliott Moskowitz, Esq.
Michael Russano, Esq.
Dennis Glazer, Esq.
Donald Bernstein, Esq.
Karen Luftglass, Esq.
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017

Damian.schaible@dpw.com
Elliott.moskowitz@davispolk.com
Michael.russano@davispolk.com
dglazer@davispolk.com
Donald.bernstein@davispolk.com
Karen.luftglass@davispolk.com

Charles Jackson, Esq.
Theodore M. Becker, Esq.
Deborah S. Davidson, Esq.
**Morgan Lewis & Bockius LLP**
77 West Wacker Dr.
Chicago, IL 60601-5094

Charles.jackson@morganlewis.com
tbecker@morganlewis.com
ddavidson@morganlewis.com

Menachem Zelmanovitz, Esq.
**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178

mzelmanovitz@morganlewis.com

David M. Miles, Esq.
Ronald Flagg, Esq.
James F. Bendernagel, Jr.
**Sidley Austin LLP**
1501 K Street, N.W.
Washington, DC  20005

dmiles@sidley.com
rflagg@sidley.com
jbendern@sidley.com

A. Brent Truitt, Esq.
**Hennigan Bennett & Dorman LLP**
245 Park Ave., 39th Floor
New York, NY

truittb@hbdlawyers.com

Rachel Jaffe Mauceri, Esq.
**Morgan Lewis**
1701 Market Street
Philadelphia, PA 19103

rmauceri@morganlewis.com

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

rwriley@duanemorris.com

Michael Dockerman, Esq.
Jonathan W. Young, Esq.
Patrick Frye, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606

dockterman@wildman.com
young@wildman.com
frye@wildman.com

Jeffrey C. Wisler, Esq.
Marc Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

jwisler@cblh.com
mphillips@cblh.com


John McCambridge, Esq.
George Dougherty, Esq.
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

Jmccambridge@grippoelden.com
gdougherty@grippoelden.com
mkazan@grippoelden.com


Kathleen M. Miller, Esq,
Smith Katzenstein & Jenkins LLP
800 Delaware Avenue
Suite 1000
Wilmington, DE 19801

kmiller@skfdelaware.com


Richard A. Saldinger, Esq.
Kimberly Bacher, Esq.
Shaw Gussis Fishman Glantz Wolfson & Toubin LLC
321 N. Clark Street
Suite 800
Chicago, IL 60654

rsaldinger@shawgussis.com
kbacher@shawgussis.com


David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801

carickhoff@blankrome.com

David Bradford, Esq.
Catherine Steege, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

dbradford@jenner.com
csteege@jenner.com


Bradley J. Butwin, Esq.
Evan M. Jones, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

bbutwin@omm.com
ejones@omm.com


Joel Friedlander, Esq.
Sean Brennecke, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

jfriedlander@bmf-law.com
sbrennecke@bmf-law.com


Jeffrey M. Schlerf, Esq.
Eric M. Sutty, Esq.
Fox Rothschild LLP
919 North Market Street
Suite 1300
Wilmington, DE 19899

jschlerf@foxrothschild.com
esutty@foxrothschild.com
jbird@foxrothschild.com


Thomas E. Lauria, Esq.
Scott Greissman, Esq.
White and Case LLP
1155 Avenue of the Americas
New York, NY 10036

tlauria@whitecase.com
sgreissman@whitecase.com

Adam Hiller, Esq.
Donna L. Harris, Esq.
Pinckney, Harris & Weidinger LLC
1220 North Market Street
Suite 950
Wilmington, DE 19801

ahiller@phw-law.com
dharris@phw-law.com


William D. Sullivan, Esq.
Elihu Allinson, Esq.
Sullivan Hazeltine & Allinson LC
824 Market Street
Wilmington, DE 19801

bsullivan@sha-llc.com
zallinson@shaw-llc.com


R. Baskin, Esq.
Jay Teitelbaum, Esq.
Teitelbaum & Baskin LLP
3 Barker Avenue, Third Floor
White Plains, NY 10601

rbaskin@tblawllp.com
jteitelbaum@tblawllp.com


Mark E. Felger, Esq.
Cozen O'Connor
1201 North Market Street
Suite 1400
Wilmington, DE 19801

mfelger@cozen.com


William P. Bowden, Esq.
Amanda Winfree, Esq.
Leigh-Anne Raport, Esq.
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19801

wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
lraport@ashby-geddes.com

Edward A. Friedman, Esq.
William P. Weintraub, Esq.
Eamonn O'Hagan, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036

efriedman@fklaw.com
wweintraub@fklaw.com
eohagan@fklaw.com


John P. Sieger, Esq.
Joshua A. Gadharf, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661

John.sieger@kattenlaw.com
Joshua.gadharf@kattenlaw.com


Steven C. Florsheim, Esq.
Bruce S. Sperling, Esq.
Daniel Shmikler, Esq.
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

sflorsheim@sperling-law.com
bss@sperling-law.com
dshmikler@sperling-law.com


Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 North King Street, Plaza Level
Wilmington, DE 19801

gmcdaniel@bglaw.com


Robert S. Brady, Esq.,
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor
100 West Street, 17th Floor
Wilmington, DE 19801

rbrady@ycst.com
mbcleary@ycst.com

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Collins@rlf.com