# EXHIBIT "A"

{698.001-W0014792.}

## EXHIBIT "A" – SUMMARY SHEET

April 1, 2011 through and including April 30, 2011

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $690.00 | 87.30 | $60,237.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $610.00 | 101.60 | $61,976.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $610.00 | 28.80 | $17,568.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $475.00 | 34.10 | $16,197.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $425.00 | 71.90 | $30,557.50 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $385.00 | 92.30 | $35,535.50 |
| Mark D. Olivere | Associate; admitted DE 2002 | May, 2002 | $395.00 | .30 | $118.50 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $325.00 | .80 | $260.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $295.00 | 121.00 | $35,695.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $295.00 | 42.80 | $12,626.00 |

{698.001-W0014792.}

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Frances A. Panchak | Paralegal | N/A | $225.00 | 95.90 | $21,577.50 |
| Michelle M. Dero | Paralegal | N/A | $225.00 | 12.40 | $2,790.00 |
| Cathy A. Adams | Paralegal | N/A | $200.00 | 9.90 | $1,980.00 |
| Anthony C. Dellose | Paralegal | N/A | $190.00 | 1.00 | $190.00 |
| Linda M. Rogers | Paralegal | N/A | $200.00 | 77.90 | $15,580.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 6.20 | $775.00 |
| Michelle Ifill | Legal Assistant | N/A | $125.00 | 4.60 | $575.00 |
| | | | Total | 788.80 | $314,238.50 |

**Blended Rate: $398.38**