# EXHIBIT "C"

{698.001-W0014792.}

Official Committee of Unsecured Creditors                    May 25, 2011
                                                    Account No:   698-001
                                                    Statement No:     13674


Tribune Company, et al. bankruptcy

                              **Expenses**

          Overtime Wages                              1,171.71
          Postage                                     1,644.21
          Copying                                       638.90
          Overnight Delivery                          1,204.52
          Courier Fees                                2,626.10
          Online research LEXIS                         217.73
          Outside Duplication Services               8,579.69
          Electronic Filing - PACER                    503.92
          US Postage                                    423.29
          Court Reporter fees                         6,857.05
          Client meals                                2,273.73
          Conference Call Service                        11.88
          Telephonic Court Appearance                 1,666.00
                                                    ---------
          Total Expenses Thru 04/30/2011           $27,818.73

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 01/31/2011 | AGL | U | B100 | E208 | | 177.36 Electronic Filing PACER | 1690 |
| Subtotal for Transaction Date 01/31/2011 | | | | | Billable | 177.36 | | |
| 698.001 | 03/02/2011 | AGL | U | B100 | E102 | | 55.08 Outside printing Digital Legal Services, LLC - Invoice 56816 | 1683 |
| Subtotal for Transaction Date 03/02/2011 | | | | | Billable | 55.08 | | |
| 698.001 | 03/04/2011 | AGL | U | B100 | E111 | | 348.45 Meals - Breakfast and lunch supplements 3/7 to 3/18/11 confirmation hearing | 1604 |
| Subtotal for Transaction Date 03/04/2011 | | | | | Billable | 348.45 | | |
| 698.001 | 03/08/2011 | AGL | U | B100 | E111 | | 180.00 Meals Sugarfoot Fine Food - Lunch (Sandwiches, salads on March fee appln) for Zuckerman (3) LRC (2) Chadbourne (10) | 1676 |
| 698.001 | 03/08/2011 | AGL | U | B100 | E107 | | 36.00 Delivery services/messengers Digital Legal Services, LLC - Invoice 56926 | 1684 |
| Subtotal for Transaction Date 03/08/2011 | | | | | Billable | 216.00 | | |
| 698.001 | 03/09/2011 | AGL | U | B100 | E216 | | 212.50 Chubb Subpoena Process Server Fee - Parcels Invoice 302451 | 1693 |
| Subtotal for Transaction Date 03/09/2011 | | | | | Billable | 212.50 | | |
| 698.001 | 03/15/2011 | AGL | U | B100 | E102 | | 822.80 Outside printing Digital Legal Services, LLC - Invoice 56999 | 1680 |
| Subtotal for Transaction Date 03/15/2011 | | | | | Billable | 822.80 | | |
| 698.001 | 03/16/2011 | AGL | U | B100 | E217 | | 1,748.45 Court Reporter fee Diaz Data Services Invoice 7524 - Court hearing | 1473 |
| Subtotal for Transaction Date 03/16/2011 | | | | | Billable | 1,748.45 | | |
| 698.001 | 03/17/2011 | AGL | U | B100 | E102 | | 1,817.14 Outside printing Digital Legal Services, LLC - Invoice 57010 | 1681 |
| Subtotal for Transaction Date 03/17/2011 | | | | | Billable | 1,817.14 | | |
| 698.001 | 03/19/2011 | AGL | U | B100 | E111 | | 159.60 Client meals - Lunch for (2) Chadbourne from Chelsea Tavern (Kosher) for 3/11, 3/14, 3/15 and 3/17 | 1603 |
| Subtotal for Transaction Date 03/19/2011 | | | | | Billable | 159.60 | | |
| 698.001 | 03/28/2011 | AGL | U | B100 | E226 | | 11.88 Conference Call Service American Teleconferencing Services Ltd. - Invoice dated 4/21/11 | 1647 |
| Subtotal for Transaction Date 03/28/2011 | | | | | Billable | 11.88 | | |
| 698.001 | 03/31/2011 | AGL | U | B100 | E106 | | 27.28 Online research LexisNexis - Invoice 1103144682 March 2011 | 1647 |
| 698.001 | 03/31/2011 | AGL | U | B100 | E208 | | 185.04 Electronic Filing PACER | 1691 |
| Subtotal for Transaction Date 03/31/2011 | | | | | Billable | 212.32 | | |
| 698.001 | 04/04/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fee - Advance Digital Legal Services, LLC Invoice 40094 | 1557 |
| Subtotal for Transaction Date 04/04/2011 | | | | | Billable | 6.50 | | |
| 698.001 | 04/05/2011 | AGL | U | B100 | E228 | | 146.00 Telephonic Court Appearance - CourtCall Invoices 4139306, 4139296, 4139280 | 1660 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|--------|---|-------|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| Client | Trans Date | Tmkr | H P | Tcode/Task Code | Rate | Amount | Description | Ref # |
|--------|-----------|------|-----|-----------------|------|--------|-------------|-------|
| 698.001 | 04/05/2011 | AGL | U B100 | E228 | | 183.00 | Telephonic Court Appearance American Express - CourtCall Invoices 4139128, 4139154, 4139238, 4139217 | 1685 |
| | | | | | | | | |
| Subtotal for Transaction Date 04/05/2011 | | | | | Billable | 329.00 | | |
| 698.001 | 04/06/2011 | AGL | U B100 | E102 | | 19.00 | Widener University - Invoice 25: Bankruptcy Evidence Manual Sec 611 | 1551 |
| Subtotal for Transaction Date 04/06/2011 | | | | | Billable | 19.00 | | |
| 698.001 | 04/08/2011 | AGL | U B100 | E216 | | 59.50 | Courier Fee - Advance Digital Legal Services, LLC Invoice 40094 | 1553 |
| 698.001 | 04/08/2011 | AGL | U B100 | E102 | | 380.60 | Outside printing Digital Legal Services, LLC - Invoice 57329 | 1588 |
| 698.001 | 04/08/2011 | AGL | U B100 | E108 | | 248.00 | Postage | 1620 |
| 698.001 | 04/08/2011 | AGL | U B100 | E101 | 0.100 | 18.00 | Copying | 1632 |
| 698.001 | 04/08/2011 | AGL | U B100 | E209 | | 75.42 | Overtime wages - subpoena preparation | 1657 |
| Subtotal for Transaction Date 04/08/2011 | | | | | Billable | 781.52 | | |
| 698.001 | 04/09/2011 | AGL | U B100 | E209 | | 224.64 | Overtime wages - Assist with preparation for confirmation hearing | 1660 |
| Subtotal for Transaction Date 04/09/2011 | | | | | Billable | 224.64 | | |
| 698.001 | 04/10/2011 | AGL | U B100 | E111 | | 66.52 | Meals - additional Breakfast/Lunch supplements for confirmation hearing and mediation day 4/11, 4/12, 4/13 and 4/14 | 1538 |
| Subtotal for Transaction Date 04/10/2011 | | | | | Billable | 66.52 | | |
| 698.001 | 04/11/2011 | AGL | U B100 | E102 | | 300.98 | Outside printing Digital Legal Services, LLC - Invoice 57321 | 158 |
| 698.001 | 04/11/2011 | AGL | U B100 | E108 | | 31.39 | Postage Digital Legal Services, LLC - Invoice 57321 | 158 |
| 698.001 | 04/11/2011 | AGL | U B100 | E107 | | 26.00 | Delivery services/messengers Digital Legal Services, LLC - Invoice 57321 | 158 |
| 698.001 | 04/11/2011 | AGL | U B100 | E102 | | 90.20 | Outside printing Digital Legal Services, LLC - Invoice 57325 | 158 |
| 698.001 | 04/11/2011 | AGL | U B100 | E108 | | 72.47 | Postage Digital Legal Services, LLC - Invoice 57325 | 158 |
| 698.001 | 04/11/2011 | AGL | U B100 | E107 | | 305.50 | Delivery services/messengers Digital Legal Services, LLC - Invoice 57325 | 158 |
| 698.001 | 04/11/2011 | AGL | U B100 | E218 | | 24.70 | Client meals - Shoprite Lunch for (2) Chadbourne (Kosher) | 161 |
| 698.001 | 04/11/2011 | AGL | U B100 | E218 | | 6.00 | DLS - Lunch supplements - Invoice 40158 supplements | 161 |
| 698.001 | 04/11/2011 | AGL | U B100 | E216 | | 55.40 | Courier Fees Digital Legal Services, LLC - Invoice 40158 | 161 |
| 698.001 | 04/11/2011 | AGL | U B100 | E218 | | 72.50 | Meals from Washington Street Ale House (DLS Invoice 40158) - Dinner for LRC (3), Chadbourne (2) | 161 |
| 698.001 | 04/11/2011 | AGL | U B100 | E101 | 0.100 | 37.60 | Copying | 163 |
| 698.001 | 04/11/2011 | AGL | U B100 | E101 | 0.100 | 100.00 | Copying | 163 |
| 698.001 | 04/11/2011 | AGL | U B100 | E209 | | 158.13 | Overtime wages - Assist with confirmation hearing preparation. | 165 |
| 698.001 | 04/11/2011 | AGL | U B100 | E111 | | 124.50 | Meals from Toscana - Lunch for Chadbourne (4), Zuckerman (2), LRC (3) | 166 |
| 698.001 | 04/11/2011 | AGL | U B100 | E111 | | 219.50 | Meals from Deep Blue - Dinner for Chadbourne (4), Zuckerman (2), LRC (3) | 166 |
| Subtotal for Transaction Date 04/11/2011 | | | | | Billable | 1,624.87 | | |
| 698.001 | 04/12/2011 | AGL | U B100 | E111 | | 144.50 | Meals Cavanaugh's Restaurant - Lunch (5) Chadbourne (3) Zuckerman (3) LRC | 15 |
| 698.001 | 04/12/2011 | AGL | U B100 | E217 | | 1,479.10 | Court Reporter fee Diaz Data Services Invoice # 7683 | 15 |
| 698.001 | 04/12/2011 | AGL | U B100 | E221 | | 31.73 | Overnight Delivery FedEx Invoice 7-466-17893 | 15 |
| 698.001 | 04/12/2011 | AGL | U B100 | E221 | | 27.15 | Overnight Delivery FedEx Invoice 7-466-17893 | 15 |
| 698.001 | 04/12/2011 | AGL | U B100 | E218 | | 23.00 | Client meals - Working dinner from Public | 16 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| | | | | | | | House (2) LRC | |
| 698.001 | 04/12/2011 | AGL | U | B100 | E216 | | 232.10 Courier Fees Digital Legal Services, LLC - Invoice 40158 | 1616 |
| 698.001 | 04/12/2011 | AGL | U | B100 | E209 | | 245.98 Overtime wages - Assist with confirmation hearing preparation. | 1656 |
| 698.001 | 04/12/2011 | AGL | U | B100 | E209 | | 56.57 Overtime wages - Assist attorneys with preparation for court hearing. | 1658 |
| 698.001 | 04/12/2011 | AGL | U | B100 | E111 | | 54.00 Meals from Cosi - Breakfast for Chadbourne (4), Zuckerman (2), LRC (3) | 1668 |
| 698.001 | 04/12/2011 | AGL | U | B100 | E111 | | 39.90 Meals from Chelsea Tavern - Lunch for (2) Chadbourne (Kosher) | 1674 |
| 698.001 | 04/12/2011 | AGL | U | B100 | E228 | | 524.00 Telephonic Court Appearance American Express - CourtCall Invoices 4151514, 4151678, 4151093 | 1680 |
| Subtotal for Transaction Date 04/12/2011 | | | | | Billable | 2,858.03 | | |
| 698.001 | 04/13/2011 | AGL | U | B100 | E111 | | 180.00 Meals from Cavanaugh's Restaurant - Lunch for Chadbourne (4), LRC (3) Zuckerman (2) | 1554 |
| 698.001 | 04/13/2011 | AGL | U | B100 | E102 | | 98.00 Outside printing Digital Legal Services, LLC - Invoice 57377 | 1589 |
| 698.001 | 04/13/2011 | AGL | U | B100 | E217 | | 1,509.35 Court Reporter fee Diaz Data Services - Invoice 7696 | 1600 |
| 698.001 | 04/13/2011 | AGL | U | B100 | E216 | | 387.10 Courier Fees Digital Legal Services, LLC - Invoice 40158 | 1611 |
| 698.001 | 04/13/2011 | AGL | U | B100 | E218 | | 29.16 Client meals - Shoprite Lunch (2) Chadbourne (Kosher) | 1619 |
| 698.001 | 04/13/2011 | AGL | U | B100 | E101 | 0.100 | 12.50 Copying | 1635 |
| 698.001 | 04/13/2011 | AGL | U | B100 | E101 | 0.100 | 3.00 Copying | 1636 |
| 698.001 | 04/13/2011 | AGL | U | B100 | E209 | | 131.99 Overtime wages - confirmation hearing document preparation. | 1651 |
| 698.001 | 04/13/2011 | AGL | U | B100 | E209 | | 56.57 Overtime wages - Assist attorneys with preparation for court hearing. | 1659 |
| 698.001 | 04/13/2011 | AGL | U | B100 | E111 | | 69.00 Meals from Cosi - Breakfast for Chadbourne (4), Zuckerman (2), LRC (3) | 1669 |
| 698.001 | 04/13/2011 | AGL | U | B100 | E111 | | 42.50 Meals from Pizza by Elizabeths - Dinner for LRC (3) | 1670 |
| 698.001 | 04/13/2011 | AGL | U | B100 | E111 | | 224.00 Meals from Vinoteca - Dinner for Chadbourne (4), Zuckerman (2), LRC (3) | 1671 |
| 698.001 | 04/13/2011 | AGL | U | B100 | E228 | | 510.00 Telephonic Court Appearance American Express - CourtCall Invoices 4151095, 4151666, 4151522 | 1681 |
| Subtotal for Transaction Date 04/13/2011 | | | | | Billable | 3,253.17 | | |
| 698.001 | 04/14/2011 | AGL | U | B100 | E221 | | 39.50 Overnight Delivery FedEx Invoice 7-466-17893 | 1584 |
| 698.001 | 04/14/2011 | AGL | U | B100 | E221 | | 161.18 Overnight Delivery FedEx Invoice 7-466-17893 (4 packages) | 1585 |
| 698.001 | 04/14/2011 | AGL | U | B100 | E217 | | 1,497.25 Court Reporter fee Diaz Data Services - Invoice 7708 | 1601 |
| 698.001 | 04/14/2011 | AGL | U | B100 | E216 | | 438.50 Courier Fees Digital Legal Services, LLC - Invoice 40158 | 1612 |
| 698.001 | 04/14/2011 | AGL | U | B100 | E209 | | 52.71 Overtime wages - Assist with confirmation hearing | 1652 |
| 698.001 | 04/14/2011 | AGL | U | B100 | E209 | | 56.56 Overtime wages - Assist with confirmation hearing. | 1653 |
| 698.001 | 04/14/2011 | AGL | U | B100 | E111 | | 172.00 Meals from Toscana - Lunch for Chadbourne (4), Zuckerman (2), LRC (3) | 1672 |
| 698.001 | 04/14/2011 | AGL | U | B100 | E111 | | 54.00 Meals from Cosi - Breakfast for Chadbourne (4), Zuckerman (2), LRC (3) | 1673 |
| 698.001 | 04/14/2011 | AGL | U | B100 | E111 | | 39.90 Meals from Chelsea Tavern - Lunch (2) Chadbourne (Kosher) | 1675 |
| 698.001 | 04/14/2011 | AGL | U | B100 | E221 | | 944.96 Overnight Delivery FedEx - Invoice 7-481-96411 | 1676 |
| Subtotal for Transaction Date 04/14/2011 | | | | | Billable | 3,456.56 | | |
| 698.001 | 04/15/2011 | AGL | U | B100 | E102 | | 645.66 Outside printing Digital Legal Services, LLC - Invoice 57401 | 1591 |
| 698.001 | 04/15/2011 | AGL | U | B100 | E108 | | 253.23 Postage Digital Legal Services, LLC - Invoice 57401 | 1591 |
| 698.001 | 04/15/2011 | AGL | U | B100 | E107 | | 318.50 Delivery services/messengers Digital Legal Services, LLC - Invoice 57401 | 1591 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

Subtotal for Transaction Date 04/15/2011 — Billable — 1,217.39

| 698.001 | 04/18/2011 | AGL | U B100 | E108 | | 2.78 | Postage | 162 |
| 698.001 | 04/18/2011 | AGL | U B100 | E101 | 0.100 | 17.90 | Copying | 163 |
| 698.001 | 04/18/2011 | AGL | U B100 | E216 | | 26.00 | Courier Fees - Digital Legal Invoice 40226 | 166 |
| 698.001 | 04/18/2011 | AGL | U B100 | E102 | | 53.64 | Outside printing Digital Legal Services, LLC - Invoice 57405 | 168 |

Subtotal for Transaction Date 04/18/2011 — Billable — 100.32

| 698.001 | 04/19/2011 | AGL | U B100 | E102 | | 591.86 | Outside printing Digital Legal Services, LLC - Invoice 57422 | 159 |
| 698.001 | 04/19/2011 | AGL | U B100 | E108 | | 252.72 | Postage Digital Legal Services, LLC - Invoice 57422 | 159 |
| 698.001 | 04/19/2011 | AGL | U B100 | E107 | | 441.00 | Delivery services/messengers Digital Legal Services, LLC - Invoice 57422 | 159 |
| 698.001 | 04/19/2011 | AGL | U B100 | E101 | 0.100 | 4.80 | Copying | 163 |

Subtotal for Transaction Date 04/19/2011 — Billable — 1,290.38

| 698.001 | 04/20/2011 | AGL | U B100 | E102 | | 3.85 | Outside printing Digital Legal Services, LLC - Invoice 57417 | 159 |
| 698.001 | 04/20/2011 | AGL | U B100 | E108 | | 2.20 | Postage Digital Legal Services, LLC - Invoice 57417 | 159 |
| 698.001 | 04/20/2011 | AGL | U B100 | E107 | | 36.00 | Delivery services/messengers Digital Legal Services, LLC - Invoice 57417 | 159 |
| 698.001 | 04/20/2011 | AGL | U B100 | E108 | | 2.56 | Postage | 162 |
| 698.001 | 04/20/2011 | AGL | U B100 | E209 | | 56.56 | Overtime wages - Assist with preparation of discovery matters | 165 |
| 698.001 | 04/20/2011 | AGL | U B100 | E216 | | 19.50 | Courier Fees - Digital Legal Invoice 40226 | 166 |

Subtotal for Transaction Date 04/20/2011 — Billable — 120.67

| 698.001 | 04/21/2011 | AGL | U B100 | E217 | | 190.45 | Court Reporter fee Diaz Data Services Invoice 7736 | 160 |
| 698.001 | 04/21/2011 | AGL | U B100 | E108 | | 2.56 | Postage | 162 |
| 698.001 | 04/21/2011 | AGL | U B100 | E108 | | 46.08 | Postage | 162 |
| 698.001 | 04/21/2011 | AGL | U B100 | E108 | | 599.72 | Postage | 162 |
| 698.001 | 04/21/2011 | AGL | U B100 | E108 | | 6.43 | Postage | 162 |
| 698.001 | 04/21/2011 | AGL | U B100 | E108 | | 3.25 | Postage | 162 |
| 698.001 | 04/21/2011 | AGL | U B100 | E101 | 0.100 | 9.50 | Copying | 163 |
| 698.001 | 04/21/2011 | AGL | U B100 | E209 | | 56.58 | Overtime wages - Assist attorneys with preparation of discovery matters. | 165 |
| 698.001 | 04/21/2011 | AGL | U B100 | E216 | | 6.50 | Courier Fees - Digital Legal Invoice 40226 | 166 |
| 698.001 | 04/21/2011 | AGL | U B100 | E228 | | 150.00 | Telephonic Court Appearance American Express - CourtCall Invoices 4174658, 4174588, 4174667, 4174640, 4174674 | 168 |

Subtotal for Transaction Date 04/21/2011 — Billable — 1,071.07

| 698.001 | 04/22/2011 | AGL | U B100 | E102 | | 3,424.52 | Outside printing Digital Legal Services, LLC - Invoice 57477 | 160 |
| 698.001 | 04/22/2011 | AGL | U B100 | E101 | 0.100 | 22.40 | Copying | 164 |
| 698.001 | 04/22/2011 | AGL | U B100 | E204 | | 423.29 | Postage Digital Legal Services, LLC - Invoice 57866 | 164 |
| 698.001 | 04/22/2011 | AGL | U B100 | E216 | | 6.50 | Courier Fees - Digital Legal Invoice 40226 | 166 |

Subtotal for Transaction Date 04/22/2011 — Billable — 3,876.71

| 698.001 | 04/25/2011 | AGL | U B100 | E102 | | 182.72 | Outside printing Digital Legal Services, LLC Invoice 57852 | 160 |
| 698.001 | 04/25/2011 | AGL | U B100 | E108 | | 24.80 | Postage | 162 |
| 698.001 | 04/25/2011 | AGL | U B100 | E101 | 0.100 | 384.20 | Copying | 164 |
| 698.001 | 04/25/2011 | AGL | U B100 | E217 | | 432.45 | Court Reporter fee Diaz Data Services - Invoice 7762 | 164 |
| 698.001 | 04/25/2011 | AGL | U B100 | E228 | | 153.00 | Telephonic Court Appearance American Express - CourtCall Invoices 4177855, 4178002, 4177989 | 168 |

Subtotal for Transaction Date 04/25/2011 — Billable — 1,177.17

Detail Cost Transaction File List
Landis Rath & Cobb LLP

**Client ID 698.001 Official Committee of Unsecured Creditors**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 04/26/2011 | AGL | U | B100 | E102 | | 93.64 | Outside printing Digital Legal Services, LLC - Invoice 57879 | 1647 |
| | | | | | | | | | |
| Subtotal for Transaction Date 04/26/2011 | | | | | | Billable | 93.64 | | |
| | | | | | | | | | |
| 698.001 | 04/27/2011 | AGL | U | B100 | E101 | 0.100 | 4.00 | Copying | 1642 |
| | | | | | | | | | |
| Subtotal for Transaction Date 04/27/2011 | | | | | | Billable | 4.00 | | |
| | | | | | | | | | |
| 698.001 | 04/28/2011 | AGL | U | B100 | E101 | 0.100 | 24.00 | Copying | 1643 |
| | | | | | | | | | |
| Subtotal for Transaction Date 04/28/2011 | | | | | | Billable | 24.00 | | |
| | | | | | | | | | |
| 698.001 | 04/29/2011 | AGL | U | B100 | E108 | | 90.02 | Postage | 1629 |
| 698.001 | 04/29/2011 | AGL | U | B100 | E108 | | 3.84 | Postage | 1630 |
| 698.001 | 04/29/2011 | AGL | U | B100 | E108 | | 2.16 | Postage | 1631 |
| 698.001 | 04/29/2011 | AGL | U | B100 | E101 | 0.100 | 1.00 | Copying | 1644 |
| 698.001 | 04/29/2011 | AGL | U | B100 | E216 | | 13.00 | Courier Fees Digital Legal Services, LLC - Invoice 40427 | 1677 |
| | | | | | | | | | |
| Subtotal for Transaction Date 04/29/2011 | | | | | | Billable | 110.02 | | |
| | | | | | | | | | |
| 698.001 | 04/30/2011 | AGL | U | B100 | E106 | | 190.45 | Online research LexisNexis - Invoice 1104144514 April 2011 | 1679 |
| 698.001 | 04/30/2011 | AGL | U | B100 | E208 | | 141.52 | Electronic Filing PACER | 1692 |
| | | | | | | | | | |
| Subtotal for Transaction Date 04/30/2011 | | | | | | Billable | 331.97 | | |
| | | | | | | | | | |
| Total for Client ID 698.001 | | | | | | Billable | 27,818.73 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

---

**GRAND TOTALS**

| | | Billable | 27,818.73 |
|---|---|---|---|