# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** 5/25/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kenneth Kansa | Kirkland Sidley | Debtor |
| Jillian Ludwig | " | " |
| Norman Pernick | Cole Schotz | " |
| Jeffrey Wisler | Connolly Bove | WALTZ, VITANOVEC, LANDON, MALONE, LEWIN, HILLER, LEACH, REARDON |
| Anthony Saccullo | A.M. Saccullo Legal | Timothy Knight |
| Tom Horan | Womble Carlyle | Great Bank |
| David LeMay | Chadbourne & Parke | Creditors Committee |
| Adam Langdale | Landis Rath & Cobb | " |
| R. Stephen McNeill | Potter Anderson Corroon | Merrill Lynch |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey #5**

Calendar Date: 05/25/2011
Calendar Time: 01:00 PM ET

Amended Calendar 05/24/2011 10:15 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3999975 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4241216 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4218674 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4213412 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4241224 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4241199 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsercured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4230107 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4244241 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4244233 | Amy Foran | (312) 222-5955 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4208781 | Joseph Frank | 312-276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4243905 | Terry Godbey | (407) 601-7624 | Terry Godby - In Pro Per/Pro Se | In Propria Persona, Terry Godbey / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4241228 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4240740 | Blake Hannafan | (312) 527-0055 | Hannafan & Hannafan Ltd. | Interested Party, Timothy Knight / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4208821 | Reed Heiligman | (312) 276-1400 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4244059 | James O. Johnston | 213-621-6000 ext. 6018 | Dewey & LeBoeuf LLP | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4190140 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |

Isabel Zanabria    CourtConfCal2009    Page 3 of 7

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4243947 | Peter Kim | (212) 450-3028 Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4244226 | Candice Kline | 312-853-7778 Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4244223 | Bryan Krakauer | (312) 853-7515 Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4244213 | Kevin Lantry | 213-896-6022 Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4241203 | David LeMay | (212) 408-5100 Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4244238 | Don Liebentritt | (312) 222-3651 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4237393 | David Litvack | (212) 310-8361 Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4243969 | Neil S Losquadro | (212) 745-9758 Brigade Capital Management | Interested Party, Neil S Losquadro / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4241355 | Rachel Mauceri | (215) 963-5000 Morgan Lewis & Bockius LLP | Interested Party, Great Banc Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4241213 | Thomas McCormack | (212) 408-5100 Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4244060 | Joshua M. Mester | 213-621-6016 Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4241522 | Claire P. Murphy | 312-641-3200 Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4241242 | Jane Parver | 212-836-8510 Kaye Scholer LLP | Creditor, Merrill Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4241165 | Shannon Pennock | (212) 373-3000 Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4241236 | Madlyn G. Primoff | 212-836-7042 Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4241206 | Marc Roitman | (212) 408-5271 Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4237402 | Andrea Saavedra | (212) 310-8544 Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4241188 | Howard Seife | 212-408-5361 ext. 00 Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4238954 | Daniel S. Shamah | (212) 326-2138 O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4218680 | Michael L. Simes | (212) 506-2607 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4241218 | James Sottile | (202) 778-1800 Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4218692 | Amit Trehan | (212) 506-2198 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4241327 | Amit K. Trehan | (212) 506-2500 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |

| Tribune Company | 08-13141 | Hearing | 4020441 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tribune Company | 08-13141 | Hearing | 4244245 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4244576 | Justin Winerman | (312) 407-0924 | Skadden Arps Slate Meagher & Flom | Client, Former Special Committe / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4241742 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | In Propria Persona, Matthew A Zloto / LISTEN ONLY |