## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THE
## SIXTH INTERIM APPLICATION OF CHADBOURNE & PARKE LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Sixth Interim Application of Chadbourne & Parke LLP* [Docket No. 5030] (the "**Fee Application**"). The Fee Application seeks approval of fees that total $3,743,887.25 and reimbursement of expenses that total $227,476.68 for the period from March 1,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2010 through May 31, 2010. Chadbourne & Parke LLP ("**Chadbourne**") serves as co-counsel to the Official Committee of Unsecured Creditors (the "**Committee**").

**Background**

1.     On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**"), each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.     On January 16, 2009, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Tribune Company, et al., Pursuant to 11 U.S.C. §§ 327 and 1103 and Fed. R. Bankr. P. 2014, for an Order Authorizing the Employment and Retention of Chadbourne & Parke LLP as Co-Counsel, Effective as of December 18, 2008* [Docket No. 243] (the "**Retention Application**"). By order dated February 20, 2009 [Docket No. 429], this Court approved the retention of Chadbourne (the "**Retention Order**").

3.     Chadbourne submitted the Fee Application, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 15, 2009) [Docket No. 225] (the "**Interim Compensation Order**").

**Applicable Standards**

4.     In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.     The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.     Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*.  In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

7.     A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the

exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.      The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Chadbourne for review and comment. The firm responded to the Fee Examiner with a detailed written response to the Preliminary Report, and the Fee Examiner and Chadbourne engaged in subsequent written and verbal communication. After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

## DISCUSSION OF FINDINGS

### Technical Requirements

9.      **Reconciliation of Fees and Expenses.** The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**"). The Fee Examiner determined that the Fees Requested exceed the Fees Computed by $157.50, resulting in an apparent overcharge. The discrepancy is the result of task hours within several entries that do not equal the time billed for the entry as a whole, as displayed in **Exhibit A**.[2] In response to the Preliminary Report, Chadbourne agreed to a voluntary fee reduction in the amount of $157.50.

---

[2] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

The Fee Examiner found no discrepancy between the Expenses Requested and the Expenses Computed. The figures in the Preliminary Report and the accompanying exhibits reflect the Fees Computed and Expenses Computed.

10.    **Block Billing.** The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[3] With minimal exception, the Fee Examiner did not identify block billed fee entries.

11.    **Time Increments.** The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*. The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines* ¶(b)(4)(v). Chadbourne complied with the applicable rules regarding time increments.

**Review of Fees**

12.    **Firm Staffing.** The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines* ¶(b)(1)(iii). The Fee Application provided the names, positions, and hourly rates of the 63 Chadbourne professionals and paraprofessionals who billed to this matter, consisting of 12 partners, 4 counsel, 36 associates, 10 paraprofessionals, and 1 librarian. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit B**.

---

[3] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

The firm billed a total of 6,591.30 hours with associated fees of $3,743,729.75.[4] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 1,894.70 | 29% | $1,562,062.50 | 42% |
| Counsel | 990.60 | 15% | 608,175.75 | 16% |
| Associate | 3,135.00 | 47% | 1,430,554.50 | 38% |
| Paraprofessional | 569.70 | 9% | 142,677.00 | 4% |
| Librarian | 1.30 | * | 260.00 | * |
| TOTAL | 6,591.30 | 100% | $3,743,729.75 | 100% |

* Less than 1%

The blended hourly rate for the Chadbourne professionals is $598.11 and the blended hourly rate for professionals and paraprofessionals is $567.98.

13.    **Hourly Rate Increases.**    Chadbourne did not increase the hourly rate of any timekeeper during the sixth interim period.

14.    **Potential Double Billing.**    The Fee Examiner identified two billing entries that appeared to be duplicative (i.e., on the same date by the same timekeeper with identical or nearly identical descriptions and time increments).    The questioned task, totaling 0.90 hour with $580.50 in associated fees, was highlighted in bold and marked with an ampersand [&] in **Exhibit C** to the Preliminary Report. The Fee Examiner requested that the firm review the entries and either (i) confirm that the fee entry was inadvertently billed twice, or (ii) provide an explanation for the duplication.

In response, Chadbourne confirmed that the fee entry was inadvertently billed twice and agreed to a voluntary fee reduction of $580.50 as displayed in Exhibit C.

15.    **Timekeepers' Roles.**    A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4).*    With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts.    With limited exceptions, each timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary,

---
[4] This figure reflects the Fees Computed.

and/or fungible tasks that did not appear to be duplicated by other professionals. However, the Fee Examiner requested additional information regarding the necessity and scope of the roles performed by two timekeepers identified in **Exhibit D** to the Preliminary Report, who billed a total of 4.20 hours with associated fees of $2,721.00.

In response to the Fee Examiner's request, Chadbourne explained that each attorney possessed specialized knowledge and/or prior experience related to the matters on which they billed time (a deferred compensation issue and a litigation matter). The firm also stated that the entries in question demonstrate Chadbourne's commitment to providing cost-effective counsel to the Committee, as they reflect the firm's use of its pre-existing knowledgebase to avoid duplicative and unnecessary research or preparation time. After consideration of Chadbourne's response and the additional information contained therein, the Fee Examiner makes no recommendation for a fee reduction. Exhibit D is omitted from this report.

16.    **Meetings, Conferences, Hearings, and Other Events.** The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified occasions where two or more Chadbourne timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 323.50 hours with $238,318.50 in associated fees, were provided to Chadbourne in **Exhibit E** to the Preliminary Report. In each instance

where multiple timekeepers attended a meeting, conference hearing or other event, the Fee Examiner

identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the

attorney leading rather than observing a conference).   The potentially duplicative and unnecessary

timekeepers' entries total 217.20 hours with $141,805.00 in associated fees, and were highlighted in

bold and marked with an ampersand [&] in the exhibit.   The Fee Examiner requested that the firm

provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative

attendees' roles and comment on the necessity of the multiple attendees for each event, with attention to

any meeting or event where more than two firm timekeepers were present.

      In response to the Preliminary Report, Chadbourne reiterated the size and complexity

of the cases and the resulting need for the participation of numerous professionals.   The firm asserted

that review of the time in question demonstrates Chadbourne's efforts to limit multiple participants to

matters where they are truly necessary, and provided examples of the various areas of expertise needed

at Committee meetings and other events.   As in responses to prior fee applications, the firm also

provided two exhibits through which the meetings and events were divided into seven categories and

which contained detailed explanations for the need of multiple timekeepers at the various meetings.

After analysis of the additional information provided, the requirements of the Local Rules and UST

Guidelines are satisfied and accordingly the Fee Examiner makes no recommendation for a fee

reduction.   Exhibit E is omitted from this report.

    17.   **Intraoffice Conferences.**   Frequent intraoffice conferences may indicate inappropriate

levels of staffing, unnecessary conferring, or the use of inexperienced personnel.   The Fee Examiner

identified billing activities by Chadbourne timekeepers describing intraoffice conferences totaling

360.70 hours with $225,519.00 in associated fees, or 6% of the total Fees Computed, as displayed in

**Exhibit F** to the Preliminary Report.   The Fee Examiner observed that in certain instances, two or

more timekeepers invoiced fees associated with the same intraoffice conference.   The entries describing

intraoffice conferences invoiced by two or more firm personnel total 155.80 hours with $98,922.00 in

associated fees and were highlighted in bold and marked with an ampersand [&].  The Fee Examiner requested that Chadbourne strive to eliminate unnecessary intraoffice conferencing, and further requested that the firm provide an explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the Preliminary Report, Chadbourne reiterated that the size and complexity of the cases often required coordination between multiple firm professionals and that many of the conferences dealt with complex issues that required input from lawyers with different skill sets or which required meetings among senior and junior lawyers to discuss and assign research issues. Chadbourne asserted that the assignment meetings are appropriate, useful and more cost-effective than alternative means of conveying information (such as drafting written assignments).  The firm further stated that the vast majority of the intraoffice time related to issues related to Chadbourne's investigation of the 2007 Tribune LBO transaction, the largest issue in the Debtors' bankruptcy cases. The legal and factual undertaking involved in fully and appropriately addressing these issues could not be completed without intraoffice meetings to assign tasks and to keep various task and team leaders apprised of relevant case and investigation developments that necessarily proceed on proceed on parallel tracks.  The response also provided additional detail regarding the specific work performed during the interim period related to the LBO transaction.  After consideration of the firm's response and the fact that intraoffice communication generated only 6% of the overall fees, the Fee Examiner makes no recommendation for a related fee reduction.  Exhibit F is omitted from this report.

18.    **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary."  The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall

individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.

The Fee Examiner reviewed the substantive detail of each billing entry describing communication activities and identified 88.60 hours with $65,623.00 in associated fees where the billing narrative failed to disclose the subject matter of and/or the participants to a communication. The entries were displayed in **Exhibit G** to the Preliminary Report. The Fee Examiner requested Chadbourne to provide additional detail regarding the entries in question to permit a determination of the parties and subject-matter of each communication.

In response to the Preliminary Report, Chadbourne stated the firm's belief that the questioned task descriptions contained adequate information when placed in the context of contemporaneous time entries. The response further stated that "[i]n some cases, Exhibit G appears to reflect the Fee Examiner's concern with entries that refer to 'review of correspondence' regarding a particular subject. These time entries generally reflect review, or transmission of multiple emails regarding the same subject. Given that many such emails may be transmitted to, and elicit conversation among, upwards of a dozen individuals or institutions, Chadbourne does not believe it is always feasible for timekeepers to record every party to an email chain." The firm did, however, acknowledge that additional clarity would be beneficial and proposed to specifically instruct all timekeepers to refrain from generalized "review of correspondence re:" entries and to, where possible, list the parties to correspondence. While common sense must be applied in order to avoid truly onerous burdens, the specificity requirements of the Local Rules and UST Guidelines are clear. In light of the communications with the firm, the Fee Examiner makes no recommendation for a fee reduction at this time. Exhibit G is omitted from this report.

19.   **Administrative Activities.**   Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm.   The Fee Examiner identified 30.40 hours with $10,588.00 in associated fees, displayed in **Exhibit H** to the Preliminary Report, that appeared to be firm administration rather than legal work performed on behalf of the Committee.   The Fee Examiner requested additional information from the firm relating to the questioned entries.

In response, Chadbourne stated that all of the time entries reflect time spent preparing bills in connection with monthly fee applications.   The firm asserted that, in addition to the non-billable work of Chadbourne's billing department, the paraprofessional who addresses billing issues for Tribune typically spends at least twenty hours per month on administrative activities related to bill preparation – none of which are included in the firm's fee applications.   After further review of the task descriptions in light of the additional information provided, the Fee Examiner makes no recommendation for a fee reduction and Exhibit H is omitted from this report.

20.   **Clerical Activities.**   Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel[5] or tasks for which the firm charged more than the market rate.   The Fee Examiner identified entries that appeared to describe clerical activity totaling 66.90 hours with associated fees of $15,164.50 as displayed in **Exhibit I** to the Preliminary Report.[6]

---

[5] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates).   These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

[6] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates).   These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

In response to the Preliminary Report, the firm provided additional explanation and context for the activities questioned by the Fee Examiner. In particular, Chadbourne stated that a significant portion of the time entries reflect work performed by paraprofessionals to respond to requests by the Examiner, who required that all materials be submitted to him in "a particular, highly technical format." After evaluation of Chadbourne's response, the Fee Examiner engaged in additional communication with the firm including submission of a revised exhibit of entries and a telephonic discussion of the activities performed. The result of the discussions is Chadbourne, without conceding that the activities in question are clerical work or that such work should be compensated at a reduced hourly rate, voluntarily consented to a fee reduction in the amount of $1,236.50 resulting from reducing to $80.00 per hour the rate applied to the entries in the revised Exhibit I (included with this report).

As noted in the reports regarding Chadbourne's fifth interim fee application, the Fee Examiner tracked the hours and fees devoted to the review of dockets for other cases. The Fee Application contained 6.00 hours and $1,390.50 in fees (set forth in **Exhibit J** to the Preliminary Report) resulting for paraprofessionals' review of other case dockets. In response, Chadbourne acknowledged the Fee Examiner's concern and provided an explanation of the purpose of the docket review which included being aware of all current information on "cutting edge" issues. While the benefits of analyzing how other courts dealt with issues relevant to the Tribune cases are not in doubt, what is unclear is the necessity of billing fees to review another docket on an almost daily basis. The Fee Examiner makes no recommendation for a fee reduction at this time, but will quantify the fees invoiced by Chadbourne for this activity on a going-forward basis and analyze the aggregate fees. Exhibit J is included with this report for the Court's reference.

21.     **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii).* Chadbourne complied with the Local Rules regarding nonworking travel.

22.    **Chadbourne Retention/Compensation.**    Chadbourne billed 147.90 hours with associated fees of $57,230.00 to prepare the firm's retention documents and applications for compensation, which computes to approximately 2% of the total Fees Computed. The fee entries describing Chadbourne's retention/compensation activities are displayed in **Exhibit K**, included with this Final Report for the Court's reference.

23.    **Other Firms' Retention/Compensation.**    Chadbourne billed 32.20 hours with associated fees of $13,388.50 for the retention and/or compensation of other firms, which computes to less than 1% of the total Fees Computed. The fee entries describing these activities are displayed in **Exhibit L**, included in this Final Report for the Court's reference.

**Review of Expenses**

24.    **Itemization of Expenses.**    The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*. The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*. Chadbourne provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

25.    **Photocopies.**    Chadbourne stated in the Fee Application that the firm's rate for duplication is $0.10 per page. However, the Fee Examiner noted that while the majority of the charges

were calculated at $0.10 per page, there were four charges that were calculated at a rate of $0.20 per page (provided to the firm in **Exhibit M** to the Preliminary Report).

In response, Chadbourne confirmed the rate of $0.20 per page was inadvertently applied in certain charges, and agreed to an expense reduction in the amount of $2.30. Exhibit M is omitted from this report.

26.    **Computer Assisted Legal Research.**  The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2(e)(iii).* Chadbourne requested reimbursement for computer assisted legal research charges totaling $41,403.08.  The Fee Application stated "With respect to legal research expenses, Chadbourne has entered into flat-fee contracts with Lexis/Nexis and Westlaw for the provision of online research services.  In order to determine charges to individual clients, the flat fees charged to Chadbourne by Lexis/Nexis and Westlaw are allocated among those clients based on the actual number and scope of searches conducted on behalf of those clients."

27.    **Overtime Expenses.**  Chadbourne requested reimbursement of late night and weekend carfare totaling $4,063.06, late night and weekend meals totaling $2,525.75, and paralegal and office service overtime totaling $1,896.11.   Although a firm may have a policy that personnel may be reimbursed for travel home when working late and meals for employees while working late, such charges are generally considered part of the firm's overhead.   Likewise, charges for employees working late are considered firm overhead.   The charges, totaling a combined $8,484.92, were provided to Chadbourne in **Exhibit N** to the Preliminary Report.

The firm's response to the Preliminary Report was consistent with prior responses to the issue of overtime expenses: a statement regarding the firm's policy on reimbursement for meals and carfare.  In addition, the firm asserted that the paralegal overtime charges were incurred for time-sensitive work on behalf of the Committee that required the paralegals in question to work outside of regular business hours; the Fee Examiner notes that the firm billed for such time.  As with past

Chadbourne applications, and consistent with the standards applied to other case professionals in the Tribune matters and in other bankruptcy matters in this Court, the Fee Examiner recommends an expense reduction in the amount of $8,484.92 resulting from the expense items listed in Exhibit N. The Fee Examiner and the firm discussed this issue, and while Chadbourne believes that the questioned costs are appropriate and fully compensable, on an interim basis – and without waiving the right to request full payment at a final fee hearing – the firm acknowledged the expense reduction will be made and will not contest the reduction at an interim hearing.

28.    **Telephone Charges.**    Chadbourne requested reimbursement of $11,260.19 for telephone charges.  Nineteen of the charges exceeded $40.00.  The Fee Application stated "Due to the national nature of the Debtors' business and the Committee's participation in weekly meetings by telephone, long distance telephone and conference call services have been required.  In accordance with the guidelines, in seeking reimbursement for long distance telephone charges, Chadbourne currently charges clients its approximate actual cost paid to its long distance carriers.  Chadbourne utilizes outside vendors for conference call services and requests reimbursement only for the amount billed to Chadbourne by the third-party vendors."

29.    **Catered Meals.**  Chadbourne requested reimbursement of $6,372.47 for catered meals. The Fee Application provided an explanation of the meetings that occurred on each of the days on which catering charges were incurred.

30.    **Electronic Data Discovery Services.**    Chadbourne requested reimbursement of $138,172.15 for electronic data discovery services.  The Fee Application stated that "In connection with the LBO/ESOP transaction investigation, Chadbourne entered into a contract for electronic data discovery services with Complete Document Source, Inc. ("CDS").  The CDS charges incurred during the Application Period represent a monthly hosting fee as well as processing fees for loading data and/or converting data to a searchable format.  In seeking reimbursement for these outside professional services, Chadbourne requests reimbursement for the actual costs incurred."    While making no

recommendation regarding the CDS costs, the Fee Examiner notes the use of such a vendor should greatly reduce or eliminate the need for the law firm to perform such data discovery activities.

31.  **Travel - Lodging.**  The Fee Examiner applies a ceiling for domestic lodging of $350.00 per night.  Chadbourne requested reimbursement for four lodging charges that exceed the ceiling amount, as displayed in **Exhibit O** to the Preliminary Report.  The Fee Examiner requested additional information from Chadbourne.

In response, the firm stated that each of the entries in question represents the cost of a single night's lodging.  The three entries for the night of April 12, 2010 reflect single night stays at the Hotel DuPont in Wilmington, Delaware, while the entry for May 25, 2010 reflects a single night at the Inn of Monchanin Village, near Wilmington, Delaware.  The Fee Examiner applies the cap to all case professionals unless provided with an explanation of unusual circumstances, and accordingly recommends an expense reduction in the amount of $326.02 resulting from the lodging charges in the attached Exhibit O.  The Fee Examiner and Chadbourne discussed this issue and, while the firm does not agree that the cap should be applied and instead asserts that the lodging expenses are fully compensable, on an interim basis – and without waiving the right to request full payment at a final fee hearing – the firm acknowledged the expense reduction will be made and will not contest the reduction at an interim hearing.

## CONCLUSION

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above.  The Fee Examiner recommends the approval of fees in the amount of $3,741,912.75 ($3,743,887.25 minus $1,974.50) and reimbursement of expenses in the amount of $218,663.44 ($227,476.68 minus $8,813.24) for the period from March 1, 2010 through May 31, 2010. The findings are summarized in the attached Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

**APPENDIX A**

**CHADBOURNE & PARKE, LLP**

### SUMMARY OF FINDINGS

#### Sixth Interim Application (March 1, 2010 through May 31, 2010)

##### A.    Amounts Requested and Computed

| | | |
|---|---:|---:|
| Fees Requested | $3,743,887.25 | |
| Expenses Requested | 227,476.68 | |
| | | |
| **TOTAL FEES AND EXPENSES REQUESTED** | | **$3,971,363.93** |
| | | |
| Fees Computed | $3,743,729.75 | |
| Expenses Computed | 227,476.68 | |
| | | |
| **TOTAL FEES AND EXPENSES COMPUTED** | | **$3,971,206.43** |
| | | |
| Discrepancy in Fees | $    157.50 | |
| | | |
| **TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES** | | $    157.50 |

##### B.    Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---:|---:|
| Fees Requested | $3,743,887.25 | |
| *Agreed Reduction for Discrepancy in Fees* | | *($    157.50)* |
| *Agreed Reduction for Potential Double Billing* | | *(580.50)* |
| *Agreed Reduction for Clerical Activities* | | *(1,236.50)* |
| Subtotal | | *($1,974.50)* |
| | | |
| **RECOMMENDED FEE ALLOWANCE** | | **$3,741,912.75** |
| | | |
| Expenses Requested | $227,476.68 | |
| *Agreed Reduction for Photocopies* | | *($    2.30)* |
| *Agreed Reduction for Overtime Expenses*[7] | | *(8,484.92)* |
| *Agreed Reduction for Lodging*[8] | | *(326.02)* |
| Subtotal | | *($8,813.24)* |
| | | |
| **RECOMMENDED EXPENSE REIMBURSEMENT** | | 218,663.44 |
| | | |
| **TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT** | | **$3,960,576.19** |

---

[7] The firm believes that the questioned costs are appropriate and fully compensable.  On an interim basis – and without waiving the right to request full payment at a final fee hearing – the firm will not contest the reduction at an interim hearing.

[8] The firm asserts that the lodging expenses are fully compensable.  On an interim basis – and without waiving the right to request full payment at a final fee hearing – the firm will not contest the reduction at an interim hearing.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 25th day of May, 2011.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard,
P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

_____
W. Andrew Dalton

**EXHIBIT A**
**DISCREPANCY SCHEDULE**
**Chadbourne & Parke, LLP**

| Invoice Number | Entry Number | Matter | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overcharges** | | | | | | | | | | | |
| 1313670019 | 509 | Review of PrePetition Financings | Dye | 03/02/10 | $405.00 | 2.40 | 1.60 | $ 972.00 | $ 648.00 | 0.80 | $ 324.00 |
| 1313688017 | 469 | General Litigation | McCormack | 04/20/10 | $825.00 | 1.10 | 1.00 | 907.50 | 825.00 | 0.10 | 82.50 |
| 1313704017 | 349 | General Litigation | Vazquez | 05/16/10 | $625.00 | 0.50 | 0.40 | 312.50 | 250.00 | 0.10 | 62.50 |
| | | | | | | | | **Total Overcharges** | | **1.00** | **$ 469.00** |
| **Undercharges** | | | | | | | | | | | |
| 1313670011 | 427 | Plan and Disclosure Statement | Gayda | 03/29/10 | $595.00 | 8.70 | 8.80 | $ 5,176.50 | $ 5,236.00 | (0.10) | $ (59.50) |
| 1313688017 | 302 | General Litigation | Yoo | 04/06/10 | $405.00 | 0.40 | 0.60 | 162.00 | 243.00 | (0.20) | (81.00) |
| 1313704003 | 98 | Committee Meetings | LeMay | 05/06/10 | $855.00 | 1.40 | 1.60 | 1,197.00 | 1,368.00 | (0.20) | (171.00) |
| | | | | | | | | **Total Undercharges** | | **(0.50)** | **$ (311.50)** |
| | | | | | | | | **Net Total Discrepancy** | | **0.50** | **$ 157.50** |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0525 | Seife, Howard | PARTNER | $482.50 | $965.00 | 486.00 | $467,446.00 |
| 1426 | Deutsch, Douglas E. | PARTNER | $347.50 | $695.00 | 445.40 | $305,313.50 |
| 0685 | Zink Jr., N. Theodore | PARTNER | $795.00 | $795.00 | 325.20 | $258,534.00 |
| 0095 | McCormack, Thomas J. | PARTNER | $825.00 | $825.00 | 279.50 | $230,587.50 |
| 0351 | LeMay, David M. | PARTNER | $855.00 | $855.00 | 257.10 | $219,820.50 |
| 3340 | Schwinger, Robert | PARTNER | $785.00 | $785.00 | 38.70 | $30,379.50 |
| 0819 | Alpert, Marc A. | PARTNER | $825.00 | $825.00 | 28.20 | $23,265.00 |
| 0361 | Leder, Richard M. | PARTNER | $965.00 | $965.00 | 12.10 | $11,676.50 |
| 6587 | Gallai, David | PARTNER | $650.00 | $650.00 | 11.90 | $7,735.00 |
| 0359 | Frix, Dana | PARTNER | $675.00 | $675.00 | 5.80 | $3,915.00 |
| 1257 | Berson, Scott | PARTNER | $695.00 | $695.00 | 4.20 | $2,919.00 |
| 2486 | Glover, Marjorie | PARTNER | $785.00 | $785.00 | 0.60 | $471.00 |
| No. of Billers for Position: 12 | | Blended Rate for Position: | $824.44 | | 1,894.70 | $1,562,062.50 |
| | | | | | % of Total: 28.75% | % of Total: 41.72% |
| 7699 | Ashley, Mark D. | COUNSEL | $322.50 | $645.00 | 459.90 | $296,087.25 |
| 3643 | Vazquez, Francisco | COUNSEL | $312.50 | $625.00 | 399.50 | $248,062.50 |
| 7681 | Stenger, James A. | COUNSEL | $247.50 | $495.00 | 130.80 | $63,756.00 |
| 0134 | Liskov, Richard | COUNSEL | $675.00 | $675.00 | 0.40 | $270.00 |
| No. of Billers for Position: 4 | | Blended Rate for Position: | $613.95 | | 990.60 | $608,175.75 |
| | | | | | % of Total: 15.03% | % of Total: 16.25% |
| 6743 | Nellos, Alexandra K. | ASSOCIATE | $297.50 | $595.00 | 393.90 | $233,507.75 |
| 6870 | Roitman, Marc | ASSOCIATE | $177.50 | $355.00 | 477.50 | $168,926.75 |
| 6754 | Gayda, Robert J. | ASSOCIATE | $595.00 | $595.00 | 255.30 | $151,903.50 |
| 6879 | Zafran, Kimberly | ASSOCIATE | $405.00 | $405.00 | 224.70 | $91,003.50 |
| 6906 | Daucher, Eric | ASSOCIATE | $355.00 | $355.00 | 245.40 | $87,117.00 |
| 6868 | Perkins, Francesca | ASSOCIATE | $405.00 | $405.00 | 191.70 | $77,638.50 |
| 6878 | Yoo, Young | ASSOCIATE | $405.00 | $405.00 | 191.40 | $77,517.00 |
| 6762 | Tanck, Paul | ASSOCIATE | $595.00 | $595.00 | 100.90 | $60,035.50 |
| 2112 | Malik, Faryal | ASSOCIATE | $405.00 | $405.00 | 141.20 | $57,186.00 |

### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

#### Chadbourne & Parke LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6760 | Stevenson, Tamara | ASSOCIATE | $595.00 | $595.00 | 66.60 | $39,627.00 |
| 6881 | Strand, Megan | ASSOCIATE | $405.00 | $405.00 | 89.40 | $36,207.00 |
| 6826 | Kirby, Robert | ASSOCIATE | $475.00 | $475.00 | 74.90 | $35,577.50 |
| 5204 | Miller, Elizabeth M. | ASSOCIATE | $595.00 | $595.00 | 58.10 | $34,569.50 |
| 6871 | Safier, Isaac | ASSOCIATE | $405.00 | $405.00 | 64.30 | $26,041.50 |
| 6651 | Rivera, Christy L. | ASSOCIATE | $625.00 | $625.00 | 40.20 | $25,125.00 |
| 5995 | Grimaldi, Elizabeth | ASSOCIATE | $475.00 | $475.00 | 50.80 | $24,130.00 |
| 6855 | Dye, Bonnie | ASSOCIATE | $405.00 | $405.00 | 51.10 | $20,695.50 |
| 6863 | Kumar, Chiraag | ASSOCIATE | $405.00 | $405.00 | 50.40 | $20,412.00 |
| 6834 | Towers, Meghan | ASSOCIATE | $475.00 | $475.00 | 41.20 | $19,570.00 |
| 6854 | Duffy, Adrienne | ASSOCIATE | $405.00 | $405.00 | 39.50 | $15,997.50 |
| 6889 | Aryani, Lara | ASSOCIATE | $405.00 | $405.00 | 37.50 | $15,187.50 |
| 6921 | Rowntree, Laura | ASSOCIATE | $355.00 | $355.00 | 40.80 | $14,484.00 |
| 6875 | Weinbaum, Matthew | ASSOCIATE | $405.00 | $405.00 | 34.20 | $13,851.00 |
| 1207 | Castell, Ted | ASSOCIATE | $595.00 | $595.00 | 21.50 | $12,792.50 |
| 3627 | Giuliano, Kimberly | ASSOCIATE | $595.00 | $595.00 | 18.90 | $11,245.50 |
| 6862 | Kronstadt, Alison | ASSOCIATE | $405.00 | $405.00 | 26.30 | $10,651.50 |
| 6829 | Narvaez, Patrick | ASSOCIATE | $475.00 | $475.00 | 20.70 | $9,832.50 |
| 5993 | Carson, Benjamin G. | ASSOCIATE | $475.00 | $475.00 | 16.10 | $7,647.50 |
| 6850 | Betheil, Blake | ASSOCIATE | $405.00 | $405.00 | 14.60 | $5,913.00 |
| 6796 | Cankorel, Turgut | ASSOCIATE | $515.00 | $515.00 | 11.20 | $5,768.00 |
| 6864 | Kurth, Rachel | ASSOCIATE | $405.00 | $405.00 | 13.70 | $5,548.50 |
| 6867 | Noble, Jonathan | ASSOCIATE | $405.00 | $405.00 | 11.70 | $4,738.50 |
| 1350 | Cross, Jonathan | ASSOCIATE | $625.00 | $625.00 | 6.50 | $4,062.50 |
| 6930 | Voekler, Andrea | ASSOCIATE | $355.00 | $355.00 | 7.00 | $2,485.00 |
| 3019 | Przybylko, Eric | ASSOCIATE | $625.00 | $625.00 | 3.60 | $2,250.00 |
| 1351 | Creazzo, Felipe E. | ASSOCIATE | $595.00 | $595.00 | 2.20 | $1,309.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| No. of Billers for Position: 36 | | Blended Rate for Position: | $456.32 | | 3,135.00 | $1,430,554.50 |
| | | | | | % of Total:  47.56% | % of Total:  38.21% |
| 7888 | Iacopelli, Marisa | PARAPROFESSIONA | $240.00 | $240.00 | 181.00 | $43,440.00 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 8036 | Bava, David | PARAPROFESSIONA | $270.00 | $270.00 | 153.20 | $41,364.00 |
| 7797 | Lamb, Helen M. | PARAPROFESSIONA | $270.00 | $270.00 | 82.50 | $22,275.00 |
| 8626 | Mendoza, Lissette | PARAPROFESSIONA | $240.00 | $240.00 | 61.50 | $14,760.00 |
| 5229 | Moloney, Lori | PARAPROFESSIONA | $305.00 | $305.00 | 18.40 | $5,612.00 |
| 8707 | Hanessian, Aram | PARAPROFESSIONA | $185.00 | $185.00 | 26.70 | $4,939.50 |
| 5220 | Weissman, Ellen | PARAPROFESSIONA | $250.00 | $250.00 | 18.20 | $4,550.00 |
| 8207 | Lopez, Jason | PARAPROFESSIONA | $215.00 | $215.00 | 13.30 | $2,859.50 |
| 8229 | Garry, Kristen | PARAPROFESSIONA | $180.00 | $180.00 | 11.00 | $1,980.00 |
| 8209 | Bakare, Wale | PARAPROFESSIONA | $230.00 | $230.00 | 3.90 | $897.00 |

No. of Billers for Position: 10    Blended Rate for Position: $250.44    569.70    $142,677.00

% of Total: 8.64%    % of Total: 3.81%

| 7831 | Richmond, Marjorie | LIBRARIAN | $200.00 | $200.00 | 1.30 | $260.00 |

No. of Billers for Position: 1    Blended Rate for Position: $200.00    1.30    $260.00

% of Total: 0.02%    % of Total: 0.01%

Total No. of Billers: 63    Blended Rate for Report: $567.98    6,591.30    $3,743,729.75

EXHIBIT C

POTENTIAL DOUBLE BILLING

Chadbourne & Parke LLP

POTENTIAL DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Ashley, M | 2.00 | 1,290.00 |
| | 2.00 | $1,290.00 |

POTENTIAL DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Ashley, M | 0.90 | 580.50 |
| | 0.90 | $580.50 |

Exhibit C   Page 1 of 5

EXHIBIT C

POTENTIAL DOUBLE BILLING

Chadbourne & Parke LLP

### POTENTIAL DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| General Litigation | 1.10 | 709.50 |
| Plan and Disclosure Statement | 0.90 | 580.50 |
| | 2.00 | $1,290.00 |

### POTENTIAL DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| General Litigation | 0.00 | 0.00 |
| Plan and Disclosure Statement | 0.90 | 580.50 |
| | 0.90 | $580.50 |

Exhibit C   Page 2 of 5

EXHIBIT C

POTENTIAL DOUBLE BILLING

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| | | | | | | | | *MATTER NAME: Plan and Disclosure Statement* |
| 05/07/10 | Ashley, M | 2.60 | 0.90 | 580.50 | 1.00 | F | 1 | MEETING WITH H. SEIFE, T. MCCORMACK, T. ZINK REGARDING PLAN CONFIRMATION DISCOVERY ISSUES (1.0); |
| Fri | 1313704011/537 | | | | 0.90 | F & | 2 | CALL WITH T. MCCORMACK, T. ZINK, F. VAZQUEZ, ZUCKERMAN SPAEDER REGARDING PLAN CONFIRMATION DISCOVERY ISSUES (.9); |
| | | | | | 0.30 | F | 3 | REVIEWED DRAFT PLAN CONFIRMATION DISCOVERY SCHEDULE (.3); |
| | | | | | 0.40 | F | 4 | EMAILS WITH PARTIES' COUNSEL REGARDING PLAN CONFIRMATION DISCOVERY SCHEDULE (.4). |
| | | | | | | | | *MATTER NAME: General Litigation* |
| 05/07/10 | Ashley, M | 7.60 | 1.10 | 709.50 | 0.50 | F | 1 | MEETING WITH T. MCCORMACK REGARDING EXAMINER SUBMISSIONS (.5); |
| Fri | 1313704017/263 | | | | 1.80 | F | 2 | DRAFTED THIRD-PARTY CLAIMS BRIEF AND OUTLINE (1.8); |
| | | | | | 1.10 | F | 3 | CONFERENCE WITH ZS, T.MCCORMACK, T.ZINK AND F.VAZQUEZ RE: DISCOVERY ISSUES (1.1); |
| | | | | | 0.20 | F | 4 | EMAILS WITH H. SEIFE REGARDING EXAMINER MEETINGS (.2); |
| | | | | | 0.40 | F | 5 | EMAILS WITH A. NELLOS REGARDING EXAMINER SUBMISSIONS (.4); |
| | | | | | 0.30 | F | 6 | EMAILS WITH A. GOLDFARB REGARDING EXAMINER SUBMISSIONS (.3); |
| | | | | | 0.50 | F | 7 | EMAILS WITH PARTIES' AND EXAMINER'S COUNSEL REGARDING DRAFT PRIVILEGE ORDER (.5); |
| | | | | | 0.50 | F | 8 | REVIEWED REVISED DRAFTS OF PRIVILEGE ORDER (.5); |
| | | | | | 0.90 | F | 9 | REVIEWED COURT HEARING TRANSCRIPTS REGARDING SCOPE OF EXAMINATION (.9); |
| | | | | | 0.30 | F | 10 | EMAILS WITH T. MCCORMACK REGARDING DRAFT PRIVILEGE ORDER (.3); |
| | | | | | 0.20 | F | 11 | EMAILS WITH ZUCKERMAN REGARDING SAME (.2); |
| | | | | | 0.90 | F | 12 | REVIEWED DRAFT EXAMINER SUBMISSION OUTLINES (.9). |

| | | | | |
|---|---|---|---|---|
| TOTAL OF ALL ENTRIES | | 2.00 | $1,290.00 | |
| TOTAL ENTRY COUNT: | 2 | | | |
| TOTAL TASK COUNT: | 2 | | | |
| TOTAL OF & ENTRIES | | 0.90 | $580.50 | |
| TOTAL ENTRY COUNT: | 1 | | | |
| TOTAL TASK COUNT: | 1 | | | |

EXHIBIT C

POTENTIAL DOUBLE BILLING

Chadbourne & Parke LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

POTENTIAL DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Ashley, M | 2.00 | 1,290.00 |
| | 2.00 | $1,290.00 |

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

POTENTIAL DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Ashley, M | 0.90 | 580.50 |
| | 0.90 | $580.50 |

Exhibit C   Page 4 of 5

EXHIBIT C

POTENTIAL DOUBLE BILLING

Chadbourne & Parke LLP

SUMMARY OF HOURS AND FEES BY MATTER FOR

POTENTIAL DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| General Litigation | 1.10 | 709.50 |
| Plan and Disclosure Statement | 0.90 | 580.50 |
| | 2.00 | $1,290.00 |

SUMMARY OF HOURS AND FEES BY MATTER FOR

POTENTIAL DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| General Litigation | 0.00 | 0.00 |
| Plan and Disclosure Statement | 0.90 | 580.50 |
| | 0.90 | $580.50 |

(−) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

Exhibit C    Page 5 of 5

EXHIBIT I

CLERICAL ACTIVITIES

Chadbourne & Parke LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Garry, K | 11.00 | 1,980.00 | 880.00 | 1,100.00 |
| Hanessian, A | 1.30 | 240.50 | 104.00 | 136.50 |
| | 12.30 | $2,220.50 | $984.00 | $1,236.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Bankruptcy General | 0.80 | 148.00 | 64.00 | 84.00 |
| Committee Meetings | 0.50 | 92.50 | 40.00 | 52.50 |
| Review of PrePetition Financings | 11.00 | 1,980.00 | 880.00 | 1,100.00 |
| | 12.30 | $2,220.50 | $984.00 | $1,236.50 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT I  PAGE 1 of 3

EXHIBIT I

CLERICAL ACTIVITIES

Chadbourne & Parke LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Garry, K | 03/02/10  Tue 1313670019/567 | 0.80 | 0.80 | 144.00 | 64.00 | 80.00 | F | *MATTER NAME: Review of PrePetition Financings* 1 PREPARE HOT DOCUMENTS FOR ATTORNEY REVIEW. |
| | 03/03/10  Wed 1313670019/568 | 3.10 | 3.10 | 558.00 | 248.00 | 310.00 | F | *MATTER NAME: Review of PrePetition Financings* 1 PREPARATION OF HOT DOCUMENTS FOR ATTORNEY REVIEW. |
| | 03/04/10  Thu 1313670019/569 | 3.20 | 3.20 | 576.00 | 256.00 | 320.00 | F | *MATTER NAME: Review of PrePetition Financings* 1 PREPARATION OF HOT DOCUMENTS FOR ATTORNEY REVIEW. |
| | 03/11/10  Thu 1313670019/853 | 2.10 | 2.10 | 378.00 | 168.00 | 210.00 | F | *MATTER NAME: Review of PrePetition Financings* 1 RESEARCH RELATIVITY AND PREPARE HOT DOCUMENTS FOR ATTORNEY REVIEW. |
| | 03/15/10  Mon 1313670019/854 | 1.80 | 1.80 | 324.00 | 144.00 | 180.00 | F | *MATTER NAME: Review of PrePetition Financings* 1 RESEARCH RELATIVITY AND PREPARE HOT DOCUMENTS FOR ATTORNEY REVIEW. |
| | TOTAL FOR TIMEKEEPER: | 11.00 | | $1,980.00 | $880.00 | $1,100.00 | | |
| | NUMBER OF ENTRIES: | 5 | | | | | | |
| Hanessian, A | 04/08/10  Thu 1313688003/167 | 0.50 | 0.50 | 92.50 | 40.00 | 52.50 | F | *MATTER NAME: Committee Meetings* 1 PREPARATION OF MATERIALS FOR IN-PERSON COMMITTEE MEETING |
| | 05/20/10  Thu 1313704002/27 | 0.80 | 0.80 | 148.00 | 64.00 | 84.00 | F | *MATTER NAME: Bankruptcy General* 1 REVIEW CASE DOCKET FOR VARIOUS PLEADINGS AND PREPARE FOR ATTORNEY REVIEW. |
| | TOTAL FOR TIMEKEEPER: | 1.30 | | $240.50 | $104.00 | $136.50 | | |
| | NUMBER OF ENTRIES: | 2 | | | | | | |
| TOTAL: | | 12.30 | | $2,220.50 | $984.00 | $1,236.50 | | |
| NUMBER OF ENTRIES | 7 | | | | | | | |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT I  PAGE 2 of 3

EXHIBIT I

CLERICAL ACTIVITIES

Chadbourne & Parke LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Garry, K | 11.00 | 1,980.00 | 880.00 | 1,100.00 |
| Hanessian, A | 1.30 | 240.50 | 104.00 | 136.50 |
| | 12.30 | $2,220.50 | $984.00 | $1,236.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Bankruptcy General | 0.80 | 148.00 | 64.00 | 84.00 |
| Committee Meetings | 0.50 | 92.50 | 40.00 | 52.50 |
| Review of PrePetition Financings | 11.00 | 1,980.00 | 880.00 | 1,100.00 |
| | 12.30 | $2,220.50 | $984.00 | $1,236.50 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT I  PAGE 3 of 3

EXHIBIT J

OTHER CASE DOCKET

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 3.30 | 891.00 |
| Hanessian, A | 2.70 | 499.50 |
| | 6.00 | $1,390.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Plan and Disclosure Statement | 0.70 | 189.00 |
| Review of PrePetition Financings | 5.30 | 1,201.50 |
| | 6.00 | $1,390.50 |

EXHIBIT J
OTHER CASE DOCKET
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 03/01/10 Mon | Hanessian, A 1313670019/473 | 0.10 | 0.10 | 18.50 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS OF DOCKET SHEET OF SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/02/10 Tue | Hanessian, A 1313670019/474 | 0.10 | 0.10 | 18.50 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS DOCKET SHEET IN SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/03/10 Wed | Hanessian, A 1313670019/475 | 0.10 | 0.10 | 18.50 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS OF DOCKET SHEET OF SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/04/10 Thu | Hanessian, A 1313670019/476 | 0.10 | 0.10 | 18.50 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS OF DOCKET SHEET OF SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/05/10 Fri | Bava, D 1313670019/565 | 0.20 | 0.20 | 54.00 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS OF DOCKET SHEET OF SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES (.20). |
| 03/08/10 Mon | Hanessian, A 1313670019/580 | 0.10 | 0.10 | 18.50 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS OF DOCKET SHEET IN SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/09/10 Tue | Hanessian, A 1313670019/581 | 0.10 | 0.10 | 18.50 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS OF DOCKET SHEET IN SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/10/10 Wed | Hanessian, A 1313670019/582 | 0.50 | 0.50 | 92.50 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS OF DOCKET SHEET IN SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/12/10 Fri | Hanessian, A 1313670019/583 | 0.40 | 0.40 | 74.00 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS OF DOCKET SHEET IN SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/15/10 Mon | Hanessian, A 1313670019/669 | 0.10 | 0.10 | 18.50 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS OF DOCKET SHEET IN SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/16/10 Tue | Hanessian, A 1313670019/670 | 0.10 | 0.10 | 18.50 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS OF DOCKET SHEET IN SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/17/10 Wed | Hanessian, A 1313670019/671 | 0.10 | 0.10 | 18.50 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS OF SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/18/10 Thu | Hanessian, A 1313670019/672 | 0.10 | 0.10 | 18.50 | | F 1 | *MATTER NAME: Review of PrePetition Financings* REVIEW AND ANALYSIS OF DOCKET SHEET OF SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |

~ See the last page of exhibit for explanation

EXHIBIT J
OTHER CASE DOCKET
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/22/10 Mon | Hanessian, A 1313670019/775 | 0.10 | 0.10 | 18.50 | | F | 1 | MATTER NAME: Review of PrePetition Financings<br>REVIEW AND ANALYSIS OF DOCKET SHEET OF SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/23/10 Tue | Hanessian, A 1313670019/772 | 0.10 | 0.10 | 18.50 | | F | 1 | MATTER NAME: Review of PrePetition Financings<br>REVIEW AND ANALYSIS OF DOCKET SHEET IN SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/24/10 Wed | Bava, D 1313670011/405 | 1.20 | 0.70 | 189.00 | 0.20 F<br>0.40 F<br>0.30 F<br>0.30 F | | 1<br>2<br>3<br>4 | MATTER NAME: Plan and Disclosure Statement<br>CONFERENCES WITH R. GAYDA RE: RESEARCH ON DISCLOSURE STATEMENTS (.20);<br>REVIEW AND ANALYSIS OF COURT'S DOCKET SHEETS FOR APPROVED DISCLOSURE STATEMENTS IN SIMILAR LARGE CASES (.40);<br>REVIEW OF DOCKET SHEET IN SIMILAR LARGE CASE RE: PLAN TIMING (.30);<br>DRAFT TIMELINE (.30). |
| 03/24/10 Wed | Hanessian, A 1313670019/773 | 0.10 | 0.10 | 18.50 | | F | 1 | MATTER NAME: Review of PrePetition Financings<br>REVIEW AND ANALYSIS OF DOCKET SHEET IN SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/25/10 Thu | Hanessian, A 1313670019/774 | 0.10 | 0.10 | 18.50 | | F | 1 | MATTER NAME: Review of PrePetition Financings<br>REVIEW AND ANALYSIS OF DOCKET SHEET IN SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/26/10 Fri | Bava, D 1313670019/843 | 2.40 | 2.40 | 648.00 | | F | 1 | MATTER NAME: Review of PrePetition Financings<br>REVIEW AND ANALYSIS OF DOCKET SHEET OF SIMILAR LARGE CASES TO IDENTIFY MOTIONS TO DISMISS AND RELATED PLEADINGS. |
| 03/26/10 Fri | Hanessian, A 1313670019/776 | 0.10 | 0.10 | 18.50 | | F | 1 | MATTER NAME: Review of PrePetition Financings<br>REVIEW AND ANALYSIS OF DOCKET SHEET IN SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 03/29/10 Mon | Hanessian, A 1313670019/848 | 0.10 | 0.10 | 18.50 | | F | 1 | MATTER NAME: Review of PrePetition Financings<br>REVIEW AND ANALYSIS OF DOCKET SHEET IN SIMILAR LARGE CASE RE LBO LITIGATION PROCEEDINGS. |
| 04/02/10 Fri | Hanessian, A 1313688019/591 | 0.10 | 0.10 | 18.50 | | F | 1 | MATTER NAME: Review of PrePetition Financings<br>REVIEW AND ANALYSIS OF DOCKET SHEET OF SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| 04/05/10 Mon | Hanessian, A 1313688019/605 | 0.10 | 0.10 | 18.50 | | F | 1 | MATTER NAME: Review of PrePetition Financings<br>REVIEW AND ANALYSIS OF DOCKET SHEET OF SIMILAR LARGE CASE RE: LBO LITIGATION ISSUES. |
| Total | | | 6.00 | $1,390.50 | | | | |
| Number of Entries: | 23 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT J

OTHER CASE DOCKET

Chadbourne & Parke LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 3.30 | 891.00 |
| Hanessian, A | 2.70 | 499.50 |
| | 6.00 | $1,390.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Plan and Disclosure Statement | 0.70 | 189.00 |
| Review of PrePetition Financings | 5.30 | 1,201.50 |
| | 6.00 | $1,390.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 3.10 | 837.00 |
| Betheil, B | 0.10 | 40.50 |
| Daucher, E | 25.70 | 9,123.50 |
| Deutsch, D | 35.90 | 24,950.50 |
| Hanessian, A | 14.50 | 2,682.50 |
| Lamb, H | 62.00 | 16,740.00 |
| Roitman, M | 4.70 | 1,668.50 |
| Vazquez, F | 1.90 | 1,187.50 |
| | 147.90 | $57,230.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 147.50 | 57,122.00 |
| General Litigation | 0.40 | 108.00 |
| | 147.90 | $57,230.00 |

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/02/10 Tue | Deutsch, D 1313670010/240 | 0.80 | 0.80 | 556.00 | 0.20 0.20 0.40 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications REVIEW INQUIRY FROM DAVID LEMAY RE: C&P FEE APPLICATION AND RESPOND TO SAME (.2); EXCHANGE E-MAILS WITH ALAN HOLTZ ON FEE PROCEDURES QUESTION (.2); DAFT DETAILED MEMORANDUM TO DAVID LEMAY RE: REQUIRED MEMORANDUM TO COMMITTEE RE: UPDATE ON COMMITTEE PROFESSIONAL FEES (.4). |
| 03/02/10 Tue | Lamb, H 1313670010/221 | 4.80 | 4.80 | 1,296.00 | 4.60 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications COMPREHENSIVE REVIEW OF BILLING PROFORMAS/TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION (FEBRUARY) (4.6); PREPARE BILLING RATE INFORMATION FOR M.ROITMAN (.2). |
| 03/07/10 Sun | Lamb, H 1313670010/223 | 4.10 | 4.10 | 1,107.00 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 03/08/10 Mon | Deutsch, D 1313670010/229 | 0.20 | 0.20 | 139.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AND EDIT DRAFT MEMORANDUM TO COMMITTEE RE: BILLING MATTERS (.2). |
| 03/08/10 Mon | Lamb, H 1313670010/224 | 0.50 | 0.50 | 135.00 | 0.10 0.40 | F F | 1 2 | MATTER NAME: Fee/Retention Applications CONFERENCE WITH D.DEUTSCH REGARDING CERTAIN EXPENSE DEDUCTION IN FEE EXAMINER'S EIGHTH REPORT ON COMMITTEE EXPENSES (.1); DRAFT EMAIL REGARDING SAME (.4). |
| 03/11/10 Thu | Lamb, H 1313670010/225 | 2.60 | 2.60 | 702.00 | | F | 1 | MATTER NAME: Fee/Retention Applications BEGIN PREPARATION OF 14TH MONTHLY FEE APPLICATION. |
| 03/12/10 Fri | Roitman, M 1313670010/228 | 0.10 | 0.10 | 35.50 | | F | 1 | MATTER NAME: Fee/Retention Applications REVISE ORDINARY COURSE PROFESSIONALS CHART (0.1) |
| 03/13/10 Sat | Deutsch, D 1313670010/230 | 0.40 | 0.40 | 278.00 | 0.30 0.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW LAST PROFESSIONAL FEE REPORT TO THE COMMITTEE (.3); E-MAIL MARC ROITMAN AND DAVID BAVA RE: UPDATES TO SAME (.1). |
| 03/15/10 Mon | Bava, D 1313670010/239 | 1.40 | 1.40 | 378.00 | 0.60 0.80 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW OF QUARTERLY FEE APPLICATIONS FILED RE: FOURTH INTERIM PERIOD (.60); DRAFT FEE SUMMARY CHART RE: FOURTH INTERIM PERIOD (.80). |
| 03/15/10 Mon | Lamb, H 1313670010/226 | 2.60 | 2.60 | 702.00 | 1.00 0.80 0.80 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications REVIEW EXPENSES INCURRED DURING FEE APPLICATION PERIOD (1.0); FOLLOW-UP ON CERTAIN ITEMS (.8) AND PREPARE/REVISE FEE APPLICATION ACCORDINGLY (.8). |
| 03/15/10 Mon | Roitman, M 1313670010/232 | 0.10 | 0.10 | 35.50 | | F | 1 | MATTER NAME: Fee/Retention Applications CORRESPOND WITH D. DEUTSCH AND D. BAVA RE: 4Q PROFESSIONAL FEES (0.1) |
| 03/16/10 Tue | Roitman, M 1313670010/233 | 0.40 | 0.40 | 142.00 | | F | 1 | MATTER NAME: Fee/Retention Applications CORRESPOND WITH D. DEUTSCH, D. BAVA RE: 4Q PROFESSIONAL FEES (0.4) |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 03/18/10 Thu | Lamb, H 1313670010/231 | 1.60 | 1.60 | 432.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* FURTHER PREPARATION OF MONTHLY FEE APPLICATION. |
| 03/20/10 Sat | Deutsch, D 1313670010/235 | 3.80 | 3.80 | 2,641.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* REVIEW FEE STATEMENT PRO FORMAS AND EDIT SAME (3.8). |
| 03/22/10 Mon | Deutsch, D 1313670010/241 | 0.40 | 0.40 | 278.00 | 0.20 0.20 | F F | 1 2 | MATTER NAME: *Fee/Retention Applications* DISCUSS FEE STATEMENT ISSUE WITH HELEN LAMB (.2); REVIEW OF PART OF FEE EXAMINER'S PRELIMINARY REPORT (.2). |
| 03/22/10 Mon | Hanessian, A 1313670010/238 | 0.50 | 0.50 | 92.50 | | F | 1 | MATTER NAME: *Fee/Retention Applications* UPDATE TRIBUNE ORDINARY COURSE PROFESSIONALS CHART. |
| 03/23/10 Tue | Hanessian, A 1313670010/237 | 0.50 | 0.50 | 92.50 | | F | 1 | MATTER NAME: *Fee/Retention Applications* UPDATE TRIBUNE ORDINARY COURSE PROFESSIONALS CHART. |
| 03/23/10 Tue | Lamb, H 1313670010/236 | 1.40 | 1.40 | 378.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* FINALIZE DRAFT OF FEE APPLICATION. |
| 03/25/10 Thu | Daucher, E 1313670010/244 | 0.90 | 0.90 | 319.50 | | F | 1 | MATTER NAME: *Fee/Retention Applications* REVIEW FEE EXAMINER'S PRELIMINARY REPORT RE: THIRD INTERIM APPLICATION FOR FEES. |
| 03/25/10 Thu | Deutsch, D 1313670010/242 | 1.20 | 1.20 | 834.00 | 0.70 0.50 | F F | 1 2 | MATTER NAME: *Fee/Retention Applications* REVIEW MONTHLY FEE APPLICATION OVERVIEW AND EDIT SAME (.7); DRAFT ADDITIONAL PAGE INSERT FOR SAME (.5). |
| 03/26/10 Fri | Daucher, E 1313670010/245 | 3.40 | 3.40 | 1,207.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* BEGIN RESEARCH/ANALYIS TO DRAFT RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON CHADBOURNE'S FEES AND EXPENSES FOR THIRD INTERIM PERIOD. |
| 03/29/10 Mon | Daucher, E 1313670010/249 | 7.50 | 7.50 | 2,662.50 | 7.30 0.20 | F F | 1 2 | MATTER NAME: *Fee/Retention Applications* DRAFT DETAILED RESPONSE TO THE FEE EXAMINER'S PRELIMINARY REPORT ON CHADBOURNE'S THIRD INTERIM FEE APPLICATION (7.3); RELATED CONFERENCE WITH H.LAMB RE SAME (.2). |
| 03/29/10 Mon | Lamb, H 1313670010/243 | 0.60 | 0.60 | 162.00 | 0.20 0.30 0.10 | F F F | 1 2 3 | MATTER NAME: *Fee/Retention Applications* CONFERENCE WITH E.DAUCHER REGARDING EXPENSE ISSUES RAISED IN FEE EXAMINER REPORT ON THIRD INTERIM FEE APPLICATION (.2); RESEARCH ON EXPENSE ISSUES (.3); FOLLOW UP WITH E.DAUCHER REGARDING EXPENSE ISSUES (.1). |
| 03/30/10 Tue | Roitman, M 1313670010/248 | 0.40 | 0.20 | 71.00 | 0.20 0.20 | F F | 1 2 | MATTER NAME: *Fee/Retention Applications* DRAFT EMAIL TO COMMITTEE RE: ARTICLE ON PROFESSIONAL FEES (0.2); CORRESPOND WITH D. DEUTSCH AND D. BAVA RE: SAME (0.2). |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/01/10 Thu | Lamb, H 1313688010/233 | 4.60 | 4.60 | 1,242.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION (MARCH). |
| 04/02/10 Fri | Deutsch, D 1313688010/240 | 0.40 | 0.40 | 278.00 | 0.20<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>EXCHANGE E-MAILS WITH MARC ROITMAN RE: NEXT STEPS ON PROFESSIONAL FEE ANALYSIS (.2);<br>REVIEW WEEKLY ORDINARY COURSE REPORT (.2). |
| 04/05/10 Mon | Deutsch, D 1313688010/241 | 0.20 | 0.20 | 139.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW CERTAIN PROFESSIONAL FEE MATERIALS AND E-MAIL DAVID BAVA RE: UPDATING COMMITTEE MEMORANDUM ON SAME (.2). |
| 04/06/10 Tue | Deutsch, D 1313688010/242 | 0.20 | 0.20 | 139.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>EXCHANGE E-MAILS WITH MARC ROITMAN RE: ANALYSIS OF REVISED DEBTOR PROFESSIONAL RETENTION TERMS (.2). |
| 04/06/10 Tue | Lamb, H 1313688010/234 | 1.60 | 1.60 | 432.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>PREPARATION OF FIFTH INTERIM FEE APPLICATION. |
| 04/07/10 Wed | Deutsch, D 1313688010/243 | 0.50 | 0.50 | 347.50 | 0.20<br>0.20<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>REVIEW MULTIPLE E-MAILS RE: LAZARD FEE FOR NEW DEAL (.2);<br>REVIEW ANALYSIS ON COMPS OF FEES FOR SIMILAR TRANSACTIONS (.2);<br>DRAFT E-MAIL TO MOELIS TEAM (VISHAL PATEL) RE: SAME (.1). |
| 04/07/10 Wed | Lamb, H 1313688010/236 | 4.70 | 4.70 | 1,269.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 04/08/10 Thu | Deutsch, D 1313688010/244 | 0.20 | 0.20 | 139.00 | 0.10<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW E-MAILS RE: LAZARD RETENTION ISSUE (.1);<br>E-MAIL MARC ROITMAN RE: REQUIRED FOLLOW-UP ON SAME (.1). |
| 04/09/10 Fri | Deutsch, D 1313688010/245 | 0.80 | 0.80 | 556.00 | 0.30<br>0.10<br>0.10<br>0.30 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>REVIEW DRAFT SUMMARY FOR COMMITTEE ON PROFESSIONAL FEE ANALYSIS (.3);<br>DISCUSS EDITS TO SAME WITH MARC ROITMAN (.1);<br>CALL TO FEE EXAMINER (.1);<br>REVIEW AND EDIT QUARTERLY FEE APPLICATION (.3). |
| 04/09/10 Fri | Lamb, H 1313688010/237 | 2.20 | 2.20 | 594.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>BEGIN PREPARATION OF FIFTEENTH MONTHLY FEE APPLICATION (MARCH). |
| 04/09/10 Fri | Roitman, M 1313688010/247 | 0.40 | 0.40 | 142.00 | 0.10<br>0.30 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>MEET WITH D. DEUTSCH RE: 4TH QUARTERLY FEE SUMMARY (0.1);<br>CORRESPOND WITH D. BAVA RE: SAME (0.3) |
| 04/12/10 Mon | Deutsch, D 1313688010/257 | 0.60 | 0.10 | 69.50 | 0.20<br>0.30<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>EXCHANGE CALLS AND E-MAILS WITH KEN KANSA RE: LAZARD RETENTION MATTER (.2);<br>CALL WITH ALAN HOLTZ RE: LAZARD RETENTION (.3);<br>FOLLOW-UP CALL AND E-MAIL TO FEE EXAMINER RE: THIRD INTERIM APPLICATION (.1). |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|-----------|---|---|-------------|
| 04/12/10 Mon | Lamb, H 1313688010/238 | 0.60 | 0.60 | 162.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE FIFTH INTERIM FEE APPLICATION. |
| 04/13/10 Tue | Bava, D 1313688010/279 | 0.50 | 0.50 | 135.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVISE FEE SUMMARY FOR 4TH INTERIM PERIOD (.50). |
| 04/13/10 Tue | Lamb, H 1313688010/239 | 2.90 | 2.90 | 783.00 | 0.60<br>0.70<br>1.60 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>REVIEW OF EXPENSE DETAIL (.6);<br>AND FOLLOW UP ON CERTAIN ITEMS (.7);<br>CONTINUE PREPARATION OF FIFTEENTH MONTHLY FEE APPLICATION (1.6). |
| 04/13/10 Tue | Roitman, M 1313688010/252 | 0.20 | 0.20 | 71.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CORRESPOND WITH D. BAVA RE: 4TH INTERIM FEE SUMMARY (0.2) |
| 04/14/10 Wed | Deutsch, D 1313688010/259 | 0.60 | 0.30 | 208.50 | 0.30<br>0.30 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>EXCHANGE MULTIPLE E-MAILS WITH KEN KANSA RE: NEXT STEPS WITH LAZARD RETENTION (.3);<br>REVIEW AND REVISE NEW COMMITTEE PROFESSIONAL FEE ANALYSIS (.3). |
| 04/14/10 Wed | Roitman, M 1313688010/253 | 0.20 | 0.20 | 71.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CORRESPOND WITH D. BAVA, D. DEUTSCH RE: 4TH INTERIM FEE SUMMARY (0.2). |
| 04/15/10 Thu | Roitman, M 1313688010/254 | 0.20 | 0.20 | 71.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CORRESPOND WITH D. BAVA RE: 4TH INTERIM FEE SUMMARY (0.2) |
| 04/16/10 Fri | Deutsch, D 1313688010/261 | 5.50 | 5.50 | 3,822.50 | 3.90<br>1.20<br>0.20<br>0.20 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND RESEARCH ISSUES RELATED TO FEE EXAMINER'S REPORT ON THIRD INTERIM APPLICATION (3.9);<br>DRAFT RELATED INSERT FOR RESPONSE (1.2);<br>DISCUSS CREATION OF ISSUE CHART FOR EXAMINER WITH ARAM HANESSIAN (.2);<br>DISCUSS VARIOUS FEE MATTERS WITH HELEN LAMB (.2). |
| 04/16/10 Fri | Hanessian, A 1313688010/249 | 2.40 | 2.40 | 444.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>PREPARATION OF CHART IN RESPONSE TO CERTAIN ISSUES RAISED IN FEE EXAMINER REPORT. |
| 04/16/10 Fri | Lamb, H 1313688010/248 | 1.80 | 1.80 | 486.00 | 1.30<br>0.20<br>0.30 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>FURTHER PREPARATION OF MONTHLY FEE APPLICATION (1.3);<br>CONFERENCES WITH D.DEUTSCH REGARDING ISSUES IN FEE EXAMINER'S REPORT (.2);<br>RESEARCH ON SAME (.3). |
| 04/16/10 Fri | Roitman, M 1313688010/255 | 0.80 | 0.80 | 284.00 | 0.50<br>0.30 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>CORRESPOND WITH A. HANESSIAN (0.5)<br>AND REVIEW CHART RE: PREPARATION OF RESPONSE ON CERTAIN ISSUES RAISED IN FEE EXAMINER REPORT (0.3) |
| 04/17/10 Sat | Deutsch, D 1313688010/262 | 5.60 | 5.60 | 3,892.00 | 5.40<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW MARCH TIME AND EDIT SAME (5.4);<br>DISCUSS RELATED FOLLOW-UP ISSUES WITH HELEN LAMB (.2). |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 04/17/10 Sat | Lamb, H 1313688010/250 | 2.10 | 0.70 | 189.00 | 0.70 1.40 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW COMMITTEE MEMBER EXPENSES SUBMITTED FOR MARCH MEETINGS (.7); PREPARE SUMMARY SHEETS OF EXPENSES FOR NEXT COMMITTEE REQUEST FOR REIMBURSEMENT OF EXPENSES (1.4). |
| 04/18/10 Sun | Roitman, M 1313688010/266 | 1.10 | 1.10 | 390.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* PREPARATION OF RESPONSE ON CERTAIN ISSUES RAISED IN FEE EXAMINER REPORT (1.1) |
| 04/19/10 Mon | Bava, D 1313688010/272 | 0.80 | 0.80 | 216.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW AND REVISE EXHIBIT CHART IN RESPONSE TO FEE EXAMINER REPORT (.80). |
| 04/19/10 Mon | Daucher, E 1313688010/268 | 1.50 | 1.50 | 532.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW AND EDIT CHADBOURNE'S LETTER RESPONSE TO THIRD FEE EXAMINER REPORT. |
| 04/19/10 Mon | Deutsch, D 1313688010/269 | 3.90 | 3.90 | 2,710.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* RESEARCH MEETING ISSUES RAISED BY FEE EXAMINER AND CREATE DETAILED ANALYSIS OF SAME (3.9). |
| 04/19/10 Mon | Vazquez, F 1313688010/263 | 0.90 | 0.90 | 562.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW AND REVISE INSERTS TO FEE APPLICATION RE LITIGATION AND PLAN. |
| 04/20/10 Tue | Deutsch, D 1313688010/270 | 1.50 | 1.50 | 1,042.50 | 0.20 0.10 1.20 | F F F | 1 2 3 | *MATTER NAME: Fee/Retention Applications* EXCHANGE E-MAILS WITH ERIC DAUCHER RE: FEE EXAMINER RESEARCH MATTER (.2); REVIEW AND RESPOND TO INQUIRY FROM ALAN HOLTZ RE: SCHEDULING ON PROFESSIONAL FEE HEARING (.1); REVIEW AND EDIT PART OF DRAFT FEE EXAMINER ANALYSIS (1.2). |
| 04/22/10 Thu | Bava, D 1313688017/397 | 0.40 | 0.40 | 108.00 | | F | 1 | *MATTER NAME: General Litigation* ASSIST Y. YOO WITH PROPOSED EXAMINER DUE DILIGENCE. |
| 04/22/10 Thu | Hanessian, A 1313688010/264 | 1.90 | 1.90 | 351.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* ASSIST IN PREPARATION OF FEE APPLICATION RE: EXPENSE EXHIBIT. |
| 04/22/10 Thu | Vazquez, F 1313688010/273 | 1.00 | 1.00 | 625.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW AND REVISE INSERTS FOR FEE APPLICATION RE INVESTIGATION AND 3RD PARTY CLAIMS. |
| 04/23/10 Fri | Lamb, H 1313688010/265 | 2.70 | 2.70 | 729.00 | 0.40 2.30 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* FINALIZE COMMITTEE EXPENSE REQUEST FOR FILING WITH COURT (.4); REVIEW, REVISE AND FINALIZE MONTHLY FEE APPLICATION FOR FILING WITH COURT (2.3). |
| 04/25/10 Sun | Deutsch, D 1313688010/283 | 1.40 | 1.40 | 973.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW, EDIT AND DRAFT INSERT FOR MONTHLY FEE APPLICATION (1.4). |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/27/10 Tue | Deutsch, D 1313688010/285 | 0.20 | 0.20 | 139.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* REVIEW FINAL VERSION OF LETTER TO FEE EXAMINER (.2). |
| 04/27/10 Tue | Hanessian, A 1313688010/281 | 3.60 | 3.60 | 666.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* UPDATING MONTHLY CAPS, PREPETITION AMOUNTS, RETAINERS AND STATEMENT AMOUNTS ON TRIBUNE - ORDINARY COURSE PROFESSIONALS CHART |
| 04/28/10 Wed | Daucher, E 1313688010/274 | 1.40 | 1.40 | 497.00 | 1.10 0.30 | F F | 1 2 | MATTER NAME: *Fee/Retention Applications* REVIEW EXAMINER'S PRELIMINARY REPORT ON CHADBOURNE'S 4TH INTERIM FEE APPLICATION (1.1); AND BEGIN DRAFTING (.3) CHADBOURNE'S LETTER IN REPLY. |
| 04/28/10 Wed | Hanessian, A 1313688010/282 | 1.60 | 1.60 | 296.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* UPDATING MONTHLY CAPS, PREPETITION AMOUNTS, RETAINERS AND STATEMENT AMOUNTS ON TRIBUNE - ORDINARY COURSE PROFESSIONALS CHART |
| 05/03/10 Mon | Lamb, H 1313704010/175 | 4.20 | 4.20 | 1,134.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION (APRIL). |
| 05/06/10 Thu | Daucher, E 1313704010/179 | 7.50 | 7.50 | 2,662.50 | 3.40 4.10 | F F | 1 2 | MATTER NAME: *Fee/Retention Applications* DRAFT AND EDIT REPLY LETTER TO FEE EXAMINER'S FOURTH REPORT (3.4); AND PREPARE EXHIBITS FOR THE SAME (4.1). |
| 05/06/10 Thu | Hanessian, A 1313704010/178 | 0.60 | 0.60 | 111.00 | | F | 1 | MATTER NAME: *Fee/Retention Applications* PREPARATION OF RESPONSE ON CERTAIN ISSUES RAISED IN FEE EXAMINER REPORT. |
| 05/06/10 Thu | Lamb, H 1313704010/176 | 1.40 | 1.40 | 378.00 | 0.70 0.50 0.20 | F F F | 1 2 3 | MATTER NAME: *Fee/Retention Applications* RESEARCH CERTAIN EXPENSES RAISED IN FEE EXAMINERS REPORT ON FOURTH INTERIM FEE APPLICATION (.7); REVIEW AND PREPARE REPORT IN RESPONSE TO SAME (.5); CONFERENCES WITH E.DAUCHER REGARDING SAME (.2). |
| 05/07/10 Fri | Lamb, H 1313704010/177 | 0.70 | 0.70 | 189.00 | 0.20 0.40 0.10 | F F F | 1 2 3 | MATTER NAME: *Fee/Retention Applications* REVIEW OMNIBUS FEE ORDER IN CONNECTION WITH MAY 18 HEARING ON SECOND INTERIM FEES (.2); REVIEW CHADBOURNE FEE APPLICATIONS, COMMITTEE EXPENSE REQUESTS AND FEE EXAMINER REPORTS TO CONFIRM ACCURACY OF AMOUNTS IN ORDER (.4); EMAIL WITH D.DEUTSCH REGARDING SAME (.1). |
| 05/09/10 Sun | Deutsch, D 1313704010/195 | 0.50 | 0.50 | 347.50 | 0.20 0.10 0.20 | F F F | 1 2 3 | MATTER NAME: *Fee/Retention Applications* REVIEW E-MAILS AND ATTACHMENTS RE: MARCH - MAY 2009 FEE APPLICATION (.2); EXCHANGE E-MAILS WITH ADAM LANDIS AND HELEN LAMB RELATED TO SAME (.1); CALL WITH HELEN LAMB TO DISCUSS FEE EXAMINER ISSUE (.2). |

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/11/10 Tue | Deutsch, D 1313704010/197 | 1.50 | 1.50 | 1,042.50 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* DISCUSS FEE EXAMINER ISSUE WITH HELEN LAMB (.2); |
| | | | | | 0.40 | F | 2 | REVIEW RELATED MATERIALS FROM SECOND QUARTERLY FEE APPLICATION (.4); |
| | | | | | 0.10 | F | 3 | RELATED CALLS WITH ADAM LANDIS (.1), |
| | | | | | 0.10 | F | 4 | ALAN HOLTZ (.1) |
| | | | | | 0.20 | F | 5 | AND KEVIN LANTRY (.2); |
| | | | | | 0.30 | F | 6 | CALL WITH ANDY DALTON (FEE EXAMINER) RE: RESOLVING OUTSTANDING ISSUES (.3); |
| | | | | | 0.20 | F | 7 | FOLLOW-UP WITH HELEN LAMB ON EDITS TO COURT SUBMISSION ON SECOND QUARTERLY FEES (.2). |
| 05/11/10 Tue | Lamb, H 1313704010/187 | 3.90 | 3.90 | 1,053.00 | 0.30 | F | 1 | *MATTER NAME: Fee/Retention Applications* CONFERENCE WITH D.DEUTSCH REGARDING RESOLUTION OF FEE EXAMINER ISSUES IN CONNECTION WITH MAY 18 HEARING ON SECOND INTERIM FEES (.3); |
| | | | | | 0.20 | F | 2 | EMAIL TO COLE SHOTZ REGARDING CHANGE IN OMNIBUS FEE ORDER (.2); |
| | | | | | 3.40 | F | 3 | FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE STATEMENT (3.4). |
| 05/12/10 Wed | Lamb, H 1313704010/188 | 3.70 | 3.70 | 999.00 | 2.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* BEGIN PREPARATION OF MONTHLY FEE APPLICATION FOR APRIL (2.2); |
| | | | | | 0.80 | F | 2 | REVIEW OF ITEMIZED EXPENSES INCURRED DURING FEE PERIOD (.8) |
| | | | | | 0.70 | F | 3 | AND FOLLOW UP ON CERTAIN ITEMS (.7) IN CONNECTION WITH PREPARATION OF FEE APPLICATION. |
| 05/13/10 Thu | Daucher, E 1313704010/192 | 0.10 | 0.10 | 35.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* MEET WITH D. DEUTSCH TO DISCUSS MEMO TO THE COMMITTEE RE: PROFESSIONAL RETENTION PAPERS FILED BY THE EXAMINER. |
| 05/13/10 Thu | Roitman, M 1313704010/210 | 0.50 | 0.50 | 177.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW OF EXAMINER RETENTION MATERIALS (0.5). |
| 05/14/10 Fri | Betheil, B 1313704010/198 | 0.10 | 0.10 | 40.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* DRAFT SUMMARY OF TAX WORK IN PREPARATION OF FEE APPLICATION. |
| 05/14/10 Fri | Daucher, E 1313704010/193 | 3.40 | 3.40 | 1,207.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* DRAFT, REVIEW AND REVISE MEMO TO THE COMMITTEE RE: THE EXAMINER'S APPLICATIONS TO RETAIN PROFESSIONALS. |
| 05/14/10 Fri | Hanessian, A 1313704010/189 | 1.60 | 1.60 | 296.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW TIME SUMMARY AMOUNTS IN CONNECTION WITH PREPARATION OF FEE APPLICATION. |
| 05/14/10 Fri | Roitman, M 1313704010/191 | 0.50 | 0.50 | 177.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW DOCKET RE: FILINGS OF ORDINARY COURSE PROFESSIONALS AND REVISE ORDINARY COURSE PROFESSIONAL SUMMARY (0.5) |
| 05/16/10 Sun | Lamb, H 1313704010/190 | 3.20 | 3.20 | 864.00 | 0.60 | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW EXPENSES SUBMITTED BY COMMITTEE MEMBERS FOR APRIL MEETINGS (.6); |
| | | | | | 1.20 | F | 2 | PREPARATION OF EXPENSE SUMMARY SHEETS FOR NEXT COURT SUBMISSION FOR EXPENSE REIMBURSEMENT (1.2); |
| | | | | | 1.40 | F | 3 | FURTHER PREPARATION OF MONTHLY FEE APPLICATION (1.4). |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/17/10 Mon | Deutsch, D 1313704010/203 | 0.20 | 0.20 | 139.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* EXCHANGE E-MAILS WITH ALAN HOLTZ RE: TOMORROW'S HEARING ON FEE APPLICATIONS (.2). |
| 05/19/10 Wed | Lamb, H 1313704010/199 | 0.30 | 0.30 | 81.00 | 0.10 0.20 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW CERTIFICATIONS OF NO OBJECTION TO CHADBOURNE'S 15H MONTHLY FEE APPLICATION AND COMMITTEE'S 10TH EXPENSE SUBMSISION (.1); PREPARE EMAIL TO J.LUDWIG AT SIDLEY REGARDING SAME (.2). |
| 05/20/10 Thu | Deutsch, D 1313704010/204 | 2.20 | 2.20 | 1,529.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* WORK ON EDITING MONTHLY FEE STATEMENT (2.2). |
| 05/20/10 Thu | Lamb, H 1313704010/200 | 2.40 | 2.40 | 648.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* FURTHER PREPARATION OF MONTHLY FEE APPLICATION. |
| 05/22/10 Sat | Deutsch, D 1313704010/205 | 2.90 | 2.90 | 2,015.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications* COMPLETE REVIEW AND REVISIONS TO APRIL FEE STATEMENT (2.9). |
| 05/23/10 Sun | Lamb, H 1313704010/201 | 2.20 | 2.20 | 594.00 | 0.50 1.70 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW D.DEUTSCH COMMENTS ON FEE APPLICATION (.5); REVISE AND FINALIZE DRAFT OF FEE APPLICATION (1.7). |
| 05/24/10 Mon | Deutsch, D 1313704010/215 | 1.00 | 1.00 | 695.00 | 0.80 0.20 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW AND EDIT DRAFT DESCRIPTION OVERVIEW FOR MARCH FEE STATEMENT (.8); REVIEW AND FOLLOW-UP ON SPECIFIC FEE DESCRIPTION RE: WILMINGTON TRUST MATTER (.2). |
| 05/24/10 Mon | Hanessian, A 1313704010/218 | 1.40 | 1.40 | 259.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* UPDATING ORDINARY COURSE PROFESSIONALS CHART |
| 05/26/10 Wed | Hanessian, A 1313704010/219 | 0.40 | 0.40 | 74.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* UPDATING ORDINARY COURSE PROFESSIONALS CHART |

| | | | HOURS | FEES | | | | |
|---|---|---|-------|------|---|---|---|---|
| Total | | | 147.90 | $57,230.00 | | | | |
| Number of Entries: | 89 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT K

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 3.10 | 837.00 |
| Bethell, B | 0.10 | 40.50 |
| Daucher, E | 25.70 | 9,123.50 |
| Deutsch, D | 35.90 | 24,950.50 |
| Hanessian, A | 14.50 | 2,682.50 |
| Lamb, H | 62.00 | 16,740.00 |
| Roitman, M | 4.70 | 1,668.50 |
| Vazquez, F | 1.90 | 1,187.50 |
| | 147.90 | $57,230.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 147.50 | 57,122.00 |
| General Litigation | 0.40 | 108.00 |
| | 147.90 | $57,230.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT L

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 5.10 | 1,377.00 |
| Daucher, E | 0.10 | 35.50 |
| Deutsch, D | 4.70 | 3,266.50 |
| Lamb, H | 1.40 | 378.00 |
| Nellos, A | 3.80 | 2,261.00 |
| Roitman, M | 17.10 | 6,070.50 |
| | 32.20 | $13,388.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 24.90 | 10,182.50 |
| General Litigation | 7.30 | 3,206.00 |
| | 32.20 | $13,388.50 |

EXHIBIT L  PAGE 1 of  7

EXHIBIT L
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/05/10 Fri | Roitman, M 1313670010/222 | 0.10 | 0.10 | 35.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVISE ORDINARY COURSE PROFESSIONALS CHART (0.1) |
| 03/08/10 Mon | Bava, D 1313670017/374 | 2.60 | 2.60 | 702.00 | | F | 1 | MATTER NAME: General Litigation<br>PREPARATION OF MATERIALS FOR USE IN CONNECTION WITH LBO DEBENTURE FEE MOTION (2.60). |
| 03/09/10 Tue | Roitman, M 1313670010/227 | 0.70 | 0.70 | 248.50 | 0.60<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVISE MEMO TO COMMITTEE RE: FEE MATTERS (0.6);<br>DRAFT INTRALINKS POSTING NOTE RE: SAME (0.1). |
| 03/16/10 Tue | Bava, D 1313670017/331 | 0.40 | 0.40 | 108.00 | | F | 1 | MATTER NAME: General Litigation<br>REVISE DRAFT FEE SUMMARY CHART RE: SENIOR LENDERS' FEES AT REQUEST OF D.DEUTSCH. |
| 03/16/10 Tue | Nellos, A 1313670017/316 | 4.10 | 3.80 | 2,261.00 | 3.80<br>0.30 | F<br>F | 1<br>2 | MATTER NAME: General Litigation<br>REVIEW RESPONSES FILED IN CONNECTION WITH LAW DEBENTURE'S FEE MOTION (3.8);<br>DRAFT BRIEF SUMMARY OF DISCUSSIONS RELATING TO THE COMMITTEE FOR D. DEUTSCH AND D. LEMAY (.3). |
| 03/19/10 Fri | Roitman, M 1313670010/234 | 0.10 | 0.10 | 35.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW DOCKET AND REVISE ORDINARY COURSE PROFESSIONAL SUMMARY (0.1) |
| 03/22/10 Mon | Roitman, M 1313670010/246 | 0.10 | 0.10 | 35.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>MEET WITH A. HANESSIAN RE: FEBRUARY ORDINARY COURSE PROFESSIONAL REPORT (0.1). |
| 03/26/10 Fri | Roitman, M 1313670010/247 | 0.30 | 0.30 | 106.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW ORDINARY COURSE PROFESSIONAL AFFIDAVITS AND REVISE CHART (0.3) |
| 03/30/10 Tue | Roitman, M 1313670010/248 | 0.40 | 0.20 | 71.00 | 0.20<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>DRAFT EMAIL TO COMMITTEE RE: ARTICLE ON PROFESSIONAL FEES (0.2);<br>CORRESPOND WITH D. DEUTSCH AND D. BAVA RE: SAME (0.2). |
| 04/02/10 Fri | Roitman, M 1313688010/235 | 0.40 | 0.40 | 142.00 | 0.20<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>CORRESPOND WITH D. DEUTSCH AND D. BAVA RE: 4TH INTERIM FEE SUMMARY (0.2);<br>CORRESPOND WITH D. DEUTSCH RE: ORDINARY COURSE PROFESSIONAL AFFIDAVITS (0.2) |
| 04/05/10 Mon | Bava, D 1313688010/275 | 1.60 | 1.60 | 432.00 | 1.20<br>0.40 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW MONTHLY FEE STATEMENTS FILED BY VARIOUS PARTIES (1.20);<br>REVISE DRAFT FEE SUMMARY CHART FOR COMMITTEE RE: MISSING FEE DATA FOR CERTAIN OF THE DEBTORS' PROFESSIONALS (.40). |
| 04/07/10 Wed | Roitman, M 1313688010/246 | 0.40 | 0.40 | 142.00 | 0.10<br>0.30 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>CALL F. ANDERSON AT PBGC AND G. DAVIS (BUENA VISTA) RE: COMMITTEE MEMBERS' COUNSEL FEES (0.1);<br>DRAFT CHART OF COMMITTEE MEMBERS' COUNSEL FEES (0.3) |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 2 of  7

EXHIBIT L

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 04/07/10 Wed | Roitman, M 1313688010/287 | 1.30 | 1.30 | 461.50 | 0.90 0.30 0.10 | F F F | MATTER NAME: Fee/Retention Applications<br>1 REVIEW DEBTORS' SUPPLEMENTAL APPLICATION TO RETAIN LAZARD (0.9);<br>2 MEET WITH D. DEUTSCH RE: SAME (0.3);<br>3 CALL WITH A. LEUNG (ALIXPARTNERS) RE: SAME (0.1) |
| 04/08/10 Thu | Roitman, M 1313688010/276 | 1.00 | 1.00 | 355.00 | 0.60 0.20 0.20 | F F F | MATTER NAME: Fee/Retention Applications<br>1 REVIEW DEBTORS' SUPPLEMENTAL APPLICATION TO RETAIN LAZARD (0.6);<br>2 CALLS WITH J. LUDWIG (SIDLEY) RE: SAME (0.2);<br>3 DRAFT MEMO RE: SAME (0.2). |
| 04/09/10 Fri | Roitman, M 1313688010/277 | 0.70 | 0.70 | 248.50 | | F | MATTER NAME: Fee/Retention Applications<br>1 DRAFT MEMO RE: DEBTORS' SUPPLEMENTAL APPLICATION TO RETAIN LAZARD (0.7). |
| 04/11/10 Sun | Deutsch, D 1313688010/256 | 0.50 | 0.50 | 347.50 | 0.30 0.20 | F F | MATTER NAME: Fee/Retention Applications<br>1 EXCHANGE MULTIPLE E-MAILS WITH KEN KANSA RE: LAZARD'S RETENTION FOR FOOD NETWORKS WORK (.3);<br>2 EXCHANGE E-MAILS WITH MARC ROITMAN RE: FOLLOW-UP ON SAME (.2). |
| 04/11/10 Sun | Roitman, M 1313688010/251 | 0.10 | 0.10 | 35.50 | | F | MATTER NAME: Fee/Retention Applications<br>1 REVIEW DOCKET AND REVISE ORDINARY COURSE PROFESSIONALS CHART (0.1) |
| 04/11/10 Sun | Roitman, M 1313688010/278 | 1.00 | 1.00 | 355.00 | 0.40 0.60 | F F | MATTER NAME: Fee/Retention Applications<br>1 CORRESPOND WITH K. KENSA (SIDLEY) RE: DEBTORS' SUPPLEMENTAL APPLICATION TO RETAIN LAZARD (0.4)<br>2 CORRESPOND WITH A. HOLTZ (ALIXPARTNERS), V. PATEL (MOELIS), D. DEUTSCH RE: DEBTORS' SUPPLEMENTAL APPLICATION TO RETAIN LAZARD (0.6). |
| 04/12/10 Mon | Deutsch, D 1313688010/257 | 0.60 | 0.50 | 347.50 | 0.20 0.30 0.10 | F F F | MATTER NAME: Fee/Retention Applications<br>1 EXCHANGE CALLS AND E-MAILS WITH KEN KANSA RE: LAZARD RETENTION MATTER (.2);<br>2 CALL WITH ALAN HOLTZ RE: LAZARD RETENTION (.3);<br>3 FOLLOW-UP CALL AND E-MAIL TO FEE EXAMINER RE: THIRD INTERIM APPLICATION (.1). |
| 04/13/10 Tue | Deutsch, D 1313688010/258 | 0.90 | 0.90 | 625.50 | 0.30 0.20 0.40 | F F F | MATTER NAME: Fee/Retention Applications<br>1 CONFERENCE CALL WITH KEN KANSA TO DISCUSS ADDITIONAL LAZARD RETENTION ISSUES (.3);<br>2 E-MAIL KEN KANSA RE: AGREED TO NEXT STEPS RELATED TO SAME (.2);<br>3 DRAFT MEMORANDUM TO BRAD HALL RE: AGREEMENT AND REQUIRED NEXT STEPS ON ANALYSIS FOR LAZARD RETENTION (.4). |
| 04/14/10 Wed | Deutsch, D 1313688010/259 | 0.60 | 0.30 | 208.50 | 0.30 0.30 | F F | MATTER NAME: Fee/Retention Applications<br>1 EXCHANGE MULTIPLE E-MAILS WITH KEN KANSA RE: NEXT STEPS WITH LAZARD RETENTION (.3);<br>2 REVIEW AND REVISE NEW COMMITTEE PROFESSIONAL FEE ANALYSIS (.3). |
| 04/15/10 Thu | Deutsch, D 1313688010/260 | 0.40 | 0.40 | 278.00 | 0.20 0.20 | F F | MATTER NAME: Fee/Retention Applications<br>1 E-MAIL BRAD HALL RE: NEXT STEPS ON ANALYSIS OF LAZARD'S RETENTION FOR FOOD NETWORKS MATTER (.2);<br>2 REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.2). |
| 04/17/10 Sat | Lamb, H 1313688010/250 | 2.10 | 1.40 | 378.00 | 0.70 1.40 | F F | MATTER NAME: Fee/Retention Applications<br>1 REVIEW COMMITTEE MEMBER EXPENSES SUBMITTED FOR MARCH MEETINGS (.7);<br>2 PREPARE SUMMARY SHEETS OF EXPENSES FOR NEXT COMMITTEE REQUEST FOR REIMBURSEMENT OF EXPENSES (1.4). |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 3 of 7

EXHIBIT L
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 04/19/10 Mon | Roitman, M 1313688010/267 | 0.50 | 0.50 | 177.50 | 0.20 0.30 | F F | *MATTER NAME: Fee/Retention Applications*<br>1  REVIEW DOCKET AND REVISE ORDINARY COURSE PROFESSIONALS CHART (0.2);<br>2  CORRESPOND WITH D. BAVA RE: PREPARATION OF RESPONSE CHART ON CERTAIN ISSUES RAISED IN FEE EXAMINER REPORT (0.3) |
| 04/22/10 Thu | Deutsch, D 1313688010/271 | 0.20 | 0.20 | 139.00 | | F | *MATTER NAME: Fee/Retention Applications*<br>1  REVIEW ORDINARY COURSE PROFESSIONAL REPORT (.2). |
| 04/26/10 Mon | Deutsch, D 1313688010/284 | 0.10 | 0.10 | 69.50 | | F | *MATTER NAME: Fee/Retention Applications*<br>1  EXCHANGE E-MAILS WITH ALIXPARTNERS (ALAN HOLTZ) RE: LAZARD RETENTION ISSUE (.1). |
| 04/26/10 Mon | Roitman, M 1313688010/286 | 0.60 | 0.60 | 213.00 | 0.20 0.10 0.30 | F F F | *MATTER NAME: Fee/Retention Applications*<br>1  REVIEW SUPPLEMENTAL APPLICATION TO RETAIN LAZARD (0.2);<br>2  CORRESPOND WITH D. DEUTSCH, A. HOLTZ, B. HALL RE: SAME (0.1);<br>3  CALL WITH A. HOLTZ AND D. DEUTSCH RE: SAME (0.3). |
| 04/27/10 Tue | Roitman, M 1313688010/280 | 0.30 | 0.30 | 106.50 | | F | *MATTER NAME: Fee/Retention Applications*<br>1  CORRESPOND WITH A. HANESSIAN RE: DEBTORS' MARCH 2010 ORDINARY COURT PROFESSIONAL REPORT (0.3). |
| 05/03/10 Mon | Deutsch, D 1313704010/184 | 0.30 | 0.30 | 208.50 | 0.20 0.10 | F F | *MATTER NAME: Fee/Retention Applications*<br>1  REVIEW E-MAILS ON RETENTION MATTERS RELATED TO PWC AND D&B (.2);<br>2  E-MAIL MARC ROITMAN RE: REQUIRED FOLLOW-UP ON SAME (.1). |
| 05/03/10 Mon | Roitman, M 1313704010/180 | 0.60 | 0.60 | 213.00 | | F | *MATTER NAME: Fee/Retention Applications*<br>1  REVIEW DEBTORS' MARCH 2010 ORDINARY COURSE PROFESSIONAL REPORT (0.6) |
| 05/03/10 Mon | Roitman, M 1313704010/206 | 1.10 | 1.10 | 390.50 | 0.80 0.30 | F F | *MATTER NAME: Fee/Retention Applications*<br>1  REVIEW DEBTORS' SUPPLEMENTAL APPLICATION TO RETAIN PWC (0.8)<br>2  CORRESPOND WITH A. HOLTZ, B. HALL AND A. LEUNG (ALIXPARTNERS) RE: SAME (0.3). |
| 05/04/10 Tue | Deutsch, D 1313704010/185 | 0.30 | 0.30 | 208.50 | | F | *MATTER NAME: Fee/Retention Applications*<br>1  REVIEW ANALYSIS FROM ALIXPARTNERS RE: PWC AND D&B RETENTION MATTERS (.3) |
| 05/04/10 Tue | Deutsch, D 1313704010/207 | 0.20 | 0.20 | 139.00 | | F | *MATTER NAME: Fee/Retention Applications*<br>1  DISCUSS MEMORANDUM TO COMMITTEE ON NEW MICROSOFT-RELATED MOTION WITH MARC ROITMAN (.2). |
| 05/04/10 Tue | Roitman, M 1313704010/181 | 0.90 | 0.90 | 319.50 | 0.40 0.40 0.10 | F F F | *MATTER NAME: Fee/Retention Applications*<br>1  REVIEW DEBTORS' SUPPLEMENTAL APPLICATION TO RETAIN PWC (0.4);<br>2  REVIEW MICROSOFT MOTION FOR ADMINISTATIVE CLAIM (0.4);<br>3  CORRESPOND WITH J. LUDWIG (SIDLEY) RE: SAME (0.1) |
| 05/05/10 Wed | Deutsch, D 1313704010/186 | 0.40 | 0.40 | 278.00 | 0.20 0.20 | F F | *MATTER NAME: Fee/Retention Applications*<br>1  REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.2);<br>2  EXCHANGE E-MAILS WITH KEN KANSA RE: LAZARD RETENTION MATTERS (.2). |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 4 of 7

EXHIBIT L

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/06/10 Thu | Roitman, M 1313704010/182 | 1.20 | 1.20 | 426.00 | 1.10 0.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT MEMO RE: DEBTORS' SUPPLEMENTAL APPLICATION TO RETAIN PWC (1.1); CALL WITH H. LEE AND A. LEUNG RE: SAME (0.1) |
| 05/07/10 Fri | Roitman, M 1313704010/183 | 0.30 | 0.30 | 106.50 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW DOCKET RE: ORDINARY COURSE PROFESSIONAL FILINGS AND UPDATE ORDINARY COURSE CHART (0.3) |
| 05/07/10 Fri | Roitman, M 1313704010/208 | 1.60 | 1.60 | 568.00 | 1.30 0.10 0.20 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications REVISE MEMO RE: DEBTORS' SUPPLEMENTAL APPLICATION TO RETAIN PWC (1.3); CALL WITH K. KANSA (SIDLEY) RE: SAME (0.1); DRAFT EMAIL TO K. KANSA AND D. DEUTSCH RE: EXTENSION OF TIME TO RESPOND TO PWC APPLICATION AND D&B REJECTION MOTION (0.2). |
| 05/10/10 Mon | Deutsch, D 1313704010/196 | 0.20 | 0.20 | 139.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.2). |
| 05/10/10 Mon | Roitman, M 1313704010/209 | 0.80 | 0.80 | 284.00 | 0.60 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVISE MEMO RE: DEBTORS' SUPPLEMENTAL APPLICATION TO RETAIN PWC (0.6); DRAFT EMAIL TO COMMITTEE RE: SAME (0.2) |
| 05/17/10 Mon | Bava, D 1313704017/416 | 1.10 | 0.50 | 135.00 | 0.60 0.50 | F F | 1 2 | MATTER NAME: General Litigation REVIEW AND PREPARE CERTAIN EXAMINER DOCUMENTS PER M. ASHLEY (.60); REVIEW LECG APPLICATION RE: DISCLOSURE OF COMMITTEE INTERVIEW (.50). |
| 05/17/10 Mon | Daucher, E 1313704010/194 | 0.10 | 0.10 | 35.50 | | F | 1 | MATTER NAME: Fee/Retention Applications EMAILS TO M. ASHLEY, M. ROITMAN AND D. BAVA RE: DISCLOSURES BY LECG, LLP. |
| 05/21/10 Fri | Roitman, M 1313704010/202 | 0.20 | 0.20 | 71.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW DOCKET RE: FILINGS OF ORDINARY COURSE PROFESSIONALS AND REVISE ORDINARY COURSE PROFESSIONAL SUMMARY (0.2) |
| 05/24/10 Mon | Roitman, M 1313704010/211 | 0.40 | 0.40 | 142.00 | 0.20 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW SUPPLEMENTAL APPLICATION TO RETAIN E&Y (0.2); CORRESPOND WITH ALIXPARTNERS RE: SAME (0.2) |
| 05/25/10 Tue | Roitman, M 1313704010/212 | 0.30 | 0.30 | 106.50 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW APRIL 2010 OCP REPORT AND REVISE ORDINARY COURSE PROFESSIONAL SUMMARY (0.3). |
| 05/26/10 Wed | Deutsch, D 1313704010/216 | 0.20 | 0.20 | 139.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AND RESPOND TO INQUIRY FROM DEBTORS' COUNSEL RE: RETENTION OF NEW PROFESSIONAL FIRM (.2). |
| 05/26/10 Wed | Roitman, M 1313704010/213 | 0.10 | 0.10 | 35.50 | | F | 1 | MATTER NAME: Fee/Retention Applications CORRESPOND WITH A. HANESSIAN RE: SUPPLEMENTAL LIST OF ORDINARY COURSE PROFESSIONALS (0.1) |

~ See the last page of exhibit for explanation

EXHIBIT L PAGE 5 of 7

EXHIBIT L
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/27/10 Thu | Deutsch, D 1313704010/217 | 0.20 | 0.20 | 139.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications* DISCUSS DRAFTING COMMITTEE MEMO ON E&Y ISSUE WITH MARC ROITMAN (.2). |
| 05/27/10 Thu | Roitman, M 1313704010/214 | 1.80 | 1.80 | 639.00 | 1.70 0.10 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* DRAFT MEMO RE: APPLICATION TO MODIFY RETENTION OF E&Y (1.7): CORRESPOND WITH D. DEUTSCH RE: SAME (0.1). |
| Total Number of Entries: | 49 | | 32.20 | $13,388.50 | | | | |

EXHIBIT L

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 5.10 | 1,377.00 |
| Daucher, E | 0.10 | 35.50 |
| Deutsch, D | 4.70 | 3,266.50 |
| Lamb, H | 1.40 | 378.00 |
| Nellos, A | 3.80 | 2,261.00 |
| Roitman, M | 17.10 | 6,070.50 |
| | 32.20 | $13,388.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 24.90 | 10,182.50 |
| General Litigation | 7.30 | 3,206.00 |
| | 32.20 | $13,388.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT L  PAGE 7 of  7

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Carfare (Late Night/Weekends) | | | | | |
| 03/01/10 | 1313670002/325 | 16.00 | | 16.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 3/15,3/16/10 YOUNG YOO - TAXIS<br>  * 382Number of units: 1 |
| 03/01/10 | 1313670002/459 | 50.40 | | 50.40 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MALIK FARYAL 49 W 49 ST HOBOKEN 0247903 477817<br>  * 516Number of units: 1 |
| 03/01/10 | 1313670002/323 | 8.00 | | 8.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 3/13/10 HOWARD SEIFE - CAB FARE<br>  * 380Number of units: 1 |
| 03/02/10 | 1313670002/460 | 97.12 | | 97.12 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MCCORMACK THOMAS J. 49 W 49 ST SCARSDALE 0297997 477817<br>  * 517Number of units: 1 |
| 03/03/10 | 1313670002/246 | 48.23 | | 48.23 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE ZAFRAN KIMBERLY 49 W 49 ST FOREST HILLS 0031975 477243<br>  * 303Number of units: 1 |
| 03/03/10 | 1313670002/6 | 8.00 | | 8.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 2/28/10 HELEN M LAMB - CAB FARE<br>  * 63Number of units: 1 |
| 03/05/10 | 1313670002/462 | 83.16 | | 83.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MCCORMACK THOMAS J. 49 W 49 ST SCARSDALE 0647173 477817<br>  * 519Number of units: 1 |
| 03/08/10 | 1313670002/461 | 79.17 | | 79.17 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE RIVERA CHRISTY 49 W 49 ST GARDEN CITY 0642057 477817<br>  * 518Number of units: 1 |
| 03/08/10 | 1313670002/463 | 85.16 | | 85.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE VAZQUEZ FRANCISCO 49 W 49 ST PORT WASHINGTON 0681765 478374<br>  * 520Number of units: 1 |
| 03/08/10 | 1313670002/608 | 29.94 | | 29.94 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE AROITMAN, MARC FROM: 49 W 49 ST M TO: 62 W 85 ST 10024 M<br>  * 665Number of units: 1 |
| 03/10/10 | 1313670002/199 | 10.00 | | 10.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 3/8/10 F.J. PERKING - CAB HOME AFTER WORK<br>  * 256Number of units: 1 |
| 03/15/10 | 1313670002/921 | 46.92 | | 46.92 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MALIK FARYAL 49 W 49 ST 1126 HUDSON ST 0656988 479126<br>  * 978Number of units: 1 |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| Category: Carfare (Late Night/Weekends) | | | | | |
| 03/17/10 | 1313670002/919 | 48.23 | | 48.23 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE ZAFRAN KIMBERLY 49 W 49 ST FOREST HILLS 0031976 479126<br>*  976Number of units: 1 |
| 03/17/10 | 1313670002/918 | 25.16 | | 25.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE PERKINS FRANCESCA 49 W 49 ST 156 E 2 ST 0030716 479126<br>*  975Number of units: 1 |
| 03/18/10 | 1313670002/464 | 87.49 | | 87.49 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MCCORMACK THOMAS J. 49 W 49 ST SCARSDALE 0262207 478374<br>*  521Number of units: 1 |
| 03/18/10 | 1313670002/920 | 107.63 | | 107.63 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MCCORMACK THOMAS J. 2 GLENWOOD RD LAGUARDIA AIRPORT 0665776 479126<br>*  977Number of units: 1 |
| 03/20/10 | 1313670002/922 | 32.93 | | 32.93 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE 10/6STEVENSON TAMARA 235 W 48 ST 239 E 79 ST 0020323 479126<br>*  979Number of units: 1 |
| 03/24/10 | 1313670002/923 | 89.44 | | 89.44 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MCCORMACK THOMAS J. 49 W 49 ST SCARSDALE 0301046 479696<br>*  980Number of units: 1 |
| 03/25/10 | 1313670002/571 | 23.40 | | 23.40 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 3/5,3/10/10 MARC ROITMAN - CABS WORKING LATE<br>*  628Number of units: 1 |
| 03/25/10 | 1313670002/572 | 56.30 | | 56.30 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 2/22,3/5,3/17,3/18,3/22/10 MARC ROITMAN<br>*  629Number of units: 1 |
| 03/25/10 | 1313670002/573 | 21.40 | | 21.40 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 3/3/10 MARC ROITMAN - CABS WORKED LATE<br>(TO/FROM WORK)<br>*  630Number of units: 1 |
| 04/01/10 | 1313688002/535 | 77.06 | | 77.06 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MCCORMACK THOMAS J. 50 W 50 ST 2 GLENWOOD ROAD 0266926 480243<br>*  585Number of units: 1 |
| 04/05/10 | 1313688002/6 | 8.00 | | 8.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 03/27/10 HELEN N LAMB - CAB FARE WEEKEND<br>HOURS<br>*  56Number of units: 1 |
| 04/07/10 | 1313688002/101 | 15.00 | | 15.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 03/28/10 DAVID LEMAY - TAXI WHILE WORKING . |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Carfare (Late Night/Weekends) | | | | | |
| 04/07/10 | 1313688002/101 | | | | *MATTER NAME: 19804.002 - Bankruptcy General*<br>* 151Number of units: 1 |
| 04/07/10 | 1313688002/97 | 8.00 | | 8.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 03/31/10 YOUNG YOU - TAXICAB REIMBURSEMENT.<br>* 147Number of units: 1 |
| 04/07/10 | 1313688002/96 | 9.00 | | 9.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 03/14/10 LAURA ROWNTREE - TAXI - SUNDAY<br>* 146Number of units: 1 |
| 04/07/10 | 1313688002/95 | 34.00 | | 34.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 03/23,03/27,03/29,03/31/10 YOUNG YOU - O/T TAXIS.<br>* 145Number of units: 1 |
| 04/07/10 | 1313688002/94 | 8.00 | | 8.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 03/14/10 LAURA ROWNTREE - TAXI HOME .<br>* 144Number of units: 1 |
| 04/07/10 | 1313688002/99 | 160.50 | | 160.50 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 03/07-03/31/10 DOUGLAS DEUTSCH - TAXIS TO/FROM WORK & MTGS.<br>* 149Number of units: 1 |
| 04/08/10 | 1313688002/136 | 8.00 | | 8.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER 04/03/10 HELEN M. LAMB - CAB FARE (WEEKEND HOURS).<br>* 186Number of units: 1 |
| 04/12/10 | 1313688002/559 | 29.94 | | 29.94 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE FSEIFE, H. FROM: 49 W 49 ST M TO: PENN STATION M<br>* 609Number of units: 1 |
| 04/14/10 | 1313688002/354 | 8.00 | | 8.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 4/6/10 YOUNG YOO - TAXI CAB RECEIPT<br>* 404Number of units: 1 |
| 04/14/10 | 1313688002/355 | 14.00 | | 14.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 4/11/10 DAVID LE MAY - TAXI WHILE WORKING<br>* 405Number of units: 1 |
| 04/14/10 | 1313688002/912 | 124.64 | | 124.64 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE BAVA DAVID 49 W 49 ST MANALAPAN 0032587 481398<br>* 962Number of units: 1 |
| 04/14/10 | 1313688002/352 | 8.00 | | 8.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 4/6/10 YOUNG YOO - TAXI CAB RECEIPT - WORKING LATE |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Carfare (Late Night/Weekends) | | | | | |
| 04/14/10 | 1313688002/352 | | | | MATTER NAME: 19804.002 - Bankruptcy General<br>* 402Number of units: 1 |
| 04/18/10 | 1313688002/913 | 75.66 | | 75.66 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE ROITMAN MARC CONCORD ST 30 ROCKEFELLER PLAZ 0316827 481398<br>* 963Number of units: 1 |
| 04/21/10 | 1313688002/504 | 8.00 | | 8.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 04/17/10 HELEN M. LAMB - CAB FARE (WEEKEND HOURS).<br>* 554Number of units: 1 |
| 04/23/10 | 1313688002/914 | 46.92 | | 46.92 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MALIK FARYAL 49 W 49 ST HOBOKEN 0682973 482032<br>* 964Number of units: 1 |
| 04/27/10 | 1313688002/778 | 10.00 | | 10.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: JAMES A STENGER JAMES STENGER TAXI TO FCC 4/26/2010<br>* 828Number of units: 1 |
| 04/27/10 | 1313688002/777 | 12.00 | | 12.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: JAMES A STENGER JAMES STENGER TAXI TO FCC 4/23/2010<br>* 827Number of units: 1 |
| 04/29/10 | 1313688002/831 | 43.60 | | 43.60 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 03/31, 04/1 & 11/10 MARC ROITMAN - O/T TAXIS.<br>* 881Number of units: 1 |
| 04/29/10 | 1313688002/830 | 86.08 | | 86.08 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 03/23, 24, 04/14, 18, 19, 20 & 22/10 MAC ROITMAN - O/T TAXIS.<br>* 880Number of units: 1 |
| 04/29/10 | 1313688002/779 | 11.00 | | 11.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: JAMES A STENGER TAXI FROM FCC TO CHADBOURNE OFFICE 4/26/2010<br>* 829Number of units: 1 |
| 04/29/10 | 1313688002/834 | 11.10 | | 11.10 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 04/27/10 MARC ROITMAN - O/T TAXI.<br>* 884Number of units: 1 |
| 05/04/10 | 1313704002/448 | 85.16 | | 85.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE VAZQUEZ FRANCISCO 49 W 49 ST PORT WASHINGTON 0319957 483178<br>* 493Number of units: 1 |
| 05/04/10 | 1313704002/446 | 83.16 | | 83.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MCCORMACK THOMAS J. 49 W 49 ST 2 GLENWOOD ROAD 0299821 483178<br>* 491Number of units: 1 |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Carfare (Late Night/Weekends) | | | | | |
| 05/04/10 | 1313704002/446 | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 05/04/10 | 1313704002/405 | 90.15 | | 90.15 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE ALPERT MARC A. 50 W 50 ST HICKSVILLE 0033174 482621<br>*  450Number of units: 1 |
| 05/04/10 | 1313704002/447 | 120.88 | | 120.88 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE MCCORMACK THOMAS J. 49 W 49 ST 2 GLENWOOD ROAD 0315952 483178<br>*  492Number of units: 1 |
| 05/05/10 | 1313704002/443 | 90.15 | | 90.15 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE ALPERT 50 W 50 ST HICKSVILLE 0033175 483178<br>*  488Number of units: 1 |
| 05/05/10 | 1313704002/444 | 25.16 | | 25.16 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE SMITH CHERYL 50 W 50 ST E 85 ST 0032540 483178<br>*  489Number of units: 1 |
| 05/06/10 | 1313704002/57 | 82.00 | | 82.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 04/07, 12, 17, 21, 25 & 27/10 DOUGLAS DEUTSCH - TAXIS WHILE WORKING LATE.<br>*  102Number of units: 1 |
| 05/07/10 | 1313704002/123 | 8.00 | | 8.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 05/01/10 HELEN M. LAMB - CAB FARE (WEEKEND HOURS).<br>*  168Number of units: 1 |
| 05/10/10 | 1313704002/445 | 32.35 | | 32.35 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE ASHLEY MARK 239 E 79 ST 1 PENN STATION 0033007 483178<br>*  490Number of units: 1 |
| 05/12/10 | 1313704002/867 | 85.16 | | 85.16 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE VAZQUEZ FRANCISCO W 50 ST PORT WASHINGTON 0656943 483817<br>*  912Number of units: 1 |
| 05/12/10 | 1313704002/450 | 46.92 | | 46.92 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE MALIK FARYAL 49 W 49 ST HOBOKEN 0349200 483178<br>*  495Number of units: 1 |
| 05/12/10 | 1313704002/866 | 83.16 | | 83.16 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE MCCORMACK THOMAS J. 49 W 49 ST 2 GLENWOOD ROAD 0361184 483817<br>*  911Number of units: 1 |
| 05/13/10 | 1313704002/449 | 85.16 | | 85.16 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>CARFARE VAZQUEZ FRANCISCO 49 W 49 ST PORT WASHINGTON 0660631 483178<br>*  494Number of units: 1 |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Carfare (Late Night/Weekends) | | | | | |
| 05/13/10 | 1313704002/868 | 48.23 | | 48.23 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE ZAFRAN KIMBERLY 49 W 49 ST FOREST HILLS 0031981 483817<br>* 913Number of units: 1 |
| 05/17/10 | 1313704002/869 | 96.80 | | 96.80 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE VAZQUEZ++ FRANCISCO LAGUARDIA AIRPORT 2 BAY DRIVE 0265925 484422<br>* 914Number of units: 1 |
| 05/17/10 | 1313704002/865 | 88.84 | | 88.84 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE VAZQUEZ FRANCISCO 2 BAY DRIVE LAGUARDIA AIRPORT 0330127 483817<br>* 910Number of units: 1 |
| 05/18/10 | 1313704002/875 | 46.92 | | 46.92 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MALIK FARYAL 49 W 49 ST HOBOKEN 0258759 484422<br>* 920Number of units: 1 |
| 05/18/10 | 1313704002/346 | 22.60 | | 22.60 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 05/4 CAB - M. ROITMAN<br>* 391Number of units: 1 |
| 05/18/10 | 1313704002/874 | 85.16 | | 85.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE VAZQUEZ FRANCISCO 49 W 49 ST PORT WASHINGTON 0660968 484422<br>* 919Number of units: 1 |
| 05/19/10 | 1313704002/871 | 83.16 | | 83.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MCCORMACK THOMAS J. 49 W 49 ST 2 GLENWOOD ROAD 0327122 484422<br>* 916Number of units: 1 |
| 05/19/10 | 1313704002/355 | 14.00 | | 14.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 4/18 O/T CAB - D. LEMAY<br>* 400Number of units: 1 |
| 05/19/10 | 1313704002/878 | 47.68 | | 47.68 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE BSEIFE, H. FROM: 49 W 49 ST M TO: PENN STATION M<br>* 923Number of units: 1 |
| 05/20/10 | 1313704002/391 | 8.00 | | 8.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 5/16 O/T CAB - H.LAMB<br>* 436Number of units: 1 |
| 05/20/10 | 1313704002/889 | 83.16 | | 83.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MCCORMACK THOMAS J. 49 W 49 ST 2 GLENWOOD ROAD 0347719 485084<br>* 934Number of units: 1 |
| 05/20/10 | 1313704002/870 | 85.16 | | 85.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE VAZQUEZ FRANCISCO 49 W 49 ST PORT WASHINGTON 0316457 484422<br>* 915Number of units: 1 |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| **Category: Carfare (Late Night/Weekends)** | | | | | |
| 05/21/10 | 1313704002/872 | 83.16 | | 83.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MCCORMACK THOMAS J. 49 W 49 ST 2 GLENWOOD ROAD 0327153 484422<br>* 917Number of units: 1 |
| 05/22/10 | 1313704002/873 | 85.16 | | 85.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE VAZQUEZ FRANCISCO W 50 ST PORT WASHINGTON 0330130 484422<br>* 918Number of units: 1 |
| 05/23/10 | 1313704002/877 | 53.62 | | 53.62 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE NELLOS ALEXANDRA 49 W 49 ST WEEHAWKEN 0032877 484422<br>* 922Number of units: 1 |
| 05/23/10 | 1313704002/876 | 49.23 | | 49.23 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE WEISSMAN ELLEN 49 W 49 ST KEW GARDENS 0032798 484422<br>* 921Number of units: 1 |
| 05/24/10 | 1313704002/574 | 10.00 | | 10.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP 5/7 CAR ALLOWANCE - C. NASEF<br>* 619Number of units: 1 |
| 05/26/10 | 1313704002/888 | 80.38 | | 80.38 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE MCCORMACK THOMAS J. 49 W 49 ST 2 GLENWOOD ROAD 0347560 485084<br>* 933Number of units: 1 |
| 05/26/10 | 1313704002/887 | 90.15 | | 90.15 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE ALPERT M. 50 W 50 ST HICKSVILLE 0037406 485084<br>* 932Number of units: 1 |
| 05/26/10 | 1313704002/657 | 8.00 | | 8.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP CAB FARE (WEEKEND HOURS)05/23/2010<br>* 702Number of units: 1 |
| 05/26/10 | 1313704002/658 | 10.00 | | 10.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP TAXI WHILE WORKING 04/28/2010 D.DEUTSCH<br>* 703Number of units: 1 |
| 05/26/10 | 1313704002/660 | 10.50 | | 10.50 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE - VENDOR: CHADBOURNE & PARKE LLP TAXI ON 05/16/2010 R.GAYDA<br>* 705Number of units: 1 |
| 05/28/10 | 1313704002/890 | 85.16 | | 85.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>CARFARE VAZQUEZ FRANCISCO 49 W 49 ST PORT WASHINGTON 0348112 485084<br>* 935Number of units: 1 |
| **Carfare (Late Night/Weekends):** | | $4,063.06 | | $4,063.06 | |
| **Category: Late Night/Weekend Meals** | | | | | |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| Category: Late Night/Weekend Meals | | | | | |
| 02/22/10 | 1313670002/524 | 20.68 | | 20.68 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 143185332 NAME OF RESTAURANT: CHOPT (56TH & PARK) APPROVED BY: MARC ROITMAN<br>* 581Number of units: 1 |
| 02/22/10 | 1313670002/523 | 15.63 | | 15.63 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ZAFRAN, KIMBERLY REFERENCE NO: 143177427 NAME OF RESTAURANT: AUSTIN´S CAFE APPROVED BY: KIMBERLY ZAFRAN<br>* 580Number of units: 1 |
| 02/22/10 | 1313670002/522 | 18.32 | | 18.32 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: PERKINS, FRANCESCA REFERENCE NO: 143177019 NAME OF RESTAURANT: ENERGY KITCHEN (2ND AVE) APPROVED BY: FRANCESCA PERKINS<br>* 579Number of units: 1 |
| 02/23/10 | 1313670002/521 | 20.74 | | 20.74 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 143336067 NAME OF RESTAURANT: CHOPT (56TH & PARK) APPROVED BY: MARC ROITMAN<br>* 578Number of units: 1 |
| 02/23/10 | 1313670002/526 | 19.49 | | 19.49 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: NELLOS, ALEXANDRA REFERENCE NO: 143337330 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: ALEXANDRA NELLOS<br>* 583Number of units: 1 |
| 02/25/10 | 1313670002/525 | 31.16 | | 31.16 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: TANCK, PAUL REFERENCE NO: 143645766 NAME OF RESTAURANT: MR. K´S APPROVED BY: PAUL TANCK<br>* 582Number of units: 1 |
| 03/01/10 | 1313670002/236 | 13.43 | | 13.43 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ZAFRAN, KIMBERLY REFERENCE NO: 144059658 NAME OF RESTAURANT: AUSTIN´S CAFE APPROVED BY: KIMBERLY ZAFRAN<br>* 293Number of units: 1 |
| 03/01/10 | 1313670002/235 | 19.49 | | 19.49 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: NELLOS, ALEXANDRA REFERENCE NO: 144056472 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: ALEXANDRA NELLOS<br>* 292Number of units: 1 |
| 03/01/10 | 1313670002/324 | 29.00 | | 29.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER 3/14/10 YOUNG YOO -CHIPOTLE - WORKING DINNER<br>* 381Number of units: 1 |
| 03/01/10 | 1313670002/238 | 30.84 | | 30.84 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: MALIK, FARYAL REFERENCE NO: 144095016 NAME OF RESTAURANT: CURRY DREAM APPROVED BY: FARYAL MALIK<br>* 295Number of units: 1 |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| | | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 03/01/10 | 1313670002/238 | | | | |
| | | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 03/02/10 | 1313670002/233 | 28.93 | | 28.93 | MEALS NAMES OF DINERS: SAFIER, ISAAC REFERENCE NO: 144215772 NAME OF RESTAURANT: BUSAN APPROVED BY: ISAAC SAFIER |
| | | | | | * 290Number of units: 1 |
| | | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 03/02/10 | 1313670002/239 | 26.67 | | 26.67 | MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 144228540 NAME OF RESTAURANT: WONDEE SIAM II APPROVED BY: MARC ROITMAN |
| | | | | | * 296Number of units: 1 |
| | | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 03/02/10 | 1313670002/234 | 18.64 | | 18.64 | MEALS NAMES OF DINERS: DYE, BONNIE REFERENCE NO: 144204606 NAME OF RESTAURANT: CHOPT (56TH & PARK) APPROVED BY: BONNIE DYE |
| | | | | | * 291Number of units: 1 |
| | | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 03/03/10 | 1313670002/237 | 19.49 | | 19.49 | MEALS NAMES OF DINERS: NELLOS, ALEXANDRA REFERENCE NO: 144358254 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: ALEXANDRA NELLOS |
| | | | | | * 294Number of units: 1 |
| | | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 03/04/10 | 1313670002/232 | 22.24 | | 22.24 | MEALS NAMES OF DINERS: DYE, BONNIE REFERENCE NO: 144511725 NAME OF RESTAURANT: 5TH AVENUE EPICURE (40TH ST) APPROVED BY: BONNIE DYE |
| | | | | | * 289Number of units: 1 |
| | | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 03/05/10 | 1313670002/230 | 24.48 | | 24.48 | MEALS NAMES OF DINERS: DAUCHER, ERIC REFERENCE NO: 144641919 NAME OF RESTAURANT: MAMA ANNA`S BY ABITINO S TH/2ND) APPROVED BY: ERIC DAUCHER |
| | | | | | * 287Number of units: 1 |
| | | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 03/05/10 | 1313670002/231 | 22.78 | | 22.78 | MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 144652032 NAME OF RESTAURANT: ENERGY KITCHEN (2ND AVE) APPROVED BY: MARC ROITMAN |
| | | | | | * 288Number of units: 1 |
| | | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 03/05/10 | 1313670002/109 | 29.26 | | 29.26 | MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER 2/12/10 KASMIR 9 CUISINE-NY-LATE EVENING DINNER |
| | | | | | * 166Number of units: 1 |
| | | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 03/08/10 | 1313670002/397 | 15.81 | | 15.81 | MEALS NAMES OF DINERS: DYE, BONNIE REFERENCE NO: 144931092 NAME OF RESTAURANT: GREEN CAFE (E. 58TH) APPROVED BY: BONNIE DYE |
| | | | | | * 454Number of units: 1 |
| | | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 03/08/10 | 1313670002/393 | 25.20 | | 25.20 | MEALS NAMES OF DINERS: VAZQUEZ, FRANCISCO REFERENCE NO: 144966312 NAME OF RESTAURANT: |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| 03/08/10 | 1313670002/393 | | | | *MATTER NAME: 19804.002 - Bankruptcy General*<br>AKI SUSHI WEST APPROVED BY: FRANCISCO VAZQUEZ<br>* 450Number of units: 1 |
| 03/08/10 | 1313670002/392 | 22.78 | | 22.78 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: DAUCHER, ERIC REFERENCE NO: 144938052 NAME OF RESTAURANT: AKO JAPANESE RESTAURANT APPROVED BY: ERIC DAUCHER<br>* 449Number of units: 1 |
| 03/08/10 | 1313670002/391 | 19.54 | | 19.54 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 144945927 NAME OF RESTAURANT: 5TH AVENUE EPICURE (40TH ST) APPROVED BY: MARC ROITMAN<br>* 448Number of units: 1 |
| 03/08/10 | 1313670002/396 | 14.98 | | 14.98 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: PERKINS, FRANCESCA REFERENCE NO: 144965667 NAME OF RESTAURANT: SUBWAY SANDWICHES & SALADS 39TH ST) APPROVED BY: FRANCESCA PERKINS<br>* 453Number of units: 1 |
| 03/09/10 | 1313670002/395 | 25.31 | | 25.31 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: PERKINS, FRANCESCA REFERENCE NO: 145073694 NAME OF RESTAURANT: PUMP ENERGY FOOD APPROVED BY: FRANCESCA PERKINS<br>* 452Number of units: 1 |
| 03/10/10 | 1313670002/394 | 20.01 | | 20.01 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 145230141 NAME OF RESTAURANT: RAGA INDIAN RESTAURANT APPROVED BY: MARC ROITMAN<br>* 451Number of units: 1 |
| 03/10/10 | 1313670002/399 | 19.49 | | 19.49 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: NELLOS, ALEXANDRA REFERENCE NO: 145216608 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: ALEXANDRA NELLOS<br>* 456Number of units: 1 |
| 03/10/10 | 1313670002/400 | 21.58 | | 21.58 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: PERKINS, FRANCESCA REFERENCE NO: 145208853 NAME OF RESTAURANT: BETTER BURGER APPROVED BY: FRANCESCA PERKINS<br>* 457Number of units: 1 |
| 03/11/10 | 1313670002/390 | 14.85 | | 14.85 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 145375422 NAME OF RESTAURANT: 5TH AVENUE EPICURE (40TH ST) APPROVED BY: MARC ROITMAN<br>* 447Number of units: 1 |
| 03/11/10 | 1313670002/398 | 14.67 | | 14.67 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: PERKINS, FRANCESCA REFERENCE NO: 145350378 NAME OF RESTAURANT: SUBWAY SANDWICHES & SALADS 39TH ST) APPROVED BY: FRANCESCA PERKINS<br>* 455Number of units: 1 |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| 03/11/10 | 1313670002/398 | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 03/11/10 | 1313670002/401 | 31.18 | | 31.18 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROWNTREE, LAURA REFERENCE NO: 145386012 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: LAURA ROWNTREE<br>* 458Number of units: 1 |
| 03/15/10 | 1313670002/694 | 28.42 | | 28.42 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: MALIK, FARYAL REFERENCE NO: 145828065 NAME OF RESTAURANT: SUSHIYA APPROVED BY: FARYAL MALIK<br>* 751Number of units: 1 |
| 03/15/10 | 1313670002/690 | 30.08 | | 30.08 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: YOO, YOUNG REFERENCE NO: 145798905 NAME OF RESTAURANT: MONSTER SUSHI (46TH) APPROVED BY: MARC ROITMAN<br>* 747Number of units: 1 |
| 03/15/10 | 1313670002/689 | 30.09 | | 30.09 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 145798905 NAME OF RESTAURANT: MONSTER SUSHI (46TH) APPROVED BY: MARC ROITMAN<br>* 746Number of units: 1 |
| 03/15/10 | 1313670002/688 | 30.64 | | 30.64 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: SAFIER, ISAAC REFERENCE NO: 145788975 NAME OF RESTAURANT: DAI HACHI SUSHI APPROVED BY: ISAAC SAFIER<br>* 745Number of units: 1 |
| 03/16/10 | 1313670002/695 | 19.44 | | 19.44 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 145924155 NAME OF RESTAURANT: 5TH AVENUE EPICURE (40TH ST) APPROVED BY: MARC ROITMAN<br>* 752Number of units: 1 |
| 03/16/10 | 1313670002/700 | 23.10 | | 23.10 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: YOO, YOUNG REFERENCE NO: 145971060 NAME OF RESTAURANT: ORIENTAL NOODLE SHOP APPROVED BY: YOUNG YOO<br>* 757Number of units: 1 |
| 03/16/10 | 1313670002/696 | 13.84 | | 13.84 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: DYE, BONNIE REFERENCE NO: 145932654 NAME OF RESTAURANT: CAFE DUKE APPROVED BY: BONNIE DYE<br>* 753Number of units: 1 |
| 03/17/10 | 1313670002/699 | 30.56 | | 30.56 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 146056227 NAME OF RESTAURANT: MONSTER SUSHI (46TH) APPROVED BY: MARC ROITMAN<br>* 756Number of units: 1 |
| | | | | | MATTER NAME: 19804.002 - Bankruptcy General |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| 03/17/10 | 1313670002/697 | 30.04 | | 30.04 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: PERKINS, FRANCESCA REFERENCE NO: 146085108 NAME OF RESTAURANT: PAZZA NOTTE (FORMERLY PASTA LA VISTA) APPROVED BY: FRANCESCA PERKINS<br>* 754Number of units: 1 |
| 03/17/10 | 1313670002/698 | 15.63 | | 15.63 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ZAFRAN, KIMBERLY REFERENCE NO: 146055447 NAME OF RESTAURANT: AUSTIN S CAFE APPROVED BY: KIMBERLY ZAFRAN<br>* 755Number of units: 1 |
| 03/18/10 | 1313670002/692 | 18.31 | | 18.31 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: YOO, YOUNG REFERENCE NO: 146198286 NAME OF RESTAURANT: RAGA INDIAN RESTAURANT APPROVED BY: MARC ROITMAN<br>* 749Number of units: 1 |
| 03/18/10 | 1313670002/691 | 18.31 | | 18.31 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 146198286 NAME OF RESTAURANT: RAGA INDIAN RESTAURANT APPROVED BY: MARC ROITMAN<br>* 748Number of units: 1 |
| 03/18/10 | 1313670002/693 | 20.10 | | 20.10 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: KUMAR, CHIRAAG REFERENCE NO: 146222187 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: CHIRAAG KUMAR<br>* 750Number of units: 1 |
| 03/22/10 | 1313670002/916 | 21.86 | | 21.86 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 146562138 NAME OF RESTAURANT: CHOPT (56TH & PARK) APPROVED BY: MARC ROITMAN<br>* 973Number of units: 1 |
| 03/23/10 | 1313670002/917 | 21.41 | | 21.41 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: VOELKER, ANDREA REFERENCE NO: 146738562 NAME OF RESTAURANT: JOSIE S APPROVED BY: ANDREA VOELKER<br>* 974Number of units: 1 |
| 03/24/10 | 1313670002/516 | 29.40 | | 29.40 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS - VENDOR: PAUL TANCK 3/18/10 FOOD DEL BY:REPUBLIC-PAUL TANCK C&P ASSOCIATE-WORKING MEAL<br>* 573Number of units: 1 |
| 03/24/10 | 1313670002/914 | 22.49 | | 22.49 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 146865510 NAME OF RESTAURANT: CHOPT (56TH & PARK) APPROVED BY: MARC ROITMAN<br>* 971Number of units: 1 |
| 03/25/10 | 1313670002/568 | 10.34 | | 10.34 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER 2/25/10 DOUGLAS DEUTSCH - LENNY'S - MEALON WHILE WORKING LATE |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| 03/25/10 | 1313670002/568 | | | | *MATTER NAME: 19804.002 - Bankruptcy General*<br>* 625Number of units: 1 |
| 03/25/10 | 1313670002/569 | 8.32 | | 8.32 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER 3/23/10 MARC ROITMAN - MEAL, WORKING LATE<br>* 626Number of units: 1 |
| 03/25/10 | 1313670002/570 | 16.00 | | 16.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER 3/3/40 MARC ROITMAN - MEAL, WORKED LATE<br>* 627Number of units: 1 |
| 03/26/10 | 1313670002/915 | 30.91 | | 30.91 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: GAYDA, ROBERT REFERENCE NO: 147109554 NAME OF RESTAURANT: DAI HACHI SUSHI APPROVED BY: ROBERT GAYDA<br>* 972Number of units: 1 |
| 03/29/10 | 1313670002/924 | 18.57 | | 18.57 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: YOO, YOUNG REFERENCE NO: 147396828 NAME OF RESTAURANT: RAGA INDIAN RESTAURANT APPROVED BY: YOUNG YOO<br>* 981Number of units: 1 |
| 03/30/10 | 1313670002/925 | 24.81 | | 24.81 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: YOO, YOUNG REFERENCE NO: 147535605 NAME OF RESTAURANT: MONSTER SUSHI (46TH) APPROVED BY: YOUNG YOO<br>* 982Number of units: 1 |
| 04/02/10 | 1313688002/375 | 19.55 | | 19.55 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 147850395 NAME OF RESTAURANT: PUMP ENERGY FOOD APPROVED BY: MARC ROITMAN<br>* 425Number of units: 1 |
| 04/07/10 | 1313688002/98 | 16.00 | | 16.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER 03/31/10 YOUNG YOU - CHIPOTLE - LATE NIGHT DINNER EXPENSE.<br>* 148Number of units: 1 |
| 04/07/10 | 1313688002/100 | 139.62 | | 139.62 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER 03/08-03/30/10 DOUGLAS DEUTSCH - MEALS WHILE WORKING (ASSORTED RESTAURANTS).<br>* 150Number of units: 1 |
| 04/11/10 | 1313688002/379 | 16.16 | | 16.16 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 148689807 NAME OF RESTAURANT: CITY MARKET CAFE (551 N) APPROVED BY: MARC ROITMAN<br>* 429Number of units: 1 |
| 04/14/10 | 1313688002/353 | 16.00 | | 16.00 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS - VENDOR: CHADBOURNE & PARKE LLP 4/5/10 YOUNG YOO - DINNER FOR LATE NIGHT WORK |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| 04/14/10 | 1313688002/353 | | | | MATTER NAME: 19804.002 - Bankruptcy General<br>*  403Number of units: 1 |
| 04/18/10 | 1313688002/612 | 21.60 | | 21.60 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 149479836 NAME OF RESTAURANT: PRIMAVERA PIZZA & PASTA APPROVED BY: MARC ROITMAN<br>*  662Number of units: 1 |
| 04/19/10 | 1313688002/822 | 25.91 | | 25.91 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 149637996 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: MARC ROITMAN<br>*  872Number of units: 1 |
| 04/19/10 | 1313688002/823 | 22.78 | | 22.78 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: DAUCHER, ERIC REFERENCE NO: 149635392 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: ERIC DAUCHER<br>*  873Number of units: 1 |
| 04/20/10 | 1313688002/824 | 20.86 | | 20.86 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 149769390 NAME OF RESTAURANT: BLOCKHEADS BURRITOS (WW) APPROVED BY: MARC ROITMAN<br>*  874Number of units: 1 |
| 04/26/10 | 1313688002/642 | 13.00 | | 13.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS - VENDOR: CHADBOURNE & PARKE LLP 04/21/10 YOUNG YOO - DINNER FOR LATE NIGHT WORK. -<br>*  692Number of units: 1 |
| 04/26/10 | 1313688002/910 | 19.46 | | 19.46 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: GAYDA, ROBERT REFERENCE NO: 150437091 NAME OF RESTAURANT: ENERGY KITCHEN (2ND AVE) APPROVED BY: ROBERT GAYDA<br>*  960Number of units: 1 |
| 04/28/10 | 1313688002/911 | 20.79 | | 20.79 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 150736512 NAME OF RESTAURANT: BLAKE & TODD APPROVED BY: MARC ROITMAN<br>*  961Number of units: 1 |
| 04/29/10 | 1313688002/833 | 61.13 | | 61.13 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS - VENDOR: CHADBOURNE & PARKE LLP 03/31, 04/01, 08 & 13/10 MARC ROITMAN - CHIPOTLE & LENNY'S .<br>*  883Number of units: 1 |
| 04/29/10 | 1313688002/835 | 7.77 | | 7.77 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS - VENDOR: CHADBOURNE & PARKE LLP 03/26/10 MARC ROITMAN - HALE & HEARTY SOUPS - O/T MEAL.<br>*  885Number of units: 1 |
| | | | | | MATTER NAME: 19804.002 - Bankruptcy General |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| 04/29/10 | 1313688002/829 | 18.32 | | 18.32 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS - VENDOR: CHADBOURNE & PARKE LLP 04/26/10 MARC ROITMAN - LENNY'S - O/T MEAL.<br>*  879Number of units: 1 |
| 04/29/10 | 1313688002/832 | 15.50 | | 15.50 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS - VENDOR: CHADBOURNE & PARKE LLP 04/14/10 MARC ROITMAN - CHIPOTLE.<br>*  882Number of units: 1 |
| 05/03/10 | 1313704002/349 | 19.84 | | 19.84 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 151251588 NAME OF RESTAURANT: BLAKE & TODD APPROVED BY: MARC ROITMAN<br>*  394Number of units: 1 |
| 05/04/10 | 1313704002/350 | 20.01 | | 20.01 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: DAUCHER, ERIC REFERENCE NO: 151407708 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: ERIC DAUCHER<br>*  395Number of units: 1 |
| 05/04/10 | 1313704002/353 | 17.48 | | 17.48 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: VAZQUEZ, FRANCISCO REFERENCE NO: 151409148 NAME OF RESTAURANT: CHEF YU APPROVED BY: FRANCISCO VAZQUEZ<br>*  398Number of units: 1 |
| 05/04/10 | 1313704002/352 | 19.49 | | 19.49 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: NELLOS, ALEXANDRA REFERENCE NO: 151422558 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: ALEXANDRA NELLOS<br>*  397Number of units: 1 |
| 05/04/10 | 1313704002/351 | 27.12 | | 27.12 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 151394346 NAME OF RESTAURANT: ROYAL THAI CUISINE APPROVED BY: MARC ROITMAN<br>*  396Number of units: 1 |
| 05/05/10 | 1313704002/354 | 19.77 | | 19.77 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: NELLOS, ALEXANDRA REFERENCE NO: 151530126 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: ALEXANDRA NELLOS<br>*  399Number of units: 1 |
| 05/05/10 | 1313704002/348 | 15.99 | | 15.99 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 151519659 NAME OF RESTAURANT: CHOPT (56TH & PARK) APPROVED BY: MARC ROITMAN<br>*  393Number of units: 1 |
| 05/05/10 | 1313704002/347 | 25.33 | | 25.33 | *MATTER NAME: 19804.002 - Bankruptcy General*<br>MEALS NAMES OF DINERS: YOO, YOUNG REFERENCE NO: 151526358 NAME OF RESTAURANT: MONSTER SUSHI (46TH) APPROVED BY: YOUNG YOO<br>*  392Number of units: 1 |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| 05/06/10 | 1313704002/58 | 94.65 | | 94.65 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS - VENDOR: CHADBOURNE & PARKE LLP 04/07,8, 12, 17, 21, 25,26 & 27/10 DOUGLAS DEUTSCH - MEAL WHILE WORKING LATE.<br>* 103Number of units: 1 |
| 05/11/10 | 1313704002/622 | 23.43 | | 23.43 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: GAYDA, ROBERT REFERENCE NO: 152177121 NAME OF RESTAURANT: ENERGY KITCHEN (2ND AVE) APPROVED BY: ROBERT GAYDA<br>* 667Number of units: 1 |
| 05/11/10 | 1313704002/626 | 31.35 | | 31.35 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 152171124 NAME OF RESTAURANT: MONSTER SUSHI (46TH) APPROVED BY: MARC ROITMAN<br>* 671Number of units: 1 |
| 05/11/10 | 1313704002/627 | 31.35 | | 31.35 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: YOO, YOUNG REFERENCE NO: 152171124 NAME OF RESTAURANT: MONSTER SUSHI (46TH) APPROVED BY: MARC ROITMAN<br>* 672Number of units: 1 |
| 05/11/10 | 1313704002/631 | 15.20 | | 15.20 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: PERKINS, FRANCESCA REFERENCE NO: 152197968 NAME OF RESTAURANT: ENERGY KITCHEN (2ND AVE) APPROVED BY: FRANCESCA PERKINS<br>* 676Number of units: 1 |
| 05/12/10 | 1313704002/630 | 16.04 | | 16.04 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: PERKINS, FRANCESCA REFERENCE NO: 152340408 NAME OF RESTAURANT: SUBWAY SANDWICHES & SALADS 39TH ST) APPROVED BY: FRANCESCA PERKINS<br>* 675Number of units: 1 |
| 05/12/10 | 1313704002/632 | 19.77 | | 19.77 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: NELLOS, ALEXANDRA REFERENCE NO: 152322504 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: ALEXANDRA NELLOS<br>* 677Number of units: 1 |
| 05/13/10 | 1313704002/629 | 22.21 | | 22.21 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ZAFRAN, KIMBERLY REFERENCE NO: 152461383 NAME OF RESTAURANT: ACELUCK APPROVED BY: KIMBERLY ZAFRAN<br>* 674Number of units: 1 |
| 05/13/10 | 1313704002/625 | 23.43 | | 23.43 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: GAYDA, ROBERT REFERENCE NO: 152469777 NAME OF RESTAURANT: ENERGY KITCHEN (2ND AVE) APPROVED BY: ROBERT GAYDA<br>* 670Number of units: 1 |
| 05/13/10 | 1313704002/624 | 14.31 | | 14.31 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 152461140 NAME OF RESTAURANT: BAJA FRESH (BROADWAY) APPROVED BY: YOUNG YOO |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| 05/13/10 | 1313704002/624 | | | | *MATTER NAME: 19804.002 - Bankruptcy General* <br> * 669Number of units: 1 |
| 05/16/10 | 1313704002/628 | 29.37 | | 29.37 | *MATTER NAME: 19804.002 - Bankruptcy General* <br> MEALS NAMES OF DINERS: ASHLEY, MARC REFERENCE NO: 152737980 NAME OF RESTAURANT: AMBER (3RD AVE) APPROVED BY: MARC ASHLEY <br> * 673Number of units: 1 |
| 05/16/10 | 1313704002/623 | 12.21 | | 12.21 | *MATTER NAME: 19804.002 - Bankruptcy General* <br> MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 152684571 NAME OF RESTAURANT: 5TH AVENUE EPICURE (40TH ST) APPROVED BY: MARC ROITMAN <br> * 668Number of units: 1 |
| 05/17/10 | 1313704002/855 | 20.90 | | 20.90 | *MATTER NAME: 19804.002 - Bankruptcy General* <br> MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 152842350 NAME OF RESTAURANT: CHOPT (56TH & PARK) APPROVED BY: MARC ROITMAN <br> * 900Number of units: 1 |
| 05/17/10 | 1313704002/861 | 19.77 | | 19.77 | *MATTER NAME: 19804.002 - Bankruptcy General* <br> MEALS NAMES OF DINERS: NELLOS, ALEXANDRA REFERENCE NO: 152840484 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: ALEXANDRA NELLOS <br> * 906Number of units: 1 |
| 05/17/10 | 1313704002/856 | 23.73 | | 23.73 | *MATTER NAME: 19804.002 - Bankruptcy General* <br> MEALS NAMES OF DINERS: ASHLEY, MARC REFERENCE NO: 152876109 NAME OF RESTAURANT: CAFFE LINDA APPROVED BY: MARC ASHLEY <br> * 901Number of units: 1 |
| 05/18/10 | 1313704002/852 | 29.27 | | 29.27 | *MATTER NAME: 19804.002 - Bankruptcy General* <br> MEALS NAMES OF DINERS: DEUTSCH, DOUGLAS REFERENCE NO: 152996664 NAME OF RESTAURANT: BAJA FRESH (LEXINGTON) APPROVED BY: DOUGLAS DEUTSCH <br> * 897Number of units: 1 |
| 05/18/10 | 1313704002/859 | 29.31 | | 29.31 | *MATTER NAME: 19804.002 - Bankruptcy General* <br> MEALS NAMES OF DINERS: MALIK, FARYAL REFERENCE NO: 152984007 NAME OF RESTAURANT: GOODBURGER (45TH ST.) APPROVED BY: FARYAL MALIK <br> * 904Number of units: 1 |
| 05/18/10 | 1313704002/344 | 12.50 | | 12.50 | *MATTER NAME: 19804.002 - Bankruptcy General* <br> MEALS - VENDOR: CHADBOURNE & PARKE LLP 4/29 O/T MEAL - M. ROITMAN <br> * 389Number of units: 1 |
| 05/18/10 | 1313704002/345 | 24.25 | | 24.25 | *MATTER NAME: 19804.002 - Bankruptcy General* <br> MEALS - VENDOR: CHADBOURNE & PARKE LLP 5/16 O/T MEAL- M. ROITMAN, D. DEUTSCH - M. ROITMAN <br> * 390Number of units: 1 |
| 05/18/10 | 1313704002/853 | 17.21 | | 17.21 | *MATTER NAME: 19804.002 - Bankruptcy General* <br> MEALS NAMES OF DINERS: GAYDA, ROBERT REFERENCE NO: 152988672 NAME OF RESTAURANT: |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| Category: Late Night/Weekend Meals | | | | | |
| 05/18/10 | 1313704002/853 | | | | MATTER NAME: 19804.002 - Bankruptcy General<br>ENERGY KITCHEN (2ND AVE) APPROVED BY: ROBERT GAYDA<br>* 898Number of units: 1 |
| 05/19/10 | 1313704002/858 | 24.28 | | 24.28 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 153134673 NAME OF RESTAURANT: CHINA MOON APPROVED BY: MARC ROITMAN<br>* 903Number of units: 1 |
| 05/20/10 | 1313704002/857 | 25.30 | | 25.30 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: VAZQUEZ, FRANCISCO REFERENCE NO: 153287337 NAME OF RESTAURANT: AKI SUSHI WEST APPROVED BY: FRANCISCO VAZQUEZ<br>* 902Number of units: 1 |
| 05/20/10 | 1313704002/860 | 19.77 | | 19.77 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: NELLOS, ALEXANDRA REFERENCE NO: 153253299 NAME OF RESTAURANT: MAMA MEXICO (49TH ST.) APPROVED BY: ALEXANDRA NELLOS<br>* 905Number of units: 1 |
| 05/21/10 | 1313704002/854 | 23.43 | | 23.43 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: GAYDA, ROBERT REFERENCE NO: 153366546 NAME OF RESTAURANT: ENERGY KITCHEN (2ND AVE) APPROVED BY: ROBERT GAYDA<br>* 899Number of units: 1 |
| 05/23/10 | 1313704002/863 | 15.35 | | 15.35 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: MOLONEY, LORI REFERENCE NO: 153520392 NAME OF RESTAURANT: CONNOLLYS IRISH PUB & RANT APPROVED BY: LORI MOLONEY<br>* 908Number of units: 1 |
| 05/23/10 | 1313704002/862 | 15.35 | | 15.35 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: NELLOS, ALEXANDRA REFERENCE NO: 153520392 NAME OF RESTAURANT: CONNOLLYS IRISH PUB & RANT APPROVED BY: LORI MOLONEY<br>* 907Number of units: 1 |
| 05/23/10 | 1313704002/864 | 15.35 | | 15.35 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: WEISSMAN, ELLEN REFERENCE NO: 153520392 NAME OF RESTAURANT: CONNOLLYS IRISH PUB & RANT APPROVED BY: LORI MOLONEY<br>* 909Number of units: 1 |
| 05/24/10 | 1313704002/851 | 22.05 | | 22.05 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: ROITMAN, MARC REFERENCE NO: 153611205 NAME OF RESTAURANT: CHOPT (56TH & PARK) APPROVED BY: MARC ROITMAN<br>* 896Number of units: 1 |
| 05/24/10 | 1313704002/850 | 23.42 | | 23.42 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS NAMES OF DINERS: GAYDA, ROBERT REFERENCE NO: 153617538 NAME OF RESTAURANT: ENERGY KITCHEN (2ND AVE) APPROVED BY: ROBERT GAYDA<br>* 895Number of units: 1 |

EXHIBIT N

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| 05/24/10 | 1313704002/850 | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 05/26/10 | 1313704002/659 | 42.37 | | 42.37 | MATTER NAME: 19804.002 - Bankruptcy General<br>MEALS - VENDOR: CHADBOURNE & PARKE LLP MEALS WHILE WORKING 05/16/2010 D.DEUTSCH<br>* 704Number of units: 1 |
| Late Night/Weekend Meals: | | $2,525.75 | | $2,525.75 | |
| Category: Paralegal/Office Services Overtime | | | | | |
| 03/31/10 | 1313670002/704 | 197.00 | | 197.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>PARALEGAL OVERTIME PR 03/31/2010-D.BAVA<br>* 761Number of units: 2.5 |
| 03/31/10 | 1313670002/705 | 98.50 | | 98.50 | MATTER NAME: 19804.002 - Bankruptcy General<br>PARALEGAL OVERTIME PR 03/31/2010-D.BAVA<br>* 762Number of units: 1.25 |
| 04/15/10 | 1313688002/380 | 50.69 | | 50.69 | MATTER NAME: 19804.002 - Bankruptcy General<br>PARALEGAL OVERTIME PR 04/15/2010-K.GARRY<br>* 430Number of units: 1.5 |
| 04/15/10 | 1313688002/381 | 16.90 | | 16.90 | MATTER NAME: 19804.002 - Bankruptcy General<br>PARALEGAL OVERTIME PR 04/15/2010-K.GARRY<br>* 431Number of units: .5 |
| 04/15/10 | 1313688002/382 | 202.64 | | 202.64 | MATTER NAME: 19804.002 - Bankruptcy General<br>PARALEGAL OVERTIME PR 04/15/2010- M.IACOPELLI<br>* 432Number of units: 4 |
| 05/28/10 | 1313704002/688 | 165.20 | | 165.20 | MATTER NAME: 19804.002 - Bankruptcy General<br>OFFICE SERVICE OVERTIME EXP PR 05/28/2010- D.BERRIOS<br>* 733Number of units: 5 |
| 05/28/10 | 1313704002/689 | 1,165.18 | | 1,165.18 | MATTER NAME: 19804.002 - Bankruptcy General<br>PARALEGAL OVERTIME PR 05/28/2010- M.IACOPELLI<br>* 734Number of units: 23 |
| Paralegal/Office Services Overtime: | | $1,896.11 | | $1,896.11 | |
| | | $8,484.92 | | $8,484.92 | |

Travel - Lodging

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 04/16/10 | 1313688002/400 | 438.90 | 88.90 | LODGING - LONG DISTANCE TRAVEL - VENDOR: HOWARD SEIFE 4/13/10 WILMINGTON, DELAWARE FOR TRIBUNE HEARING |
| | | | | 450Number of units: 1 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 04/16/10 | 1313688002/406 | 438.90 | 88.90 | LODGING - LONG DISTANCE TRAVEL - VENDOR: DAVID LEMAY 4/12-4/13/10 TRAVEL TO WILMINGTON, DE FOR HEARING REGARDING TRIBUNE |
| | | | | 456Number of units: 1 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 04/26/10 | 1313688002/643 | 438.90 | 88.90 | LODGING - LONG DISTANCE TRAVEL - VENDOR: N. THEODORE ZINK 4/12-4/13/10 COURT APPEARANCE |
| | | | | 693Number of units: 1 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 05/25/10 | 1313704002/596 | 409.32 | 59.32 | LODGING - LONG DISTANCE TRAVEL - VENDOR: HOWARD SEIFE 05/19/10 - THE INN AT MONTCHANIN VILLAGE - WHILE IN WILMINGTON, DE FOR TRIBUNE HEARING. |
| | | | | 641Number of units: 1 |
| | | $1,726.02 | $326.02 | |