**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al. | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | RE: DOCKET NUMBER 8841 |

## ORDER GRANTING MOTION OF TIMOTHY P. KNIGHT FOR LEAVE TO FILE UNTIMELY PROOF OF CLAIM

Upon consideration of the *Motion of Timothy P. Knight for Leave to File Untimely Proof of Claim* ("Motion"); and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and it appearing that due and proper notice of the Motion has been given to all interested parties in this case; and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Timothy P. Knight may file one or more proofs of claim, as described in the Motion, on or within 14 days after the entry of this Order. Any such Proof of Claim(s) shall be deemed to have been filed prior to the Bar Date.

Dated: May 25, 2011

Honorable Kevin J. Carey
Chief United States Bankruptcy Judge