**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | D.J . 8856 |

**ORDER DEEMING THOMAS LEACH'S**
**PROOF OF CLAIM TIMELY FILED**

Upon consideration of the *Motion of Thomas Leach to Deem Proof of Claim Timely Filed*

("Motion"); and upon consideration of any and all objections and/or responses that were filed in

opposition to the Motion; and it appearing that due and proper notice of the Motion has been

given to all interested parties in this case; and after due deliberation and sufficient cause

appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      Proofs of Claim[1] filed by Thomas Leach shall be deemed to have been filed prior

to the Bar Date.

Dated: May 25 , 2011

Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

#4311061

---

[1]      Capitalized terms not defined herein shall have the same meaning as defined in the Motion.