## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors | ) | |

D. I. 8858

## ORDER DEEMING SCOTT SMITH'S
## PROOF OF CLAIM TIMELY FILED

Upon consideration of the *Motion of Scott Smith to Deem Proof of Claim Timely Filed*

("Motion"); and upon consideration of any and all objections and/or responses that were filed in

opposition to the Motion; and it appearing that due and proper notice of the Motion has been

given to all interested parties in this case; and after due deliberation and sufficient cause

appearing therefor;

IT IS HEREBY ORDERED THAT:

1.     The Motion is granted.

2.     Proofs of Claim[1] filed by Scott Smith shall be deemed to have been filed prior to

the Bar Date.

Dated: May 25, 2011

_____
Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

#4310956

---

[1]     Capitalized terms not defined herein shall have the same meaning as defined in the Motion.