1712 SW 12th Court
Fort Lauderdale, FL 33312
May 17, 2011

Clerk of the United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

To Whom it May Concern:

Re: Carolina C. Ritchie
Case Number 08-13208, Claim #6223 for $1,200

I am writing to correct an error contained in the "First Notice of Satisfaction" sent regarding my claim against Tribune Company (claim number is above). I sent a reply to the "First Notice of Satisfaction" on February 1, 2011 specifying that the claim is not satisfied. However, it was not until I received a copy of the check from my bank, with check #0002404945, that I realized where the confusion in payment occurred.

The Notice of Satisfied Claims states that my claim for $1,200 against the Sun-Sentinel (a subsidiary of Tribune Co.) was settled with check number #0002404945 paid on 1/14/2009. However, this check was payment for another assignment for the Sun-Sentinel. Check #0002404945 was for $1,190 and was payment from the Sun-Sentinel for the 2009 Rate Book project, for which I submitted an invoice on December 17, 2008. I have enclosed a copy of the check and the invoice for that assignment.

The claim for $1,200 still remains unpaid. This claim is for an assignment I completed for the Sun-Sentinel for the 2008 Winterfest Special Section. The invoice was submitted to the Sun-Sentinel on December 5, 2008 (days before Tribune Co. declared bankruptcy). I have enclosed a copy of that invoice here, also.

I understand how the confusion may have occurred since the invoices were submitted within 12 days of each other, spanning the pre- and post-bankruptcy period of Tribune Co. However, these were two entirely different assignments completed for the Sun-Sentinel with different dollar amounts - $1,200 versus $1,190. Please understand that I am a former Sun-Sentinel employee who worked for the company for 18 years (July 1986- October 2004) before pursuing a career as a freelance graphic designer. I continue to do work for the Sun-Sentinel on a project basis. A search of your records will show invoices for a number of assignments ranging from $35 to $1440. A search will also show that all of these invoices have been paid except for the $1,200 invoice I submitted on December 5, 2008.

I hope this settles any confusion on the matter and will expedite payment on the claim of $1,200. PLEASE, please contact me if there are any questions. I can be reached via email at ritc5254@bellsouth.net; cell at 954-593-4189; home at 954-523-7018.

Sincerely,

Carolina C. Ritchie

## Tribune Company, et al.

### First Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13215 | Times Mirror Payroll Processing Company, Inc. | 09/17/2009 | 6228 | $2,789.50 | Claim satisfied in quarterly payroll deposits disbursed through ADP. |
| 10 | INTERNAP 250 WILLIAMS STREET ATLANTA, GA 30303 | 08-13209 | The Baltimore Sun Company | 10/19/2009 | 6302 | $1,551.05 | Paid via EFT number 7700921617 on 4/17/2009. |
| 11 | LEXIS PUBLISHING SANDRA D. REARDON, CREDIT MANAGER 1275 BROADWAY ALBANY, NY 12204 | | No Debtor Asserted | 06/21/2009 | 6015 | $1,268.80 | Paid via check numbers 0002446758 and 0002602473 on 4/30/2009 and 7/29/2010. |
| 12 | METRO CREATIVE GRAPHICS, INC. ATTN: KAREN SOUTHWOOD 519 EIGHTH AVENUE NEW YORK, NY 10018 | 08-13175 | Hoy Publications, LLC | 08/20/2009 | 6180 | $400.45 | Paid via EFT number 7701015497 on 9/16/2009 and EFT number 7701017434 on 9/17/2009. |
| 13 | NATIONAL HISPANIC MEDIA 55 GRAND AVE PASADENA, CA 91105 | 08-13183 | KTLA Inc. | 06/15/2009 | 5714 | $1,400.00 | Paid via check number 0002604119 on 8/5/2010. |
| 14 | PITNEY BOWES GLOBAL FINANCIAL SERVICES 27 WATERVIEW DRIVE SHELTON, CT 06484 | 08-13141 | Tribune Company | 03/03/2009 | 689 | $211.40 | Paid via EFT number 7701212890 on 7/29/2010. |
| 15 | RITCHIE, CAROLINA C. 1712 SW 12 COURT FORT LAUDERDALE, FL 33312 | 08-13208 | Sun-Sentinel Company | 09/14/2009 | 6223 | $1,200.00 | Paid via check number 0002404945 on 1/14/2009. |
| 16 | SPENSER COMMUNICATIONS, INC. 800 E. ARROW HWY COVINA, CA 91722 | 08-13185 | Los Angeles Times Communications LLC | 01/22/2009 | 299 | $55,480.63 | Paid via EFT numbers 770890178 and 770890179 on 3/25/2009. |

Copy of Check #0002404945 attached; amount is different ($1,190 V. $1,200) and is for a different invoice (attached)

Page 2 of 4



**Capture Date: 01/22/2009 Sequence #: 7250856096**

0002404945

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

| | | |
|---|---|---|
| SUN-SENTINEL COMPANY | 071 - 92 | 01/14/2009 |
| 333 SW 12th Ave | 3828 | AMOUNT |
| Deerfield Beach, FL 33442 | | *******$1,190.00 |
| Debtor in Possession | | |

PAY
EXACTLY          One Thousand One Hundred Ninety and 00/100                          **DOLLARS**

PAY TO THE       RITCHIE, CAROLINA C
ORDER OF         1712 SW 12 CT
                 FT LAUDERDALE, FL 33312

*Brian Litman*
*Comptroller*

THE NORTHERN TRUST COMPANY CHICAGO, IL 0769 PAYABLE THROUGH NORTHERN TRUST BANK DUPAGE OAKBROOK, IL

⑈000240494⑈  ⑆0719238 28⑉  38788234⑈        ⑆0000119000⑆

No Electronic Endorsements Found
No Payee Endorsements Found

Payment for
"Rate Books" Assignment

Carolina Ritchie
1712 SW 12th Court
Fort Lauderdale, Florida 33312
954.523.7018

# I N V O I C E

December 17, 2008

| Sun-Sentinel Rate Books | | |
|---|---|---|
| Classified Rate Book (9 pages) | 8 hours | |
| Retail Rate Book (12 pages) | 8 hours | |
| General Rate Book (9 pages) | 8 hours | |
| Advertising Guide (9 pages) | 6 hours | |
| General Rate Cards | 4 hours | |
| Total hours | 34 hours | $35 per hour |
| | | |
| Total Due | | $1,190 |

*paid by check
# 0002404945
Amount $1,190.
Date: 1/14/2009*

Carolina Ritchie
1712 SW 12th Court
Fort Lauderdale, Florida 33312
954.523.7018

# I N V O I C E

December 5, 2008

Winterfest 12 Page Special Section
      12 page supplement @ $100 per page    $1,200.00

Total Due    $1,200.00

*Still Awaiting Payment*