# Schedule 1

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 43: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 1 | AMEC GEOMATRIX INC<br>2101 WEBSTER ST 12TH FLR<br>OAKLAND, CA 94612-3066 | C |
| 2 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 3 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 4 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 5 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 6 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 7 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 8 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 9 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 10 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 43: SCHEDULE I

|    | NAME | EXHIBIT |
|----|------|---------|
| 11 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 12 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 13 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 14 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 15 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 16 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 17 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES, INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| 18 | ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | C |
| 19 | BARCK, DOREEN L<br>3409 W. 175TH STREET<br>TORRANCE, CA 90504 | B |
| 20 | CALIFORNIA STATE CONTROLLER'S OFFICE<br>300 CAPITOL MALL, SUITE 1850<br>SACRAMENTO, CA 95814 | B |
| 21 | CITY OF PASADENA<br>100 NORTH GARFIELD AVENUE<br>ROOM N210<br>PASADENA, CA 91109-7215 | C |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 43: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 22 | DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | A |
| 23 | FIBERTECH NETWORKS LLC<br>300 MERIDIAN CENTRE<br>ROCHESTER, NY 14618 | C |
| 24 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 25 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 26 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 27 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 28 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 29 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 30 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 31 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 32 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 33 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 43: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 34 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 35 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 36 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 37 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 38 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 39 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 40 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 41 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 42 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 43 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 44 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 45 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 43: SCHEDULE I

|    | NAME | EXHIBIT |
|----|------|---------|
| 46 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 47 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | A |
| 48 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 49 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 50 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 51 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 52 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 53 | NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 54 | OCE NORTH AMERICA, INC.<br>ATTN: LEE-ANN PETERICK<br>5600 BROKEN SOUND BLVD<br>BOCA RATON, FL 33487 | C |
| 55 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | A |
| 56 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | B |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 43: SCHEDULE I

|    | NAME | EXHIBIT |
|----|------|---------|
| 57 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | B |
| 58 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | B |
| 59 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | B |
| 60 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | B |
| 61 | RED MONKEY, INC.<br>BOX 36035<br>LOS ANGELES, CA 90036 | C |