## EXHIBIT C

## Claims Asserted Against No Debtor or Improper Debtor

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 43: EXHIBIT C – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2594 | AMEC GEOMATRIX INC 2101 WEBSTER ST 12TH FLR OAKLAND, CA 94612-3066 | 05/08/2009 | $8,490.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $8,490.00 |
| 2 | 4370 | ASSOCIATED PRESS, THE 50 ROCKEFELLER PLAZA NEW YORK, NY 10020-1666 | 06/10/2009 | $4,607.76 | 08-13223 | Tribune Broadcasting Company | 08-13225 | Tribune Broadcasting News Network, Inc. | $4,607.76 |
| 3 | 3578 | CITY OF PASADENA 100 NORTH GARFIELD AVENUE ROOM N210 PASADENA, CA 91109-7215 | 06/05/2009 | $811.62 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $811.62 |
| 4 | 6767 | FIBERTECH NETWORKS LLC 300 MERIDIAN CENTRE ROCHESTER, NY 14618 | 05/06/2011 | $5,353.00 | 08-13141 | Tribune Company | 08-13211 | The Hartford Courant Company | $5,353.00 |
| 5 | 313 | OCE NORTH AMERICA, INC. ATTN: LEE-ANN PETERICK 5600 BROKEN SOUND BLVD BOCA RATON, FL 33487 | 01/26/2009 | $15,717.18 | 08-13141 | Tribune Company | 08-13211 | The Hartford Courant Company | $15,717.18 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 43: EXHIBIT C – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | 6334 | RED MONKEY, INC. BOX 36035 LOS ANGELES, CA 90036 | 12/02/2009 | $2,781.53 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $2,781.53 |

* - Indicates claim contains unliquidated and/or undetermined amounts