# PROPOSED ORDER

# EXHIBIT A

## Amended Claims

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. _____ |

## ORDER SUSTAINING DEBTORS' FORTY-THIRD OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Forty-Third Omnibus(Non-Substantive)

Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section

502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-

1, disallowing or modifying, as applicable, the Disputed Claims as set forth on Exhibit A,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

Exhibit B, and Exhibit C hereto; and upon consideration of the Rodden Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Amended Claims set forth on the attached Exhibit A are hereby disallowed in their entirety; and it is further

ORDERED that the Late-Filed Claims set forth on the attached Exhibit B are hereby disallowed in their entirety; and it is further

ORDERED that the Modified Debtor Claims set forth on the attached Exhibit C are hereby modified so that each such claim is reassigned to the Debtor specified under the column heading "Modified Debtor;" and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Surviving Claims" or "Modified Debtor Claims" on Exhibits A and C attached hereto, and the parties' rights with respect to the "Surviving Claims" and "Modified Debtor Claims" are reserved provided, however, that each of the claims identified as "Surviving Claims" on Exhibit A attached hereto is deemed timely filed to the extent that it relates back to a claim which was filed on or before the applicable Bar Date; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

2

Dated: Wilmington, Delaware
      June ___, 2011

                                    _____
                                    The Honorable Kevin J. Carey
                                    Chief United States Bankruptcy Judge

46429/0001-7637066V1

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 DUN & BRADSTREET C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 07/26/2010 | 08-13141 | 6624 | $184,701.66 | DUN & BRADSTREET C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 10/29/2010 | 08-13141 | 6668 | $195,268.79 |
| 2 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13162 | 3550 | $1,042.24* | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/28/2011 | 08-13162 | 6733 | $0.00 |
| 3 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13154 | 3551 | $7,908.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13154 | 6723 | $4,950.99 |
| 4 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13149 | 3553 | $786,215.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13149 | 6724 | $623,186.01 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 43: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13145 | 3555 | $1,990,124.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13145 | 6725 | $1,862,865.35 |
| 6 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13143 | 3556 | $331,219.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13143 | 6726 | $296,812.84 |
| 7 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13142 | 3557 | $86.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13142 | 6727 | $5.92 |
| 8 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13141 | 3558 | $79,532,406.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13141 | 6716 | $33,191,055.53 |

* – Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A – AMENDED CLAIMS

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13163 | 3559 | $0.01* | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/28/2011 | 08-13163 | 6734 | $0.00 |
| | | | | | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 04/01/2011 | 08-13163 | 6739 | $0.00 |
| 10 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13175 | 3561 | $123,824.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13175 | 6718 | $123,747.19 |
| 11 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13182 | 3562 | $564,781.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13182 | 6722 | $423,833.31 |
| 12 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13183 | 3563 | $10,507,176.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13183 | 6721 | $3,998,476.05 |

* – Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 9

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13185 | 3564 | $16,604,445.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13185 | 6720 | $16,603,747.78 |
| 14 | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13186 | 3565 | $0.01* | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 04/01/2011 | 08-13186 | 6736 | $0.00 |
| 15 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13203 | 3567 | $4,579.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13203 | 6719 | $3,405.31 |
| 16 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13217 | 3568 | $0.01* | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 04/01/2011 | 08-13217 | 6737 | $0.00 |

* – Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A – AMENDED CLAIMS

| | | | | CLAIMS TO BE DISALLOWED | | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13218 | 3569 | $0.01* | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 04/01/2011 | 08-13218 | 6738 | $0.00 |
| 18 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13226 | 3570 | $437,912.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13226 | 6717 | $331,127.60 |
| 19 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13228 | 3571 | $210,256.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13228 | 6715 | $162,874.56 |
| 20 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13229 | 3572 | $0.01* | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 04/01/2011 | 08-13229 | 6735 | $0.00 |

* – Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A – AMENDED CLAIMS

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13232 | 3573 | $1,896,681.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13232 | 6714 | $47,483.13 |
| 22 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13233 | 3574 | $6,948,027.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13233 | 6713 | $5,494,930.20 |
| 23 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13235 | 3575 | $121,760.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13235 | 6712 | $104,206.49 |
| 24 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13236 | 3576 | $261,047.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13236 | 6711 | $205,116.31 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CASE NUMBER | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | CASE NUMBER | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |

| # | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13245 | 3577 | $5,321.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13245 | 6710 | $4,380.29 |
| 26 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13225 | 6574 | $1,225.97* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/28/2010 | 08-13225 | 6667 | $5,901.42* |
| 27 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13165 | 6580 | $30,276.15* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/26/2011 | 08-13165 | 6686 | $31,276.15 |
| 28 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/26/2011 | 08-13165 | 6686 | $31,276.15 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/26/2011 | 08-13165 | 6750 | $30,276.15* |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/28/2010 | 08-13225 | 6667 | $5,901.42* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 02/03/2011 | 08-13225 | 6688 | $1,411.48* |
| 30 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/14/2011 | 08-13141 | 6684 | $2,973,696.92 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/07/2011 | 08-13141 | 6741 | $745,114.92 |
| 31 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/04/2010 | 08-13223 | 6512 | $1,237,916.03 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/11/2011 | 08-13223 | 6746 | $48,901.16* |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A – AMENDED CLAIMS

CLAIMS TO BE DISALLOWED

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 32 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 07/08/2010 | 08-13212 | 6559 | $1,165,614.00 |
| | | | | TOTAL | $125,965,417.77 |

SURVIVING CLAIMS

| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 02/25/2011 | 08-13212 | 6699 | $644,965.00 |

* – Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT B

# Late-Filed Claims

CHI 5926663V.5
46429/0001-7637066V1

TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 43: EXHIBIT B – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13231 | Tribune Finance Service Center, Inc. | 10/06/2009 | 6273 | $575.76 | Late-Filed Claim |
| 2 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13144 | Baltimore Newspaper Networks, Inc. | 10/06/2009 | 6274 | $3,467.11 | Late-Filed Claim |
| 3 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13187 | Los Angeles Times Newspapers, Inc. | 10/06/2009 | 6275 | $5,833.76 | Late-Filed Claim |
| 4 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13211 | The Hartford Courant Company | 10/06/2009 | 6276 | $5,704.34 | Late-Filed Claim |
| 5 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13185 | Los Angeles Times Communications LLC | 10/06/2009 | 6277 | $2,358.00 | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 43: EXHIBIT B – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13198 | Orlando Sentinel Communications Company | 10/06/2009 | 6278 | $6,632.84 | Late-Filed Claim |
| 7 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13208 | Sun-Sentinel Company | 10/06/2009 | 6279 | $8,183.00 | Late-Filed Claim |
| 8 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13211 | The Hartford Courant Company | 10/06/2009 | 6280 | $6,610.84 | Late-Filed Claim |
| 9 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13212 | The Morning Call, Inc. | 10/06/2009 | 6281 | $3,692.45 | Late-Filed Claim |
| 10 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13210 | The Daily Press, Inc. | 10/06/2009 | 6282 | $3,133.12 | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 43: EXHIBIT B – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13152 | Chicago Tribune Company | 10/06/2009 | 6283 | $1,137.48 | Late-Filed Claim |
| 12 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13208 | Sun-Sentinel Company | 10/06/2009 | 6284 | $2,291.27 | Late-Filed Claim |
| 13 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13212 | The Morning Call, Inc. | 10/06/2009 | 6285 | $1,364.32 | Late-Filed Claim |
| 14 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13198 | Orlando Sentinel Communications Company | 10/06/2009 | 6286 | $3,048.65 | Late-Filed Claim |
| 15 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13152 | Chicago Tribune Company | 10/06/2009 | 6287 | $13,836.52 | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 43: EXHIBIT B – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES, INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13152 | Chicago Tribune Company | 10/06/2009 | 6288 | $250.00 | Late-Filed Claim |
| 17 | BARCK, DOREEN L 3409 W. 175TH STREET TORRANCE, CA 90504 | NO DEBTOR ASSERTED | No Debtor Asserted | 08/03/2009 | 6148 | $2,000.00 | Late-Filed Claim |
| 18 | CALIFORNIA STATE CONTROLLER'S OFFICE 300 CAPITOL MALL, SUITE 1850 SACRAMENTO, CA 95814 | 08-13141 | Tribune Company | 03/01/2011 | 6707 | $456,272.52 | Late-Filed Claim |
| 19 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 08-13235 | Tribune Media Net, Inc. | 07/08/2010 | 6561 | $337.00 | Late-Filed Claim |
| 20 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 08-13236 | Tribune Media Services, Inc. | 07/08/2010 | 6562 | $8,299.00 | Late-Filed Claim |
| 21 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 08-13187 | Los Angeles Times Newspapers, Inc. | 07/08/2010 | 6564 | $142.00 | Late-Filed Claim |
| 22 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 08-13235 | Tribune Media Net, Inc. | 02/25/2011 | 6697 | $1,443.22 | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 43: EXHIBIT B – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 08-13236 | Tribune Media Services, Inc. | 02/25/2011 | 6698 | $4,829.00 | Late-Filed Claim |
| | | | | | TOTAL | $541,442.20 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT C

## Claims Asserted Against No Debtor or Improper Debtor

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 43: EXHIBIT C - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2594 | AMEC GEOMATRIX INC 2101 WEBSTER ST 12TH FLR OAKLAND, CA 94612-3066 | 05/08/2009 | $8,490.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $8,490.00 |
| 2 | 4370 | ASSOCIATED PRESS, THE 50 ROCKEFELLER PLAZA NEW YORK, NY 10020-1666 | 06/10/2009 | $4,607.76 | 08-13223 | Tribune Broadcasting Company | 08-13225 | Tribune Broadcasting News Network, Inc. | $4,607.76 |
| 3 | 3578 | CITY OF PASADENA 100 NORTH GARFIELD AVENUE ROOM N210 PASADENA, CA 91109-7215 | 06/05/2009 | $811.62 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $811.62 |
| 4 | 6767 | FIBERTECH NETWORKS LLC 300 MERIDIAN CENTRE ROCHESTER, NY 14618 | 05/06/2011 | $5,353.00 | 08-13141 | Tribune Company | 08-13211 | The Hartford Courant Company | $5,353.00 |
| 5 | 313 | OCE NORTH AMERICA, INC. ATTN: LEE-ANN PETERICK 5600 BROKEN SOUND BLVD BOCA RATON, FL 33487 | 01/26/2009 | $15,717.18 | 08-13141 | Tribune Company | 08-13211 | The Hartford Courant Company | $15,717.18 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 43: EXHIBIT C – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | 6334 | RED MONKEY, INC. BOX 36035 LOS ANGELES, CA 90036 | 12/02/2009 | $2,781.53 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $2,781.53 |

* - Indicates claim contains unliquidated and/or undetermined amounts