# EXHIBIT A

**Tribune Co.** 

Time Log

## Moelis & Company
## Summary of Hours Worked
### April 1, 2011 - April 30, 2011

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 4.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 4.0 |
| Zul Jamal | Managing Director, Restructuring Group | 20.0 |
| Ashish Ajmera | Vice President | 29.0 |
| Jens Olson | Associate | 34.0 |
| Sandhya Sistla | Analyst | 38.0 |
| | **Total Moelis Team Hours** | **129.0** |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 4.0 |
| Navid Mahmoodzadegan | Managing Director | 4.0 |
| Zul Jamal | Managing Director | 20.0 |
| Ashish Ajmera | Vice President | 29.0 |
| Jens Olson | Associate | 34.0 |
| Sandhya Sistla | Analyst | 38.0 |
| **Total** | | **129.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 04/01/11 | 2.0 | Review of proposed DCL Plan amendments |
| Ashish Ajmera | 04/01/11 | 2.0 | Review of proposed DCL Plan amendments |
| Jens Olson | 04/01/11 | 2.0 | Review of proposed DCL Plan amendments |
| Sandhya Sistla | 04/01/11 | 2.0 | Review of proposed DCL Plan amendments |
| Zul Jamal | 04/01/11 | 1.0 | Call with FTI Consulting regarding Amended DCL Plan strip analysis |
| Ashish Ajmera | 04/01/11 | 1.0 | Call with FTI Consulting regarding Amended DCL Plan strip analysis |
| Jens Olson | 04/01/11 | 1.0 | Call with FTI Consulting regarding Amended DCL Plan strip analysis |
| Sandhya Sistla | 04/01/11 | 1.0 | Call with FTI Consulting regarding Amended DCL Plan strip analysis |
| Zul Jamal | 04/04/11 | 2.0 | Strip analysis for Amended DCL Plan |
| Ashish Ajmera | 04/04/11 | 3.0 | Strip analysis for Amended DCL Plan |
| Jens Olson | 04/04/11 | 4.0 | Strip analysis for Amended DCL Plan |
| Sandhya Sistla | 04/04/11 | 4.0 | Strip analysis for Amended DCL Plan |
| Ashish Ajmera | 04/04/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 04/04/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 04/04/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 04/05/11 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 04/05/11 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 04/05/11 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 04/05/11 | 1.0 | Weekly UCC Advisor Call |
| Thane Carlston | 04/05/11 | 2.0 | Review of Amended DCL Plan |
| Navid Mahmoodzadegan | 04/05/11 | 2.0 | Review of Amended DCL Plan |
| Zul Jamal | 04/05/11 | 2.0 | Review of Amended DCL Plan |
| Ashish Ajmera | 04/05/11 | 2.0 | Review of Amended DCL Plan |
| Jens Olson | 04/05/11 | 2.0 | Review of Amended DCL Plan |
| Sandhya Sistla | 04/05/11 | 2.0 | Review of Amended DCL Plan |
| Zul Jamal | 04/07/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 04/07/11 | 1.0 | UCC Meeting |
| Jens Olson | 04/07/11 | 1.0 | UCC Meeting |
| Sandhya Sistla | 04/07/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 04/11/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 04/11/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 04/11/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 04/12/11 | 1.0 | Analysis for Chadbourne |
| Ashish Ajmera | 04/12/11 | 1.0 | Analysis for Chadbourne |
| Jens Olson | 04/12/11 | 1.0 | Analysis for Chadbourne |
| Sandhya Sistla | 04/12/11 | 1.0 | Analysis for Chadbourne |
| Thane Carlston | 04/18/11 | 2.0 | Review of confirmation hearings for the week |
| Navid Mahmoodzadegan | 04/18/11 | 2.0 | Review of confirmation hearings for the week |
| Zul Jamal | 04/18/11 | 1.5 | Review of confirmation hearings for the week |
| Ashish Ajmera | 04/18/11 | 1.5 | Review of confirmation hearings for the week |
| Jens Olson | 04/18/11 | 1.5 | Review of confirmation hearings for the week |
| Sandhya Sistla | 04/18/11 | 1.5 | Review of confirmation hearings for the week |
| Ashish Ajmera | 04/18/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 04/18/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 04/18/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 04/20/11 | 1.0 | Weekly UCC Advisor Call |

## I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 4.0 |
| Navid Mahmoodzadegan | Managing Director | 4.0 |
| Zul Jamal | Managing Director | 20.0 |
| Ashish Ajmera | Vice President | 29.0 |
| Jens Olson | Associate | 34.0 |
| Sandhya Sistla | Analyst | 38.0 |
| **Total** | | **129.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 04/20/11 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 04/20/11 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 04/20/11 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 04/21/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 04/21/11 | 1.0 | UCC Meeting |
| Jens Olson | 04/21/11 | 1.0 | UCC Meeting |
| Sandhya Sistla | 04/21/11 | 1.0 | UCC Meeting |
| Ashish Ajmera | 04/25/11 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 04/25/11 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 04/25/11 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 04/25/11 | 1.5 | Review of Amended DCL Plan |
| Ashish Ajmera | 04/25/11 | 1.5 | Review of Amended DCL Plan |
| Jens Olson | 04/25/11 | 1.5 | Review of Amended DCL Plan |
| Sandhya Sistla | 04/25/11 | 1.5 | Review of Amended DCL Plan |
| Ashish Ajmera | 04/26/11 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 04/26/11 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 04/26/11 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 04/27/11 | 1.5 | Tribune FA Call and resulting analysis |
| Ashish Ajmera | 04/27/11 | 1.5 | Tribune FA Call and resulting analysis |
| Jens Olson | 04/27/11 | 1.5 | Tribune FA Call and resulting analysis |
| Sandhya Sistla | 04/27/11 | 1.5 | Tribune FA Call and resulting analysis |
| Ashish Ajmera | 04/28/11 | 1.0 | UCC Meeting |
| Jens Olson | 04/28/11 | 1.0 | UCC Meeting |
| Sandhya Sistla | 04/28/11 | 1.0 | UCC Meeting |
| Zul Jamal | 04/29/11 | 3.5 | Analysis of 2011 Operating Plan |
| Ashish Ajmera | 04/29/11 | 5.5 | Analysis of 2011 Operating Plan |
| Jens Olson | 04/29/11 | 5.5 | Analysis of 2011 Operating Plan |
| Sandhya Sistla | 04/29/11 | 5.5 | Analysis of 2011 Operating Plan |
| | **Total** | **129.0** | |