# **EXHIBIT A**

CHI-1510731v1

# JONES DAY

| Plan of Reorganization Matters | | | Page 1 |
|---|---|---|---|
| 03/30/11   D G HEIMAN | 0.50 | | 487.50 |
| Review Aurelius plan of reorganization amendments. | | | |
| 03/31/11   D G HEIMAN | 1.00 | | 975.00 |
| Review plan of reorganization amendments (.50); telephone conference with Liebentritt and email communications with Shapiro regarding same (.50). | | | |
| **TOTAL** | **1.50** | **USD** | **1,462.50** |

# JONES DAY

| Committee Matters/Meetings | | | Page 1 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 03/01/11 | D G HEIMAN | 0.50 | 487.50 |
| | Draft memorandum to special committee regarding status. | | |
| 03/02/11 | D G HEIMAN | 0.50 | 487.50 |
| | Telephone conference with Wood regarding status. | | |
| 03/02/11 | A R SCHAEFFER | 0.80 | 400.00 |
| | Draft e-mails to committee members regarding written consent (.50); calls with Dietze regarding same (.30). | | |
| 03/30/11 | B B ERENS | 0.20 | 160.00 |
| | E-mails to and from Heiman regarding special committee call. | | |
| 03/30/11 | D G HEIMAN | 2.00 | 1,950.00 |
| | Activity regarding Special Committee meeting (.40); telephone conference with Bennett regarding settlement (.60); e-mail communications with Shapiro (.30) and Erens (.20) regarding Special Committee meeting; conference with Wilderotter regarding same (.50). | | |
| **TOTAL** | | 4.00     USD | 3,485.00 |

# JONES DAY

| Court Hearings | | | Page 1 |
|---|---|---|---|

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 03/01/11 | B B ERENS | 0.20 | 160.00 |
| | E-mails to and from team regarding confirmation hearing. | | |
| 03/02/11 | B B ERENS | 0.50 | 400.00 |
| | Review e-mails regarding plan and confirmation hearing. | | |
| 03/02/11 | D B SHAFER | 1.00 | 425.00 |
| | Attend Courtcall hearing regarding confirmation. | | |
| 03/03/11 | B B ERENS | 0.70 | 560.00 |
| | Telephone call with Sherman regarding confirmation hearing (.20); review e-mails from CMO parties regarding same (.30); telephone calls with Shafer regarding upcoming hearings. | | |
| 03/03/11 | D G HEIMAN | 1.00 | 975.00 |
| | Telephone conference with Sherman regarding confirmation trial (.50); review filings regarding management and directors and conference with Erens regarding same (.50). | | |
| 03/03/11 | L M MARVIN | 3.80 | 1,900.00 |
| | Review exhibits (1.50); review correspondence and pleadings in preparation for confirmation hearing (1.00); conference with Sherman and Shafer regarding confirmation hearing and follow-up on same (1.00); review hearing transcript (.30). | | |
| 03/03/11 | F E SHERMAN | 1.00 | 800.00 |
| | Telephone calls with Heiman, Erens and Marvin regarding confirmation hearing. | | |
| 03/04/11 | B B ERENS | 0.30 | 240.00 |
| | Review e-mails from CMO parties and agenda regarding confirmation hearing. | | |
| 03/04/11 | D G HEIMAN | 0.50 | 487.50 |
| | E-mail communications with Liebentritt regarding confirmation trial. | | |
| 03/04/11 | L M MARVIN | 5.60 | 2,800.00 |
| | Prepare for and attend court conference telephonically (1.00); internal conference regarding same and prepare for hearing regarding scheduling of confirmation hearing (3.50); review correspondence regarding hearing and discovery issue (1.00); communicate with Rabinowitz regarding confirmation hearing (.10). | | |
| 03/04/11 | A M RABINOWITZ | 0.10 | 35.00 |
| | Communicate with Marvin regarding the confirmation hearing. | | |
| 03/04/11 | D B SHAFER | 0.70 | 297.50 |
| | Attend Courtcall hearing regarding scheduling of March 7 confirmation hearing. | | |
| 03/04/11 | F E SHERMAN | 0.50 | 400.00 |
| | Telephone calls and e-mail traffic regarding coverage of confirmation hearing. | | |
| 03/04/11 | AK SOBCZAK | 1.10 | 275.00 |
| | Review CourtCall telephonic confirmation form for Erens for March 7 hearing (.10); transmit to Erens (.10); telephone call with CourtCall representative regarding telephonic appearance for Shafer and Marvin at Aurelis privilege assertion teleconference (.30); review CourtCall confirmation notices (.20); transmit to Shafer and Marvin (.10); additional calls with CourtCall scheduling Shafer appearance for March 7 (.10); review confirmation notice and transmit to Shafer (.20). | | |
| 03/07/11 | B B ERENS | 1.00 | 800.00 |
| | Participate in telephonic hearing regarding opening statements for confirmation. | | |
| 03/07/11 | D G HEIMAN | 0.50 | 487.50 |
| | Review Marvin report on confirmation trial (.30); review articles regarding same (.20). | | |
| 03/07/11 | L M MARVIN | 8.00 | 4,000.00 |
| | Prepare for confirmation hearing (90); attend hearing (7.00); communicate with Rabinowitz regarding same (.10). | | |
| 03/07/11 | A M RABINOWITZ | 0.10 | 35.00 |
| | Communicate with Marvin regarding the confirmation hearing. | | |
| 03/07/11 | D B SHAFER | 1.70 | 722.50 |
| | Attend opening statements for the confirmation hearing on Courtcall. | | |

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 03/07/11 | X S STROHBEHN | 0.60 | 210.00 |

Assist with preparation of daily summary of confirmation hearing.

| 03/08/11 | B B ERENS | 0.30 | 240.00 |

Review e-mail regarding confirmation hearing.

| 03/08/11 | L M MARVIN | 11.00 | 5,500.00 |

Prepare for (2.00), attend confirmation hearing (7.00) and prepare summary of confirmation hearing (2.00).

| 03/08/11 | X S STROHBEHN | 0.50 | 175.00 |

Assist with preparation of daily summary of confirmation hearing.

| 03/09/11 | B B ERENS | 0.30 | 240.00 |

Review e-mails regarding confirmation hearing.

| 03/09/11 | D G HEIMAN | 1.00 | 975.00 |

Review Kurtz testimony and charts (.60); e-mail communications with Shapiro regarding same (.40).

| 03/09/11 | L M MARVIN | 10.50 | 5,250.00 |

Prepare for (1.50), attend confirmation hearing (7.00) and summarize plan confirmation hearing (2.00).

| 03/09/11 | X S STROHBEHN | 0.50 | 175.00 |

Assist with preparation of daily summary of confirmation hearing.

| 03/10/11 | D G HEIMAN | 0.50 | 487.50 |

Review Marvin confirmation hearing summary.

| 03/10/11 | L M MARVIN | 10.50 | 5,250.00 |

Prepare for (1.50), attend confirmation hearing (7.00) and summarize plan confirmation hearing (2.00).

| 03/10/11 | X S STROHBEHN | 2.90 | 1,015.00 |

Assist with preparation of daily summary of confirmation hearing (.50); monitor portion of hearing (2.40).

| 03/11/11 | L M BUONOME | 0.30 | 127.50 |

Communicate with Shafer regarding attendance at Tribune confirmation hearing (.10); communicate with Marvin regarding attendance at week 2 of Tribune confirmation hearing (.20).

| 03/11/11 | B B ERENS | 0.50 | 400.00 |

Call with Shafer regarding confirmation hearing coverage (.20); review e-mails regarding results regarding same (.30).

| 03/11/11 | D G HEIMAN | 0.50 | 487.50 |

Review Marvin confirmation hearing summary and memorandum regarding video deposition.

| 03/11/11 | L M MARVIN | 9.00 | 4,500.00 |

Prepare for (.80), attend confirmation hearing (7.00) and summarize plan confirmation hearing (1.00); communicate with Buonome regarding same (.20).

| 03/11/11 | AK SOBCZAK | 0.20 | 50.00 |

Review and e-mail CourtCall confirmation notice to Marvin.

| 03/11/11 | X S STROHBEHN | 0.40 | 140.00 |

Assist with preparation of daily summary of confirmation hearing.

| 03/13/11 | L M BUONOME | 2.20 | 935.00 |

Communicate with Strohbehn regarding factual information pertinent to confirmation hearing testimony for week of 3/14/11 (.40); review daily summaries from week 1 of confirmation hearing (1.10); review summary chart of plan differences provided by Shafer (.70).

| 03/13/11 | B B ERENS | 0.30 | 240.00 |

E-mails to and from team regarding confirmation hearing coverage and review of exhibits.

| 03/13/11 | L M MARVIN | 1.50 | 750.00 |

Review transcript and exhibit designations and related correspondence.

| 03/13/11 | X S STROHBEHN | 0.40 | 140.00 |

Communicate with Buonome regarding details on the essential facts of the case respecting hearing testimony.

# JONES DAY

| Court Hearings | | | Page 3 |
|---|---|---|---|

| Date | Timekeeper | Hours | Amount |
|---|---|---:|---:|
| 03/14/11 | L M BUONOME | 8.50 | 3,612.50 |

Attend Tribune hearing for Day 6, including termination of DCL Plan Proponents' affirmative testimony, as well as the Noteholders' first witness (6.00); prepare summary regarding same (1.70); conference and correspondence with Marvin regarding hearing (.80).

| 03/14/11 | B B ERENS | 0.20 | 160.00 |

Conference with Heiman regarding update on confirmation hearing.

| 03/14/11 | D G HEIMAN | 0.50 | 487.50 |

Conference with Erens regarding confirmation hearing update (.20); e-mail communications with Sherman regarding Wilderotter and Shapiro video depositions (.30).

| 03/14/11 | L M MARVIN | 8.30 | 4,150.00 |

Prepare for and attend hearing telephonically (6.70); conference and correspond with Bounome regarding hearing (.80); conference internally regarding and review transcripts for designated testimony of Shapiro and Wilderotter (.50); communicate with Barry regarding case documents (.30).

| 03/14/11 | X S STROHBEHN | 9.70 | 3,395.00 |

Review deposition designations of all parties and prepare highlighted transcripts reflecting all designations relevant to Shapiro and Wilderotter (2.60); monitor confirmation hearing (7.00); communicate with Barry regarding case documents organization (.10).

| 03/15/11 | H O AJUDUA | 5.60 | 1,960.00 |

Monitor hearing to determine what deposition designations were used (2.00); review summary of designated video testimony of Shapiro and Wilderotter (.20); review hearing summary (.20); draft and revise summary of designated testimony of Shapiro and Wilderotter based on what was played during today's hearing (2.00); mark up transcripts for Wilderotter and Shapiro to indicate the testimony that was played during today's hearing (1.00); communicate with Buonome regarding same (.20).

| 03/15/11 | L M BUONOME | 11.80 | 5,015.00 |

Review designations and counter designation video testimony to be offered in Day 7 of Tribune confirmation hearing (1.00); attend Day 7 of confirmation hearing, including cross examination of Noteholders' first expert witness, Noteholders admission of various video testimony from 5 witnesses and Noteholders' first fact witness (7.00); communicate with Marvin regarding status of hearing (.50); draft summary of Day 7 of Tribune confirmation hearing (2.50); compare video testimony admitted for Shapiro and Wilderotter and deposition testimony designated or counter-designated to ensure accuracy of complete testimony (.60); communicate with Ajudua regarding same (.20).

| 03/15/11 | B B ERENS | 2.50 | 2,000.00 |

Participate in telephonic hearing regarding confirmation (2.00); e-mails to and from team regarding same (.50).

| 03/15/11 | D G HEIMAN | 1.50 | 1,462.50 |

Review summary of confirmation hearing (.50); e-mail communications with Marvin and Shapiro regarding video testimony (.40); telephone conference with Shapiro regarding same (.60).

| 03/15/11 | L M MARVIN | 8.00 | 4,000.00 |

Prepare for and attend hearing telephonically (7.00); review transcripts for designated testimony of Shapiro and Wilderotter (.50); communicate with Buonome regarding hearing status (.50).

| 03/15/11 | A M RABINOWITZ | 0.10 | 35.00 |

Review and analyze summaries of the portions of the depositions of Wilderotter and Shapiro to be used as trial exhibits by the Noteholders.

| 03/15/11 | F E SHERMAN | 0.80 | 640.00 |

Review Shapiro and Wilderotter deposition designations.

| 03/15/11 | X S STROHBEHN | 1.20 | 420.00 |

Review deposition designations to extract video clips and to summarize the topic covered by each (.80); assist Ajudua with preparation for monitoring hearing and locating the clips in the live feed (.40).

| 03/16/11 | L M BUONOME | 10.10 | 4,292.50 |

Review Professor Rock demonstrative to be used at confirmation hearing (1.00); attend confirmation hearing regarding continued testimony of Gropper as well as complete testimony of Professor Rock (7.00); summarize Day 8 of confirmation hearing (2.00); communicate with Tribune litigation team regarding same (.10).

# JONES DAY

| Court Hearings | | | Page 4 |
|---|---|---|---|

| Date | Timekeeper | Hours | Amount |
|---|---|---:|---:|
| 03/16/11 | B B ERENS | 0.20 | 160.00 |
| | Review e-mails regarding confirmation hearing results. | | |
| 03/16/11 | D G HEIMAN | 1.50 | 1,462.50 |
| | Review video depositions (.50); e-mail communications with Shapiro and Wilderotter (.50); review summary of other testimony (.50). | | |
| 03/16/11 | L M MARVIN | 7.50 | 3,750.00 |
| | Prepare for and attend confirmation hearing telephonically. | | |
| 03/17/11 | L M BUONOME | 9.10 | 3,867.50 |
| | Review demonstratives for direct examination of Noteholders' expert (1.00); attend Day 9 of Tribune confirmation hearing (7.00); draft summary regarding same to Tribune litigation team (1.10). | | |
| 03/17/11 | B B ERENS | 0.30 | 240.00 |
| | Review e-mails regarding results of confirmation hearings. | | |
| 03/17/11 | D G HEIMAN | 0.50 | 487.50 |
| | Review confirmation hearing summary. | | |
| 03/17/11 | L M MARVIN | 7.00 | 3,500.00 |
| | Prepare for and attend confirmation hearing telephonically. | | |
| 03/17/11 | AK SOBCZAK | 0.20 | 50.00 |
| | Review CourtCall telephonic appearance notice regarding March 18 appearance for Marvin (.10); transmit same to Marvin (.10). | | |
| 03/18/11 | L M BUONOME | 9.90 | 4,207.50 |
| | Attend final day of Noteholders' affirmative case for Tribune confirmation hearing (7.00); draft summary regarding same (2.50); communicate with Marvin regarding confirmation hearing (.40). | | |
| 03/18/11 | D G HEIMAN | 0.50 | 487.50 |
| | Review confirmation hearing transcript. | | |
| 03/18/11 | L M MARVIN | 1.80 | 900.00 |
| | Correspond with Bounome regarding confirmation hearing (.40); review summary and correspondence regarding same (1.40). | | |
| 03/19/11 | D G HEIMAN | 1.00 | 975.00 |
| | Conference with Bernstein regarding judge's comments at confirmation hearing and settlement issues (.60); e-mail communications with Buonome to correct hearing summary (.40). | | |
| 03/21/11 | L M MARVIN | 1.30 | 650.00 |
| | Review confirmation hearing summaries and related correspondence. | | |
| 03/29/11 | B B ERENS | 0.20 | 160.00 |
| | Telephone calls with Heiman regarding status and upcoming client call. | | |
| **TOTAL** | | **192.00** | **USD 95,615.00** |

# JONES DAY

| Fee Applications/Retention Preparation | | Page 1 |
|---|---|---|

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 03/02/11 | D B SHAFER | 0.70 | 297.50 |
| | Revise Jones Day's January 2011 fee application. | | |
| 03/02/11 | AK SOBCZAK | 1.30 | 325.00 |
| | Review and revise exhibits to fee application (.60); e-mails to and from Shafer regarding same (.10); e-mail to and from Barry regarding time narrative (.10); prepare exhibits and application for e-filing (.50). | | |
| 03/03/11 | B B ERENS | 0.30 | 240.00 |
| | Review and revise January bill. | | |
| 03/04/11 | D B SHAFER | 0.50 | 212.50 |
| | Revise final bill for Jones Day's January 2011 monthly bill. | | |
| 03/04/11 | AK SOBCZAK | 0.70 | 175.00 |
| | Review CourtCall telephonic appearance charges (.10); phone conference with CourtCall requesting corresponding invoices (.30); review Exhibits A and B to fifth fee application and transmit to Shafer (.30). | | |
| 03/09/11 | B B ERENS | 0.20 | 160.00 |
| | Telephone calls with Shafer regarding billing. | | |
| 03/10/11 | AK SOBCZAK | 0.20 | 50.00 |
| | E-mails to and from CourtCall representative regarding invoices (.10); e-mails to and from Bunck regarding same (.10). | | |
| 03/11/11 | AK SOBCZAK | 3.20 | 800.00 |
| | Review and revise February 2011 invoice (3.00); e-mails to and from Strohbehn, Rabinowitz and Ajudua regarding time narratives (.20). | | |
| 03/14/11 | D B SHAFER | 0.50 | 212.50 |
| | Draft sixth monthly fee application. | | |
| 03/14/11 | AK SOBCZAK | 2.50 | 625.00 |
| | Review and revise February 2011 draft bill (2.30); e-mails to and from Soffer (financial services) regarding same (.20). | | |
| 03/16/11 | AK SOBCZAK | 2.00 | 500.00 |
| | Review and revise February 2011 bill (1.20); numerous e-mails to and from Shafer regarding same (.20); e-mail to and from Marvin and Rabinowitz regarding time narrative (.20); transmit February 2011 bill to Soffer (financial services) (.10); e-mail to and from Soffer regarding photocopying costs (.10); e-mail to and from Soffer regarding bankruptcy travel matter (.20). | | |
| 03/18/11 | D B SHAFER | 0.80 | 340.00 |
| | Communicate with Sobczak regarding status of February bills (.50); revise sixth monthly fee application for Erens's review (.30). | | |
| 03/18/11 | AK SOBCZAK | 1.20 | 300.00 |
| | Update electronic files and hard copy files with procedural memoranda from Shafer regarding billing and fee application filings (.50); communicate with Shafer regarding status of February bills (.50); e-mails to and from Soffer (financial services) regarding sixth fee application (.20). | | |
| 03/30/11 | AK SOBCZAK | 0.60 | 150.00 |
| | E-mails to and from Soffer (financial services) regarding status of February fee application (.20); review certificate of no objection regarding fifth monthly Jones Day fee application (.20); transmit certificate of no objection and fifth monthly fee application to client for review (.20). | | |
| **TOTAL** | | **14.70** | **USD 4,387.50** |

## JONES DAY

| Bankruptcy Travel | | | Page 1 |
|---|---|---|---|
| 03/07/11     L M MARVIN<br>  Travel to and from Delaware regarding confirmation hearing. | 1.00 | | 500.00 |
| 03/14/11     L M BUONOME<br>  Travel to Delaware for Tribune hearing. | 3.50 | | 1,487.50 |
| 03/18/11     L M BUONOME<br>  Return from Wilmington, DE to New York, NY. | 2.10 | | 892.50 |
| TOTAL | 6.60 | USD | 2,880.00 * |

\*The amount charged for bankruptcy travel has been reduced by
50% such that only $1,440.00 is being requested in the fee
application.

# JONES DAY

| Litigation Matters | | | Page 1 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 03/02/11 | F E SHERMAN | 2.00 | 1,600.00 |
| | Review Shapiro transcript. | | |
| 03/23/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Barnett regarding Debtors' negotiations efforts (.20); conference with Shapiro regarding same (.30). | | |
| 03/24/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Liebentritt and Shapiro regarding status update. | | |
| 03/25/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Shapiro regarding status of litigation. | | |
| 03/28/11 | D G HEIMAN | 1.50 | 1,462.50 |
| | Telephone conference with Bernstein regarding status of litigation (.30); conference call with Liebentritt, Conlan and Shapiro regarding same (1.20). | | |
| **TOTAL** | | 5.00    USD | 4,525.00 |

# **EXHIBIT B**

# JONES DAY

Special Committee of the Board of Directors of Page 1

Plan of Reorganization Matters

## DISBURSEMENT DETAIL - March 31, 2011

| Date | Timekeeper Name | Location | Amount |
|---|---|---|---|

**AIR FARE**

03/03/11 F E SHERMAN NYC 150.00
 Airfare Train trip to Wilmington, Delaware for attendance at bankruptcy court hearing. 08-Feb-2011

03/10/11 D G HEIMAN CLE 486.66
 Airfare Return travel to Cleveland from New York following Shapiro deposition 28-Feb-2011

03/10/11 D G HEIMAN CLE 550.40
 Airfare Travel to New York for Shapiro deposition 27-Feb-2011

03/17/11 D G HEIMAN CLE 339.95
 Airfare Travel from New York to Washington, D.C. following Shapiro deposition prep session 18-Feb-2011

03/17/11 D G HEIMAN CLE 536.15
 Airfare Travel to New York for Shapiro deposition prep session 17-Feb-2011

 **Air Fare Subtotal** **2,063.16**

**COMMUNICATION CHARGES**

03/24/11 L M MARVIN NYC 9.95
 Internet Connection In room connection. 09-Mar-2011

03/24/11 L M MARVIN NYC 9.95
 Internet Connection In room connection. 10-Mar-2011

 **Communication charges Subtotal** **19.90**

**COMPUTERIZED RESEARCH SERVICES**

03/24/11 B B ERENS CHI 26.32
 Computerized research services US COURTS AO - PACER SERVICE CENTER 7/1/10 - 9/30/10 11-Nov-2010

 **Computerized research services Subtotal** **26.32**

**CONFERENCE CALL CHARGES**

03/23/11 AK SOBCZAK CHI 107.00
 Conference Call Charges - NATIONAL CITY BANK COURTCALL 1/31/11

03/23/11 AK SOBCZAK CHI 163.00
 Conference Call Charges - NATIONAL CITY BANK COURTCALL 1/31/11

03/23/11 AK SOBCZAK CHI 30.00
 Conference Call Charges - NATIONAL CITY BANK COURTCALL 2/17/11

 **Conference Call Charges Subtotal** **300.00**

**CONFERENCE CHARGES**

03/10/11 L M MARVIN NYC 10.29
 Conference charges Conference Card Charges 12/07/2010 13:28 CST 07-Dec-2010

03/24/11 L M MARVIN NYC 2.03
 Conference charges Conference Card Charges 01/18/2011 13:58 CST 18-Jan-2011

 **Conference Charges Subtotal** **12.32**

**COURT REPORTER FEES**

03/31/11 X S STROHBEHN NYC 92.70
 Court reporter fees - DIAZ DATA SERVICES, LLC 3/10/2011 (transcription)

03/31/11 X S STROHBEHN NYC 32.40
 Court reporter fees - DIAZ DATA SERVICES, LLC 3/10/2011 (transcription)

03/31/11 X S STROHBEHN NYC 86.40
 Court reporter fees - DIAZ DATA SERVICES, LLC 3/10/2011 (transcription)

 **Court reporter fees Subtotal** **211.50**

# JONES DAY

Special Committee of the Board of Directors of                                                              Page 2

**DUPLICATION CHARGES**

| Date | Name | Location | Amount | Subtotal |
|---|---|---|---|---|
| 03/30/11 | X S STROHBEHN | NYC | 1,313.33 | |

Duplication charges - THE DARCEL GROUP INC 2/7/2011

**Duplication charges Subtotal** 1,313.33

**FOOD AND BEVERAGE EXPENSES**

| Date | Name | Location | Amount |
|---|---|---|---|
| 03/10/11 | D G HEIMAN | CLE | 6.50 |

Food and beverage expenses breakfast Travel to New York for Shapiro deposition 28-Feb-2011

| 03/10/11 | D G HEIMAN | CLE | 54.20 |

Food and beverage expenses dinner Travel to New York for Shapiro deposition (from home to Cleveland airport) 27-Feb-2011

| 03/10/11 | L M MARVIN | NYC | 10.90 |

Food and beverage expenses lunch Meal at Train Station in DE 08-Feb-2011

| 03/24/11 | L M MARVIN | NYC | 13.95 |

Food and beverage expenses lunch Hearing - Food & Beverage. 09-Mar-2011

| 03/24/11 | L M MARVIN | NYC | 24.00 |

Food and beverage expenses lunch Room service 08-Mar-2011

| 03/24/11 | L M MARVIN | NYC | 34.00 |

Food and beverage expenses dinner Hearing - Food & Beverage. 10-Mar-2011

| 03/24/11 | L M MARVIN | NYC | 5.24 |

Food and beverage expenses other Hearing - Food & Beverage (Snack). 11-Mar-2011

| 03/24/11 | L M MARVIN | NYC | 11.06 |

Food and beverage expenses lunch Hearing - Food & Beverage. 07-Mar-2011

| 03/24/11 | L M MARVIN | NYC | 3.75 |

Food and beverage expenses lunch Hearing - Food & Beverage. 07-Mar-2011

| 03/24/11 | L M MARVIN | NYC | 71.00 |

Food and beverage expenses dinner Hearing - Food & Beverage. 09-Mar-2011

| 03/24/11 | L M MARVIN | NYC | 22.00 |

Food and beverage expenses lunch Hearing - Food & Beverage. 10-Mar-2011

| 03/24/11 | L M MARVIN | NYC | 40.00 |

Food and beverage expenses dinner Hearing - Food & Beverage. 08-Mar-2011

| 03/24/11 | L M MARVIN | NYC | 32.00 |

Food and beverage expenses lunch Hearing - Food & Beverage. 11-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 25.00 |

Food and beverage expenses dinner Receipt #15 16-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 8.80 |

Food and beverage expenses lunch Receipt #9 14-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 26.00 |

Food and beverage expenses lunch Receipt #14 16-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 3.90 |

Food and beverage expenses breakfast Receipt #3 - meal in Delaware during stay. 18-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 19.50 |

Food and beverage expenses lunch Receipt #17 17-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 48.00 |

Food and beverage expenses dinner Receipt #13 15-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 6.50 |

Food and beverage expenses breakfast Receipt #11 15-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 24.50 |

Food and beverage expenses lunch Receipt #2 - meal in Delaware during stay. 18-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 38.00 |

Food and beverage expenses dinner Receipt #1 - meal in Delaware during stay. 17-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 6.00 |

Food and beverage expenses breakfast Receipt #16 17-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 39.50 |

Food and beverage expenses dinner Receipt #10 14-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 22.50 |

Food and beverage expenses lunch Receipt #12 15-Mar-2011

# JONES DAY

| Special Committee of the Board of Directors of | | | | Page 3 |
|---|---|---|---|---|
| | Food and beverage expenses Subtotal | | | 596.80 |

**HOTEL CHARGES**

| 03/10/11 | D G HEIMAN | CLE | 343.28 | |
|---|---|---|---|---|
| | Hotel charges Travel to New York for Shapiro deposition 27-Feb-2011 to 28-Feb-2011 1 nights | | | |
| 03/24/11 | L M MARVIN | NYC | 1,183.60 | |
| | Hotel charges Room service 07-Mar-2011 to 17-Mar-2011 10 nights | | | |
| 03/24/11 | L M BUONOME | NYC | 306.90 | |
| | Hotel charges Receipt #18 14-Mar-2011 to 17-Mar-2011 3 nights | | | |
| 03/31/11 | L M BUONOME | NYC | 1,474.70 | |
| | Hotel charges Receipt #19 15-Mar-2011 to 18-Mar-2011 3 nights | | | |
| | Hotel charges Subtotal | | | 3,308.48 |

**IMAGING SERVICES**

| 03/22/11 | L M MARVIN | NYC | 1,312.93 | |
|---|---|---|---|---|
| | Imaging services - ALPHA SYSTEMS February 2011 e-direct hosting | | | |
| 03/22/11 | L M MARVIN | NYC | 1,874.72 | |
| | Imaging services - ALPHA SYSTEMS February 2011 e-direct hosting | | | |
| | Imaging services Subtotal | | | 3,187.65 |

**LATE WORK TAXI**

| 03/03/11 | K MAMEDOVA | NYC | 34.84 | |
|---|---|---|---|---|
| | Late Work Taxi home from work after working late in office on transaction. 20-Jan-2011 | | | |
| | Late Work Taxi Subtotal | | | 34.84 |

**LOCAL FOOD AND BEVERAGE EXPENSE**

| 03/22/11 | NYC ACCOUNTING | NYC | 89.14 | |
|---|---|---|---|---|
| | Local food and beverage expense Flik Catering - 02/18 - 02/24/11(L. Marvin) | | | |
| 03/24/11 | NYC ACCOUNTING | NYC | 6.53 | |
| | Local food and beverage expense Flik Catering 02/25 - 02/28/11(L. Marvin) | | | |
| 03/24/11 | NYC ACCOUNTING | NYC | 194.17 | |
| | Local food and beverage expense Flik Catering 02/25 - 02/28/11(L. Marvin) | | | |
| | Local food and beverage expense Subtotal | | | 289.84 |

**LOCAL TAXI CHARGES**

| 03/28/11 | H O AJUDUA | NYC | 128.06 | |
|---|---|---|---|---|
| | Local taxi charges- Dialcar- 02/11/11 | | | |
| | Local taxi charges Subtotal | | | 128.06 |

**LONG DISTANCE CHARGES**

| 03/03/11 | D G HEIMAN | CLE | 2.10 | |
|---|---|---|---|---|
| | Long distance charges 01-Feb-2011 | | | |
| 03/03/11 | D A HALL | CHI | 16.20 | |
| | Long distance charges 15-Dec-2010 | | | |
| 03/03/11 | D A HALL | CHI | 2.85 | |
| | Long distance charges 16-Dec-2010 | | | |
| 03/03/11 | D A HALL | CHI | 5.85 | |
| | Long distance charges 14-Dec-2010 | | | |
| 03/03/11 | D A HALL | CHI | 5.55 | |
| | Long distance charges 14-Dec-2010 | | | |
| 03/04/11 | CHI ACCOUNTING | CHI | 1.35 | |
| | Long distance charges through 03/04/2011 | | | |
| 03/10/11 | CLE ACCOUNTING | CLE | 3.00 | |
| | Long distance charges through 03/10/2011 | | | |
| 03/10/11 | L M MARVIN | NYC | 1.05 | |
| | Long distance charges 17-Dec-2010 | | | |
| 03/17/11 | D G HEIMAN | CLE | 2.70 | |
| | Long distance charges 03-Mar-2011 | | | |
| 03/17/11 | B B ERENS | CHI | 2.10 | |
| | Long distance charges 03-Mar-2011 | | | |

# JONES DAY

Special Committee of the Board of Directors of                                                    Page 4

| Date | Name | Location | Amount |
|---|---|---|---|
| 03/23/11 | A M RABINOWITZ | NYC | 65.00 |

Long distance charges - PNC BANK N.A. 2/9/2011 (CourtCall)

| 03/23/11 | A M RABINOWITZ | NYC | 93.00 |

Long distance charges - PNC BANK N.A. 2/17/2011 (CourtCall)

| 03/24/11 | L M MARVIN | NYC | 5.10 |

Long distance charges 05-Jan-2011

| 03/24/11 | L M MARVIN | NYC | 1.95 |

Long distance charges 11-Jan-2011

**Long distance charges Subtotal**                                                                                   207.80

## MILEAGE EXPENSES

| 03/10/11 | D G HEIMAN | CLE | 13.26 |

Mileage expenses Travel to New York for Shapiro deposition (from home to Cleveland airport) 27-Feb-2011 26 Miles @ Rate .51

| 03/10/11 | D G HEIMAN | CLE | 13.26 |

Mileage expenses Travel to New York for Shapiro deposition (from Cleveland airport to home) 28-Feb-2011 26 Miles @ Rate .51

| 03/17/11 | D G HEIMAN | CLE | 13.26 |

Mileage expenses Travel to New York for Shapiro deposition prep session (from home to Cleveland airport) 17-Feb-2011 26 Miles @ Rate .51

**Mileage expenses Subtotal**                                                                                         39.78

## PARKING EXPENSES

| 03/10/11 | D G HEIMAN | CLE | 28.00 |

Parking expenses Travel to New York for Shapiro deposition (at Cleveland airport) 28-Feb-2011

| 03/17/11 | D G HEIMAN | CLE | 14.00 |

Parking expenses Travel to New York for Shapiro deposition prep session (at Cleveland airport) 18-Feb-2011

**Parking expenses Subtotal**                                                                                         42.00

## PRINTING CHARGES

| 03/30/11 | X S STROHBEHN | NYC | 242.45 |

Printing charges - THE DARCEL GROUP INC 2/7/2011

| 03/30/11 | X S STROHBEHN | NYC | 255.32 |

Printing charges - THE DARCEL GROUP INC 2/7/2011

**Printing charges Subtotal**                                                                                         497.77

## TAXI FARE

| 03/10/11 | L M MARVIN | NYC | 10.00 |

Taxi fare Trip to cout house from train station - DE 15-Feb-2011

| 03/10/11 | L M MARVIN | NYC | 10.00 |

Taxi fare Trip to office from train station (Penn) trip to DE 08-Feb-2011

| 03/10/11 | L M MARVIN | NYC | 10.00 |

Taxi fare Trip to court house from train station - DE 08-Feb-2011

| 03/24/11 | L M MARVIN | NYC | 90.00 |

Taxi fare Fare from Connecticut to home from Deposition. 18-Feb-2011

| 03/24/11 | L M MARVIN | NYC | 10.00 |

Taxi fare Trip to court - DE 08-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 10.00 |

Taxi fare Receipt #8 - transport from DE train station to courthouse. 14-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 8.10 |

Taxi fare Receipt #7 - working late transport home from office. 11-Mar-2011

| 03/24/11 | L M BUONOME | NYC | 24.50 |

Taxi fare Receipt #5 - transport to home from train (back to NY from DE). 18-Mar-2011

**Taxi Fare Subtotal**                                                                                                172.60

## TRAIN FARE

| 03/10/11 | L M MARVIN | NYC | 110.00 |

Train fare Trip back to NY from DE Hearing Ticket for Fred Sherman 08-Feb 2011

# JONES DAY

Special Committee of the Board of Directors of                                                                      Page 5

| Date | Name | Location | Amount | |
|---|---|---|---|---|
| 03/10/11 | L M MARVIN | NYC | 110.00 | |
| | Train fare Trip back to NY from DE - Hearing 08-Feb-2011 | | | |
| 03/10/11 | L M MARVIN | NYC | 228.00 | |
| | Train fare Trip from NY to DE for hearing 15-Feb-2011 | | | |
| 03/10/11 | L M MARVIN | NYC | 126.00 | |
| | Train fare Trip from DE back to NY from hearing 15-Feb-2011 | | | |
| 03/24/11 | L M MARVIN | NYC | 134.00 | |
| | Train fare to DE from NY for hearing. 08-Feb-2011 | | | |
| 03/24/11 | L M MARVIN | NYC | 83.00 | |
| | Train fare Trip to hearing - Acela from Wilmington, DE to New York City. 07-Mar-2011 | | | |
| 03/24/11 | L M MARVIN | NYC | 110.00 | |
| | Train fare Trip to hearing - Acela from New York City to Wilmington, DE. 07-Mar-2011 | | | |
| 03/24/11 | L M MARVIN | NYC | 157.00 | |
| | Train fare Trip to hearing - Acela from Wilmington, DE to New York City. 11-Mar-2011 | | | |
| 03/24/11 | L M MARVIN | NYC | 157.00 | |
| | Train fare Trip to hearing - Acela from New York City to Wilmington, DE. 08-Mar-2011 | | | |
| 03/24/11 | L M BUONOME | NYC | 157.00 | |
| | Train fare Receipt #6 - transport to DE from NY. 14-Mar-2011 | | | |
| 03/24/11 | L M BUONOME | NYC | 157.00 | |
| | Train fare Receipt #4 - transport back to NY from DE. 18-Mar-2011 | | | |
| | **Train Fare Subtotal** | | | 1,529.00 |
| **Total** | | | **USD** | **13,981.15 \*\*** |

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 886.64

**Grand Total**                                                                                                          **USD**    **13,981.15 \*\***

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 886.64

# **<u>EXHIBIT C</u>**

CHI-1510731v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1. I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

CHI-1801583v1

2.      I have read the Seventh Monthly Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from March 1, 2011 Through March 31, 2011 (the "Application").

3.      A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: May 26, 2011

_____
Brad B. Erens