# EXHIBIT A

## Substantive Duplicate Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 44: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | ALLIANCE MAINTENANCE SERVICES 855 MORSE ST. ATTN: MIKE KILEY ELK GROVE VILLAGE, IL 60007 | 04/30/2009 | 08-13152[1] | 2149 | $1,843.33 | EBM INC 33610 TREASURY CENTER CHICAGO, IL 60694-3600 | 05/01/2009 | 08-13152 | 2182 | $1,843.33 | Invoices in surviving claims are contained in claim to be disallowed. Liability exists with EBM Inc. |
| 2 | ALU, MARYELLEN 2336 WASHINGTON STREET ALLENTOWN, PA 18104 | 06/23/2009 | 08-13212 | 5947 | Undetermined | ALU, MARY E 2336 WASHINGTON STREET ALLENTOWN, PA 18104 | 06/23/2009 | 08-13212 | 5939 | $2,679.40 | Liability in surviving claim is contained in claim to be disallowed. |
| 3 | ALU, MARY ELLEN E 2336 WASHINGTON STREET ALLENTOWN, PA 18104 | 06/23/2009 | 08-13212 | 5945 | Undetermined | ALU, MARY E 2336 WASHINGTON STREET ALLENTOWN, PA 18104 | 06/23/2009 | 08-13212 | 5939 | $2,679.40 | Liability in surviving claim is contained in claim to be disallowed. |

---

[1] Debtor was ordered modified to Chicago Tribune Company on the 12th Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.

\* – Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 44: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 4 ANCHOR DIRECT INC 1900 NEW HIGHWAY FARMINGDALE, NY 11735-1509 | 04/22/2009 | 08-13169 [2] | 1353 | $5,838.06 | ANCHOR COMPUTER INC 600 FAIRWAY DR STE 205 DEERFIELD, FL 33441-1804 | 04/30/2009 | 08-13169 | 2102 [3] | $5,838.06 | Invoices in surviving claims are contained in claim to be disallowed. |
| | | 08-13227 [2] | | $21,069.62 | ANCHOR COMPUTER INC 450 FAIRWAY DRIVE SUITE 205 DEERFIELD BEACH, FL 33441-1837 | 04/30/2009 | 08-13227 | 2103 [4] | $20,819.62 | |
| | | Subtotal | | $26,907.68 | ANCHOR COMPUTER INC 600 FAIRWAY DR STE 205 DEERFIELD, FL 33441-1804 | 04/30/2009 | 08-13227 | 2104 [4] | $2,538.61 | |
| 5 CESD TALENT AGENCY 10635 SANTA MONICA BLVD # 135 LOS ANGELES, CA 90025 | 02/17/2009 | 08-13183 | 489 | $750.00 | C E S D TALENT AGENCY 10635 SANTA MONICA BLVD NO.135 LOS ANGELES, CA 90025 | 04/24/2009 | 08-13183 | 1503 | $750.00 | Invoices in surviving claim are contained in claim to be disallowed. |

[2] Debtor was ordered modified to Gold Coast Publications, Inc. and Tribune Direct Marketing, Inc. on the 12th Omnibus Objection Exhibit A - Claims Asserted Against No Debtor or Improper Debtor.
[3] Claim 2102 was ordered allowed on the 32nd Omnibus Objection Exhibit A - Claims to Reduce and Allow.
[4] Claims 2103 and 2104 were deemed allowed on the second quarter 2010 Claims Settlement Report.

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 44: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 6 DALLAS COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX 75201 | 12/23/2008 | 08-13223 | 29 | $44,824.93* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP; ATTN: ELIZABETH WELLER 2323 BRYAN STREET SUITE 1600 DALLAS, TX 75201 | 06/29/2009 | 08-13141 | 5981 | $44,895.89* | Liability in surviving claim is contained in claim to be disallowed. |
| 7 KAUPERT, GLENN A 745 NORFOLK AVENUE WESTCHESTER, IL 60154 | 06/04/2009 | 08-13152[5] | 3493 | $225.00 | GLENN KAUPERT PHOTOGRAPHY 745 NORFOLK AVE WESTCHESTER, IL 60154 | 06/04/2009 | 08-13162 | 3495 | $225.00 | Invoices in surviving claims are contained in claim to be disallowed. Liability exists with Eagle New Media Investments, LLC. |
| 8 LARSON, CHARLES E. 1401 WOODBINE COURT ARLINGTON, TX 76012-4236 | 02/22/2011 | 08-13141 | 6696 | $17,465.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY 100 PLAZA ONE FL 3 JERSEY CITY, NJ 07311-3934 | 06/05/2009 | 08-13141 | 3527 | $335,486,250.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

[5] Debtor was ordered modified to Chicago Tribune Company on the 12th Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 44: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |

| # | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | OSMAN, STEPHEN S 181 VIA BAJA VENTURA, CA 93003 | 05/08/2009 | No Debtor Asserted | 2585 | $500.00 | OSMAN, STEPHEN 181 VIA BAJA VENTURA, CA 93003 | 05/08/2009 | 08-13185 | 2586 | $500.00 | Appears to be amended by surviving claim. |
| 10 | PACIFICA HEALTH AND MEDICAL 2650 CAMINO DEL RIO NO. STE. 212 SAN DIEGO, CA 92108 | 02/04/2009 | 08-13182 [6] | 358 | $629.00 | PACIFIC HEALTH AND MEDICAL 2650 CAMINO DE RIO N. NO.212 SAN DIEGO, CA 92108 | 04/20/2009 | 08-13182 | 1029 | $629.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 11 | QUALITY FORMS & LABELS C/O MICHAEL J. KROUT, ESQUIRE 32 NORTH DUKE STREET YORK, PA 17401 | 02/26/2009 | 08-13241 [7] | 569 | $372.54 | QUALITY FORMS AND LABELS 401 BEAUMONT RD YORK, PA 17403 | 04/29/2009 | 08-13241 | 2060 | $372.54 | Liability in surviving claim is contained in claim to be disallowed. |

[6] Debtor was ordered modified to KSWB Inc. on the 16th Omnibus Objection Exhibit A - Claims Asserted Against No Debtor or Improper Debtor.
[7] Debtor was ordered modified to Tribune Television Company on the 21st Omnibus Objection Exhibit A - Claims Asserted Against No Debtor or Improper Debtor.

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 44: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 12 WATER CLOSET MEDIA INC 1816 NE ALBERTA ST. PORTLAND, OR 97211 | 04/03/2009 | 08-13141 | 876 | $1,500.00 | WATER CLOSET MEDIA INC 1816 NE ALBERTA ST PORTLAND, OR 97211 | 04/21/2009 | 08-13222 | 1292 | $1,522.50 | Invoices in surviving claim are contained in claim to be disallowed. |
| | | | TOTAL | $95,017.48 | | | | | | |

\* – Indicates claim contains unliquidated and/or undetermined amounts