# **PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. ____** |

### ORDER SUSTAINING DEBTORS' FORTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

### ("SUBSTANTIVE DUPLICATE CLAIMS")

Upon consideration of the Debtors' Forty-Fourth Omnibus (Substantive)

Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section

502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

1, disallowing and expunging the Substantive Duplicate Claims set forth on <u>Exhibit A</u> attached

hereto; and upon consideration of the Rodden Declaration; and it appearing that the Court has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice

of this Objection having been given under the circumstances; and sufficient cause appearing

therefor; it is hereby

       ORDERED that the Objection is sustained; and it is further

       ORDERED that the Substantive Duplicate Claims set forth on the attached

<u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

       ORDERED that the Claims Agent is authorized to modify the Claims Register to

comport with the entry of this Order; and it is further

       ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
      June_____, 2011

                                   _____
                                   The Honorable Kevin J. Carey
                                   Chief United States Bankruptcy Judge

2

# EXHIBIT A

## Substantive Duplicate Claims

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 44: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | ALLIANCE MAINTENANCE SERVICES 855 MORSE ST. ATTN: MIKE KILEY ELK GROVE VILLAGE, IL 60007 | 04/30/2009 | 08-13152 [1] | 2149 | $1,843.33 | EBM INC 33610 TREASURY CENTER CHICAGO, IL 60694-3600 | 05/01/2009 | 08-13152 | 2182 | $1,843.33 | Invoices in surviving claims are contained in claim to be disallowed. Liability exists with EBM Inc. |
| 2 | ALU, MARYELLEN 2336 WASHINGTON STREET ALLENTOWN, PA 18104 | 06/23/2009 | 08-13212 | 5947 | Undetermined | ALU, MARY E 2336 WASHINGTON STREET ALLENTOWN, PA 18104 | 06/23/2009 | 08-13212 | 5939 | $2,679.40 | Liability in surviving claim is contained in claim to be disallowed. |
| 3 | ALU, MARY ELLEN E 2336 WASHINGTON STREET ALLENTOWN, PA 18104 | 06/23/2009 | 08-13212 | 5945 | Undetermined | ALU, MARY E 2336 WASHINGTON STREET ALLENTOWN, PA 18104 | 06/23/2009 | 08-13212 | 5939 | $2,679.40 | Liability in surviving claim is contained in claim to be disallowed. |

[1] Debtor was ordered modified to Chicago Tribune Company on the 12th Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.

* – Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 44: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 4  ANCHOR DIRECT INC 1900 NEW HIGHWAY FARMINGDALE, NY 11735-1509 | 04/22/2009 | 08-13169 [2] | 1353 | $5,838.06 | ANCHOR COMPUTER INC 600 FAIRWAY DR STE 205 DEERFIELD, FL 33441-1804 | 04/30/2009 | 08-13169 | 2102 [3] | $5,838.06 | Invoices in surviving claims are contained in claim to be disallowed. |
| | | 08-13227 [2] | | $21,069.62 | ANCHOR COMPUTER INC 450 FAIRWAY DRIVE SUITE 205 DEERFIELD BEACH, FL 33441-1837 | 04/30/2009 | 08-13227 | 2103 [4] | $20,819.62 | |
| | | | Subtotal | $26,907.68 | ANCHOR COMPUTER INC 600 FAIRWAY DR STE 205 DEERFIELD, FL 33441-1804 | 04/30/2009 | 08-13227 | 2104 [4] | $2,538.61 | |
| 5  CESD TALENT AGENCY 10635 SANTA MONICA BLVD #135 LOS ANGELES, CA 90025 | 02/17/2009 | 08-13183 | 489 | $750.00 | C E S D TALENT AGENCY 10635 SANTA MONICA BLVD NO.135 LOS ANGELES, CA 90025 | 04/24/2009 | 08-13183 | 1503 | $750.00 | Invoices in surviving claim are contained in claim to be disallowed. |

[2] Debtor was ordered modified to Gold Coast Publications, Inc. and Tribune Direct Marketing, Inc. on the 12th Omnibus Objection Exhibit A - Claims Asserted Against No Debtor or Improper Debtor.

[3] Claim 2102 was ordered allowed on the 32nd Omnibus Objection Exhibit A - Claims to Reduce and Allow.

[4] Claims 2103 and 2104 were deemed allowed on the second quarter 2010 Claims Settlement Report.

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 44: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 6 | DALLAS COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX 75201 | 12/23/2008 | 08-13223 | 29 | $44,824.93* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP; ATTN: ELIZABETH WELLER 2323 BRYAN STREET SUITE 1600 DALLAS, TX 75201 | 06/29/2009 | 08-13141 | 5981 | $44,895.69* | Liability in surviving claim is contained in claim to be disallowed. |
| 7 | KAUPERT, GLENN A 745 NORFOLK AVENUE WESTCHESTER, IL 60154 | 06/04/2009 | 08-13152 [5] | 3493 | $225.00 | GLENN KAUPERT PHOTOGRAPHY 745 NORFOLK AVE WESTCHESTER, IL 60154 | 06/04/2009 | 08-13162 | 3495 | $225.00 | Invoices in surviving claims are contained in claim to be disallowed. Liability exists with Eagle New Media Investments, LLC. |
| 8 | LARSON, CHARLES E. 1401 WOODBINE COURT ARLINGTON, TX 76012-4236 | 02/22/2011 | 08-13141 | 6696 | $17,465.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY 100 PLAZA ONE FL 3 JERSEY CITY, NJ 07311-3934 | 06/05/2009 | 08-13141 | 3527 | $335,486,250.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

[5] Debtor was ordered modified to Chicago Tribune Company on the 12th Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 44: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 9 | OSMAN, STEPHEN S 181 VIA BAJA VENTURA, CA 93003 | 05/08/2009 | No Debtor Asserted | 2585 | $500.00 | OSMAN, STEPHEN 181 VIA BAJA VENTURA, CA 93003 | 05/08/2009 | 08-13185 | 2586 | $500.00 | Appears to be amended by surviving claim. |
| 10 | PACIFICA HEALTH AND MEDICAL 2650 CAMINO DEL RIO NO. STE. 212 SAN DIEGO, CA 92108 | 02/04/2009 | 08-13182 [6] | 358 | $629.00 | PACIFIC HEALTH AND MEDICAL 2650 CAMINO DE RIO N NO.212 SAN DIEGO, CA 92108 | 04/20/2009 | 08-13182 | 1029 | $629.00 | Invoices in surviving claim are contained in claim to be disallowed. |
| 11 | QUALITY FORMS & LABELS C/O MICHAEL J. KROUT, ESQUIRE 32 NORTH DUKE STREET YORK, PA 17401 | 02/26/2009 | 08-13241 [7] | 569 | $372.54 | QUALITY FORMS AND LABELS 401 BEAUMONT RD YORK, PA 17403 | 04/29/2009 | 08-13241 | 2060 | $372.54 | Liability in surviving claim is contained in claim to be disallowed. |

---

[6] Debtor was ordered modified to KSWB Inc. on the 16th Omnibus Objection Exhibit A - Claims Asserted Against No Debtor or Improper Debtor.

[7] Debtor was ordered modified to Tribune Television Company on the 21st Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 44: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

CLAIMS TO BE DISALLOWED

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 12 | WATER CLOSET MEDIA INC 1816 NE ALBERTA ST. PORTLAND, OR 97211 | 04/03/2009 | 08-13141 | 876 | $1,500.00 |
| | | | TOTAL | | $95,017.48 |

SURVIVING CLAIMS

| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|
| WATER CLOSET MEDIA INC 1816 NE ALBERTA ST PORTLAND, OR 97211 | 04/21/2009 | 08-13222 | 1292 | $1,522.50 | Invoices in surviving claim are contained in claim to be disallowed. |

* – Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 5