## Schedule 1

46429/0001-7637327V1

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 45: SCHEDULE I

|   | NAME | EXHIBIT |
|---|------|---------|
| 1 | ADAMS, JUSTIN<br>417 ROLLINS ST<br>FALLS CHURCH, VA 22046-4138 | A |
| 2 | ASM CAPITAL, L.P.<br>TRANSFEROR: ABM JANITORIAL SERVICES<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | A |
| 3 | BOLDEN COMMUNICATION<br>LISA BOLDEN<br>2000 N CURSON AVE<br>LOS ANGELES, CA 90046 | C |
| 4 | DOMINION DISTRIBUTION<br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | A |
| 5 | DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | A |
| 6 | FEE, WALTER M.<br>C/O COOK & FRANKE S.C.<br>ATTN: VALERIE M. WILLIAMS, PARALEGAL<br>660 E. MASON STREET<br>MILWAUKEE, WI 53202 | C |
| 7 | GRAHAM, CHARLES<br>1003 SPARKS ST SW<br>ATLANTA, GA 30310-3311 | D |
| 8 | HOUSEPAD LLP<br>1500 CONRAD WEISER PARKWAY<br>WOMELSDORF, PA 19567 | E |
| 9 | KIMBER, DANIEL<br>4415 ROCKLAND PL<br>MONTROSE, CA 91020 | C |
| 10 | REMUS, GLORIA<br>1478 WAUKON CIR<br>CASSELBERRY, FL 32707 | C |
| 11 | RIVERSIDE COUNTY SCHOOLS<br>CREDIT UNION CUST<br>GRANT LEE DISMUKE IRA<br>5 BARQUE DR<br>CEDAR CREST, NM 87008-9481 | A |
| 12 | WHELAN-SFI<br>PO BOX 36607<br>CHARLOTTE, NC 28236 | B |