# EXHIBIT A

## Modified Amount Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 45: EXHIBIT A -- MODIFIED AMOUNT CLAIMS

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 1 ADAMS, JUSTIN<br>417 ROLLINS ST<br>FALLS CHURCH, VA 22046-4138 | 6689 | Tribune CNLBC, LLC | Unsecured | Undetermined | $80.00 | Liquidating claim to reflect Debtors' books and records. |
| 2 ASM CAPITAL, L.P.<br>TRANSFEROR: ABM JANITORIAL SERVICES<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 6330 | Los Angeles Times Communications LLC | Unsecured | $58,426.69 | $57,845.01 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 3 DOMINION DISTRIBUTION<br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | 3685 | Patuxent Publishing Company | Unsecured | $372.50 | $84.11 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 4 DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | 6668 | Tribune Company | Administrative | $195,268.79 | $73,034.16 | Claim reduced to disallow amounts asserted that exceed Debtor's contractual liability. |
| 5 RIVERSIDE COUNTY SCHOOLS<br>CREDIT UNION CUST<br>GRANT LEE DISMUKE IRA<br>5 BARQUE DR<br>CEDAR CREST, NM 87008-9481 | 6730 | Tribune Company | Unsecured | Undetermined | $1.08 | Liquidating claim to reflect Debtors' books and records. |
| | | | TOTAL | $254,067.98 | $131,044.36 | |

^ - Documentation supporting payments is available upon request to Debtors.