## EXHIBIT B

## Modified Amount, Modified Debtor Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 45: EXHIBIT B – MODIFIED AMOUNT, MODIFIED DEBTOR CLAIMS

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 1 WHELAN-SFI<br>PO BOX 36607<br>CHARLOTTE, NC 28236 | 3514 | Baltimore Newspaper Networks, Inc. | $77,857.05 | The Baltimore Sun Company | $77,090.47 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| | | | $77,857.05 | | $77,090.47 | |

^ - Documentation supporting payments is available upon request to Debtors.