# EXHIBIT C

## Modified Amount, Modified Priority Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 45: EXHIBIT C - MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | PRIORITY STATUS | AMOUNT | REASON FOR MODIFICATION |
| 1 BOLDEN COMMUNICATION<br>LISA BOLDEN<br>2000 N CURSON AVE<br>LOS ANGELES, CA 90046 | 1306 | Chicago Tribune Company | Priority | $1,000.00 | Unsecured | $500.00 | Claimant asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. Claim is reduced for error in billing as confirmed by claimant. |
| 2 FEE, WALTER M.<br>C/O COOK & FRANKE S.C.<br>ATTN: VALERIE M. WILLIAMS, PARALEGAL<br>660 E. MASON STREET<br>MILWAUKEE, WI 53202 | 6664 | Tribune Company | Priority | $8,972.50 | Unsecured | $5,434.95 | Claim asserted priority under 11 U.S.C. § 507(a)(5). Services giving rise to the contribution were rendered more than 180 days prior to Petition Date. Claim reduced to claimants portion of payroll distribution. Difference is federal and state withholding taxes. |
| 3 KIMBER, DANIEL<br>4415 ROCKLAND PL<br>MONTROSE, CA 91020 | 6566 | Los Angeles Times Communications LLC | 503(b)(9)<br>Priority<br>Unsecured<br>Subtotal | $375.00<br>$375.00<br>$375.00<br>$1,125.00 | Unsecured | $375.00 | Claim is being reduced for duplication of liability owed in 503(b)(9) and Priority section of Proof of Claim. Claim asserted priority under 11 U.S.C. §507(a)(4) and §503(b)(9). Claimant was not an employee and services provided giving rise to the uncashed check were rendered more than 180 days prior to Petition Date. |
| 4 REMUS, GLORIA<br>1478 WAUKON CIR<br>CASSELBERRY, FL 32707 | 5792 | Orlando Sentinel Communications Company | Priority | Undetermined | Unsecured | $361.71 | Claim asserted priority under 11 U.S.C. §507(a)(4). Claim relates to liability that was rendered more than 180 days prior to Petition Date. Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| | | | TOTAL | $11,097.50 | TOTAL | $6,671.66 | |