# EXHIBIT E

## Modified Amount, Modified Debtor, Modified Priority Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 45: EXHIBIT E - MODIFIED AMOUNT, MODIFIED DEBTOR, MODIFIED PRIORITY CLAIMS

| | | ASSERTED | | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT | REASON FOR MODIFICATION |
| 1 HOUSEPAD LLP<br><br>1500 CONRAD WEISER PARKWAY<br>WOMELSDORF, PA 19567 | 6162 | No Debtor Asserted | Priority | $7,175.00 | forsalebyowner.com corp. | Unsecured | $5,250.00 | Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| | | | TOTAL | $7,175.00 | | TOTAL | $5,250.00 | |

^ - Documentation supporting payments is available upon request to Debtors.

Page 1 of 1