IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

Joseph L. King, being duly sworn according to law, deposes and says that he is an employee of Delaware Claims Agency, LLC, and that on or before May 27, 2011, he caused a copy of the following document to be served by first-class U.S. mail upon the service list attached hereto as Exhibit A:

- **ORDER GRANTING MOTION OF TIMOTHY P. KNIGHT FOR LEAVE TO FILE UNTIMELY PROOF OF CLAIM** [Docket No. 8996].

_____
JOSEPH L. KING

SWORN TO AND SUBSCRIBED before me this 27th day of May, 2011.

_____
NOTARY PUBLIC

**EXHIBIT A**

| | | |
|---|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: COREY SMITH BOTT, BRIAN G. ESDERS<br>(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355<br>HEALTH AND WELFARE AND PENSION FUNDS)<br>809 GLENEAGLES COURT, SUITE 320<br>BALTIMORE, MD 21286 | ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: MEGHAN C. HORN, ESQ.<br>(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355<br>HEALTH AND WELFARE FUND AND PENSION FUND)<br>809 GLENEAGLES COURT, SUITE 320<br>TOWSON, MD 21286 | ACXIOM CORPORATION<br>ATTN: C.B. BLACKARD, III, CORPORATE COUNSEL<br>301 E. DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY, AR 72033-2000 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.<br>COUNSEL TO AURELIUS (MEDIATION PARTY)<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 | ALLISON, SLUTSKY & KENNEDY, PC<br>ANGIE M. COWAN<br>230 W MONROE ST, STE 2600<br>(COUNSEL TO IAM LODGE NO. 126)<br>CHICAGO, IL 60606 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC.<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 |
| ANDREW S. CONWAY, ESQUIRE<br>(COUSNEL TO TAUBMAN LANDLORDS)<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 | ANDREWS KURTH LLP<br>ATTN: PAUL SILVERSTEIN, ESQ.<br>COUNSEL FOR THE AD HOC TRADE COMMITTEE<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | ARCHER & GREINER, PC<br>JOHN V. FIORELLA, ESQ.<br>300 DELAWARE AVE, STE 1370<br>(COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR LEASING CO.)<br>WILMINGTON, DE 19801 |
| ARKIN KAPLAN RICE LLP<br>HOWARD J. KAPLAN, ESQ.; DEANNA DAVIDIAN, ESQ.<br>590 MADISON AVENUE<br>(COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR LENDERS)<br>NEW YORK, NY 10022 | ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS.<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC)<br>WILMINGTON, DE 19899 | ASHBY & GEDDES, PA<br>WILLIAM P. BOWDEN; AMANDA M. WINFREE<br>500 DELAWARE AVENUE, 8TH FLOOR<br>PO BOX 1150<br>(COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP)<br>WILMINGTON, DE 19899 |
| ASKOUNIS & DARCY, PC<br>ATTN: THOMAS V. ASDOUNIS, ESQ.<br>401 NORTH MICHIGAN AVENUE, STE 550<br>(COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC)<br>CHICAGO, IL 60611 | BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ<br>COUNSEL TO CCI EUROPE A/S<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BARNES & THORNBURG LLP<br>ATTN: DAVID M. POWLEN<br>1000 NORTH WEST STREET, SUITE 1200<br>(COUNSEL TO MORGAN STANLEY & CO., INC.)<br>WILMINGTON, DE 19801 |
| BARTLETT HACKETT FEINBERG PC<br>FRANK F. MCGINN (MA BBO# 564729)<br>155 FEDERAL ST, 9TH FL<br>(COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.)<br>BOSTON, MA 02110 | BAYARD, P.A.<br>ATTN: JAMIE L. EDMONSON, ESQ.<br>COUNSEL TO GBH INVESTMENTS, LLC<br>222 DELAWARE AVENUE, SUITE 900<br>WILMINGTON, DE 19801 | BELKIN BURDEN WENIG & GOLDMAN, LLP<br>ATTN: JOSHUA G. LOSARDO, ESQ.<br>(COUNSEL TO: ENTERPRISE GARAGE CORP.)<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 |
| BIFFERATO GENTILOTTI LLC<br>GARVAN F. MCDANIEL, ESQ.<br>800 N. KING STREET, PLAZA LEVEL<br>(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK)<br>WILMINGTON, DE 19801 | BIFFERATO LLC<br>ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.<br>(COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN)<br>800 N. KING STREET, PLAZA LEVEL<br>WILMINGTON, DE 19801 | BLAKELEY & BLAKELEY LLP<br>ATTN: JOHNN WHITE, ESQ.<br>COUNSEL TO GOOGLE INC.<br>2 PARK PLAZA, SUITE 400<br>IRVINE, CA 92614 |
| BLANK ROME LLP<br>ATTN: DAVID W. CARIKHOFF<br>1201 MARKET ST; STE 800<br>(COUNSEL TO EGI-TRB)<br>WILMINGTON, DE 19801 | BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN<br>& GOOD MAN, LLP<br>150 S. RODEO DRIVE, 3RD FLOOR<br>BEVERLY HILLS, CA 90212 | BRACEWELL & GUILIANI LLP<br>ATTN: E. FLASCHEN, ESQ; D. CONNOLLY, ESQ; A ANDREW SCHOULDER, ESQ<br>COUNSEL-AD HOC COMMITTEE OF STEP ONE SENIOR LENDER<br>GOODWIN SQUARE<br>225 ASYLUM STREET, SUITE 2600<br>HARTFORD, CT 06103-1516 |
| BROWARD COUNTY<br>ATTN: JEFFREY J. NEWTON<br>COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK & DANIEL J. SAVAL, ESQ.<br>(COUNSEL TO WILMINGTON TRUST COMPANY)<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BROWN STONE NIMEROFF LLC<br>ATTN: JAMI B. NIMEROFF, ESQ.<br>(COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP)<br>4 EAST 8TH STREET, SUITE 400<br>WILMINGTON, DE 19801 |
| BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ESQ.<br>(COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | BUCHALTER NEMER<br>PAMELA KOHLMAN WEBSTER<br>1000 WILSHIRE BOULEVARD, SUITE 1500<br>(COUNSEL TO SONY PICTURES TELEVISION)<br>LOS ANGELES, CA 90017-2457 | BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>(COUNSEL TO ORACLE USA, INC.)<br>SAN FRANCISCO, CA 94105-2126 |

| | | |
|---|---|---|
| CANON USA, INC<br>ATTN RUTH WIENSTEIN<br>1 CANON PLAZA<br>LAKE SUCCESS, NY 11042 | CAPITALSOURCE FINANCE LLC<br>ATTN: JOANNE FUNGAROLI, ESQ.<br>4445 WILLARD AVENUE, 12TH FLOOR<br>CHEVY CHASE, MD 20815 | CATHOLIC CHARITIES<br>ATTN: JOSEPH AUGUSTYNIAK<br>1966 GREENSPRING DRIVE, SUITE 200<br>TIMONIUM, MD 21093 |
| CHADBOURNE & PARKE LLP<br>COUNSEL TO THE UNSECURED CREDITORS' CO ATTN<br>HOWARD SEIFE, DAVID M LEMAY, DOGULAS E.DEUTSCH<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | CHRISTINE Z. HERI<br>(COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>230 SOUTH DEARBORN, ROOM 844<br>CHICAGO, IL 60604 | COHEN WEISS & SIMON LLP<br>COUNSEL TO AMERICAN FEDERATION OF TELEVISION &<br>RADIO ARTISTS<br>ATTN BABETTE A CECCOTI<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>(LOCAL COUNSEL FOR THE DEBTORS)<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | COMMONWEALTH OF PENNSYLVANIA,<br>REVENUE, BUREAU OF ACCOUNTS SETTLEMENT THOMAS W.<br>CORBETT, JR., ATTORNEY GENERAL CAROL E. MOMJIAN, SR.<br>DEPUTY ATTORNEY GENERAL<br>PA I.D. NO. 049219<br>OFFICE OF ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | COOCH & TAYLOR PA<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br>(COUNSEL TO: AMERICAN FEDERATION OF TELEVISION &<br>RADIO ARTISTS)<br>1000 WEST STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 |
| COTCHETT, PITRE & MCCARTHY<br>ATTN: PHILIP GREGORY, ESQ.<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,<br>& MAKINEN)<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 | COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQ.<br>1201 N. MARKET STREET, SUITE 1400<br>(COUNSEL TO TWENTIETH TELEVISION, INC.)<br>WILMINGTON, DE 19801 | CROSS & SIMON LLC<br>ATTN: CHRISTOPHER P. SIMON, ESQ.<br>913 NORTH MARKET STREET, 11TH FLOOR<br>(COUNSEL TO WASHINGTON-BALTIMORRRE NEWSPAPER<br>GUILD, LOCAL 32035, TNG-CWA)<br>WILMINGTON, DE 19801 |
| CROSS & SIMON, LLC<br>JOSEPH GREY, ESQ.<br>913 NORTH MARKET STREET, ELEVENTH FLOOW<br>(COUNSEL TO CONSTELLATION NEWENERGY, INC.)<br>WILMINGTON, DE 19801 | CROUDACE & DIETRICH LLP<br>ATTN. MARK A NITIKMAN, ESQUIRE<br>4750 VON KARMAN AVENUE<br>COUNSEL TO BKM 3128 REDHILL, LLC)<br>NEWPORT BEACH, CA 92660 | CROWELL & MORING LLP<br>ATTN. MICHAEL V. BLUMENTHAL, ESQ.<br>(COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS<br>AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS<br>PRODUCTIONS LLLP<br>590 MADISON AVENUE, 19TH FLOOR<br>NEW YORK, NY 10022 |
| DANIEL SMIRLOCK, DEPUTY, COMMISSIONER AND COUNSEL<br>ATTN: ELAINE Z. COLE, ESQ.<br>340 E. MAIN ST.<br>(COUNSEL TO THE New York STATE DEPARTMENT OF<br>TAXATION AND FINANCE)<br>ROCHESTER, NY 14604 | DAVIS POLK & WARDELL LLP<br>ATTN: DONALD S. BERNSTEIN, ESQ.<br>JAMES A. FLORACK, ESQ.<br>DAMIAN S. SCHAIBLE, ESQ.<br>450 LEXINGTON AVENUE<br>(COUNSEL TO JPMORGAN CHASE BANK, N.A.)<br>NEW YORK, NY 10017 | DLA PIPER LLP (US)<br>JODIE E. BUCHMAN, ESQ.<br>6225 SMITH AVENUE<br>(COUNSEL TO CONSTELLATION NEWENERGY, INC.)<br>BALTIMORE, MD 21209-3600 |
| DUANE MORRIS<br>ATTN: LAWRENCE J. KOTLER, ESQUIRE<br>COUNSEL FOR PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'<br>RETIREMENT SYSTEM<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | DUANE MORRIS LLP<br>ATTN: MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS<br>(COUNSEL TO SONY PICTURES TELEVISION, INC.)<br>222 DELAWARE AVENUE, SUITE 1600<br>WILMINGTON, DE 19801-1659 | DUANE MORRIS LLP<br>RICHARD W.RILEY; SOMMER L. ROSS<br>2222 DELAWARE AVENUE, SUITE 1600<br>(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION &<br>CANTIGNY FOUNDATION)<br>WILMINGTON, DE 19801-1659 |
| ECKERT, SEAMANS, CHERIN & MELLOT, LLC<br>ATTN. MARGARET F. ENGLAND, ESQUIRE<br>(COUNSEL TO THE NIELSEN COMPANY)<br>300 DELAWARE AVENUE, SUITE 1210<br>WILMINGTON, DE 19801 | EDWARDS ANGELL PALMER & DODGE LLP<br>ATTN: STUART M. BROWN, ESQ.<br>919 N. MARKET ST, STE 1500<br>(COUNSEL TO BARCLAYS BANK PLC)<br>WILMINGTON, DE 19801 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>ATTN: KEITH D. ELKINS, ESQ.<br>1800 CENTURY PARK EAST, 7TH FLOOR<br>(COUNSEL TO LIT FINANCE, LP)<br>LOS ANGELES, CA 90067 |
| ELLIOTT GREENLEAF<br>COUNSEL TO CORESTAFF SERVICES<br>ATTN WILLIAM M KELLEHER<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 | ERVIN COHEN & JESSUP LLP<br>KENNETH MILLER, ESQ.<br>9401 WILSHIRE BLVD, 9TH FLOOR<br>(COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS, LLC)<br>BEVERLY HILLS, CA 90212 | FOLEY & LARDNER LLP<br>ATTN: MARY K. BRAZA, ESQ.<br>777 EAST WISCONSIN AVENUE<br>(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO<br>BASEBALL HOLDINGS, LLC)<br>MILWAUKEE, WI 53202-5306 |
| FOLEY & LARDNER LLP<br>ATTN: MICHAEL J. SMALL, ESQ.<br>321 NORTH CLARK<br>SUITE 2800<br>(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO<br>BASEBALL HOLDINGS, LLC)<br>CHICAGO, IL 60610-4500 | FOX ROTHSCHILD LLP<br>ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.<br>(COUNSEL TO: WELLS FARGO BANK, N.A.)<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 | FRANK/GECKER LLP<br>ATTN. JOSEPH D. FRANK<br>(COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS)<br>L.P.)<br>325 NORTH LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 |

| | | |
|---|---|---|
| FRED FELLMETH, ESQ. GENERAL COUNSEL<br>BROADCAST SYSTEMS DIVISION<br>THE VITEC GROUP PLC<br>(COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS,<br>INC., NUCOMM, INC., AND RF CENTRAL, LLC)<br>101 BILBY ROAD<br>HACKETTSTOWN, NJ 07840 | FREEBORN & PETERS LLP<br>ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ.<br>(COUNSEL TO MERCER (US) INC.)<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>EDWARD A. FRIEEDMAN; WILLIAM P.WEINTRAUB<br>1633 BROADWAY<br>(COUNSEL TO AUERLIUS CAPITAL MANAGEMENT, LP)<br>NEW YORK, NY 10019-6708 |
| FRIEDMAN LAW GROUP<br>ATTN: J. BENNETT FRIEDMAN, ESQ.<br>1901 AVENUE OF THE STARS, SUITE 1700<br>(COUNSEL TO ISAKSEN INVESTMENTS, LLC)<br>LOS ANGELES, CA 90067-4409 | FURMAN GREGORY LLC<br>DONALD R. FURMAN JR.<br>75 FEDERAL ST, 9TH FL<br>(COUNSEL TO COMCAST SPOTLIGHT & COMCAST)<br>BOSTON, MA 02110 | GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN, JR.<br>LAW OFFICES OF RONALD K. BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 |
| GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>(SAM'S CLUB BRC)<br>MIAMI, FL 33131-1605 | GOHN HANKEY & STICHEL LLP<br>COUNSEL TO CORESTAFF SERVICES<br>ATTN JAN I BERLAGE<br>201 NORTH CHARLES STREET<br>SUITE 201<br>BALTIMORE, MD 21201 | GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF,<br>LTD.ATTN: BRIAN M. DOUGHERTY<br>(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST<br>WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD<br>MOTOR SERVICE, INC.)<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>WILLOWBROOK, IL 60527 |
| GREENBERG TRAURIG, LLP<br>ATTN: DENNIA A. MELORO<br>COUNSEL TO HAMDON ENTERTAINMENT<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET, SUITE 1200<br>WILMINGTON, DE 19801 | GREENBERG TRAURIG, LLP<br>ATTN: KEVIN P. GARLAND, ESQ.<br>COUNSEL TO HAMDON ENTERTAINMENT<br>2450 COLORADO AVENUE, SUITE 400 E<br>SANTA MONICA, CA 90404 | GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>EDWARD J. TREDINNICK, ESQ.<br>FOUR EMBARCARCADERO CENTER, STE 4000<br>(COUNSEL TO CATELLUS DEVELOPMENT CORP.)<br>SAN FRANCISCO, CA 94111 |
| HARRIS CORPORATION<br>ANTHONY DEGLOMINE, III<br>1025 W. NASA BLVD<br>MAIL STOP A-11A<br>MELBOURNE, FL 32919 | HENNIGAN, BENNETT & DORMAN, LLP<br>ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA D.<br>MORSE, ESQS.<br>865 SOUTH FIGUEROA STREET, SUITE 2900<br>(COUNSEL TO VARIOUS PARTIES LISTED IN NOA)<br>LOS ANGELES, CA 90017 | HERRICK FEINSTEIN LLP<br>COUNSEL TO CANON USA INC, INTELSAT CORPORATION<br>ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |
| HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY<br>2125 E. KATELLA AVE.<br>SUITE 400<br>ANAHEIM, CA 92806 | HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD.<br>MAILSTOP 314<br>BOISE, ID 83714-0021 | HOGAN & HARTSON LLP<br>ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.<br>875 THIRD AVENUE<br>(COUNSEL TO ABITIBI BOWATER, INC.,<br>ABITBICONSOLIDATED SALES CORPORATON AND BOWATER<br>INC.;<br>DOW JONES & COMPANY)<br>NEW YORK, NY 10022 |
| HOWARD COUNTY OFFICE OF LAW<br>ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR &<br>CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | IBM CORPORATION<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZAS<br>BALTIMORE, MD 21201 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 | JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>(COUNSEL TO SODEXO, INC.)<br>CHARLOTTE, NC 28233 |
| JENNER & BLOCK LLP<br>ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE,<br>ANDREW W. VAIL<br>330 N. WABASH AVENUE<br>(COUNSEL TO EGI-TRB)<br>CHICAGO, IL 60611-7603 | K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>NEW YORK, NY 10022-6030 | K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>PITTSBURGH, PA 15222-2312 |
| KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>ATTN: DAVID S. ROSNER; ANDREW K. GLENN;<br>SHERON KORPUS<br>1633 BROADWAY<br>(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW<br>YORK)<br>NEW YORK, NY 10019 | KATTEN MUCHIN ROSENMAN LLP<br>JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH;<br>DANIEL J. POLATSEK; JOSHUA A. GADHARF<br>525 W. MONROE STREET<br>(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION &<br>CANTIGNY FOUNDATION)<br>CHICAGO, IL 60661-3693 |

| | | |
|---|---|---|
| KAYE SCHOLER LLP<br>425 PARK AVE<br>MADLYN GLEICH PRIMOFF, ESQ<br>(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT)<br>NEW YORK, NY 10022 | KELLEY DRYE & WARREN LLP<br>ERICK R. WILSON, ESQ.<br>HOWARD S.STEEL, ESQ.<br>101 PARK AVENUE<br>(COUNSEL TO TELEREP, LLC)<br>NEW YORK, NY 10178 | KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: KENNETH N. KLEE, ESQ.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.<br>(COUNSEL TO: EXAMINER-DESIGNATE, KENNETH KLEE, ESQ)<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 | KLEHR HARRISON HARVEY BRANZBURG LLP<br>MICHAEL W. YURKEWICZ, ESQUIRE<br>919 MARKET STREET, SUITE 1000<br>(COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP)<br>WILMINGTON, DE 19801 | LANDIS RATH & COBB LLP<br>COUNSEL FOR THE UNSECURED CREDITORS' COMM<br>ATTN ADAM G LANDIS & MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 |
| LESLIE A. COHEN, ESQUIRE<br>LESLIE COHEN LAW, PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.ATTN:<br>DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN)<br>1330 BROADWAY, SUITE 1800<br>OAKLAND, CA 94612 | LINDA BOYLE<br>TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO HARRIS COUNTY<br>ATTN JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET<br>STE 1600<br>(COUNSEL TO DALLAS COUNTY)<br>DALLAS, TX 75201 | LOIZIDES, P.A.<br>CHRISTOPHER D. LOIZIDES<br>1225 KING STREET, SUITE 800<br>(ATTORNEY FOR NAVIGANT CONSULTING, INC)<br>WILMINGTON, DE 19801 |
| MARGOLIS EDELSTEIN<br>ATTN: JAMES E. HUGGETT, ESQ.<br>750 SHIPYARD DRIVE, SUITE 102<br>(COUNSEL TO ORACLE AMERICA, INC.)<br>WILMINGTON, DE 19801 | MAUREEN A. MCGREEVEY, ESQUIRE<br>SENIOR LITIGATION COUNSEL<br>SUNGARD<br>680 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 | MAYER BROWN LLP<br>FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,AMI K. TREHAN, ESQ., JEAN-MARIE L. ATAMIAN, ESQ.<br>(COUNSEL TO BARCLAYS)<br>1675 BROADWAY<br>NEW YORK, NY 10019 |
| MCCARTER & ENGLISH, LLP<br>ATTN: DAVID ADLER, ESQ.<br>245 PARK AVE, 27TH FL<br>(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)<br>NEW YORK, NY 10167 | MCCARTER & ENGLISH, LLP<br>ATTN: KATHARINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>405 N. MARKET STREET, 8TH FL<br>(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)<br>WILMINGTON, DE 19801 | MCGUIRE WOODS LLP<br>ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS (COUNSEL TO THE NIELSEN COMPANY (US) LLC<br>77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP<br>ATTN. ELAIN M. SEID<br>(COUNSEL TO DIABLO INVESTMENT CO.)<br>10 ALMADEN BLVD., SUITE 1460<br>SAN JOSE, CA 95113 | MEITES, MULDER, MOLLICA & GLINK<br>ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN)<br>20 S. CLARK STREET, SUITE 1500<br>CHICAGO, IL 60603 | MESSANA ROSNER & STERN, LLP<br>FREDERICK B. ROSNER, ESQ.<br>1000 N. WEST STREET, SUITE 1200<br>(COUNSEL TO INTELSAT CORPORATION)<br>WILMINGTON, DE 19801 |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B.WALDMEIR, ASSISTANT ATTORNEY GENERAL STATE OF MICHIGAN, DEPT. OF TREASURY<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | MICHAEL SCHLOSS<br>(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR)<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIVISION, P.O. BOX 1914<br>WASHINGTON, DC 20013 | MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SUSAN L. LISSANT<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670, PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN. RACHEL B. MERSKY, ESQUIRE<br>(COUNSEL TO BKM 3128 REDHILL, LLC, And A CALIFORNIA LIMITED LIABILITY COMPANY)<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: COLM F. CONNOLLY, ESQ.<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET, SUITE 501<br>(COUNSEL TO GREATBANC TRUST COMPANY & NYSCRF)<br>WILMINGTON, DE 19801 | MORGAN, LEWIS & BOCKIUS LLP<br>CHARLES C. JACKSON<br>THEODORE M. BECKER<br>77 WEST WACKER DRIVE<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>CHICAGO, IL 60601-5094 |
| MORGAN, LEWIS & BOCKIUS LLP<br>MENACHEM O. ZELMANOVITZ, ESQ.<br>RACHEL JAFFE NAUCERI<br>101 PARK AVENUE<br>(COUNSEL TO GREATBANC TRUST COMPANY & NYSCRF)<br>NEW YORK, NY 10178-0060 | MORGAN, LEWIS & BOCKIUS LLP<br>RACHEL JAFFE MAUCERI, ESQ.<br>1701 MARKET STREET<br>(COUNSEL TO NYSCRF)<br>PHILADELPHIA, PA 19103-2921 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ.<br>COUNSEL TO STEP ONE SENIOR LENDERS<br>1201 NORTH MARKET STREET, 18TH FLOOR<br>PO BOX 1347<br>WILMINGTON, DE 19899-1347 |

| | | |
|---|---|---|
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC<br>ATTN: COLLEEN E. MCMANUS<br>191 NORTH WACKER DRIVE, STE 1800<br>(COUNSEL TO CF 4242 BRYN MAWR LLC)<br>CHICAGO, IL 60606 | NAVIGANT CONSULTING, INC.<br>MONICA M. WEED, ESQ.<br>30 S. WACKER DRIVE, SUITE 3550<br>CHICAGO, IL 60606 | NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>333 EAST WASHINGTON ST., 3RD FLOOR<br>SYRACUSE, NY 13202 | NOLAN, PLUMHOFF & WILLIAMS, CHARTERED<br>ATTN. ROBERT L. HANLEY, JR. ESQUIRE<br>(COUNSEL TO ST. JOHN PROPERTIES, INC.)<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD 21204 | OFFICE OF ATTORNEY GENERAL<br>ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID M. KLAUDER, ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19899-0035 | O'MELVENY & MYERS LLP<br>ATTN: B. BUTWIN, D. CANTOR & D. SHAMAH, ESQS.<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>(COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC)<br>NEW YORK, NY 10036 | O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>(COUNSEL TO BANK OF AMERICA, N.A. AND BANC OFAMERICA SECURITIES LLC)<br>LOS ANGELES, CA 90071 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES,<br>TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS.<br>919 N. MARKET STREET, 17TH FLOOR, P.O. BOX 8705<br>(COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.)<br>WILMINGTON, DE 19899 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON<br>ATTN: JOSEPH L. CHRISTENSEN<br>500 DELAWARE AVENUE, SUITE 200; PO BOX 32<br>(COUNSEL TO CITICORP NORTH AMERICA, INC. ANDCITIGROUP GLOBAL MARKETS INC.)<br>WILMINGTON, DE 19899-0032 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>CHARLES E. DAVIDOW<br>2001 K. STREET, N.W.<br>(COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.)<br>WASHINGTON, DC 20006-1047 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON<br>ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W.BROWN, LAUREN SHUMEJDA<br>1285 AVENUE OF THE AMERICAS<br>(COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.)<br>NEW YORK, NY 10019-6064 | PENSION BENEFIT GUARANTY CORPORATION<br>ATTN FRANK A ANDERSON, CASSANDRA R BURTON, &KARTAR S KHALSA, ESQ<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 | PEPPER HAMILTON LLP<br>ATTN: DAVID B. STRATTON, LEIGH-ANNE M. RAPORT, ESQ.<br>(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER)<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>WILMINGTON, DE 19899-1709 |
| PEPPER HAMILTON LLP<br>ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>(COUNSEL TO BANK OF AMERICA, N.A. & BANC OF AMERICA SECURITIES LLC)<br>WILMINGTON, DE 19899-1709 | PHILLIPS, GOLDMAN & SPENCE, P.A.<br>ATTN: JOHN C. PHILLIPS, ESQ.<br>1200 NORTH BROOM STREET<br>(COUNSEL TO: VALUATION RESEARCH CORPORATION)<br>WILMINGTON, DE 19806 | PINCKNEY, HARRIS & WEIDINGER, LLC<br>ATTN: ADAM HILLER & DONNA HARRIS<br>(COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP)<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801 |
| POTTER ANDERSON & CORROON LLP<br>ATTN: LAURIE SILVERSTEIN, ESQ<br>(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT)<br>HERCULES PLAZA<br>1313 N MARKET ST, PO BOX 951<br>WILMINGTON, DE 19899-0951 | PROSKAUER ROSE LLP<br>ATTN: MARTIN S. ZOHN, ESQ.<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2049 CENTURY PARK EAST, 32ND FLOOR<br>LOS ANGELES, CA 90067 | RICHARDS, LAYTON & FINGER, PA<br>ATTN: MARK D. COLLINS, ESQ.<br>920 NORTH KING STREET<br>(COUNSEL TO JPMORGAN CHASE BANK, N.A.)<br>WILMINGTON, DE 19801 |
| RIDDELL WILLIAMS, P.S.<br>ATTN: JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO<br>(COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP)<br>1001- 4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154-1192 | ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC<br>ATTN: FRED B. RINGEL, ESQ.<br>(COUNSEL TO GALLERIA OPERATING COMPANY, LLC)<br>875 THIRD AVENUE, 9TH FL<br>NEW YORK, NY 10022 | ROMERO LAW FIRM<br>MARTHA E. ROMERO, ESQ.<br>BMR PROFESSIONAL BLDG<br>6516 BRIGHT AVENUE<br>(COUNSED TO SECURED CREDITOR COUNTY OF SAN BERNARDINO, CALIFORNIA, A CALIFORNIA TAXING AUTH.)<br>WHITTIER, CA 90601 |
| RUSKIN MASCOU FALTISCHEK, P.C.<br>ATTN: MICHAEL S. AMATO, ESQ.<br>(COUNSEL TO ESTHER RHEIN)<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 | RUSKIN MOSCOU FALTISCHEK, P.C.<br>ATTN. MICHAEL S. AMATO, ESQ.<br>(COUNSEL TO BARRY AND MARIE GOLDENBERG)<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 | SAUL EWING LLP<br>ATTN: MARK MINUTI, ESQUIRE<br>(PROPOSED DELAWARE COUNSEL TO: KENNETH N. KLEE, THE EXAMINER-DESIGNATE (THE "EXAMINER")<br>222 DELAWARE AVENUE, SUITE 1200, P.O. BOX 1266<br>WILMINGTON, DE 19899 |
| SCHULTE ROTH & ZABEL LLP<br>LAWRENCE V. GELBER, ESQUIRE<br>ADAM L. HIRSCH, ESQUIRE<br>919 THIRD AVENUE<br>(COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP)<br>NEW YORK, NY 10022 | SECURITIES & EXCHANGE COMMISSION<br>15TH & PENNSYLVANIA AVE, N.W.<br>WASHINGTON, DC 20020 | SEITZ, VAN OGTROP & GREEN, P.A.<br>ATTN: R.KARL HILL, ESQ.<br>222 DELAWARE AVENUE, STE 1500<br>PO BOX 68<br>(COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC.,DOW JONES & COMPANY)<br>WILMINGTON, DE 19899 |

| | | |
|---|---|---|
| SHIPMAN & GOODWIN LLP<br>ATTN. JULIE A. MANNING, ESQ.<br>(COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY)<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 | SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA ESQ.<br>(COUNSEL TO THE DEBTORS)<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 | SIDLEY AUSTIN LLP<br>JAMES F. CONLAN, ESQ.<br>BRYAN KRAKAUER, ESQ.<br>ONE SOUTH DEARBORN STREET<br>(CO-COUNSEL TO DEBTOR)<br>CHICAGO, IL 60603 |
| SIDLEY AUSTIN LLP<br>KEVIN T. LANTRY, ESQ.<br>555 WEST FIFTH STREET<br>(CO-COUNSEL TO DEBTOR)<br>LOS ANGELES, CA 90013 | SILVERMAN MCDONALD & FRIEDMAN<br>ATTN: BRIAN E. LUTNESS, ESQ.<br>COUNSEL TO MARCIA WILLETTE<br>GUARDIAN TO ZACHARY MITZKOVITZ<br>1010 N. BANKCROFT PARKWAY, SUITE 22<br>WILMINGTON, DE 19805 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| SIRLIN GALLOGLY & LESSER, P.C.<br>DANA S. PLON, ESQ.<br>1529 WALNUT STREET, SUITE 600<br>(COUNSEL TO UNISYS CORPORATIONI)<br>PHILADELPHIA, PA 19102 | STEMPEL BENNETT CLAMAN & HOCHBERG PC<br>COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD<br>ATTN EDMOND P O'BRIEN ESQ<br>675 THIRD AVENUE 31ST FLOOR<br>NEW YORK, NY 10017 | STUART MAUE<br>ATTN: W. ANDREW DALTON<br>FEE EXAMINER<br>3840 MCKELVEY RD<br>ST. LOUIS, MO 63044 |
| SULLIVAN HAZELTINE ALLINSON LLC<br>ATTN: WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III<br>COUNSEL TO WILMINGTON TRUST COMPANY<br>4 EAST 8TH STREET, SUITE 400<br>WILMINGTON, DE 19801 | SULLIVAN HAZELTINE ALLISON LLC<br>WILLIAM HAZELTINE, ESQ.<br>4 EAST 8TH STREET<br>STE. 400<br>(COUNSEL TO IVAN J. BATES)<br>WILMINGTON, DE 19801 | TEITELBAUM & BASKIN, LLP<br>ATTN: JAY TEITELBAUM<br>3 BARKER AVENUE, THIRD FLOOR<br>(COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN<br>W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III;J.SIMPSON;<br>M.WILLES; E.ZIMBALIST, III)<br>WHITE PLAINS, NY 10601 |
| THE DSF GROUP<br>ALLAN I. MUSCOVITZ, SR. ACCOUNTANT<br>950 WINTER STREET, STE 4300<br>WALTHAM, MA 02451-1486 | THE REIMANN LAW GROUP<br>ATTN. DAVID W. REIMANN, ESQUIRE<br>(ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I, LLC,<br>AND YORBA PARK SUB, LLC)<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 | THE SEAPORT GROUP LLC<br>ATTN SCOTT FRIEDBERG<br>360 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10017 |
| TOOD M. HOEPKER, ESQ.<br>(COUNSEL TO: COP-HANGING MOSS, LLC)<br>POST OFFICE BOX 3311<br>ORLANDO, FL 32802-3311 | TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT 06183-4044 | TRESSLER SODERSTORM MALONEY & PRESS, LLP<br>ATTN. JACQUELINE A. CRISWELL<br>(COUNSEL TO FISHER PRINTING, INC.)<br>SEARS TOWER, 22ND FLOOR<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6314 |
| TWENTIETH TELEVISION, INC.<br>ATTN: JODIE REA<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2121 AVENUE OF THE STARS, SUITE 1754<br>LOS ANGELES, CA 90067 | TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>(COUNSEL TO NORTHLAKE PROPERTY, LLC,<br>MIDWESTWAREHOUSE & DISTRIBUTION SYSTEM, INC. AND<br>BEFORD<br>MOTOR SERVICE, INC.)<br>750 SHIPYARD DRIVE, SUITE 400<br>P.O. BOX 2092<br>WILMINGTON, DE 19899-2092 | U.S. DEPARTMENT OF JUSTICE<br>ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION<br>555 4TH ST. NW ROOM 6110, P.O. BOX 227<br>WASHINGTON, DC 20044 |
| UNGARETTI & HARRIS<br>ATTN: GEORGE R. MESIRES, ESQ.<br>(COUNSEL TO KTR SOUTH FLORIDA LLC)<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON<br>CHICAGO, IL 60602 | UNISYS CORPORATION<br>ATTN: JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 | UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>PO BOX 875<br>WASHINGTON, DC 20004-0875 |
| UNITED STATES DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ELIZABETH S. GOLDBERG, ESQUIRE<br>(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR)<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 | US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>PO BOX 2046<br>WILMINGTON, DE 19899-2046 | VORYS SATER SEYMOUR & PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>(COUNSEL TO AOL LLC & RELATED ENTITIES; TURNER<br>BROADCASTING SYSTEM INC ET AL)<br>COLUMBUS, OH 43215 |
| VORYS, SATER, SEYMOUR AND PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>(COUNSEL TO: TURNER BROADCASTING SYSTEM INC ET AL)<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | WARNER BROS. TELEVISION DISTRIBUTION, INC.<br>ATTN: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L<br>ATTN: DOUGLAS R. GONZALES, ESQUIRE<br>COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH<br>200 EAST BROWARD BOULEVARD, ST. 1900<br>FORT LAUDERDALE, FL 33301 |

| | | |
|---|---|---|
| WHITE & CASE LLP<br>ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS.<br>(COUNSEL TO: WELLS FARGO BANK, N.A.)<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | WILLKIE FARR & GALLAGHER LLP<br>ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.<br>(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC)<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: ANDREW GOLDMAN, ESQ.<br>(COUNSEL TO: ANGELO GORDON & CO.)<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| WILMINGTON TRUST COMPANY<br>ATTN. PATRICK J. HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>(COUNSEL TO: VALUATION RESEARCH CORPORATION)<br>NEW YORK, NY 10166 | YOUNG CONAWAY STARGATT & TAYLOR,<br>ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.<br>THE BRADYWINE BUILDING - 17TH FLOOR<br>1000 WEST STREET, POST OFFICE BOX 391<br>(COUNSEL TO VARIOUS PARTIES LISTED ON NOA)<br>WILMINGTON, DE 19899-0391 |
| ZUCKERMAN SPAEDER LLP<br>GRAEME W. BUSH, ESQ.<br>JAMES SOTTILE, ESQ.<br>1800 M STREET, NW, STE 1000<br>(SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>WASHINGTON, DC 20036 | ZUCKERMAN SPAEDER LLP<br>THOMAS G. MACAULEY, ESQ.<br>VIRGINIA WHITEHALL GULDI, ESQ.<br>919 MARKET STREET, STE 990<br>(SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>WILMINGTON, DE 19801 | ZWERDLKING PAUL KAHN & WOLLY PC<br>COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,<br>LOCAL 32035, TNG-CWA<br>ATTN ROBERT E PAUL ESQ<br>1025 CONNECTICUT AVENUE NW SUITE 712<br>WASHINGTON, DC 20036-5420 |
| SCOTT WILCOX, ESQ.<br>WHITEFORD TAYLOR PRESTON LLC<br>1220 N. MARKET STREET, SUITE 608<br>WILMINGTON, DE 19801 | | |