# EXHIBIT A

# FEE AND EXPENSE DETAIL

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 25, 2011

**Invoice No. 1279698**

Client/Matter: 09722405-0001

UST GLOBAL INC.
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                           $          3,796.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON 刁

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 25, 2011

**Invoice No. 1279698**

Client/Matter:  09722405-0001

UST GLOBAL INC.
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/18/11 | M. Petry | 4.50 | Review UST agreement and related statements of work; create issues list regarding the same. |
| 1/21/11 | M. Petry | 0.50 | Discuss UST relationship. |
| 1/22/11 | M. Petry | 1.80 | Prepare amended and restated UST master agreement based on the form used with Infosys. |
| 1/23/11 | M. Petry | 0.50 | Review and distribute UST master agreement. |
| Total Hours | | 7.30 | |
| Fee Amount | | | $3,796.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 7.30 | $3,796.00 |
| Totals | | 7.30 | $3,796.00 |

| | | |
|---|---|---|
| Fee Total | $ | 3,796.00 |
| Invoice Total | $ | 3,796.00 |

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

February 22, 2011

**Invoice No. 1275737**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

Total This Invoice                                 $        2,557.55

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫟

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

February 22, 2011

**Invoice No. 1275737**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/05/11 | N. Spears | 0.20 | L190 | | Edit letter to plaintiffs' counsel. |
| 01/05/11 | K. Rodriguez | 0.90 | L310 | | Draft and revise letter to plaintiff's counsel re: motion to compel supplemental production. |
| 01/10/11 | K. Rodriguez | 0.10 | L390 | | Correspondence with opposing counsel re: supplementing discovery responses. |
| 01/10/11 | N. Spears | 0.30 | L120 | | Review email from plaintiff's counsel re: additional discovery and discuss same w/K. Rodriguez. |
| 01/19/11 | K. Rodriguez | 1.70 | L350 | | Draft and revise motion to compel documents and answers to interrogatories. |
| 01/19/11 | N. Spears | 0.30 | L120 | | Review motion to compel. |
| 01/20/11 | K. Rodriguez | 1.50 | L350 | | Draft and revise motion to compel interrogatory answers and documents. |
| 01/21/11 | K. Rodriguez | 0.20 | L430 | | Edit motion to compel (.10); Confer with L. Washburn regarding same (.10). |
| 01/24/11 | K. Rodriguez | 0.40 | L350 | | Revise and finalize motion to compel (.20); review exhibits for redaction (.20). |
| 01/24/11 | N. Spears | 0.30 | L120 | | Read and edit final motion to compel. |
| 01/28/11 | K. Rodriguez | 0.40 | L390 | | Draft letter to N. Polum re: deposition dates and motion to compel. |

Total Hours         6.30

Fee Amount

$2,239.00

JENNIFER KELLEY, ET AL.

Matter: 09723590-0013                                                    February 22, 2011
Invoice No.: 1275737

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $570.00 | 1.10 | $627.00 |
| K. Rodriguez | $310.00 | 5.20 | $1,612.00 |
| Totals | | 6.30 | $2,239.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 54.40 |
| | | SUBTOTAL | 54.40 |
| | Mics. Duplicating | | 5.40 |
| | | SUBTOTAL | 5.40 |
| | Specialized Document Processing Services | | .258.75 |
| | | SUBTOTAL | 258.75 |
| | Total Disbursements | | $318.55 |

| | | |
|---|---|---|
| Fee Total | $ | 2,239.00 |
| Disbursement Total | $ | 318.55 |
| Invoice Total | $ | 2,557.55 |

3

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281336**

Client/Matter: 09721775-0064

MARGARET HORSTMAN REPORTERS PRIVILEGE MATTER

Payment Due Upon Receipt

Total This Invoice                                           $          150.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281336**

Client/Matter: 09721775-0064

MARGARET HORSTMAN REPORTERS PRIVILEGE MATTER

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 1/14/2011 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. Court reporter fee 11/16/10 - Court Hearing | | 150.00 |
| | | SUBTOTAL | 150.00 |
| | Total Disbursements | | $150.00 |

| | | | |
|---|---|---|---|
| Disbursement Total | $ | 150.00 | |
| Invoice Total | $ | 150.00 | |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281340**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

---

Total This Invoice                                     $        6,670.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281340**

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/03/11 | K. Rodriguez | 0.20 | L190 | | Call with plaintiffs' counsel regarding status hearing set on 1/4 (.10); correspondence with D. Dunn regarding same (.10). |
| 01/03/11 | N. Spears | 0.30 | L120 | | Email from plaintiff's counsel and from D. Dunn re: municipal court hearing and discuss same w/K. Rodriguez. |
| 01/04/11 | N. Spears | 0.50 | L120 | | Update from K. Rodriguez re: municipal court appearance and next steps (.30); email to K. Flax re: same (.20). |
| 01/04/11 | K. Rodriguez | 1.10 | L450 | | Attend status hearing (.90); draft update regarding results of same (.20). |
| 01/05/11 | K. Rodriguez | 0.20 | L190 | | Confer with co-defendants' counsel re: transfer back to law division. |
| 01/17/11 | K. Rodriguez | 0.30 | L250 | | Review plaintiffs' motion to transfer (.20); correspondence with D. Dunn (Sun Times counsel) and N. Spears re: same (.10). |
| 01/26/11 | N. Spears | 0.50 | L120 | | Update on muni court proceeding and analyze strategy regarding same. |
| 01/26/11 | K. Rodriguez | 1.90 | L190 | | Attend hearing on plaintiffs' motion to transfer from municipal to law division (1.7); Correspondence with defense counsel and N. Spears re: same (.2). |
| 01/27/11 | N. Spears | 0.50 | L120 | | Joint defense call and email w/D. Dunn and Advocate's counsel re: municipal court issue. |

BRYAN AND CYNTHIA LINDGREN

March 16, 2011

Matter: 09721775-0066
Invoice No.: 1281340

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/27/11 | K. Rodriguez | 0.80 | L190 | | Conference call with co-defendants' counsel re: transfer back to Law Division (.5); Follow-up correspondence with co-defendants' counsel and N. Spears re: same (.1); Review case law re: reduction of awarded damages when complaint does not include an affidavit (.2). |
| 01/31/11 | K. Rodriguez | 0.10 | L190 | | Correspondence with D. Dunn re: call with plaintiffs' counsel concerning transfer back to Law Division. |
| 02/03/11 | N. Spears | 0.40 | L120 | | Email from D. Dunn re: call w/plaintiffs' counsel and respond to same (.30); email K. Flax re: same (.10). |
| 02/04/11 | N. Spears | 0.50 | L190 | | E-mail with Advocate's counsel (.3); review motion by Advocate briefly (.2). |
| 02/07/11 | N. Spears | 0.40 | L120 | | Read motion to stay discovery and discuss same w/K. Rodriguez. |
| 02/07/11 | K. Rodriguez | 0.30 | L350 | | Review co-defendant Advocate's motion to extend discovery cut off date in municipal court (.2); confer with counsel for co-defendant Sun Times re: agreement to motion (.1). |
| 02/08/11 | K. Rodriguez | 0.20 | L160 | | Confer with opposing counsel re: offer of mediation. |
| 02/09/11 | K. Rodriguez | 0.20 | L190 | | Confer with Plaintiffs' counsel re: mediation (.1); confer with counsel for co-defendant Advocate re: motion to extend discovery cut off date (.1). |
| 02/10/11 | K. Rodriguez | 0.70 | L301 | | Confer with counsel for Advocate (.3) and Sun Times (.2) re: motion to extend discovery cut off date; correspondence with N. Spears re: same (.2). |
| 02/10/11 | K. Rodriguez | 0.10 | L301 | | Confer with N. Spears re: strategy in agreeing to motion to extend discovery cut off date in municipal. |
| 02/10/11 | N. Spears | 0.50 | L120 | | Analyze motion to stay strategy (.3); e-mail with Advocate (.2). |
| 02/17/11 | N. Spears | 0.10 | L120 | | Confer with K. Rodriguez re: status. |

3

BRYAN AND CYNTHIA LINDGREN

March 16, 2011

Matter: 09721775-0066
Invoice No.: 1281340

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/23/11 | K. Rodriguez | 0.40 | L240 | | Review and analyze plaintiffs' response brief to motion to dismiss. |
| 02/25/11 | G. Naron | 0.20 | L240 | | Review opposition to motion to dismiss. |
| 02/28/11 | G. Naron | 5.50 | L240 | | Review file, opposition to motion to dismiss (.8); research re: reply to same (1.3); draft reply in support of motion (3.4). |

| | | | |
|---|---|---|---|
| Total Hours | | 15.90 | |
| Fee Amount | | | $6,658.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $545.00 | 3.70 | $2,016.50 |
| G. Naron | $495.00 | 5.70 | $2,821.50 |
| K. Rodriguez | $280.00 | 6.50 | $1,820.00 |
| Totals | | 15.90 | $6,658.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 1/26/2011 | Ground Transportation KRISTEN C RODRIGUEZ TAXI TO AND FROM HEARING | | 12.00 |
| | | SUBTOTAL | 12.00 |
| | Total Disbursements | | $12.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 6,658.00 | |
| Disbursement Total | $ | 12.00 | |
| Invoice Total | $ | 6,670.00 | |

4

# SNR DENTON 🛪

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 16, 2011

**Invoice No. 1281354**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

---

Total This Invoice                                    $        5,991.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 16, 2011

**Invoice No. 1281354**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/05/11 | N. Spears | 0.40 | L120 | | Call from City re: Lighty subpoena (.3); e-mail with K. Flax re: same (.1). |
| 01/06/11 | N. Spears | 1.70 | L110 | | Vet Pepsi article and discuss with K. Flax (.7); phone conference with K. Flax re: fair report (.2); e-mail re: same (.1); review draft letter to City re:: Lighty subpoena (.2); review Lighty subpoena from City (.2); e-mail re: same (.3). |
| 01/06/11 | K. Rodriguez | 0.30 | L190 | | Prepare letter in opposition to subpoena for reporter T. Lighty from City of Chicago. |
| 01/18/11 | N. Spears | 0.50 | L120 | | Phone conference and email w/B. Healey re: closure of Pagono bankruptcy hearing (.30); email re: 2nd Notre Dame story (.20). |
| 01/18/11 | J. Klenk | 0.50 | L120 | | Teleconference with S. Balsley re: Pagano Rule 2004 bankruptcy hearing (.2); email re: same (.1); teleconference with B. Healey (.2). |
| 01/19/11 | N. Spears | 1.60 | L120 | | Read and vet 2nd Notre Dame story (.60); discuss same w/B. Healey (.20); discuss same w/P. Kendall (.40); re-vet parts of story based on new information from P. Kendall (.30); discuss w/B. Healey (.10). |
| 01/31/11 | N. Spears | 0.80 | L120 | | Phone conference w/P. Kendall and K. Flax re: FERPA case filed under seal after School Board removed to Federal Court (.30); Vet new article and discuss same w/K. Flax (.30); final discussion w/K. Flax and P. Kendall re: same (.20). |

EDITORIAL-GENERAL
0000001492

March 16, 2011

Matter: 09721775-1003
Invoice No.: 1281354

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/08/11 | N. Spears | 0.30 | L120 | | Review and analyze T. Malone subpoena and discuss w/K. Rodriguez. |
| 02/08/11 | N. Spears | 0.70 | L120 | | Read and vet "Father Ted" story (.50); phone conferences w/K. Flax re: same (.20). |
| 02/09/11 | N. Spears | 0.10 | L110 | | E-mail from K. Flax. |
| 02/10/11 | N. Spears | 0.20 | L120 | | Read article re: T. Malone subpoena. |
| 02/11/11 | N. Spears | 0.60 | L120 | | Phone conference with S. Powers re: complaint about Beetles show review (.3); read e-mail re: same (.2); e-mail with J. Hirt re: same (.1). |
| 02/14/11 | K. Rodriguez | 0.30 | L190 | | Interview subpoenaed reporter, T. Malone. |
| 02/15/11 | K. Rodriguez | 0.20 | L190 | | Confer with N. Spears re: subpoenas to Malone and Higgins. |
| 02/16/11 | N. Spears | 0.80 | L110 | | Read Notre Dame second case story (.4); confer with B. Healey re: same (.4). |
| 02/17/11 | N. Spears | 0.10 | L120 | | Confer with K. Rodriguez re: Malone and call to plaintiff's counsel and subpoena response. |
| 02/17/11 | K. Rodriguez | 0.10 | L190 | | Call with counsel issuing subpoena to T. Malone. |
| 02/18/11 | K. Rodriguez | 0.40 | L190 | | Call with counsel issuing subpoena to T. Malone (.3); Confer with N. Spears re: same. (.1). |

3

EDITORIAL-GENERAL
0000001492

March 16, 2011

Matter: 09721775-1003
Invoice No.: 1281354

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/21/11 | K. Rodriguez | 1.80 | L190 | | Correspondence with counsel who issued the subpoena to reporter T. Malone (.2); Update T. Malone on status of subpoena (.2); Review second article authored by reporter Tara Malone at issue (.2); Confer with N. Spears and K. Flax re: strategy in responding to subpoena issued to T. Malone (.1); Draft affidavit for T. Malone for use in school district boundary redrawing trial (.5); Draft letter to counsel issuing subpoena to Tara Malone reiterating objections and noting agreement to submitting an affidavit in lieu of testimony (.6). |
| 02/22/11 | K. Rodriguez | 0.30 | L190 | | Revise letter to counsel issuing subpoena to T. Malone. |
| 02/23/11 | K. Rodriguez | 0.10 | L190 | | Review status of motion to bar testimony of Tara Malone. |
| 02/24/11 | K. Rodriguez | 0.20 | L190 | | Update reporter Tara Malone concerning status of trial subpoena. |
| 02/25/11 | K. Rodriguez | 1.10 | L120 | | Confer with counsel for plaintiffs concerning deposition subpoena issued to reporter Tara Malone (.2); Confer with counsel for defendant regarding same (.2); Review deposition subpoena and rider (.1); Confer with N. Spears and K. Flax re: strategy in responding to deposition subpoena (.2); Draft letter to defendant's counsel, who issued the deposition subpoena, objecting to subpoena (.3); Confer with Tara Malone re: status of deposition subpoena (.1). |
| 02/28/11 | K. Rodriguez | 0.30 | L190 | | Correspondence with attorney at Baker Hostetler at K. Flax request re: statement of interest needed for DC Court of Appeals amicus brief. |

| Total Hours | | 13.40 | | | |
| Fee Amount | | | | | $5,991.50 |

4

EDITORIAL-GENERAL
0000001492

March 16, 2011

Matter: 09721775-1003
Invoice No.: 1281354

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $625.00 | 0.50 | $312.50 |
| N. Spears | $545.00 | 7.80 | $4,251.00 |
| K. Rodriguez | $280.00 | 5.10 | $1,428.00 |
| Totals | | 13.40 | $5,991.50 |

Fee Total  $    5,991.50

Invoice Total  $    5,991.50

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281355**

Client/Matter: 09721775-0001

M. Higgins Subpoena - Missner v. Clifford

Payment Due Upon Receipt

Total This Invoice

$          3,263.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281355**

Client/Matter:  09721775-0001

M. Higgins Subpoena - Missner v. Clifford

For Professional Services Rendered through March 8, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/20/11 | N. Spears | 1.60 | | | Phone conference and email from K. Flax re: subpoena to M. Higgins and review same (.40); call w/M. Higgins re: background (.40); call w/Clifford's counsel (.30); follow up call w/M. Higgins (.20); follow up email to K. Flax (.30). |
| 01/24/11 | N. Spears | 0.40 | | | Conference w/K. Rodriguez re: background and draft letter to Clifford's counsel. |
| 01/25/11 | N. Spears | 0.40 | | | Review and edit letter to Clifford's attorney. |
| 01/25/11 | K. Rodriguez | 1.40 | L190 | | Draft letter re: Higgins subpoena in Missner v. Clifford (.4); Review related Supreme Court and Appellate Court decisions to aid in response to subpoena (1.0). |
| 02/04/11 | K. Rodriguez | 0.50 | L190 | | Confer with N. Spears and reporter M. Higgins re: subpoena received in Missner v. Clifford case (.3); Review related appellate court case with N. Spears (.2). |
| 02/04/11 | N. Spears | 1.40 | | | Read Ficaro and Clifford cases (.50); review issues for Reporter's privilege motion (.50); call w/M. Higgins re: documents, notes, recollection (.50); call to Clifford's counsel (.10). |
| 02/08/11 | N. Spears | 0.40 | | | Phone conference w/Clifford's lawyer. |

M. Higgins Subpoena - Missner v. Clifford

March 16, 2011

Matter: 09721775-0001
Invoice No.: 1281355

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/08/11 | K. Rodriguez | 0.50 | L190 | | Confer with N. Spears re: strategy in responding to subpoenas to reporter M. Higgins(.3); Confer with counsel issuing subpoena to M. Higgins re: further postponing enforcement of subpoena. |
| 02/09/11 | K. Rodriguez | 0.30 | L190 | | Draft letter to counsel issuing subpoena to reporter M. Higgins re: postponing enforcement of subpoena. |
| 02/09/11 | N. Spears | 0.30 | | | Edit letter to Clifford's counsel. |
| 02/11/11 | N. Spears | 0.10 | | | Call to Clifford counsel. |
| Total Hours | | 7.30 | | | |
| Fee Amount | | | | | $3,263.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $545.00 | 4.60 | $2,507.00 |
| K. Rodriguez | $280.00 | 2.70 | $756.00 |
| Totals | | 7.30 | $3,263.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 3,263.00 | |
| Invoice Total | $ | 3,263.00 | |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281359**

Client/Matter: 09721775-0071

CC Event Productions, Inc.

Payment Due Upon Receipt

---

Total This Invoice                                    $        5,943.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281359**

Client/Matter:  09721775-0071

CC Event Productions, Inc.

For Professional Services Rendered through March 16, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/20/10 | N. Spears | 0.10 | L120 | | Email w/B. Healey re: response deadline. |
| 01/06/11 | N. Spears | 0.60 | L110 | | Discuss next steps with K. Flax and e-mail with B. Healey (.3); discuss same with J. Klenk (.2); review WGN website (.1). |
| 01/06/11 | J. Klenk | 1.10 | L120 | | Review recap data (.2); teleconference with N. Spears (.1); review contract (.2); teleconference with K. Flax (.3); email re: settlement strategy (.3). |
| 01/07/11 | J. Klenk | 0.30 | L120 | | Teleconference with B. Healey (.3). |
| 01/10/11 | J. Klenk | 0.40 | L120 | | Teleconference with B. Healey re: settlement strategy and answer (.2); teleconference with A. Brown re: appearance and extension (.2). |
| 01/12/11 | J. Klenk | 0.20 | L120 | | Teleconference with B. Healey (.1); teleconference with A. Brown re: appearance and jury demand (.1). |
| 01/12/11 | A. Brown | 2.00 | L430 | | Phone call with opposing counsel for extension of time to answer (20 minutes); email correspondence (20 minutes); draft motion for agreed extension of time to answer (45 minutes); file motion (15 minutes); file notice of appearance (20 minutes) |
| 01/25/11 | J. Klenk | 0.60 | L120 | | Teleconference with K. Flax (.2); teleconference with B. Healey (.2); review spreadsheet (.2). |
| 01/28/11 | J. Klenk | 0.20 | L120 | | Teleconference with B. Healey. |
| 02/01/11 | J. Klenk | 0.20 | L120 | | Email from T. Waters. |

CC Event Productions, Inc.

March 16, 2011

Matter: 09721775-0071
Invoice No.: 1281359

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/07/11 | J. Klenk | 0.10 | L120 | | Email A. Brown. |
| 02/07/11 | A. Brown | 1.00 | L190 | | Draft letter to opposing counsel regarding breach of contract claims |
| 02/08/11 | J. Klenk | 0.20 | L120 | | Email opposing counsel re: settlement. |
| 02/09/11 | J. Klenk | 0.60 | L160 | | Teleconference with T. Waters re: settlement (.3); emails B. Healey, K. Flax (.2); teleconference with B. Healey (.1). |
| 02/11/11 | J. Klenk | 0.40 | L160 | | Teleconference with T. Waters re: settlement (.2); emails client, A. Brown (.2). |
| 02/14/11 | J. Klenk | 0.30 | L160 | | Revise settlement agreement (.1); teleconference with A. Brown (.1); email B. Healey (.1). |
| 02/14/11 | A. Brown | 1.50 | L250 | | Draft settlement agreement and mutual general release |
| 02/14/11 | A. Brown | 0.20 | L160 | | Final revisions to Settlement Agreement and Mutual General Release |
| 02/15/11 | J. Klenk | 0.50 | L160 | | Teleconference with B. Healey (.2); review Healey revisions to settlement agreement and revise same (.3). |
| 02/16/11 | J. Klenk | 0.10 | L160 | | Email T. Waters. |
| 02/21/11 | J. Klenk | 0.10 | L160 | | Email B. Healey. |
| 02/22/11 | J. Klenk | 0.20 | L160 | | Email B. Healey (.1); email T. Waters (.1). |
| 03/01/11 | J. Klenk | 0.30 | L160 | | Emails and teleconference with B. Healey re: W-9s. |
| 03/03/11 | J. Klenk | 0.20 | L160 | | Emails re: W-9s with T. Waters and B. Healey. |
| 03/09/11 | J. Klenk | 0.10 | L160 | | Letter re: settlement check and dismissal. |

Total Hours                                11.50

Fee Amount                                                                    $5,510.00

CC Event Productions, Inc.

March 16, 2011

Matter: 09721775-0071
Invoice No.: 1281359

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $625.00 | 6.10 | $3,812.50 |
| N. Spears | $545.00 | 0.70 | $381.50 |
| A. Brown | $280.00 | 4.70 | $1,316.00 |
| Totals | | 11.50 | $5,510.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 1/12/2011 | Court Costs - - | DOCKET PETTY CASH COURT COSTS | 433.00 |
| | | SUBTOTAL | 433.00 |
| | Total Disbursements | | $433.00 |

| | | |
|---|---|---|
| Fee Total | $ | 5,510.00 |
| Disbursement Total | $ | 433.00 |
| Invoice Total | $ | 5,943.00 |

# SNR DENTON ⫍

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 15, 2011

**Invoice No. 1280988**

Client/Matter: 09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                    $       5,668.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 15, 2011

**Invoice No. 1280988**

Client/Matter:  09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/3/11 | R. Gullikson | 0.20 | Revise letter agreement to remove references to trademark usage guidelines; call with K. Jurgeto re letter agreement. |
| 1/5/11 | R. Gullikson | 0.50 | Review emails re Letter Agreement; revise same and create execution copy. |
| 1/14/11 | R. Gullikson | 1.50 | Review Non-Disclosure Agreement request from Samsung; multiple emails and call with K. Jurgeto re need for Non-Disclosure Agreement and process; review and revise Samsung form of Non-Disclosure Agreement; email response to questions for Tribune. |
| 1/21/11 | R. Gullikson | 2.50 | Review and revise Agreement to provide Online Application; emails to Tribune re issues raised in Samsung Agreement. |
| 1/24/11 | R. Gullikson | 1.00 | Call with Tribune team re issues raised in Samsung Agreement; begin to revise Agreement accordingly. |
| 1/25/11 | R. Gullikson | 3.50 | Revise Agreement for Samsung Devices per call with Tribune. |
| 1/26/11 | R. Gullikson | 1.70 | Status call with Tribune team; drafted Letter Agreement for preliminary testing and other work. |

| | | |
|---|---|---|
| Total Hours | 10.90 | |
| Fee Amount | | $5,668.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $520.00 | 10.90 | $5,668.00 |
| Totals | | 10.90 | $5,668.00 |

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

March 15, 2011

Matter: 09722405-0061
Invoice No.: 1280988

| | | |
|---|---|---|
| Fee Total | $ | 5,668.00 |
| Invoice Total | $ | 5,668.00 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 25, 2011

**Invoice No. 1279701**

Client/Matter: 09722405-0059

MARKETING SOLUTIONS GROUP, INC., CONTRACT WITH
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                      $          3,952.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 25, 2011

**Invoice No. 1279701**

Client/Matter:  09722405-0059

MARKETING SOLUTIONS GROUP, INC., CONTRACT WITH
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/11/11 | M. Petry | 2.50 | 1,300.00 | Participate in conference call and prepare issues list re Market Solutions Group agreements. |
| 01/12/11 | M. Petry | 4.00 | 2,080.00 | Prepare final proposed redline to Market Solutions Group agreement; prepare Statement of Work template; review broadcast specific draft agreement and compare to enterprise template. |
| 01/13/11 | M. Petry | 0.20 | 104.00 | Attention to email and respond to various SOW issues raised by business units; provide comments re Broadcast SOW. |
| 01/26/11 | M. Petry | 0.50 | 260.00 | Attention to emails re MSP SOW issues, including length of term. |
| 01/27/11 | M. Petry | 0.40 | 208.00 | Discuss and comment on business unit SOW issues, including term, x-defaults, and other SOW issues. |
| Total Hours | | 7.60 | | |
| Fee Amount | | | | $3,952.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 7.60 | $3,952.00 |
| Totals | | 7.60 | $3,952.00 |

2

MARKETING SOLUTIONS GROUP, INC., CONTRACT WITH
TRIBUNE CONTACT:  RITA DeBOER

February 25, 2011

Matter: 09722405-0059
Invoice No.: 1279701

|  | | |
|---|---|---|
| Fee Total | $ | 3,952.00 |
| Invoice Total | $ | 3,952.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 25, 2011

**Invoice No. 1279702**

Client/Matter: 09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                    $        5,712.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 25, 2011

**Invoice No. 1279702**

Client/Matter: 09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT: RITA DEBOER

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/3/11 | R. Gullikson | 1.70 | Multiple emails regarding open issues in Microsoft Agreement; review Non-Disclosure Agreement with Microsoft; propose solutions of indemnity related issues; call with B. Healey re same and other open issues; revised Agreement multiple times. |
| 1/6/11 | C. Been | 1.50 | Draft revisions to agreement and comments on Microsoft shared source exchange document. |
| 1/14/11 | R. Gullikson | 2.80 | Reviewed Master Support Agreement with Microsoft and emailed client team re same; reviewed Master Consulting Agreement and Work Order for AZURE; summarized terms and provided email analysis. |
| 1/18/11 | R. Gullikson | 0.30 | Emails to B. Healey re issues in Microsoft Master Services Agreement and next steps; call with C. Been re open source issues and Codeplex. |
| 1/19/11 | R. Gullikson | 0.30 | Call with B. Healey and K. Jurgeto re Microsoft arrangement and open issues raised by Microsoft Consulting Agreement and next steps with Microsoft. |
| 1/28/11 | R. Gullikson | 4.50 | Call with K. Jurgeto and B. Healey and Micros (D. Dugan et al.) re contractual structure to be used to document relationship on Mosaic project; review and revise Project Scout Promotion Agreement; call with B. Healey re same; revise Agreement further re termination, term and IP infringement and send to Tribune team. |

| | | | |
|------|------|------|------|
| Total Hours | | 11.10 | |
| Fee Amount | | | $5,712.00 |

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

February 25, 2011

Matter: 09722405-0060
Invoice No.: 1279702

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Been | $480.00 | 1.50 | $720.00 |
| R. Gullikson | $520.00 | 9.60 | $4,992.00 |
| Totals | | 11.10 | $5,712.00 |
| Fee Total | $ | 5,712.00 | |
| Invoice Total | $ | 5,712.00 | |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 25, 2011

**Invoice No. 1279703**

Client/Matter: 09722405-0062

CLARITY CONSULTING, INC. , CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                           $        8,404.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

TRIBUNE COMPANY                                      February 25, 2011
RITA DEBOER
435 NORTH MICHIGAN AVENUE                           **Invoice No. 1279703**
CHICAGO, IL 60611
USA

Client/Matter:  09722405-0062

CLARITY CONSULTING, INC. , CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 1/3/11 | R. Gullikson | 0.30 | Review emails from Clarity re revision to Exhibit A; revise and distribute execution copies of Master Services Agreement and Statement of Work. |
| 1/4/11 | R. Gullikson | 1.00 | Multiple emails re rights in certain intellectual property; call with S. Okizaki and D. Schuster re same; revised Master Services Agreement and sent to Tribune and Clarity. |
| 1/5/11 | R. Gullikson | 0.80 | Review emails re ownership of certain intellectual property; review relevant Agreement terms and draft email response; calls with B. Healey re same; set up call with Tribune team. |
| 1/6/11 | R. Gullikson | 1.00 | Call with B. Healey, K. Jurgetto, D. Schuster, and S. Okizaki re IP ownership issues; call to C.A. Been re open source issues. |
| 1/6/11 | C. Been | 1.50 | Communications with R. Gullikson regarding issues in agreement between Tribune and Clarity regarding e-reader development; review materials. |
| 1/7/11 | R. Gullikson | 2.50 | Review C.A. Been comments re IP ownership issue and open source; revise Master Services Agreement and Statement of Work and draft email summary of open issues. |
| 1/7/11 | C. Been | 0.80 | Review open source license for Native Extensions to Silverlight; communications with R. Gullikson regarding Clarity agreement. |
| 1/10/11 | R. Gullikson | 1.00 | Call with B. Healy, D. Schuster, K. Jurgeto and S. Okizaki re open issues in Master Services Agreement and IP ownership issues. |
| 1/14/11 | R. Gullikson | 1.00 | Review Microsoft emails re IP rights; revise Master Services Agreement with Clarity and draft email re open issues. |
| 1/17/11 | R. Gullikson | 1.20 | Call with B> Healey re IP ownership issues; reviewed same and drafted email to Tribune team re description of IP listed on Exhibit A, then to C. Been re patent rights; call re Mosaic functionaiity. |

2

CLARITY CONSULTING, INC. , CONTRACT WITH
TRIBUNE CONTACT: RITA DEBOER

February 25, 2011

Matter: 09722405-0062
Invoice No.: 1279703

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 1/18/11 | R. Gullikson | 1.00 | Review C. Been email regarding IP issues, including patent rights; call with C. Been regarding same; multiple emails to Tribune regarding same, Including analysis of Microsoft email on Clarity IP rights, open source licenses, and descriptions of IP on Exhibit A. |
| 1/18/11 | C. Been | 1.80 | Review communications with client, Microsoft and Clarity; communications with R. Gullikson regarding same; review CodePlex terms of use and MS-PL open source license. |
| 1/19/11 | R. Gullikson | 0.50 | Call with S. Okizaki, K. Jurgeto and B. Healey re Exhibit A to Master Services Agreement and rights in associated IP; discuss general information re the project (Verizon; 202). |
| 1/24/11 | R. Gullikson | 0.30 | Review C.A. Been's comments regarding Clarity Methods and Tools, in particular related to Touchscreen description and exclusions; email to B. Healey re: same. |
| 1/24/11 | C. Been | 0.30 | Review communications regarding touch language and forward comments to R. Gullikson. |
| 1/27/11 | R. Gullikson | 1.00 | Status call with B. Healey; revise Clarity Master Services Agreement and Statement of Work and send to Tribune for review. |
| 1/28/11 | R. Gullikson | 0.50 | Call with K. Jurgeto, S. Okizaki and B. Healey re open issues with respect to Samsung, Clarity and Microsoft and proposed approach to resolution; discuss Exhibit 1 to Clarity Agreement and description of IP; revise accordingly and re-send to Tribune. |

| Total Hours | | 16.50 | |
|---|---|---|---|

Fee Amount                                                                                      $8,404.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| C. Been | $480.00 | 4.40 | $2,112.00 |
| R. Gullikson | $520.00 | 12.10 | $6,292.00 |
| Totals | | 16.50 | $8,404.00 |

3

CLARITY CONSULTING, INC. , CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

February 25, 2011

Matter: 09722405-0062
Invoice No.: 1279703

| | | |
|---|---|---|
| Fee Total | $ | 8,404.00 |
| Invoice Total | $ | 8,404.00 |

4

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 North Michigan Avenue
Chicago, IL 60611
USA

February 25, 2011

**Invoice No. 1279704**

Client/Matter: 09722405-0063

MARKETZONE
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                              $            8,320.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 North Michigan Avenue
Chicago, IL 60611
USA

February 25, 2011

**Invoice No. 1279704**

Client/Matter:  09722405-0063

MARKETZONE
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/14/11 | M. Petry | 7.50 | 3,900.00 | Review and provide comments and suggested revisions to MarketZone Schedule and Statement of Work. |
| 01/19/11 | M. Petry | 1.30 | 676.00 | Review MarketZone master agreement and revise schedule 6 based on terms in master agreement. |
| 01/25/11 | M. Petry | 0.70 | 364.00 | Review redline from InfoGroup re MZP Schedule 6. |
| 01/26/11 | M. Petry | 1.00 | 520.00 | Review redline from InfoGroup re MZP Schedule 6; review master license and services agreement executed in 2009. |
| 01/27/11 | M. Petry | 1.50 | 780.00 | Participate in conference call negotiations with InfoGroup. |
| 01/28/11 | M. Petry | 4.00 | 2,080.00 | Prepare revised redline to the MZP Schedule; prepare amendment to the master license agreement. |

Total Hours                     16.00

Fee Amount                                                              $8,320.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 16.00 | $8,320.00 |
| Totals | | 16.00 | $8,320.00 |

2

MARKETZONE
TRIBUNE CONTACT:  RITA DeBOER

February 25, 2011

Matter: 09722405-0063
Invoice No.: 1279704

| | | |
|---|---|---|
| Fee Total | $ | 8,320.00 |
| Invoice Total | $ | 8,320.00 |

# SNR DENTON ⅁

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 25, 2011

**Invoice No. 1279700**

Client/Matter: 09722405-0058

INFOSYS TECHNOLOGIES LIMITED
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                          $        6,292.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

February 25, 2011

**Invoice No. 1279700**

Client/Matter:  09722405-0058

INFOSYS TECHNOLOGIES LIMITED
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 01/18/11 | M. Petry | 1.00 | 520.00 | Review Infosys redline. |
| 01/19/11 | M. Petry | 1.50 | 780.00 | Discuss and begin making revisions to Infosys master agreement. |
| 01/20/11 | M. Petry | 4.50 | 2,340.00 | Prepare updated master agreement redline and draft statement of work for Infosys relationship. |
| 01/27/11 | M. Petry | 0.30 | 156.00 | Review and discuss Infosys status and issues list. |
| 01/28/11 | M. Petry | 0.80 | 416.00 | Review Infosys issues list. |
| 01/31/11 | M. Petry | 4.00 | 2,080.00 | Discuss Infosys agreement internally; negotiate with Infosys; review issues list and agreement. |

| | | | |
|---|---|---|---|
| Total Hours | 12.10 | | |
| Fee Amount | | | $6,292.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Petry | $520.00 | 12.10 | $6,292.00 |
| Totals | | 12.10 | $6,292.00 |

| | | |
|---|---|---|
| Fee Total | $ | 6,292.00 |
| Invoice Total | $ | 6,292.00 |

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 16, 2011

**Invoice No. 1281367**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

Payment Due Upon Receipt

Total This Invoice                                          $        437.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 16, 2011

**Invoice No. 1281367**

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/01/11 | J. Klenk | 0.70 | L120 | | Conference call with Karen Flax, David Bralow re: bankruptcy issues, settlement (.4); emails D. Bralow. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.70 | |
| Fee Amount | | | $437.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $625.00 | 0.70 | $437.50 |
| Totals | | 0.70 | $437.50 |

| | | |
|---|---|---|
| Fee Total | $ | 437.50 |
| Invoice Total | $ | 437.50 |

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 24, 2011

**Invoice No. 1283355**

Client/Matter: 09722405-0001

UST GLOBAL INC.
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                    $        6,812.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

March 24, 2011

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

**Invoice No. 1283355**

Client/Matter:  09722405-0001

UST GLOBAL INC.
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/10/11 | M. Petry | 0.50 | Review Delta Computer maintenance agreement. |
| 2/11/11 | M. Petry | 0.50 | Review UST agreement. |
| 2/12/11 | M. Petry | 3.30 | Review and prepare redline to Delta maintenance agreement; Review and revise UST Global agreement. |
| 2/13/11 | M. Petry | 1.50 | Review and distribute updated Delta agreement; review and revise UST Global agreement. |
| 2/14/11 | M. Petry | 2.00 | Finalize counter-response to UST. |
| 2/22/11 | M. Petry | 2.30 | Prepare for and participate in negotiations with UST. |
| 2/24/11 | M. Petry | 3.00 | Prepare redline to UST agreement based on prior conference call. |

| | | |
|---|---|---|
| Total Hours | 13.10 | |
| Fee Amount | | $6,812.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 13.10 | $6,812.00 |
| Totals | | 13.10 | $6,812.00 |

| | | |
|---|---|---|
| Fee Total | $ | 6,812.00 |
| Invoice Total | $ | 6,812.00 |

2

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 15, 2011

**Invoice No. 1280986**

Client/Matter: 09722405-0002

projekt202, CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                                        $        8,944.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 15, 2011

**Invoice No. 1280986**

Client/Matter:  09722405-0002

projekt202, CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/1/11 | R. Gullikson | 0.50 | Call with B. Healey, J. Jurgeto, D. Schuster, and S. Okizaki re projekt202 scope, approach and status and other discussions with Samsung, Microsoft and Clarity. |
| 2/3/11 | R. Gullikson | 5.80 | Review and revise Master Agreement draft from Projekt202; send to Tribune with summary of certain issues. |
| 2/4/11 | R. Gullikson | 1.00 | Review proposal and Statement of Work sent by Projekt202; draft email to Tribune summarizing issues. |
| 2/8/11 | R. Gullikson | 0.30 | Multiple emails re Statement of Work and Proposal; begin review of comments to Master Services Agreement. |
| 2/10/11 | R. Gullikson | 3.00 | Revise Master Services Agreement with projekt202; draft issues list for Tribune consideration. |
| 2/11/11 | R. Gullikson | 2.70 | Review and revise Statement of Work and attachment (proposal). |
| 2/16/11 | R. Gullikson | 2.80 | Completed revisions to projekt202 Statement of Work. |
| 2/17/11 | R. Gullikson | 0.30 | Review B. Healey comments to Statement of Work and prepare copy for distribution to projekt202. |
| 2/21/11 | R. Gullikson | 0.50 | Reviewed projekt202 mark up of Master Services Agreement and drafted summary of issues for Tribune review. |
| 2/22/11 | R. Gullikson | 0.30 | Call with D. Schuster, S. Okizaki, B. Healey and K. Jurgeto re projekt202 Master Services Agreement. |

Total Hours                                      17.20

Fee Amount                                                                        $8,944.00

projekt202, CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

March 15, 2011

Matter: 09722405-0002
Invoice No.: 1280986

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Gullikson | $520.00 | 17.20 | $8,944.00 |
| Totals | | 17.20 | $8,944.00 |

|  |  |  |
|--|--|--|
| Fee Total | $ | 8,944.00 |
| Invoice Total | $ | 8,944.00 |

# SNR DENTON 力

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

**Invoice No. 1287141**

Client/Matter: 09722405-0006

Noble Systems Contract Review
Tribune Contact: Rita DeBoer

Payment Due Upon Receipt

---

Total This Invoice                                    $        8,268.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

**Invoice No. 1287141**

Client/Matter:  09722405-0006

Noble Systems Contract Review
Tribune Contact: Rita DeBoer

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/25/11 | M. Petry | 7.00 | 3,640.00 | (Tribune/Noble Systems) Review and revise Noble systems agreement. |
| 03/04/11 | M. Petry | 1.50 | 780.00 | Prepare for and participate in negotiations with Noble Systems. |
| 03/13/11 | M. Petry | 0.30 | 156.00 | Review revisions to Noble Agreement. |
| 03/14/11 | M. Petry | 2.50 | 1,300.00 | Prepare for and participate in conference calls re Noble negotiations. |
| 03/15/11 | M. Petry | 1.30 | 676.00 | Discuss issues with Banks Neil re Noble Agreement; review redline. |
| 03/18/11 | M. Petry | 2.00 | 1,040.00 | Review Noble draft and prepare redline. |
| 03/21/11 | M. Petry | 0.30 | 156.00 | Review updated agreement from Noble and request updated execution version. |
| 03/25/11 | M. Petry | 0.50 | 260.00 | Review updated document from Noble. |
| 03/28/11 | M. Petry | 0.50 | 260.00 | Review and distribute proposed final agreement with Noble systems. |

Total Hours                              15.90

Fee Amount                                                    $8,268.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 15.90 | $8,268.00 |
| Totals | | 15.90 | $8,268.00 |

Noble Systems Contract Review
Tribune Contact: Rita DeBoer

April 14, 2011

Matter: 09722405-0006
Invoice No.: 1287141

|  |  |  |
|---|---|---|
| Fee Total | $ | 8,268.00 |
| Invoice Total | $ | 8,268.00 |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

.

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 25, 2011

**Invoice No. 1283591**

Client/Matter: 09722405-0007

DATA SECURITY/PRIVACY ISSUES
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                    $        2,223.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 25, 2011

**Invoice No. 1283591**

Client/Matter:  09722405-0007

DATA SECURITY/PRIVACY ISSUES
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/24/11 | R. Sabett | 1.30 | Reading and analysis of Amex updates and issues; revisions to agreement; email memorandum to client regarding same. |
| 2/24/11 | R. Sabett | 0.50 | Email memorandum to R. DeBoer regarding zip code as personal information; forwarding of case. |
| 2/25/11 | R. Sabett | 0.80 | Reading and analysis of agreement involving Experian and Williams-Sonoma; emails regarding same to/from client and R. Gullikson. |
| 2/25/11 | R. Sabett | 0.50 | Teleconference with Tribune team regarding Experian agreement and zip codes as personal information. |
| 2/26/11 | R. Sabett | 0.80 | Further analysis of and revisions to Experian agreement; email of same to R. DeBoer. |

Total Hours                3.90

Fee Amount

$2,223.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Sabett | $570.00 | 3.90 | $2,223.00 |
| Totals | | 3.90 | $2,223.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,223.00 |
| Invoice Total | $ | 2,223.00 |

2

# SNR DENTON 🔳

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 24, 2011

**Invoice No. 1283359**

Client/Matter: 09722405-0058

INFOSYS TECHNOLOGIES LIMITED
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

---

Total This Invoice                                       $        3,120.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 24, 2011

**Invoice No. 1283359**

Client/Matter:  09722405-0058

INFOSYS TECHNOLOGIES LIMITED
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/15/11 | M. Petry | 0.50 | 260.00 | Review and discuss negotiation status and issues. |
| 02/16/11 | M. Petry | 5.20 | 2,704.00 | Prepare updated final proposed draft and cover email to Infosys. |
| 02/17/11 | M. Petry | 0.30 | 156.00 | Distribute updated Agreement to Infosys with cover email. |
| Total Hours | | 6.00 | | |
| Fee Amount | | | | $3,120.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 6.00 | $3,120.00 |
| Totals | | 6.00 | $3,120.00 |

| | | |
|---|---|---|
| Fee Total | $ | 3,120.00 |
| Invoice Total | $ | 3,120.00 |

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 24, 2011

**Invoice No. 1283360**

Client/Matter: 09722405-0059

MARKETING SOLUTIONS GROUP, INC., CONTRACT WITH
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                              $          156.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 24, 2011

**Invoice No. 1283360**

Client/Matter:  09722405-0059

MARKETING SOLUTIONS GROUP, INC., CONTRACT WITH
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/11/11 | M. Petry | 0.30 | 156.00 | Locate and send final MSG documents to Tribune; attention to emails. |
| Total Hours | | 0.30 | | |
| Fee Amount | | | | $156.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Petry | $520.00 | 0.30 | $156.00 |
| Totals | | 0.30 | $156.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 156.00 | |
| Invoice Total | $ | 156.00 | |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 15, 2011

**Invoice No. 1280987**

Client/Matter: 09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                                      $        7,632.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 15, 2011

**Invoice No. 1280987**

Client/Matter:  09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/2/11 | C. Been | 0.30 | Communications with R. Gullikson regarding infringement indemnification. |
| 2/2/11 | R. Gullikson | 3.20 | Review Microsoft mark up of Promotion Scout Agreement; draft issues list re Microsoft positions and revise Agreement accordingly. |
| 2/3/11 | R. Gullikson | 0.20 | Review D. Schuster email re open issues and revise Scout Agreement accordingly. |
| 2/4/11 | R. Gullikson | 0.30 | Call with B. Healey re Scout Promotion Agreement. |
| 2/7/11 | R. Gullikson | 0.50 | Call with B. Healey re open issues in Scout Agreement and projekt 202 due diligence requirements; revised Promotion Agreement and sent to Tribune business team. |
| 2/8/11 | R. Gullikson | 0.50 | Multiple emails re open issues in Promotion Agreement; brief call with B. Healey re same; revise Promotion Agreement and send to Tribune; call with S. Okizaki re talking points for discussion with Microsoft on open issues. |
| 2/16/11 | R. Gullikson | 0.70 | Reviewed and provided to Tribune summary of terms of Master Services Agreement from Microsoft; status call with Tribune team on Mosaic initiatives. |
| 2/17/11 | R. Gullikson | 2.50 | Review and revise Master Agreement and send to Tribune. |
| 2/18/11 | R. Gullikson | 2.30 | Call with B. Healey, S. Okizaki and K. Jurgeto re issues with Microsoft agreements; revise Work Order and Statement of Work for Azure Consulting Services and send to Tribune. |
| 2/21/11 | R. Gullikson | 1.50 | Reviewed Microsoft draft/comments to Promotion Scout Agreement and drafted summary of issues for Tribune review; reviewed Addendum to Promotion Agreement and email to K. Jurgeto re same. |
| 2/22/11 | R. Gullikson | 0.70 | Call with D. Schuster, S. Okizaki, B. Healey and K. Jurgeto re Scout Promotion Agreement. |

2

MICROSOFT CORPORATION
TRIBUNE CONTACT: RITA DEBOER

March 15, 2011

Matter: 09722405-0060
Invoice No.: 1280987

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/23/11 | R. Gullikson | 1.50 | Revise Scout Promotion Agreement in accordance with Tribune comments; revise Addendum; draft talking points for Tribune to use with Microsoft; emails from Microsoft re Logo obligations; revised Agreement accordingly. |
| 2/23/11 | R. Gullikson | 0.50 | Status call with B. Healey, S. Okizaki, D. Schuster, K. Jurgeto and Barb re status of Mosaic project and open issues. |
| Total Hours | | 14.70 | |
| Fee Amount | | | $7,632.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Been | $480.00 | 0.30 | $144.00 |
| R. Gullikson | $520.00 | 14.40 | $7,488.00 |
| Totals | | 14.70 | $7,632.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 7,632.00 | |
| Invoice Total | $ | 7,632.00 | |

# SNR DENTON ⅃

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

TRIBUNE COMPANY
RITA DEBOER                                          April 13, 2011
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611                            **Invoice No. 1286493**
USA

Client/Matter: 09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER                Payment Due Upon Receipt

---

Total This Invoice                          $        1,196.00

Please return this page with your payment

In the case of mail deliveries to:              In the case of overnight deliveries to:
SNR Denton US LLP                                   SNR Denton US LLP
Dept. 3078                      OR                  Attention: Accounting
Carol Stream, IL 60132-3078                         233 South Wacker Drive
                                                    Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP          snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

TRIBUNE COMPANY                                        April 13, 2011
RITA DEBOER
435 NORTH MICHIGAN AVENUE                      **Invoice No. 1286493**
CHICAGO, IL 60611
USA

Client/Matter:  09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/9/11 | R. Gullikson | 1.50 | Call with Samsung in South Korea to review Application Distribution Agreement; follow-on call with S. Okizaki and K. Jurgeto re open issues. |
| 2/10/11 | R. Gullikson | 0.50 | Review draft of Application Distribution Agreement from Samsung; multiple emails re same; draft email with open issues list. |
| 2/11/11 | R. Gullikson | 0.30 | Multiple emails re status of Samsung negotiations. |
| Total Hours | | 2.30 | |
| Fee Amount | | | $1,196.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $520.00 | 2.30 | $1,196.00 |
| Totals | | 2.30 | $1,196.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,196.00 |
| Invoice Total | $ | 1,196.00 |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 15, 2011

**Invoice No. 1280989**

Client/Matter: 09722405-0062

CLARITY CONSULTING, INC. , CONTRACT WITH
TRIBUNE CONTACT: RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                    $        2,132.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

March 15, 2011

**Invoice No. 1280989**

Client/Matter:  09722405-0062

CLARITY CONSULTING, INC. , CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/2/11 | R. Gullikson | 1.30 | Revise Clarity Master Services Agreement in accordance with discussions with Tribune; call with B. Healey, D. Schuster and S. Okizaki re Clarity revisions; revise further and distribute to Tribune. |
| 2/4/11 | R. Gullikson | 0.50 | Multiple emails re IP ownership issues and Clarity requests; prepare analysis of issues and email to Tribune. |
| 2/9/11 | R. Gullikson | 1.50 | Call with B. Healey, K. Jurgeto, S. Okizaki and D. Schuster to discuss open issues and status of Agreements with each of Microsoft, Clarity, projekt202 and Samsung; revising Master Services Agreement with Clarity. |
| 2/10/11 | R. Gullikson | 0.80 | Revise Master Services Agreement per Tribune direction; send Tribune revised draft Master Services Agreement. |

| | | | |
|---|---|---|---|
| Total Hours | | 4.10 | |
| Fee Amount | | | $2,132.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $520.00 | 4.10 | $2,132.00 |
| Totals | | 4.10 | $2,132.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,132.00 |
| Invoice Total | $ | 2,132.00 |

2

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 North Michigan Avenue
Chicago, IL 60611
USA

March 24, 2011

**Invoice No. 1283361**

Client/Matter: 09722405-0063

MARKETZONE
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

---

Total This Invoice                                    $         988.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 North Michigan Avenue
Chicago, IL 60611
USA

March 24, 2011

**Invoice No. 1283361**

Client/Matter:  09722405-0063

MARKETZONE
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/16/11 | M. Petry | 0.60 | 312.00 | Review and discuss updated InfoGroup schedule #6 and statement of work. |
| 02/23/11 | M. Petry | 1.00 | 520.00 | Prepare for and participate in call with Infogroup. |
| 02/25/11 | M. Petry | 0.30 | 156.00 | Prepare email re open issues and recommended solutions. |
| Total Hours | | 1.90 | | |
| Fee Amount | | | | $988.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 1.90 | $988.00 |
| Totals | | 1.90 | $988.00 |

| | | |
|---|---|---|
| Fee Total | $ | 988.00 |
| Invoice Total | $ | 988.00 |

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

March 15, 2011

**Invoice No. 1280830**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

---

Total This Invoice                                     $        2,797.70

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

March 15, 2011

**Invoice No. 1280830**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/04/11 | K. Rodriguez | 0.40 | L350 | | Prepare for hearing on motion to compel outstanding discovery. |
| 02/07/11 | K. Rodriguez | 1.50 | L350 | | Attend hearing on motion to compel (1.0); confer with L. Washburn and N. Spears re: same and discovery plan moving forward (.5) (No Charge 1.0 hrs). |
| 02/07/11 | N. Spears | 1.90 | L120 | | Court hearing on motion to compel (1.0); phone conference w/L. Washburn re: status (.40); update budget (.50). |
| 02/09/11 | K. Rodriguez | 0.20 | L310 | | Review and analyze plaintiffs' proposal for time scope of pageant photos/videos in comparison to previously identified dates of pageant participation (.2); correspondence with N. Spears re: counterproposal (.1). |
| 02/09/11 | N. Spears | 0.30 | L120 | | Read and analyze e-mail proposal from plaintiffs' counsel. |
| 02/10/11 | N. Spears | 0.40 | L120 | | Review and devise response to plaintiffs' proposal (.2); discuss same with K. Rodriguez (.2). |
| 02/11/11 | N. Spears | 0.30 | L120 | | Brief review of plaintiffs' discovery responses. |
| 02/11/11 | K. Rodriguez | 0.40 | L310 | | Negotiate with plaintiffs' counsel regarding time limit of production of documents (.2); Review plaintiffs' supplemental interrogatory responses (.2). |

JENNIFER KELLEY, ET AL.

March 15, 2011

Matter: 09723590-0013
Invoice No.: 1280830

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/14/11 | K. Rodriguez | 0.70 | L320 | | Review supplemental discovery produced from Plaintiffs (.4); Draft overview of discovery for L. Washburn and N. Spears (.1); Confer with counsel for Plaintiffs regarding still outstanding discovery (.2). |
| 02/15/11 | K. Rodriguez | 1.20 | L450 | | Attend status hearing regarding outstanding document production from Plaintiffs (1.0); Confer with N. Spears re: same (.1); Draft update to L. Washburn re: same (.1). |
| 02/15/11 | N. Spears | 0.30 | L190 | | Update from K. Rodriguez re: court status. |
| 02/28/11 | K. Rodriguez | 0.40 | L320 | | Prepare for paralegal's review of security footage materials  by gathering photos, physical descriptions of each key person, and a chart of the times each person appears on the unedited footage. |

| | | | |
|---|---|---|---|
| Total Hours | | 8.00 | |
| Fee Amount | | | $3,016.00 |
| No Charge as Detailed Above: | | | ($265.00) |
| Fee Total | | | $2,751.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $545.00 | 3.20 | $1,744.00 |
| K. Rodriguez | $265.00 | 4.80 | $1,272.00 |
| Totals | | 8.00 | $3,016.00 |

3

JENNIFER KELLEY, ET AL.

March 15, 2011

Matter: 09723590-0013
Invoice No.: 1280830

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Color Copies | | 41.00 |
| | | SUBTOTAL | 41.00 |
| | Document reproduction | | 5.70 |
| | | SUBTOTAL | 5.70 |
| | Total Disbursements | | $46.70 |

| | | |
|---|---|---|
| Fee Total | $ | 2,751.00 |
| Disbursement Total | $ | 46.70 |
| Invoice Total | $ | 2,797.70 |

4

# EXHIBIT B

# UNPAID INVOICES

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281336**

Client/Matter: 09721775-0064

MARGARET HORSTMAN REPORTERS PRIVILEGE MATTER

Payment Due Upon Receipt

Total This Invoice                                    $        150.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281336**

Client/Matter:  09721775-0064

MARGARET HORSTMAN REPORTERS PRIVILEGE MATTER

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 1/14/2011 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. Court reporter fee 11/16/10 - Court Hearing | | 150.00 |
| | | SUBTOTAL | 150.00 |
| | Total Disbursements | | $150.00 |

| | | | |
|---|---|---|---|
| Disbursement Total | $ | 150.00 | |
| Invoice Total | $ | 150.00 | |

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281340**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

---

Total This Invoice                                   $        6,670.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281340**

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/03/11 | K. Rodriguez | 0.20 | L190 | | Call with plaintiffs' counsel regarding status hearing set on 1/4 (.10); correspondence with D. Dunn regarding same (.10). |
| 01/03/11 | N. Spears | 0.30 | L120 | | Email from plaintiff's counsel and from D. Dunn re: municipal court hearing and discuss same w/K. Rodriguez. |
| 01/04/11 | N. Spears | 0.50 | L120 | | Update from K. Rodriguez re: municipal court appearance and next steps (.30); email to K. Flax re: same (.20). |
| 01/04/11 | K. Rodriguez | 1.10 | L450 | | Attend status hearing (.90); draft update regarding results of same (.20). |
| 01/05/11 | K. Rodriguez | 0.20 | L190 | | Confer with co-defendants' counsel re: transfer back to law division. |
| 01/17/11 | K. Rodriguez | 0.30 | L250 | | Review plaintiffs' motion to transfer (.20); correspondence with D. Dunn (Sun Times counsel) and N. Spears re: same (.10). |
| 01/26/11 | N. Spears | 0.50 | L120 | | Update on muni court proceeding and analyze strategy regarding same. |
| 01/26/11 | K. Rodriguez | 1.90 | L190 | | Attend hearing on plaintiffs' motion to transfer from municipal to law division (1.7); Correspondence with defense counsel and N. Spears re: same (.2). |
| 01/27/11 | N. Spears | 0.50 | L120 | | Joint defense call and email w/D. Dunn and Advocate's counsel re: municipal court issue. |

2

BRYAN AND CYNTHIA LINDGREN

March 16, 2011

Matter: 09721775-0066
Invoice No.: 1281340

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/27/11 | K. Rodriguez | 0.80 | L190 | | Conference call with co-defendants' counsel re: transfer back to Law Division (.5); Follow-up correspondence with co-defendants' counsel and N. Spears re: same (.1); Review case law re: reduction of awarded damages when complaint does not include an affidavit (.2). |
| 01/31/11 | K. Rodriguez | 0.10 | L190 | | Correspondence with D. Dunn re: call with plaintiffs' counsel concerning transfer back to Law Division. |
| 02/03/11 | N. Spears | 0.40 | L120 | | Email from D. Dunn re: call w/plaintiffs' counsel and respond to same (.30); email K. Flax re: same (.10). |
| 02/04/11 | N. Spears | 0.50 | L190 | | E-mail with Advocate's counsel (.3); review motion by Advocate briefly (.2). |
| 02/07/11 | N. Spears | 0.40 | L120 | | Read motion to stay discovery and discuss same w/K. Rodriguez. |
| 02/07/11 | K. Rodriguez | 0.30 | L350 | | Review co-defendant Advocate's motion to extend discovery cut off date in municipal court (.2); confer with counsel for co-defendant Sun Times re: agreement to motion (.1). |
| 02/08/11 | K. Rodriguez | 0.20 | L160 | | Confer with opposing counsel re: offer of mediation. |
| 02/09/11 | K. Rodriguez | 0.20 | L190 | | Confer with Plaintiffs' counsel re: mediation (.1); confer with counsel for co-defendant Advocate re: motion to extend discovery cut off date (.1). |
| 02/10/11 | K. Rodriguez | 0.70 | L301 | | Confer with counsel for Advocate (.3) and Sun Times (.2) re: motion to extend discovery cut off date; correspondence with N. Spears re: same (.2). |
| 02/10/11 | K. Rodriguez | 0.10 | L301 | | Confer with N. Spears re: strategy in agreeing to motion to extend discovery cut off date in municipal. |
| 02/10/11 | N. Spears | 0.50 | L120 | | Analyze motion to stay strategy (.3); e-mail with Advocate (.2). |
| 02/17/11 | N. Spears | 0.10 | L120 | | Confer with K. Rodriguez re: status. |

3

BRYAN AND CYNTHIA LINDGREN

March 16, 2011

Matter: 09721775-0066
Invoice No.: 1281340

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/23/11 | K. Rodriguez | 0.40 | L240 | | Review and analyze plaintiffs' response brief to motion to dismiss. |
| 02/25/11 | G. Naron | 0.20 | L240 | | Review opposition to motion to dismiss. |
| 02/28/11 | G. Naron | 5.50 | L240 | | Review file, opposition to motion to dismiss (.8); research re: reply to same (1.3); draft reply in support of motion (3.4). |

| | | | |
|---|---|---|---|
| Total Hours | | 15.90 | |
| Fee Amount | | | $6,658.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $545.00 | 3.70 | $2,016.50 |
| G. Naron | $495.00 | 5.70 | $2,821.50 |
| K. Rodriguez | $280.00 | 6.50 | $1,820.00 |
| Totals | | 15.90 | $6,658.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 1/26/2011 | Ground Transportation KRISTEN C RODRIGUEZ TAXI TO AND FROM HEARING | | 12.00 |
| | | SUBTOTAL | 12.00 |
| | Total Disbursements | | $12.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 6,658.00 |
| Disbursement Total | $ | 12.00 |
| Invoice Total | $ | 6,670.00 |

4

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 16, 2011

**Invoice No. 1281354**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

---

Total This Invoice                                          $        5,991.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 16, 2011

**Invoice No. 1281354**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/05/11 | N. Spears | 0.40 | L120 | | Call from City re: Lighty subpoena (.3); e-mail with K. Flax re: same (.1). |
| 01/06/11 | N. Spears | 1.70 | L110 | | Vet Pepsi article and discuss with K. Flax (.7); phone conference with K. Flax re: fair report (.2); e-mail re: same (.1); review draft letter to City re:: Lighty subpoena (.2); review Lighty subpoena from City (.2); e-mail: same (.3). |
| 01/06/11 | K. Rodriguez | 0.30 | L190 | | Prepare letter in opposition to subpoena for reporter T. Lighty from City of Chicago. |
| 01/18/11 | N. Spears | 0.50 | L120 | | Phone conference and email w/B. Healey re: closure of Pagono bankruptcy hearing (.30); email re: 2nd Notre Dame story (.20). |
| 01/18/11 | J. Klenk | 0.50 | L120 | | Teleconference with S. Balsley re: Pagano Rule 2004 bankruptcy hearing (.2); email re: same (.1); teleconference with B. Healey (.2). |
| 01/19/11 | N. Spears | 1.60 | L120 | | Read and vet 2nd Notre Dame story (.60); discuss same w/B. Healey (.20); discuss same w/P. Kendall (.40); re-vet parts of story based on new information from P. Kendall (.30); discuss w/B. Healey (.10). |
| 01/31/11 | N. Spears | 0.80 | L120 | | Phone conference w/P. Kendall and K. Flax re: FERPA case filed under seal after School Board removed to Federal Court (.30); Vet new article and discuss same w/K. Flax (.30); final discussion w/K. Flax and P. Kendall re: same (.20). |

2

EDITORIAL-GENERAL
0000001492

March 16, 2011

Matter: 09721775-1003
Invoice No.: 1281354

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/08/11 | N. Spears | 0.30 | L120 | | Review and analyze T. Malone subpoena and discuss w/K. Rodriguez. |
| 02/08/11 | N. Spears | 0.70 | L120 | | Read and vet "Father Ted" story (.50); phone conferences w/K. Flax re: same (.20). |
| 02/09/11 | N. Spears | 0.10 | L110 | | E-mail from K. Flax. |
| 02/10/11 | N. Spears | 0.20 | L120 | | Read article re: T. Malone subpoena. |
| 02/11/11 | N. Spears | 0.60 | L120 | | Phone conference with S. Powers re: complaint about Beetles show review (.3); read e-mail re: same (.2); e-mail with J. Hirt re: same (.1). |
| 02/14/11 | K. Rodriguez | 0.30 | L190 | | Interview subpoenaed reporter, T. Malone. |
| 02/15/11 | K. Rodriguez | 0.20 | L190 | | Confer with N. Spears re: subpoenas to Malone and Higgins. |
| 02/16/11 | N. Spears | 0.80 | L110 | | Read Notre Dame second case story (.4); confer with B. Healey re: same (.4). |
| 02/17/11 | N. Spears | 0.10 | L120 | | Confer with K. Rodriguez re: Malone and call to plaintiff's counsel and subpoena response. |
| 02/17/11 | K. Rodriguez | 0.10 | L190 | | Call with counsel issuing subpoena to T. Malone. |
| 02/18/11 | K. Rodriguez | 0.40 | L190 | | Call with counsel issuing subpoena to T. Malone (.3); Confer with N. Spears re: same. (.1). |

3

EDITORIAL-GENERAL
0000001492

Matter: 09721775-1003
Invoice No.: 1281354

March 16, 2011

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/21/11 | K. Rodriguez | 1.80 | L190 | | Correspondence with counsel who issued the subpoena to reporter T. Malone (.2); Update T. Malone on status of subpoena (.2); Review second article authored by reporter Tara Malone at issue (.2); Confer with N. Spears and K. Flax re: strategy in responding to subpoena issued to T. Malone (.1); Draft affidavit for T. Malone for use in school district boundary redrawing trial (.5); Draft letter to counsel issuing subpoena to Tara Malone reiterating objections and noting agreement to submitting an affidavit in lieu of testimony (.6). |
| 02/22/11 | K. Rodriguez | 0.30 | L190 | | Revise letter to counsel issuing subpoena to T. Malone. |
| 02/23/11 | K. Rodriguez | 0.10 | L190 | | Review status of motion to bar testimony of Tara Malone. |
| 02/24/11 | K. Rodriguez | 0.20 | L190 | | Update reporter Tara Malone concerning status of trial subpoena. |
| 02/25/11 | K. Rodriguez | 1.10 | L120 | | Confer with counsel for plaintiffs concerning deposition subpoena issued to reporter Tara Malone (.2); Confer with counsel for defendant regarding same (.2); Review deposition subpoena and rider (.1); Confer with N. Spears and K. Flax re: strategy in responding to deposition subpoena (.2); Draft letter to defendant's counsel, who issued the deposition subpoena, objecting to subpoena (.3); Confer with Tara Malone re: status of deposition subpoena (.1). |
| 02/28/11 | K. Rodriguez | 0.30 | L190 | | Correspondence with attorney at Baker Hostetler at K. Flax request re: statement of interest needed for DC Court of Appeals amicus brief. |

| Total Hours | | 13.40 | | | |
| Fee Amount | | | | | $5,991.50 |

4

EDITORIAL-GENERAL
0000001492

March 16, 2011

Matter: 09721775-1003
Invoice No.: 1281354

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $625.00 | 0.50 | $312.50 |
| N. Spears | $545.00 | 7.80 | $4,251.00 |
| K. Rodriguez | $280.00 | 5.10 | $1,428.00 |
| Totals | | 13.40 | $5,991.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 5,991.50 | |
| Invoice Total | $ | 5,991.50 | |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6308

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281355**

Client/Matter: 09721775-0001

M. Higgins Subpoena - Missner v. Clifford

Payment Due Upon Receipt

Total This Invoice                    $        3,263.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR .

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281355**

Client/Matter:  09721775-0001

M. Higgins Subpoena - Missner v. Clifford

For Professional Services Rendered through March 8, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/20/11 | N. Spears | 1.60 | | | Phone conference and email from K. Flax re: subpoena to M. Higgins and review same (.40); call w/M. Higgins re: background (.40); call w/Clifford's counsel (.30); follow up call w/M. Higgins (.20); follow up email to K. Flax (.30). |
| 01/24/11 | N. Spears | 0.40 | | | Conference w/K. Rodriguez re: background and draft letter to Clifford's counsel. |
| 01/25/11 | N. Spears | 0.40 | | | Review and edit letter to Clifford's attorney. |
| 01/25/11 | K. Rodriguez | 1.40 | L190 | | Draft letter re: Higgins subpoena in Missner v. Clifford (.4); Review related Supreme Court and Appellate Court decisions to aid in response to subpoena (1.0). |
| 02/04/11 | K. Rodriguez | 0.50 | L190 | | Confer with N. Spears and reporter M. Higgins re: subpoena received in Missner v. Clifford case (.3); Review related appellate court case with N. Spears (.2). |
| 02/04/11 | N. Spears | 1.40 | | | Read Ficaro and Clifford cases (.50); review issues for Reporter's privilege motion (.50); call w/M. Higgins re: documents, notes, recollection (.50); call to Clifford's counsel (.10). |
| 02/08/11 | N. Spears | 0.40 | | | Phone conference w/Clifford's lawyer. |

2

M. Higgins Subpoena - Missner v. Clifford

March 16, 2011

Matter: 09721775-0001
Invoice No.: 1281355

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/08/11 | K. Rodriguez | 0.50 | L190 | | Confer with N. Spears re: strategy in responding to subpoenas to reporter M. Higgins(.3); Confer with counsel issuing subpoena to M. Higgins re: further postponing enforcement of subpoena. |
| 02/09/11 | K. Rodriguez | 0.30 | L190 | | Draft letter to counsel issuing subpoena to reporter M. Higgins re: postponing enforcement of subpoena. |
| 02/09/11 | N. Spears | 0.30 | | | Edit letter to Clifford's counsel. |
| 02/11/11 | N. Spears | 0.10 | | | Call to Clifford counsel. |
| Total Hours | | 7.30 | | | |
| Fee Amount | | | | | $3,263.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $545.00 | 4.60 | $2,507.00 |
| K. Rodriguez | $280.00 | 2.70 | $756.00 |
| Totals | | 7.30 | $3,263.00 |

|  |  |  |
|--|--|--|
| Fee Total | $ | 3,263.00 |
| Invoice Total | $ | 3,263.00 |

# SNR DENTON ⬛

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281359**

Client/Matter: 09721775-0071

CC Event Productions, Inc.

Payment Due Upon Receipt

---

Total This Invoice                                          $        5,943.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281359**

Client/Matter:  09721775-0071

CC Event Productions, Inc.

For Professional Services Rendered through March 16, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/20/10 | N. Spears | 0.10 | L120 | | Email w/B. Healey re: response deadline. |
| 01/06/11 | N. Spears | 0.60 | L110 | | Discuss next steps with K. Flax and e-mail with B. Healey (.3); discuss same with J. Klenk (.2); review WGN website (.1). |
| 01/06/11 | J. Klenk | 1.10 | L120 | | Review recap data (.2); teleconference with N. Spears (.1); review contract (.2); teleconference with K. Flax (.3); email re: settlement strategy (.3). |
| 01/07/11 | J. Klenk | 0.30 | L120 | | Teleconference with B. Healey (.3). |
| 01/10/11 | J. Klenk | 0.40 | L120 | | Teleconference with B. Healey re: settlement strategy and answer (.2); teleconference with A. Brown re: appearance and extension (.2). |
| 01/12/11 | J. Klenk | 0.20 | L120 | | Teleconference with B. Healey (.1); teleconference with A. Brown re: appearance and jury demand (.1). |
| 01/12/11 | A. Brown | 2.00 | L430 | | Phone call with opposing counsel for extension of time to answer (20 minutes); email correspondence (20 minutes); draft motion for agreed extension of time to answer (45 minutes); file motion (15 minutes); file notice of appearance (20 minutes) |
| 01/25/11 | J. Klenk | 0.60 | L120 | | Teleconference with K. Flax (.2); teleconference with B. Healey (.2); review spreadsheet (.2). |
| 01/28/11 | J. Klenk | 0.20 | L120 | | Teleconference with B. Healey. |
| 02/01/11 | J. Klenk | 0.20 | L120 | | Email from T. Waters. |

CC Event Productions, Inc.

March 16, 2011

Matter: 09721775-0071
Invoice No.: 1281359

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/07/11 | J. Klenk | 0.10 | L120 | | Email A. Brown. |
| 02/07/11 | A. Brown | 1.00 | L190 | | Draft letter to opposing counsel regarding breach of contract claims |
| 02/08/11 | J. Klenk | 0.20 | L120 | | Email opposing counsel re: settlement. |
| 02/09/11 | J. Klenk | 0.60 | L160 | | Teleconference with T. Waters re: settlement (.3); emails B. Healey, K. Flax (.2); teleconference with B. Healey (.1). |
| 02/11/11 | J. Klenk | 0.40 | L160 | | Teleconference with T. Waters re: settlement (.2); emails client, A. Brown (.2). |
| 02/14/11 | J. Klenk | 0.30 | L160 | | Revise settlement agreement (.1); teleconference with A. Brown (.1); email B. Healey (.1). |
| 02/14/11 | A. Brown | 1.50 | L250 | | Draft settlement agreement and mutual general release |
| 02/14/11 | A. Brown | 0.20 | L160 | | Final revisions to Settlement Agreement and Mutual General Release |
| 02/15/11 | J. Klenk | 0.50 | L160 | | Teleconference with B. Healey (.2); review Healey revisions to settlement agreement and revise same (.3). |
| 02/16/11 | J. Klenk | 0.10 | L160 | | Email T. Waters. |
| 02/21/11 | J. Klenk | 0.10 | L160 | | Email B. Healey. |
| 02/22/11 | J. Klenk | 0.20 | L160 | | Email B. Healey (.1); email T. Waters (.1). |
| 03/01/11 | J. Klenk | 0.30 | L160 | | Emails and teleconference with B. Healey re: W-9s. |
| 03/03/11 | J. Klenk | 0.20 | L160 | | Emails re: W-9s with T. Waters and B. Healey. |
| 03/09/11 | J. Klenk | 0.10 | L160 | | Letter re: settlement check and dismissal. |

Total Hours                                    11.50

Fee Amount

$5,510.00

CC Event Productions, Inc.

March 16, 2011

Matter: 09721775-0071
Invoice No.: 1281359

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $625.00 | 6.10 | $3,812.50 |
| N. Spears | $545.00 | 0.70 | $381.50 |
| A. Brown | $280.00 | 4.70 | $1,316.00 |
| Totals | | 11.50 | $5,510.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 1/12/2011 | Court Costs - - | DOCKET PETTY CASH COURT COSTS | 433.00 |
| | | SUBTOTAL | 433.00 |
| | Total Disbursements | | $433.00 |

| | | |
|---|---|---|
| Fee Total | $ | 5,510.00 |
| Disbursement Total | $ | 433.00 |
| Invoice Total | $ | 5,943.00 |

4

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 16, 2011

**Invoice No. 1281367**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

Payment Due Upon Receipt

Total This Invoice                                    $          437.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

March 16, 2011

**Invoice No. 1281367**

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/01/11 | J. Klenk | 0.70 | L120 | | Conference call with Karen Flax, David Bralow re: bankruptcy issues, settlement (.4); emails D. Bralow. |
| Total Hours | | 0.70 | | | |
| Fee Amount | | | | | $437.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $625.00 | 0.70 | $437.50 |
| Totals | | 0.70 | $437.50 |

| | | |
|---|---|---|
| Fee Total | $ | 437.50 |
| Invoice Total | $ | 437.50 |

# SNR DENTON 🔁

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 13, 2011

**Invoice No. 1286493**

Client/Matter: 09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                    $        1,196.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ᒲ

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 13, 2011

**Invoice No. 1286493**

Client/Matter:  09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/9/11 | R. Gullikson | 1.50 | Call with Samsung in South Korea to review Application Distribution Agreement; follow-on call with S. Okizaki and K. Jurgeto re open issues. |
| 2/10/11 | R. Gullikson | 0.50 | Review draft of Application Distribution Agreement from Samsung; multiple emails re same; draft email with open issues list. |
| 2/11/11 | R. Gullikson | 0.30 | Multiple emails re status of Samsung negotiations. |
| Total Hours | | 2.30 | |
| Fee Amount | | | $1,196.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $520.00 | 2.30 | $1,196.00 |
| Totals | | 2.30 | $1,196.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,196.00 |
| Invoice Total | $ | 1,196.00 |

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

**Invoice No. 1287141**

Client/Matter: 09722405-0006

Noble Systems Contract Review
Tribune Contact: Rita DeBoer

Payment Due Upon Receipt

Total This Invoice                                          $          8,268.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

**Invoice No. 1287141**

Client/Matter:  09722405-0006

Noble Systems Contract Review
Tribune Contact: Rita DeBoer

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 02/25/11 | M. Petry | 7.00 | 3,640.00 | (Tribune/Noble Systems) Review and revise Noble systems agreement. |
| 03/04/11 | M. Petry | 1.50 | 780.00 | Prepare for and participate in negotiations with Noble Systems. |
| 03/13/11 | M. Petry | 0.30 | 156.00 | Review revisions to Noble Agreement. |
| 03/14/11 | M. Petry | 2.50 | 1,300.00 | Prepare for and participate in conference calls re Noble negotiations. |
| 03/15/11 | M. Petry | 1.30 | 676.00 | Discuss issues with Banks Neil re Noble Agreement; review redline. |
| 03/18/11 | M. Petry | 2.00 | 1,040.00 | Review Noble draft and prepare redline. |
| 03/21/11 | M. Petry | 0.30 | 156.00 | Review updated agreement from Noble and request updated execution version. |
| 03/25/11 | M. Petry | 0.50 | 260.00 | Review updated document from Noble. |
| 03/28/11 | M. Petry | 0.50 | 260.00 | Review and distribute proposed final agreement with Noble systems. |

| | | | |
|---|---|---|---|
| Total Hours | | 15.90 | |
| Fee Amount | | | $8,268.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Petry | $520.00 | 15.90 | $8,268.00 |
| Totals | | 15.90 | $8,268.00 |

2

Noble Systems Contract Review
Tribune Contact: Rita DeBoer

Matter: 09722405-0006
Invoice No.: 1287141

April 14, 2011

| | | |
|---|---|---|
| Fee Total | $ | 8,268.00 |
| Invoice Total | $ | 8,268.00 |

# **EXHIBIT C**

# **FEE SUMMARY**

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM**
**JANUARY 1, 2011 THROUGH JANUARY 31, 2011**

| Name of Professional/Individual | Year of Admission | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Carol Anne Been | 1983 | Partner/Intellectual Property | $480.00 | 5.90 | $2,832.00 |
| Rosemary Gullikson | 1994 | Partner/Corporate | $520.00 | 32.60 | $16,952.00 |
| James Klenk | 1974 | Partner/Intellectual Property | $625.00 | 3.30 | $2,062.50 |
| Mark Petry | 2002 | Partner/Corporate | $520.00 | 43.0 | $22,360.00 |
| Natalie Spears | 1995 | Partner/Litigation | $570.00/ | 1.10 | $627.00 |
|  |  |  | $545.00 | 9.90 | $5,395.50 |
| Alex Brown | 2010 | Associate/Litigation | $280.00 | 2.00 | $560.00 |
| Kristin Rodriguez | 2009 | Associate/Litigation | $310.00/ | 5.20 | $1,612.00 |
|  |  |  | $280.00 | 6.30 | $1,764.00 |
| **TOTAL** |  |  |  | **109.3** | **$54,165.00** |
| **BLENDED RATE** |  |  | **$458.89** |  |  |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Name of Professional/Individual | Year of Admission | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Carol Anne Been | 1983 | Partner/Intellectual Property | $480.00 | 0.30 | $   144.00 |
| Rosemary Gullikson | 1994 | Partner/Corporate | $520.00 | 38.00 | $19,760.00 |
| James Klenk | 1974 | Partner/Intellectual Property | $625.00 | 3.40 | $2,125.00 |
| Greg Naron | 1991 | Counsel | $495.00 | 5.70 | $2,821.50 |
| Mark Petry | 2002 | Partner/Corporate | $520.00 | 28.30 | $14,716.00 |
| Randy Sabett | 1997 | Partner/Litigation | $570.00 | 3.90 | $2,223.00 |
| Natalie Spears | 1995 | Partner/Litigation | $545.00 | 10.1 | $5,504.50 |
| Alex Brown | 2010 | Associate/Litigation | $280.00 | 2.70 | $   756.00 |
| Kristin Rodriguez | 2009 | Associate/Litigation | $280.00/ | 8.0 | $2,240.00 |
|  |  |  | $265.00 | 3.8 | $1,007.00 |
| **TOTAL** |  |  |  | **104.2** | **$51,297.00** |
| **BLENDED RATE** |  |  | **$477.78** |  |  |

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| UST Global, Inc. | 7.30 | $3,796.00 |
| Jennifer Kelley, et al. | 6.30 | $2,239.00 |
| Bryan and Cynthia Lindgren | 6.40 | $2,269.00 |
| Editorial-General | 5.80 | $3,121.50 |
| M. Higgins Subpoena | 3.80 | $1,700.00 |
| CC Event Productions | 5.40 | $2,637.00 |
| Samsung Electronics | 10.90 | $5,668.00 |
| Marketing Solutions | 7.60 | $3,952.00 |
| Microsoft Corporation | 11.10 | $5,712.00 |
| Clarity Consulting Inc. | 16.50 | $8,404.00 |
| Marketzone | 16.00 | $8,320.00 |
| Infosys Technologies Ltd. | 12.10 | $6,292.00 |
| | | |
| **TOTAL** | **109.30** | **$54,165.00** |

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| M. Higgins Subpoena | 3.50 | $1,563.00 |
| Eddie Johnson | 0.70 | $ 437.50 |
| Bryan and Cynthia Lindgren | 9.50 | $4,389.00 |
| CC Event Productions | 5.40 | $2,443.50 |
| Editorial-General | 7.60 | $2,870.00 |
| UST Global, Inc. | 13.10 | $6,812.00 |
| Projekt202 | 17.20 | $8,944.00 |
| Noble Systems | 7.00 | $3,640.00 |
| Data Security/Privacy Issues | 3.90 | $2,223.00 |
| Infosys Technologies Ltd. | 6.00 | $3,120.00 |
| Marketing Solutions | 0.30 | $ 156.00 |
| Marketzone | 1.90 | $ 988.00 |
| Microsoft Corporation | 14.70 | $7,632.00 |
| Samsung Electronics | 2.30 | $1,196.00 |
| Clarity Consulting | 4.10 | $2,132.00 |
| Jennifer Kelley, et al. | 8.00<br>(1.0) | $3,016.00<br>(265.00)<br>$2,751.00 |
| **TOTAL** | **104.2** | **$51,297.00** |

14956836\V-1

# EXHIBIT D

# EXPENSE DETAIL

**EXPENSE SUMMARY FOR THE PERIOD FROM
JANUARY 1, 2011 THROUGH FEBRUARY 28, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| In-House Reproduction | | $106.50 |
| Document Processing | | $258.75 |
| Filing/Court Fees | | $433.00 |
| Local Travel | | $ 12.00 |
| Court Reporting Service | | $150.00 |
| **Total** | | **$960.25** |