# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, James C. Carignan, do hereby certify that on May 26, 2011, I served the foregoing Affidavit of Ordinary Course Professional by causing a true and correct copy thereof to be served via United States first class mail, postage prepaid, on the individuals on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (9479); KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Dated:  May 26, 2011
       Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ James C. Carignan
James C. Carignan (DE No. 4230)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

- and -

Amy B. Ginensky, Esquire
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Telephone:  (215) 981-4000
Facsimile:  (215) 981-4750

#14335512 v1

Abato, Rubenstein and Abato, P.A.
Attn: Corey Smith Bott, Brian G. Esders
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
(Counsel To: Truck Drivers And Helpers Local 355
Health And Welfare And Pension Funds)

Abato, Rubenstein and Abato, P.A.
Attn: Meghan C. Horn, Esq.
809 Gleneagles Court, Suite 320
Towson, MD 21286
(Counsel To: Truck Drivers And Helpers Local 355
Health And Welfare Fund And Pension Fund)

Acxiom Corporation
Attn. C.B. Blackard, III, Corporate Counsel
301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

Akin Gump Strauss Hauer & Feld LLP
Attn: Daniel H. Golden & Philip C. Dublin, Esqs.
One Bryant Park
New York, NY 10036
Counsel To Aurelius (Mediation Party)

Allison, Slutsky & Kennedy, PC
Angie M. Cowan
230 W Monroe St, Ste 2600
Chicago, IL 60606
Counsel To IAM Lodge No. 126

American Express Travel Related Services Co, Inc.
c/o Becket And Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Andrew S. Conway, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304
Counsel To Taubman Landlords

Andrews Kurth LLP
Attn: Paul Silverstein, Esq.
450 Lexington Avenue
New York, NY 10017
Counsel For The Ad Hoc Trade Committee

Archer & Greiner, PC
John V. Fiorella, Esq.
300 Delaware Ave, Ste 1370
Wilmington, DE 19801
Counsel to Navistar Financial Corp. & Navistar
Leasing Co.

Arkin Kaplan Rice Llp
Howard J. Kaplan, Esq.; Deanna Davidian, Esq.
590 Madison Avenue
New York, Ny 10022
Counsel to Ad Hoc Committee of Step One Senior
Lenders

Ashby & Geddes, P.A.
Attn: William P. Bowden & Karen Skomorucha, Esqs.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, De 19899
Counsel to Ricketts Acquisition LLC and Chicago
Baseball Holdings, LLC

Ashby & Geddes, PA
William P. Bowden; Amanda M. Winfree
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899
Counsel To Aurelius Capital Management, LP

Askounis & Darcy, PC
Attn: Thomas V. Asdounis, Esq.
401 North Michigan Avenue, Ste 550
Chicago, IL 60611
Counsel To Banc Of America Leasing & Capital LLC

Ballard Spahr LLP
Attn: Christopher S. Chow, Esq.
David T. May, Esq.
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Counsel To CCCI Europe A/S

Barnes & Thornburg LLP
Attn: David M. Powlen
1000 North West Street, Suite 1200
Wilmington, DE 19801
Counsel To Morgan Stanley & Co., Inc.

Bartlett Hackett Feinberg PC
Frank F. McGinn
155 Federal Street, 9th Floor
Boston, MA 02110
Counsel To Iron Mountain Information Mgmt Inc.

Bayard, P.A.
Attn: Jamie L. Edmonson, Esq.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Counsel To GBH Investments, LLC

Belkin Burden Wenig & Goldman, LLP
Attn: Joshua G. Losardo, Esq.
270 Madison Avenue
New York, Ny 10016
Counsel To: Enterprise Garage Corp.

Bifferato Gentilotti LLC
Garvan F. McDaniel, Esq.
800 N. King Street, Plaza Level
Wilmington, DE 19801
(Counsel To Law Debenture Trust Company
Of New York)

Bifferato LLC
Ian Connor Bifferato, Esq.
Kevin Collins, Esq.
800 N. King Street, Plaza Level
Wilmington, DE 19801
Counsel To: D. Neil, C. Brown, H. Weinstein, W.
Roche, Jr., M. Levin, & J. Makinen

Blakeley & Blakeley LLP
Attn: Johnn White, Esq.
2 Park Plaza, Suite 400
Irvine, CA 92614
Counsel To Google Inc.

Blank Rome LLP
Attn: David W. Carikhoff
1201 Market St; Ste 800
Wilmington, DE 19801
Counsel To EGI-TRB

Bloom Hergott Diemer Rosenthal Laviolette Feldman
& Good Man, LLP
150 S. Rodeo Drive, 3rd Floor
Beverly Hills, CA 90212

Bracewell & Guiliani LLP
Attn: E. Flaschen, Esq; D. Connolly, Esq;
A Andrew Schoulder, Esq.
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103-1516
Counsel to Ad Hoc Committee Of Step One Senior
Lender

Broward County
Attn: Jeffrey J. Newton
County Attorney For Broward County
Govt Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Brown Rudnick LLP
Attn. Robert J. Stark & Daniel J. Saval, Esq.
Seven Times Square
New York, NY 10036
Counsel To Wilmington Trust Company

Brown Stone Nimeroff LLC
Attn. Jami B. Nimeroff, Esq.
4 East 8th Street, Suite 400
Wilmington, DE 19801
Counsel To NBC Universal Inc. & Certain of Its
Affiliates Including Universal City Studios
Productions LLLP

Bryan Cave LlLP
Attn: Michelle Mcmahon, Esq.
1290 Avenue Of The Americas
New York, NY 10104
Counsel To: CWA/ITV Negotiated Pension Plan

Buchalter Nemer
Pamela Kohlman Webster
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
(Counsel To Sony Pictures Television)

Buchalter Nemer, PC
Shawn M. Christianson, Esq.
333 Market Street, 25th Fl
San Francisco, CA 94105-2126
Counsel To Oracle USA, Inc.

Canon US, Inc
Attn Ruth Wienstein
1 Canon Plaza
Lake Success, NY 11042

Capitalsource Finance LLC
Attn: Joanne Fungaroli, Esq.
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Catholic Charities
Attn: Joseph Augustyniak
1966 Greenspring Drive, Suite 200
Timonium, MD 21093

Chadbourne & Parke LLP
Attn Howard Seife, David M Lemay,
Dogulas E. Deutsch
30 Rockefeller Plaza
New York, NY 10112
Counsel To The Unsecured Creditors' Committee

Christine Z. Heri
Office Of The Solicitor
United States Department Of Labor
230 South Dearborn, Room 844
Chicago, Il 60604
Counsel To Hilda L. Solisi, Secretary Of Labor

Cohen Weiss & Simon Llp
Attn Babette A Ceccoti
330 West 42nd Street
New York, Ny 10036
Counsel To American Federation Of Television &
Radio Artists

Cole Schotz Meisel Forman & Leonard, PA
Norman L Pernick, Esq
J Kate Stickles, Esq
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Local Counsel For The Debtors

Commonwealth Of Pennsylvania Department Of
Revenue, Bureau Of Accounts Settlement
Carol E. Momjian, Sr. Deputy Attorney General
Office Of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Cooch & Taylor PA
Attn: Susan E. Kaufman, Esq.
1000 West Street, 10th Floor
Wilmington, DE 19801
Counsel to American Federation Of Television &
Radio Artists

Cotchett, Pitre & McCarthy
Attn: Philip Gregory, Esq.
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Counsel to Neil, Brown, Weinstein, Roche, Levin,
& Makinen

Cozen O'Connor
Attn: Mark E. Felger, Esq.
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Counsel to Twentieth Television, Inc.

Cross & Simon LLC
Attn: Christopher P. Simon, Esq.
913 North Market Street, 11th Floor
Wilmington, DE 19801
Counsel to Washington-Baltimorrre Newspaper
Guild, Local 32035, TNG-CWA

Cross & Simon, LLC
Joseph Grey, Esq.
913 North Market Street, Eleventh Fl
Wilmington, DE 19801
Counsel to Constellation Newenergy, Inc.

Croudace & Dietrich LLP
Attn. Mark A Nitikman, Esq.
4750 Von Karman Avenue
Newport Beach, CA 92660
Counsel To Bkm 3128 Redhill, LLC

Crowell & Moring LLP
Attn: Michael V. Blumenthal, Esq.
590 Madison Avenue, 19th Floor
New York, NY 10022
Counsel to NBC Universal Inc. and Certain of its
Affiliates Including Universal City Studios Productions
LLLP

Daniel Smirlock, Deputy Commissioner and
Counsel
Attn: Elaine Z. Cole, Esq.
340 E. Main Street
Rochester, NY 14604
Counsel to The New York State Department Of
Taxation And Finance

Davis Polk & Wardell LLP
Attn: Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
450 Lexington Avenue
New York, NY 10017
Counsel to JPMorgan Chase Bank, N.A.

DLA Piper LLP (US)
Jodie E. Buchman, Esq.
6225 Smith Avenue
Baltimore, MD 21209-3600
Counsel to Constellation Newenergy, Inc.

Duane Morris LLP
Attn: Lawrence J. Kotler, Esq.
30 South 17th Street
Philadelphia, PA 19103-4196
Counsel for Pennsylvania Public School Employees'
Retirement System

Duane Morris LLP
Michael R. Lastowski, Esq.
Sommer L. Ross, Esq.
Counsel to Sony Pictures Television, Inc.
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

Duane Morris LLP
Richard W.Riley; Sommer L. Ross
2222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Counsel to Robert R. Mccormick Foundation &
Cantigny Foundation

Eckert,Seamans, Cherin & Mellot, LLC
Attn. Margaret F. England, Esq.
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Counsel To The Nielsen Company

DLA Piper LLP (US)
Attn: Stuart M. Brown, Esq.
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Counsel To Barclays Bank PLC

Elkins Kalt Weintraub Reuben Gartside LLP
Attn: Keith D. Elkins, Esq.
1800 Century Park East, 7th Floor
Los Angeles, CA 90067
Counsel To Lit Finance, LP

Elliott Greenleaf
Attn William M Kelleher
1105 North Market Street, Suite 1700
Wilmington, DE 19801
Counsel To Corestaff Services

Ervin Cohen & Jessup LLP
Kenneth Miller, Esq.
9401 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212
Counsel To K Assoc. & Crenshaw 3840
Partners,LLC

Foley & Lardner LLP
Attn: Mary K. Braza, Esq.
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Counsel To Ricketts Acquisition LLC and Chicago
Baseball Holdings, LLC

Foley & Lardner LLP
Attn: Michael J. Small, Esq.
321 North Clark
Suite 2800
Chicago, IL 60610-4500
Counsel To Ricketts Acquisition LLC and Chicago
Baseball Holdings, LLC

Fox Rothschild LLP
Attn: Jeffrey M. Schlerf, John H. Strock
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Counsel To: Wells Fargo Bank, N.A.

Frank/Gecker LLP
Attn: Joseph D. Frank
325 North Lasalle Street, Suite 625
Chicago, IL 60654
Counsel to Jones Lang Lasalle Americas (Illinois)
L.P.

Fred Fellmeth, Esq. General Counsel
Broadcast Systems Division
The Vitec Group PLC
101 Bilby Road
Hackettstown, NJ 07840
Counsel to Anton Bauer, Inc, Camera Dynamics, Inc.,
Nucomm, Inc. and RF Central, LLC

Freeborn & Peters LLP
Aaron L. Hammer, Esq.
Devon J. Eggert, Esq.
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Counsel To Mercer (US) Inc.

Friedman Kaplan Seiler & Adelman LLP
Edward A. Frieedman, Esq.
William P.Weintraub, Esq.
1633 Broadway
New York, NY 10019-6708
Counsel to Auerlius Capital Management, LP

Friedman Law Group
Attn: J. Bennett Friedman, Esq.
1901 Avenue Of The Stars, Suite 1700
Los Angeles, CA 90067-4409
Counsel To Isaksen Investments, LLC

Furman Gregory LLC
Donald R. Furman Jr.
75 Federal Street, 9th Floor
Boston, MA 02110
Counsel To Comcast Spotlight and Comcast

Gateway Pacific Properties, Inc.
c/oRonald K. Brown, Jr.
Law Offices Of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA 92660

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Sam's Club BRC

Gohn Hankey & Stichel LLP
Counsel To Corestaff Services
Attn Jan I. Berlage
201 North Charles Street
Suite 201
Baltimore, MD 21201

Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
Attn. Brian M. Dougherty
835 Mcclintock Drive, Second Floor
Willowbrook, IL 60527
Counsel to Northlake Property, LLC, Midwest
Warehouse & Distribution System, Inc. and Bedford
Motor Service, Inc.

Greenberg Traurig, LLP
Attn: Dennia A. Meloro
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Counsel To Hamdon Entertainment

Greenberg Traurig, LLP
Attn: Kevin P. Garland, Esq.
2450 Colorado Avenue, Suite 400 E
Santa Monica, CA 90404
Counsel To Hamdon Entertainment

Greene Radovsky Maloney Share & Hennigh LLP
Edward J. Tredinnick, Esq.
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111
Counsel To Catellus Development Corp.

Harris Corporation
Anthony Deglomine, III
1025 W. Nasa Blvd
Mail Stop A-11A
Melbourne, FL 32919

Hennigan, Bennett & Dorman, LLP
Bruce Bennett, Esq., James O. Johnson, Esq.
Joshua D. Morse, Esq.
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Counsel To Various Parties Listed In NOA)

Herrick Feinstein LLP
Attn Paul Rubin; Stephen B. Selbst, Esq.
Two Park Avenue
New York, NY 10016
Counsel To Canon USA Inc, Intelsat Corporation

Hewlett-Packard Company
Mr. Ken Higman, Sr. Default & Recovery Analyst
2125 E. Katella Ave.
Suite 400
Anaheim, CA 92806

Hewlett-Packard Company
Attn: Ms. Ramona Neal, Corporate Counsel
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021

Hogan & Hartson LLP
Attn: Scott A. Golden, Ira S. Greene
875 Third Avenue
New York, NY 10022
Counsel To Abitibi Bowater, Inc., Abitbi
Consolidated Sales Corporaton And Bowater, Inc.;
Dow Jones & Company

Howard County Office Of Law
Attn. Margaret Ann Nolan, County Solicitor
Camela J. Sandmann, Assistant County Solicitor
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

IBM Corporation
Attn Beverly H Shideler
Two Lincoln Centre
Oakbrook Terrace, IL 60181

Internal Revenue Service
Attn: Room 1150
31 Hopkins Plaza
Baltimore, MD 21201

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114

J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

JD Thompson Law
Attn: Judy D. Thompson
P.O. Box 33127
Charlotte, NC 28233
Counsel To Sodexo, Inc.

Jenner & Block LLP
Attn: David J. Bradford, Esq.
Catherine L. Steege, Esq.
Andrew W. Vail, Esq.
330 N. Wabash Avenue
Chicago, IL 60611-7603
Counsel To EGI-TRB

K&L Gates LLP
Attn: Jeffrey N. Rich, Esq.
599 Lexington Ave
New York, NY 10022-6030
Counsel To Greatbanc Trust Company

K&L Gates LLP
Charles R. Smith, Esq.
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
Counsel To Greatbanc Trust Company

Kamakazee Kiwi Coporation
3835-R East
Thousdan Oaks Blvd. #343
Thousand Oaks, CA 91362

Kasowitz, Benson, Torres & Friedman LLP
Attn: David S. Rosner; Andrew K. Glenn;
Sheron Korpus
1633 Broadway
New York, NY 10019
Counsel to Law Debenture Trust Company of New
York

Katten Muchin Rosenman LLP
John P. Sieger; Alexander S. Vesselinovitch;
Daniel J. Polatsek; Joshua A. Gadharf
525 W. Monroe Street
Chicago, IL 60661-3693
Counsel To Robert R. Mccormick Foundation &
Cantigny Foundation

Kaye Scholer LLP
Madlyn Gleich Primoff, Esq
425 Park Ave
New York, NY 10022
Counsel To Merrill Lynch Capital Corp As Admin
Agent

Kelley Drye & Warren LLP
Erick R. Wilson, Esq.
Howard S.Steel, Esq.
101 Park Avenue
New York, NY 10178
Counsel To Telerep, LLC

Klee, Tuchin, Bogdanoff & Stern, LLP
Attn: Kenneth N. Klee, Esq.
1999 Avenue Of The Stars, 39th Floor
Los Angeles, CA 90067-6049

Klee, Tuchin, Bogdanoff & Stern, LLP
Attn: Lee R. Bogdanoff, Martin R. Barash, Esqs.
1999 Avenue Of The Stars, 39th Floor
Los Angeles, CA 90067-6049
Counsel to Examiner-Designate Kenneth Klee, Esq.

Klehr Harrison Harvey Branzburg LLP
Michael W. Yurkewicz, Esq.
919 Market Street, Suite 1000
Wilmington, DE 19801
Counsel To Suttonbrook Capital Management LP

Landis Rath & Cobb LLP
Attn Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
919 Market Street Suite 1800
Wilmington, DE 19801
Counsel for Official Committeee of Unsecured
Creditors

Leslie A. Cohen, Esq.
Leslie Cohen Law, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401

Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
Attn: Daniel Feinberg, Angelica K. Jongco,
Nina Wasow, Esqs.
1330 Broadway, Suite 1800
Oakland, CA 94612
Counsel To: Neil, Brown, Weinstein, Roche, Levin,
& Makinen

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Linebarger Goggan Blair & Sampson LLP
Attn John P Dillman
PO Box 3064
Houston, TX 77253-3064
Counsel To Harris County

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX 75201
Counsel To Dallas County

Loizides, P.A.
Christopher D. Loizides, Esq.
1225 King Street, Suite 800
Wilmington, DE 19801
Attorney For Navigant Consulting, Inc.

Margolis Edelstein
Attn: James E. Huggett, Esq.
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
Counsel To Oracle America, Inc.

Maureen A. McGreevey, Esq.
Senior Litigation Counsel
Sungard
680 E. Swedesford Road
Wayne, PA 19087

Mayer Brown LLP
Frederick D. Hyman, Esq.; Jeffrey G. Tougas, Esq.,
Amit K. Trehan, Esq., Jean-Marie L. Atamian, Esq.,
Bian Trust, Esq.
1675 Broadway
New York, NY 10019
Counsel To Barclays Bank

McCarter & English, LLP
Attn: David Adler, Esq.
245 Park Avenue, 27th Floor
New York, NY 10167
(Counsel To Deutsche Bank Trust Company
Americas)

McCarter & English, LLP
Attn: Katharine L. Mayer, Esq.
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801
Counsel To Deutsche Bank Trust Company Americas

Mcguire Woods LLP
Attn. Paul J. Catanese and Patricia K. Smoots
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Counsel To The Nielsen Company (US) LLC

Mcpharlin Sprinkles & Thomas, LLP
Attn. Elain M. Seid, Esq.
10 Almaden Blvd., Suite 1460
San Jose, CA 95113
Counsel To Diablo Investment Co.

Meites, Mulder & Glink
Attn: Thomas Meites, Esq.
Michael Mulder, Esq.
321 S. Plymouth Ct., Suite 1250
Chicago, IL 60603
Counsel To: Neil, Brown, Weinstein, Roche, Levin,
& Makinen

Messana Rosner & Stern, LLP
Frederick B. Rosner, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Counsel To Intelsat Corporation)

Michael A. Cox, Attorney General And
Deborah B. Waldmeir, Assistant Attorney General
State Of Michigan, Dept. Of Treasury
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

Michael Schloss
Office Of The Solicitor
United States Department Of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, DC 20013
Counsel To Hilda L. Solis, Secretary Of Labor

Missouri Department Of Revenue
Attn: Susan L. Lissant
Special Assistant Attorney General
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

Monzack Mersky Mclaughlin And Browder, P.A.
Attn: Rachel B. Mersky, Esq.
(Counsel To Bkm 3128 Redhill, Llc, A California
Limited Liability Company)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Morgan, Lewis & Bockius LLP
Attn: Colm F. Connolly, Esq.
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, DE 19801
Counsel To Greatbanc Trust Company & NYSCRF

Morgan, Lewis & Bockius LLP
Charles C. Jackson, Esq.
Theodore M. Becker, Esq.
77 West Wacker Drive
Chicago, IL 60601-5094
Counsel To Greatbanc Trust Company

Morgan, Lewis & Bockius Llp
Menachem O. Zelmanovitz, Esq.
Rachel Jaffe Nauceri, Esq.
101 Park Avenue
Counsel To Greatbanc Trust Company & NYSCRF
New York, NY 10178-0060

Morgan, Lewis & Bockius LLP
Rachel Jaffe Mauceri, Esq.
1701 Market Street
Philadelphia, PA 19103-2921
Counsel To NYSCRF

Morris Nichols Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq
Curtis S. Miller, Esq.
Counsel To Step One Senior Lenders
1201 North Market Street, 18th Floor
PO Box 1347
Wilmington, DE 19899-1347

Much Shelist Denenberg Ament and Rubenstein, PC
Attn: Colleen E. McManus, Esq.
191 North Wacker Drive, Ste 1800
Chicago, IL 60606
Counsel To Cf 4242 Bryn Mawr LLC

Navigant Consulting, Inc.
Monica M. Weed, Esq.
30 S. Wacker Drive, Suite 3550
Chicago, IL 60606

Navistar Leasing Company
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173

New York State Department Of Taxation And
Finance
Attn. Robert L. Cook, District Tax Attorney
333 East Washington St., 3rd Floor
Syracuse, NY 13202

Nolan, Plumhoff & Williams, Chartered
Attn. Robert L. Hanley, Jr. Esq.
Suite 700, Nottingham Centre
502 Washington Avenue
Towson, MD 21204
Counsel To St. John Properties, Inc.

Office Of Attorney General
Attn: Carol E. Momjian, Senior Deputy Attorney
General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Office Of The United States Trustee
David M. Klauder, Esq.
United States Dept Of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035

O'Melveny & Myers LLP
Attn: B. Butwin, D. Cantor and D. Shamah
Times Square Tower
7 Times Square
New York, NY 10036
Counsel To Bank Of America, N.A. and Banc Of
America Securities LLC

O'melveny & Myers LLP
Attn: Evan M. Jones, Esq.
400 South Hope Street
Los Angeles, CA 90071
Counsel To Bank Of America, N.A. and Banc Of
America Securities LLC

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones, Timothy P. Cairns And
Mark M. Billion, Esqs.
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
Counsel To Centerbridge Credit Advisors LLC

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Joseph L. Christensen, Esq.
500 Delaware Avenue, Suite 200; PO Box 32
Wilmington, DE 19899-0032
Counsel To Citicorp North America, Inc. and Citigroup
Global Markets Inc.

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Charles E. Davidow, Esq.
2001 K. Street, N.W.
Washington, DC 20006-1047
Counsel To Citicorp North America, Inc. and
Citigroup Global Markets Inc.

Paul, Weiss, Rifkind, Wharton & Garrisson LLP
Attn: Stephen J. Shimshak, Andrew Gordon,
David W. Brown, Lauren Shumejda
1285 Avenue Of The Americas
New York, NY 10019-6064
Counsel To Citicorp North America, Inc. and
Citigroup Global Markets Inc.

Pension Benefit Guaranty Corporation
Attn Frank A Anderson, Cassandra R Burton, and
Kartar S Khalsa, Esq
Office Of The Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026

Pepper Hamilton LLP
Attn. David B. Stratton, Esq.
Leigh-Anne M. Raport,Esq.
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Counsel To PPF Off Two Park Avenue Owner

Pepper Hamilton LLP
Attn: David B. Stratton & John H. Schanne, II
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Counsel To Bank Of America, N.A. and Banc Of
America Securities LLC

Phillips, Goldman & Spence, P.A.
Attn: John C. Phillips, Esq.
1200 North Broom Street
Wilmington, DE 19806
Counsel To: Valuation Research Corporation

Pinckney, Harris & Weidinger, LLC
Attn: Adam Hiller & Donna Harris
1220 North Market Street, Suite 950
Wilmington, DE 19801
Counsel To The Parties Referenced In The First
Amended Verified Statement Of Teitelbaum &
Baskin LLP

Potter Anderson & Corroon LLP
Attn: Laurie Silverstein, Esq
Hercules Plaza
1313 N Market Street, PO Box 951
Wilmington, DE 19899-0951
(Counsel To Merrill Lynch Capital Corp As Admin
Agent)

Proskauer Rose LLP
Attn: Martin S. Zohn, Esq.
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067
Counsel To: Twentieth Television, Inc.

Richards, Layton & Finger, PA
Attn: Mark D. Collins, Esq.
920 North King Street
Wilmington, DE 19801
(Counsel To JPMorgan Chase Bank, N.A.)

Riddell Williams, P.S.
Attn. Joseph E. Shickich, Jr., Esq.
Maria Ann Milano, Esq.
1001- 4th Avenue, Suite 4500
Seattle, WA 98154-1192
Counsel To Microsoft Corporation & Mircrosoft
Licensing, GP

Robinson Brog Leinwand Green Genovese & Gluck PC
Attn: Fred B. Ringel, Esq.
875 Third Avenue, 9th Fl
New York, NY 10022
Counsel To Galleria Operating Company, LLC

Romero Law Firm
Martha E. Romero, Esq.
BMR Professional Bldg
6516 Bright Avenue
Whittier, CA 90601
(Counsed To Secured Creditor County Of San
Bernardino, California, A California Taxing Auth.)

Ruskin Mascou Faltischek, P.C.
Attn: Michael S. Amato, Esq.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425
Counsel To Esther Rhein

Ruskin Moscou Faltischek, P.C.
Attn. Michael S. Amato, Esq.
East Tower, 15th Floor
1425 Rxr Plaza
Uniondale, NY 11556-1425
Counsel To Barry And Marie Goldenberg

Saul Ewing LLP
Attn: Mark Minuti, Esq.
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Delaware Counsel To: Kenneth N. Klee,
The Examiner-Designate

Schulte Roth & Zabel LLP
Lawrence V. Gelber, Esq.
Adam L. Hirsch, Esq.
919 Third Avenue
New York, NY 10022
Counsel To Suttonbrook Capital Management LP

Securities & Exchange Commission
15th & Pennsylvania Ave, N.W.
Washington, DC 20020

Seitz, Van Ogtrop & Green, P.A.
Attn: R.Karl Hill, Esq.
222 Delaware Avenue, Ste 1500
Po Box 68
Wilmington, DE 19899
Counsel To Abitibi Bowater, Inc., Abitibi
Consolidated Sales Corporation, Bowater, Inc.,
Dow Jones & Company

Sidley Austin LLP
Attn: Kenneth P. Kansa Esq.
One South Dearborn
Chicago, IL 60603
Counsel To The Debtors

Sidley Austin LLP
James F. Conlan, Esq.
Bryan Krakauer, Esq.
One South Dearborn Street
Chicago, IL 60603
Co-Counsel To Debtor

Sidley Austin LLP
Kevin T. Lantry, Esq.
555 West Fifth Street
Los Angeles, CA 90013
Co-Counsel To Debtor

Silverman McDonald & Friedman
Attn: Brian E. Lutness, Esq.
1010 N. Bankcroft Parkway, Suite 22
Wilmington, DE 19805
Counsel To Marcia Willette, Guardian To Zachary
Mitzkovitz

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

Sirlin Gallogly & Lesser, P.C.
Dana S. Plon, Esq.
123 South Broad Street, Suite 2100
Philadelphia, PA 19102
Counsel To Unisys Corporation

Stempel Bennett Claman & Hochberg PC
Attn Edmond P O'Brien, Esq
675 Third Avenue 31st Floor
New York, NY 10017
Counsel To Slg 220 News Owner LLC as Landlord

Stuart Maue
Attn: W. Andrew Dalton
Fee Examiner
3840 McKelvey Rd
St. Louis, MO 63044

Sullivan Hazeltine Allinson LLC
Attn: William D. Sullivan; Elihu E. Allinson, III
4 East 8th Street, Suite 400
Wilmington, DE 19801
Counsel To Wilmington Trust Company

Sullivan Hazeltine Allison LLC
William Hazeltine, Esq.
4 East 8th Street
Ste. 400
Wilmington, DE 19801
Counsel To Ivan J. Bates

Teitelbaum & Baskin, LLP
Attn: Jay Teitelbaum
3 Barker Avenue, Third Floor
White Plains, NY 10601
Counsel To H.Bergmann; R.Erburu; K.Horn; R.Jansen,
W.Johnson Jr; W.Niese; R.Schlosberg, III; J.Simpson;
M.Willes; E.Zimbalist, III

The DSF Group
Allan I. Muscovitz, Sr. Accountant
950 Winter Street, Ste 4300
Waltham, MA 02451-1486

The Reimann Law Group
Attn. David W. Reimann, Esq.
1960 East Grand Avenue, Suite 1165
El Segundo, CA 90245
Counsel For Majestic Realty Co. Yorba Park I, Llc, And
Yorba Park Sub, LLC

The Seaport Group LLC
Attn Scott Friedberg
360 Madison Avenue 22nd Floor
New York, NY 10017

Tood M. Hoepker, Esq.
Post Office Box 3311
Orlando, FL 32802-3311
Counsel To Cop-Hanging Moss, LLC

Travelers
National Accounts
1 Tower Square-5mn
Hartford, CT 06183-4044

Tressler Soderstorm Maloney & Press, LLP
Attn. Jacqueline A. Criswell
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-6314
Counsel To Fisher Printing, Inc.

Twentieth Television, Inc.
Attn: Jodie Rea
2121 Avenue Of The Stars, Suite 1754
Los Angeles, CA 90067
Counsel To: Twentieth Television, Inc.

Tybout Redfearn And Pell
Attn. Sherry Ruggiero Fallon, Esq.
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
Counsel To Northlake Property, LLC, Midwest
Warehouse & Distribution System, Inc. and Beford
Motor Service, Inc.

U.S. Department Of Justice
Attn. Yonatan Gelblum, Trial Attorney
Tax Division
555 4th Street, NW Room 6110
P.O. Box 227
Washington, DC 20044

Ungaretti & Harris
Attn. George R. Mesires, Esq.
3500 Three First National Plaza
70 West Madison
Chicago, IL 60602
Counsel To KTR South Florida LLC

Unisys Corporation
Attn. Janet Fitzpatrick, Legal Assistant
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA 19424

United States Department Of Justice
Civil Division
Matthew J. Troy, Esq.
Po Box 875
Washington, DC 20004-0875

United States Department Of Labor
Office Of The Solicitor
Elizabeth S. Goldberg, Esq.
Plan Benefits Security Division
P.O. Box 1914
Washington, DC 20013
Counsel To Hilda L. Solis, Secretary Of
Labor, United States Department Of Labor

US Attorney's Office
Ellen W. Slights, Esq
1201 Market Street, Suite 1100
Po Box 2046
Wilmington, DE 19899-2046

Vorys Sater Seymour & Pease LLP
Attn: Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, OH 43215
Counsel to AOL LLC and Related Entities;
Turner Broadcasting System Inc et al.

Warner Bros. Television Distribution, Inc.
Attn: Wayne M. Smith, Esq.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522

Weiss Serota Helfman Pastoriza Cole &
Boniske, P.L
Attn: Douglas R. Gonzales, Esq.
Counsel To City Of Miramar, Florida and
Dania Beach
200 East Broward Boulevard, St. 1900
Fort Lauderdale, FL 33301

White & Case LLP
Attn: Thomas E. Lauria, Gerard H. Uzzi,
Scott Greissman, Esqs.
1155 Avenue Of The Americas
New York, NY 10036-2787
(ounsel To: Wells Fargo Bank, N.A.

Willkie Farr & Gallagher LLP
Attn. Alan J. Lipkin, Esq.
Jeremy E. Crystal, Esq.
787 Seventh Avenue
New York, NY 10019
Counsel To PPF Off Two Park Avenue Owner,
LLC

Wilmer Cutler Pickering Hale And Dorr LLP
Attn: Andrew Goldman, Esq.
399 Park Avenue
New York, NY 10022
Counsel to Angelo Gordon & Co.

Wilmington Trust Company
Attn. Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Winston & Strawn LLP
Attn: David Neier, Esq.
200 Park Avenue
New York, NY 10166
Counsel To Valuation Research Corporation

Young Conaway Stargatt & Taylor, LLP
Attn: Robert S. Brady and M. Blake Cleary, Esqs.
The Bradywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391
Counsel To Various Parties Listed On NOA

Zuckerman Spaeder LLP
Graeme W. Bush, Esq.
James Sottile, Esq.
1800 M Street, NW, Suite 1000
Washington, DC 20036
Special Counsel To Official Committee Of Unsecured
Creditors

Zuckerman Spaeder LLP
Thomas G. Macauley, Esq.
Virginia Whitehall Guldi, Esq.
919 Market Street, Ste 990
Wilmington, DE 19801
Special Counsel To Official Committee Of
Unsecured Creditors

Zwerdlking Paul Kahn & Wolly PC
Attn Robert E Paul Esq.
1025 Connecticut Avenue Nw Suite 712
Washington, DC 20036-5420
Counsel To Washington-Baltimore Newspaper Guild,
Local 32035, TNG-CWA

Amish R. Doshi, Esq.
Magnozzi & Kye, LLP
One Expressway Plaza, Suite 114
Roslyn Heights, NY 11577
Counsel for Oracle America, Inc.

Michael T. Hannafan, Esq.
Blake T. Hannafin, Esq.
James A. McGuinness, Esq.
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, IL 60601
Counsel for Timothy P. Knight

Anthony M. Saccullo, Esq.
Thomas H. Hovach
A M Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
Counsel for Timothy P. Knight