**Exhibit A**

# TRB - Correct Allocation of DCL Settlement Proceeds

$ Millions                                   Privileged and Confidential – Prepared at the Request of Counsel

|  | Scenario 1 | Scenario 2 |
|---|---|---|
| Claims Sharing in EGI Subordination: | Sr. Notes & Swap | Sr. Notes Only |
| Claims Sharing in PHONES Subordination: | Sr. Notes Only | Sr. Notes Only |
| *Total Claims Sharing in Settlement Consideration:* | | |
| Swap Claim | $151 | $151 |
| Senior Notes | $1,283 | $1,283 |
| Parent GUCS (1) | $154 | $154 |
| PHONES Notes | $1,197 | $1,197 |
| EGI-TRB Notes | $235 | $235 |
| **Total** | **$3,020** | **$3,020** |
| *Recovery to Non-LBO Parent Creditors Under DCL Plan:* | | |
| Total Recovery Under DCL Plan (2) | $541 | $541 |
| Less: "Natural" Recovery | $75 | $75 |
| **Settlement Consideration to Parent** | **$466** | **$466** |
| *Initial Allocation of Settlement Consideration:* | | |
| Swap Claim | $23 | $23 |
| Senior Notes | $198 | $198 |
| Parent GUCS (1) | $24 | $24 |
| PHONES Notes | $185 | $185 |
| EGI-TRB Notes | $36 | $36 |
| **Total** | **$466** | **$466** |
| *EGI Subordination Turnover of Settlement Consideration:* | | |
| Initial Recovery to EGI | $36 | $36 |
| Claims Sharing | $1,434 | $1,283 |
| *Recovery from EGI Subordination Turnover of Settlement Consideration:* | | |
| Swap Claim | $4 | $0 |
| Senior Notes | $32 | $36 |
| Parent GUCS (1) | $0 | $0 |
| **Total** | **$36** | **$36** |
| *PHONES Subordination Turnover of Settlement Consideration:* | | |
| Initial Recovery to PHONES | $185 | $185 |
| Claims Sharing | $1,283 | $1,283 |
| *Recovery from PHONES Subordination Turnover of Settlement Consideration:* | | |
| Swap Claim | $0 | $0 |
| Senior Notes | $185 | $185 |
| Parent GUCS (1) | $0 | $0 |
| **Total** | **$185** | **$185** |
| *Allocation of Settlement Consideration Pursuant to the "Natural" Waterfall:* | | |
| Swap Claim | $27 | $23 |
| Senior Notes | $415 | $419 |
| Parent GUCS (1) | $24 | $24 |
| **Total** | **$466** | **$466** |
| *Allocation of Settlement Consideration Under the DCL Plan:* | | |
| Swap Claim | $47 | $47 |
| Senior Notes | $370 | $370 |
| Parent GUCS (1) | $48 | $48 |
| **Total** | **$465** | **$465** |
| *Over Payment / (Underpayment) Under DCL Plan:* | | |
| Swap Claim | $20 | $24 |
| Senior Notes | ($46) | ($50) |
| Parent GUCS (1) | $24 | $24 |

(1) Parent GUC number is the mid point of the Debtors' estimate of Other Parent Claims less the Swap Claim on page 14 of the DCL Specific Disclosure Statement.
(2) Assumes all Parent GUCs elect the cash out option for illustrative purposes.