B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re Tribune Company, et al.          ,          Case No. 08-13141 (KJC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NBC Studios LLC | Warner Bros. Television Distribution LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

John Berlinski
Vice President, Litigation
NBC Universal Television Group
100 Universal City Plaza, Bldg. 1320, Suite 3C
Universal City, CA 91608

Court Claim # (if known): See Schedule 1
Amount of Claim: See Schedule 1
Date Claim Filed: See Schedule 1

Phone: 818 777-6535
Last Four Digits of Acct #: N/A

Phone: 818-954-6007
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ John Berlinski                        Date: May 27, 2011
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYACTIVE-12060995.1

# EXHIBIT A
## EVIDENCE OF TRANSFER OF CLAIMS

**TO: THE DEBTORS AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Warner Bros. Television Distribution Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to NBC Studios LLC ("Assignee") all of its rights, title and interest, claims and causes of action in and to, or arising under or in connection with, the Claims and Proofs of Claims set forth on Schedule 1 annexed hereto against Tribune Broadcasting Company and certain of its direct and indirect subsidiaries and affiliates (collectively, the "Debtors") in the aggregate amount of $12,125,159.74 in the Debtors' Chapter 11 cases (the "Bankruptcy Cases") which are being jointly administered and pending under Case No. 08-13141 (KJC), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

The terms of this Evidence of Transfer shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns. Assignor hereby acknowledges that Assignee may at any time reassign the Claims and Proofs of Claims, together with all rights, title and interest of Assignee in and to this Evidence of Transfer. The representations and warranties made or provided for herein shall survive the execution and delivery of this Evidence of Transfer and any such reassignment.

Assignor hereby acknowledges and consents to all of the terms set forth in this Evidence of Transfer and hereby waives any objection to the transfer of Claims and Proofs of Claims to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable Local Bankruptcy Rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims and Proofs of Claims and recognizing Assignee as the sole owner and holder of such Claims and Proofs of Claims.

Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims and Proofs of Claims and Proofs of Claims, and all payments and distributions of money or property with respect to the Claims are to be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claims is executed this 13th day of May, 2011.

ASSIGNOR:
WARNER BROS. TELEVISION
DISTRIBUTION INC.

By: _____
Name: JOHN A. RADOUN
Title: SECRETARY + DIRECTOR

ASSIGNEE:
NBC STUDIOS LLC

By: _____
Name: MARIANO SCHWED
Title: VP, Law Department

# Schedule 1 – Assigned Claims

| Post Petition Claims | | | | |
|---|---|---|---|---|
| **Date Filed** | **Claim No.** | **Station** | **Case No.** | **Amount** |
| 6/12/2009 | 5654 | KSWB San Diego, CA | 08-13182 | $306,662.68 |
| 6/12/2009 | 5653 | KTLA Los Angeles, CA | 08-13183 | $1,402,666.32 |
| 6/12/2009 | 5644 | KWGN Englewood, CO | 08-13184 | $588,000.00 |
| 6/12/2009 | 5650 | WGN Chicago, IL | 08-13252 | $1,406,668.00 |
| 6/12/2009 | 5648 | WPIX New York, NY | 08-13254 | $1,753,332.00 |
| 6/12/2009 | 5647 | WSFL Ft. Lauderdale, FL | 08-13154 | $240,000.00 |
| 6/12/2009 | 5161 | Tribune TV Co. | 08-13241 | $2,013,332.99 |
| **TOTAL** | | | | **$7,710,661.99** |

| Series Prepetition Claims | | | | |
|---|---|---|---|---|
| **Date Filed** | **Claim No.** | **Station** | **Case No.** | **Amount** |
| 4/26/2011 | 6751 | Trib. TV Co | 08-13241 | $1,108,259.49 |
| 4/26/2011 | 6761 | KIAH | 08-13180 | $136,518.39 |
| 4/26/2011 | 6753 | KTLA | 08-13183 | $1,131,182.12 |
| 4/26/2011 | 6755 | Channel 40 | 08-13149 | $210,712.31 |
| 4/26/2011 | 6763 | WPIX | 08-13254 | $1,131,180.87 |
| 4/26/2011 | 6765 | Channel 39 | 08-13148 | $154,838.71 |
| 4/26/2011 | 6759 | KSWB | 08-13182 | $197,850.52 |
| 4/26/2011 | 6757 | WDCW | 08-13251 | $343,700.24 |
| **TOTAL** | | | | **$4,414,242.65** |