**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 31st day of May, 2011, she caused a copy of the following:

**ORDER EXTENDING DEADLINE TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW**
**[D.I. 9024]**

to be served upon the parties identified on the attached list via electronic mail.

Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 1st day of June, 2011.

Notary Public
My Commission Expires: 12/1/12

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012

{698.001-W0014949.}

**TRIBUNE COMPANY, et al.**
**08-13141 (KJC)**

**PLAN SERVICE LIST**
**VIA ELECTRONIC MAIL**

Plan Benefits Security Division
Elizabeth Goldberg, Esq. — Goldberg.elizabeth@dol.gov
Leonard H. Gerson, Esq. — Gerson.leonard@dol.gov
Christine Heri, Esq. — Heri.christine@dol.gov
Michael Schloss, Esq. — Schloss.michael@dol.gov
**United States Department of Labor**
P.O. Box 1914
Washington, D.C. 20013

Robert Stark, Esq. — rstark@brownrudnick.com
Jared A. Ellias, Esq. — jellias@brownrudnick.com
Gordon Z. Novod, Esq. — gnovod@brownrudnick.com
Kate Bromberg, Esq. — kbromberg@brownrudnick.com
Martin Siegel, Esq. — msiegel@brownrudnick.com
**Brown Rudnick**
Seven Times Square
New York, NY 10036

Graeme W. Bush, Esq. — gbush@zuckerman.com
James Sottile, Esq. — jsottile@zuckerman.com
Andrew N. Goldfarb, Esq. — agoldfarb@zuckerman.com
**Zuckerman Spaeder LLP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036

Andrew W. Hammond, Esq. — ahammond@whitecase.com
Brian E. Fritz, Esq. — bfritz@whitecase.com
David Hille, Esq. — dhille@whitecase.com
**White & Case LLP**
1155 Avenue of the Americas
New York, NY 10036

Andrew N. Goldman, Esq.
Charles C. Platt, Esq.
Dawn M. Wilson, Esq.
**Wilmer Hale, Esq.**
399 Park Avenue
New York, NY 10022

Andrew.goldman@wilmerhale.com
Charles.platt@wilmerhale.com
Dawn.wilson@wilmerhale.com

Abid Qureshi, Esq.
Daniel H. Golden, Esq.
Deborah Newman, Esq.
David Zensky, Esq.
Phillip Dublin, Esq.
Jason Goldsmith, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

aqureshi@akingump.com
dgolden@akingump.com
djnewman@akingump.com
dzensky@akingump.com
jgoldsmith@akingump.com
pdublin@akingump.com

Mitchell Hurley, Esq.
Nancy Chung, Esq.
Sunny Gulati, Esq.
Christine Doniak, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

mhurley@akingump.com
nchung@akingump.com
sgulati@akingump.com
cdoniak@akingump.com

Bryan Krakauer, Esq.
Colleen M. Kenney, Esq.
James F. Conlan, Esq.
James W. Ducayet, Esq.
Jen Peltz, Esq.
Dale E. Thomas, Esq.
Patrick Wackerly, Esq.
**Sidley Austin LLP**
One South Dearborn
Chicago, IL 60603

Bkrakauer@sidley.com
Ckenney@sidley.com
jconlan@sidley.com
jducayet@sidley.com
jpeltz@sidley.com
dthomas@sidley.com
pwackerly@sidley.com

Daniel L. Cantor, Esq.
Daniel Shamah, Esq.
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036

dcantor@omm.com
dshamah@omm.com

Howard J. Kaplan, Esq.
Johnny Yeh, Esq.
**Arkin Kaplan Rice LLP**
590 Madison Avenue, 35th Floor
New York, NY 10022

hkaplan@arkin-law.com
jyeh@arkin-law.com

Katharine L. Mayer, Esq.
**McCarter & English, LLP**
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801

kmayer@mccarter.com

Kevin T. Lantry, Esq.
**Sidley Austin LLP**
555 West Fifth Street
Los Angeles, CA 90013

klantry@sidley.com

Laurie Silverstein, Esq.
R. Stephen McNeill, Esq.
**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

lsilverstein@potteranderson.com
rmcneill@potteranderson.com

David Rosner, Esq.
Sheron Korpus, Esq.
Christine A. Montenegro
Matthew B. Stein, Esq.
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, NY 10019

drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com

James O. Johnston, Esq.
Joshua Mester, Esq.
**Dewey LeBoeuf LLP**
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

jjohnston@deweyleboeuf.com
jmester@deweyleboeuf.com

Alitia Faccone, Esq.
Joseph T. Boccassini, Esq.
**McCarter & English**
100 Mulberry Street
Newark, NJ 07102

afaccone@mccarter.com
jboccassini@mccarter.com

Andrew Gordon, Esq.
David W. Brown, Esq.
Elizabeth McColm, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

agordon@paulweiss.com
dbrown@paulweiss.com
emccolm@paulweiss.com

Andrew J. Puglia Levy, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison**
2001 K Street, NW
Washington, DC 20006

alevy@paulweiss.com

Brad B. Erens, Esq.
David A. Hall, Esq.
**Jones Day**
77 West Wacker
Chicago, IL 60601

bberens@jonesday.com
dhall@jonesday.com

Steven M. Bierman, Esq
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY 10019

sbierman@sidley.com

David Adler, Esq.
**McCarter & English**
245 Park Avenue, 27th Floor
New York, NY 10167

dadler@mccarter.com

Evan D. Flaschen, Esq.
**Bracewell & Giuliani LLP**
25 Asylum Street, Suite 2600
Hartford, CT 06103

Evan.flaschen@bgllp.com

Joseph M. Drayton, Esq.
Jonathan Agudelo, Esq.
Jane Parver, Esq.
Madlyn Primoff, Esq.
**Kaye Scholer LLP**
425 Park Avenue
New York, NY 10022

jdrayton@kayescholer.com
jonathan.agudelo@kayescholer.com
jparver@kayescholer.com
mprimoff@kayescholer.com

Norman L. Pernick
J. Kate Stickles, Esq.
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

npernick@coleschotz.com
kstickles@coleschotz.com

Lynn DiPaola Marvin, Esq.
**Jones Day**
222 East 41st Street
New York, NY 10017

lmarvin@jonesday.com

John Henry Schanne, II, Esq.
David Stratton, Esq.
**Pepper Hamilton LLP**
1313 Market St.
P.O. Box 1709
Wilmington, DE 19899

schannej@pepperlaw.com
strattond@pepperlaw.com

Damian Schaible, Esq.
Elliott Moskowitz, Esq.
Michael Russano, Esq.
Dennis Glazer, Esq.
Donald Bernstein, Esq.
Karen Luftglass, Esq.
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017

Damian.schaible@dpw.com
Elliott.moskowitz@davispolk.com
Michael.russano@davispolk.com
dglazer@davispolk.com
Donald.bernstein@davispolk.com
Karen.luftglass@davispolk.com

Charles Jackson, Esq.
Theodore M. Becker, Esq.
Deborah S. Davidson, Esq.
**Morgan Lewis & Bockius LLP**
77 West Wacker Dr.
Chicago, IL 60601-5094

Charles.jackson@morganlewis.com
tbecker@morganlewis.com
ddavidson@morganlewis.com

Menachem Zelmanovitz, Esq.
**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178

mzelmanovitz@morganlewis.com

David M. Miles, Esq.
Ronald Flagg, Esq.
James F. Bendernagel, Jr.
**Sidley Austin LLP**
1501 K Street, N.W.
Washington, DC 20005

dmiles@sidley.com
rflagg@sidley.com
jbendern@sidley.com

A. Brent Truitt, Esq.
**Hennigan Bennett & Dorman LLP**
245 Park Ave., 39th Floor
New York, NY

truittb@hbdlawyers.com

Rachel Jaffe Mauceri, Esq.
**Morgan Lewis**
1701 Market Street
Philadelphia, PA 19103

rmauceri@morganlewis.com

Richard W. Riley, Esq.
Duane Morris LLP
1100North Market Street
Suite 1200
Wilmington, DE 19801

rwriley@duanemorris.com

Michael Dockertman, Esq.
Jonathan W. Young, Esq.
Patrick Frye, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606

dockterman@wildman.com
young@wildman.com
frye@wildman.com

Jeffrey C. Wisler, Esq.
Marc Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

jwisler@cblh.com
mphillips@cblh.com

John McCambridge, Esq.
George Dougherty, Esq.
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

Jmccambridge@grippoelden.com
gdougherty@grippoelden.com
mkazan@grippoelden.com

Kathleen M. Miller, Esq,
Smith Katzenstein & Jenkins LLP
800 Delaware Avenue
Suite 1000
Wilmington, DE 19801

kmiller@skfdelaware.com

Richard A. Saldinger, Esq.
Kimberly Bacher, Esq.
Shaw Gussis Fishman Glantz Wolfson & Toubin LLC
321 N. Clark Street
Suite 800
Chicago, IL 60654

rsaldinger@shawgussis.com
kbacher@shawgussis.com

David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801

carickhoff@blankrome.com

David Bradford, Esq.
Catherine Steege, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

dbradford@jenner.com
csteege@jenner.com

Bradley J. Butwin, Esq.
Evan M. Jones, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

bbutwin@omm.com
ejones@omm.com

Joel Friedlander, Esq.
Sean Brennecke, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

jfriedlander@bmf-law.com
sbrennecke@bmf-law.com

Jeffrey M. Schlerf, Esq.
Eric M. Sutty, Esq.
Fox Rothschild LLP
919 North Market Street
Suite 1300
Wilmington, DE 19899

jschlerf@foxrothschild.com
esutty@foxrothschild.com
jbird@foxrothschild.com

Thomas E. Lauria, Esq.
Scott Greissman, Esq.
White and Case LLP
1155 Avenue of the Americas
New York, NY 10036

tlauria@whitecase.com
sgreissman@whitecase.com

| | |
|---|---|
| Adam Hiller, Esq.<br>Donna L. Harris, Esq.<br>Pinckney, Harris & Weidinger LLC<br>1220 North Market Street<br>Suite 950<br>Wilmington, DE 19801 | ahiller@phw-law.com<br>dharris@phw-law.com |
| William D. Sullivan, Esq.<br>Elihu Allinson, Esq.<br>Sullivan Hazeltine & Allinson LC<br>824 Market Street<br>Wilmington, DE 19801 | bsullivan@sha-llc.com<br>zallinson@shaw-llc.com |
| R. Baskin, Esq.<br>Jay Teitelbaum, Esq.<br>Teitelbaum & Baskin LLP<br>3 Barker Avenue, Third Floor<br>White Plains, NY 10601 | rbaskin@tblawllp.com<br>jteitelbaum@tblawllp.com |
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>1201 North Market Street<br>Suite 1400<br>Wilmington, DE 19801 | mfelger@cozen.com |
| William P. Bowden, Esq.<br>Amanda Winfree, Esq.<br>Leigh-Anne Raport, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue<br>Wilmington, DE 19801 | wbowden@ashby-geddes.com<br>awinfree@ashby-geddes.com<br>lraport@ashby-geddes.com |

Edward A. Friedman, Esq.
William P. Weintraub, Esq.
Eamonn O'Hagan, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036

efriedman@fklaw.com
wweintraub@fklaw.com
eohagan@fklaw.com

John P. Sieger, Esq.
Joshua A. Gadharf, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

John.sieger@kattenlaw.com
Joshua.gadharf@kattenlaw.com

Steven C. Florsheim, Esq.
Bruce S. Sperling, Esq.
Daniel Shmikler, Esq.
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

sflorsheim@sperling-law.com
bss@sperling-law.com
dshmikler@sperling-law.com

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 North King Street, Plaza Level
Wilmington, DE 19801

gmcdaniel@bglaw.com

Robert S. Brady, Esq.,
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor
100 West Street, 17th Floor
Wilmington, DE 19801

rbrady@ycst.com
mbcleary@ycst.com

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Collins@rlf.com