# EXHIBIT A

## Declaration of Christopher L. Meazell

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Twenty-Third Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period April 1, 2011 through April 30, 2011 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Twenty-Third Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.    There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.    No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 31st day of May, 2011.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## APRIL 1 - APRIL 30, 2011

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 31.1 | 17,105.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 730 | 29.3 | 21,389.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 370 | 11.5 | 4,255.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 600 | 14.4 | 8,640.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 34.0 | 22,100.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | | 0.00 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK); | 450 | 13.6 | 6,120.00 |
| Christian J. Pena | Paralegal (2005); Communications; n/a | 210 | | 0.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 | 460 | 11.6 | 5,336.00 |
| Kerry E. Stotler | Associate (since 2010); Communications; 2009 (VA) & 2010 | 290 | | 0.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 640 | 7.5 | 4,800.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC (2009) | 330 | 10.6 | 3,498.00 |
| Henry H. Wendel | Paralegal (2011); Communications; n/a | 150 | 10.7 | 1,605.00 |

**TOTALS**                    174.3      94,848.00
**BLENDED RATE**                          544.1652324

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2011 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $730 per hour.

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## APRIL 1 - APRIL 30, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 134.8 | 75,833.00 |
| Fee Applications 08656.0101 | 13.6 | 6,120.00 |
| Broadcast Contracts 08656.0104 | 25.9 | 12,895.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **174.3** | **94,848.00** |

# ☿ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T 202.776.2000  F 202.776.2222

May 25, 2011

Page 1

Invoice 540242

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL 60611

Our File # 08656.0100          For Services Through April 30, 2011
FCC/Broadcast Matters

| | | |
|---|---|---|
| 04/01/11 | Review revised list of issues for FCC expert witness rebuttal testimony (1.2); review Aurelius objection to M. Rosenstein rebuttal testimony (0.5).<br>C. Burrow | 1.70 hrs. |
| 04/01/11 | Review 2010 New York television market newspaper/broadcast and cross-ownership waiver request regarding FCC applications to transfer broadcast licenses in bankruptcy (1.8); draft update questionnaire for New York television market newspaper/broadcast licenses in bankruptcy (0.9).<br>H. Wendel (Paralegal) | 2.70 hrs. |
| 04/01/11 | Review draft material re further court hearings and cross-examination re FCC expert (0.6); review Aurelius proposal and motion re FCC application issues (0.4); further work on application update and amendment (0.8).<br>J. Feore | 1.80 hrs. |
| 04/01/11 | Review and analyze motion of Aurelius to limit testimony of Tribune expert witness M. Rosenstein.<br>J. Logan | 0.80 hrs. |
| 04/02/11 | Review Oaktree and Angelo Gordon FCC updates re ownership and possible issues for court hearing and rebuttal.<br>J. Feore | 1.10 hrs. |
| 04/03/11 | Review re TWC ex parte report and trade press re same (0.2); email same to client (0.1).<br>M. Swanson | 0.30 hrs. |
| 04/04/11 | Research regarding ex parte filings in AllVid docket. | |

May 25, 2011                                                      Page 2

Tribune Company                                         Invoice 540242

|  | D. Teslik | 0.50 hrs. |
|---|---|---|

| 04/04/11 | Draft update questionnaire for New York television market newspaper/broadcast cross-ownership waiver regarding FCC applications to transfer broadcast licenses in bankruptcy.<br>H. Wendel (Paralegal) | 0.50 hrs. |
|---|---|---|
| 04/04/11 | Review outline of M. Rosenstein testimony re FCC application issues for pending Tribune applications (0.8); review Hartford and Los Angeles waiver requests re possible updates (0.6).<br>J. Feore | 1.40 hrs. |
| 04/04/11 | Review issues re treatment of newly granted satellite earth station application.<br>J. Logan | 0.70 hrs. |
| 04/04/11 | Review re CEA ex parte report on AllVid (0.1); email same to client (0.1); telephone conference with E. Washburn re AllVid (0.1).<br>M. Swanson | 0.30 hrs. |
| 04/05/11 | Review draft materials re M. Rosenstein testimony re Tribune interests.<br>C. Burrow | 2.30 hrs. |
| 04/05/11 | Work on waiver amendment and application update for FCC re ownership issues.<br>J. Feore | 0.80 hrs. |
| 04/05/11 | Review correspondence from FCC counsel to co-proponents re issues in connection with proposed expert testimony (0.7); review background information from FCC counsel to Oaktree/Angelo Gordon, including additional exhibits for M. Rosenstein expert testimony (0.8).<br>J. Logan | 1.50 hrs. |
| 04/06/11 | Update questionnaire for Miami television market newspaper/broadcast cross-ownership waiver showing regarding FCC applications to transfer broadcast licenses in bankruptcy (0.6); review 2010 Miami television market newspaper/broadcast cross-ownership waiver showing regarding FCC applications to transfer broadcast licenses in bankruptcy (2.9).<br>H. Wendel (Paralegal) | 3.50 hrs. |
| 04/06/11 | Research re further FCC filings to reflect amended plan and court hearings (0.8); telephone conference with FCC staff re next status request (0.2); work on possible questions for expert testimony (0.8).<br>J. Feore | 1.80 hrs. |
| 04/06/11 | Review and analyze draft outline of expert witness testimony.<br>J. Logan | 1.10 hrs. |
| 04/07/11 | Revise M. Rosenstein testimony (1.9); correspondence with senior | |

|          | lender's FCC counsel re same (0.9); review revised Tribune Plan (1.8). | |
|----------|-----------------------------------------------------------|---------|
|          | C. Burrow                                                 | 4.60 hrs. |
| 04/07/11 | Revise questionnaire for Miami television market newspaper/broadcast cross-ownership waiver showing regarding FCC application to transfer broadcast licenses in bankruptcy (0.3); review 2010 Los Angeles television market newspaper/broadcast cross-ownership waiver showing regarding FCC applications to transfer broadcast licenses in bankruptcy (2.7); draft questionnaire for Los Angeles television market newspaper/broadcast cross-ownership waiver showing regarding FCC applications to transfer broadcast licenses in bankruptcy (1.0). | |
|          | H. Wendel (Paralegal)                                     | 4.00 hrs. |
| 04/07/11 | Review and revise draft testimony of M. Rosenstein re FCC ownership and attribution issues (1.3); telephone conference with S. Sheehan re status of FCC applications and potential issues and timing (0.2). | |
|          | J. Feore                                                  | 1.50 hrs. |
| 04/07/11 | Review and analyze proposed outline of expert witness testimony from R. Flagg (1.4); prepare comments on expert witness testimony (0.7); review comments on expert witness testimony from JP Morgan counsel and counsel for unsecured creditors committee (1.1); review revised Plan filing from Tribune (0.9). | |
|          | J. Logan                                                  | 4.10 hrs. |
| 04/08/11 | Review issues re FCC testimony (1.3); correspondence with senior lender's FCC counsel re same (1.4); review issues re JP Morgan additional media interests (0.7). | |
|          | C. Burrow                                                 | 3.40 hrs. |
| 04/08/11 | Research and prepare local television broadcasters reply comments in FCC spectrum reallocation proceeding. | |
|          | J. Rademacher                                             | 3.20 hrs. |
| 04/08/11 | Preparation of follow-up questionnaire for Chicago market newspaper/broadcast cross-ownership waiver request regarding FCC applications to transfer broadcast licenses in bankruptcy (2.4); preparation of follow-up questionnaire for New York market newspaper/broadcast cross-ownership waiver request regarding same (1.8); preparation of follow-up questionnaire for Los Angeles market newspaper/broadcast cross-ownership waiver request regarding same (1.9). | |
|          | J. Rademacher                                             | 6.10 hrs. |
| 04/08/11 | Review additional media ownership interests of JP Morgan (0.6); work on proposal solutions for FCC issues raised by Wiley (0.9); research re possible FCC application amendment and update re court issues (0.6). | |

May 25, 2011                                             Page 4

Tribune Company                                          Invoice 540242

|  | J. Feore | 2.10 hrs. |

| 04/08/11 | Telephone conference with J. Bayes (FCC counsel to JP Morgan) re proposed exhibits and filings to report inadvertent attributable newspaper interest (0.4); review correspondence from J. Stenger re expert testimony and outline (0.6); review draft exhibits from JP Morgan re approach to inadvertent attributable interest (0.8); analyze Section 1.65 and related issues in connection with corrective exhibit for JP Morgan media interests (0.7). | |
|  | J. Logan | 2.50 hrs. |

| 04/08/11 | Telephone conference with E. Washburn re AllVid meetings (0.1); voice mail message exchange with A. Neplokh (FCC) re same (0.1). | |
|  | M. Swanson | 0.20 hrs. |

| 04/09/11 | Review issues re JP Morgan additional media interests (1.2); review documentation re same (1.7); telephone conference and correspondence with senior lender's FCC counsel re same (1.9). | |
|  | C. Burrow | 4.80 hrs. |

| 04/09/11 | Review additional JP Morgan ownership information and update regarding reporting media interests to FCC and court. | |
|  | J. Feore | 1.00 hrs. |

| 04/09/11 | Prepare correspondence to R. Flagg and FCC counsel to co-proponents re JP Morgan disclosure and remedial actions re attributable interest (0.6); telephone conference with FCC counsel for co-proponents re exhibits and FCC filings in connection with JP Morgan interest corrections and update (0.5); telephone conference with R. Flagg and M. Rosenstein re FCC staff comments to date (0.4); review proposed exhibits from JP Morgan counsel re JP Morgan media interests (0.6). | |
|  | J. Logan | 2.10 hrs. |

| 04/11/11 | Review documents re M. Rosenstein testimony (3.4); telephone conference and correspondence with senior lender's FCC counsel re same (1.9). | |
|  | C. Burrow | 5.30 hrs. |

| 04/11/11 | Review updated ownership information for expert review and possible court testimony (0.9); research re amendment to application and additional certifications (0.7). | |
|  | J. Feore | 1.60 hrs. |

| 04/11/11 | Telephone conference with J. Bayes re additional Aurelius exhibits for M. Rosenstein cross-examination (0.3); review and analyze additional Aurelius exhibits for M. Rosenstein cross-examination (2.1); review JP Morgan revised exhibit and confidentiality request re disclosure of inadvertent attributable interest (0.7); prepare correspondence to E. Reed (JP Morgan) and to J. Boelter (Sidley) re amendment to media ownership certification (0.4); review Plan | |

May 25, 2011                                                                 Page 5

Tribune Company                                                Invoice 540242

|  | provisions and instructions re media ownership certification (0.3); review Oaktree/Angelo Gordon and JP Morgan memoranda on Aurelius exhibits re preparation for expert witness testimony (1.1); telephone conference with R. Flagg, M. Rosenstein, J. Bayes and E. Reed (JP Morgan) re treatment of exhibit on newly-discovered attributable interest in connection with expert testimony (0.5). | |
|---|---|---|
|  | J. Logan | 5.40 hrs. |
| 04/12/11 | Research update regarding Neilsen roll-out of online viewership ratings regarding update to FCC applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 0.40 hrs. |
| 04/12/11 | Review Prak report re preparation for hearing (0.6); review Rosenstein report and related documents re preparation (1.0); conference with M. Rosenstein (expert witness) and R. Flagg (Sidley) re preparation for expert witness testimony (0.8); attend hearing at bankruptcy court to assist with expert witness testimony (3.6); conference with M. Rosenstein (expert witness) and R. Flagg (Sidley) re expert witness testimony (0.6); prepare memorandum re expert witness cross-examination and probable Aurelius strategy (0.9). | |
|  | J. Logan | 7.50 hrs. |
| 04/12/11 | Review New York City waiver request (1.2); revise questions for update (1.4). | |
|  | M. Swanson | 2.60 hrs. |
| 04/13/11 | Review M. Rosenstein testimony (1.7); correspondence with senior lender's FCC counsel re same (0.6). | |
|  | C. Burrow | 2.30 hrs. |
| 04/13/11 | Revise AllVid ex parte handout (.8); prepare summary of recent AllVid ex parte meetings (2.1); research for and revise previous ex parte summaries (1.3). | |
|  | D. Teslik | 4.20 hrs. |
| 04/13/11 | Research and prepare update questionnaire for Miami market cross-ownership waiver request regarding applications to assign FCC licenses in bankruptcy. | |
|  | J. Rademacher | 1.90 hrs. |
| 04/13/11 | Telephone conference with Wiley re court hearing and update on FCC issues raised in court (0.2); work on FCC letter report and status filing (0.6). | |
|  | J. Feore | 0.80 hrs. |
| 04/13/11 | Review transcript of expert witness testimony re FCC points. | |
|  | J. Logan | 0.80 hrs. |
| 04/14/11 | Attend FCC ex parte meeting regarding AllVid (2.3); preparation for same (0.7); prepare ex parte notice regarding same (1.0). | |

May 25, 2011                                        Page 6

Tribune Company                                     Invoice 540242

|  |  |  |
|---|---|---|
|  | D. Teslik | 4.00 hrs. |

04/14/11    Telephone conference with N. Larsen, D. Kazan and D. Eldersveld re ownership issues, FCC and application processing (0.9); review and update waiver issues for Los Angeles and possible FCC amendments (1.3).

J. Feore                                            2.20 hrs.

04/14/11    Telephone conference with D. Eldersveld, et al. re FCC regulatory implications and processes in connection with potential acquisition opportunity (0.5); review and analyze FCC implications and implications for pending applications of proceeding with potential acquisition opportunity (0.6).

J. Logan                                            1.10 hrs.

04/14/11    Telephone conferences with FCC Chairman's staff re AllVid meeting logistics (0.1); email exchanges with J. Fehnel, S. Karottki and E. Washburn re revisions to hand-out (0.1); revise same and email to client (0.1); review and revise ex parte interim summary (0.2); email same to E. Washburn, S. Karottki and J. Fehnel (0.1); email E. Washburn re spectrum comment extension (0.1); preparation for and attend meeting with S. Smith (FCC) and W. Lake (FCC) regarding AllVid (1.9); email exchanges with E. Washburn re ex parte report summary (0.1); email draft ex parte report to same (0.1).

M. Swanson                                          2.80 hrs.

04/15/11    Prepare transcript of FCC AllVid ex parte meeting.

D. Teslik                                           1.40 hrs.

04/15/11    Review material for amendment and supplementary filing on pending FCC applications (0.6); work on revisions to restructuring applications (pro forma) and FCC issues raised (0.5).

J. Feore                                            1.10 hrs.

04/15/11    Telephone conference with T. Davidson (Oaktree counsel) re briefing and oral argument schedule and implications for timing of FCC processes.

J. Logan                                            0.40 hrs.

04/15/11    Review and revise AllVid ex parte report (0.2); email exchanges with E. Washburn re same (0.2).

M. Swanson                                          0.40 hrs.

04/16/11    Prepare memorandum re information from Oaktree counsel concerning timing issues for emergence from bankruptcy and timing of the FCC process in view of briefing and argument schedule.

J. Logan                                            0.30 hrs.

04/18/11    Telephone conference with S. Sheehan re FCC application status and Hill lobbying efforts re reorganized company (0.4); review L.A. waiver request and update re media ownership (0.8).

May 25, 2011                                                      Page 7

Tribune Company                                          Invoice 540242

|            |                                                                                                                                          |            |
|------------|------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            | J. Feore                                                                                                                                  | 1.20 hrs.  |
| 04/19/11   | Revise notes regarding AllVid FCC ex parte meeting.<br>D. Teslik                                                                         | 0.50 hrs.  |
| 04/19/11   | Revise AllVid summary notes (0.4); send same to client (0.1); check FCC docket entries (0.4).<br>M. Swanson                              | 0.90 hrs.  |
| 04/20/11   | Research re further waiver issues in Los Angeles, updating or amending FCC record and timing of filings.<br>J. Feore                     | 0.90 hrs.  |
| 04/22/11   | Review status of bankruptcy court issues.<br>C. Burrow                                                                                   | 0.60 hrs.  |
| 04/22/11   | Work on update and reporting letter to FCC re status of pending applications (0.6); research and update pending waiver requests and draft amendments (0.8).<br>J. Feore | 1.40 hrs.  |
| 04/25/11   | Research re amendments to pending waiver requests and update information re cross-owned markets (0.6); review latest FCC filings (0.2).<br>J. Feore | 0.80 hrs.  |
| 04/26/11   | Work on draft of FCC letter update and possible amendment to FCC applications re waiver changes, ownership and board matters.<br>J. Feore | 0.90 hrs.  |
| 04/27/11   | Revise FCC section of post-hearing brief.<br>C. Burrow                                                                                   | 1.30 hrs.  |
| 04/27/11   | Review draft FCC section re court filing and issues raised (0.6); research re waiver requests, timing issues, and pending FCC matters re Tribune (0.4).<br>J. Feore | 1.00 hrs.  |
| 04/27/11   | Review draft FCC sections of proposed post-hearing brief in bankruptcy proceeding (0.8); revise draft FCC sections of proposed post-hearing brief (0.9).<br>J. Logan | 1.70 hrs.  |
| 04/28/11   | Review revisions to FCC section of post-hearing brief.<br>C. Burrow                                                                      | 0.90 hrs.  |
| 04/28/11   | Research re FCC waivers in cross-owned markets and possible impact of court ruling (0.9); work on status report for FCC (0.4); telephone conference with TV Branch re future filings (0.2).<br>J. Feore | 1.50 hrs.  |
| 04/28/11   | Review comments from FCC counsel to JP Morgan on draft of FCC sections of post-hearing brief (0.8); review comments from FCC             |            |

May 25, 2011                                    Page 8

Tribune Company                                Invoice 540242

counsel to Oaktree and Angelo Gordon on draft of FCC sections of
post-hearing brief (0.6); review comments from FCC counsel to
Committee for Unsecured Creditors on FCC sections of post-hearing
brief (0.6).
J. Logan                              2.00 hrs.

04/29/11      Review revised Tribune Plan (1.3); review revised Aurelius Plan
(1.4); review new solicitation materials (1.2).
C. Burrow                            3.90 hrs.

04/29/11      Telephone conference with D. Wiley re pending FCC applications,
amendments and revisions, and timing issues (0.8); review revised
plans re FCC issues (0.9); work on application supplements and
additional waiver information (1.3).
J. Feore                             3.00 hrs.

04/29/11      Review amended DCL Plan of Reorganization re potential FCC
issues (0.8); review amended Aurelius Plan of Reorganization re
potential FCC issues (1.2).
J. Logan                             2.00 hrs.

04/30/11      Review revised Aurelius Plan as filed and FCC matters (0.9); work
on waiver updates and possible FCC amendments (0.5).
J. Feore                             1.40 hrs.

BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 31.10 |
| FEORE | 29.30 |
| LOGAN | 34.00 |
| SWANSON | 7.50 |
| RADEMACHER | 11.60 |
| TESLIK | 10.60 |
| WENDEL | 10.70 |
| TOTAL | 134.80 |

Fees for Professional Services ..................................................... $        75,833.00

| | | |
|---|---|---|
| CONFERENCE CALL (SOUNDPATH) | $ | 49.98 |
| REPRODUCTION | $ | 30.30 |
| TELEPHONE | $ | 9.72 |
| 04/22/11   VENDOR: DL Petty Cash; INVOICE#: PCDHT042211; DATE: 4/22/2011 - D. Teslik- Transportation | $ | 18.00 |

Total Reimbursable Costs .............................................................. $          108.00

May 25, 2011                                                 Page 9

Tribune Company                                      Invoice 540242

    Total Current Billing for This File...................................................... $      75,941.00

Our File # 08656.0101          For Services Through April 30, 2011
Retention and Fee Applications

| | | |
|---|---|---|
| 04/01/11 | Preparation of 7th interim fee application.<br>C. Meazell | 0.20 hrs. |
| 04/04/11 | Preparation of 7th interim fee application.<br>C. Meazell | 1.70 hrs. |
| 04/05/11 | Preparation of 22nd monthly fee application.<br>C. Meazell | 2.60 hrs. |
| 04/07/11 | Preparation of 7th interim fee application.<br>C. Meazell | 1.10 hrs. |
| 04/13/11 | Preparation of 7th interim fee application.<br>C. Meazell | 0.30 hrs. |
| 04/14/11 | Finalize 7th interim fee application (1.0); correspondence with Delaware counsel regarding same (0.3).<br>C. Meazell | 1.30 hrs. |
| 04/18/11 | Preparation of 22d monthly fee application (1.3); correspondence with client regarding 21st monthly fee application (0.2); correspondence with fee examiner regarding 7th interim fee application (0.1).<br>C. Meazell | 1.60 hrs. |
| 04/25/11 | Preparation of 22d monthly fee application.<br>C. Meazell | 1.40 hrs. |
| 04/26/11 | Preparation of 22d monthly fee application.<br>C. Meazell | 0.60 hrs. |
| 04/27/11 | Finalize 22d monthly fee application (1.0); correspondence with Delaware counsel regarding same (0.3).<br>C. Meazell | 1.30 hrs. |
| 04/28/11 | Correspondence with Delaware counsel regarding 22d monthly fee application.<br>C. Meazell | 0.40 hrs. |
| 04/29/11 | Preparation of 23d monthly fee application.<br>C. Meazell | 1.10 hrs. |

May 25, 2011                                          Page 10

Tribune Company                                      Invoice 540242

### BILLING SUMMARY

|          | Hours |
|----------|-------|
| MEAZELL  | 13.60 |
| TOTAL    | 13.60 |

Fees for Professional Services ....................................................... $    6,120.00
Total Current Billing for This File................................................ $    6,120.00

Our File # 08656.0104          For Services Through April 30, 2011
Broadcast Contracts

| | | |
|--|--|--|
| 04/01/11 | Telephone conferences with J. Kersting, J. Marenghi and K. Connor re retransmission negotiation strategy in light of network affiliation and mobile DTV issues.<br>K. Latek | 1.40 hrs. |
| 04/04/11 | Prepare short-form retransmission consent agreement for small, non-HD cable systems (2.3); exchange correspondence with K. Connor re Frontier agreement (0.1).<br>K. Latek | 2.40 hrs. |
| 04/05/11 | Review Charter agreement for telephone conference with C. Sennet re same (0.5); revise proposals for Suddenlink agreements (0.4).<br>K. Latek | 0.90 hrs. |
| 04/05/11 | Prepare term sheet for Suddenlink retransmission and WGN agreements (0.6); prepare email to K. Connor re same (0.2).<br>R. Folliard III | 0.80 hrs. |
| 04/06/11 | Telephone conference with K. Connor re Charter, Suddenlink, RCN and Bresnan carriage negotiations and NPG Cable sale (1.2); telephone conferences with C. Sennet re Charter distribution and retransmission consent agreements (2.5); exchange correspondence with S. O'Donnell and K. Connor re final revisions to Charter agreement (0.5).<br>K. Latek | 4.20 hrs. |
| 04/06/11 | Prepare revised form retransmission consent agreement for Tribune broadcast stations (0.4); prepare retransmission consent agreement and WGN distribution agreement for Suddenlink Communications (1.8); prepare emails to K. Connor re same (0.4).<br>R. Folliard III | 2.60 hrs. |

May 25, 2011                                          Page 11

Tribune Company                                        Invoice 540242

| 04/07/11 | Telephone conferences and exchange correspondence with K. Connor re finalization of Charter agreements (0.9); telephone conferences and exchange correspondence with S. O'Donnell re finalization of Charter agreements (0.7); telephone conference with K. Connor re AT&T strategy (0.3); verify execution versions of Charter agreement (0.6). | |
| | K. Latek | 2.50 hrs. |
| 04/08/11 | Review and comment on Knology markup of WGN distribution agreement (0.8); verify execution versions of Charter agreements (0.9); exchange correspondence with client and Charter re execution of final agreements (0.9). | |
| | K. Latek | 2.60 hrs. |
| 04/08/11 | Prepare signal transport agreement for Tribune broadcast stations. | |
| | R. Folliard III | 1.20 hrs. |
| 04/11/11 | Conference call with K. Connor re Knology agreement (0.5); analyze markup of WGN agreement by Knology (0.3); prepare signal transport agreement for broadcast stations (1.1); prepare email to K. Connor re signal transport agreement (0.2); prepare summary of AT&T U-Verse agreements with Tribune (1.3). | |
| | R. Folliard III | 3.40 hrs. |
| 04/12/11 | Prepare signal transport agreement for WGN America (0.7); revise signal transport agreement for broadcast stations (0.2); prepare email to K. Connor regarding signal transport agreements for WGN and broadcast stations (0.2); prepare response to Knology markup of WGN distribution agreement (1.3); prepare email to K. Connor re Knology agreement (0.1). | |
| | R. Folliard III | 2.50 hrs. |
| 04/14/11 | Prepare email to K. Connor regarding retransmission and WGN agreements with AT&T U-Verse. | |
| | R. Folliard III | 0.10 hrs. |
| 04/18/11 | Conference call with K. Mullane re Knology agreement for WGN America. | |
| | R. Folliard III | 0.40 hrs. |
| 04/27/11 | Telephone conference with K. Connor re status of network involvement in retransmission consent negotiations and RCN carriage issues. | |
| | K. Latek | 0.40 hrs. |
| 04/27/11 | Analyze history of agreements for RCN and requirement to launch multicast channels. | |
| | R. Folliard III | 0.50 hrs. |

BILLING SUMMARY
Hours

May 25, 2011                                    Page 12

Tribune Company                                 Invoice 540242

| | |
|---|---|
| LATEK | 14.40 |
| FOLLIARD III | 11.50 |
| TOTAL | 25.90 |

Fees for Professional Services ....................................................... $    12,895.00
Total Current Billing for This File.................................................. $    12,895.00

Total Current Billing for This Invoice............................................. $    94,956.00

# ✪ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

May 25, 2011

Tribune Company                                          Invoice 540242
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through April 30, 2011
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................. $          75,941.00

Our File # 08656.0101          For Services Through April 30, 2011
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................. $           6,120.00

Our File # 08656.0104          For Services Through April 30, 2011
Broadcast Contracts
    Total Current Billing for This Invoice ............................................................. $          12,895.00

    Total Current Billing for This Invoice ............................................................. $          94,956.00

Wire Instructions:

        Bank Name: Wachovia Bank, A Division of Wells Fargo Bank, N.A.
        ABA Routing #:  0540-0122-0
                1300 1 Street, NW
                Washington, DC  20005
        Account Name: Dow Lohnes Main Operating Account
        Account #: 2000026604103
        Swift Code: PNBPUS33
        Reference: Client/Matter # and Invoice#

# REMITTANCE COPY

# **EXHIBIT C**

## **Excel Spreadsheet**

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## APRIL 1 - APRIL 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 30.30 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 18.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 49.98 |
| Telephone Tolls | | 9.72 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **108.00** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.