# EXHIBIT A

# FEE AND EXPENSE DETAIL

**Please see attached invoices.**

**HINCKLEY, ALLEN & SNYDER LLP**
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

**Hartford Courant Company**
**Tribune Company**
**Robin Mariella**
**435 N. Michigan #600**
**Chicago, IL 60611**

Billing Attorney:  1078  Fish, Jr.
Bill Number:  (P1) 841389
Bill Date:  31 Aug 2010
Cut-Off Date:  31 Jul 2010

Client: 065177  Hartford Courant
Matter: 0150666 Hartford, City Of, FOIC

---

For Professional Services Rendered:

```
Total Fees . . . . . . . . . . . . . . . . . . .        $595.00
Total Disbursements. . . . . . . . . . . . . . .         $25.00
                                                  -------------
Total Fees and Disbursements . . . . . . . . . .        $620.00

                                                  =============
```

**Please Return A Copy Of This Page With Your Remittance.**
Due upon Receipt, amounts outstanding for more than 45  days from the invoice
date are subject to a late charge of 1% per month until payment is received.

### HINCKLEY, ALLEN & SNYDER LLP

Page  2

Bill Number: (P1)841389
Bill Date: 31 Aug 2010

Client: 065177  Hartford Courant
Matter: 0150666 Hartford, City Of, FOIC

| Date | Attorney/ Legal Assistant | Description | Hours |
|------|---------------------------|-------------|-------|
| 13-Jul-2010 | Fish, Jr. | Review Supreme Court brief re Perez file | 0.30 |
| 14-Jul-2010 | Fish, Jr. | Email correspondence re Perez brief done by FOIC | 0.40 |
| 30-Jul-2010 | Fish, Jr. | Email correspondence re FOIC brief; arrange for filing a supporting statement | 0.30 |
| 31-Jul-2010 | Fish, Jr. | Review Perez brief | 0.70 |
| | | **Total Hours** | **1.70** |

## HINCKLEY, ALLEN & SNYDER LLP

Page  3

Bill Number: (P1)841389
Bill Date: 31 Aug 2010

Client: 065177  Hartford Courant
Matter: 0150666 Hartford, City Of, FOIC

**Disbursements:**

| Date | Description | Value |
|------|-------------|-------|
| 07/13/10 | HARTFORD COURIER SERVICE, INC.<br>Fee for courier delivery service requested by<br>M. Distasio to Office of Court Reporter on<br>06/11/2010. | 25.00 |

TOTAL DISBURSEMENTS:                                    $25.00

**HINCKLEY, ALLEN & SNYDER LLP**

Page  4

Bill Number: (P1)841389
Bill Date: 31 Aug 2010

Client: 065177  Hartford Courant
Matter: 0150666 Hartford, City Of, FOIC

Summary of Hours Worked:

| Attorney/Legal Assistant | Total Hours |
|---|---|
| Fish, Jr. | 1.70 |
| | ---------- |
| | 1.70 |

**HINCKLEY, ALLEN & SNYDER LLP**

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

**Hartford Courant Company**
**Tribune Company**
**Robin Mariella**
**435 N. Michigan #600**
**Chicago, IL 60611**

Billing Attorney:  1078  Fish, Jr.
Bill Number:  (P1) 841393
Bill Date:  31 Aug 2010
Cut-Off Date:  31 Jul 2010

**Client: 065177  Hartford Courant**
**Matter: 0150663 Cheshire Home Invasion Case**

---

**For Professional Services Rendered:**

```
    Total Fees . . . . . . . . . . . . . . . . . . .     $12,016.50
    Total Disbursements. . . . . . . . . . . . . . .         $47.50
                                                      --------------
    Total Fees and Disbursements . . . . . . . . . .     $12,064.00

                                                      ==============
```

**Please Return A Copy Of This Page With Your Remittance.**

Due upon Receipt, amounts outstanding for more than 45  days from the invoice

date are subject to a late charge of 1% per month until payment is received.

HINCKLEY, ALLEN & SNYDER LLP

Page  2                                                    Bill Number: (P1)841393
                                                           Bill Date: 31 Aug 2010

Client: 065177  Hartford Courant
Matter: 0150663 Cheshire Home Invasion Case

| Date | Attorney/<br>Legal Assistant | Description | Hours |
|------|------------------------------|-------------|-------|
| 12-Jul-2010 | Fish, Jr. | Telephone conference with Bralow re draft letter and relationship to GAG order; review same | 0.60 |
| 23-Jul-2010 | Fish, Jr. | Telephone conferences and emails re GAG Order and potential motion to terminate same; review DOC response to FOIA request | 1.10 |
| 23-Jul-2010 | Jensen | Review online documents for documents related to gag order. | 0.20 |
| 25-Jul-2010 | Jensen | Review Fasano transcript and various papers. | 0.50 |
| 26-Jul-2010 | Fish, Jr. | Telephone conference re motion re GAG order; review prior proceedings re same; Conference with TJ re drafting of motion re same; review FOIA response re same | 1.30 |
| 26-Jul-2010 | Jensen | Conference with WF re case and strategy re filing.  Review prior filings in docket, including motions re gag order.  Begin outlining motion. | 1.20 |
| 26-Jul-2010 | Markim | Research re: subpoena to DOC and lifting of gag order | 0.30 |
| 27-Jul-2010 | Fish, Jr. | Conference call with Bralow and Bernie re hearing re GAG order; review docs re same | 0.90 |
| 27-Jul-2010 | Jensen | Review file.  Outlining argument in support of vacating gag order.  Research, draft and revise brief in support of motion to vacate gag order preventing Hayes from communicating with press. | 4.10 |
| 27-Jul-2010 | Markim | Legal research re: subpoena to DOC and lifting of gag order | 1.40 |
| 28-Jul-2010 | Fish, Jr. | Review legal research re GAG order case regarding extrajudicial statements | 2.70 |
| 28-Jul-2010 | Jensen | Research, draft and revise brief in support of motion to vacate gag order preventing Hayes from communicating with press.  Review FOIA request. | 9.00 |

## HINCKLEY, ALLEN & SNYDER LLP

Page  3

Bill Number: (P1)841393
Bill Date: 31 Aug 2010

Client: 065177  Hartford Courant
Matter: 0150663 Cheshire Home Invasion Case

| | | | |
|---|---|---|---|
| 28-Jul-2010 | Markim | Legal research re: subpoena to DOC and lifting of gag order and draft subpoena | 3.50 |
| 29-Jul-2010 | Fish, Jr. | Review issues re motion to vacate GAG order; review draft of same; email corresp re same; revise same | 5.80 |
| 29-Jul-2010 | Jensen | Revisions to motion to vacate.  Send to client for review. | 1.90 |
| 30-Jul-2010 | Fish, Jr. | Finalize motion to vacate GAG order; review case law re inmate's right to free speech as it pertains to GAG order; email corresp re same | 3.10 |
| 30-Jul-2010 | Jensen | Finalize brief and prepare for filing.  Follow up research and analysis re inmate's free speech rights and the corresponding right of the press to receiver inmate communications. Follow up. | 3.80 |
| 30-Jul-2010 | Markim | Attention to filing of motion | 0.60 |
| | | **Total Hours** | **42.00** |

**HINCKLEY, ALLEN & SNYDER LLP**

Page  4

Bill Number: (P1)841393
Bill Date: 31 Aug 2010

Client: 065177  Hartford Courant
Matter: 0150663 Cheshire Home Invasion Case

**Disbursements:**

| Date | Description | Value |
|------|-------------|-------|
| 07/08/10 | Cash Disb. -  FISH, JR., WILLIAM S. Reimbursement for travel expenses to New Haven, CT to attend hearing on 06/29/2010. | 47.50 |

TOTAL DISBURSEMENTS:                          $47.50

**HINCKLEY, ALLEN & SNYDER LLP**

Page  5

Bill Number: (P1)841393
Bill Date: 31 Aug 2010

Client: 065177  Hartford Courant
Matter: 0150663 Cheshire Home Invasion Case

_____

**Summary of Hours Worked:**

| Attorney/Legal Assistant | Total Hours |
|---|---|
| Markim | 5.80 |
| Jensen | 20.70 |
| Fish, Jr. | 15.50 |
| | ---------- |
| | 42.00 |

**HINCKLEY, ALLEN & SNYDER LLP**
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

**Hartford Courant Company**
**Tribune Company**
**Robin Mariella**
**435 N. Michigan #600**
**Chicago, IL 60611**

Billing Attorney:  1078  Fish, Jr.
Bill Number:  (P1) 841394
Bill Date:  31 Aug 2010
Cut-Off Date:  31 Jul 2010

Client: 065177  Hartford Courant
Matter: 0150669 Gault, Adam

**For Professional Services Rendered:**

```
Total Fees . . . . . . . . . . . . . . . . . . .     $34,519.50
Total Disbursements. . . . . . . . . . . . . . .        $144.74
                                                   --------------
Total Fees and Disbursements . . . . . . . . . .     $34,664.24

                                                   =============
```

**Please Return A Copy Of This Page With Your Remittance.**
Due upon Receipt, amounts outstanding for more than 45 days from the invoice
date are subject to a late charge of 1% per month until payment is received.

## HINCKLEY, ALLEN & SNYDER LLP

Page  2

Bill Number: (P1)841394
Bill Date: 31 Aug 2010

Client: 065177  Hartford Courant
Matter: 0150669 Gault, Adam

| Date | Attorney/<br>Legal Assistant | Description | Hours |
|------|------------------------------|-------------|-------|
| 03-Jul-2010 | Ayers | Research issues on appeal regarding standard of review, right to public access, right to privacy, and balancing test; review CT statutes and practice book; draft response brief. | 8.00 |
| 04-Jul-2010 | Ayers | Research standard of review, right to public access, right to privacy, and balancing test; review CT statutes and practice book; continue to draft response brief. | 12.00 |
| 05-Jul-2010 | Ayers | Research various issues on appeal; revise draft brief; email to T. Jensen for review. | 2.00 |
| 08-Jul-2010 | Jensen | Begin review and analysis and redline of draft initial brief. Follow up research and analysis. | 6.00 |
| 09-Jul-2010 | Jensen | Continue review and redline of first draft of initial brief. | 1.50 |
| 10-Jul-2010 | Jensen | Continue review and redline of first draft of initial brief.  Review case law. | 3.00 |
| 10-Jul-2010 | Ayers | Review edits regarding draft brief. | 0.50 |
| 12-Jul-2010 | Ayers | Continue drafting appellate brief. | 3.20 |
| 13-Jul-2010 | Ayers | Draft appellate brief; research case law regarding same. | 4.60 |
| 14-Jul-2010 | Ayers | Draft appellate brief. | 12.00 |
| 16-Jul-2010 | Jensen | Begin reviewing and revising 2d draft of brief. | 3.00 |
| 16-Jul-2010 | Ayers | Emails to and from T. Jensen regarding appellate brief; review table of authorities. | 0.80 |
| 17-Jul-2010 | Ayers | Revise and edit draft appellate brief; review transcripts and record; emails to T. Jensen and B. Fish regarding same. | 6.50 |
| 19-Jul-2010 | Fish, Jr. | Review draft brief and comment thereon | 1.90 |
| 19-Jul-2010 | Jensen | Work on brief; review appellant's brief and citations. | 3.70 |
| 19-Jul-2010 | Cirilli | Communication with court clerk re: arrest warrent | 0.20 |

HINCKLEY, ALLEN & SNYDER LLP

Bill Number: (P1)841394
Bill Date: 31 Aug 2010

Client: 065177  Hartford Courant
Matter: 0150669 Gault, Adam

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 19-Jul-2010 | Ayers | Call to T. Jensen regarding brief; emails from T. Jensen regarding same. | 0.40 |
| 20-Jul-2010 | Jensen | Continue revisions to brief.  Follow up review and analysis of cases. | 5.80 |
| 21-Jul-2010 | Fish, Jr. | Review and revise brief | 1.60 |
| 21-Jul-2010 | Jensen | Review and revise brief.  Coordinate and discuss/email strategy re brief issues to cover with CA.  Send draft to client for review. | 1.40 |
| 21-Jul-2010 | Markim | Review appellate rules re: binding/printing/copying requirements | 0.60 |
| 21-Jul-2010 | Ayers | Revise and edit appellate brief; conference with T. Jensen regarding same. | 3.50 |
| 22-Jul-2010 | Fish, Jr. | Review and finalize Supreme court brief | 4.70 |
| 22-Jul-2010 | Jensen | Review and revise brief.  Coordinate cite check and related preparations for filing. | 2.10 |
| 22-Jul-2010 | Markim | Legal research re: appendix requirements | 1.70 |
| 22-Jul-2010 | Casci | Locate nad provide copies of cases law . | 0.60 |
| 22-Jul-2010 | Ayers | Revise and edit brief; review practice book; emails to and from T. Jensen and A. Drega regarding same. | 6.00 |
| 23-Jul-2010 | Fish, Jr. | Review and finalize brief; review legal authorities | 5.80 |
| 23-Jul-2010 | Jensen | Work on revisions to brief.  Conferences and emails re revisions and follow up.  Review and analysis of specific cases. | 2.90 |
| 23-Jul-2010 | Markim | Proofread and citecheck brief | 7.70 |
| 23-Jul-2010 | Ayers | Emails to and from T. Jensen, B. Fish and A. Drega regarding brief; call from T. Jensen regarding same; revise and edit brief; review cite checking comments; prepare appendix. | 6.00 |
| 24-Jul-2010 | Fish, Jr. | Final review of revised brief | 0.60 |
| 24-Jul-2010 | Ayers | Revise and edit brief. | 4.00 |
| 25-Jul-2010 | Jensen | Review and revise brief. | 1.80 |
| 26-Jul-2010 | Fish, Jr. | Finalize brief for filing at Supreme Court | 3.20 |
| 26-Jul-2010 | Jensen | Review final brief, appendix and attend to related filing issues. | 1.60 |
| 26-Jul-2010 | Markim | Finalize brief for filing | 5.10 |

**HINCKLEY, ALLEN & SNYDER LLP**

**Page  4**

**Bill Number: (P1)841394**
**Bill Date: 31 Aug 2010**

**Client: 065177  Hartford Courant**
**Matter: 0150669 Gault, Adam**

---

| 26-Jul-2010 | Ayers | Revise, edit and finalize brief; finalize appendix; emails to and from B. Fish, T. Jensen, and A. Drega regarding same. | 3.50 |
|---|---|---|---|
| | | **Total Hours** | **139.50** |

### HINCKLEY, ALLEN & SNYDER LLP

Page  5

Bill Number: (P1)841394
Bill Date: 31 Aug 2010

**Client: 065177  Hartford Courant**
**Matter: 0150669 Gault, Adam**

---

**Disbursements:**

| Date | Description | Value |
|------|-------------|-------|
| 07/13/10 | HARTFORD COURIER SERVICE, INC.<br>Fee for courier delivery service requested by<br>M. Distasio to Supreme Court Clerk's Office on<br>06/04/2010. | 25.00 |
| 07/13/10 | HARTFORD COURIER SERVICE, INC.<br>Fee for courier delivery service requested by<br>J. Cirilli to Superior Court Records Center on<br>06/24/2010. | 69.74 |
| 07/13/10 | HARTFORD COURIER SERVICE, INC.<br>Fee for courier delivery service requested by<br>J. Cirilli to Court Reporters on 06/25/2010. | 25.00 |
| 07/13/10 | HARTFORD COURIER SERVICE, INC.<br>Fee for courier delivery service requested by<br>J. Cirilli to Court Reporters on 06/30/2010. | 25.00 |

**TOTAL DISBURSEMENTS:**                                              $144.74

**HINCKLEY, ALLEN & SNYDER LLP**

Page  6

Bill Number: (P1)841394
Bill Date: 31 Aug 2010

Client: 065177  Hartford Courant
Matter: 0150669 Gault, Adam

Summary of Hours Worked:

| Attorney/Legal Assistant | Total Hours |
|---|---|
| Markim | 15.10 |
| Ayers | 73.00 |
| Casci | 0.60 |
| Cirilli | 0.20 |
| Jensen | 32.80 |
| Fish, Jr. | 17.80 |
| | ---------- |
| | 139.50 |

**HINCKLEY, ALLEN & SNYDER LLP**
1500 Fleet Center
Providence, RI 02903

**Hartford Courant Company**
**Tribune Company**
**Robin Mariella**
**435 N. Michigan #600**
**Chicago, IL 60611**

Billing Attorney:  1078  Fish, Jr.
Bill Number:  (F3) 843815
Bill Date:  21 Sep 2010
Cut-Off Date:  31 Aug 2010

Client: 065177  Hartford Courant
Matter: 0137399 Perez, Eddie v. FOIC

**For Professional Services Rendered:**

| | |
|---|---:|
| Total Fees . . . . . . . . . . . . . . . . . . . | $387.50 |
| Total Disbursements. . . . . . . . . . . . . . | $0.00 |
| | -------------- |
| Total Fees and Disbursements . . . . . . . . . . | $387.50 |
| | ============= |

### Please Return A Copy Of This Page With Your Remittance.

Due upon Receipt, amounts outstanding for more than 45 days from the invoice
date are subject to a late charge of 1% per month until payment is received.

HINCKLEY, ALLEN & SNYDER LLP

Page 2

Bill Number: (F3) 843815
Bill Date:  21 Sep 2010

Client: 065177  Hartford Courant
Matter: 0137399 Perez, Eddie v. FOIC

**Services:**

| Date | Attorney/ Legal Assistant | Description | Hours | Value |
|---|---|---|---|---|
| 03-Aug-2010 | Markim | Draft appellant brief | 1.80 | 279.00 |
| 04-Aug-2010 | Markim | Attention to filing of Supreme Court brief | 0.70 | 108.50 |
| | | **Total Hours** | 2.50 | 387.50 |

# HINCKLEY, ALLEN & SNYDER LLP

Page  3

Bill Number: (F3) 843815
Bill Date:  21 Sep 2010

Client: 065177  Hartford Courant
Matter: 0137399 Perez, Eddie v. FOIC

Summary of Hours Worked:

| Attorney/Legal Assistant | Total Hours |
|---|---|
| Markim | 2.50 |
| | ---------- |
| | 2.50 |

**HINCKLEY, ALLEN & SNYDER LLP**
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

**Hartford Courant Company**
**Tribune Company**
**Robin Mariella**
**435 N. Michigan #600**
**Chicago, IL 60611**

Billing Attorney:  1078  Fish, Jr.
Bill Number:  (P1) 843816
Bill Date:  21 Sep 2010
Cut-Off Date:  31 Aug 2010

Client: 065177  Hartford Courant
Matter: 0150663 Cheshire Home Invasion Case

**For Professional Services Rendered:**

| | |
|---|---:|
| Total Fees . . . . . . . . . . . . . . . . . . . . . | $8,567.00 |
| Total Disbursements. . . . . . . . . . . . . . . | $116.92 |
| | ------------- |
| Total Fees and Disbursements . . . . . . . . . . | $8,683.92 |
| | ============== |

**Please Return A Copy Of This Page With Your Remittance.**
Due upon Receipt, amounts outstanding for more than 45 days from the invoice
date are subject to a late charge of 1% per month until payment is received.

HINCKLEY, ALLEN & SNYDER LLP

Page  2

Bill Number: (P1)843816
Bill Date: 21 Sep 2010

Client: 065177  Hartford Courant
Matter: 0150663 Cheshire Home Invasion Case

| Date | Attorney/ Legal Assistant | Description | Hours |
|------|---------------------------|-------------|-------|
| 03-Aug-2010 | Fish, Jr. | Email corresp re hearing on motion re GAG order; review subpoena | 0.70 |
| 03-Aug-2010 | Jensen | Review and revise subpoena. Correspondence re same and related hearing issues. | 1.10 |
| 03-Aug-2010 | Markim | Telephone call with Bill Lipman re: status of motion | 0.30 |
| 06-Aug-2010 | Fish, Jr. | Review issues re GAG order and subpoena; telephone conference with Bralow re status and strategy | 0.80 |
| 09-Aug-2010 | Fish, Jr. | Email correspondence re subpoena and prepare for hearing | 0.20 |
| 09-Aug-2010 | Jensen | Revise subpoena to DOC by narrowing it to reach only Courant information. | 0.50 |
| 10-Aug-2010 | Jensen | Revise subpoena to DOC. Correspondence re subpoena. | 1.00 |
| 10-Aug-2010 | Markim | Attention to service of subpoena; telephone call with Terrence O'Neill | 0.70 |
| 11-Aug-2010 | Jensen | Email correspondence with AG's office re meeting. | 0.20 |
| 12-Aug-2010 | Fish, Jr. | Review motions and case law re prep for hearing next week re GAG order; email corresp re status | 1.90 |
| 12-Aug-2010 | Jensen | Draft and review emails with counsel for Hayes. Prepare for and attend conference call with AG re DOC subpoena. | 1.10 |
| 16-Aug-2010 | Fish, Jr. | Telephone conference to public defender re Wednesday hearing; prepare for conference call with client; conference call with client; telephone conference to Bralow; telephone conference from court clerk; email correspondence re status | 1.40 |
| 16-Aug-2010 | Jensen | Conference calls with B Fish and emails and call with Hayes' counsel re gag order hearing. | 0.30 |
| 19-Aug-2010 | Fish, Jr. | TC with court clerk re scheduling of GAG order hearing; email corresp re same | 0.40 |
| 20-Aug-2010 | Fish, Jr. | Email corresp re GAG order | 0.30 |

## HINCKLEY, ALLEN & SNYDER LLP

Page  3

Bill Number: (P1)843816
Bill Date: 21 Sep 2010

Client: 065177  Hartford Courant
Matter: 0150663 Cheshire Home Invasion Case

| Date | Name | Description | Hours |
|---|---|---|---|
| 20-Aug-2010 | Jensen | Draft and review emails with AG re lodging records with court and index re same. | 0.30 |
| 23-Aug-2010 | Fish, Jr. | Review issues re subpoena for hearing to vacate GAG order | 0.70 |
| 23-Aug-2010 | Jensen | Draft and review emails with AG re subpoena. | 0.10 |
| 24-Aug-2010 | Fish, Jr. | Review notice from FOIC re hearing re Hayes and medical records; email correspondence re same | 0.50 |
| 25-Aug-2010 | Cirilli | Attention to cases in motion to vacate and order on motion to vacate; Create index and binder of cases | 2.10 |
| 26-Aug-2010 | Fish, Jr. | Review cases re preparation for oral argument on motion to vacate GAG order | 2.50 |
| 29-Aug-2010 | Fish, Jr. | Prepare for oral argument on the Motion to Vacate GAG Order; review case law re same to prepare for argument | 4.50 |
| 30-Aug-2010 | Fish, Jr. | Preparation for and attend oral argument on Motion to Vacate GAG Order | 5.50 |

**Total Hours**                                                        27.10

## HINCKLEY, ALLEN & SNYDER LLP

**Page  4**

Bill Number: (P1)843816
Bill Date: 21 Sep 2010

**Client: 065177  Hartford Courant**
**Matter: 0150663 Cheshire Home Invasion Case**

---

**Disbursements:**

| Date | Description | Value |
|------|-------------|-------|
| 08/24/10 | FEDEX - Delivery service requested by W. Fish to Office of the Chief Public Defense, Hartford, CT on 07/30/2010. | 15.52 |
| 08/24/10 | FEDEX - Delivery service requested by W. Fish to New Haven Superior Court , New Haven, CT on 07/30/2010. | 45.36 |
| 08/24/10 | FEDEX - Delivery service requested by W. Fish to New Haven Office of Public Defense, New Haven, CT on 07/30/2010. | 15.52 |
| 08/24/10 | FEDEX - Delivery service requested by W. Fish to Michael Dearington, Esq., New Haven, CT on 07/30/2010. | 15.52 |
| 08/25/10 | HARTFORD COURIER SERVICE, INC. Fee for courier delivery service requested by A. Drega to Appellate Court on 07/26/2010. | 25.00 |

**TOTAL DISBURSEMENTS:** $116.92

## HINCKLEY, ALLEN & SNYDER LLP

Page  5                                                                    Bill Number: (P1)843816
                                                                           Bill Date: 21 Sep 2010

Client: 065177  Hartford Courant
Matter: 0150663 Cheshire Home Invasion Case

Summary of Hours Worked:

| Attorney/Legal Assistant | Total Hours |
|---|---|
| Markim | 1.00 |
| Cirilli | 2.10 |
| Jensen | 4.60 |
| Fish, Jr. | 19.40 |
| | ---------- |
| | 27.10 |

## HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

**Hartford Courant Company**
**Tribune Company**
**Robin Mariella**
**435 N. Michigan #600**
**Chicago, IL 60611**

Billing Attorney:   1078  Fish, Jr.
Bill Number:   (P1) 843817
Bill Date:   21 Sep 2010
Cut-Off Date:   31 Aug 2010

**Client: 065177  Hartford Courant**
**Matter: 0150666 Hartford, City Of, FOIC**

---

**For Professional Services Rendered:**

```
Total Fees . . . . . . . . . . . . . . . . . . . .     $595.00
Total Disbursements. . . . . . . . . . . . . . .        $0.00
                                                  --------------
Total Fees and Disbursements . . . . . . . . . .      $595.00

                                                  ==============
```

**Please Return A Copy Of This Page With Your Remittance.**
Due upon Receipt, amounts outstanding for more than 45 days from the invoice
date are subject to a late charge of 1% per month until payment is received.

## HINCKLEY, ALLEN & SNYDER LLP

Page  2

Bill Number: (P1)843817
Bill Date: 21 Sep 2010

Client: 065177  Hartford Courant
Matter: 0150666 Hartford, City Of, FOIC

| Date | Attorney/ Legal Assistant | Description | Hours |
|------|---------------------------|-------------|-------|
| 04-Aug-2010 | Fish, Jr. | Review "me too" brief for filing | 0.20 |
| 04-Aug-2010 | Fish, Jr. | Review issues re brief | 1.10 |
| 10-Aug-2010 | Fish, Jr. | Review issues re subpoena | 0.40 |
| | | Total Hours | 1.70 |

HINCKLEY, ALLEN & SNYDER LLP

Page  3

Bill Number: (P1)843817
Bill Date: 21 Sep 2010

**Client: 065177  Hartford Courant**
**Matter: 0150666 Hartford, City Of, FOIC**

**Summary of Hours Worked:**

| Attorney/Legal Assistant | Total Hours |
|---|---|
| Fish, Jr. | 1.70 |
| | ---------- |
| | 1.70 |

**HINCKLEY, ALLEN & SNYDER LLP**
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

**Hartford Courant Company**
**Tribune Company**
**Robin Mariella**
**435 N. Michigan #600**
**Chicago, IL 60611**

Billing Attorney: 1078 Fish, Jr.
Bill Number: (P1) 843818
Bill Date: 21 Sep 2010
Cut-Off Date: 31 Aug 2010

Client: 065177 Hartford Courant
Matter: 0150669 Gault, Adam

**For Professional Services Rendered:**

```
Total Fees . . . . . . . . . . . . . . . . . . .      $105.00
Total Disbursements. . . . . . . . . . . . . . .       $28.86
                                                   - - - - - - - - - - - - -
Total Fees and Disbursements . . . . . . . . . .      $133.86

                                                   =============
```

**Please Return A Copy Of This Page With Your Remittance.**
Due upon Receipt, amounts outstanding for more than 45 days from the invoice
date are subject to a late charge of 1% per month until payment is received.

HINCKLEY, ALLEN & SNYDER LLP

Page  2

Bill Number: (P1)843818
Bill Date: 21 Sep 2010

**Client: 065177  Hartford Courant**
**Matter: 0150669 Gault, Adam**

| Date | Attorney/<br>Legal Assistant | Description | Hours |
|------|------------------------------|-------------|-------|
| 17-Aug-2010 | Fish, Jr. | Review incoming materials | 0.30 |
| | | **Total Hours** | 0.30 |

**HINCKLEY, ALLEN & SNYDER LLP**

**Page  3**

Bill Number: (P1)843818
Bill Date: 21 Sep 2010

Client: 065177  Hartford Courant
Matter: 0150669 Gault, Adam

---

**Disbursements:**

| Date | Description | Value |
|------|-------------|-------|
| 08/31/10 | Duplicating | 8.76 |
| 08/31/10 | Postage | 15.20 |
| 08/02/10 | Cash Disb. -  SOCIAL LAW LIBRARY - Fee for photocopies. | 4.90 |
| **TOTAL DISBURSEMENTS:** | | **$28.86** |

HINCKLEY, ALLEN & SNYDER LLP

Page  4

Bill Number: (P1)843818
Bill Date: 21 Sep 2010

Client: 065177  Hartford Courant
Matter: 0150669 Gault, Adam

Summary of Hours Worked:

| Attorney/Legal Assistant | Total Hours |
|---|---|
| Fish, Jr. | 0.30 |
| | ---------- |
| | 0.30 |

# EXHIBIT B

## FEE SUMMARY

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
JULY 1, 2010 THROUGH AUGUST 31, 2010**

| Name of Professional/ Individual | Position, Number of Years in the Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Amy (Drega) Markim | Associate – 2.5 years in position<br>License Year: 2008<br>Litigation | $155.00 | 24.40 | $3,782.00 |
| William S. Fish, Jr. | Partner – 21 years in position<br>License Year: 1983<br>Litigation | $350.00 | 56.40 | $19,740.00 |
| Timothy P. Jensen | Partner - 7 years in position<br>License Year: 1997<br>Litigation | $275.00 | 58.1 | $15,977.50 |
| Joan C. Cirilli | Paralegal - 22 years in position<br>Litigation | $155.00 - $165.00 | 2.3 | $391.00 |
| Christopher L. Ayers | Associate - 4 years in position<br>License Year:  2007<br>Litigation | $230.00 | 73.00 | $16,790.00 |
| Gail Casci | Law Library - 24 years in position | $175.00 | 0.60 | $105.00 |
| **Grand Total:** | | - | **214.80** | **$56,785.50** |
| **Blended Rate:** | | **$223.33** | - | - |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Hartford Courant re: Perez, Eddie v. FOIC | 2.5 | $387.50 |
| Hartford Courant re: Cheshire Home Invasion | 27.10 | $8,567.00 |
| Hartford Courant re: Hartford, City of, FOIC | 3.4 | $1,190.00 |
| Hartford Courant re: Gault, Adam | 139.80 | $34,624.50 |
| Hartford Courant re: Cheshire Search Warrants | 42.00 | $12,016.50 |
| **Grand Total** | | **$56,785.50** |

## EXHIBIT C

## EXPENSE DETAIL

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 7/8/10 | TRAVEL EXPENSE (HEARING IN NEW HAVEN) | $47.50 |
| 7/13/10 | HARTFORD COURIER SERVICE | $25.00 |
| 8/24/10 | FEDERAL EXPRESS (SENT ON 7/30/10 – CHIEF PUBLIC DEFENSE) | $15.52 |
| 8/24/10 | FEDERAL EXPRESS (SENT ON 7/30/10 – NH SUPERIOR COURT) | $45.36 |
| 8/24/10 | FEDERAL EXPRESS (SENT ON 7/30/10 – NH PUBLIC DEFENSE) | $15.52 |
| 8/24/10 | FEDERAL EXPRESS (SENT ON 7/30/10 – ATTORNEY DEARINGTON) | $15.52 |
| 8/25/10 | HARTFORD COURIER SERVICE | $25.00 |
| 8/2/10 AND 8/31/10 | COPYING CHARGES | $13.66 |
| 8/31/10 | POSTAGE | $15.20 |
| 8/25/10 | HARTFORD COURIER SERVICE | $25.00 |
| 8/25/10 | HARTFORD COURIER SERVICE | $25.00 |
| 8/25/10 | HARTFORD COURIER SERVICE | $25.00 |
| 8/25/10 | HARTFORD COURIER SERVICE | $25.00 |

**TOTAL:**                                                    $363.02

**EXPENSE SUMMARY FOR THE PERIOD FROM**
**JULY 1, 2010 THROUGH AUGUST 31, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $ |
| Facsimile (with rates) | | $ |
| Long Distance Telephone | | $ |
| In-House Reproduction | | $13.66 |
| Outside Reproduction | | $ |
| Outside Research | | $ |
| Filing/Court Fees | | $ |
| Local Travel | | $47.50 |
| Out-of-Town Travel | | $ |
| Courier & Express Carriers | Federal Express, Hartford Courier | $286.66 |
| Postage | | $15.20 |
| **Total** | | **$363.02** |