# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 322, 1861, 2333 and 2486** |

## THIRD SUPPLEMENTAL AFFIDAVIT OF NORMAN L. PERNICK PURSUANT TO 11 U.S.C. § 327(a) AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

STATE OF DELAWARE    )
                                 ) ss:
COUNTY OF NEW CASTLE  )

I, Norman L. Pernick, being duly sworn, depose and say as follows:

1. I am an attorney at law admitted to practice before this Court and a member in the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A. ("Cole Schotz"), which maintains

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

offices for the practice of law at 500 Delaware Avenue, Suite 1410, Wilmington, Delaware. The Firm also maintains offices in Hackensack, New Jersey, New York, New York, Baltimore, Maryland and Fort Worth, Texas.

2. I submit this third supplemental affidavit (the "Third Supplemental Affidavit") on behalf of Cole Schotz in connection with the retention and employment of Cole Schotz as co-counsel to the Debtors (as defined below).

## Cole Schotz's Retention

3. On December 8, 2008, each of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. An additional Debtor, Tribune CNLBC, LLC,[2] filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009.

4. On January 7, 2009, the affidavit of Norman L. Pernick (the "Initial Affidavit") was filed in support of the application of the Debtors for an order authorizing the employment and retention of Cole Schotz as co-counsel to the Initial Debtors [Docket No. 172].

5. On February 3, 2009, the United States Bankruptcy Court for the District of Delaware entered an Order authorizing retention and employment of Cole Schotz as co-counsel to the Debtors *nunc pro tunc* to the Petition Date [Docket No. 322].

6. On July 29, 2009, the Supplemental Affidavit of Norman L. Pernick Pursuant to 11 U.S.C. Section 327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure was filed with the Court (the "Supplemental Affidavit") [Docket No. 1861].

---

[2] Tribune CNLBC, LLC was formerly known as Chicago National League Ball Club, LLC.

7.   On November 3, 2009, the Second Supplemental Affidavit of Norman L. Pernick Pursuant to 11 U.S.C. Section 327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure was filed with the Court (the "Second Supplemental Affidavit") [Docket No. 2486].

8.   The Initial Affidavit, Supplemental Affidavit and Second Supplemental Affidavit are expressly incorporated herein.

9.   Cole Schotz has continued to review its files to ensure that no conflicts or other disqualifying circumstances exist or arise in these cases. This Third Supplemental Affidavit discloses the following relationships:

   A.   Current Representations

Cole Schotz currently represents the following parties who may be parties in interest, or affiliates of parties in interest, in matters wholly unrelated to these chapter 11 cases:

> Canyon-Johnson Urban Funds. In the Initial Affidavit, Cole Schotz disclosed that Canyon Capital Advisors LLC was a prepetition lender to the Debtors and that Cole Schotz previously represented Canyon-Johnson Urban Funds ("CJUF") in matters wholly unrelated to these chapter 11 cases. Upon information and belief, Canyon Capital Realty Advisors LLC is an affiliate of Canyon Capital Advisors LLC and holds real estate funds including CJUF. Canyon Capital Advisors, LLC was identified, in a joint verified statement pursuant to 2019 of the Federal Rules of Bankruptcy Procedure as a creditor holding indebtedness governed by the Credit Agreement, dated as of May 17, 2007. Cole Schotz currently represents CJUF and certain affiliates, CJUF II Hanson, CanPartners Realty Holding and CJUF III 20 Henry Property, in matters wholly unrelated to the Debtors' cases.
>
> Luxor Capital Group, LP. Luxor Capital Group, LP has been identified, in a joint verified statement pursuant to 2019 of the Federal Rules of Bankruptcy Procedure filed in these cases, as a creditor holding indebtedness governed by the Credit Agreement, dated as of May 17, 2007. Cole Schotz represents Luxor Capital Group in a matter wholly unrelated to the Debtors' cases.
>
> Varde Partners, Inc. Cole Schotz represents Varde Partners, Inc. in matters wholly unrelated to the Debtors' cases. Varde Partners Inc. was identified as a prepetition lender of the Debtors. Varde Investment Partners, L.P., an affiliate of Varde Partners, Inc., has been identified, in a

joint verified statement pursuant to 2019 of the Federal Rules of Bankruptcy Procedure filed in these cases, as a creditor holding indebtedness governed by the Credit Agreement, dated as of May 17, 2007. Cole Schotz has obtained a waiver from Varde Partners, Inc. and the Debtors.

B.   Former Representations

Cole Schotz previously represented the following entities, who are creditors or parties in interest, or may be affiliates of the listed parties in interest in these cases, in matters wholly unrelated to these chapter 11 cases:

Silver Oak Capital, LLC. Silver Oak Capital, LLC has been identified, in a joint verified statement pursuant to 2019 of the Federal Rules of Bankruptcy Procedure filed in these cases, as a creditor holding indebtedness governed by the Credit Agreement, dated as of May 17, 2007. Cole Schotz previously represented Silver Oak Capital, LLC in matters wholly unrelated to the Debtors' cases.

Wilmington Trust Company. In the Initial Affidavit, Cole Schotz incorrectly disclosed that it represented Wilmington Trust Company, a prepetition lender to the Debtors and a member of the Official Committee of Unsecured Creditors. That representation actually concluded in October 2008 prior to the Petition Date.

10.   To the best of my knowledge, except as specifically disclosed in the Initial Affidavit, Supplemental Affidavit, Second Supplemental Affidavit and this Third Supplemental Affidavit, Cole Schotz neither holds nor represents an interest adverse to the Debtors. If any new material relevant facts or relationships are discovered or arise, Cole Schotz will promptly file a supplemental affidavit pursuant to Rule 2014(a) of Federal Rules of Bankruptcy Procedure.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of June, 2011.

_____
Norman L. Pernick

Sworn and subscribed to before me this 1st day of July, 2011.

_____
NOTARY PUBLIC

Kimberly A. Stahl
Notary Public State of Delaware
My Commission Expires 1/06/2015