# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

April 1, 2011 through and including April 30, 2011

| Project Code | Description | Hour | Amount |
|---|---|---:|---:|
| 5735.00004 | Current Financials | 99.8 | $57,260.00 |
| 5735.00005 | Prospective Financials | 31.7 | 19,613.50 |
| 5735.00008 | Plan of Reorganization | 35.4 | 21,008.50 |
| 5735.00010 | Claims & Recoveries | 14.7 | 8,232.00 |
| 5735.00015 | UCC Meetings | 6.1 | 3,781.50 |
| 5735.00017 | Billing and Retention | 35.0 | 20,583.00 |
| | | **222.7** | **$130,478.50** |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/01/11 | ANL | Reviewed and analyzed Q1 product report and weekly revenue reports. | 0.70 |
| 04/01/11 | ANL | Reviewed and analyzed February 2011 brown book report. | 2.20 |
| 04/01/11 | ANL | Reviewed and analyzed weekly revenue flash and weekly cash reports. | 1.30 |
| 04/01/11 | ANL | Prepared weekly status report. | 2.50 |
| 04/01/11 | ANL | Reviewed and analyzed Moelis media update. | 0.30 |
| 04/04/11 | ANL | Reviewed and analyzed February 2011 brown book report. | 2.50 |
| 04/04/11 | ANL | Prepared weekly status report. | 1.80 |
| 04/05/11 | YK | Reviewed and revised weekly status report. | 1.40 |
| 04/05/11 | BH | Review and analyze the weekly financial results and revise report to UCC on same. | 2.30 |
| 04/05/11 | ANL | Reviewed and analyzed February 2011 brown book report. | 3.20 |
| 04/05/11 | ANL | Prepared weekly status report. | 1.60 |
| 04/06/11 | ANL | Reviewed and analyzed February 2011 publishing details. | 1.70 |
| 04/06/11 | ANL | Reviewed and analyzed February 2011 broadcasting details. | 2.10 |
| 04/06/11 | ANL | Prepared weekly status report. | 2.20 |
| 04/06/11 | BH | Review and analyze the Moelis Media Update report. | 0.60 |
| 04/07/11 | BH | Draft verbal comments for presentation of weekly financial results during UCC meeting. | 1.10 |
| 04/07/11 | ANL | Analyzed weekly revenue flash and cash flow results. | 1.30 |
| 04/07/11 | ANL | Reviewed and analyzed February 2011 brown book report. | 2.30 |
| 04/07/11 | ANL | Prepared weekly status report. | 2.10 |
| 04/08/11 | ANL | Analyzed weekly revenue flash and cash flow results. | 1.50 |
| 04/08/11 | ANL | Prepared weekly status report. | 2.30 |
| 04/08/11 | ANL | Reviewed and analyzed UBS report on newspaper and broadcasting. | 1.10 |
| 04/12/11 | BH | Review and analyze current weekly results and revise report to UCC on same. | 2.10 |
| 04/12/11 | YK | Reviewed and revised weekly status report. | 1.20 |
| 04/13/11 | BH | Review and analyze the Moelis Media update. | 0.40 |
| 04/14/11 | YK | Reviewed and analyzed Moelis' weekly report. | 0.40 |
| 04/15/11 | YK | Reviewed and analyzed broadcasting operating results. | 1.10 |
| 04/15/11 | YK | Reviewed and analyzed publishing operating results. | 1.30 |
| 04/15/11 | YK | Reviewed and analyzed cash flow results. | 0.80 |
| 04/18/11 | BH | Review and analyze weekly financial results. | 1.20 |
| 04/18/11 | ANL | Prepared weekly status report. | 2.20 |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/18/11 | ANL | Analyzed weekly revenue flash and cash flow results. | 1.50 |
| 04/19/11 | ANL | Reviewed and analyzed February 2011 brown book report. | 2.30 |
| 04/19/11 | BH | Revise report to UCC on weekly financial results. | 1.00 |
| 04/20/11 | BH | Review and analyze Q1 results and compare to 2011 Operating Plan and prior year results. | 2.50 |
| 04/20/11 | YK | Reviewed and analyzed Moelis weekly update to the UCC. | 0.30 |
| 04/20/11 | ANL | Reviewed and analyzed March 2011 preliminary results. | 1.50 |
| 04/20/11 | ANL | Reviewed and analyzed February 2011 management reports. | 2.20 |
| 04/21/11 | ANL | Reviewed and analyzed weekly publishing revenue flash and weekly cash reports. | 1.10 |
| 04/21/11 | ANL | Reviewed and analyzed pacing reports. | 0.80 |
| 04/21/11 | ANL | Reviewed and analyzed historical newsprint prices. | 0.60 |
| 04/21/11 | ANL | Prepared weekly status report. | 2.20 |
| 04/21/11 | ANL | Reviewed and analyzed Gannett and New York Times Q1 2011 results. | 2.30 |
| 04/21/11 | BH | Draft verbal comments for presentation to UCC of weekly financial results and status of Project Eagle. | 1.20 |
| 04/22/11 | ANL | Prepared weekly status report. | 1.60 |
| 04/25/11 | ANL | Reviewed and analyzed weekly publishing revenue flash and weekly cash reports. | 1.20 |
| 04/25/11 | ANL | Reviewed and analyzed pacing reports. | 0.80 |
| 04/25/11 | ANL | Reviewed and analyzed March 2011 results. | 1.80 |
| 04/25/11 | ANL | Prepared weekly status report. | 1.10 |
| 04/26/11 | ANL | Prepared weekly status report. | 1.70 |
| 04/26/11 | BH | Review and analyze quarterly financial results and compare to 2011 Operating Plan and prior year results. | 3.50 |
| 04/26/11 | YK | Reviewed and analyzed Tribune financial reports. | 0.80 |
| 04/26/11 | YK | Reviewed and analyzed Moelis weekly status update to the UCC. | 0.30 |
| 04/27/11 | BH | Participate in Financial Advisors call hosted by Tribune and their advisors. | 0.30 |
| 04/27/11 | BH | Review and analyze weekly financial results and revise report to UCC on same. | 2.40 |
| 04/27/11 | ANL | Participated in monthly Tribune call on March 2011 results. | 0.60 |
| 04/27/11 | ANL | Reviewed and analyzed March 2011 results and prepared summary. | 1.80 |
| 04/27/11 | ANL | Reviewed and analyzed MNI and NYT Q1 2011 results. | 1.50 |
| 04/28/11 | ANL | Prepared weekly status report. | 2.10 |
| 04/28/11 | ANL | Reviewed and analyzed weekly revenue flash and weekly | 2.30 |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | cash reports. | |
| 04/28/11 | BH | Review and analyze Quarterly financial results in comparison to 2011 Operating Plan and prior year results. | 3.10 |
| 04/29/11 | BH | Review and analyze the Moelis Media Update. | 0.70 |
| 04/29/11 | ANL | Reviewed and analyzed weekly cash and cash forecast. | 1.60 |
| 04/29/11 | ANL | Prepared weekly status report. | 2.30 |
| | | **Total Hours** | **99.80** |

Re:            Current Financials
Client/Matter #   005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Albert Leung | 69.80 | 560.00 | 39,088.00 |
| Brad Hall | 22.40 | 645.00 | 14,448.00 |
| Young Kim | 7.60 | 490.00 | 3,724.00 |
| **Total Hours & Fees** | **99.80** | | **57,260.00** |

Re:                      Prospective Financials
Client/Matter #     005735.00005

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/04/11 | BH | Discuss status of Project Eagle with Tribune advisors. | 0.40 |
| 04/05/11 | BH | Prepared memo to Chadbourne on Project Eagle update from Tribune. | 0.30 |
| 04/07/11 | BH | Analyzed Tribune 2011 Operating Plan. | 0.80 |
| 04/08/11 | ANL | Reviewed 2011 Operating Plan and plan details. | 2.20 |
| 04/11/11 | BH | Analyzed Tribune 2011 Operating Plan. | 0.60 |
| 04/11/11 | BH | Review and analyze reports on latest earnings estimates of media companies as provided by UBS. | 1.70 |
| 04/13/11 | BH | Review and analyze 2011 Operating Plan in preparation for management meeting. | 0.80 |
| 04/18/11 | BH | Reviewed and analyzed 2011 Operating Plan details and due diligence questions. | 0.30 |
| 04/18/11 | ANL | Reviewed and analyzed 2011 Operating Plan and plan details. | 2.30 |
| 04/19/11 | ANL | Reviewed and analyzed revised Project Eagle offer documents. | 2.20 |
| 04/19/11 | BH | Call with Tribune advisors on status of Project Eagle. | 0.70 |
| 04/19/11 | BH | Draft and send report to Chadbourne on status of Project Eagle. | 0.50 |
| 04/19/11 | BH | Review and analyze Project Eagle revised bid letter. | 0.40 |
| 04/22/11 | ANL | Reviewed and analyzed 2011 Operating Plan and plan details. | 2.70 |
| 04/25/11 | BH | Obtain update from Tribune advisors on Project Eagle. | 0.40 |
| 04/25/11 | MPM | Reviewed and analyzed Tribune 2011 Operating budget. | 0.60 |
| 04/26/11 | MPM | Reviewed and analyzed March 2011 fee application and exhibits. | 1.30 |
| 04/26/11 | ANL | Reviewed and analyzed Operating plan details. | 1.80 |
| 04/28/11 | ANL | Reviewed and analyzed 2011 Operating Plan and plan details. | 2.70 |
| 04/28/11 | MPM | Reviewed and analyzed Tribune 2011 Operating plan presentation. | 1.10 |
| 04/28/11 | MPM | Reviewed and analyzed Tribune 2011 due diligence questions. | 0.40 |
| 04/29/11 | ANL | Prepared questions for Tribune in preparation for 2011 operating plan due diligence meeting. | 2.50 |
| 04/29/11 | ANL | Reviewed and analyzed 2011 Operating Plan details. | 1.80 |
| 04/29/11 | BH | Draft list of questions to share with Tribune advisors for discussion during the 2011 Operating Plan management meeting. | 3.20 |
| | | **Total Hours** | **31.70** |

Re: Prospective Financials
Client/Matter # 005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Michael P Murphy | 3.40 | 855.00 | 2,907.00 |
| Albert Leung | 18.20 | 560.00 | 10,192.00 |
| Brad Hall | 10.10 | 645.00 | 6,514.50 |
| **Total Hours & Fees** | **31.70** | | **19,613.50** |

Re: Plan of Reorganization
Client/Matter # 005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/01/11 | BH | Review and analyze the amendments to DCL Plan. | 1.40 |
| 04/01/11 | BH | Review and analyze the Draft Supplemental Objections to Noteholder Plan. | 1.20 |
| 04/01/11 | ANL | Reviewed and analyzed proposed DCL plan amendments. | 1.80 |
| 04/04/11 | ANL | Reviewed and analyzed proposed DCL plan amendments. | 1.60 |
| 04/04/11 | BH | Review and analyze the Motion to Approve Changed Votes & Elections regarding the DCL Plan. | 0.50 |
| 04/04/11 | BH | Review and analyze the Amended DCL Plan. | 1.60 |
| 04/04/11 | BH | Review and analyze the Supplemental Objections to the Noteholder Plan. | 0.70 |
| 04/05/11 | BH | Review and analyze the Motion to Approve Resolicitation Procedures. | 0.40 |
| 04/05/11 | ANL | Reviewed DCL plan documents and Noteholder plan documents. | 3.20 |
| 04/06/11 | ANL | Reviewed second amended DCL plan and blackline versions. | 2.30 |
| 04/07/11 | ANL | Reviewed blackline amended DCL plan and motion on votes and elections. | 2.20 |
| 04/11/11 | YK | Reviewed and analyzed Noteholders' Supplemental Objection to Proposed Plan of Reorganization. Reviewed and analyzed UCC attorneys' memo related thereto. | 1.10 |
| 04/11/11 | BH | Review and analyze reports on Tribune Mediation Update and Noteholder Supplemental Objections. | 0.80 |
| 04/13/11 | BH | Review and analyze report on confirmation hearing developments. | 0.40 |
| 04/13/11 | BH | Review and analyze Draft Objection to Zell Clarification Motion. | 0.50 |
| 04/14/11 | BH | Review and analyze report on confirmation hearing activity. | 0.60 |
| 04/14/11 | BH | Review and analyze claims filed pursuant to a Motion of Officer filed Indemnification Claims. | 2.60 |
| 04/14/11 | YK | Reviewed and analyzed draft objection to Zell Motion. | 0.80 |
| 04/15/11 | BH | Draft and send memo to Chadbourne on the Indemnity Claims filed by Tribune Officers. | 0.70 |
| 04/15/11 | BH | Review and analyze the Objection to Late filed Officer Indemnification Claims. | 0.60 |
| 04/18/11 | ANL | Reviewed and analyzed amended DCL plan. | 1.50 |
| 04/19/11 | BH | Review and analyze schedule of filed Indemnification Claims. | 1.10 |
| 04/25/11 | BH | Review and analyze revised DCL Plan. | 1.30 |
| 04/26/11 | BH | Review and analyze report on status of confirmation hearings. | 0.50 |

Re:             Plan of Reorganization
Client/Matter # 005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/26/11 | BH | Review and analyze the Order pertaining to Notice Regarding Reversion of State Law Fraudulent Conveyance Claims. | 0.60 |
| 04/27/11 | ANL | Call with A&M re cure payment update. | 0.50 |
| 04/27/11 | ANL | Reviewed and analyzed cure payment summary. | 1.30 |
| 04/27/11 | ANL | Reviewed and analyzed amended Plan of reorganization. | 1.80 |
| 04/28/11 | ANL | Reviewed and analyzed claims information and cure payment summary. | 1.80 |
| | | **Total Hours** | **35.40** |

Re:                  Plan of Reorganization
Client/Matter #   005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 18.00 | 560.00 | 10,080.00 |
| Brad Hall | 15.50 | 645.00 | 9,997.50 |
| Young Kim | 1.90 | 490.00 | 931.00 |
| **Total Hours & Fees** | **35.40** | | **21,008.50** |

Re: Claims & Recoveries
Client/Matter # 005735.00010

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/19/11 | ANL | Prepared summary of indemnification claims. | 1.50 |
| 04/19/11 | ANL | Reviewed and analyzed proof of claims data. | 1.80 |
| 04/20/11 | ANL | Reviewed and analyzed scheduled and proof of claims database from Debtors. | 2.80 |
| 04/22/11 | ANL | Reviewed and analyzed Debtors claims database. | 1.50 |
| 04/25/11 | ANL | Reviewed and analyzed cure payment motion order and exhibits. | 0.80 |
| 04/25/11 | ANL | Reviewed and analyzed Debtors claims database. | 2.10 |
| 04/26/11 | ANL | Reviewed and analyzed orders for officer late filed proofs. | 0.50 |
| 04/26/11 | ANL | Reviewed and analyzed scheduled and proof of claims database from Debtors. | 2.20 |
| 04/27/11 | ANL | Reviewed and analyzed scheduled and proof of claims database from Debtors. | 1.50 |
| | | **Total Hours** | **14.70** |

Re:             Claims & Recoveries
Client/Matter # 005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 14.70 | 560.00 | 8,232.00 |
| **Total Hours & Fees** | **14.70** | | **8,232.00** |

Re: UCC Meetings
Client/Matter # 005735.00015

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/05/11 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.60 |
| 04/07/11 | BH | Participate in UCC meeting and report on current financial results. | 0.80 |
| 04/20/11 | BH | Participate in weekly UCC professionals call hosted by Chadbourne. | 0.70 |
| 04/20/11 | ANL | Participated in weekly UCC telephonic meeting. | 1.20 |
| 04/21/11 | BH | Participate in UCC meeting and provide verbal report on weekly financial results. | 0.90 |
| 04/26/11 | BH | Participate in weekly UCC professionals call hosted by Chadbourne. | 0.60 |
| 04/26/11 | ANL | Participated in weekly UCC professionals call. | 0.60 |
| 04/28/11 | BH | Participate in UCC meeting and provide verbal report on current financials and Project Eagle. | 0.70 |
| | | **Total Hours** | **6.10** |

Re: UCC Meetings
Client/Matter # 005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 1.80 | 560.00 | 1,008.00 |
| Brad Hall | 4.30 | 645.00 | 2,773.50 |
| **Total Hours & Fees** | **6.10** | | **3,781.50** |

Re: Billing and Retention
Client/Matter # 005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/04/11 | YK | Prepared March 2011 fee application. | 1.50 |
| 04/04/11 | ANL | Prepared 9th interim fee application. | 1.30 |
| 04/05/11 | ANL | Prepared 9th interim fee application. | 1.20 |
| 04/06/11 | ANL | Prepared AlixPartners response to the 7th interim preliminary report. | 1.50 |
| 04/07/11 | ANL | Prepared AlixPartners response to the 6th & 7th interim preliminary report. | 1.60 |
| 04/07/11 | YK | Prepared March 2011 fee application. | 1.80 |
| 04/08/11 | ANL | Prepared 9th interim fee application and March 2011 fee application. | 1.30 |
| 04/08/11 | ANL | Prepared AlixPartners response to the 6th & 7th interim preliminary report. | 1.60 |
| 04/12/11 | YK | Prepared March 2011 fee application. | 2.30 |
| 04/15/11 | YK | Prepared March 2011 fee app and motion. | 1.50 |
| 04/15/11 | MPM | Reviewed March 2011 fee application and exhibits. | 2.50 |
| 04/16/11 | YK | Review 9th Interim Fee Application; coordinate filing activity. | 1.10 |
| 04/16/11 | MPM | Reviewed 9th interim fee application and exhibits. | 1.50 |
| 04/18/11 | MPM | Reviewed 9th interim fee application and exhibits. | 0.30 |
| 04/18/11 | YK | Prepared March 2011 fee application. | 1.00 |
| 04/18/11 | ANL | Prepared 9th interim fee application and March 2011 fee application. | 2.30 |
| 04/19/11 | ANL | Prepared March 2011 fee application and 9th interim fee application. | 2.30 |
| 04/19/11 | MPM | Reviewed March 2011 fee application and 9th interim fee application. | 0.80 |
| 04/20/11 | ANL | Prepared March 2011 fee application and fee examiner response. | 0.80 |
| 04/21/11 | ANL | Prepared March 2011 fee application and fee examiner response. | 2.10 |
| 04/26/11 | ANL | Prepared March 2011 fee application and fee examiner response. | 1.80 |
| 04/26/11 | YK | Prepared Tribune March 2011 fee application. | 0.80 |
| 04/26/11 | BH | Review and revise monthly fee application. | 2.10 |
| | | **Total Hours** | **35.00** |

Re: Billing and Retention
Client/Matter # 005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 5.10 | 855.00 | 4,360.50 |
| Albert Leung | 17.80 | 560.00 | 9,968.00 |
| Brad Hall | 2.10 | 645.00 | 1,354.50 |
| Young Kim | 10.00 | 490.00 | 4,900.00 |
| **Total Hours & Fees** | **35.00** | | **20,583.00** |