# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

April 1, 2011 through and including April 30, 2011

| Expenses | Amount |
| --- | ---: |
| Cab Fare/Ground Transportation | 110.25 |
| **Total Disbursements** | **110.25** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 03/18/11 | Cab Fare/Ground Transportation - - VENDOR: Car Service- Mark Rule - Wilmington to PHL (out of town) | 110.25 |
| | **Total Disbursements** | **$110.25** |