# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                      Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>) **Dkt. Nos. 8817, 8884, 8960, 8963** |

## SAMUEL ZELL'S MOTION FOR LEAVE TO FILE A TWO-PAGE LETTER BRIEF

Samuel Zell ("Mr. Zell") respectfully submits this motion for leave of the Court's Order Setting Schedule for Post-Confirmation Hearing Briefing and Argument (Dkt. No. 8817) entered on May 3, 2011 to allow him to file a two-page letter brief. Mr. Zell seeks leave of this Court to file his brief so that he is afforded the opportunity to respond to new arguments made by Aurelius Capital Management ("Aurelius") and the Official Committee of Unsecured Creditors (the "Committee"). (*See* Dkt. Nos. 8960 and 8963.) In support of this motion, Mr. Zell states the following:

1. On Friday, May 20, 2011, Aurelius and the Committee[1] filed omnibus responsive letter briefs (Dkt. Nos. 8960 and 8963) in response to the letter briefs submitted by the third party objectors, including Mr. Zell (Dkt. No. 8884). In those letter briefs, Aurelius and the Committee raise new arguments. *Cf. Hoxworth v. Blinder, Robinson & Co.,* 903 F.2d 186, 204-05 n. 29 (3d Cir.1990) (courts will not consider arguments raised on appeal for the first time in a reply brief.)

---

[1] The DCL Plan Proponents authorized the Committee to submit the reply letter brief on behalf of all of the DCL Plan Proponents. (Dkt. 8963, Reply Ltr. Br. at 1 n.2.)

2. Mr. Zell seeks leave to file a two-page letter brief, attached as <u>Exhibit A</u>, to address those new arguments and to clarify the record related to them.

## **CONCLUSION**

For the foregoing reasons, this Court should allow Mr. Zell leave to file his letter brief.

Dated: June 1, 2011          **BLANK ROME LLP**

> By: /s/ *David W. Carickhoff*
> David W. Carickhoff (DE No. 3715)
> Alan M. Root (DE No. 5427)
> 1201 Market Street, Suite 800
> Wilmington, Delaware 19801
> Telephone: (302) 425-6400
>
> and
>
> **JENNER & BLOCK LLP**
> David J. Bradford (admitted *pro hac vice*)
> Catherine L. Steege (admitted *pro hac vice*)
> Douglas A. Sondgeroth (admitted *pro hac vice*)
> Andrew W. Vail (admitted *pro hac vice*)
> 353 North Clark Street
> Chicago, Illinois 60654
> Telephone: (312) 222-9350
>
> *Counsel for Samuel Zell*