**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | ) <br>) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>) **Dkt. Nos. 8817, 8884, 8960, 8963**<br>  **and _____** |

**ORDER GRANTING SAMUEL ZELL'S MOTION FOR**
**LEAVE TO FILE A TWO-PAGE LETTER BRIEF**

Upon consideration of Samuel Zell's Motion for Leave to File a Two-Page Letter Brief (the "Motion"); and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Mr. Zell is hereby granted leave to file his two-page letter brief in connection with the plan confirmation proceedings in these cases.


Dated: _____ \_\_, 2011       _____
                         HONORABLE KEVIN J. CAREY
                         CHIEF UNITED STATES BANKRUPTCY JUDGE


: