## **CERTIFICATE OF SERVICE**

I, David A. Carickhoff, hereby certify that on June 1, 2011, I caused copies of the following document to be served on the parties listed on the attached service list in the manner indicated.

**SAMUEL ZELL'S MOTION FOR LEAVE
TO FILE A TWO-PAGE LETTER BRIEF**

     */s/ David W. Carickhoff*
     David W. Carickhoff (DE 3715)

# SERVICE LIST

Counsel to the Debtors:

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, PA
500 Delaware Avenue
Suite 1410
Wilmington DE 19801
E-mail: npernick@coleschotz.com
Kstickles@coleschotz.com
preilley@coleschotz.com
*(Hand Delivery & E-mail)*

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Kevin T. Lantry, Esquire
Sidley Austin LLP
One South Dearborn
Chicago IL 60603
Phone: (312) 853-6890
Fax: (312) 853-7036
E-mail: jconlan@sidley.com
bkrakauer@sidley.com
klantry@sidley.com
*(First Class Mail & E-mail)*

John D. Shugrue
Lana J. Raines
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Phone: (312) 207-1000
Fax: (312) 207-6400
E-mail: jshugrue@reedsmith.com
lraines@reedsmith.com
*(First Class Mail & E-mail)*

Counsel to the Official Committee of Unsecured Creditors:

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington DE 19801
Phone: (302) 467-4410
Fax: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
*(Hand Delivery & E-mail)*

Howard Seife, Esquire
David M. LeMay, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York NY 10112
E-mail: hseife@chadbourne.com
dlemay@chadbourne.com
*(First Class Mail & E-mail)*

Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW
Washington DC 20036-5802
E-mail: gbush@zuckerman.com
jsottile@zuckerman.com
*(First Class Mail & E-mail)*

*Counsel for Aurelius Capital Management*

Daniel H. Golden, Esquire
Philip C. Dublin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036-6745
E-mail:  dgolden@akingump.com
E-mail:  pdublin@akingump.com
*(First Class Mail & E-mail)*

*Counsel for Aurelius Capital Management*

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE  19899
E-mail:  wbowden@ashby-geddes.com
E-mail:  awinfree@ashby-geddes.com
*(Hand Delivery & E-mail)*

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for Certain Series of Senior Notes*

David J. Adler, Esquire
McCarter & English, LLP
245 Park Avenue
New York, NY  10167
E-mail:  dadler@mccarter.com
*(First Class Mail & E-mail)*

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for Certain Series of Senior Notes*

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre, 405 N. King Street
Wilmington, DE  19801
E-mail:  kmayer@mccarter.com
*(First Class Mail & E-mail)*

Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain Series of Senior Notes

David S. Rosner, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019
E-mail:  drosner@kasowitz.com
*(First Class Mail & E-mail)*

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain Series of Senior Notes*

Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801
E-mail:  gmcdaniel@bglawde.com
*(First Class Mail & E-mail)*

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*

Robert J. Stark, Esquire
Martin S. Siegel, Esquire
Gordon Z. Novod, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
E-mail:  rstark@brownrudnick.com
E-mail:  msiegel@brownrudnick.com
E-mail:  gnovod@brownrudnick.com
*(First Class Mail & E-mail)*

135030.01600/22027074v.1