# EXHIBIT C

**(Side Letter)**

46429/0001-7649350v1

June __, 2011

Ricketts Acquisition LLC
Thomas Ricketts
Executive Vice President
200 South Wacker Drive
Suite 3700
Chicago, IL 60606

Dear Mr. Ricketts,

This letter agreement is being entered into in connection with that certain engagement letter by and among Ricketts Acquisition LLC ("**Ricketts**"), Tribune Company ("**Tribune**") and Ernst & Young LLP, dated the date hereof (the "**Engagement Letter**"). While the Parties' obligations to indemnify EY under the Engagement Letter are joint and several, Tribune and Ricketts agree, as between Tribune and Ricketts, each of Tribune and Ricketts shall bear 50% of the indemnification obligations pursuant to the second paragraph of the Engagement Letter under the heading "Specific additional terms and conditions," provided in the event a third party initiates a claim which results in indemnification obligations pursuant to such paragraph solely on the basis of a relationship with only one of the Parties, such Party shall bear 100% of the indemnification obligation pursuant to such paragraph.

[Signature page follows]

**Tribune Company**

By _[signature]_
David Eldersveld
General Counsel


Agreed to as of the
Date hereof

**Ricketts Acquisition LLC**

By _[signature]_
Thomas Ricketts
Executive Vice President