# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | ) Chapter 11 |
| TRIBUNE COMPANY, *et al.*, ) | ) Case No. 08-13141 (KJC) |
| Debtors. ) | ) Jointly Administered |
| ) | ) Dkt. Nos. 8817, 8884, 8960, 8963 and 9035 |

## ORDER GRANTING SAMUEL ZELL'S MOTION FOR LEAVE TO FILE A TWO-PAGE LETTER BRIEF

Upon consideration of Samuel Zell's Motion for Leave to File a Two-Page Letter Brief (the "Motion"); and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Mr. Zell is hereby granted leave to file his two-page letter brief in connection with the plan confirmation proceedings in these cases.

Dated: June 2, 2011

HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE