IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| Debtors. | : | Jointly Administered |
| | : | Related to Docket Nos. 8817, 8888, 8960 & 8963 |

## MOTION OF CERTAIN DIRECTORS AND OFFICERS
## FOR LEAVE TO FILE REPLY LETTER BRIEF

Certain Directors and Officers, by and through their undersigned counsel, respectfully submit this motion for leave of the Court's *Order Setting Schedule for Post-Confirmation Hearing Briefing and Argument* (Docket No. 8817) to allow them to reply to DCL Plan Proponents'[1] Supplemental Letter Response, dated May 20, 2011. In support of this motion, the Certain Directors and Officers state as follows:

1. On May 20, 2011, the DCL Plan Proponents filed omnibus responsive letter briefs (Docket Nos. 8960 and 8963) in response to the letter briefs submitted by third-party objectors, including the Certain Directors and Officers (Docket No. 8888). In the DCL Plan Proponents' letter briefs, the DCL Plan Proponents misstate the Certain Directors and Officers' positions regarding the proposed Creditors' Trusts and the effect of the Court's April 25 Order (attached as Exhibit 1 to proposed letter brief).

2. The Certain Directors and Officers seek leave to file a short letter brief, attached hereto as Exhibit A, to address the misstatements and the effect of the Court's April 25 Order.

---

[1] Capitalized terms used herein, unless otherwise defined, have the meaning reflected in Certain Directors' and Officers' Letter Brief, dated May 11, 2011 (Docket No. 8888), and the DCL Plan.

WHEREFORE, for all of the foregoing reasons, the Certain Directors and Officers respectfully request leave to file the attached letter brief and for such other and further relief as is just and proper.

Dated: June 2, 2011

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (No. 2795)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141  Telephone
(302) 658-0380  Facsimile

OF COUNSEL:

John R. McCambridge
George R. Dougherty
GRIPPO & ELDEN LLC
111 S. Wacker Drive
Chicago, IL  60606
(312) 704-7700  Telephone
(312) 558-1195  Facsimile

*Attorneys for Certain Directors and Officers*

#4342776v1