IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Related to Docket No. 9053 |

## ORDER GRANTING MOTION OF CERTAIN DIRECTORS
## AND OFFICERS FOR LEAVE TO FILE LETTER BRIEF

Upon consideration of the *Motion of Certain Directors and Officers for Leave to File Reply Letter Brief* ("Motion"); and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Certain Directors and Officers are hereby granted leave to file their letter brief, attached to the Motion as Exhibit A, in connection with the plan confirmation proceedings in these cases.

Dated: June 3, 2011

_____
United States Bankruptcy Judge

#4342819v1