# Exhibit A

# Alternative Proposed Order

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                                Debtors. | ) <br> ) **Chapter 11** <br> ) <br> ) **Case No. 08-13141 (KJC)** <br> ) **Jointly Administered** <br> ) <br> ) **Re: Dkt. Nos. 8478, 8688, 8865** |

**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR CLARIFICATION THAT LEAVE IS NOT NECESSARY, OR IN THE ALTERNATIVE, LEAVE, TO SERVE SAMUEL ZELL'S MOTION FOR RELIEF UNDER RULE 9011**

Upon consideration of the motion (the "Motion") of Samuel Zell ("Mr. Zell") for clarification that leave is not necessary, or in the alternative, leave, to serve his motion for relief under Federal Rule of Bankruptcy Procedure 9011 against the Official Committee of Unsecured Creditors and/or its counsel; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334 and that this matter is a core matter pursuant to 28 U.S.C. § 157(b)(2); and it appearing that due notice of the Motion has been given under the circumstances, and that no further notice need be given for the relief sought herein; and sufficient cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED in part and DENIED in part, as set forth herein.

2. Mr. Zell is hereby granted leave to serve his motion for relief under Rule 9011 (the "Rule 9011 Motion") on counsel for the Committee.

3. If the Committee withdraws the claims at issue in response to service of the Rule 9011 Motion, such motion will become moot. If not, then after twenty-one (21) days from entry of this Order, Mr. Zell and the Committee are to appear before this Court for a status report. This Order does not authorize Mr. Zell to file the Rule 9011 Motion with the Court.

2

       4.       The Court retains jurisdiction with respect to all matters arising from or related to implementation of this Order.

Date: _____, 2011

                                        _____
                                        HONORABLE KEVIN J. CAREY
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE