## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Related Docket No. 9058** |
| | : | |
| | : | **Hearing Date: June 28, 2011 at 2:00 p.m.** |
| | : | **Objection Deadline: June 21, 2011 at 4:00 p.m.** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 3, 2011, Wilmington Trust Company ("WTC"), filed the attached *Motion for Authorization to Seal Portions of Its Supplemental Proposed Findings of Fact and Conclusions of Law* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801 and served so as to actually be received by the undersigned counsel for the WTC on or before **June 21, 2011 at 4:00 p.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **June 28, 2011 at 2:00 p.m.** prevailing Eastern Time before the Honorable Kevin J. Carey, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date:  June 3, 2011
       Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William D. Sullivan

William D. Sullivan (No. 2820)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for Wilmington Trust Company*