## EXHIBIT A

**[Proposed Order Granting Motion to Seal]**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, <u>et al.</u>, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Re: D.I. 9058, _____** |

-----------------------------------------------------X

### ORDER APPROVING MOTION OF WILMINGTON TRUST COMPANY
### FOR AUTHORIZATION TO SEAL PORTIONS OF ITS SUPPLEMENTAL
### PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Upon consideration of the *Motion of Wilmington Trust Company for Authorization to Seal Portions of its Supplemental Proposed Findings of Fact and Conclusions of Law* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.      The Motion to Seal is GRANTED; and

2.      Wilmington Trust Company is hereby granted permission to file under seal the redacted portions of its *Supplemental Proposed Findings of Fact and Conclusions of Law, as Successor Indenture Trustee for the PHONES Notes, and One of the Noteholder Plan Proponents*, pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: June _____, 2011

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge