## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 3rd day of June, 2011, I caused copies of the within *Motion of Wilmington Trust Company for Authorization to Seal Portions of Its Supplemental Proposed Findings of Fact and Conclusions of Law* to be served upon the parties listed on the attached service list via U.S. Mail, First Class, postage pre-paid.

June 3, 2011　　　　　　　　　　　　　　　　　　/s/ William D. Sullivan
Date　　　　　　　　　　　　　　　　　　　　　　William D. Sullivan

James F. Conlan
Bryan Krakauer
Janet E. Henderson
Kevin T. Lantry
Kerriann S. Mills
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7036

Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3117

Bruce Bennett
James O. Johnston
Joshua M. Mester
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
(213) 694-1234

Robert S. Brady
M. Blake Cleary
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-1253

Andrew Goldman
WILMER HALE llp
399 Park Avenue
New York, NY 10022
(212) 230-8888

David M. Klauder
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Wilmington, DE 19801
(302) 573-6497

Howard Seife
David M. Le May
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 541-5369

Adam G. Landis
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(302) 467-4450

Graeme W. Bush
James Sottile
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
(202) 822-8106

Donald S. Bernstein
Damian S. Schaible
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 701-5800

Mark Collins
RICHARDS LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7701

William P. Bowden
Amanda M. Winfree
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
(302) 654-2067

Daniel Golden
Philip Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1002

Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-8600

David S. Rosner
Andrew K. Glenn
Sheron Korpus
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1800

Jeffrey M. Schlerf
Eric M. Sutty
John H. Strock
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 656-8920

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 354-8113

Thomas E. Lauria
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
(305) 358-5744

Katharine L. Mayer
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6399

David Adler
MCCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
(212) 609-6921