**EXHIBIT A**

 **LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

May 1, 2011  Invoice 478   DAS
In Reference To:  00499-008 - General
Client:  Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/04/11 | MB | Legal research regarding possible subpoena (2.0); formulate strategy regarding same (1.0); telephone conference with D. Bralow regarding same (.2). | 3.20<br>420.00/hr | 1,344.00 |
| 04/07/11 | RP | Review right of publicity issues. | 0.40<br>445.00/hr | 178.00 |
| | | **For professional services rendered** | **3.60** | **$1,522.00** |
| | | **Total Amount of this Bill** | | **$1,522.00** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | | |
|---|---|---|
| I.D. 00499-008 - DAS<br>Re: General | | May 1, 2011<br>Invoice 478<br>Page 2 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 0.40 | 445.00 | 178.00 |
| Michael Berry | 3.20 | 420.00 | 1,344.00 |
| **Totals** | **3.60** | | **$1,522.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

 LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

May 1, 2011      Invoice 426    NES

In Reference To: 00499-050 - Baltimore Sun - General Newsroom

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/26/11 | NES | Review litter ordinance and basic background, exchange emails regarding possible responses, identify and assign topics for research. | 1.10<br>445.00/hr | 489.50 |
| 04/26/11 | JWB | Telephone conference with client regarding City litter citations (.3); review prior work product on similar legal issue (.3); receive and review citations from client (.3). | 0.90<br>445.00/hr | 400.50 |
| 04/26/11 | AMD | Research appeals process for citations issued to Baltimore Sun pursuant to Baltimore littering ordinance. | 4.70<br>290.00/hr | 1,363.00 |
| 04/27/11 | NES | Review research on anti-littering ordinance. | 1.90<br>445.00/hr | 845.50 |
| 04/27/11 | AMD | Research appeals process for citations issued to Baltimore Sun pursuant to Baltimore littering ordinance. | 11.00<br>290.00/hr | 3,190.00 |
| 04/28/11 | NES | Complete review of research on littering ordinance and discuss with client. | 1.30<br>445.00/hr | 578.50 |
| | | **For professional services rendered** | **20.90** | **$6,867.00** |
| | | **Total Amount of this Bill** | | **$6,867.00** |

### Levine Sullivan Koch & Schulz, L.L.P.

| | | | |
|---|---|---|---|
| I.D. 00499-050 - NES | | | May 1, 2011 |
| Re: Baltimore Sun - General Newsroom | | | Invoice 426 |
| | | | Page 2 |

#### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 4.30 | 445.00 | 1,913.50 |
| Jay Ward Brown | 0.90 | 445.00 | 400.50 |
| Amba M. Datta | 15.70 | 290.00 | 4,553.00 |
| **Totals** | **20.90** | | **$6,867.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



# LEVINE SULLIVAN KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

May 1, 2011  Invoice 551   GCS

In Reference To: 00499-075 - Matt Birkbeck Subpoena

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/12/11 | MB | Review Supreme Court opinion regarding alleged grand jury leak(.3); obtain and review copy of special prosecutor report (.3). | 0.60<br>420.00/hr | 252.00 |
| 04/12/11 | GCS | Telephone conference with D. Bralow regarding next steps. | 0.50<br>445.00/hr | 222.50 |
| | | **For professional services rendered** | **1.10** | **$474.50** |
| | | **Total Amount of this Bill** | | **$474.50** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | | | | |
|---|---|---|---|---|
| I.D. 00499-075 - GCS | | | | May 1, 2011 |
| Re: Matt Birkbeck Subpoena | | | | Invoice 551 |
| | | | | Page 2 |

## Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Gayle C. Sproul | | 0.50 | 445.00 | 222.50 |
| Michael Berry | | 0.60 | 420.00 | 252.00 |
| | Totals | 1.10 | | $474.50 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



# LEVINE SULLIVAN KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

May 1, 2011                                                                                    Invoice 439      RP
In Reference To: 00499-077 - Journal Publ. v. Hartford Courant
Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/01/11 | SB | File motion to dismiss. | 0.60<br>195.00/hr | 117.00 |
| 04/04/11 | CAS | Draft and file certificate of service. | 0.30<br>420.00/hr | 126.00 |
| 04/08/11 | RP | Review revised proposed joint planning report received from R. Weinstein. | 0.30<br>445.00/hr | 133.50 |
| 04/11/11 | RP | Correspond with R. Weinstein regarding joint report. | 0.20<br>445.00/hr | 89.00 |
| 04/15/11 | MXB | Research relating to plaintiff's amended pleading (3.3); review and analyze amended complaint (.3). | 3.60<br>290.00/hr | 1,044.00 |
| 04/15/11 | CAS | Review amended complaint (.3); review pro hac motion (.1). | 0.40<br>420.00/hr | 168.00 |
| 04/15/11 | RP | Review correspondence from R. Weinstein (.4); review amended complaint (1.5). | 1.90<br>445.00/hr | 845.50 |
| 04/18/11 | MXB | Analyze amended complaint (.3); research relating to plaintiff's amended pleading (2.2); contact Copyright Office regarding registrations (.2). | 2.70<br>290.00/hr | 783.00 |
| 04/18/11 | RP | Review issues raised by amended complaint (.5); draft correspondence to client regarding same (.3). | 0.80<br>445.00/hr | 356.00 |
| 04/19/11 | MXB | Research relating to motion to dismiss amended complaint (.8); review case history and previous filings in connection with same (.7); | 2.80<br>290.00/hr | 812.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | | | | May 1, 2011 |
|---|---|---|---|---|
| I.D. 00499-077 - RP | | | | Invoice 439 |
| Re: Journal Publ. v. Hartford Courant | | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | further research relating to motion to dismiss amended complaint (1.3). | | |
| 04/19/11 | RP | Review issues relating to amended complaint and anticipated motion to dismiss. | 2.50<br>445.00/hr | 1,112.50 |
| 04/20/11 | MXB | Research relating to motion to dismiss amended complaint. | 0.70<br>290.00/hr | 203.00 |
| 04/20/11 | RP | Review additional issues relating to motion to dismiss amended complaint (.5); analyze arguments directed at amended complaint and conduct research regarding same (3.0). | 3.50<br>445.00/hr | 1,557.50 |
| 04/21/11 | SB | Telephone conference with court clerk regarding filings (.2); electronically file same (.1). | 0.30<br>195.00/hr | 58.50 |
| 04/21/11 | MXB | Continue research relating to motion to dismiss amended complaint. | 2.50<br>290.00/hr | 725.00 |
| 04/21/11 | CAS | Review correspondence regarding filing of amended complaint and motion to dismiss. | 0.20<br>420.00/hr | 84.00 |
| 04/21/11 | RP | Draft correspondence to court regarding motion to dismiss amended complaint (.4); draft correspondence to R. Weisman regarding same (.1); begin drafting motion to dismiss amended complaint (3.0); review correspondence from R. Weisman regarding motion (.3). | 3.80<br>445.00/hr | 1,691.00 |
| 04/22/11 | MXB | Continue research relating to motion to dismiss amended complaint. | 0.50<br>290.00/hr | 145.00 |
| 04/22/11 | RP | Revise correspondence to court (.3); review research for motion to dismiss amended complaint (1.0); conduct additional research regarding same (2.0). | 3.30<br>445.00/hr | 1,468.50 |
| 04/26/11 | SB | Follow up regarding pro hac vice admission application of R. Penchina. | 0.20<br>195.00/hr | 39.00 |
| 04/26/11 | MXB | Analyze amended claims and applicable law (.2); research relating to motion to dismiss amended complaint (2.0). | 2.20<br>290.00/hr | 638.00 |
| 04/26/11 | RP | Review court scheduling notices (.2); continue drafting motion to dismiss amended complaint (2.0); review research (1.0). | 3.20<br>445.00/hr | 1,424.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP  
Re: Journal Publ. v. Hartford Courant

May 1, 2011  
Invoice 439  
Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/27/11 | MXB | Review case law and summarize issues relating to motion. | 1.00<br>290.00/hr | 290.00 |
| 04/27/11 | RP | Continue drafting motion to dismiss amended complaint. | 2.00<br>445.00/hr | 890.00 |
| 04/28/11 | SB | Research regarding, and apply for, District of Connecticut electronic filing credentials for R. Penchina. | 0.20<br>195.00/hr | 39.00 |
| 04/28/11 | RP | Continue drafting and researching motion to dismiss amended complaint. | 4.00<br>445.00/hr | 1,780.00 |
| 04/29/11 | MXB | Review exhibits for motion to dismiss amended complaint. | 0.40<br>290.00/hr | 116.00 |
| 04/29/11 | RP | Continue drafting motion to dismiss amended complaint. | 3.50<br>445.00/hr | 1,557.50 |
| 04/30/11 | RP | Continue drafting motion to dismiss amended complaint. | 2.00<br>445.00/hr | 890.00 |
| | | **For professional services rendered** | **49.60** | **$19,182.50** |
| | | **Total Amount of this Bill** | | **$19,182.50** |

Levine Sullivan Koch & Schulz, L.L.P.

## Levine Sullivan Koch & Schulz, L.L.P.

| | | | May 1, 2011 |
|---|---|---|---|
| I.D. 00499-077 - RP | | | Invoice 439 |
| Re: Journal Publ. v. Hartford Courant | | | Page 4 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 31.00 | 445.00 | 13,795.00 |
| Cameron A. Stracher | 0.90 | 420.00 | 378.00 |
| Scott Bailey | 1.30 | 195.00 | 253.50 |
| Michael Beylkin | 16.40 | 290.00 | 4,756.00 |
| **Totals** | **49.60** | | **$19,182.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

 LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Chicago Tribune
435 N. Michigan Avenue
Chicago, IL 60611

May 1, 2011                                                                                              Invoice 557    GCS
In Reference To: 00499-079 - Tribune Bankruptcy - Examiner's Report
Client: Tribune Company

## Disbursements

| Description | Amount |
|---|---|
| Local Counsel | 4,311.40 |
| **Total Disbursements** | **$4,311.40** |
| **Total Amount of this Bill** | **$4,311.40** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | |
|---|---:|
| | May 1, 2011 |
| I.D. 00499-079 - GCS | Invoice 557 |
| Re: Tribune Bankruptcy - Examiner's Report | Page 2 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

 **LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

May 1, 2011　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice　505　　SDB
In Reference To:  00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues
Client:  Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/04/11 | SDJ | Draft and revise third quarterly fee application and review invoices for attachment. | 2.00 290.00/hr | 580.00 |
| 04/05/11 | SDB | Review and revise fee application (.4); exchange email with A. Dalton regarding LEDES files in connection with same (.2). | 0.60 445.00/hr | 267.00 |
| 04/05/11 | SDJ | Revise third quarterly fee application. | 0.40 290.00/hr | 116.00 |
| 04/06/11 | SDJ | Review and revise quarterly fee application and invoices for filing with the bankruptcy court and communicate with local counsel regarding the same. | 0.70 290.00/hr | 203.00 |
| 04/11/11 | JPB | Review and revise third quarterly fee application for accuracy. | 0.90 195.00/hr | 175.50 |
| 04/11/11 | SDJ | Review and revise third quarterly fee application (.8); communicate with local counsel regarding second quarterly fee application certificate of no objection (.2). | 0.90 290.00/hr | 261.00 |
| 04/12/11 | SDJ | Revise and file fee application and prepare original signature pages for filing with local counsel. | 0.50 290.00/hr | 145.00 |
| 04/20/11 | SDB | Telephone conference with A. Dalton regarding invoices (.2); exchange email with A. Dalton regarding LEDES files for January invoices (.2). | 0.40 445.00/hr | 178.00 |
| 04/27/11 | SDJ | Review invoices for eighth monthly fee application. | 0.40 290.00/hr | 116.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | | | | May 1, 2011 |
|---|---|---|---|---|
| I.D. 00499-080 - SDB | | | | Invoice 505 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | | Page 2 |
| **Date** | **Atty** | **Description** | **Hours/Rate** | **Amount** |
| 04/27/11 | RP | Review invoice for redaction of privileged content. | 0.30<br>445.00/hr | 133.50 |
| 04/28/11 | SDJ | Draft and revise eighth monthly fee application. | 1.20<br>290.00/hr | 348.00 |
| 04/29/11 | SDJ | Review and revise eighth monthly fee application (.6); exchange correspondence with local counsel and client regarding certificate of no objection (.2). | 0.80<br>290.00/hr | 232.00 |
| 04/29/11 | JPB | Review and revise eighth monthly fee application for accuracy. | 0.30<br>195.00/hr | 58.50 |
| | | **For professional services rendered** | **9.40** | **$2,813.50** |
| | | **Total Amount of this Bill** | | **$2,813.50** |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-080 - SDB
Re: Tribune Company - Fee Application-Bankruptcy Retention Issues

May 1, 2011
Invoice 505
Page 3

### Timekeeper Summary

|                   | Hours | Rate/Hour | Amount     |
|-------------------|-------|-----------|------------|
| Seth D. Berlin    | 1.00  | 445.00    | 445.00     |
| Robert Penchina   | 0.30  | 445.00    | 133.50     |
| Shaina D. Jones   | 6.90  | 290.00    | 2,001.00   |
| Jennifer P. Burke | 1.20  | 195.00    | 234.00     |
| **Totals**        | 9.40  |           | $2,813.50  |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605