IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) <br> ) <br> ) Chapter 11 <br> ) Case No. 08-13141 (KJC) <br> ) Jointly Administered <br> ) <br> ) <br> ) <br> ) |
| TRIBUNE COMPANY, *et al.*, | |
| Debtors | |

## THE NOTEHOLDER PLAN PROPONENTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
### (FCC SUPPLEMENT)

LERMAN SENTER PLLC
Meredith S. Senter, Jr.
Sally A. Buckman
2000 K Street NW, Suite 600
Washington, DC 20006
(202) 429-8970

ASHBY & GEDDES, P.A.
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Counsel for Aurelius Capital Management, LP*

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
Edward A. Friedman
Robert J. Lack
Kizzy L. Jarashow
Seven Times Square
New York, NY 10036-6516
(212) 833-1100

*Counsel for Aurelius Capital Management, LP as to matters concerning JPMorgan and Angelo Gordon, but not Oaktree*

McCARTER & ENGLISH, LLP
David J. Adler
245 Park Avenue
New York, NY 10167
212-609-6800

McCARTER & ENGLISH, LLP
Katharine L. Mayer (I.D. No. 3758)
Renaissance Centre
405 N. King Street
Wilmington, DE 19801
302-984-6300

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302-429-1900

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

992176.1

| | |
|---|---|
| BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800 | SULLIVAN HAZELTINE ALLINSON LLC<br>William D. Sullivan (I.D. No. 2820)<br>Elihu E. Allinson, III (I.D. No. 3476)<br>901 N. Market St., Suite 1300<br>Wilmington, DE 19801<br>302-428-8191 |

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*

**DOCUMENT FILED UNDER SEAL**