# AKIN GUMP
# STRAUSS HAUER & FELD LLP

▬▬▬▬▬▬▬ Attorneys at Law

**DAVID M. ZENSKY**
212.872.1075/fax: 1.212.872.1002
dzensky@akingump.com

June 3, 2011

The Honorable Kevin J. Carey
United States Bankruptcy Court
District of Delaware
824 North Market Street
Wilmington, Delaware 19801

Re: In re: Tribune Company, et al., Case No. 08-13141(KJC)

Dear Chief Judge Carey:

In accordance with your Order Further Extending the Deadlines to File Findings of Fact and Conclusions of Law dated June 2, 2011 [ECF No. 9044], enclosed please find both hard and electronic copies of (i) the Noteholder Plan Proponents' Proposed Findings of Fact and (ii) the Noteholder Plan Proponents' Conclusions of Law. At the Court's request, we are delivering to chambers on Monday CDs containing these submissions, as well as the FCC Supplement.

Please note that in compliance with this Court's instructions at the April 14, 2011 hearing, the Noteholder Plan Proponents' Proposed Conclusions of Law are principally directed to those issues addressed at the evidentiary part of the Confirmation Hearing. Accordingly, the Noteholder Plan Proponents' Proposed Conclusions of Law do not address purely legal arguments addressed in the parties' briefs and/or argued at the April 13 and 14, 2011 hearings in this matter, and do not contain the routine findings and conclusions contained in a typical confirmation order. As such, we have only addressed the Noteholder Plan in limited aspects. Needless to say, should the Court require proposed findings of fact and/or conclusions of law on any additional matters, we will promptly prepare and submit such additional materials.

Sincerely,

/s/ David M. Zensky

David M. Zensky

Enclosures

cc: Paragraph 35 Service List (w/o enclosures)