## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

| | |
|---|---|
| In re: | )    Chapter 11 |
| TRIBUNE COMPANY, et al., | )    Case No. 08-13141 (KJC) |
| Debtors. | )    Jointly Administered |

)
)
)    **Related to ECF Nos. 9063, 9064& 9065**
)    **Hearing Date: June 28, 2011 at 2:00 p.m.**
      **Objection Deadline: June 21, 2011 at 4:00 p.m.**

-------------------------------------------------------x

## MOTION OF AURELIUS CAPITAL MANAGEMENT, LP FOR AUTHORIZATION TO FILE CERTAIN PORTIONS OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW UNDER SEAL

Aurelius Capital Management, LP ("Aurelius"), acting on behalf of the Noteholder Plan Proponents respectfully submits this motion (the "Motion to Seal"), pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking entry of an Order authorizing it to file under seal certain portions of the *Proposed Findings of Fact and Conclusions of Law* [ECF Nos. 9064 & 9065] (the "FFCL") and *FCC Supplement* thereto [ECF No. 9063] (the "FCC Supplement"). In support of the Motion to Seal, Aurelius respectfully represents as follows:

### JURISDICTION

1.     This Court has jurisdiction to consider this Motion to Seal under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §§ 1408 and 1409(a).

{00523118;v1}

2.     The statutory predicates for the relief requested herein are Bankruptcy Code section 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b).

## RELIEF REQUESTED

3.     In compliance with the *Order Setting Schedule for Post-Confirmation Hearing Briefing and Argument* [ECF No. 8817] which was amended by the *Order Extending Deadline to File Findings of Fact and Conclusions of Law* [ECF No. 9024] and the *Order Further Extending Deadline to File Findings of Fact and Conclusions of Law* [ECF No. 9044], the Noteholder Plan Proponents filed their FFCL and FCC Supplement on June 3, 2011. The FFCL is in opposition to confirmation of the DCL Plan and in further support of confirmation of the Noteholder Plan Proponents' Plan, and the FCC Supplement consists exclusively of FCC matters.

4.     Contemporaneously therewith, the Noteholder Plan Proponents also served an unredacted copy of the FFCL (the "Unredacted FFCL") and a redacted copy of their FCC Supplement (the "Redacted FCC Supplement") on those parties listed in paragraph 35 of the *Discovery and Scheduling Order for Plan Confirmation* [ECF No. 7239] (the "CMO Parties") on June 3, 2011. The Redacted FCC Supplement contained certain limited redactions regarding information related to FCC matters pursuant to the Document Depository Order (as defined below) and/or stipulations[1] with various members of the DCL Plan Proponents.

---

[1] The stipulations include the following (together, the "Stipulations"): (1) *Stipulation Concerning Aurelius Capital Management, LP's Motion to Compel JPMorgan to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37*, approved by Order dated February 8, 2011 [Docket No. 7842]; *Stipulation Concerning Law Debenture's Motion to Compel Angelo Gordon to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37*, approved by Order dated February 8, 2011 [Docket No. 7843]; and *Stipulation Concerning Law Debenture's Motion to Compel Oaktree to Produce Documents Pursuant to Bankruptcy Rules 9014 and 7037 and Federal Rule of Civil Procedure 37*, approved by Order dated February 10, 2011 [Docket No. 7886].

{00523118;v1}

5.      The Noteholder Plan Proponents further advised the CMO Parties that any CMO Party seeking any redactions to Unredacted FFCL and/or additional redactions to Redacted FCC Supplement contact undersigned counsel no later than June 8, 2011 at 12:00 noon. (ET).

6.      The Noteholder Plan Proponents have requested that the Debtors add a status conference to the June 13, 2011 hearing agenda, at which time unresolved redaction requests, if any, may be addressed.  Barring any objections from the CMO Parties, the Noteholder Plan Proponents intend to file Unredacted FFCL and Redacted FCC Supplement on June 14, 2011. Copies of the Unredacted FFCL and the Redacted FCC Supplement in unredacted form shall be submitted to chambers contemporaneously with this pleading.

7.      By this Motion to Seal, the Noteholder Plan Proponents seek an order granting permission to file certain portions of the Unredacted FFCL and the Redacted FCC Supplement under seal, in a form which redacts certain highly confidential information (which has been designated as such by the Debtors and/or members of the DCL Plan Proponents as the producing parties) as described herein.

## BASIS FOR RELIEF REQUESTED

8.      Section 107(b) of the Bankruptcy Code provides this Court with the authority to issue orders that will protect entities from potential harm that may result from the disclosure of certain information.  The section provides, in relevant part:

> (b)    On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may –
>
> (1)    protect an entity with respect to a trade secret or confidential research, development, or commercial information; ...

{00523118;v1}

11 U.S.C. § 107(b).  Bankruptcy Rule 9018 of the Bankruptcy Rules sets forth the procedures by

which a party may move for relief under section 107(b), providing that "[o]n motion or on its

own initiative, with or without notice, the court may make any order which justice requires (1) to

protect the estate or any entity in respect of a trade secret or other confidential research,

development, or commercial information ..."  Fed. R. Bankr. P. 9018.  Local Rule 9018-1(b)

additionally provides, in relevant part, that "[a]ny party who seeks to file documents under seal

must file a motion to that effect."  Del. Bankr. L.R. 9018-1(b).

9.      Paragraph "f" of the *Order (I) Authorizing the Debtors to Establish a Document

*Depository and Directing the Committee to Deliver Certain Documents to the Depository

*Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement

*Negotiation Protections Pursuant to 11 U.S.C. § 105(A)* [ECF No. 2858] (the "Document

Depository Order") states that, "No Depository or its Designated Representative may use

Discovery Documents or Depository Information stamped or otherwise designated as "Financial

Institution Highly Confidential Documents," "Highly Confidential – Attorneys' Eyes Only," or

"Confidential" in a court filing in these chapter 11 cases unless such documents are filed under

seal."

10.     The Stipulations similarly provide that any documents produced pursuant to their

terms are subject to the Depository Order, and thus subject to the procedures and protections

applying to documents designated as "Financial Institution Highly Confidential Documents,"

"Highly Confidential – Attorneys' Eyes Only," or "Confidential" as described above.

11.     As set forth above, the Noteholder Plan Proponents believe that the Unredacted

FFCL and the Redacted FCC Supplement may include certain information designated as highly

confidential by the parties and thus are seeking permission to file under seal certain limited

4

portions of the Unredacted FFCL and the Redacted FCC Supplement, in the form circulated to the CMO Parties.

## NOTICE

12.    Notice of this Motion to Seal has been given to all parties referenced in paragraph 35 of the CMO.  In light of the nature of the relief requested, Aurelius submits that no further or other notice is required.

## NO PRIOR REQUEST

13.    No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, Aurelius respectfully requests that the Court enter an Order substantially in the form attached hereto as <u>Exhibit A</u> granting Aurelius authority to file certain portions of the Unredacted FFCL and the Redacted FCC Supplement under seal with the Court and such other and further relief as the Court may deem just and proper.

{00523118;v1}

Dated: Wilmington, Delaware
June 4, 2011

**ASHBY & GEDDES, P.A.**

*/s/ Amanda M. Winfree*
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Counsel to Aurelius Management, LP*

6

{00523118;v1}

# EXHIBIT A

## [Proposed Order Granting Motion to Seal]

{00523118;v1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------x
                                          )
In re:                                    )    Chapter 11
                                          )
TRIBUNE COMPANY, et al.,                  )    Case No. 08-13141 (KJC)
                                          )
            Debtors.                      )    Jointly Administered
                                          )
                                          )    Related ECF Nos. 9063, 9064, & 9065
----------------------------------------------------------x
```

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to File Certain Portions of the Proposed Findings of Facts and Conclusions of Law Under Seal* (the "Motion to Seal");[2] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.   The Motion to Seal is GRANTED; and

2.   Aurelius Capital Management, LP is hereby granted permission to file under seal certain portions of the *Proposed Findings of Fact and Conclusions of Law of the Noteholder Plan Proponents* [ECF Nos. 9064 and 9065] and the *FCC Supplement* [ECF No. 9063].

Dated:  June ____, 2011

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

{00523118;v1}