IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            )
In re:                                                      )   Chapter 11
                                                            )
TRIBUNE COMPANY, et al.,                                    )   Case No. 08-13141 (KJC)
                                                            )
        Debtors.                                            )   Jointly Administered
                                                            )
                                                            )   Related to ECF Nos. 9063, 9064, & 9065
                                                            )   Hearing Date: June 28, 2011 at 2:00 p.m.
                                                            )   Objection Deadline: June 21, 2011 at 4:00 p.m.
                                                            )
------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 4, 2011, Aurelius Capital Management, LP, on behalf of the Noteholder Plan Proponents, filed the *Motion of Aurelius Capital Management, LP for Authorization to File Certain Portions of Proposed Findings of Fact and Conclusions of Law Under Seal* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing on the Motion for **June 28, 2011 at 2:00 p.m. (E.T.)** before The Honorable Kevin J. Carey, Chief Judge, the United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **June 21, 2011 at 4:00 p.m. (ET)**. Only properly and timely filed responses will be considered.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

{00523069;v1}

Dated: June 4, 2011                    ASHBY & GEDDES, P.A.

*/s/ Amanda M. Winfree*
William P. Bowden (#2553)
Amanda M. Winfree (#4615)
Leigh-Anne M. Raport (#5055)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Telephone: 302-654-1888

*Counsel to Aurelius Management, LP*