# EXHIBIT A



**ZUCKERMAN** SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

May 26, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:278018
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through April 30, 2011.

| | | |
|---|---|---|
| By Graeme W. Bush<br>8.60 hours at $850.00 per hour | $ | 7,310.00 |
| By James Sottile<br>125.00 hours at $725.00 per hour | $ | 90,625.00 |
| By Thomas G. Macauley<br>1.60 hours at $625.00 per hour | $ | 1,000.00 |
| By Andrew N. Goldfarb<br>110.50 hours at $600.00 per hour | $ | 66,300.00 |
| By P. Andrew Torrez<br>57.00 hours at $585.00 per hour | $ | 33,345.00 |
| By Andrew Caridas<br>137.30 hours at $340.00 per hour | $ | 46,682.00 |
| By Nina J. Falvello<br>5.90 hours at $285.00 per hour | $ | 1,681.50 |
| By Benjamin S. Barlow<br>12.00 hours at $270.00 per hour | $ | 3,240.00 |
| By Lisa Medoro<br>37.80 hours at $265.00 per hour | $ | 10,017.00 |

May 26, 2011                                                    Page 2

By Diana Gillig
    0.20  hours at  $160.00  per hour                  $          32.00
                                                                     _____

               TOTAL FEES                              $    260,232.50

               TOTAL EXPENSES                          $          0.00

               TOTAL FEES AND EXPENSES THIS PERIOD     $    260,232.50

May 26, 2011                                                                                          Page 3

DESCRIPTION OF SERVICES                                                        CLIENT: 12464
                                                                              MATTER: 0001


James Sottile

| 04/01/11 | 0.40 | Draft agenda for Steering Committee call regarding rebuttal case, post-hearing briefing and arguments. |
| 04/01/11 | 1.20 | Review objections to trial exhibits and deposition designations. |
| 04/01/11 | 1.00 | Participate in Steering Committee call regarding rebuttal case, post-hearing briefing and arguments. |
| 04/01/11 | 1.40 | Further review/analysis of Noteholders' objections to DCL plan and pre-hearing brief in connection with planning for legal arguments and post-hearing brief. |
| 04/01/11 | 0.70 | Edit notice accompanying amendments to DCL Plan. |
| 04/01/11 | 0.50 | Teleconference with T. McCormack, M. Ashley, A. Nellos and R. Schwinger (Chadbourne) regarding review of trial exhibit list. |
| 04/01/11 | 0.80 | Teleconference with counsel for other DCL Plan proponents regarding review of trial exhibit list. |
| 04/01/11 | 0.30 | Teleconference with D. Zensky (Akin) regarding trial exhibits and post-trial briefing. |
| 04/01/11 | 0.30 | Teleconferences with J. Bendernagel (Sidley) regarding trial exhibits and post-trial briefing. |
| 04/02/11 | 0.40 | Draft/edit letter to Judge Carey regarding requesting telephonic hearing on several issues relating to hearings in week of April 11. |
| 04/03/11 | 0.40 | E-mail correspondence with counsel for DCL and Noteholder Plan Proponents regarding issues on draft letter to Judge Carey regarding requesting telephonic hearing on several issues relating to hearings in week of April 11. |
| 04/03/11 | 0.30 | Further revisions to letter to Judge Carey regarding requesting telephonic hearing on several issues relating to hearings in week of April 11. |
| 04/03/11 | 0.20 | Teleconferences with D. Golden (Akin) regarding draft letter to Judge Carey regarding requesting telephonic hearing on several issues relating to hearings in week of April 11. |
| 04/04/11 | 0.70 | Review and edit form of bar order. |

| 04/04/11 | 0.20 | Teleconference with D. Bernstein (Davis Polk) regarding confirmation strategy. |
|---|---|---|
| 04/04/11 | 0.60 | Participate in conference call with counsel for Plan Proponents regarding plan amendments and related filings. |
| 04/04/11 | 0.40 | Teleconferences with J. Bendernagel (Sidley) regarding hearing on rebuttal case and other issues. |
| 04/04/11 | 0.40 | E-mail correspondence with counsel for DCL Plan Proponents and Noteholders regarding letter to Judge Carey requesting telephonic hearing on several issues relating to hearings in week of April 11. |
| 04/04/11 | 0.40 | Edit and finalize letter to Judge Carey requesting telephonic hearing on several issues relating to hearings in week of April 11. |
| 04/04/11 | 0.30 | Teleconference with D. Zensky, N. Chung and A. Qureshi (Akin) regarding outstanding issues on trial exhibits and objections. |
| 04/04/11 | 1.70 | Review final DCL plan amendments, draft notice to accompany plan amendments and objection to Noteholders plan amendments. |
| 04/04/11 | 1.50 | Review DCL trial exhibit list to identify exhibits to cut. |
| 04/04/11 | 0.20 | Teleconferences with D. LeMay (Chadbourne) and K. Lantry (Sidley) regarding revisions to notice accompanying DCL plan amendments. |
| 04/04/11 | 0.50 | Review and edit outline of Black rebuttal testimony. |
| 04/05/11 | 1.50 | Further review of hearing exhibits to identify those that can be dropped and to analyze objections. |
| 04/05/11 | 0.60 | Participate in Committee professionals call regarding outstanding issues on confirmation process. |
| 04/05/11 | 0.40 | Teleconference with counsel for DCL Plan Proponents regarding hearing exhibits. |
| 04/05/11 | 1.20 | Begin review/analysis of legal objections to competing plans to prepare for arguments next week. |
| 04/05/11 | 2.40 | Prepare for telephonic hearing regarding issues on rebuttal case by review submissions to Court and key cases and outlining argument. |
| 04/05/11 | 1.10 | Participate in telephonic hearing regarding issues on rebuttal case. |

| | | |
|---|---|---|
| 04/05/11 | 0.40 | Teleconference with counsel for other plan proponents regarding rebuttal case in light of telephonic hearing. |
| 04/06/11 | 0.20 | E-mail to counsel for DCL Plan Proponents regarding revisions to hearing exhibit lists. |
| 04/06/11 | 0.30 | Teleconference with K. Lantry (Sidley) regarding legal objections to competing plans and strategy for argument of objections. |
| 04/06/11 | 2.10 | Participate in conference call with counsel for DCL Plan Proponents regarding legal objections to competing plans and strategy for argument of objections. |
| 04/06/11 | 0.70 | Draft/edit proposed order reflecting Judge Carey's April 6 rulings. |
| 04/06/11 | 0.30 | E-mail correspondence with counsel for DCL plan proponents regarding issues on proposed order reflecting Judge Carey's April 5 rulings. |
| 04/06/11 | 0.20 | Teleconference with D. Schaible and M. Russano (Davis Polk) regarding issues on proposed order reflecting Judge Carey's April 5 rulings. |
| 04/06/11 | 0.30 | Teleconference with J. Bendernagel (Sidley) regarding strategy for remainder of confirmation hearing. |
| 04/06/11 | 1.80 | Review/analyze legal objections by all parties to prepare for arguments next week. |
| 04/07/11 | 1.70 | Factual and legal research regarding decision tree analysis for section of post-trial brief dealing with testimony by Dr. Beron. |
| 04/07/11 | 2.30 | Continued review/analysis of plan objections by all parties to prepare for legal arguments next week. |
| 04/07/11 | 0.30 | E-mail correspondence with counsel for other DCL Plan Proponents regarding efforts to resolve objections to exhibits. |
| 04/07/11 | 0.40 | Teleconferences with J. Bendernagel (Sidley) regarding strategy for remaining confirmation hearing proceedings. |
| 04/07/11 | 0.70 | Participate in telephonic Committee meeting. |
| 04/08/11 | 0.20 | Teleconference with D. Bradford (Jenner) regarding Zell objection to motion to extend stay and Rule 9011 motion. |
| 04/08/11 | 1.00 | Participate in call with counsel for other DCL plan proponents and D. Golden and others from Akin regarding legal objections to DCL and Noteholder plans. |

| | | |
|---|---|---|
| 04/08/11 | 0.30 | E-mail correspondence with counsel for other plan proponents regarding hearsay objections to documents and methods to resolve. |
| 04/08/11 | 0.30 | Edit proposed order regarding confirmation proceedings week of April 11 and submit to Court. |
| 04/08/11 | 0.20 | E-mail correspondence with other counsel regarding same. |
| 04/08/11 | 0.70 | Review/analyze bar order and comments regarding same to prepare for arguments on legal objections. |
| 04/08/11 | 0.40 | Review and edit draft objection to Zell motion for clarification regarding stay order. |
| 04/08/11 | 2.40 | Further review/analysis of legal objections by Noteholders and outline key arguments in response to prepare for next week's hearings. |
| 04/08/11 | 1.70 | Further review of documents and deposition designations subject to hearsay objections. |
| 04/09/11 | 1.10 | Teleconference with counsel for plan proponents regarding strategy for argument of Noteholder objections and DCL objections to Notheholder plan. |
| 04/10/11 | 0.20 | Teleconference with B. Bennett (Dewey) regarding upcoming mediation session. |
| 04/10/11 | 0.80 | Teleconferences (x2) with E. Moskowitz, D. Schaible, M. Russano and E. Vonnegut (Davis Polk) regarding issues on bar order raised by Brigade. |
| 04/10/11 | 1.00 | Teleconference with E. Moskowitz, D. Schaible, M. Russano and E. Vonnegut (Davis Polk), D. Golden and D. Zensky (Akin) and I. Pachulski (Stutman) regarding issues on bar order raised by Brigade. |
| 04/11/11 | 4.80 | Participate in mediation with Judge Gross. |
| 04/11/11 | 0.40 | Review/analyze Akin brief regarding their objections to DCL plan, resolicitation and potential delay in consideration of DCL plan. |
| 04/11/11 | 0.50 | Meeting with counsel for other plan proponents regarding response to Akin brief regarding their objections to DCL plan, resolicitation and potential delay in consideration of DCL plan. |
| 04/11/11 | 0.30 | Meeting with J. Conlan (Sidley) regarding confirmation hearings and mediation. |
| 04/11/11 | 1.10 | Prepare for confirmation hearings. |

| 04/12/11 | 0.20 | E-mail correspondence with counsel for DCL plan proponents regarding same. |
|---|---|---|
| 04/12/11 | 0.20 | Review draft letter to Court regarding oral arguments on legal objections. |
| 04/12/11 | 0.20 | Teleconference with J. Conlan (Sidley) regarding bar order issues. |
| 04/12/11 | 6.50 | Participate in confirmation hearing. |
| 04/12/11 | 0.80 | Prepare for and outline argument regarding resolicitation on DCL plan and Noteholders' position regarding potential delay of consideration of DCL Plan. |
| 04/13/11 | 0.80 | Prepare for arguments on legal objections by other parties. |
| 04/13/11 | 1.20 | Legal research regarding releases to prepare for argument on releases. |
| 04/13/11 | 5.50 | Participate in hearing on legal objections by other parties. |
| 04/14/11 | 2.80 | Outline arguments regarding plan amendments and releases. |
| 04/14/11 | 6.20 | Participate in hearing regarding legal objections by Plan Proponents to each others' plans. |
| 04/14/11 | 0.20 | Meeting with K. Lantry (Sidley) regarding argument on releases. |
| 04/14/11 | 0.50 | Meeting with J. Conlan and J. Bendernagel (Sidley) regarding confirmation issues. |
| 04/15/11 | 0.50 | Teleconference with G. Baiera and T. Fuller (Angelo Gordon) regarding confirmation hearing and next steps. |
| 04/15/11 | 0.20 | Teleconference with B. Bennett (Dewey Lebeouf) regarding confirmation hearing and next steps. |
| 04/15/11 | 0.20 | Teleconference with H. Seife (Chadbourne) regarding potential changes to DCL Plan. |
| 04/15/11 | 0.60 | Analyze and outline potential changes to DCL Plan. |
| 04/18/11 | 1.40 | Review/analyze draft DCL resolicitation package and election forms to go to creditors |
| 04/18/11 | 1.90 | Continued review of trial exhibits as to which hearsay objections have been made. |
| 04/18/11 | 0.30 | Teleconference with D. Bernstein (Davis Polk) and H. Seife and D. LeMay (Chadbourne) regarding potential plan amendments. |

| 04/18/11 | 0.30 | Teleconferences with H. Seife, D. LeMay and A. Rosenblatt (Chadbourne) regarding potential plan amendments. |
| 04/18/11 | 0.40 | Prepare for Steering Committee of DCL Plan Proponents' counsel call regarding post-hearing brief, proposed findings, plan amendments. |
| 04/18/11 | 0.90 | Participate in Steering Committee of DCL Plan Proponents' counsel call regarding post-hearing brief, proposed findings, plan amendments. |
| 04/18/11 | 0.30 | Teleconference with mediator and H. Seife and D. LeMay (Chadbourne) regarding mediation. |
| 04/18/11 | 1.20 | Review portions of transcript of hearing regarding legal objections in connection with resolicitation issues and post-hearing brief. |
| 04/20/11 | 0.60 | Participate in Committee professionals call regarding confirmation hearings, resolicitation and other pending issues. |
| 04/20/11 | 0.20 | Teleconference with H. Seife and D. LeMay (Chadbourne) regarding mediation issues. |
| 04/20/11 | 0.20 | Teleconference with D. Golden (Akin) regarding extension of stay of adversary proceedings. |
| 04/20/11 | 0.20 | E-mail correspondence with N. Chung (Akin) and counsel for DCL Plan Proponents regarding objections to documents and deposition designations. |
| 04/20/11 | 1.50 | Draft portions of post-hearing brief. |
| 04/20/11 | 0.60 | Teleconference with D. Golden and P. Dublin (Akin) and K. Lantry and K. Kansa (Sidley) regarding resolicitation and notice issues in light of plan amendments. |
| 04/20/11 | 0.20 | Teleconference with K. Lantry and K. Kansa (Sidley) regarding resolicitation and notice issues in light of plan amendments. |
| 04/21/11 | 0.40 | Review/analyze Noteholders draft of notice to creditors regarding plan amendments. |
| 04/21/11 | 0.50 | Conference call with counsel for DCL Plan Proponents regarding issues on notices and resolicitation arising from DCL and Noteholder plan amendments. |
| 04/21/11 | 0.60 | Participate in telephonic hearing regarding notices and resolicitation arising from DCL and Noteholder plan amendments. |

| | | |
|---|---|---|
| 04/21/11 | 0.20 | Teleconference with K. Lantry (Sidley) regarding issues on notices and resolicitation arising from DCL and Noteholder plan amendments. |
| 04/21/11 | 0.70 | Participate in call with counsel for DCL Plan Proponents regarding resolving objections to depositions and documents. |
| 04/21/11 | 1.30 | Review and edit draft notice and resolicitation package with respect to DCL Plan. |
| 04/21/11 | 0.80 | Prepare for and participate in telephonic meeting of Creditors Committee. |
| 04/21/11 | 0.20 | Teleconferences with M. Siegel (Brown Rudnick) regarding post-hearing briefing. |
| 04/21/11 | 0.30 | Teleconference with D. Zensky and N. Chung (Akin) regarding objections to documents and depositions. |
| 04/21/11 | 0.30 | E-mail correspondence with counsel for DCL Plan Proponents regarding resolution of objections to documents and depositions. |
| 04/21/11 | 2.50 | Further review/analysis of Exhibit List documents as to which objections were made. |
| 04/21/11 | 0.20 | E-mail correspondence with counsel for DCL Plan Proponents regarding post-trial briefing for PHONES. |
| 04/22/11 | 0.20 | E-mail correspondence with counsel for DCL Plan Proponents regarding Noteholders motion regarding resolicitation and notice. |
| 04/22/11 | 0.20 | Teleconference with D. Schaible (Davis Polk) regarding Noteholders motion regarding resolicitation and notice. |
| 04/22/11 | 0.20 | Teleconference with K. Lantry (Sidley) regarding Noteholders motion regarding resolicitation and notice. |
| 04/22/11 | 0.10 | Teleconference with K. Lantry (Sidley) and D. Schaible and E. Vonnegut (Davis Polk) regarding Noteholders motion regarding resolicitation and notice. |
| 04/22/11 | 0.50 | Teleconference with counsel for DCL Plan Proponents regarding issues on process to resolve objections to documents and depositions. |
| 04/24/11 | 0.20 | Teleconference with D. Zensky (Akin) regarding resolving objections to documents and depositions. |
| 04/24/11 | 0.20 | E-mail to counsel for DCL Plan Proponents regarding resolution of objections to documents and depositions. |

May 26, 2011

| | | |
|---|---|---|
| 04/25/11 | 1.50 | Prepare for hearing on motion to extend stay of adversary proceedings and Zell motion regarding service of Rule 9011 motion by review pleadings and key authorities and outlining argument. |
| 04/25/11 | 0.50 | Outline key terms of agreement regarding handling of objections to documents and deposition testimony. |
| 04/25/11 | 0.40 | Confer with J. Bendernagel (Sidley) regarding issues on documents and depositions and post-hearing briefing. |
| 04/25/11 | 1.30 | Participate in omnibus hearing. |
| 04/25/11 | 0.70 | Edit sections of post-confirmation hearing brief. |
| 04/26/11 | 0.80 | Prepare for and participate in Committee professionals conference call re bankruptcy developments and confirmation process. |
| 04/26/11 | 0.90 | Draft/edit stipulation re process to resolve objections to documents and deposition designations. |
| 04/26/11 | 0.30 | TCs with J. Bendernagel (Sidley) re issues on stipulation re objections to documents and deposition designations. |
| 04/26/11 | 1.40 | Review/analyze draft sections of opening post-confirmation hearing brief for DCL Plan Proponents. |
| 04/26/11 | 0.30 | Edit draft order re post-confirmation hearing briefing and argument. |
| 04/26/11 | 1.60 | Draft/edit sections of post-confirmation hearing DCL brief. |
| 04/26/11 | 2.10 | Continued review of exhibits and objections to evaluate positions to take re objections and admissibility. |
| 04/26/11 | 0.30 | E-mail correspondence with counsel for DCL Plan Proponents re same. |
| 04/27/11 | 0.70 | Teleconference with counsel for DCL Plan Proponents re resolving objections to documents and deposition designations. |
| 04/27/11 | 0.50 | Further revisions to draft order re post-hearing briefing and closing arguments. |
| 04/27/11 | 1.90 | Continuing review of documents on exhibit lists to evaluate objections and admissibility issues. |
| 04/27/11 | 1.60 | Further review and editing of sections of draft post-hearing brief. |
| 04/27/11 | 1.40 | Review sections of hearing transcript in connection with drafting of post-hearing brief. |

| | | |
|---|---|---|
| 04/27/11 | 0.20 | E-mail correspondence with counsel for DCL Plan Proponents re same. |
| 04/27/11 | 0.20 | Teleconferences with J. Bendernagel (Sidley) re same. |
| 04/28/11 | 0.30 | Teleconference with J. Bendernagel (Sidley) re post-hearing briefs and closing arguments. |
| 04/28/11 | 0.20 | E-mail correspondence with D. Bradford (Jenner) re preference claim against EGI. |
| 04/28/11 | 0.20 | Teleconference with Hal Neier (Friedman Kaplan) and Andrew Goldfarb re 2004 request to Committee seeking information re individual shareholders. |
| 04/28/11 | 0.80 | Participate in telephonic meeting of Creditors Committee. |
| 04/28/11 | 0.50 | Teleconference with D. Zensky and N. Chung (Akin) re stipulation on objections to documents and depositions and proposed order on post-hearing briefing and closings. |
| 04/28/11 | 0.40 | Draft E-mails to counsel for DCL Plan Proponents re Akin changes to stipulation re objections to documents and depositions and draft order re post-hearing briefing and closings. |
| 04/28/11 | 2.10 | Continued review of exhibits that are the subject of objections. |
| 04/28/11 | 1.80 | Evaluate significance of key documents subject to hearsay objections and identify statements needed for truth. |
| 04/28/11 | 0.20 | TC with J. Bendernagel (Sidley) re objections to exhibits and exhibit stipulation. |
| 04/29/11 | 0.50 | Edit stipulation on documents and deposition designations. |
| 04/29/11 | 0.50 | Teleconference with counsel for DCL plan proponents regarding stipulation on documents and deposition designations. |
| 04/29/11 | 0.40 | Edit draft order regarding post-hearing briefs and closings and circulate to all counsel. |
| 04/29/11 | 0.50 | Extensive e-mail correspondence with counsel for DCL plan proponents regarding stipulation on documents and deposition designations. |
| 04/30/11 | 0.20 | E-mail correspondence with counsel for DCL plan proponents regarding stipulation on documents and deposition designations. |
| 04/30/11 | 0.30 | Further edits to draft stipulation regarding documents and deposition designations. |

May 26, 2011                                                                      Page 12

P. Andrew Torrez

| 04/01/11 | 3.30 | Research regarding alter ego doctrine in Delaware and review cases. |
| 04/01/11 | 2.80 | Draft supplemental memorandum to Andrew N. Goldfarb regarding Zell Rule 11 and aiding and abetting breaches of fiduciary duty by "arms-length" negotiator. |
| 04/01/11 | 0.40 | Review draft supplemental objection to noteholder plan and proposed amendments to DCL plan. |
| 04/04/11 | 11.80 | Draft, revise and finalize omnibus memorandum regarding Zell Rule 11 letter and pending motion. |
| 04/05/11 | 0.90 | Conversations with Andrew N. Goldfarb and James Sottile regarding pending Zell Motion for Clarification and opposition. |
| 04/05/11 | 4.60 | Research regarding Motion for Clarification and review cases. |
| 04/05/11 | 2.70 | Draft Motion for Clarification. |
| 04/06/11 | 1.10 | Review second amended plan and blackline. |
| 04/06/11 | 2.30 | Research regarding Zell motion for clarification and review cases. |
| 04/07/11 | 0.60 | Review correspondence and filed pleadings regarding plan confirmation. |
| 04/11/11 | 0.70 | Conversation with Andrew N. Goldfarb regarding status of opposition. |
| 04/11/11 | 0.40 | Review filed pleadings regarding 04/12 hearing. |
| 04/11/11 | 0.40 | Review e-mail correspondence. |
| 04/11/11 | 0.80 | Review draft opposition to Zell Motion for Clarification. |
| 04/11/11 | 2.60 | Review cases regarding Zell Motion for Clarification. |
| 04/13/11 | 3.40 | Draft memorandum regarding Motion for Clarification. |
| 04/13/11 | 1.10 | Review transcript regarding 04/12 hearing on plan confirmation and objections. |
| 04/18/11 | 1.30 | Review transcript of 04/13 proceedings regarding plan confirmation and objections. |
| 04/18/11 | 1.10 | Review transcript of 04/14 proceedings regarding plan confirmation and objections. |

May 26, 2011

| 04/19/11 | 1.10 | Review filed pleadings, including amended supplemental objection of noteholder plan proponents. |
| 04/25/11 | 0.90 | Review correspondence and filed pleadings regarding confirmation. |
| 04/26/11 | 0.50 | Conversations with Andrew N. Goldfarb regarding status of case. |
| 04/26/11 | 0.90 | Review filed pleadings and correspondence regarding confirmation. |
| 04/26/11 | 2.80 | Research and review cases regarding Zell Rule 11 motion. |
| 04/27/11 | 0.80 | Review filed pleadings regarding plan confirmation. |
| 04/27/11 | 0.50 | Review e-mail correspondence. |
| 04/28/11 | 1.10 | Conversation with Andrew N. Goldfarb regarding hearings and status of Zell Rule 11 motion. |
| 04/28/11 | 1.30 | Review redline to Rule 11 memorandum. |
| 04/28/11 | 4.80 | Research and review documents for facts supporting reasonable basis for asserting aiding and abetting claim in Rule 11 memorandum. |

Andrew N. Goldfarb

| 04/01/11 | 2.30 | Work with L. Medoro on complaint service issues. |
| 04/01/11 | 0.30 | Review A. Torrez initial memo on Zell. |
| 04/01/11 | 0.30 | Calls and emails with L. Perro at CTC in Delaware. |
| 04/01/11 | 0.20 | Email J. Green regarding service issues. |
| 04/01/11 | 0.20 | Email H. Neier regarding service issues. |
| 04/01/11 | 1.00 | Telephone conference call with J. Sottile and DCL group regarding Confirmation exhibits and evidentiary issues. |
| 04/01/11 | 0.10 | Email Weil Gotschal regarding shareholder discovery from Morgan Stanley. |
| 04/01/11 | 1.00 | Call with DCL group regarding deposition designations. |
| 04/01/11 | 0.10 | Email DCL group regarding call scheduling. |
| 04/01/11 | 0.60 | Review Carlston designations. |
| 04/01/11 | 0.20 | Email Chadbourne & Parke regarding Carlston designations. |
| 04/01/11 | 0.30 | Attention to Goldman Sachs issues. |

| 04/02/11 | 0.50 | Research Goldman issues and email J. Sottile and G. Bush regarding same. |
| 04/04/11 | 0.90 | DCL call regarding deposition designations. |
| 04/04/11 | 0.30 | Call with M. Ashley regarding exhibits. |
| 04/04/11 | 0.60 | Calls with M. Ashley and A. Nellos regarding DCL exhibit lists. |
| 04/04/11 | 0.20 | Review A. Torrez memorandum on Zell Defendants and Rule 11. |
| 04/04/11 | 0.30 | Confer with J. Sottile regarding case developments. |
| 04/04/11 | 0.70 | Meet with L. Medoro regarding complaint service issues. |
| 04/04/11 | 0.20 | Confer with T. Macauley and L. Medoro regarding service issues. |
| 04/04/11 | 0.10 | Review email reports on service on registered agents. |
| 04/04/11 | 0.30 | Review and revise deposition exhibit chart. |
| 04/04/11 | 0.20 | Email LRC regarding Goldman Sachs issues. |
| 04/04/11 | 0.10 | Email DPW regarding exhibits 1512 and 1514. |
| 04/04/11 | 0.30 | Email Chadbourne & Parke regarding DCL exhibits. |
| 04/04/11 | 0.20 | Confer with A. Caridas regarding Tribune projects. |
| 04/04/11 | 0.10 | Email A. Caridas regarding legal research request. |
| 04/05/11 | 1.20 | Telephonic court hearing. |
| 04/05/11 | 0.50 | Weekly professionals' call. |
| 04/05/11 | 0.30 | Call with Rath and Green regarding service issues. |
| 04/05/11 | 0.20 | Call with A. Caridas regarding legal research and shareholder discovery. |
| 04/05/11 | 2.10 | Initial drafting of objection to Zell motion for clarification. |
| 04/05/11 | 0.10 | Call to Ashish Gandhi (Weil) regarding Morgan Stanley shareholder discovery. |
| 04/05/11 | 0.10 | Email to D. Rosenzweig regarding Northern Trust shareholder discovery. |
| 04/05/11 | 0.50 | Call with DCL group regarding confirmation exhibit evidentiary issues. |
| 04/05/11 | 0.10 | Call with A. Rosenblatt regarding Teitelbaum request for shareholder information. |

May 26, 2011

| | | |
|---|---|---|
| 04/05/11 | 0.20 | Email to J. Sottile regarding status of shareholder discovery and deadline tracking. |
| 04/05/11 | 0.10 | Confer with L. Medoro regarding service project. |
| 04/05/11 | 0.50 | Review service deadlines for various adversary proceedings. |
| 04/05/11 | 1.00 | Prepare service for and serve JPM with P-Card Complaint. |
| 04/05/11 | 0.80 | Review/revise J. Sottile memo regarding Goldman representation. |
| 04/05/11 | 0.20 | Review and send materials to J. Teitelbaum regarding Exhibit A to third party complaint. |
| 04/06/11 | 3.20 | Draft and revise objection to Zell Clarification Motion. |
| 04/06/11 | 0.60 | Research Rule 32. |
| 04/06/11 | 0.90 | Revise draft memo to Committee regarding Goldman representation, research LBO lenders in connection with same. |
| 04/06/11 | 0.40 | Review and analyze issues regarding same. |
| 04/06/11 | 0.50 | Meeting with A. Caridas regarding shareholder discovery status. |
| 04/06/11 | 0.20 | Review transcript of 4/5 hearing for relevant issues on rebuttal case, timing. |
| 04/06/11 | 0.10 | Review Zell letter. |
| 04/06/11 | 0.10 | Call with LBO lender regarding status of adversary proceeding. |
| 04/06/11 | 0.30 | Email to DCL group regarding results of research on Rule 32. |
| 04/06/11 | 0.10 | Confer with J. Sottile regarding various Tribune matters, including Zell motion for clarification and service. |
| 04/07/11 | 0.60 | Meeting with L. Medoro re complaint service. |
| 04/07/11 | 0.30 | Call with DPW re shareholder discovery. |
| 04/07/11 | 0.70 | Research and email information about Morgan Stanley LBO Proceeds to Weil Gotshal. |
| 04/07/11 | 1.50 | Attention to Tribune representations in connection with Goldman Sachs and other defendants. |
| 04/07/11 | 0.10 | Email court reporter re Black deposition. |
| 04/07/11 | 0.10 | Email L. Pierro at CTC re service of complaints. |
| 04/07/11 | 3.70 | Draft and revise objection to Zell motion for clarification. |

| 04/07/11 | 0.10 | Email Rath re rebuttal case planning. |
| 04/08/11 | 0.50 | Confer with A. Caridas regarding shareholder discovery and Beron brief projects. |
| 04/08/11 | 2.00 | Research Zell objections to DCL plan. |
| 04/08/11 | 1.50 | Participate in DCL Plan Proponents teleconferences. |
| 04/08/11 | 0.40 | Review Zell objection to DCL Plan. |
| 04/08/11 | 0.20 | Review edits to motion for clarification. |
| 04/08/11 | 0.40 | Revise draft objection to Zell motion for clarification. |
| 04/08/11 | 0.10 | Draft email regarding objection to co-counsel (C&P, LRC). |
| 04/08/11 | 0.30 | Confer with J. Sottile regarding legal argument projects. |
| 04/08/11 | 0.10 | Email J. Sottile with update on service project. |
| 04/08/11 | 0.10 | Call with DCL and NH regarding deposition designation proposal. |
| 04/08/11 | 0.20 | Call with DCL group only regarding deposition designations. |
| 04/08/11 | 0.10 | Draft email regarding complaint service issue. |
| 04/08/11 | 0.10 | Research on ABN-Amro. |
| 04/08/11 | 0.10 | Review Black rebuttal demonstratives. |
| 04/08/11 | 0.10 | Email J. Sottile regarding same. |
| 04/08/11 | 0.80 | Gather Zell-EGI related materials for legal arguments portion of confirmation hearing. |
| 04/11/11 | 0.70 | Review EGI objection to DCL Plan. |
| 04/11/11 | 1.00 | Review and prepare materials for legal arguments at confirmation hearing. |
| 04/11/11 | 1.00 | Draft and revise letters regarding shareholder discovery follow up and motions to compel. |
| 04/11/11 | 0.30 | Confer with A. Caridas regarding shareholder discovery, Beron brief excerpt projects. |
| 04/11/11 | 0.30 | Review DCL proposed stipulation on exhibits, including emails regarding same. |
| 04/11/11 | 0.10 | Review Rule 801(d). |
| 04/11/11 | 0.30 | Review deposition designations per D. Miles (Sidley) request. |
| 04/11/11 | 0.20 | Create CMO paragraph 35 list. |

May 26, 2011

| 04/11/11 | 0.10 | Review proposed protocol on admission of deposition designations. |
| 04/11/11 | 0.10 | Respond to A. Nellos request for information regarding deposition repository. |
| 04/11/11 | 0.70 | Prepare for Zell legal objections. |
| 04/11/11 | 0.80 | Review A. Torrez memorandum on Zell Rule 9011 letter. |
| 04/12/11 | 1.00 | Attend pre-hearing meeting with other DCL plan proponents. |
| 04/12/11 | 7.00 | Attend confirmation hearing -- DCL proponents' rebuttal case. |
| 04/12/11 | 0.40 | Revise and circulate letters regarding delinquent shareholder discovery subpoena recipients. |
| 04/12/11 | 2.00 | Prepare draft talking points for J. Sottile regarding Zell and EGI-TRB objections. |
| 04/12/11 | 0.20 | Prepare materials for conflicts counsel. |
| 04/12/11 | 0.60 | Draft cover memorandum to UCC for motion for clarification objection. |
| 04/13/11 | 4.10 | Research law on plan releases. |
| 04/13/11 | 0.80 | Analyze DCL and NH plans. |
| 04/13/11 | 3.00 | Prepare and revise argument outline for J. Sottile on releases. |
| 04/13/11 | 0.60 | Confer with J. Sottile regarding release argument project. |
| 04/13/11 | 0.80 | Meet with J. Sottile and Landis and Rath regarding release argument. |
| 04/13/11 | 1.00 | Attend hearing telephonically. |
| 04/13/11 | 0.20 | Revise and circulate draft objection to clarification motion. |
| 04/13/11 | 0.40 | Prepare for Zell argument issues for J. Sottile. |
| 04/14/11 | 2.60 | Prepare outline and materials for plan release argument. |
| 04/14/11 | 6.70 | Attend confirmation hearing. |
| 04/15/11 | 0.40 | Call with H. Neier regarding third party complaint. |
| 04/15/11 | 0.30 | Email to J. Sottile and G. Bush regarding call with H. Neier. |
| 04/15/11 | 0.10 | Email to LRC regarding reply on motion to change termination date. |
| 04/15/11 | 0.10 | Call to M. Ashley regarding motion to change termination date. |

| 04/15/11 | 0.10 | Email H. Neier regarding Exhibit A to third party complaint. |
| 04/18/11 | 0.50 | Revise and finalize brief on Zell motion for clarification. |
| 04/18/11 | 0.20 | Draft note to J. Teitelbaum regarding state law claims. |
| 04/18/11 | 0.20 | Email to Landis and J. Sottile regarding reply on motion to extend stay. |
| 04/18/11 | 0.20 | Review LRC revisions to shareholder discovery letter. |
| 04/19/11 | 1.00 | Review, analyze, and draft Beron section. |
| 04/20/11 | 1.00 | Call with LRC and A. Caridas regarding complaint service and shareholder discovery. |
| 04/21/11 | 6.00 | Revise draft Beron section. |
| 04/21/11 | 0.20 | Confer with A. Caridas regarding Beron section. |
| 04/22/11 | 0.10 | Emails with A. Caridas regarding Beron draft. |
| 04/22/11 | 0.20 | Review revised Beron draft. |
| 04/25/11 | 1.80 | Review and revise draft UCC brief inserts. |
| 04/25/11 | 1.60 | Revise draft insert on Beron. |
| 04/25/11 | 0.50 | Confer with A. Caridas regarding various projects. |
| 04/25/11 | 1.00 | Review documents for UCC input on exhibits. |
| 04/25/11 | 0.20 | Review Bendernagel comments regarding exhibits. |
| 04/26/11 | 0.20 | Review revised UCC brief inserts. |
| 04/26/11 | 0.70 | Professionals weekly call. |
| 04/26/11 | 0.40 | Confer with J. Sottile regarding Zell Rule 9011 motion and other projects. |
| 04/26/11 | 0.80 | Research Zell and UCC briefs and arguments on EGI claims. |
| 04/26/11 | 0.20 | Email J. Sottile regarding Zell research. |
| 04/26/11 | 0.60 | Draft order regarding briefing dates. |
| 04/26/11 | 0.30 | Review documents for exhibit list. |
| 04/26/11 | 0.20 | Call with Hal Neier regarding service issues. |
| 04/26/11 | 0.30 | Attention to service and shareholder discovery issues. |
| 04/27/11 | 0.80 | Call with J. Sottile and DCL Group regarding exhibits. |
| 04/27/11 | 0.30 | Meeting with L. Medoro regarding service issues. |
| 04/27/11 | 0.10 | Emal Albert Leung (Alix) regarding preference claim issue. |

May 26, 2011                                                                                                          Page 19

| 04/27/11 | 1.30 | Fact research on preference claim issue. |
| 04/27/11 | 0.20 | Revise draft scheduling order. |
| 04/27/11 | 0.20 | Send materials on Exhibits to Weil. |
| 04/27/11 | 0.10 | Email A. Torrez regarding defendant class issue. |
| 04/27/11 | 0.40 | Review defendant class issue. |
| 04/27/11 | 0.10 | Email H. Neier regarding defendant class issue. |
| 04/27/11 | 0.50 | Review draft Sidley sections to brief. |
| 04/27/11 | 0.10 | Email J. Sottile regarding review of draft Sidley inserts. |
| 04/27/11 | 0.80 | Research Chatham Capital. |
| 04/27/11 | 0.20 | Multiple calls with Chatham Capital regarding naming funds as defendants. |
| 04/27/11 | 1.00 | Review and redline Zell memo from A. Torrez. |
| 04/28/11 | 0.70 | Review and redline draft confirmation brief section on Examiner Report. |
| 04/28/11 | 1.50 | Review and redline draft confirmation brief section on Dr. Beron. |
| 04/28/11 | 0.20 | Email A. Torrez regarding Zell project. |
| 04/28/11 | 0.50 | Call with A. Torrez regarding Zell issues. |
| 04/28/11 | 0.20 | Call to H. Neier with J. Sottile regarding state complaints. |
| 04/28/11 | 0.30 | Email to Chadbourne & Parke and Zuckerman Spaeder teams regarding call with H. Neier and Aurelius expected R. 2004 request. |
| 04/28/11 | 0.20 | Emais with L. Eddington regarding Nuveen funds and shareholder discovery. |
| 04/28/11 | 0.10 | Email LRC regarding shareholder discovery. |
| 04/28/11 | 0.30 | Confer with A. Caridas regarding various projects. |
| 04/28/11 | 0.10 | Email H. Neier regarding Zell issues. |
| 04/28/11 | 0.20 | Review and respond to emails from J. Sottile regarding Zell and EGI claim. |
| 04/28/11 | 0.20 | Review emails on proposed draft stipulation. |
| 04/29/11 | 0.60 | Conference call with J. Sottile and DCL group regarding exhibits, draft post-confirmation brief. |
| 04/29/11 | 0.10 | Email L. Eddington regarding Nuveen subpoena follow-up. |

May 26, 2011

| | | |
|---|---|---|
| 04/29/11 | 0.30 | Revise Beron insert section. |
| 04/29/11 | 0.30 | Confer with A. Caridas regarding Beron and other projects. |
| 04/29/11 | 0.10 | Draft note to Johnston (Dewey) regarding revised insert on Beron. |
| 04/29/11 | 0.10 | Email Roitman regarding transcripts. |
| 04/29/11 | 2.00 | Research Zell documents and allegations. |

Thomas G. Macauley

| | | |
|---|---|---|
| 04/04/11 | 0.20 | Speak with A. Goldfarb and L. Medoro regarding service issues. |
| 04/06/11 | 0.10 | Review summary of confirmation hearing scheduling. |
| 04/06/11 | 0.10 | Review notes regarding service of P. Card complaint on JPM. |
| 04/06/11 | 0.20 | Review service returned on complaints. |
| 04/12/11 | 0.10 | Review order governing proceedings this week. |
| 04/13/11 | 0.10 | Review summary of reply hearing yesterday. |
| 04/14/11 | 0.10 | Review report from hearing yesterday. |
| 04/18/11 | 0.20 | Review summary of 4/14 hearing. |
| 04/20/11 | 0.10 | Review correspondence regarding 4/25 hearing agenda items between M. McGuire and Debtors' counsel. |
| 04/21/11 | 0.10 | Review 4/25 hearing agenda. |
| 04/26/11 | 0.10 | Review report of 4/25 hearing. |
| 04/26/11 | 0.20 | Review and comment on draft certificate of service regarding directors. |

Graeme W. Bush

| | | |
|---|---|---|
| 04/01/11 | 0.80 | E-mail exchanges with James Sottile regarding counsel in lender complaint. |
| 04/05/11 | 0.40 | Review e-mail exchanges with DCL proponents regarding strategy and outline for confirmation hearing. |
| 04/06/11 | 0.30 | Review e-mail exchanges with DCL proponents and memorandum report on hearing. |
| 04/07/11 | 0.40 | Review e-mails with DCL proponents regarding hearing. |
| 04/07/11 | 0.50 | Confer with James Sottile regarding status of plans, confirmation hearing and mediation. |

May 26, 2011

| 04/08/11 | 0.20 | E-mails with Messrs. Sottile and Goldfarb regarding service of complaints. |
| 04/08/11 | 0.30 | E-mails with DCL Plan proponents regarding confirmation hearing and objections. |
| 04/08/11 | 0.50 | E-mail exchanges with Messrs. Goldfarb and Sottile regarding service of complaint issues. |
| 04/09/11 | 0.30 | Review e-mails from DCL proponents regarding resumption of confirmation hearing. |
| 04/11/11 | 0.20 | E-mail report from mediation. |
| 04/11/11 | 0.20 | E-mail Marc Ashley regarding draft opposition to Zell motion. |
| 04/13/11 | 0.30 | E-mails with Messrs. Roitman and Sottile regarding reports on confirmation hearing. |
| 04/13/11 | 0.10 | Review letter from Akin Gump to Judge Carey. |
| 04/15/11 | 0.30 | E-mails with Messrs. Goldfarb and Sottile regarding Aurelius inquiry regarding parties in state fraudulent transfer actions. |
| 04/15/11 | 0.40 | Review reports on confirmation hearing and scheduling. |
| 04/16/11 | 0.50 | Review e-mail reports on DCL and Noteholder arguments on plans. |
| 04/25/11 | 0.20 | E-mail with James Sottile regarding retention of conflicts counsel. |
| 04/25/11 | 0.30 | E-mail with Andrew Goldfarb and DCL proponents regarding insert to confirmation brief. |
| 04/26/11 | 0.40 | Confer with James Sottile regarding status of confirmation proceedings. |
| 04/26/11 | 0.20 | Report on hearing. |
| 04/26/11 | 0.20 | E-mail Marrerro regarding operating plan meeting with debtor. |
| 04/28/11 | 0.60 | UCC telephone conference. |
| 04/28/11 | 0.40 | Review decision on section 546(e). |
| 04/29/11 | 0.30 | E-mails with DCL proponents regarding briefing. |
| 04/29/11 | 0.30 | E-mails with Messrs. Goldfarb, Sottile and Committee counsel regarding Akin Rule 2004 request. |

Andrew Caridas

May 26, 2011                                                                 Page 22

| 04/04/11 | 6.70 | Continue updating shareholder discovery tracking spreadsheet in preparation for imminent follow-up letter and motion to compel, including calls to potential defendants and review of responses and objections. |
| 04/04/11 | 0.80 | Respond to e-mail inquiry regarding particular shareholder discovery entities. |
| 04/05/11 | 3.80 | Research deposition designation issue and e-mails re: same. |
| 04/05/11 | 1.10 | Calls with J. Green and A. Goldfarb re: shareholder discovery progress. |
| 04/06/11 | 0.70 | Call and meeting with A. Goldfarb re: status of shareholder discovery. |
| 04/06/11 | 11.20 | Continue updating shareholder discovery tracking spreadsheet in preparation for imminent follow-up letter and motion to compel, including calls to potential defendants and review of responses and objections. |
| 04/07/11 | 3.70 | Continue shareholder discovery for responsive entities, including calls to potential defendants, review of new responses, and updating tracking spreadsheet. |
| 04/07/11 | 6.80 | Finish updating shareholder discovery tracking spreadsheet in preparation for imminent follow-up letter and motion to compel, including calls to potential defendants and review of responses and objections. |
| 04/08/11 | 3.00 | Continue shareholder discovery for responsive entities, including calls to potential defendants, review new responses, and updating tracking spreadsheet. |
| 04/08/11 | 0.60 | Meeting and e-mails with A. Goldfarb re: case status, upcoming projects. |
| 04/08/11 | 0.70 | Research and inquiries relating to subpoena service on Wisconsin investment manager. |
| 04/11/11 | 0.40 | Continue shareholder discovery for responsive entities, including calls to potential defendants, review of new responses, and updating tracking spreadsheet. |
| 04/11/11 | 0.30 | Respond to e-mails regarding shareholder discovery. |
| 04/11/11 | 0.40 | Meetings with A. Goldfarb regarding shareholder discovery and confirmation briefing. |
| 04/11/11 | 0.90 | Edit draft letters re: certain subpoenaed parties failure to respond. |

May 26, 2011

| | | |
|---|---|---|
| 04/11/11 | 5.30 | Construct outline for brief section addressing Dr. Beron's report and confirmation hearing testimony, including thorough review of trial transcript, several expert reports and the Examiner Report. |
| 04/12/11 | 6.60 | Finish constructing outline for brief section addressing Dr. Beron's report and confirmation hearing testimony, including thorough review of trial transcript, several expert reports and the Examiner Report. |
| 04/12/11 | 2.10 | Attend (telephonically and in part) confirmation hearing. |
| 04/12/11 | 1.20 | Draft confirmation brief section regarding expert report and testimony of Dr. Beron. |
| 04/13/11 | 6.10 | Continue drafting confirmation brief section regarding expert report and testimony of Dr. Beron. |
| 04/13/11 | 1.90 | Continue shareholder discovery for responsive entities, including calls to potential defendants, review of new responses, and updating tracking spreadsheet. |
| 04/14/11 | 3.40 | Attend (telephonically and in part) confirmation hearing. |
| 04/14/11 | 2.90 | Continue drafting confirmation brief section regarding expert report and testimony of Dr. Beron. |
| 04/18/11 | 2.10 | Revise confirmation brief section regarding expert report and testimony of Dr. Beron. |
| 04/18/11 | 2.30 | Review Goldin Associates expert report. |
| 04/19/11 | 4.70 | Revise confirmation brief section regarding expert report and testimony of Dr. Beron. |
| 04/19/11 | 1.30 | Consult with A. Goldfarb re: confirmation brief, shareholder discovery and process service. |
| 04/19/11 | 0.60 | Consult with J. Sottile regarding expert testimony |
| 04/19/11 | 0.90 | Review B. Black confirmation hearing testimony. |
| 04/19/11 | 0.30 | Respond to lender inquiry regarding service of complaint. |
| 04/20/11 | 2.30 | Review Examiner Report annexes. |
| 04/20/11 | 1.90 | Prepare for and participate in conference call regarding shareholder discovery and process service. |
| 04/20/11 | 4.20 | Revise confirmation brief section regarding expert report and testimony of Dr. Beron. |
| 04/21/11 | 1.60 | Confer with J. Sottile and A. Goldfarb regarding confirmation brief, including several calls and e-mails. |

| 04/21/11 | 2.30 | Continue Review of Examiner Report in connection with confirmation briefing. |
| 04/22/11 | 6.90 | Revise confirmation brief section regarding expert report and testimony of Dr. Beron. |
| 04/22/11 | 2.30 | Confer with J. Sottile and A. Goldfarb re: same, and review correspondence; including numerous calls and e-mails. |
| 04/25/11 | 2.50 | Review numerous recent court filings and attendant correspondence. |
| 04/25/11 | 1.20 | Confer with J. Green and A. Goldfarb regarding shareholder discovery and process service. |
| 04/25/11 | 1.90 | Revise confirmation brief section to incorporate outside comments, and recirculate same. |
| 04/25/11 | 3.10 | Review confirmation brief riders circulated by other DCL Proponents. |
| 04/26/11 | 1.70 | Organize and prepare third party complaint for service to D&O defendants represented by Skadden Arps. |
| 04/26/11 | 2.40 | Continue shareholder discovery, including communication with subpoenaed parties. |
| 04/26/11 | 0.80 | Confer with A. Goldfarb re: briefing, shareholder discovery and service of process. |
| 04/26/11 | 1.40 | Begin review of Noteholders' amended plan. |
| 04/27/11 | 2.20 | Finish review of Noteholders' amended plan. |
| 04/27/11 | 1.30 | Participate in conference with D&O defendants and team regarding acceptance and service of third party complaint. |
| 04/28/11 | 5.10 | Revise confirmation brief section to incorporate outside comments, and recirculate same. |
| 04/28/11 | 0.60 | Confer with A. Goldfarb re: briefing, shareholder discovery, service. |
| 04/28/11 | 1.70 | Review extensive e-mail correspondence among DCL Proponent counsel regarding briefing and shareholder discovery. |
| 04/29/11 | 2.10 | Review draft brief sections. |
| 04/29/11 | 1.30 | Review correspondence re: shareholder discovery. |
| 04/29/11 | 2.60 | Revise confirmation brief section and recirculate. |
| 04/29/11 | 0.80 | Prepare for and participate in conference call with DCL Plan proponent counsel re: briefing. |

May 26, 2011                                                                                            Page 25

| 04/29/11 | 0.30 | Confer with J. Sottile and A. Goldfarb re: same. |

**Nina J. Falvello**

| 04/08/11 | 0.50 | Confer with A. O'Neill, L. Medoro regarding project relating to Summons, Order, and First Amended Complaint service of process. |
| 04/11/11 | 2.90 | Review and collate returns of summons denied service of process. |
| 04/13/11 | 2.50 | Review and collate returns of summons denied service of process. |

**Benjamin S. Barlow**

| 04/05/11 | 3.20 | Review registered agent spreadsheet and double checking of assigned agents in the Tribune Matter. |
| 04/05/11 | 4.90 | Review online registered agent information for assigned funds in the Tribune matter. |
| 04/05/11 | 2.40 | Review Delaware secretary of state entries for assigned funds in Tribune registered agent spreadsheet. |
| 04/06/11 | 1.50 | Tribune agent address review (assigned entries). |

**Lisa Medoro**

| 04/01/11 | 0.20 | Call with A. Goldfarb regarding defendants service sent to Corporation Trust Company. |
| 04/01/11 | 0.20 | Call with A. O'Neill regarding the same and preparation of packages for service on remaining defendants with registered agents. |
| 04/01/11 | 0.70 | Prepare list of defendants with registered agent as Corporation Trust Company. |
| 04/04/11 | 0.70 | Meet and confer with A. Goldfarb regarding service of complaint to Corporation Trust Company and review of list of the same. |
| 04/04/11 | 0.70 | Review Corporation Trust Company list of defendants and edit and revise service tracking spreadsheet. |
| 04/04/11 | 0.10 | E-mail correspondence with A. Goldfarb regarding call with Donald Puglisi. |
| 04/04/11 | 0.20 | Call with Donald Puglisi with Puglisi and Associates regarding service of complaint. |
| 04/04/11 | 0.10 | Contact Corporation Service Company regarding service. |

May 26, 2011

| 04/04/11 | 0.70 | Review return receipts received from entities that have accepted service on behalf of certain defendants and edit and revise service tracking spreadsheet. |
| 04/04/11 | 0.20 | Call with D. Puglisi regarding service of summonses and complaints. |
| 04/04/11 | 0.20 | Call with L. Pierro with Corporation Trust Company regarding service of summonses and complaints. |
| 04/06/11 | 3.50 | Review and organize return receipts received from service of complaint on certain defendants. |
| 04/06/11 | 0.10 | Prepare and e-mail list of defendants listing CSC as registered agent to Buck Condie. |
| 04/06/11 | 0.20 | Call with Buck Condie of Corporation Service Company regarding acceptance of service for defendants that have CSC listed as registered agent. |
| 04/06/11 | 0.50 | Organize certified mail receipts received from March 31, 2011 mailing. |
| 04/06/11 | 0.50 | Edit and revise service tracking spreadsheet to reflect complete service and receipt of the same. |
| 04/07/11 | 2.50 | Review and organize return receipts received from service of complaint on certain defendants. |
| 04/07/11 | 0.30 | E-mail correspondence with A. Goldfarb and L. Pierro with the Corporation Trust Company regarding return of complaint packages and authorization to accept service of the same. |
| 04/07/11 | 0.70 | Meet and confer with A. Goldfarb regarding service issues and resolutions. |
| 04/07/11 | 0.50 | Edit and revise spread sheet detailing defendants with registered agents. |
| 04/08/11 | 1.50 | Review return receipts received and revise complaint service tracking spreadsheet. |
| 04/08/11 | 3.10 | Prepare remaining complaint packages for mail. |
| 04/08/11 | 0.80 | Review returned complaint packages and revise complaint service tracking spreadsheet to reflect the same. |
| 04/08/11 | 0.10 | E-mail correspondence with A. Goldfarb regarding Corporation Service Company response to acceptance of service. |
| 04/11/11 | 0.10 | Attention to voice mail from Corporation Service Company relating to receipt and delivery of summonses. |

May 26, 2011

| 04/11/11 | 1.30 | Review packages returned from Corporation Trust Company and revise the spreadsheet to reflect that service was rejected by the same. |
| 04/11/11 | 0.40 | Review service rejection letters received from Corporation Trust Company and Corporation Service Company and revise spreadsheet to reflect the same. |
| 04/11/11 | 4.20 | Continue to review and prepare remaining summonses and complaints for delivery. |
| 04/11/11 | 0.10 | E-mail correspondence with A. Goldfarb regarding the same. |
| 04/12/11 | 2.60 | Review return receipts received and edit and revise spreadsheet to reflect the same |
| 04/12/11 | 0.40 | Review returned complaints and summons and revise spreadsheet to reflect the same. |
| 04/14/11 | 2.50 | Review return receipts received and revise tracking spreadsheet to reflect the same. |
| 04/14/11 | 0.30 | Call with A. Goldfarb regarding status of mailings and strategies for mailing the remaining packages. |
| 04/19/11 | 0.40 | Review return receipts received. |
| 04/19/11 | 3.70 | Revise service tracking spreadsheet to reflect the same. |
| 04/25/11 | 0.10 | Review return receipts received. |
| 04/25/11 | 0.50 | Edit and revise service tracking spreadsheet to reflect rejection of service of complaint. |
| 04/25/11 | 0.20 | Review letters of rejection of service received from Corporation Service Company. |
| 04/26/11 | 0.20 | Edit and revise service tracking spread sheet to include rejection of service by various entities. |
| 04/27/11 | 0.50 | Meet and confer with A. Goldfarb regarding service of complaint on entities with a physical address. |
| 04/29/11 | 1.80 | Revise service tracking spreadsheet to show entities that have accepted service. |
| 04/29/11 | 0.20 | Confer with A. Goldfarb regarding preparation of certificate of service for entities served. |

Diana Gillig

| 04/18/11 | 0.20 | Review docket. |



**ZUCKERMAN** SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

May 26, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:278019
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through April 30, 2011.

By Thomas G. Macauley
12.30  hours at  $625.00  per hour      $    7,687.50

By Diana Gillig
10.60  hours at  $160.00  per hour      $    1,696.00

|                             |     |          |
|-----------------------------|-----|----------|
| TOTAL FEES                  | $   | 9,383.50 |
| TOTAL EXPENSES              | $   | 0.00     |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 9,383.50 |

May 26, 2011                                                               Page 2

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                MATTER: 0002

Thomas G. Macauley

| 04/05/11 | 1.40 | Review February time detail for privilege and local rule compliance. |
| 04/06/11 | 1.10 | Work on response to fee examiner regarding 2nd interim fee application. |
| 04/07/11 | 0.20 | Draft note to K. Jenkins regarding additional information needed for February time entries to comply with local rules. |
| 04/07/11 | 0.40 | Analyze issues regarding need for supplemental disclosure. |
| 04/07/11 | 0.10 | Review memo to Committee regarding Goldin issues. |
| 04/08/11 | 2.30 | Continue drafting response to fee examiner regarding 2nd interim fee application. |
| 04/08/11 | 0.10 | Speak with J. Sottile regarding scope of conflicts counsel retention. |
| 04/11/11 | 0.30 | Review and edit expense exhibit to response to fee examiner (2nd interim). |
| 04/12/11 | 0.30 | Further edits to expense exhibit. |
| 04/12/11 | 0.10 | Speak with J. Goldin regarding status of most recent monthly fee application. |
| 04/12/11 | 0.60 | Review and edit February time entries for local rule compliance (block billing). |
| 04/14/11 | 0.20 | Review docket and order authorizing interim compensation to professionals. |
| 04/18/11 | 0.70 | Review and comment on draft application to retain conflicts counsel. |
| 04/18/11 | 0.20 | Review CNOs for 17th and 18th monthly fee applications. |
| 04/18/11 | 0.30 | Draft note to V. Garlati regarding 17th and 18th monthly fee applications. |
| 04/19/11 | 0.20 | Speak and review correspondence with J. Goldin regarding March bill. |
| 04/20/11 | 0.40 | Review and edit 19th monthly fee application. |
| 04/21/11 | 0.90 | Draft narrative for 6th interim fee application. |
| 04/21/11 | 0.30 | Review and edit 6th interim fee application. |

May 26, 2011                                                                                          Page 3

| 04/27/11 | 0.40 | Review and edit exhibit of expenses for response to fee examiner (2nd interim fee application). |
| 04/28/11 | 1.80 | Review and edit March time detail for privilege and local rule compliance. |

Diana Gillig

| 04/18/11 | 0.10 | Review docket regarding filed fee applications. |
| 04/18/11 | 0.20 | Draft CNOs for 17th and 18th monthly fee applications. |
| 04/18/11 | 0.20 | Electronically file CNOs for same. |
| 04/19/11 | 2.10 | Review expenses and prepare cost chart exhibit for 19th monthly fee application. |
| 04/19/11 | 1.00 | Draft 19th monthly fee application. |
| 04/20/11 | 0.20 | Continue drafting 19th monthly fee application. |
| 04/20/11 | 0.20 | Draft notice of fee application and certificate of service regarding same. |
| 04/21/11 | 3.20 | Draft 6th interim fee application. |
| 04/21/11 | 0.20 | Draft notice and certificate of service for 6th interim fee application. |
| 04/21/11 | 0.10 | Draft notice of filing and certificate of service for same. |
| 04/25/11 | 2.10 | Review March time detail. |
| 04/29/11 | 1.00 | Revise time detail for 19th monthly fee application. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

May 26, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:278020
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through April 30, 2011.

By James Sottile
  12.30  hours at  $725.00  per hour           $     8,917.50

By Andrew N. Goldfarb
  2.80  hours at  $600.00  per hour           $     1,680.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 10,597.50 |
| Less Professional Courtesy | $ | -5,298.75 |
| TOTAL FEES | $ | 5,298.75 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 5,298.75 |

May 26, 2011                                                                                          Page 2

DESCRIPTION OF SERVICES                                                         CLIENT: 12464
                                                                               MATTER: 0003

James Sottile

| 04/11/11 | 2.20 | Travel to Wilmington for mediation and confirmation hearings. |
| 04/12/11 | 2.00 | Travel from Wilmington to DC. |
| 04/13/11 | 2.20 | Travel to Wilmington from DC for confirmation hearing. |
| 04/14/11 | 2.20 | Travel back to DC following confirmation hearings. |
| 04/25/11 | 1.50 | Travel to Wilmington for omnibus hearing. |
| 04/25/11 | 2.20 | Return to DC following omnibus hearing. |

Andrew N. Goldfarb

| 04/11/11 | 1.50 | Travel to Delaware. |
| 04/14/11 | 1.30 | Travel to Delaware and back to Washington, D.C. |

# EXHIBIT B

419772.1

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| 4/21/2011 | | | | |
| TRAVEL | $ 240.00 | 4/6/2011 | JS | |
| | $ 409.00 | 4/12/2011 | GB | |
| | $ 2,004.70 | 4/21/2011 | JS | |
| Total | $ 2,653.70 | | | $ 2,653.70 |
| LOCAL TRAVEL | $ 36.82 | 4/19/2011 | | |
| Total | $ 36.82 | | | $ 36.82 |
| PARCELS - E-FILING | $ 65.00 | 4/28/2011 | | |
| Total | $ 65.00 | | | $ 65.00 |
| TAXI SERVICE | $ 20.00 | 4/6/2011 | | |
| | $ 100.00 | 4/21/2011 | | |
| Total | $ 120.00 | | | $ 120.00 |
| MEALS | $ 29.65 | 4/6/2011 | | |
| Total | $ 29.65 | | | $ 29.65 |
| COURT REPORTERS - TSG REPORTING | $ 9,835.35 | 4/6/2011 | | |
| | $ 12,404.95 | 4/29/2011 | | |
| Total | $ 22,240.30 | | | $ 22,240.30 |
| FEDEX | $ 121.58 | 4/19/2011 | | |
| | $ 16.13 | 4/30/2011 | | |
| Total | $ 137.71 | | | $ 137.71 |
| COURIER - PARCELS | $ 1,049.14 | 4/6/2011 | | |
| WASHINGTON EXPRESS | $ 705.60 | 4/19/2011 | | |
| ASP COURIER | $ 39.05 | 4/20/2011 | | |
| Total | $ 1,793.79 | | | $ 1,793.79 |
| MISCELLANEOUS - BBT | $ 234.78 | 4/20/2011 | | |
| Total | $ 234.78 | | | $ 234.78 |
| TELEPHONE CONFERENCING SOUNDPATH | $ 390.93 | 4/21/2011 | | |
| Total | $ 390.93 | | | $ 390.93 |
| INHOUSE COPY | $ 3.80 | 4/1/2011 | | |
| | $ 0.60 | 4/4/2011 | | |
| | $ 5.50 | 4/8/2011 | | |
| | $ 29.10 | 4/20/2011 | | |
| | $ 502.50 | 4/27/2011 | | |
| Total | $ 541.50 | | | $ 541.50 |
| LONG DISTANCE CALLS | $ 6.00 | 4/1/2011 | | |
| | $ 22.39 | 4/4/2011 | | |
| | $ 12.48 | 4/5/2011 | | |
| | $ 1.68 | 4/6/2011 | | |
| | $ 2.04 | 4/7/2011 | | |
| | $ 2.28 | 4/8/2011 | | |
| | $ 2.88 | 4/15/2011 | | |

|  | $ | 4.08 | 4/18/2011 |  |  |
|  | $ | 4.68 | 4/19/2011 |  |  |
|  | $ | 0.96 | 4/21/2011 |  |  |
|  | $ | 0.48 | 4/25/2011 |  |  |
|  | $ | 2.88 | 4/26/2011 |  |  |
|  | $ | 1.68 | 4/27/2011 |  |  |
|  | $ | 1.32 | 4/28/2011 |  |  |
|  | $ | 1.20 | 4/29/2011 |  |  |
|  |  |  |  |  |  |
| Total | $ | 67.03 |  | $ | 67.03 |
|  |  |  |  |  |  |
| PACER DOCKET RESEARCH | $ | 71.76 | 4/29/2011 |  |  |
|  |  |  |  |  |  |
| Total | $ | 71.76 |  | $ | 71.76 |
|  |  |  |  |  |  |
| POSTAGE | $ | 192.40 | 4/8/2011 |  |  |
|  | $ | 1,005.70 | 4/11/2011 |  |  |
|  | $ | 62.65 | 4/27/2011 |  |  |
|  |  |  |  |  |  |
| Total | $ | 1,260.75 |  | $ | 1,260.75 |
|  |  |  |  |  |  |
| GRAND TOTAL |  |  |  | $ | 29,643.72 |