# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 8983 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Amended Agenda for 5-25 Hrg_DI 8983_Aff_5-24-11.doc

2. On May 24, 2011, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on May 25, 2011 at 1:00 P.M. Before the Honorable Kevin J. Carey," dated May 24, 2011 [Docket No. 8983], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Manners

Sworn to before me this
25th day of May, 2011

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

**TRB AGENDA 5-24-11**

ASM CAPITAL
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

**TRB AGENDA 5-24-11**

Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AGENDA 5-24-11**

Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 5-24-11**

Mr. Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AGENDA 5-24-11**

Stephen K. Gallagher. Esq.
Kristen E. Burgers, Esq.
Venable LLP
8010 towers Crescent Drive, Suite 300
Vienna, VA 22182

**EXHIBIT B**

**Email Address**

brian@lesliecohenlaw.com
keburgers@Venable.com
leonhardt@teamrosner.com
leslie@lesliecohenlaw.com
mfelger@cozen.com
rosner@teamrosner.com
skgallagher@Venable.com
stevewalkergolf@gmail.com

**EXHIBIT C**

| **Name** | **Fax** |
|---|---|
| Aaron N Chapin | 312-207-6400 |
| Adam G Landis   Matthew B McGuire | 302-467-4450 |
| Adam Hiller   Donna Harris | 302-442-7046 |
| AM Saccullo  TH Kovach | 302-836-8787 |
| Brian E Lutness | 302-888-2923 |
| Christopher A Ward | 302-252-0921 |
| Christopher D Loizides | 302-654-0728 |
| Christopher P Simon   J Grey | 302-777-4224 |
| Christopher S Chow  LC Heilman | 302-252-4466 |
| Colm F Connolly | 302-574-3001 |
| D Glazer E Moskowitz M Russano | 212-607-7999 |
| David M Klauder | 302-573-6497 |
| David M Powlen | 317-231-7433 |
| David M Smith | 212-967-4258 |
| David W Carickhoff | 302-425-6464 |
| DB Stratton   JH Schanne II | 302-421-8390 |
| DC Abbott   CS Miller | 302-658-3989 |
| Dennis A Meloro | 302-661-7360 |
| DJ Bradford  CL Steege  AW Vail | 312-527-0484 |
| Ellen W Slights | 302-573-6431 |
| Esther Tryban Telser | 312-744-6798 |
| Esther Tryban Telser | 312-744-3832 |
| F Hyman   B Trust   A Trehan   B Yan | 212-262-1910 |
| Frederick B Rosner  Scott J Leonhardt | 302-351-8010 |
| Garvan F McDaniel | 302-429-8600 |
| Graeme W Bush   James Sottile | 202-822-8106 |
| H Seife   D LeMay   D Deutsche | 212-541-5369 |
| Heather Berkowitz | 516-422-7118 |
| IC Bifferato   KG Collins TF Driscoll JZ Haupt | 302-254-5383 |
| James E Huggett | 302-888-1119 |
| James F Conlan   Bryan Krakauer | 312-853-7036 |
| Jami B Nimeroff | 302-351-2744 |
| Jamie L Edmonson | 302-658-6395 |
| Jeffrey M Schlerf   John H Strock | 302-656-8920 |
| John C Phillips | 302-655-4210 |
| John V Fiorella   Charles J Brown | 302-777-4352 |
| Joseph L Christensen | 302-655-4420 |
| Joy L Monahan | 312-416-4823 |
| JR Cambridge, GR Dougherty, MW Lazan | 312-558-1195 |
| Justin R Alberto | 302-658-6395 |
| Katherine L Mayer | 302-984-6399 |
| Kevin T Lantry | 213-896-6600 |
| Laurie Silverstein | 302-658-1192 |
| LD Jones    TP Cairns | 302-652-4400 |
| Marcia Willette | 888-449-3584 |
| Margaret F England | 302-425-0432 |

| Name | Fax |
| --- | --- |
| Margaret F England | 302-984-3939 |
| Mark E Felger | 302-295-2013 |
| MD Collins   RJ Stern Jr | 302-498-7531 |
| MD Collins   RJ Stern Jr | 302-651-7701 |
| MG Primoff  JW Parver  JW Drayton | 212-836-6525 |
| Michael D Palmer | 212-688-2548 |
| MR Lastowski  SL Ross  RW Riley  LJ Kotler | 302-657-4901 |
| MW Yurkewicz | 302-426-9193 |
| Nathan E Jones | 775-832-5085 |
| Patrick J Healy Vice President | 302-636-4148 |
| Paul D Trinkoff | 410-385-3700 |
| Phyllis Hayes | 410-773-4057 |
| R Karl Hill | 302-888-0606 |
| Rachel B Mersky | 302-656-2769 |
| Robert S Brady    M Blake Cleary | 302-571-1253 |
| Sherry Ruggiero Fallon | 302-658-4018 |
| Stuart M Brown | 302-394-2341 |
| Susan E Kaufman | 302-984-3939 |
| Tara L Lattomus | 302-425-0432 |
| TG Macauley  VW Guldi | 302-427-8242 |
| W Hazeltine  WD Sullivan   EE Allinson III | 302-428-8195 |
| William Bowden   A Winfree  K Skomorucha | 302-654-2067 |
| William M Kelleher | 302-656-3714 |
| William M Kelleher | 302-384-9399 |