# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## APPENDIX TO MOTION OF THE DEBTOR-COMMITTEE-LENDER PLAN PROPONENTS TO ADMIT DCL EXHIBITS 3-95, 384, 435 AND 1323 INTO EVIDENCE

**SIDLEY AUSTIN LLP**
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, Illinois 60603
Telecopier: (312) 853-7036

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telecopier: (302) 652-3117

*Counsel for Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

**CHADBOURNE & PARKE**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York
Telecopier: (212) 541-5369

**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telecopier: (302) 467-4450

**ZUCKERMAN SPAEDER LLP**
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telecopier: (202) 822-8106

*Counsel for the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| **DEWEY & LEBOEUF LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| Bruce Bennett | Robert S. Brady (No. 2847) |
| James O. Johnston | M. Blake Cleary (No. 3614) |
| Joshua M. Mester | The Brandywine Building – 17th Floor |
| 333 South Grand Avenue, Suite 2600 | 1000 West Street, Post Office Box 391 |
| Los Angeles, California 90071 | Wilmington, Delaware 19899-0391 |
| Telecopier: (213) 621-6100 | Telecopier: (302) 571-1253 |

*Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.*

**WILMER CUTLER PICKERING HALE & DORR LLP**
Andrew Goldman
399 Park Avenue
New York, New York 10022
Telecopier: (212) 230-8888

*Counsel for Angelo, Gordon & Co., L.P.*

| | |
|---|---|
| **DAVIS POLK & WARDWELL LLP** | **RICHARDS LAYTON & FINGER** |
| Donald S. Bernstein | Mark Collins (No. 2981) |
| Damian S. Schaible | One Rodney Square |
| Elliot Moskowitz | Wilmington, Delaware 19801 |
| 450 Lexington Avenue | Telecopier: (302) 651-7701 |
| New York, New York 10017 | |
| Telecopier: (212) 701-5800 | |

*Counsel for JPMorgan Chase Bank, N.A.*

## TABLE OF CONTENTS

Exhibit "A"  Final Amended Debtor/Committee/Lender Exhibit List for
Use at Confirmation Hearing, dated May 6, 2011 ............................................... A-1

Exhibit "B"  The Noteholder Plan Proponents' Objections to the DCL Plan Proponents'
Amended Trial Exhibit List, dated March 7, 2011 ............................................. A-89

Exhibit "C"  DCL Exhibits 3 - 95 ...................................................................................... A-157

Exhibit "D"  Excerpts from March 8, 2011 Transcript ......................................................... A-385

Exhibit "E"  Excerpts from March 15, 2011 Transcript........................................................ A-392

Exhibit "F"  Excerpt from Privilege Log of the Official Committee of
Unsecured Creditors (NPP 2382)...................................................................... A-398

Exhibit "G"  DCL Exhibit 435 ............................................................................................. A-404

Exhibit "H"  DCL Exhibit 1323 ........................................................................................... A-406

Exhibit "I"  DCL Exhibit 384 ............................................................................................. A-421

Exhibit "J"  Submission of the Noteholder Plan Proponents Pursuant to the Order
Establishing Procedures Related to the Post Confirmation Hearing
Admission of Evidence and Resolution of Evidentiary Objections,
dated June 6, 2011 ............................................................................................. A-428