22.     Accordingly, DCL Ex. 384 should be admissible for all purposes.

## CONCLUSION

23.     Because the Committee minutes (DCL Exs. 3-95) are business records pursuant to Fed. R. Evid. 803(6), and are trustworthy and properly admissible into evidence even where they have been redacted for privilege, because DCL Exs. 435 and 1323 constitute adoptive admissions of Aurelius under Fed. R. Evid. 801(d)(2)(B), and because DCL Ex. 384 is admissible under Rule 807 these exhibits should be admitted into evidence for all purposes.

Dated:  June 6, 2011

| | |
|---|---|
| SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, |
| James F. Conlan | FORMAN & LEONARD, P.A. |
| Bryan Krakauer | |
| Janet E. Henderson | */s/ J. Kate Stickles*_____ |
| Kevin T. Lantry | Norman L. Pernick (No. 2290) |
| Jessica C.K. Boelter | J. Kate Stickles (No. 2917) |
| Kerriann Mills | Patrick J. Reilley (No. 4451) |
| One South Dearborn Street | 500 Delaware Avenue, Suite 1410 |
| Chicago, IL  60603 | Wilmington, DE  19801 |
| Telephone:  (312) 853-0199 | Telephone:  (302) 652-3131 |
| Facsimile:  (312) 853-7036 | Facsimile:  (302) 652-3117 |

*Counsel for Debtors and Debtors In Possession*

| | |
|---|---|
| CHADBOURNE & PARKE LLP | LANDIS RATH & COBB LLP |
| Howard Seife | |
| David M. LeMay | */s/ Matthew B. McGuire*_____ |
| 30 Rockefeller Plaza | Adam G. Landis (No. 3407) |
| New York, NY  10112 | Matthew B. McGuire (No. 4366) |
| Telephone: (212) 408-5100 | Kimberly A. Brown (No. 5138) |
| Facsimile: (212) 541-5369 | 919 Market Street, Suite 1800 |
| | Wilmington, DE  19801 |
| | Telephone: (302) 467-4400 |
| | Facsimile: (302) 467-4450 |

*Counsel for the Official Committee of Unsecured Creditors*

ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C.  20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Special Counsel to the Official Committee of Unsecured Creditors*

DAVIS POLK & WARDWELL LLP          RICHARDS, LAYTON & FINGER, P.A.
Donald S. Bernstein
Damian Schaible                    */s/ Drew Sloan*
450 Lexington Avenue               Mark D. Collins (No. 2981)
New York, New York  10017          Robert J. Stearn, Jr. (No.  2915)
Telephone: (212) 450-4500          Drew G. Sloan (No. 5069)
                                   One Rodney Square, 920 N. King Street
                                   Wilmington, DE  19801
                                   Telephone: (302) 651-7700
                                   Facsimile: (302) 651 7701

*Counsel for JPMorgan Chase Bank, N.A.*

WILMER CUTLER PICKERING
HALE & DORR LLP
Andrew N. Goldman
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800

*Counsel for Angelo, Gordon & Co., L.P.*

DEWEY & LEBOEUF LLP                YOUNG CONAWAY
Bruce Bennett                     STARGATT & TAYLOR, LLP
James O. Johnston
Joshua M. Mester                  */s/ M. Blake Cleary*
333 South Grand Avenue, Suite 2600   Robert S. Brady (No. 2847)
Los Angeles, CA 90071-1530        M. Blake Cleary (No. 3614)
Telephone: (213) 621-6000         The Brandywine Building – 17th Floor
Facsimile: (213) 621-6100         1000 West Street, Post Office Box 391
                                  Wilmington, DE 19899
                                  Telephone: (302) 571-6600
                                  Facsimile: (302) 571-1253

*Counsel for Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P.*