IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered |

## DECLARATION OF MARTIN S. SIEGEL

MARTIN S. SIEGEL hereby declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a partner with the law firm of Brown Rudnick LLP ("Brown Rudnick"), counsel to Wilmington Trust Company ("Wilmington Trust"), Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of $1.2 billion (generally referred to as the "PHONES") issued in April 1999 by Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors" or the "Company") in the above-referenced cases.

2.      I make this Declaration in Support of the Motion of Wilmington Trust Company to Admit Certain Documents (the "Motion").[1]

3.      ████████████████████████████████████████

████████████████████████████████████████

---

[1] The Disputed NPP Documents listed herein refer to the those Disputed NPP Documents cited by Wilmington Trust in its Post-Confirmation Hearing Brief. To the extent the Motion makes assertions related to the Disputed NPP Exhibits cited in either the NPP Post-Trial Brief or the NPP Post-Trial Reply Brief, those documents are listed in the Declaration of Mitchell Hurley, submitted with the NPP Brief.





21. ███████████████████████████████████████
███████████████████████████████████████
████████████████

22. ███████████████████████████████████████
███████████████████████████████████████
████████████

23. ███████████████████████████████████████
███████████████████████████████████████
████████████

24. ███████████████████████████████████████
███████████████████████████████████████
██████████████████████

25. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████

26. ███████████████████████████████████████
███████████████████████████████████████
█████████████

27. ███████████████████████████████████████
███████████████████████████████████████
████████████████

28. ████████████████████████████████████████████

████████████████████████████████████████████

████████████

29. ████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████

30. ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

I declare that the foregoing is true and correct to the best of my knowledge,

information and belief.

Executed on June 6, 2011.

*Martin S. Siegel*

MARTIN S. SIEGEL

# EXHIBITS 1-28 REDACTED