## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Related to ECF No. 9157** |
|  | ) | **Hearing Date: June 28, 2011 at 2:00 p.m.** |
|  | ) | **Objection Deadline: June 21, 2011 at 4:00 p.m.** |

-----------------------------------------------------------x

## MOTION OF AURELIUS CAPITAL MANAGEMENT, LP FOR AUTHORIZATION TO FILE MOTION OF THE NOTEHOLDER PLAN PROPONENTS TO ADMIT CERTAIN DOCUMENTS UNDER SEAL

Aurelius Capital Management, LP ("Aurelius"), acting on behalf of the Noteholder Plan Proponents respectfully submits this motion (the "Motion to Seal"), pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking entry of an Order authorizing it to file under seal the *Motion of the Noteholder Plan Proponents to Admit Certain Documents* [ECF No. 9157] (the "Motion to Admit Documents"). In support of the Motion to Seal, Aurelius respectfully represents as follows:

### JURISDICTION

1.      This Court has jurisdiction to consider this Motion to Seal under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §§ 1408 and 1409(a).

2.      The statutory predicates for the relief requested herein are Bankruptcy Code section 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b).

## RELIEF REQUESTED

3.      In compliance with the *Order Establishing Procedures Related to the Post-Confirmation Hearing Admission of Evidence and Resolution of Evidentiary Objections* [ECF No. 8843] which was amended by the *Order Modifying the Order Establishing Procedures Related to the Post-Confirmation Hearing Admission of Evidence and Resolution of Evidentiary Objections* [ECF No. 9107], the Noteholder Plan Proponents filed their Motion to Admit Documents on June 6, 2011.

4.      Contemporaneously therewith, the Noteholder Plan Proponents also served an unredacted copy of the Motion to Admit Documents, together with a Declaration of Mitchell P. Hurley attaching certain exhibits, (collectively, the "Unredacted Motion to Admit Documents") on those parties listed in paragraph 35 of the *Discovery and Scheduling Order for Plan Confirmation* [ECF No. 7239] (the "CMO Parties") on June 6, 2011.

5.      The Noteholder Plan Proponents further advised the CMO Parties that any CMO Party seeking any redactions to the Unredacted Motion to Admit Documents contact undersigned counsel no later than June 10, 2011 at 12:00 noon. (ET).

6.      The Noteholder Plan Proponents have requested that the Debtors add a status conference to the June 13, 2011 hearing agenda, at which time unresolved redaction requests, if any, may be addressed.  Barring any objections from the CMO Parties, the Noteholder Plan Proponents intend to file the Unredacted Motion to Admit Documents on June 14, 2011.  A copy of the Unredacted Motion to Admit Documents shall be submitted to chambers contemporaneously with this pleading.

2

7.      By this Motion to Seal, the Noteholder Plan Proponents seek an order granting

permission to file the Unredacted Motion to Admit Documents under seal.

### BASIS FOR RELIEF REQUESTED

8.      Section 107(b) of the Bankruptcy Code provides this Court with the authority to

issue orders that will protect entities from potential harm that may result from the disclosure of

certain information.  The section provides, in relevant part:

> (b)    On request of a party in interest, the bankruptcy court
> shall, and on the bankruptcy court's own motion, the
> bankruptcy court may –
>
> (1)     protect an entity with respect to a trade secret or
> confidential      research,      development,      or
> commercial information; ...

11 U.S.C. § 107(b).  Bankruptcy Rule 9018 of the Bankruptcy Rules sets forth the procedures by

which a party may move for relief under section 107(b), providing that "[o]n motion or on its

own initiative, with or without notice, the court may make any order which justice requires (1) to

protect the estate or any entity in respect of a trade secret or other confidential research,

development, or commercial information ..." Fed. R. Bankr. P. 9018.  Local Rule 9018-1(b)

additionally provides, in relevant part, that "[a]ny party who seeks to file documents under seal

must file a motion to that effect." Del. Bankr. L.R. 9018-1(b).

9.      Paragraph "f" of the *Order (I) Authorizing the Debtors to Establish a Document*

*Depository and Directing the Committee to Deliver Certain Documents to the Depository*

*Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement*

*Negotiation Protections Pursuant to 11 U.S.C. § 105(A)* [ECF No. 2858] (the "Document

Depository Order") states that, "No Depository or its Designated Representative may use

Discovery Documents or Depository Information stamped or otherwise designated as "Financial

3

Institution Highly Confidential Documents," "Highly Confidential – Attorneys' Eyes Only," or "Confidential" in a court filing in these chapter 11 cases unless such documents are filed under seal."

10.     As set forth above, the Noteholder Plan Proponents believe that the Unredacted Motion to Admit Documents may include information designated as highly confidential by the parties and thus are seeking permission to file under seal the Unredacted Motion to Admit Documents, in the form circulated to the CMO Parties.

**NOTICE**

11.     Notice of this Motion to Seal has been given to all parties referenced in paragraph 35 of the CMO.  In light of the nature of the relief requested, Aurelius submits that no further or other notice is required.

**NO PRIOR REQUEST**

12.     No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, Aurelius respectfully requests that the Court enter an Order substantially in the form attached hereto as Exhibit A granting Aurelius authority to file the Unredacted Motion to Admit Documents under seal with the Court and such other and further relief as the Court may deem just and proper.

{00523500;v1}

Dated: Wilmington, Delaware
June 6, 2011

**ASHBY & GEDDES, P.A.**

*/s/ Leigh-Anne M. Raport*
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Counsel to Aurelius Management, LP*

5