# EXHIBIT A

## [Proposed Order Granting Motion to Seal]

{00523500;v1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:  )
In re:  )  Chapter 11
  )
TRIBUNE COMPANY, et al.,  )  Case No. 08-13141 (KJC)
  )
Debtors.  )  Jointly Administered
  )
  )  Related ECF Nos. 9157 & _____
---------------------------------------------------------------x

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to File Motion of the Noteholder Plan Proponents to Admit Certain Documents Under Seal* (the "Motion to Seal");[1] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Aurelius Capital Management, LP is hereby granted permission to file under seal the *Motion of the Noteholder Plan Proponents to Admit Certain Documents* [ECF No. 9157].

Dated: June ____, 2011

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

{00523500;v1}