IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>) **Related ECF No. 9065**<br>) |

## NOTICE OF FILING OF CORRECTED TABLE OF AUTHORITIES

**PLEASE TAKE NOTICE** that, on June 3, 2011, Aurelius Capital Management, L.P., on behalf of the Noteholder Plan Proponents, filed *The Noteholder Plan Proponents' Proposed Conclusions of Law [Filed Under Seal]* [ECF No. 9065] (the "COL"). The COL was filed under seal, along with a motion requesting permission to seal [ECF No. 9068].

**PLEASE TAKE FURTHER NOTICE** that the COL was inadvertently filed with an incorrect Table of Authorities. Attached hereto as Exhibit 1 is the corrected Table of Authorities.

Dated: June 8, 2011

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree*

William P. Bowden (#2553)
Amanda M. Winfree (#4615)
500 Delaware Avenue
Wilmington, DE 19899
Telephone: 302-654-1888
Fax: 302-654-2067

-and-

{00524127;v1}

Daniel H. Goldman (Admitted pro hac vice)
David M. Zensky (Admitted pro hac vice)
Abid Qureshi (Admitted pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: 212-872-1000

*Counsel to Aurelius Management, LP*

# EXHIBIT 1

*CORRECTED* **TABLE OF AUTHORITIES**

**[DOCUMENT FILED UNDER SEAL]**