IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
In re:                          :  Chapter 11
                                :
                                :  Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,        :
                                :  (Jointly Administered)
            Debtors.            :
                                :  Hearing Date: June 28, 2011 at 2:00 p.m.
                                :
                                :  Objection Deadline: June 21, 2011 at 4:00 p.m.
------------------------------ x  Related to Dkt. No. 9217

**MOTION OF JPMORGAN CHASE BANK., N.A. FOR ENTRY OF AN ORDER
AUTHORIZING FILING UNDER SEAL PORTIONS OF THE
DEBTOR/COMMITTEE/LENDER PLAN PROPONENTS' RESPONSE TO THE (1)
MOTION OF THE NOTEHOLDER PLAN PROPONENTS TO ADMIT CERTAIN
DOCUMENTS AND (2) SUPPLEMENTAL MOTION OF WILMINGTON TRUST
COMPANY, AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES,
AND ONE OF NOTEHOLDER PLAN PROPONENTS, CONCERNING THE
ADMISSION OF CERTAIN DOCUMENTS**

JPMorgan Chase Bank, N.A. ("JPMorgan"), by and through its undersigned counsel, respectfully submits this Motion (the "Motion to Seal") for an order authorizing JPMorgan to file under seal portions of the Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and one of Noteholder Plan Proponents, Concerning the Admission of Certain Documents, pursuant to 11 U.S.C. §§ 105(a) and 107, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). In support of this Motion to Seal, JPMorgan respectfully represents and states as follows:

## JURISDICTION

1.  This Court has jurisdiction over this Motion to Seal pursuant to 28 U.S.C. §§ 157 and 1334. This Motion raises a core matter under 28 U.S.C. § 157(b)(2). Venue of these cases and of this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory predicates for the relief sought herein are found in 11 U.S.C. §§ 105(a) and 107, Federal Rule of Bankruptcy Procedure 9018, and Local Rule 9018-1(b).

## RELIEF REQUESTED

3.  By this Motion, JPMorgan respectfully requests that the Court enter an order authorizing it to file under seal portions of the Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (the "Response").

## BASIS FOR RELIEF

4.  Section 107(b) of the Bankruptcy Code authorizes the Court to "protect an entity with respect to a trade secret or confidential research, development or commercial information." 11 U.S.C. § 107(b). Bankruptcy Rule 9018 sets forth the procedure by which a party in interest may obtain a protective order authorizing the filing of a document under seal, providing that:

> On motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information . . .

2

Fed. R. Bankr. P. 9018. Local Rule 9018-1(b) additionally provides, in relevant part, that "[a]ny party who seeks to file documents under seal must file a motion to that effect." Del. Bankr. L.R. 9018-1(b).

5. The *Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105(A)* [Dkt. No. 2858] (the "Document Depository Order") prohibits use of any information designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" or "Financial Institution Highly Confidential Documents" in any filing "unless such documents are filed under seal." Document Depository Order, ¶ f.

6. The Response may contain information drawn from documents designated "Confidential," "Highly Confidential – Attorneys' Eyes Only," or "Financial Institution Highly Confidential Documents." Accordingly, JPMorgan respectfully requests that the Court enter an order authorizing it to file the Response under seal.

## NOTICE

7. Notice of this Motion to Seal has been provided to all parties listed in paragraph 35 of the Case Management Order [Dkt. No. 7239]. In light of the nature of the relief requested herein, JPMorgan submits that no further notice is necessary.

## NO PRIOR REQUEST

8. No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, JPMorgan respectfully requests that the Court: (i) enter an Order substantially in the form attached hereto as <u>Exhibit A</u> authorizing JPMorgan to file the redacted portions of the Response under seal; and (ii) grant such other and further relief as is just and proper under the circumstances.

Dated: June 9, 2011
       Wilmington, Delaware

Respectfully submitted,

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Benjamin S. Kaminetzky
Damian S. Schaible
Elliot Moskowitz
450 Lexington Avenue
New York, New York 10017
Telecopier: (212) 701 5800

-and-

RICHARDS, LAYTON & FINGER, P.A.

_____
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telecopier: (302) 651-7701

*Counsel for JPMorgan Chase Bank, N.A.*