IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :  Chapter 11
In re:                                :
                                      :  Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,              :
                                      :  (Jointly Administered)
                   Debtors.           :
                                      :  Hearing Date: June 28, 2011 at 2:00 p.m.
                                      :
                                      :  Objection Deadline: June 21, 2011 at 4:00 p.m.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 9, 2011, JPMorgan Chase Bank, N.A. ("JPMorgan"), on behalf of the Debtor/Committee/Lender Plan Proponents, filed the *Motion of JPMorgan Chase Bank, N.A. for Entry of an Order Authorizing Filing Under Seal Portions of the Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the Phones Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents* (the "Motion to Seal") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion to Seal must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so

RLF1 4067301v. 1

as received by, the undersigned counsel on or before **June 21, 2011 at 4:00 p.m. (ET)**. Only properly and timely filed responses will be considered.

PLEASE TAKE FURTHER NOTICE that if a response is properly filed in accordance with the above procedure, a hearing on the Motion to Seal will be held on **June 28, 2011 at 2:00 p.m. (ET),** or at such time as the Court deems appropriate, before The Honorable Kevin J. Carey, Chief Judge, the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. Only those objections made in response to the Motion will be heard.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 9, 2011
       Wilmington, Delaware

DAVIS POLK & WARDWELL LLP
Benjamin S. Kaminetzky
Elliot Moskowitz
Michael Russano
450 Lexington Avenue
New York, New York 10017
Telecopier: (212) 701 5800

-and-

RICHARDS, LAYTON & FINGER, P.A.

_/s/_
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telecopier: (302) 651-7701

*Counsel for JPMorgan Chase Bank, N.A.*

RLF1 4067301v. 1