# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
: 
In re: : Chapter 11
:
TRIBUNE COMPANY, et al., : Case No. 08-13141 (KJC)
:
Debtors. : (Jointly Administered)
:
:
: **Related to Dkt. No. _____**
------------------------------- x

**ORDER AUTHORIZING FILING UNDER SEAL PORTIONS OF THE
DEBTOR/COMMITTEE/LENDER PLAN PROPONENTS' RESPONSE TO THE (1)
MOTION OF THE NOTEHOLDER PLAN PROPONENTS TO ADMIT CERTAIN
DOCUMENTS AND (2) SUPPLEMENTAL MOTION OF WILMINGTON TRUST
COMPANY, AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES,
AND ONE OF NOTEHOLDER PLAN PROPONENTS, CONCERNING THE
<u>ADMISSION OF CERTAIN DOCUMENTS</u>**

Upon consideration of the *Motion of JPMorgan Chase Bank, N.A. for Entry of an Order Authorizing Filing Under Seal Portions of the Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, As Successor Indenture Trustee for the Phones Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents* (the "<u>Motion to Seal</u>"); and the court having reviewed all pleadings related thereto, and the Court having determined after due deliberation that there exists sufficient cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED;

2. JPMorgan Chase Bank, N.A. is hereby authorized to file under seal portions of the *Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, As Successor Indenture Trustee for the Phones Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents* [Dkt. No. 9217].

Dated: _____, 2011
       Wilmington, Delaware

                                            The Honorable Kevin J. Carey
                                            Chief United States Bankruptcy Judge