IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : Chapter 11 |
|---|---|
| In re: | : |
| | : Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : |
| | : (Jointly Administered) |
| Debtors. | : Re: Docket Nos. 9153, 9157 |

**OBJECTION OF MERRILL LYNCH TO THE NOTEHOLDERS' MOTIONS AND ADMISSION OF CERTAIN EXHIBITS IN CONNECTION WITH PLAN CONFIRMATION**

**CONFIDENTIAL DOCUMENT TO BE KEPT UNDER SEAL**

Dated: June 9, 2011
       Wilmington, Delaware

POTTER ANDERSON & CORROON LLP
Laurie Selber Silverstein (DE No. 2396)
R. Stephen McNeill (DE No. 5210)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: 302-984-6000
Facsimile: 302-658-1192

- and -

KAYE SCHOLER LLP
Madlyn Gleich Primoff
Jane W. Parver
Joseph M. Drayton
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Attorneys for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

PAC 1016152v.1

**FILED UNDER SEAL**