## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, et al., | : Case No. 08-13141 (KJC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : **Re: Docket No. 9220** |
| | : |

## MOTION OF MERRILL LYNCH CAPITAL CORPORATION AND MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, PURSUANT TO BANKRUPTCY CODE SECTION 107(b) AND FED. R. BANKR. P. 9018, TO FILE UNDER SEAL THE OBJECTION OF MERRILL LYNCH TO THE NOTEHOLDERS' MOTIONS AND ADMISSION OF CERTAIN EXHIBITS IN CONNECTION WITH THE PLAN CONFIRMATION [D.I 9220]

Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated (together, "Merrill Lynch"), by their attorneys Kaye Scholer LLP and Potter Anderson and Corroon LLP, submit this motion (the "Motion to Seal") to file under seal that certain Objection of Merrill Lynch to the Noteholders' Motions and Admission of Certain Exhibits in Connection with the Plan Confirmation [D.I 9220] (the "Objection"), and in support thereof states as follows:

### JURISDICTION

1.     This Court has jurisdiction to consider this Motion to Seal pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409(a).

2.     The statutory bases for the relief requested herein are § 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b)

of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy

Court for the District of Delaware (the "Local Rules").

## BACKGROUND

3.      On December 15, 2009, the Court entered an Order that, among other things,

established a document depository for the retention of documents and other information

produced pursuant to discovery requests in these cases [D.I. 2858] (the "Depository Order").

Due to the confidential nature of the information contained in many of the documents, the

Depository Order expressly provides:

> No Depository Designee or its Designated Representative may use
> Discovery Documents or Depository Information stamped or
> otherwise designated as "Financial Institution Highly Confidential
> Documents", "Highly Confidential – Attorneys' Eyes Only", or
> "Confidential" in a court filing in these chapter 11 cases unless
> such documents are filed under seal.

(Depository Order ¶ f, at 4.)    Accordingly, the Depository Order obligates Depository

Designees to file under seal any document that contains such confidential information.

4.      On June 6, 2011, the Noteholder Plan Proponents filed their Motion to Admit

Documents under seal, together with a Declaration of Mitchell P. Hurley attaching certain

exhibits, (collectively, the "Motion to Admit Documents").    Unredacted versions of the Motion to

Admit Documents were served on those parties listed in paragraph 35 of the *Discovery and

Scheduling Order for Plan Confirmation* [D.I. 7239] (the "CMO Parties") that same day.

5.      The Noteholder Plan Proponents further advised the CMO Parties that, barring

any objections from the CMO Parties, they intend to file an unredacted version of the Motion

to Admit Documents on June 14, 2011.

6.      Contemporaneously herewith, Merrill Lynch will serve an unredacted version

of the Objection on the CMO Parties and will submit an unredacted copy to chambers when

court opens on Friday, June 10, 2011.

**RELIEF REQUESTED**

7.     By this Motion to Seal, Merrill Lynch seeks an order granting permission to file the Objection and the exhibits attached thereto under seal.

**BASIS FOR RELIEF REQUESTED**

8.     Section 107(b) of the Bankruptcy Code provides the Court with the power to issue orders that will protect entities from potential harm that may result from the disclosure of confidential information.

9.     Bankruptcy Rule 9018 defines the procedures by which a party may move for relief under § 107(b) of the Bankruptcy Code and provides that "[o]n motion  or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information . . ." Fed. R. Bankr. P. 9018.  Local Rule 9018-1(b) requires that any party who seeks to file documents under seal must file a motion to that effect. Del. Bankr. L.R. 9018-1(b).

10.     Merrill Lynch submits that good cause exists for the Court to grant the relief requested herein, If the Objection is not filed under seal, any highly confidential information contained in the Motion to Admit Documents could be inadvertently disclosed through the arguments contained in the Objection.  Moreover, the documents attached as exhibits to the Objection may include information designated as highly confidential by one or more of the CMO Parties.  Merrill Lynch, therefore, requests that it be permitted to file the Objection and its related exhibits under seal, in the form circulated to the CMO Parties.

3

## NOTICE

11.     Notice of this Motion to Seal has been provided to the CMO Parties.  In light of the relief requested, Merrill Lynch submits that no further notice is necessary.

## NO PRIOR REQUEST

12.     No prior motion for the relief requested herein has been made to this or any other Court.

WHEREFORE, for the reasons set forth herein, Merrill Lynch seeks an Order of this Court permitting it to file the Objection and the exhibits attached thereto under seal, and for such other and further relief as the Court deems just and proper.


Dated:  June 9, 2011

POTTER ANDERSON & CORROON LLP

*R. Stephen McNeill*

Laurie Selber Silverstein (DE No. 2396)
R. Stephen McNeill (DE No. 5210)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware  19899-0951
Telephone: 302-984-6000
Facsimile: 302-658-1192

-   and -

KAYE SCHOLER LLP
Madlyn Gleich Primoff
Jane W. Parver
Joseph M. Drayton
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Attorneys for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

4