IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. _____ |

## ORDER

Upon consideration of the Motion of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated (together, "Merrill Lynch"), Pursuant to Bankruptcy Code Section 107(b) and Fed. R. Bankr. P. 9018, to File Under Seal the Objection of Merrill Lynch to the Noteholders' Motions and Admission of Certain Exhibits in Connection with the Plan Confirmation (the "Motion to Seal"); and it appearing that appropriate notice of the Motion to Seal was provided; and it appearing that no other or further notice need be given; and after due deliberation; and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion to Seal is Granted.

2. Pursuant to Bankruptcy Code § 107(b) and Bankruptcy Rule 9018, and Local Bankruptcy Rule 9018-1, Merrill Lynch is authorized to file the Objection[1] and the exhibits attached thereto under seal.

Dated: June ___, 2011

                                                   The Honorable Kevin J. Carey
                                                   United States Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Seal.