**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br>**RE: DOCKET NO. 4938** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE, that Jamie L. Edmonson of Bayard, P.A. hereby withdraws her appearance as counsel in the above-captioned cases for GBH Investments, LLC.

PLEASE TAKE FURTHER NOTICE that Jamie L. Edmonson, Esquire hereby requests that she be removed from the official mailing matrix and any other service lists maintained in these cases.

Date:  June 10, 2011
            Wilmington, Delaware

BAYARD, P.A.

*/s/  Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
222 Delaware Avenue, 9th floor
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile:  (302) 658-6395

*Counsel for GBH Investments, LLC*

{BAY:01822124v1}