## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
                                                           :
In re:                                                     :   Chapter 11
                                                           :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, *et al.*,                                 :   (Jointly Administered)
                                                           :
              Debtors.                                     :   **Related Docket No:** _____
                                                           :
                                                           :
                                                           :
---------------------------------------------------------- X

## ORDER

      Upon consideration of the Motion of Bank of America, N.A. and Banc of America Securities, LLC (together "<u>Bank of America</u>"), Pursuant to Bankruptcy Code Section 107(B) and Fed. R. Bankr. P. 9018, to File Under Seal Bank of America, N.A.'S and Banc of America Securities, LLC's Joinder to the (I) the Objection of Merrill Lynch to the Noteholders' Motions and Admission of Certain Exhibits In Connection With the Plan Confirmation and (II) Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee For the Phones Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (the "<u>Motion to Seal</u>")[1]; and it appearing that appropriate notice of the Motion to Seal was provided; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore; it is hereby

---

[1] Terms not defined herein shall have the meanings ascribed to such terms in the Motion to Seal.

#14399287 v1

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion to Seal is Granted.

2. Pursuant to Bankruptcy Code section 107(b), Bankruptcy Rule 9018 and Local Bankruptcy Rule 9018-1, Bank of America is authorized to file the Joinder under seal.


Dated: _____, 2011            _____
                                        THE HONORABLE KEVIN J. CAREY
                                        UNITED STATES BANKRUPTCY JUDGE

-2-

#14399287 v1