# **EXHIBIT A**

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 04/01/11 | L M BUONOME | 0.40 | 170.00 |

Communicate with Erens regarding summarizing noteholders' second amended plan (.10); begin to draft summary of same (.30).

| 04/01/11 | A C FARRINGTON | 0.10 | 27.50 |

Review, update and distribute the internal court docket update of Tribune.

| 04/01/11 | D G HEIMAN | 1.00 | 975.00 |

Conference with Erens (.40); review Aurelius plan of reorganization amendments (.60).

| 04/02/11 | L M BUONOME | 4.30 | 1,827.50 |

Draft summary of noteholder plan amendments (4.20); communicate with Erens regarding same (.10).

| 04/03/11 | B B ERENS | 0.30 | 240.00 |

Review and revise plan summary.

| 04/04/11 | B B ERENS | 0.80 | 640.00 |

Telephone call with Lantry regarding upcoming plan filings (.30); review Lantry materials regarding same (.50).

| 04/05/11 | A C FARRINGTON | 0.10 | 27.50 |

Review, update and distribute the internal court docket update of Tribune.

| 04/06/11 | A C FARRINGTON | 0.10 | 27.50 |

Review, update and distribute the internal court docket update of Tribune.

| 04/07/11 | A C FARRINGTON | 0.10 | 27.50 |

Review, update and distribute the internal court docket update of Tribune.

| 04/08/11 | A C FARRINGTON | 0.10 | 27.50 |

Review, update and distribute the internal court docket update of Tribune.

| 04/11/11 | B B ERENS | 0.20 | 160.00 |

Voicemails and e-mails to team regarding results of confirmation hearing.

| 04/11/11 | A C FARRINGTON | 0.10 | 27.50 |

Review, update and distribute the internal court docket update of Tribune.

| 04/12/11 | L M BUONOME | 0.30 | 127.50 |

Review noteholders' amended objection to modified DCL plan.

| 04/12/11 | B B ERENS | 0.30 | 240.00 |

Telephone call with Heiman regarding update on confirmation hearings.

| 04/13/11 | D G HEIMAN | 0.50 | 487.50 |

Review summary of 4/12 hearing.

| 04/14/11 | B B ERENS | 0.20 | 160.00 |

Review confirmation hearing updates.

| 04/14/11 | A C FARRINGTON | 0.20 | 55.00 |

Review, update and distribute the internal court docket update of Tribune.

| 04/14/11 | D G HEIMAN | 0.50 | 487.50 |

Review summary of hearings.

| 04/15/11 | D G HEIMAN | 0.50 | 487.50 |

Review status report from Liebentritt and Shapiro.

| 04/18/11 | A C FARRINGTON | 0.10 | 27.50 |

Review, update and distribute the internal court docket update of Tribune.

| 04/19/11 | A C FARRINGTON | 0.10 | 27.50 |

Review, update and distribute the internal court docket update of Tribune.

| 04/19/11 | AK SOBCZAK | 1.10 | 275.00 |

Review daily docket report (.10); organize and inventory client files for storage (1.00).

| 04/20/11 | D G HEIMAN | 0.50 | 487.50 |

Review order on resolicitation (.20); conference with Erens regarding same (.30).

# JONES DAY

*Plan of Reorganization Matters*                                                                 Page 2

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 04/21/11 | D G HEIMAN | 0.50 | 487.50 |
| | Review summary of resolicitation call with Court. | | |
| 04/26/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 04/27/11 | L M BUONOME | 1.40 | 595.00 |
| | Analyze recently filed motions by the plan proponents regarding certain changes to both proposed plans. | | |
| 04/27/11 | B B ERENS | 0.30 | 240.00 |
| | Review docket items regarding amended plans. | | |
| 04/27/11 | A C FARRINGTON | 0.40 | 110.00 |
| | Review, update and distribute the internal court docket update of Tribune and related documents to the attorneys. | | |
| 04/27/11 | D G HEIMAN | 0.50 | 487.50 |
| | Review docket and solicitation pleadings. | | |
| 04/27/11 | AK SOBCZAK | 0.20 | 50.00 |
| | Review daily docket report. | | |
| 04/28/11 | L M BUONOME | 0.90 | 382.50 |
| | Draft summary regarding recent motions filed by both plan proponents per request by Erens (.80); communicate with Erens and Heiman regarding same (.10). | | |
| 04/28/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 04/28/11 | D G HEIMAN | 0.50 | 487.50 |
| | Review memorandum regarding pleadings. | | |
| 04/29/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| **TOTAL** | | **16.90**  USD | **9,962.50** |

# JONES DAY

__Committee Matters/Meetings__                                                            Page 1

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 04/04/11 | B B ERENS | 0.70 | 560.00 |
| | Telephone call with Heiman regarding upcoming committee call (.40); distribute materials regarding same (.30). | | |
| 04/04/11 | D G HEIMAN | 1.00 | 975.00 |
| | Prepare for special committee conference call (.60); conference with Erens regarding same (.40). | | |
| 04/05/11 | B B ERENS | 0.90 | 720.00 |
| | Prepare for special committee call (.20); call regarding same (.50); separate preparation with Heiman regarding same (.20). | | |
| 04/05/11 | D G HEIMAN | 1.00 | 975.00 |
| | Prepare for (.30) and attend meeting of special committee (.50); conference with Erens regarding same (.20). | | |
| 04/05/11 | A R SCHAEFFER | 1.00 | 500.00 |
| | Attend special committee meeting (.50); draft minutes of 4/4 special committee meeting (.50). | | |
| 04/12/11 | D G HEIMAN | 0.50 | 487.50 |
| | Draft memorandum to special committee regarding mediation session. | | |
| **TOTAL** | | **5.10** | **USD 4,217.50** |

# JONES DAY

| Court Hearings | | | Page 1 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 04/04/11 | B B ERENS | 0.20 | 160.00 |

Review updates regarding hearings.

| 04/04/11 | AK SOBCZAK | 0.20 | 50.00 |
|---|---|---|---|

Communicate with Marvin regarding telephonic appearance at 4/5/11 teleconference (.10); phone conference with CourtCall scheduling same (.10).

| 04/05/11 | L M BUONOME | 1.50 | 637.50 |
|---|---|---|---|

Attend telephonic conference call with Marvin regarding scheduling for week of 4/11 in court (1.30); communicate with Marvin regarding coverage at rebuttal hearing and legal objection hearings for week of 4/11 (.20).

| 04/05/11 | B B ERENS | 0.30 | 240.00 |
|---|---|---|---|

Review e-mails from court hearings.

| 04/05/11 | L M MARVIN | 3.00 | 1,500.00 |
|---|---|---|---|

Prepare for (1.00) and attend court conference including review of papers and attend court conference (1.30); prepare and respond to internal correspondence regarding same (.50); communicate with Buonome regarding same (.20).

| 04/08/11 | L M MARVIN | 1.10 | 550.00 |
|---|---|---|---|

Review and prepare correspondence regarding hearing (.30); conference with Bounome regarding same (.10); review filings in preparation for hearing (.70).

| 04/11/11 | L M MARVIN | 1.60 | 800.00 |
|---|---|---|---|

Review filings in preparation for hearing (1.00); review demonstrative (.20); review correspondence regarding deposition designations (.20); prepare correspondence regarding hearing (.20).

| 04/11/11 | AK SOBCZAK | 0.30 | 75.00 |
|---|---|---|---|

Communicate with Marvin regarding April 12 hearing (.10); phone call with CourtCall representative regarding same (.10); review reservation for accuracy and transmit to Marvin (.10).

| 04/12/11 | L M BUONOME | 9.30 | 3,952.50 |
|---|---|---|---|

Participate in DCL plan proponents' rebuttal hearing, taking notes on principal arguments to report back to senior attorneys (6.60); draft summary of same in order to communicate to senior attorneys (2.70).

| 04/12/11 | L M MARVIN | 5.10 | 2,550.00 |
|---|---|---|---|

Attend hearing telephonically.

| 04/13/11 | L M BUONOME | 9.50 | 4,037.50 |
|---|---|---|---|

Attend hearing regarding unresolved third party objections, taking notes to report back to senior attorneys (6.00); draft summary of same to circulate to senior attorneys (3.00); review noteholders' proposed objection to DCL plan to be discussed at hearing on 4/14/11 (.50).

| 04/13/11 | L M MARVIN | 1.20 | 600.00 |
|---|---|---|---|

Review correspondence to court (.50); review and respond to correspondence from Bounome regarding hearing (.70).

| 04/14/11 | L M BUONOME | 8.90 | 3,782.50 |
|---|---|---|---|

Review legal objections set forth by DCL plan proponents' letter to Judge Carey (.50); attend hearing regarding legal objections to proposed plans (6.00); summarize arguments made at today's hearing for review by senior attorneys (2.40).

| 04/14/11 | L M MARVIN | 0.20 | 100.00 |
|---|---|---|---|

Review correspondence from Bounome regarding hearing.

| 04/19/11 | L M MARVIN | 0.20 | 100.00 |
|---|---|---|---|

Review correspondence from Erens regarding hearing (.10); follow-up on same (.10).

| 04/19/11 | AK SOBCZAK | 0.30 | 75.00 |
|---|---|---|---|

Communicate with Buonome regarding telephonic appearance at 4/21/11 teleconference (.10); phone conference with CourtCall regarding same and review confirmation notice of telephonic appearance (.10); transmit same to Buonome (.10).

| 04/21/11 | L M BUONOME | 1.70 | 722.50 |
|---|---|---|---|

Attend telephonic court conference regarding limited re-solicitation of both proposed plans (.90); draft summary of same (.70); communicate with Heiman, Erens and Marvin regarding same (.10).

**JONES DAY**

Court Hearings | | | Page 2
---|---|---|---

| TOTAL | 44.60 | USD | 19,932.50 |

# JONES DAY

| Fee Applications/Retention Preparation | | | Page 1 |

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 04/05/11 | AK SOBCZAK | 0.70 | 175.00 |

Review docket for fee auditor's rulings on first interim fee application (.30); review docket for certificates of no objections to monthly fee applications (.30); e-mail to and from Tiller regarding same (.10).

| 04/05/11 | J M TILLER | 0.80 | 400.00 |

Review process and documents regarding fee applications (.70); communicate with Erens regarding same (.10).

| 04/06/11 | B B ERENS | 0.20 | 160.00 |

Review fee application and telephone call with Sobczak regarding same.

| 04/06/11 | AK SOBCZAK | 3.60 | 900.00 |

Review and revise February 2011 fee application (1.50); e-mails with Soffer (financial services) regarding same (.20); phone conferences with Tiller regarding same (.20); e-mails with Erens regarding declaration to fee application and logistics (.20); e-mails with Bunck regarding charges for CourtCall appearances (.10); e-mails with CourtCall requesting invoices regarding same (.20); e-mail to and from Marvin regarding summary of litigation services language (.10); revise fee application (.30); e-mails with local counsel regarding filing of interim and monthly fee applications (.30); update electronic files (.50).

| 04/07/11 | AK SOBCZAK | 0.80 | 200.00 |

Numerous e-mails to and from Bunck regarding invoices for CourtCall appearances (.20); e-mail to and from CourtCall representative (.10); review numerous CourtCall invoices (.40); e-mail to and from Bunck regarding receipt of invoices (.10).

| 04/11/11 | B B ERENS | 0.20 | 160.00 |

Finalize interim and February 2011 fee application.

| 04/11/11 | AK SOBCZAK | 2.30 | 575.00 |

Draft, review and revise 2nd interim fee application and exhibits (2.00); communicate with Stano regarding Heiman review of February 2011 fee application (.20); draft e-mail to Erens regarding status of same (.10).

| 04/12/11 | AK SOBCZAK | 3.10 | 775.00 |

E-mails to and from Stano regarding Heiman review of fee application (.30); e-mails with local counsel regarding objection date and e-filing (.20); prepare application, exhibits, signature pages and notice for e-filing (1.20); e-mails to and from Soffer (financial services) regarding same (.10); update all electronic files regarding February 2011 fee application (.50); phone conference with Tiller regarding second interim fee application (.30); review and revise second interim fee application and exhibits (.50).

| 04/12/11 | J M TILLER | 0.90 | 450.00 |

Review and provide comments on interim fee application for special committee (.60); communicate with Sobczak regarding same (.30).

| 04/13/11 | B B ERENS | 0.20 | 160.00 |

Finalize review of second interim fee application.

| 04/13/11 | AK SOBCZAK | 1.60 | 400.00 |

Review and revise March 2011 invoice.

| 04/14/11 | AK SOBCZAK | 2.60 | 650.00 |

Review and revise 2nd interim fee application (.10); transmit same to Heiman for review and signature (.10); prepare same for e-filing (.40); communicate with local counsel regarding e-filing and objection date (.10); transmit 2nd interim fee application to locate counsel (.10); update electronic files regarding same (.30); review and revise March 2011 bill (1.00); communicate with Buonome, Marvin and Stano regarding expenses respecting same (.30); communicate with financial services regarding expenses (.20).

| 04/15/11 | AK SOBCZAK | 2.30 | 575.00 |

Review filed second interim fee application (.20); update electronic files regarding same (.10); review and revise March 2011 bill (2.00).

| 04/18/11 | AK SOBCZAK | 3.40 | 850.00 |

Review and revise March 2011 bill (3.20); e-mail to Tiller regarding same (.10); phone conference with Tiller regarding same (.10).

| 04/28/11 | AK SOBCZAK | 2.00 | 500.00 |

Review and revise March 2011 bill.

## JONES DAY

<u>Fee Applications/Retention Preparation</u> Page 2

| | | | |
|---|---|---|---|
| 04/29/11 | AK SOBCZAK | 4.00 | 1,000.00 |

Draft, review and revise March 2011 fee application (2.70); e-mails to and from Erens and Marvin regarding same (.10); review and revise March 2011 bill (1.20).

| **TOTAL** | | **28.70** | **USD** | **7,930.00** |
|---|---|---|---|---|

# JONES DAY

Bankruptcy Travel Page 1

| Date | Timekeeper | Hours | | Amount |
|---|---|---|---|---|
| 04/11/11 | D G HEIMAN | 4.00 | | 3,900.00 |
| | Travel to and from Wilmington, DE for mediation session. | | | |
| 04/12/11 | L M BUONOME | 2.40 | | 1,020.00 |
| | Travel to Wilmington, DE bankruptcy court to attend DCL plan proponents' confirmation rebuttal case. | | | |
| 04/14/11 | L M BUONOME | 2.50 | | 1,062.50 |
| | Travel from Wilmington, DE to New York City. | | | |
| **TOTAL** | | **8.90** | **USD** | **5,982.50\*** |

\*The amount charged for bankruptcy travel has been reduced by 50% such that only $2,991.25 is being requested in the fee application.

# JONES DAY

Litigation Matters                                                                 Page 1

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/04/11 | L M MARVIN | Review filings and prepare correspondence regarding same. | 0.50 | 250.00 |
| 04/05/11 | D G HEIMAN | Review memorandum from Marvin regarding mediation (.20); conference with Shapiro regarding same (.30). | 0.50 | 487.50 |
| 04/06/11 | D G HEIMAN | Conference with Shapiro regarding mediation. | 0.50 | 487.50 |
| 04/06/11 | L M MARVIN | Review and respond to correspondence regarding mediation. | 0.30 | 150.00 |
| 04/07/11 | D G HEIMAN | Draft memorandum to special committee regarding mediation (.40); telephone conferences with Liebentritt and Shapiro regarding mediation (.60). | 1.00 | 975.00 |
| 04/07/11 | L M MARVIN | Review and prepare correspondence regarding mediation. | 0.30 | 150.00 |
| 04/08/11 | D G HEIMAN | Conference with Kurtz regarding status of mediation. | 1.00 | 975.00 |
| 04/09/11 | L M MARVIN | Review correspondence regarding deposition designations. | 0.30 | 150.00 |
| 04/11/11 | D G HEIMAN | Meeting with debtors' team (1.00); attend mediation (7.50). | 8.50 | 8,287.50 |
| 04/28/11 | L M MARVIN | Review docket entries and correspond with Bounome regarding same. | 0.50 | 250.00 |
| **TOTAL** | | | **13.40** | **USD 12,162.50** |

# **EXHIBIT B**

CHI-1510731v1

# JONES DAY

Special Committee of the Board of Directors of                                                  Page 1

Plan of Reorganization Matters

### DISBURSEMENT DETAIL - April 30, 2011

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **CAR RENTAL CHARGES** | | | | |
| 04/13/11 | D G HEIMAN | CLE | 137.00 | |
| | Car rental charges - DIVA LIMOUSINE LTD. 4/11/11 | | | |
| | **Car rental charges Subtotal** | | | 137.00 |
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 04/18/11 | X S STROHBEHN | NYC | 113.76 | |
| | Computerized research services - PACER SERVICE CENTER 1st quarter 2011 | | | |
| | **Computerized research services Subtotal** | | | 113.76 |
| **CONFERENCE CALL CHARGES** | | | | |
| 04/22/11 | AK SOBCZAK | CHI | 37.00 | |
| | Conference Call Charges - NATIONAL CITY BANK COURTCALL 3/1/11 | | | |
| 04/22/11 | AK SOBCZAK | CHI | 72.00 | |
| | Conference Call Charges - NATIONAL CITY BANK COURTCALL 3/4/11 | | | |
| 04/22/11 | AK SOBCZAK | CHI | 30.00 | |
| | Conference Call Charges - NATIONAL CITY BANK COURTCALL 3/8/11 | | | |
| 04/22/11 | AK SOBCZAK | CHI | 30.00 | |
| | Conference Call Charges - NATIONAL CITY BANK COURTCALL 3/8/11 | | | |
| 04/22/11 | AK SOBCZAK | CHI | 44.00 | |
| | Conference Call Charges - NATIONAL CITY BANK COURTCALL 3/9/11 | | | |
| 04/22/11 | AK SOBCZAK | CHI | 212.00 | |
| | Conference Call Charges - NATIONAL CITY BANK COURTCALL 3/14/11 | | | |
| 04/22/11 | AK SOBCZAK | CHI | 170.00 | |
| | Conference Call Charges - NATIONAL CITY BANK COUNTCALL 3/18/11 | | | |
| 04/22/11 | AK SOBCZAK | CHI | 198.00 | |
| | Conference Call Charges - NATIONAL CITY BANK COURTCALL 3/21/11 | | | |
| 04/22/11 | AK SOBCZAK | CHI | 212.00 | |
| | Conference Call Charges - NATIONAL CITY BANK COURTCALL 3/21/11 | | | |
| | **Conference Call Charges Subtotal** | | | 1,005.00 |
| **DUPLICATION CHARGES** | | | | |
| 04/28/11 | NYC ACCOUNTING | NYC | 1,460.59 | |
| | Duplication charges - TRANSPERFECT DOCUMENT MANAGEMENT INC for reproduction of documents. | | | |
| | **Duplication charges Subtotal** | | | 1,460.59 |
| **FOOD AND BEVERAGE EXPENSES** | | | | |
| 04/21/11 | L M BUONOME | NYC | 16.20 | |
| | Food and beverage expenses breakfast Receipt #14. 14-Apr-2011 | | | |
| 04/21/11 | L M BUONOME | NYC | 26.00 | |
| | Food and beverage expenses lunch Receipt #9 Meal. 14-Apr-2011 | | | |
| 04/21/11 | L M BUONOME | NYC | 42.00 | |
| | Food and beverage expenses dinner Receipt #8 Meal. 13-Apr-2011 | | | |
| 04/21/11 | L M BUONOME | NYC | 6.00 | |
| | Food and beverage expenses breakfast Receipt #2 Meal. 12-Apr-2011 | | | |
| 04/21/11 | L M BUONOME | NYC | 2.70 | |
| | Food and beverage expenses breakfast Receipt #6 Meal. 12-Apr-2011 | | | |
| 04/21/11 | L M BUONOME | NYC | 20.75 | |
| | Food and beverage expenses dinner Receipt #5 Meal. 12-Apr-2011 | | | |
| 04/21/11 | L M BUONOME | NYC | 8.50 | |
| | Food and beverage expenses dinner Receipt #12 Meal on train. 14-Apr-2011 | | | |

# JONES DAY

Special Committee of the Board of Directors of | Page 2

| Date | Name | Location | Amount | Subtotal |
|---|---|---|---|---|
| 04/21/11 | L M BUONOME | NYC | 7.98 | |
| | Food and beverage expenses lunch Receipt #7 Meal. 13-Apr-2011 | | | |
| | **Food and beverage expenses Subtotal** | | | 130.13 |

**HOTEL CHARGES**

| 04/21/11 | L M BUONOME | NYC | 877.80 | |
|---|---|---|---|---|
| | Hotel charges Receipt #14. 12-Apr-2011 to 14-Apr-2011 2 nights | | | |
| | **Hotel charges Subtotal** | | | 877.80 |

**IMAGING SERVICES**

| 04/19/11 | L M MARVIN | NYC | 183.29 | |
|---|---|---|---|---|
| | Imaging services - ALPHA SYSTEMS March 2011 hosting | | | |
| 04/19/11 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - ALPHA SYSTEMS March 2011 hosting | | | |
| | **Imaging services Subtotal** | | | 261.08 |

**LOCAL TAXI CHARGES**

| 04/12/11 | L M MARVIN | NYC | 133.88 | |
|---|---|---|---|---|
| | Local taxi charges- Dialcar- 02/18/11 | | | |
| | **Local taxi charges Subtotal** | | | 133.88 |

**TAXI FARE**

| 04/07/11 | L M BUONOME | NYC | 16.30 | |
|---|---|---|---|---|
| | Taxi fare Receipt #4 - working late; transport home from office. 02-Apr-2011 | | | |
| 04/21/11 | L M BUONOME | NYC | 10.00 | |
| | Taxi fare Receipt #4 Transport to Courthouse from DE train station. 12-Apr-2011 | | | |
| 04/21/11 | L M BUONOME | NYC | 26.37 | |
| | Taxi fare Receipt #1 Transport to train station from home. 12-Apr-2011 | | | |
| 04/21/11 | L M BUONOME | NYC | 10.00 | |
| | Taxi fare Receipt #10 Transport to train station from hotel for return to NY. 14-Apr-2011 | | | |
| 04/21/11 | L M BUONOME | NYC | 23.42 | |
| | Taxi fare Receipt #13 Transport home from NY train station upon return from DE. 14-Apr-2011 | | | |
| | **Taxi Fare Subtotal** | | | 86.09 |

**TRAIN FARE**

| 04/21/11 | L M BUONOME | NYC | 141.00 | |
|---|---|---|---|---|
| | Train fare Receipt #3 Train to Delaware from NY. 12-Apr-2011 | | | |
| 04/21/11 | L M BUONOME | NYC | 157.00 | |
| | Train fare Receipt #11 Transport to train station from hotel for return to NY. 14-Apr-2011 | | | |
| | **Train Fare Subtotal** | | | 298.00 |

**VIDEO AND ELECTRONIC EXPENSES**

| 04/25/11 | L M MARVIN | NYC | 323.15 | |
|---|---|---|---|---|
| | Video and electronic expenses - TSG REPORTING, INC. 3/15/2011 (deposition of Mark Shapiro) | | | |
| | **Video and electronic expenses Subtotal** | | | 323.15 |

| **Total** | | USD | **4,826.48 \*\*** |
|---|---|---|---|

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 130.13

| **Grand Total** | | USD | **4,826.48 \*\*** |
|---|---|---|---|

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 130.13

# **EXHIBIT C**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1. I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.     I have read the Eighth Monthly Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from April 1, 2011 Through April 30, 2011 (the "Application").

3.     A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: June 10, 2011        /s/Brad B. Erens
                            Brad B. Erens