IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 9227** |

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 13, 2011 AT 1:30 P.M.[3] BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

## CONTESTED MATTERS GOING FORWARD

1. Second Motion to Amend Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates (Filed May 27, 2011) (Docket No. 9012)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

[3] **Pursuant to the Court's directive, the time of the hearing has been changed from 2:00 p.m. to 1:30 p.m.**

Objection Deadline: June 6, 2011 at 4:00 p.m.

Responses Received:

    (a)     Sam Zell's Limited Objection to the Committee's Second Motion to Amend the Definition of "Termination Event" (Filed June 3, 2011) (Docket No. 9059)

Status:     This matter will be going forward.

2. Motion of the Debtor Committee Lender Plan Proponents to Admit DCL Exhibits 3-95, 384, 435 and 1323 into Evidence (Filed June 6, 2011) (Docket No. 9150)

Objection Deadline: June 9, 2011 at 8:00 p.m.

Responses Received:

    (a)     Noteholder Plan Proponents' Objection to Motion of DCL Plan Proponents for Admission of Certain DCL Exhibits (Filed June 9, 2011) (Docket No. 9219)

Related Documents:

    (a)     Appendix to Motion of the Debtor-Committee-Lender Plan Proponents to Admit DCL Exhibits 3-95, 384, 435 and 1323 into Evidence (Filed June 6, 2011) (Docket No. 9151)

Status:     This matter will be going forward.

3. [Redacted] Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONE Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (Filed June 6, 2011) (Docket No. 9153)

Objection Deadline: June 9, 2011 at 8:00 p.m.

Responses Received:

    (a)     [Redacted] Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (Filed June 9, 2011) (Docket No. 9217)

46429/0001-7639205v4

(b) Motion of JPMorgan Chase Bank, N.A. for Entry of an Order Authorizing Filing Under Seal Portions of the Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (Filed June 9, 2011) (Docket No. 9218)

(c) [Redacted] Bank of America, N.A.'s and Banc of America Securities, LLC's Joinder to the (I) the Objection of Merrill Lynch to the Noteholders' Motions and Admission of Certain Exhibits in Connection with the Plan Confirmation and (II) Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (Filed June 10, 2011) (Docket No. 9223)

(d) Motion of Bank of America, N.A. and Banc of America Securities, LLC's, Pursuant to Bankruptcy Code Section 107(b) and Fed. R. Bankr. P. 9018, to File Under Seal Bank of America, N.A.'s and Banc of America Securities, LLC's Joinder to the (I) the Objection of Merrill Lynch to the Noteholders' Motions and Admission of Certain Exhibits in Connection with the Plan Confirmation and (II) Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (Filed June 10, 2011) (Docket No. 9225)

(e) **[Redacted] Objection of Merrill Lynch to the Noteholders' Motions and Admission of Certain Exhibits in Connection with the Plan Confirmation (Filed June 9, 2011) (Docket No. 9220)**

(f) **Motion of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith, Incorporated, Pursuant to Bankruptcy Code Section 107(b) and Fed. R. Bankr. P. 9018, to File Under Seal the Objection of Merrill Lynch to the Noteholders' Motions and Admission of Certain Exhibits in Connection with the Plan Confirmation [D.I. 9220] (Filed June 9, 2011) (Docket No. 9221)**

Related Documents:

    (a)    Motion of Wilmington Trust Company for Authorization to File Under Seal Portions of its Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONE Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (Filed June 6, 2011) (Docket No. 9154)

    (b)    [Redacted] Declaration of Martin S. Siegel (Filed June 6, 2011) (Docket No. 9155)

    (c)    Motion of Wilmington Trust Company for Authorization to File Under Seal Portions of the Declaration of Martin S. Siegel in Support of Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONE Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (Filed June 6, 2011) (Docket No. 9156)

    (d)    Notice of Motion (Filed June 7, 2011) (Docket No. 9198)

Status: This matter will be going forward.

4. [Redacted] Motion of the Noteholder Plan Proponents to Admit Certain Documents (Filed June 6, 2011) (Docket No. 9157)

Objection Deadline: June 9, 2011 at 8:00 p.m.

Responses Received:

    (a)    [Redacted] Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (Filed June 9, 2011) (Docket No. 9217)

    (b)    Motion of JPMorgan Chase Bank, N.A. for Entry of an Order Authorizing Filing Under Seal Portions of the Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (Filed June 9, 2011) (Docket No. 9218)

    (c)    [Redacted] Objection of Merrill Lynch to the Noteholders' Motions and Admission of Certain Exhibits in Connection with the Plan Confirmation (Filed June 9, 2011) (Docket No. 9220)

(d) Motion of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith, Incorporated, Pursuant to Bankruptcy Code Section 107(b) and Fed. R. Bankr. P. 9018, to File Under Seal the Objection of Merrill Lynch to the Noteholders' Motions and Admission of Certain Exhibits in Connection with the Plan Confirmation [D.I. 9220] (Filed June 9, 2011) (Docket No. 9221)

(e) [Redacted] Bank of America, N.A.'s and Banc of America Securities, LLC's Joinder to the (I) the Objection of Merrill Lynch to the Noteholders' Motions and Admission of Certain Exhibits in Connection with the Plan Confirmation and (II) Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (Filed June 10, 2011) (Docket No. 9223)

(f) Motion of Bank of America, N.A. and Banc of America Securities, LLC's, Pursuant to Bankruptcy Code Section 107(b) and Fed. R. Bankr. P. 9018, to File Under Seal Bank of America, N.A.'s and Banc of America Securities, LLC's Joinder to the (I) the Objection of Merrill Lynch to the Noteholders' Motions and Admission of Certain Exhibits in Connection with the Plan Confirmation and (II) Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (Filed June 10, 2011) (Docket No. 9225)

Related Documents:

(a) Motion of Aurelius Capital Management, LP for Authorization to File Motion of the Noteholder Plan Proponents to Admit Certain Documents Under Seal (Filed June 6, 2011) (Docket No. 9158)

(b) Notice of Motion (Filed June 7, 2011) (Docket No. 9199)

Status: This matter will be going forward.

5. Status conference to address unresolved redaction disputes, if any, regarding the Wilmington Trust Company's Supplemental Proposed Findings of Fact and Conclusions of Law of Wilmington Trust Company (Docket No. 9058).

6. Status conference to address unresolved redaction disputes, if any, regarding the Noteholder Plan Proponents' (i) Proposed Findings of Fact and Conclusions of Law (FCC Supplement) (Docket No. 9063), (ii) Proposed Findings of Fact (Docket No. 9064), and (iii) Proposed Conclusions of Law (Docket No. 9065).

5
46429/0001-7639205v4

7. Status conference to address unresolved redaction disputes, if any, regarding the filing by Wilmington Trust Company of their Supplemental Motion Concerning the Admission of Certain Documents (Docket No. 9153).

8. Status conference to address unresolved redaction disputes, if any, regarding the filing by Wilmington Trust Company of the Declaration of Martin S. Siegel in Support Supplemental Motion Concerning the Admission of Certain Documents (Docket No. 9155).

9. Status conference to address unresolved redaction disputes, if any, regarding the filing by the Noteholder Plan Proponents of their Motion to Admit Certain Documents (Docket No. 9157).

Dated: June 13, 2011

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

6