# EXHIBIT A



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838596
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through March 31, 2011

**JoAnn Parker v.; Case No. 2009L010092 0000001909**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/01/11 | N. Riesco | L120 | 0 | Communications with G. Silva regarding deposition scheduling (.20); draft amended notice of deposition and email to opposing counsel regarding same (.30). | 0.50 | 200.00 |
| 03/02/11 | N. Riesco | L330 | 0 | Communications with G. Silva regarding deposition scheduling and schedule of R. Reyes. | 0.20 | 80.00 |
| 03/07/11 | N. Riesco | L120 | 0 | Communications with G. Silva and R. Reyes concerning deposition scheduling. | 0.30 | 120.00 |
| 03/10/11 | N. Riesco | L120 | 0 | Call to M. Chervinko regarding deposition scheduling. | 0.10 | 40.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1838596

Page 2

Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/15/11 | N. Riesco | L330 | 0 | Telephone conference with P. Bender concerning deposition scheduling etc. (.40); call with M. Chervinko concerning potential deposition in case (.20). | 0.60 | 240.00 |
| 03/17/11 | N. Riesco | L190 | 0 | Telephone conference with P. Bender concerning discovery completion, potential deposition of R. Reyes via telephone or interrogatories, disputes regarding extension/proper motion (.70); review case pleading for history regarding plaintiff's non compliance with discovery obligations (.20); draft motion for extension of time (.40). | 1.30 | 520.00 |
| 03/18/11 | N. Riesco | L190 | 0 | Consider case strategy regarding completion of discovery and depositions (.50); communications with G. Pauling concerning same (.20); communications with A. Jubelirer and G. Silva concerning deposition scheduling, etc. (.20); draft, edit and revise motion for extension of time (1.00). | 1.90 | 760.00 |
| 03/19/11 | N. Riesco | L330 | 0 | Prepare for plaintiff deposition. | 1.50 | 600.00 |
| 03/21/11 | N. Riesco | L330 | 0 | Communications with A. Jubelirer concerning deposition scheduling (.10); prepare amended deposition notice (.10). | 0.20 | 80.00 |
| 03/22/11 | N. Riesco | L330 | 0 | Plan and prepare for plaintiff's deposition (3.30); communications with A. Jubelirer and G. Silva regarding deposition scheduling (.30); issue amended deposition notice to plaintiff (.20); review court orders concerning motion for extension to complete discovery (.30). | 4.10 | 1,640.00 |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1838596

Page 3

Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/23/11 | N. Riesco | L330 | 0 | Prepare for plaintiff's deposition (4.90); telephoe conference with opposing counsel concerning deposition scheduling, etc. (.30); draft email and various communications with A. Jubelirer and G. Silva concerning conversation with opposing counsel, strategy concerning depositions of former employees (.70); call to M. Chervinko concerning her deposition (.20); draft email to opposing counsel concerning pending items and deposition scheduling (.50). | 6.60 | 2,640.00 |
| 03/24/11 | N. Riesco | L330 | 0 | Prepare for plaintiff's deposition. | 3.30 | 1,320.00 |
| 03/25/11 | N. Riesco | C300 | 0 | Review and analyze communications from opposing counsel concerning deposition and settlement demand (.50); various communications with A. Jubelirer concerning depositions, J. Harris termination, settlement demand and strategy (.50); draft email to opposing counsel concerning various deposition scheduling issued (.50); prepare for plaintiff's deposition (1.00). | 2.50 | 1,000.00 |
| 03/27/11 | N. Riesco | L190 | 0 | Review and analyze termination file for J. Harris. | 2.00 | 800.00 |
| 03/28/11 | N. Riesco | L330 | 0 | Prepare for plaintiff's deposition. | 3.70 | 1,480.00 |
| 03/29/11 | N. Riesco | L430 | 0 | Conduct deposition preparation of G. Silva (3.00); prepare for plaintiff's deposition including interview of F. Laterza concerning same (2.5); | 5.50 | 2,200.00 |
| 03/30/11 | N. Riesco | L330 | 0 | Prepare for and take deposition of J. Parker. | 11.00 | 4,400.00 |
| 03/31/11 | N. Riesco | L330 | 0 | Prepare for and take deposition of J. Parker. | 9.30 | 3,720.00 |

**Total Hours**                                                                      54.60

**Total Fees**                                                                       $21,840.00

**Less Discount**                                                                    ($2,184.00)


**ATTORNEYS**

Invoice No. 1838596

Page 4

Chicago Tribune Company

**Total Fees After Discount**                                    $19,656.00

<u>**Timekeeper Summary**</u>

N. Riesco          Associate      –      54.60    hours at    $400.00    per hour

<u>**Disbursements**</u>                                    <u>**Value**</u>

Copying                                          257.00
Online Research                                  95.70

**Total Disbursements**                                    352.70

**Total Amount Due**                                    $20,008.70



# SEYFARTH
**ATTORNEYS**
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1838596
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $21,840.00 |
| Less Discount | ($2,184.00) |
| Total Fees after Discount | $19,656.00 |
| Total Disbursements | 352.70 |
| Total Fees and Disbursements This Statement | $20,008.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838593
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through March 31, 2011

**Labor-General 0000001174**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/21/11 | J. Sherman | C300 | 0 | Review of Teamster contract language (.30); conference with A. Barnes regarding distribution changes being planned (.30). | 0.60 | 417.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 0.60 | |
| **Total Fees** | | | | | | $417.00 |
| **Less Discount** | | | | | | ($41.70) |
| **Total Fees After Discount** | | | | | | $375.30 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | – | 0.60 | hours at | $695.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Baltimore Sun

**Total Disbursements**                                                         0.00

**Total Amount Due**                                                         $375.30



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1838593
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $417.00 |
| Less Discount | ($41.70) |
| Total Fees after Discount | $375.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $375.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838595
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through March 31, 2011

**Guild Labor Matters 0000001483**

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 03/01/11 | J. Sherman | C300 | 0 | Research and drafting in connection with unit clarification waiver in contract extension agreement. | 0.50 | 347.50 |
| 03/29/11 | J. Sherman | C300 | 0 | Review of e-mail correspondence from A. Barnes related to Guild information request (.10); review of letter of agreement between The Baltimore Sun and The Washington Post (.30); additional correspondence with A. Barnes related to copy sharing issue (.30). | 0.70 | 486.50 |
| 03/30/11 | J. Sherman | C300 | 0 | Review of Guild information request (.20); review of Guild collective bargaining agreement related to same (.30); conference with management regarding Guild information request (.60). | 1.10 | 764.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### A T T O R N E Y S  SHAW LLP

Baltimore Sun

| | |
|---|---|
| **Total Hours** | 2.30 |
| **Total Fees** | $1,598.50 |
| **Less Discount** | ($159.85) |
| **Total Fees After Discount** | $1,438.65 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| J. Sherman | Partner | 2.30 | hours at | $695.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,438.65 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1838595
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,598.50 |
| Less Discount | ($159.85) |
| Total Fees after Discount | $1,438.65 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,438.65 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |


**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838602
0276 11089 / 11089-000001
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through March 31, 2011

### Labor-General 0000000968

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/15/11 | J. Ross | C300 | 0 | Correspondence to L. Hurley of ADP regarding conflict waiver request. | 0.70 | 462.00 |
| 03/25/11 | G. Hertan | C300 | 0 | Review and analyze emails from A. Jubelirer regarding substitution of paid time off leaves and email communications regarding same. | 0.20 | 104.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.90 | |
| **Total Fees** | | $566.00 |
| **Less Discount** | | ($56.60) |
| **Total Fees After Discount** | | $509.40 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1838602

Page 2

Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Ross | Partner | - | 0.70 | hours at | $660.00 | per hour |
| G. Hertan | Of Counsel | - | 0.20 | hours at | $520.00 | per hour |

**Total Disbursements**     0.00

**Total Amount Due**     $509.40

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1838602
0276 11089 / 11089-000001
Labor-General 0000000968

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $566.00 |
| Less Discount | ($56.60) |
| Total Fees after Discount | $509.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $509.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838603
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through March 31, 2011

### <u>Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177</u>

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|------|----------|------|----------|-------------|-------|--------|
| 03/01/11 | N. Riesco | L210 | 0 | Draft reply to motion for summary judgment. | 0.50 | 200.00 |
| 03/03/11 | N. Riesco | L430 | 0 | Prepare reply to motion for summary judgment. | 1.00 | 400.00 |
| 03/04/11 | N. Riesco | L430 | 0 | Communications with G. Silva concerning Holmes and Moreno pay information in connection with reply to motion for summary judgment (.20); review and analyze information provided by G. Silva (.70). | 0.90 | 360.00 |
| 03/05/11 | N. Riesco | L243 | 0 | Prepare reply to motion for summary judgment (4.0); conduct research regarding intersection of national origin claims and language issues (1.0). | 5.00 | 2,000.00 |
| 03/06/11 | N. Riesco | L243 | 0 | Prepare reply to motion for summary judgment. | 4.70 | 1,880.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1838603

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/07/11 | N. Riesco | L243 | 0 | Prepare reply to motion for summary judgment (3.30); communications with T. Kershah concerning extension of time to file same (.10); prepare motion for extension of time to file reply (.40); conference call with G. Silva, R. Hoshell and L. Gresham concerning potential response to Holmes' discriminatory pay assertion (.70). | 4.50 | 1,800.00 |
| 03/08/11 | G. Pauling II | L120 | 0 | Conference with N. Riesco regarding reply brief and analysis/strategy. | 0.80 | 456.00 |
| 03/08/11 | N. Riesco | L243 | 0 | Prepare reply to motion for summary judgment (4.90); various communications with G. Silva and R. Hoshell concerning response to pay discrimination allegation (.60); conference with G. Pauling concerning reply brief analysis/strategy (.80). | 6.30 | 2,520.00 |
| 03/09/11 | N. Riesco | L210 | 0 | Prepare reply to motion for summary judgment (1.00); prepare supplemental affidavit for G. Silva (.50). | 1.50 | 600.00 |
| 03/10/11 | N. Riesco | L243 | 0 | Prepare reply to motion for summary judgment. | 1.10 | 440.00 |
| 03/14/11 | G. Pauling II | L243 | 0 | Work on reply brief in support of motion for summary judgment. | 2.00 | 1,140.00 |
| 03/14/11 | N. Riesco | L243 | 0 | Edit, review, revise and electronically file reply in support of motion for summary judgment, supplemental affidavit of G. Silva and response to plaintiff's statement of additional facts (4.10); various communications with G. Pauling (.40); G. Silva and A. Jubelirer regarding same (.40). | 4.90 | 1,960.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 33.20 | |
| **Total Fees** | | | | | | $13,756.00 |
| **Less Discount** | | | | | | ($1,375.60) |
| **Total Fees After Discount** | | | | | | $12,380.40 |



Invoice No. 1838603

Page 3

Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 2.80 | hours at | $570.00 | per hour |
| N. Riesco | Associate | - | 30.40 | hours at | $400.00 | per hour |

## Disbursements | Value

| | |
|---|---|
| Copying | 7.00 |
| Online Research | 74.93 |
| **Total Disbursements** | 81.93 |
| **Total Amount Due** | $12,462.33 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1838603
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $13,756.00 |
| Less Discount | ($1,375.60) |
| Total Fees after Discount | $12,380.40 |
| Total Disbursements | 81.93 |
| Total Fees and Disbursements This Statement | $12,462.33 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



SEYFARTH
SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838599
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through March 31, 2011

Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/04/11 | A. Shepro | B110 | 0 | Create and edit Sixteen (January) Monthly Fee Application. | 2.50 | 250.00 |
| 03/07/11 | J. McManus | B110 | 0 | Review/revise pleading portion of Sixteenth Monthly Fee Application (.60); review time detail regarding same (.20); prepare response to fee examiner report regarding Third Quarterly Fee Application (.40). | 1.20 | 330.00 |
| 03/07/11 | A. Shepro | B110 | 0 | Discuss Tribune Sixteen Monthly Fee Application edits with J. McManus. | 0.10 | 10.00 |
| 03/14/11 | J. McManus | B110 | 0 | Continue preparing responses to two fee examiner reports (.80); prepare Seventeenth Monthly Fee Application (.60). | 1.40 | 385.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1838599

Page 2

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/15/11 | J. McManus | B110 | 0 | Finalize Sixteenth Monthly Fee Application in preparation for filing with the court (.60); revise pleading portion of fee application (.30). | 0.90 | 247.50 |
| 03/17/11 | J. Sherman | L120 | 0 | Review Sixteenth Monthly Fee Application and execute same. | 0.30 | 208.50 |
| 03/18/11 | J. McManus | B110 | 0 | Revise/assemble Sixteenth Monthly Fee Application for filing with the court (.20); communications with local counsel regarding same (.10); email to P. Ratkowiak forwarding fee application for filing (.10). | 0.40 | 110.00 |
| 03/22/11 | J. McManus | B110 | 0 | Confer ence with O. Reyes regarding preparation of Seventeenth Monthly Fee Application (.10); review time detail regarding same (.40). | 0.50 | 137.50 |
| 03/25/11 | J. McManus | B110 | 0 | Prepare Seventeenth Monthly Fee Application. | 0.50 | 137.50 |
| 03/28/11 | J. Sherman | L120 | 0 | Redact and edit Seventeenth Monthly Fee Application for purposes of privilege. | 0.50 | 347.50 |
| 03/29/11 | J. McManus | B110 | 0 | Prepare Sixth Quarterly Fee Application. | 2.10 | 577.50 |
| 03/29/11 | A. Shepro | B160 | 0 | Edit compensation by matter, expenses, and compensation by project category in the Seventeenth Monthly Fee Application (2.60); edit Seventeenth Monthly Fee Application (.30). | 2.90 | 290.00 |
| 03/30/11 | J. McManus | B110 | 0 | Review/edit Seventeenth Monthly Fee Application. | 0.70 | 192.50 |
| 03/30/11 | A. Shepro | B160 | 0 | Review and update fee application history in Seventeenth Monthly Fee Application (.20); review Seventeenth Monthly Fee Application edits (.20); review time detail for Seventeenth Monthly Fee Application and delump entries as needed (.70). | 1.10 | 110.00 |
| 03/31/11 | J. McManus | B110 | 0 | Prepare Sixth Quarterly Fee Application. | 1.80 | 495.00 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1838599

Page 3

Tribune Company/Sherman

| | |
|---|---:|
| **Total Hours** | 16.90 |
| **Total Fees** | $3,828.50 |
| **Less Discount** | ($382.85) |
| **Total Fees After Discount** | $3,445.65 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.80 | hours at | $695.00 | per hour |
| J. McManus | Paralegal | - | 9.50 | hours at | $275.00 | per hour |
| A. Shepro | Legal Asst. | - | 6.60 | hours at | $100.00 | per hour |

| | |
|---|---:|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $3,445.65 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838612
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through March 31, 2011

### Allen v. am New York

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/01/11 | E. Cerasia II | L160 | 0 | Email correspondence with M. Palmer regarding R. Raisfeld regarding mediation fee and Mitchell's involvement (.20); and communications with A. Warshaw regarding compilation and presentation regarding hawker pay and work hours data (.20). | 0.40 | 292.00 |
| 03/01/11 | A. Warshaw | L160 | 0 | Draft and review email communication with counsel for Mitchell's regarding hawker data in preparation for upcoming mediation session. | 0.50 | 177.50 |
| 03/01/11 | I. Rose | L110 | 0 | Review attendance sheets and payroll documents to create Excel spreadsheet based on plaintiffs' hours and wages earned. | 9.00 | 2,520.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW<sub>LLP</sub>

Invoice No. 1838612

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/02/11 | I. Rose | L110 | 0 | Continue to review attendance sheets and payroll documents to create Excel spreadsheet based on plaintiffs' hours and wages earned. | 9.60 | 2,688.00 |
| 03/03/11 | E. Cerasia II | L160 | 0 | Prepare email to J. Osick regarding strategy for mediation (.10); begin to prepare mediation statement (.10); and email correspondence with mediator regarding backgrounds facts and plaintiffs' prior settlement demand (.20). | 0.40 | 292.00 |
| 03/03/11 | A. Warshaw | L120 | 0 | Review charts relating to plaintiffs' salary and hours worked prepared by I. Rose in preparation for mediation session. | 0.30 | 106.50 |
| 03/03/11 | J. Norton | L110 | 0 | Conduct background research on B. McNair per A. Warshaw. | 0.70 | 119.00 |
| 03/03/11 | I. Rose | L110 | 0 | Continue to review attendance sheets and payroll documents to create Excel spreadsheet based on plaintiffs' hours and wages earned. | 9.50 | 2,660.00 |
| 03/04/11 | E. Cerasia II | L160 | 0 | Telephone conference with J. Osick regarding mediation strategy and settlement authority (.20); prepare for mediation (.80); and email correspondence with R. Raisfeld regarding plaintiffs' settlement position (.20). | 1.20 | 876.00 |
| 03/04/11 | A. Warshaw | L110 | 0 | Conference with E. Cerasia regarding payroll and daily worksheets of plaintiffs and related matters in preparation for mediation session. | 0.20 | 71.00 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1838612

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/04/11 | A. Warshaw | L160 | 0 | Draft cover letter and prepare motion of law in opposition to class certification to be sent to R. Raisfeld in preparation for upcoming mediation session (.30); draft outline of mediation statement to be provided to R. Raisfeld in preparation for upcoming mediation session (.70); critically analyze payroll and daily worksheets of plaintiffs (3.00); revise chart summarizing payroll information relating to minimum wage claims (1.40). | 5.40 | 1,917.00 |
| 03/05/11 | A. Warshaw | L110 | 0 | Critically analyze payroll and daily worksheets of plaintiffs (2.00); revise chart summarizing payroll information relating to minimum wage claims (2.20). | 4.20 | 1,491.00 |
| 03/06/11 | E. Cerasia II | L160 | 0 | Prepare memo to J. Osick regarding strengths/weaknesses with case and likely settlement authority needed (2.90); and work on mediation statement (.30). | 3.20 | 2,336.00 |
| 03/06/11 | A. Warshaw | L110 | 0 | Continue to analyze payroll and daily worksheets of plaintiffs (1.70); revise chart summarizing payroll information relating to minimum wage claims (3.00). | 4.70 | 1,668.50 |
| 03/06/11 | A. Warshaw | L120 | 0 | Edit and revise risk assessment memo to J. Osick. | 0.50 | 177.50 |
| 03/07/11 | E. Cerasia II | L160 | 0 | Revise memorandum to J. Osick regarding mediation assessment and settlement (.40); and work on mediation statement, including review of hours and compensation for named plaintiffs (1.00). | 1.40 | 1,022.00 |
| 03/07/11 | A. Warshaw | L160 | 0 | Draft mediation statement to R. Raisfeld for mediation session. | 1.90 | 674.50 |



**SEYFARTH SHAW** LLP
ATTORNEYS

Invoice No. 1838612

Page 4

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/08/11 | E. Cerasia II | L160 | 0 | Draft/revise mediation statement (2.80); emails with parties' counsel and mediator regarding D. Warner's request to move the start time of the mediation, and follow-up emails with J. Osick regarding same (.40); email and telephone conference with C. Kline (Sidley) regarding status of bankruptcy hearing, applicability of bankruptcy claims process to any settlement in our case, and her participation in mediation (.50). | 3.70 | 2,701.00 |
| 03/08/11 | A. Warshaw | L160 | 0 | Telephone conference with C. Kline (.40); email communication with C. Kline and E. Cerasia regarding strategy and necessary steps in preparation for JAMS mediation session (.20). | 0.60 | 213.00 |
| 03/09/11 | E. Cerasia II | L160 | 0 | Telephone conference with J. Osick regarding mediation and Mediation Statement (.10); continue to prepare for mediation and settlement administration (.20); email correspondence with C. Kline regarding mediation (.10); and telephone conference with R. Raisfeld regarding Tribune's mediation arguments/position (.40). | 0.80 | 584.00 |
| 03/09/11 | A. Warshaw | L160 | 0 | Revise position statement to mediator in advance of upcoming mediation session (.30); email communication to R. Raisfeld providing documents relating to upcoming mediation session (.30). | 0.60 | 213.00 |
| 03/14/11 | E. Cerasia II | L160 | 0 | Continue to prepare for mediation (.40); and represent Tribune NY at mediation with J. Osick and C. Kline (Sidley) (10.20). | 10.60 | 7,738.00 |
| 03/14/11 | A. Warshaw | L160 | 0 | Attend and participate in mediation session (4.7); prepare charts and documents (.5); conduct legal research at suggestion of mediator (.2). | 5.40 | 1,917.00 |

# SEYFARTH
### A·T·T·O·R·N·E·Y·S SHAW LLP

Invoice No. 1838612

Page 5

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/15/11 | E. Cerasia II | L160 | 0 | Work on settlement agreement. | 0.40 | 292.00 |
| 03/15/11 | A. Warshaw | L160 | 0 | Conference with E. Cerasia regarding necessary steps to draft settlement agreement following settlement in principle at mediation session. | 0.20 | 71.00 |
| 03/16/11 | E. Cerasia II | L160 | 0 | Email correspondence with C. Kline and J. Osick regarding schedule for submission of settlement agreement to court and review email from M. Palmer regarding same. | 0.10 | 73.00 |
| 03/16/11 | A. Warshaw | L160 | 0 | Draft settlement agreement pursuant to settlement reached at mediation. | 2.80 | 994.00 |
| 03/17/11 | E. Cerasia II | L160 | 0 | Email correspondence and telephone conference with C. Kline regarding preparation for March 22 court status conference and summary of settlement terms (.40); email correspondence to D. Warner regarding $50K authority/commitment and disclosure of same to court (.10). | 0.50 | 365.00 |
| 03/18/11 | E. Cerasia II | L160 | 0 | Email with C. Kline and A. Warshaw regarding attorneys' fees awards in NY settlements (.30); email correspondence with D. Warner regarding disclosing terms of settlement and contribution from Mitchell's defendants (.10). | 0.40 | 292.00 |
| 03/18/11 | A. Warshaw | C200 | 0 | Legal research regarding contingency fee arrangements in New York pursuant to request by C. Kline, to be submitted to bankruptcy court in support of settlement agreement. | 2.60 | 923.00 |
| 03/22/11 | E. Cerasia II | L160 | 0 | Represent Tribune NY during telephone status conference with bankruptcy court as to terms of parties' settlement. | 0.80 | 584.00 |
| 03/23/11 | E. Cerasia II | L160 | 0 | Work on language for settlement fund "caps" for settlement agreement. | 0.30 | 219.00 |
| 03/25/11 | A. Warshaw | L160 | 0 | Draft settlement agreement. | 5.40 | 1,917.00 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1838612

Page 6

Tribune Company

| | |
|---|---|
| **Total Hours** | 88.30 |
| **Total Fees** | $38,184.50 |
| **Less Discount** | ($3,818.45) |
| **Total Fees After Discount** | $34,366.05 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 24.20 | hours at $730.00 | per hour |
| A. Warshaw | Associate | - | 35.30 | hours at $355.00 | per hour |
| J. Norton | Librarian | - | 0.70 | hours at $170.00 | per hour |
| I. Rose | Staff Attorney | - | 28.10 | hours at $280.00 | per hour |

| **Disbursements** | **Value** | |
|---|---|---|
| Courier/Messenger | 46.83 | |
| Copying | 25.90 | |
| Long Distance Telephone | 1.74 | |
| Online Research | 546.51 | |
| Travel | 458.00 | |
| Arbitrators/Mediators | 3,750.00 | |
| **Total Disbursements** | | 4,828.98 |
| **Total Amount Due** | | $39,195.03 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1838612
0276 68308 / 68308-000002
Allen v. am New York

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $38,184.50 |
| Less Discount | ($3,818.45) |
| Total Fees after Discount | $34,366.05 |
| Total Disbursements | 4,828.98 |
| Total Fees and Disbursements This Statement | $39,195.03 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838668
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through March 31, 2011

<u>Karen Scott v. WPIX</u>

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 03/01/11 | E. Cerasia II | L330 | 0 | Begin to prepare for defense of M. Ramirez's deposition (.20); and email correspondence with J. Maye regarding deposition subpoena (.10). | 0.30 | 219.00 |
| 03/01/11 | J. Chylinski | L120 | 0 | Second review and analysis of client documents for responsiveness and privilege. | 2.50 | 912.50 |
| 03/01/11 | A. Cabrera | L120 | 0 | Email correspondence with A. Jubelirer to follow up on date K. Scott declined severance. | 0.30 | 132.00 |
| 03/01/11 | A. Cabrera | L120 | 0 | Revise chart of recruitment efforts and hires after K. Scott to reflect additional information provided by B. Berlamino. | 0.30 | 132.00 |
| 03/01/11 | A. Cabrera | L120 | 0 | Research additional recruitment efforts by B. Berlamino to hire talent over 40. | 0.50 | 220.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1838668

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/01/11 | J. Lichter | L320 | 0 | Exchange email correspondence with R. Schley regarding searching M. Ramirez documents on Ringtail (.20); search same using keywords (.60); exchange email correspondence with vendors regarding imaging hard drives (.60). | 1.40 | 672.00 |
| 03/01/11 | R. Schley | L140 | 0 | Upload additional M. Ramirez documents to database for responsiveness and privilege review by attorney (.50); review and analyze metadata in preparation for upload to database and format same to be consistent with Ringtail database requirements (1.00); prepare additional B. Berlamino, J. Maye, and K. Scott e-mail and electronic files for processing and upload to database (.50). | 2.00 | 440.00 |
| 03/02/11 | E. Cerasia II | L330 | 0 | Represent B. Berlamino at her deposition and discussion with B. Berlamino and A. Jubelirer regarding same (9.00); telephone conference with M. Scott regarding background facts (.30); email correspondence to A. Jubelirer regarding same (.10). | 9.40 | 6,862.00 |
| 03/02/11 | J. Lichter | L320 | 0 | Coordinate and supervise imaging of hard drives (1.50); review email from K. Muir regarding collection summary and regarding filtering options (.70). | 2.20 | 1,056.00 |
| 03/02/11 | A. Balint | C100 | 0 | Send requests to plaintiff's medical providers. | 0.50 | 115.00 |
| 03/02/11 | R. Schley | L140 | 0 | Prepare client-provided K. Scott, J. Maye, and B. Berlamino files for processing in preparation for upload of documents to database for responsiveness and privilege review by attorney. | 1.00 | 220.00 |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1838668

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/03/11 | E. Cerasia II | L390 | 0 | Email correspondence with B. Berlamino regarding follow-up to her deposition (.10); telephone conference with K. Tong regarding deposition notice issued to her (.20); telephone conference with J. Maye regarding subpoena issued to her and background facts (.40); email correspondence with K. Rubinstein regarding S. Charlier's deposition, and emails with A. Jubelirer and S. Charlier regarding same (.40); begin to review documents in preparation for M. Ramirez's deposition (.20). | 1.30 | 949.00 |
| 03/03/11 | J. Lichter | L320 | 0 | Coordinate with R. Schley regarding loading of new data; search same and report results to J. Chylinski and A. Cabrera; review email from Epiq regarding hard drive filtering options. | 0.60 | 288.00 |
| 03/03/11 | R. Schley | L140 | 0 | Continue preparing client-provided K. Scott, J. Maye, and B. Berlamino files for upload to database for responsiveness and privilege review by attorney. | 3.10 | 682.00 |
| 03/04/11 | E. Cerasia II | L120 | | Review list of documents to be used to prepare M. Ramirez for her deposition (.20); review/analyze K. Rubinstein's new letter with documents requested at Berlamino deposition and email correspondence with case team and A. Jubelirer regarding same (1.10); email correspondence with M. Ramirez regarding her deposition preparation (.10); and email with B.E. Berlamino regarding her November 2, 2008 memorandum to file (.20). | 1.40 | 1,022.00 |
| 03/04/11 | J. Chylinski | L120 | 0 | Second review and analysis of client documents for responsiveness and privilege. | 3.80 | 1,387.00 |
| 03/04/11 | J. Chylinski | L120 | 0 | Conference with J. Lichter regarding additional ediscovery documents received from client. | 0.30 | 109.50 |

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/04/11 | J. Lichter | L320 | 0 | Search new K. Scott emails for hits (.40); meeting with J. Chylinski regarding same (.20); search for original versions of requested emails (.30). | 0.90 | 432.00 |
| 03/04/11 | R. Schley | L140 | 0 | Continue uploading K. Scott e-mails to database and organizing for responsiveness and privilege review by attorney. | 1.20 | 264.00 |
| 03/04/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 1.50 | 442.50 |
| 03/05/11 | E. Cerasia II | L120 | 0 | Review SDHR filings/determination regarding L. White for production to Scott. | 0.20 | 146.00 |
| 03/05/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 6.50 | 1,917.50 |
| 03/05/11 | I. Rose | L110 | 0 | Review and analyze documents of K. Scott, B. Berlamino and J. Maye for relevance and privilege in preparation for production. | 3.20 | 896.00 |
| 03/06/11 | E. Cerasia II | L320 | 0 | Work on response to K. Rubinstein's March 3 letter requesting additional documents identified at B. Berlamino's deposition. | 0.20 | 146.00 |
| 03/07/11 | E. Cerasia II | L390 | 0 | Email correspondence with K. Rubinstein and also with K. Tong regarding deposition scheduling (.10); work on response to K. Rubinstein's letter requesting documents, including strategy discussions with A. Cabrera (.50). | 0.60 | 438.00 |
| 03/07/11 | J. Chylinski | L120 | 0 | Conference with A. Cabrera, A. Ianni and A. Balint regarding document management and review and foldering process. | 0.70 | 255.50 |
| 03/07/11 | J. Chylinski | L120 | 0 | Second review and analysis of documents for responsiveness and privilege. | 6.80 | 2,482.00 |



Invoice No. 1838668

Page 5

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/07/11 | A. Cabrera | L120 | 0 | Strategize regarding best practices for document collection and retention so that repository for all matters naming B. Berlamino (.80); review requests for documents after B. Berlamino's deposition (.20); strategize regarding responses (.30). | 1.30 | 572.00 |
| 03/07/11 | J. Lichter | L320 | 0 | Search K. Scott emails by date (.30); report findings to J. Chylinski (.10). | 0.40 | 192.00 |
| 03/07/11 | A. Balint | C100 | 0 | Conference with J. Chylinski, A. Cabrera and A. Ianni regarding document management and review document production (.80); organize and index defendant's document production (.50). | 1.30 | 299.00 |
| 03/08/11 | E. Cerasia II | L390 | 0 | Email with K. Rubinstein regarding depositions of K. Tong and M. Scott (.10); emails with A. Cabrera and J. Chylinski regarding status of response to K. Rubinstein's request for additional documents (.30); review email from C. Davis with responses to categories of documents in K. Rubinstein's letter (.10). | 0.50 | 365.00 |
| 03/08/11 | J. Chylinski | L120 | 0 | Prepare for and conference with C. Davis regarding additional document collection. | 1.10 | 401.50 |
| 03/08/11 | A. Cabrera | L390 | 0 | Telephone conference with C. Davis regarding additional discovery requests (.50); draft correspondence to team summarizing call with C. Davis regarding additional discovery (.20). | 0.70 | 308.00 |
| 03/08/11 | A. Balint | L320 | 0 | Organize and index defendant's document production. | 3.70 | 851.00 |
| 03/08/11 | I. Rose | L110 | 0 | Review and analyze documents of K. Scott for relevance and privilege in preparation for production. | 3.20 | 896.00 |
| 03/09/11 | J. Chylinski | L120 | 0 | Second review and analysis of client documents for responsiveness and privilege. | 6.50 | 2,372.50 |



**SEYFARTH**
**ATTORNEYS  SHAW** LLP

Invoice No. 1838668

Page 6

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/09/11 | J. Lichter | L320 | 0 | Emails with E. Cerasia and J. Chylinski regarding data sources and how best to filter hard drives. | 0.40 | 192.00 |
| 03/09/11 | A. Balint | L320 | 0 | Organize and index defendant's document production. | 1.60 | 368.00 |
| 03/09/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 5.80 | 1,711.00 |
| 03/09/11 | I. Rose | L110 | 0 | Continue to review and analyze documents of K. Scott for relevance and privilege in preparation for production. | 4.50 | 1,260.00 |
| 03/10/11 | E. Cerasia II | L320 | 0 | Email correspondence and telephone conference with A. Cabrera and meeting with J. Chylinski regarding supplemental e-discovery productions. | 1.00 | 730.00 |
| 03/10/11 | J. Chylinski | L120 | 0 | Review and analysis of client documents. | 8.50 | 3,102.50 |
| 03/10/11 | J. Lichter | L320 | 0 | Meet with J. Chylinski regarding filtering criteria for use on remaining hard drives (.20); prepare criteria and send email to Epiq regarding same (.60); exchange email correspondence with J. Chylinski and R. Schley regarding same (.30). | 1.10 | 528.00 |
| 03/10/11 | A. Balint | L320 | 0 | Organize and index defendant's document production. | 1.50 | 345.00 |
| 03/10/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 5.50 | 1,622.50 |
| 03/10/11 | I. Rose | L110 | 0 | Continue to review and analyze documents of K. Scott for relevance and privilege in preparation for production. | 8.20 | 2,296.00 |
| 03/11/11 | J. Chylinski | L120 | 0 | Review and analysis of client documents for production. | 8.90 | 3,248.50 |
| 03/11/11 | J. Lichter | L320 | 0 | Review hard drive image reports from Epiq (.50); exchange email correspondence with R. Schley and J. Chylinski regarding same (.20). | 0.70 | 336.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/11/11 | A. Balint | L320 | 0 | Organize and index defendant's document production (2.50); review and code documents for production (3.40). | 5.90 | 1,357.00 |
| 03/11/11 | R. Schley | L140 | 0 | Prepare additional B. Berlamino and J. Maye files for processing in preparation for upload to database for responsiveness and privilege review by attorney. | 0.20 | 44.00 |
| 03/11/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 10.00 | 2,950.00 |
| 03/11/11 | I. Rose | L110 | 0 | Review and analyze documents for relevance and privilege in preparation for production. | 5.80 | 1,624.00 |
| 03/12/11 | J. Chylinski | L120 | 0 | Review and analysis of client documents for privilege and responsiveness. | 7.90 | 2,883.50 |
| 03/12/11 | R. Schley | L140 | 0 | Review and analyze metadata in preparation for upload to database and format same to be consistent with Ringtail database requirements (3.30); upload documents, searchable text, and metadata to database and organize for responsiveness and privilege review by attorney (2.00). | 5.30 | 1,166.00 |
| 03/13/11 | J. Chylinski | L120 | 0 | Review and analysis of client documents for privilege and responsiveness. | 5.60 | 2,044.00 |
| 03/13/11 | A. Balint | L320 | 0 | Review and code documents for production. | 3.30 | 759.00 |
| 03/13/11 | I. Rose | L110 | 0 | Review and analyze documents for relevance and privilege in preparation for production. | 5.70 | 1,596.00 |
| 03/14/11 | E. Cerasia II | L390 | 0 | Email correspondence with K. Rubinstein regarding J. Maye's deposition and other deposition scheduling (.10); discussion with J. Chylinski regarding supplemental document production (.10). | 0.20 | 146.00 |


**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

Invoice No. 1838668

Page 8

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/14/11 | J. Chylinski | L120 | 0 | Second review and analysis of client documents for privilege and responsiveness. | 6.20 | 2,263.00 |
| 03/14/11 | A. Cabrera | L120 | 0 | Strategize regarding plan for final production. | 0.20 | 88.00 |
| 03/14/11 | J. Lichter | L320 | 0 | Exchange email correspondence with J. Smith regarding calendar entries. | 0.20 | 96.00 |
| 03/14/11 | A. Balint | L320 | 0 | Review and code documents for production. | 5.60 | 1,288.00 |
| 03/14/11 | R. Schley | L320 | 0 | Locate documents determined to be responsive and non-privileged by attorney review and finalize Bates sequencing, redactions and other branding where applicable. | 2.40 | 528.00 |
| 03/14/11 | W. Wanjohi | L140 | 0 | Convert native files to tiff image format in preparation for production, per R. Schley's request. | 1.00 | 220.00 |
| 03/14/11 | K. Watts | L120 | 0 | Review documents for responsiveness and privilege in online database. | 7.50 | 2,212.50 |
| 03/14/11 | I. Rose | L110 | 0 | Review and analyze documents for relevance and privilege in preparation for production. | 3.60 | 1,008.00 |
| 03/15/11 | E. Cerasia II | L120 | 0 | Telephone conference with J. Maye regarding her deposition (.20); telephone conference with K. Rubinstein regarding discovery status, depositions and supplemental production (.30); emails with K. Tong and M. Scott regarding their depositions, and emails with A. Jubelirer and C. Davis and telephone conference with A. Jubelirer regarding same. (.30); draft/revise response to K. Rubinstein's March 14 letter request for documents (.50). | 1.30 | 949.00 |
| 03/15/11 | J. Chylinski | L120 | 0 | Second review and analysis of client documents for privilege and responsiveness. | 5.50 | 2,007.50 |



Invoice No. 1838668

Page 9

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/15/11 | J. Chylinski | L310 | 0 | Draft response to Scott's March 4, 2011 document requests. | 1.60 | 584.00 |
| 03/15/11 | J. Chylinski | L320 | 0 | Effect production of WPIX's eighth supplemental production. | 2.50 | 912.50 |
| 03/15/11 | A. Cabrera | L120 | 0 | Strategize regarding contents of final production and outstanding documents. | 0.50 | 220.00 |
| 03/15/11 | A. Balint | C100 | 0 | Review, organize and index client documents. | 3.90 | 897.00 |
| 03/15/11 | A. Balint | L320 | 0 | Review and redact documents for production. | 0.70 | 161.00 |
| 03/15/11 | R. Schley | L320 | 0 | Locate documents determined to be responsive and non-privileged by attorney review and finalize Bates sequencing, redactions and other branding where applicable (WPIX005085-WPIX006327). | 6.00 | 1,320.00 |
| 03/16/11 | E. Cerasia II | L390 | 0 | Email with J. Maye regarding dates for her deposition, and email correspondence with K. Rubinstein regarding same (.10); discussion wit A. Cabrera regarding preparation for J. Maye's deposition (.10); direction to J. Chylinski regarding documents to send to M. Ramirez to prepare for her deposition and review (.20). | 0.40 | 292.00 |
| 03/16/11 | J. Chylinski | L330 | 0 | Review relevant documens to prepare binder of relevant documents for M. Ramirez deposition preparation. | 3.60 | 1,314.00 |
| 03/16/11 | A. Cabrera | | | Provide plaintiff's counsel with dates for J. Maye's deposition. | 0.20 | 88.00 |
| 03/16/11 | A. Cabrera | L330 | 0 | Review B. Berlamino deposition transcript to identify areas to prepare for S. Charlier and J. Maye depositions. | 2.00 | 880.00 |


**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

Invoice No. 1838668

Page 10

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/17/11 | E. Cerasia II | L390 | 0 | Email correspondence with M. Scott and J. Maye, and with A. Jubelirer regarding deposition scheduling (.30); strategize with A. Cabrera for defense of depositions (.30); review Scott's supplemental errata sheet and email with case team regarding same and objections (.30). | 0.90 | 657.00 |
| 03/17/11 | J. Chylinski | L330 | 0 | Review and analysis of relevant documents to prepare binder of same for S. Charlier (3.60); review and select relevant excerpts from B. Berlamino's deposition for preparation of M. Ramirez (1.30). | 4.90 | 1,788.50 |
| 03/17/11 | A. Cabrera | L330 | 0 | Review and analysis of B. Berlamino deposition transcript to prepare for depositions (1.50); conference with J. Maye regarding deposition preparation (.30); review document productions and identify documents for S. Charlier's deposition (2.80); review document productions and identify documents for J. Maye's deposition and preparation (7.80). | 12.40 | 5,456.00 |
| 03/17/11 | A. Balint | C100 | 0 | Review, organize, index client documents (2.00); index defendant's document production (.40). | 2.40 | 552.00 |
| 03/18/11 | E. Cerasia II | L330 | 0 | Email correspondence with A. Jubelirer regarding Scott's second errata sheet. | 0.10 | 73.00 |
| 03/18/11 | A. Balint | C100 | 0 | Review, organize and index client documents (.30); index defendant's document production (.30). | 0.60 | 138.00 |
| 03/19/11 | E. Cerasia II | L390 | 0 | Email with K. Rubinstein regarding M. Scott's depo and scheduling (.10); email correspondence with J. Chylinski regarding follow-up on medical records for Scott (.10). | 0.20 | 146.00 |
| 03/20/11 | E. Cerasia II | L330 | 0 | Review documents and deposition transcripts to prepare for the defense of M. Ramirez's deposition. | 4.20 | 3,066.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/21/11 | E. Cerasia II | L330 | 0 | Continue to review documents/transcripts in preparation for meeting with M. Ramirez for her deposition (1.80); email with A. Jubelirer and B. Berlamino regarding case status and deposition schedules (.40); meeting with M. Ramirez to prepare for her deposition (6.20); email correspondence with J. Chylinski and A. Cabrera regarding H. Boone's new letter regarding discovery issues as to our March 15 response to its March 4 letter (.20); email correspondence with A. Jubelirer and S. Charlier regarding his deposition preparation (.20). | 8.80 | 6,424.00 |
| 03/21/11 | A. Cabrera | L320 | 0 | Review B. Berlamino 2008 and 2009 calendars and compare references to Scott to document demands to determine if responsive (1.30); conference with J. Maye regarding her deposition and preparation (.30). | 1.60 | 704.00 |
| 03/21/11 | A. Balint | L320 | 0 | Prepare chart of plaintiff's document requests and iIndex defendant's document production (2.10); follow up on requests for medical records (.40). | 2.50 | 575.00 |



Invoice No. 1838668

Page 12

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/22/11 | E. Cerasia II | L330 | 0 | Represent M. Ramirez at her deposition in Tampa (6.10); prepare memorandum of issues/topics to address with J. Maye during her deposition preparation session, and telephone conference with A. Cabrera regarding same (1.20); email correspondence with A. Jubelirer, A. Cabrera and J. Chylinski regarding outcome of M. Ramirez's deposition (.40); telephone conference with J. Chylinski regarding additional documents to add to binder for S. Charlier's deposition (.30); email correspondence with M. Scott and K. Tong regarding scheduling of their depositions, and email to K. Rubinstein regarding same (.20); telephone conference with J. Maye and A. Cabrera regarding issues for J. Maye's deposition (.50). | 8.70 | 6,351.00 |
| 03/22/11 | A. Cabrera | L330 | 0 | Prepare for deposition preparation session with J. Maye (3.80); meet with J. Maye to prepare for her deposition (1.00). | 4.80 | 2,112.00 |
| 03/22/11 | A. Balint | L320 | 0 | Index defendant's document production (1.00); review and index client materials (1.00). | 2.00 | 460.00 |
| 03/23/11 | E. Cerasia II | L390 | 0 | Email correspondence with M. Scott regarding his deposition (.10); review letter from K. Rubinstein requesting documents identified at M. Ramirez's deposition (.10). | 0.20 | 146.00 |
| 03/23/11 | A. Balint | L320 | 0 | Index defendant's document production and review and index client materials (3.10); telephone conference with Dr. Chhabra regarding request for plaintiff's medical records (.20). | 3.30 | 759.00 |


**SEYFARTH**
**ATTORNEYS   SHAW** LLP

Invoice No. 1838668

Page 13

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/24/11 | E. Cerasia II | L390 | 0 | Email correspondence with J. Chylinski regarding Scott's requests for admission (.20); email correspondence regarding B. Berlamino regarding case status (.10); email correspondence with A. Cabrera regarding outcome of J. Maye's deposition (.10). | 0.40 | 292.00 |
| 03/24/11 | J. Chylinski | L120 | 0 | Review and analysis of medical records received from plaintiff's medical providers. | 1.80 | 657.00 |
| 03/24/11 | A. Cabrera | L330 | 0 | Defend deposition of J. Maye (3.00); draft summary of highlights of deposition of J. Maye (.30). | 3.30 | 1,452.00 |
| 03/25/11 | E. Cerasia II | L390 | 0 | Telephone conference with B. Berlamino regarding outcome of depositions of M. Ramirez and J. Maye, follow-up issues and investigation of facts as result of same, and facts regarding M. Scott (.70); telephone conference and email correspondence with A. Cabrera regarding issues addressed at J. Maye's deposition to prepare for defense of S. Charlier's deposition and regarding open discovery issues and anticipated summary judgment motion (.50). | 1.20 | 876.00 |
| 03/25/11 | A. Cabrera | L120 | 0 | Summarize points to prepare S. Charlier as a result of J. Mayes deposition (.30); strategize regarding issues for preparation of S. Charlier and summary judgment in light of J. Maye deposition (.30); review Judge Pauley's individual rules regarding pre-trial order and submission of summary judgment pre-motion letter (.20). | 0.80 | 352.00 |
| 03/27/11 | E. Cerasia II | L330 | 0 | Review documents and deposition transcripts to prepare for defense of S. Charlier's deposition. | 1.00 | 730.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/28/11 | E. Cerasia II | L330 | 0 | Continue to review deposition transcripts and relevant documents for defense of S. Charlier's deposition (2.10); meeting in Chicago with S. Charlier to prepare for his deposition and follow up email regarding same (4.80); email with B. Berlamino regarding her July 2009 vacation schedule in relation to termination decision, and follow-up email with case team regarding same (.20); email correspondence with K. Rubinstein regarding status of discovery (.20); email with J. Chylinski and A. Cabrera regarding supplemental document production (.30); email correspondence with K. Tong regarding voice mail informing me that she would put her deposition on hold until issued a subpoena and my providing her with March 7 correspondence to K. Rubinstein in which I informed him that he should issue subpoena, and follow-up email with A. Jubelirer regarding same (.30). | 7.90 | 5,767.00 |
| 03/28/11 | J. Chylinski | L310 | 0 | Draft response to plaintiff's request for additional documentation. | 1.50 | 547.50 |
| 03/28/11 | J. Chylinski | L320 | 0 | Prepare and effect production of additional documents. | 2.50 | 912.50 |
| 03/28/11 | A. Balint | L320 | 0 | Review and redact documents for production (.70); telephone conference with Dr. Chhabra regarding plaintiff's medical records (.20). | 0.90 | 207.00 |



Invoice No. 1838668

Page 15

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/29/11 | E. Cerasia II | L330 | 0 | Review draft of response to Haynes Boone's March 18 and 23 letters seeking additional documents and Scott's request for admissions, and email correspondence with J. Chylinski and A. Cabrera regarding same (.30); represent S. Charlier at his deposition, and follow-up discussion with him and A. Jubelirer regarding same (4.10); email correspondence with A. Jubelirer regarding K. Tong's deposition, subpoena, and her inquiry about having representation, and email correspondence with K. Tong regarding same (.40); discussions with K. Rubinstein regarding discovery extension (.10); email correspondence with J. Chylinski and A. Cabrera regarding outcome of S. Charlier's deposition, discovery "to do" list, facts supporting summary judgment motion, and research needed to deal with the alleged age-based comments, which is Scott's only "evidence" of discrimination (.60); email correspondence with B. Berlamino regarding outcome of S. Charlier's deposition and preparing for K. Tong's deposition (.10); email with M. Scott regarding scheduling of his deposition (.10); begin to prepare outline of topics/questions for K. Tong's deposition (.40). | 6.10 | 4,453.00 |
| 03/29/11 | A. Balint | C100 | 0 | Follow up telephone conversation with Dr. Chhabra. Email to J. Chylinski regarding plaintiff's medical records. | 0.20 | 46.00 |
| 03/29/11 | I. Rose | C200 | 0 | Research law pertaining to stray discriminatory comments about other employees (.80). | 0.80 | 224.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/30/11 | E. Cerasia II | L240 | 0 | Telephone conference with B. Berlamino regarding outcome of S. Charlier's deposition and preparation for K. Tong's deposition (.40); review B. Berlamino's deposition to highlight portions of testimony for pre-motion letter to court regarding summary judgment (.90); email correspondence with Haynes Boone regarding their request to extend discovery and their proposed letter to court regarding same, and email with A. Jubelirer regarding same (.40); draft/revise Haynes Boone's letter to court regarding discovery extension (.50); review documents in preparation for K. Tong's deposition (.60); email and telephone conference with K. Tong regarding confirmation of her deposition, and emails with K. Rubinstein regarding same (.20). | 3.00 | 2,190.00 |
| 03/30/11 | J. Chylinski | L120 | 0 | Review and analysis of additional documentation recited from client. | 0.80 | 292.00 |
| 03/30/11 | J. Chylinski | L120 | 0 | Revise and edit opposing counsel's draft letter seeking an extension. | 0.50 | 182.50 |
| 03/30/11 | J. Chylinski | L330 | 0 | Draft letter to M. Ramirez transmitting deposition for review and signature (.30); effect service of same (.20). | 0.50 | 182.50 |
| 03/30/11 | J. Chylinski | L330 | 0 | Prepare documents for K. Tong deposition. | 1.70 | 620.50 |
| 03/30/11 | A. Cabrera | L120 | 0 | Review and digest K. Scott deposition for citations to use in connections with summary judgment. | 4.00 | 1,760.00 |
| 03/30/11 | I. Rose | C200 | 0 | Continue to research law pertaining to alleged discriminatory comments about other employees and impact on summary judgment. | 3.10 | 868.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/31/11 | E. Cerasia II | L120 | 0 | Email correspondence with K. Tong regarding her cancellation of deposition, and follow-up emails with A. Jubelirer, B.E. Berlamino and K. Rubinstein regarding same (.20); review/comment on K. Rubinstein's new draft letter to Court regarding discovery extension (.20); review/analyze case law regarding alleged discriminatory comments by a decision-maker and impact on summary judgment (.60); and follow-up with Seyfarth team regarding same (.20). | 1.20 | 876.00 |
| 03/31/11 | J. Chylinski | L120 | 0 | Draft email to M. Ramirez regarding possible locations for post 2006 performance reviews of department heads. | 0.30 | 109.50 |
| 03/31/11 | J. Chylinski | L310 | 0 | Revise and edit letter response. | 0.30 | 109.50 |
| 03/31/11 | A. Cabrera | L120 | 0 | Review plaintiff's counsel's letter to the Judge regarding extension of discovery. | 0.20 | 88.00 |
| 03/31/11 | I. Rose | C200 | 0 | Continue to research law pertaining to alleged discriminatory comments about other employees and impact on summary judgment. | 6.70 | 1,876.00 |

**Total Hours**      332.20

**Total Fees**      $131,810.00

**Less Discount**      ($13,181.00)

**Total Fees After Discount**      $118,629.00

# SEYFARTH
**ATTORNEYS** SHAW LLP

Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 60.70 | hours at | $730.00 | per hour |
| J. Chylinski | Associate | - | 86.80 | hours at | $365.00 | per hour |
| A. Cabrera | Associate | - | 33.10 | hours at | $440.00 | per hour |
| J. Lichter | Of Counsel | - | 7.90 | hours at | $480.00 | per hour |
| A. Balint | Paralegal | - | 39.90 | hours at | $230.00 | per hour |
| R. Schley | ITStaff | - | 21.20 | hours at | $220.00 | per hour |
| W. Wanjohi | ITStaff | - | 1.00 | hours at | $220.00 | per hour |
| K. Watts | Staff Attorney | - | 36.80 | hours at | $295.00 | per hour |
| I. Rose | Staff Attorney | - | 44.80 | hours at | $280.00 | per hour |

| Disbursements | Value |
|---|---|
| Copying | 0.10 |
| Copying | 28.90 |
| Copying | 37.30 |
| Copying | 244.50 |
| Copying | 203.10 |
| Courier/Messenger Inv#: 741499582 Date Sent: 02/24/2011 Sender: Alayna Balint Airbill: 982648765447 Betty Ellen Berlamino 87 Joyce Road TENAFLY, NJ 07670 | 12.40 |
| Courier/Messenger Inv#: 743094958 Date Sent: 03/15/2011 Sender: Edward Cerasia II Airbill: 982648770126 Alissa L. Jubelirer Tribune Company 435 North Michigan Avenue CHICAGO, IL 60611 | 15.51 |
| Courier/Messenger Inv#: 743094958 Date Sent: 03/15/2011 Sender: Jennifer Berrios Airbill: 982648770230 Haynes and Boone LLP Kenneth J. Rubinstein 1221 Avenue of the Americas NEW YORK CITY, NY 10020 | 14.75 |
| Courier/Messenger Inv#: 743907001 Date Sent: 03/16/2011 Sender: Jennifer Berrios Airbill: 982648770744 Myrna Ramirez Myrna Ramirez 4015 70th Avenue E. ELLENTON, FL 34222 | 22.81 |
| Courier/Messenger Inv#: 743907001 Date Sent: 03/16/2011 Sender: Paula Martos Airbill: 982648770711 Betty Ellen Berlamino 87 Joyce Road TENAFLY, NJ 07670 | 13.55 |



Tribune Company

| Disbursements | Value |
|---|---|
| Courier/Messenger Inv#: 743907001 Date Sent: 03/22/2011 Sender: Jeremi L. Chylinski Airbill: 982648772265 Steve Charlier Tribune Company 435 N. Michigan Avenue CHICAGO, IL 60611 | 32.01 |
| Courier/Messenger Inv#: 744629716 Date Sent: 03/28/2011 Sender: Jeremi L. Chylinski Airbill: 982648773537 Ken Rubinsten Hayne and Boone LLP 30 Rockefeller Plaza 26th Floo NEW YORK CITY, NY 10112 | 10.50 |
| Courier/Messenger Inv#: 744629716 Date Sent: 03/29/2011 Sender: Jeremi L. Chylinski Airbill: 982648773798 Myrna Ramirez Myrna Ramirez 4015 70th Avenue E. ELLENTON, FL 34222 | 18.56 |
| Electronic Data Processing-Native Files | 1,254.40 |
| Electronic Data Processing-Native Files | 2,325.00 |
| Facsimile | 5.00 |
| Facsimile | 22.00 |
| Facsimile | 4.00 |
| Long Distance Telephone | 0.15 |
| Long Distance Telephone | 0.26 |
| Online Research - PACER SERVICE CENTER | 0.24 |
| Other - GWEN S. KOROVIN., P.C. Copies of medical records | 77.25 |
| Travel - EDWARD CERASIA II continental airlines- newark/tampa prep & depo of m ramirez 03/04/11 | 486.40 |
| Travel - EDWARD CERASIA II parking- meeting w/client 02/27/11 | 28.00 |

**Total Disbursements**                                                                                 4,856.69

**Total Amount Due**                                                                                  $123,485.69



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO.
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1838668
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $131,810.00 |
| Less Discount | ($13,181.00) |
| Total Fees after Discount | $118,629.00 |
| Total Disbursements | 4,856.69 |
| Total Fees and Disbursements This Statement | $123,485.69 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL: | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N. |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838694
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through March 31, 2011

### Sal Marchiano v. Betty Ellen Berlamino

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/01/11 | E. Cerasia II | L320 | 0 | Review/analyze S. Marchiano's subpoena and document request to WPIX (.40); meeting with A. Ianni and J. Lichter regarding strategy for WPIX's responses and objections to document requests and e-discovery (.70). | 1.10 | 803.00 |
| 03/01/11 | A. Ianni | L310 | 0 | Review and analyze subpoena to WPIX (.70); meeting with E. Cerasia and J. Lichter regarding responses to subpoena to WPIX (.70); draft memorandum to T. Kouridis (Chubb) concerning risk assessment (3.00). | 4.40 | 1,562.00 |
| 03/01/11 | J. Lichter | L320 | 0 | Review subpoena (.70); meeting with E. Cerasia and A. Ianni regarding same (.70); review FRCP 45 (.40). | 1.80 | 864.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1838694

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/02/11 | E. Cerasia II | L320 | 0 | Email correspondence with A. Ianni and J. Lichter regarding strategy for limiting period for e-discovery and document production. | 0.20 | 146.00 |
| 03/02/11 | A. Ianni | L120 | 0 | Legal research regarding age discrimination for risk assessment (2.00); draft risk assessment (2.00); communications with E. Cerasia and J. Lichter regarding document collection (.30). | 4.30 | 1,526.50 |
| 03/02/11 | J. Lichter | L320 | 0 | Exchange email correspondence with E. Cerasia regarding methods to reduce burden in complying with subpoena. | 0.20 | 96.00 |
| 03/03/11 | E. Cerasia II | L390 | 0 | Revise/comment on confidentiality stipulation (.10); prepare case assessment report (.70); discussion with A. Ianni regarding issues identified at B. Berlamino's deposition in K. Scott case and WPIX's response to S. Marchiano's subpoena to WPIX (.20). | 1.00 | 730.00 |
| 03/03/11 | A. Ianni | L210 | 0 | Revise confidentiality stipulation (.10); communications with E. Cerasia regarding confidentiality stipulation (.10); correspondence with L. Pearson regarding confidentiality stipulation (.20); review documents produced in Scott action (.60). | 1.00 | 355.00 |
| 03/04/11 | E. Cerasia II | L390 | 0 | Review subpoena and document requests to K. Scott and letter from D. Wigdor regarding prior settlement offer (.30); email to B. Berlamino and A. Jubelirer regarding subpoena (.10). | 0.40 | 292.00 |
| 03/04/11 | A. Ianni | L310 | 0 | Prepare confidentiality stipulation for filing (.20); communications with L. Pearson regarding extension of time to respond to subpoena to WPIX (.20). | 0.40 | 142.00 |



**SEYFARTH**
**SHAW** LLP
ATTORNEYS

Invoice No. 1838694

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/04/11 | J. Lichter | L320 | 0 | Prepare inventory of data sources collected to date (.80); analyze subpoena and send memo to E. Cerasia and A. Ianni regarding e-discovery response to same (1.10); review article on potential courses of action in responding to subpoena (.70). | 2.60 | 1,248.00 |
| 03/07/11 | A. Ianni | L120 | 0 | Meeting with J. Chylinski, A. Cabrera and A. Balint regarding document maintenance and production. | 0.70 | 248.50 |
| 03/10/11 | E. Cerasia II | L190 | 0 | Draft and revise case assessment report for Chubb (1.60); email correspondence with Chubb and A. Jubelirer regarding estimated legal fees budget (.10); communicate with A. Ianni regarding B. Berlamino's responses and objections to S. Marchiano's discovery and email correspondence with B. Berlamino regarding same (.20). | 1.90 | 1,387.00 |
| 03/10/11 | A. Ianni | L310 | 0 | Conference with E. Cerasia regarding risk assessment memorandum (.20); revise risk assessment memorandum (.50); draft responses and objections to requests for production (2.40); memoranda to B. Berlamino regarding responses and objections to requests for production (.20). | 3.30 | 1,171.50 |
| 03/11/11 | A. Ianni | L310 | 0 | Draft responses and objections to requests for production and interrogatories (1.40); memoranda to J. Litchter regarding document collection (.30). | 1.70 | 603.50 |
| 03/14/11 | A. Ianni | L310 | 0 | Prepare for telephone conference with B. Berlamino regarding plaintiff's discovery requests (.20); telephone conference with B. Berlamino regarding plaintiff's discovery requests (.50); draft responses and objections to plaintiff's interrogatories (3.00); draft responses and objections to plaintiff's requests for production (2.90). | 6.60 | 2,343.00 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1838694

Page 4

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/15/11 | E. Cerasia II | L310 | 0 | Discussions with A. Cabrera regarding B. Berlamino's responses and objections to S. Marchiano's discovery. | 0.20 | 146.00 |
| 03/15/11 | A. Cabrera | L120 | 0 | Review and provide comment for responses to plaintiff's request for documents after B. Berlamino deposition (.30); review and revise draft of interrogatories (1.80). | 2.10 | 924.00 |
| 03/15/11 | A. Cabrera | L120 | 0 | Review initial disclosures and compare to interrogatories. | 0.20 | 88.00 |
| 03/15/11 | A. Cabrera | L120 | 0 | Review and revise responses and objections to request for documents. | 1.00 | 440.00 |
| 03/15/11 | A. Ianni | L310 | 0 | Draft responses to requests for production (3.10); meetings with A. Cabrera regarding responses to interrogatories and responses to requests for production (.70); telephone conference with L. Pearson regarding time to respond to WPIX subpoena (.20); memorandum to E. Cerasia regarding telephone conference (.20). | 4.20 | 1,491.00 |
| 03/15/11 | J. Lichter | L320 | 0 | Exchange email correspondence with R. Schley regarding calendar entries (.10); search for same on Ringtail (.20); send email to A. Ianni regarding same (.10). | 0.40 | 192.00 |
| 03/16/11 | E. Cerasia II | L390 | 0 | Email correspondence with A. Jubelirer regarding budget and case assessment (.20); discussions with A. Cabrera regarding B. Berlamino's responses and objections to S. Marchiano's document request (.20); revise B. Berlamino's responses and objections to S. Marchiano's interrogatories (.50). | 0.90 | 657.00 |
| 03/16/11 | A. Cabrera | L120 | 0 | Review and analyze responses to objections to discovery demands. | 2.00 | 880.00 |
| 03/16/11 | A. Cabrera | L120 | 0 | Strategize regarding additional documents for production in light of K. Scott production. | 0.30 | 132.00 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1838694

Page 5

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/16/11 | A. Cabrera | L120 | 0 | Strategize regarding the request for documents produced to B. Berlamino in connection with K. Scott case. | 0.30 | 132.00 |
| 03/16/11 | A. Cabrera | L250 | 0 | Revise document responses and objections. | 0.50 | 220.00 |
| 03/16/11 | A. Cabrera | L330 | 0 | Draft correspondence to B. Berlamino enclosing deposition transcript and errata sheet. | 0.30 | 132.00 |
| 03/16/11 | A. Ianni | L310 | 0 | Meetings with A. Cabrera regarding responses to requests for production and interrogatories (.70); revise interrogatories (1.30); communications with B. Berlamino regarding document collection and discovery responses (.30). | 2.30 | 816.50 |
| 03/17/11 | A. Ianni | L310 | 0 | Revise responses and objections to interrogatories. | 0.80 | 284.00 |
| 03/17/11 | L. Sapigao | L140 | 0 | Review electronic document "Marchiano Berlamino  BEB Signed Severance Agreement.PDF" and make available for further attorney review. | 0.50 | 65.00 |
| 03/18/11 | E. Cerasia II | L390 | 0 | Revise B. Berlamino's responses and objections. | 0.20 | 146.00 |
| 03/18/11 | A. Ianni | L310 | 0 | Communications with B. Berlamino regarding responses to interrogatories (.20); telephone conference with L. Pearson regarding WPIX subpoena (.10). | 0.30 | 106.50 |
| 03/20/11 | E. Cerasia II | L310 | 0 | Review and revise B. Berlamino's responses and objections to S. Marchiano's document requests (.40); email correspondence with A. Ianni and A. Cabrera regarding same and B. Berlamino's responses and objections to S. Marchiano's interrogatories, and follow-up email to A. Jubelirer regarding same (.20). | 0.60 | 438.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/20/11 | A. Ianni | L310 | 0 | Memorandum to A. Jubelirer regarding responses and objections to plaintiff's discovery requests. | 0.20 | 71.00 |
| 03/21/11 | E. Cerasia II | L310 | 0 | Email correspondence with A. Jubelirer, A. Ianni and A. Cabrera regarding B. Berlamino's responses and objections to S. Marchiano's interrogatories (.20); telephone conference with A. Cabrera regarding same (.10). | 0.30 | 219.00 |
| 03/21/11 | A. Cabrera | L390 | 0 | Respond to inquiries from A. Jubelirer regarding discovery responses. | 0.80 | 352.00 |
| 03/21/11 | A. Ianni | L310 | 0 | Meeting with B. Berlamino regarding discovery responses (1.50); revise discovery responses (3.20); communications with A. Cabrera, E. Cerasia, and B. Berlamino regarding discovery responses (.20); prepare documents for production (.20); prepare discovery responses for service (.20); draft cover letter enclosing discovery responses (.20). | 5.50 | 1,952.50 |
| 03/21/11 | R. Schley | L140 | 0 | Locate documents determined to be responsive and non-privileged by attorney review and finalize Bates sequencing, redactions and other branding where applicable (BEB000001-BEB000126). | 0.90 | 198.00 |
| 03/22/11 | E. Cerasia II | L390 | 0 | Telephone conference with A. Ianni regarding WPIX's response to S. Marchiano's subpoena. | 0.20 | 146.00 |
| 03/22/11 | A. Ianni | L310 | 0 | Review documents; direct R. Schley regarding document production. | 0.80 | 284.00 |
| 03/22/11 | R. Schley | L320 | 0 | Update discovery documents (BEB000001-BEB000007) to include additional redactions per attorney requirements. | 0.20 | 44.00 |
| 03/23/11 | E. Cerasia II | L310 | 0 | Discussions with A. Ianni regarding WPIX's responses and objections to S. Marchiano's subpoena. | 0.30 | 219.00 |



# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1838694

Page 7

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/23/11 | A. Ianni | L310 | 0 | Communications with L. Pearson regarding plaintiff's responses to discovery requests (.10); draft objections and responses to subpoena to WPIX (1.10); meeting with A. Balint regarding WPIX documents (.30); meeting with E. Cerasia regarding responses and objections to WPIX subpoena (.20). | 1.70 | 603.50 |
| 03/23/11 | J. Lichter | L320 | 0 | Exchange email correspondence with A. Ianni regarding search terms. | 0.20 | 96.00 |
| 03/23/11 | A. Balint | C100 | 0 | Review and index client documents (1.80); prepare documents for upload to Ringtail database (1.80). | 3.60 | 828.00 |
| 03/23/11 | L. Sapigao | L140 | 0 | Review database and create folders for documents to be placed into. | 0.10 | 13.00 |
| 03/24/11 | A. Ianni | L310 | 0 | Draft responses and objections to WPIX subpoena. | 3.30 | 1,171.50 |
| 03/25/11 | A. Ianni | L310 | 0 | Draft objections and responses to subpoena to WPIX (1.80); direct A. Balint regarding plaintiff's document production (.20). | 2.00 | 710.00 |
| 03/25/11 | A. Balint | C100 | 0 | Review and index client documents (.60); prepare documents for upload to Ringtail database (1.00). | 1.60 | 368.00 |
| 03/28/11 | A. Ianni | L310 | 0 | Draft responses and objections to WPIX subpoena (2.40); memorandum to A. Cabrera regarding same (.10). | 2.50 | 887.50 |
| 03/28/11 | A. Balint | C100 | 0 | Review and index client documents (.30); prepare client documents for upload to Ringtail database (.20). | 0.50 | 115.00 |
| 03/29/11 | E. Cerasia II | L120 | 0 | Email correspondence with A. Ianni regarding strategy for response to WPIX response to subpoena and document production regarding same. | 0.30 | 219.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/29/11 | A. Ianni | L140 | 0 | Memoranda to E. Cerasia regarding status of discovery-related tasks (.20); telephone conference with L. Pearson regarding response to WPIX subpoena (.10); review documents in response to WPIX subpoena (1.00). | 1.30 | 461.50 |
| 03/29/11 | A. Balint | C100 | 0 | Review and code pleadings in Ringtail database. | 0.20 | 46.00 |
| 03/29/11 | R. Schley | L140 | 0 | Upload B. Berlamino, S. Charlier, S. Marchiano, J. Maye, M. Ramirez, and K. Scott e-mails and metadata (from Tribune/Scott matter) to S. Marchiano/B. Berlamino database and organize for responsiveness and privilege review by attorney. | 1.50 | 330.00 |
| 03/30/11 | E. Cerasia II | L320 | 0 | Email correspondence with A. Ianni regarding response WPIX's to subpoena and S. Charlier's testimony about non-renewal of S. Marchiano's contract. | 0.20 | 146.00 |
| 03/30/11 | A. Ianni | L320 | 0 | Review documents in response to WPIX subpoena. | 1.80 | 639.00 |
| 03/31/11 | E. Cerasia II | L390 | 0 | Work on WPIX's responses and objections to Marchiano's subpoena. | 0.40 | 292.00 |
| 03/31/11 | A. Cabrera | L120 | 0 | Strategize regarding documents produced in connection with Scott case that are responsive. | 0.30 | 132.00 |
| 03/31/11 | A. Ianni | L320 | 0 | Review documents for production in response to WPIX subpoena. | 4.90 | 1,739.50 |

**Total Hours**      84.30

**Total Fees**      $33,091.00

**Less Discount**      ($3,309.10)

**Total Fees After Discount**      $29,781.90



Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 8.20 | hours at | $730.00 | per hour |
| A. Cabrera | Associate | - | 7.80 | hours at | $440.00 | per hour |
| A. Ianni | Associate | - | 54.00 | hours at | $355.00 | per hour |
| J. Lichter | Of Counsel | - | 5.20 | hours at | $480.00 | per hour |
| A. Balint | Paralegal | - | 5.90 | hours at | $230.00 | per hour |
| R. Schley | ITStaff | - | 2.60 | hours at | $220.00 | per hour |
| L. Sapigao | ITStaff | - | 0.60 | hours at | $130.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 0.70 |
| Copying | 0.80 |
| Copying | 9.90 |
| Copying | 0.40 |
| Copying | 24.70 |
| Courier/Messenger Inv#: 743907001 Date Sent: 03/21/2011 Sender: Ianni, Allison Airbill: 982648771924 Douglas H. Wigdor Thompson Wigdor & Gilly LLP 85 Fifth Avenue NEW YORK, NY 10003 | 10.50 |
| Courier/Messenger Inv#: 743907001 Date Sent: 03/21/2011 Sender: Jennifer Berrios Airbill: 982648771821 Betty Ellen Berlamino 87 Joyce Road TENAFLY, NJ 07670 | 13.55 |
| Inv#: 822585005 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 7.45 |
| Inv#: 822585005 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 12.42 |
| Long Distance Telephone | 0.13 |
| Long Distance Telephone | 1.05 |
| Meals - SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. | 52.30 |
| Online Research - PACER SERVICE CENTER | 1.20 |
| Online Research - PACER SERVICE CENTER | 0.16 |

**Total Disbursements** 135.26

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1838694

Page 10

Tribune Company

**Total Amount Due**                                            $29,917.16



**SEYFARTH**
ATTORNEYS. **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1838694
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $33,091.00 |
| Less Discount | ($3,309.10) |
| Total Fees after Discount | $29,781.90 |
| Total Disbursements | 135.26 |
| Total Fees and Disbursements This Statement | $29,917.16 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838696
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through March 31, 2011

**Larry Hoff v. WPIX, et al.**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/01/11 | E. Cerasia II | L390 | 0 | Email correspondence with B. Berlamino regarding her document preservation obligation. | 0.10 | 73.00 |
| 03/10/11 | E. Cerasia II | L210 | 0 | Email correspondence with opposing counsel regarding their request to waive service (.10), review complaint to determine any changes from prior draft (.10). | 0.20 | 146.00 |
| 03/11/11 | E. Cerasia II | L210 | 0 | Email correspondence with A. Jubelirer and B. Berlamino regarding TWG's request to waive/accept service of complaint (.10); email correspondence with TWG regarding same and extension to respond to complaint (.10). | 0.20 | 146.00 |
| 03/15/11 | A. Ianni | L210 | 0 | Draft stipulation extending time to respond to complaint. | 0.20 | 71.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/16/11 | E. Cerasia II | L190 | 0 | Review notice regarding Judge L. Sand accepting case as related to S. Marchiano. | 0.10 | 73.00 |
| 03/16/11 | A. Ianni | L210 | 0 | Revise stipulation extending time to answer (.10); communications with M. Piovanetti regarding assignment of case to Judge L. Sand (.10). | 0.20 | 71.00 |
| 03/18/11 | A. Ianni | L210 | 0 | Finalize stipulation extending time to respond to complaint. | 0.10 | 35.50 |

| | | |
|---|---|---|
| **Total Hours** | 1.10 | |
| **Total Fees** | | $615.50 |
| **Less Discount** | | ($61.55) |
| **Total Fees After Discount** | | $553.95 |

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.60 | hours at | $730.00 | per hour |
| A. Ianni | Associate | - | 0.50 | hours at | $355.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Filing Fees - CLEAR ACCOUNT POSTINGS Copies from Southern District of New York | 8.75 |
| Inv#: 1102001931 User: LICHTER, JASON LEXIS LEGAL SERVICES SEARCHES | 68.00 |
| Inv#: 1102001931 User: LICHTER, JASON LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 21.10 |
| Inv#: 1102001931 User: LICHTER, JASON SHEPARD'S SERVICE LEGAL CITATION SERVICES | 1.75 |
| Inv#: 822416853 Office: NEW YORK User: LICHTER, JASON KEYCITE | 1.32 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1838696

Page 3

Tribune Company

| Disbursements | Value |
|---|---|
| Inv#: 822416853 Office: NEW YORK User: LICHTER, JASON TRANSACTIONAL ONLINE FINDS | 29.70 |
| Inv#: 822416853 Office: NEW YORK User: LICHTER, JASON TRANSACTIONAL SEARCHES | 26.95 |

**Total Disbursements**                                    157.57

**Total Amount Due**                                    $711.52



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1838696
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $615.50 |
| Less Discount | ($61.55) |
| Total Fees after Discount | $553.95 |
| Total Disbursements | 157.57 |
| Total Fees and Disbursements This Statement | $711.52 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838697
0835 68308 / 68308-000010
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through March 31, 2011

**Vanessa Tyler v. WPIX and B.E. Berlamino**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/30/11 | E. Cerasia II | L120 | | Review/analyze the draft Complaint (.30); email correspondence with A. Jubelirer regarding same (.10); Tyler's failure to file proof of claim re pre-Chapter 11 alleged conduct (.10). | 0.40 | 292.00 |
| 03/30/11 | A. Ianni | L210 | | Review draft complaint of V. Tyler (.20); communications with E. Cerasia regarding same (.10). | 0.30 | 106.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.70 | |
| **Total Fees** | | $398.50 |
| **Less Discount** | | ($39.85) |
| **Total Fees After Discount** | | $358.65 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1838697

Page 2

Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.40 | hours at | $730.00 | per hour |
| A. Ianni | Associate | - | 0.30 | hours at | $355.00 | per hour |

**Total Disbursements**                                                                    0.00

**Total Amount Due**                                                                    $358.65



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1838697
0835 68308 / 68308-000010
Vanessa Tyler v. WPIX and B.E. Berlamino

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $398.50 |
| Less Discount | ($39.85) |
| Total Fees after Discount | $358.65 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $358.65 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838604
0276 36078 / 36078-000001
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: Karen Flax, Esq.
Assistant General Counsel

For legal services rendered through March 31, 2011

**General 0000001631**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/18/11 | C. Olson | C300 | 0 | Review materials in preparation of Tribune audit (.20); finalize response (.10). | 0.30 | 207.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $207.00 |
| **Less Discount** | | ($20.70) |
| **Total Fees After Discount** | | $186.30 |

**Timekeeper Summary**

| C. Olson | Partner | - | 0.30 | hours at | $690.00 | per hour |
|----------|---------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1838604

Page 2

Tribune Company/Olson

**Total Disbursements**                                                          0.00

**Total Amount Due**                                                         $186.30



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn:  Karen Flax, Esq.
Assistant General Counsel

Invoice No. 1838604
0276 36078 / 36078-000001
General 0000001631

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $207.00 |
| Less Discount | ($20.70) |
| Total Fees after Discount | $186.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $186.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838608
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through March 31, 2011

### East Coast Properties

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/07/11 | C. Olson | C300 | 0 | Review and revise draft agreement (.80); review notes and file (.70). | 1.50 | 1,035.00 |
| 03/08/11 | C. Olson | C300 | 0 | Attention to revisions to contract for Ft. Lauderdale (.30); discussion with D. Bralow regarding plan (.20); finalize documents (.50); review notes and file (.50). | 1.50 | 1,035.00 |
| 03/09/11 | C. Olson | C300 | 0 | Discussion with D. Bralow and correspondence regarding upcoming schedule and training materials and training. | 0.30 | 207.00 |
| 03/10/11 | C. Olson | C300 | 0 | Attention to materials and drafts of same for home delivery. | 0.30 | 207.00 |
| 03/11/11 | C. Olson | C300 | 0 | Review draft documents and revise same (.70); discussion with K. Hartman (.30). | 1.00 | 690.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1838608

Page 2

Tribune Company/Olson

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/11/11 | K. Hartman | L120 | 0 | Draft and revise template material breach letters, negotiation worksheet, contract offer letters, and other template contracting documents. | 2.00 | 680.00 |
| 03/15/11 | C. Olson | C300 | 0 | Prepare material for D. Bralow for home delivery agreement training at Ft. Lauderdale (.50); review and finalize same (.50). | 1.00 | 690.00 |
| 03/16/11 | C. Olson | C300 | 0 | Review e-mails regarding work for new contract, home delivery. | 0.50 | 345.00 |
| 03/17/11 | C. Olson | C300 | 0 | Review e-mails regarding work for new contract, home delivery at Ft. Lauderdale (.20); prepare for telephone conference with managers to review revisions (.20); discussion with E. Young regarding same (.40); participate in extended conference call regarding same (2.00); discussion with E. Young regarding preparation of materials and revised agreement (.20). | 3.00 | 2,070.00 |
| 03/17/11 | E. Young | P100 | 0 | Participated in telephone conference to collect edits and updates to independent contractor home delivery distribution agreement (2.00); revised agreement to reflect edits (3.50). | 5.50 | 467.50 |
| 03/18/11 | E. Young | P100 | 0 | Revised independent contractor home delivery distribution agreement (2.00); created agenda for Sun-Sentinel contract and negotiation training on March 24-25 (.40); organized and edited training material (4.60). | 7.00 | 595.00 |
| 03/21/11 | C. Olson | C300 | 0 | Review and revise agreement for Sun-Sentinel (1.00); attention to drafts of agenda and other documents (2.00). | 3.00 | 2,070.00 |
| 03/22/11 | C. Olson | C300 | 0 | Prepare for and finalize all documents for training (1.00); telephone conference with D. Bralow regarding same (.80); review same (.20). | 2.00 | 1,380.00 |



Tribune Company/Olson

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/22/11 | E. Young | P100 | 0 | Finalized independent contractor home delivery distribution agreement (1.50); edited and compiled training materials (3.20); responded to client request to modify provisions of agreement (.80). | 5.50 | 467.50 |
| 03/23/11 | C. Olson | C300 | 0 | Prepare final documents (1.00); review and revise changes and contract for Tribune East (1.30); discussion with D. Bralow regarding same (.20). | 2.50 | 1,725.00 |
| 03/24/11 | C. Olson | C300 | 0 | Review contract (.50); prepare for and give training management session (8.00). | 8.50 | 5,865.00 |
| 03/24/11 | A. Passantino | C300 | 0 | Review and analyze email regarding USDOL investigation (.10); draft email response regarding same (.10). | 0.20 | 104.00 |
| 03/25/11 | C. Olson | C300 | 0 | Review materials and notes regarding first day of contract (3.00); meetings at Ft. Lauderdale regarding same (8.00). | 11.00 | 7,590.00 |

**Total Hours**    56.30

**Total Fees**    $27,223.00

**Less Discount**    ($2,722.30)

**Total Fees After Discount**    $24,500.70

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 36.10 | hours at | $690.00 | per hour |
| K. Hartman | Associate | - | 2.00 | hours at | $340.00 | per hour |
| A. Passantino | Of Counsel | - | 0.20 | hours at | $520.00 | per hour |
| E. Young | Law Clerk | - | 18.00 | hours at | $85.00 | per hour |



Tribune Company/Olson

| Disbursements | Value |
|---|---|
| Meals -  CAMILLE A. OLSON lunch @ pastis - meeting @ p&g regarding nationwide audit 12/21/10 | 159.46 |
| Meals -  SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. | 37.28 |
| Travel -  AMERICAN EXPRESS Lapp/Richard B Chicago/Ohare-Ft Lauderdale-Chicago/Ohare 02/08/2011 | 179.40 |
| Travel -  AMERICAN EXPRESS Olson/Camille Chicago/Ohare-Ft Lauderdale-Chicago/Ohare 02/08/2011 | 179.40 |
| Travel -  RICHARD B. LAPP Baggage Fee Expense - Meet with Company counsel and management regarding training and distribution system 02/08/11 | 25.00 |
| Travel -  RICHARD B. LAPP Baggage Fee Expense - Meet with Company counsel and management regarding training and distribution system 02/10/11 | 25.00 |
| Travel -  RICHARD B. LAPP Parking Expense - Prepare for meeting with company management 02/06/11 | 14.00 |

Total Disbursements                                                         619.54

Total Amount Due                                                       $25,120.24



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 1838608
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $27,223.00 |
| Less Discount | ($2,722.30) |
| Total Fees after Discount | $24,500.70 |
| Total Disbursements | 619.54 |
| Total Fees and Disbursements This Statement | $25,120.24 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838702
0276 15827 / 15827-000019
WIST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

For legal services rendered through March 31, 2011

### Jeff Apodaca v. KTLA5, Tribune Company, Case No. BC448838

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/04/11 | L. Shelby | L120 | 0 | Review trial dates set by court and call from D. Sable regarding plaintiff's deposition and case strategy. | 0.40 | 230.00 |
| 03/04/11 | D. Sable | L190 | 0 | Attend case management conference (3.20); e-mail correspondence with L. Shelby regarding same (.30). | 3.50 | 1,190.00 |
| 03/07/11 | D. Sable | L190 | 0 | E-mail and telephone conference with J. Powers regarding matter progress and strategy. | 0.50 | 170.00 |
| 03/15/11 | D. Sable | L190 | 0 | Prepare special interrogatories to plaintiff (1.00); review and analyze client documents (.70). | 1.70 | 578.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1838702

Page 2

KTLA-TV

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/24/11 | D. Sable | L190 | 0 | Prepare special interrogatories, form interrogatories, requests for production of documents and requests for admission to plaintiffs (3.30); review analyze and begin to prepare responses and objections to plaintiff's special interrogatories, form interrogatories and requests for admission (1.40). | 4.70 | 1,598.00 |
| 03/28/11 | D. Sable | L190 | 0 | Prepare letter to D. Blumberg regarding written discovery and plaintiff's deposition (.30); continue to prepare responses to special interrogatories (.70). | 1.00 | 340.00 |

| | | |
|---|---|---|
| **Total Hours** | 11.80 | |
| **Total Fees** | | $4,106.00 |
| **Less Discount** | | ($410.60) |
| **Total Fees After Discount** | | $3,695.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. Shelby | Partner | - | 0.40 | hours at | $575.00 | per hour |
| D. Sable | Associate | - | 11.40 | hours at | $340.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Filing Fees | 790.00 |
| Copying | 7.80 |
| Facsimile | 2.00 |
| **Total Disbursements** | 799.80 |
| **Total Amount Due** | $4,495.20 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1838702

Page 3

KTLA-TV



**SEYFARTH** SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

Invoice No. 1838702
0276 15827 / 15827-000019
Jeff Apodaca v. KTLA5, Tribune Company, Case No.
BC448838

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,106.00 |
| Less Discount | ($410.60) |
| Total Fees after Discount | $3,695.40 |
| Total Disbursements | 799.80 |
| Total Fees and Disbursements This Statement | $4,495.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838597
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through March 31, 2011

### Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/16/11 | J. Meer | L190 | 0 | Exchange emails with counsel regarding request for settlement agreements from bankruptcy lawyer. | 0.50 | 295.00 |
| 03/17/11 | M. Afar | L110 | 0 | Prepare signed settlement agreement documents for transfer to M. St. James. | 0.30 | 24.00 |
| 03/24/11 | J. Meer | L190 | 0 | Exchange emails with M. Fischer and O. Nosroti regarding same. | 0.20 | 118.00 |
| 03/24/11 | J. Meer | L190 | 0 | Review relevant settlement documents regarding same. | 0.40 | 236.00 |
| 03/24/11 | J. Meer | L190 | 0 | Review email from plaintiff's counsel regarding alleged breach of the settlement agreement. | 0.40 | 236.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
**ATTORNEYS   SHAW** LLP

Invoice No. 1838597

Page 2

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/25/11 | J. Meer | L190 | 0 | Review additional email from Plaintiff's counsel regarding alleged breach of settlement agreement. | 0.40 | 236.00 |
| 03/30/11 | J. Meer | L190 | 0 | Review correspondence in connection with settlement agreement and related documents to prepare for conference call in response to demand from plaintiff's counsel for additional mediation. | 0.50 | 295.00 |
| 03/31/11 | J. Meer | L190 | 0 | Telephone conference with M. Fischer and O. Nosroti regarding response to demand for mediation based on alleged breach of settlement agreement. | 0.50 | 295.00 |

| | | |
|---|---|---|
| **Total Hours** | **3.20** | |
| **Total Fees** | | **$1,735.00** |
| **Less Discount** | | **($173.50)** |
| **Total Fees After Discount** | | **$1,561.50** |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 2.90 | hours at | $590.00 | per hour |
| M. Afar | Law Clerk | - | 0.30 | hours at | $80.00 | per hour |

**Total Disbursements**      0.00

**Total Amount Due**      $1,561.50



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1838597
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,735.00 |
| Less Discount | ($173.50) |
| Total Fees after Discount | $1,561.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,561.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838598
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through March 31, 2011

### Clement, Jayne v. Los Angeles Times, et al. 0000001656

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/25/11 | T. Hix | L120 | 0 | Telephone conference with plaintiff's counsel regarding lifting of stay (.10); review case status (.10); email exchange with client regarding bankruptcy status (.10). | 0.30 | 150.00 |
| 03/28/11 | M. Sank | L430 | 0 | Telephone conference with plaintiff's counsel regarding plaintiff's request that defendant file a motion to lift the stay in state court. | 0.20 | 78.00 |
| 03/30/11 | T. Hix | L120 | 0 | Review and analyze issue regarding lifting stay. | 0.90 | 450.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.40 | |
| **Total Fees** | | $678.00 |
| **Less Discount** | | ($67.80) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1838598

Page 2

Los Angeles Times (Sherman)

**Total Fees After Discount** $610.20

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Sank | Associate | - | 0.20 | hours at | $390.00 | per hour |
| T. Hix | Partner | - | 1.20 | hours at | $500.00 | per hour |

**Total Disbursements** 0.00

**Total Amount Due** $610.20


**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1838598
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $678.00 |
| Less Discount | ($67.80) |
| Total Fees after Discount | $610.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $610.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

Invoice No. 1838601
0746 33175 / 33175-000025
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through March 31, 2011

<u>Jose Luis Velazquez v. California Community News Corporation; Case No. KC060599</u>

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/18/11 | L. O'Hara | L120 | | Review complaint and communicate with A. Foran regarding service date and whether case is removable. | 0.70 | 402.50 |
| 03/21/11 | L. O'Hara | L120 | | Review complaint and analysis regarding information needed for defense (.80); draft answer, communicate with client regarding background facts and case strategy (1.00). | 1.80 | 1,035.00 |
| 03/22/11 | L. O'Hara | L120 | | Review discovery and CMC notice served by plaintiff (.50); review issues regarding statute of limitations regarding plaintiff's unlawful taping of conversation (.50); review summary judgment decisions by judge assigned to case (.60). | 1.60 | 920.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**SEYFARTH**
**ATTORNEYS**  **SHAW** LLP

Invoice No. 1838601

Page 2

Los Angeles Times (Sherman)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/22/11 | J. Brodsky | L120 | | Conference with L. O'Hara and research statute of limitations on an eavesdropping claim. | 0.40 | 114.00 |
| 03/25/11 | L. O'Hara | L120 | 0 | Communicate with A. Foran regarding statute of limitations on penal code claim, judge's summary judgment record and deposition scheduling. | 0.30 | 172.50 |
| 03/28/11 | L. O'Hara | L120 | 0 | Communicate with A. Foran regarding deposition scheduling and documents needed for discovery responses(1.00); draft discovery to be served on plaintiff (1.00); finalize answer (.90). | 2.90 | 1,667.50 |
| 03/29/11 | L. O'Hara | L120 | 0 | Communications with client and opposing counsel regarding deposition scheduling and written discovery deadlines and draft responsive correspondence regarding same. | 0.60 | 345.00 |

**Total Hours**                                                                                8.30

**Total Fees**                                                                                $4,656.50

**Less Discount**                                                                            ($465.65)

**Total Fees After Discount**                                                        $4,190.85

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 7.90 | hours at | $575.00 | per hour |
| J. Brodsky | Associate | - | 0.40 | hours at | $285.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 03/30/11 | Copying | 6.60 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1838601

Page 3

Los Angeles Times (Sherman)

|  |  |  |
|---|---|---|
| | **Long Distance Telephone** | |
| 03/24/11 | Long Distance Telephone | 0.35 |
| | **Online Research** | |
| 03/22/11 | Inv#: 822585005 Office: LOS ANGELES User: BRODSKY, JULIA TRANSACTIONAL ONLINE FINDS | 2.29 |
| 03/22/11 | Inv#: 822585005 Office: LOS ANGELES User: BRODSKY, JULIA TRANSACTIONAL SEARCHES | 8.50 |

**Total Disbursements**                                                          17.74

**Total Amount Due**                                                          $4,208.59

# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 8, 2011

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1838601
0746 33175 / 33175-000025
Jose Luis Velazquez v. California Community News
Corporation; Case No. KC060599

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,656.50 |
| Less Discount | ($465.65) |
| Total Fees after Discount | $4,190.85 |
| Total Disbursements | 17.74 |
| Total Fees and Disbursements This Statement | $4,208.59 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |