# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :  Chapter 11
                                                           :
TRIBUNE COMPANY, *et al.*                                  :  Case No. 08-13141 (KJC)
                                                           :  Jointly Administered
            Debtors.            :
                                                           :  **Hearing Date: June 28, 2011 at 10:00 a.m. (ET)**
---------------------------------------------------------- :  **Objection Deadline: June 21, 2011 4:00 p.m. (ET)**
                                                           x

## NOTICE OF MOTION BY DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES AND WILMINGTON TRUST COMPANY IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES, TO CLARIFY, SUPPLEMENT OR MODIFY THIS COURT'S ORDER ENTERED APRIL 25, 2011 (ECF 8740) IN RESPECT TO STATE LAW CONSTRUCTIVE FRAUDULENT CONVEYANCE SUITS

**PLEASE TAKE NOTICE** that Law Debenture Trust Company of New York ("Law Debenture" or the "Indenture Trustee"), in the above-captioned case filed the *Motion by Deutsche Bank Trust Company Americas, in its capacity as successor Indenture Trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor Indenture Trustee for certain series of Senior Notes and Wilmington Trust Company in Its Capacity as Successor Indenture Trustee for the Phones Notes, to Clarify, Supplement or Modify This Court's Order Entered April 25, 2011 (ECF 8740) in Respect to State Law Constructive Fraudulent Conveyance Suits* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so actually be received by, the undersigned counsel on or before **June 21, 2011 at 4:00 p.m**. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Application may be held before the Honorable Kevin J. Carey in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801, on **June 28, 2011 at 10:00 a.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated:   June 14, 2011
         Wilmington, Delaware

**BIFFERATO GENTILOTTI LLC**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE No. 4167)
800 N. King St., Plaza Level
Wilmington, DE 19801
(302) 429-1900

- and -

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Christine A. Montenegro
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Co-Counsel for Law Debenture Trust Company of New York*