# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Miller, Steven A. | Partner.  Joined firm in 2006. Member of IL bar since 1979. | $690.00 | 36.20 | $25,047.00 |
| Shugrue, John D. | Partner. Joined firm in 2008. Member of IL bar since 1987. | $560.00 | 59.50 | $33,320.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $535.00 | 2.40 | $1,284.00 |
| Moss, J Andrew. | Partner.  Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003 | $520.00 | 9.50 | $4,940.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $465.00 | .20 | $93.00 |
| Raines, Lana J. | Associate.  Joined firm in 2003. Member of IL bar since 2002. | $450.00 | 62.40 | $28,080.00 |
| J. Cory Falgowski | Associate.  Joined firm as associate in 2004.  Member of DE bar since 2004. | $410.00 | .20 | $82.00 |
| Levinson, Thomas M. | Associate.  Joined firm in 2004. Member of IL bar since 2005. | $430.00 | 15.10 | $6,493.00 |
| Crosier, Clint M. | Associated.  Joined firm in 2010. IL bar membership pending. | $345.00 | 13.40 | $4,623.00 |
| Rosenfeld, David | Associate.  Joined firm in 2007. Member of IL bar since 2005. | $325.00 | 2.20 | $715.00 |
| Callahan, Eileen | Paralegal since 1992.  Joined firm in 1992. | $285.00 | 9.20 | $2,622.00 |
| Livingston, Judith M. | Litigation Support Analyst. Joined firm in 1997. | $260.00 | 3.00 | $780.00 |
| Lankford, Lisa A. | Practice Group Specialist since 2002.  Joined Firm in 2000. | $170.00 | 11.40 | $1,921.00 |
| Somoza, Silvia | Paralegal since 2007.  Joined Firm in 2007. | $130.00 | 1.3 | $169.00 |
| Chappell, Rhoshanda | Case Assistant.  Joined firm in 1983. | $105.00 | 1.40 | $147.00 |
| Grand Total: | | | 227.40 | $110,316.00 |
| Blended Rate: | | | | $485.12 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $520.02 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | .40 | $205.00 |
| Insurance Counseling – 00005 | 130.60 | $61,776.00 |
| Marsh - 00008 | 2.80 | $1,051.00 |
| Fee Applications – 00009 | 12.30 | $3,067.00 |
| HR Investigation – 00011 | 81.30 | $44,217.00 |
| **TOTAL:** | **227.40** | **$110,316.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2118646
Invoice Date: June 8, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through March 31, 2011

| **REORGANIZATION/BANKRUPTCY**: | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE:   Insurance Counseling 503842.00005 | $58,170.00 | $3,513.38 | $61,683.38 |
| RE:   Fee Applications 503842.00009 | $3,067.00 | $277.05 | $3,344.05 |
| RE:   HR Investigation 503842.00011 | $44,217.00 | $525.70 | $44,742.70 |
| **Current Invoice Total:** | **$105,454.00** | **$4,316.13** | **$109,770.13** |
| **NON-REORGANIZATION/BANKRUPTCY**: | Current Fees | Current Costs | Total for Matter |
| RE:   Reliance/Times Mirror 503842.00004 | $205.00 | $49.40 | $254.40 |
| RE:   Insurance Counseling 503842.00005 | $3,606.00 | $0.00 | $3,606.00 |
| RE:   Marsh 503842.00008 | $1,051.00 | $0.00 | $1,051.00 |
| **Current Invoice Total:** | **$4,862.00** | **$49.40** | **$4,911.40** |
| **Total Reorganization & Non-Reorganization** | **$110,316.00** | **$4,365.53** | **$114,681.53** |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2118646)

June 8, 2011                                                                                        Invoice: 2118646
RE:        Reliance/Times Mirror                                                        Page 2
              (503842.00004)

## NON-REORGANIZATION/BANKRUPTCY
### RE:    Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/08/11 | TPL | Emails with client, J. Shugrue regarding draft letter to Liquidator's counsel. | 0.20 |
| 03/08/11 | JDS | Follow up emails with client, local counsel T. Law regarding draft communication to Liquidator's counsel. | 0.20 |

TOTAL FEES:            $205.00

### CURRENT DISBURSEMENTS

| 03/31/2011 | Duplicating/Printing/Scanning | 49.40 |
|------------|-------------------------------|-------|
| | Total Disbursements | 49.40 |
| | Fees & Disbursements | $254.40 |

## NON-REORGANIZATION/BANKRUPTCY
Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 0.20 | 560.00 | 112.00 |
| TPL | T.P. Law | 0.20 | 465.00 | 93.00 |
| | | 0.40 | | 205.00 |

June 8, 2011                                                              Invoice: 2118646
RE:        Insurance Counseling                                          Page 3
           (503842.00005)

## NON-REORGANIZATION/BANKRUPTCY
### RE:    Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/03/11 | JDS | Analyzed proposed insurance-related terms and conditions in connection with pending transaction (.5). | 0.50 |
| 03/04/11 | PRW | Telephone conference with J. Shugrue regarding language for insurance-related provisions in asset purchase agreement (0.3); prepared revisions and additions to insurance-related provisions in asset purchase agreement (1.6); telephone conference with J. Shugrue and C. Leeman regarding insurance for assumed liabilities in asset purchase agreement (0.5) | 2.40 |
| 03/04/11 | JDS | Analyzed insurance related terms and conditions in connection with proposed transaction (.7); telephone conferences and emails with client, P. Walker-Bright regarding same (.8).. | 1.50 |
| 03/07/11 | JDS | Telephone conference with client regarding insurance provisions in draft agreements on pending transactions (.2). | 0.20 |
| 03/09/11 | JDS | Analyzed issues related to insurance provisions of transaction agreement (.2). | 0.20 |
| 03/10/11 | JDS | Analyzed and prepared email to client regarding insurance provisions of transaction agreement (.3). | 0.30 |
| 03/23/11 | LJR | Reviewed carrier correspondence in Neil matter and followed-up with C. Leeman regarding same (.6). | 0.60 |
| 03/24/11 | LJR | Reviewed correspondence related to pending Neil lawsuit (.7); followed up with counsel regarding correspondence with excess carriers on Neil lawsuit (.5). | 1.20 |

TOTAL FEES:          $3,606.00

## NON-REORGANIZATION/BANKRUPTCY
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 2.70 | 560.00 | 1,512.00 |
| PRW | P.R. Walker-Bright | 2.40 | 535.00 | 1,284.00 |
| LJR | L.J. Raines | 1.80 | 450.00 | 810.00 |
| | | 6.90 | | 3,606.00 |

## NON-REORGANIZATION/BANKRUPTCY
### RE:    Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/09/11 | JDS | Analyzed emails between Marsh counsel and D. Rosenfield regarding issues concerning security related to settlement agreement. | 0.20 |
| 03/14/11 | DR | Corresponded with client regarding status of responding to Marsh's counsel regarding security issue related to parties' agreement. | 0.30 |
| 03/17/11 | DR | Drafted reimbursement request to Marsh. | 0.70 |
| 03/17/11 | JDS | Exchanged emails regarding D. Rosenfield regarding preparing quarterly submission to Marsh pursuant to parties' prior agreement. | 0.20 |
| 03/22/11 | DR | Revised reimbursement request letter to Marsh. | 0.40 |
| 03/29/11 | DR | Finalized reimbursement letter to Marsh; corresponded with J. Shugrue and client regarding same. | 0.60 |
| 03/31/11 | DR | Emails with client, J. Shugrue regarding recent communication from Marsh counsel. | 0.20 |
| 03/31/11 | JDS | Analyzed and exchanged emails with client, D. Rosenfield, regarding email communication from counsel for Marsh. | 0.20 |

TOTAL FEES:         $1,051.00

Fees & Disbursements      $1,051.00

## NON-REORGANIZATION/BANKRUPTCY
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 0.60 | 560.00 | 336.00 |
| DR | D. Rosenfield | 2.20 | 325.00 | 715.00 |
| | | 2.80 | | 1,051.00 |

## REORGANIZATION/BANKRUPTCY
### RE:    Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/01/11 | LL | Drafted CNO to RS's 23rd Monthly Fee Application (.4); drafted RS's 24th Monthly Fee Application (1.0); e-mail correspondence with J. Shugrue regarding same (.2). | 1.60 |
| 03/01/11 | JDS | Emails with L. Lankford regarding 23rd and 24th Monthly Fee Applications. | 0.20 |
| 03/07/11 | LL | Reviewed and edited fee applications. | 1.30 |
| 03/08/11 | JDS | Analyzed CNO regarding 23d Monthly Fee Application and emailed L. Lankford, C. Falgowski regarding filing same. | 0.20 |
| 03/09/11 | LL | Revisions to CNO to RS's 23rd Monthly Fee Application (.2); revisions to RS's 24th Monthly Fee Application (1.1). | 1.30 |
| 03/09/11 | JDS | Prepared narrative text for 24th Monthly Fee Application (.5); emails with L. Lankford regarding finalizing and filing same (.1). | 0.60 |
| 03/10/11 | LL | Conferred with C. Falgowski regarding CNO to RS's 23rd Monthly & RS's 24th Monthly Fee Application (.2); finalized CNO to RS's 23rd Monthly Fee Application (.4); finalized revisions to RS's 24th Monthly Fee Application (.9). | 1.50 |
| 03/10/11 | JCF | Met with L. Lankford regarding CNOs for 23rd/24th monthlies. | 0.20 |
| 03/10/11 | JDS | Emails with L. Lankford regarding issue raised by fee auditor regarding 6th Interim fee application. | 0.20 |
| 03/12/11 | JDS | Analyzed Fee Auditor's preliminary report regarding 7th Interim Fee Application. | 0.50 |
| 03/14/11 | LL | E-mail correspondence with J. Shugrue regarding interim application | 0.20 |
| 03/14/11 | JDS | Emails with L. Lankford regarding interim fee application. | 0.20 |
| 03/15/11 | LL | Research regarding costs issue raised by fee auditor. | 0.80 |
| 03/16/11 | LL | E-mail correspondence with J. Shugrue regarding Examiner Report for 6th Interim Fee Application (.2); reviewed issues regarding same (1.0). | 1.20 |
| 03/16/11 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 03/16/11 | JDS | Prepared email to fee auditor regarding 7th Interim Fee Application. | 0.40 |
| 03/23/11 | LL | Analyzed February invoices in connection with preparing fee application. | 0.50 |

June 8, 2011                                                                Invoice: 2118646
RE:         Fee Applications                                               Page 6
            (503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/24/11 | LL | Drafted RS's 25th Monthly Fee Application (.9); e-mail correspondence with J. Shugrue regarding same (.1). | 1.00 |
| 03/31/11 | LL | E-mail correspondence with J. Shugrue regarding RS's 25th Monthly Fee Application. | 0.10 |
| 03/31/11 | JDS | Emails with L. Lnakford regarding 25th Monthly Fee Application. | 0.10 |

                              TOTAL FEES:            $3,067.00


### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 03/31/2011 | Courier Service - Outside | 160.00 |
| 03/31/2011 | Outside Duplicating | 117.05 |

                                         Total Disbursements       277.05

                                         Fees & Disbursements    $3,344.05

**REORGANIZATION/BANKRUPTCY**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.40 | 560.00 | 1,344.00 |
| JCF | J.C. Falgowski | 0.20 | 410.00 | 82.00 |
| SS | S. Somoza | 0.20 | 130.00 | 26.00 |
| LL | L. Lankford | 9.50 | 170.00 | 1,615.00 |
| | | 12.30 | | 3,067.00 |

June 8, 2011                                                                                    Invoice: 2118646
RE:       HR Investigation                                                            Page 7
          (503842.00011)

## REORGANIZATION/BANKRUPTCY
### RE:    HR Investigation

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/01/11 | SAM | Prepared for and participated in witness interviews. | 7.50 |
| 03/01/11 | TML | Conducted research regarding investigation issues. | 0.40 |
| 03/01/11 | JDS | Prepared for and participated in witness interviews with client, S. Miller (at client request). | 7.50 |
| 03/02/11 | SAM | Multiple interviews with witnesses and preparation for same. | 3.80 |
| 03/02/11 | TML | Conducted research regarding investigation issues. | 0.50 |
| 03/02/11 | JDS | Prpared for and participated in witness interviews with client, S. Miller (at client request). | 4.10 |
| 03/03/11 | TML | Conducted research regarding investigation issues. | 2.40 |
| 03/03/11 | EMC | Reviewed and organized materials for S. Miller use in interviews. | 0.50 |
| 03/03/11 | JDS | Analyzed emails from client regarding results of follow up on various items. | 0.20 |
| 03/04/11 | SAM | Organized materials and prepared for meeting with client. | 2.60 |
| 03/04/11 | TML | Conducted research regarding investigation issues (2.0); prepared memorandum regarding same (2.5). | 4.50 |
| 03/04/11 | EMC | Analyzed and organized documents received from client in preparation for meeting with client. | 2.30 |
| 03/04/11 | JDS | Analyzed email from client regarding results of further factual inquiry related to investigation. | 0.20 |
| 03/05/11 | SAM | Preparation for client meeting/presentation. | 1.00 |
| 03/06/11 | SAM | Continued preparation for client meeting/presentation (1.0); edits to client handout (.4); reviewed memo on case law (1.6). | 4.00 |
| 03/06/11 | TML | Prepared memorandum regarding investigation issues. | 3.10 |
| 03/07/11 | SAM | Final completion of key documents review and conference with client. | 4.90 |
| 03/07/11 | EMC | Organized, reviewed and prepared materials needed for client meeting and finalized binder of key documents for meeting. | 3.40 |
| 03/07/11 | JDS | Prepared for and participated in meeting with client team, S. Miller regarding results of inquiry to date, follow up steps, preliminary recommendations. | 3.10 |
| 03/08/11 | JDS | Prepared email to client regarding data/information retrieval. | 0.30 |
| 03/10/11 | SAM | Began preparing client outline of key issues/points. | 0.50 |

June 8, 2011                                                          Invoice: 2118646
RE:        HR Investigation                                           Page 8
           (503842.00011)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/13/11 | SAM | Attention to outline for client. | 4.30 |
| 03/14/11 | SAM | Continued draft of comments for client. | 4.50 |
| 03/14/11 | EMC | Reviewed files for information requested by S. Miller. | 0.40 |
| 03/14/11 | JDS | Analyzed documents in connection with S. Miller action plan outline and reported to same regarding same. | 0.50 |
| 03/15/11 | SAM | Completed talking points memo for client. | 1.80 |
| 03/16/11 | EMC | Analyzed and organized client documents for information requested by S. Miller. | 1.80 |
| 03/21/11 | SAM | Attention to IT project; attention to locating outside vendor regarding same. | 0.30 |
| 03/21/11 | JML | Corresponded with S. Miller regarding collection of client electronic data | 0.20 |
| 03/21/11 | JDS | Emails with client, S. Miller regarding additional documents collected for investigation. | 0.20 |
| 03/22/11 | SAM | Attention to IT issues. | 0.30 |
| 03/22/11 | JML | Corresponded with S. Miller regarding collection of client electronic data. | 0.20 |
| 03/23/11 | SAM | Telephone conference with client and J. Livingston regarding electronic data. | 0.50 |
| 03/23/11 | TML | Conducted legal research regarding investigation issues. | 0.80 |
| 03/23/11 | JML | Telephone conference with client and S. Miller regarding collection of client electronic data (.5); conferred with DTI regarding collection of same (.5). | 1.00 |
| 03/24/11 | TML | Conducted legal research regarding investigation issues. | 0.90 |
| 03/25/11 | TML | Conducted legal  research regarding investigation issues. | 2.10 |
| 03/25/11 | EMC | Prepared binder of client materials for T. Levinson. | 0.80 |
| 03/28/11 | TML | Conducted legal research regarding investigation issues. | 0.40 |
| 03/28/11 | RC | File organization. | 0.80 |
| 03/28/11 | JML | Conferred with client regarding collection of electronic data. | 0.50 |
| 03/29/11 | RC | File organization. | 0.60 |
| 03/29/11 | JML | Corresponded with H. Begely regarding client custodian e-mail drive (.2); reviewed drive containing same (.3); corresponded with S. Miller regarding same (.1). | 0.60 |
| 03/30/11 | SAM | Attention to E-Discovery issues and conferred with J. Shugrue regarding same. | 0.30 |

June 8, 2011
RE:    HR Investigation
       (503842.00011)

Invoice: 2118646
Page 9

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/30/11 | JDS | Analyzed and exchanged emails, telephone conference with S. Miller regarding status of collection and review of additional documents. | 0.20 |
| 03/31/11 | JML | Conferred with client regarding collection of client custodian e-mails. | 0.50 |

TOTAL FEES:      $44,217.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 03/31/2011 | Duplicating/Printing/Scanning | 9.20 |
| 03/31/2011 | Courier Service - Outside | 45.97 |
| 03/31/2011 | Lodging | 390.08 |
| 03/31/2011 | Taxi Expense | 43.00 |
| 03/31/2011 | Meal Expense | 37.45 |

Total Disbursements    525.70

Fees & Disbursements    $44,742.70

**REORGANIZATION/BANKRUPTCY**
**Fee Summary: HR Investigation**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| SAM | S.A. Miller | 36.30 | 690.00 | 25,047.00 |
| JDS | J.D. Shugrue | 16.30 | 560.00 | 9,128.00 |
| TML | T. Levinson | 15.10 | 430.00 | 6,493.00 |
| EMC | E.M. Callahan | 9.20 | 285.00 | 2,622.00 |
| RC | R. Chappell | 1.40 | 105.00 | 147.00 |
| JML | J.M. Livingston | 3.00 | 260.00 | 780.00 |
| | | 81.30 | | 44,217.00 |

**REORGANIZATION/BANKRUPTCY**
**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/01/11 | LJR | Followed-up with team regarding conference call with defense counsel for individual defendants in preference actions (.2); communications with team regarding insurance-related motion to be filed in bankruptcy proceedings (.4); revised same and followed up regarding finalizing and formatting of same, including creation of updated redline (1.6); email to defense counsel for individual defendants regarding conference call to discuss insurance issues (.2); followed up with local counsel regarding order for insurance-related motion (.2). | 2.60 |
| 03/01/11 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel, L. Raines regarding comfort order motion. | 0.80 |
| 03/02/11 | LJR | Correspondence with defense counsel for individual defendants regarding recently-filed insurance-related motion (.2); followed up regarding correspondence with insurer (.3); prepared for and participated in calls with defense counsel for individual defendants in preference actions (1.2); reviewed letter received from insurer in connection with pending lawsuit (.3). | 2.00 |
| 03/02/11 | JDS | Prepared for and participated in telephone conference with counsel for individual defendants in pending litigation (1.0); communications with L. Raines regarding various follow up items related to insurance coverage for pending lawsuits (.4). | 1.40 |
| 03/03/11 | LJR | Reviewed documents and drafted response to denial of coverage from insurance carrier in connection with pending actions. | 1.60 |
| 03/03/11 | JDS | Analyzed email from primary insurer to client regarding coverage for pending suits (.2). | 0.20 |
| 03/04/11 | LJR | Communications with defense counsel for individual defendants regarding recent correspondence with insurance carriers (.2); reviewed documents and drafted response to denial of coverage from insurance carrier in connection with pending actions (1.7). | 1.90 |
| 03/04/11 | JDS | Analyzed email regarding representation of individual insureds in connection with pending litigation (.2); emails with L. Raines regarding follow up items related to insurer coverage denial (.2). | 0.40 |
| 03/05/11 | LJR | Drafted response to denial of coverage from insurance carrier in connection with pending actions and emailed same to J. Shugrue. | 4.80 |

**INVOICE IS PAYABLE UPON RECEIPT**

June 8, 2011                                                                                      Invoice: 2118646
RE:       Insurance Counseling                                                          Page 11
          (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/07/11 | LJR | Followed up regarding draft response to insurer denial of coverage (.3); further review and analysis in connection with revising same (.7). | 1.00 |
| 03/07/11 | JDS | Analyzed and revised draft letter to primary insurer regarding coverage denial concerning pending lawsuits (.8); followed up with defense counsel for individual defendants in pending lawsuits (.2). | 1.00 |
| 03/08/11 | JDS | Follow up communication with broker regarding pending coverage issues regarding lawsuits filed in bankruptcy proceeding. | 0.10 |
| 03/09/11 | LJR | Researched regarding implicated bankruptcy code provision (1.6); research regarding interpretation of certain policy provisions; drafted summary of same (1.8); revised draft response letter (.8); followed up with J. Shugrue regarding same (.3). | 4.50 |
| 03/09/11 | JDS | Worked on draft letter to primary insurer regarding coverage denial (.3). | 0.30 |
| 03/10/11 | LJR | Telephone conference with J. Shugrue regarding draft letter to insurer. | 0.20 |
| 03/10/11 | JDS | Analyzed issues related to and revised draft letter to primary liability insurer regarding coverage denial (2.0); telephone conference with L. Raines regarding same (.2); analyzed and provided comment to client, bankruptcy counsel regarding proposed plan language relating to insurance agreements (.3).. | 2.50 |
| 03/11/11 | LJR | Followed-up regarding draft response to insurer denial of coverage (.4); research regarding scope of duty to advance defense costs (1.4). | 1.80 |
| 03/11/11 | JDS | Conferred with L. Raines regarding issues related to, proposed revisions to draft letter to primary liability insurer regarding denial of coverage regarding pending suits. | 0.30 |
| 03/12/11 | LJR | Researched regarding scope of insurer's duty to advance defense costs (5.0); revised draft response to insurer denial of coverage (1.1). | 6.10 |
| 03/13/11 | LJR | Researched regarding scope of insurer's duty to advance defense costs (2.4); researched regarding coverage for bankruptcy related causes of action (1.8); revised draft response letter to insurer denial of coverage (1.3). | 5.50 |

**INVOICE IS PAYABLE UPON RECEIPT**

June 8, 2011
RE:        Insurance Counseling
              (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/14/11 | LJR | Additional research on insurance issues related to pending litigation (.9); revised draft letter to insurer in connection with denial of coverage (.9); follow-up communications related to same (.4); additional research of Illinois law on insurance issues related to pending litigation (1.8); follow up regarding draft letter and additional research (.9); revised letter and research for additional points of insurance law (1.4); finalized draft and circulated same (.3). | 6.60 |
| 03/14/11 | JDS | Worked on letter to primary liability insurer regarding coverage denial. | 0.50 |
| 03/15/11 | LJR | Ongoing communications regarding draft letter to insurance carriers (.7); followed up regarding correspondence related to pending litigation requested by counsel (.3); analysis related to coverage for pending lawsuits (1.4). | 2.40 |
| 03/15/11 | JDS | Exchanged emails, telephone conference with bankruptcy counsel regarding likely opposition filing regarding comfort order motion (.4); exchanged emails with client regarding issues concerning comfort order motion, coverage for pending lawsuits (.2). | 0.60 |
| 03/16/11 | LJR | Followed-up regarding draft letter to insurer in connection with denial of coverage (.3); revised letter per additional comments received and follow-up regarding same (.9); attention to issues related to insurance-related motion filed in bankruptcy proceedings and call to various defense counsel for individual defendants regarding same and preparation for drafting of reply brief to UCC objection (2.3); revised draft letter to carrier in connection with coverage denial (.6). | 4.10 |
| 03/16/11 | CMC | Corresponded with J. Shugrue regarding the Tribune's Motion for a Comfort Order and assistance needed to file a Reply in Support in the next few days. | 0.30 |
| 03/16/11 | JDS | Analyzed and revised letter to primary liability insurer regarding coverage denial (.8); analyzed issues related to threatened objection to comfort order motion and reply to same (with C. Crosier, A. Moss, L. Raines) (1.0); communications with bankruptcy counsel regarding same (.7) | 2.50 |
| 03/17/11 | LL | Research docket and digital file regarding Shugrue pro hac vice motion (.8); drafting same (.4); e-mail correspondence with J. Shugrue regarding same (.2); e-file same and delivery to chambers (.4). | 1.80 |

**INVOICE IS PAYABLE UPON RECEIPT**

June 8, 2011                                                                            Invoice: 2118646
RE:        Insurance Counseling                                              Page 13
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/17/11 | LJR | Communications with team regarding draft response to carrier denial of coverage (.3); revised letter in connection with same (.5); call with defense counsel for individual defendants regarding UCC objection to motion (.2); finalized updated draft of letter to carrier and follow-up with J. Shugrue regarding same (.7); reviewed and analyzed UCC objection to motion (.4); emailed same to defense counsel for individual insureds (.3); reviewed case law in connection with UCC objection (.8). | 3.20 |
| 03/17/11 | AJM | Communications with J. Shugrue to discuss potential Committee objection to comfort motion (.2); reviewed comfort motion and cases cited therein (.5); communications with C. Crosier (.1); reviewed Committee objection to comfort motion (.4); communications with J. Shugrue, L. Raines and C. Crosier regarding same (.3). | 1.50 |
| 03/17/11 | SS | Compiled and prepared notebooks of all case law cited on Motion to allow payment of defense costs for attorney use at hearing regarding same. | 0.90 |
| 03/17/11 | CMC | Reviewed the Tribune's Motion for a Comfort Order (.5); collected all authority cited in the Tribune's Motion in order to prepare binders for J. Shugrue and A. Moss (2.2); corresponded with S. Somoza regarding the preparation of binders for J. Shugrue, A. Moss, and myself (.2); created a properly-formatted document to serve as the Tribune's Reply in Support and sent to J. Shugrue, A. Moss, and L. Raines for review (.6); corresponded with J. Shugrue regarding the same (.1); and collected all authority cited in the committee's opposition in order to prepare binders for J. Shugrue, A. Moss, and myself (.7). | 4.30 |
| 03/17/11 | JDS | Prepared for hearing on comfort order motion and pro hac vice admission in connection with same (.5); worked on and conferred with A. Moss, C. Crosier regarding issues related to comfort order motion, anticipated objections to same, and preparation of reply brief related to same (.6); analyzed and revised draft letter to primary liability insurer regarding denial of coverage with respect to pending lawsuits (.7). | 1.80 |
| 03/18/11 | LJR | Followed up with A. Moss regarding reply brief and communications with counsel for individual defendants and insurance carrier (.2); reviewed outline of reply brief (.2); ongoing communications regarding reply brief and preparation for hearing (.3); emailed counsel for individual defendants regarding reply to UCC objection and hearing (.2); reviewed draft reply brief (.3). | 1.20 |

**INVOICE IS PAYABLE UPON RECEIPT**

June 8, 2011                                                                          Invoice: 2118646
RE:        Insurance Counseling                                                       Page 14
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/18/11 | AJM | Reviewed committee objection (.3); reviewed substantive email from J. Shugrue regarding same (.1); meeting with J. Shugrue and C. Crosier to discuss Committee objection to comfort motion and proposed response (.7); further communications with C. Crosier regarding same (.5); reviewed and analyzed case law cited in Committee objection (.4); worked on comments to draft reply to Committee objection (.6); further communications with C. Crosier regarding same (.5); communications with defense counsel (.2); telephone call with G. Smith (Chubb) (.2); further communications with same regarding Committee objection (.1); worked on comments and revisions to reply in support of comfort motion (3.6); communications with J. Shugrue regarding same (.1). | 7.30 |
| 03/18/11 | SS | Compiled and prepared notebooks of additional case law cited on response to Motion to allow payment of defense costs for attorney use at hearing regarding same. | 0.20 |
| 03/18/11 | CMC | Collected authority cited in the committee's opposition and prepared copies for J. Shugrue and A. Moss in order to assist in the Reply (.5); reviewed email from J. Shugrue regarding reply to committee objection (.1); meeting with J. Shugrue and A. Moss to discuss Committee objection to comfort motion and proposed reply (.7); further communications with A. Moss regarding same (.5); drafted first draft of the Tribune's Reply and sent to A. Moss for revision (3.9); analyzed authority cited in Tribune's motion and drafted inserts in response to the committee's incorrect argument that all cases cited relied on "undue hardship" (2.1); communications with A. Moss regarding same (.1). | 7.90 |
| 03/18/11 | JDS | Analyzed opposition to comfort order motion filed by Creditors' Committee (1.3); conferred with A. Moss, C. Crosier regarding preparing reply to same (.5); analyzed and exchanged emails with client, bankruptcy counsel, A. Moss and C. Crosier regarding issues related to opposition and reply and logistics concerning hearing on motion (.4); telephone conference with counsel for individual defendants regarding same (.2); telephone conference with client regarding draft letter to primary insurer regarding coverage denial (.2). | 2.60 |
| 03/19/11 | LJR | Ongoing communications regarding draft reply (.3); reviewed revised draft reply (.3). | 0.60 |
| 03/19/11 | AJM | Communications with J. Shugrue regarding reply in support of comfort motion (.1); reviewed comments from client and bankruptcy counsel on same (.3); reviewed revisions to reply (.2). | 0.60 |

**INVOICE IS PAYABLE UPON RECEIPT**

June 8, 2011                                                                                    Invoice: 2118646
RE:       Insurance Counseling                                                         Page 15
          (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/19/11 | CMC | Corresponded with J. Shugrue and A. Moss regarding Tribune's Reply in support of its comfort motion (.2); reviewed suggested revisions from client and bankruptcy counsel (.2); reviewed inserted revisions to reply (.3). | 0.70 |
| 03/19/11 | JDS | Analyzed and revised draft reply brief regarding comfort order motion (2.3); organized documents and prepared for hearing regarding same (.2); telephone conference with counsel for certain individual defendants regarding same (.4); analyzed and revised draft letter to primary insurer regarding coverage denial (.3). | 3.20 |
| 03/20/11 | AJM | Reviewed as-filed copy of reply in support of comfort motion. | 0.10 |
| 03/20/11 | CMC | Reviewed final copy of Tribune's Reply in support of its request for a comfort motion. | 0.20 |
| 03/20/11 | JDS | Finalized reply brief regarding comfort order motion and exchanged emails with bankruptcy counsel regarding filing and serving same and hearing regarding same. | 1.00 |
| 03/21/11 | LJR | Followed up with defense counsel for individual defendants regarding preparation for hearing and coordinated meeting and preparation for same (1.2); reviewed additional replies filed in connection with UCC objection to motion and distributed same (.8); followed up with Sidley regarding preparation for hearing (.3); further revised response to Chubb denial of coverage for preference actions and followed up with team regarding same (.5). | 2.80 |
| 03/21/11 | JDS | Analyzed briefs, case law, outlined argument and prepared for hearing on comfort order motion (4.5); telephone conference with bankruptcy counsel regarding same (.3); worked on revising letter to primary insurer regarding coverage denial (.2). | 5.00 |
| 03/22/11 | LJR | Followed up with defense counsel for individual defendants regarding order to be filed in bankruptcy proceedings (.2); followed-up with Chubb and Tribune regarding same (.3). | 0.50 |
| 03/22/11 | JDS | Prepared for and participated in hearing on comfort order motion regarding insurer payment of defense costs (5.3); communications with L. Raines, A. Moss, client and bankruptcy counsel regarding preparation of order in connection with Court's ruling on comfort order motion (.7); return travel to Chicago following hearing (3.7). | 9.70 |

**INVOICE IS PAYABLE UPON RECEIPT**

June 8, 2011                                                    Invoice: 2118646
RE:        Insurance Counseling                                 Page 16
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/23/11 | LJR | Followed-up with defense counsel regarding order (.4); ongoing communications regarding response to Chubb denial of coverage (.6); followed-up with team regarding revised letter (.3); reviewed carrier correspondence in Neil matter and followed-up with C. Leeman regarding same (.6); reviewed and analyzed draft order (.3); follow-up communications regarding same (.2); followed-up with S. Somoza regarding Tribune filings (.3). | 2.70 |
| 03/23/11 | JDS | Analyzed and exchanged emails with client, L. Raines regarding draft letter to primary insurer regarding coverage denial (.4); analyzed and exchanged emails with counsel for individual insureds, client, bankruptcy counsel regarding drafting Order on Court's ruling on comfort order motion (.4). | 0.80 |
| 03/24/11 | LJR | Followed-up with defense counsel regarding order in bankruptcy court (.4); followed-up regarding response to Chubb's denial of coverage (.3); additional communications regarding response letter to Chubb (.5); finalized letter and sent same (.7); reviewed correspondence related to pending Neil lawsuit (.7); followed up with counsel regarding correspondence with excess carriers on Neil lawsuit (.5). | 3.10 |
| 03/24/11 | JDS | Analyzed drafts of proposed Order on comfort order motion and exchanged emails with client, bankruptcy counsel and counsel for individual defendants regarding same (.6); exchanged emails, telephone conference with client regarding same (.5); exchanged emails with client, L. Raines regarding finalizing letter to primary liability insurer regarding coverage denial (.3); analyzed and exchanged emails regarding resolution of conflict questions regarding representation of certain individual insureds in pending suits (.2). | 1.60 |
| 03/28/11 | LJR | Followed-up in connection with finalizing order to be filed in bankruptcy court and communication with client and carriers regarding same (1.0); coordinated with bankruptcy counsel regarding filing of order (.8). | 1.80 |
| 03/28/11 | JDS | Analyzed and exchanged emails, telephone conferences with L. Raines regarding finalizing Order on insurer defense costs payments (.7); email to client regarding insurer reservation of rights letter regarding pending lawsuit (.1). | 0.80 |
| 03/29/11 | LJR | Compiled and sent information to additional defense counsel for individual defendants and followed up with Tribune regarding same. | 0.50 |
| 03/29/11 | JDS | Exchanged emails with client regarding newly retained defense counsel for certain individual insureds. | 0.20 |

**INVOICE IS PAYABLE UPON RECEIPT**

June 8, 2011                                                    Invoice: 2118646
RE:        Insurance Counseling                         Page 17
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/31/11 | LJR | Followed-up regarding order filed in bankruptcy proceedings (.2); communications with individual defense counsel, Tribune team and carriers regarding same (.4); followed-up in connection with defense counsel request for information (.3). | 0.90 |

TOTAL FEES:          <u>$58,170.00</u>

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 03/31/2011 | Duplicating/Printing/Scanning | 7.30 |
| 03/31/2011 | Lexis | 2,095.35 |
| 03/31/2011 | Lodging | 495.10 |
| 03/31/2011 | Air Travel Expense | 756.40 |
| 03/31/2011 | Taxi Expense | 154.45 |
| 03/31/2011 | Telephone - Outside | 4.78 |
| | Total Disbursements | 3,513.38 |
| | Fees & Disbursements | $61,683.38 |

**REORGANIZATION/BANKRUPTCY**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|------|---------|-------|--------|---------|
| JDS | J.D. Shugrue | 37.30 | 560.00 | 20,888.00 |
| AJM | A.J. Moss | 9.50 | 520.00 | 4,940.00 |
| LJR | L.J. Raines | 60.60 | 450.00 | 27,270.00 |
| CMC | C.M. Crosier | 13.40 | 345.00 | 4,623.00 |
| SS | S. Somoza | 1.10 | 130.00 | 143.00 |
| LL | L. Lankford | 1.80 | 170.00 | 306.00 |
| | | 123.70 | | 58,170.00 |

**INVOICE IS PAYABLE UPON RECEIPT**

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2118646
Invoice Date: June 8, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through March 31, 2011

| **REORGANIZATION/BANKRUPTCY**: | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Insurance Counseling 503842.00005 | $58,170.00 | $3,513.38 | $61,683.38 |
| RE: | Fee Applications 503842.00009 | $3,067.00 | $277.05 | $3,344.05 |
| RE: | HR Investigation 503842.00011 | $44,217.00 | $525.70 | $44,742.70 |
| | **Current Invoice Total:** | **$105,454.00** | **$4,316.13** | **$109,770.13** |

| **NON-REORGANIZATION/BANKRUPTCY**: | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $205.00 | $49.40 | $254.40 |
| RE: | Insurance Counseling 503842.00005 | $3,606.00 | $0.00 | $3,606.00 |
| RE: | Marsh 503842.00008 | $1,051.00 | $0.00 | $1,051.00 |
| | **Current Invoice Total:** | **$4,862.00** | **$49.40** | **$4,911.40** |
| | **Total Reorganization & Non-Reorganization** | **$110,316.00** | **$4,365.53** | **$114,681.53** |

**INVOICE IS PAYABLE UPON RECEIPT**