# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Printing/Duplicating/Scanning | | $65.90 |
| Telephone – Outside | | $4.78 |
| Courier-Outside | Parcels | $205.97 |
| Outside-Duplicating | IKON | $117.05 |
| Legal Research | LEXIS/Westlaw | $2,095.35 |
| Lodging Expenses | | $885.18 |
| Meal Expenses | | $37.45 |
| Air Travel Expenses | | $756.40 |
| Taxi Expenses | | $197.45 |
| **TOTAL:** | | **$4,365.53** |

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Printing/Duplicating/Scanning | | 49.40 | $7.30 | | | $9.20 | $65.90 |
| Telephone - Outside | | | $4.78 | | | | $4.78 |
| Courier-Outside | PACER | | | | $160.00 | $45.97 | $205.97 |
| Outside-Duplicating | IKON | | | | $117.05 | | $117.05 |
| Legal Research | LEXIS/Westlaw | | 2,095.35 | | | | $2,095.35 |
| Lodging Expenses | | | $495.10 | | | $390.08 | $885.18 |
| Meal Expenses | | | | | | $37.45 | $37.45 |
| Air Travel Expenses | | | $756.40 | | | | $756.40 |
| Taxi Expenses | | | $154.45 | | | $43.00 | $197.45 |
| **TOTAL:** | | $49.40 | $36.38 | | $277.05 | $525.70 | $4,365.53 |

US_ACTIVE-10626648.3.1-JCFALGOW

## NON-REORGANIZATION/BANKRUPTCY
### RE:    Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/08/11 | TPL | Emails with client, J. Shugrue regarding draft letter to Liquidator's counsel. | 0.20 |
| 03/08/11 | JDS | Follow up emails with client, local counsel T. Law regarding draft communication to Liquidator's counsel. | 0.20 |

                              TOTAL FEES:                    $205.00

### CURRENT DISBURSEMENTS

| 03/31/2011 | Duplicating/Printing/Scanning | 49.40 |
|---|---|---|
|  | Total Disbursements | 49.40 |
|  | Fees & Disbursements | $254.40 |

## NON-REORGANIZATION/BANKRUPTCY
Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.20 | 560.00 | 112.00 |
| TPL | T.P. Law | 0.20 | 465.00 | 93.00 |
|  |  | 0.40 |  | 205.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/24/11 | LL | Drafted RS's 25th Monthly Fee Application (.9); e-mail correspondence with J. Shugrue regarding same (.1). | 1.00 |
| 03/31/11 | LL | E-mail correspondence with J. Shugrue regarding RS's 25th Monthly Fee Application. | 0.10 |
| 03/31/11 | JDS | Emails with L. Lnakford regarding 25th Monthly Fee Application. | 0.10 |

|  |  | TOTAL FEES: | $3,067.00 |

### CURRENT DISBURSEMENTS

| 03/31/2011 | Courier Service - Outside |  | 160.00 |
|---|---|---|---|
| 03/31/2011 | Outside Duplicating |  | 117.05 |
|  | Total Disbursements |  | 277.05 |
|  | Fees & Disbursements |  | $3,344.05 |

**REORGANIZATION/BANKRUPTCY**
Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.40 | 560.00 | 1,344.00 |
| JCF | J.C. Falgowski | 0.20 | 410.00 | 82.00 |
| SS | S. Somoza | 0.20 | 130.00 | 26.00 |
| LL | L. Lankford | 9.50 | 170.00 | 1,615.00 |
|  |  | 12.30 |  | 3,067.00 |

Case 08-13141-BLS   Doc 9250-4   Filed 06/15/11   Page 6 of 7

June 8, 2011                                                                                                                                 Invoice: 2118646
RE:     HR Investigation                                                                                          Page 9
        (503842.00011)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/30/11 | JDS | Analyzed and exchanged emails, telephone conference with S. Miller regarding status of collection and review of additional documents. | 0.20 |
| 03/31/11 | JML | Conferred with client regarding collection of client custodian e-mails. | 0.50 |

                              TOTAL FEES:                               $44,217.00

### CURRENT DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 03/31/2011 | Duplicating/Printing/Scanning | 9.20 |
| 03/31/2011 | Courier Service - Outside | 45.97 |
| 03/31/2011 | Lodging | 390.08 |
| 03/31/2011 | Taxi Expense | 43.00 |
| 03/31/2011 | Meal Expense | 37.45 |
| | Total Disbursements | 525.70 |
| | Fees & Disbursements | $44,742.70 |

**REORGANIZATION/BANKRUPTCY**
Fee Summary: HR Investigation

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| SAM | S.A. Miller | 36.30 | 690.00 | 25,047.00 |
| JDS | J.D. Shugrue | 16.30 | 560.00 | 9,128.00 |
| TML | T. Levinson | 15.10 | 430.00 | 6,493.00 |
| EMC | E.M. Callahan | 9.20 | 285.00 | 2,622.00 |
| RC | R. Chappell | 1.40 | 105.00 | 147.00 |
| JML | J.M. Livingston | 3.00 | 260.00 | 780.00 |
| | | 81.30 | | 44,217.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/31/11 | LJR | Followed-up regarding order filed in bankruptcy proceedings (.2); communications with individual defense counsel, Tribune team and carriers regarding same (.4); followed-up in connection with defense counsel request for information (.3). | 0.90 |

TOTAL FEES: $58,170.00

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 03/31/2011 | Duplicating/Printing/Scanning | 7.30 |
| 03/31/2011 | Lexis | 2,095.35 |
| 03/31/2011 | Lodging | 495.10 |
| 03/31/2011 | Air Travel Expense | 756.40 |
| 03/31/2011 | Taxi Expense | 154.45 |
| 03/31/2011 | Telephone - Outside | 4.78 |
| | Total Disbursements | 3,513.38 |
| | Fees & Disbursements | $61,683.38 |

REORGANIZATION/BANKRUPTCY  
Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 37.30 | 560.00 | 20,888.00 |
| AJM | A.J. Moss | 9.50 | 520.00 | 4,940.00 |
| LJR | L.J. Raines | 60.60 | 450.00 | 27,270.00 |
| CMC | C.M. Crosier | 13.40 | 345.00 | 4,623.00 |
| SS | S. Somoza | 1.10 | 130.00 | 143.00 |
| LL | L. Lankford | 1.80 | 170.00 | 306.00 |
| | | 123.70 | | 58,170.00 |

**INVOICE IS PAYABLE UPON RECEIPT**