IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIBUNE COMPANY, et al., | CASE NO.: 08-13141(KJC) |
| Debtors. | Jointly Administered<br><br>Objection Deadline: June 21, 2011 at 4:00 p.m.<br>Hearing Date: June 28, 2011 at 2:00 p.m. |

**RESPONSE BY NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTORS' FORTY-THIRD OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

The New York State Department of Taxation and Finance ("DTF"), by and through New York State Attorney General Eric T. Schneiderman, responds to the Debtors' Forty-Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), as follows:

1.   The Objection seeks to expunge six (6) tax claims filed by DTF on the grounds that each of these claims have been amended and superseded by subsequent claims. The claims which are to be expunged are as follows:

| **CLAIM NO.** | **DATE FILED** |
|---|---|
| 6574 | July 12, 2010 |
| 6580 | July 12, 2010 |
| 6686 | January 26, 2011 |
| 6667 | October 28, 2010 |
| 6684 | January 14, 2011 |
| 6512 | June 4, 2010 |

2.  DTF subsequently filed the following claims (listed in the Objection under "Surviving Claims"), which are intended to amend and supersede each of the claims identified in paragraph "1" hereinabove:

| CLAIM NO. | DATE FILED | CLAIM WHICH IS AMENDED |
|---|---|---|
| 6667 | October 28, 2010 | 6574 |
| 6686 | January 26, 2011 | 6580 |
| 6750 | April 26, 2011 | 6686 |
| 6688 | February 3, 2011 | 6667 |
| 6741 | April 7, 2011 | 6684 |
| 6746 | April 11, 2011 | 6512 |

3.  Claims Nos. 6667 and 6688 are administrative expense claims for post-petition taxes.  Claim No. 6667 is a 1st amended administrative expense claim, amending and superseding Claim No. 6574.  Claim No. 6688 is a 2nd amended administrative expense claim intended to amend and supersede Claim No. 6667.  DTF therefore has no objection to the relief sought with respect to these claims.

4.  The four (4) remaining claims which the Objection seeks to expunge are claims for prepetition taxes.  The claims which are to survive were all filed after the bar date.  However, these claims amend earlier claims which were timely filed.  DTF will consent to the relief requested in the Objection so long as the Debtors, or any other party acting on their behalf, do not challenge DTF's surviving claims on the grounds of timeliness.  It is DTF's position that any tax liabilities set forth in the surviving claims that are for the same types of taxes for the same periods that were set forth in previous claims which were timely filed relate back to the earlier claims and are therefore not subject to being disallowed as untimely.  When an amended claim reasonably relates back to a timely-filed proof of claim, the amendment should be allowed, absent contrary

equitable considerations.  <u>In re Outdoor Sports Headquarters, Inc.,</u> 161 B.R. 414, 421

(Bankr. S.D. Ohio 1991).

Dated: June 16, 2011
       Albany, New York

                         Respectfully submitted,
                         Eric T. Schneiderman
                         Attorney General of the State of New York

                  By:  <u>/s/ Norman P. Fivel</u>
                      Norman P. Fivel
                      Assistant Attorney General
                      Litigation Bureau
                      The Capitol
                      Albany, New York   12224-0341
                      NDNY Bar Roll No.: 101660
                      Telephone No.:  (518) 473-6082
                      Facsimile No.:  (518) 473-1572
                      E-mail:  Norman.Fivel@ag.ny.gov

**"Printed on Recycled Paper"**