**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIBUNE COMPANY, et al., | CASE NO.: 08-13141(KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Norman P. Fivel of the NYS Office of the Attorney General, hereby certify that on the 16th day of June, 2011, I electronically filed and served **Response by New York State Department of Taxation and Finance to Debtors' Forty-Third Omnibus (non-substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 AND 3007, and Local Rule 3007-1** with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system.

And I hereby certify that I have notified via regular first class mail the following:

**Sidley Austin, LLP**  **Cole, Schotz, Meisel, Forman & Leonard, P.A.**
**One South Dearborn Street**  **500 Delaware Avenue, Suite 1410**
**Chicago, Illinois  60603**  **Wilmington, DE  19801**

Executed on June 16, 2011

　　　　　　　　　　　　　　　　　/s/Norman P. Fivel
　　　　　　　　　　　　　　　　　Norman P. Fivel