**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>**Related to Docket Nos. 7918, 8114, and 8882** |

**THIRD SUPPLEMENTAL DECLARATION OF STEPHENIE KJONTVEDT ON BEHALF OF EPIQ BANKRUPTCY SOLUTIONS, LLC REGARDING VOTING AND TABULATION OF BALLOTS ACCEPTING AND REJECTING THE JOINT PLANS OF REORGANIZATION PROPOSED FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES**

Stephenie Kjontvedt, being duly sworn, declares, under penalty of perjury:

1. I am a Vice President, Senior Consultant of Epiq Bankruptcy Solutions, LLC ("Epiq"), located at 757 Third Avenue, 3rd Floor, New York, New York 10017. I am authorized to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

submit this Declaration on behalf of Epiq. I am over the age of 18 years and not a party to the within action.

2. I submit this Third Supplemental Declaration with respect to the *Second Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.* (As Modified April 26, 2011) (the "Debtor/Committee/Lender Plan") [D.I. 8769]. Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. This Third Supplemental Declaration is filed to report the modifications to the voting results on the Debtor/Committee/Lender/Plan as a result of certain of the relief granted in the Order Approving (I) Form, Scope and Procedures to (A) Provide Holders of Senior Loan Claims and Senior Guaranty Claims With Opportunity to Change Votes On Debtor/Committee/Lender Plan; (B) Allow Holders of Senior Noteholder and Other Parent Claims to Make New Treatment Elections; (C) Allow Holders of Claims That Previously Granted Certain Releases to Make Elections Concerning Such Releases as Modified; and (D) Allow Holders of Claims Against Tribune Company to Opt Out of Transfer of Disclaimed State Law Avoidance Claims to Creditors' Trust Under Debtor/Committee/Lender Plan; and (II) Supplement to Disclosure Statement and Explanatory Statement and Distribution of Same entered on May 17, 2011 (the "Changed Votes/Elections Order") [D.I. 8926]. In particular, the Changed Votes/Elections Order established June 10, 2011 as the deadline for Holders of Senior Loan Claims and/or Senior Guaranty Claims to submit supplemental ballots to change votes on the Debtor/Committee/Lender Plan (the "Supplemental Voting Deadline").

4. This Third Supplemental Declaration reflects the tabulation of supplemental ballots received prior to the Supplemental Voting Deadline and supersedes the voting results previously reported in the (a) Declaration of Tabulation Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and Its Subsidiaries filed on February 11, 2011 [D.I. 7918], (b) Supplemental Declaration Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries filed on February 23, 2011, [D.I. 8114], and (c) Second Supplemental Declaration Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries filed on May 11, 2011 [D.I. 8882]. This Third Supplemental Declaration is applicable to the Debtor/Committee/Lender Plan only.

5. I hereby declare that the results of the tabulation of votes for the Debtor/Committee/Lender Plan are as set forth on the exhibits attached hereto, as follows:

    a. Exhibit 1 is a summary report by Class of all Ballots tabulated for the Debtor/Committee/Lender Plan;

    b. Exhibit 2 is a detailed report of all Ballots received by Holders of Senior Loan Claims and Senior Guaranty Claims for the Debtor/Committee/Lender Plan as a result of the Changed Votes/Elections Order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
       June 16, 2011

Stephenie Kjontvedt
Vice President, Senior Consultant
Epiq Bankruptcy Solutions, LLC

3

**Exhibit 1**

Exhibit 1

**TRIBUNE COMPANY, et al.**
**Debtor/Committee/Lender Plan**
**Tabulation Summary**

DCL Voting Results after Reallocation of Holders of Senior Loan Claims and Senior Guaranty Claims

| Proponent | Class | Description | No. Voting | No. Accept | No. Reject | Amt. Voting | Amt. Accept | Amt. Reject | % No. Accept | % No. Reject | % Amt. Accept | % Amt. Reject | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCL | 1C | Senior Loan Claims Against Tribune Company | 402 | 393 | 9 | $28,515,494,457.33 | $28,113,543,082.33 | $202,302,455.00 | 97.76% | 2.24% | 97.35% | 2.65% | ACCEPT |
| DCL | 1D | Bridge Loan Claims Against Tribune Company | 29 | 26 | 3 | $1,523,704,761.89 | $1,502,685,714.27 | $21,019,047.62 | 89.66% | 10.34% | 98.62% | 1.38% | ACCEPT |
| DCL | 1E | Senior Noteholder Claims Against Tribune Company | 303 | 203 | 118 | $1,102,638,366.61 | $131,766,481.48 | $969,071,885.13 | 69.19% | 30.81% | 12.11% | 87.89% | *REJECT* |
| DCL | 1F | Other Parent Claims Against Tribune Company | 237 | 226 | 11 | $270,697,577.45 | $256,376,738.51 | $14,320,838.94 | 95.36% | 4.64% | 94.71% | 5.29% | ACCEPT |
| DCL | 1I | EGI TRB LLC Notes Claims Against Tribune Company | 10 | 0 | 10 | $188,610,503.30 | $ - | $188,610,503.30 | 0.00% | 100.00% | 0.00% | 100.00% | *REJECT* |
| DCL | 1J | PHONES Notes Claims Against Tribune Company | 29 | 0 | 29 | $1,166,207,304.00 | $ - | $1,166,207,304.00 | 0.00% | 100.00% | 0.00% | 100.00% | *REJECT* |
| DCL | 2E | General Unsecured Claims Against 435 Production Company | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 3E | General Unsecured Claims Against Robinson Newspaper Network, Inc. | 1 | 1 | 0 | $77,857.05 | $77,857.05 | - | 100.00% | 0.00% | 100.00% | 0.00% | ACCEPT |
| DCL | 4E | General Unsecured Claims Against Candle Holdings Corporation | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 5E | General Unsecured Claims Against Channel 20, Inc. | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 6E | General Unsecured Claims Against Chicago Avenue Construction Company | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 7E | General Unsecured Claims Against Chicago River Production Company | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 8E | General Unsecured Claims Against Chicago Tribune Newspapers, Inc. | 2 | 2 | 0 | $6,516.96 | $6,516.96 | - | 100.00% | 0.00% | 100.00% | 0.00% | ACCEPT |
| DCL | 9E | General Unsecured Claims Against Chicago Tribune Press Service, Inc. | 2 | 2 | 0 | $2,561.50 | $2,561.50 | - | 100.00% | 0.00% | 100.00% | 0.00% | ACCEPT |
| DCL | 10E | General Unsecured Claims Against ChicagoLand Microwave Licensee, Inc. | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 11E | General Unsecured Claims Against Direct Mail Associates, Inc. | 1 | 1 | 0 | $2,629.00 | $2,629.00 | - | 100.00% | 0.00% | 100.00% | 0.00% | ACCEPT |
| DCL | 12E | General Unsecured Claims Against Eagle New Media Investments, LLC | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 13E | General Unsecured Claims Against Forsalebyowner.com Holdings Corporation | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 14E | General Unsecured Claims Against GreenCo, Inc. | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 15E | General Unsecured Claims Against Heart & Crown Advertising, Inc. | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 16E | General Unsecured Claims Against Hoy, LLC | 1 | 1 | 0 | $1.00 | $1.00 | - | 100.00% | 0.00% | 100.00% | 0.00% | ACCEPT |
| DCL | 17E | General Unsecured Claims Against InsertCo, Inc. | 7 | 7 | 0 | $1,094,735.15 | $1,094,735.15 | - | 100.00% | 0.00% | 100.00% | 0.00% | ACCEPT |
| DCL | 18E | General Unsecured Claims Against Internet Foreclosure Service & JuliusAir Company, LLC | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 19E | General Unsecured Claims Against JuliusAir Company II, LLC | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 20E | General Unsecured Claims Against Los Angeles Times International, Ltd. | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 21E | General Unsecured Claims Against Los Angeles Times Newspapers, Inc. | 4 | 4 | 0 | $75,659.04 | $75,659.04 | - | 100.00% | 0.00% | 100.00% | 0.00% | ACCEPT |
| DCL | 22E | General Unsecured Claims Against Magic T Music Publishing Company | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 23E | General Unsecured Claims Against NBBF, LLC | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 24E | General Unsecured Claims Against Newscom Services, Inc. | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 25E | General Unsecured Claims Against Newspaper Readers Agency, Inc. | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 26E | General Unsecured Claims Against North Michigan Production Company | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| DCL | 27E | General Unsecured Claims Against North Orange Avenue Properties, Inc. | 0 | 0 | 0 | | | | 0.00% | 0.00% | 0.00% | 0.00% | |



**TRIBUNE COMPANY, et al.**
**Debtor/Committee/Lender Plan**
**Tabulation Summary**

Exhibit 1

DCL Voting Results after Reauthorization of Holders of Senior Loan Claims and Senior Guaranty Claims

| | | Class | Description | | | | Amount | | % | ACCEPT/REJECT |
|---|---|---|---|---|---|---|---|---|---|---|
| DCL | 29E | General Unsecured Claims Against Oak Brook Productions, Inc | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 30E | General Unsecured Claims Against Publishers Forest Products Co. of Washington | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 31E | General Unsecured Claims Against Sentinel Communications News Ventures, Inc | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 32E | General Unsecured Claims Against Signs of Distinction, Inc | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 33E | General Unsecured Claims Against Signs of Distinction, Inc | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 34E | General Unsecured Claims Against The Other Company LLC | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 35E | General Unsecured Claims Against Times Mirror Land and Timber Company | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 36E | General Unsecured Claims Against Times Mirror Payroll Processing Company, Inc | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 37E | General Unsecured Claims Against Times Mirror Services Company, Inc | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 38E | General Unsecured Claims Against Towering T Music Publishing Company | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 39E | General Unsecured Claims Against Tribune Broadcasting News Network, Inc. n/k/a Tribune Washington Bureau | 3 | 3 | 0 | 100.00% | $ 17,857.04 | $ 17,857.04 | 100.00% | 0.00% | ACCEPT |
| DCL | 40E | General Unsecured Claims Against Tribune Broadcasting Company | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 41B | General Unsecured Claims Against Tribune Finance Service Center, Inc | 8 | 8 | 0 | 100.00% | $ 12,640.78 | $ 12,640.78 | 100.00% | 0.00% | ACCEPT |
| DCL | 42E | General Unsecured Claims Against Tribune License, Inc | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 43E | General Unsecured Claims Against Tribune Network Holdings Company | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 44E | General Unsecured Claims Against Tribune Publishing Company | 17 | 17 | 0 | 100.00% | $ 147,382.15 | $ 147,382.15 | 100.00% | 0.00% | ACCEPT |
| DCL | 45E | General Unsecured Claims Against Tribune Television, LLC | 3 | 3 | 0 | 100.00% | $ 134,213.10 | $ 134,213.10 | 100.00% | 0.00% | ACCEPT |
| DCL | 46E | General Unsecured Claims Against Virginia Community Shoppers, LLC | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 47E | General Unsecured Claims Against WATL, LLC | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 48E | General Unsecured Claims Against WCWN LLC | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 49E | General Unsecured Claims Against WLVI Inc | 0 | 0 | 0 | 0.00% | $ - | $ - | 0.00% | 0.00% | |
| DCL | 50C | Senior Guaranty Claims Against 5800 Sunset Productions, Inc | 408 | 398 | 0 | 97.79% | $ 8,644,693,299.53 | $ 262,392,433.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 50B | General Unsecured Claims Against 5800 Sunset Productions, Inc | 1 | 1 | 0 | 100.00% | $ 169.95 | $ 169.95 | 100.00% | 0.00% | ACCEPT |
| DCL | 51C | Senior Guaranty Claims Against California Community News Corporation | 408 | 399 | 0 | 97.79% | $ 8,644,693,299.53 | $ 262,392,433.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 51E | General Unsecured Claims Against California Community News Corporation | 11 | 11 | 0 | 100.00% | $ 71,604.00 | $ 71,604.00 | 100.00% | 0.00% | ACCEPT |
| DCL | 52C | Senior Guaranty Claims Against Channel 39, Inc | 408 | 398 | 0 | 97.79% | $ 8,644,693,299.53 | $ 262,392,433.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 52E | General Unsecured Claims Against Channel 39, Inc | 11 | 11 | 0 | 100.00% | $ 1,467,505.02 | $ 1,467,505.02 | 100.00% | 0.00% | ACCEPT |
| DCL | 53C | Senior Guaranty Claims Against Channel 40, Inc | 408 | 398 | 0 | 97.79% | $ 8,644,693,299.53 | $ 262,392,433.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 53E | General Unsecured Claims Against Channel 40, Inc | 19 | 19 | 0 | 100.00% | $ 1,382,927.63 | $ 1,382,927.63 | 100.00% | 0.00% | ACCEPT |
| DCL | 54C | Senior Guaranty Claims Against Chicago Tribune Company | 408 | 399 | 0 | 97.79% | $ 8,644,693,299.53 | $ 262,392,433.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 54E | General Unsecured Claims Against Chicago Tribune Company | 137 | 131 | 6 | 95.62% | $ 2,999,237.02 | $ 2,988,449.76 | 99.64% | 0.36% | ACCEPT |
| DCL | 55C | Senior Guaranty Claims Against Chicagoland Publishing Company | 408 | 398 | 0 | 97.79% | $ 8,644,693,299.53 | $ 262,392,433.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 55E | General Unsecured Claims Against Chicagoland Publishing Company | 6 | 6 | 0 | 100.00% | $ 23,011.71 | $ 23,011.71 | 100.00% | 0.00% | ACCEPT |

epiq

DCL Voting Results after Reclassification of Holders of Senior Loan Claims and Senior Guaranty Claims

Exhibit 1

TRIBUNE COMPANY, et al.
Debtor/Committee/Lender Plan
Tabulation Summary

| Plan | Class | Description | No. Voting | No. Accept | No. Reject | % No. Accept | % No. Reject | Amt. Voting | Amt. Accept | Amt. Reject | % Amt. Accept | % Amt. Reject | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCL | 56C | Senior Guaranty Claims Against Chicagoland Television News, Inc | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 56E | General Unsecured Claims Against Chicagoland Television News, Inc | 14 | 14 | 0 | 100.00% | 0.00% | $81,119.28 | $81,119.28 | - | 100.00% | 0.00% | ACCEPT |
| DCL | 57C | Senior Guaranty Claims Against Courant Specialty Products, Inc | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 57E | General Unsecured Claims Against Courant Specialty Products, Inc | 1 | 1 | 0 | 100.00% | 0.00% | $84.12 | $84.12 | - | 100.00% | 0.00% | ACCEPT |
| DCL | 58C | Senior Guaranty Claims Against Distribution Systems of America, Inc | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 58E | General Unsecured Claims Against Distribution Systems of America, Inc | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | - | 0.00% | 0.00% | |
| DCL | 59C | Senior Guaranty Claims Against Eagle New Media Investments, LLC | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 59E | General Unsecured Claims Against Eagle New Media Investments, LLC | 6 | 6 | 0 | 100.00% | 0.00% | $4,100.61 | $4,100.61 | - | 100.00% | 0.00% | ACCEPT |
| DCL | 60C | Senior Guaranty Claims Against Eagle Publishing Investments, LLC | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 60E | General Unsecured Claims Against Eagle Publishing Investments, LLC | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | - | 0.00% | 0.00% | |
| DCL | 61C | Senior Guaranty Claims Against forsalebyowner.com corp | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 61E | General Unsecured Claims Against forsalebyowner.com corp | 12 | 12 | 0 | 100.00% | 0.00% | $20,442.45 | $20,442.45 | - | 100.00% | 0.00% | ACCEPT |
| DCL | 62C | Senior Guaranty Claims Against Forum Publishing Group, Inc | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 62E | General Unsecured Claims Against Forum Publishing Group, Inc | 5 | 5 | 0 | 100.00% | 0.00% | $2,731.44 | $2,731.44 | - | 100.00% | 0.00% | ACCEPT |
| DCL | 63C | Senior Guaranty Claims Against Gold Coast Publications, Inc | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 63E | General Unsecured Claims Against Gold Coast Publications, Inc | 13 | 13 | 0 | 100.00% | 0.00% | $150,903.63 | $150,903.63 | - | 100.00% | 0.00% | ACCEPT |
| DCL | 64C | Senior Guaranty Claims Against Hometown Realty, Inc | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 64E | General Unsecured Claims Against Hometown Realty, Inc | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | - | 0.00% | 0.00% | |
| DCL | 65C | Senior Guaranty Claims Against Homestead Publishing Co | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 65E | General Unsecured Claims Against Homestead Publishing Co | 9 | 9 | 0 | 100.00% | 0.00% | $13,746.46 | $13,746.46 | - | 100.00% | 0.00% | ACCEPT |
| DCL | 66C | Senior Guaranty Claims Against Hoy Publications, LLC | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 66E | General Unsecured Claims Against Hoy Publications, LLC | 7 | 7 | 0 | 100.00% | 0.00% | $18,003.37 | $18,003.37 | - | 100.00% | 0.00% | ACCEPT |
| DCL | 67C | Senior Guaranty Claims Against Internet Foreclosure Service, Inc | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 67E | General Unsecured Claims Against Internet Foreclosure Service, Inc | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | - | 0.00% | 0.00% | |
| DCL | 68C | Senior Guaranty Claims Against KIAH Inc | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 68E | General Unsecured Claims Against KIAH Inc | 14 | 14 | 0 | 100.00% | 0.00% | $6,922,076.60 | $6,922,076.60 | - | 100.00% | 0.00% | ACCEPT |
| DCL | 69C | Senior Guaranty Claims Against KPLR, Inc | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 69E | General Unsecured Claims Against KPLR, Inc | 10 | 10 | 0 | 100.00% | 0.00% | $588,661.39 | $588,661.39 | - | 100.00% | 0.00% | ACCEPT |
| DCL | 70C | Senior Guaranty Claims Against KSWB Inc | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 70E | General Unsecured Claims Against KSWB Inc | 30 | 30 | 0 | 100.00% | 0.00% | $3,623,506.14 | $3,623,506.14 | - | 100.00% | 0.00% | ACCEPT |
| DCL | 71C | Senior Guaranty Claims Against KTLA Inc | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |
| DCL | 71E | General Unsecured Claims Against KTLA Inc | 46 | 46 | 0 | 100.00% | 0.00% | $24,607,068.39 | $24,607,068.39 | - | 100.00% | 0.00% | ACCEPT |
| DCL | 72C | Senior Guaranty Claims Against KWGN Inc | 408 | 399 | 0 | 97.79% | 2.21% | $8,364,480,824.53 | $8,364,480,824.53 | - | 97.79% | 2.21% | ACCEPT |

Exhibit 1

TRIBUNE COMPANY, et al.
Debtor/Consolidated/Lender Plan
Tabulation Summary

DCL Voting Results after Reclassification of Holders of Senior Loan Claims and Senior Guaranty Claims

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCL | 72E | General Unsecured Claims Against KWGN Inc | 4 | 4 | 0 | 100.00% | 0.00% | $ 250,156.21 | $ 250,156.21 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 72C | Senior Guaranty Claims Against Los Angeles Times Communications LLC | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 73E | General Unsecured Claims Against Los Angeles Times Communications LLC | 154 | 154 | 0 | 100.00% | 0.00% | $ 5,361,326.39 | $ 5,361,326.39 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 73C | Senior Guaranty Claims Against New Mass Media, Inc | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 74E | General Unsecured Claims Against New Mass Media, Inc | 4 | 4 | 0 | 100.00% | 0.00% | $ 1,682.63 | $ 1,682.63 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 74C | Senior Guaranty Claims Against Orlando Sentinel Communications Company | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 75E | General Unsecured Claims Against Orlando Sentinel Communications Company | 83 | 78 | 5 | 93.98% | 6.02% | $ 553,906.17 | $ 551,931.16 | $ 1,975.01 | 99.64% | 0.36% | ACCEPT |
| DCL | 75C | Senior Guaranty Claims Against Patuxent Publishing Company | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 76E | General Unsecured Claims Against Patuxent Publishing Company | 19 | 19 | 0 | 100.00% | 0.00% | $ 186,296.69 | $ 186,296.69 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 76C | Senior Guaranty Claims Against Southern Connecticut Newspapers, Inc | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 77E | General Unsecured Claims Against Southern Connecticut Newspapers, Inc | 10 | 9 | 1 | 90.00% | 10.00% | $ 10,058.94 | $ 9,558.94 | $ 500.00 | 95.03% | 4.97% | ACCEPT |
| DCL | 77C | Senior Guaranty Claims Against Star Community Publishing Group, LLC | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 78E | General Unsecured Claims Against Star Community Publishing Group, LLC | 7 | 7 | 0 | 100.00% | 0.00% | $ 2,858.18 | $ 2,858.18 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 78C | Senior Guaranty Claims Against Stemweb, Inc | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 79E | General Unsecured Claims Against Stemweb, Inc | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 0.00% | 0.00% | ACCEPT |
| DCL | 79C | Senior Guaranty Claims Against Sun-Sentinel Company | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 80E | General Unsecured Claims Against Sun-Sentinel Company | 14 | 11 | 3 | 73.33% | 0.75% | $ 5,040,579.47 | $5,040,579.47 | $ - | 77.77% | 0.23% | ACCEPT |
| DCL | 80C | Senior Guaranty Claims Against The Baltimore Sun Company | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 81E | General Unsecured Claims Against The Baltimore Sun Company | 100 | 96 | 4 | 96.00% | 4.00% | $ 5,475,475.10 | $ 5,465,788.03 | $ 9,687.07 | 99.82% | 0.18% | ACCEPT |
| DCL | 81C | Senior Guaranty Claims Against The Daily Press, Inc | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 82E | General Unsecured Claims Against The Daily Press, Inc | 38 | 33 | 5 | 86.84% | 13.16% | $ 116,028.05 | $ 107,987.73 | $ 8,040.32 | 93.07% | 6.93% | ACCEPT |
| DCL | 82C | Senior Guaranty Claims Against The Hartford Courant Company | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 83E | General Unsecured Claims Against The Hartford Courant Company | 88 | 87 | 1 | 98.86% | 1.14% | $ 643,111.48 | $ 643,087.46 | $ 24.02 | 100.00% | 0.00% | ACCEPT |
| DCL | 83C | Senior Guaranty Claims Against The Morning Call, Inc | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 84E | General Unsecured Claims Against The Morning Call, Inc | 43 | 42 | 1 | 97.67% | 2.33% | $ 169,463.03 | $ 150,114.98 | $ 19,348.05 | 88.58% | 11.42% | ACCEPT |
| DCL | 84C | Senior Guaranty Claims Against TMLH 2, Inc | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 85E | General Unsecured Claims Against TMLH 2, Inc | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 0.00% | 0.00% | ACCEPT |
| DCL | 85C | Senior Guaranty Claims Against TMLS 1, Inc | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 86E | General Unsecured Claims Against TMLS 1, Inc | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 0.00% | 0.00% | ACCEPT |
| DCL | 86C | Senior Guaranty Claims Against TMS Entertainment Guides, Inc | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 87E | General Unsecured Claims Against TMS Entertainment Guides, Inc | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 0.00% | 0.00% | |
| DCL | 87C | Senior Guaranty Claims Against Tower Distribution Company | 408 | 398 | 0 | 97.79% | 2.21% | $8,464,883,299.83 | $8,264,490,824.33 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 88E | General Unsecured Claims Against Tower Distribution Company | 4 | 4 | 0 | 100.00% | 0.00% | $ 33,334.55 | $ 33,334.55 | $ - | 100.00% | 0.00% | ACCEPT |

Exhibit 1

TRIBUNE COMPANY, et al.
Debtor/Committee/Lender Plan
Tabulation Summary

epiq
DCL Voting Results after Reclassification of Holders of Senior Loan Claims and Senior Guaranty Claims

| Proponent | Class | Description | No. Voting | No. Accept | No. Reject | % No. Accept | % No. Reject | Amt. Voting | Amt. Accept | Amt. Reject | % Amt. Accept | % Amt. Reject | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCL | 88C | Senior Guaranty Claims Against Tribune Broadcast Holdings, Inc | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 89E | General Unsecured Claims Against Tribune Broadcast Holdings, Inc | 20 | 20 | 0 | 100.00% | 0.00% | 2,672,257.22 | 2,672,257.22 | $ | 100.00% | 0.00% | ACCEPT |
| DCL | 90C | Senior Guaranty Claims Against Tribune Broadcasting Company | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 90E | General Unsecured Claims Against Tribune Broadcasting Company | 12 | 12 | 0 | 100.00% | 0.00% | 1,738,098.76 | 1,738,098.76 | $ | 100.00% | 0.00% | ACCEPT |
| DCL | 91C | Senior Guaranty Claims Against Tribune Broadcasting Holdco, LLC | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 91E | General Unsecured Claims Against Tribune Broadcasting Holdco, LLC | 0 | 0 | 0 | 0.00% | 0.00% | - | - | $ | 00.00% | 0.00% | |
| DCL | 92C | Senior Guaranty Claims Against Tribune California Properties, Inc | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 92E | General Unsecured Claims Against Tribune California Properties, Inc | 0 | 0 | 0 | 0.00% | 0.00% | - | - | $ | 00.00% | 0.00% | |
| DCL | 93C | Senior Guaranty Claims Against Tribune CNLBC, LLC | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 93E | General Unsecured Claims Against Tribune CNLBC, LLC | 1 | 1 | 0 | 100.00% | 0.00% | 47.10 | 47.10 | $ | 100.00% | 0.00% | ACCEPT |
| DCL | 94C | Senior Guaranty Claims Against Tribune Direct Marketing, Inc | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 94E | General Unsecured Claims Against Tribune Direct Marketing, Inc | 30 | 30 | 0 | 100.00% | 0.00% | 390,423.20 | 390,423.20 | $ | 100.00% | 0.00% | ACCEPT |
| DCL | 95C | Senior Guaranty Claims Against Tribune Entertainment Company | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 95E | General Unsecured Claims Against Tribune Entertainment Company | 5 | 5 | 0 | 100.00% | 0.00% | 445,536.25 | 445,536.25 | $ | 100.00% | 0.00% | ACCEPT |
| DCL | 96C | Senior Guaranty Claims Against Tribune Finance, LLC | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 96E | General Unsecured Claims Against Tribune Finance, LLC | 0 | 0 | 0 | 0.00% | 0.00% | - | - | $ | 00.00% | 0.00% | |
| DCL | 97C | Senior Guaranty Claims Against Tribune Los Angeles, Inc | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | |
| DCL | 97E | General Unsecured Claims Against Tribune Los Angeles, Inc | 1 | 1 | 0 | 100.00% | 0.00% | 50,303.00 | 50,303.00 | $ | 100.00% | 0.00% | ACCEPT |
| DCL | 98C | Senior Guaranty Claims Against Tribune Media Services, Inc | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 98E | General Unsecured Claims Against Tribune Media Services, Inc | 0 | 0 | 0 | 0.00% | 0.00% | - | - | $ | 00.00% | 0.00% | |
| DCL | 99C | Senior Guaranty Claims Against Tribune Media Net, Inc | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 99E | General Unsecured Claims Against Tribune Media Net, Inc | 11 | 11 | 0 | 100.00% | 0.00% | 101,881.13 | 101,881.13 | $ | 100.00% | 0.00% | ACCEPT |
| DCL | 100C | Senior Guaranty Claims Against Tribune Media Services, Inc | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 100E | General Unsecured Claims Against Tribune Media Services, Inc | 40 | 39 | 1 | 97.50% | 2.50% | 643,471.50 | 643,444.50 | 27.00 | 100.00% | 0.00% | ACCEPT |
| DCL | 101C | Senior Guaranty Claims Against Tribune New York Newspaper Holdings, LLC | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 101E | General Unsecured Claims Against Tribune New York Newspaper Holdings, LLC | 17 | 17 | 0 | 100.00% | 0.00% | 17.00 | 17.00 | $ | 100.00% | 0.00% | ACCEPT |
| DCL | 102C | Senior Guaranty Claims Against Tribune NM, Inc | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 102E | General Unsecured Claims Against Tribune NM, Inc | 0 | 0 | 0 | 0.00% | 0.00% | - | - | $ | 00.00% | 0.00% | |
| DCL | 103C | Senior Guaranty Claims Against Tribune Television Company | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 103E | General Unsecured Claims Against Tribune Television Company | 68 | 67 | 1 | 98.53% | 1.47% | 26,885,089.16 | 26,802,868.44 | 82,220.72 | 99.69% | 0.31% | ACCEPT |
| DCL | 104C | Senior Guaranty Claims Against Tribune Television Holdings, Inc | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |
| DCL | 104E | General Unsecured Claims Against Tribune Television Holdings, Inc | 12 | 12 | 0 | 100.00% | 0.00% | 212,195.11 | 212,195.11 | $ | 100.00% | 0.00% | ACCEPT |
| DCL | | Senior Guaranty Claims Against Tribune Television New Orleans, Inc | 408 | 388 | * | 97.79% | 2.21% | $4,464,883,259.53 | $4,364,490,824.53 | $ | 97.65% | 2.35% | ACCEPT |

Exhibit 1

**TRIBUNE COMPANY, et al.**
**Debtor/Committee/Lender Plan**
**Tabulation Summary**

DCL Voting Results after Reclassification of Holders of Senior Loan Claims and Senior Guaranty Claims

| Plan | Class | Description | # Accept | # Reject | # Abstain | % Accept (#) | $ Accept | $ Reject | % Accept ($) | % Reject ($) | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DCL | 105E | General Unsecured Claims Against Tribune Television New Orleans, Inc. | 24 | 24 | 0 | 100.00% | $ 242,187.11 | $ 242,187.11 | 100.00% | 0.00% | ACCEPT |
| DCL | 106C | Senior Guaranty Claims Against Tribune Television Northwest, Inc. | 408 | 398 | 8 | 97.79% | $ 84,888,259.53 | $ 84,264,490,824.53 | 97.61% | 2.39% | ACCEPT |
| DCL | 106E | General Unsecured Claims Against Tribune Television Northwest, Inc. | 25 | 24 | 1 | 96.00% | $ 7,834,150.44 | $ 7,833,490.96 | 99.99% | 0.01% | ACCEPT |
| DCL | 107C | Senior Guaranty Claims Against Virginia Gazette Companies, LLC | 408 | 398 | 8 | 97.79% | $ 84,888,259.53 | $ 84,264,490,824.53 | 97.61% | 2.39% | ACCEPT |
| DCL | 107E | General Unsecured Claims Against Virginia Gazette Companies, LLC | 14 | 14 | 0 | 100.00% | $ 16,831.27 | $ 16,831.27 | 100.00% | 0.00% | ACCEPT |
| DCL | 108C | Senior Guaranty Claims Against WTXW Broadcasting, Inc. | 408 | 398 | 8 | 97.79% | $ 84,888,259.53 | $ 84,264,490,824.53 | 97.61% | 2.39% | ACCEPT |
| DCL | 108E | General Unsecured Claims Against WTXW Broadcasting, Inc. | 20 | 20 | 0 | 100.00% | $ 3,285,869.70 | $ 3,285,869.70 | 100.00% | 0.00% | ACCEPT |
| DCL | 109C | Senior Guaranty Claims Against WGN Continental Broadcasting Company | 408 | 398 | 8 | 97.79% | $ 84,888,259.53 | $ 84,264,490,824.53 | 97.61% | 2.39% | ACCEPT |
| DCL | 109E | General Unsecured Claims Against WGN Continental Broadcasting Company | 51 | 51 | 0 | 100.00% | $ 38,263,009.91 | $ 38,263,009.91 | 100.00% | 0.00% | ACCEPT |
| DCL | 110C | Senior Guaranty Claims Against WPIX, Inc. | 408 | 398 | 8 | 97.79% | $ 84,888,259.53 | $ 84,264,490,824.53 | 97.61% | 2.39% | ACCEPT |
| DCL | 110E | General Unsecured Claims Against WPIX, Inc. | 37 | 37 | 0 | 100.00% | $ 27,200,192.94 | $ 27,200,192.94 | 100.00% | 0.00% | ACCEPT |
| DCL | 111C | Senior Guaranty Claims Against WTXX Inc. | 408 | 398 | 8 | 97.79% | $ 84,888,259.53 | $ 84,264,490,824.53 | 97.61% | 2.39% | ACCEPT |
| DCL | 111E | General Unsecured Claims Against WTXX Inc. | 1 | 1 | 0 | 100.00% | $ 1,377.00 | $ 1,377.00 | 100.00% | 0.00% | ACCEPT |

**Exhibit 2**

**Exhibit 2**
**TRIBUNE COMPANY, et al.**
Debtor/Committee/Lender Plan Resolicitation Ballot Detail

| Name | Plan Class | Vote Amount | Vote | Releases |
|---|---|---|---|---|
| CITADEL SECURITIES TRADING LLC* | 1C & 50C-111C | $6,000,000.00 | ACCEPT | |
| LEVINE LEICHTMAN CAPITAL PARTNERS DEEP* | 1C & 50C-111C | $4,974,811.00 | ACCEPT | |
| PERELLA WEINBERG PARTNERS XERION MASTER | 1C & 50C-111C | $15,000,000.00 | ACCEPT | |

* Already submitted vote to accept the DCL Plan during initial solicitation period.

Debtor/Committee Lender Plan

