IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 9208 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On June 9, 2011, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on June 13, 2011 at 2:00 P.M. Before the Honorable Kevin J. Carey," dated June 9, 2011 [Docket No. 9208], by causing true and correct copies to be:

   a. delivered via facsimile to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

*Eleni Kossivas*

Sworn to before me this
13th day of June, 2011

*Julia S Bealler (Backmann)*
Notary Public

JULIA S. BEALLER
Notary Public, State of New York
No. 01BE6222280
Qualified in Kings County
Commission Expires May 24, 20 14

**EXHIBIT A**

| Name | Fax |
|---|---|
| David M Klauder | 302-573-6497 |
| Adam G Landis   Matthew B McGuire | 302-467-4450 |
| TG Macauley  VW Guldi | 302-427-8242 |
| MD Collins   RJ Stern Jr | 302-498-7531 |
| MD Collins   RJ Stern Jr | 302-651-7701 |
| Ellen W Slights | 302-573-6431 |
| SM Brown  RC Martin  ME Marino | 302-394-2341 |
| Laurie Silverstein | 302-658-1192 |
| Katherine L Mayer | 302-984-6399 |
| Patrick J Healy Vice President | 302-636-4148 |
| R Karl Hill | 302-888-0606 |
| William M Kelleher | 302-656-3714 |
| William M Kelleher | 302-384-9399 |
| Frederick B Rosner  Scott J Leonhardt | 302-351-8010 |
| Susan E Kaufman | 302-984-3939 |
| Christopher P Simon   J Grey | 302-777-4224 |
| Mark E Felger | 302-295-2013 |
| John V Fiorella   Charles J Brown III | 302-777-4352 |
| Jami B Nimeroff | 302-351-2744 |
| DB Stratton   JH Schanne II | 302-421-8390 |
| Margaret F England | 302-425-0432 |
| Margaret F England | 302-984-3939 |
| Rachel B Mersky | 302-656-2769 |
| Donna Harris | 302-442-7046 |
| Adam Hiller | 302-442-7045 |
| IC Bifferato   KG Collins TF Driscoll JZ Haupt | 302-254-5383 |
| MR Lastowski  SL Ross  RW Riley  LJ Kotler | 302-657-4901 |
| William Bowden   A Winfree  K Skomorucha | 302-654-2067 |
| LD Jones     TP Cairns | 302-652-4400 |
| Robert S Brady    M Blake Cleary | 302-571-1253 |
| David M Powlen | 317-231-7433 |
| Joseph L Christensen | 302-655-4420 |
| Jeffrey M Schlerf   John H Strock | 302-656-8920 |
| Dennis A Meloro | 302-661-7360 |
| Garvan F McDaniel | 302-429-8600 |
| David W Carickhoff | 302-425-6464 |
| W Hazeltine  WD Sullivan   EE Allinson III | 302-428-8195 |
| DC Abbott   CS Miller | 302-658-3989 |
| Christopher S Chow  LC Heilman | 302-252-4466 |
| Colm F Connolly | 302-574-3001 |
| MW Yurkewicz  RM Beck  SE Veght | 302-426-9193 |
| Tara L Lattomus | 302-425-0432 |
| Christopher D Loizides | 302-654-0728 |
| Justin R Alberto | 302-658-6395 |
| Christopher A Ward | 302-252-0921 |
| Sherry Ruggiero Fallon | 302-658-4018 |

| Name | Phone |
|---|---|
| John C Phillips | 302-655-4210 |
| Brian E Lutness | 302-888-2923 |
| James E Huggett | 302-888-1119 |
| AM Saccullo  TH Kovach | 302-836-8787 |
| FA Monaco Jr  TM Horan | 302-661-7730 |
| GM Galardi  IS Fredericks | 302-651-3001 |
| JC Wisler  MJ Phillips | 302-658-0380 |
| Daniel K Hogan | 302-656-7599 |
| Kathleen M. Miller | 302-652-8405 |
| EL Schnabel  RW Mallard | 302-425-7177 |
| James F Conlan   Bryan Krakauer | 312-853-7036 |
| Kevin T Lantry | 213-896-6600 |
| H Seife   D LeMay   D Deutsche | 212-541-5369 |
| Graeme W Bush    James Sottile | 202-822-8106 |
| D Glazer E Moskowitz M Russano | 212-607-7999 |
| MG Primoff  MB Schonholtz | 212-836-6525 |
| F Hyman   B Trust   A Trehan   B Yan | 212-262-1910 |
| MS Senter Jr   SA Buckman | 202-429-4618 |
| D Golden   D Zensky   A Qureshi  DJ Newman | 212-872-1002 |
| DS Rosner   AK Glenn   S Korpus | 212-506-1800 |
| David Adler | 212-609-6921 |
| Steven A Beckelman | 973-624-7070 |
| Steven A Beckelman | 973-297-3847 |
| RJ Stark   MS Siegel   GZ Novod  KS Bromberg | 212-209-4801 |
| B Bennett   JO Johnston  JM Mester | 213-621-6100 |
| Andrew Goldman | 212-230-8888 |
| David G Hille   Scott Greissman | 212-354-8113 |
| Thomas E Lauria | 305-358-5744 |
| Thomas E Lauria | 305-358-5766 |
| Charles S Bergen | 312-558-1195 |
| Alan N Salpeter | 312-729-6588 |
| Stephen J Shimshak  Andrew Gorden | 212-757-3990 |
| Gayle C Sproul | 215-988-9750 |
| Susan L Lissant | 573-751-7232 |
| Norman P Fivel | 518-473-1572 |
| Carol E Momjian | 215-560-2202 |
| James D Newbold | 312-814-3589 |
| Isaac M Pachulski | 310-228-5788 |
| Jonathan P. Guy | 202-339-8500 |
| KA Constantine  SD Bell  P Foohey | 612-340-2643 |
| EM Mahan  TP Carroll | 202-514-2583 |
| MN Reed  WM Simkulak | 215-979-1020 |
| Philip V Martino | 813-387-1763 |
| John P Sieger | 312-902-1061 |
| PN Silverstein  JB Reckmeyer | 212-850-2929 |
| M Smith T Hauser M Schloss L Gerson E Goldberg | 202-693-5610 |
| Frank F McGinn | 617-896-6275 |

| | |
|---|---|
| Jeffrey N Rich | 212-536-3901 |
| JR McCambridge  GR Dougherty  MW Kazan | 312-558-1195 |
| DJ Bradford  CL Steege  AW Vail | 312-527-0484 |
| TR Meites  MM Mulder  PW Mollica | 312-263-2942 |
| D Feinberg  T Jackson  AK Jongco  N Wasow | 510-839-7839 |
| JW Cotchett  PL Gregory | 650-697-0577 |
| M Dockterman  J Young  P Frye | 312-201-2555 |
| F Gecker  JD Frank  R Heiligman | 312-276-0035 |
| RA Saldinger  AJ Guon  K Bacher | 312-275-0566 |
| Matthew F Kye | 516-299-5578 |
| Shawn M Christianson | 415-227-0770 |
| Deborah Miller  Jeffrey Ross | 650-506-7114 |
| Charles M Oberly III  Yonatan Gelblum | 202-514-6866 |
| John H Aspelin | 415-296-9814 |
| MT Hannafan  BT Hannafan | 312-527-0220 |
| JE Gestrin  CZ Heri | 312-353-5698 |
| BR Zirinsky  NA Mitchell  JH Bae  GD Ticoll | 212-801-6400 |

**EXHIBIT B**

*<u>Email Addresses</u>*
aguon@shawgussis.com
ipachulski@stutman.com
kbacher@shawgussis.com
leonhardt@teamrosner.com
rosner@teamrosner.com
rsaldinger@shawgussis.com