## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref No. 9071 – 9099; 9101 – 9104, 9106 , 9108 – 9118, 9120 – 9125, 9128, 9130 - 9145 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On June 7, 2011, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2)", a sample of which is annexed hereto as Exhibit A by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Diane Streany

Sworn to before me this

15th day of June, 2011

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CLAIMS RECOVERY GROUP LLC
     TRANSFEROR: NATIONAL DECORATING SERVICE
     92 UNION AVENUE
     CRESSKILL, NJ 07626
```

Please note that your claim # 1389 in the above referenced case and in the amount of
$13,110.00 allowed at $4,869.43  has been transferred **(unless previously expunged by court order)** to:

```
     JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
     TRANSFEROR: CLAIMS RECOVERY GROUP LLC
     ONE STATION PLACE
     THREE NORTH
     STAMFORD, CT 06902
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9071     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/07/2011                          David D. Bird, Clerk of Court

                                          /s/ Diane Streany
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 7, 2011.

**EXHIBIT B**

The Tribune Company
CREDITOR LISTING

| Name | Address |
|---|---|
| CLAIMS RECOVERY GROUP LLC | AS ASSIGNEE OF WASHINGTON POST WRITERS GROUP 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | AS ASSIGNEE OF WASHINGTON WRITERS GROUP 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: AMBERLEAF PARTNERS INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: APPLICANT INSIGHT LIMITED IN 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: BLUE MOUNTAIN EQUIPMENT & SERVICE LLC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: C&W PRESSROOM PRODUCTS 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: COLLEGE OF DUPAGE 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: DIALCAR INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: ECHO COMMUNICATE INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: FRY COMMUNICATIONS, INC. 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: GANNETT MEDIA TECHNOLOGIES INTERNATIONAL 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: GANNETT MEDIA TECHNOLOGIES I INTERNATIONAL 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: HAWKER POWERSOURCE INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: JOHN RUSSO PHOTOGRAPHY INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: KAESER AND BLAIR INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: KAZIMIR, GINA 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: LAUGHLIN, GARY LEE 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: MALLEYS CHOCOLATES 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: MARKETRON BROADCAST SOLUTIONS 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: MARKETSPHERE CONSULTING 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: MCGIVERN BINDERY LLC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: MEDIA ADVERTISING CLUB OF CHICAGO 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: MTS POWER SYSTEMS INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: NATIONAL DECORATING SERVICE 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: NESSET, JONATHAN JAY 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: NEWSREEL 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: PATRIOT MARKETING GROUP LLC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: PENNER, DAN 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: PERFORMANCE BINDERY INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: PHOTOSCAPES 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: PRACTICAL SYSTEM SOLUTIONS INC. 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: REALMART REALTY LLC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: SANDERS LOCK & KEY INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: SCREENPLAY INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: TECHNOLOGY REVIEW 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: TOWER PAPER CO INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: TRAX EXPRESS DELIVERIES 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: UNIVERSAL AUTO GLASS 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: UNIVERSAL FORMS LABELS & SYSTEMS INC. 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: UNIVERSAL FORMS LABELS & SYSTEMS, INC. 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: WASHINGTON POST WRITERS GROU 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: ZERO VARIANCE 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR:WASHINGTON POST WRITERS GROUP 92 UNION AVENUE CRESSKILL NJ 07626 |
| IMPACT MARKETING | PO BOX 8684 CHICO CA 95928 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: CLAIMS RECOVERY GROUP LLC ONE STATION PLACE THREE NORTH STAMFORD CT 06902 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: IMPACT MARKETING ONE STATION PLACE THREE NORTH STAMFORD CT 06902 |

Total Number of Records Printed    46

**TRB TRF NTC**

J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DELAWARE 19801