IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref No. 9201 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On June 8, 2011, I caused to be served the "Notice of Teleconference Scheduled for June 8, 2011 at 3:00 P.M. before the Honorable Kevin J. Carey", dated June 8, 2011 (Docket No. 9201) by causing true and correct copies, to be delivered by electronic mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Diane Streany


Sworn to before me this

_____ day of June, 2011

_____
Notary Public

```
ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014
```

T:\Clients\TRIBUNE\Affidavits\Teleconference Notice_Aff_6-8-11.doc

# EXHIBIT A

Email Address

afriedman@olshanlaw.com

aglenn@kasowitz.com

ahammond@whitecase.com

andrew.goldman@wilmerhale.com

aross@sidley.com

awinfree@ashby-geddes.com

bberens@jonesday.com

bennettb@hbdlawyers.com

bkrakauer@sidley.com

carickhoff@blankrome.com

collins@rlf.com

collins@rlf.com

dabbott@mnat.com

dadler@mccarter.com

dahall@jonesday.com

damian.schaible@davispolk.com

david.klauder@usdoj.gov

dbergeron@sidley.com

dbradford@jenner.com

ddavidian@arkin-law.com

ddeutsch@chadbourne.com

deldersveld@tribune.com

dennis.glazer@davispolk.com

dfliman@kasowitz.com

dgheiman@jonesday.com

dgolden@akingump.com

dhille@whitecase.com

dlemay@chadbourne.com

dliebentritt@tribune.com

donald.bernstein@davispolk.com

drosner@kasowitz.com

dshafer@jonesday.com

dsloan@rlf.com

efriedman@fklaw.com

eli.vonnegut@davispolk.com

elliott.moskowitz@davispolk.com

esutty@foxrothschild.com

flevy@olshanlaw.com

gbush@zuckerman.com

gdemo@sidley.com

gmcdaniel@bglawde.com

gnovod@brownrudnick.com

hkaplan@arkin-law.com

hseife@chadbourne.com

jbendernagel@sidley.com

jboelter@sidley.com

jconlan@sidley.com

jhenderson@sidley.com

jhoover@beneschlaw.com

johnstonj@hbdlawyers.com

jschlerf@foxrothschild.com

jsottile@zuckerman.com

kbromberg@brownrudnick.com

kkansa@sidley.com

klantry@sidley.com

kmayer@mccarter.com

kmills@sidley.com

kstickles@coleschotz.com

kwesch@akingump.com

landis@lrclaw.com

lhutchins@akingump.com

mbcleary@ycst.com

mesterj@hbdlawyers.com

michael.russano@davispolk.com

msiegel@brownrudnick.com

mstein@kasowitz.com

npernick@coleschotz.com

pdublin@akingump.com

rbrady@ycst.com

rlemisch@beneschlaw.com

rstark@brownrudnick.com

sgreissman@whitecase.com

skorpus@kasowitz.com

stearn@rlf.com

swolosky@olshanlaw.com

tlauria@whitecase.com

tmacauley@zuckerman.com

wbowden@ashby-geddes.com

wweintraub@fklaw.com

Email Address

cschmidt@askounisdarcy.com

jlayden@dl.com

smccormick@morganlewis.com

dhines@sidley.com

slaardema@JonesDay.com

rhoda.morris@morganlewis.com

mlahaie@akingump.com

bchicuata@lewisfeinberg.com

mlira@lewisfeinberg.com

lholtan@lewisfeinberg.com