IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------X
In re:                                         :   Chapter 11 Cases
                                               :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                       :   (Jointly Administered)
                                               :
     Debtors.                                  :   **Related to Docket Nos. 8900, 9058**
------------------------------------------------X

### DECLARATION OF SERVICE

I, William D. Sullivan, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 4 East 8th Street, Suite 400, Wilmington, DE 19801.

3. I caused unredacted copies of the following documents to be served upon the parties on listed on Exhibit A via electronic mail

   - *Post Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES* (Docket No. 8900) (served on May 11, 2011); and

   - *Supplemental Proposed Findings of Fact and Conclusions of Law of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of the Noteholder Plan Proponents* (Docket No. 9058) (served on June 5, 2011).

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 17, 2011
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

_____
William D. Sullivan (No. 2820)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Counsel to Wilmington Trust Company*