June 13, 2011

Hello:

This is a matter related to case Number 08-13141... the Tribune Company (Chapter 11)

proceeding.

Last year a claim was filed on my behalf for $18,972.50 in wages earned at Newsday.

(3)

It was related to me that a check in that amount was mailed in 2007. I never received it. It also

was related to me that it was never cashed. Would greatly appreciate it if all further correspondence

And documents pertaining to this matter were sent to a new address:

Walter Fee
761 North 29th Street
#204
Milwaukee, WI 53208

Previously, correspondence had been sent to the Cook & Franke Law firm located at 660 East Mason Street in

Milwaukee, Wisconsin.
Please stop sending
correspondence there.
Thank you
for changing the

address.

Yours Truly,
Walter M. Fee