

www.rmsna.com

**Ronald Rowland, Esquire**
**Staff Attorney**
**Legal Services**

307 International Circle, Suite 270
Hunt Valley, Maryland 21030
Tel: (410) 773-4002
Fax: (484) 242-4218
Email: Ronald.Rowland@rmsna.com

June 20, 2011

Clerk of Court
U.S. Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

RESPONSE TO THE DEBTOR'S FORTY-FIFTH OMNIBUS
OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS
IN RE: IN RE TRIBUNE COMPANY, ET. AL. (DEBTORS)
CASE NO. 08-13141 (CHAPTER 11) (JOINTLY ADMINISTERED)
CLAIM NO. 6668

Dear Clerk of Court:

  Receivable Management Services Corporation is agent for Creditor, Dun & Bradstreet (D&B), and as agent we disagree with the Debtor's Objection to Claim No. 6668, which attempts to reduce D&B's administrative claim of $195,268.79 to $73,034.16, for the following reasons.

  The Debtors filed their Chapter 11 petition on December 8, 2008. At the time the petition was filed, D&B and the Debtor were parties to a three-year contract for D&B services and the term of the contract was from January 1, 2006 through and including December 31, 2009. *See, Exhibit A.* The parties were also obligated under a Master Agreement dating back to January 2004. *See, Exhibit B.* The payment schedule for the each contract year included a base "PPE fee" plus additional charges for use of D&B's International Reports and applicable taxes. D&B invoiced the Debtor each year in advance, and the Debtor paid at least partially in advance for D&B services during the contract years of 2006, 2007, and 2008. After the contract expired, D&B invoiced the Debtor for automatic renewal and the Debtor paid the amounts due for 2009 and continued to use D&B's services the entire year. *See, 2009 Invoices in Exhibit C.* At the end of 2009, D&B invoiced the Debtor for automatic renewal for 2010, but the Debtor did not pay for 2010. *See, 2010 Invoice in Exhibit D.*

  Although it did not pay the 2010 invoice, Debtors continued to use D&B's services through and including the week of September 7, 2010, despite the Debtor's rejection of the contract on May 14, 2010. On behalf of D&B, RMS as its agent filed an Amended Claim asserting its unsecured administrative priority claim, Claim No. 6668, which was received and filed by the Clerk of Court on October 29, 2010. Attached and filed with the claim is a 2010 Usage Report compiled automatically by D&B, and the Usage Report shows the dates, times, names of companies

researched by the Debtor, the identification of employees using the system, and the total price for use of the system. The final page of the usage report shows the calculated final discounted price of Debtor's usage, and that amount is $195,268.79 which is the amount of D&B's amended claim.

Paragraph 1 of the Terms and Conditions of the aforementioned three-year contract states as follows:

> After this initial term, this Order shall automatically renew for successive three (3) periods (each 3 year period a "Renewal Term), either party gives the other written notice of its intent not to renew...

It follows that when D&B invoiced the Debtor for 2009 and the Debtor paid for that year, the contract was automatically renewed for three years. Further, the contract states in Paragraph 2:

> In consideration for Customer's payment of the fee for each Contract Year...Customer shall have unlimited access to all products and services...

Thus, unlimited usage was conditioned on the payment of the applicable invoice amounts, which were not paid by the Debtor for 2010. Upon information and belief, Debtor asserts that the administrative claim should be limited to a pro rata portion of the contract price based on the approximately four and one-half months prior to the rejection of the contract, plus usage after the contract was rejected. The contract price for 2010 was $184,701.66, and actual usage was $195,268.79, but Debtor wants to reduce D&B's claim to only $73,034.16 despite the fact that it never paid the annual fee that was a pre-condition to unlimited use.

D&B asserts that since the annual fee was not paid, Debtor did not have the right to unlimited usage, as it had in prior years, and it therefore must pay the entire usage amount reflected by D&B's claim. Additional contract provisions support D&B's claim. First, Paragraph 1 of the Terms and Conditions of the original contract dated January 1, 2004, has similar language conditioning unlimited use to payment of the annual fee. Second, Paragraph 5.3 of the Master Agreement in Exhibit B states as follows:

> For certain Orders for D&B risk management information that include a volume or usage commitment represented by an upfront payment by Customer...if Customer's usage exceeds the committed amount, such excess shall be billed at a specified "overrun" rate. Such...overrun rate, if applicable, may be determined in accordance with the Order, or if not included in the Order, in D&B's published pricing and product policies.

In summary, the aforementioned contracts, coupled with the facts, clearly support D&B's assertion of its administrative claim, which should be allowed in its entirety.

Sincerely,

*[signature]*

Ronald L. Rowland, Esq.
MD Federal Bar No. 10774
DC Federal Bar No. 437661

**EXHIBIT A**

# Three Year Preferred Pricing Plan for DNBi Order for D&B Risk Management Solutions (11-05)


D&B
Decide with Confidence

This Order is subject to the Terms and Conditions set forth below in addition to the existing D&B Master Agreement between Customer and D&B. Customer, by signing below, acknowledges receipt of the D&B Product & Service Pricing Guide. Notwithstanding anything to the contrary contained in the Master Agreement, this Order constitutes a binding commitment for the term of this Order, and neither party may terminate this Order for convenience.

Effective Date: **JANUARY 1, 2006**

### Terms and Conditions

1. The term of this Order is 3 years from the Effective Date ("Initial Term"). Each 12 month period beginning on the Effective Date is referred to herein as a "Contract Year." After this Initial Term, this Order shall automatically renew for successive three (3) year periods (each 3 year period a "Renewal Term"), unless either party gives the other written notice of its intent not to renew at least 30 days prior to the end of the Initial Term or any subsequent Renewal Term. Such written notice may take the form of an email from a party's authorized representative sent from such representative's corporate e-mail address.

2. In consideration of Customer's payment of the fee for each Contract Year as set forth below ("PPP Fee"), Customer shall have unlimited access to all products and services listed on attached Appendix A ("Included Services"), subject to usage limits on selected products and services included within the Included Services (which limits are referred to as "Product Usage Limits"), determined by reference to the applicable pricing and band discount set forth below. In addition, Customer shall have unlimited access to the products and services listed on attached Appendix B ("RMS Transitional Products") for the first 90 days of Contract Year 1 of the Initial term, after which, Customer's access to such RMS Transitional Products shall automatically terminate.

3. Any use of Included Services in excess of the applicable Product Usage Limits during a particular Contract Year shall be billed to Customer at the above referenced pricing, including applicable band discount.

4. The use of Included Services under this Agreement applies to Customer as it exists today, and may be used only to support Customer's U.S. business, and may be used by Customer's U.S. divisions and wholly owned subsidiaries that are identified on a "Schedule of Affiliates" attached hereto and executed by the parties and that are not currently eligible to receive Included Services under an existing agreement with D&B ("Included Entities"), to support their respective U.S. businesses; provided Customer is liable for such Included Entities' compliance with this Order and Master Agreement. Any change to Customer via merger or acquisition (including the acquisition of a portfolio), shall require a written addendum between D&B and Customer to reflect such change, which addendum shall include the applicable revised PPP Fee schedule. Future acquisitions by Customer of, or future acquisitions of Customer by, companies with a D&B credit information contract ("Acquired/Acquiring Companies") shall not be included in this Order. Acquired/Acquiring Companies shall continue to receive D&B services pursuant to the terms and conditions of the respective D&B credit information contract ("Credit Contract") and shall not be included as an Included Entity under this Order, until the expiration of such Credit Contract and the execution of an addendum to this Order as referenced above.

5. Any use of Included Services by Customer's affiliates other than Included Entities shall be the subject of a separate, mutually agreed amendment to this Order; and Customer's use of D&B products and services other than Included Services, if any, shall be the subject of separate Orders executed by the parties, each of which shall be subject to, and incorporate by reference therein, the terms of the Master Agreement.

| PPP Fee | Band Discount: 6 | Product Usage Limits (per Contract Year) |
|---|---|---|
| Contract Year 1: $90,702. | | |
| Contract Year 2: $118,439. | Applicable Pricing: | |
| Contract Year 3: $131,467. | D&B's published pricing for 2006 | International Reports   15% of PPP Fee |

1. The PPP Fee for any Contract Year during the Renewal Term shall be equal to (a) 112% of the PPP Fee for the immediately preceding Contract Year.
2. Any unused amounts of PPP Fee may not be carried over to subsequent Contract Years.
3. In the event Customer elects not to renew this Order as permitted above, Customer may continue to access Included Services for up to 60 days after the expiration of the applicable term, provided that Customer will pay D&B's then current published pricing (subject to Customer's band discount set forth herein) for such Included Services for the sixty day period following the expiration date.

| Payment Terms: Due upon Receipt of Invoice | |
|---|---|
| **AGREED TO BY:** | |
| **DUN & BRADSTREET, INC.**<br>APPROVED:<br>AUTHORIZED SIGNATURE: *[signature]*<br>NAME (PLEASE PRINT): STEVE SULLIVAN<br>TITLE: AVP-GMC MIDWEST<br>DATE: 1/30/06 | **CUSTOMER**<br>COMPANY NAME: TRIBUNE COMPANY<br>AUTHORIZED SIGNATURE: *[signature]*<br>NAME (PLEASE PRINT): Mark Stepuszek<br>TITLE: Credit Mgr.<br>DATE: 1/30/2006 |

**CUSTOMER STREET ADDRESS:**

COMPANY NAME: TRIBUNE COMPANY
ADDRESS: 435 N. MICHIGAN AVE. 3RD FLOOR
CITY: CHICAGO    STATE: IL    ZIP: 60611
ATTENTION: MARK STEPUSZEK
TELEPHONE #: 312-222-3670    FAX #: 312-222-2599
D&B D-U-N-S #: 04-530-4367    E-MAIL: ___    PURCHASE ORDER #: ___
SUBSCRIBER #: 023-000004

**CUSTOMER BILL TO ADDRESS:**

COMPANY NAME: TRIBUNE COMPANY
ADDRESS*: 435 N. MICHIGAN AVE. 3RD FLOOR
CITY: CHICAGO    STATE: IL    ZIP: 60611
ATTENTION: MARK STEPUSZEK
RM NAME: DAVE MLSNA    RM #: 101680    CENTER #: 3124
RM TELEPHONE #: 630-717-2031    EXT: ___    E-MAIL: MLSNAD@DNB.COM
RM FAX 866-725-3657

*Attach usage address, if different (Attach Schedule of Affiliates for participating points.)

*Handwritten:*

Bill as followed
1. Tribune Company        $ 64,869.00
2. Morning Call           $  9,730.00
3. Newsday                $  3,780.00
4. Baltimore Sun          $ 10,800.00
5. Hartford Courant       $ 14,850.00
6. Tribune Media Services $ 10,800.00
7. WGN TV                 $  1,630.00
8. Tribune Direct         $  2,000.00
                          _____
                          $118,439 —

RMS 3 YR PPP DNBI (11-05)

11/21/05
Page 2 of 4

## Appendix A

### Included Services

| DNBi Service | International Reports (subject to usage limit; excludes Country Risk) |
|---|---|
| RMS Data Integration Packets (excludes Patriot Act) | Public Records |
| DunsLink Standard Packets | Standard Investigations (other than priority) |
| Global DecisionMaker Reports | SBRI Reports *(for SBRI participants only)* |

Note: Small Business Risk Account Score (SBRAS) and Small Business Risk Portfolio Score (SBRPS) are not included in your PPP for DNBi Fee.

## Appendix B

## RMS Transitional Products

| Business Background Report | dnb.com Custom Reports |
|---|---|
| Business Information Report | DUNS Financial Profile |
| Commercial Credit Score Report | Financial Stress Score Report |
| Comprehensive Report | Payment Analysis Report |
| Credit Check Report | Report Refresh Service |
| D&B ID and Rating Lookup | |

*Includes all report sections in the following categories: Identification & Summary, Payment Information, Credit Profiles, Public Filings, Financial and Banking Information, History & Operations and Special Events.

# SCHEDULE OF LOCATIONS OF SERVICE & CUSTOMER RELATED COMPANIES

To be attached to the Master Agreement or Order Form

## SCHEDULE OF LOCATIONS

| DUNS # | COMPANY NAME | | |
|---|---|---|---|
| 00-516-1542 | Tribune Company | | |
| SUB # | | | |
| 023-000004 | | TOTAL COMMITMENT | $118,439.00 |
| SIGNER | Mr Mark Stepuszek | | |
| SIGNER TITLE | Credit Manager | | |
| LATEST OFFER# / STATUS | / Effective / Active | NUMBER OF LOCATIONS | 10 |

| RM Name | | RESP PCT |
|---|---|---|
| Dave Micka | A | 100% |
| Dave Fuehring | B | 100% |
| Molly Evestad | T | 100% |

X DNBi Plan

Information, Software and other Services provided pursuant to the Master Agreement may also be made available to U.S. companies that are subsidiaries, divisions or affiliates, wholly-owned or controlled by Customer and that are identified on this Schedule as Customer Related Companies ("Customer-Related Companies"). Such Customer-Related Companies will be bound by the same obligations that no such Customer under the Master Agreement. Customer is responsible and liable for all use of the Software and Information derived from the Master Agreement. Customer represents and warrants that no such Customer-Related Company is or intends to engage in Services that are competitive to any Service offered by D&B, that Customer has authority to bind the Customer-Related Companies to the Master Agreement and Customer guarantees their performance of the Master Agreement.

For the purposes of determining the Customer-Related Companies' obligations to D&B and the limitations on their rights regarding D&B, the Customer-Related Companies listed in this Schedule are included in the definition of "Customer" as that term is used in the Master Agreement, except Customer-Related Companies shall not have the authority to execute Orders, renew, make payments, terminate, amend, or assign the Master Agreement.

**DUN & BRADSTREET**

Signature: _[signature]_
Print Name: STEVE SULLIVAN
Title: AVP - GMC MIDWEST
Date: 1/31/06

**CUSTOMER**

Signature: _[signature]_
Print Name: Mark Stepuszek
Title: Credit Mgr.
Date: 1/31/2006

| A C T I V E | TYPE | SUB # | DUNS # | COMPANY NAME MAILING ADDRESS | USAGE TO ADDRESS | CONTACT NAME TEL # | SVC FEE SAMT | REFERENCE SERVICES QTY TYPE-ISSUE | ADP COMMITMENT AMOUNT | DESK-TOP SOL (Ch or d)link |
|---|---|---|---|---|---|---|---|---|---|---|
| A | Org | 023-000004 | 00-516-1542 | Tribune Company 435 N Michigan Ave 3rd Fl. Chicago, IL 60611-0000 Attn: Mark Stepuszek Tel#: 312-222-3670 | Tribune Company 435 N Michigan Ave 3rd Fl. Chicago, IL 60611-0000 Attn: Mark Stepuszek Tel#: 312-222-3670 | Attn: Mark Stepuszek Tel#: 312-222-3670 | | | $64,869.00 Y | COMMIT-BILL TO (Y/N) |

Note: Hold the Alt Key down and hit Enter to Carriage Return within a Cell

Schedule For Sub#023-000004

SCHEDULE OF LOCATIONS

| STATUS | TYP | SUB # | DUNS # | COMPANY NAME MAILING ADDRESS | USAGE TO ADDRESS | CONTACT NAME TEL # | SVC FEE AMT | REFERENCE SERVICES QTY TYPE-ISSUE | ADP COMMITMENT AMOUNT | BILL TO (Y/N) | DESK-TOP SOL (Cl) or (D)isk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | Ppd | 004-018181 | 00-239-1666 | Morning Call, Inc, The<br>101 N. 6th St.<br>PO Box 1260<br>Allentown, PA 18101<br>Attn: Glenn W Adams<br>Tel#: 610-820-6500 | Morning Call, Inc, The<br>101 N. 6th St.<br>PO Box 1260<br>Allentown, PA 18101<br>Attn: Glenn W Adams<br>Tel#: 610-820-6500 | Attn: Glenn W Adams<br>Tel#: 610-820-6500 | | | $9,724.00 | Y | |
| A | Ppd | 006-001502 | 12-134-5136 | Baltimore Sun Company<br>501 N Calvert Street<br>Baltimore, MD 21202-0000<br>Attn: Marvin Dail<br>Tel#: 410-332-6000 | Baltimore Sun Company<br>501 N Calvert Street<br>Baltimore, MD 21202-0000<br>Attn: Credit Manager<br>Tel#: 410-332-6000 | Attn: Marvin Dail<br>Tel#: 410-332-6000 | | | $10,800.00 | Y | |
| A | Ppd | 021-012715 | 05-278-2497 | Newsday Inc<br>235 Pinelawn Road<br>Melville, NY 11747-0000<br>Attn: Christine Klepsis<br>Tel#: 631-843-2020 | Newsday Inc<br>235 Pinelawn Road<br>Melville, NY 11747-0000<br>Attn: Christine Klepsis<br>Tel#: 631-843-2020 | Attn: Christine Klepsis<br>Tel#: 631-843-2020 | | | $3,780.00 | Y | |
| A | Ppd | 023-001628 | 79-432-9886 | Tribune Direct<br>505 Northwest Ave.<br>North Lake, IL 60164<br>Attn: Judy Fabian<br>Tel#: 708-836-2757 | Tribune Direct<br>505 Northwest Ave.<br>North Lake, IL 60164<br>Attn: Judy Fabian<br>Tel#: 708-836-2757 | Attn: Judy Fabian<br>Tel#: 708-836-2757 | | | $2,000.00 | Y | |
| A | Ppd | 023-087654 | 11-867-1486 | Tribune Media Service<br>435 N Michigan Ave Ste 1500<br>Chicago, IL 60611-0000<br>Attn: Keith Williams<br>Tel#: 312-222-4558 | Tribune Media Service<br>435 N Michigan Ave Ste 1500<br>Chicago, IL 60611-0000<br>Attn: Keith Williams<br>Tel#: 312-222-4558 | Attn: Keith Williams<br>Tel#: 312-222-4558 | | | $10,800.00 | Y | |
| A | Ppd | 023-008010 | 80-882-6907 | Tribune Entertainment Company<br>5800 Sunset Boulevard 3rd Flr<br>Los Angeles, CA 90028-0000<br>Attn: Ed Garcia<br>Tel#: 323-460-3955 | Tribune Entertainment Company<br>5800 Sunset Boulevard 3rd Flr<br>Los Angeles, CA 90028-0000<br>Attn: Ed Garcia<br>Tel#: 323-460-3955 | Attn: Ed Garcia<br>Tel#: 323-460-3955 | | | | N | |
| A | Ppd | 023-043132 | 00-693-3121 | W G N Continental Broadcasting<br>2501 W Bradley Place<br>Chicago, IL 60618<br>Attn: Barbara Wilson<br>Tel#: 773-528-2311 | W G N Continental Broadcasting<br>2501 W Bradley Place<br>Chicago, IL 60618<br>Attn: Barbara Wilson<br>Tel#: 773-528-2311 | Attn: Barbara Wilson<br>Tel#: 773-528-2311 | | | $1,620.00 | Y | |
| A | Ppd | 034-004933 | 00-135-0747 | Hartford Courant Co., The<br>285 Broad Street<br>Hartford, CT 06105<br>Attn: Janet Pose<br>Tel#: 860-241-6332 | Hartford Courant Co., The<br>285 Broad Street<br>Hartford, CT 06105<br>Attn: Janet Pose<br>Tel#: 860-241-6332 | Attn: Janet Pose<br>Tel#: 860-241-6332 | | | $14,850.00 | Y | |

Schedule For Sub#023-0000004

## SCHEDULE OF LOCATIONS

| ACT ION | S T A T U S | TYP | SUB# | DUNS # | COMPANY NAME MAILING ADDRESS | USAGE TO ADDRESS | CONTACT NAME TEL # | SVC FEE MGMT | REFERENCE SERVICES QTY TYPE-ISSUE | ADP COMMIT- MENT AMOUNT | BILL TO (CM or IN) | DESK- TOP SOL (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | Ppt | SUB 1 | 263-721411 | 00-105-1964 | Sentinel Communications Company 633 N. Orange Ave. Orlando, FL 32801 Attn: Jim Lessner Tel#: 407-420-5291 | Sentinel Communications Company 633 N. Orange Ave. Orlando, FL 32801 Attn: Jim Lessner Tel#: 407-420-5291 | Attn: Jim Lessner Tel#: 407-420-5291 | | | | N | |

**EXHIBIT B**

 

Master Agreement (MA-08-03)

Dun & Bradstreet, Inc. ("D&B") and the customer named below ("Customer") agree that D&B shall make available to Customer business information services ("Services"), which may include information ("Information"), computer programs or applications (including those accessed remotely), documentation and media (collectively, "Software"), professional services and other services, subject to this Master Agreement ("Agreement"). The Services subject to this Agreement are identified in Orders entered into from time to time by D&B and Customer which may include products, Service-specific terms and conditions. No obligation to furnish or to pay for a particular Service arises under this Agreement until D&B accepts the applicable order in writing (i.e., by signature of an authorized D&B representative). All accepted orders ("Orders") for Services are subject to this Agreement, and the terms of each Order are incorporated by reference in this Agreement. The Services made available to Customer by D&B pursuant to a particular Order may also be made available to the U.S. subsidiaries, divisions or affiliates, wholly-owned or controlled by Customer ("Customer Related Companies") that are identified on a "Schedule of Locations of Service & Customer Related Companies" schedule attached to such Order and signed by the parties. The effective date of this Agreement is the latest date indicated below the parties' respective signatures. In consideration of the mutual obligations set forth in this Agreement, each party agrees to the terms and conditions below and represents that this Agreement is executed by duly authorized representatives as of the dates below:

| DUN & BRADSTREET, INC. | Customer: Tribune Company |
|---|---|
| Signature: [signature] | Signature: Mark Stipursek |
| Print Name: Natasha M. Higgins | Print Name: Mark Stepuszek |
| Title: | Title: Credit Mgr. |
| Date: 1/21/04 | Date: 1/6/04 |

**Terms and Conditions**

1. **License**
1.1 D&B grants to Customer a non-exclusive, non-transferable license ("License") to use and display the Information and Software (in object code format only) constituting each D&B product specified in an Order, subject to the limitations contained in this Agreement and such Order. D&B retains all ownership rights (including copyrights and other intellectual property rights) in the Services, in any form, and Customer obtains only such rights as are explicitly granted in this Agreement and such Order.
1.2 Each License is for a term of twelve (12) months, beginning on the date of the Order, unless another term is specified in the Order. D&B may extend the term for an additional period, in its discretion, while the parties are engaged in renewal discussions. Any such extension shall be subject to this Agreement and the applicable Order. Each License or Order may be renewed as set forth in the Order and/or by mutual written agreement and payment of renewal fees and applicable product and service fees (the initial term and any renewed period for an Order or License constitute the "Term" for such Order or License).
1.3 Software "Updates" (i.e., minor enhancements, additions, and substitutions to Software, including corrections and bug fixes) are provided at no additional fee, if available. "Upgrades" (i.e., modifications, additions or substitutions to Software), if available, are provided for an additional fee, if applicable. The determination of whether a matter involves an Update or an Upgrade is within the sole discretion of D&B. All Updates and Upgrades made available to Customer are subject to this Agreement.
1.4 Telephone and email-based Software support is available during the Term of an Order for the currently licensed Software versions, and only if Customer has installed all Updates received.

2. **Restrictions on Use**
2.1 Information and Software are licensed for Customer's internal use only and (i) only at the points of service specified in the Order; (ii) only for the frequency of use or total number of users set forth in the Order; (iii) only for the particular applications set forth in the Order; and (iv) subject to any other restrictions set forth in the Order.
2.2 Customer will not provide Information, Software or other Services to others, whether directly in any media or indirectly through incorporation in a database, mailing list, report or otherwise, or use or permit the use of Information to generate any statistical or other information that is or will be provided to third parties (including as the basis for providing recommendations to others), use or permit the use of Information to prepare any comparison to other Information databases that is or will be provided to third parties; or voluntarily produce Information in legal proceedings.
2.3 Customer will not attempt to decode, use, modify, copy, reverse engineer, or otherwise derive the source code of Software.
2.4 Customer will not use Information as a factor in establishing an individual's eligibility for (i) credit or insurance to be used primarily for personal, family, or household purposes, or (ii) employment. In addition, Customer will not use any Service to engage in any unfair or deceptive practices and will set the Services only in compliance with applicable state, local, federal or foreign laws or regulations, including but not limited to laws and regulations promulgated by the Office of Foreign Asset Control, applicable export restrictions, and/or those laws and regulations regarding telemarketing, customer solicitation (including lists and/or e-mail solicitation), data protection and privacy.
2.5 Upon expiration or termination of an Order with respect to particular Information or Software, or upon receipt of Software or Information that is intended to supersede previously obtained Software or Information, unless D&B instructs Customer otherwise, Customer will immediately delete or destroy all originals and copies of the Information and/or Software, as applicable, including all Information or Software provided to Third Party Services as permitted by paragraph 5 hereof; and upon request provide D&B with certification thereof.
2.6 Upon reasonable notice and during regular business hours, Customer will permit D&B to inspect the locations at, or computer systems on which, Information and Software are used, stored or transmitted so that D&B can verify Customer's compliance with this Agreement.

3. **Copies**
3.1 Customer will not copy, download, upload or in any other way reproduce Information or Software (except for creating a reasonable number of copies of Information for internal use only in accordance with this Agreement and not for general Internet distribution).

4. **D-U-N-S Numbers**
4.1 D-U-N-S Numbers are proprietary to and controlled by D&B. D&B grants Customer a non-exclusive, perpetual, limited license to use D-U-N-S Numbers solely for identification purposes and only for Customer's internal business use. Where practicable, Customer will refer to the number as a "D-U-N-S Number" and state that D-U-N-S is a registered trademark of D&B.

5. **Third Party Services and Information Providers**
Customer may, subject to the written approval of D&B, engage a contractor (a "Third Party Service") to process, host or otherwise have access to the Information, provided Customer enters into a written agreement with such Third Party Service that provides that (i) such Third Party Service's access to and use of the Information shall be limited

RMS 1 YR PPA 12-03

Page 3 of 5

Services), (d) D&B shall be a third party beneficiary of the foregoing obligations, and (e) upon the earlier of termination of Customer's agreement with such Third Party Servicer or termination of this Agreement, such Third Party Servicer shall be obligated to return the information to D&B or certify its destruction. Customer shall be responsible for the acts of such Third Party Servicer and its compliance with the foregoing, and any noncompliance shall constitute a breach of this Agreement. In addition, Customer shall indemnify D&B for any claims relating to such Third Party Servicer's conduct.

5.2   Third parties that provide information to D&B for use in providing the Services are intended third party beneficiaries of paragraphs 7 and 10.

**6.   Payment**

6.1   Customer will pay D&B in accordance with the Order. Prices and product descriptions are those set forth in the Order, or, if not included in the Order, in D&B's published pricing and product policies, which policies are incorporated herein. A late payment charge of the lesser of 1½% per month or the highest lawful rate may be applied to any outstanding balances until paid.

6.2   Customer will pay any applicable taxes relating to this Agreement, other than taxes based on D&B income and franchise - related taxes.

6.3   For certain Orders for D&B risk management information that include a volume or usage commitment represented by an upfront payment by Customer, Customer may be entitled to "carry over" portions of unused volume or usage upon renewal under certain circumstances. In addition, if Customer's usage exceeds the committed amount, such excess usage shall be billed at a specified "overrun" rate. Such carryover and/or overrun rate, if applicable, may be determined in accordance with the Order, or, if not included in the Order, in D&B's published pricing and product policies.

6.4   If Customer's pricing with respect to a particular Order is based on Customer's expected volume or usage as indicated on such Order and Customer does not meet such volume or usage levels, Customer will pay D&B a "true-up amount" based on the pricing applicable to the volume or usage actually utilized by Customer.

6.5   D&B reserves the right to revise its pricing schedules at any time. Changes to transactional fees shall be applied on a going forward basis, upon 30 days written notice. Changes to charges billed on an annual basis (e.g., annual software license fees) shall take effect only upon the License renewal date.

**7.   Disclaimers**

7.1   Though D&B uses extensive procedures to keep its database current and to maintain accurate data, Customer acknowledges that the information will contain a degree of error and that Customer is responsible for determining that the information is sufficiently accurate for Customer's purposes.

7.2   ALL SERVICES ARE PROVIDED ON AN "AS IS," "AS AVAILABLE" BASIS. OTHER THAN AS EXPLICITLY STATED IN THIS AGREEMENT, D&B DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF ACCURACY, COMPLETENESS, CURRENTNESS, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. D&B DOES NOT WARRANT THAT THE SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE AND DISCLAIMS ANY WARRANTY OR REPRESENTATION REGARDING AVAILABILITY OF A SERVICE, SERVICE LEVELS OR PERFORMANCE. D&B WILL NOT BE LIABLE FOR ANY LOSS OR INJURY ARISING OUT OF, IN WHOLE OR IN PART, D&B'S CONDUCT IN PROCURING, COMPILING, COLLECTING, INTERPRETING, REPORTING OR DELIVERING SERVICES.

**8.   Copyrights and Other Proprietary Rights**

8.1   Customer acknowledges that Information and Software are proprietary works of D&B and comprise: (i) works of original authorship, including compiled information containing D&B's selection, arrangement and coordination and expression of such information or pre-existing material it has created, gathered or assembled; (ii) trade secret and other confidential information, including information that derives value or potential value from not being readily known or available; and (iii) information that has been created, developed and maintained by D&B at great expense, such that misappropriation or unauthorized use by others for commercial gain would unfairly and/or irreparably harm D&B or reduce D&B's incentive to create, develop and maintain such information. Customer will not commit or permit any act or omission that would contest or impair D&B's proprietary and intellectual property rights in Information and Software or that would cause the Information or Software to infringe the proprietary or intellectual property rights of a third party. Customer will reproduce D&B's copyright and proprietary rights legend on all copies of Information and Software.

8.2   Customer will not use any trademark, service mark or trade name of D&B or any of D&B's affiliated companies or publish any press releases regarding this Agreement or any Order.

8.3   D&B will treat all information that Customer designates in writing to be proprietary in the same manner as D&B treats its own proprietary information. D&B agrees not to use such identified proprietary information except for the purposes of performing its obligations to Customer and for internal analytical purposes (i.e., analyzing such data to improve D&B's products and services). Such proprietary information shall not include information that (i) is or becomes a part of the public domain through no act or omission of D&B; (ii) was in D&B's lawful possession prior to Customer's disclosure to D&B; (iii) is lawfully disclosed to D&B by a third-party with the right to disclose such information and without restriction on such disclosure; or (iv) is independently developed by D&B without use of or reference to the proprietary information.

8.4   D&B represents and warrants to Customer that, to D&B's knowledge, the Software and Information, when used in accordance with this Agreement, do not violate any existing U.S. copyrights, patents, trademarks, or other intellectual property rights of any third party. The foregoing warranty does not apply to the extent Customer modifies the Software or Information in any way or combines the Software or Information with material from third parties.

**9.   Termination**

9.1   In the event of material breach (including, without limitation, an assignment in violation of paragraph 12.2 hereof) by Customer or D&B, the non-breaching party may immediately terminate this Agreement or particular Orders without prior notice. In addition, D&B may terminate this Agreement or particular Orders upon 30 days' prior written notice, provided that if D&B terminates this Agreement or particular Orders other than for cause, D&B will refund to Customer the unused balance of any amounts prepaid under the relevant Orders.

9.2   Termination of this Agreement will result in a termination of all outstanding Orders, and D&B may terminate this Agreement at such time as there are no Orders in effect.

9.3   The provisions set forth in paragraphs 2, 3, 4, 6, 7, 8, 9.3, 9.4, 10 and 11 will survive the termination of this Agreement.

9.4   If, without D&B's written permission, Customer continues after termination to obtain, retain or continue to use Information, Software or other Services covered by a terminated Order or Agreement, Customer will be liable to D&B for the undiscounted fees for such Services in effect on the date of such termination.

**10.   Limitation of Liability**

10.1   EXCEPT FOR CLAIMS ARISING OUT OF VIOLATIONS OF PARAGRAPHS 2 OR 8, EACH PARTIES' AGGREGATE LIABILITY WITH RESPECT TO A PARTICULAR ORDER WILL NOT EXCEED THE AGGREGATE AMOUNT PAYABLE BY CUSTOMER TO D&B PURSUANT TO SUCH ORDER. ANY CLAIMS WILL BE BROUGHT, IN ACCORDANCE WITH THIS AGREEMENT, WITHIN 12 MONTHS OF THE FIRST OCCURRENCE GIVING RISE TO SUCH CLAIMS, OR SUCH CLAIMS WILL BE FOREVER BARRED.

10.2   D&B SHALL NOT BE LIABLE FOR SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING LOSS OF PROFITS), EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**11.   Choice of Law; Disputes**

11.1   This Agreement is governed by and construed in accordance with the laws of the State of New Jersey, without regard to choice of law provisions. Any disputes arising out of this Agreement that cannot be resolved by the parties will be brought in state or federal court located in Newark, New Jersey.

11.2   Customer will pay all costs and expenses, including reasonable attorneys' fees, that D&B incurs in any action to enforce Customer's and Customer-Related Companies' obligations under this Agreement.

**12.   Miscellaneous**

12.1   This Agreement, all Orders, addenda, statements of work and schedules, and D&B's published policies and procedures referred to herein and in effect from time to time, constitute the entire agreement between D&B and Customer regarding the Services. In no event shall any terms or conditions included on any form of Customer purchase order apply to the relationship between D&B and Customer hereunder, unless such terms are expressly agreed to by the parties in writing. Where there is a conflict between the terms of any Order or addendum and this Agreement, the terms of the Order or addendum, as applicable shall control with respect to the Services set forth in such Order or addendum and solely to the extent of the conflict. Any amendments of or waivers relating to this Agreement or any Order must be in writing signed by both parties.

12.2   This Agreement binds and inures to the benefit of the parties and their successors and assigns, except that neither party may assign this Agreement without the prior written consent of the other party; however, D&B may assign the Agreement in connection with a merger or consolidation involving D&B (so long as the assignment is to the newly merged or consolidated entity) or the sale of substantially all of D&B's assets (so long as the assignment is to the acquirer of such assets).



EXHIBIT C

7543402300000400009444760000000000000109941461

| ACCOUNT # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3141-023000004 | 00-516-1542 | 9444760-01 | 01/02/2009 | $109,941.46 | |

TRIBUNE DIRECT
MARK STEPUSZEK
435 N MICHIGAN AVE FL 3
CHICAGO          IL 60611-4026

TO INSURE PROPER CREDIT -- Please return this portion with payment. Also be sure to include your account number on check.
MAIL YOUR REMITTANCE TO:

D&B
P.O. Box 75434
Chicago, IL 60675-5434

The above address is for payment of invoices only.

**FOR INTERNAL USE**
ORG Subscriber #: 023000004        Offer#: 007575737
Sales Rep:    David    Wallace/117737

For CUSTOMER SERVICE or other questions call   (800) 234-3867

Dun and Bradstreet Inc., FED ID# 22-3582360

# INVOICE

MAIL YOUR REMITTANCE TO:
D&B
P.O. Box 75434
Chicago, IL 60675-5434

Page 1

The above address is for payment of invoices only.

For CUSTOMER SERVICE or other questions call   (800) 234-3867

| SUBSCRIBER # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 023000004 | 00-516-1542 | 9444760-01 | 01/02/2009 | $109,941.46 | |
| Description | | | TOTAL AMOUNT | FUTURE PAYMENTS | CURRENT AMT DUE |
| SUBSCRIPTION FEE* | | | 164,912.20 | | |
| ADDITIONAL PRODUCT COMMITMENT | | | .00 | | |
| ADVANCE SALES TAX DEPOSIT | | | .00 | | |
| TOTAL ANNUAL SERVICE AMOUNT | | | 164,912.20 | | |
| Installment 1 due on 01/01/2009 | | | | | 54,970.73 |
| Installment 2 due on 02/01/2009 | | | | | 54,970.73 |
| Installment 3 due on 03/01/2009 | | | | 54,970.74 | |
| Pay Current Amount Due OR Pay Total Amount Due | | | 164,912.20 | | 109,941.46 |
| *SUBSCRIPTION FEE refers to your PPA/DNBi/XBSP fee as indicated in your contract. | | | | **AMOUNT DUE:** | $109,941.46 |

OFFER SIGNED BY:        Mark Stepuszek

Pay by Visa, Mastercard, American Express or Discover! Call 1-800-872-4324 for details.

**Thank you** for doing business with **D&B**
Visit www.dnb.com to learn how D&B can help you Decide with Confidence
**Please retain this portion for your records**

BIPI7a


Decide with Confidence

7543402300000400009444760000300000000054970744

| ACCOUNT # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3141-023000004 | 00-516-1542 | 9444760-03 | 02/01/2009 | $54,970.74 | |

TRIBUNE DIRECT
MARK STEPUSZEK
435 N MICHIGAN AVE FL 3
CHICAGO          IL 60611-4026

TO INSURE PROPER CREDIT -- Please return this portion with payment. Also be sure to include your account number on check.
MAIL YOUR REMITTANCE TO:

**D&B**
P.O. Box 75434
Chicago, IL 60675-5434

The above address is for payment of invoices only.

For CUSTOMER SERVICE or other questions call   (800) 234-3867

**FOR INTERNAL USE**
ORG Subscriber #:   023000004            Offer #: 007575737
Sales Rep:   David    Wallace/117737

---

Dun and Bradstreet Inc., FED ID# 22-3582360

# INVOICE

MAIL YOUR REMITTANCE TO:
**D&B**
P.O. Box 75434
Chicago, IL 60675-5434

Page 1

The above address is for payment of invoices only.

For CUSTOMER SERVICE or other questions call   (800) 234-3867

| SUBSCRIBER # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 023000004 | 00-516-1542 | 9444760-03 | 02/01/2009 | $54,970.74 | |
| Description | | | TOTAL AMOUNT | FUTURE PAYMENTS | CURRENT AMT DUE |
| SUBSCRIPTION FEE* | | | 164,912.20 | | |
| ADDITIONAL PRODUCT COMMITMENT | | | .00 | | |
| ADVANCE SALES TAX DEPOSIT | | | .00 | | |
| TOTAL ANNUAL SERVICE AMOUNT | | | 164,912.20 | | |
| Installment 3 due on 03/01/2009 | | | | | 54,970.74 |
| Pay Current Amount Due OR Pay Total Amount Due | | | | | |
| *SUBSCRIPTION FEE refers to your PPA/DNBi/XBSP fee as indicated in your contract. | | | | **AMOUNT DUE:** | $54,970.74 |

OFFER SIGNED BY:     Mark Stepuszek

Pay by Visa, Mastercard, American Express or Discover! Call 1-800-872-4324 for details.

*Thank you* for doing business with **D&B**
Visit www.dnb.com to learn how D&B can help you Decide with Confidence
**Please retain this portion for your records**

BIPI7a



**EXHIBIT D**

| ACCOUNT # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3795-023000004 | 00-516-1542 | 9814976-01 | 01/02/2010 | $ 184,701.66 | |

TRIBUNE COMPANY
MARK STEPUSZEK
435 N MICHIGAN AVE FL 3
CHICAGO IL 60611-4066

TO INSURE PROPER CREDIT – Please return this portion with payment. Also be sure to include your account number on check.
Mail your remittance to:

**P.O. Box 75434**
**Chicago IL 60675-5434**

FOR INTERNAL USE
ORG Subscriber #:   023000004
Offer # :   007653744
Sales Rep: David Wallace/117737

The above address is for the payment of invoices only.

For CUSTOMER SERVICE or other questions call (800) 872-4324

---

D&B FED ID# 22-3582360        Mail your remittance to:

# INVOICE

DUN & BRADSTREET
**P.O. Box 75434**
**Chicago IL 60675-5434**

The above address is for the payment of bills only.

For CUSTOMER SERVICE or other questions call (800) 872-4324

| ACCOUNT # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 023000004 | 00-516-1542 | 9814976-01 | 01/02/2010 | $ 184,701.66 | |
| DESCRIPTION | | | TOTAL AMOUNT | FUTURE | CURRENT AMT DUE |
| SUBSCRIPTION FEE*  ADDITIONAL PRODUCT COMMITMENT  ADVANCE SALES TAX DEPOSIT  TOTAL ANNUAL SERVICE AMOUNT | | | 184,701.66  .00  .00  184,701.66 | | |
| Installment 1 due on 01/01/2010  Installment 2 due on 02/01/2010  Installment 3 due on 03/01/2010 | | | 61,567.22  61,567.22  61,567.22 | | 61,567.22  61,567.22  61,567.22 |

Amount Due:   $  184,701.66

OFFER SIGNED BY:    Mark Stepuszek

Pay by Visa, Mastercard, American Express or Discover! Call 1-800-872-4324 for details

***Thank you*** for doing business with **D&B**
Visit www.dnb.com to learn how D&B can help you Decide with Confidence
Please retain this portion for your records

Feb-27-04  09:52am  From-CHICAGO TRIBUNE                  312 222 2890             T-711  P.001/005  F-125

## One Year Preferred Pricing Agreement for D&B Risk Management Solutions (08-03)

D&B

This Preferred Pricing Agreement for D&B Risk Management Solutions ("PPA") is subject to the PPA Terms and Conditions set forth below in addition to the D&B Master Agreement attached hereto. Upon acceptance of this PPA and the Master Agreement by both parties, this PPA shall constitute an "Order" under the Master Agreement. Customer, by signing below, acknowledges receipt of the D&B Product & Service Pricing Guide.

**Effective Date**  JANUARY 1, 2004

### PPA Terms and Conditions

**PPA Term:** 1 year from Effective Date; provided this PPA shall be automatically renewed for successive 12 month periods (Each 12 month period beginning on the Effective Date is referred to herein as a "Contract Year."), unless either party gives the other written notice of its intent not to renew at least 30 days prior to the end of the applicable Contract Year.

Customer shall have access to all products and services listed on attached Appendix A ("Included Services"), subject to the following:

1. In consideration of Customer's payment of the PPA Fee for each Contract Year, Customer shall be entitled to receive an unlimited amount of Included Services, subject to usage limits on selected products and services included within the Included Services (which limits are referred to as "Product Usage Limits"), determined by reference to the applicable pricing set forth below (subject to Customer's band discount set forth below);
2. any use of Included Services in excess of the applicable Product Usage Limits during a particular Contract Year shall be billed to Customer at the above referenced pricing, including applicable band discount;
3. Included Services licensed under this PPA may be used only to support Customer's U.S. business, and may be used by Customer's U.S. divisions and wholly owned subsidiaries that are identified on a "Schedule of Locations of Service and Customer Related Companies" attached hereto and executed by the parties ("Included Entities") to support their respective U.S. businesses, provided Customer is liable for such Included Entities' compliance with the PPA and Master Agreement;
4. any use of Included Services by Customer's affiliates other than Included Entities shall be the subject of a separate, mutually agreed amendment to this PPA; and
5. Customer's use of D&B products and services other than Included Services, if any, shall be the subject of separate Orders executed by the parties, each of which shall be subject to, and incorporate by reference therein, the terms of the Master Agreement.

| PPA Fee: | Band Discount: 0 | Product Usage Limits (per Contract Year) |
|---|---|---|
| Contract Year 1: $83,000 | Applicable Pricing: D&B's published pricing for 2004 | International Reports  10% of PPA Fee |
| | Annual Service Fee $1,140 | |

1. The PPA Fee for any Contract Year after Contract Year 1 shall be equal to (a) 110% of the PPA Fee for the immediately preceding Contract Year, plus (b) 50% of the amount, if any, by which Customer's actual usage in Contract Year 1 exceeded three times the PPA Fee for Contract Year 1.
2. Customer's actual usage for a particular Contract Year and the PPA Fee for the subsequent Contract Year shall be determined by D&B by reference to the above referenced pricing, including applicable band discount and communicated to Customer within thirty (30) days after the end of the applicable Contract Year. Payment for such subsequent Contract Year shall be due within thirty (30) days after Customer's receipt of invoice.
3. PPA Fees include the Annual Service Fee, and are non-refundable, and unused amounts may not be carried over to subsequent Contract Years.

**Payment Options:**  ☐ Annual Eff. Date    ☒ Annual Eff. Date 30/60

### AGREED TO BY:

| CUSTOMER | DUN & BRADSTREET, INC. |
|---|---|
| COMPANY NAME: Tribune Company | APPROVED: |
| AUTHORIZED SIGNATURE: [signature] | AUTHORIZED SIGNATURE: |
| NAME (Please Print): Mark Slopeszak | NAME (Please Print): |
| TITLE: Credit Mgr. | TITLE: |
| DATE: 2/27/04 | DATE: |
| | Received: |
| | By: [signature] James Draper |
| | NAME (PLEASE PRINT) |
| | TITLE _____  DATE _____ |

[handwritten: 2/27/04]
RMS 1 YR PPA 12-03

[handwritten: OPP # 6971658
R/EV]

Page 1 of 5

Jan-30-04   02:30pm   From-CHICAGO TRIBUNE                312 222 2500        T-851   P.002/008   F-418

## One Year Preferred Pricing Agreement for D&B Risk Management Solutions

### CUSTOMER BILLING INFORMATION:

COMPANY NAME: TRIBUNE COMPANY
ADDRESS: 435 N. MICHIGAN AVE, 3RD FLOOR
CITY: CHICAGO          STATE: IL          ZIP: 60611
ATTENTION: MARK STEPUSZEK
TELEPHONE #: 312-222-3570           FAX #: 312-222-2598
D&B D-U-N-S #: 04-530-4367    E-MAIL: _____    P.O. No: _____
SUBSCRIBER #: 023-000004

### CUSTOMER SHIPPING INFORMATION:

COMPANY NAME: TRIBUNE COMPANY
ADDRESS: 435 N. MICHIGAN AVE, 3RD FLOOR
CITY: CHICAGO          STATE: IL          ZIP: 60611
ATTENTION: MARK STEPUSZEK
RM NAME: JULIE KIRK         RM #: 101241    CENTER #: 3124
RM TELEPHONE #: 312-945-4405    EXT: _____   E-MAIL: jkirk@dnb.com
RM FAX 866-725-3557

Jan-20-04  02:42pm  From-CHICAGO TRIBUNE          312 222 2500        T-963  P.008/040  F-419

# ADP/MDP Order Form



|  | | This is an Order placed pursuant to the existing Master Agreement between D&B and Customer. |
|---|---|---|
| ☒ | EXISTING CUSTOMER | Order is effective as of: January 1, 2004  D23000004 |
|  |  | DUNS #: 04-820-4347    SUBSCRIBER #: 822-000004 |

Customer elects to use the Annual Discount Plan (ADP) Package.

Payment Options: ☐ Annual Eff. Date  ☐ Annual Eff. Date 30/60  ☐ Quarterly  ☐ Monthly

☐ **ANNUAL DISCOUNT PLAN**
- Band discount eligibility: ☐ Premier    Annual service amount $ _____
- Annual service* fee: (*Annual Subscription includes Customer Service Toll Free # and Local Training): $ _____
- No. of additional locations (see Schedule of Locations):  @ $ ____ = $ 0.00
- Reference Services (see Reference Services section below): $ _____
- Total Basic Service – Annual Discount Plan: $ 0.00

☐ **MONTHLY DISCOUNT PLAN**
Customer elects to use the Monthly Discount Plan (MDP). Information and Software used will be invoiced on a monthly basis according to the charges provided in the Product & Service Pricing Guide.
- Monthly service* fee: (* MDP includes Customer Service Toll Free # and Local Training): $ _____
- No. of additional locations (see Schedule of Locations):  @ $ ____ = $ 0.00
- Total Monthly Service Fees: $ 0.00
- Current month Reference Service charges (if applicable): $ _____
(Refer to the Product & Service Pricing Guide for current year Reference Services charges. Reference Services are billed upon delivery)

☒ **REFERENCE SERVICES**
Geographic Coverage: ☐ NAT'L  ☐ REG 1  ☐ REG 2  ☐ REG 3  ☒ REG 4  ☐ REG 5
- ☐ Ref. Book of American Bus.  ☐ Q1 (Jan-Mar)  ☐ Q2 (Apr-Jun)  ☐ Q3 (Jul-Sep)  ☐ Q4 (Oct-Dec)
- ☐ D&B Ratings Plus  ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec
- ☐ D&B Ratings Plus – LAN  ☐ 2-5  ☐ 6-10  ☐ 11-25  ☐ 26-100  ☐ 101-250  ☐ 251-500  ☐ 501+
- Service State(s): See Attached SOL  Total Ref: $13,922.

☒ **OTHER SERVICES**
- Title of Software: _____  Commitment Amount for Additional D&B Products &  ☐ CD  ☐ Diskette  $ 13,922.00
- Other Services: Services (other than included Products under Customer's PPA) = $13,922.  ☐ Supplement  $ _____
-                                                                                      ☐ International  $ _____
- Total Other Services: $ 13,922.00

Purchase Order #: _____    Total D&B Service*: $ 13,922.00
* Exclusive of state and local subscribe fees.    Tax Exempt  ☒ No   ☐ Yes (Provide Tax Exempt Certificate)

**IMPORTANT**  Customer (1) places this Order pursuant to the Master Agreement referenced above; and (2) acknowledges receipt of the Product & Service Pricing Guide.

| DUN & BRADSTREET, INC. | CUSTOMER |
|---|---|
| D&B Relationship Manager: Julie Kirk | Customer Business Name: Tribune Company |
| Phone: 312-345-4406 | Street Address: 435 N. Michigan Ave, 3rd Floor |
|  | City: Chicago  State: IL  Zip: 60611 |
| Accepted By: | Bill To Address:* Same |
| D&B Management: | City: _____  State: _____  Zip: _____ |
| Signature: X _____ |  |
| Date: X _____ | PRINT Signer's Name: Mark Stepuszek  Title: Credit Mgr. |
| INTERNAL USE ONLY: | Authorized Signature: X Mark Stepuszek  Date: X 1/28/2004 |
| Accountable Position: Julie Kirk |  |
| Telecoverage Position: Molly Evenstad | Phone: 312-222-3670  Fax: 312-222-2599 |
| Supporting Position: _____ | E-Mail Address: MStepuszek@tribune.com |
| (Attach Sales Position Sheet for additional accountability or supporting positions.) | Attention: Mark Stepuszek |
|  | *Attach usage address, if different. (Attach Schedule of Locations for participating points.) |

ADP/MDP                                                                              Page 1 of 1
                                                                                     Revised August 2003