**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____X

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

_____X

**ERRATA SHEET WITH RESPECT TO THE
POST-TRIAL BRIEF OF THE NOTEHOLDER PLAN PROPONENTS (PART I)**

Set forth below are typographical corrections to Part I of the Post-Trial Brief filed by the Noteholder Plan Proponents on May 11, 2011 [ECF No. 8898].

| Page | Note | Change From | Change To |
|---|---|---|---|
| 1 | 6 | *See e.g.*, *In re Texaco*, 84 B.R. 893, 901 (Bankr. S.D.N.Y. 1988). | *See, e.g., In re Texaco*, 84 B.R. 893, 902 (Bankr. S.D.N.Y. 1988). |
| 5 | 18 | *See, e.g.*, 3/16/11 Trial Tr. 12:26:13-6 (Gropper). | *See, e.g.*, 3/16/11 Trial Tr. 12:25:13-6 (Gropper). |
| 6 | 22 | DCL 1113 (Black Rebuttal Rpt.) 5-8, 72-81. | DCL 1113 (Black Rebuttal Rpt.) 5-8, 75-81 |
| 7 | 24 | *See* 3/15/11 Trial Tr. 183:3-16 (Wilderotter) | *See* 3/15/11 Trial Tr. 183:3-12 (Wilderotter) |
| 7 | 27 | *See* NPP 2224 (Gropper Declaration) ¶ 41. | *See* NPP 2224 (Gropper Declaration) ¶ 40. |
| 8 | 30 | 3/16/11 Trial Tr. 13:10-13, 145:8-18 (Gropper). | 3/16/11 Trial Tr. 13:10-13, 145:8-19 (Gropper) |
| 9 | 34 | NPP 2474 (NPP Objection) at 43-47. | NPP 2474 (NPP Objection) at 47-148. |

| Page | Note | Change From | Change To |
|------|------|-------------|-----------|
| 9 | 35 | NPP 2474 (NPP Objection) at 73-83. | NPP 2474 (NPP Objection) at 73-75. |
| 10 | 37 | *Id.* at 18:13-18, 17:14-22 (Tuliano). | *Id.* at 17:14-22, 18:13-18 (Tuliano). |
| 11 | 44 | 3/18/11 Trial Tr. 31:20-32:7, 30:24-32:7, 32:8-23 (Tuliano). | 3/18/11 Trial Tr. 30:24-32:23 (Tuliano). |
| 12 | 50 | NPP 944 (Tuliano Rpt.) at 65. | NPP 944 (Tuliano Rpt.) at 64-65. |
| 15 | 65 | *Graves v. United States*, 150 U.S. 118, 14 S.Ct. 40, 37 L.Ed. 1021 (1983) (cited with approval in *United States v. Am. Radiator & Standard Sanitary Corp.*, 433 F.2d 174, 206 (3d Cir. 1970)). | *Graves v. United States*, 150 U.S. 118, 120, 14 S.Ct. 40, 37 L.Ed. 1021 (1983) (cited with approval in *United States v. Am. Radiator & Standard Sanitary Corp.*, 433 F.2d 174, 206 (3d Cir. 1970)). |
| 16 | 74 | *Id.* at Vol. II at 54-55. | *Id.* at Vol. II at 63. |
| 18 | 82 | NPP 2474 (NPP Objection) at 67-68. | NPP 2474 (NPP Objection) at 68-69. |
| 21 | 96 | NPP 944 (Tuliano Rpt.) at 50. | NPP 944 (Tuliano Rpt.) at 49-50. |
| 24 | 111 | NPP 399 (5/3/07 BOA Credit Approval Report) at BOA-TRB-0013039 | NPP 399 (5/3/07 BOA Credit Approval Report) at BOA-TRB-0013041 |
| 25 | 117 | NPP 1332 (4/5/07 Amended & Restated First Step Fee Letter) at ML-TRIB-0000851. | NPP 1335 (4/5/07 Amended & Restated First Step Fee Letter); NPP 1336 (4/5/07 Amended & Restated Second Step Commitment Letter); DCL 807 (Senior Loan Agreement). |
| 30 | 145 | Deposition of Thomas Kenny dated February 24, 2011 ("Kenny Dep. Tr.") 13:16-23, 81:13-19, 111:7-23 (emphasis added). | Deposition of Thomas Kenny dated February 24, 2011 ("Kenny Dep. Tr.") 13:4-23, 111:7-23 (emphasis added). |
| 31 | 154 | NPP 1831 (12/16/07 Merrill Lynch Valuation Analysis) at ML-TRIB- | NPP 1831 (12/16/07 Merrill Lynch Valuation Analysis) at ML-TRIB- |

| Page | Note | Change From | Change To |
|---|---|---|---|
| | | 0009936 | 0486753 |
| 32 | N/A | Professor Fischel also erred by calculating the Company's terminal value by choosing an exit multiple from a selection of purportedly "comparable" companies, and multiplying that multiple by the Company's average projected EBITDA for the years 2007-2010. | Professor Fischel also erred by calculating the Company's terminal value by choosing an exit multiple from a selection of purportedly "comparable" companies, and multiplying that multiple by the Company's average projected EBITDA for the years 2007-2012. |
| 32 | 158 | 3/18/11 Trial Tr. 60:15 (Tuliano); NPP 944 (Tuliano Rpt.) at 93; | 3/18/11 Trial Tr. 91:20-92:25 (Tuliano); NPP 955 (Tuliano Rebuttal Rpt.) at 17; |
| 32 | 160 | 3/10/11 Trial Tr. 101:25-102:4 (Fischel); 3/18/11 Trial Tr. 92:9-11, 93:5-94:25 (Tuliano). | 3/18/11 Trial Tr. 92:9-11, 93:5-94:25 (Tuliano). |
| 34 | 171 | 3/18/11 Trial Tr. 62:4-5 (Tuliano) | 3/18/11 Trial Tr. 62:2-5 (Tuliano) |
| 35 | 181 | NPP 944 (Tuliano Rpt.) at 100; 3/18/11 Trial Tr. 68:8-25 (Tuliano). | NPP 944 (Tuliano Rpt.) at 100-129; 3/18/11 Trial Tr. 68:2-25 (Tuliano). |
| 37 | 189 | *Id.* at 76:10-14 | *Id.* at 76:10-78:1 |
| 41 | 210 | NPP 944 (Tuliano Rpt.) at 157 | NPP 944 (Tuliano Rpt.) at 157-158 |
| 43 | 218 | NPP 782 (Exam'rs Rpt.), Vol. II at 212. | NPP 782 (Exam'rs Rpt.), Vol. II at 212-213. |
| 43 | 221 | NPP 944 (Tuliano Rpt.) at 37, 74. | NPP 944 (Tuliano Rpt.) at 37-38, 74. |
| 44 | 225 | NPP 944 (Tuliano Rpt.) at 10-13, 162-165. | NPP 944 (Tuliano Rpt.) at 12, 164. |
| 44 | 226 | NPP 944 (Tuliano Rpt.) at 10-13, 162-165. | NPP 944 (Tuliano Rpt.) at 13, 165. |
| 45 | 230 | 3/10/11 Trial Tr. 95:23-24, 126:17-20, 199:6-17 (Fischel). | 3/10/11 Trial Tr. 95:21-24, 126:14-20, 199:6-17 (Fischel). |

| Page | Note | Change From | Change To |
|---|---|---|---|
| 47 | 238 | 3/18/11 Trial Tr. 98:18-20 (Tuliano). | 3/18/11 Trial Tr. 98:17-20 (Tuliano). |
| 47 | 241 | NPP 944 (Tuliano Rpt.) at 40, 111, 150 | NPP 944 (Tuliano Rpt.) at 40-41, 111-112, 150 |
| 47 | 242 | *Id.* at 40, 111, 150 | *Id.* at 40, 112, 150 |
| 49 | 254 | 3/18/11 Trial Tr. 102:9-14 (Tuliano); NPP 944 (Tuliano Rpt.) at 114. | NPP 502 (7/20/07 Bloomberg Article) at 1; 3/18/11 Trial Tr. 102:9-14 (Tuliano); NPP 944 (Tuliano Rpt.) at 114. |
| 61 | 321 | *See In re PPI Enterprises (U.S.), Inc.,* 324 F.3d 197 (3d Cir. 2003) (holding that a solvent debtor must pay postpetition, pre-confirmation interest on a claim to render such claim unimpaired); *In re Washington Mut., Inc.,* 442 B.R. 314, 356 (Bankr. D. Del. 2011) (internal citations omitted). | *See In re PPI Enterprises (U.S.), Inc.,* 324 F.3d 197, 205-207 (3d Cir. 2003) (holding that a solvent debtor must pay postpetition, pre-confirmation interest on a claim to render such claim unimpaired); *In re Washington Mut., Inc.,* 442 B.R. 314, 356 (Bankr. D. Del. 2011) (internal citations omitted). |
| 63 | 327 | *See id.* at 3, 5, 16, 17 | *See id.* at 3-6, 16, 17 |
| 67 | 349 | Over the DCL Plan Proponents' objection, the Court held that Beron's reliance on the Aurelius waterfall model was appropriate under FRCP 703, which permits experts to base their opinions on information "reasonably relied upon by experts in the particular field." 3/17/11 Trial Tr. 257:15-16. | Over the DCL Plan Proponents' objection, the Court held that Beron's reliance on the Aurelius waterfall model was appropriate under FRE 703, which permits experts to base their opinions on information "reasonably relied upon by experts in the particular field." 3/17/11 Trial Tr. 257:15-16. |
| 69 | 359 | *See* 4/12/11 Trial Tr. 123:16-22, 124:21-125:3 (Black). | *See* 4/12/11 Trial Tr. 123:16-22 (Black). |
| 69 | 361 | *See* 4/12/11 Trial Tr. 141:13-143:3, 180:12-25 (Black) (Black testifying that Beron wrongly assumed "it doesn't matter what else the examiner said about the particular situation"); *id.* at 180:24-25 (Black) | *See* 4/12/11 Trial Tr. 141:13-143:3 (Black) (Black testifying that Beron wrongly assumed "it doesn't matter what else the examiner said about this particular situation"); *id.* at 180:12-25 (Black) |

| Page | Note | Change From | Change To |
|------|------|-------------|-----------|
| 72 | 374 | 3/9/11 Trial Tr. 241:17-18 (Black) | 3/9/11 Trial Tr. 241:9-18 (Black) |
| 72 | 376 | *See In re Manhattan Inv. Fund Ltd.*, 397 B.R. at 8 | *See In re Manhattan Inv. Fund Ltd.*, 397 B.R. at 10 |
| 73 | 379 | *see also* NPP 2532 (3/22/11 Hr'g Tr.) at 58:20-23 | *see also* NPP 2532 (3/22/11 Hr'g Tr.) at 56:25-57:3 |
| 73 | 382 | 4/12/11 Trial Tr. 183-191 (Black). | 4/12/11 Trial Tr. 183:2-191:9 (Black). |
| 74 | 383 | *Id.* at 183-191 (Black) | *Id.* |
| 77 | 402 | 3/9/11 Trial Tr. 190:19-192:9 (Black). | 3/9/11 Trial Tr. 190:19-192:1 (Black). |
| 77 | 403 | *See, e.g., Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 580 (1993) | *See, e.g., Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 592 (1993) |
| 81 | 415 | *See* DCL 1586 (DCL Plan) Notice of Filing at 5 | *See* DCL 1585 (Notice of Filing of Second Amended DCL Plan, dated April 5, 2011 [ECF No. 8580]) |
| 82 | 421 | NPP 2216 (Black Rpt.) at 9-12 | NPP 2216 (Black Rpt.) at 10-12 |
| 83 | 425 | *See* 4/12/11 Trial Tr. 135:17-136:2 (Black). | *See* 4/12/11 Trial Tr. 135:16-136:2 (Black). |
| 89 | 453 | 3/14/11 Trial Tr. 138:11-141:19 (Hartenstein) | 3/14/11 Trial Tr. 138:15-141:19 (Hartenstein) |
| 90 | 464 | *Id.* | NPP 2469 (Revised & Amended Singh Rpt.) at 10. |
| 93 | 472 | Deposition of Randy Michaels dated March 14, 2011 ("Michaels Dep. Tr.") 53:11-25 | Deposition of Randy Michaels dated March 14, 2011 ("Michaels Dep. Tr.") 53:11-24 |
| 93 | 475 | *Official Comm. of Unsecured Creditors of Cybergenics Corp. ex rel. Cybergenics Corp. v. Chinery*, 330 F.3d 548, 573 (3d Cir. 2003). | *Official Comm. of Unsecured Creditors of Cybergenics Corp. ex rel. Cybergenics Corp. v. Chinery*, 330 F.3d 548, 573 (3d Cir. 2003); NPP 2523 (2/18/10 Hr'g Tr.) at 51:22-52:5 (Kurtz). |

| Page | Note | Change From | Change To |
|---|---|---|---|
| 94 | 478 | 2/18/10 Trial Tr. 56:9 (Kurtz) (stating he reports to Liebentritt on settlement issues); *see also* NPP 2523 (2/18/10 Hr'g Tr.) at 56:1-9 (Kurtz testifying that he reported to Liebentritt in connection with the investigation). | 2/18/10 Trial Tr. 56:1-9 (Kurtz) (stating he reports to Liebentritt on settlement issues and in connection with the investigation). |
| 98 | 488 | NPP 2186 (DCL Resolicitation Motion) at 41. | NPP 2186 (DCL Resolicitation Motion) at 41-43. |
| 97 | 497 | 3/8/11 Trial Tr. 119:1-10 (Kurtz) | 3/8/11 Trial Tr. 119:1-12 (Kurtz) |
| 98 | 504 | NPP 2109 (Special Committee Statement in Support of Jones Day Retention Application) ¶ 2; 3/8/11 Trial Tr. 285:10-23 (Salganik). | NPP 2109 (Special Committee Statement in Support of Jones Day Retention Application) ¶ 2. |
| 100 | 510 | 3/15/11 Trial Tr. 159:10-19 (Shapiro video). | 3/15/11 Trial Tr. 159:1-19 (Shapiro video). |
| 100 | 514 | Wilderotter Dep. I Tr. 146:13-47:20; Trial Tr. 204:17-205:2 (Lee video) | Wilderotter Dep. I Tr. 146:13-147:20; 3/15/11 Trial Tr. 204:17-205:2 (Lee video) |
| 101 | 515 | 3/15/11 Trial Tr. 161:9-24 (Wilderotter video); Wilderotter Dep. II Tr. 301:19-302:3; Wilderotter Dep. I Tr. 149:13-23. | 3/15/11 Trial Tr. 179:19-180:2 (Wilderotter video); Wilderotter Dep. II Tr. 301:19-302:3; Wilderotter Dep. I Tr. 149:2-23. |
| 103 | 522 | Shapiro Dep. I Tr. 30:21-31:1, 32:16-19. | Shapiro Dep. I Tr. 30:21-32:19. |
| 103 | 523 | Shapiro Dep. I Tr. 160:23-24 ("pay grade"), 34:12-24 ("didn't really understand"), 45:9-20 ("half of it would go right over my head." While he originally believed that he had read the Examiner's Report, at his deposition Shapiro realized that what he actually read was the just the 30 page redacted version of the Report; when reminded that the full report was more than 1,000 pages he said "no, I skipped that one.") 3/15/2010 Trial Tr. | Shapiro Dep. I Tr. 160:23-24 ("pay grade"), 34:12-24 ("didn't really understand"), 45:9-20 ("half of it would go right over my head.") While he originally believed that he had read the Examiner's Report, at his deposition Shapiro realized that what he actually read was the just the 30 page redacted version of the Report; when reminded that the full report was more than 1,000 pages he said "no, I skipped that one." 3/15/11 Trial Tr. 164:25 |

| Page | Note | Change From | Change To |
|------|------|-------------|-----------|
|      |      | 164:5.      | (Shapiro Video). |
| 108  | 546  | 3/8/11 Trial Tr. 138:10-13 (Kurtz) | 3/8/11 Trial Tr. 138:10-16 (Kurtz) |

Dated: June 20, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
David Zensky
Philip C. Dublin
Abid Qureshi
Mitchell P. Hurley
One Bryant Park
New York, NY 10036
212-872-1000

ASHBY & GEDDES, P.A.

_____/s/ William P. Bowden_____
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
302- 654-1888

*Counsel for Aurelius Capital Management, LP*

McCARTER & ENGLISH, LLP
David J. Adler
245 Park Avenue
New York, NY 10167
212-609-6800

McCARTER & ENGLISH, LLP

_____/s/ Katharine L. Mayer_____
Katharine L. Mayer (I.D. No. 3758)
Renaissance Centre
405 N. King Street
Wilmington, DE 19801
302-984-6300

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David S. Rosner
1633 Broadway
New York, New York 10019
212-506-1700

BIFFERATO GENTILOTTI LLC

_____/s/ Garvan F. McDaniel_____
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302- 429-1900

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| | |
|---|---|
| BROWN RUDNICK LLP | SULLIVAN HAZELTINE ALLINSON LLC |
| Robert J. Stark | |
| Martin S. Siegel | _____/s/ William D. Sullivan_____ |
| Gordon Z. Novod | William D. Sullivan (I.D. No. 2820) |
| Seven Times Square | Elihu E. Allinson, III (I.D. No. 3476) |
| New York, NY 10036 | 901 N. Market St., Suite 1300 |
| 212-209-4800 | Wilmington, DE 19801 |
| | 302-428-8191 |

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*