**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____X

In re:                                          :

                                                :       Chapter 11 Cases

                                                :       Case No. 08-13141 (KJC)

TRIBUNE COMPANY, et al.,          :       (Jointly Administered)

                                                :

                    Debtors.              :

_____X

**ERRATA SHEET WITH RESPECT TO THE**
**POST-TRIAL REPLY BRIEF OF THE NOTEHOLDER PLAN PROPONENTS**

Set forth below are typographical corrections to the Post-Trial Reply Brief filed by the Noteholder Plan Proponents on May 27, 2011 [ECF No. 9022].

| Page | Note | Change From | Change To |
|------|------|-------------|-----------|
| ii | | *In re Hayes Lemmerz Int'l, Inc.*, 2009 WL 7698522 | *In re Hayes Lemmerz Int'l, Inc.,* No. 09-11655, 2009 WL 7698522 |
| iii | | *In re Spansion, Inc., et al.,* No. 09-10690, 2009 WL 1531788 (Bankr. D. Del. 2009) | *In re Spansion, Inc., et al.,* No. 09-10690, 2009 WL 1531788 (Bankr. D. Del. June 2, 2009) |
| 1 | 3 | *In re Spansion, Inc., et al.,* No. 09-10690, 2009 WL 1531788, at *3 (Bankr. D. Del. 2009) | *In re Spansion, Inc., et al.,* No. 09-10690, 2009 WL 1531788, at *3-4 (Bankr. D. Del. 2009) |
| 2 | 12 | Final Voting Tabulation Report, Ex. A-1 at 1 [ECF No. 7918]; | Final Voting Tabulation Report, Ex. B-1 at 1 [ECF No. 7918]; |
| 6 | 27 | *See* DCL Post-Trial Br. At 74 n. 278. | *See* DCL Post-Trial Br. at 74 n. 279. |
| 8 | 39 | *Morin v. OYO Instruments, L.P. (In re Labelon Corp.),* No. 02-22582, 2006 WL 2516386, at *4 (Bankr. W.D.N.Y. | *Morin v. OYO Instruments, L.P. (In re Labelon Corp.),* No. 02-22582, 2006 WL 2516386, at *5 (Bankr. |

| Page | Note | Change From | Change To |
|------|------|-------------|-----------|
| | | Aug. 28, 2006). | W.D.N.Y. Aug. 28, 2006). |
| 10 | 47 | The Examiner went on to note that would be "implausible" for a court to find that avoidance of the LBO debt is required, only to "reverse that avoidance" to allow the LBO Lenders to recover the value derived from that avoided debt. *Id*. at 289-294. | The Examiner went on to note that would be "implausible" for a court to find that avoidance of the LBO debt is required, "only to reverse that avoidance" to allow the LBO Lenders to recover the value derived from that avoided debt. *Id*. at 289-294. |
| 12 | 56 | *See* 3/11/11 Trial Tr. 29:11-13; 31:1-9 (Mandava). | *See* 3/11/11 Trial Tr. 29:11-16; 31:1-8 (Mandava). |
| 13 | 61 | NPP 1108 (Intercompany Claims Settlement), Schedule III | DCL 1108 (Intercompany Claims Settlement), Schedule III |
| 14 | 63 | *Enron Corp. v. Ave. Special Situation Fund II, LP, et al. (In re Enron Corp.)*, 333 B.R. 205, 220 (Bankr. S.D.N.Y. 2005);* | *Enron Corp. v. Ave. Special Situation Fund II, LP, et al. (In re Enron Corp.)*, 333 B.R. 205, 220-22 (Bankr. S.D.N.Y. 2005);* |
| 18 | 83 | *Cf. Cantor v. Perelman*, No. Civ. A. 97-586 KAJ, 2006 WL 3462596, at *1 (D. Del. Nov. 30, 2006) | *Cf. Cantor v. Perelman*, No. Civ. A. 97-586 KAJ, 2006 WL 3462596, at *3 (D. Del. Nov. 30, 2006) |
| 27 | 136 | *See* Affidavit of Chandler Bigelow at 6 [ECF No. 3]; | *See* Affidavit of Chandler Bigelow at 6 n.4 [ECF No. 3]; |
| 31 | 158 | *See* April 14, 2011 Trial Tr. 184:4-190:14 (Johnston). | *See* 4/14/11 Trial Tr. 186:22-190:14 (Johnston). |
| 32 | 163 | *See* NPP 2186 at 9 (DCL Resolicitation Motion) (emphasis added). | *See* DCL Resolicitation Motion at 9 [ECF No. 8754] (emphasis added). |
| 32 | 164 | *See* NPP Plan at 9 n.18. | *See* NPP Plan at 10 n.18. |
| 38 | 190 | 3/15/11 Trial Tr. 1968:25-1969:4 (Gropper) | 3/15/11 Trial Tr. 223:16-19 (Gropper) |

Dated:  June 20, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
David Zensky
Philip C. Dublin
Abid Qureshi
Mitchell P. Hurley
One Bryant Park
New York, NY  10036
212-872-1000

ASHBY & GEDDES, P.A.

_____/s/ William P. Bowden_____
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE  19899
302- 654-1888

*Counsel for Aurelius Capital Management, LP*

McCARTER & ENGLISH, LLP
David J. Adler
245 Park Avenue
New York, NY 10167
212-609-6800

McCARTER & ENGLISH, LLP

_____/s/ Katharine L. Mayer_____
Katharine L. Mayer (I.D. No. 3758)
Renaissance Centre
405 N. King Street
Wilmington, DE 19801
302-984-6300

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor
Indenture Trustee for certain series of Senior Notes*

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
David S. Rosner
1633 Broadway
New York, New York 10019
212-506-1700

BIFFERATO GENTILOTTI LLC

_____/s/ Garvan F. McDaniel_____
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302- 429-1900

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor
Indenture Trustee for certain series of Senior Notes*

BROWN RUDNICK LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036
212-209-4800

SULLIVAN HAZELTINE ALLINSON LLC

_____/s/ William D. Sullivan_____
William D. Sullivan (I.D. No. 2820)
Elihu E. Allinson, III (I.D. No. 3476)
901 N. Market St., Suite 1300
Wilmington, DE 19801
302-428-8191

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for
the PHONES Notes*