# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____X

| | |
|---|---|
| In re: | : |
| | :     Chapter 11 Cases |
| | :     Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | :     (Jointly Administered) |
| | : |
| Debtors. | : |

_____X

## ERRATA SHEET WITH RESPECT TO THE
## NOTEHOLDER PLAN PROPONENTS' PROPOSED FINDINGS OF FACT

Set forth below are typographical corrections to the Proposed Findings of Fact filed by the Noteholder Plan Proponents on June 3, 2011 [ECF No. 9064].

| Page | Note | Change From | Change To |
|---|---|---|---|
| 23 | 80 | *Id.* at 18:13-18, 17:14-22 (Tuliano). | *Id.* at 17:14-22, 18:13-18 (Tuliano). |
| 54 | 220 | NPP 399 (5/3/07 BOA Credit Approval Report) at BOA-TRB-0013039 | NPP 399 (5/3/07 BOA Credit Approval Report) at BOA-TRB-0013041 |
| 54 | 220 | NPP 1332 (4/5/07 Amended & Restated First Step Fee Letter) at ML-TRIB-0000851. | NPP 1335 (4/5/07 Amended & Restated First Step Fee Letter); NPP 1336 (4/5/07 Amended & Restated Second Step Commitment Letter); DCL 807 (Senior Loan Agreement). |
| 55 | 225; 226 | NPP 1332 (4/5/07 Amended & Restated First Step Fee Letter) at ML-TRIB-0000851. | NPP 1335 (4/5/07 Amended & Restated First Step Fee Letter); NPP 1336 (4/5/07 Amended & Restated Second Step Commitment Letter); DCL 807 (Senior Loan Agreement). |

| Page | Note | Change From | Change To |
|---|---|---|---|
| 63 | 327 | *See* NPP 2476 (Beron Rpt.) at 3, 5, 16, 17 | *See* NPP 2476 (Beron Rpt.) at 3-6, 16, 17 |
| 69 | 307 | Deposition of Thomas Kenny dated February 24, 2011 ("Kenny Dep. Tr.") 13:16-23, 81:13-19, 111:7-23 (emphasis added). | Deposition of Thomas Kenny dated February 24, 2011 ("Kenny Dep. Tr.") 13:4-23, 111:7-23 (emphasis added). |
| 70 | 315 | NPP 1831 (12/16/07 Merrill Lynch Valuation Analysis) at ML-TRIB-0009936 | NPP 1831 (12/16/07 Merrill Lynch Valuation Analysis) at ML-TRIB-0486753 |
| 72 | 328 | 3/18/11 Trial Tr. 60:15 (Tuliano); NPP 944 (Tuliano Rpt.) at 93; | 3/18/11 Trial Tr. 91:20-92:25 (Tuliano); NPP 955 (Tuliano Rebuttal Rpt.) at 17; |
| 72 | 325 | 3/18/11 Trial Tr. 62:4-5 (Tuliano) | 3/18/11 Trial Tr. 62:2-5 (Tuliano) |
| 73 | 329 | 3/10/11 Trial Tr. 101:25-102:4 (Fischel); 3/18/11 Trial Tr. 92:9-11, 93:5-94:25 (Tuliano). | 3/18/11 Trial Tr. 92:9-11, 93:5-94:25 (Tuliano). |
| 76 | 348 | NPP 944 (Tuliano Rpt.) at 100; 3/18/11 Trial Tr. 68:8-25 (Tuliano). | NPP 944 (Tuliano Rpt.) at 100-129; 3/18/11 Trial Tr. 68:2-25 (Tuliano). |
| 78 | 358 | 3/18/11 Trial Tr. 76:10-14 | 3/18/11 Trial Tr. 76:10-78:1 |
| 83 | 382 | 3/18/11 Trial Tr. 102:9-14 (Tuliano); NPP 944 (Tuliano Rpt.) at 114. | NPP 502 (7/20/07 Bloomberg Article) at 1; 3/18/11 Trial Tr. 102:9-14 (Tuliano); NPP 944 (Tuliano Rpt.) at 114. |
| 88 | 408 | 3/10/11 Trial Tr. 95:23-24, 126:17-20, 199:6-17 (Fischel). | 3/10/11 Trial Tr. 95:21-24, 126:14-20, 199:6-17 (Fischel). |
| 90 | 424 | 3/18/11 Trial Tr. 102:9-14 (Tuliano); NPP 944 (Tuliano Rpt.) at 114. | NPP 502 (7/20/07 Bloomberg Article) at 1; 3/18/11 Trial Tr. 102:9-14 (Tuliano); NPP 944 (Tuliano Rpt.) at 114. |
| 91 | 427 | NPP 782 (Exam'rs Rpt.), Vol. II at 212. | NPP 782 (Exam'rs Rpt.), Vol. II at 212-213. |
| 91 | 429 | NPP 944 (Tuliano Rpt.) at 37, 74. | NPP 944 (Tuliano Rpt.) at 37-38, 74. |

| Page | Note | Change From | Change To |
|---|---|---|---|
| 92 | 434 | NPP 944 (Tuliano Rpt.) at 10-13, 162-165. | NPP 944 (Tuliano Rpt.) at 12, 164. |
| 93 | 435 | NPP 944 (Tuliano Rpt.) at 10-13, 162-165. | NPP 944 (Tuliano Rpt.) at 12, 164. |
| 129 | 595 | NPP 944 (Tuliano Rpt.) at 157 | NPP 944 (Tuliano Rpt.) at 157-158 |
| 139 | 645 | NPP 2523 (2/18/10 Hr'g Tr.) at 56:9 (Kurtz reports to Lieb on settlement issues). | NPP 2523 (2/18/10 Hr'g Tr.) at 56:1-9 (stating he reports to Liebentritt on settlement issues and in connection with the investigation). |
| 144 | 674 | 3/8/11 Trial Tr. 119:1-10 (Kurtz) | 3/8/11 Trial Tr. 119:1-12 (Kurtz) |
| 144 | 675 | 3/8/11 Trial Tr. 119:1-10 (Kurtz); NPP 2523 (2/18/10 Hr'g Tr.) at 58:11-21; Liebentritt Dep. Tr. 35:15-19; 3/8/11 Trial Tr. 119:1-10 (Kurtz) | 3/8/11 Trial Tr. 119:1-12 (Kurtz); NPP 2523 (2/18/10 Hr'g Tr.) at 58:11-21; Liebentritt Dep. Tr. 35:15-19; 3/8/11 Trial Tr. 119:1-12 (Kurtz) |
| 146 | 687 | NPP 2109 (Special Committee Statement in Support of Jones Day Retention Application) ¶ 2; 3/8/11 Trial Tr. 285:10-25 (Salganik). | NPP 2109 (Special Committee Statement in Support of Jones Day Retention Application) ¶ 2. |
| 148 | 698 | Wilderotter Dep. II Tr. 301:19-302:3; Wilderotter Dep. I Tr. 149:13-23. | Wilderotter Dep. II Tr. 301:19-302:3; Wilderotter Dep. I Tr. 149:2-23. |
| 150 | 707 | Shapiro Dep. I Tr. 30:21-31:2, 32:9-19. | Shapiro Dep. I Tr. 30:21-32:19. |
| 163 | 770 | 3/8/11 Trial Tr. 138:10-13 (Kurtz) (admitting Klee was "certainly competent to undertake his assignment"). | 3/8/11 Trial Tr. 138:10-16 (Kurtz) (admitting Klee was "certainly competent to undertake his assignment"). |
| 195 | 915 | *See* 4/12/11 Trial Tr. 141:13-143:3, 180:12-25 (Black) (Black testifying that Beron wrongly assumed "it doesn't matter what else the examiner said about the particular situation"); | *See* 4/12/11 Trial Tr. 141:13-143:3 (Black) (Black testifying that Beron wrongly assumed "it doesn't matter what else the examiner said about this particular situation"); *id.* at |

| Page | Note | Change From | Change To |
|---|---|---|---|
|  |  | *id.* at 180:24-25 (Black) | 180:12-25 (Black) |
| 197 | 930 | 3/9/11 Trial Tr. 241:17-18 (Black) | 3/9/11 Trial Tr. 241:9-18 (Black) |
| 198 | 933 | *see also* NPP 2532 (3/22/11 Hr'g Tr.) at 58:20-23 | *see also* NPP 2532 (3/22/11 Hr'g Tr.) at 56:25-57:3 |
| 198 | 935 | 4/12/11 Trial Tr. 183-191 (Black). | 4/12/11 Trial Tr. 183:2-191:9 (Black). |
| 208 | 989 | 3/9/11 Trial Tr. 190:19-192:9 (Black). | 3/9/11 Trial Tr. 190:19-192:1 (Black). |
| 212 | 1007 | *Id.* 148:14-17; NPP 2216 (Black Rpt.) at 9-12 (insurance policies not among the documents Black claims to have specifically reviewed). | *Id.* at 148:14-17; NPP 2216 (Black Rpt.) at 10-12 (insurance policies not among the documents Black claims to have specifically reviewed). |
| 212 | 1008 | NPP 2216 (Black Rpt.) at 9-12 (insurance policies not among the documents Black claims to have specifically reviewed). | NPP 2216 (Black Rpt.) at 10-12 (insurance policies not among the documents Black claims to have specifically reviewed). |
| 217 | 1031 | *See* 3/15/11 Trial Tr. 183:3-16 (Wilderotter) | *See* 3/15/11 Trial Tr. 183:3-12 (Wilderotter) |

Dated: June 20, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP  
Daniel H. Golden  
David Zensky  
Philip C. Dublin  
Abid Qureshi  
Mitchell P. Hurley  
One Bryant Park  
New York, NY  10036  
212-872-1000  

ASHBY & GEDDES, P.A.

_____/s/ William P. Bowden_____  
William P. Bowden (I.D. No. 2553)  
Amanda M. Winfree (I.D. No. 4615)  
500 Delaware Avenue, P.O. Box 1150  
Wilmington, DE  19899  
302- 654-1888  

*Counsel for Aurelius Capital Management, LP*

| | |
|---|---|
| McCARTER & ENGLISH, LLP<br>David J. Adler<br>245 Park Avenue<br>New York, NY 10167<br>212-609-6800 | McCARTER & ENGLISH, LLP<br><br>_____/s/ Katharine L. Mayer_____<br>Katharine L. Mayer (I.D. No. 3758)<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801<br>302-984-6300 |

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>David S. Rosner<br>1633 Broadway<br>New York, New York 10019<br>212-506-1700 | BIFFERATO GENTILOTTI LLC<br><br>_____/s/ Garvan F. McDaniel_____<br>Garvan F. McDaniel (I.D. No. 4167)<br>800 N. King Street, Plaza Level<br>Wilmington, Delaware 19801<br>302- 429-1900 |

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| | |
|---|---|
| BROWN RUDNICK LLP<br>Robert J. Stark<br>Martin S. Siegel<br>Gordon Z. Novod<br>Seven Times Square<br>New York, NY 10036<br>212-209-4800 | SULLIVAN HAZELTINE ALLINSON LLC<br><br>_____/s/ William D. Sullivan_____<br>William D. Sullivan (I.D. No. 2820)<br>Elihu E. Allinson, III (I.D. No. 3476)<br>901 N. Market St., Suite 1300<br>Wilmington, DE 19801<br>302-428-8191 |

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*