**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

**ERRATA SHEET WITH RESPECT TO THE**
**NOTEHOLDER PLAN PROPONENTS' PROPOSED CONCLUSIONS OF LAW**

Set forth below are typographical corrections to the Proposed Conclusions of Law filed by the Noteholder Plan Proponents on June 3, 2011 [ECF No. 9065].

| Page | Note/Paragraph | Change From | Change To |
|---|---|---|---|
| xiii | N/A | 11 U.S.C. § 1179(a)(7)(b) | [Remove] |
| 7 | ¶ 13 | *Bay Plastics, Inc. v. BT Commercial Corp. (In re Bay Plastics)*, 187 B.R. 315, 333-36 | *Bay Plastics, Inc. v. BT Commercial Corp. (In re Bay Plastics)*, 187 B.R. 315, at 333 |
| 8 | ¶ 14 | *Voest-Alpine Trading USA Corp. v. Vantage Steel Corp.*, 919 F.2d 206, 213-14 (3d Cir. 1990) ("Knowing that the conveyance would make [debtor] insolvent and strand its unsecured creditors . . . frustrates any claim of good faith"); *Wieboldt Stores, Inc. v. Schottenstein*, 94 B.R. 488, 504 (N.D. Ill. 1988) (citing *Freehling v. Nielson (In re F & C Servs.*), 44 B.R. 863, 872 (Bankr. S.D. Fla. 1984)); *see also ASARCO LLC v. Ams. Mining Corp.*, 396 B.R. 278, | *Wieboldt Stores, Inc. v. Schottenstein*, 94 B.R. 488, 504 (N.D. Ill. 1988) (citing *Freehling v. Nielson (In re F & C Servs.*), 44 B.R. 863, 872 (Bankr. S.D. Fla. 1984)); *Voest-Alpine Trading USA Corp. v. Vantage Steel Corp.*, 919 F.2d 206, 213-14 (3d Cir. 1990) ("Knowing that the conveyance would make [debtor] insolvent and strand its unsecured creditors . . . frustrates any claim of good faith"); *see also ASARCO LLC v. Ams. Mining Corp.*, 396 B.R. 278, 370- |

| Page | Note/Paragraph | Change From | Change To |
|---|---|---|---|
| | | 370-71 (S.D. Tex. 2008) (interpreting Delaware's Uniform Fraudulent Transfer Act). | 71 (S.D. Tex. 2008) (interpreting Delaware's Uniform Fraudulent Transfer Act). |
| 15 | ¶ 28 | *Mellon Bank, N.A. v. Official Comm. of Unsecured Creditors of R.M.L., Inc. (In re R.M.L.)*, 92 F.3d 139, 148-51 | *Mellon Bank, N.A. v. Official Comm. of Unsecured Creditors of R.M.L., Inc. (In re R.M.L.)*, 92 F.3d 139, at 150 |
| 16 | ¶ 29 | *See* NPP Findings of Fact § I. | *See* NPP Findings of Fact § I, ¶¶ 11-12. |
| 26 | ¶ 50 | NPP 955 (Tuliano Rebuttal Rpt.), at 17 n.4 (citing VALUING A BUSINESS: THE ANALYSIS AND APPRAISAL OF CLOSELY HELD COMPANIES, 5th edition, Shannon P. Pratt, at 251). | NPP 955 (Tuliano Rebuttal Rpt.), at 17 n.57 (citing VALUING A BUSINESS: THE ANALYSIS AND APPRAISAL OF CLOSELY HELD COMPANIES, 5th edition, Shannon P. Pratt, at 251). |
| 38 | ¶ 73 | *Id.* at 94 | *Id.* at 294 |
| 50 | ¶ 98 | *Pepper v. Litton,* 308 U.S. 295, 304, 312 (1939) | *Pepper v. Litton,* 308 U.S. 295, 303-304, 312 (1939) |
| 51 | ¶ 99 | *See* NPP Findings of Fact § II.G.2.(iv). | *See* NPP Findings of Fact § II.G.2.b(iv). |
| 52 | ¶ 102 | *See* NPP Findings of Fact § II.G.2.(iv). | *See* NPP Findings of Fact § II.G.2.b(iv). |
| 52 | ¶ 104 | *Douglass v. Wones*, 458 N.E.2d 514, 521 | *Douglass v. Wones*, 458 N.E.2d 514, 524 |
| 52 | ¶ 104; FN 6 | *Phoenix Canada Oil Co. Ltd. v. Texaco Inc.*, 560 F. Supp. 1372, 1383 | *Phoenix Canada Oil Co. Ltd. v. Texaco Inc.*, 560 F. Supp. 1372, 1379 |
| 53 | ¶ 105 | *See* NPP Findings of Fact § II.G.2.(iv). | *See* NPP Findings of Fact § II.G.2.b(iv). |
| 53 | ¶ 105 | *Hechinger Inv. Co.*, 274 B.R. at | *Hechinger Inv. Co.*, 274 B.R. at 94- |

| Page | Note/Paragraph | Change From | Change To |
|---|---|---|---|
| | | 94; | 95; |
| 55 | ¶ 110 | 228 F.3d at 229, 239-40 (3d Cir. 2000). | 228 F.3d at 229-30, 239-40 (3d Cir. 2000). |
| 55 | ¶ 111 | 2006 WL 2516386, at *4. | 2006 WL 2516386, at *5 |
| 56 | ¶ 112 | *Hargreaves v. Tennis,* 88 N.W. 486, 490 (Neb. 1901) | *Hargreaves v. Tennis*, 88 N.W. 486, 488 (Neb. 1901) |
| 60 | ¶ 120 | *In re Jones,* 32 B.R. 951, 959 (Bankr. D. Utah 1983) | *In re Jones,* 32 B.R. 951, 958-59 (Bankr. D. Utah 1983*)* |
| 61 | ¶ 122 | *see also, e.g., Nellson*, 2007 WL 201134, at *123-24. (holding that the court was required to adjust the expert conclusions of the debtors' enterprise value based upon projections that were "unrealistic" and stale); | *see also, e.g., Nellson*, 2007 WL 201134, at *23-24 (finding that the court was required to adjust the expert conclusions of the debtors' enterprise<br><br>value based upon projections that were "unrealistic" and stale); In |
| 61 | FN 7 | H.R.Rep. No. 95-595, 95th Cong., 1st Sess. 414-15 (1977), U.S. Code Cong. & Admin. News 1978, pp.<br><br>5787, 6370, 6371 | H.R.Rep. No. 95-595, 95th Cong., 1st Sess. 414-15 (1977), U.S. Code Cong. & Admin. News 1978, at 6364 |
| 64 | ¶ 129 | (quoting *Citicorp Acceptance Co. v. Robison (In re Sweetwater)*, 884 F.2d 1323, 1329 (10th Cir. 1989)) | (quoting *Citicorp Acceptance Co. v. Robison (In re Sweetwater*), 884 F.2d 1323, 1328-1329 (10th Cir. 1989)) |
| 64 | ¶ 130; FN 8 | *See* NPP Findings of Fact § II.D.4 | *See* NPP Findings of Fact § III.D.4 |
| 66 | ¶ 133; FN 9 | *See* NPP Findings of Fact § II.D.4 | *See* NPP Findings of Fact § III.D.4 |
| 67 | ¶ 135 | *Oswald v. Gen. Motors Corp. (In re Gen. Motors Corp. Engine Interchange Lit.)*, 594 F.2d 1106, | *Oswald v. Gen. Motors Corp. (In re Gen. Motors Corp. Engine Interchange Lit.)*, 594 F.2d 1106, |

| Page | Note/Paragraph | Change From | Change To |
|---|---|---|---|
| | | 1134-35 | 1134-36 |
| 69 | ¶ 139; FN 11 | NPP Findings of Fact § IV.A.7. | NPP Findings of Fact § V.A.7 |
| 71 | ¶ 143 | *In re Gen. Motors Corp. Pick-Up Truck Fuel Tank Prod. Liab. Litig.*, 55 F.3d 768, 806 | *In re Gen. Motors Corp. Pick-Up Truck Fuel Tank Prod. Liab. Litig.*, 55 F.3d 768, 806, 816 |
| 71 | ¶ 143 | *Reynolds v. Beneficial Nat'l Bank*, 288 F.3d 277, 285 (7th Cir. 2002) | *Reynolds v. Beneficial Nat'l Bank*, 288 F.3d 277, 284-285 (7th Cir. 2002) |
| 71 | ¶ 143<br>Footnote 13 | *In re Adirondack Ry. Corp.*, 95 B.R. 867, 873 (N.D.N.Y. 1988) (agreeing that the court in Carla Leather "accurately analogized the bankruptcy court's review of a settlement to court consideration of a class or derivative action pursuant to [Rules 23 and 23.1]"). | *In re Adirondack Ry. Corp.*, 95 B.R. 867, 873 (N.D.N.Y. 1988) (agreeing that the court in *Carla Leather* "accurately analogized the bankruptcy court's review of a settlement to court consideration of a class or derivative action pursuant to [Rules 23 and 23.1]"). |
| 73 | ¶ 148 | *See* NPP Findings of Fact § V.B.1. | *See* NPP Findings of Fact § V.B.2. |
| 73 | ¶ 149 | *In re Manhattan Inv. Fund Ltd.*, 397 B.R. at 8 | *In re Manhattan Inv. Fund Ltd.*, 397 B.R. at 10 |
| 73 | ¶ 149 | *In re Actrade Fin. Techs. Ltd.*, 337 B.R. 791, 791<br><br>(Bankr. S.D.N.Y. 2005)); | *In re Actrade Fin. Techs. Ltd.*, 337 B.R. 791, 809<br><br>(Bankr. S.D.N.Y. 2005)); |
| 73 | ¶ 149 | *Fisher*, 253 B.R. at 871. | *Fisher*, 253 B.R. at 870-871. |
| 74 | ¶ 150 | *Vadnais*, 100 B.R. at 133-37 | *Vadnais*, 100 B.R. at 137 |
| 76 | ¶ 154 | *Cantor v. Perelman*, No. Civ. A. 97-586 KAJ, 2006 WL 3462596, at *1 (D. Del. Nov. 30, 2006) | *Cantor v. Perelman*, No. Civ. A. 97-586 KAJ, 2006 WL 3462596, at *3 (D. Del. Nov. 30, 2006) |

| Page | Note/Paragraph | Change From | Change To |
|---|---|---|---|
| 78 | ¶ 158 | *Exide*, 303 B.R. at 67 | *Exide,* 303 B.R. at 67-68 |
| 78 | ¶ 159 | *Exide*, 303 B.R. at 67 | *Exide,* 303 B.R. at 67-68 |
| 79 | ¶ 159 | *Ortiz v. Fibreboard Corp.*, 527 U.S. 815, 829 (1999) | *Ortiz v. Fibreboard Corp.*, 527 U.S. 815, 829, 852 (1999) |
| 81 | ¶ 163 | *Cybergenics I,* at 244. | *Cybergenics I,* at 243-244. |
| 82 | ¶ 164 | *Id.* (citing *Canadian Pac. Forest Prod. Ltd. v. J.D. Irving, Ltd. (In re Gibson Grp, Inc.)*, 66 F.3d 1436 (6th Cir. 1995)). | *Id.* (citing *Canadian Pac. Forest Prod. Ltd. v. J.D. Irving, Ltd. (In re Gibson Grp, Inc.)*, 66 F.3d 1436, 1441 (6th Cir. 1995)). |
| 82 | ¶ 165 | *See* NPP Findings of Fact § II.C. | *See* NPP Findings of Fact § III.A. |
| 82 | ¶ 165 | *See* NPP Findings of Fact § II.G.2.b.(iv). | *See* NPP Findings of Fact § III.A.1. |
| 83 | ¶ 165 | *See* NPP Findings of Fact § II.G.2.b.(iv). | *See* NPP Findings of Fact § III.A.1. |
| 83 | ¶ 167; FN15 | *Id.* at 44-49 (Opp. p. 7-12). | *Id.* at 46-49 (Opp. p. 7-12). |
| 84 | ¶ 167 | *Stepak v. Addison*, 20 F.3d 398, 400 (11th Cir. 1994) | *Stepak v. Addison*, 20 F.3d 398, 403-405 (11th Cir. 1994) |
| 85 | ¶ 170 | *In re Fiesta Homes of Georgia, Inc.*, 125<br><br>B.R. 321, 325 (Bankr. S.D. Ga. 1990) | *In re Fiesta Homes of Georgia, Inc.*, 125<br><br>B.R. 321, 325-326 (Bankr. S.D. Ga. 1990) |
| 86 | ¶ 171 | *See* NPP Findings of Fact § III.A.1. | *See* NPP Findings of Fact § III. |
| 88 | ¶ 173 | *Par Phar*, at 657 n.12 | *Par Phar,* at 647 n.12 |
| 89 | ¶ 174 | (*Coram,* 271 B.R. at 240); | (*Coram,* 271 B.R. at 234, 240); |

Dated: June 20, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
David Zensky
Philip C. Dublin
Abid Qureshi
Mitchell P. Hurley
One Bryant Park
New York, NY 10036
212-872-1000

ASHBY & GEDDES, P.A.

/s/ William P. Bowden
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
302- 654-1888

*Counsel for Aurelius Capital Management, LP*

McCARTER & ENGLISH, LLP
David J. Adler
245 Park Avenue
New York, NY 10167
212-609-6800

McCARTER & ENGLISH, LLP

/s/ Katharine L. Mayer
Katharine L. Mayer (I.D. No. 3758)
Renaissance Centre
405 N. King Street
Wilmington, DE 19801
302-984-6300

*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David S. Rosner
1633 Broadway
New York, New York 10019
212-506-1700

BIFFERATO GENTILOTTI LLC

/s/ Garvan F. McDaniel
Garvan F. McDaniel (I.D. No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302- 429-1900

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

BROWN RUDNICK LLP
Robert J. Stark
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036
212-209-4800

SULLIVAN HAZELTINE ALLINSON LLC

/s/ William D. Sullivan
William D. Sullivan (I.D. No. 2820)
Elihu E. Allinson, III (I.D. No. 3476)
901 N. Market St., Suite 1300
Wilmington, DE 19801
302-428-8191

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*