IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al., :
: (Jointly Administered)
Debtors. :
: (Requested) Hearing Date: June 28, 2011 at 10:00 a.m.
:
: (Requested) Obj. Deadline: June 27, 2011 at 12:00 p.m.
---------------------------------- x

## NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that on June 21, 2011, JPMorgan Securities LLC, JPMorgan Clearing Corp., JPMorgan Chase Bank, N.A., Citicorp North America, Inc., Citigroup Global Markets Inc., Merrill Lynch Capital Corporation, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Merrill Lynch & Co. Inc. and their affiliates, Bank of America, N.A. and Banc of America Securities LLC (the "Cross-Movants"), by and through their undersigned counsel, filed the **Certain State Law Constructive Fraudulent Conveyance Defendants' (1) Response to the Motion of Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, et al. to Clarify, Supplement or Modify this Court's Order Entered April 25, 2011 and (2) Cross-Motion for Related Relief with Respect to State Law Constructive Fraudulent Conveyance Suits** (the "Cross-Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Cross-Movants contemporaneously filed a Motion to Shorten with respect to the Cross-Motion (the "Motion to Shorten") with the Bankruptcy Court. The hearing date and objection deadline set forth herein are consistent with the dates proposed in the Motion to Shorten. In the event that the Bankruptcy Court does not approve the dates proposed in the Motion to Shorten, the Cross-Movants will file and serve a separate notice

RLF1 4072293v. 1

notifying all parties-in-interest of the revised hearing date and objection deadline.

PLEASE TAKE FURTHER NOTICE that pursuant to the Motion to Shorten, the Cross-Movants propose that any responses or objections to the Cross-Motion be filed by **June 27, 2011 at 12:00 p.m. (EDT).**

PLEASE TAKE FURTHER NOTICE that pursuant to the Motion to Shorten, the Cross-Movants propose that a hearing with respect to the Cross-Motion be held on **June 28, 2011 at 10:00 a.m. (EDT)** before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

IF NO OBJECTIONS TO THE CROSS-MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE CROSS-MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 21, 2011
       Wilmington, Delaware

Respectfully submitted,

/s/ *signature*

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19899
Telephone: (302) 651-7700

-and-

Benjamin S. Kaminetzky
Elliot Moskowitz
Michael J. Russano
Alicia Llosa Chang
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000

*Counsel for JPMorgan Securities LLC, JPMorgan Clearing Corp., and JPMorgan Chase Bank, N.A.*

/s/ Stephen P. Lamb
Stephen P. Lamb (No. 2053)
Joseph L. Christensen (No. 5146)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
500 Delaware Avenue Suite 200
Wilmington, DE 19801
Telephone: (302) 655-4410

-and-

Andrew Gordon
Stephen J. Shimshak
Elizabeth McColm
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

*Counsel for Citicorp North America, Inc. and Citigroup Global Markets Inc.*

     */s/ Etta R. Wolfe*
Laurie Selber Silverstein (No. 2396)
Etta R. Wolfe (No. 4164)
R. Stephen McNeill (No. 5210)
POTTER ANDERSON & CORROON LLP
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
Telephone: (302) 984-6000

-and-

Madlyn Gleich Primoff
Jane W. Parver
Joseph M. Drayton
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Counsel for Merrill Lynch Capital Corporation,*
*Merrill Lynch, Pierce, Fenner & Smith Incorporated,*
*Merrill Lynch & Co. Inc.*
*and their affiliates*

      */s/ John H. Schanne*
David B. Stratton (No. 960)
John H. Schanne II (No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

-and-

Bradley J. Butwin
Daniel L. Cantor
Daniel S. Shamah
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
(212) 326-2000

-and-

Evan M. Jones
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

*Counsel for Bank of America, N.A. and*
*Banc of America Securities LLC*