# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION PURSUANT TO DEL. BANKR. L.R. 9006-1(E) FOR AN ORDER SHORTENING TIME FOR NOTICE OF THE HEARING TO CONSIDER THE CROSS-MOTION OF CERTAIN STATE LAW CONSTRUCTIVE FRAUDULENT CONVEYANCE DEFENDANTS TO CLARIFY, SUPPLEMENT OR MODIFY THIS COURT'S ORDER ENTERED APRIL 25, 2011

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); and WLVI Inc. (8074); WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

JPMorgan Securities LLC, JPMorgan Clearing Corp., JPMorgan Chase Bank, N.A.,

Citicorp North America, Inc., Citigroup Global Markets Inc., Merrill Lynch Capital Corporation,

Merrill Lynch, Pierce, Fenner & Smith Incorporated, Merrill Lynch & Co. Inc. and their

affiliates, Bank of America, N.A. and Banc of America Securities LLC, by and through their

undersigned counsel, hereby move this Court (the "Motion to Shorten") pursuant to Rule 9006-

1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy

Court for the District of Delaware (the "Local Rules") for entry of an order shortening the time

for notice to consider the Cross-Motion for entry of an order clarifying, supplementing and/or

modifying the SLCFC Claims Order[2] in one additional respect.  In support of the response and

Cross-Motion, the Cross-Movants state as follows:

## BACKGROUND

1.     On or around June 2 and June 3, 2011, the Movants commenced actions in

numerous federal district courts, and at least three state courts:  New York, Delaware and

California

2.     On June 13, 2011, the Movants moved this Court to clarify that the SLCFC

Claims Order does not prevent the Movants from moving to coordinate the Federal SLCFC

Litigations in a multidistrict litigation ("MDL") proceeding pursuant to 28 U.S.C. § 1407.  [D.I.

9248]

3.     Together with this Motion to Shorten, the Cross-Movants have filed their (1)

Response to the Motion of Deutsche Bank Trust Company Americas, in its capacity as successor

indenture trustee for certain series of senior notes, et al. to clarify, supplement or modify this

---

[2] Capitalized terms used, but not defined herein have the meanings ascribed to such terms in the Motion and Cross-Motion.

court's order entered April 25, 2011 and (2) Cross-Motion for related relief with respect to state law constructive fraudulent conveyance suits.

4.      The Cross-Motion seeks to clarify the SLCFC Claims Order in one additional respect. Specifically, the Cross-Movants seek entry of an order that the SLCFC Claims Order does not prevent them, or any other State Court SLCFC Defendants, from seeking to remove the State Court SLCFC Litigations to federal court.

5.      If the State Court SLCFC Litigations are removed to federal court, they may be coordinated as part of the MDL for which Movants have sought relief from the SLCFC Claims Order.

**RELIEF REQUESTED**

6.      By this Motion to Shorten, the Cross-Movants respectfully request that the Court enter an order shortening notice of the Cross-Motion, scheduling the Cross-Motion for hearing on June 28, 2011 at 10:00 a.m., and setting an objection deadline of June 27, 2011 at 12:00 p.m.

**BASIS FOR RELIEF**

7.      Local Rule 9006-1(e) permits the Court to shorten the normal fourteen-day notice period provided by Local Rule 9006-1(c) upon a written motion specifying the reasons for the shortened notice. The Cross-Movants respectfully submit that allowing the Cross-Motion to be considered on shortened notice is reasonable and appropriate under the circumstances.

8.      First, the Cross-Motion's request for relief to seek removal of the State Court SLCFC Litigations is directly related to the Motion's request for relief to seek to coordinate all of the Federal SLCFC Litigations in an MDL. The Motion and the Cross-Motion should therefore be heard together.

3

9.    Second, because the time for removal may run, depending on the applicable basis for removal, as soon as July 3, it would be necessary for the Cross-Movants or other State Court SLCFC Defendants to take actions prior to expiration of the normal fourteen-day notice period under Local Rule 9006-1(c) in order to seek removal of the State Court SLCFC Litigations. If the notice period is not shortened, the State Court SLCFC Defendants may lose the ability to seek removal, depending on the applicable basis for removal.

10.    The Cross-Movants therefore submit that sufficient exigencies exist to justify shortening the notice period for the Cross-Motion.

## NOTICE

11.    Notice of this Response and Cross-Motion shall be provided via electronic mail to all parties referenced in paragraph 35 of the Case Management Order [D.I. 7239]. In light of the nature of the relief requested herein, the Cross-Movants submit that no other or further notice is required.

## CONCLUSION

WHEREFORE, the Cross-Movants respectfully request that this Court enter an order, substantially in the form attached hereto, granting the Motion to Shorten, scheduling the Cross-Motion for the hearing set for June 28, 2011 at 10:00 a.m., establishing an objection deadline of June 27, 2011 at 12:00 p.m., and granting such other relief as the Court deems just, proper and equitable.

4

Dated: June 21, 2011
      Wilmington, Delaware

Respectfully submitted,

_____

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19899
Telephone: (302) 651-7700

-and-

Benjamin S. Kaminetzky
Elliot Moskowitz
Michael J. Russano
Alicia Llosa Chang
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000

*Counsel for JPMorgan Securities LLC, JPMorgan Clearing Corp., and JPMorgan Chase Bank, N.A.*

5

_____ */s/ Stephen P. Lamb* _____

Stephen P. Lamb (No. 2053)
Joseph L. Christensen (No. 5146)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
500 Delaware Avenue Suite 200
Wilmington, DE 19801
Telephone: (302) 655-4410

-and-

Andrew Gordon
Stephen J. Shimshak
Elizabeth McColm
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

*Counsel for Citicorp North America, Inc. and
Citigroup Global Markets Inc.*

6

_____ /s/ Etta R. Wolfe _____
Laurie Selber Silverstein (No. 2396)
Etta R. Wolfe (No. 4164)
R. Stephen McNeill (No. 5210)
POTTER ANDERSON & CORROON LLP
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
Telephone: (302) 984-6000

-and-

Madlyn Gleich Primoff
Jane W. Parver
Joseph M. Drayton
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Counsel for Merrill Lynch Capital Corporation,*
*Merrill Lynch, Pierce, Fenner & Smith*
*Incorporated, Merrill Lynch & Co. Inc. and*
*their affiliates*

7

_____*/s/ John H. Schanne*_____
David B. Stratton (No. 960)
John H. Schanne II (No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

-and-

Bradley J. Butwin
Daniel L. Cantor
Daniel S. Shamah
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
(212) 326-2000

-and-

Evan M. Jones
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

*Counsel for Bank of America, N.A. and*
*Banc of America Securities LLC*

RLF1 4073201v. 1