**Exhibit 1**

Exhibit 1



**TRIBUNE COMPANY, et al.**
**Debtor/Committee/Lender Plan**
**Tabulation Summary**

**DCLVoting Results after Resolicitation of Holders of Senior Loan Claims and Senior Guaranty Claims**

| Proponent | Class | Description | No. Voting | No. Accept | No. Reject | % No. Accept | % No. Reject | Amt. Voting | Amt. Accept | Amt. Reject | % Amt. Accept | % Amt. Reject | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCL | 1C | Senior Loan Claims Against Tribune Company | 402 | 393 | 9 | 97.76% | 2.24% | $8,315,934,437.53 | $8,113,542,002.53 | $ 202,392,435.00 | 97.57% | 2.43% | ACCEPT |
| DCL | 1D | Bridge Loan Claims Against Tribune Company | 29 | 26 | 3 | 89.66% | 10.34% | $ 1,523,704,761.89 | $ 1,502,685,714.27 | $ 21,019,047.62 | 98.62% | 1.38% | ACCEPT |
| DCL | 1E | Senior Noteholder Claims Against Tribune Company | 383 | 265 | 118 | 69.19% | 30.81% | $ 1,102,838,766.61 | $ 133,766,881.48 | $ 969,071,885.13 | 12.13% | 87.87% | **REJECT** |
| DCL | 1F | Other Parent Claims Against Tribune Company | 237 | 226 | 11 | 95.36% | 4.64% | $ 270,697,577.45 | $ 256,376,738.51 | $ 14,320,838.94 | 94.71% | 5.29% | ACCEPT |
| DCL | 1I | EGI-TRB LLC Notes Claims Against Tribune Company | 19 | 0 | 19 | 0.00% | 100.00% | $ 188,819,593.30 | $ - | $ 188,819,593.30 | 00.00% | 100.00% | **REJECT** |
| DCL | 1J | PHONES Notes Claims Against Tribune Company | 29 | 0 | 29 | 0.00% | 100.00% | $ 1,166,207,304.00 | $ - | $ 1,166,207,304.00 | 00.00% | 100.00% | **REJECT** |
| DCL | 2E | General Unsecured Claims Against 435 Production Company | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 3E | General Unsecured Claims Against Baltimore Newspaper Networks, Inc. | 1 | 1 | 0 | 100.00% | 0.00% | $ 77,857.05 | $ 77,857.05 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 4E | General Unsecured Claims Against Candle Holdings Corporation | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 5E | General Unsecured Claims Against Channel 20, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 6E | General Unsecured Claims Against Chicago Avenue Construction Company | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 7E | General Unsecured Claims Against Chicago River Production Company | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 8E | General Unsecured Claims Against Chicago Tribune Newspapers, Inc. | 2 | 2 | 0 | 100.00% | 0.00% | $ 6,036.96 | $ 6,036.96 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 9E | General Unsecured Claims Against Chicago Tribune Press Service, Inc. | 2 | 2 | 0 | 100.00% | 0.00% | $ 2,561.50 | $ 2,561.50 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 10E | General Unsecured Claims Against ChicagoLand Microwave Licensee, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 11E | General Unsecured Claims Against Direct Mail Associates, Inc. | 1 | 1 | 0 | 100.00% | 0.00% | $ 2,629.00 | $ 2,629.00 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 12E | General Unsecured Claims Against ForSaleByOwner.com Referral Services, LLC | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 13E | General Unsecured Claims Against Fortify Holdings Corporation | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 14E | General Unsecured Claims Against GreenCo, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 15E | General Unsecured Claims Against Heart & Crown Advertising, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 16E | General Unsecured Claims Against Hoy, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $ 1.00 | $ 1.00 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 17E | General Unsecured Claims Against InsertCo, Inc. | 7 | 7 | 0 | 100.00% | 0.00% | $ 1,094,735.15 | $ 1,094,735.15 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 18E | General Unsecured Claims Against JuliusAir Company II, LLC | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 19E | General Unsecured Claims Against JuliusAir Company, LLC | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 20E | General Unsecured Claims Against Los Angeles Times International, Ltd. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 21E | General Unsecured Claims Against Los Angeles Times Newspapers, Inc. | 4 | 4 | 0 | 100.00% | 0.00% | $ 75,659.04 | $ 75,659.04 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 22E | General Unsecured Claims Against Magic T Music Publishing Company | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 23E | General Unsecured Claims Against NBBF, LLC | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 24E | General Unsecured Claims Against Neocomm, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 25E | General Unsecured Claims Against Newscom Services, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |

Exhibit 1



**TRIBUNE COMPANY, <u>et al.</u>**
**Debtor/Committee/Lender Plan**
**Tabulation Summary**

**DCLVoting Results after Resolicitation of Holders of Senior Loan Claims and Senior Guaranty Claims**

| Proponent | Class | Description | No. Voting | No. Accept | No. Reject | % No. Accept | % No. Reject | Amt. Voting | Amt. Accept | Amt. Reject | % Amt. Accept | % Amt. Reject | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCL | 26E | General Unsecured Claims Against Newspaper Readers Agency, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 27E | General Unsecured Claims Against North Michigan Production Company | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 28E | General Unsecured Claims Against North Orange Avenue Properties, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 29E | General Unsecured Claims Against Oak Brook Productions, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 30E | General Unsecured Claims Against Publishers Forest Products Co. of Washington | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 31E | General Unsecured Claims Against Sentinel Communications News Ventures, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 32E | General Unsecured Claims Against Shepard's Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 33E | General Unsecured Claims Against Signs of Distinction, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 34E | General Unsecured Claims Against The Other Company LLC | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 35E | General Unsecured Claims Against Times Mirror Land and Timber Company | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 36E | General Unsecured Claims Against Times Mirror Payroll Processing Company, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 37E | General Unsecured Claims Against Times Mirror Services Company, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 38E | General Unsecured Claims Against Towering T Music Publishing Company | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 39E | General Unsecured Claims Against Tribune Broadcasting News Network, Inc. n/k/a Tribune Washington Bureau | 3 | 3 | 0 | 100.00% | 0.00% | $ 17,857.04 | $ 17,857.04 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 40E | General Unsecured Claims Against Tribune Entertainment Production Company | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 41E | General Unsecured Claims Against Tribune Finance Service Center, Inc. | 8 | 8 | 0 | 100.00% | 0.00% | $ 12,640.78 | $ 12,640.78 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 42E | General Unsecured Claims Against Tribune License, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 43E | General Unsecured Claims Against Tribune Network Holdings Company | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 44E | General Unsecured Claims Against Tribune Publishing Company | 17 | 17 | 0 | 100.00% | 0.00% | $ 147,502.15 | $ 147,502.15 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 45E | General Unsecured Claims Against ValuMail, Inc. | 3 | 3 | 0 | 100.00% | 0.00% | $ 132,311.70 | $ 132,311.70 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 46E | General Unsecured Claims Against Virginia Community Shoppers, LLC | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 47E | General Unsecured Claims Against WATL, LLC | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 48E | General Unsecured Claims Against WCWN LLC | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 49E | General Unsecured Claims Against WLVI Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 50C | Senior Guaranty Claims Against 5800 Sunset Productions Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 50E | General Unsecured Claims Against 5800 Sunset Productions Inc. | 1 | 1 | 0 | 100.00% | 0.00% | $ 169.95 | $ 169.95 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 51C | Senior Guaranty Claims Against California Community News Corporation | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 51E | General Unsecured Claims Against California Community News Corporation | 11 | 11 | 0 | 100.00% | 0.00% | $ 71,604.00 | $ 71,604.00 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 52C | Senior Guaranty Claims Against Channel 39, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 52E | General Unsecured Claims Against Channel 39, Inc. | 11 | 11 | 0 | 100.00% | 0.00% | $ 1,467,505.02 | $ 1,467,505.02 | $ - | 100.00% | 0.00% | ACCEPT |

Exhibit 1



**TRIBUNE COMPANY, et al.**
Debtor/Committee/Lender Plan
Tabulation Summary

**DCLVoting Results after Resolicitation of Holders of Senior Loan Claims and Senior Guaranty Claims**

| Proponent | Class | Description | No. Voting | No. Accept | No. Reject | % No. Accept | % No. Reject | Amt. Voting | Amt. Accept | Amt. Reject | % Amt. Accept | % Amt. Reject | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCL | 53C | Senior Guaranty Claims Against Channel 40, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 53E | General Unsecured Claims Against Channel 40, Inc. | 19 | 19 | 0 | 100.00% | 0.00% | $ 1,382,927.63 | $ 1,382,927.63 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 54C | Senior Guaranty Claims Against Chicago Tribune Company | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 54E | General Unsecured Claims Against Chicago Tribune Company | 137 | 131 | 6 | 95.62% | 4.38% | $ 2,999,237.02 | $ 2,988,449.76 | $ 10,787.26 | 99.64% | 0.36% | ACCEPT |
| DCL | 55C | Senior Guaranty Claims Against Chicagoland Publishing Company | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 55E | General Unsecured Claims Against Chicagoland Publishing Company | 6 | 6 | 0 | 100.00% | 0.00% | $ 23,011.71 | $ 23,011.71 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 56C | Senior Guaranty Claims Against Chicagoland Television News, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 56E | General Unsecured Claims Against Chicagoland Television News, Inc. | 14 | 14 | 0 | 100.00% | 0.00% | $ 81,119.28 | $ 81,119.28 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 57C | Senior Guaranty Claims Against Courant Specialty Products, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 57E | General Unsecured Claims Against Courant Specialty Products, Inc. | 1 | 1 | 0 | 100.00% | 0.00% | $ 84.12 | $ 84.12 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 58C | Senior Guaranty Claims Against Distribution Systems of America, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 58E | General Unsecured Claims Against Distribution Systems of America, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 59C | Senior Guaranty Claims Against Eagle New Media Investments, LLC | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 59E | General Unsecured Claims Against Eagle New Media Investments, LLC | 6 | 6 | 0 | 100.00% | 0.00% | $ 4,100.61 | $ 4,100.61 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 60C | Senior Guaranty Claims Against Eagle Publishing Investments, LLC | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 60E | General Unsecured Claims Against Eagle Publishing Investments, LLC | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 61C | Senior Guaranty Claims Against forsalebyowner.com corp. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 61E | General Unsecured Claims Against forsalebyowner.com corp. | 12 | 12 | 0 | 100.00% | 0.00% | $ 20,442.45 | $ 20,442.45 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 62C | Senior Guaranty Claims Against Forum Publishing Group, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 62E | General Unsecured Claims Against Forum Publishing Group, Inc. | 5 | 5 | 0 | 100.00% | 0.00% | $ 2,731.44 | $ 2,731.44 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 63C | Senior Guaranty Claims Against Gold Coast Publications, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 63E | General Unsecured Claims Against Gold Coast Publications, Inc. | 13 | 13 | 0 | 100.00% | 0.00% | $ 150,903.63 | $ 150,903.63 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 64C | Senior Guaranty Claims Against Homeowners Realty, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 64E | General Unsecured Claims Against Homeowners Realty, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 65C | Senior Guaranty Claims Against Homestead Publishing Co. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 65E | General Unsecured Claims Against Homestead Publishing Co. | 9 | 9 | 0 | 100.00% | 0.00% | $ 13,746.46 | $ 13,746.46 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 66C | Senior Guaranty Claims Against Hoy Publications, LLC | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 66E | General Unsecured Claims Against Hoy Publications, LLC | 7 | 7 | 0 | 100.00% | 0.00% | $ 18,003.37 | $ 18,003.37 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 67C | Senior Guaranty Claims Against Internet Foreclosure Service, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 67E | General Unsecured Claims Against Internet Foreclosure Service, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |



**TRIBUNE COMPANY, et al.**
**Debtor/Committee/Lender Plan**
**Tabulation Summary**

**DCLVoting Results after Resolicitation of Holders of Senior Loan Claims and Senior Guaranty Claims**

| Proponent | Class | Description | No. Voting | No. Accept | No. Reject | % No. Accept | % No. Reject | Amt. Voting | Amt. Accept | Amt. Reject | % Amt. Accept | % Amt. Reject | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCL | 68C | Senior Guaranty Claims Against KIAH Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 68E | General Unsecured Claims Against KIAH Inc. | 14 | 14 | 0 | 100.00% | 0.00% | $ 6,922,076.60 | $ 6,922,076.60 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 69C | Senior Guaranty Claims Against KPLR, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 69E | General Unsecured Claims Against KPLR, Inc. | 10 | 10 | 0 | 100.00% | 0.00% | $ 588,661.39 | $ 588,661.39 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 70C | Senior Guaranty Claims Against KSWB Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 70E | General Unsecured Claims Against KSWB Inc. | 30 | 30 | 0 | 100.00% | 0.00% | $ 3,623,506.14 | $ 3,623,506.14 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 71C | Senior Guaranty Claims Against KTLA Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 71E | General Unsecured Claims Against KTLA Inc. | 46 | 46 | 0 | 100.00% | 0.00% | $ 24,607,088.39 | $ 24,607,088.39 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 72C | Senior Guaranty Claims Against KWGN Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 72E | General Unsecured Claims Against KWGN Inc. | 4 | 4 | 0 | 100.00% | 0.00% | $ 250,156.21 | $ 250,156.21 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 73C | Senior Guaranty Claims Against Los Angeles Times Communications LLC | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 73E | General Unsecured Claims Against Los Angeles Times Communications LLC | 154 | 154 | 0 | 100.00% | 0.00% | $ 5,361,326.39 | $ 5,361,326.39 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 74C | Senior Guaranty Claims Against New Mass. Media, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 74E | General Unsecured Claims Against New Mass. Media, Inc. | 4 | 4 | 0 | 100.00% | 0.00% | $ 1,682.63 | $ 1,682.63 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 75C | Senior Guaranty Claims Against Orlando Sentinel Communications Company | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 75E | General Unsecured Claims Against Orlando Sentinel Communications Company | 83 | 78 | 5 | 93.98% | 6.02% | $ 553,906.17 | $ 551,931.16 | $ 1,975.01 | 99.64% | 0.36% | ACCEPT |
| DCL | 76C | Senior Guaranty Claims Against Patuxent Publishing Company | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 76E | General Unsecured Claims Against Patuxent Publishing Company | 19 | 19 | 0 | 100.00% | 0.00% | $ 186,296.69 | $ 186,296.69 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 77C | Senior Guaranty Claims Against Southern Connecticut Newspapers, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 77E | General Unsecured Claims Against Southern Connecticut Newspapers, Inc. | 10 | 9 | 1 | 90.00% | 10.00% | $ 10,058.94 | $ 9,558.94 | $ 500.00 | 95.03% | 4.97% | ACCEPT |
| DCL | 78C | Senior Guaranty Claims Against Star Community Publishing Group, LLC | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 78E | General Unsecured Claims Against Star Community Publishing Group, LLC | 7 | 7 | 0 | 100.00% | 0.00% | $ 2,858.18 | $ 2,858.18 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 79C | Senior Guaranty Claims Against Stemweb, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 79E | General Unsecured Claims Against Stemweb, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 80C | Senior Guaranty Claims Against Sun-Sentinel Company | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 80E | General Unsecured Claims Against Sun-Sentinel Company | 72 | 67 | 5 | 93.06% | 6.94% | $ 648,256.15 | $ 644,791.01 | $ 3,465.14 | 99.47% | 0.53% | ACCEPT |
| DCL | 81C | Senior Guaranty Claims Against The Baltimore Sun Company | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 81E | General Unsecured Claims Against The Baltimore Sun Company | 100 | 96 | 4 | 96.00% | 4.00% | $ 5,475,475.10 | $ 5,465,788.03 | $ 9,687.07 | 99.82% | 0.18% | ACCEPT |
| DCL | 82C | Senior Guaranty Claims Against The Daily Press, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 82E | General Unsecured Claims Against The Daily Press, Inc. | 38 | 33 | 5 | 86.84% | 13.16% | $ 116,028.05 | $ 107,987.73 | $ 8,040.32 | 93.07% | 6.93% | ACCEPT |

Exhibit 1

**TRIBUNE COMPANY, et al.**
**Debtor/Committee/Lender Plan**
**Tabulation Summary**



**DCLVoting Results after Resolicitation of Holders of Senior Loan Claims and Senior Guaranty Claims**

| Proponent | Class | Description | No. Voting | No. Accept | No. Reject | % No. Accept | % No. Reject | Amt. Voting | Amt. Accept | Amt. Reject | % Amt. Accept | % Amt. Reject | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCL | 83C | Senior Guaranty Claims Against The Hartford Courant Company | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 83E | General Unsecured Claims Against The Hartford Courant Company | 88 | 87 | 1 | 98.86% | 1.14% | $643,111.48 | $643,087.46 | $24.02 | 100.00% | 0.00% | ACCEPT |
| DCL | 84C | Senior Guaranty Claims Against The Morning Call, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 84E | General Unsecured Claims Against The Morning Call, Inc. | 43 | 42 | 1 | 97.67% | 2.33% | $169,463.03 | $150,114.98 | $19,348.05 | 88.58% | 11.42% | ACCEPT |
| DCL | 85C | Senior Guaranty Claims Against TMLH 2, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 85E | General Unsecured Claims Against TMLH 2, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 86C | Senior Guaranty Claims Against TMLS I, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 86E | General Unsecured Claims Against TMLS I, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 87C | Senior Guaranty Claims Against TMS Entertainment Guides, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 87E | General Unsecured Claims Against TMS Entertainment Guides, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 88C | Senior Guaranty Claims Against Tower Distribution Company | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 88E | General Unsecured Claims Against Tower Distribution Company | 4 | 4 | 0 | 100.00% | 0.00% | $33,334.55 | $33,334.55 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 89C | Senior Guaranty Claims Against Tribune Broadcast Holdings, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 89E | General Unsecured Claims Against Tribune Broadcast Holdings, Inc. | 20 | 20 | 0 | 100.00% | 0.00% | $2,672,257.22 | $2,672,257.22 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 90C | Senior Guaranty Claims Against Tribune Broadcasting Company | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 90E | General Unsecured Claims Against Tribune Broadcasting Company | 12 | 12 | 0 | 100.00% | 0.00% | $1,738,098.76 | $1,738,098.76 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 91C | Senior Guaranty Claims Against Tribune Broadcasting Holdco, LLC | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 91E | General Unsecured Claims Against Tribune Broadcasting Holdco, LLC | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 92C | Senior Guaranty Claims Against Tribune California Properties, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 92E | General Unsecured Claims Against Tribune California Properties, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 93C | Senior Guaranty Claims Against Tribune CNLBC, LLC | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 93E | General Unsecured Claims Against Tribune CNLBC, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $47.10 | $47.10 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 94C | Senior Guaranty Claims Against Tribune Direct Marketing, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 94E | General Unsecured Claims Against Tribune Direct Marketing, Inc. | 30 | 30 | 0 | 100.00% | 0.00% | $390,423.20 | $390,423.20 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 95C | Senior Guaranty Claims Against Tribune Entertainment Company | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 95E | General Unsecured Claims Against Tribune Entertainment Company | 5 | 5 | 0 | 100.00% | 0.00% | $445,536.25 | $445,536.25 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 96C | Senior Guaranty Claims Against Tribune Finance, LLC | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 96E | General Unsecured Claims Against Tribune Finance, LLC | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 97C | Senior Guaranty Claims Against Tribune Los Angeles, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 97E | General Unsecured Claims Against Tribune Los Angeles, Inc. | 1 | 1 | 0 | 100.00% | 0.00% | $50,303.00 | $50,303.00 | $ - | 100.00% | 0.00% | ACCEPT |

Exhibit 1

**TRIBUNE COMPANY, et al.**
Debtor/Committee/Lender Plan
Tabulation Summary



**DCLVoting Results after Resolicitation of Holders of Senior Loan Claims and Senior Guaranty Claims**

| Proponent | Class | Description | No. Voting | No. Accept | No. Reject | % No. Accept | % No. Reject | Amt. Voting | Amt. Accept | Amt. Reject | % Amt. Accept | % Amt. Reject | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCL | 98C | Senior Guaranty Claims Against Tribune Manhattan Newspaper Holdings, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 98E | General Unsecured Claims Against Tribune Manhattan Newspaper Holdings, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 99C | Senior Guaranty Claims Against Tribune Media Net, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 99E | General Unsecured Claims Against Tribune Media Net, Inc. | 11 | 11 | 0 | 100.00% | 0.00% | $ 101,881.13 | $ 101,881.13 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 100C | Senior Guaranty Claims Against Tribune Media Services, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 100E | General Unsecured Claims Against Tribune Media Services, Inc. | 40 | 39 | 1 | 97.50% | 2.50% | $ 643,471.50 | $ 643,444.50 | $ 27.00 | 100.00% | 0.00% | ACCEPT |
| DCL | 101C | Senior Guaranty Claims Against Tribune New York Newspaper Holdings, LLC | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 101E | General Unsecured Claims Against Tribune New York Newspaper Holdings, LLC | 17 | 17 | 0 | 100.00% | 0.00% | $ 17.00 | $ 17.00 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 102C | Senior Guaranty Claims Against Tribune NM, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 102E | General Unsecured Claims Against Tribune NM, Inc. | 0 | 0 | 0 | 0.00% | 0.00% | $ - | $ - | $ - | 00.00% | 0.00% | |
| DCL | 103C | Senior Guaranty Claims Against Tribune Television Company | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 103E | General Unsecured Claims Against Tribune Television Company | 68 | 67 | 1 | 98.53% | 1.47% | $ 26,885,089.16 | $ 26,802,868.44 | $ 82,220.72 | 99.69% | 0.31% | ACCEPT |
| DCL | 104C | Senior Guaranty Claims Against Tribune Television Holdings, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 104E | General Unsecured Claims Against Tribune Television Holdings, Inc. | 12 | 12 | 0 | 100.00% | 0.00% | $ 212,195.11 | $ 212,195.11 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 105C | Senior Guaranty Claims Against Tribune Television New Orleans, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 105E | General Unsecured Claims Against Tribune Television New Orleans, Inc. | 24 | 24 | 0 | 100.00% | 0.00% | $ 242,187.11 | $ 242,187.11 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 106C | Senior Guaranty Claims Against Tribune Television Northwest, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 106E | General Unsecured Claims Against Tribune Television Northwest, Inc. | 25 | 24 | 1 | 96.00% | 4.00% | $ 7,834,150.44 | $ 7,833,490.96 | $ 659.48 | 99.99% | 0.01% | ACCEPT |
| DCL | 107C | Senior Guaranty Claims Against Virginia Gazette Companies, LLC | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 107E | General Unsecured Claims Against Virginia Gazette Companies, LLC | 14 | 14 | 0 | 100.00% | 0.00% | $ 16,831.27 | $ 16,831.27 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 108C | Senior Guaranty Claims Against WDCW Broadcasting, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 108E | General Unsecured Claims Against WDCW Broadcasting, Inc. | 20 | 20 | 0 | 100.00% | 0.00% | $ 3,285,869.70 | $ 3,285,869.70 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 109C | Senior Guaranty Claims Against WGN Continental Broadcasting Company | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 109E | General Unsecured Claims Against WGN Continental Broadcasting Company | 51 | 51 | 0 | 100.00% | 0.00% | $ 38,263,009.91 | $ 38,263,009.91 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 110C | Senior Guaranty Claims Against WPIX, Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 110E | General Unsecured Claims Against WPIX, Inc. | 37 | 37 | 0 | 100.00% | 0.00% | $ 27,200,192.94 | $ 27,200,192.94 | $ - | 100.00% | 0.00% | ACCEPT |
| DCL | 111C | Senior Guaranty Claims Against WTXX Inc. | 408 | 399 | 9 | 97.79% | 2.21% | $8,466,883,259.53 | $8,264,490,824.53 | $ 202,392,435.00 | 97.61% | 2.39% | ACCEPT |
| DCL | 111E | General Unsecured Claims Against WTXX Inc. | 1 | 1 | 0 | 100.00% | 0.00% | $ 1,377.00 | $ 1,377.00 | $ - | 100.00% | 0.00% | ACCEPT |

**Exhibit 2**

**Exhibit 2**
**TRIBUNE COMPANY, et al.**
**Debtor/Committee/Lender Plan Resolicitation Ballot Detail**

| Name | Plan Class | Vote Amount | Vote | Releases |
|---|---|---|---|---|
| CITADEL SECURITIES TRADING LLC* | 1C & 50C-111C | $6,000,000.00 | ACCEPT | |
| LEVINE LEICHTMAN CAPITAL PARTNERS DEEP* | 1C & 50C-111C | $4,974,811.00 | ACCEPT | |
| PERELLA WEINBERG PARTNERS XERION MASTER | 1C & 50C-111C | $15,000,000.00 | ACCEPT | |

\* Already submitted vote to accept the DCL Plan during initial solicitation period.

