# EXHIBIT A



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850034
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through April 30, 2011

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/05/11 | N. Riesco | L120 | 0 | Various discussions with A. Jubelirer concerning potential settlement (.80); communications with J. Harris concerning potential deposition (.50); conference with G. Pauling to discuss case status, etc. (.70). | 2.00 | 800.00 |
| 04/06/11 | N. Riesco | L190 | 0 | Communication with opposing counsel and courtroom deputy concerning status hearing (.30); communications with opposing counsel concerning settlement discussion (.50). | 0.80 | 320.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/07/11 | N. Riesco | L190 | 0 | Compose email to A. Jubelirer concerning settlement discussions and deposition scheduling (.70); draft various emails to opposing counsel regarding deposition scheduling (1.00); numerous communications with A. Jubelirer, E. Glassberg and G. Silva concerning depositions scheduling and strategy (1.50). | 3.20 | 1,280.00 |
| 04/11/11 | N. Riesco | L120 | 0 | Communications with J. DeJonker and J. Ludwig concerning bankruptcy, proof of claim defense and consider possibility of getting court ruling on defense prior to summary judgment (.50); conference with A. Jubelirer concerning same (.30); draft email to P. Bender concerning deposition scheduling and J. Harris subpoena (.20). | 1.00 | 400.00 |
| 04/11/11 | J. DeJonker | B110 | 0 | Conference with N. Riesco regarding bankruptcy issues related to federal court discrimination litigation. | 0.30 | 156.00 |
| 04/12/11 | N. Riesco | L230 | 0 | Prepare for and attend status hearing/settlement conference before Judge Bucklo (2.00); various communications with A. Jubelirer concerning hearing and E. Glassberg and J. Harris depositions and preparation sessions (.50); compose email to A. Jubelirer, G. Silva concerning hearing (1.00); various communications with J. Harris regarding representation, deposition planning and scheduling (.60); compose email to P. Bender concerning J. Harris representation (.40). | 4.50 | 1,800.00 |
| 04/12/11 | J. DeJonker | B110 | 0 | Conference with N. Riesco regarding bankruptcy issues related to federal court discrimination litigation. | 0.30 | 156.00 |



Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/13/11 | N. Riesco | L120 | 0 | Communications with A. Jubelirer concerning deposition scheduling (.40); draft email to P. Bender concerning same (.20). | 0.60 | 240.00 |
| 04/15/11 | N. Riesco | L330 | 0 | Deposition preparation for E. Glassberg. | 4.00 | 1,600.00 |
| 04/20/11 | N. Riesco | L330 | 0 | Prepare for and defend depositions of G. Silva and E. Glassberg. | 8.50 | 3,400.00 |
| 04/21/11 | N. Riesco | L330 | 0 | Conference with G. Pauling concerning Rule 68 offer of judgment and case status (.50); draft email to A. Jubelirer concerning Rule68 offer of judgment (.90); communications with J. Harris regarding deposition scheduling (.60); draft various emails to P. Bender regarding Harris deposition, position statement (.70); edit and revise list of customer contact center employees to update part time vs. full time status (.50); deposition preparation of J. Harris (1.00); prepare J. Harris for her deposition (2.80). | 7.00 | 2,800.00 |
| 04/22/11 | G. Pauling II | L120 | 0 | Review and prepare recommendation to client regarding offer of judgment. | 0.70 | 399.00 |
| 04/25/11 | N. Riesco | L120 | 0 | Communications with A. Jubelirer concerning potential Rule 68 offer of judgment (.40); review and revise subpoena for deposition of J. Harris and call/email to J. Harris regarding same (.30); communications with A. Jubelirer concerning J. Harris deposition preparation (.10); communications and emails to P. Bender concerning J. Harris deposition and revised list of CTC Contact Center employees as FT/PT status (.40). | 1.20 | 480.00 |
| 04/26/11 | N. Riesco | L330 | 0 | Prepare for and defend deposition of J. Harris. | 7.00 | 2,800.00 |

**Total Hours**                                                                                    41.10

# SEYFARTH
**ATTORNEYS** SHAW LLP

Chicago Tribune Company

| | |
|---|---|
| **Total Fees** | $16,631.00 |
| **Less Discount** | ($1,663.10) |
| **Total Fees After Discount** | $14,967.90 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 0.70 | hours at | $570.00 | per hour |
| N. Riesco | Associate | - | 39.80 | hours at | $400.00 | per hour |
| J. DeJonker | Partner | - | 0.60 | hours at | $520.00 | per hour |

| **Disbursements** | **Value** | |
|---|---|---|
| Copying | 32.20 | |
| Online Research | 43.49 | |
| **Total Disbursements** | | 75.69 |
| **Total Amount Due** | | $15,043.59 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850032
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through April 30, 2011

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/06/11 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding union interest in interlocal pension fund. | 0.20 | 139.00 |
| 04/14/11 | J. Sherman | C300 | 0 | E-mail correspondence with A. Barnes regarding cafeteria issues. | 0.10 | 69.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $208.50 |
| **Less Discount** | | ($20.85) |
| **Total Fees After Discount** | | $187.65 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.30 | hours at | $695.00 | per hour |

**Total Disbursements**      0.00

**Total Amount Due**      $187.65



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850030
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through April 30, 2011

### Guild Labor Matters 0000001483

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/04/11 | J. Sherman | C300 | 0 | Edit response to Guild information request copy sharing. | 0.30 | 208.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $208.50 |
| **Less Discount** | | ($20.85) |
| **Total Fees After Discount** | | $187.65 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.30 | hours at | $695.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

13378485v.2



Baltimore Sun


**Total Disbursements**                                          0.00

**Total Amount Due**                                          $187.65



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1850030
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $208.50 |
| Less Discount | ($20.85) |
| Total Fees after Discount | $187.65 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $187.65 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

13378485v.2



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850031
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through April 30, 2011

## Photographer(s) Recall Grievance: Case No. 16 300 00214 11

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/04/11 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes and attached draft step 3 response (.10); drafting e-mail correspondence to A. Barnes in response to same (.10). | 0.20 | 116.00 |
| 04/17/11 | K. Michaels | C300 | | Review email correspondence from A. Barnes and attached information request from Guild regarding photographer recall grievance (.10); drafting response to same (.10). | 0.20 | 116.00 |
| 04/19/11 | K. Michaels | L120 | | Review of e-mail correspondence from A. Barnes (.10); additional information request from the Guild (.10). | 0.20 | 116.00 |
| 04/20/11 | K. Michaels | L120 | | Review of related arbitration panel. | 0.20 | 116.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT.
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

13378486v.2



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/21/11 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding responding to Guild information request. | 0.50 | 290.00 |
| 04/21/11 | C. Hoyt | C200 | | Locate and obtain arbitrator statistics for K. Michaels. | 0.50 | 62.50 |
| 04/27/11 | K. Michaels | L120 | 0 | Review of arbitrator data, statistics and cases (.70); ranking panel (.30). | 1.00 | 580.00 |
| 04/29/11 | K. Michaels | L120 | 0 | Telephone conference with A. Barnes regarding ranking arbitrator panel. | 0.50 | 290.00 |

**Total Hours** — 3.30

**Total Fees** — $1,686.50

**Less Discount** — ($168.65)

**Total Fees After Discount** — $1,517.85

**Timekeeper Summary**

| | | | | | | |
|--|--|--|--|--|--|--|
| K. Michaels | Partner | - | 2.80 | hours at | $580.00 | per hour |
| C. Hoyt | Librarian | - | 0.50 | hours at | $125.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Facsimile | 3.00 |
| **Total Disbursements** | 3.00 |
| **Total Amount Due** | $1,520.85 |



# SEYFARTH
### ATTORNEYS   SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1850031
0276 12575 / 12575-000301
Photographer(s) Recall Grievance: Case No. 16 300
00214 11

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,686.50 |
| Less Discount | ($168.65) |
| Total Fees after Discount | $1,517.85 |
| Total Disbursements | 3.00 |
| Total Fees and Disbursements This Statement | $1,520.85 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850039
0276 11089 / 11089-000001
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through April 30, 2011

### Labor-General 0000000968

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/04/11 | C. McGlothlen | C300 | 0 | Analyze proposed STD application cutoff per correspondence from A. Jubelirer. | 0.30 | 177.00 |
| 04/05/11 | C. McGlothlen | C300 | 0 | Further analyze STD deadline issue (.30); correspondence to A. Jubelirer regarding same (.30). | 0.60 | 354.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 0.90 | |
| **Total Fees** | | | $531.00 |
| **Less Discount** | | | ($53.10) |
| **Total Fees After Discount** | | | $477.90 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| C. McGlothlen | Partner | - | 0.90 | hours at | $590.00 | per hour |

**Total Disbursements**                                                0.00

**Total Amount Due**                                                $477.90



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850038
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through April 30, 2011

### Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/01/11 | J. McManus | B110 | 0 | Revise Sixth Quarterly Fee Application time detail. | 0.60 | 165.00 |
| 04/04/11 | J. McManus | B110 | 0 | Prepare Sixth Quarterly Fee Application. | 1.40 | 385.00 |
| 04/06/11 | J. McManus | B110 | 0 | Assemble Seventeenth Monthly Fee Application for filing (.20); communications with local counsel regarding filing same (.10). | 0.30 | 82.50 |
| 04/08/11 | J. McManus | B110 | 0 | Assemble/revise fee summary and expense summary charts for Sixth Quarterly Fee Application. | 0.60 | 165.00 |


**SEYFARTH**
**ATTORNEYS SHAW** LLP

Invoice No. 1850038

Page 2

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/11/11 | A. Shepro | B160 | 0 | Compile previous monthly fee applications (15, 16, 17) for creation of Sixth Quarterly Fee Application (.30); edit Tribune Fees by Professional section in the Sixth Quarterly Fee Application (1.30). | 1.60 | 160.00 |
| 04/12/11 | J. McManus | B110 | 0 | Review docket for CNO filings regarding Fifteenth and Sixteenth Monthly Fee Applications (.10); attend to fee payment (.10). | 0.20 | 55.00 |
| 04/12/11 | A. Shepro | B160 | 0 | Edit Fee by Professional and Compensation by Project categories in Sixth Quarterly Fee Application (1.60); compile expenses category for Sixth Quarterly Fee Application (.70); further edit to Fees by Professional category and expenses category in Sixth Quarterly Fee Application (1.50). | 3.80 | 380.00 |
| 04/13/11 | A. Shepro | B160 | 0 | Further edit (1.50); review Sixth Quarterly Fee Application (.60). | 2.10 | 210.00 |
| 04/15/11 | J. McManus | B110 | 0 | Finalize Sixth Interim Fee Application (.50); email communications with local counsel regarding filing with court and service (.20). | 0.70 | 192.50 |
| 04/20/11 | J. McManus | B110 | 0 | Prepare response to expense portion of Fee Auditor Report on Seyfarth's Third Quarterly Fee Application. | 0.80 | 220.00 |
| 04/21/11 | J. McManus | B110 | 0 | Conference with O. Reyes regarding assistance with expense back-up for Third and Fourth Interim Fee Applications (.10); revise response to Third Interim Fee Application Fee Auditor Report (.60); revise response to Fourth Interim Fee Application Fee Auditor Report (.60). | 1.30 | 357.50 |
| 04/21/11 | J. O'Keefe | B110 | 0 | Assist J. McManus with response to Fee Auditor's Reports on Third and Fourth Quarterly Fee Applications. | 3.50 | 822.50 |


SEYFARTH
ATTORNEYS
SHAW LLP

Invoice No. 1850038

Page 3

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/21/11 | A. Shepro | B160 | 0 | Compile copies of Third and Fourth Quarterly Fee Application responses from court for J. McManus and O. Reyes. | 0.30 | 30.00 |
| 04/21/11 | A. Shepro | B160 | 0 | Review Third and Fourth Quarterly Fee Application responses from court for back-up document requested (.30); discuss same with J. McManus (.10). | 0.40 | 40.00 |

| | | |
|---|---|---|
| **Total Hours** | 17.60 | |
| **Total Fees** | | $3,265.00 |
| **Less Discount** | | ($326.50) |
| **Total Fees After Discount** | | $2,938.50 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| J. McManus | Paralegal | - | 5.90 | hours at | $275.00 | per hour |
| J. O'Keefe | Paralegal | - | 3.50 | hours at | $235.00 | per hour |
| A. Shepro | Legal Asst. | - | 8.20 | hours at | $100.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $2,938.50 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850041
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through April 30, 2011

### Allen v. am New York

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/05/11 | E. Cerasia II | L160 | 0 | Revise draft of settlement agreement. | 0.40 | 292.00 |
| 04/11/11 | E. Cerasia II | L160 | 0 | E-mail M. Palmer regarding terms for settlement agreement. | 0.10 | 73.00 |
| 04/14/11 | A. Warshaw | L160 | 0 | Telephone conference with C. Klein (Sidley Austin) regarding necessary steps in drafting settlement agreement (.20); email with E. Cerasia regarding same (.20). | 0.40 | 142.00 |
| 04/15/11 | E. Cerasia II | L160 | 0 | Draft/revise settlement agreement. | 2.40 | 1,752.00 |
| 04/17/11 | E. Cerasia II | L160 | 0 | Continue to draft/revise settlement agreement. | 0.90 | 657.00 |
| 04/21/11 | E. Cerasia II | L160 | 0 | Continue to draft/revise settlement agreement. | 0.40 | 292.00 |
| 04/25/11 | E. Cerasia II | L160 | 0 | Draft/revise settlement agreement. | 2.30 | 1,679.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/25/11 | A. Warshaw | L160 | 0 | Revise settlement agreement per queries for additional information by E. Cerasia. | 0.80 | 284.00 |
| 04/26/11 | E. Cerasia II | L160 | 0 | Email with D. Warner, C. Kline and M. Palmer regarding settlement agreement. | 0.20 | 146.00 |
| 04/27/11 | E. Cerasia II | L160 | 0 | Review C. Kline's revisions to settlement agreement (.20); email correspondence with C. Kline regarding same (.20); email correspondence with M. Palmer regarding formula for claims made as to common fund (.10). | 0.50 | 365.00 |
| 04/28/11 | E. Cerasia II | L160 | 0 | Review draft notices to Settlement class. | 0.20 | 146.00 |
| 04/28/11 | A. Warshaw | L160 | 0 | Research class action settlement notices to determine necessary form and language in furtherance of proposed settlement agreement. | 1.20 | 426.00 |
| 04/29/11 | E. Cerasia II | L160 | 0 | Telephone conference with D. Warner regarding open issues in settlement agreement and obtaining list of hawkers from Mitchell's (.30); telephone conference and email correspondence with C. Kline regarding revisions to settlement agreement and approval process for Bankruptcy Court (.90); revise claim form (.20). | 1.40 | 1,022.00 |
| 04/29/11 | A. Warshaw | L160 | 0 | Draft settlement notice pursuant to be submitted for court approval per draft settlement agreement. | 1.40 | 497.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 12.60 | |
| **Total Fees** | | | $7,773.00 |
| **Less Discount** | | | ($777.30) |
| **Total Fees After Discount** | | | $6,995.70 |



Tribune Company

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 8.80 | hours at | $730.00 | per hour |
| A. Warshaw | Associate | - | 3.80 | hours at | $355.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 8.50 |
| Inv#: 822704217 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL ONLINE FINDS | 2.90 |
| Inv#: 822704217 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL SEARCHES | 61.40 |
| Inv#: 822704217 Office: NEW YORK User: WARSHAW, AARON WESTLAW DOCUMENTS | 3.43 |
| Long Distance Telephone | 27.40 |
| Meals - SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. | 85.77 |
| Online Research - LEXIS NEXIS RISK DATA MANAGEMENT INC | 30.30 |

**Total Disbursements**                                             219.70

**Total Amount Due**                                          $7,215.40



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850042
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through April 30, 2011

**Karen Scott v. WPIX**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/01/11 | E. Cerasia II | L390 | 0 | Email correspondence with K. Tong regarding her deposition (.10); email correspondence with K. Rubinstein regarding discovery issues and deposition scheduling (.30); continue to review/analyze case law dealing with alleged discriminatory comments towards non-plaintiffs and impact on summary judgment (1.00); email correspondence and telephone conference with B. Berlamino regarding deposition scheduling, case status/next steps and preparation for K. Tong deposition (.30). | 1.70 | 1,241.00 |
| 04/01/11 | A. Cabrera | L120 | 0 | Strategize regarding summary judgment arguments (.30); review summary of research for motion for summary judgment (.70). | 1.00 | 440.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH SHAW** LLP
ATTORNEYS

Invoice No. 1850042

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/01/11 | A. Balint | C100 | 0 | Telephone conversation with Dr. Chhabra regarding plaintiff's medical records. | 0.10 | 23.00 |
| 04/01/11 | I. Rose | C200 | 0 | Researching applicable 2d circuit cases relating to discriminatory stray remarks. | 0.50 | 140.00 |
| 04/04/11 | E. Cerasia II | L390 | 0 | Email correspondence and telephone conference with M. Scott regarding his deposition (.10); strategize with A. Cabrera regarding production of emails we discovered in connection with e-discovery in Marchiano case (.40); email correspondence with K. Rubinstein regarding K. Tong and M. Scott depositions (.10); follow-up regarding database for any 2008 and 2009 performance reviews (.10). | 0.70 | 511.00 |
| 04/04/11 | A. Cabrera | L120 | 0 | Strategize with team regarding remaining productions (.80); interview B. Berlamino regarding performance reviews and email regarding same (.50). | 1.30 | 572.00 |
| 04/04/11 | J. Lichter | L320 | 0 | Exchange email correspondence with E. Cerasia regarding calendar entries. | 0.50 | 240.00 |
| 04/05/11 | E. Cerasia II | L330 | 0 | Email correspondence with K. Rubinstein, K. Tong and M. Scott regarding deposition scheduling/confirmation for April 11. | 0.50 | 365.00 |
| 04/05/11 | J. Chylinski | L330 | 0 | Review and analysis of WPIX's productions to date for documents concerning M. Scott in preparation for his deposition (2.80); prepare binder of relevant documents for deposition of M. Scott (1.60); conference with C. Davis regarding absence of department head performance reviews for 2007 and 2008 (.80). | 5.20 | 1,898.00 |
| 04/05/11 | J. Lichter | L320 | 0 | Exchange email correspondence with A. Jubelirer and J. Smith regarding calendar entries. | 0.40 | 192.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/05/11 | A. Balint | L320 | 0 | Update document production index. | 0.30 | 69.00 |
| 04/06/11 | E. Cerasia II | L320 | 0 | Review documents to be produced (.20); discussions with J. Chylinski and A. Cabrera regarding same (.10). | 0.30 | 219.00 |
| 04/06/11 | A. Cabrera | L120 | 0 | Strategize regarding outstanding discovery production (.50); strategize regarding additional documents to use in preparation of B. Berlamino continued deposition (.50). | 1.00 | 440.00 |
| 04/07/11 | J. Chylinski | L120 | 0 | Revise and edit letter response to K. Rubinstein concerning outstanding documents. | 0.50 | 182.50 |
| 04/08/11 | E. Cerasia II | L390 | 0 | Revise letter to K. Rubinstein regarding his March 18 and 23 letters and documents produced (.50); review video produced by Scott regarding S. Zell and R. Michael's visit to station (1.30); email correspondence with B. Berlamino regarding same (.20); strategize with case team regarding same, outstanding discovery, and additional arguments and research for summary judgement (.30); begin to prepare for M. Scott's deposition (.70); email correspondence with K. Rubinstein regarding continuation of B. Berlamino's deposition, and follow-up with B. Berlamino regarding same (.10). | 3.10 | 2,263.00 |
| 04/08/11 | J. Chylinski | L330 | 0 | Review and analysis of WPIX's eighth, ninth and tenth productions for documents to prepare B. Berlamino for her continuing deposition (2.20); prepare binder for preparation of B. Berlamino for her continuing deposition (1.50); review and analysis of plaintiff's videotape production (.70); prepare and effect production of WPIX's tenth document production (1.50). | 5.90 | 2,153.50 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/08/11 | A. Cabrera | L330 | 0 | Draft correspondence providing J. Maye with deposition transcript and instruction for review (.30); review and strategize regarding documents for B. Berlamino to review in preparation of deposition (.70); review video of meeting with new owners produced by plaintiff (1.30); review and provide comment on response to document demands (.30). | 2.60 | 1,144.00 |
| 04/10/11 | E. Cerasia II | L330 | 0 | Continue to review M. Scott's file and related documents for his deposition. | 1.00 | 730.00 |
| 04/11/11 | E. Cerasia II | L330 | 0 | Continue to prepare for depositions of K. Tong and M. Scott (1.70); represent WPIX at depositions of K. Tong and M. Scott (5.10); prepare e-mail to A. Jubelirer regarding outcome of depositions (.30). | 7.10 | 5,183.00 |
| 04/11/11 | J. Chylinski | L330 | 0 | Revise preparation binders for B. Berlamino deposition preparation. | 0.40 | 146.00 |
| 04/11/11 | A. Cabrera | L120 | 0 | Review preliminary results regarding research in connection with the failure to produce documentation surrounding termination decision (.20); provide feedback for additional research (.10). | 0.30 | 132.00 |
| 04/11/11 | I. Rose | C200 | 0 | Research law regarding lack of documentation. | 4.50 | 1,260.00 |
| 04/12/11 | E. Cerasia II | L390 | 0 | Email correspondence with K. Rubinstein and with B. Berlamino regarding continuation of her deposition on May 5 (.30); review results of research regarding absence of documents (.30); follow-up on outstanding discovery issues (.10). | 0.70 | 511.00 |
| 04/12/11 | I. Rose | C200 | 0 | Continue to research law regarding whether lack of documentation (3.00); summarize cases (1.30). | 4.30 | 1,204.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/13/11 | E. Cerasia II | L390 | 0 | Email correspondence with B. Berlamino regarding her Facebook posting and November 2 memorandum to file regarding "job in jeopardy" discussion with K. Scott (.40); review Berlamino's Facebook posting/exchange with K. Tong (.20). | 0.60 | 438.00 |
| 04/13/11 | A. Cabrera | L120 | 0 | Review email correspondence between B. Berlamino and K. Tong (.10); strategize regarding its value to our defense (.10). | 0.20 | 88.00 |
| 04/14/11 | E. Cerasia II | L330 | 0 | Email correspondence with B. Berlamino regarding revisions to her deposition transcript, including review of her proposed revisions (.30); discuss same with A. Cabrera (.10); email correspondence with A. Jubelirer regarding M. Scott's email concerning his deposition (.10). | 0.50 | 365.00 |
| 04/14/11 | J. Chylinski | L310 | 0 | Draft responses and objection to plaintiff's requests for admission. | 1.10 | 401.50 |
| 04/14/11 | A. Cabrera | L330 | 0 | Review B. Berlamino proposed corrections to her deposition transcript and strategize regarding whether they are necessary and/or legitimate. | 0.80 | 352.00 |
| 04/15/11 | E. Cerasia II | L390 | 0 | Revise WPIX's responses and objections to K. Scott's request for admissions (.20); review K. Scott's new Rule 30(b)(6) deposition notice regarding document collection and strategize regarding response (.30); review S. Charlier's expense reports from July and August 2009 and email correspondence with case team regarding same and evidence/confirmation of lunch with B. Berlamino on July 14 (.40); review portions of B. Berlamino and S. Charlier depositions (.40). | 1.30 | 949.00 |



Invoice No. 1850042

Page 6

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/15/11 | J. Chylinski | L120 | 0 | Conference with B. Berlamino regarding date of lunch with S. Charlier during which terminating K. Scott was discussed. | 0.40 | 146.00 |
| 04/15/11 | A. Cabrera | L120 | 0 | Compare S. Charlier NY trip receipts to B. Berlamino calendar (.20); review S. Charlier deposition transcript (1.30); strategize regarding strengths and weaknesses contained in S. Charlier deposition (.30). | 1.80 | 792.00 |
| 04/17/11 | E. Cerasia II | L390 | 0 | Review/analyze J. Maye's deposition transcript (.60); prepare email correspondence to A. Jubelirer regarding Scott's Rule 30(b)(6) deposition notice and strategy for responding to same (.20); email correspondence with J. Chylinski and A. Cabrera regarding same and list of potential witnesses (.10). | 0.90 | 657.00 |
| 04/18/11 | E. Cerasia II | L390 | 0 | Email correspondence with case team regarding witnesses in response to Rule 30(b)(6) deposition notice (.10); discussion with A. Cabrera regarding B. Berlamino's revisions to her deposition transcript (.10). | 0.20 | 146.00 |
| 04/18/11 | J. Chylinski | L320 | 0 | Prepare eleventh document production (1.50); draft letter to plaintiff's counsel transmitting responses and objections to requests for admission and WPIX's eleventh document production (.90). | 2.40 | 876.00 |
| 04/18/11 | A. Cabrera | L120 | 0 | Strategize regarding B. Berlamino's changes/corrections to deposition transcript after further discussion with B. Berlamino (.30); interview B. Berlamino regarding potential corrections and changes to deposition transcript (.60). | 0.90 | 396.00 |
| 04/18/11 | J. Lichter | L320 | 0 | Exchange email correspondence with E. Cerasia regarding possible 30(b)(6) witness. | 0.20 | 96.00 |
| 04/19/11 | E. Cerasia II | L330 | 0 | Revise B. Berlamino's errata sheet. | 0.20 | 146.00 |


**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

Invoice No. 1850042

Page 7

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/19/11 | A. Cabrera | L330 | 0 | Prepare errata sheet, with corrections, for B. Berlamino's deposition (.90); draft correspondence to B. Berlamino with errata sheet and instructions (.20). | 1.10 | 484.00 |
| 04/25/11 | E. Cerasia II | L330 | 0 | Email correspondence with J. Chylinski and A. Cabrera regarding Scott's Rule 30(b)(6) deposition notice, and preparing C. Davis and J. Ziegler regarding same (.10); review/analyze K. Scott's deposition transcript regarding facts as to K. Tong (.40). | 0.50 | 365.00 |
| 04/25/11 | A. Cabrera | L330 | 0 | Draft correspondence to plaintiff's counsel enclosing original transcript and errata sheet. | 0.20 | 88.00 |
| 04/26/11 | J. Chylinski | L120 | 0 | Confer with client regarding document collection efforts. | 1.20 | 438.00 |
| 04/26/11 | A. Cabrera | L190 | 0 | Draft cover letter for deposition transcripts for A. Jubelirer (.20); review deposition transcript of M. Scott and strategize regarding how it helps plaintiff's case (.50). | 0.70 | 308.00 |
| 04/27/11 | E. Cerasia II | L390 | 0 | Review chart showing WPIX and Tribune employees who actively participated in document collection to determine potential Rule 30(b)(6) witnesses (.20); discuss same with J. Chylinski (.10). | 0.30 | 219.00 |
| 04/27/11 | J. Chylinski | L120 | 0 | Prepare chart setting forth documents collected by WPIX and Tribune employees. | 1.60 | 584.00 |
| 04/27/11 | A. Cabrera | L120 | 0 | Review K. Tong's deposition transcript and strategize on its effect on case. | 0.80 | 352.00 |
| 04/27/11 | J. Lichter | L390 | 0 | Review and revise document collection spreadsheet circulated by J. Chylinski. | 0.60 | 288.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/28/11 | E. Cerasia II | L330 | 0 | Begin to review/analyze M. Ramirez's deposition to prepare for day two of Berlamino's deposition (.20); telephone conference with K. Rubinstein regarding Rule 30(b)(6) deposition notice and WPIX's objections to same (.20); strategize with J. Chylinski regarding same and preparing C. Davis (.20). | 0.60 | 438.00 |
| 04/28/11 | A. Cabrera | L320 | 0 | Review DVD produced by K. Scott for sound bits that plaintiff may rely on in support of her age discrimination theory. | 0.80 | 352.00 |
| 04/28/11 | J. Lichter | L390 | 0 | Revise document collection spreadsheet. | 0.20 | 96.00 |
| 04/29/11 | E. Cerasia II | L330 | 0 | Begin to prepare for day two of Berlamino's deposition. | 0.20 | 146.00 |

**Total Hours**                                                                                                 64.20

**Total Fees**                                                                                              $31,265.50

**Less Discount**                                                                                         ($3,126.55)

**Total Fees After Discount**                                                                        $28,138.95

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 20.40 | hours at | $730.00 | per hour |
| J. Chylinski | Associate | - | 18.70 | hours at | $365.00 | per hour |
| A. Cabrera | Associate | - | 13.50 | hours at | $440.00 | per hour |
| J. Lichter | Of Counsel | - | 1.90 | hours at | $480.00 | per hour |
| A. Balint | Paralegal | - | 0.40 | hours at | $230.00 | per hour |
| I. Rose | Staff Attorney | - | 9.30 | hours at | $280.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 175.70 |



Tribune Company

| **Disbursements** | **Value** |
|---|---|
| Copying | 0.30 |
| Copying | 72.50 |
| Copying | 0.10 |
| Copying | 205.90 |
| Copying | 44.50 |
| Courier/Messenger Inv#: 745435238 Date Sent: 04/04/2011 Sender: Edward Cerasia II Airbill: 982648775367 Edward Cerasia II Three Honeysuckle Avenue WEST ORANGE, NJ 07052 | 13.80 |
| Courier/Messenger Inv#: 746232795 Date Sent: 04/08/2011 Sender: Jeremi L. Chylinski Airbill: 982648777039 Kenneth Rubinstein Haynes and Boone LLP 30 Rockefeller Plaza 26th Floo NEW YORK CITY, NY 10112 | 10.69 |
| Courier/Messenger Inv#: 746232795 Date Sent: 04/11/2011 Sender: Paula Martos Airbill: 982648777110 Ms. Jean Maye 41 Devonshire Drive CLIFTON, NJ 07013 | 13.80 |
| Courier/Messenger Inv#: 747063466 Date Sent: 04/15/2011 Sender: Edward Cerasia II Airbill: 982648779009 Alissa L. Jubelirer Tribune Company 435 North Michigan Avenue CHICAGO, IL 60611 | 15.79 |
| Courier/Messenger Inv#: 747063466 Date Sent: 04/18/2011 Sender: Jeremi L. Chylinski Airbill: 982648779498 Ken Rubinsten Hayne and Boone LLP 30 Rockefeller Plaza NEW YORK CITY, NY 10112 | 10.69 |
| Courier/Messenger Inv#: 747063466 Date Sent: 04/19/2011 Sender: Paula Martos Airbill: 982648779752 Betty Ellen Berlamino 87 Joyce Road TENAFLY, NJ 07670 | 13.80 |
| Courier/Messenger Inv#: 747834497 Date Sent: 04/25/2011 Sender: Paula Martos Airbill: 982648781476 Kenneth J. Rubinstin Esq. Haynes and Boone LLP 1221 Avenue of the Americas NEW YORK CITY, NY 10020 | 15.82 |
| Courier/Messenger Inv#: 748608922 Date Sent: 04/27/2011 Sender: Paula Martos Airbill: 982648781947 Alissa L. Jubelirer Tribune Company 435 North Michigan Avenue CHICAGO, IL 60611 | 15.79 |
| Deposition Transcripts - U.S. LEGAL SUPPORT | 107.50 |
| Deposition Transcripts - VERITEXT/ NY REPORTING CO. | 465.60 |
| Deposition Transcripts - VERITEXT/ NY REPORTING CO. | 1,218.00 |
| Deposition Transcripts - VERITEXT/ NY REPORTING CO. | 430.75 |
| Facsimile | 10.00 |


**SEYFARTH**
ATTORNEYS
**SHAW**LLP

Invoice No. 1850042

Page 10

Tribune Company

| **Disbursements** | **Value** |
|---|---|
| Inv#: 1104001870 User: ROSE, ISRAEL LEXIS LEGAL SERVICES COMBINED SEARCH COMPONENT | 138.39 |
| Inv#: 1104001870 User: ROSE, ISRAEL LEXIS LEGAL SERVICES COMBINED SEARCH COMPONENT | 30.70 |
| Inv#: 1104001870 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SEARCHES | 220.00 |
| Inv#: 1104001870 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SEARCHES | 219.31 |
| Inv#: 1104001870 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 17.43 |
| Inv#: 1104001870 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 8.71 |
| Inv#: 1104001870 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 23.26 |
| Inv#: 1104001870 User: ROSE, ISRAEL LEXIS LEGAL SERVICES TOC DOCUMENT LINKS | 2.92 |
| Inv#: 1104001870 User: ROSE, ISRAEL MATTHEW BENDER SERVICE SEARCHES | 99.99 |
| Inv#: 1104001870 User: ROSE, ISRAEL SHEPARD'S SERVICE LEGAL CITATION SERVICES | 1.68 |
| Inv#: 1104001870 User: ROSE, ISRAEL SHEPARD'S SERVICE LEGAL CITATION SERVICES | 1.70 |
| Local Messenger - DELUXE DELIVERY SYSTEM, INC. | 9.50 |
| Local Travel - EDWARD CERASIA II Mileage to/from airport | 11.82 |
| Local Travel - EDWARD CERASIA II mileage 03/21/11- fl trip | 11.91 |
| Long Distance Telephone | 0.69 |
| Meals - EDWARD CERASIA II Dinner at hotel lobby bar | 39.00 |
| Meals - EDWARD CERASIA II Lunch in Chicago | 6.44 |
| Meals - EDWARD CERASIA II breakfast @ hyatt regency hotel  03/22/11- fl trip | 5.42 |
| Meals - EDWARD CERASIA II dinner @ hattricks 03/21/11 | 25.81 |
| Meals - EDWARD CERASIA II dinner @ hyatt 03/22/11 | 42.31 |
| Taxi - EDWARD CERASIA II Cab to airport | 50.00 |



Invoice No. 1850042

Page 11

Tribune Company

| Disbursements | Value |
|---|---|
| Taxi - EDWARD CERASIA II Cab to hotel | 41.00 |
| Taxi - EDWARD CERASIA II taxi  03/21/11 | 29.00 |
| Taxi - EDWARD CERASIA II taxi  03/22/11 | 28.00 |
| Telephone - EDWARD CERASIA II Telephone charges | 34.24 |
| Travel - EDWARD CERASIA II Marriot Chicago Downtown Magnificent Mile | 528.54 |
| Travel - EDWARD CERASIA II Parking at airport | 99.00 |
| Travel - EDWARD CERASIA II car rental 03/21/11- fl trip | 149.90 |
| Travel - EDWARD CERASIA II hyatt regency hotel 03/21/11- fl trip | 350.36 |
| Travel - EDWARD CERASIA II parking  03/20/11 | 99.00 |
| Travel - EDWARD CERASIA II parking- meeting 03/31/11 | 14.00 |
| Travel - EDWARD CERASIA II parking- meeting 03/31/11 | 4.00 |
| Travel - EDWARD CERASIA II toll  03/21/11 | 1.00 |
| Travel - EDWARD CERASIA II toll 03/20/11 | 1.00 |

**Total Disbursements**                                                      5,187.06

**Total Amount Due**                                                      $33,326.01



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1850042
0276 68308 / 68308-000003
Karen Scott v. WPIX

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $31,265.50 |
| Less Discount | ($3,126.55) |
| Total Fees after Discount | $28,138.95 |
| Total Disbursements | 5,187.06 |
| Total Fees and Disbursements This Statement | $33,326.01 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |


**SEYFARTH**
**ATTORNEYS**
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850043
0276 68308 / 68308-000007
WIST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through April 30, 2011

**Sal Marchiano v. Betty Ellen Berlamino**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/01/11 | E. Cerasia II | L120 | 0 | Discussion and email correspondence with A. Ianni and A. Cabrera (.30); telephone conference with B. Berlamino regarding improper internet use (.30); strategy regarding basis for bringing K. Scott into case (.20). | 0.80 | 584.00 |
| 04/01/11 | A. Cabrera | L120 | 0 | Strategize regarding issues surrounding document production. | 0.70 | 308.00 |
| 04/01/11 | A. Ianni | L320 | 0 | Review documents for production in response to WPIX subpoena (4.4); communications with E. Cerasia and A. Cabrera regarding after-acquired defense (.20); direct A. Balint regarding document production (.10). | 4.70 | 1,668.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

I3378505v.2



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/01/11 | A. Balint | C100 | 0 | Review client documents and edit client document intake log (.50); organize documents for upload to Ringtail database (.50). | 1.00 | 230.00 |
| 04/04/11 | E. Cerasia II | L210 | | Review case law and Rule 14 to formulate strategy regarding potential third-party complaint. | 0.90 | 657.00 |
| 04/04/11 | E. Cerasia II | L390 | 0 | Review/analyze emails/videos and wrongful access to Internet to assess after-acquired evidence defense (.40); discussions with A. Ianni regarding same and after-acquired evidence defense (.30); review select document to be produced and discussions with A. Cabrera and A. Ianni regarding same (.40); review case law and Rule 14 to formulate strategy regarding potential third-party complaint for contribution (.90); telephone conference with A. Jubelirer regarding same and after-acquired evidence defense (.20). | 2.20 | 1,606.00 |
| 04/04/11 | A. Cabrera | L250 | | Review and revise responses to subpoena (1.20); review all discovery requests to determine if emails obtained in S. Marchiano matter must be produced (.80); conference with J. Maye regarding employees who were terminated (.20). | 2.20 | 968.00 |



Invoice No. 1850043

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/04/11 | A. Ianni | L320 | 0 | Review documents for production in response to WPIX subpoena (5.70); communications with J. Lichter and A. Cabrera regarding written objections and responses to subpoena (.30); communications with E. Cerasia regarding after acquired defense doctrine (.30); communications with A. Jubelirer regarding after acquired defense doctrine (.30); memorandum to C. Davis regarding document collection (0.1); legal research regarding third party complaint for contribution (.20); communications with E. Cerasia regarding legal research (.20). | 7.10 | 2,520.50 |
| 04/04/11 | J. Lichter | L320 | 0 | Exchange email correspondence with A. Ianni regarding objections to subpoena (.20); review same (.20). | 0.40 | 192.00 |
| 04/04/11 | A. Balint | C100 | 0 | Review and index client documents (.20); organize documents for upload to Ringtail database (.30). | 0.50 | 115.00 |
| 04/05/11 | E. Cerasia II | L390 | 0 | Email correspondence to C. Davis, A. Ianni, and follow-up with B. Berlamino regarding video tapes of S. Marchiano's pre-game shows in 2008 (.20); telephone conference with B. Berlamino regarding after-acquired evidence defense and third-party complaint (.40); email correspondence with A. Jubelirer regarding D&O policy (.10); draft/revise WPIX's responses and objections to Marchiano's subpoena (1.10); telephone conference with A. Ianni regarding responses and objections to subpoena and responsive documents (.40). | 2.20 | 1,606.00 |



Invoice No. 1850043

Page 4

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/05/11 | A. Cabrera | L120 | 0 | Review B. Berlamino 2008 calendar and provide her with insight to event surrounding 11/17/08 email (.50); review and revise responses to subpoena to reflect documents produced in Scott case (.80). | 1.30 | 572.00 |
| 04/05/11 | A. Ianni | L320 | 0 | Review and redact documents for production in response to subpoena to WPIX (4.9); revise objections and responses to subpoena (1.0); telephone conference with E. Cerasia regarding objections and responses to WPIX subpoena (.30); telephone conference with A. Cabrera regarding objections and responses to WPIX subpoena (.20); review memorandum from M. Piovanetti regarding third party complaints (.20); direct S. Allen regarding document production (.10). | 6.70 | 2,378.50 |
| 04/05/11 | J. Lichter | L320 | 0 | Exchange email correspondence with A. Ianni regarding objections to subpoena (.20); revise objections (.10). | 0.30 | 144.00 |
| 04/05/11 | A. Balint | C100 | 0 | Review client documents and update client document intake log. | 0.50 | 115.00 |
| 04/05/11 | S. Allen | L390 | 0 | Review discovery images received from client and make available for attorney review. | 2.50 | 550.00 |
| 04/05/11 | L. Sapigao | L140 | 0 | Review electronic policy documents "Companywide Policies - 9-17-04.doc" and "handbookpolicytemplate8-07 TOC.pdf" and make available for further attorney review. | 0.80 | 104.00 |
| 04/06/11 | E. Cerasia II | L320 | 0 | Strategize with A. Cabrera and A. Ianni regarding limiting time period for producing documents to S. Marchiano (.40); review certain documents to be produced (1.10). | 1.50 | 1,095.00 |
| 04/06/11 | A. Cabrera | L120 | 0 | Strategize regarding the proper relevant time period for discovery. | 0.30 | 132.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/06/11 | A. Ianni | L320 | 0 | Review documents for production in response to subpoena to WPIX (2.5); revise responses and objections to incorporate document production (2.5); communications with A. Cabrera and E. Cerasia regarding document production and responses and objections (.30); direct R. Schley regarding document production (.20). | 5.50 | 1,952.50 |
| 04/06/11 | J. Lichter | L320 | 0 | Exchange email correspondence with A. Ianni and R. Schley regarding metadata fields and production format. | 0.70 | 336.00 |
| 04/06/11 | A. Balint | C100 | 0 | Send request to Dr. Bard for plaintiff's medical records. | 0.30 | 69.00 |
| 04/06/11 | R. Schley | L320 | 0 | Locate documents and video files determined to be responsive and non-privileged by attorney review and finalize Bates sequencing, redactions and other branding where applicable (WPIX (SM) 000001-WPIX (SM) 001399). | 3.20 | 704.00 |
| 04/07/11 | E. Cerasia II | L190 | 0 | Direction to case team regarding document production (.10); email correspondence with D. Wigdor regarding request to amend Answer to assert after-acquired evidence defense (.20). | 0.30 | 219.00 |
| 04/07/11 | A. Ianni | L320 | 0 | Review documents for reference in objections and responses to subpoena to WPIX (9.0); direct R. Schley regarding production of documents (.20); draft cover letter to D. Wigdor enclosing documents (.20); communications with E. Cerasia regarding after acquired evidence defense (.20). | 9.60 | 3,408.00 |
| 04/07/11 | J. Lichter | L320 | 0 | Exchange email correspondence with A. Jubelirer, S. Green, and W. Lopez regarding S. Marchiano data. | 0.40 | 192.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/07/11 | R. Schley | L320 | 0 | Prepare select sensitive discovery documents and videos for provision on disk to opposing counsel, for A. Ianni. | 0.50 | 110.00 |
| 04/08/11 | E. Cerasia II | L390 | 0 | Prepare proposed new after-acquired evidence defense (.30); email correspondence with A. Jubelirer regarding same (.10); email correspondence to D. Wigdor regarding after-acquired evidence defense and amending Answer (.30); review WPIX policy regarding Internet use (.10). | 0.80 | 584.00 |
| 04/08/11 | A. Ianni | L320 | 0 | Review video of visit to WPIX office (1.3); communications with E. Cerasia regarding after acquired evidence defense (.10); draft third party complaint (1.2); review sample third party complaints (1.0); review documents (2.0). | 5.60 | 1,988.00 |
| 04/09/11 | A. Ianni | L120 | 0 | E-mail to E. Cerasia regarding Tribune employee handbook regarding Internet/e-mail use policy. | 0.10 | 35.50 |
| 04/11/11 | A. Ianni | L320 | 0 | Draft third party complaint against K. Scott (1.5); review documents in response to WPIX subpoena (1.7). | 3.20 | 1,136.00 |
| 04/12/11 | E. Cerasia II | L210 | 0 | Revise B. Berlamino's Third-Party Complaint against K. Scott (.70); strategize with A. Ianni and A. Cabrera regarding contents of same (.10). | 0.80 | 584.00 |
| 04/12/11 | A. Cabrera | L250 | | Review third party complaint and revise to include job description for M. Scott and B. Berlamino based on Berlamino's deposition testimony. | 0.70 | 308.00 |
| 04/12/11 | A. Ianni | L210 | 0 | Revise third party complaint against K. Scott. | 0.20 | 71.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/13/11 | E. Cerasia II | L390 | 0 | Revise Third-Party Complaint (.20); review Tribune Handbook regarding applicable internet/email policies for after-acquired evidence defense (.20); revise after-acquired defense and email correspondence with D. Wigdor regarding same (.20). | 0.60 | 438.00 |
| 04/13/11 | A. Ianni | L210 | 0 | Communications with E. Cerasia regarding after acquired evidence defense (.10); revise third party complaint against K. Scott (.10); E-mail with A. Jubelirer regarding third party complaint (.10). | 0.30 | 106.50 |
| 04/13/11 | A. Ianni | L320 | 0 | Direction to I. Rose regarding document production. | 0.20 | 71.00 |
| 04/14/11 | E. Cerasia II | L210 | 0 | Revise Third-Party Complaint. | 0.10 | 73.00 |
| 04/14/11 | L. Sapigao | L140 | 0 | Review electronic production documents from 2010-12-09, 2011-01-12, 2011-01-21, 2011-01-24, 2011-01-31, 2011-03-15 (parts 1 and 2) and 2011-03-28 and make available for further attorney review. | 1.50 | 195.00 |
| 04/14/11 | I. Rose | L110 | 0 | Analyze produced documents from K. Scott case for relevance to S. Marchiano's claim. | 3.20 | 896.00 |
| 04/15/11 | E. Cerasia II | L210 | 0 | Email correspondence with D. Wigdor regarding after-acquired evidence defense (.20); email correspondence with A. Jubelirer and A. Ianni regarding same (.10). | 0.30 | 219.00 |
| 04/15/11 | A. Ianni | L210 | 0 | E-mail with A. Jubelirer regarding Amended Answer. | 0.10 | 35.50 |
| 04/15/11 | I. Rose | L110 | 0 | Analyze produced documents from K. Scott case for relevance to S. Marchiano's claim. | 5.10 | 1,428.00 |
| 04/18/11 | I. Rose | L110 | 0 | Continue to analyze produced documents from K. Scott case for relevance to S. Marchiano's claim. | 0.70 | 196.00 |



Invoice No. 1850043

Page 8

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/19/11 | A. Ianni | L430 | | Draft memorandum of law in support of request for leave to file third party complaint. | 1.70 | 603.50 |
| 04/19/11 | A. Balint | C100 | 0 | Update document production log (.20); review client materials and update client material intake log (.20). | 0.40 | 92.00 |
| 04/19/11 | L. Sapigao | L140 | 0 | Review documents "operating plans 2005-2009" and make available for further attorney review. | 0.80 | 104.00 |
| 04/20/11 | A. Ianni | L210 | 0 | Draft memorandum of law in support of request for leave to file third party complaint. | 5.80 | 2,059.00 |
| 04/20/11 | L. Sapigao | L140 | 0 | Prepare hardcopy document of S. Marchiano Headshot and make available for further attorney review. | 0.10 | 13.00 |
| 04/21/11 | E. Cerasia II | L210 | 0 | Draft/revise B. Berlamino's brief in support of motion to file third-party complaint. | 0.80 | 584.00 |
| 04/21/11 | A. Balint | C100 | 0 | Review client documents and update client document intake log. | 0.20 | 46.00 |
| 04/22/11 | A. Ianni | L210 | 0 | E-mail with B. Berlamino regarding third-party complaint. | 0.10 | 35.50 |
| 04/22/11 | A. Ianni | L430 | 0 | Revise memorandum of law requesting leave to file third party complaint against Scott (.30); communications with E. Cerasia regarding same (.10); E-mail with A. Jubelirer regarding same (.10). | 0.50 | 177.50 |
| 04/26/11 | E. Cerasia II | L120 | 0 | Analyze after-acquired evidence defense and cut-off of damages. | 0.20 | 146.00 |
| 04/26/11 | A. Ianni | C200 | 0 | Legal research regarding after acquired evidence doctrine (.20); communications with E. Cerasia regarding same (.10); E-mail with A. Jubelirer regarding same (.20). | 0.50 | 177.50 |
| 04/28/11 | A. Balint | L250 | 0 | Draft notice of appearance for A. Ianni (.20); e-file notice of appearance (.10). | 0.30 | 69.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/29/11 | A. Ianni | L210 | 0 | Correspondence with D. Wigdor regarding amended answer. | 0.10 | 35.50 |

**Total Hours**     92.10

**Total Fees**     $35,043.00

**Less Discount**     ($3,504.30)

**Total Fees After Discount**     $31,538.70

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 11.50 | hours at | $730.00 | per hour |
| A. Cabrera | Associate | - | 5.20 | hours at | $440.00 | per hour |
| A. Ianni | Associate | - | 52.00 | hours at | $355.00 | per hour |
| J. Lichter | Of Counsel | - | 1.80 | hours at | $480.00 | per hour |
| A. Balint | Paralegal | - | 3.20 | hours at | $230.00 | per hour |
| S. Allen | ITStaff | - | 2.50 | hours at | $220.00 | per hour |
| R. Schley | ITStaff | - | 3.70 | hours at | $220.00 | per hour |
| L. Sapigao | ITStaff | - | 3.20 | hours at | $130.00 | per hour |
| I. Rose | Staff Attorney | - | 9.00 | hours at | $280.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| CD Duplication | 20.00 |
| Copying | 0.60 |
| Copying | 0.50 |
| Copying | 4.90 |
| Courier/Messenger Inv#: 746232795 Date Sent: 04/06/2011 Sender: Ianni, Allison Airbill: 982648776076 Douglas H. Wigdor Thompson Wigdor & Gilly LLP 85 Fifth Avenue NEW YORK, NY 10003 | 10.69 |
| Facsimile | 5.00 |
| Facsimile | 3.00 |

13378505v.2



Invoice No. 1850043

Page 10

Tribune Company

| Disbursements | Value |
|---|---|
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON DOCKETS TRANSACTIONAL ONLINE FINDS | 3.74 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON KEYCITE | 1.29 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON KEYCITE | 3.89 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON KEYCITE | 1.29 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON MULTI-SEARCH TRANSACTIONAL SEARCHES | 19.41 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON PREMIER RESERVE TRANSACTIONAL ONLINE FINDS | 78.66 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON PREMIER RESERVE TRANSACTIONAL ONLINE FINDS | 314.66 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON PREMIER RESERVE WESTLAW DOCUMENTS | 55.62 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 38.99 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 5.81 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 25.72 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON WESTLAW DOCUMENTS | 10.27 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON WESTLAW DOCUMENTS | 10.27 |
| Long Distance Telephone | 1.51 |
| Other - ADAM J. BARD, M.D. Medical records for Salvatore Marchiano | 67.60 |

**Total Disbursements**                                                                  683.42

**Total Amount Due**                                                                  $32,222.12



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1850043
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $35,043.00 |
| Less Discount | ($3,504.30) |
| Total Fees after Discount | $31,538.70 |
| Total Disbursements | 683.42 |
| Total Fees and Disbursements This Statement | $32,222.12 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

13378505v.2



**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850044
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through April 30, 2011

**Larry Hoff v. WPIX, et al.**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/01/11 | E. Cerasia II | L120 | 0 | Strategy regarding basis for bringing K. Scott into case on "contribution" defense/claim. | 0.20 | 146.00 |
| 04/01/11 | A. Ianni | L120 | 0 | Communications with A. Cabrera and E. Cerasia regarding third party complaint. | 0.10 | 35.50 |
| 04/04/11 | E. Cerasia II | L120 | 0 | Review case law and Rule 14 to formulate strategy regarding potential third-party complaint vs. K. Scott. | 0.90 | 657.00 |
| 04/04/11 | A. Ianni | C200 | 0 | Legal research regarding third party complaints. | 0.20 | 71.00 |
| 04/11/11 | A. Ianni | L210 | 0 | Draft answer to L. Hoff complaint (1.0); draft third party complaint against K. Scott (1.5). | 2.50 | 887.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/12/11 | E. Cerasia II | L210 | 0 | Revise B. Berlamino's Third-Party Complaint against K. Scott (.70); strategize with A. Ianni and A. Cabrera regarding contents of same (.10). | 0.80 | 584.00 |
| 04/12/11 | A. Ianni | L210 | 0 | Revise third party complaint against K. Scott (.30); draft answer to L. Hoff complaint (.50). | 0.80 | 284.00 |
| 04/13/11 | E. Cerasia II | L210 | 0 | Revise third-party complaint. | 0.20 | 146.00 |
| 04/13/11 | A. Ianni | L210 | 0 | Revise third party complaint (.10); communications with E. Cerasia regarding third party complaint (.10); draft answer to L. Hoff complaint (.20). | 0.40 | 142.00 |
| 04/14/11 | E. Cerasia II | L210 | 0 | Work on Answer to Complaint. | 0.20 | 146.00 |
| 04/14/11 | A. Ianni | L210 | 0 | Telephone conference with B. Berlamino regarding answer to complaint. | 1.20 | 426.00 |
| 04/14/11 | A. Ianni | L210 | 0 | Draft answer to L. Hoff complaint. | 2.70 | 958.50 |
| 04/18/11 | E. Cerasia II | L210 | 0 | Draft/revise defendants' Answer to Complaint. | 0.90 | 657.00 |
| 04/19/11 | E. Cerasia II | L210 | 0 | Revise latest draft of Answer (.10); review email correspondence from B. Berlamino regarding information as to efforts to promote Hoff (.10). | 0.20 | 146.00 |
| 04/20/11 | A. Ianni | L210 | 0 | E-mail with A. Jubelirer regarding answer. | 0.10 | 35.50 |
| 04/21/11 | E. Cerasia II | L210 | 0 | Review latest draft of Answer and prepare new defense regarding any pre-Chapter 11 claims in Complaint. | 0.20 | 146.00 |
| 04/22/11 | A. Ianni | L210 | 0 | Draft 7.1 corporate disclosure statement. | 0.10 | 35.50 |
| 04/25/11 | E. Cerasia II | L210 | 0 | Draft/revise Third-Party Complaint against Scott (.20); telephone conference with A. Ianni regarding strategy, including timing of filing given upcoming discovery deadline in Scott case (.30). | 0.50 | 365.00 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1850044

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/25/11 | A. Cabrera | L120 | 0 | Review and comment on third party complaint. | 0.30 | 132.00 |
| 04/25/11 | A. Ianni | L210 | 0 | Draft third party complaint against K. Scott (.90); telephone conference with E. Cerasia regarding strategy for filing third party complaint; (.20); e-mail with A. Jubelirer regarding third party complaint and strategy (.20). | 1.30 | 461.50 |
| 04/25/11 | M. Piovanetti | L210 | 0 | Assist A. Ianni with review of applicable federal rules and local court rules in support of preparation for filing and service of Third-Party Complaint (.20); advise attorney as requested (.20). | 0.40 | 80.00 |
| 04/26/11 | E. Cerasia II | L210 | 0 | Revise latest draft of Answer and Rule 7.1 Statement. | 0.70 | 511.00 |
| 04/26/11 | A. Ianni | L210 | 0 | Revise 7.1 disclosure statement (.10); revise and proofread answer to complaint (.60); prepare answer and 7.1 statement for filing (.20); communications with E. Cerasia regarding answer (.20). | 1.10 | 390.50 |
| 04/26/11 | A. Balint | L250 | 0 | Draft certificates of service (.10). E-file Answer and 7.1 statement (.30). | 0.40 | 92.00 |
| 04/27/11 | E. Cerasia II | L160 | 0 | Review Court's Order referring case to mediation, and email with A. Jubelier regarding same. | 0.10 | 73.00 |
| 04/28/11 | A. Balint | L250 | 0 | Draft notices of appearance for A. Ianni and A. Cabrera (.30); e-file notice of appearances (.20). | 0.50 | 115.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 17.00 | |
| **Total Fees** | | | | | | $7,723.50 |
| **Less Discount** | | | | | | ($772.35) |
| **Total Fees After Discount** | | | | | | $6,951.15 |



Tribune Company

## Timekeeper Summary

| E. Cerasia II | Partner | - | 4.90 | hours at | $730.00 | per hour |
|---|---|---|---|---|---|---|
| A. Cabrera | Associate | - | 0.30 | hours at | $440.00 | per hour |
| A. Ianni | Associate | - | 10.50 | hours at | $355.00 | per hour |
| A. Balint | Paralegal | - | 0.90 | hours at | $230.00 | per hour |
| M. Piovanetti | Staff | - | 0.40 | hours at | $200.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 3.00 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON KEYCITE | 1.29 |
| Inv#: 822704217 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 14.52 |

**Total Disbursements**                                                18.81

**Total Amount Due**                                                $6,969.96



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1850044
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $7,723.50 |
| Less Discount | ($772.35) |
| Total Fees after Discount | $6,951.15 |
| Total Disbursements | 18.81 |
| Total Fees and Disbursements This Statement | $6,969.96 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850045
0276 68308 / 68308-000010
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through April 30, 2011

### Vanessa Tyler v. WPIX and B.E. Berlamino

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/01/11 | E. Cerasia II | L110 | | Telephone conferences and email correspondence with B. Berlamino regarding Tyler's allegations (.40); strategy regarding basis for bringing K. Scott into case on "contribution" defense/claim (.20). | 0.60 | 438.00 |
| 04/01/11 | A. Ianni | L120 | 0 | Communications with E. Cerasia and A. Cabrera regarding third-party complaint. | 0.10 | 35.50 |
| 04/04/11 | A. Ianni | C200 | 0 | Legal research regarding third party complaint (0.2); communications with M. Piovanetti regarding pulling of third party complaints (0.2). | 0.40 | 142.00 |
| 04/27/11 | E. Cerasia II | L190 | 0 | Telephone conference with J. Tacopina regarding background facts and WPIX's position/defenses. | 0.20 | 146.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**ATTORNEYS**    **SHAW** LLP

Invoice No. 1850045

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/28/11 | E. Cerasia II | L110 | 0 | E-mail correspondence with A. Jubelirer regarding my telephone conference with V. Tyler's attorney and status. | 0.10 | 73.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 1.40 | |
| **Total Fees** | | | | | | $834.50 |
| **Less Discount** | | | | | | ($83.45) |
| **Total Fees After Discount** | | | | | | $751.05 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.90 | hours at | $730.00 | per hour |
| A. Ianni | Associate | - | 0.50 | hours at | $355.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $751.05 |



**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850040
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY  10017
Attn: David S. Bralow, Esq.

For legal services rendered through April 30, 2011

**East Coast Properties**

| **Date** | **Attorney** | **Task** | **Activity** | **Description** | **Hours** | **Value** |
|---|---|---|---|---|---|---|
| 04/04/11 | C. Olson | C300 | 0 | Discussion with D. Bralow regarding continued work on contracts (.40); review notes regarding same (.10). | 0.50 | 345.00 |
| 04/15/11 | J. Gitles | P300 | 0 | E-mails with C. Olson regarding distribution subleases for Providence Journal (.30); begin reviewing existing Leases (.20). | 0.50 | 295.00 |
| 04/16/11 | C. Olson | C300 | 0 | Attention to review and revisions to draft single copy agreement (1.00); review of same (.50); make revisions (.50). | 2.00 | 1,380.00 |
| 04/18/11 | J. Gitles | P400 | 0 | Continue reviewing existing Leases and related documents for distribution facilities (2.00); begin drafting template sublease (1.30). | 3.30 | 1,947.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1850040

Page 2

Tribune Company/Olson

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/19/11 | J. Gitles | P500 | 0 | Conference with C. Olson regarding status (.20); e-mails with W. Pelland regarding sublease terms (.10). | 0.30 | 177.00 |
| 04/19/11 | C. Olson | C300 | 0 | Review draft agreement (.50); discussion with Sun-Sentinel Ft. Lauderdale and Orlando regarding same (1.00); obtain additional information regarding same (.50). | 2.00 | 1,380.00 |
| 04/20/11 | J. Gitles | P400 | 0 | E-mails and telephone conferences with W. Pelland regarding Providence Journal distributor sublease terms (2.00); review amendment to East Greenwich Lease (.80); draft template sublease (Warwick, RI site) (1.00). | 3.80 | 2,242.00 |
| 04/21/11 | J. Gitles | P400 | 0 | Continue drafting sublease for Warwick, RI distribution site (.50); emails with W. Pelland regarding same (.50). | 1.00 | 590.00 |

| | | |
|---|---|---|
| **Total Hours** | 13.40 | |
| **Total Fees** | | $8,356.00 |
| **Less Discount** | | ($835.60) |
| **Total Fees After Discount** | | $7,520.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Gitles | Partner | - | 8.90 | hours at | $590.00 | per hour |
| C. Olson | Partner | - | 4.50 | hours at | $690.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Meals - CAMILLE A. OLSON dinner - management contract training 03/23/11 | 13.00 |
| Meals - CAMILLE A. OLSON dinner - management contract training 03/25/11 | 10.00 |



Tribune Company/Olson

| Disbursements | Value |
|---|---|
| Meals -  CAMILLE A. OLSON tip - management contract training 03/24/11 | 5.00 |
| Meals -  CAMILLE A. OLSON tip - management contract training 03/25/11 | 15.00 |
| Travel -  CAMILLE A. OLSON avis car rental - management contract training 03/23/11 | 140.52 |

**Total Disbursements**          183.52

**Total Amount Due**          $7,703.92



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850036
0276 15827 / 15827-000019
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

For legal services rendered through April 30, 2011

### Jeff Apodaca v. KTLA5, Tribune Company, Case No. BC448838

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/12/11 | D. Sable | L190 | 0 | Continue to prepare responses to plaintiff's first set of form interrogatories and first set of special interrogatories. | 3.70 | 1,258.00 |
| 04/13/11 | D. Sable | L190 | 0 | Finalize draft responses to form interrogatories and special interrogatories propounded by plaintiff. | 1.50 | 510.00 |
| 04/13/11 | D. Sable | L190 | 0 | Prepare responses to requests for production of documents propounded by plaintiff. | 1.50 | 510.00 |
| 04/13/11 | D. Sable | L190 | 0 | Review and analyze client documents for purpose of responding to requests for production of documents. | 0.50 | 170.00 |
| 04/15/11 | L. Shelby | L120 | 0 | Review draft discovery responses (.70); correspond with D. Sable regarding same (.30). | 1.00 | 575.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



KTLA-TV

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/21/11 | D. Sable | L310 | 0 | Revise and finalize responses to special interrogatories, form interrogatories and requests for production of documents propounded by plaintiff. | 1.30 | 442.00 |
| 04/21/11 | D. Sable | L310 | 0 | Telephone conference with J. Powers and B. Lopez-Nash regarding discovery responses. | 1.00 | 340.00 |
| 04/22/11 | D. Sable | L310 | 0 | E-mail correspondence with B. Lopez-Nash and M. Landry regarding discovery responses (.30); finalize discover responses (.40). | 0.70 | 238.00 |

| | | |
|---|---|---|
| **Total Hours** | 11.20 | |
| **Total Fees** | | $4,043.00 |
| **Less Discount** | | ($404.30) |
| **Total Fees After Discount** | | $3,638.70 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. Shelby | Partner | - | 1.00 | hours at | $575.00 | per hour |
| D. Sable | Associate | - | 10.20 | hours at | $340.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 11.60 |
| Local Travel - DANIEL SABLE mileage- court appearance 03/04/11 | 11.07 |
| Travel - DANIEL SABLE parking - court appearance 03/04/11 | 20.00 |
| **Total Disbursements** | 42.67 |
| **Total Amount Due** | $3,681.37 |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850035
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510 .
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through April 30, 2011

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/01/11 | J. Meer | L190 | 0 | Telephone conference with M. Fischer and O. Nosroti regarding response to plaintiff's claim for breach of settlement agreement. | 0.30 | 177.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $177.00 |
| **Less Discount** | | ($17.70) |
| **Total Fees After Discount** | | $159.30 |

**Timekeeper Summary**

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Ira H. Goldstone

| J. Meer | Partner | - | 0.30 | hours at | $590.00 | per hour |

**Total Disbursements**            <u>0.00</u>

**Total Amount Due**            <u>$159.30</u>



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850037
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through April 30, 2011

**Clement, Jayne v. Los Angeles Times, et al. 0000001656**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/04/11 | M. Sank | L120 | 0 | Research and analysis regarding request by plaintiff's counsel that defendant file motion to lift stay of action (.20); telephone conference with plaintiff's counsel regarding same (.30). | 0.50 | 195.00 |
| 04/29/11 | M. Sank | L250 | 0 | Review and analyze plaintiff's motion for relief from automatic stay. | 0.30 | 117.00 |
| 04/29/11 | T. Hix | L120 | 0 | Review and analyze plaintiff's motion to lift stay (.40); email exchange with M. Sank regarding prior ruling by judge on similar issue (.10). | 0.50 | 250.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.30 | |
| **Total Fees** | | $562.00 |
| **Less Discount** | | ($56.20) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1850037

Page 2

Los Angeles Times (Sherman)

**Total Fees After Discount**                                                                                                   $505.80

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M. Sank | Associate | - | 0.80 | hours at | $390.00 | per hour | |
| T. Hix | Partner | - | 0.50 | hours at | $500.00 | per hour | |

**Total Disbursements**                                                                                                          0.00

**Total Amount Due**                                                                                                            $505.80



**SEYFARTH**
ATTORNEYS **SHAW**LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2011

Invoice No. 1850033
0276 33175 / 33175-000025
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through April 30, 2011

**Jose Luis Velazquez v. California Community News Corporation; Case No. KC060599**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/01/11 | L. O'Hara | L120 | 0 | Communicate with A. Foran and L. Bugarin regarding witness interviews. | 0.30 | 172.50 |
| 04/04/11 | L. O'Hara | L120 | 0 | Communicate with L. Bugarin regarding scheduling witness interviews. | 0.20 | 115.00 |
| 04/11/11 | L. O'Hara | L120 | 0 | Review file and prepare for witness interviews. | 3.30 | 1,897.50 |
| 04/12/11 | L. O'Hara | L120 | 0 | Interview witnesses (L. Bugarin, H. Casas, M. Michel, R. Klein, J. Gonzalez and T. Miranda). | 7.60 | 4,370.00 |
| 04/12/11 | J. Anthony | L120 | 0 | Email correspondence with L. O'Hara regarding case status and strategy in advance of further case handling. | 0.10 | 41.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/13/11 | L. O'Hara | L120 | 0 | Communicate with A. Foran regarding contacting workers' compensation counsel and additional performance documentation (.30); direction to J. Anthony regarding case background and preparation of discovery responses (.90). | 1.20 | 690.00 |
| 04/13/11 | J. Anthony | L120 | 0 | Review complaint in preparation of further case handling. | 0.50 | 205.00 |
| 04/13/11 | J. Anthony | L120 | 0 | Prepare initial case analysis in advance of conference with L. O'Hara regarding global matter handling and discovery responses. | 0.60 | 246.00 |
| 04/13/11 | J. Anthony | L120 | 0 | Conference with L. O'Hara regarding case status and strategy in preparation for further case handling including discovery responses and global matter handling. | 0.50 | 205.00 |
| 04/14/11 | J. Anthony | L120 | 0 | Review case file in preparation for initial call to worker's compensation attorney for fact gathering. | 0.20 | 82.00 |
| 04/14/11 | J. Anthony | L120 | 0 | Telephone conference with comp counsel regarding status of comp case in preparation for anticipated global settlement. | 0.10 | 41.00 |
| 04/15/11 | J. Anthony | L110 | 0 | Telephone conference with workers' compensation attorney in order to gather facts for case handling. | 0.10 | 41.00 |
| 04/18/11 | L. O'Hara | L120 | 0 | Communicate with J. Anthony regarding his conversation with workers' compensation counsel. | 0.20 | 115.00 |
| 04/18/11 | J. Anthony | L110 | 0 | Telephone conference with A. Bani, workers' Compensation counsel for Los Angeles Times regarding status and strategy regarding case handing and global settlement and document sharing. | 0.30 | 123.00 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1850033

Page 3

Los Angeles Times (Sherman)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/18/11 | J. Anthony | L110 | 0 | Email with A. Bani, workers' compensation counsel for Los Angeles Times regarding contact information. | 0.10 | 41.00 |
| 04/18/11 | J. Anthony | L120 | 0 | Conference with L. O'Hara regarding status and strategy. | 0.10 | 41.00 |
| 04/18/11 | J. Anthony | L120 | 0 | Prepare for telephone conference with workers' compensation counsel regarding fact gathering. | 0.10 | 41.00 |
| 04/18/11 | J. Anthony | L310 | 0 | Prepare objections and responses to plaintiff's form interrogatories, employment law, set one. | 0.30 | 123.00 |
| 04/18/11 | J. Anthony | L310 | 0 | Prepare responses to plaintiff's requests for production of documents, set one. | 0.20 | 82.00 |
| 04/18/11 | J. Anthony | L310 | 0 | Prepare responses to plaintiff's special interrogatories, set one. | 0.30 | 123.00 |
| 04/19/11 | J. Anthony | L110 | 0 | Email A. Bani, workers' compensation counsel, to obtain depositions for further fact gathering to advance defense of matter. | 0.10 | 41.00 |
| 04/20/11 | L. O'Hara | L120 | 0 | Direction to J. Anthony regarding preparation of discovery responses. | 0.30 | 172.50 |
| 04/25/11 | L. O'Hara | L310 | 0 | Review discovery requests served by plaintiff (.80); review client documents (.60); direction to J. Anthony regarding responding to same (.70); communications with L. Bugarin regarding follow up questions (.30); e-mail communications with client regarding follow up documents needed for discovery responses (.60); communicate with A. Foran regarding arbitration agreement (.20). | 3.20 | 1,840.00 |
| 04/25/11 | J. Anthony | L120 | 0 | Conference with L. O'Hara and analysis regarding discovery responses. | 1.90 | 779.00 |
| 04/25/11 | J. Anthony | L310 | 0 | Prepare responses to plaintiff's special interrogatories, set one. | 2.10 | 861.00 |



Los Angeles Times (Sherman)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/25/11 | J. Anthony | L310 | 0 | Prepare responses to plaintiff's form interrogatories, employment law, set one. | 2.60 | 1,066.00 |
| 04/25/11 | J. Anthony | L310 | 0 | Prepare response to plaintiff's requests for production of documents, set one. | 1.90 | 779.00 |
| 04/25/11 | J. Anthony | L320 | 0 | Review documents in case file in advance of preparing document production. | 0.50 | 205.00 |
| 04/25/11 | C. Regan | L120 | 0 | Review Arbitration Agreement (.50); email to L. O'Hara regarding same (.50). | 1.00 | 545.00 |
| 04/26/11 | J. Anthony | L310 | 0 | Prepare objections and responses to plaintiff's form interrogatories (.90), employment law, requests for production of documents, set one (.90); special interrogatories, set one (1.00). | 2.80 | 1,148.00 |
| 04/27/11 | L. O'Hara | L120 | 0 | Communicate with A. Foran regarding arbitration agreement and mediation (.10); review issues regarding new US Supreme Court opinion regarding arbitration (.10); telephone confernce with opposing counsel's assistant regarding mediation request (.50). | 0.70 | 402.50 |
| 04/27/11 | J. Anthony | L310 | 0 | Review and edit responses to plaintiff's requests for production of documents, set one (1.40); form interrogatories-- employment law, set one (1.40); special interrogatories, Set One (1.30). | 4.10 | 1,681.00 |
| 04/27/11 | C. Regan | L120 | 0 | Review AT&T Mobility v. Conception (1.00); draft email to L. O'Hara (.20). | 1.20 | 654.00 |
| 04/28/11 | J. Anthony | L120 | 0 | Telephone conference with L. O'Hara regarding coordinating mediation. | 0.10 | 41.00 |
| 04/28/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding status and strategy concerning global settlement. | 0.10 | 41.00 |



Los Angeles Times (Sherman)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/29/11 | J. Anthony | C100 | 0 | Telephone conference with A. Bani, workers' compensation counsel, regarding global settlement and mediation and status update on comp case. | 0.10 | 41.00 |
| 04/29/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding telephone conference with A. Bani, workers' compensation counsel, regarding global settlement and mediation and status update on comp case. | 0.10 | 41.00 |
| 04/29/11 | J. Anthony | L120 | 0 | Email with A. Bani, workers' compensation counsel, regarding global settlement and mediation and status update on comp case. | 0.10 | 41.00 |
| 04/29/11 | J. Anthony | L160 | 0 | Email with opposing counsel regarding coordination of mediation to settle case on a global basis. | 0.20 | 82.00 |
| 04/29/11 | J. Anthony | L330 | 0 | Email with A. Bani, workders compensation counsel, regarding depositions transcripts. | 0.10 | 41.00 |

**Total Hours**                                                                           39.50

**Total Fees**                                                                        $19,297.00

**Less Discount**                                                                    ($1,929.70)

**Total Fees After Discount**                                                         $17,367.30

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 17.00 | hours at | $575.00 | per hour |
| J. Anthony | Associate | - | 20.30 | hours at | $410.00 | per hour |
| C. Regan | Partner | - | 2.20 | hours at | $545.00 | per hour |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1850033

Page 6

Los Angeles Times (Sherman)

| Disbursements | Value |
|---|---|
| Attorney Services - NATIONWIDE LEGAL, LLC 4/1 | 89.20 |
| Filing Fees - NATIONWIDE LEGAL, LLC 4/1 | 395.00 |
| Local Travel - LORRAINE H. O'HARA Mileage - Return travel from Manhattan Beach to Irwindale for witness interviews at client facility 04/12/11 | 41.31 |
| Long Distance Telephone | 3.85 |

**Total Disbursements**  529.36

**Total Amount Due**  $17,896.66