IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
)
In re:                                            )   Chapter 11
)
TRIBUNE COMPANY, et al.,                          )   Case No. 08-13141 (KJC)
)
   Debtors.                                       )   Jointly Administered
)
)   Hearing Date: June 28, 2011 at 10:00 a.m.
)   Objection Deadline: May 31, 2011 at 4:00 p.m.
)
)   Related ECF No. 8908
)
------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION AND CERTIFICATION OF COUNSEL
REGARDING REVISED PROPOSED ORDER GRANTING MOTION OF AURELIUS
CAPITAL MANAGEMENT, LP FOR AUTHORIZATION TO FILE CERTAIN
PORTIONS OF POST-TRIAL BRIEF UNDER SEAL**

I, Amanda M. Winfree, an associate with the law firm of Ashby & Geddes, P.A., counsel to Aurelius Capital Management, LP ("Aurelius"), hereby certify the following:

1. On May 12, 2011, the Noteholder Plan Proponents filed the *Post-Trial Brief of the Noteholder Plan Proponents, Part I* [ECF No. 8898] ("Part I") and *Part II (FCC Supplement)* [ECF No. 8899] ("Part II") under seal. Contemporaneously therewith, Aurelius also filed, on behalf of the Noteholder Plan Proponents, the *Motion of Aurelius Capital Management, LP for Authorization to File Certain Portions of Post-Trial Brief Under Seal* [ECF No. 8908] (the "Motion to Seal").

2. Thereafter, on May 17, 2011, after consulting with various parties, the Noteholder Plan Proponents filed Part I in unredacted form [ECF No. 8932] and filed Part II in redacted form [ECF No. 8933].

3. As Part I has been filed publicly on the docket in unredacted form, the relief sought in the Motion to Seal now concerns only Part II.

{00529487;v1}

4. Pursuant to the Notice of Motion [ECF No. 8908], any objections or responses to the Motion to Seal were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on May 31, 2011.

5. As of the date hereof, the undersigned counsel has not been served with any objections or responses to the Motion to Seal. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion to Seal have been filed.

6. Attached hereto as Exhibit 1 is a blackline of the proposed form of order, which has been revised simply to reflect its application to Part II. Aurelius, on behalf of the Noteholder Plan Proponents, therefore respectfully requests that the Court enter the clean revised proposed order attached hereto as Exhibit 2 at the Court's earliest convenience.

Dated: Wilmington, Delaware
June 21, 2011

ASHBY & GEDDES, P.A.

*/s/ Amanda Winfree*
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Aurelius Capital Management, LP*

{00529487;v1}