# EXHIBIT 1

**[Blackline Revised Order]**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:                                    )    Chapter 11
                                          )
TRIBUNE COMPANY, et al.,                  )    Case No. 08-13141 (KJC)
                                          )
            Debtors.                      )    Jointly Administered
                                          )
                                          )    **Related ECF Nos. ~~8898,~~ 8899, <u>8908</u> & <u>8933</u>**

-------------------------------------------------------------x

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to Seal Portions of Post-Trial Brief* (the "<u>Motion to Seal</u>");[1] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED <u>to the extent set forth herein</u>; and

2. Aurelius Capital Management, LP is hereby granted permission to file under seal certain portions of the *Post-Trial Brief of the Noteholder Plan Proponents, ~~Part I~~ and Part II (FCC Supplement)* [ECF Nos. ~~8898 and~~ 8899], in the form of the Redacted Post-Trial Brief <u>[ECF No. 8933]</u>.

Dated: ~~May~~ <u>June</u>____, 2011

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

{00529487;v1}