# EXHIBIT 2

## [Clean Revised Order]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                          )
In re:                                    )   Chapter 11
                                          )
TRIBUNE COMPANY, et al.,                  )   Case No. 08-13141 (KJC)
                                          )
        Debtors.                          )   Jointly Administered
                                          )
                                          )   **Related ECF Nos. 8899, 8908 & 8933**
---------------------------------------------------------------x

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to Seal Portions of Post-Trial Brief* (the "Motion to Seal");[2] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED to the extent set forth herein; and

2. Aurelius Capital Management, LP is hereby granted permission to file under seal certain portions of the *Post-Trial Brief of the Noteholder Plan Proponents, Part II (FCC Supplement)* [ECF No. 8899], in the form of the Redacted Post-Trial Brief [ECF No. 8933].

Dated: June ____, 2011            _____
                                  THE HONORABLE KEVIN J. CAREY
                                  CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

{00529487;v1}