## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 21st day of June, 2011, I caused a true and correct copy of the **Certain Directors and Officers' Objection To Deutsche Bank Trust Company Americas', in Its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York's, in Its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes and Wilmington Trust Company's in Its Capacity as Successor Indenture Trustee for the Phone Notes, Motion To Clarify, Supplement or Modify This Court's Order Entered April 25, 2011 (ECF 8740) in Respect to State Law Constructive Fraudulent Conveyance Suits** to be served as indicated upon the following counsel.

**BY HAND DELIVERY**
Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**BY TELEFAX AND FIRST CLASS U.S. MAIL**
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Sheron Korpus, Esq.
Christine A. Montenegro, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Marc J. Phillips (#4445)

#4364524