# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>**Related to Docket No. 9062** |

## ERRATA TO PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF CONFIRMATION OF SECOND AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO, GORDON & CO., L.P., AND JPMORGAN CHASE BANK, N.A. (AS MODIFIED APRIL 26, 2011) [DOCKET NO. 9062, FILED JUNE 3, 2011]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Set forth below are typographical corrections to the Proposed Findings of Fact and Conclusions of Law filed by the DCL Plan Proponents on June 3, 2011 [Docket No. 9062].

| Page(s) | Previous Text | Corrected Text |
|---|---|---|
| 10 n.36 | Docket Nos. 8898 and 8899 | Docket Nos. 8898 and 8899. Part II of the Noteholder Post-Trial Brief is referred to herein at the "Noteholder FCC Brief." |
| 11 n.39 | Part II of the Noteholder Post-Trial Brief is referred to herein at the "Noteholder FCC Brief." | Deleted |
| 16 n.62 | DCL Ex. 677 | DCL Ex. 667 |
| 17 n.68 | DCL Ex. 138 | DCL Ex. 1389 |
| 23 n.100 | Tr. 3/15 227:21-228:18; 272-273:1 (Gropper) | Tr. 3/15 at 227:21-228:18; 272:18-273:1 (Gropper) |
| 23 n.102 | Tr. 3/8 at 203:11-18, 205:11, 208:4-11 (Salganik) | Tr. 3/8 at 203:10-205:11, 208:4-11 (Salganik) |
| 24 n.106 | Tr. 3/8 at 43:13-22, 44:20-45:6 (Kurtz) | Tr. 3/8 at 42:8-45:6 (Kurtz) |
| 27 n.129 | Tr. 3/11 at 57:22-58:2 (Fischel) | Deleted |
| 30 n.142 | Tr. 3/8 at 62:19 (Kurtz) | Tr. 3/8 at 62:1-9 (Kurtz) |
| 44 n.202 | Tr. 3/9 at 105-06 (Black) | Tr. 3/9 at 105:20-109:13 (Black) |
| 47 n.213 | Examiner Report, Vol. 2 at 118 | Examiner Report, Vol. 2 at 239 |
| 48 n.218 | Tr. 3/9 at 116:6-9 (Black) | Tr. 3/9 at 116:6-118:11 (Black) |
| 51 n.231 | Tr. 3/17 at 255:3-19 (Beron) | Tr. 3/17 at 228:22-233:12, 245:11-246:1 (Beron) |

| Page(s) | Previous Text | Corrected Text |
|---|---|---|
| 55 n.259 | Examiner Report Vol. 2 at 86 . . . See id. at 241 . . . Examiner Report, Vol. 1 at 20-21; Vol. 2 at 241-55 | Examiner Report, Vol. 2 at 84 . . . See id. at 241-54 . . . See id. at 291-97 |
| 56 n.260 | Examiner Report, Vol. 1 at 89, 241, 253-54 | Examiner Report, Vol. 2 at 89-90, 241, 294-97 |
| 58 | "value liberated by the avoidance of Step Two [at the Guarantor Subsidiaries] would be upstreamed to Tribune for distribution to Tribune's Non-LBO Creditors" | "value liberated by the avoidance of Step Two [at the Guarantor Subsidiaries] should be upstreamed to Tribune for distribution to Tribune's Non-LBO Creditors" |
| 63 n.289 | Tr. 3/14 at 115-117 (Hartenstein) | Tr. 3/14 at 115:8-117:22 (Hartenstein) |
| 63 n.290 | Tr. 3/14 at 110-112 (Hartenstein) | Tr. 3/14 at 109:7-112:17 (Hartenstein) |
| 63 n.291 | DCL Post-Trial Reply Brief at 65-66 | DCL Memorandum at 65-66 |
| 63 n.292 | Tr. 3/14 at 110-112, 115-117 (Hartenstein) | Tr. 3/14 at 110:6-111:7, 112:6-17, 113:14-117:22 (Hartenstein) |
| 68 n.307 | DCL Brief at 30-31 | DCL Post-Trial Reply Brief at 30-31 |
| 73 n.322 | 4/14 Tr. 41:30-42:2, 45:23-46:10 | Tr. 4/14 at 41:19-42:2, 45:23-46:10 |
| 74 n.322 | Tr. 107:21-113:9 (Hartenstein) | Tr. 3/14 at 107:21-113:9 (Hartenstein) |
| 75 n.327 | DCL Post-Trial Reply Brief at 91-92 | DCL Memorandum at 91-92 |
| 79 n.340 | Tr. 4/14 42:20-25 (Golden) | Tr. 4/14 at 42:20-24 (Golden) |
| 99 n.430 | Tr. 4/12 at 41:8, 43:2, 88:21-89:11 (Rosenstein) | Tr. 4/12 at 41:8-43:2, 88:21-89:11 (Rosenstein) |

| Page(s) | Previous Text | Corrected Text |
|---|---|---|
| 99 n.432 | Tr. 4/12 at 27:22-28:3, 46:4-18 (Rosenstein) | Tr. 4/12 at 27:22-28:3, 46:5-18 (Rosenstein) |
| 100 n.433 | Tr. 4/12 at 27:16-21, 44:22-48:18 (Rosenstein) | Tr. 4/12 at 44:22-46:18, 57:17-58:12 (Rosenstein) |
| 104 n.446 | DCL Plan §1.227 | DCL Plan §1.1.227 |
| 115 n.475 | Tr. 3/9 at 41:19-$2-16 (Kulnis) | Tr. 3/9 at 41:19-42:16 (Kulnis) |
| 116 n.478 | DCL Plan Exs. 5.3.2(1), 5.3.2(2) 5.5.3 | DCL Plan Exs. 5.3.2(1), 5.3.2(2), 5.3.3 |
| 125 n.505 | Tr. 3/14 at 43:3-8 (Whittman) | See Tr. 3/14 at 42:25-43:8 (Whittman) |
| 135 n.523 | In re Neenah Enters., 2010 Bankr. LEXIS 3058, at *77 (Bankr. D. Del. July 6, 2010) | In re Neenah Enters., 2010 Bankr. LEXIS 3058, at *33 (Bankr. D. Del. July 6, 2010) |

Dated: Wilmington, Delaware
June 22, 2011

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Telecopier: (312) 853-7036
         -and-
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

*/s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Telecopier: (302) 652-3117

*Counsel for Debtors and Debtors in Possession and Certain Non-Debtor Affiliates*

CHADBOURNE & PARKE LLP
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telecopier: (212) 541-5369
         -and-
LANDIS RATH & COBB LLP

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telecopier: (302) 467-4450
         -and-
ZUCKERMAN SPAEDER LLP
Graeme W. Bush
James Sottile
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Telecopier: (202) 822-8106

*Counsel for the Official Committee of Unsecured Creditors*

DEWEY & LEBOEUF LLP
Bruce Bennett
James O. Johnston
Joshua M. Mester
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telecopier: (213) 621-6100
      -and-
YOUNG CONAWAY
STARGATT & TAYLOR, LLP

*/s/ Robert S. Brady*
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telecopier: (302) 571-1253

*Counsel for Oaktree Capital Management, L.P.*
*and Angelo, Gordon & Co., L.P.*

WILMER CUTLER PICKERING
HALE & DORR LLP
Andrew Goldman
399 Park Avenue
New York, New York 10022
Telecopier: (212) 230-8888
*Co-Counsel for Angelo, Gordon & Co, L.P.*

DAVIS POLK & WARDWELL LLP
Donald S. Bernstein
Benjamin S. Kaminetzky
Damian S. Schaible
Elliot Moskowitz
450 Lexington Avenue
New York, New York 10017
Telecopier: (212) 701 5800
      -and-
RICHARDS LAYTON & FINGER

*/s/ Drew G. Sloan*
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telecopier: (302) 651-7701

*Counsel For JPMorgan Chase Bank, N.A.*