**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------X
In re:                                        :     Chapter 11 Cases
                                              :     Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                      :     (Jointly Administered)
                                              :
        Debtors.                              :     **Related Docket No. 9060**
                                              :
                                              :
----------------------------------------------------X

<u>**NOTICE OF WITHDRAWAL OF DOCKET NO. 9060**</u>

PLEASE TAKE NOTICE that Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES, by and through undersigned counsel, hereby withdraws its *Motion of Wilmington Trust Company for Authorization to Seal Portions of Its Supplemental Proposed Findings of Fact and Conclusions of Law* [Docket Item 9060].

PLEASE TAKE FURTHER NOTICE that an unredacted version of its *Supplemental Proposed Findings of Fact and Conclusions of Law of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of the Noteholder Plan Proponents* was filed on June 16, 2011 as Docket No. 9271.

Date:   June 22, 2011         **SULLIVAN • HAZELTINE • ALLINSON LLC**
        Wilmington, Delaware

                              */s/ William D. Sullivan*
                              William D. Sullivan (No. 2820)
                              901 North Market Street, Suite 1300
                              Wilmington, DE 19801
                              Telephone:  (302) 428-8191
                              Facsimile: (302) 428-4195

                              *Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*