IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :    Case No. 08-13141 (KJC)
**TRIBUNE COMPANY, et al.,**                        :
                                                    :    Related to Docket No. 9297
          Debtor.                                   :
---------------------------------------------------X

### Affirmation Of Service by Jay Teitelbaum

**JAY TEITELBAUM,** an attorney duly admitted to practice law in the State of New York, hereby affirms under penalty of perjury:

1. I am a principal of Teitelbaum & Baskin, LLP, attorneys for William A. Niese and 186 other retirees (the "**Retiree SLCF Plaintiffs**")., and I am not a party to this action.

2. On June 21, 2011, I caused the Response of William A. Niese, et. al. (NECF #9297), as State Law Constructive Fraud Claim Plaintiffs in Response to Motion by Deutsche Bank Trust Company Americas, et. al., for Clarification of this Court's April 25, 2011 Order Concerning Commencement of State Law Constructive Fraud Actions with the notice of electronic filing to be served by Email upon:

    'Goldberg.elizabeth@dol.gov';
    'Gerson.leonard@dol.gov';
    'Heri.christine@dol.gov';
    'Schloss.michael@dol.gov';
    'jellias@brownrudnick.com';
    'gnovod@brownrudnick.com';
    'kbromberg@brownrudnick.com';
    'msiegel@brownrudnick.com';

'gbush@zuckerman.com';
'jsottile@zuckerman.com';
'agoldfarb@zuckerman.com';
'ahammond@whitecase.com';
'bfritz@whitecase.com';
'dhille@whitecase.com';
'andrew.goldman@wilmerhale.com';
'Charles.platt@wilmerhale.com';
'Dawn.wilson@wilmerhale.com';
'aqureshi@akingump.com';
'dgolden@akingump.com';
'djnewman@akingump.com';
'dzensky@akingump.com';
'jgoldsmith@akingump.com';
'mhurley@akingump.com';
'nchung@akingump.com';
'sgulati@akingump.com';
'cdoniak@akingump.com';
'bcarney@akin.gump.com';
'Bkrakauer@sidley.com';
'Ckenney@sidley.com';
'jconlan@sidley.com';
'jducayet@sidley.com';
'jpeltz@sidley.com';
'dthomas@sidley.com';
'pwackerly@sidley.com';
'dcantor@omm.com';
'dshamah@omm.com';
'hkaplan@arkin-law.com';
'jyeh@arkin-law.com';
'kmayer@mccarter.com';

'klantry@sidley.com';
'lsilverstein@potteranderson.com';
'rmcneill@potteranderson.com';
'drosner@kasowitz.com';
'skorpus@kasowitz.com';
'cmontenegro@kasowitz.com';
'mstein@kasowitz.com';
'jjohnston@dl.com';
'jmester@dl.com';
'afaccone@mccarter.com';
'jboccassini@mccarter.com';
'agordon@paulweiss.com';
'dbrown@paulweiss.com';
'emccolm@paulweiss.com';
'alevy@paulweiss.com';
'bberens@jonesday.com';
'dahall@jonesday.com';
'sbierman@sidley.com';
'dadler@mccarter.com';
'Evan.flaschen@bgllp.com';
'jdrayton@kayescholer.com';
'jonathan.agudelo@kayescholer.com';
'jparver@kayescholer.com';
'mprimoff@kayescholer.com';
'kstickles@coleschotz.com';
'lmarvin@jonesday.com';
'schannej@pepperlaw.com';
'strattond@pepperlaw.com';
'Damian.schaible@dpw.com';
'Elliott.moskowitz@davispolk.com';
'Michael.russano@davispolk.com';

'dglazer@davispolk.com';

'Donald.bernstein@davispolk.com';

'Karen.luftglass@davispolk.com';

'Charles.jackson@morganlewis.com';

'tbecker@morganlewis.com';

'ddavidson@morganlewis.com';

'mzelmanovitz@morganlewis.com';

'dmiles@sidley.com';

'rflagg@sidley.com';

'jbendern@sidley.com';

'truittb@hbdlawyers.com';

'rmauceri@morganlewis.com'

Dated: White Plains, New York
June 22, 2011

By: /s/ Jay Teitelbaum
Jay Teitelbaum (JT-4619)
**Teitelbaum & Baskin, LLP**
Attorneys for Retiree SLCF Plaintiffs
3 Barker Avenue
White Plains, New York 10601
(914) 437-7670