3 Barker Avenue, Third Floor
White Plains, New York 10601
(914) 437 7670 (tel)
(914) 437 7672 (fax)
jteitelbaum@tblawllp.com
All service of papers to White Plains.  Fax and E-Mail Service Accepted

9 East 40th Street
New York, New York 10016
(646) 233-3013

# TEITELBAUM & BASKIN, LLP
*Counselors at Law*

June 23, 2011

VIA FED EX and ECF
(302) 252-2927
The Honorable Kevin J. Carey
UNITED STATES BANKRUPTCY COURT
District of Delaware
824 North Market Street
5th Floor
Wilmington, DE  19801

Re: *In re Tribune Co. 08-13141*: Related to Docket Nos. 9297 and 9248

Dear Judge Carey:

On June 21, 2011 Teitelbaum & Baskin, LLP[1], as attorneys for William A. Niese and 186 other retirees (the "**Retiree SLCF Plaintiffs**") of The Times Mirror Company and/or Tribune Company and one or more affiliates of Tribune Company, filed and served a response (the "**Response**") to the motion, dated June 13, 2011 (ECF Docket No. 9248) (the "**Motion**") by Deutsche Bank Trust Company Americas, Successor Indenture Trustee, Law Debenture Trust Company of New York, Successor Indenture Trustee and Wilmington Trust Company, Successor Indenture Trustee (collectively, the "**Movants**") for clarification of this Court's order dated April 25, 2011 (ECF Docket No. 8740) (the "**April 25 Order**").

The Response requested, among other things, an adjournment of the June 28 hearing on the Motion. On June 22, I was contacted by counsel for certain state law constructive fraud defendants in actions commenced by the Movants who filed a response and cross motion to the Motion (ECF Docket No 9293) and was advised that an adjournment of the hearing may be

---

[1] Jay Teitelbaum, a principal of Teitelbaum & Baskin is admitted *pro hac vice* in these Bankruptcy Cases in connection with the representation of William A. Niese (Mr. Niese is a creditor of Tribune and a member of the Creditors' Committee) and approximately 193 other retirees of Times Mirror, each of which is a creditor of Tribune or a subsidiary of Tribune (collectively, the "TM Retirees"). Adam Hiller, now with the firm of Hiller & Arban, is Delaware counsel to the TM Retirees. Teitelbaum & Baskin is lead counsel for the Retiree SLCFC Plaintiffs in each of the Retiree SLCF Actions.

prejudicial to their ability to timely take certain procedural steps (including the filing of removal notices) which could assist in coordinating and/or consolidating various state law constructive fraud actions.

As the Retiree SLCF Plaintiffs do not oppose the Motion and do support any steps which would serve to coordinate and consolidate the more than 30 state law constructive fraud actions commenced in state and federal courts across the country, we withdraw the request for an adjournment of the June 28 hearing on the Motion. As I will be out of the country on June, 28, the Retiree SLCF Plaintiffs will be represented by Delaware counsel, Hiller & Arban, LLC at the hearing.

The Retiree SLCF Plaintiffs continue to press the remainder of their Response and respectfully request that any order approving the Motion, *consistent with the stay of substantive proceedings as provided in the April 25 Order*, and to avoid additional expense and burdens on this Court with respect to motions to clarify the April 25 Order: (i) apply to *all* parties to *all* state law constructive fraud claim actions which have been commenced; and (ii) permit *all* parties to *all* such state law constructive fraud claim actions to take such procedural steps as may be appropriate to consolidate and coordinate the state and federal actions as set forth in our response.

                Respectfully,

                /s/Jay Teitelbaum

cc.:
Adam Hiller, Esq.