# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THE
## FOURTH INTERIM FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 540] (the "**Fee Examiner Order**") in connection with the *Fourth Interim Fee Application of PricewaterhouseCoopers LLP* [Docket No. 3129] (the "**Fee Application**"). The Fee Application seeks approval of fees that total $376,721.50 ($343,000.00 in fixed fee services and $33,721.50 in hourly services) and reimbursement

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

of expenses that total $1,701.50 for the period from September 1, 2009 through November 30, 2009. PricewaterhouseCoopers LLP ("**PwC**") serves as compensation and tax advisors and independent auditors to the Debtors and Debtors-in-Possession.

## Background

1.      On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' Chapter 11 cases for procedural purposes only.

2.      On December 26, 2008, the Debtors filed the *Application for an Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. Sections 327(a) and 1107, Nunc Pro Tunc to the Petition Date* [Docket No. 143] (the "**Retention Application**").  On March 3, 2009, this Court approved the retention of PwC as compensation and tax advisors and independent auditors to the Debtors by entering the *Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 470] (the "**Retention Order**").

3.      PwC submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 225] (the "**Interim Compensation Order**").

4.      On January 11, 2011, PwC filed the Certification of William T. England in Support of Interim Fee Applications of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession [Docket No. 7469] (the "**Fee Application Certification**") in response to the Court's request for clarification regarding PwC's fixed fee billing arrangements.

**Applicable Standards**

5.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the

Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and

review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish

uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals

to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and

guidelines." *Fee Examiner Order* ¶¶ 1, 3.

6.      The Fee Examiner reviewed the Fee Application for compliance with sections 330 and

331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of

Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications

for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58,

Appendix A) (the "**UST Guidelines**").  In addition, the Fee Examiner reviewed the Fee Application for

general compliance with legal precedent established by the United States Bankruptcy Court for the

District of Delaware, the United States District Court for the District of Delaware, the Third Circuit

Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

7.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals

"reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*.  In evaluating the

amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and

the value of such services, taking into account all relevant factors, including (A) the time spent on such

services; (B) the rates charged for such services; (C) whether the services were necessary to the

administration of, or beneficial at the time at which the service was rendered toward the completion of,

a case under this title; (D) whether the services were performed within a reasonable amount of time

commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has

demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

8.      A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the exercise of billing judgment is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

9.      The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and issued a Preliminary Report to PwC for review and comment. PwC provided a written response to the Preliminary Report. Subsequent to the firm's response to the Fee Examiner, PwC filed the Fee Application Certification to clarify compensation questions raised by the Court. After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the **"Final Report"**) "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5*.

## DISCUSSION OF FINDINGS

### Fixed Services

10.      PwC indicated that the firm would seek compensation for Audit Engagement Letters based on a fixed fee structure and would provide a summary of hours by professional for the services. Overall, PwC estimated the fees in connection with the Audit Engagement Letters to be $1,815,000.00, not including reasonable out-of-pocket expenses.

11.    The Fee Application requested a total of $343,000.00 for fixed fee services for the 2009 Consolidated Audits and provided a summary displaying the professionals, their positions, and the associated hours totaling 1,437.30.   Concerning fixed-fee engagements, the Retention Order requires only that PwC submit time records in a summary format.   As the firm met this minimal requirement, the Fee Examiner makes no findings regarding the propriety of the fixed fee services.   However, should the Court request additional detail and/or information from PwC, upon instruction the Fee Examiner will review such material and supplement this report.

## Hourly Services

## Technical Requirements

12.    **Reconciliation of Fees and Expenses.**   The Fee Examiner compared the total amount of hourly fees ($33,721.50) and expenses ($1,701.50) requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**").   The Fee Examiner identified no discrepancies between the Fees Requested and the Fees Computed, nor any discrepancies between the Expenses Requested and the Expenses Computed.

13.    **Block Billing.**[2]   The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*.   The UST Guidelines further provide that were a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or

---

[2] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing.  Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry.  As an alternative to discounting the entire amount billed for an entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry.  This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[3]  PwC

complied with the Local Rules and UST Guidelines in substantial part, as the Fee Examiner identified

only sporadic instances of block billing.

14.    **Time Increments.**    The PwC Retention Order indicates that "for hourly rate

engagements, PwC may submit time record in ½-hour increments," effectively waiving the Local Rules

and UST Guidelines requiring professionals to bill in tenths of an hour. *Retention Order* at 4.

## Review of Hourly Fees

15.    **Firm Staffing.**    The UST Guidelines state that fee applications should identify the

"[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an]

explanation of any changes in hourly rates from those previously charged, and [a] statement of whether

the compensation is based on the customary compensation charged by comparably skilled practitioners

in cases other than cases under title 11." *UST Guidelines* ¶(b)(1)(iii).  The Fee Application provided the

names, positions, and hourly rates of the 13 PwC timekeepers who billed to this matter, consisting of

1 partner, 1 senior managing director, 3 directors,[4] 1 senior manager, 1 manager, 3 senior associates,

1 associate, and 2 professional assistants.  A summary of hours and fees billed by each timekeeper is

displayed in **Exhibit A**.[5]

The firm invoiced a total of 106.70 hours with associated fees of $33,721.50 for the

hourly services.  The following table displays the hours and fees computed by timekeeper position and

the percentage of total hours and fees for each position:

---

[3] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to 100 percent.  *See id.* at 495 n.7 and cases cited.

[4] Ms. Smith changed position from manager to director effective October 1, 2009.

[5] This Final Report includes exhibits that detail and support the findings discussed herein.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits.  For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 1.00 | * | $    625.00 | 2% |
| Senior Managing Director | 0.50 | * | 300.00 | * |
| Director | 11.40 | 11% | 5,970.00 | 18% |
| Senior Manager | 2.00 | 2% | 850.00 | 3% |
| Manager | 4.40 | 4% | 2,190.00 | 6% |
| Senior Associate | 75.10 | 70% | 21,859.00 | 65% |
| Associate | 3.90 | 4% | 877.50 | 3% |
| Professional Assistant | 8.40 | 8% | 1,050.00 | 3% |
| TOTAL | 106.70 | 100% | $33,721.50 | 100% |

* Less than 1%

The blended hourly rate for the PwC professionals is $332.36 and the blended hourly rate for professionals and paraprofessionals is $316.04.

16.    **Hourly Rate Increases.**  PwC increased the hourly rate of Andrea Clark Smith from $400.00 to $550.00 during the fourth interim period.  This increase, effective September 1, 2009, appears to coincide with her change in position from a manager to a director (though her position change appears to have been effective October 1, 2009).

17.    **Timekeepers' Roles.**  A court may not allow compensation of fees for duplicative or unnecessary services.  *See 11 U.S.C. § 330(4).*  With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution, including a comparison to others' efforts.  On the whole, each PwC timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals.  However, the Fee Examiner identified three timekeepers whose contribution was limited, sporadic, and potentially unnecessary, and requested from PwC additional information regarding the necessity and role of the professionals identified in **Exhibit B** to the Preliminary Report, totaling 3.00 hours and $1,295.00 in fees.  The Fee Examiner recognized that PwC may have previously commented on some of the identified billers' roles in prior responsive correspondence, but requested that PwC explain the necessity of the billers' roles in the context of the present fee application.

In response to the Preliminary Report, PwC provided the Fee Examiner with additional detail regarding the position, role, and contribution of each of the three timekeepers in question, and asserted that though minimal in time the work performed by each was necessary and non-duplicative. After consideration of the additional information, the Fee Examiner makes no recommendation for a fee reduction. Exhibit B is omitted from this report.

18.    **Meetings, Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*),  and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*.  While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.  The Fee Examiner did not identify any occasions when two or more timekeepers billed to attend the same nonfirm conference, hearing, or other event.

19.    **Intraoffice Conferences.**  Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  The firm invoiced only 2.20 hours for time entries describing intraoffice conferences, and the Fee Examiner makes no recommendation for a related fee reduction.

20.    **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary."  The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing

and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*. All but six of the activity descriptions in the Fee Application were sufficiently detailed. The Fee Examiner requested that PwC provide the requisite detail in all time entries in future fee applications.

21.    **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner did not identify any time entries describing administrative activities.

22.    **Clerical Activities.** Clerical activities are tasks that may be effectively performed by administrative assistants, secretaries, or support personnel[6] or support tasks for which the firm charged a rate greater than the market rate for such work. The Fee Examiner did not identify any entries describing clerical activities.

23.    **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. The Fee Examiner did not identify any billing entries describing travel by firm timekeepers.

24.    **PwC Retention/Compensation.** The vast majority of time invoiced by PwC to hourly matters related to retention/compensation. The firm invoiced 84.90 hours with associated fees of $25,229.50 to prepare the firm's retention documents and applications for compensation, which computes to approximately 75% of the hourly fees billed by the firm; the entries were provided to the firm in **Exhibit C** to the Preliminary Report. Included in this amount was approximately 42.25 hours

---

[6] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates). These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

and associated fees of $10,866.50 described as editing time entries in the "time consolidator" program. In prior reports, the Fee Examiner questioned the "time consolidator" entries as potentially administrative, and PwC responded with a detailed explanation of the nature of the work performed and the fact that the billing requirements in the bankruptcy proceeding are very different than the firm's usual practice. The Fee Examiner noted that unfamiliarity with the billing requirements of the bankruptcy court does not exempt a case professional from full compliance with the rules. This is the fourth application filed by PwC in this matter yet the firm continued to bill significant fees to the estate for the preparation of editing time entries. The Fee Examiner requested a full and detailed explanation from PwC as to why such fees are appropriate after preparing three prior applications.

In response, PwC complied with the Fee Examiner's request and provided a lengthy explanation that distinguished the fee entry and invoice work performed by firm timekeepers that was unique to the bankruptcy matter and outside the firm's ordinary billing practices. The Fee Examiner acknowledges that PwC is not a law firm and not accustomed to fulfilling the requirements of the Bankruptcy Court. Nonetheless, the preparation of fee applications is not meant to be a profit center for bankruptcy professionals. The Fee Examiner will continue to monitor the hours and fees devoted to firm invoices and time entries and will make a recommendation to the Court when reporting on PwC's final fee application. The Fee Examiner expects evidence of economies-of-scale as the firm and individual timekeepers adapt to the bankruptcy requirements. As an example, the templates referred to in the firm's response should all be prepared so no additional template fees should be required.

The Fee Examiner makes no recommendation for a fee reduction at this time. Exhibit C is included with this report for the Court's reference.

### Review of Expenses

25.    **Itemization of Expenses.**   The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual

incurring the charge, if available." *Local Rule 2016-2(e)(i-ii)*.  The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*.  PwC provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.  The Fee Examiner found no non-compliant or otherwise objectionable expense items.

## CONCLUSION

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above.  The Fee Examiner recommends the approval of fees in the amount of $376,721.50 and reimbursement of expenses in the amount of $1,701.50 for the period from September 1, 2009 through November 30, 2009.

Respectfully submitted,

**STUART MAUE**

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 23rd day of June, 2011.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

William T. England, Esq.
PricewaterhouseCoopers LLP
One North Wacker
Chicago, IL  60606

W. Andrew Dalton

### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
### COMPUTED AT STANDARD RATES

### PricewaterhouseCoopers LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | | FEES COMPUTED |
|---|---|---|---|---|---|---|---|
| JLKR | Krueger, Janet L. | PARTNER | $625.00 | $625.00 | 1.00 | | $625.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $625.00 | | 1.00 | | $625.00 |
| | | | | | % of Total: 0.94% | % of Total: | 1.85% |
| JTWI | Winks, J. Timothy | SR. MANAG DIREC | $600.00 | $600.00 | 0.50 | | $300.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $600.00 | | 0.50 | | $300.00 |
| | | | | | % of Total: 0.47% | % of Total: | 0.89% |
| ACSM | Smith, Andrea Clark | DIRECTOR | $550.00 | $550.00 | 8.40 | | $4,620.00 |
| WJOZ | Jozaitis, William | DIRECTOR | $450.00 | $450.00 | 1.50 | | $675.00 |
| SBDA | Danton, Stephen B. | DIRECTOR | $450.00 | $450.00 | 1.50 | | $675.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $523.68 | | 11.40 | | $5,970.00 |
| | | | | | % of Total: 10.68% | % of Total: | 17.70% |
| DDRO | Drobac, Dan | SR. MANAGER | $425.00 | $425.00 | 2.00 | | $850.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $425.00 | | 2.00 | | $850.00 |
| | | | | | % of Total: 1.87% | % of Total: | 2.52% |
| ACSM | Smith, Andrea Clark | MANAGER | $550.00 | $550.00 | 3.40 | | $1,870.00 |
| AKOL | Olson, Andrew K. | MANAGER | $320.00 | $320.00 | 1.00 | | $320.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $497.73 | | 4.40 | | $2,190.00 |
| | | | | | % of Total: 4.12% | % of Total: | 6.49% |
| SMFI | Finseth, Shonda M. | SR. ASSOCIATE | $290.00 | $290.00 | 69.10 | | $20,039.00 |
| EEBR | Brandt, Erin E. | SR. ASSOCIATE | $290.00 | $290.00 | 4.00 | | $1,160.00 |
| JASP | Spahn, Justin A. | SR. ASSOCIATE | $330.00 | $330.00 | 2.00 | | $660.00 |

EXHIBIT A

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

### PricewaterhouseCoopers LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 3 | Blended Rate for Position: | $291.07 | | 75.10 | $21,859.00 |
| | | | % of Total: | | 70.38% | % of Total: 64.82% |
| SMST | Stendahl, Subashi M. | ASSOCIATE | $225.00 | $225.00 | 3.90 | $877.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $225.00 | | 3.90 | $877.50 |
| | | | % of Total: | | 3.66% | % of Total: 2.60% |
| JARO | Rosa, Juan Antonio | PROF ASSISTANT | $125.00 | $125.00 | 4.90 | $612.50 |
| FKUR | Kurniawan, Fannie | PROF ASSISTANT | $125.00 | $125.00 | 3.50 | $437.50 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $125.00 | | 8.40 | $1,050.00 |
| | | | % of Total: | | 7.87% | % of Total: 3.11% |
| | Total No. of Billers: 13 | Blended Rate for Report: | $316.04 | | 106.70 | $33,721.50 |

EXHIBIT C

PRICEWATERHOUSECOOPERS RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Brandt, E | 4.00 | 1,160.00 |
| Drobac, D | 2.00 | 850.00 |
| Finseth, S | 57.30 | 16,617.00 |
| Kurniawan, F | 3.50 | 437.50 |
| Rosa, J | 4.90 | 612.50 |
| Smith, A | 7.30 | 4,015.00 |
| Spahn, J | 2.00 | 660.00 |
| Stendahl, S | 3.90 | 877.50 |
| | 84.90 | $25,229.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Monthly, Interim and Final Fee Applications | 84.90 | 25,229.50 |
| | 84.90 | $25,229.50 |

EXHIBIT C  PAGE 1 of 9

EXHIBIT C

PRICEWATERHOUSECOOPERS RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 09/01/09 Tue | Finseth, S 112009-40/30 | 0.40 | 0.40 | 116.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H00017: IMPORT THE REVISED TA REPORT INTO THE JULY 2009 CONSOLIDATOR AND RECONCILE. |
| 09/01/09 Tue | Finseth, S 112009-40/31 | 0.80 | 0.80 | 232.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H00016: REVIEW THE JULY 2009 WIP RECONCILIATION, WIP LT, AND TA REPORT. REQUEST NEW TA REPORT. |
| 09/02/09 Wed | Finseth, S 112009-40/29 | 0.20 | 0.20 | 58.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H0001: REVIEW THE JULY 2009 WIP RECONCILIATION. |
| 09/03/09 Thu | Rosa, J 112009-40/28 | 2.50 | 2.50 | 312.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H0001: PREPARE THE JULY 2009 EXPENSE CONSOLIDATOR. |
| 09/09/09 Wed | Finseth, S 112009-40/22 | 0.60 | 0.60 | 174.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H005: REVIEW THE JULY 2009 EXPENSE CONSOLIDATOR AND SEND EMAIL CORRESPONDENCE TO JUSTIN SPAHN (PWC) WITH OPEN ITEMS. |
| 09/09/09 Wed | Finseth, S 112009-40/24 | 3.50 | 3.50 | 1,015.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H0003: REVIEW THE JULY 2009 TIME CONSOLIDATOR;<br>2  DETAILED TIME DESCRIPTIONS, BILLING CATEGORIES, AND WIP RECONCILIATION. |
| 09/09/09 Wed | Finseth, S 112009-40/25 | 0.50 | 0.50 | 145.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H0002: REVIEW THE JULY 2009 TIME CONSOLIDATOR WIP AND TA RECONCILIATION. |
| 09/09/09 Wed | Finseth, S 112009-40/26 | 0.20 | 0.20 | 58.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H0001: EMAIL CORRESPONDENCE WITH DAN DROBAC (PWC) REGARDING THE WBS CODES AND CATEGORIES. UPDATE THE JULY 2009 CONSOLIDATOR ACCORDINGLY. |
| 09/10/09 Thu | Finseth, S 112009-40/19 | 3.00 | 3.00 | 870.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H0003: UPDATE THE JULY 2009 CONSOLIDATOR, PREPARE THE NARRATIVE, AND RE-RUN THE EXHIBITS. |
| 09/10/09 Thu | Finseth, S 112009-40/21 | 0.80 | 0.80 | 232.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H001: REVIEW EMAIL FROM JUSTIN SPAHN (PWC) AND UPDATE THE CONSOLIDATOR WITH THE BILLING CATEGORY INFORMATION PROVIDED. |
| 09/10/09 Thu | Stendahl, S 112009-40/27 | 0.20 | 0.20 | 45.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H001: REVIEW THE JULY 2009 ACCESS DATABASE AND TROUBLESHOOT QUERIES. |
| 09/14/09 Mon | Finseth, S 112009-40/15 | 0.80 | 0.80 | 232.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H001: FINALIZE THE JULY 2009 MONTHLY FEE APPLICATION NARRATIVE. |
| 09/14/09 Mon | Finseth, S 112009-40/17 | 0.80 | 0.80 | 232.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H001: REVISE THE JULY 2009 NARRATIVE AND THE EXHIBITS BASED UPON FEEDBACK FROM DAN DROBAC (PWC). |

EXHIBIT C  PAGE 2 of 9

EXHIBIT C

PRICEWATERHOUSECOOPERS RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|----------------|-------------|-------|------|-------------|
| 09/15/09 Tue | Finseth, S 112009-40/14 | 0.50 | 0.50 | 145.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H002: REVIEW THE JULY 2009 CONSOLIDATOR AND TRANSFERRED HOURS. |
| 09/15/09 Tue | Smith, A 112009-40/23 | 3.10 | 3.10 | 1,705.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H004: REVIEW THE JULY 2009 DRAFT NARRATIVE AND EXHIBITS. |
| 09/17/09 Thu | Finseth, S 112009-40/12 | 1.60 | 1.60 | 464.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H004: FINALIZE THE JULY 2009 MONTHLY FEE APPLICATION. |
| 09/17/09 Thu | Finseth, S 112009-40/13 | 0.20 | 0.20 | 58.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H003: PREPARE EMAIL TO DAN DROBAC (PWC) REGARDING THE JULY 2009 MONTHLY FEE APPLICATION. |
| 09/21/09 Mon | Smith, A 112009-40/20 | 0.30 | 0.30 | 165.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H002: REVIEW THE JULY 2009 FEE APPLICATION AND DISTRIBUTE TO THE PARTNER FOR REVIEW. |
| 09/23/09 Wed | Finseth, S 112009-40/11 | 0.60 | 0.60 | 174.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H001: REVIEW THE AUGUST 2009 WIP DETAILS AND PREPARE EMAIL TO JUAN ROSA (PWC) REGARDING TRANSFERS. |
| 09/28/09 Mon | Spahn, J 112009-40/18 | 1.00 | 1.00 | 330.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H004: PREPARE AND REVIEW THE AUGUST 2009 TIME DETAILS. |
| 09/29/09 Tue | Finseth, S 112009-40/9 | 0.10 | 0.10 | 29.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H003: FINALIZE THE JULY 2009 FEE STATEMENT. |
| 09/29/09 Tue | Finseth, S 112009-40/10 | 0.50 | 0.50 | 145.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H002: FINALIZE THE JULY 2009 MONTHLY FEE APPLICATION AND CREATE THE JULY FEE STATEMENT. |
| 09/30/09 Wed | Spahn, J 112009-40/16 | 1.00 | 1.00 | 330.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  0909H002: PREPARE AND REVIEW THE AUGUST 2009 TIME DETAILS. |
| 10/01/09 Thu | Finseth, S 112009-40/65 | 1.50 | 1.50 | 435.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  1009H0004: ASSEMBLE THE AUGUST 2009 CONSOLIDATOR AND RECONCILE TO THE TA AND WIP LT. |
| 10/01/09 Thu | Rosa, J 112009-40/63 | 0.50 | 0.50 | 62.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  1009H0001: REVIEW AND FINALIZE THE AUGUST 2009 EXPENSE CONSOLIDATOR. |
| 10/02/09 Fri | Finseth, S 112009-40/60 | 2.00 | 2.00 | 580.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1  1009H0004: COMPLETE THE AUGUST 2009 WIP RECON AND BEGIN TO ASSEMBLE THE CONSOLIDATOR AND UPDATE THE PERSONNEL TAB. |

EXHIBIT C  PAGE 3 of 9

EXHIBIT C

PRICEWATERHOUSECOOPERS RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 10/02/09 Fri | Finseth, S 112009-40/62 | 0.50 | 0.50 | 145.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0002: MEETING WITH JUSTIN SPAHN (PWC) TO REVIEW THE AUGUST 2009 WIP HOURS. |
| 10/02/09 Fri | Finseth, S 112009-40/64 | 2.50 | 2.50 | 725.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0005: REVIEW THE AUGUST 2009 WIP RECONCILIATION. |
| 10/02/09 Fri | Rosa, J 112009-40/61 | 0.50 | 0.50 | 62.50 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0003: REVIEW AND FINALIZE THE AUGUST 2009 EXPENSE CONSOLIDATOR. |
| 10/03/09 Sat | Finseth, S 112009-40/58 | 1.40 | 1.40 | 406.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0002: RECONCILE THE JUNE 2009 TIME DETAILS WITHIN THE CONSOLIDATOR TO REVISED TA REPORT AND THE WIP LT. |
| 10/03/09 Sat | Finseth, S 112009-40/59 | 1.00 | 1.00 | 290.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0001: ASSEMBLE THE CATEGORIES PROVIDED BY JUSTIN SPAHN (PWC) INTO THE AUGUST 2009 CONSOLIDATOR. |
| 10/06/09 Tue | Finseth, S 112009-40/54 | 1.00 | 1.00 | 290.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0002: REVIEW THE AUGUST 2009 EXPENSE RECONCILIATION. |
| 10/06/09 Tue | Finseth, S 112009-40/55 | 0.80 | 0.80 | 232.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0001: PREPARE THE AUGUST 2009 EXHIBITS. |
| 10/06/09 Tue | Finseth, S 112009-40/56 | 1.90 | 1.90 | 551.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0002: REVIEW THE AUGUST 2009 DETAIL TIME DESCRIPTIONS AND BEGIN TO CREATE THE EXHIBITS. |
| 10/06/09 Tue | Finseth, S 112009-40/57 | 1.30 | 1.30 | 377.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0001: ASSEMBLE THE CATEGORIES PROVIDED BY JUSTIN SPAHN (PWC) INTO THE AUGUST 2009 CONSOLIDATOR. |
| 10/07/09 Wed | Finseth, S 112009-40/49 | 0.70 | 0.70 | 203.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0005: FINALIZE REVIEW OF THE AUGUST 2009 EXPENSE CONSOLIDATOR AND UPDATE NARRATIVE. |
| 10/07/09 Wed | Finseth, S 112009-40/51 | 0.20 | 0.20 | 58.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0003: REVIEW THE AUGUST 2009 EXPENSE CONSOLIDATOR. |
| 10/07/09 Wed | Finseth, S 112009-40/52 | 0.80 | 0.80 | 232.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0002: PREPARE THE AUGUST 2009 NARRATIVE. |
| 10/07/09 Wed | Finseth, S 112009-40/53 | 1.80 | 1.80 | 522.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H0001: FINALIZE THE AUGUST 2009 TIME CONSOLIDATOR AND PREPARE THE EXHIBITS. |

EXHIBIT C  PAGE 4 of 9

EXHIBIT C

PRICEWATERHOUSECOOPERS RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 10/08/09 Thu | Finseth, S 112009-40/47 | 2.00 | 2.00 | 580.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H007: ASSEMBLE THE SEPTEMBER 2009 TIME CONSOLIDATOR. |
| 10/08/09 Thu | Finseth, S 112009-40/48 | 0.40 | 0.40 | 116.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H006: REVIEW THE SEPTEMBER 2009 WIP LT BEGIN TO PREPARE THE TIME CONSOLIDATOR. |
| 10/08/09 Thu | Smith, A 112009-40/50 | 1.50 | 1.50 | 825.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H004: REVIEW THE AUGUST 2009 MONTHLY FEE APPLICATION AND EXHIBITS. |
| 10/09/09 Fri | Finseth, S 112009-40/32 | 0.30 | 0.30 | 87.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H002: REVIEW THE TIME CONSOLIDATOR WITH JUSTIN SPAHN (PWC). |
| 10/09/09 Fri | Finseth, S 112009-40/33 | 2.00 | 2.00 | 580.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H001: COMPLETE THE SEPTEMBER 2009 WIP RECON AND BEGIN TO ASSEMBLE THE CONSOLIDATOR AND UPDATE THE PERSONNEL TAB. |
| 10/09/09 Fri | Finseth, S 112009-40/46 | 0.70 | 0.70 | 203.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H001: REVISE THE AUGUST 2009 MONTHLY FEE APPLICATIONS BASED UPON FEEDBACK RECEIVED FROM DAN DROBAC AND RON COOK (PWC). FINALIZE THE AUGUST 2009 FEE APPLICATION. |
| 10/13/09 Tue | Stendahl, S 112009-40/44 | 1.30 | 1.30 | 292.50 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H003: BEGIN TO DRAFT THE THIRD INTERIM FEE APPLICATION. |
| 10/13/09 Tue | Stendahl, S 112009-40/45 | 0.30 | 0.30 | 67.50 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H002: COMPLETE FIRST DRAFT OF THE THIRD INTERIM FEE APPLICATION AND TABLES. |
| 10/14/09 Wed | Smith, A 112009-40/100 | 1.00 | 1.00 | 550.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1109H005: FINAL REVIEW OF THE AUGUST 2009 FEE STATEMENT, NARRATIVE AND EXHIBITS. DISTRIBUTE TO COUNSEL FOR FILING WITH COURT. |
| 10/14/09 Wed | Stendahl, S 112009-40/42 | 1.80 | 1.80 | 405.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H005: REVISE THE AUGUST 2009 FEES BASED ON UPON REVIEW, RUN REVISED EXHIBITS, UPDATE NARRATIVE, AND UPDATE THIRD INTERIM FEE APPLICATION. |
| 10/14/09 Wed | Stendahl, S 112009-40/43 | 0.30 | 0.30 | 67.50 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H004: REVIEW REVISIONS FROM ANDREA CLARK SMITH (PWC) REGARDING THE AUGUST 2009 FEE APPLICATION. |
| 10/15/09 Thu | Drobac, D 112009-40/40 | 2.00 | 2.00 | 850.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H007: REVIEW THE AUGUST 2009 MONTHLY FEE APPLICATION AND FINALIZE. |
| 10/15/09 Thu | Smith, A 112009-40/41 | 0.30 | 0.30 | 165.00 | 1 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1009H006: FINALIZE THE AUGUST 2009 MONTHLY FEE APPLICATION AND DISTRIBUTE TO COUNSEL. |

EXHIBIT C  PAGE 5 of 9

EXHIBIT C

PRICEWATERHOUSECOOPERS RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 10/21/09 Wed | Rosa, J 112009-40/39 | 0.70 | 0.70 | 87.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1009H008: REVIEW THE REVISED SEPTEMBER TA REPORT AND INCORPORATE INTO THE TIME CONSOLIDATOR. |
| 10/26/09 Mon | Brandt, E 112009-40/38 | 1.50 | 1.50 | 435.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1009H009: ANALYZE AND REVIEW TIME DESCRIPTIONS AND EXPENSES RELATED TO THE SEPTEMBER 2009 MONTHLY FEE APPLICATION.<br>2 DRAFT EMAIL AND SENT TO TEAM. |
| 10/26/09 Mon | Smith, A 112009-40/99 | 0.30 | 0.30 | 165.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H0006: CONSULTATION WITH TEAM REGARDING BILLING STATUS AND FEE AUDITOR INQUIRIES. |
| 10/27/09 Tue | Brandt, E 112009-40/37 | 1.50 | 1.50 | 435.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1009H0010: ANALYZE AND PREPARE EMAIL REGARDING MISSING TIME DESCRIPTIONS AND DATES FOR THE SEPTEMBER 2009 MONTHLY FEE APPLICATION. |
| 10/27/09 Tue | Kurniawan, F 112009-40/36 | 1.00 | 1.00 | 125.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1009H0011: REVIEW THE REVISED TIME DESCRIPTIONS AND INCORPORATE INTO THE SEPTEMBER 2009 TIME CONSOLIDATOR. |
| 10/28/09 Wed | Brandt, E 112009-40/35 | 1.00 | 1.00 | 290.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1009H0012: REVIEW MISSING TIME PROVIDED BY TEAM<br>2 AND SEND UPDATE EMAIL REGARDING THE SEPTEMBER 2009 MONTHLY FEE APPLICATION. |
| 10/30/09 Fri | Rosa, J 112009-40/34 | 0.70 | 0.70 | 87.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1009H0013: REVIEW THE SEPTEMBER 2009 EXPENSE CONSOLIDATOR. |
| 11/03/09 Tue | Finseth, S 112009-40/102 | 2.40 | 2.40 | 696.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H0003: REVIEW THE SEPTEMBER 2009 TIME CONSOLIDATOR AND REVIEW EPIQ FOR FILING DATES. |
| 11/04/09 Wed | Finseth, S 112009-40/98 | 0.20 | 0.20 | 58.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H0007: PREPARE FOLLOW UP EMAIL TO JUSTIN SPAHN (PWC) REGARDING ADDENDUM AND THE SEPTEMBER 2009 MONTHLY FEE APPLICATION. |
| 11/04/09 Wed | Finseth, S 112009-40/101 | 0.80 | 0.80 | 232.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H0004: REVIEW THE SEPTEMBER 2009 EXPENSE CONSOLIDATOR. |
| 11/07/09 Sat | Finseth, S 112009-40/97 | 0.30 | 0.30 | 87.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H0010: EMAIL COMMUNICATIONS AND FOLLOW UP WITH JUSTIN SPAHN (PWC) TO DISCUSS THE SEPTEMBER AND OCTOBER 2009 MONTHLY FEE APPLICATIONS. |
| 11/10/09 Tue | Finseth, S 112009-40/96 | 3.00 | 3.00 | 870.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H0011: INPUT THE REVISED TA AND WIP LT REPORT INTO THE SEPTEMBER 2009 CONSOLIDATOR, RECONCILE, AND CREATE THE EXHIBITS. |
| 11/10/09 Tue | Kurniawan, F 112009-40/94 | 0.50 | 0.50 | 62.50 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H0013: INPUT THE OCTOBER 2009 REPORTS FOR THE TRIBUNE TIME CONSOLIDATOR. |

EXHIBIT C  PAGE 6 of 9

EXHIBIT C

PRICEWATERHOUSECOOPERS RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 11/11/09 Wed | Finseth, S 112009-40/90 | 1.10 | 1.10 | 319.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H003: CONTINUE TO UPDATE THE PERSONNEL TAB AND PREPARE THE EXHIBITS FOR THE SEPTEMBER 2009 FEE APPLICATION. |
| 11/11/09 Wed | Finseth, S 112009-40/91 | 0.30 | 0.30 | 87.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H002: UPDATE THE PERSONNEL TAB WITH PROMOTIONS AND NEW PERSONNEL FOR THE SEPTEMBER 2009 FEE APPLICATION. |
| 11/11/09 Wed | Finseth, S 112009-40/92 | 1.40 | 1.40 | 406.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H001: TROUBLESHOOT THE SEPTEMBER 2009 ACCESS DATABASE FOR EXHIBITS B1, B2, AND C2 TO PREPARE THE MONTHLY FEE APPLICATION. |
| 11/11/09 Wed | Finseth, S 112009-40/93 | 0.20 | 0.20 | 58.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H014: PREPARE THE SEPTEMBER 2009 EXHIBITS. |
| 11/11/09 Wed | Finseth, S 112009-40/95 | 2.00 | 2.00 | 580.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H012: RECONCILE THE OCTOBER 2009 TIME CONSOLIDATOR TO THE TA AND WIP LT. |
| 11/12/09 Thu | Finseth, S 112009-40/88 | 0.80 | 0.80 | 232.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H005: UPDATE THE SEPTEMBER 2009 TIME AND EXPENSE CONSOLIDATORS, REVISE EXHIBITS, AND PREPARE FOR REVIEW. |
| 11/12/09 Thu | Finseth, S 112009-40/89 | 1.30 | 1.30 | 377.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H004: PREPARE THE SEPTEMBER 2009 MONTHLY FEE APPLICATION NARRATIVE. |
| 11/12/09 Thu | Kurniawan, F 112009-40/87 | 1.00 | 1.00 | 125.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H006: PREPARE THE OCTOBER 2009 EXPENSE CONSOLIDATOR. |
| 11/16/09 Mon | Smith, A 112009-40/69 | 0.80 | 0.80 | 440.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H003: REVIEW THE SEPTEMBER 2009 FEE STATEMENT (NARRATIVE, EXHIBITS, TIME & EXPENSE DETAILS). |
| 11/18/09 Wed | Finseth, S 112009-40/82 | 1.90 | 1.90 | 551.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H003: REVISE THE SEPTEMBER 2009 EXHIBITS AND MONTHLY FEE APPLICATION NARRATIVE BASED UPON REVIEW FROM ANDREA CLARK SMITH (PWC). SEND EMAIL TO TEAM FOR REVIEW. |
| 11/18/09 Wed | Finseth, S 112009-40/83 | 0.20 | 0.20 | 58.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H002: COMMUNICATIONS WITH ERIKA RIVERS (PWC) REGARDING THE UPDATED CONSOLIDATOR WITH THE FEE AUDITOR OBSERVATIONS. |
| 11/18/09 Wed | Finseth, S 112009-40/84 | 0.40 | 0.40 | 116.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H001: COMMUNICATIONS WITH ALINA WONG (PWC) REGARDING THE OCTOBER MONTHLY FEE APPLICATION AND THE FEE AUDITOR REPORT. |
| 11/24/09 Tue | Finseth, S 112009-40/70 | 0.50 | 0.50 | 145.00 | MATTER NAME: Monthly, Interim and Final Fee Applications<br>1 1109H004: REVIEW THE OCTOBER 2009 EXPENSE CONSOLIDATOR. |

EXHIBIT C  PAGE 7 of 9

EXHIBIT C

PRICEWATERHOUSECOOPERS RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 11/24/09 Tue | Finseth, S 112009-40/71 | 0.60 | 0.60 | 174.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1 1109H003: REVIEW AND REVISE THE OCTOBER 2009 TIME CONSOLIDATOR. |
| 11/24/09 Tue | Finseth, S 112009-40/72 | 0.80 | 0.80 | 232.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1 1109H002: REVIEW THE EPIQ FOR THE FIRST INTERIM HEARING DATE AND PREPARE EMAIL REGARDING STATUS TO WILLIAM ENGLAND (PWC). |
| 11/24/09 Tue | Finseth, S 112009-40/73 | 1.20 | 1.20 | 348.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1 1109H001: REVIEW THE OCTOBER 2009 TIME CONSOLIDATOR SENT BY JUSTIN SPAHN (PWC) AND UPDATE REQUIRED FIELDS. |
| 11/24/09 Tue | Kurniawan, F 112009-40/76 | 1.00 | 1.00 | 125.00 | *MATTER NAME: Monthly, Interim and Final Fee Applications*<br>1 1109H002: ADD TIME DETAILS TO THE OCTOBER 2009 TIME CONSOLIDATOR. |
| Total | | | 84.90 | $25,229.50 | |
| Number of Entries: | 82 | | | | |

EXHIBIT C  PAGE 8 of 9

EXHIBIT C

PRICEWATERHOUSECOOPERS RETENTION/COMPENSATION

PricewaterhouseCoopers LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Brandt, E | 4.00 | 1,160.00 |
| Drobac, D | 2.00 | 850.00 |
| Finseth, S | 57.30 | 16,617.00 |
| Kurniawan, F | 3.50 | 437.50 |
| Rosa, J | 4.90 | 612.50 |
| Smith, A | 7.30 | 4,015.00 |
| Spahn, J | 2.00 | 660.00 |
| Stendahl, S | 3.90 | 877.50 |
| | 84.90 | $25,229.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Monthly, Interim and Final Fee Applications | 84.90 | 25,229.50 |
| | 84.90 | $25,229.50 |

EXHIBIT C  PAGE 9 of 9