# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JUNE 27, 2011 AT 10:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

## CLOSING ARGUMENTS

1. Post-Trial Brief in Support of Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as modified April 26, 2011) (Filed May 11, 2011) (Docket No. 8897)

    Answering Brief Due: May 20, 2011 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Reply Brief Due: May 27, 2011 at 4:00 p.m.

Responses Received:

(a) Notice of Filing of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as modified April 26, 2011) (Filed April 26, 2011) (Docket No. 8769)

(b) Second Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries (Filed May 11, 2011) (Docket No. 8882)

(c) Department of Labor's Letter Brief Regarding DCL Plan (Filed May 11, 2011) (Docket No. 8890)

(d) Joinder of TM Retirees to the Post Trial Brief of the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. in Support of Confirmation of the Second Amended Plan of Reorganization for Tribune Company and Its Subsidiaries (as modified April 26, 2011) (Filed May 11, 2011) (Docket No. 8895)

(e) Notice of Filing of Exhibit A to Letter Brief of the Secretary of the United States Department of Labor in Furtherance of her Objection to the Confirmation of the Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. – Docket No. 8890 (Filed May 13, 2011) (Docket No. 8910)

(f) Notice of Filing of Page 68 of Post-Trial Brief (Filed May 23, 2011) (Docket No. 8975)

(g) Post-Trial Reply Brief in Support of Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as modified April 26, 2011) (Filed May 27, 2011) (Docket No. 9021)

46429/0001-7604880v3

(h) Proposed Findings of Fact and Conclusions of Law in Support of Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (Filed June 3, 2011) (Docket No. 9062)

(i) Errata to Post-Trial Brief in Support of Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as modified April 26, 2011) [Docket No. 8897, Filed May 11, 2011] (Filed June 7, 2011) (Docket No. 9189)

(j) Third Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plans of Reorganization Proposed for Tribune Company and its Subsidiaries (Filed June 21, 2011) (Docket No. 9298)

(k) Errata to Proposed Findings of Fact and Conclusions of Law in Support of Confirmation of Second Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as modified April 26, 2011) [Docket No. 9062, Filed June 3, 2011] (Filed June 22, 2011) (Docket No. 9310)

Status: This matter will be going forward.

2. [Redacted] Post-Trial Brief of the Noteholder Plan Proponents (Part I) (Filed May 11, 2011) (Docket No. 8898) and [Redacted] Post-Trial Brief of the Noteholder Plan Proponents (Part II – FCC Supplement) (Filed May 11, 2011) (Docket No. 8899)

Answering Brief Due: May 20, 2011 at 4:00 p.m.
Reply Brief Due: May 27, 2011 at 4:00 p.m.

Responses Received:

(a) [Redacted] Notice of Filing of Corrected Table of Authorities (Filed May 17, 2011) (Docket No. 8928)

46429/0001-7604880v3

(b) Notice of Filing of Third Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by Aurelius Capital Management, LP, on behalf of its Managed Entities, Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, Law Debenture Trust Company of New York, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, and Wilmington Trust Company, in its Capacity as Successor Indenture Trustee for the PHONES Notes (Filed May 17, 2011) (Docket No. 8929)

(c) Post-Trial Brief of the Noteholder Plan Proponents (Part I) (Filed May 17, 2011) (Docket No. 8932)

(d) [Redacted] Post-Trial Brief of the Noteholder Plan Proponents (Part II – FCC Supplement) (Filed May 17, 2011) (Docket No. 8933)

(e) Post-Trial Reply Brief of the Noteholder Plan Proponents (Filed May 27, 2011) (Docket No. 9022)

(f) [Redacted] The Noteholder Plan Proponents' Proposed Findings of Fact and Conclusions of Law (FCC Supplement) (Filed June 3, 2011) (Docket No. 9063)

(g) [Redacted] The Noteholder Plan Proponents' Proposed Findings of Fact (Filed June 3, 2011) (Docket No. 9064)

(h) [Redacted] The Noteholder Plan Proponents' Proposed Conclusions of Law (Filed June 4, 2011) (Docket No. 9065)

(i) Letter to Chief Judge Carey from David M. Zensky Regarding Proposed Findings of Fact and Conclusions of Law (Filed June 4, 2011) (Docket No. 9067)

(j) [Redacted] The Noteholder Plan Proponents' Notice of Filing of Corrected Table of Authorities (Filed June 8, 2011) (Docket No. 9202)

(k) The Noteholder Plan Proponents' Proposed Findings of Fact (Filed June 14, 2011) (Docket No. 9246)

(l) The Noteholder Plan Proponents' Proposed Conclusions of Law (Filed June 14, 2011) (Docket No. 9247)

(m) [Redacted] The Noteholder Plan Proponents' Proposed Findings of Fact and Conclusions of Law (FCC Supplement) (Filed June 15, 2011) (Docket No. 9251)

(n) Errata Sheet with Respect to the Post-Trial Brief of the Noteholder Plan Proponents (Part I) (Filed June 21, 2011) (Docket No. 9287)

4

(o) Errata Sheet with Respect to the Post-Trial Reply Brief of the Noteholder Plan Proponents (Filed June 21, 2011) (Docket No. 9288)

(p) Errata Sheet with Respect to the Noteholder Plan Proponents' Proposed Findings of Fact (Filed June 21, 2011) (Docket No. 9289)

(q) Errata Sheet with Respect to the Noteholder Plan Proponents' Proposed Conclusions of Law (Filed June 21, 2011) (Docket No. 9290)

Status: This matter will be going forward.

3. [Redacted] Post-Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES (Filed May 12, 2011) (Docket No. 8900)

Answering Brief Due: May 20, 2011 at 4:00 p.m.
Reply Brief Due: May 27, 2011 at 4:00 p.m.

Responses Received:

(a) Post-Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES (Filed May 17, 2011) (Docket No. 8931)

(b) [Redacted] Supplemental Proposed Findings of Fact and Conclusions of Law of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of the Noteholder Plan Proponents (Filed June 3, 2011) (Docket No. 9058)

(c) Post-Confirmation Hearing Brief of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES (Filed June 16, 2011) (Docket No. 9268)

(d) Supplemental Proposed Findings of Fact and Conclusions of Law of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of the Noteholder Plan Proponents (Filed June 16, 2011) (Docket No. 9271)

Status: This matter will be going forward.

4. Responses Received/Related Documents to all Post-Trial Briefs

(a) Samuel Zell's Letter Brief Regarding Objection to Proposed Plans of Reorganization (Filed May 11, 2011) (Docket No. 8884)

(b) EGI-TRB LLC's Joinder to Samuel Zell's Letter Brief (Filed May 11, 2011) (Docket No. 8885)

(c) Certain Directors and Officers' Letter Brief Regarding (1) Objections to the Creditors' Trusts in the DCL and Noteholder Plans and (2) Objections to the DCL Plan's Proposed Bar Order (Filed May 11, 2011) (Docket No. 8888)

(d) Mark W. Hianik, John Birmingham, Tom E. Ehlmann, and Peter A. Knapp's Joinder to May 11, 2011 Letter Brief Regarding Objections of Certain Current and Former Officers and Directors (Filed May 11, 2011) (Docket No. 8889)

(e) Letter Reply to the Honorable Chief Judge Carey from Daniel H. Golden relating to Third Party Letter Confirmation Objections to the Noteholder Plan (Filed May 20, 2011) (Docket No. 8960)

(f) Letter Reply to the Honorable Chief Judge Carey from David M. LeMay relating to Third Party Letter Briefs (Filed May 20, 2011) (Docket No. 8963)

(g) Letter Brief of Samuel Zell (Filed June 2, 2011) (Docket No. 9046)

(h) Letter Brief to Judge Kevin J. Carey from George R. Dougherty, counsel to Certain Directors and Officers (Filed June 6, 2011) (Docket No. 9100)

Status: This matter will be going forward.

Dated: June 23, 2011

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By: */s/ Norman L. Pernick*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

6

46429/0001-7604880v3