IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
|                                          | )  |                                                   |
|------------------------------------------|----|---------------------------------------------------|
| In re:                                   | )  | Chapter 11                                        |
|                                          | )  |                                                   |
| TRIBUNE COMPANY, et al.,                 | )  | Case No. 08-13141 (KJC)                           |
|                                          | )  |                                                   |
| Debtors.                                 | )  | Jointly Administered                              |
|                                          | )  |                                                   |
|                                          | )  | Hearing Date: June 28, 2011 at 10:00 a.m.         |
|                                          | )  | Objection Deadline: June 21, 2011 at 4:00 p.m.    |
|                                          | )  |                                                   |
|                                          | )  | Related ECF No. 9068                              |
|                                          | )  |                                                   |

------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION AND CERTIFICATION OF COUNSEL
REGARDING REVISED PROPOSED ORDER GRANTING MOTION OF
AURELIUS CAPITAL MANAGEMENT, LP FOR AUTHORIZATION
TO FILE CERTAIN PORTIONS OF PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW UNDER SEAL**

I, Amanda M. Winfree, an associate with the law firm of Ashby & Geddes, P.A., counsel to Aurelius Capital Management, LP ("Aurelius"), hereby certify the following:

1. On June 3, 2011, the Noteholder Plan Proponents filed under seal the following documents: (i) *The Noteholder Plan Proponents' Proposed Findings of Fact* [ECF No. 9064] (the "FOF"); (ii) *The Noteholder Plan Proponents' Proposed Conclusions of Law* [ECF No. 9065] (the "COL"); and (iii) *The Noteholder Plan Proponents' Proposed Findings of Fact and Conclusions of Law (FCC Supplement)* [ECF No. 9063] (the "FCC Supplement"). Contemporaneously therewith, Aurelius also filed, on behalf of the Noteholder Plan Proponents, the *Motion of Aurelius Capital Management, LP for Authorization to File Certain Portions of Proposed Findings of Fact and Conclusions of Law Under Seal* [ECF No. 9068] (the "Motion to Seal").

{00530240;v1}

2. Subsequently, after consulting with various parties, the Noteholder Plan Proponents filed the FOF and COL in unredacted form on June 14, 2011 [ECF Nos. 9246, 9247], and the FCC Supplement in redacted form on June 15, 2011 [ECF No. 9251].

3. As the FOF and COL have been filed publicly on the docket in unredacted form, the relief sought in the Motion to Seal now concerns only the FCC Supplement.

4. Pursuant to the Notice of Motion [ECF No. 9068], any objections or responses to the Motion to Seal were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. on June 21, 2011.

5. As of the date hereof, the undersigned counsel has not been served with any objections or responses to the Motion to Seal. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion to Seal have been filed.

6. Attached hereto as Exhibit 1 is a blackline of the proposed form of order, which has been revised simply to reflect its application to the FCC Supplement. Aurelius, on behalf of the Noteholder Plan Proponents, therefore respectfully requests that the Court enter the clean revised proposed order attached hereto as Exhibit 2 at the Court's earliest convenience.

Dated: Wilmington, Delaware
June 23, 2011

                                        **ASHBY & GEDDES, P.A.**

*/s/ Amanda M. Winfree*
William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Aurelius Capital Management, LP*

{00530240;v1}