# EXHIBIT 1

## [Blackline Revised Order]

{00530240;v1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            )
In re:                                                      )   Chapter 11
                                                            )
TRIBUNE COMPANY, et al.,                                    )   Case No. 08-13141 (KJC)
                                                            )
         Debtors.                                           )   Jointly Administered
                                                            )
                                                            )   **Related ECF Nos. 9063~~, 9064, & 9065~~, & 9068**
------------------------------------------------------------x

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to File Certain Portions of the Proposed Findings of Facts and Conclusions of Law Under Seal* (the "Motion to Seal");[1] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED to the extent set forth herein; and

2. Aurelius Capital Management, LP is hereby granted permission to file under seal certain portions of the ~~*Proposed Findings of Fact and Conclusions of Law of the Noteholder Plan Proponents* [ECF Nos. 9064 and 9065] and the~~ FCC Supplement [ECF No. 9063] in the form of the Redacted FCC Supplement [ECF No. 9251].

Dated: June ____, 2011

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

{00530240;v1}