# **EXHIBIT 2**

**[Clean Revised Order]**

{00530240;v1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                              )
In re:                                        )   Chapter 11
                                              )
TRIBUNE COMPANY, et al.,                      )   Case No. 08-13141 (KJC)
                                              )
           Debtors.                           )   Jointly Administered
                                              )
                                              )   Related ECF Nos. 9063 & 9068
------------------------------------------------------------x
```

## ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to File Certain Portions of the Proposed Findings of Facts and Conclusions of Law Under Seal* (the "Motion to Seal");[2] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED to the extent set forth herein; and

2. Aurelius Capital Management, LP is hereby granted permission to file under seal certain portions of the FCC Supplement [ECF No. 9063] in the form of the Redacted FCC Supplement [ECF No. 9251].

Dated: June ____, 2011

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

{00530240;v1}