IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
In re:                          :  Chapter 11
                                :
TRIBUNE COMPANY, et al.,        :  Case No. 08-13141 (KJC)
                                :
          Debtors.              :  (Jointly Administered)
                                :
                                :  Related to Dkt. No. 9218
                                :
------------------------------- x

## CERTIFICATION OF NO OBJECTION [RE: DOCKET NO. 9218]

The undersigned hereby certifies that JPMorgan Chase Bank, N.A. ("JPMorgan"), on behalf of the Debtor/Committee/Lender Plan Proponents, has received no answer, objection or any other responsive pleading with respect to the **Motion of JPMorgan Chase Bank, N.A. for Entry of an Order Authorizing Filing Under Seal Portions of the Debtor/Committee/Lender Plan Proponents' Response to the (1) Motion of the Noteholder Plan Proponents to Admit Certain Documents and (2) Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the Phones Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents** [Docket No. 9218] (the "Motion") filed by JPMorgan with the United States Bankruptcy Court for the District of Delaware (the "Court") on June 9, 2011.  The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases.  Pursuant to the Notice of Motion and Hearing filed with the Motion, any objection or response to the Motion was to be filed and served no later than **4:00 p.m. (EDT) on June 21, 2011.**

RLF1 4075124v. 1

WHEREFORE, JPMorgan respectfully requests that an order, substantially in the form attached to the Motion and hereto as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

Dated: June 23, 2011
      Wilmington, Delaware

DAVIS POLK & WARDWELL LLP
Benjamin S. Kaminetzky
Elliot Moskowitz
Michael Russano
450 Lexington Avenue
New York, New York 10017
Telecopier: (212) 701 5800

-and-

RICHARDS, LAYTON & FINGER, P.A.

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telecopier: (302) 651-7701

*Counsel for JPMorgan Chase Bank, N.A.*