# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al.,[1] <br><br> Debtors. | Chapter 11 <br> Case No. 08-13141-KJC <br> Jointly Administered <br><br> Related to Docket Nos. 5083, 5267 and 5435 |

## CERTIFICATION OF COUNSEL REGARDING ORDER PARTIALLY SUSTAINING DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS AS IT RELATES TO CLAIM NO. 2236 OF EMC CORPORATION

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On July 19, 2010, the Debtors filed the *Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Objection") (Docket No. 5083)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

with the Court. On August 4, 2010, the Debtors filed the Notice of Submission of Proofs of Claim Regarding Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Docket No. 5267).

2. Among the claims identified on Exhibit G to the Objection was the claim filed by EMC Corporation against Chicago Tribune Company in the amount of $235,449.15, which was assigned Claim No. 2236 by the Bankruptcy Court-appointed claims agent, Epiq Bankruptcy Solutions, LLC (the "Claims Agent"). The Objection sought to reduce the amount of Claim No. 2236 to $16,784.07, in the aggregate, based on the records of the Debtors that showed such Claim had been previously satisfied in part. The Objection further sought to modify the Debtor, classification, and priority of Claim No. 2236, based on the records of the Debtors that showed such Claim represented liabilities of both Chicago Tribune Company and Los Angeles Times Communication LLC, and was not entitled to administrative expense priority, in part.

3. On August 12, 2010, Receivables Management Services, as agent for EMC Corporation, filed a response to the Objection (Docket No. 5360) (the "Response"). In the Response, EMC agreed that Claim No. 2236 had been previously satisfied in part and should be allocated between Chicago Tribune Company and Los Angeles Times Communications LLC. However, EMC contended the claim should be reduced to $27,459.97 in the aggregate, of which $474.76 was entitled to administrative priority and $26,985.21 was a general unsecured claim.

4. On August 19, 2010, the Court entered an Order Partially Sustaining Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims (Docket No. 5435), except as to Claim No. 2236 of EMC Corporation and certain other creditors enumerated therein.

5.    As a result of further discussions between EMC and Tribune regarding the Objection and an exchange of additional records, the parties have agreed that Claim No. 2236 should be modified and allowed as follows:

| Asserted | | | Modified | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | Priority/Class | Amount | Debtor | Priority/Class | Amount |
| Chicago Tribune Company | Administrative | $217,616.03 | Chicago Tribune Company | Administrative | $474.76 |
| | Unsecured | $17,833.12 | | Unsecured | $12,480.17 |
| | | | Los Angeles Times Communications LLC | Unsecured | $11,842.09 |
| | **Total** | **$235,449.15** | | **Total** | **$24,797.02** |

6.    Attached hereto as Exhibit A is a proposed **Order Partially Sustaining the Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 2236 of EMC Corporation** (the "Proposed Order"), which reflects the foregoing agreement of the parties. EMC Corporation has consented to the entry of the Proposed Order.

The Debtors respectfully request the Court enter the Proposed Order.

Dated: June 23, 2011

                                      SIDLEY AUSTIN LLP
                                      James F. Conlan
                                      Bryan Krakauer
                                      Kenneth P. Kansa
                                      Jillian K. Ludwig
                                      One South Dearborn Street
                                      Chicago, IL 60603
                                      Telephone: (312) 853-7000

                                      -and-

                                      COLE, SCHOTZ, MEISEL,
                                      FORMAN & LEONARD, P.A.

By: _____
                                      Norman L. Pernick (No. 2290)
                                      J. Kate Stickles (No. 2917)
                                      500 Delaware Avenue, Suite 1410
                                      Wilmington, DE 19801
                                      Telephone: (302) 652-3131

                                      ATTORNEYS FOR DEBTORS
                                      AND DEBTORS IN POSSESSION