IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| | : | **Related Docket Item: 9221** |
| Debtors. | : | |
| | : | |
| | : | |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 9221

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion of Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated, Pursuant to Bankruptcy Code Section 107(b) and Fed. R. Bankr. P. 9018, to File Under Seal the Objection of Merrill Lynch to the Noteholders' Motions and Admission of Certain Exhibits in Connection with the Plan Confirmation [D.I. 9220], which motion to seal was filed on June 9, 2011 at D.I. 9221 (the "Motion"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than June 21, 2011.

*[Signatures follow on next page]*

Dated: June 23, 2011

POTTER ANDERSON & CORROON LLP

*R. Stephen McNeill* (signature)

Laurie Selber Silverstein (DE No. 2396)
R. Stephen McNeill (DE No. 5210)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302)984-6000
Facsimile: (302) 658-1192

- and -

KAYE SCHOLER LLP
Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq.
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Attorneys for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

PAC-1017642