## EXHIBIT A

**Revised Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket Nos. 9010, 9243, 9286 and** ___ |

## ORDER SUSTAINING DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Forty-Fifth Omnibus (Substantive) Objection to Claims, by which the Debtors[2] request entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, modifying each of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

46429/0001-7704604v1

the Disputed Claims set forth on Exhibit A, Exhibit B, Exhibit C, Exhibit D, and Exhibit E attached hereto; and upon consideration of the Rodden Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the value of each of the Modified Amount Claims set forth on the attached Exhibit A is fixed and allowed at the dollar value listed under the column heading "Modified Amount;" and it is further

ORDERED that the value of the Modified Amount, Modified Debtor Claim set forth on the attached Exhibit B is fixed and allowed at the dollar value listed under the column heading "Modified Claim Amount" and such claim is reassigned to the Debtor specified under the column heading "Modified Debtor;" and it is further

ORDERED that the value of each of the Modified Amount, Modified Priority Claims set forth on the attached Exhibit C is fixed and allowed at the dollar value listed under the column heading "Modified Amount" and the priority of each of such claims is modified to the priority as indicated under the column heading "Modified Priority Status;" and it is further

ORDERED that the value of the Modified Amount, Reclassified Claim set forth on the attached Exhibit D is fixed and allowed at the dollar value listed under the column heading "Modified Amount" and the classification of such claims is modified to the classification specified under the column heading "Modified Classification Status;" and it is further

ORDERED that the value of the Modified Amount, Modified Debtor, Modified Priority Claim set forth on the attached <u>Exhibit E</u> is reduced and allowed at the dollar value listed under the column heading "Modified Amount," such claims is reassigned to the Debtor specified under the column heading "Modified Debtor," and the priority of such claims is modified to the priority specified under the column heading "Modified Priority Status;" and it is further

ORDERED, that solely with respect to the Debtors' Objections to Claim No. 6668 of Dun & Bradstreet, the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being July 26, 2011 at 1:00 p.m. (prevailing Eastern Time), or such other date and time as the Court directs or the parties consent, and the parties reserve all rights with respect to such Claim and the Objections thereto; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       June _____, 2011

                                      The Honorable Kevin J. Carey
                                      Chief United States Bankruptcy Judge

## EXHIBIT A

## Modified Amount Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 45: EXHIBIT A -- MODIFIED AMOUNT CLAIMS

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 1 ADAMS, JUSTIN<br>417 ROLLINS ST<br>FALLS CHURCH, VA 22046-4138 | 6689 | Tribune CNLBC, LLC | Unsecured | Undetermined | $80.00 | Liquidating claim to reflect Debtors' books and records. |
| 2 ASM CAPITAL, L.P.<br>TRANSFEROR: ABM JANITORIAL SERVICES<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 6330 | Los Angeles Times Communications LLC | Unsecured | $58,426.69 | $57,845.01 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 3 DOMINION DISTRIBUTION<br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | 3685 | Patuxent Publishing Company | Unsecured | $372.50 | $84.11 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| 4 RIVERSIDE COUNTY SCHOOLS<br>CREDIT UNION CUST<br>GRANT LEE DISMUKE IRA<br>5 BARQUE DR<br>CEDAR CREST, NM 87008-9481 | 6730 | Tribune Company | Unsecured | Undetermined | $1.08 | Liquidating claim to reflect Debtors' books and records. |
| | | | TOTAL | $58,799.19 | $58,010.20 | |

^ - Documentation supporting payments is available upon request to Debtors.

# EXHIBIT B

## Modified Amount, Modified Debtor Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 45: EXHIBIT B - MODIFIED AMOUNT, MODIFIED DEBTOR CLAIMS

| | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | AMOUNT | | DEBTOR | AMOUNT | REASON FOR MODIFICATION |
| 1 WHELAN-SFI<br>PO BOX 36607<br>CHARLOTTE, NC 28236 | 3514 | Baltimore Newspaper Networks, Inc. | $77,857.05 | | The Baltimore Sun Company | $77,090.47 | Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| | | | $77,857.05 | | | $77,090.47 | |

^ - Documentation supporting payments is available upon request to Debtors.

# EXHIBIT C

## Modified Amount, Modified Priority Claims

46429/0001-7704604v1

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 45: EXHIBIT C - MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS

| | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | PRIORITY STATUS | AMOUNT | REASON FOR MODIFICATION |
| 1 BOLDEN COMMUNICATION<br>LISA BOLDEN<br>2000 N CURSON AVE<br>LOS ANGELES, CA 90046 | 1306 | Chicago Tribune Company | Priority | $1,000.00 | Unsecured | $500.00 | Claimant asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. Claim is reduced for error in billing as confirmed by claimant. |
| 2 FEE, WALTER M.<br>C/O COOK & FRANKE S.C.<br>ATTN: VALERIE M. WILLIAMS, PARALEGAL<br>660 E. MASON STREET<br>MILWAUKEE, WI 53202 | 6664 | Tribune Company | Priority | $8,972.50 | Unsecured | $5,434.95 | Claim asserted priority under 11 U.S.C. § 507(a)(5). Services giving rise to the contribution were rendered more than 180 days prior to Petition Date. Claim reduced to claimants portion of payroll distribution. Difference is federal and state withholding taxes. |
| 3 KIMBER, DANIEL<br>4415 ROCKLAND PL<br>MONTROSE, CA 91020 | 6566 | Los Angeles Times Communications LLC | 503(b)(9)<br>Priority<br>Unsecured<br>Subtotal | $375.00<br>$375.00<br>$375.00<br>$1,125.00 | Unsecured | $375.00 | Claim is being reduced for duplication of liability owed in 503(b)(9) and Priority section of Proof of Claim. Claim asserted priority under 11 U.S.C. §507(a)(4) and §503(b)(9). Claimant was not an employee and services provided giving rise to the uncashed check were rendered more than 180 days prior to Petition Date. |
| 4 REMUS, GLORIA<br>1478 WAUKON CIR<br>CASSELBERRY, FL 32707 | 5792 | Orlando Sentinel Communications Company | Priority | Undetermined | Unsecured | $361.71 | Claim asserted priority under 11 U.S.C. §507(a)(4). Claim relates to liability that was rendered more than 180 days prior to Petition Date. Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. |
| | | | TOTAL | $11,097.50 | TOTAL | $6,671.66 | |

# EXHIBIT D

## Modified Amount, Reclassified Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 45: EXHIBIT D - MODIFIED AMOUNT, RECLASSIFIED CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASSIFICATION STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | GRAHAM, CHARLES<br>1003 SPARKS ST SW<br>ATLANTA, GA 30310-3311 | 6705 | Tribune Company | Secured | Undetermined | Unsecured | $120.96 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. Proof of Claim provides no statutory basis for priority or security interest. |
| | | | | TOTAL | $0.00 | TOTAL | $120.96 | |

# EXHIBIT E

## Modified Amount, Modified Debtor, Modified Priority Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 45: EXHIBIT E - MODIFIED AMOUNT, MODIFIED DEBTOR, MODIFIED PRIORITY CLAIMS

| NAME | CLAIM # | DEBTOR (ASSERTED) | CLASS | AMOUNT | DEBTOR (MODIFIED) | PRIORITY STATUS | AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 HOUSEPAD LLP<br>1500 CONRAD WEISER PARKWAY<br>WOMELSDORF, PA 19567 | 6162 | No Debtor Asserted | Priority | $7,175.00 | forsalebyowner.com corp. | Unsecured | $5,250.00 | Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. Claim previously satisfied in part.^ Modified amount reflects Debtors' books and records. |
| | | | TOTAL | $7,175.00 | | TOTAL | $5,250.00 | |

^ - Documentation supporting payments is available upon request to Debtors.

Page 1 of 1