# EXHIBIT 1

## Tribune Twenty-Third Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Manatt, Phelps & Phillips<br>695 Town Center Drive, 14th Floor<br>Costa Mesa, CA 92626<br>Contact: Clayton Friedman<br>714.338.2704<br>cfriedman@manatt.com | Marketing, Media and Advertising Counsel | $48,000.00 |
| Grund, Dagner PC<br>1660 Lincoln Street, Suite 2800<br>Denver, CO 80264<br>Contact: J. Grund<br>303.830.7770<br>jwgrund@gdnlaw.net | Litigation Counsel | $45,000.00 |