# Exhibit A

(i) Manatt's Prior Connection to Debtors' Chap 11 cases

In February-April 2011, Manatt served as co-counsel and represented Robert E. Bellack as a third party witness in connection with Debtors' Chap 11 case(s).

(ii) Entities that Manatt currently represents or has represented in the past 3 years.

Jeffrey S. Berg

Barclays Capital Real Estate Inc.
Deutsche Bank
- Deutsche Bank AG
- Deutsche Bank Mortgage Capital, LLC
J.P. Morgan Chase Bank, N.A.
- J.P. Morgan Securities LLP
- JP Morgan Investment Management
- Chase Paymentech Solutions, LLC
NBC/Universal
Sony Pictures Entertainment
- Sony Pictures Home Entertainment Inc.
- Sony Music Entertainment
- Sony Online Entertainment
- Sony/ATV
Twentieth Century Fox Television
- Fox Group/News Corp.
- FOX Broadcasting Co.
- Fox Sports Net
- Hulu LLC
- Sky Italia
Warner Bros.

Aegon Global Institutional Markets PLC, A Public Limited Liability Company
- Transamerica Life Insurance Company
- AEGON Direct Marketing Services Mexico SA de CV
- AEGON Financial Partners/TIIG
Allstate Life Insurance Company of New York
Banc Investment Group, LLC
Bank of America
Blue Shield of California
CapitalSource Finance, LLC
- CapitalSource Bank
- CapitalSource, Inc.
Chicago Fundamental Investment Partners
Citigroup
- Banamex USA
- Citi Community Capital
- Citi Residential Lending Inc.
- Citibank NA
- Citicorp North America, Inc.
- Citicorp USA, Inc.
Credit Suisse
- Credit Suisse Securities (USA) LLC

- CS Capital, LLC
Eaton Vance
Farallon Capital Management, LLC
Fidelity Investments
- Fidelity Real Estate Group
FIG Partners
- Fortress Investment Group
GE Capital Corp.
- GE Healthcare
- GE Licensing and Trading
GMAC Residential Funding Company
- General Motors Acceptance Corp.
GoldenTree Asset Management, LP
Goldman, Sachs & Co
- Goldman Sachs Urban Investment Group
- GSLM Capital Partners LLC
- GS Capital Partners 2000
The Hartford
- Hartford Life Insurance Company
ING North America Insurance Corporation
John Hancock Life Insurance Company
- John Hancock Life Insurance Company of New York
Kohlberg Kravis Roberts & Co.
Lehman Housing Capital, Inc.
Metropolitan Life Insurance Co.
Metropolitan West Asset Management LLC
Oaktree Capital Management, L.P.
PPM America Capital Partners
- PPM Private Equity Fund
Prudential Insurance Company of America, The
- Prudential Mortgage Capital Company
Rabobank, N.A.
Swiss Reinsurance Company
UBS
Wachovia Bank, N.A.
- Wachovia Corporation
Wells Fargo Bank, N.A
Wilmington Trust Co.
York Capital Management

Bank of New York, The
- Bank of New York Mellon
- BNY Mellon
First Interstate Bank of California

Mayer Brown LLP

Vertis Holdings, Inc.

Moelis Capital Partners

Deloitte LLP
- Deloitte Touche Tohmatsu Ltd.

Jones Day

Ace Ltd
Travelers Casualty and Surety Company of America
Zurich North America Commercial

American Express
AT&T
- AT&T Mobility
- AT&T Services, Inc
Cablevision Systems Corporation
Carl Karcher Enterprises, Inc.
- CKE Restaurants, Inc.
Carnival Corporation
Countrywide Bank, F.S.B
- Countrywide Home Loans, Inc.
Chrysler Financial
- DaimlerChrysler Financial Services Americas LLC
Walt Disney Travel Co., Inc.
Domino's Pizza
General Mills, Inc.
Johnson & Johnson
Lowe's Companies, Inc.
McDonald's Corporation
Pfizer, Inc.
Qwest Communications
Reckitt Benckiser Inc.
Toyota Motor North America, Inc.
- Toyota Financial Savings Bank
- Toyota Financial Services
- Toyota Motor Credit Corporation
- Toyota Motor Sales, U.S.A., Inc.
Time, Inc.
Viacom – MTV, BET

Washington Mutual Bank
- Washintong Mutual, FA
Pizza Hut

Arco Oil and Gas Company
- Atlantic Richfield Corporation
CBS Broadcasting, Inc.
- Sportsline.com, Inc.
CBS Radio Sales Company
- CBS Radio Stations, Inc.

TV Guide International, Inc.
- TV Guide Networks, LLC
US Bank, N.A.

Canyon Corporate Centre, Ltd.
Majestic Realty Co.

Citadel Investment Group
Hearst Corporation, The/First DataBank, Inc.