IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>**Related to ECF Nos. 8740, 9248 & 9335** |

### JOINDER OF AURELIUS CAPITAL MANAGEMENT, LP TO THE MOTION BY DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES AND WILMINGTON TRUST COMPANY IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES, TO CLARIFY, SUPPLEMENT OR MODIFY THIS COURT'S ORDER ENTERED APRIL 25, 2011 (ECF 8740) IN RESPECT TO STATE LAW CONSTRUCTIVE FRAUDULENT CONVEYANCE SUITS

Aurelius Capital Management, LP, on behalf of its managed entities ("Aurelius"), by and through its undersigned counsel, hereby joins (the "Joinder") in the motion [ECF No. 9248] (the "Motion") filed by Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of senior notes issued by Tribune Company, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for certain series of senior notes issued by Tribune Company, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES notes issued by Tribune Company (collectively, the "Movants"), for entry of an order clarifying, supplementing, or modifying the Court's *Order Granting (I) Relief From the Automatic Stay to the Extent the Automatic Stay Bars Commencement By Creditors of State Law Constructive Fraudulent Conveyance Claims to Recover Stock Redemption Payments Made to Step One Shareholders and Step Two Shareholders and (II) Leave From the Mediation Order to Permit Commencement of Litigation on Account of Such Claims*, dated April 25, 2011 [ECF No. 8740] (the "SLCFC Claims Order")

{00530489;v1}

to confirm that neither the automatic stay of Bankruptcy Code section 362 nor the provisions of the SLCFC Claims Order prevent the Movants from (i) moving to consolidate and/or coordinate of the SLCFC Litigations, including by moving for consolidation of the Federal SLCFC Litigations into one MDL proceeding in accordance with 28 U.S.C. § 1407 and (ii) in the event any one or more SLCFC Courts or parties do not agree to stay the litigation of the SLCFC Litigations, filing all appropriate responses in connection with any motions, pleadings, or orders filed in the SLCFC Litigations.[1]

Aurelius joins in the Movants' Motion on the basis set for therein and in the Reply in support of the Motion filed by the Movants on June 23, 2011 [ECF No. 9335] (the "Reply"). Aurelius reserves all rights to amend or supplement this Joinder.

**WHEREFORE**, Aurelius respectfully requests that the Court enter an order, substantially in the form attached as Exhibit A to the Reply, (1) confirming that neither the automatic stay of Bankruptcy Code section 362 nor the provisions of the SLCFC Claims Order prevent the Movants from (i) moving to consolidate and/or coordinate of the Federal SLCFC Litigations, including by moving for consolidation of the Federal SLCFC Litigations into one MDL proceeding in accordance with 28 U.S.C. § 1407 and (ii) in the event any one or more courts or parties do not implement and/or abide by the stay of the SLCFC Litigations, taking all appropriate actions in response to any order, pleading, motion, application, or other paper filed or served in the SLCFC Litigations and (2) granting the Movants any such other relief as the Court may deem just, proper and equitable.

---

[1] Each capitalized term used, but not defined, herein shall have the meaning ascribed to such term in the Motion.

{00530489;v1}

2

Dated: June 23, 2011

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ASHBY & GEDDES, P.A. |
| Daniel H. Golden | |
| David Zensky | /s/ William P. Bowden |
| Philip C. Dublin | William P. Bowden (I.D. No. 2553) |
| Abid Qureshi | Amanda M. Winfree (I.D. No. 4615) |
| Mitchell P. Hurley | Leigh-Anne M. Raport (I.D. No. 5055) |
| One Bryant Park | 500 Delaware Avenue, P.O. Box 1150 |
| New York, NY 10036 | Wilmington, DE 19899 |
| (212) 872-1000 | (302) 654-1888 |

*Counsel for Aurelius Capital Management, LP*