# EXHIBIT A

# AGREEMENT

*2005-2008 Project #123 E2*

# Los Angeles Times

202 West First Street
Los Angeles, CA 90012
213 237-5000

## AGREEMENT

DATE: January 26, 2005

Gentlemen:

We hereby appoint Corporate Tax Management, Inc., located at 9001 Airport Freeway, Suite 700, Ft. Worth, Texas 76180, as our agent to represent us in all negotiations with tax authorities, for the locations filed under these addresses, to achieve possible reductions and/or refunds in our personal property taxes:

| | |
|---|---|
| 2000 E. 8th St., L.A. County | 20000 Prairie St., L.A. County |
| 1375 Sunflower Ave., Orange County | 1376 W. South Coast Drive, Orange County |
| 202 W. 1st St., L.A. County | 220 W. 1st St., L.A. County |
| 213 S. Spring St, L.A. County | |

It is understood that we will make available to you such records and reports, as you deem necessary to perform the task. It is also understood that you will prepare the required applications for reassessment of our properties, attend all hearings and represent us before the Assessment Appeals Board, if necessary.

If the Company is involved in a sale and/or merger during our Agreement, the party and/or parties responsible for paying the property taxes during the tax years specified below, will be liable under the terms of this Agreement.

In consideration of your services regarding our compliance issues, we agree to pay the following amount under the terms and conditions stipulated above:

A Flat fee of $13,700 for return preparation and filing for the tax year 2005.

Audit support for tax years through 2005 will be billed separately at 25% of any tax savings generated by CTM over and above tax savings previously secured by CTM.

Los Angeles Times Communications, LLC       202 W. 1st Street       Los Angeles, CA 90012
(Firm/Name)                                  (Address)              (City)

_____        Controller         (213) 237-3804
(Signature of Officer)            (Title)            (Phone)

Accepted by CORPORATE TAX MANAGEMENT, INC.

_____, Its duly authorized agent.
Ray Fischer

AGREEMENT

DATE: May 2, 2006

Gentlemen:

We hereby appoint Corporate Tax Management, Inc., located at 9001 Airport Freeway, Suite 700, Ft. Worth, Texas 76180, as our agent to represent us in all negotiations with tax authorities, for the location filed under this address, to achieve possible reductions and/or refunds in our personal property taxes:

| | |
|---|---|
| 2000 E. 8th St., L.A. County | 20000 Prairie St., L.A. County |
| 1375 Sunflower Ave., Orange County | 1376 W. South Coast Drive, Orange County |
| 202 W. 1st St., L.A. County | 220 W. 1st St., L.A. County |
| 213 S. Spring St, L.A. County | |

It is understood that we will make available to you such records and reports, as you deem necessary to perform the task. It is also understood that you will prepare the required applications for reassessment of our properties, attend all hearings and represent us before the Assessment Appeals Board, if necessary.

If the Company is involved in a sale and/or merger during our Agreement, the party and/or parties responsible for paying the property taxes during the tax years specified below, will be liable under the terms of this Agreement.

In consideration of your services regarding our compliance issues, we agree to pay the following amount under the terms and conditions stipulated above:

A Flat fee of $13,700 for return preparation and filing for the tax year 2006.

Audit support for tax year through 2006 will be billed separately at 25% of any tax savings generated by CTM over and above tax savings previously secured by CTM.

Los Angeles Times Communications, LLC    202 W. 1st Street    Los Angeles, CA  90012
(Firm Name)                               (Address)            (City)

_____    Controller    (213) 237 5399
(Signature of Officer)         (Title)       (Phone)

Accepted by CORPORATE TAX MANAGEMENT, INC.

_____, Its duly authorized agent.
Ray Fischer



## CORPORATE TAX MANAGEMENT, INC.

### AGREEMENT

DATE: January 16, 2007

Gentlemen:

We hereby appoint Corporate Tax Management, Inc., located at 9001 Airport Freeway, Suite 700, Fort Worth, Texas 76180, as our agent to represent us in all negotiations with tax authorities, for the locations filed under this address, to achieve possible reductions and/or refunds in our personal property taxes:

| | |
|---|---|
| 2000 E. 8th St., L.A. County | 1375 Sunflower Ave., Orange County |
| 202 W. 1st St., L.A. County | 1376 W. South Coast Drive, Orange County |
| 213 S. Spring St., L.A. County | 220 W. 1st St., L.A. County |

It is understood that we will make available to you such records and reports, as you deem necessary to perform the task. It is also understood that you will prepare the required applications for reassessment of our properties, attend all hearings and represent us before the Assessment Appeals Board, if necessary.

If the Company is involved in a sale and/or merger during our Agreement, the party and/or parties responsible for paying the property taxes during the tax years specified below, will be liable under the terms of this Agreement.

In consideration of your services regarding our compliance issues, we agree to pay the following amount under the terms and conditions stipulated above:

A Flat fee of $13,700 for return preparation and filing for the tax year 2007.

Audit support for tax year through 2007 will be billed separately at 25% of any tax savings generated by CTM over and above tax savings previously secured by CTM.

| Los Angeles Times Communications, LLC | 202 W. 1st Street | Los Angeles, CA 90012 |
|---|---|---|
| (Firm Name) | (Address) | (City) |
| *(Signature of Officer)* | SVP/CEO | 213-237-2904 |
| | (Title) | (Phone) |

Accepted by Corporate Tax Management, INC.

_____, Its duly authorized Agent.
Ray Fischer

# AGREEMENT

DATE: December 20, 2007

Gentlemen:

We hereby appoint Corporate Tax Management, Inc., located at 9001 Airport Freeway, Suite 700, Ft. Worth, Texas 76180, as our agent to represent us in all negotiations with tax authorities, for the location filed under this address, to achieve possible reductions and/or refunds in our personal property taxes:

2000 E. 8th St., L.A. County
1375 Sunflower Ave., Orange County
202 W. 1st St., L.A. County

213 S. Spring St., L.A. County
1376 W. South Coast Drive, Orange County
220 W. 1st St., L.A. County

It is understood that we will make available to you such records and reports, as you deem necessary to perform the task. It is also understood that you will prepare the required applications for reassessment of our properties, attend all hearings and represent us before the Assessment Appeals Board, if necessary.

If the Company is involved in a sale and/or merger during our Agreement, the party and/or parties responsible for paying the property taxes during the tax years specified below, will be liable under the terms of this Agreement.

In consideration of your services regarding our compliance issues, we agree to pay the following amount under the terms and conditions stipulated above:

A Flat fee of $13,700 for return preparation and filing for the tax year 2008.

Audit support for tax years through 2008 will be billed separately at 25% of any tax savings generated by CTM over and above tax savings previously secured by CTM.

| Los Angeles Times Communications, LLC | 202 W. 1st Street | Los Angeles, CA 90012 |
|---|---|---|
| (Firm Name) | (Address) | (City) |

_____    _____    _____
(Signature of Officer)              (Title)                (Phone)

Accepted by CORPORATE TAX MANAGEMENT, INC.

_____, Its duly authorized agent.
Ray Fischer

# EXHIBIT B

# INVOICES



**ctmi**
Recover Your Lost Profits

9001 Airport Frwy., Suite 700
Ft. Worth, TX 76180
817-581-8777
www.ctmi.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/25/2011 | **4677** |

Federal ID# 45-0580021

**Main Contact**

Mr. John Perdigao
Los Angeles Times Communications, LLC
202 W. 1st Street
Los Angeles, CA 90012

| Terms | Project | Project State(s) | Year(s) |
|---|---|---|---|
| Due on receipt | LA Times #123 | CA | 2005-2008 |

| Item | Description | Savings | CTMI Fee | Amount Due |
|---|---|---|---|---|
| Personal Property Tax Services | Personal Property Audit<br>First installment billing, remainder to be invoiced when collected | 1229281.63 | 0.25 | 307,320.41 |
| | | | **Total** | **$307,320.41** |



**ctmi**
Recover Your Lost Profits

9001 Airport Frwy., Suite 700
Ft. Worth, TX 76180
817-581-8777
www.ctmi.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/21/2011 | 4742 |

Federal ID# 45-0580021

**Main Contact**

Mr. John Perdigao
Los Angeles Times Communications, LLC
202 W. 1st Street
Los Angeles, CA  90012

| Terms | Project | Project State(s) | Year(s) |
|---|---|---|---|
| Due on receipt | LA Times #123 | CA | 2005-2008 |

| Item | Description | Savings | CTMI Fee | Amount Due |
|---|---|---|---|---|
| Personal Property Tax Services | Personal Property Tax Audit - Final billing | 352,253.00 | 0.25 | 88,063.25 |

*31000 - 102700 - 91000 - 000526*

*ok to pay*
*[signature] 6/21/11*

*[signature] Chris Aveterson*

| | Total | $88,063.25 |
|---|---|---|

WIRE TRANSFER INSTRUCTIONS

PlainsCapital Bank
2323 Victory Avenue, Suite 300
Dallas, TX 75219

ABA – 111 322 994
Account – 3100030489
ACH notification – Mary Evans (mevans@ctmi.com)