IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
|                                    | )                                    |
|------------------------------------|----------------------------------|
| In re:                             | ) Chapter 11                     |
|                                    | )                                |
| TRIBUNE COMPANY, et al.,           | ) Case No. 08-13141 (KJC)        |
|                                    | )                                |
| Debtors.                           | ) Jointly Administered           |
|                                    | )                                |
|                                    | ) Related ECF Nos. 9063 & 9068   |

------------------------------------------------------------x

### ORDER

Upon consideration of the *Motion of Aurelius Capital Management, LP for Authorization to File Certain Portions of the Proposed Findings of Facts and Conclusions of Law Under Seal* (the "Motion to Seal");[2] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED to the extent set forth herein; and

2. Aurelius Capital Management, LP is hereby granted permission to file under seal certain portions of the FCC Supplement [ECF No. 9063] in the form of the Redacted FCC Supplement [ECF No. 9251].

Dated: June 24, 2011

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.