# EXHIBIT A

## Amended Claims

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | DUN & BRADSTREET C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 07/26/2010 | 08-13141 | 6624 | $184,701.66 | DUN & BRADSTREET C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 10/29/2010 | 08-13141 | 6668 | $195,268.79 |
| 2 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13162 | 3550 | $1,042.24* | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/28/2011 | 08-13162 | 6733 | $0.00 |
| 3 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13154 | 3551 | $7,908.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13154 | 6723 | $4,950.99 |
| 4 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13149 | 3553 | $786,215.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13149 | 6724 | $623,186.01 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A -- AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13145 | 3555 | $1,990,124.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13145 | 6725 | $1,862,865.35 |
| 6 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13143 | 3556 | $331,219.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13143 | 6726 | $296,812.84 |
| 7 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13142 | 3557 | $86.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13142 | 6727 | $5.92 |
| 8 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13141 | 3558 | $79,532,406.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13141 | 6716 | $33,191,055.53 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13163 | 3559 | $0.01* | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/28/2011 | 08-13163 | 6734 | $0.00 |
| | | | | | | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 04/01/2011 | 08-13163 | 6739 | $0.00 |
| 10 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13175 | 3561 | $123,824.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13175 | 6718 | $123,747.19 |
| 11 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13182 | 3562 | $564,781.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13182 | 6722 | $423,833.31 |
| 12 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13183 | 3563 | $10,507,176.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13183 | 6721 | $3,998,476.05 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13185 | 3564 | $16,604,445.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13185 | 6720 | $16,603,747.78 |
| 14 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13186 | 3565 | $0.01* | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 04/01/2011 | 08-13186 | 6736 | $0.00 |
| 15 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13203 | 3567 | $4,579.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13203 | 6719 | $3,405.31 |
| 16 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13217 | 3568 | $0.01* | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 04/01/2011 | 08-13217 | 6737 | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A -- AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13218 | 3569 | $0.01* | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 04/01/2011 | 08-13218 | 6738 | $0.00 |
| 18 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13226 | 3570 | $437,912.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13226 | 6717 | $331,127.60 |
| 19 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13228 | 3571 | $210,256.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13228 | 6715 | $162,874.56 |
| 20 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13229 | 3572 | $0.01* | STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | 04/01/2011 | 08-13229 | 6735 | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13232 | 3573 | $1,896,681.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13232 | 6714 | $47,483.13 |
| 22 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13233 | 3574 | $6,948,027.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13233 | 6713 | $5,494,930.20 |
| 23 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13235 | 3575 | $121,760.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13235 | 6712 | $104,206.49 |
| 24 FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13236 | 3576 | $261,047.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13236 | 6711 | $205,116.31 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 43: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/05/2009 | 08-13245 | 3577 | $5,321.01* | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 03/04/2011 | 08-13245 | 6710 | $4,380.29 |
| 26* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13225 | 6574 | $1,225.97* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/28/2010 | 08-13225 | 6667 | $5,901.42* |
| 27 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13165 | 6580 | $30,276.15* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/26/2011 | 08-13165 | 6686 | $31,276.15 |
| 28* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/26/2011 | 08-13165 | 6686 | $31,276.15 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/26/2011 | 08-13165 | 6750 | $30,276.15* |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 43: EXHIBIT A -- AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/28/2010 | 08-13225 | 6667 | $5,901.42* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 02/03/2011 | 08-13225 | 6688 | $1,411.48* |
| 30 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/14/2011 | 08-13141 | 6684 | $2,973,696.92 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/07/2011 | 08-13141 | 6741 | $745,114.92 |
| 31 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/04/2010 | 08-13223 | 6512 | $1,237,916.03 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/11/2011 | 08-13223 | 6746 | $48,901.16* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 43: EXHIBIT A -- AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 32 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 07/08/2010 | 08-13212 | 6559 | $1,165,614.00 | PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 02/25/2011 | 08-13212 | 6699 | $644,965.00 |

TOTAL $125,965,417.77

\* - Indicates claim contains unliquidated and/or undetermined amounts