# EXHIBIT B

## Late-Filed Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 43: EXHIBIT B – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13231 | Tribune Finance Service Center, Inc. | 10/06/2009 | 6273 | $575.76 | Late-Filed Claim |
| 2 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13144 | Baltimore Newspaper Networks, Inc. | 10/06/2009 | 6274 | $3,467.11 | Late-Filed Claim |
| 3 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13187 | Los Angeles Times Newspapers, Inc. | 10/06/2009 | 6275 | $5,833.76 | Late-Filed Claim |
| 4 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13211 | The Hartford Courant Company | 10/06/2009 | 6276 | $5,704.34 | Late-Filed Claim |
| 5 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13185 | Los Angeles Times Communications LLC | 10/06/2009 | 6277 | $2,358.00 | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 43: EXHIBIT B – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13198 | Orlando Sentinel Communications Company | 10/06/2009 | 6278 | $6,632.84 | Late-Filed Claim |
| 7 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13208 | Sun-Sentinel Company | 10/06/2009 | 6279 | $8,183.00 | Late-Filed Claim |
| 8 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13211 | The Hartford Courant Company | 10/06/2009 | 6280 | $6,610.84 | Late-Filed Claim |
| 9 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13212 | The Morning Call, Inc. | 10/06/2009 | 6281 | $3,692.45 | Late-Filed Claim |
| 10 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13210 | The Daily Press, Inc. | 10/06/2009 | 6282 | $3,133.12 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 43: EXHIBIT B – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13152 | Chicago Tribune Company | 10/06/2009 | 6283 | $1,137.48 | Late-Filed Claim |
| 12 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13208 | Sun-Sentinel Company | 10/06/2009 | 6284 | $2,291.27 | Late-Filed Claim |
| 13 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13212 | The Morning Call, Inc. | 10/06/2009 | 6285 | $1,364.32 | Late-Filed Claim |
| 14 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13198 | Orlando Sentinel Communications Company | 10/06/2009 | 6286 | $3,048.65 | Late-Filed Claim |
| 15 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13152 | Chicago Tribune Company | 10/06/2009 | 6287 | $13,836.52 | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 43: EXHIBIT B – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES, INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | 08-13152 | Chicago Tribune Company | 10/06/2009 | 6288 | $250.00 | Late-Filed Claim |
| 17 | BARCK, DOREEN L<br>3409 W. 175TH STREET<br>TORRANCE, CA 90504 | NO DEBTOR ASSERTED | No Debtor Asserted | 08/03/2009 | 6148 | $2,000.00 | Late-Filed Claim |
| 18 | CALIFORNIA STATE CONTROLLER'S OFFICE<br>300 CAPITOL MALL, SUITE 1850<br>SACRAMENTO, CA 95814 | 08-13141 | Tribune Company | 03/01/2011 | 6707 | $456,272.52 | Late-Filed Claim |
| 19 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 08-13235 | Tribune Media Net, Inc. | 07/08/2010 | 6561 | $337.00 | Late-Filed Claim |
| 20 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 08-13236 | Tribune Media Services, Inc. | 07/08/2010 | 6562 | $8,299.00 | Late-Filed Claim |
| 21 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 08-13187 | Los Angeles Times Newspapers, Inc. | 07/08/2010 | 6564 | $142.00 | Late-Filed Claim |
| 22 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 08-13235 | Tribune Media Net, Inc. | 02/25/2011 | 6697 | $1,443.22 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 43: EXHIBIT B – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 08-13236 | Tribune Media Services, Inc. | 02/25/2011 | 6698 | $4,829.00 | Late-Filed Claim |
| | | | | | TOTAL | $541,442.20 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts