# EXHIBIT D

## Modified Amount, Reclassified Claim

46429/0001-7704604v1

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 45: EXHIBIT D - MODIFIED AMOUNT, RECLASSIFIED CLAIMS

| | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | CLASSIFICATION STATUS | AMOUNT | REASON FOR MODIFICATION |
| 1 GRAHAM, CHARLES<br>1003 SPARKS ST SW<br>ATLANTA, GA 30310-3311 | 6705 | Tribune Company | Secured | Undetermined | Unsecured | $120.96 | Claim filed in undetermined amount with no supporting documentation. Liquidating claim to reflect Debtors books and records. Proof of Claim provides no statutory basis for priority or security interest. |
| | | | TOTAL | $0.00 | TOTAL | $120.96 | |

Page 1 of 1