**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TRIBUNE COMPANY, et al. | ) | Case No. 08-13141 (KJC) (Jointly Administered) |
| Debtors. | ) | **Re: Docket Nos. 9293 & 9294** |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE :
: SS.
NEW CASTLE COUNTY :

Robyn K. Sinclair, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 21st day of June, 2011 she caused a copy of the following to be served on the parties listed on the attached service lists as indicated:

- **Certain State Law Constructive Fraudulent Conveyance Defendants (1) Response to the Motion of Deutsche Bank Trust Company Americas, in its Capacity as Successor Indenture Trustee for Certain Series of Senior Notes, et al. to Clarify, Supplement or Modify this Courts Order Entered April 25, 2011 and (2) Cross-Motion for Related Relief with Respect to State Law Constructive Fraudulent Conveyance Suits [Dkt. No. 9293]**

- **Motion Pursuant to Del. Bankr. L.R. 9006-1 (E) for an Order Shortening Time for Notice of the Hearing to Consider the Cross-Motion of Certain State Law Constructive Fraudulent Conveyance Defendants to Clarify, Supplement or Modify this Court's Order Entered April 25, 2011 [Dkt. No. 9294]**

Robyn K. Sinclair, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 24th day of June, 2011.

LESLEY A. MORRIS
MY COMMISSION EXPIRES MARCH 22, 2013
NOTARY PUBLIC
STATE OF DELAWARE

Lesley A. Morris
Notary Public

**Service List 1**

**Via E-mail**

| |
|---|
| David M. Miles<br>Ronald S. Flagg<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>dmiles@sidley.com<br>rflagg@sidley.com |
| David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew Stein<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019<br>drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |
| Elizabeth Goldberg<br>Leonard Gerson<br>Christine Heri<br>Michael Schloss<br>**U.S. Department of Labor**<br>P.O. Box 1914<br>Washington, D.C. 20013<br>Goldberg.Elizabeth@dol.gov<br>Gerson.Leonard@dol.gov<br>Heri.Christine@dol.gov<br>Schloss.Michael@dol.gov |
| Jared A. Ellias<br>Gordon Z. Novod<br>Katherine S. Bromberg<br>Martin S. Siegel<br>Andrew Dash<br>**Brown Rudnick**<br>Seven Times Square<br>New York, NY 10036<br>jellias@brownrudnick.com<br>gnovod@brownrudnick.com<br>kbromberg@brownrudnick.com |

| |
|---|
| msiegel@brownrudnick.com<br>adash@brownrudnick.com |
| Alitia Faccone<br>Joseph T. Boccassini<br>**McCarter & English**<br>100 Mulberry Street<br>Newark, NJ 07102<br>afaccone@mccarter.com<br>jboccassini@mccarter.com |
| Andrew N. Goldfarb<br>Graeme W. Bush<br>James Sottile<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW<br>Ste 1000<br>Washington, DC 20036<br>agoldfarb@zuckerman.com<br>gbush@zuckerman.com<br>jsottile@zuckerman.com<br>acaridas@zuckerman.com |
| Andrew G. Gordon<br>David W. Brown<br>Elizabeth McColm<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>agordon@paulweiss.com<br>dbrown@paulweiss.com<br>emccolm@paulweiss.com |
| Andrew W. Hammond<br>Brian E. Fritz<br>David Hille<br>**White & Case LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>ahammond@whitecase.com<br>bfritz@whitecase.com<br>dhille@whitecase.com |
| Andrew J. Puglia Levy<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>2001 K Street, NW<br>Washington, DC 20006<br>alevy@paulweiss.com |
| Andrew N. Goldman |

| |
|---|
| Charles C. Platt<br>Dawn M. Wilson<br>**Wilmer Hale**<br>399 Park Avenue<br>New York, NY 10022<br>andrew.goldman@wilmerhale.com<br>charles.platt@wilmerhale.com<br>dawn.wilson@wilmerhale.com |
| Alexandra K. Nellos<br>David M. LeMay<br>Howard Seife<br>Marc D. Ashley<br>Thomas J. McCormack<br>Eric Przybylko<br>Douglas E. Deutsch<br>Robert A. Schwinger<br>**Chadbourne & Parke LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>anellos@chadbourne.com<br>dlemay@chadbourne.com<br>hseife@chadbourne.com<br>mashley@chadbourne.com<br>tmccormack@chadbourne.com<br>eprzybylko@chadbourne.com<br>ddeutsch@chadbourne.com<br>rschwinger@chadbourne.com |
| Abid Qureshi<br>Daniel Golden<br>Deborah Newman<br>David Zensky<br>Jason Goldsmith<br>Mitchell Hurley<br>Nancy Chung<br>Sunny Gulati<br>Christine Doniak<br>Brian Carney<br>Dawn Harrop<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036<br>aqureshi@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>jgoldsmith@akingump.com |

| |
|---|
| mhurley@akingump.com<br>nchung@akingump.com<br>sgulati@akingump.com<br>cdoniak@akingump.com<br>bcarney@akingump.com<br>dharrop@akingump.com |
| Brad B. Erens<br>**Jones Day**<br>77 West Wacker<br>Chicago, Illinois 60601<br>bberens@jonesday.com |
| Steven M. Bierman<br>Andrew D. Hart<br>**Sidley Austin LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>SBierman@Sidley.com<br>AHart@Sidley.com |
| Bryan Krakauer<br>Colleen M. Kenney<br>James F. Conlan<br>James W. Ducayet<br>Jen Peltz<br>Dale E. Thomas<br>Patrick Wackerly<br>James F. Bendernagel, Jr.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>bkrakaue@sidley.com<br>ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com<br>jpeltz@sidley.com<br>dthomas@sidley.com<br>pwackerly@sidley.com<br>jbendern@sidley.com |
| David Adler<br>**McCarter English**<br>245 Park Avenue<br>27th Floor<br>New York, NY 10167<br>dadler@mccarter.com |
| Daniel L. Cantor<br>Daniel Shamah<br>**O'Melveny & Myers LLP** |

| |
|---|
| 7 Times Square<br>New York, NY 10036<br>dcantor@omm.com<br>dshamah@omm.com |
| Evan D. Flaschen<br>**Bracewell & Giuliani LLP**<br>225 Asylum Street<br>Suite 2600<br>Hartford, CT 06103<br>evan.flaschen@bgllp.com |
| Howard J. Kaplan<br>Johnny Yeh<br>**Arkin Kaplan Rice LLP**<br>590 Madison Avenue<br>35th Floor<br>New York, NY 10022<br>hkaplan@arkin-law.com<br>jyeh@arkin-law.com |
| Joseph M. Drayton<br>Jonathan Agudelo<br>Jane Parver<br>Madlyn Primoff<br>**Kaye Scholer LLP**<br>425 Park Avenue<br>New York, NY  10022<br>jdrayton@kayescholer.com<br>jonathan.agudelo@kayescholer.com<br>jparver@kayescholer.com<br>mprimoff@kayescholer.com |
| Katharine L. Mayer<br>**McCarter English**<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>kmayer@mccarter.com |
| J. Kate Stickles<br>**Cole, Schotz, Meisel, Forman & Leonard, P.A.**<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801<br>kstickles@coleschotz.com |
| Kevin T. Lantry<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, California 90013<br>klantry@sidley.com |

| |
|---|
| Lynn DiPaola Marvin<br>**Jones Day**<br>222 East 41st Street<br>New York, New York 10017<br>lmarvin@jonesday.com |
| Laurie Silverstein<br>R. Stephen McNeill<br>**Potter Anderson & Corroon LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com |
| John Henry Schanne, II<br>David Stratton<br>**Pepper Hamilton LLP**<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899<br>schannej@pepperlaw.com<br>strattond@pepperlaw.com |
| Rachel Mauceri<br>**Morgan, Lewis & Bockius**<br>1701 Market St.<br>Philadelphia, PA 19103-2921<br>rmauceri@morganlewis.com |
| Menachem Zelmanovitz<br>**Morgan, Lewis & Bockius**<br>101 Park Avenue<br>New York, NY 10178<br>mzelmanovitz@morganlewis.com |

Charles Jackson
Deborah Davidson
Theodore Becker
Matthew A. Russell
James E. Bayles
Gregory P. Abrams
**Morgan, Lewis & Bockius**
77 West Wacker Dr.
Chicago, IL 60601
Charles.jackson@morganlewis.com
ddavidson@morganlewis.com
tbecker@morganlewis.com
marussell@morganlewis.com
jbayles@morganlewis.com
gabrams@morganlewis.com

Donald S. Bernstein
Elliot Moskowitz
Michael Russano
Sasha Polonsky
Benjamin S. Kaminetzky
Damian S. Schaible
Dennis E. Glazer
Karen Luftglass
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017
donald.bernstein@davispolk.com
elliot.moskowitz@davispolk.com
michael.russano@davispolk.com
sasha.polonsky@davispolk.com
ben.kaminetzky@davispolk.com
damian.schaible@davispolk.com
dennis.glazer@davispolk.com
karen.luftglass@davispolk.com

Andrew W. Vail
David J. Bradford
Douglas Sondgeroth
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654-3456
avail@jenner.com
dbradford@jenner.com
ssondgeroth@jenner.com

| Merideth S. Senter, Jr.<br>Rebecca L. Neumann<br>**Lerman Senter PLLC**<br>2000 K. Street, N.W.<br>Suite 600<br>Washington, D.C. 20006<br>msenter@lermansenter.com<br>rneumann@lermansenter.com |
| --- |
| Bruce Bennett<br>Joshua M. Mester<br>James O. Johnston<br>**Dewey & LeBoeuf**<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90071-1530<br>bbennett@dl.com<br>jmester@dl.com<br>jjohnston@dl.com |
| Maile H. Solis-Szukala<br>**Grippo & Elden LLC**<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>Msolis@grippoelden.com |

**Service List 2**

**Via Hand Delivery (Local) or Overnight Mail (Non-Local)**

Garvan F. McDaniel
**Bifferato Gentilotti LLC**
800 N. King Street, Plaza Level
Wilmington, Delaware

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Christine A. Montenegro
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, New York 10019