## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al. | ) Case No. 08-13141 (KJC) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Re: Docket No. 9309 |
| | ) |
| | ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE          :
                                              :  SS.
NEW CASTLE COUNTY     :

      Robyn K. Sinclair, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 22nd day of June, 2011 she caused a copy of the following to be served on the parties listed on the attached service lists as indicated:

     •    **Order Shortening Notice and Objection Periods and Scheduling a Hearing on Shortened Notice for Cross-motion of Certain State Law Constructive Fraudulent Conveyance Defendants to Clarify, Supplement or Modify This Court's Order Entered April 25, 2011 [Dkt. No. 9309]**

                                       Robyn K. Sinclair, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 24th day of June, 2011.

                                      Notary Public

*(Notary seal: LESLEY A. MORRIS, MY COMMISSION EXPIRES MARCH 22, 2013, NOTARY PUBLIC, STATE OF DELAWARE)*

RLF1 4081498v. 1

**Service List 1**

**Via E-mail**

| |
|---|
| David M. Miles<br>Ronald S. Flagg<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>dmiles@sidley.com<br>rflagg@sidley.com |
| David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew Stein<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019<br>drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |
| Elizabeth Goldberg<br>Leonard Gerson<br>Christine Heri<br>Michael Schloss<br>**U.S. Department of Labor**<br>P.O. Box 1914<br>Washington, D.C. 20013<br>Goldberg.Elizabeth@dol.gov<br>Gerson.Leonard@dol.gov<br>Heri.Christine@dol.gov<br>Schloss.Michael@dol.gov |
| Jared A. Ellias<br>Gordon Z. Novod<br>Katherine S. Bromberg<br>Martin S. Siegel<br>Andrew Dash<br>**Brown Rudnick**<br>Seven Times Square<br>New York, NY 10036<br>jellias@brownrudnick.com<br>gnovod@brownrudnick.com<br>kbromberg@brownrudnick.com |

| |
|---|
| msiegel@brownrudnick.com<br>adash@brownrudnick.com |
| Alitia Faccone<br>Joseph T. Boccassini<br>**McCarter & English**<br>100 Mulberry Street<br>Newark, NJ 07102<br>afaccone@mccarter.com<br>jboccassini@mccarter.com |
| Andrew N. Goldfarb<br>Graeme W. Bush<br>James Sottile<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW<br>Ste 1000<br>Washington, DC 20036<br>agoldfarb@zuckerman.com<br>gbush@zuckerman.com<br>jsottile@zuckerman.com<br>acaridas@zuckerman.com |
| Andrew G. Gordon<br>David W. Brown<br>Elizabeth McColm<br>**Paul, Weiss, Rifkind, Wharton &**<br>**Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>agordon@paulweiss.com<br>dbrown@paulweiss.com<br>emccolm@paulweiss.com |
| Andrew W. Hammond<br>Brian E. Fritz<br>David Hille<br>**White & Case LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>ahammond@whitecase.com<br>bfritz@whitecase.com<br>dhille@whitecase.com |
| Andrew J. Puglia Levy<br>**Paul, Weiss, Rifkind, Wharton &**<br>**Garrison LLP**<br>2001 K Street, NW<br>Washington, DC 20006<br>alevy@paulweiss.com |
| Andrew N. Goldman |

Charles C. Platt
Dawn M. Wilson
**Wilmer Hale**
399 Park Avenue
 New York, NY 10022
andrew.goldman@wilmerhale.com
charles.platt@wilmerhale.com
dawn.wilson@wilmerhale.com

Alexandra K. Nellos
David M. LeMay
Howard Seife
Marc D. Ashley
Thomas J. McCormack
Eric Przybylko
Douglas E. Deutsch
Robert A. Schwinger
**Chadbourne & Parke LLP**
30 Rockefeller Plaza
New York, NY 10112
anellos@chadbourne.com
dlemay@chadbourne.com
hseife@chadbourne.com
mashley@chadbourne.com
tmccormack@chadbourne.com
eprzybylko@chadbourne.com
ddeutsch@chadbourne.com
rschwinger@chadbourne.com

Abid Qureshi
Daniel Golden
Deborah Newman
David Zensky
Jason Goldsmith
Mitchell Hurley
Nancy Chung
Sunny Gulati
Christine Doniak
Brian Carney
Dawn Harrop
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
aqureshi@akingump.com
dgolden@akingump.com
djnewman@akingump.com
dzensky@akingump.com
jgoldsmith@akingump.com

mhurley@akingump.com
nchung@akingump.com
sgulati@akingump.com
cdoniak@akingump.com
bcarney@akingump.com
dharrop@akingump.com

Brad B. Erens
**Jones Day**
77 West Wacker
Chicago, Illinois  60601
bberens@jonesday.com

Steven M. Bierman
Andrew D. Hart
**Sidley Austin LLP**
787 Seventh Avenue
New York, New York 10019
SBierman@Sidley.com
AHart@Sidley.com

Bryan Krakauer
Colleen M. Kenney
James F. Conlan
James W. Ducayet
Jen Peltz
Dale E. Thomas
Patrick Wackerly
James F. Bendernagel, Jr.
**Sidley Austin LLP**
One South Dearborn
Chicago, Illinois 60603
bkrakaue@sidley.com
ckenney@sidley.com
jconlan@sidley.com
jducayet@sidley.com
jpeltz@sidley.com
dthomas@sidley.com
pwackerly@sidley.com
jbendern@sidley.com

David Adler
**McCarter English**
245 Park Avenue
27th Floor
New York, NY 10167
dadler@mccarter.com

Daniel L. Cantor
Daniel Shamah
**O'Melveny & Myers LLP**

7 Times Square
New York, NY 10036
dcantor@omm.com
dshamah@omm.com

Evan D. Flaschen
**Bracewell & Giuliani LLP**
225 Asylum Street
Suite 2600
Hartford, CT 06103
evan.flaschen@bgllp.com

Howard J. Kaplan
Johnny Yeh
**Arkin Kaplan Rice LLP**
590 Madison Avenue
35th Floor
New York, NY 10022
hkaplan@arkin-law.com
jyeh@arkin-law.com

Joseph M. Drayton
Jonathan Agudelo
Jane Parver
Madlyn Primoff
**Kaye Scholer LLP**
425 Park Avenue
New York, NY  10022
jdrayton@kayescholer.com
jonathan.agudelo@kayescholer.com
jparver@kayescholer.com
mprimoff@kayescholer.com

Katharine L. Mayer
**McCarter English**
405 N. King Street, 8th Floor
Wilmington, DE 19801
kmayer@mccarter.com

J. Kate Stickles
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
kstickles@coleschotz.com

Kevin T. Lantry
**Sidley Austin LLP**
555 West Fifth Street
Los Angeles, California 90013
klantry@sidley.com

| |
|---|
| Lynn DiPaola Marvin<br>**Jones Day**<br>222 East 41st Street<br>New York, New York  10017<br>lmarvin@jonesday.com |
| Laurie Silverstein<br>R. Stephen McNeill<br>**Potter Anderson & Corroon LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com |
| John Henry Schanne, II<br>David Stratton<br>**Pepper Hamilton LLP**<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899<br>schannej@pepperlaw.com<br>strattond@pepperlaw.com |
| Rachel Mauceri<br>**Morgan, Lewis & Bockius**<br>1701 Market St.<br>Philadelphia, PA 19103-2921<br>rmauceri@morganlewis.com |
| Menachem Zelmanovitz<br>**Morgan, Lewis & Bockius**<br>101 Park Avenue<br>New York, NY 10178<br>mzelmanovitz@morganlewis.com |

Charles Jackson
Deborah Davidson
Theodore Becker
Matthew A. Russell
James E. Bayles
Gregory P. Abrams
**Morgan, Lewis & Bockius**
77 West Wacker Dr.
Chicago, IL 60601
Charles.jackson@morganlewis.com
ddavidson@morganlewis.com
tbecker@morganlewis.com
marussell@morganlewis.com
jbayles@morganlewis.com
gabrams@morganlewis.com

Donald S. Bernstein
Elliot Moskowitz
Michael Russano
Sasha Polonsky
Benjamin S. Kaminetzky
Damian S. Schaible
Dennis E. Glazer
Karen Luftglass
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017
donald.bernstein@davispolk.com
elliot.moskowitz@davispolk.com
michael.russano@davispolk.com
sasha.polonsky@davispolk.com
ben.kaminetzky@davispolk.com
damian.schaible@davispolk.com
dennis.glazer@davispolk.com
karen.luftglass@davispolk.com

Andrew W. Vail
David J. Bradford
Douglas Sondgeroth
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654-3456
avail@jenner.com
dbradford@jenner.com
ssondgeroth@jenner.com

Merideth S. Senter, Jr.
Rebecca L. Neumann
**Lerman Senter PLLC**
2000 K. Street, N.W.
Suite 600
Washington, D.C. 20006
msenter@lermansenter.com
rneumann@lermansenter.com

Bruce Bennett
Joshua M. Mester
James O. Johnston
**Dewey & LeBoeuf**
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-1530
bbennett@dl.com
jmester@dl.com
jjohnston@dl.com

Maile H. Solis-Szukala
**Grippo & Elden LLC**
111 S. Wacker Drive
Chicago, IL 60606
Msolis@grippoelden.com

## Service List 2

### Via Hand Delivery (Local) or Overnight Mail (Non-Local)

Garvan F. McDaniel
**Bifferato Gentilotti LLC**
800 N. King Street, Plaza Level
Wilmington, Delaware

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Christine A. Montenegro
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, New York 10019