IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            )
In re:                                                      ) Chapter 11
                                                            )
TRIBUNE COMPANY, et al.,                                    ) Case No. 08-13141 (KJC)
                                                            )
         Debtors.                                           ) Jointly Administered
                                                            )
                                                            )
                                                            ) Related to ECF No. 9158
                                                            )
------------------------------------------------------------x

NOTICE OF WITHDRAWAL OF MOTION OF AURELIUS
CAPTIAL MANAGEMENT, LP FOR AUTHORIZATION TO FILE MOTION
OF THE NOTEHOLDER PLAN PROPONENTS TO ADMIT CERTAIN
DOCUMENTS UNDER SEAL

PLEASE TAKE NOTICE that Aurelius Capital Management, LP ("Aurelius"), by and through its undersigned counsel, hereby withdraws the *Motion of Aurelius Capital Management, LP for Authorization to File Motion of the Noteholder Plan Proponents to Admit Certain Documents Under Seal* [ECF No. 9158].

Dated: Wilmington, Delaware
June 27, 2011

                              **ASHBY & GEDDES, P.A.**

                              */s/ William P. Bowden*
                              William P. Bowden (I.D. No. 2553)
                              Amanda M. Winfree (I.D. No. 4615)
                              Leigh-Anne M. Raport (I.D. No. 5055)
                              500 Delaware Avenue, 8th Floor
                              P.O. Box 1150
                              Wilmington, DE 19899
                              (302) 654-1888

                              - and -

{00531148;v1}

Daniel H. Golden (admitted pro hac vice)
David M. Zensky (admitted pro hac vice)
Abid Qureshi (admitted pro hac vice)
Mitchell Hurley (admitted pro hac vice)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
(212) 872-1000

*Attorneys for Aurelius Capital Management, LP*