**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period April 1, 2011 through May 31, 2011**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 579.00 | $180,000.00 |
| **Subtotal - Fixed Fee Services** | **579.00** | **$180,000.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 5.00 | $2,250.00 |
| **Subtotal - Hourly Services** | **5.00** | **$2,250.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 6.20 | $2,188.00 |
| Monthly, Interim and Final Fee Applications | 25.30 | $7,551.50 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **31.50** | **$9,739.50** |
| | | |
| **Total Hours and Compensation** | **615.50** | **$191,989.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                   **Exhibit B**
**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period April 1, 2011 through May 31, 2011**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 579.00 | $180,000.00 |
| **Subtotal – Fixed Fee Services** | **579.00** | **$180,000.00** |
| **Total Hours and Compensation** | **579.00** | **$180,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period April 1, 2011 through May 31, 2011**

| Professional | Professional's Position | Hours |
|---|---|---|
| David W Pittman | Partner | 10.30 |
| Grant E Hellwarth | Partner | 6.00 |
| James M Maurer | Partner | 3.00 |
| John A Sandmeier | Partner | 2.00 |
| William T England | Partner | 34.00 |
| Betsy J Smith | Director | 4.30 |
| Christopher J King | Director | 1.00 |
| Shantanu Maitra | Director | 8.00 |
| Thomas L Koops | Director | 87.00 |
| Justin A Spahn | Manager | 63.50 |
| Melanie Lynn Rasskazov | Manager | 0.30 |
| Steven B Ockrim | Manager | 3.00 |
| Lydia Kuebler | Senior Associate | 2.20 |
| Sheri L York | Senior Associate | 94.00 |
| Ashwin Athreya S | Associate | 4.00 |
| Emily Busch | Associate | 112.50 |
| Guru Prasad | Associate | 0.80 |
| Kamalakannan Palanichamy | Associate | 0.50 |
| Mallikarjuna Golla | Associate | 0.50 |
| Manoj P | Associate | 1.00 |
| Melissa Mary Kirby | Associate | 94.50 |
| Rashmi Singh | Associate | 1.00 |
| Soumita Ghosh | Associate | 5.10 |
| Thomas Bradley Stutesman | Associate | 39.00 |
| William Frederick Beck | Associate | 0.50 |
| Michael Lawrence Komro | Professional Assistant | 1.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                          **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period April 1, 2011 through May 31, 2011**

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| **Total Hours Incurred during Compensation Period** | | | **579.00** |
| Total Hours Incurred prior to April 1, 2011 | | | 0.00 |
| **Total Hours Incurred through May 31, 2011** | | | **579.00** |
| | | | |
| **Total Fees - Payments Previously Requested for 2011 Consolidated Audit** | | | $0.00 |
| **Remaining Payments for 2011 Consolidated Audit** | | | $1,695,000.00 |
| **Total Fixed Fee for 2011 Consolidated Audit** | | | $1,695,000.00 |
| | | | |
| **Requested Payment - 2011 Consolidated Audit** | | 579.00 | $180,000.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services – 2011 Consolidated Audit – Summary of Hours by Subcategory**
**Summary of Hours – April 1, 2011 through May 31, 2011**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 298.80 |
| 3700 - Income Tax Process | 4.00 |
| 8700 - Completion | 13.50 |
| 2900 - Information Technology General Controls | 11.20 |
| 9700 - Interim Review Procedures | 251.50 |
| **Total Hours Incurred for the 2011 Consolidated Audit** | **579.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**        **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Professionals - Hourly Professional Services**
**For the Period April 1, 2011 through May 31, 2011**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Stephen B Danton | Director | $450 | 5.00 | $2,250.00 |
| **Subtotal - Claims Consulting Services** | | | **5.00** | **$2,250.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 1.50 | $825.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 4.70 | $1,363.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **6.20** | **$2,188.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 1.20 | $660.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 22.60 | $6,554.00 |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 1.50 | $337.50 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **25.30** | **$7,551.50** |
| **Total Hours and Compensation** | | | **36.50** | **$11,989.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date – Hourly Professional Services

For the Period April 1, 2011 through May 31, 2011

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 4/1/2011 | Stephen B Danton | Director | 0510H0001: Review and respond to email regarding penalty abatement and next steps. | $450.00 | 0.70 | $315.00 |
| 4/4/2011 | Stephen B Danton | Director | 0510H0002: Meeting with K. Cook (City Attorney) regarding penalty abatement. | $450.00 | 0.50 | $225.00 |
| 4/12/2011 | Stephen B Danton | Director | 0510H0003: Perform penalty abatement research. | $450.00 | 0.70 | $315.00 |
| 4/13/2011 | Stephen B Danton | Director | 0510H0004: Perform penalty abatement research/scheduling. | $450.00 | 0.40 | $180.00 |
| 4/14/2011 | Stephen B Danton | Director | 0510H0005: Meeting with K. Cook (City Attorney) regarding penalty abatement. | $450.00 | 0.70 | $315.00 |
| 5/3/2011 | Stephen B Danton | Director | 0510H0006: Meeting with K. Cook (City Attorney) regarding penalty reduction. | $450.00 | 0.50 | $225.00 |
| 5/4/2011 | Stephen B Danton | Director | 0510H0007: Review penalty reduction issues. | $450.00 | 0.40 | $180.00 |
| 5/5/2011 | Stephen B Danton | Director | 0510H0008: Meeting with K. Cook (City Attorney) regarding penalty reduction. | $450.00 | 1.10 | $495.00 |
| **Subtotal – Hours and Compensation for Claims Consulting Services** | | | | | **5.00** | **$2,250.00** |
| **Employment Applications and Other Court Filings** | | | | | | |
| 4/13/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0009: Review the Sixth Supplement Declaration for approval of the 2010 Audit Services to determine whether a revised Application is required. | $290.00 | 0.20 | $58.00 |
| 4/13/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0010: Teleconference with J. Spahn (PwC) regarding the addendum to the 2010 Audit Engagement Letter. | $290.00 | 0.70 | $203.00 |
| 4/26/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0011: Review the Seventh Supplemental Affidavit. | $290.00 | 3.00 | $870.00 |
| 4/26/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0012: Prepare the Eighth Supplemental Affidavit. | $290.00 | 0.30 | $87.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2011 through May 31, 2011**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 5/4/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0510H0013: Review the revised Eighth Supplemental Affidavit. | $550.00 | 0.20 | $110.00 |
| 5/5/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0510H0014: Review the revised Eighth Supplemental Affidavit. | $550.00 | 0.80 | $440.00 |
| 5/11/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0510H0015: Update the Eighth Supplemental Affidavit and distribute to the Partner for review. | $550.00 | 0.30 | $165.00 |
| 5/12/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0510H0016: Finalize the Eighth Supplemental Affidavit and distribute to Debtors' Counsel for filing. | $550.00 | 0.20 | $110.00 |
| 5/17/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0017: Teleconference with J. Spahn (PwC) regarding the Eighth Supplemental Application. | $290.00 | 0.50 | $145.00 |
| **Subtotal - Hours and Compensation for Employment Applications and Other Court Filings** | | | | | **6.20** | **$2,188.00** |

**Monthly, Interim and Final Fee Applications**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/1/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0018: Prepare the Ninth Interim Fee Application for submission to the Bankruptcy Court. | $290.00 | 1.70 | $493.00 |
| 4/1/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0019: Process revisions to the January through February 2011 Monthly Fee Application based upon review from A. Clark Smith (PwC). | $290.00 | 1.20 | $348.00 |
| 4/12/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0020: Prepare the Fee Auditor file and send to A. Dalton (Fee Auditor). | $290.00 | 0.50 | $145.00 |
| 4/12/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0021: Finalize the January through February 2011 Monthly Fee Application and distribute to the Partner for approval. | $290.00 | 0.30 | $87.00 |
| 4/13/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0022: Review and respond to email from P. Ratkowiak (Cole Schotz) regarding the January through February 2011 Monthly Fee Application. | $290.00 | 0.40 | $116.00 |
| 4/21/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0023: Prepare the March 2011 Monthly Fee Application for Court submission. | $290.00 | 2.00 | $580.00 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period April 1, 2011 through May 31, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/22/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0024: Prepare the March 2011 Monthly Fee Application for Court submission. | $290.00 | 2.40 | $696.00 |
| 4/27/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0025: Prepare the March 2011 expense consolidator. | $290.00 | 2.00 | $580.00 |
| 4/27/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0026: Prepare March 2011 Monthly Fee Application exhibits for Court submission. | $290.00 | 1.00 | $290.00 |
| 4/27/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0027: Prepare the March 2011 Monthly Fee Application for Court submission. | $290.00 | 2.80 | $812.00 |
| 4/27/2011 | Fannie Kurniawan | Associate (Bankruptcy) | 0510H0028: Update March 2011 Narrative and review. | $225.00 | 1.50 | $337.50 |
| 4/29/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0029: Finalize the March 2011 Fee Application for Court submission. | $290.00 | 2.00 | $580.00 |
| 5/2/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0510H0030: Review the March 2011 Monthly Fee Application for Court submission. | $550.00 | 0.30 | $165.00 |
| 5/5/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0510H0031: Review the March 2011 Monthly Fee Application for Court submission. | $550.00 | 0.50 | $275.00 |
| 5/6/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0032: Revise the March 2011 Monthly Fee Application based upon feedback from A. Clark Smith (PwC). | $290.00 | 2.90 | $841.00 |
| 5/9/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0033: Revise the March 2011 Monthly Fee Application to include the Forms 5500 and Related Filing. | $290.00 | 1.50 | $435.00 |
| 5/10/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0510H0034: Review the March 2011 Monthly Fee Application for Court submission. | $550.00 | 0.40 | $220.00 |
| 5/10/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0035: Revise the March 2011 Monthly Fee Application for Court submission based upon comments received from A. Clark Smith (PwC). | $290.00 | 1.00 | $290.00 |
| 5/17/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0510H0036: Revise the March 2011 Monthly Fee Application for court submission. | $290.00 | 0.90 | $261.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period April 1, 2011 through May 31, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| | | | Subtotal – Hours and Compensation for Monthly, Interim and Final Fee Applications | | 25.30 | $7,551.50 |
| | | | **Total Hours and Compensation** | | **36.50** | **$11,989.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                            **Exhibit D-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Summary of Expenditures by Project and Type**

**For the Period April 1, 2011 through May 31, 2011**

| Transaction Type | Total Expenditures |
|---|---|
| **2011 Consolidated Audit** | |
| Research | $1,250.00 |
| **Subtotal - 2011 Consolidated Audit** | **$1,250.00** |
| **Total Expenditures** | **$1,250.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1

Friday, June 10, 2011

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period April 1, 2011 through May 31, 2011**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| **2011 Consolidated Audit** | | | | |
| 3/31/2011 | PricewaterhouseCoopers | Research | 0511E0001: MARKET RESEARCH - FOR Q1 2011 COMPILATION REPORT ON TELEVISION REVENUE SURVEY. | $1,250.00 |
| Subtotal - 2011 Consolidated Audit | | | | $1,250.00 |
| **Total Expenditures** | | | | **$1,250.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.