## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: July 18, 2011 at 4:00 pm (ET)**<br>**Hearing Date:  Only If Objection Filed** |

### NOTICE OF APPLICATION

TO:    THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE
AND THE NOTICE PARTIES

The Twenty-Sixth Monthly Application of Stuart Maue as Fee Examiner for Allowance of
Compensation and Reimbursement of Expenses for the Period May 1, 2011 Through May 31, 2011 (the
"**Application**") has been filed with the Bankruptcy Court.  The Application seeks allowance of interim
fees in the amount of $31,865.00 and interim expenses in the amount of $175.95.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Objections to the relief requested in the Application, if any, are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before July 18, 2011, at 4:00 p.m. (ET) (the "**Objection Deadline**").

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline:  (i) co-counsel to the Debtors:  Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn:  Kenneth P. Kansa, Esq. and Jillian K. McClelland Esq.; and Cole, Schotz, Meisel, Forman & Leonard, P.A., 1000 N. West St., Suite 1200, Wilmington, DE 19801, Attn:  J. Kate Stickles, Esq. and Norman J. Pernick, Esq.; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent:  Edwards Angell Palmer & Dodge, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn:  Stuart M. Brown, Esq. and William E. Chapman, Jr., Esq. and Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5820, Attn:  Brian Trust, Esq. and Amit K. Trehan, Esq.; (iii) counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk & Wardell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn:  Donald S. Bernstein, Esq. and James A. Florack, Esq. and Richards, Layton & Finger, P.A., 920 N. King Street, P.O. Box 551 Wilmington, DE 19899-0511, Attn:  Mark D. Collins, Esq. and Katisha D. Fortune, Esq.; (iv) counsel to the Committee:  Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis, Esq. and Matthew B. McGuire, Esq. and Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, Attn:  Howard Seife, Esq. and David M. LeMay, Esq.; and (v) the Office of the United Sates Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn:  Joseph J. McMahon, Jr., Esq.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS AND COMMITTEE MEMBERS PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 [DOCKET NO. 225], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.  ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION.  ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:    June 27, 2011
          Saint Louis, Missouri


**STUART MAUE**

By: _____
    W. Andrew Dalton
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:  (314) 291-3030
    Facsimile:  (314) 291-6546
    tribunebkr@smmj.com

*Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: July 18, 2011 at 4:00 pm (ET)**<br>**Hearing Date: Only If Objection Filed** |

## TWENTY-SIXTH MONTHLY APPLICATION OF STUART MAUE
## AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
## MAY 1, 2011 THROUGH MAY 31, 2011

| | |
|---|---|
| Name of Applicant: | Stuart Maue, Ltd. |
| Authorized to provide<br>professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *nunc pro tunc* to<br>February 20, 2009 |
| Period for which compensation<br>and reimbursement is sought: | May 1, 2011 through May 31, 2011 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Amount of compensation sought
as actual, reasonable, and necessary:                    $31,865.00

Amount of expense reimbursement sought
as actual, reasonable, and necessary:                    $   175.95

This is a monthly application.

This monthly application includes 1.20 hours incurred in connection with the preparation of fee applications.

Prior applications: This is the Twenty-Sixth Monthly Application filed by Stuart Maue. The following is disclosed regarding the prior applications:

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 07/14/2009 | 03/01/2009 - 04/30/2009 | $62,237.50 | $0.00 | $49,790.00 | $0.00 |
| 07/14/2009 | 05/01/2009 - 05/31/2009 | $69,957.50 | $0.00 | $55,960.00 | $0.00 |
| 07/27/2009 | 06/01/2009 – 06/30/2009 | $118,202.50 | $13.20 | $94,562.00 | $13.20 |
| 08/26/2009 | 07/01/2009 – 07/31/2009 | $96,100.00 | $176.60 | $76,880.00 | $176.60 |
| 09/29/2009 | 08/01/2009 – 08/31/2009 | $80,385.00 | $328.40 | $64,308.00 | $328.40 |
| 10/28/2009 | 09/01/2009 – 09/30/2009 | $36,160.00 | $97.50 | $28,928.00 | $97.50 |
| 12/01/2009 | 10/01/2009 – 10/31/2009 | $65,020.00 | $45.00 | $52,016.00 | $45.00 |
| 12/28/2009 | 11/01/2009 – 11/30/2009 | $85,530.00 | $360.65 | $68,424.00 | $360.65 |
| 01/26/2010 | 12/01/2010 – 12/31/2010 | $75,320.00 | $313.31 | $60,256.00 | $313.31 |
| 02/26/2010 | 01/01/2010 – 01/31/2010 | $63,165.00 | $665.80 | $50,532.00 | $665.80 |
| 03/26/2010 | 02/01/2010 – 02/28/2010 | $58,205.00 | $358.60 | $46,564.00 | $358.60 |
| 04/26/2010 | 03/01/2010 – 03/31/2010 | $46,575.00 | $344.57 | $37,260.00 | $344.57 |
| 05/26/2010 | 04/01/2010 – 04/30/2010 | $41,027.50 | $282.22 | $32,822.00 | $282.22 |
| 06/28/2010 | 05/01/2010 – 05/31/2010 | $72,517.50 | $167.14 | $58,014.00 | $167.14 |
| 07/28/2010 | 06/01/2010 – 06/30/2010 | $63,430.00 | $85.68 | $50,744.00 | $85.68 |
| 08/26/2010 | 07/01/2010 – 07/31/2010 | $64,875.00 | $344.07 | $51,900.00 | $344.07 |
| 09/29/2010 | 08/01/2010 – 08/31/2010 | $88,587.50 | $502.30 | $70,870.00 | $502.30 |
| 10/28/2010 | 09/01/2010 – 09/30/2010 | $125,257.50 | $442.12 | $100,206.00 | $442.12 |
| 12/02/2010 | 10/01/2010 – 10/31/2010 | $83,692.50 | $1,011.13 | $66,954.00 | $1,011.13 |
| 12/28/2010 | 11/01/2010 – 11/30/2010 | $57,522.50 | $34.43 | $46,018.00 | $34.43 |
| 02/03/2011 | 12/01/2010 – 12/31/2010 | $34,180.00 | $291.83 | $27,344.00 | $291.83 |
| 02/25/2011 | 01/01/2011 – 01/31/2011 | $77,937.50 | $420.16 | $62,350.00 | $420.16 |
| 03/25/2011 | 02/01/2011 – 02/28/2011 | $148,857.50 | $739.90 | $119,086.00 | $739.90 |
| 04/26/2011 | 03/01/2011 – 03/31/2011 | $37,042.50 | $1,211.11 | $29,634.00 | $1,211.11 |
| 05/25/2011 | 04/01/2011 – 04/30/2011 | $41,697.50 | $239.77 | $33,358.00 | $239.77 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: June 18, 2011 at 4:00 pm (ET)**<br>**Hearing Date:  Only If Objection Filed** |

## TWENTY-SIXTH MONTHLY APPLICATION OF STUART MAUE
## AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
## MAY 1, 2011 THROUGH MAY 31, 2011

Stuart Maue, Fee Examiner to the Court, hereby submits this Twenty-Sixth Monthly Application

of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the

Period May 1, 2011 Through May 31, 2011 (the "**Application**").   In support thereof, Stuart Maue

respectfully states the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).   The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## BACKGROUND

1.      On December 8, 2008 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (the "**Debtors**") commenced these bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On December 10, 2008, the Court consolidated the Debtors' chapter 11 cases for procedural purposes only.

2.      The Debtors have continued in possession of their respective properties and continued to operate and maintain their business as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

3.      On March 19, 2009, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") appointing Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009.

4.      The Fee Examiner Order provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

5.      Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.      The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## BASIS FOR THE APPLICATION

8.      Subject to Court approval, Stuart Maue seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Stuart Maue during the period from May 1, 2011 through May 31, 2011 (the "**Application Period**").  The hourly rates charged by Stuart Maue during the Application Period are no greater than the customary hourly rates charged to Stuart Maue's bankruptcy and non-bankruptcy clients.

9.      A summary of the hours spent, the names of each professional rendering services during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court is attached as **Exhibit A**.  A copy of the computer generated time entries reflecting the time recorded for the services is attached as **Exhibit B**.  A statement of expenses incurred by Stuart Maue during the Application Period is attached as **Exhibit C**. All time entries and requested expense are in compliance with Local Rule 2016-2.

10.      On January 15, 2009, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").  Pursuant to the Interim Compensation Order, Stuart Maue and other professionals are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications with respect to their fees and expenses.  After the expiration of a twenty (20) day objection period, the Debtors are authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the monthly fee application, unless an objection has been lodged against specific fees and/or expenses or the Court otherwise orders.

11.      In accordance with the Interim Compensation Order, Stuart Maue has filed and served upon the Debtors and other parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period.  During the Application Period, Stuart Maue incurred fees of $31,865.00 and expenses in the amount of $175.95.

12.      Stuart Maue has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services.

13.     Stuart Maue has not shared, nor agreed to share, (a) any compensation received or that may be received with another party or person, other than with the employees of Stuart Maue, or (b) any compensation another person or party has received or may receive. No promises have been received by Stuart Maue as to compensation other than in accordance with the Bankruptcy Code.

14.     All services and costs for which compensation is requested by Stuart Maue in this Application were reasonable and necessary and were performed for the benefit of the Court.

**SUMMARY OF SERVICES RENDERED**

15.     The Court appointed the Fee Examiner to analyze interim and final fee applications filed by case professionals subject to the Interim Compensation Order and the Fee Examiner Order.

16.     During the month of May 2011 Stuart Maue received, reconciled, and performed the initial analysis of multiple fee applications filed by case professionals. The Fee Examiner issued several Preliminary Reports to the firms for review and comment, interacted with the firms to address and resolve questioned fees and expenses, and filed Final Reports with the Court describing consensual and recommended reductions.

17.     When Stuart Maue receives an interim fee application and electronic invoice data from a case professional, the initial step is the creation of a database that attorneys and accountants use to perform their analysis. Stuart Maue utilizes proprietary software for the specific purpose of managing, analyzing, and reporting on legal fees and expenses. The software allows Stuart Maue to view the entries in various formats (*i.e.*, chronologically, sorted by timekeeper, sorted by matter or project); to perform searches; to group phases, projects, tasks, activities, and expense categories; and to generate exhibits of relevant time or expense entries.

18.     After each database is populated with the fee and expense entries, a Stuart Maue accountant performs a series of activities to balance the database and reconcile the data to the hard copy of the fee application. This process includes verification and reconciliation of information including timekeepers (the timekeeper identifier, position, hourly rates(s)), matters/projects, task hour allocation, embedded time (time allocated to specific activities in an otherwise block billed entry), descriptions of entry codes utilized by the case professional, hourly rate increases, expense categories, and expense

documentation.  In addition to identifying and quantifying any calculation errors in the fee application, the reconciliation process identifies missing or incomplete data.

19.     Stuart Maue attorneys then perform detailed analysis of the fees and underlying time entries.  The attorneys review the fee application, the retention application and retention order, and other documents relevant to the case professional.  With the aid of proprietary software, Stuart Maue attorneys perform a line-by-line review of the invoice data for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the attorneys review the application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.  While the identification of certain billing issues – such as duplicative time entries or fees invoiced by summer associates – may be flagged either by computer software or a manual review of the hard copy fee applications, most entries that may not comply with applicable guidelines or other relevant authority require qualitative analysis of the invoice data by an experienced attorney.

20.     The expense items in each fee application are reviewed by a Stuart Maue accountant for compliance with the Local Rules, the UST Guidelines, applicable limits, and other Court directives.  Stuart Maue's software assists in the identification of several issues related to expenses, including mathematical errors, verification of proper rates (photocopies, facsimile), and pre-retention date expenses.  However, other expenses require detailed review by an accountant, such as the application of cost caps to meal charges, identification of questionable travel costs, identification of firm overhead, and analysis of vaguely described disbursements.

21.     Upon completion of the fee and expense analysis, Stuart Maue prepares a detailed preliminary report of our findings that includes an explanation of the billing issues and exhibits of the fee or expense entries in question.  The preliminary report is provided to the case professional, and the firm is

invited to respond with additional information, detail, or support for the fees and expenses incurred. In addition to reviewing any written response from the case professional (which often includes exhibits, revised time entries, and/or supporting documentation for expenses), Stuart Maue attorneys often engage in discussions with the professionals. After consideration of the firm's response, Stuart Maue prepares a final report for the Court that includes recommendations regarding the fees and expenses requested in the interim fee applications.

## COMPENSATION REQUESTED

22.    Stuart Maue expended 97.80 hours during the Application Period in furtherance of work performed on behalf of the Court. Stuart Maue requests allowance of compensation in the amount of $31,865.00 for services performed as Fee Examiner at a blended hourly rate of $325.82. Pursuant to the Interim Compensation Order, Stuart Maue requests payment of 80% of the total fees requested; the amount of $25,492.00. None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

23.    During the Application Period, Stuart Maue incurred certain necessary expenses in rendering services as Fee Examiner to the Court; the expenses are displayed in Exhibit C. Consistent with the Local Rules and the UST Guidelines, Stuart Maue charged $0.10 per page for in-house document duplication.

24.    Stuart Maue seeks reimbursement for its reasonable, necessary, and actual expenses incurred during the Application Period in the total amount of $175.95.

## NOTICE

25.    Notice of this Application has been served upon the Notice Parties specified in the Interim Compensation Order. In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

**WHEREFORE**, Stuart Maue respectfully requests that the Court (i) grant the Application; and (ii) grant such other and further relief as this Court may deem just and proper.

DATED:    June 27, 2011
          Saint Louis, Missouri

                                    **STUART MAUE**

                                    By: _____
                                        W. Andrew Dalton
                                        3840 McKelvey Road
                                        St. Louis, Missouri  63044
                                        Telephone:  (314) 291-3030
                                        Facsimile:  (314) 291-6546
                                        tribunebkr@smmj.com

                                    *Fee Examiner*

# Exhibit A

Exhibit A

## SUMMARY OF TIME AND FEES BY PROFESSIONAL

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| W. Andrew Dalton | Manager | $375.00 | 20.60 | $7,725.00 |
| Kathryn Hough | Legal Auditor | $325.00 | 16.10 | $5,232.50 |
| Phyllis Schauffler | Legal Auditor | $325.00 | 42.10 | $13,682.50 |
| Pamela S. Snyder | Legal Auditor | $275.00 | 19.00 | $5,225.00 |
| | | Total: | 97.80 | $31,865.00 |
| | | Blended Hourly Rate: | $325.82 | |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Fee Examination | 96.60 | $31,415.00 |
| Stuart Maue Retention/Compensation | 1.20 | $450.00 |

## INTERIM EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (1,314 copies @ $0.10 per page) | $131.40 |
| Postage | $44.55 |
| Total | 175.95 |

# Exhibit B

**Exhibit: B**

# STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 06/27/2011**
**Invoice Number: R1129 - 1028375**
**Matter Number: 1028375**
**Firm: Alvarez & Marsal North America, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/05/2011 | WD | 0.50 | Draft and verify Final Report. | 187.50 |
| | | 0.40 | Review A&M's response to the preliminary report and related fee and expense entries. | 150.00 |
| | | **0.90** | | **$337.50** |

Exhibit: B

# STUART MAUE
LEGAL COST MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1028375
Matter Number: 1028375
Firm: Alvarez & Marsal North America, LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 05/31/2011** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 375.00 x | 0.90 = | $337.50 |
| Total for Legal Audit Managers: | | | 0.90 | $337.50 |
| Total Hours Worked: | | | 0.90 | |
| Total Hours Billed: | | | 0.90 | $337.50 |

Exhibit: B

# STUART/MAUE
LEGAL COST MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1029635
Matter Number: 1029635
Firm: Alvarez & Marsal North America, LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/05/2011 | WD | 0.40 | Draft and complete Fee Examiner's Final Report. | 150.00 |
| | | 0.20 | Review and analysis of firm's response to the preliminary report. | 75.00 |
| | | **0.60** | | **$225.00** |

**Exhibit: B**

## STUART MAUE
LEGAL COST ✓ MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1029635
Matter Number: 1029635
Firm: Alvarez & Marsal North America, LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 05/31/2011** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 375.00 x | 0.60 = | $225.00 |
| Total for Legal Audit Managers: | | | 0.60 | $225.00 |
| Total Hours Worked: | | | 0.60 | |
| Total Hours Billed: | | | 0.60 | $225.00 |

**Exhibit: B**

*STUART MAUE*
LEGAL COST MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1028096
Matter Number: 1028096
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/17/2011 | PSS | 0.10 | Prepare revised exhibit for clerical activities. | 27.50 |
| 05/17/2011 | WD | 0.70 | Revise Final Report and related fee entry classification. | 262.50 |
| 05/19/2011 | WD | 0.20 | Draft and verify e-mail to Doug Deutsch summarizing open fee and expense issues. | 75.00 |
| | | 0.10 | E-mail to D. Deutsch regarding New York hotels for Committee members. | 37.50 |
| | | 0.30 | Telephone conference with Doug Deutsch regarding case posture and billing issues in 6th interim application. | 112.50 |
| | | 0.30 | Revise and complete Final Report. | 112.50 |
| 05/25/2011 | PSS | 1.30 | Prepare final exhibits and Appendix A to accompany final report. | 357.50 |
| | | **3.00** | | **$985.00** |

Exhibit: B

**STUART MAUE**
LEGAL COST ✓ MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1028096
Matter Number: 1028096
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 05/31/2011**

**Legal Audit Managers**
W. Andrew Dalton

| | WD | 375.00 | x | 1.60 | = | $600.00 |
|---|---|---|---|---|---|---|
| **Total for Legal Audit Managers:** | | | | **1.60** | | **$600.00** |

**Legal Auditors**
Pamela S. Snyder

| | PSS | 275.00 | x | 1.40 | = | $385.00 |
|---|---|---|---|---|---|---|
| **Total for Legal Auditors:** | | | | **1.40** | | **$385.00** |

| **Total Hours Worked:** | **3.00** | |
|---|---|---|
| **Total Hours Billed:** | **3.00** | **$985.00** |

**Exhibit: B**

# STUART MAUE
LEGAL COST ⟋ MANAGEMENT

**Invoice Date: 06/27/2011**
**Invoice Number: R1129 - 1030575**
**Matter Number: 1030575**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/11/2011 | PSS | 3.40 | Reconcile fees in database to fees requested in interim application. | 935.00 |
| 05/12/2011 | PSS | 2.50 | Review expenses requested in interim application and draft expense section of report. | 687.50 |
| | | 5.20 | Continue to reconcile fees in database to fees requested in interim application. | 1,430.00 |
| | | **11.10** | | **$3,052.50** |

Exhibit: B

## STUART/MAUE
### LEGAL COST ⱽ MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1030575
Matter Number: 1030575
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 05/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 11.10 = | $3,052.50 |
| Total for Legal Auditors: | | | 11.10 | $3,052.50 |
| Total Hours Worked: | | | 11.10 | |
| Total Hours Billed: | | | 11.10 | $3,052.50 |

Exhibit: B

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date:** 06/27/2011
**Invoice Number:** R1129 - 1030495
**Matter Number:** 1030495
**Firm:** Dow Lohnes PLLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/09/2011 | PS | 0.20 | Analysis of activities performed by Susan Anderson. | 65.00 |
| | | 0.20 | Analysis of activities performed by Timothy Kelley. | 65.00 |
| | | 0.50 | Review 7th interim fee application. | 162.50 |
| | | 0.80 | Analysis of activities performed by Christina Burrow. | 260.00 |
| | | 0.60 | Analysis of activities performed by Kevin Latek. | 195.00 |
| | | 0.70 | Analysis of activities performed by M. Ann Swanson. | 227.50 |
| | | 0.30 | Analysis of activities performed by Henry Wendel. | 97.50 |
| | | 0.60 | Analysis of activities performed by Robert Folliard. | 195.00 |
| | | 0.70 | Analysis of activities performed by John S. Logan. | 227.50 |
| | | 0.40 | Analysis of activities performed by Christopher Meazell. | 130.00 |
| | | 0.50 | Analysis of activities performed by Jason Rademacher. | 162.50 |
| | | 0.40 | Analysis of activities performed by Derek Teslik. | 130.00 |
| | | 0.30 | Analysis of activities performed by Christian Pena. | 97.50 |
| 05/10/2011 | PS | 0.60 | Analysis of potentially administrative tasks. | 195.00 |
| | | 0.60 | Analysis of potentially clerical tasks. | 195.00 |
| | | 1.20 | Review fees for conferences. | 390.00 |
| | | 0.50 | Identify and review block billed fee entries. | 162.50 |
| | | 0.40 | Review long billing days. | 130.00 |
| | | 0.60 | Analyze fee entries billed in whole and half hour increments. | 195.00 |
| | | 0.90 | Analyze fee entries of John Feore. | 292.50 |
| | | 0.60 | Analyze fee entries of John S. Logan. | 195.00 |
| | | 0.40 | Review duplicative billing entries. | 130.00 |
| 05/11/2011 | PS | 2.90 | Prepare preliminary report. | 942.50 |
| | | 1.60 | Review / revise multiple attendance at meetings and events. | 520.00 |
| | | 0.50 | Review travel related fees and expenses. | 162.50 |
| | | 0.70 | Review fees related to firm retention and compensation. | 227.50 |
| 05/12/2011 | PS | 1.80 | Revise preliminary report. | 585.00 |
| | | **19.50** | | **$6,337.50** |

Exhibit: B

**STUART/MAUE**
LEGAL COST MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1030495
Matter Number: 1030495
Firm: Dow Lohnes PLLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 05/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Phyllis Schauffler | PS | 325.00 x | 19.50 = | $6,337.50 |
| Total for Legal Auditors: | | | 19.50 | $6,337.50 |
| Total Hours Worked: | | | 19.50 | |
| Total Hours Billed: | | | 19.50 | $6,337.50 |

Exhibit: B

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date:** 06/27/2011
**Invoice Number:** R1129 - 1030688
**Matter Number:** 1030688
**Firm:** Jones Day

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/11/2011 | PSS | 1.40 | Reconcile fees in database to hard copy of interim application. | 385.00 |
| 05/12/2011 | PS | 0.30 | Analyze tasks performed by Dennis Chi. | 97.50 |
| | | 0.40 | Analysis of block billed fee entries. | 130.00 |
| | | 0.50 | Identify multiple attendance. | 162.50 |
| | | 0.60 | Identify intraoffice communications. | 195.00 |
| | | 0.40 | Identify vague communications. | 130.00 |
| | | 0.50 | Identify vague tasks. | 162.50 |
| | | 0.70 | Review entries for routine / rote task descriptions. | 227.50 |
| | | 0.60 | Analyze tasks performed by Ryan Thomas. | 195.00 |
| | | 0.50 | Review sixth interim fee application. | 162.50 |
| | | 0.30 | Review clerical tasks. | 97.50 |
| | | 0.40 | Analyze tasks performed by Phillip Proger. | 130.00 |
| | | 0.30 | Analyze tasks performed by Kerrie Brophy. | 97.50 |
| | | 0.50 | Analyze tasks performed by Kathryn Fenton. | 162.50 |
| 05/13/2011 | PS | 0.90 | Prepare preliminary report. | 292.50 |
| | | 0.80 | Revise preliminary report. | 260.00 |
| | | 0.20 | Analyze fees for firm retention / compensation. | 65.00 |
| | | 0.30 | Verify fees for attendance at events. | 97.50 |
| | | 0.40 | Review and verify vague tasks. | 130.00 |
| | | 0.50 | Review and verify vague communications. | 162.50 |
| | | 0.60 | Review and verify intraoffice conferences. | 195.00 |
| | | 0.30 | Prepare preliminary report re: block billing. | 97.50 |
| | | **11.40** | | **$3,635.00** |

Exhibit: B

**STUART MAUE**
LEGAL COST MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1030688
Matter Number: 1030688
Firm: Jones Day

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 05/31/2011 | | | | |

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Phyllis Schauffler | PS | 325.00 | x | 10.00 | = | $3,250.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.40 | = | $385.00 |
| Total for Legal Auditors: | | | | 11.40 | | $3,635.00 |
| Total Hours Worked: | | | | 11.40 | | |
| Total Hours Billed: | | | | 11.40 | | $3,635.00 |

Exhibit: B

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 06/27/2011**
**Invoice Number: R1129 - 1030515**
**Matter Number: 1030515**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/02/2011 | PS | 0.30 | Prepare preliminary report re: timekeepers' roles. | 97.50 |
| | | 0.20 | Review block billed fee entries. | 65.00 |
| | | 0.20 | Prepare preliminary report re: block billing. | 65.00 |
| | | 0.40 | Analyze timekeeper's roles. | 130.00 |
| 05/03/2011 | PS | 0.70 | Analyze fees for LRC retention / compensation. | 227.50 |
| | | 0.70 | Identify multiple attendance. | 227.50 |
| | | 1.10 | Identify multiple attendance at intraoffice conferences. | 357.50 |
| | | 0.60 | Review travel fees and expenses. | 195.00 |
| | | 0.40 | Prepare preliminary report re: travel. | 130.00 |
| | | 0.20 | Analysis of potentially administrative tasks. | 65.00 |
| | | 0.80 | Analyze fees for retention / compensation of other firms. | 260.00 |
| | | 0.30 | Draft preliminary report re fees for retention / compensation of other firms. | 97.50 |
| | | 1.20 | Identify vague tasks. | 390.00 |
| | | 0.60 | Prepare preliminary report re: vague tasks. | 195.00 |
| | | 0.40 | Identify vague communications. | 130.00 |
| | | 0.30 | Prepare preliminary report re: vague communications. | 97.50 |
| | | 1.10 | Analysis of potentially clerical tasks. | 357.50 |
| | | 0.30 | Prepare preliminary report re: clerical activities. | 97.50 |
| 05/04/2011 | PS | 2.80 | Revise preliminary report. | 910.00 |
| | | **12.60** | | **$4,095.00** |

Exhibit: B

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 06/27/2011**
**Invoice Number: R1129 - 1030515**
**Matter Number: 1030515**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 05/31/2011 | | | | |

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| Phyllis Schauffler | PS | 325.00 x | 12.60 = | $4,095.00 |
| Total for Legal Auditors: | | | 12.60 | $4,095.00 |
| Total Hours Worked: | | | 12.60 | |
| Total Hours Billed: | | | 12.60 | $4,095.00 |

**Exhibit: B**

*STUART/MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 06/27/2011**
**Invoice Number: R1129 - 1029015**
**Matter Number: 1029015**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/04/2011 | WD | 0.90 | Review of firm's response to the Preliminary Report and analysis of related fee and expense entries. | 337.50 |
| | | 0.70 | Draft Fee Examiner's Final Report. | 262.50 |
| | | **1.60** | | **$600.00** |

Exhibit: B

# STUART/MAUE
LEGAL COST √ MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1029015
Matter Number: 1029015
Firm: McDermott, Will & Emery

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 05/31/2011** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 375.00 x | 1.60 = | $600.00 |
| Total for Legal Audit Managers: | | | 1.60 | $600.00 |
| Total Hours Worked: | | | 1.60 | |
| Total Hours Billed: | | | 1.60 | $600.00 |

# STUART/MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 06/27/2011**
**Invoice Number: R1129 - 1029016**
**Matter Number: 1029016**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/04/2011 | WD | 0.40 | Draft Final Report. | 150.00 |
| | | 0.50 | Analysis of McDermott's response to billing issues raised in the preliminary report. | 187.50 |
| | | **0.90** | | **$337.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1029016
Matter Number: 1029016
Firm: McDermott, Will & Emery

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 05/31/2011**

**Legal Audit Managers**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 375.00 | x | 0.90 | = | $337.50 |
| Total for Legal Audit Managers: | | | | 0.90 | | $337.50 |
| Total Hours Worked: | | | | 0.90 | | |
| Total Hours Billed: | | | | 0.90 | | $337.50 |

Exhibit: B

*STUART/MAUE*
LEGAL COST MANAGEMENT

**Invoice Date:** 06/27/2011
**Invoice Number:** R1129 - 1030056
**Matter Number:** 1030056
**Firm:** McDermott, Will & Emery

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/11/2011 | KH | 1.90 | Identify billing for multiple attendance at non-firm conferences. | 617.50 |
| | | 5.30 | Identify non-firm and intra-office conferences. | 1,722.50 |
| 05/11/2011 | PSS | 0.10 | Revise fee entries to proportionalize entries blocked billed by the firm. | 27.50 |
| 05/12/2011 | KH | 2.10 | Identify instances of billing for intraoffice conferences. | 682.50 |
| | | 0.90 | Continue indentifying instances of billing for multiple attendance at non-firm conferences. | 292.50 |
| 05/16/2011 | KH | 2.00 | Begin drating Preliminary Report. | 650.00 |
| | | 0.70 | Review hours billed per day by timekeeper. | 227.50 |
| | | 2.10 | Identify fees billed for work done on Fee Application. | 682.50 |
| 05/17/2011 | KH | 1.10 | Complete Preliminary Report. | 357.50 |
| | | **16.20** | | **$5,260.00** |

Exhibit: B

## STUART MAUE
LEGAL COST MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1030056
Matter Number: 1030056
Firm: McDermott, Will & Emery

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2011** | | | | | | |
| **Legal Auditors** | | | | | | |
| Kathryn Hough | KH | 325.00 | x | 16.10 | = | $5,232.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.10 | = | $27.50 |
| | | **Total for Legal Auditors:** | | **16.20** | | **$5,260.00** |
| | | **Total Hours Worked:** | | **16.20** | | |
| | | **Total Hours Billed:** | | **16.20** | | **$5,260.00** |

# STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 06/27/2011**
**Invoice Number: R1129 - 1030693**
**Matter Number: 1030693**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/10/2011 | PSS | 1.10 | Reconcile fees in database to hard copy of interim application. | 302.50 |
| | | 1.10 | | $302.50 |

Exhibit: B

**STUART/MAUE**
LEGAL COST / MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1030693
Matter Number: 1030693
Firm: Paul, Hastings, Janofsky & Walker LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 05/31/2011 | | | | |

**Legal Auditors**

| Pamela S. Snyder | PSS | 275.00 x | 1.10 = | $302.50 |
|------|----------|------|-------|--------|
| Total for Legal Auditors: | | | 1.10 | $302.50 |
| Total Hours Worked: | | | 1.10 | |
| Total Hours Billed: | | | 1.10 | $302.50 |

Exhibit: B

## STUART MAUE
### LEGAL COST ∨ MANAGEMENT

**Invoice Date: 06/27/2011**
**Invoice Number: R1129 - 1030694**
**Matter Number: 1030694**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/10/2011 | PSS | 1.30 | Reconcile fees in database to hard copy of interim application. | 357.50 |
| | | **1.30** | | **$357.50** |

**STUART/MAUE**
LEGAL COST ∨ MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1030694
Matter Number: 1030694
Firm: Paul, Hastings, Janofsky & Walker LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

For Professional Services through 05/31/2011

**Legal Auditors**

| | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 1.30 | = | $357.50 |
| Total for Legal Auditors | | | | 1.30 | | $357.50 |
| Total Hours Worked: | | | | 1.30 | | |
| Total Hours Billed: | | | | 1.30 | | $357.50 |

**Exhibit: B**

## STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 06/27/2011**
**Invoice Number: R1129 - 1028697**
**Matter Number: 1028697**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/09/2011 | WD | 0.40 | Draft, edit, and complete Final Report. | 150.00 |
| | | 0.20 | Review firm's response to the Preliminary Report and related fee entries. | 75.00 |
| | | **0.60** | | **$225.00** |

# STUART MAUE
### LEGAL COST ∨ MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1028697
Matter Number: 1028697
Firm: Reed Smith LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 05/31/2011 | | | | |

**Legal Audit Managers**

| | | | | |
|------|------|------|------|------|
| W. Andrew Dalton | WD | 375.00 x | 0.60 = | $225.00 |
| Total for Legal Audit Managers: | | | 0.60 | $225.00 |
| Total Hours Worked: | | | 0.60 | |
| Total Hours Billed: | | | 0.60 | $225.00 |

Exhibit: B

*STUART MAUE*
LEGAL COST MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/03/2011 | PSS | 0.20 | Review applications received recently. | 55.00 |
| 05/03/2011 | WD | 0.40 | Review scheduling order and documents related to case posture. | 150.00 |
| 05/04/2011 | WD | 1.70 | Review recently filed quarterly fee applications. | 637.50 |
| 05/10/2011 | PSS | 0.80 | Review applications received recently. | 220.00 |
| | | 0.80 | Prepare Excel versions of Ernst & Young exhibits requested by the firm. | 220.00 |
| 05/16/2011 | WD | 0.10 | Draft and verify Certificate of No Objection for Stuart Maue's twenty-fourth monthly application. | 37.50 |
| 05/18/2011 | WD | 4.70 | Review of recently filed fee applications. | 1,762.50 |
| 05/19/2011 | WD | 2.10 | Analysis of quarterly fee applications. | 787.50 |
| 05/20/2011 | WD | 3.70 | Review post-trial briefs regarding competing plans. | 1,387.50 |
| 05/24/2011 | WD | 0.60 | Review May 20 letters to Judge Carey regarding confirmation objections. | 225.00 |
| 05/25/2011 | PSS | 0.40 | Review applications received recently. | 110.00 |
| 05/25/2011 | WD | 1.10 | Draft and verify Stuart Maue's 25th monthly fee application. | 412.50 |
| 05/31/2011 | PSS | 0.20 | Review applications recently received. | 55.00 |
| | | **16.80** | | **$6,060.00** |

*STUART/MAUE*
LEGAL COST MANAGEMENT

**Invoice Date:** 06/27/2011
**Invoice Number:** R1129 - 1024395
**Matter Number:** 1024395
**Firm:** Tribune Company

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2011** | | | | | | |
| **Legal Audit Managers** | | | | | | |
| W. Andrew Dalton | WD | 375.00 | x | 14.40 | = | $5,400.00 |
| | **Total for Legal Audit Managers:** | | | **14.40** | | **$5,400.00** |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 2.40 | = | $660.00 |
| | **Total for Legal Auditors:** | | | **2.40** | | **$660.00** |
| | **Total Hours Worked:** | | | **16.80** | | |
| | **Total Hours Billed:** | | | **16.80** | | **$6,060.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 06/27/2011**
**Invoice Number: R1129 - 1028119**
**Matter Number: 1028119**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/25/2011 | PSS | 0.10 | Per request of firm, prepare Excel version of travel expense exhibit. | 27.50 |
| | | 0.10 | | $27.50 |

**STUART/MAUE**
LEGAL COST MANAGEMENT

Exhibit: E

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1028119
Matter Number: 1028119
Firm: Zuckerman Spaeder

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

For Professional Services through 05/31/2011

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| Pamela S. Snyder | PSS | 275.00 x | 0.10 = | $27.50 |
| Total for Legal Auditors: | | | 0.10 | $27.50 |
| Total Hours Worked: | | | 0.10 | |
| Total Hours Billed: | | | 0.10 | $27.50 |

# STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 06/27/2011**
**Invoice Number: R1129 - 1028936**
**Matter Number: 1028936**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2011** | | | | |
| 05/25/2011 | PSS | 0.10 | Per request of firm, prepare Excel version of travel expense exhibit. | 27.50 |
| | | 0.10 | | $27.50 |

Exhibit: B

# STUART MAUE
LEGAL COST V MANAGEMENT

Invoice Date: 06/27/2011
Invoice Number: R1129 - 1028936
Matter Number: 1028936
Firm: Zuckerman Spaeder

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 05/31/2011** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.10 = | $27.50 |
| Total for Legal Auditors: | | | 0.10 | $27.50 |
| Total Hours Worked: | | | 0.10 | |
| Total Hours Billed: | | | 0.10 | $27.50 |

# STUART MAUE
LEGAL COST / MANAGEMENT

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **Summary For Professional Services through 05/31/2011** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 375.00 X | 20.60 = | $7,725.00 |
| | **Total for Legal Audit Managers:** | | **20.60** | **$7,725.00** |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 325.00 X | 16.10 = | $5,232.50 |
| Phyllis Schauffler | PS | 325.00 X | 42.10 = | $13,682.50 |
| Pamela S. Snyder | PSS | 275.00 X | 19.00 = | $5,225.00 |
| | **Total for Legal Auditors:** | | **77.20** | **$24,140.00** |
| | **Total Hours Worked:** | | **97.80** | |
| | **Total Hours Billed:** | | **97.80** | **$31,865.00** |

# Exhibit C

EXHIBIT C

## Tribune Company et al. - May 2011 Expenses

PHOTOCOPIES:

|  | 1,314 at $0.10/Page | $ | 131.40 |
|---|---|---|---|

POSTAGE:

| Postage Paid | $ | 44.55 |
|---|---|---|
| **TOTAL EXPENSES:** | **$** | **175.95** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: July 18, 2011 at 4:00 pm (ET)**<br>**Hearing Date:  Only If Objection Filed** |

## <u>CERTIFICATION OF W. ANDREW DALTON</u>

I, W. Andrew Dalton, hereby certify that:

1.      I am Vice President and Director of Legal Audit at Stuart Maue, Fee Examiner in the

above-captioned bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.     This Certification is made in support of the Twenty-Sixth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2011 Through May 31, 2011 (the "**Application**") and in compliance with Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3.     I have read the Application and I certify that the Application substantially complies with the Rule and the UST Guidelines.

DATED:    June 27, 2011
          Saint Louis, Missouri

STUART MAUE

By: _____
    W. Andrew Dalton
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:  (314) 291-3030
    Facsimile:  (314) 291-6546
    tribunebkr@smmj.com

    *Fee Examiner*

- 2 -

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the **Notice of Application** and the **Twenty-Sixth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2011 Through May 31, 2011** have been served via First Class Mail to the Notice Parties on the attached service list on this 27th day of June, 2011.

STUART MAUE

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

**TRIBUNE COMPANY, et al.**

**SERVICE LIST RE 26th MONTHLY FEE APPLICATION**

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition
Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)