IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | Jointly Administered |
| Debtors. | |

## DECLARATION OF MARTIN S. SIEGEL

MARTIN S. SIEGEL hereby declares, pursuant to 28 U.S.C. § 1746, that the

following is true and correct:

1.        I am a partner with the law firm of Brown Rudnick LLP ("Brown

Rudnick"), counsel to Wilmington Trust Company ("Wilmington Trust"), Successor

Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 in the

aggregate principal amount of $1.2 billion (generally referred to as the "PHONES")

issued in April 1999 by Tribune Company ("Tribune" and, together with its Chapter 11

affiliates, the "Debtors" or the "Company") in the above-referenced cases.

2.        I make this Declaration in Support of the Motion of Wilmington Trust

Company to Admit Certain Documents (the "Motion").[1]

3.        Attached as Exhibit 1 to this Declaration is a true and correct copy of NPP

191, Email from Julie Persily to Michael Canmann re: Trib, dated February 7, 2007.

---

[1] The Disputed NPP Documents listed herein refer to the those Disputed NPP Documents cited by
Wilmington Trust in its Post-Confirmation Hearing Brief.  To the extent the Motion makes assertions
related to the Disputed NPP Exhibits cited in either the NPP Post-Trial Brief or the NPP Post-Trial Reply
Brief, those documents are listed in the Declaration of Mitchell Hurley, submitted with the NPP Brief.

4.      Attached as Exhibit 2 to this Declaration is a true and correct copy of NPP 202, Email from Julie Persily to Christina Mohr re: Trib, dated February 20, 2007.

5.      Attached as Exhibit 3 to this Declaration is a true and correct copy of NPP 254, Email from Julie Persily to Christina Mohr re: T, dated March 22, 2007.

6.      Attached as Exhibit 4 to this Declaration is a true and correct copy of NPP 284, Email from Julie Persily to Chad Leat re: Trib, dated March 28, 2007.

7.      Attached as Exhibit 5 to this Declaration is a true and correct copy of NPP 296, Email from Julie Persily to Judith Fishlow Minter re: TRIB Ratings, dated March 29, 2007.

8.      Attached as Exhibit 6 to this Declaration is a true and correct copy of NPP 297, Email from Julie Persily to John Purcell re: Trib, dated March 29, 2007.

9.      Attached as Exhibit 7 to this Declaration is a true and correct copy of NPP 482, Email from Timothy Dilworth to Julie Persily re: Tribune Update Call, dated June 29, 2007.

10.      Attached as Exhibit 8 to this Declaration is a true and correct copy of NPP 497, Email from Julie Persily to Timothy Dilworth re: Tribune, dated July 20, 2007.

11.      Attached as Exhibit 9 to this Declaration is a true and correct copy of NPP 1049, Email from Todd Kaplan to Michael Costa re: Draft Special Committee Materials, dated December 10, 2006.

12.      Attached as Exhibit 10 to this Declaration is a true and correct copy of NPP 1070, Email from Todd Kaplan to Michael Canmann, et al., re: Tribune standalone financing thoughts, dated January 21, 2007.

13.    Attached as Exhibit 11 to this Declaration is a true and correct copy of NPP 1165, Email from Julie Persily to Chandler Bigelow, et al., re: Follow-up Discussion Materials, dated March 6, 2007.

14.    Attached as Exhibit 12 to this Declaration is a true and correct copy of NPP 1323, Email from Todd Kaplan to Mitchell Marcus re: Tribune Trading Levels, dated April 4, 2007.

15.    Attached as Exhibit 13 to this Declaration is a true and correct copy of NPP 1488, Email from Julie Persily to Richard Zogheb re: poor Tribune performance and Zell's willingness to help, dated July 26, 2007.

16.    Attached as Exhibit 14 to this Declaration is a true and correct copy of NPP 2481, Email from Nancy Forte to Jack Rodden, R. Kirchner, et al., re: Notice of Resignation as Trustee – Tribune Company, dated May 25, 2007.

17.    Attached as Exhibit 15 to this Declaration is a true and correct copy of NPP 2482, Email from Robert Kirchner to Gary Franco re: Tribune, dated May 25, 2007.

18.    Attached as Exhibit 16 to this Declaration is a true and correct copy of NPP 2484, Email from Robert Kirchner to Gary Franco re: Debt Trustee, time sensitive, dated May 30, 2007.

19.    Attached as Exhibit 17 to this Declaration is a true and correct copy of NPP 2488, Email from Carla Varner to David Eldersveld re: Tribune Company: Executed Pledge Agreement, dated June 14, 2007.

20.    Attached as Exhibit 18 to this Declaration is a true and correct copy of NPP 2489, Email from Patricia Scumaci to Michael Canmann re: Bob Kirschnir [sic] called regarding your inquiry to Karen Forte re: Tribune, dated June 18, 2007.

21.     Attached as Exhibit 19 to this Declaration is a true and correct copy of NPP 2490, Email from Robert Kirchner to Chandler Bigelow re: Tribune Trusteeships, dated February 25, 2008.

22.     Attached as Exhibit 20 to this Declaration is a true and correct copy of NPP 2491, Email from Jack Rodden to Chandler Bigelow re: Tribune Company, dated March 8, 2007.

23.     Attached as Exhibit 21 to this Declaration is a true and correct copy of NPP 2493, Email from Julio Ojea-Quintana to Chandler Bigelow re: Debt Trustee, dated March 9, 2007.

24.     Attached as Exhibit 22 to this Declaration is a true and correct copy of NPP 2494, Email from Robert Kirchner to Jennifer Cupo re: Tribune Company – URGENT, dated April 25, 2007.

25.     Attached as Exhibit 23 to this Declaration is a true and correct copy of NPP 2496, Letter from Paul Silverstein to Crane Kenney re: Tribune Company PHONES Exchangeable Subordinated Debentures due 2029 issued pursuant to Indenture, dated as of April 1, 1999, dated May 8, 2007.

26.     Attached as Exhibit 24 to this Declaration is a true and correct copy of NPP 2503, Email from Robert Kirchner to Jack Rodden re: Tribune Company, dated January 10, 2007.

27.     Attached as Exhibit 25 to this Declaration is a true and correct copy of NPP 2504, Email from Robert Kirchner to Jack Rodden re: Tribune Company, dated January 24, 2007.

28.     Attached as Exhibit 26 to this Declaration is a true and correct copy of NPP 2505, Email from Jack Rodden to Chandler Bigelow re: Tribune Company, dated January 24, 2007.

29.     Attached as Exhibit 27 to this Declaration is a true and correct copy of the Letter from Benjamin Kaminetzky to David Zensky, re: Tribune Company, et al., Bankr. D. Del. Case No. 08-13141, dated December 17, 2010.

30.     Attached as Exhibit 28 to this Declaration is a true and correct copy of NPP 910, JP Morgan Chase Bank, N.A. Responses and Objections to Aurelius Capital Management, LP First Request for Production of Documents, dated December 23, 2010.

I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on June 6, 2011.


MARTIN S. SIEGEL

# EXHIBIT 1

| | |
|---|---|
| **From:** | Persily, Julie [CIB-GFI] |
| **Sent:** | Wednesday, February 07, 2007 03:01 AM |
| **To:** | Canmann, Michael S [CIB-GBKG] |
| **CC:** | Wirdnam, David J [CIB-GFI] |
| **Subject:** | Re: Trib |
| **Importance:** | Low |

Ok. That is not a time that I can do. Only available til 10a EST. Please cover for David on any info
about the company. He and I have not had a chance to talk at all.
D - you can call me in the am if you're awake...


-----Original Message-----
From: Canmann, Michael S [CIB-GBKG]
To: Persily, Julie [CIB-GFI]; Wirdnam, David J [CIB-GFI]
CC: Canmann, Michael S [CIB-GBKG]
Sent: Tue Feb 06 20:58:05 2007
Subject: Re: Trib
Ok with everything you say.
It would be good to have in moind for our team a cash equity number that could make this work. Is it
500?  I think this will also be where the board comes back.
I have an email into Bill Pate for 10am central. Will confirm when I hear back.
-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Wirdnam, David J [CIB-GFI]
CC: Canmann, Michael S [CIB-GBKG]
Sent: Tue Feb 06 21:29:56 2007
Subject: Trib
I spoke to ML. They are on board with this silly structure. Note: the cap table isn't showing the
esop debt correctly. Its actually just more hy debt for a total of 3.425bn. And the company doesn't
amortize the esop debt; the esop does. I am unequivocally not on board. Yet. But ML explained why
they think it works. 1. They gross up the 225mm of equity by the npv of the taxes Zell will pay over
the next few yrs (in llieu of the company paying) - 500mm if the co hits these numbers so it looks
like 725mm of equity. (Yes - 5%!!)
2. ML is Sam's bank. They'll do anything for him. (They would not do this for KKR.)
3. They think that in this market, they can pay investors a premium to buy into a deal in which Zell
is basically buying a very inexpensive option on the company.
We'll listen politely. Perhaps make a few comments. And then I've got to figure out if this is real.
I've got some questions that you can ask to sound interested:
1. What is the process/timeframe for becoming an S corp?  Does it happen pre close? Doesn't it
require an employee vote? Would your bid be subject to both? Expected timeframe? (I expect that
there would be quite a marketing job to convince ee's to forego 100mm of comp to buy shares in
trib!!)
2. Do current employees own TRB stock in a 401K?  What happens to those shares?
3. How did you derive the cap structure and equity investment amount?
4. What is the expected tax savings per year to the company? NPV of that? (I suppose Sams portion is
20-40%?)
5. How do the warrants work?
Let's try not to show too much of an opinion unless we have to. (That opinion being less focused on
debt level than on free equity option.) Things change. (Last week they wanted 7-9bn of debt!) ML
tells me that Zell is not looking for papers yet; still trying to figure out if there's a deal here.

**EXHIBIT**

NPP_0191



DEPOSITION
EXHIBIT
Persily 50
2-1-11

# EXHIBIT 2

CITI-TRIB-CC00033822

| | |
|---|---|
| **From:** | Persily, Julie [CIB-GFI] |
| **Sent:** | Tuesday, February 20, 2007 08:30 PM |
| **To:** | Mohr, Christina [CIB-GBKG] |
| **Subject:** | FW: Trib |
| **Importance:** | Low |

    FYI - my heads up to Chad...
    -----Original Message-----
    From: Persily, Julie [CIB-GFI]
    Sent: Tuesday, February 20, 2007 3:29 PM
    To: Leat, Chad A [CIB-GFI]
    Subject: Trib
    Wirdnam is bringing by requested info momentarily.

    1. McClatchy trades at 8.1x.  Bought Knight Ridder at 9.5x.
    2. FCF over 5 yrs is $2.6bn if publishing declines 2%/yr. (vs $3bn in
    mgt case) 3. After-tax break-up value is $9.5+bn - $11+bn. Surely covers
    TL.  Probably covers new bonds.  Christina thinks our values are too
    low.
    I continue to believe that this deal works.
    - 5.7-6.2x secured debt (depending on structure)
    - 7.5x new debt
    - good cash flow, even in decline.
    PHONEs and existing notes act as equity cushion.
    Zell is hot right now.
    JPM has joined our financing team (Citi, ML, JPM)  Not UBS.
    Still working on self-help deal.
    Unclear which way BoD goes on Saturday.

<div style="border:2px solid black; display:inline-block; padding:8px;">

**EXHIBIT**

NPP_0202
</div>



# EXHIBIT 3

| | |
|---|---|
| **From:** | Persily, Julie [CIB-GFI] |
| **Sent:** | Thursday, March 22, 2007 10:28 AM |
| **To:** | Mohr, Christina [CIB-GBKG] |
| **Subject:** | Re: T |
| **Importance:** | Low |

Re market:
Bond market has recovered well.
- Not back to the top but not to far behind.
- 1.5pts (20bps) off. Max.
Loan market has finally hiccupped.
- Loan market has sold off.
- Some new loans trading below par for first time.
- repricings are getting pushback/failing
- JPM research put out a report that its time to lighten up on clo exposure.. Negative market reaction to that.
- Judith is concerned about mkt. She's rarley concerned. (Unlike me!)
-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Mohr, Christina [CIB-GBKG]
Sent: Thu Mar 22 06:01:57 2007
Subject: Re: T
Having seen the book I am still extremely uncomfortable with Zell. No matter the rating.  Deal creep brings debt higher than the deal we approved for him which was 9.5bn new raise. (7.1x thru the new money.). Declining ebitda is scary. Until yesterday I did not know that Q1 cash flow was down 20 from last year. All I heard was that pub was 6mm off plan and broadcast was 5mm higher.
I'm very concerned.
-----Original Message-----
From: Mohr, Christina [CIB-GBKG]
To: Persily, Julie [CIB-GFI]
Sent: Thu Mar 22 05:05:07 2007
Subject: T
Long. Both of the options are still alive. Clients all left after 11. I cleared out after midnight. Rating agency day going to be very important.  I am on my way to Atlanta. Wil check in after 8:30 when I land.
I assume that yesterday's equity rally will help the non IG market over the next few days.
-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Mohr, Christina [CIB-GBKG]
Sent: Thu Mar 22 01:04:10 2007
Subject: T
How did the Special Comittee mtg go?

**EXHIBIT**

**NPP_0254**



DEPOSITION
EXHIBIT
Persily 13
2-1-11

CONFIDENTIAL

CITI-TRIB-CC 00039854

# EXHIBIT 4

CITI-TRIB-CC00249413

| From: | Persily, Julie [CIB-GFI] |
|---|---|
| To: | Leat, Chad A [CIB-GFI] |
| CC: | Zogheb, Richard [CIB-GFI] |
| Sent: | 3/28/2007 11:35:58 PM |
| Subject: | Trib |

Christina talking to Frank now. You may get a call re impact on M&A
franchise.
Frank is very afraid that Morgan Stanley (advisor to special committee)
will use this against us in marketing all the time. We and Morgan
compete in M&A all the time to be behind Goldman. They'd use it on
financing as well. Citi drops at the last minute...

Other banks:
ML fine - up 25 bps on everything.
JPM - up 25 bps on loan, 12% to 13% cap on bond, depending on rating at
the time. Prefer more standard collateral structure.

If cap is high enough, Zogs and I wonder is it worth reconsidering our
ratings contingency?

EXHIBIT

NPP_0284



# EXHIBIT 5

| From: | Persily, Julie [CIB-GFI] |
|---|---|
| To: | Fishlow Minter, Judith [CIB-GFI] |
| Sent: | 3/29/2007 12:35:03 AM |
| Subject: | RE: TRIB ratings |

Zogs and I are working it.
Christina afraid that Morgan Stanley (special advisor to the board) will
trash us in the market place. That's what got me on Board!
JP is on Board.
We'll tell him that you are also. OK?

-----Original Message-----
From: Fishlow Minter, Judith [CIB-GFI]
Sent: Wednesday, March 28, 2007 7:09 PM
To: Persily, Julie [CIB-GFI]
Subject: Re: TRIB ratings

I understand - I am so much more focused on my part of the transaction..

-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Fishlow Minter, Judith [CIB-GFI]
Sent: Wed Mar 28 17:59:09 2007
Subject: RE: TRIB ratings

Agree. But we have 2bn CCC bonds to sell 1 yr out. He's worried about
further deterioration.

-----Original Message-----
From: Fishlow Minter, Judith [CIB-GFI]
Sent: Wednesday, March 28, 2007 6:58 PM
To: Persily, Julie [CIB-GFI]
Subject: Re: TRIB ratings

Who is laughing at him! Company could deteriorate but I think having
Zell in is a huge positive.

-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Fishlow Minter, Judith [CIB-GFI]
Sent: Wed Mar 28 17:55:30 2007
Subject: RE: TRIB ratings

They wouldn't be able to cure it. There would be no deal - unless we
sold the bonds.

Chad willing to lose over this point. His friends are laughing at him
that he is financing this highly leveraged deal. He is scared that the
co deteriorates

-----Original Message-----
From: Fishlow Minter, Judith [CIB-GFI]
Sent: Wednesday, March 28, 2007 6:54 PM
To: Persily, Julie [CIB-GFI]
Subject: Re: TRIB ratings

Think these ratings are as good as we would have expected - altho too
bad re the negative on s and p. I think you are right that we will be
knocked out if we put in that condition. And even if we put in that
condition and they accepted it, how would they cure it?

-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Purcell, John E [CIB-GFI]; Olive, Lee [CIB-GFI]; Fishlow Minter,
Judith [CIB-GFI]

EXHIBIT

NPP_0296


DEPOSITION
EXHIBIT
Persily 19
2-7-11

CONFIDENTIAL

CITI-TRIB-CC 00249415

Sent: Wed Mar 28 17:48:46 2007
Subject: TRIB ratings

Corporate: B2 stable, B negative outlook

Loan: B1/B
Bond: Caa1/CCC+

Chad wants us to ask for a bit more rate. (That's fine to ask for -
+25bps on loan, 12% on bond.)

and he wants a condition that there is no deterioration in rating before
funding bridge on second step.

This last point will likely knock us out of the deal. How do you feel
about that?

CONFIDENTIAL                                                                  CITI-TRIB-CC 00249416

# EXHIBIT 6

| | |
|---|---|
| From: | Persily, Julie [CIB-GFI] |
| To: | Purcell, John E [CIB-GFI] |
| Sent: | 3/29/2007 4:51:25 AM |
| Subject: | Re: Trib |

Brain freeze on last email. My point: JPM and ML on board to try to sell as much bridge as possible up front while we are in the mkt with the bank deal. (Ie we shouldn't have any issues with having our co's on the same page in that regard.)

Current cap is 11.5%. ML and JPM comfortable at 12% but will ask for 13% as a starting point. Problem is that they have stated willingness to move to 12 (ml) and 12 to 12.5 of downgraded (jpm)

I'm not sure there's so much diff between 12.5 and 13. Investment decision is binary.

Bottom line:
- tough deal
- relying on mkt acceptance of Zell as an improvement.
- Judith optimistic on bank deal. Plenty of price to move it.
- (I wonder if there is a hedge fund play here to buy bridge and do something with the 8bn equity value...?)

Chad feels pressure to move forward. (I do also at this late date) owing to franchise risk. Firm is Sensitive to point that morgan stanley is advisor to special committee and will trash us in the mkt if we back away now.

So - he wants to meet at 7a to organize and approach barker.

I'm going home now. Tomorrow is another day.


-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Purcell, John E [CIB-GFI]
Sent: Wed Mar 28 23:43:57 2007
Subject: Trib

Can you be here at 7:00am?
Chad got pressure from M&A to move forward. He wants to meet at 7a and go thru terms. Assume 12%. Maybe 12.5% if downgrade. Same drill. Can we sell.

Jpm and ml on board to sell with bank deal. Looking to do 100]

EXHIBIT

NPP_0297

DEPOSITION
EXHIBIT
Persily 22
2-1-1        0



CONFIDENTIAL

# EXHIBIT 7

CITI-TRIB-CC00249098

| | |
|---|---|
| **From:** | Dilworth, Timothy P [CMB-GFICC] |
| **To:** | Persily, Julie [CMB-GFICC] |
| **Sent:** | 6/29/2007 8:45:26 PM |
| **Subject:** | RE: Tribune Update Call |

I won't by a L.A. Times this week to help the cause.

-----Original Message-----
From: Persily, Julie [CMB-GFICC]
Sent: Friday, June 29, 2007 4:45 PM
To: Dilworth, Timothy P [CMB-GFICC]
Subject: Re: Tribune Update Call

Thx.
I expect a real problem. Let's hope that it is so bad that they trip the
9x covenant that they have to meet to close step 2.

-----Original Message-----
From: Dilworth, Timothy P [CMB-GFICC]
To: Persily, Julie [CMB-GFICC]
Sent: Fri Jun 29 16:43:31 2007
Subject: RE: Tribune Update Call

Yes

-----Original Message-----
From: Persily, Julie [CMB-GFICC]
Sent: Friday, June 29, 2007 4:43 PM
To: Dilworth, Timothy P [CMB-GFICC]
Subject: Fw: Tribune Update Call

Can you do this?

-----Original Message-----
From: Canmann, Michael S [CMB-GBKG]
To: Persily, Julie [CMB-GFICC]; Mohr, Christina [CMB-GBKG]; Kurmaniak,
Rosanne [CMB-GBKG]
Sent: Fri Jun 29 16:40:05 2007
Subject: Tribune Update Call

Chandler called and Don and Scott are available at 11am central next
Tuesday for a call to update us on the performance of the business.

This is a group call will JPM and ML. The company wants to keep it very
small.

Tuesday, July 3, 2007 at 11am Chicago time
Dial-in: 866-637-2663
Passcode: 869-6211

Michael S. Canmann
Managing Director
Head of Chicago Investment Banking
Citi
8700 Sears Tower
Chicago, IL 60606
Tel (312) 876 - 8830
Fax (312) 281 - 9059
michael.s.canmann@citigroup.com

**EXHIBIT**

**NPP_0482**

CONFIDENTIAL


DEPOSITION
EXHIBIT
Persily 33
2-1-11

CITI-TRIB-CC 00249098

# EXHIBIT 8

| | |
|---|---|
| **From:** | Persily, Julie [CMB-GFICC] |
| **To:** | Dilworth, Timothy P [CMB-GFICC] |
| **Sent:** | 7/20/2007 5:56:41 PM |
| **Subject:** | Re: Tribune |

Thank you.
Canmann will be with you.

He and Christina have some plan to try to sell a bunch of assets to repay existing debt. I explained to Canmann that that isn't really helpful to us as we still have 4bn to fund in any case to repurchase shares. I'm told that there are only 3 ways that the deal won't close:
- they miss the 9x gteed debt covenant
- they don't get a solvency opinion
- whatever the FCC determines causes a MAC in the Broadcasting business.

I'm hoping for one of the first two.

-----Original Message-----
From: Dilworth, Timothy P [CMB-GFICC]
To: Persily, Julie [CMB-GFICC]
Sent: Fri Jul 20 13:52:34 2007
Subject: RE: Tribune

I think I can do it.

-----Original Message-----
From: Persily, Julie [CMB-GFICC]
Sent: Friday, July 20, 2007 1:52 PM
To: Dilworth, Timothy P [CMB-GFICC]
Subject: Re: Tribune

Will you do this?

-----Original Message-----
From: Persily, Julie [CMB-GFICC]
To: Dilworth, Timothy P [CMB-GFICC]
Sent: Thu Jul 19 19:54:29 2007
Subject: Re: Tribune

Wed 11a

-----Original Message-----
From: Dilworth, Timothy P [CMB-GFICC]
To: Persily, Julie [CMB-GFICC]
Sent: Thu Jul 19 19:53:18 2007
Subject: RE: Tribune

When is it?

-----Original Message-----
From: Persily, Julie [CMB-GFICC]
Sent: Thursday, July 19, 2007 7:37 PM
To: Dilworth, Timothy P [CMB-GFICC]
Subject: Tribune

Are you available to go to Chicago (with Canman) to hear a performance update of the trib? Only 2 from each bank can go. I'd like to - but if zogs is in London, I may not be able to.

**EXHIBIT**

NPP_0497



DEPOSITION
EXHIBIT
Persily 34
2-1-11

# EXHIBIT 9

| | |
|---|---|
| From: | Kaplan, Todd (GMI Leveraged Finance). | Sent:12/10/2006 11:45 PM. |
| To: | michael.r.costa@verizon.net. |
| Cc: | . |
| Bcc: | michael.r.costa@verizon.net. |
| Subject: | RE: Draft Special Committee Materials. |

Think that you mean pages 8 and 9 (unless I'm misunderstanding your question)

generally speaking, business that stays with the parent company (in this case Publishing), can go as high as 8x due to cushion provided by the PHONEs

spinco (Broadcasting) can go to 7.75x

conferred with Citi on both of these in light of other discussions, and they concurred - we're still not thinking about leveragability as different between the two, broadly speaking

the points above are the outline of what Citi and I laid out for Untermann and Smith in our financing discussion Friday

one comment that I've made a few times (there must be some secret code word to get your comments in) is to be mindful of min equity of 20% - thus, on page 8, not enough equity in Publishing - on page 9, none of the Publishing numbers work (all too thin)

why is our EBITDA range so wide on Publishing (almost 2 turns) when B&E is only 1/2 a turn - seems like a curious distinction



-----Original Message-----
From: Costa, Michael (IBK-NY)
Sent: Sun 12/10/06 9:05 PM
To: Kaplan, Todd (GMI Leveraged Finance)
Cc:
Subject: Fw: Draft Special Committee Materials


Can you take look at leverage levels here again (page 7). Are we a touch aggressive in light of loan to value?
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)


------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Buffington, Matt (IBK-NY)
To: 'dfitzsimons@tribune.com' <dfitzsimons@tribune.com>; 'tleach@tribune.com' <tleach@tribune.com>;
'cbigelow@tribune.com' <cbigelow@tribune.com>; 'ckenney@tribune.com' <ckenney@tribune.com>

EXHIBIT

NPP_1049

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY           ML-TRIB-0378112

CC: Costa, Michael (IBK-NY); Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Cotarelo, Jose (IBK-NY); Eidinger, John (IBK-NY); 'christina.mohr@citigroup.com' <christina.mohr@citigroup.com>; 'rosanne.kurmaniak@citigroup.com' <rosanne.kurmaniak@citigroup.com>; 'isaac.tak@citigroup.com' <isaac.tak@citigroup.com>; 'Chen, Ruoxi [CIB-GBKG]' <ruoxi.chen@citigroup.com>; 'michael.scardigli@citigroup.com' <michael.scardigli@citigroup.com>

Sent: Sun Dec 10 22:00:33 2006
Subject: Draft Special Committee Materials

All,
Please find a draft of the special committee materials attached. There are 1 or 2 additional pages we are still working on, but we wanted to give time to review.

Thanks,
Ma <<Materials Prepared for the Tribune Special Committee - 12.12.2006 v9.ppt>> tt

<<Materials Prepared for the Tribune Special Committee - 12.12.2006 v9.ppt>>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 10

| To: | michael.s.canmann@citigroup.com[]; robert.chen@citigroup.com[]; julie.persily@citigroup.com[]; Costa, Michael (IBK-NY)[]; O'Grady, Michael G. (IBK - CHI)[]; Cotarelo, Jose (IBK-NY)[]; Eidinger, John (IBK-NY)[]; christina.mohr@citigroup.com[]; Buffington, Matt (IBK-NY)[]; |
|---|---|
| Subject: | TRB thoughts |
| Sent: | Sun 1/21/2007 5:39:42 AM |
| From: | Kaplan, Todd (GMI Leveraged Finance) |
| Flag Status: | 0x00000000 |

Wanted to lay out some thoughts for the group on standalone financing - that is, financing for Trib with no change to shareholder base and no new investors

Seems as though we are trying to achieve the following broadly defined objectives

*      capitalize on today's debt market conditions
*      return cash to shareholders as quickly as possible
*      create the ability to execute a taxfree spinoff of Broadcasting in the near-term

```
EXHIBIT

NPP_1070
```

The first two goals center on speed

I would like to lay out an outline of sorts - in these thoughts, I am to stretch the boundaries of timing and amount of debt raised as much as possible - once a framework is established, we can debate the risk/reward of less aggressive debt levels and timetables

In order to return cash to shareholders (and I will use dividend as the technique, although share repurchase can be part of the mix), we need to raising the funding as soon as possible

In order to truly capitalize on today's markets, we need to put permanent financing in place at today's terms (as opposed to commitments with flex based on today's terms or bridge type funding)

Alternative 1 - Raise financing for the whole company as currently constituted - my proposal is to use our staple - $7 b funded term loan, $750 mm revolver, $2.5 b notes ($1.7 b senior, $800 mm sub) - roll $1.25 b of existing debt plus PHONEs - bank debt secured, as are rollover senior notes, new bank/bond financing receives upstream guarantees

*      Essentially, JP/UBS proposal for Broad/Yucaipa is a similar design, with $200 mm more in funded term loan and $100 mm more in HY notes (also, bigger revolver and PIK toggle on notes)
*      Believe that this can be completed in 45-60 days - given time frame for debt tenders, don't see how we do much better than that
*      seems as though that can fund a dividend near $25 per share (while we raise $300 mm less debt than BY proposal, we avoid COC payments)
*      Citi/ML can review rates/flex/etc. in light of this design
*      No particular provision made for spin of Broadcasting - spin is likely difficult for some period of time
*      Seems to be about 8.15x '06 EBITDA with PHONEs on rating agency basis (net liability of $875 mm) and 7.95x with PHONEs stated as GAAP liability of around $550 mm

Alternative 2 - Raise financing for the whole company as currently constituted - would reduce financing level from above by about $400 mm (or a little more than 1/4x EBITDA) - would suggest that we take $200 mm out of the bank, and $200 mm out of the HY notes ($100 mm each for seniors and subs) - however, we create a covenant package in the bank/bond deals that contemplate a spinoff - specifically, we allow a spinoff to the extent that 7.75x trailing EBITDA is returned as cash/retired debt for the parent (given ratios above, we allow spinoffs to the extent that debt load is essentially prorated) - this should work for resultant parent financing, where the PHONEs take an important layer of risk underneath the new financing

*      we have a financing that works at the parent, and can crudely be transformed into Publishing/Broadcasting split
*      same timing as Alternative 1
*      would envision that proceeds from Broadcasting spin go to repay bank debt at Parent - we can talk about special redemption provisions for new HY notes, although this gets a little messy
*      if we are confident that a spin is coming in the short-term, we can probably shift mix to heavier bank deal upfront
*      we will have only locked in today's financing for Publishing - while we create a path for a spin of Broadcasting, we haven't locked in financing for Broadcasting
*      smaller borrowing translates into dividend closer to $23 per share
*      Citi/ML can review specific terms
*      does disaggregation need to mean lower leverage levels?

Alternative 3 - raise separate financings - one set at Tribune Broadcasting (wholly owned sub of Trib) for Broadcasting business - another at parent, which becomes Publishing post a spinoff - this one is tricky for at least 3 reasons:

*      Liens test in existing senior notes - any secured debt raised at Tribune Broadcasting would require the granting of pari

passu lien to existing senior notes - similar treatment would be required for new bank debt at parent secured by Publishing assets - given the aggressive leverage we're employing, I think that cross collateralization will negatively impact financing, particularly at Broadcasting entity
*       audited financials - not available today for Tribune Broadcasting - based upon our cleanest definition of Tribune Broadcasting (essentially just the TV stations and most of the radio stations - not TV Food, Cubs, Comcast SportsNet or Chicago radio station - see more below), management believes that we would receive audits by April 30th
*       raising debt financing at Tribune Broadcasting beyond basis currently, and distributing proceeds from said borrowing to the parent and ultimately out to shareholders currently, while deferring spinoff for some meaningful period of time raises question of taxable gain for parent - most of our traditonal techniques for solving this sort of dilemma center on doing all the steps simultaneously - I will ask Phil Tretiak just how much time can elapse between steps while maintaining the notion of one plan - in the meantime, have another alternative to outline below

Let me lay out an approach/sequence that may address all of these items:

*       First, we need to move TV Food out of Tribune Broadcasting (John or Matt, can you send me the org chart again - can't seem to find one) - we do this by creating a new subsidiary within Tribune Broadcasting which has stake in TV Food and one radio station (Chicago) - we then do an internal spinoff of this new subsidiary from Tribune Broadcasting to the parent - spinoff is taxfree (need radio station to satisfy active business test) - that should leave us with all the TV stations and the rest of the radio stations
*       Second, we create a new corporate entity (which I'll call Holdco) on top of the existing parent - under Delaware law (sec 251(g)), a Delaware company can create a new holding company by fiat (that is, without a shareholder vote)
*       Third, we borrow $2.45 b at Tribune Broadcasting - let's call this the secured term loan piece - and we distribute that cash, less fees of $50 mm, from Tribune Broadcasting to the parent
*       Fourth - we do our second internal spinoff - we distribute the equity of Tribune Broadcasting from the existing parent to our newly created Holdco - thus, the existing parent company and Tribune Broadcasting become sister companies, connected due to the common control of their parent, Holdco
*       Fifth - we borrow another $650 mm at Tribune Broadcasting - this borrowing is new HY notes - we have $3.1 b of debt at Tribune Broadcasting against Broadcasting standalone cash flow (with incremental corp o/h for public company expenses) of about $390 mm, so we're at about 8x - the cash from this borrowing remains at Tribune Broadcasting for the time being (net of fees)
*       Sixth - we borrow $6.2 b at Trib (the old parent, which is now Publishing plus TV Food/Cubs/Comcast Sportsnet/Chicago Radio) - we use the $6.2 b raised plus the $2.4 b distributed from Tribune Broadcasting to (a) repay $3.2 b of debt, (b) pay $200 mm of financing/deal fees, and (c) pay a dividend to Holdings of $5.2 b - Holdings then pays a dividend to shareholders of $21.50 per share - this leaves Publishing with $8.0-$8.35 b of debt (depending on our attributed PHONEs amount - see above) over a little north of $1 b of cash flow
*       Seventh - when the spinoff of Tribune Broadcasting occurs 6-9 months later, Tribune Broadcasting pays an immediate dividend to shareholders of approximately $2.50 per share

Net, we've dividended $24 to shareholders (90% upfront), and put in place clean capital structures for the two businesses.  Would note that there is no requirement to do the spinoff at the backend.

This solves our 3 problems noted above in the following ways:

*       Dividending Tribune Broadcasting out of the existing parent avoids the issue of cross-collateralization - once Tribune Broadcasting is outside the existing parent, senior notes of the parent have no right to secure their notes if Tribune Broadcasting does a secured financing
*       I believe that the sequence described above can be done in 60-90 days (at least through

CONFIDENTIAL

step 6) - we will need to do more extensive rating agency work given the mitosis of the existing company into 2 credits - also, am not sure how long internal spinoff structuring will take (suspect that Trib will want opinion of counsel on these) - thus, we will be close to having audited financials available - if they're not, I believe that we can raise the bank/bond financing at Tribue Broadcasting with one proviso - once the audits are complete, to the extent that there are shortfalls in cash flow, Holdings and the existing parent would be required to make a capital contribution pursuant to a formula as a makewhole provision

*        By raising the Tribune Broadcasting funding today, we capture current debt market conditions prespin to external shareholders - we first dividend whole basis out (first $2.4 b distribution) - by waiting on last piece ($625 mm or so), we have a small amount of negative carry, but we avoid triggering corporate gain by executing the second dividend postspin

Sorry, that's much too long a message, but I wanted to throw out some thoughts before we got together - my math may be off, as I scratched this out free form

Am available for a conference call Monday from 10-11 am EST or 2-3 pm EST - let me know what works for you

——

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here <http://www.ml.com/email_terms/> for important additional terms relating to this e-mail. http://www.ml.com/email_terms/

——

CONFIDENTIAL

# EXHIBIT 11

| From: | Persily, Julie [CIB-GFI] |
|---|---|
| Sent: | Tuesday, March 06, 2007 03:02 PM |
| To: | Bigelow, Chandler; Kaplan, Todd (GMI Leveraged Finance); Canmann, Michael S [CIB-GBKG]; michael_ogrady@ml.com; Chen, Robert [CIB-GFI]; david_tuvlin@ml.com |
| CC: | Eldersveld, David |
| Subject: | RE: Follow-up Discussion Materials |
| Importance: | Low |

Chandler,
I will be on the 6a flight from NY to Chicago for our meeting with you and the Zell team. That flight lands at 7:30a. If everything goes well, I can be at your office by 8:45a. How's that? We shouldn't need more than 1/2 hr to go through the MS proposal. It is now not so different from ours.
Julie
-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, March 06, 2007 9:40 AM
To: Persily, Julie [CIB-GFI]; Kaplan, Todd (GMI Leveraged Finance); Canmann, Michael S [CIB-GBKG]; michael_ogrady@ml.com; Chen, Robert [CIB-GFI]; david_tuvlin@ml.com
CC: Eldersveld, David
Subject: RE: Follow-up Discussion Materials
Thanks Julie. I will put off my conversation with MS until tomorrow afternoon since I would like some time to review their latest as well as speak to this group. So, can this group plan to speak on this tomorrow morning around 8am Chicago time? Then I will plan to speak to MS tomorrow afternoon. Thanks, Chandler -----Original Message-----
From: Persily, Julie [CIB-GFI] [mailto:julie.persily@citigroup.com]
Sent: Tuesday, March 06, 2007 8:28 AM
To: Bigelow, Chandler; Kaplan, Todd (GMI Leveraged Finance); Canmann, Michael S [CIB-GBKG]; michael_ogrady@ml.com; Chen, Robert [CIB-GFI]; david_tuvlin@ml.com
Subject: RE: Follow-up Discussion Materials
Thank you, Chandler. Perhaps you and Todd and I should speak before you speak to MS.
For the record:
- Our proposal does not assume that we can get around the liens test in the existing bonds as indicated in the MS proposal discussion.
- We believe that the new loans AND the existing bonds will require pro rata stock security.
- We believe that we effectively "subordinate" the existing bonds by denying them guarantees. The Company provides that all subs guarantee the new loan(s), so that the value of the stock collateral is only realized by the existing note holders after satisfaction of the guarantees. Is that clear?
- The cap tables in our presentations to you should more accurately describe the loans as Secured/Guaranteed (not just secured as they currently show). We focus on the "new debt" ratios to capture this concept of guaranteed debt.
NOTE: We believe that we can market this to the banks and funds and our counsel agrees with our analysis that guarantees provided to the lenders come ahead of unguaranteed existing debt. Let's be sure that your counsel is also comfortable with this.
Questions re MS proposal:
- I am still unclear as to how the MS proposal of a 1 year TLB-2 works. The term sheet continues to indicate a 1 year term and pricing of 25bps. Are we missing something? How does a one year term work for the company or for the tax issue?( Our proposal, which gets to the same place, is to charge 1.50% for the TLA but "rebate" or "credit" 1.25% at the time of any new financing that we are engaged to raise which repays the $2.8bn prior to the 1 year anniversary.)
- MS continues to show a bridge to notes at Broadcasting. Haven't we been advised that this needs to be a forward underwriting? And they continue to look at only $600mm vs $1bn.

**EXHIBIT**

NPP_1165

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, March 06, 2007 8:59 AM
To: Kaplan, Todd (GMI Leveraged Finance); Persily, Julie [CIB-GFI];
Canmann, Michael S [CIB-GBKG]; michael_ogrady@ml.com
Subject: FW: Follow-up Discussion Materials
Latest from MS.  I have not had a chance to review.  Thanks, CB


-----Original Message-----
From: Graham, William (GCM) [mailto:W.Graham@morganstanley.com]
Sent: Tuesday, March 06, 2007 7:42 AM
To: Bigelow, Chandler
Subject: Follow-up Discussion Materials
Chandler
Hope all is well.  Please find our latest discussion materials attached.
We would appreciate it if you have a few minutes to discuss with us this
morning.  Would 10am central time work for you to discuss?  If so, I
will send you a conference call number.
Appreciate your time.
Bill Graham
William Graham - Executive Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2976
Fax: +1 718 233-2150
W.Graham@morganstanley.com
------------------------------------------------------
NOTICE: If received in error, please destroy and notify sender. Sender
does not intend to waive confidentiality or privilege. Use of this email
is prohibited when received in error.

CONFIDENTIAL

# EXHIBIT 12

| From: | Kaplan, Todd (GMI Leveraged Finance). | Sent:4/4/2007 7:17 PM. |
|---|---|---|
| To: | Marcus, Mitchell (IBK-CHI); O'Grady, Michael G. (IBK - CHI). | |
| Cc: | . | |
| Bcc: | Marcus, Mitchell (IBK-CHI); O'Grady, Michael G. (IBK – CHI). | |
| Subject: | Re: Tribune Trading Levels. | |

The market doesn't know where they come out in the structure yet, so spreads on existing senior noted may widen further as that becomes clear – 8K filing with our commitment papers will be closely watched for in that regard

PHONEs trading important, as there is no such uncertainty re the PHONEs – they are always last in the pile


Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-5213
todd_kaplan@ml.com

-----Original Message-----
From: Marcus, Mitchell (IBK-CHI)
To: O'Grady, Michael G. (IBK - CHI); Kaplan, Todd (GMI Leveraged Finance)
Sent: Wed Apr 04 17:47:22 2007
Subject: RE: Tribune Trading Levels

Agree. Seems very good. Assume the 2015 would swap to 7.70% area or L+240 area. If we gave them same collateral package as TLB tighter than they should but not crazy as new TLB is priced at L+250 in the 3/31 book. However, if we are structurally subordinated them by giving them only stock of subs and providing TLB investors stock of subs and guarantees that subordinated the 2015s then seem to be way off. Assume they should be significantly wider.

-----Original Message-----
From: O'Grady, Michael G. (IBK - CHI)
Sent: Wednesday, April 04, 2007 4:27 PM
To: Kaplan, Todd (GMI Leveraged Finance); Marcus, Mitchell (IBK-CHI)
Subject: FW: Tribune Trading Levels

Am I missing it or do these trading levels seem very good: 270 over on the 2015s? 450 over, not to mention a 12% cap, seems like it should be very achievable. Likewise for the bank debt given the seniority.

-----Original Message-----
From: Hoffman, Richard (IBK-NY)
Sent: Wednesday, April 04, 2007 3:27 PM
To: Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Margolies, Greg (IBK-NY); Marcus, Mitchell (IBK-CHI); Mayer, Carl (GMI-CAPMKTS); Paras, Stephen B. (IBK LevFin-Capital Markets); Tuvlin, David (IBK-NY); Dahlback, Henrik (IBK-NY); Figueroa, Mariela (GMI-CapMkts); Kim, Caroline (IBK-NY); Lewicki, David (IBK-CHI)
Subject: Tribune Trading Levels

Below please find Tribune's trading levels.

| Maturity Date | 6/15/2010 | 8/15/2015 | 10/6/2008 | 12/8/2008 | 2/1/2008 |
|---|---|---|---|---|---|
| Principal Amount | $450.0 | $330.0 | $150.4 | $69.6 | $25.0 |
| Coupon / Offer Yield | 4.875% | 5.250% | 5.500% | 5.667% | 6.350% |
| Bid Price as of 4/3/2007 | 96.375 | 87.000 | 99.000 | 97.250 | 100.000 |
| Current Yield to Worst/Maturity | 6.085% | 7.360% | 6.212% | 7.450% | 6.335% |
| Relevant Treasury | 4.57% | 4.66% | 4.78% | 4.71% | 5.01% |
| Spread to Worst | 152 bps | 270 bps | 143 bps | 274 bps | 133 bps |

EXHIBIT

NPP_1323

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**          ML-TRIB-0387510

The PHONES are trading at:

Assuming 4% cheapness and 18% volatility: 8.51%
Assuming 0% cheapness and 20% volatility: 8.92%

Richard Hoffman
Merrill Lynch & Co. | Global Leveraged Finance
4 World Financial Center | New York, NY 10080
Phone: 212.449.5007 | Fax: 212.449.7750

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0387511

# EXHIBIT 13

| | |
|---|---|
| **From:** | Persily, Julie [CMB-GFICC] |
| **To:** | Zogheb, Richard [CMB-GFICC] |
| **Sent:** | 7/26/2007 12:30:25 PM |
| **Subject:** | Fw: Trib |

-----Original Message-----
From: Dilworth, Timothy P [CMB-GFICC]
To: Persily, Julie [CMB-GFICC]
Sent: Thu Jul 26 08:27:15 2007
Subject: Re: Trib

Business continues to do poorly but they are not likely to break 9x because they have a pretty
decent cushion. Canmann and Christina met with Zell yesterday and he said he understands what
is going on and is willing to be helpful and participate in some pain sharing.

-----Original Message-----
From: Persily, Julie [CMB-GFICC]
To: Dilworth, Timothy P [CMB-GFICC]
Sent: Thu Jul 26 08:03:51 2007
Subject: RE: Trib

Highlights?
Chad will ask me in a few minutes.

-----Original Message-----
From: Dilworth, Timothy P [CMB-GFICC]
Sent: Thursday, July 26, 2007 7:59 AM
To: Persily, Julie [CMB-GFICC]
Subject: Re: Trib

Let's catch up when I get.

-----Original Message-----
From: Persily, Julie [CMB-GFICC]
To: Dilworth, Timothy P [CMB-GFICC]
Sent: Thu Jul 26 07:57:21 2007
Subject: Trib

What did you learn yesterday?

**EXHIBIT**

NPP_1488

CONFIDENTIAL                                              CITI-TRIB-CC 00248995

# EXHIBIT 14

| | |
|---|---|
| **From:** | Forte, Nancy H <nancy.h.forte@citi.com> |
| **Sent:** | Friday, May 25, 2007 2:09 PM (GMT) |
| **To:** | Rodden, Jack <jrodden@tribune company.com> |
| **Cc:** | Kirchner, Robert T <robert.t.kirchner@citi.com>; Cupo, Jennifer <jennifer.cupo@citi.com>; Irving C. Apar Esq. (E-mail) <Irving.Apar@ThompsonHine.com>; Karen Fox (E-mail) <Karen.Fox@ThompsonHine.com> |
| **Subject:** | Notice of Resignation as Trustee - Tribune Company |
| **Attach:** | Document.pdf |

As per previous discussions and communcations, attached are Citibank's Trustee resignation letters under the five Indentures for which there is debt outstanding.


If you have any questions please give me a call.

Regards,
Nancy Forte
Assistant Vice President
Global Transaction Services - Agency and Trust
Citi
388 Greenwich Street, 14th Floor
New York, New York 10013
Phone:     (212) 816-5685
Facsimile: (212) 816-5527
Email:  nancy.h.forte@citi.com


-------------------------------------------------------------------------------------

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy nor deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by Citibank, N.A. for any loss or damage arising in any way from its use. Please advise immediately if you or your employer do not consent to receiving information via internet e-mail messages.

**EXHIBIT**

**NPP_2481**



EXHIBIT
KIRCHNER
11
KK 3/10/11

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

# EXHIBIT 15

| | |
|---|---|
| **To:** | Franco, Gary L [CMB-GTS][] |
| **Cc:** | Cupo, Jennifer [CMB-GTS][]; Forte, Nancy H [CMB-GTS][] |
| **From:** | Kirchner, Robert T [CMB-GTS] |
| **Sent on behalf of:** | Kirchner, Robert T [CMB-GTS] |
| **Sent:** | Fri 5/25/2007 5:50:50 PM |
| **Importance:** | Low |
| **Sensitivity:** | None |
| **Subject:** | Tribune |
| **Categories:** | urn:content-classes:message |

Gary,

Nancy and I just spoke with Jack Rodden at Tribune. He acknowledged receipt of our Letters of Resignation and we discussed the need to resign as quickly as possible. Tribune was considering selecting a bank with a lending relationship to replace Citibank. We mentioned the bifrucated approach with Wilmington, and Jack was going to present that arrangement to his management on Tuesday.

Bob

EXHIBIT
KIRCHNER
12
KK 3/10/11

EXHIBIT
NPP_2482

CONFIDENTIAL

CITI-TRIB-CC 00320205

# EXHIBIT 16

| | |
|---|---|
| **To:** | Franco, Gary L [CMB-GTS][] |
| **From:** | Kirchner, Robert T [CMB-GTS] |
| **Sent on behalf of:** | Kirchner, Robert T [CMB-GTS] |
| **Sent:** | Wed 5/30/2007 12:29:44 PM |
| **Importance:** | Low |
| **Sensitivity:** | None |
| **Subject:** | FW: Debt Trustee. time sensitive |
| **Categories:** | urn:content-classes:message |

FYI

-----Original Message-----
From: Ojea-Quintana, Julio [CMB-GBKG]
Sent: Wednesday, May 30, 2007 8:24 AM
To: Kirchner, Robert T [CMB-GTS]
Subject: RE: Debt Trustee. time sensitive


Bob - treasurer just wrote to ask if we can push the call to 4.00pm our
time. Does it works for you?

-----Original Message-----
From: Kirchner, Robert T [CMB-GTS]
Sent: Wednesday, May 30, 2007 7:30 AM
To: Ojea-Quintana, Julio [CMB-GBKG]
Subject: Re: Debt Trustee. time sensitive

I will be available.

Bob



-----Original Message-----
From: Ojea-Quintana, Julio [CMB-GBKG]
To: Kirchner, Robert T [CMB-GTS]
Sent: Tue May 29 18:27:25 2007
Subject: RE: Debt Trustee. time sensitive

Bob - as per my voice mail, would you or someone from your team would be
available tomorrow at 10.30am to have a brief discussion with the
Tribune treasurer? we need to explain our proposal to change only the
trustee but not the paying agent. Appreciate your prompt feedback.


───────

From: Kirchner, Robert T [CIB-GTS]
Sent: Thursday, April 26, 2007 9:07 AM
To: Ojea-Quintana, Julio [CIB-GBKG]
Cc: Davis, Eric [CIB-GBKG]; Franco, Gary L [CIB-GTS]
Subject: RE: Debt Trustee

Julio,



EXHIBIT
KIRCHNER
14
KK 3/10/11

**EXHIBIT**

**NPP_2484**

CONFIDENTIAL

CITI-TRIB-CC 00298155

As you may know, we have granted two previous grace periods to Tribune. The first was in 2006 when they were issuing additional debt pursuant to the Indenture where Citibank is trustee. The second was in January 2007 when we agreed to postpone the resignation until June of this year.

The TIA Resignation Project that I am coordinating was initiated to avoid potential legal and relationship conflicts and was prompted by a situation that is similar to the Tribune request. We had a client that was downgraded by the Rating Agencies and the resignation was delayed despite Agency & Trust's insistence to complete in a timely fashion. The new capital structure does not eliminate the potential conflict. The timetable for the project requires notification to all clients by April 2007 with the intention to resign by June 2007.

Based upon the above, the prudent course of action is to continue the resignation process as soon as possible. The process in not as onerous as the client states. We have completed over thirty transactions with forty additional resignations pending. One option we can offer Tribune is for Citibank to resign only the trusteeship and retain the agency appointments. This will not require any transfer of records and Wilimington Trust has agreed to accept the appointment.

Bob

-----Original Message-----
From: Ojea-Quintana, Julio [CIB-GBKG]
Sent: Tuesday, April 24, 2007 5:58 PM
To: Kirchner, Robert T [CIB-GTS]
Cc: Davis, Eric [CIB-GBKG]
Subject: FW: Debt Trustee

Bob,

I'm writing you in regards to Tribune existing trustee business. As you may know, the Company just announced a material leverage recapitalization that will take the company private and changed its ownership to its employees and to Sam Zell. Citi is acting as M&A advisor and lead arranger on all new debt being raised. This transaction will be executed in two steps between April and Nov/December.

We've asked Tribune to replace us with a new trustee on the existing bonds. The treasurer called me this week and ask for some grace period (until the year of the year) to replace Citi with a new trustee. The reason is simply lack of internal treasury resources to focus on this change. The treasurer and his team are dedicating 100% of their time to arrange more than $10.0 billion of HY debt and execute the going private transaction.

One question which may make the issue above irrelevant: as a result of this transaction the Company will repay all of Citi's current unsecured exposure and on a pro-forma basis Citi will only hold (after syndication) up to $100 million of a senior secured revolver. The existing bonds (where Citi acts as trustee) are and will remain unsecured, being structurally subordinated to the bank revolver lenders.

CONFIDENTIAL

CITI-TRIB-CC 00298157

Does this new capital structure eliminates the conflict of interest and
the need to resign from our trustee role?

Appreciate your feedback.
Julio


Julio Ojea-Quintana
Managing Director
Global Technology, Media & Telecommunications
Corporate Banking - Citigroup
Phone: 212-816-8497
Fax: 646-291-1783
Email: julio.ojeaquintana@citigroup.com

CONFIDENTIAL

# EXHIBIT 17

**From:**        Varner, Carla A. [CVarner@Sidley.com]
**Sent:**         Thursday, June 14, 2007 5:28:37 PM
**To:**           Eldersveld, David
**Subject:**      FW: Tribune Company: Executed Pledge Agreement

Dave:



Thanks,
Carla

-----Original Message-----
From: Calay, Sharan
Sent: Thursday, June 14, 2007 5:35 PM
To: 'skatz@sidley.com'
Cc: Das, Kalyan
Subject: FW: Tribune Company: Executed Pledge Agreement
Importance: High

Seth

Pursuant to my voicemail, please forward the Schedules and Exhibits to the
attached Credit Agreement at your earliest convenience.   My contact
information is below.

Regards,
Sharan Calay
Seward & Kissel LLP
One Battery Park Plaza
New York, New York  10004
212-574-1208 (Phone)
212-480-8421 (fax)
calay@sewkis.com

-----Original Message-----
From: Katz, Seth H. <skatz@sidley.com>
To: Kirchner, Robert T  <robert.t.kirchner@citi.com>; das@sewkis.com
<das@sewkis.com>
Sent: Fri Jun 08 20:29:19 2007
Subject: RE: Tribune Company: Executed Pledge Agreement

  Bob and Kal - to the extent you have not already received from one of my
colleagues, attached are links to the Tribune credit agreement as well as an
amendment to the credit agreement, each of which was filed by Tribune and is
available on the SEC's website.  Regards,

Seth

EXHIBIT

NPP_2488

EXHIBIT
KIRCHNER
18
KK 3/10/11

Sidley Austin LLP mail server made the following annotations on 06/08/07,
19:29:11:
-----------------------------------------------------------------------------
---------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0170931

regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice
contained in this
communication, including attachments, was not intended or written to be
used, and cannot be
used, by any taxpayer for the purpose of avoiding any penalties that may be
imposed on such
taxpayer by the Internal Revenue Service.  In addition, if any such tax
advice is used or referred
to by other parties in promoting, marketing or recommending any partnership
or other entity,
investment plan or arrangement, then (i) the advice should be construed as
written in connection
with the promotion or marketing by others of the transaction(s) or matter(s)
addressed in this
communication and (ii) the taxpayer should seek advice based on the
taxpayer's particular
circumstances from an independent tax advisor.

******************************************************************************
**************************
This e-mail is sent by a law firm and may contain information that is
privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any
attachments and notify us
immediately.

******************************************************************************
**************************

Sidley Austin LLP mail server made the following annotations on 06/14/07, 17:27:01:
------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be used, and cannot be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred
to by other parties in promoting, marketing or recommending any partnership or other entity,
investment plan or arrangement, then (i) the advice should be construed as written in connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.

****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

****************************************************************************************************

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# EXHIBIT 18

CITI-TRIB-CC 00087194

| | |
|---|---|
| **From:** | Scumaci, Patricia L [CMB-GBKG] |
| **Sent:** | Monday, June 18, 2007 06:13 PM |
| **To:** | Canmann, Michael S [CMB-GBKG] |
| **CC:** | Seale, Astrida [CMB-GBKG] |
| **Subject:** | Bob Kirschnir called regarding your inquiry to Karen Forte re:  Tribune.  Pls call him at 212/816-5698 |
| **Importance:** | Low |

```
Tricia Scumaci
Citigroup Global Markets
233 South Wacker Drive, 87th Floor
Chicago, IL 60606
312/876-8506 Direct
312/281-9075 Fax
```



**EXHIBIT**

NPP_2489

# EXHIBIT 19

LBH0310085

| | |
|---|---|
| **From:** | Kirchner, Robert T <robert.t.kirchner@citi.com> |
| **Sent:** | Monday, February 25, 2008 4:14 PM (GMT) |
| **To:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Cc:** | Cupo, Jennifer <jennifer.cupo@citi.com>; Franco, Gary L <gary.l.franco@citi.com>; Piscitelli, Louis A <louis.a.piscitelli@citi.com> |
| **Subject:** | Tribune Trusteeships |

Chandler,

As you may recall, we sent our Letters of Resignation on May 25, 2007.
Based upon Tribune's pending material leverage recapitalization that
took the Company private and changed ownership to its employees and to
Sam Zell, we agreed to postpone said Resignation.  Now that the
above-mentioned transaction has been completed, it is time to revisit
the resignation of our trusteeships.
Please provide the contact information of the person responsible for
completing this process at Tribune.

Regards,

Bob

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, June 05, 2007 2:51 PM
To: Kirchner, Robert T [CMB-GTS]
Cc: Das@sewkis.com; Eldersveld, David
Subject: RE: Tribune Trusteeships

Bob - we will send those to you by tomorrow.  Thanks, Chandler

-----Original Message-----
From: Kirchner, Robert T [mailto:robert.t.kirchner@citi.com]
Sent: Tuesday, June 05, 2007 10:36 AM
To: Bigelow, Chandler
Cc: Das@sewkis.com
Subject: RE: Tribune Trusteeships

Chandler,

Has the collateral package been completed?

Bob

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Wednesday, May 30, 2007 5:53 PM
To: Kirchner, Robert T [CMB-GTS]
Cc: Das@sewkis.com
Subject: RE: Tribune Trusteeships

EXHIBIT

NPP_2490

EXHIBIT
KIRCHNER
20
KK 3/10/11

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

Thanks Bob.

I checked with our legal folks and we are continuing to work on this collateral package and will likely do so until Monday morning.  At that time, we will promptly deliver it to you for your review.

In terms of the PHONES, I will suggest that our outside counsel contact your outside counsel simply to reiterate the position I mentioned on our call this afternoon.

Please let me know if you have any questions.

Many thanks, Chandler

-----Original Message-----
From: Kirchner, Robert T [mailto:robert.t.kirchner@citi.com]
Sent: Wednesday, May 30, 2007 4:13 PM
To: Bigelow, Chandler
Cc: Das@sewkis.com
Subject: Tribune Trusteeships


Chandler,

Please forward the communication related to the securing of the Tribune public debt to both me and my counsel Kalyan Das (212) 574-1391 email Das@sewkis.com

Thank you,
Bob

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

# EXHIBIT 20

| | |
|---|---|
| **From:** | Rodden, Jack <JRodden@tribune.com> |
| **Sent:** | Thursday, March 8, 2007 4:15 PM (GMT) |
| **To:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Cc:** | Eldersveld, David <DEldersveld@Tribune.com> |
| **Subject:** | FW: Tribune Company |

Chandler,

See below.  Citi is still pushing us to eliminate them as our debt trustee.

I verbally awarded the business to DB a few weeks ago, and Dave has all of the draft legal doc's.



I need some guidance on how to communicate with both DB and Citi on this one.

DB is easy, I just tell them that our legal group is swamped right now and it may drag until after an announcement.

But Citi is the tougher one --- do I even tell Citi that it will be DB or would you like to communicate with them at a higher level that they should back off until our plan is announced??

Thanks,
Jack




-----Original Message-----
From: Kirchner, Robert T [CIB-GTS]
[mailto:robert.t.kirchner@citigroup.com]
Sent: Thursday, March 08, 2007 9:52 AM
To: Rodden, Jack
Cc: Forte, Nancy H [CIB-GTS]
Subject: RE: Tribune Company


Jack,

Has a decision been made on the successor?

Thanks,
Bob

-----Original Message-----
From: Rodden, Jack [mailto:JRodden@tribune.com]
Sent: Thursday, January 25, 2007 10:26 AM
To: Kirchner, Robert T [CIB-GTS]
Subject: RE: Tribune Company


No - not yet, but we are starting the selection process.



EXHIBIT

NPP_2491



EXHIBIT
KIRCHNER
5
KK 3110/11

Professionals' Eyes Only

TRB0061193