Subject to and without waiver of the foregoing general and specific objections,

JPMorgan refers Aurelius to the log that it has already produced to the Depository, which

has been and continues to be available to Aurelius.


Dated: December 23, 2010
      New York, New York

Respectfully submitted,

Benjamin S. Kaminetzky
Elliot Moskowitz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*