# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** June 27, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Bendernagel | Sidley | Debtors |
| James Conlan | " | " |
| James Ducayet | " | " |
| Don Liebentritt | Tribune | |
| Norman Pernick | Cole Schotz | " |
| Sheron Korpus | Kasowitz Benson | Law Debenture |
| Mitch Hurley | Akin Gump | Aurelius |
| Andrea Saavedra | Weil Gotshal | Morgan Stanley |
| David Powlen | Barnes & Thornburg | Morgan Stanley |
| Bill Bowden | Ashby Geddes | Aurelius |
| Leigh-Anne Raport | " | " |
| Laura Silber Sloven | Potter Anderson Corroon | Merrill Lynch |
| R. Stephen McNeill | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** June 27, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Sullivan | Sullivan Hazeltine Allinson | Wilmington Trust |
| Martin Siegel | Brown Rudnick | " |
| David Klauder | U.S. Trustee | U.S. Trustee |
| David Bradford | Jenner + Block | Sam Zell & EGI-TRB |
| Katharine May | McCarter English | DBTCA |
| Lauren Buonome | Jones Day | Special Committee of Bd of Directors |
| Michelle Marino | DLA Piper | Barclays |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** June 27, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Rosky | Akin Gump | Aurelius Capital Mangmnt |
| Abid Qureshi | " | " |
| Phil Dublin | " | " |
| Danny Golden | " | " |
| Don Bernstein | Davis Polk | JPMorgan Chase |
| Damian Schaible | " | " |
| Ben Kaminetzky | " | " |
| Elliot Moskowitz | " | " |
| Lynn Busath | " | " |
| Michael Russano | " | " |
| Eli Vonnegut | " | " |
| Ross Stern | MF | " |
| Tom Horan | Womble Carlyle | Great Banc |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  

**COURTROOM LOCATION:** 5  
**DATE:** June 27, 2011  

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath+Cobb | The Committee |
| Daniel B. Rath | " " | " " |
| Howard Seife | Chadbourne + Parke | " " |
| David LeMay | " " | " " |
| Thomas McCormack | " " | " " |
| Andrew Rosenblatt | " " | " " |
| Marc Ashley | " " | " " |
| James Sottile | Zuckerman Spaeder | " " |
| Graeme Bush | " " | " " |
| Blake Cleary | Young Conaway Stargatt & Taylor | Angelo Gordon, Oaktree |
| James Johnston | Dewey LeBoeuf | " " |
| Bruce Bennett | " " | " " |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 06/27/2011
Calendar Time: 10:00 AM ET

2nd Revision 06/27/2011 06:35 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4304921 | Nicholas C. Adams | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4301004 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4299373 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4280553 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4301938 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4290401 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Angelo Gordon & Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4277481 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4304645 | Eric Bilmes | 212-588-5115 | Eric Bilmes - In Pro Per/Pro Se | Interested Party, Eric Bilmes / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4302670 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4303470 | Justin Brass | (203) 708-5847 | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4302397 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4301977 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4304397 | Jason Byun | (212) 612-3340 | South Ferry Capital | Interested Party, South Ferry Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4305784 | David Chasen | 212-479-0631 | David Chasen | Interested Party, David Chasen / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4274347 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Tribune Company | | | | 203-552-6900 | Cooperstown Capital Management, | Interested Party, Cooperstown Capital Management, LLC / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4304777 Peter Couri | | | |
| Tribune Company | Hearing | 08-13141 | 4302489 Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citibank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4302682 Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4301864 Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4302443 Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4298061 George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| Tribune Company | Hearing | 08-13141 | 4303468 David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4299696 Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4302772 Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4300734 Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4299668 Chaim Fortgang | 203-542-4216 | Silver Point Capital | Creditor, SilvePoint Capital / LIVE |
| Tribune Company | Hearing | 08-13141 | 4304862 Joseph Frank | 312-276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | Hearing | 08-13141 | 4283001 Ashish D. Gandhi | (212) 310-8024 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | Hearing | 08-13141 | 4301992 Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | Hearing | 08-13141 | 4298081 Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | Hearing | 08-13141 | 4304828 Jason Goldsmith | (212) 872-1000 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4305778 Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4305868 Nicholas Heilbut | (212) 466-2167 | Serengeti Asset Management | Interested Party, Serengeti Asset Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4304868 Reed Heiligman | (312) 276-1400 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | Hearing | 08-13141 | 4299312 Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | Hearing | 08-13141 | 4303605 Nealesh Jhaveri | (212) 651-7636 | Citadel Investment Group | Interested Party, Nealesh Jhaveri / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4298791 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4304263 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4303552 | Arthur Kavalis | (212) 667-2370 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302681 | Jordan Kaye | (212) 715-9489 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Deutsche Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4300858 | Michael J. Kelly | 212-554-1760 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302724 | Colleen Kenney | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4303513 | May Kim | (202) 223-7379 | Paul Weiss Rifkind Wharton & | Interested Party, Citi / LIVE |
| Tribune Company | 08-13141 | Hearing | 4301271 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302631 | Candice Kline | 312-853-7778 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302617 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4303497 | Stephen Lam | 646-863-7157 | Corre Partners | Creditor, Corre Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302598 | Kevin Lantry | 213-896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4290420 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301883 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4302482 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4290407 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302764 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4303493 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | Interested Party, Neil S Losquadro / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302663 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4303727 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Interested Party, Great Banc Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301919 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4303596 | James A. McGuinness | (312) 527-0055 | Hannafan & Hannafan Ltd. | Interested Party, Timothy Knight / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4305781 | Joshua M. Mester | 213-621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4304271 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4302639 | Kerriann Mills | 312-853-0036 | Sidley Austin, LLP | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4298112 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, Shachar Minkove / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301981 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302907 | Tina Moss | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4276936 | Claire P. Murphy | 312-641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302668 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302454 | Ali Nellos | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4299335 | Rebecca Neumann | (202) 416-1082 | The Lerman Senter | Creditor, Aurelius Capital Management, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4299933 | Therese K. Nohos | (312) 794-8027 | Dewey & LeDoeuf | Third Party, Daniel Kazan / LIVE |
| Tribune Company | 08-13141 | Hearing | 4303571 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4299119 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel, LLP | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4299367 | Jane Parver | 212-836-8510 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4302492 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4299358 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4295513 | Shaya Rochester | (212) 872-1076 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4294497 | Courtney Rogers | 203-897-4815 | Royal Bank of Scotland | Interested Party, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301896 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4304497 | Aaron Rosen | (212) 728-2528 | Archview Investment Group | In Propria Persona, Aaron Rosen / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302714 | Allison E. Ross Stromberg | (312) 853-0497 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4303560 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301842 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4302849 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4295793 | Chaney M. Sheffield | (310) 272-1062 | Canyon Partners | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302738 | Hille R. Sheppard | (312) 853-2931 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4304926 | Beth Sieg | (804) 775-1137 | McGuireWoods, LLP | Interested Party, Dominion / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4282198 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301959 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4303997 | David D. Tawil | 212-300-6791 | Maglan Capital | Interested Party, Maglan Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301793 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302260 | Sina Toussi | 212-230-4510 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302646 | Dennis Twomey | 312-853-7824 ext. 00 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4274460 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4301400 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Creditor, Macquarie Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4303108 | Melanie Walker | (312) 853-2078 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302781 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4288110 | Brian Whittman | (312) 601-4226 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4305302 | Jennifer Wild | 212-418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302061 | Ben Wilson | (212) 412-7642 | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4303592 | Justin Winerman | (312) 407-0924 | Skadden Arps Slate Meagher & Flom | Client, Former Special Committe / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4304468 | Teck Wong | (952) 984-3292 | Carval Investors | Creditor, Carval Investors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301654 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | In Propria Persona, Matthew A Zloto / LISTEN ONLY |
| Tribune Company | 08-13171 | Hearing | 4305777 | Andrew Zatz | (212) 819-8744 | White & Case LLP | Creditor, Wells Fargo Bank / LIVE |