IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 11 Cases |
| | : Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : (Jointly Administered) |
| | : |
| Debtors. | : **Related Docket Nos. 9154 and 9156** |
| | : |

------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF DOCKET NOS. 9154 AND 9156

PLEASE TAKE NOTICE that Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES ("Wilmington Trust Company"), by and through undersigned counsel, hereby withdraws its *Motion of Wilmington Trust Company for Authorization to File Under Seal Portions of Its Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents* (Docket No. 9154).

PLEASE TAKE FURTHER NOTICE that an unredacted version of its *Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of the Noteholder Plan Proponents, Concerning the Admission of Certain Documents* was filed on June 27, 2011 as Docket No. 9361.

PLEASE TAKE FURHTER NOTICE that Wilmington Trust Company, hereby also withdraws its *Motion of Wilmington Trust Company for Authorization to File Under Seal Portions of the Declaration of Martin S. Siegel in Support of Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents (Docket No. 9156).*

PLEASE TAKE FURTHER NOTICE that an unredacted version of its *Declaration of Martin S. Siegel in Support of Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents* was filed on June 27, 2011 as Docket No. 9362.

Date:  June 28, 2011
       Wilmington, Delaware

**SULLIVAN • HAZELTINE • ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone:  (302) 428-8191
Facsimile: (302) 428-4195

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*