**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
In re:                                    :   Chapter 11 Cases
                                          :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                  :   (Jointly Administered)
                                          :
    Debtors.                              :   **Related to Docket Nos. 9361 and 9362**
-------------------------------------------------------X

## DECLARATION OF SERVICE

I, Heidi M. Coleman, declare as follows:

    1.    I am over the age of 18 years and not a party to the within action.

    2.    I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

    3.    On the 6th day of June 2011, I caused copies of the following documents to be served upon the parties listed on Exhibit A via electronic mail:

- Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents [*Unredacted*] (Docket No. 9361);

- Declaration of Martin S. Siegel in Support of Supplemental Motion of Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes, and One of Noteholder Plan Proponents, Concerning the Admission of Certain Documents [*Unredacted*] (Docket No. 9362);

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 28, 2011        By:    */s/ Heidi M. Coleman*
      Wilmington, Delaware                 Heidi M. Coleman, AACP, DCP

# Exhibit A

# In re: Tribune Company, Case No. 08-13141
## Email Service List

| Email Address | Attorney |
|---|---|
| jconlan@sidley.com | James F. Conlan |
| bkrakauer@sidley.com | Bryan Krakauer |
| klantry@sidley.com | James Bendernagel |
| jbendernagel@sidley.com | James W. Ducayet |
| jducayet@sidley.com | Patrick J. WackerIy |
| dmiles@sidley.com | Jen Peltz |
| pwackerly@sidley.com | Colleen M. Kenney |
| jpeltz@sidley.com | Dale E. Thomas |
| ckenney@sidley.com | Sidley Austin LLP |
| sbierman@sidley.com | One South Dearborn Street |
| dthomas@sidley.com | Chicago, IL 60603 |
| rflagg@sidley.com | |
| ahart@sidley.com | Kevin T. Lantry |
| mmelen@sidley.com | Sidley Austin LLP |
| | 555 West Fifth Street |
| | Los Angeles, CA 90013 |
| | |
| | David M. Miles |
| | Ronald S. Flagg |
| | Sidley Austin LLP |
| | 1501 K Street, N.W. |
| | Washington, D.C. 20005 |
| | |
| | Steven M. Bierman |
| | Andrew D. Hart |
| | Sidley Austin LLP |
| | 787 Seventh Avenue |
| | New York, New York 10019 |
| msiegeI@brownrudnick.com | Martin S. Siegel |
| kbromberg@brownrudnick.com | Katherine S. Bromberg |
| gnovod@ brownrudnick.com | G. Novod |
| adash@brownrudnick.com | Andrew Dash |
| | Brown Rudnick LLP |
| | Seven Times Square |
| | New York, NY 10036 |
| hseife@chadboume.com | Howard Seife |
| dlemay@chadbourne.com | David M. LeMay |
| mashley@chadbourne.com | Marc D. Ashley |
| tmccormack@chadbourne.com | Thomas J. McCormack |
| anellos@chadbourne.com | Alexandra K. Nellos |
| ddeutsch@chadbourne.com | Douglas E. Deutsch |
| eprzybylko@chadbourne.com | Eric J. Przybylko |
| rschwinger@chadbourne.com | Robert A. Schwinger |
| | Chadbourne & Parke LLP |
| | 30 Rockefeller Plaza |
| | New York, NY 10112 |

| Email Address | Attorney |
|---|---|
| gbush@ZUckerman.com<br>jsottile@ZUckerman.com<br>acaridas@zuckerman.com | GraemeBush<br>James Sottile<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036-5807 |
| johnstonj@hbdlawyers.com<br>mesterj@hbdlawyers.com | James O. Johnston<br>Joshua M. Mester<br>Hennigan Bennett & Dorman<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 |
| donald.bernstein@davispolk.com<br>elliott.moskowitz@davispolk.com<br>michael.russano@davispolk.com<br>benjamin.kaminetzky@davispolk.com<br>damian.schaible@davispolk.com<br>dennis.glazer@davispolk.com<br>karen.luftglass@davis polk.com | Donald S. Bernstein<br>Elliott Moskowitz<br>Michael Russano<br>Benjamin S. Kaminetzky<br>Damian S. Schaible<br>Dennis E. Glazer<br>Karen Luftglass<br>Davis Polk & WardweU LLP<br>450 Lexington Avenue<br>New York, NY 10017 |
| skorpus@kasowitz.com<br>mstein@kasowitz.com<br>drosner@kasowitz.com<br>cmontenegro@kasowitz.com | David S. Rosner<br>Sheron Korpus<br>Matthew B. Stein<br>Christine A. Montenegro<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 |
| dadler@mccarter.com<br>afaccone@mccarter.com<br>jboccassini@mccarter.com<br>kmayer@mccarter.com | David Adler<br>McCarter & English LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br><br>Alitia Faccone<br>Joseph T. Boccassini<br>McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br><br>Katherine L. Mayer<br>McCarter & English LLP<br>Renaissance Centre<br>405 N. King Street, 8$_{th}$ Floor<br>Wilmington, DE 19801 |

| Email Address | Attorney |
|---|---|
| hkaplan@arkin-Iaw.com<br>jyeh@arkinlaw.com | Howard J. Kaplan<br>JohnnyYeh<br>Arkin Kaplan Rice LLP<br>590 Madison Avenue<br>New York, NY 10022 |
| lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com | Laurie Seiber Silverstein<br>R. Stephen McNeill<br>Potter Anderson & Carroon LLP<br>Hercules Plaza<br>1313 North Market St.<br>Wilmington, DE 19801 |
| mprimoff@kayescholer.com<br>jagudelo@kayescholer.com<br>jparver@kayescholer.com<br>jdrayton@kayescholer.com | Madlyn Gleich Primoff<br>Jonathan Agudelo<br>Jane W. Parver<br>Joseph M. Drayton<br>Kaye Scholer<br>425 Park Avenue<br>New York, NY 10022-3598 |
| dcantor@omm.com<br>dshamah@omm.com | Daniel L. Cantor<br>Daniel S. Shamah<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 |
| schannej@pepperlaw.com<br>strattond@pepperlaw.com | John Henry Schanne<br>David B. Stratton<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington Delaware 19899-1709 |
| dbrown@paulweiss.com<br>agordon@paulweiss.com<br>emccolm@paulweiss.com<br>alevy@paulweiss.com | David W. Brown<br>Andrew G. Gordon<br>Elizabeth McColm<br>Paul, Weiss, Ritkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br><br>Andrew J. Puglia Levy<br>Paul, Weiss, Ritkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047 |

| Email Address | Attorney |
| --- | --- |
| bberens@jonesday.com<br>lmarvin@jonesday.com | Brad Erens<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br><br>Lynn DiPaola Marvin<br>Jones Day<br>222 East 41st Street<br>New York, New York 10017-6702 |
| andrew.goldman@wilmerhale.com<br>charles.platt@wilmerhale.com<br>dawn.wilson@wilmerhale.com | Andrew Goldman<br>Charles Platt<br>Dawn Wilson<br>WilmerHale<br>399 Park Avenue<br>New York, NY 10022 |
| dgolden@akingump.com<br>dzensky@akingump.com<br>nchung@akingump.com<br>aqureshi@akingump.com<br>djnewman@akingump.com<br>jgoldsmith@akingump.com<br>bcarney@akingump.com<br>cdoniak@akingump.com<br>mhurley@akingump.com<br>sgulati@akingump.com<br>dharrop@akingump.com | Daniel H. Golden, Esquire<br>Philip C. Dublin, Esquire<br>Jason Goldsmith<br>Brian Carney<br>Nancy Chung<br>Abid Qureshi<br>Mitchell P. Hurley<br>Deborah Newman<br>Sunny Gulati<br>Dawn Harrop<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| avail@jenner.com<br>dbradford@jenner.com<br>dsondgeroth@jenner.com | Andrew W. Vail<br>David J. Bradford<br>Douglas Sondgeroth<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456 |
| msenter@lermansenter.com<br>rneumann@lermansenter.com | Merideth S. Senter, Jr.<br>Rebecca L. Neumann<br>Lerman Senter PLLC<br>2000 K Street, N.W., Suite 600<br>Washington, D.C. 20006 |

| Email Address | Attorney |
|---|---|
| charlesJackson@morganlewis.com<br>ddavidson@morganlewis.com<br>tbecker@morganlewis.com<br>jbayles@morganlewis.com<br>gabrams@morganlewis.com<br>marussell@morganlewis.com<br>mzelmanovitz@morganlewis.com<br>rmauceri@morganlewis.com | Charles C. Jackson<br>Deborah S. Davidson<br>Theodore M. Becker<br>James E. Bayles<br>Gregory P. Abrams<br>Matthew A. Russell<br>Morgan, Lewis & Dockius LLP<br>77 West Wacker Dr.<br>Chicago, IL 60601-5094<br><br>Menachem O. Zelmanovitz<br>Morgan, Lewis & Dockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br><br>Rachel Jaffe Mauceri<br>Morgan, Lewis & Dockius LLP<br>1701 Market St.<br>Philadelphia, PA 19103-2921 |
| evan.flaschen@bgllp.com | Evan Flaschen<br>Dracewell & Giuliani<br>225 Asylum Street<br>Suite 2600<br>Hartford, CT 06103-1516 |
| gerson.leonard@dol.gov<br>goldberg.elizabeth@dol.gov<br>heri.christine@dol.gov<br>schloss.michael@dol.gov | Leonard Gerson<br>Elizabeth Goldberg<br>Christine Heri<br>Michael Schloss<br>United States Department of Labor<br>200 Constitution Ave., NW<br>Washington, DC 20210 |
| dhille@whitecase.com<br>ahammond@whitecase.com<br>bfritz@whitecase.com | David G. Hille<br>Andrew W. Hammond<br>Brian E. Fritz<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 |
| kstickles@coleschotz.com | J. Kate Stickles<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 |

| Email Address | Attorney |
|---|---|
| bbennett@dl.com<br>jmester@dl.com<br>jjohnston@dl.com | Bruce Bennett<br>Joshua M. Mester<br>James O. Johnston<br>Dewey & LeBoeuf<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90071-1530 |
| wbowden@ashby-geddes.com<br>awinfree@ashby-geddes.com | William P. Bowden<br>Amanda M. Winfree<br>Ashby & Geddes<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington DE 19899 |