# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:**

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David LeMay | Chadbourne & Parke LLP | Creditors Committee |
| Robin Grosan | BRracts Gratlutti | Law Debenture |
| Sherron Kupers i Christie Manlaustro | Kasowitz | Law Debenture |
| Ron Also | Miller + Aron | Retiree |
| Alicia Chung | Davis Polk | JPMorgan Chase |
| Bob Skar | PwC | " |
| Anthony M Saccullo | Am Saccullo Legal | Timothy Knight |
| Katherine Mayer | McCarter & English | DBTCA |
| Larry Kotler | Duane Morris | Penn. School Employees Ret. Sys. |
| Tom Horan | Womble Carlyle | Great Banc |
| Daniel Rath | Landis Rath & Cobb | Creditors Committee |
| Zehe Allinson | Sullivan Hazeltine Allinson LLC | WTC |
| Marty Siegel | Brown Rudnick LLP | WTC (on phone) |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:**

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Carlan | Sidley | Debtors |
| Kevin Lantry | " | " |
| Dan Liebenthal | Tribune | |
| Norman Pernick | Cole Schotz | Debtors |
| Steve Baldini | Akin Gump | Aurelius |
| Danny Golden | " | Aurelius |
| | " | |
| Michelle Marino | DLA Piper | Barclays |
| Amanda Winfree | Ashby + Geddes PA | Aurelius |
| David Powlen | Barnes & Thornburg | Morgan Stanley |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Merrill Lynch |

| | | | | | |
|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4282201 | John Sieger | (312) 902-5294 Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4288436 | Michael L. Simes | (212) 506-2607 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4301967 | James Sottile | (202) 778-1800 Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4304756 | Matthew Stein | (212) 506-1717 Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4303665 | Andrew M. Thau | (212) 692-5178 Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4288449 | Amit K. Trehan | (212) 506-2500 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4020445 | Andrew Vail | (312) 840-8688 Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4301411 | Rushabh Vora | (212) 231-6311 Macquarie Capital (USA) | Creditor, Macquarie Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4261645 | John W. Weiss | (212) 210-9412 Alston & Bird, LLP | Interested Party, Ernst & Young LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4304617 | Gary Weitman | (312) 222-3394 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4288118 | Brian Whittman | (312) 601-4226 Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4302064 | Ben Wilson | (212) 412-7642 Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4308185 | Justin Winerman | (312) 407-0924 Skadden Arps Slate Meagher & Flom | Client, Former Special Committee / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4307311 | Stefanie L. Wowchuk | (312) 876-2569 SNR Denton US LLP | Debtor, SNR Denton US LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4301655 | Matthew A Zloto | (646) 445-6518 Aurelius Capital Management, LP | In Propria Persona, Matthew A Zloto / LISTEN ONLY |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

Calendar Date: 06/28/2011
Calendar Time: 10:00 AM ET

#5

Amended Calendar 06/28/2011 06:32 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3999982 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4299391 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4301944 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4288424 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4277482 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4302712 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4301980 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4282881 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4304358 | Kira Davis | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4301872 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4308046 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4298062 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, George Dougherty / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4299703 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4304604 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4308786 | Igor Fuks | (212) 303-9453 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4283003 | Ashish D. Gandhi | (212) 310-8024 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4302001 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4308592 | Jason Goldsmith | (212) 872-1000 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4305779 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4305871 | Nicholas A. Heilbut | (212) 466-2167 | Serengeti Asset Management | Interested Party, Serengeti Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4208827 | Reed Heiligman | (312) 276-1400 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4306144 | Mark Heron | 212-325-9933 | Credit Suisse | Creditor, Credit Suisse / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4308810 | Mitch Hurley | 212-872-1000 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4303608 | Nealesh Jhaveri | (212) 651-7636 | Citadel Investment Group | Interested Party, Nealesh Jhaveri / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4298795 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4304502 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4301020 | Michael C. Kass | (212) 905-3911 | Bluemountain Capital | Interested Party, Michael C. Kass / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4303554 | Arthur Kavalis | (212) 667-2370 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4304367 | May Kim | (202) 223-7379 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301274 | Peter Kim | (212) 450-3028 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4304525 | Candice Kline | 312-853-7778 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4304513 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4306721 | John J. Kuchno | (410) 625-8414 | Maryland State Retirement and | Representing, Maryland State Retirement and Pension System / LIVE |
| Tribune Company | 08-13141 | Hearing | 4306012 | Stephen Lam | 646-863-7157 | Corre Partners | Creditor, Corre Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301891 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4304347 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4304595 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4254028 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4304531 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4304558 | Shawn Luna | (213) 896-6755 | Sidley Austin LLP | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4303733 | Rachel Mauceri | (215) 963-5000 | Morgan Lewis & Bockius LLP | Interested Party, Great Banc Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301928 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4304545 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4298118 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, Shachar Minkove / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4305887 | David S. Mordkoff | (212) 969-3831 | Proskauer Rose LLP | Interested Party, Proskauer Rose LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4307945 | Tina Moss | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4249481 | Claire P. Murphy | 312-641-3200 | Sperling & Slater | Interested Party, Chandler Bigelow / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4308882 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4299135 | Karen S. Park | 212-756-2036 | Schulte Roth & Zabel, LLP | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4299390 | Jane Parver | 212-836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4304363 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4299385 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4295515 | Shaya Rochester | (212) 872-1076 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301901 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4254016 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4304578 | Joel G. Samuels | (213) 896-6030 | Sidley Austin LLP | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4308787 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4301853 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4302856 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4308813 | Beth Sieg | (804) 775-1137 | McGuireWoods, LLP | Interested Party, Dominion / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4305853 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |