# EXHIBIT A

# SITRICK AND COMPANY

**BI-MONTHLY FEE STATEMENT**
For the time period
August 26, 2010 through September 30, 2010

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/26/2010 | AD | Email to and from L. Phelps (.4). Media research of all coverage in past 60 days. Compiled, forwarded to MSS (1.1). | 1.50 | $277.50 |
| | LCN | Research and compile relevant clips from Poynter Online per L. Phelps. | 0.60 | $111.00 |
| 8/26/2010 | LMP | Conference call with MSS and client. | 0.50 | $397.50 |
| | MSS | Conference call with L. Phelps and client. | 0.50 | $447.50 |
| 8/27/2010 | LMP | Conference call with MSS and client; follow up re: same (.9). Review prior media clip and other materials (.5) | 1.40 | $1,113.00 |
| | MSS | Conference call with L .Phelps and client, follow up re: same (.9); review materials (.6) | 1.50 | $1,342.50 |
| 8/29/2010 | LMP | Strategy discussions with MSS. | 0.50 | $397.50 |
| | MSS | Strategy discussion with L. Phelps. | 0.50 | $447.50 |
| 8/30/2010 | LMP | Travel to airport; travel from LA to Chicago for meeting on August 31. (billed at ½ rate) | 6.90 | $2,742.75 |
| | LMP | Review various materials (1.2); prepare memo/plan (2.4) | 3.60 | $2,862.00 |
| 8/31/2010 | LMP | Additional review of materials (1.2); attend meeting with MSS, Gary and Jeff (3.4). | 4.60 | $3,657.00 |
| 8/31/2010 | LMP | Travel to LA. (billed at ½ rate) | 6.80 | $2,703.00 |
| | MSS | Additional review of materials (.7); attend meeting with L. Phelps, Gary and Jeff; follow up strategy discussions re: same (3.4); | 4.10 | $3,669.50 |
| | MSS | Travel to Chicago from NY; travel to meeting with Gary Weitman, Jeff and L. Phelps. (billed at ½ rate) | 5.90 | $2,640.25 |
| | MSS | Travel from Chicago to LA. (billed at ½ rate) | 6.80 | $3,043.00 |
| 9/1/2010 | LCN | Pull relevant media clips per MSS. | 0.50 | $92.50 |

Bi-Monthly Fee Statement: August 26, 2010 through September 30, 2010
Page 2 of 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 9/3/2010 | MSS | Review materials (.6); work on media plan (1.8); discussion with board member (.4). | 2.80 | $2,506.00 |
| 9/5/2010 | LMP | Research for media plan (.5); review and comment on draft revised communication plan (1); add additional material (.4); return to MSS (.1); research public affairs forums in several cities re: same (1.3). | 3.30 | $2,623.50 |
| 9/8/2010 | LMP | Review emails re: communication plan. | 0.30 | $238.50 |
| 9/8/2010 | MSS | Review various materials (.4); and work on communications plan (.2.2). | 2.60 | $2,327.00 |
| 9/10/2010 | JCB | Draft for L. Phelps bullet points re: various rumors in the news. | 1.00 | $595.00 |
| | MSS | Discussions with board member (.5); discussions with media (.7); discussions with Gary Weitman (.6), review and respond to various email (.8) | 2.60 | $2,327.00 |
| | JST | Research for MSS and J. Bates. | 0.30 | $55.50 |
| 9/12/2010 | LMP | Review emails re: ITV article. | 0.30 | $238.50 |
| 9/13/2010 | BDG | Call with MSS, Jeff and client (1); review various materials (.3) | 1.30 | $715.00 |
| | LMP | Conference call with client and MSS (1); emails re: news coverage of BK issues and follow up to same (.3) | 1.30 | $1,033.50 |
| | MSS | Review various materials (.6); participate in conference call with Gary, Jeff, L. Phelps and B. Glicklich (.9); discussions with board member (.4); discussions with media (.6) | 2.50 | $2,237.50 |
| 9/13/2010 | JST | Research for MSS. | 0.30 | $55.50 |
| 9/14/2010 | MSS | Review and respond to email (.5); discussions with board member (.9); discussions and emails with various media (2.2) | 3.60 | $3,222.00 |
| 9/15/2010 | MSS | Review and respond to email (.8); call to media (.4); discussions with Gary (.5); review and comment on note re: news article (1). | 2.70 | $2,416.50 |
| 9/16/2010 | MSS | Multiple conversations and emails re: media with Gary Weitman (3.8); discussions with Randy Michaels, lawyers and individually with Gary (2.8); review various materials (.1); discussions with board member (.6) | 7.30 | $6,533.50 |
| 9/20/2010 | MSS | Review and respond to email (.7); discussion with media and board member (.6) | 1.30 | $1,163.50 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 9/22/2010 | MSS | Discussions with reporter (.4); discussion with reporter and board member (.7); follow up re: same (.3). | 1.40 | $1,253.00 |
| 9/23/2010 | MSS | Follow up with reporter. | 0.30 | $268.50 |
| 9/25/2010 | MSS | Review materials in advance of call with Don (.2); participate in call (.3); review and respond to email from Gary (.2). | 0.70 | $626.50 |
| 9/28/2010 | MSS | Strategy discussion with Gary on media inquiries. | 0.60 | $537.00 |
| | **SUBTOTAL:** | | [82.70 | $56,917.00] |
| | **TOTAL TIME CHARGES** | | 82.70 | $56,917.00 |

# EXHIBIT B

## EXPENSES

|  |  | Qty/Price |  |
|---|---|---:|---:|
|  | **AIRFARE** |  |  |
| 8/30/2010 | American Airlines<br>Date of Travel: Aug. 30, 2010<br>Lew Phelps - LAX/ORD | 1<br>$662.00 | 662.00 |
|  | Delta Airlines<br>Date of Travel: Aug. 31, 2010<br>Lew Phelps - ORD/LAX | 1<br>$662.00 | 662.00 |
|  | Delta Airlines<br>Date of Travel: Aug. 31, 2010<br>Michael Sitrick - ORD/LAX | 1<br>$662.00 | 662.00 |
| 8/31/2010 | Delta Airlines<br>Date of Travel: Aug. 31, 2010<br>Michael Sitrick - LAX/ORD | 1<br>$326.00 | 326.00 |
|  | **SUBTOTAL:** |  | [2,312.00] |
|  | **CONFERENCE CALLS** |  |  |
| 9/30/2010 | Adigo<br>Invoice: 20101001150691<br>Date of Service: September 2010<br>Lew Phelps | 1<br>$34.15 | 34.15 |
|  | **SUBTOTAL:** |  | [34.15] |
|  | **LODGING** |  |  |
| 8/30/2010 | Expense Report<br>Lewis Phelps<br>8/30/10<br>Intercontinental Hotel - Lewis Phelps | 1<br>$206.57 | 206.57 |
| 8/30/2010 | Expense Report<br>Lewis Phelps<br>8/30/10<br>Intercontinental Hotel - Tips | 1<br>$10.00 | 10.00 |
|  | **SUBTOTAL:** |  | [216.57] |
|  | **MEALS** |  |  |
| 8/30/2010 | Expense Report<br>Lewis Phelps<br>8/30/10<br>Intercontinental Hotel - Meals | 1<br>$50.00 | 50.00 |

| | | | |
|---|---|---:|---:|
| | **SUBTOTAL:** | | [50.00] |
| | **MILEAGE** | | |
| 8/30/2010 | Expense Report<br>Lewis Phelps<br>8/30/10<br>Mileage to Airport | 1<br>$13.50 | 13.50 |
| | **SUBTOTAL:** | | [13.50] |
| | **TOTAL ADDITIONAL CHARGES** | | $2,626.22 |