# EXHIBIT A

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
For the time period
October 1, 2010 through October 31, 2010

## PROFESSIONAL SERVICES

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 10/1/2010 | MSS | Call with Gary W (.5); review and respond to email (.5); call to Don L (.3) | 1.30 | $1,163.50 |
| 10/4/2010 | MSS | Discussions with Gary Weitman (.9); review and respond to email (.3) | 1.20 | $1,074.00 |
| 10/5/2010 | MSS | Various discussions with Gary (1.2); review and analyze media stories (1); review and respond to email (.5). | 2.70 | $2,416.50 |
| 10/6/2010 | LMP | Review articles on Tribune Co (1.2); research various editorial policies (1.1); provide information to MSS (.4); review and edit draft letter for client to send to media (1); review social media report on pickup of stories (.9) discuss with MSS (.4); Review final draft of letter send by client (.5) | 5.50 | $4,372.50 |
| | MSS | Review and respond to email (.4); review policies on sourcing from various news media (1.6); work on various iterations of letters to media (5.2); discussions with Gary and Jeff (2.1); review various materials (1). | 10.30 | $9,218.50 |
| 10/7/2010 | MSS | Various discussions re: news stories (2.7); work on iterations of letters (4.8) | 7.50 | $6,712.50 |
| 10/8/2010 | MSS | Review letter again, discussion with Gary. | 1.30 | $1,163.50 |
| 10/11/2010 | MSS | Review and respond to email from Gary (1.2); review media column (.2); discussions re: same (.5). | 1.90 | $1,700.50 |
| 10/12/2010 | MSS | Review email from Gary W. | 0.10 | $89.50 |
| 10/13/2010 | MSS | Discussion with Gary W and Jeff Z re: internal Tribune matter. | 0.50 | $447.50 |
| **SUBTOTAL:** | | | **[32.30** | **$28,358.50]** |
| **TOTAL TIME CHARGES** | | | **32.30** | **$28,358.50** |