**EXHIBIT A**

# SITRICK AND COMPANY

**MONTHLY FEE STATEMENT**
**For the time period**
**February 1, 2011 through February 28, 2011**

## PROFESSIONAL SERVICES

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/1/2011 | MSS | Review email (.2), review materials (.1). | 0.30 | $268.50 |
| 2/2/2011 | MSS | Review email (.2), review materials (.1). | 0.30 | $268.50 |
| 2/3/2011 | MSS | Review email (.1), news clips (.2). | 0.30 | $268.50 |
| **SUBTOTAL:** | | | **[0.90** | **$805.50]** |
| **TOTAL TIME CHARGES** | | | **0.90** | **$805.50** |