# EXHIBIT A

**Tribune Co.** 
Time Log

Moelis & Company
**Summary of Hours Worked**
**May 1, 2011 - May 31, 2011**

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 2.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 2.0 |
| Zul Jamal | Managing Director, Restructuring Group | 7.0 |
| Ashish Ajmera | Vice President | 43.0 |
| Jens Olson | Associate | 41.0 |
| Sandhya Sistla | Analyst | 53.0 |
| | **Total Moelis Team Hours** | **148.0** |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 2.0 |
| Navid Mahmoodzadegan | Managing Director | 2.0 |
| Zul Jamal | Managing Director | 7.0 |
| Ashish Ajmera | Vice President | 43.0 |
| Jens Olson | Associate | 41.0 |
| Sandhya Sistla | Analyst | 53.0 |
| **Total** | | **148.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 5/2/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 5/2/2011 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 5/2/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Ashish Ajmera | 5/3/2011 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 5/3/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 5/3/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 5/5/2011 | 1.0 | UCC Meeting |
| Jens Olson | 5/5/2011 | 1.0 | UCC Meeting |
| Sandhya Sistla | 5/5/2011 | 1.0 | UCC Meeting |
| Ashish Ajmera | 5/8/2011 | 2.0 | Review of 2011 Operating Plan |
| Jens Olson | 5/8/2011 | 2.0 | Review of 2011 Operating Plan |
| Sandhya Sistla | 5/8/2011 | 2.0 | Review of 2011 Operating Plan |
| Ashish Ajmera | 05/09/11 | 7.0 | 2011 Operating Plan meeting |
| Sandhya Sistla | 05/09/11 | 7.0 | 2011 Operating Plan meeting |
| Ashish Ajmera | 5/10/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 5/10/2011 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 5/10/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Ashish Ajmera | 5/10/2011 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 5/10/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 5/10/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 5/12/2011 | 6.0 | 2011 Operating Plan presentation |
| Jens Olson | 5/12/2011 | 6.0 | 2011 Operating Plan presentation |
| Sandhya Sistla | 5/12/2011 | 6.0 | 2011 Operating Plan presentation |
| Ashish Ajmera | 5/13/2011 | 6.0 | 2011 Operating Plan presentation |
| Jens Olson | 5/13/2011 | 6.0 | 2011 Operating Plan presentation |
| Sandhya Sistla | 5/13/2011 | 6.0 | 2011 Operating Plan presentation |
| Ashish Ajmera | 5/16/2011 | 7.0 | 2011 Operating Plan presentation |
| Jens Olson | 5/16/2011 | 7.0 | 2011 Operating Plan presentation |
| Sandhya Sistla | 5/16/2011 | 7.0 | 2011 Operating Plan presentation |
| Ashish Ajmera | 5/16/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 5/16/2011 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 5/16/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 5/17/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 5/17/2011 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 5/17/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 5/17/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 5/19/2011 | 4.0 | UCC Meeting |
| Ashish Ajmera | 5/19/2011 | 4.0 | UCC Meeting |
| Jens Olson | 5/19/2011 | 4.0 | UCC Meeting |
| Sandhya Sistla | 5/19/2011 | 4.0 | UCC Meeting |
| Thane Carlston | 5/19/2011 | 2.0 | Review of in-person UCC Meeting materials |
| Navid Mahmoodzadegan | 5/19/2011 | 2.0 | Review of in-person UCC Meeting materials |
| Ashish Ajmera | 5/23/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 5/23/2011 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 5/23/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 5/24/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 5/24/2011 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 5/24/2011 | 1.0 | Weekly UCC Advisor Call |

Time Log - May 2011

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 2.0 |
| Navid Mahmoodzadegan | Managing Director | 2.0 |
| Zul Jamal | Managing Director | 7.0 |
| Ashish Ajmera | Vice President | 43.0 |
| Jens Olson | Associate | 41.0 |
| Sandhya Sistla | Analyst | 53.0 |
| **Total** | | **148.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Sandhya Sistla | 5/24/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 5/30/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 5/30/2011 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 5/30/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 5/31/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 5/31/2011 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 5/31/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 5/31/2011 | 1.0 | Weekly UCC Advisor Call |
| | **Total** | **148.0** | |