# EXHIBIT B

# Tribune Co.

Moelis & Company - May 2011 Expense Summary

|  | **May 2011** |
|---|---:|
| Airfare | $ 3,293.68 |
| Lodging | 841.19 |
| Travel / Overtime / Weekend meals | 197.80 |
| Taxi / Transportation / Parking | 589.48 |
| Telephone | - |
| Presentations | 1,425.83 |
| Other | - |
| **Total** | **$ 6,347.98** |

**Tribune Co.**
Moelis & Company - May 2011 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| | 5/3/2011 | AIRFARE | Client Mtgs. AMERICAN AIRLINES INC | Ajmera | $3,228.18 | $1,200.00 |
| | 5/4/2011 | AIRFARE | Client Meeting AMERICAN AIRLINES INC | Sistla | 831.68 | 831.68 |
| | 5/4/2011 | AIRFARE | Agent booking fee | Sistla | 42.00 | 42.00 |
| | 5/9/2011 | AIRFARE | Flight tax | Sistla | 20.00 | 20.00 |
| | 5/13/2011 | AIRFARE | Client Mtg. AMERICAN AIRLINES INC - LA to NY | Ajmera | 1,879.70 | 600.00 |
| | 5/13/2011 | AIRFARE | Client Mtgs. AMERICAN AIRLINES INC - NY to LA | Ajmera | 2,605.70 | 600.00 |
| | 5/18/2011 | AIRFARE | Client Mtgs. DELTA AIR LINES - LA to NY | Ajmera | 1,505.90 | - |
| | | | | **Total Requested** | | **$3,293.68** |
| **LODGING** | | | | | | |
| | 5/8/2011 | LODGING | Hotel (Intercontinental for Operating Plan mtg) | Ajmera | $239.00 | $239.00 |
| | 5/8/2011 | LODGING | Hotel Tax | Ajmera | 36.81 | 11.00 |
| | 5/8/2011 | LODGING | Client Meeting INTERCONTINENTAL FRNT DSK (Operating Plan mtg) | Sistla | 209.00 | 209.00 |
| | 5/8/2011 | LODGING | Hotel Tax | Sistla | 32.19 | 32.19 |
| | 5/18/2011 | LODGING | Client Mtg. LONDON NYC | Ajmera | 599.00 | 350.00 |
| | | | | **Total Requested** | | **$841.19** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| | 3/18/2011 | MEALS | LUNCH: Eddy Hartenstein of LA TIMES Belvedere Restaurant at The Peninsula | Mahmoodzadegan | $154.23 | $25.00 |
| | 5/8/2011 | MEALS TRAVEL | Traveling meal INTERCONTINENTAL FRNT DSK | Sistla | 22.35 | 22.35 |
| | 5/8/2011 | MEALS TRAVEL | Traveling meal SUSHI SAMBA RIO dinner | Sistla | 51.00 | 50.00 |
| | 5/9/2011 | MEALS | Client Dinner MACARONI GRILL #840 | Ajmera | 67.50 | 50.00 |
| | 5/9/2011 | MEALS TRAVEL | Traveling meal Starbucks | Sistla | 3.72 | 3.72 |
| | 5/9/2011 | MEALS TRAVEL | Traveling meal TUSCANY | Sistla | 33.00 | 33.00 |
| | 5/19/2011 | MEALS TRAVEL | Traveling meal DIGBY'S CAFE | Ajmera | 13.73 | 13.73 |
| | | | | **Total Requested** | | **$197.80** |
| **TAXI / TRANSPORTATION / PARKING** | | | | | | |
| | 5/8/2011 | TAXI | 4376:22:Taxi / Car Service / Limo | Ajmera | $45.00 | $45.00 |
| | 5/9/2011 | TAXI | Client Meeing in Chicago Bell Cab | Sistla | 36.75 | 36.75 |
| | 5/9/2011 | TAXI | Client Meeting Sun Taxi | Sistla | 20.00 | 20.00 |
| | 5/9/2011 | TAXI | Client Meeting Authorized Taxi Supervision Inc | Sistla | 2.50 | 2.50 |
| | 5/10/2011 | PARKING | LAX Parking LAX AIRPORT LOT P4 | Ajmera | 59.00 | 59.00 |
| | 5/10/2011 | TAXI | Client Meeting BELL CAB | Sistla | 46.25 | 46.25 |
| | 5/19/2011 | MILEAGE | LAX Roundtrip Mileage | Ajmera | 15.30 | 15.30 |
| | 5/20/2011 | PARKING | LAX Parking LAX AIRPORT LOT P6 | Ajmera | 55.00 | 55.00 |
| | 5/27/2011 | TAXI | Car Service JFK to Hotel BALI LIMOUSINES INC | Ajmera | 159.74 | 159.74 |
| | 5/27/2011 | TAXI | Car Service NY office to JFK BALI LIMOUSINES INC | Ajmera | 149.94 | 149.94 |
| | | | | **Total Requested** | | **$589.48** |
| **PRESENTATIONS** | | | | | | |
| | | PRESENTATIONS | Various presentations services, including printing management and presentations | | $1,425.83 | $1,425.83 |
| | | | | **Total Requested** | | **$1,425.83** |
| | | | | **Month Total** | $ | **6,347.98** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip. We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
   - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location