# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

May 1, 2011 through and including May 31, 2011

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Michael P Murphy | Managing Director | 1.50 | $855.00 | $1,282.50 |
| Brad Hall | Director | 96.80 | 645.00 | 62,436.00 |
| Albert Leung | Director | 200.90 | 560.00 | 112,504.00 |
| Young Kim | Vice President | 19.60 | 490.00 | 9,604.00 |
| Total Hours & Fees | | 318.80 | | 185,826.50 |
| Less 50% Travel | | | | (16,632.50) |
| Subtotal | | | | 169,194.00 |
| Expenses | | | | 5,796.65 |
| **Total Amount Due** | | | | USD  174,990.65 |

AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Staffing Period.

14