# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

May 1, 2011 through and including May 31, 2011

| Project Code | Description | Hour | Amount |
|---|---|---|---|
| 5735.00004 | Current Financials | 80.0 | 44,779.00 |
| 5735.00005 | Prospective Financials | 132.8 | 78,058.50 |
| 5735.00008 | Plan of Reorganization | 8.3 | 4,716.00 |
| 5735.00010 | Claims & Recoveries | 3.6 | 2,016.00 |
| 5735.00012 | Asset Sales | 7.7 | 4,669.00 |
| 5735.00015 | UCC Meetings | 13.1 | 7,973.50 |
| 5735.00017 | Billing and Retention | 18.3 | 10,349.50 |
| 5735.00018 | Travel Time (billed at 50%) | 55.0 | 16,632.50 |
| | | **318.8** | **$169,194.00** |

16

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/02/11 | ANL | Reviewed March 2011 and Q1 2011 results. | 2.20 |
| 05/03/11 | ANL | Reviewed weekly cash and cash forecast. | 1.60 |
| 05/03/11 | ANL | Reviewed revenue flash reports. | 1.20 |
| 05/03/11 | ANL | Prepared weekly status report. | 2.30 |
| 05/04/11 | ANL | Reviewed Comcast, CBS and Time Warner earnings releases. | 2.10 |
| 05/04/11 | ANL | Reviewed March 2011 report. | 2.30 |
| 05/04/11 | YK | Reviewed and revised Tribune weekly status report to the UCC. | 1.60 |
| 05/04/11 | YK | Analyzed Moelis weekly status report. | 0.50 |
| 05/04/11 | YK | Reviewed weekly results and C&P memo regarding Randy Michaels. | 0.80 |
| 05/04/11 | BH | Review and analyze weekly financial performance compared to Plan and revise report to UCC on same. | 2.20 |
| 05/05/11 | BH | Draft comments for verbal presentation of weekly financial results during UCC meeting. | 1.00 |
| 05/05/11 | BH | Review weekly update repeot and updated Moelis Media Report on industry conditions and values. | 0.70 |
| 05/05/11 | ANL | Reviewed weekly cash and cash forecast. | 1.50 |
| 05/05/11 | ANL | Reviewed revenue flash reports. | 1.80 |
| 05/05/11 | ANL | Prepared weekly status report. | 2.30 |
| 05/05/11 | ANL | Reviewed Scripps earnings release. | 1.10 |
| 05/06/11 | ANL | Prepared weekly status report. | 0.90 |
| 05/06/11 | ANL | Reviewed Q1 2011 publishing and broadcasting results. | 1.80 |
| 05/10/11 | ANL | Prepared weekly status report. | 1.20 |
| 05/10/11 | YK | Reviewed and revised weekly status report to the UCC. | 1.20 |
| 05/11/11 | ANL | Prepared updated trailing 12 month summary of broadcasting pacings and publishing results. | 2.20 |
| 05/11/11 | ANL | Prepared weekly status report. | 1.10 |
| 05/11/11 | ANL | Reviewed Tribune legal entity map. | 0.60 |
| 05/11/11 | ANL | Reviewed March 2011 brown book report. | 1.60 |
| 05/11/11 | BH | Analyze weekly financial performance as compared to Plan. | 2.40 |
| 05/12/11 | ANL | Reviewed April 2011 brown book report. | 2.50 |
| 05/12/11 | ANL | Reviewed March 2011 brown book report. | 1.30 |
| 05/13/11 | ANL | Prepared weekly status report. | 1.50 |
| 05/13/11 | ANL | Prepared summary of year to date results. | 2.20 |
| 05/13/11 | YK | Reviewed and analyzed weekly cash flows. | 0.80 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/13/11 | YK | Reviewed and analyzed broadcasting unit weekly performance. | 1.50 |
| 05/13/11 | YK | Reviewed and analyzed publishing unit weekly performance. | 1.40 |
| 05/13/11 | YK | Reviewed and analyzed industry and competitor news. | 0.80 |
| 05/15/11 | YK | Reviewed and revised weekly status report to the UCC. | 1.20 |
| 05/17/11 | ANL | Prepared weekly status report. | 0.60 |
| 05/17/11 | BH | Review and analyze weekly financial results and compare to Plan. | 1.90 |
| 05/20/11 | YK | Analyzed recent weekly broadcasting performance. | 1.20 |
| 05/20/11 | YK | Analyzed recent weekly publishing performance. | 1.40 |
| 05/20/11 | YK | Analyzed recent cash flow performance. | 0.90 |
| 05/20/11 | YK | Analyzed recent competitor and industry performance. | 0.80 |
| 05/23/11 | BH | Review and analyze weekly financial performance. | 1.10 |
| 05/23/11 | ANL | Analyzed weekly revenue flash and cash flow results. | 1.80 |
| 05/23/11 | ANL | Prepared weekly status report. | 2.20 |
| 05/24/11 | ANL | Analyzed weekly revenue flash and cash flow results. | 0.80 |
| 05/24/11 | ANL | Prepared weekly status report. | 1.10 |
| 05/24/11 | BH | Revise report to UCC on weekly financial results. | 1.00 |
| 05/25/11 | ANL | Prepared weekly status report. | 1.60 |
| 05/25/11 | ANL | Reviewed Moelis media update. | 0.60 |
| 05/26/11 | ANL | Reviewed March and April brown books. | 1.20 |
| 05/26/11 | ANL | Prepared weekly status report. | 2.20 |
| 05/27/11 | YK | Analyzed Moelis' status report to the UCC. | 0.40 |
| 05/31/11 | BH | Review and analyze weekly financial performance compared to Plan. | 2.30 |
| 05/31/11 | ANL | Revised weekly status update to UCC. | 0.90 |
| 05/31/11 | ANL | Reviewed newspaper industry, NYT and MNI filings. | 2.20 |
| 05/31/11 | ANL | Reviewed management operating reports. | 1.30 |
| 05/31/11 | YK | Reviewed and revised Tribune UCC weekly status report. | 1.10 |
| | | **Total Hours** | **80.00** |

Re:                        Current Financials
Client/Matter #            005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 51.80 | 560.00 | 29,008.00 |
| Brad Hall | 12.60 | 645.00 | 8,127.00 |
| Young Kim | 15.60 | 490.00 | 7,644.00 |
| **Total Hours & Fees** | **80.00** | | **44,779.00** |

Re:              Prospective Financials
Client/Matter #  005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/02/11 | ANL | Reviewed 2011 Operating Plan presentation. | 2.30 |
| 05/02/11 | BH | Develop list of questions to send to Tribune advisors to be addressed in the upcoming 2011 Operating Plan Management Meeting in Chicago. | 2.60 |
| 05/03/11 | ANL | Reviewed 2011 publishing Plan details. | 2.10 |
| 05/03/11 | ANL | Reviewed 2011 broadcasting Plan details. | 1.80 |
| 05/04/11 | ANL | Reviewed 2011 Operating Plan details. | 1.80 |
| 05/06/11 | ANL | Reviewed equity investment budgets and documents. | 2.80 |
| 05/06/11 | ANL | Prepared for Chicago due diligence meetings. | 1.20 |
| 05/09/11 | ANL | Participated in 2011 operating plan due diligence meetings with Tribune management. | 8.00 |
| 05/09/11 | BH | Attend and participate in 2011 Operating Plan Management Presentation in Chicago. | 7.00 |
| 05/09/11 | BH | Meet with representatives of Moelis to discuss issues regarding the 2011 Operating Plan and proposed presentation to the UCC. | 1.00 |
| 05/10/11 | ANL | Reviewed updated Tribune 2011 Plan presentation. | 3.20 |
| 05/10/11 | ANL | Reviewed 2011 corporate presentation and Blue Lynx presentation. | 1.10 |
| 05/11/11 | BH | Draft report to UCC on the 2011 Operating Plan Management Meeting results and findings. | 5.00 |
| 05/12/11 | BH | Draft report to UCC on results and findings of the 2011 Operating Plan Management Meeting in Chicago. | 6.50 |
| 05/12/11 | ANL | Prepared presentation to UCC on 2011 Operating Plan and due diligence trip. | 3.50 |
| 05/12/11 | ANL | Analyzed 2011 operating budget data. | 1.60 |
| 05/12/11 | ANL | Prepared summary of plan process and management team. | 1.30 |
| 05/13/11 | ANL | Prepared presentation to UCC on 2011 Operating Plan and due diligence trip. | 3.20 |
| 05/13/11 | ANL | Prepared summary of publishing and broadcasting initiatives. | 2.50 |
| 05/13/11 | ANL | Analyzed Tribune detail 2011 business plan budgets. | 2.60 |
| 05/13/11 | BH | Identify the individual slides and topics to be shared with the UCC on the 2011 Operating Plan Management Meetings. | 3.90 |
| 05/13/11 | BH | Draft presentation of 2011 Operating Plan Management Meeting presentation to UCC. | 5.00 |
| 05/13/11 | BH | Revise slides in presentation of 2011 Operating Plan Management Meeting for the upcoming UCC meeting. | 3.50 |
| 05/15/11 | ANL | Prepared presentation to UCC on 2011 Operating Plan and due diligence trip. | 3.60 |

Re:                    Prospective Financials
Client/Matter #        005735.00005

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/16/11 | ANL | Prepared summary of publishing and broadcasting plan details. | 3.20 |
| 05/16/11 | ANL | Prepared presentation to UCC on 2011 Operating Plan and due diligence trip. | 4.20 |
| 05/16/11 | ANL | Prepared summary of capital spending and initiatives. | 2.50 |
| 05/16/11 | ANL | Reviewed Tribune 2011 Operating Plan presentation. | 4.10 |
| 05/16/11 | BH | Edit report to UCC on 2011 Operating Plan Management Meeting. | 2.40 |
| 05/17/11 | BH | Edit report to UCC on 2011 Operating Plan Management Meeting. | 1.70 |
| 05/17/11 | MPM | Reviewed and analyzed Tribune's May 2011 Management presentation on Operating Plan. | 1.10 |
| 05/17/11 | ANL | Prepared presentation to UCC on 2011 Operating Plan. | 4.50 |
| 05/17/11 | ANL | Reviewed Tribune 2011 Operating Plan presentation. | 3.20 |
| 05/17/11 | ANL | Prepared summary of publishing and broadcasting Q1 2011 results and forecast for remainder of the year. | 2.80 |
| 05/17/11 | ANL | Prepared summary of publishing and broadcast plan details. | 2.50 |
| 05/17/11 | ANL | Prepared summary of newsprint price and consumption. | 1.30 |
| 05/18/11 | ANL | Reviewed and revised Tribune 2011 Operating Plan presentation to the UCC. | 2.80 |
| 05/18/11 | ANL | Prepared presentation to review 2011 Operating Plan to the UCC. | 4.50 |
| 05/19/11 | ANL | Prepared 2011 Operating Plan presentation to the UCC. | 3.20 |
| 05/19/11 | BH | Prepare comments for verbal presentation to UCC of 2011 Operating Plan Management Meeting. | 1.00 |
| 05/23/11 | ANL | Reviewed Tribune 2011 Operating Plan presentation. | 2.80 |
| 05/23/11 | ANL | Analyzed 2011 operating plans for publishing and broadcasting units. | 3.20 |
| 05/24/11 | ANL | Reviewed Tribune 2011 Operating Plan presentation. | 1.20 |
| 05/26/11 | ANL | Reviewed Tribune 2011 Operating Plan and detail models. | 1.70 |
| 05/31/11 | ANL | Reviewed 2011Operating Plan models. | 1.80 |
| | | **Total Hours** | **132.80** |

Re:                         Prospective Financials
Client/Matter #             005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 1.10 | 855.00 | 940.50 |
| Albert Leung | 92.10 | 560.00 | 51,576.00 |
| Brad Hall | 39.60 | 645.00 | 25,542.00 |
| **Total Hours & Fees** | **132.80** | | **78,058.50** |

Re:             Plan of Reorganization
Client/Matter #         005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/06/11 | ANL | Reviewed post trial plan brief and POR related documents. | 2.10 |
| 05/11/11 | BH | Review Draft DCL Plan Post Trial Brief. | 0.80 |
| 05/25/11 | ANL | Reviewed DCL plan documents and Noteholder plan documents. | 1.80 |
| 05/26/11 | ANL | Reviewed draft of post trial briefs. | 1.60 |
| 05/26/11 | ANL | Reviewed amended DCL plan. | 0.80 |
| 05/31/11 | ANL | Reviewed post trial briefs. | 1.20 |
| | | **Total Hours** | **8.30** |

Re:                          Plan of Reorganization
Client/Matter #              005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 7.50 | 560.00 | 4,200.00 |
| Brad Hall | 0.80 | 645.00 | 516.00 |
| **Total Hours & Fees** | **8.30** | | **4,716.00** |

Re:              Claims & Recoveries
Client/Matter #  005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/24/11 | ANL | Reviewed proof of claims data. | 0.80 |
| 05/24/11 | ANL | Reviewed cure payment motion order and exhibits. | 1.60 |
| 05/26/11 | ANL | Reviewed proof of claims data. | 1.20 |
| | | **Total Hours** | **3.60** |

Re:                    Claims & Recoveries
Client/Matter #        005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 3.60 | 560.00 | 2,016.00 |
| **Total Hours & Fees** | **3.60** | | **2,016.00** |

Re:                     Asset Sales
Client/Matter #         005735.00012

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/03/11 | BH | Review information on proposed sale of Patuxent Building and Debtors motion to allow sale. | 1.50 |
| 05/05/11 | BH | Draft memo to Chadbourne alerting them of planned motion to sell Patuxent Building. | 0.40 |
| 05/11/11 | BH | Draft comments on the motion to approve sale of Patuxent Building and send to Chadbourne for inclusion in memo to UCC. | 1.40 |
| 05/11/11 | ANL | Prepared memo on the Homestead Columbia Maryland property 363 sale. | 1.80 |
| 05/11/11 | ANL | Reviewed Homestead property appraisal reports. | 1.70 |
| 05/12/11 | BH | Respond to questions from Chadbourne on Patuxent Building sales. | 0.50 |
| 05/12/11 | BH | Edit memo to UCC drafted by Chadbourne on proposed sale of Patuxent Building. | 0.40 |
| | | **Total Hours** | 7.70 |

Re:                         Asset Sales
Client/Matter #             005735.00012

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 3.50 | 560.00 | 1,960.00 |
| Brad Hall | 4.20 | 645.00 | 2,709.00 |
| **Total Hours & Fees** | **7.70** | | **4,669.00** |

Re:                    UCC Meetings
Client/Matter #        005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/03/11 | BH | Participate in weekly UCC professionals call hosted by Chadbourne. | 0.70 |
| 05/05/11 | BH | Participate in UCC meeting and present report on financial results. | 0.80 |
| 05/10/11 | ANL | Participated in weekly UCC professionals call. | 0.80 |
| 05/17/11 | ANL | Participated in weekly professional call | 0.80 |
| 05/17/11 | BH | Participate in UCC professionals call hosted by Chadbourne. | 0.70 |
| 05/19/11 | BH | Participate in UCC meeting and present report on 2011 Operating Plan Management Meeting. | 4.50 |
| 05/19/11 | ANL | Participated in UCC meeting at Chadbourne (in person meeting). | 4.00 |
| 05/24/11 | BH | Participate in UCC professionals meeting hosted by Chadbourne. | 0.80 |
| | | **Total Hours** | **13.10** |

Re:                      UCC Meetings
Client/Matter #          005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 5.60 | 560.00 | 3,136.00 |
| Brad Hall | 7.50 | 645.00 | 4,837.50 |
| **Total Hours & Fees** | **13.10** | | **7,973.50** |

Re:                        Billing and Retention
Client/Matter #            005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/06/11 | ANL | Prepared April 2011 fee application. | 1.50 |
| 05/10/11 | ANL | Prepared April 2011 fee application. | 1.10 |
| 05/11/11 | YK | Prepared April 2011 fee application. | 1.50 |
| 05/11/11 | MPM | Reviewed April 2011 fee application. | 0.40 |
| 05/12/11 | ANL | Prepared April 2011 fee application. | 1.70 |
| 05/13/11 | ANL | Prepared April 2011 fee application. | 1.20 |
| 05/13/11 | YK | Prepared April 2011 fee application. | 1.40 |
| 05/15/11 | YK | Prepared April 2011 fee application. | 1.10 |
| 05/23/11 | ANL | Prepared April 2011 fee application. | 1.60 |
| 05/24/11 | ANL | Prepared April 2011 fee application. | 1.20 |
| 05/25/11 | ANL | Prepared response to fee examiner report. | 1.30 |
| 05/25/11 | BH | Review response to fee auditor reports on the 6th and 7th interim fee applications. | 2.30 |
| 05/31/11 | BH | Review April fee application report. | 0.80 |
| 05/31/11 | ANL | Prepared April 2011 fee application. | 1.20 |
| | | **Total Hours** | **18.30** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 0.40 | 855.00 | 342.00 |
| Albert Leung | 10.80 | 560.00 | 6,048.00 |
| Brad Hall | 3.10 | 645.00 | 1,999.50 |
| Young Kim | 4.00 | 490.00 | 1,960.00 |
| **Total Hours & Fees** | **18.30** | | **10,349.50** |

Re:                          Travel Time (billed at 50%)
Client/Matter #              005735.00018

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 05/08/11 | ANL | Travel from SFO to Chicago for due diligence meeting. | 6.00 |
| 05/08/11 | BH | Travel from Incline Village/Reno, NV. to Chicago for 2011 Operating Plan Management Presentation. | 7.00 |
| 05/09/11 | BH | Travel from Chicago to Kansas City following 2011 Operating Plan Management Meeting in Chicago. | 4.00 |
| 05/09/11 | ANL | Travel from Chicago to SFO for due diligence meeting. | 6.00 |
| 05/18/11 | ANL | Travel from SFO to NYC for Tribune meeting | 7.00 |
| 05/18/11 | BH | Travel from New Mexico to New York for UCC meeting. | 9.00 |
| 05/19/11 | BH | Travel from New York to San Francisco following the UCC meeting. | 9.00 |
| 05/19/11 | ANL | Travel from NYC to SFO from Tribune meeting | 7.00 |
| | | **Total Hours** | **55.00** |

Re:                    Travel Time (billed at 50%)
Client/Matter #        005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 26.00 | 560.00 | 14,560.00 |
| Brad Hall | 29.00 | 645.00 | 18,705.00 |
| **Total Hours & Fees** | **55.00** | | **33,265.00** |