## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

May 1, 2011 through and including May 31, 2011

| Expenses | Amount |
|---|---:|
| Airfare Change Fees | 15.90 |
| Airfare | 4,077.13 |
| Airfare Service Charge | 100.00 |
| Cab Fare/Ground Transportation | 274.60 |
| Conference Calls | 2.97 |
| Phone - Internet Access | 6.14 |
| Lodging | 1,119.84 |
| Meals & Tips | 64.85 |
| Meals - Engagement Team | 135.22 |
| **Total Disbursements** | **5,796.65** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 04/27/11 | Conference Calls - - VENDOR: Raindance Communications, Inc. Albert Leung | 2.97 |
| 04/29/11 | Airfare Brad Hall 2011-05-18 ABQ - DEN (Coach) | 733.98 |
| 04/29/11 | Airfare Service Charge Brad Hall (Coach) | 30.00 |
| 04/29/11 | Airfare Service Charge Brad Hall (Coach) | 30.00 |
| 05/02/11 | Airfare Brad Hall 2011-05-23 RNO - SFO (Coach) | 208.46 |
| 05/02/11 | Airfare Brad Hall 2011-06-08 RNO - MDW (Coach) | 1,050.10 |
| 05/02/11 | Airfare Albert Leung 2011-05-08 SFO - MDW (Coach) | 733.40 |
| 05/03/11 | Airfare Service Charge Albert Leung Chicago Trip Client | 10.00 |
| 05/06/11 | Airfare Brad Hall 2011-05-08 RNO - ORD (Coach) | 671.99 |
| 05/06/11 | Airfare Service Charge Brad Hall (Coach) | 30.00 |
| 05/08/11 | Lodging Brad Hall Intercontinental Frnt Dsk - Chicago 05/08/2011 - 05/09/2011 | 275.81 |
| 05/08/11 | Meals - Engagement Team Brad Hall - Dinner - Albert Leung (out of town) | 135.22 |
| 05/09/11 | Cab Fare/Ground Transportation Brad Hall Hotel Airport (out of town) | 45.05 |
| 05/09/11 | Cab Fare/Ground Transportation Brad Hall Home SFO (out of town) | 50.00 |
| 05/10/11 | Cab Fare/Ground Transportation Brad Hall Airport Hotel (out of town) | 49.55 |
| 05/16/11 | Meals & Tips Albert Leung - Dinner (out of town) | 32.37 |
| 05/17/11 | Airfare Albert Leung 2011-05-19 EWR - SFO (Coach) | 679.20 |
| 05/18/11 | Cab Fare/Ground Transportation Albert Leung SFO Home | 65.00 |
| 05/18/11 | Lodging Albert Leung Sheraton - New York 05/18/2011 - 05/20/2011 | 844.03 |
| 05/18/11 | Meals & Tips Albert Leung - Breakfast (out of town) | 15.42 |
| 05/19/11 | Airfare Change Fees Albert Leung Airline Fee | 15.90 |
| 05/19/11 | Cab Fare/Ground Transportation Albert Leung Home SFO (out of town) | 65.00 |
| 05/19/11 | Phone - Internet Access Albert Leung | 6.14 |
| 05/19/11 | Meals & Tips Albert Leung - Dinner (out of town) | 3.32 |
| 05/19/11 | Meals & Tips Albert Leung - Dinner - Ceriality (out of town) | 3.07 |
| 05/19/11 | Meals & Tips Albert Leung - Dinner - QDoba (out of town) | 10.67 |
| | **Total Disbursements** | **5,796.65** |