## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| TRIBUNE COMPANY, *et al.* ) | Case No. 08-13141 (KJC) |
| ) | Jointly Administered |
| Debtors. ) |  |
| ) | Re: Docket Nos. 9248, 9293, 9335 |

**CERTIFICATION OF COUNSEL REGARDING MOTION BY DEUTSCHE BANK TRUST COMPANY AMERICAS, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES, LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR CERTAIN SERIES OF SENIOR NOTES AND WILMINGTON TRUST COMPANY IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE PHONES NOTES, TO CLARIFY, SUPPLEMENT OR MODIFY THIS COURT'S ORDER ENTERED APRIL 25, 2011 (ECF 8740) IN RESPECT TO STATE LAW CONSTRUCTIVE FRAUDULENT CONVEYANCE SUITS**

I, Garvan F. McDaniel, counsel to Law Debenture Trust Company of New York ("Law Debenture"), certify as follows:

1. On June 14, 2011, the *Motion by Deutsche Bank Trust Company Americas, in its capacity as successor Indenture Trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor Indenture Trustee for certain series of Senior Notes and Wilmington Trust Company in Its Capacity as Successor Indenture Trustee for the Phones Notes, to Clarify, Supplement or Modify This Court's Order Entered April 25, 2011 (ECF 8740) in Respect to State Law Constructive Fraudulent Conveyance Suits* (Docket No. 9248) (the "Motion") was filed.

2. This Honorable Court held a hearing (the "Hearing") on the matter on June 28, 2011 at which the Court granted the Motion and ordered that Law Debenture circulate a revised order and prepare a Certification of Counsel.

3. All parties subject to the Motion have reviewed and consented to the proposed final order attached hereto as Exhibit A (the "Revised Proposed Order"), which incorporates the Court's comments from the Hearing.

1

WHEREFORE, counsel for Law Debenture respectfully requests that the Court approve the Revised Proposed Order attached hereto as <u>Exhibit A</u> at the Court's earliest convenience.

Dated: June 28, 2011
       Wilmington, Delaware

**BIFFERATO GENTILOTTI LLC**

<u>*/s/ Garvan F. McDaniel*</u>
Garvan F. McDaniel (DE No. 4167)
800 N. King St., Plaza Level
Wilmington, DE 19801
(302) 429-1900

- and -

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Christine A. Montenegro
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Co-Counsel for Law Debenture Trust Company of New York*

2