# EXHIBIT A

TRIBUNE COMPANY, et al.

EXHIBIT A

SUMMARY SHEET

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Warner Brothers | $2,592.89 |
| Washington-Baltimore Newspaper Guild | 353.19 |
| Washington-Baltimore Newspaper Guild (Counsel) | 1,043.81 |
| TOTAL | $3,989.89 |

## SCHEDULE OF EXPENSES

| Wayne Smith<br>Warner Brothers<br>4000 Warner Blvd.<br>Bldg. 156, Room 5158<br>Burbank, CA 91522 | |
|---|---|
| **Type of Expense** | **May 19, 2011<br>Committee Meeting<br>(New York)** |
| Airfare | $1,798.18 |
| Hotel* | 449.59 |
| Transportation | 325.12 |
| Tips (transportation) | 20.00 |
| Total: | $2,592.89 |

**TOTAL ALLOWED AMOUNT:   $2,592.89**

\* The lack of availability of hotel rooms during this period that were in compliance with the Fee Examiner's guidelines regarding hotel rates was previously discussed with the Fee Examiner.



# Jumeirah
## ESSEX HOUSE

**INFORMATION INVOICE**

Mr. Wayne M Smith
La Canada Flintridge CA 91011
United States

160 Central Park South, New York, NY 10019
Tel. +1(212) 247 0300  Fax: +1(212) 315 1839
jumeirah.com

| | | | |
|---|---|---|---|
| **Arrival Date:** | 05-18-11 | **Room Number:** | 2514 |
| **Departure Date:** | 05-19-11 | **Voucher/PO No.:** | |
| **Sirius / FF No.:** | | **Confirmation No.:** | 24442690 |
| **Sirius Points (estimate):** | | **Folio No:** | |
| | | **Page No:** | 1 of 1 |

**Travel Agent :** BCD TRAVEL USA L.L.C.
**Company:** Time Warner

05-19-11

| Date | Description | Reference | Charges/Adj | Payments |
|---|---|---|---|---|
| 05-18-11 | Room Chg - Package | | 389.00 | |
| 05-18-11 | Sales Tax 8.875% | | 34.35 | |
| 05-18-11 | City Occ Tax 5.875% | | 22.74 | |
| 05-18-11 | City Occ Tax per Rm/Night | | 2.00 | |
| 05-18-11 | Conv Ctr Tax $1.50 Rm/Nght | | 1.50 | |
| | | **Total** | 449.59 | 0.00 |
| | | **Balance** | 449.59 | |

**Lamb, Helen**

| | |
|---|---|
| **Subject:** | FW: Tribune - May Expenses |
| **Attachments:** | Tribune Expense 5-19-11.pdf |

**From:** Aguilar, Yolanda [mailto:Yolanda.Aguilar@warnerbros.com]
**Sent:** Tuesday, June 14, 2011 2:12 PM
**To:** Lamb, Helen
**Subject:** FW: Tribune - May Expenses

Helen, attached please find Wayne's expenses for May. Airfare for coach from LAX to NYC and Back is $1,798.18.

Any questions please let me know.

Thanks Yolanda.

# UNITED FIRST

SMITH/WAYNEM
PREMIER EXECUTIVE

BOARDING PASS
UA 00203924305

UA 890    MAY 18
FROM LOS ANGELES
TO   NYC/KENNEDY

GATE   73
BOARDS AT   1:15 PM

SEAT  2A

CONFIRMATION NBR NFDND9
016 8650665799 CPN 1
ISSUED BY RLAXL6D AT 000000 LAXCS

ETKT

SMITH/WAYNEM
PREMIER EXECUTIVE
UA 00203924305

UA 890    MAY 18
FROM LOS ANGELES
TO   NYC/KENNEDY

GATE   73
DEPARTS AT   1:45 PM

GIVE FEEDBACK - WWW.UALSURVEY.COM

SEAT  2A

F-CABIN
016 8650665799 CPN 1

---

## DELTA
SMITH/WAYNEM
DL1005654791

FLIGHT DL2231  DATE 19MAY  CLASS P  ORIGIN NYC-LAGUARDI
OPERATED BY
DELTA AIR LINES INC  FIRST  DESTINATION DETROIT

DEPARTURE GATE  09  --SUBJECT TO CHANGE--

BOARDING PASS
SKY PRIORITY
1 006 8653034927 4
GMCICT

SEAT 4C PREM

DEPARTS 400P
BRD TIME 320P



GA19FB20/KI

BOARDING PASS
SKY PRIORITY
SMITH/WAYNEM
DL1005654791

SEAT 4C PREM

FLIGHT DL2231  DATE 19MAY
ORIGIN NYC-LAGUARD
DESTINATION DETROIT
OPERATED BY DELTA AIR LINES INC

---

## DELTA
SMITH/WAYNEM
DL1005654791

FLIGHT DL1419  DATE 22MAY  CLASS P  ORIGIN DETROIT
OPERATED BY
DELTA AIR LINES INC  FIRST  DESTINATION LOS ANGELES

DEPARTURE GATE  A28  --SUBJECT TO CHANGE--



BOARDING PASS
SKY PRIORITY
2 006 8653034927 0
GMCICT

SEAT 2B PREM

DEPARTS 836A
BRD TIME 756A



DTW189523/KI

BOARDING PASS
SKY PRIORITY
SMITH/WAYNEM
DL1005654791

SEAT 2B PREM

FLIGHT DL1419  DATE 22MAY
ORIGIN DETROIT
DESTINATION LOS ANGELES
OPERATED BY DELTA AIR LINES INC



Reservation Receipt (Res#980759)                                                                                           Page 1 of 1

BLS Limousine Service  
18-20 Steinway Street  
Astoria, NY 11105  
Phone: 800-843-5752 Fax: 718-274-2408  
Email: resvndept@blslimo.com  
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS  
4000 WARNER BLVD  
BLDG 156 ROOM 5158  
BURBANK, CA 91522

Ride Receipt

Account# : 194014  
Invoice# : CCB051911  
Inv Date : 5/19/2011

| Date | Description | Charges | Credits |
|---|---|---|---|
| 5/18/2011 Extra Services | Res#: 980759  PU: 4000 WARNER BLVD BLDG. 156 RM. 5158 BURBANK CA 91522<br>Drop: LAX 890 UA<br>Pickup: 11:45   Passenger: SMITH WAYNE M<br>Flat:<br>Req By: CHERYL ANN KRUG, | TC: $67.71<br>Gratuity: $0.00<br>8184241658: $0.00<br>Discount:<br>Deposit:<br>Ride Total: $67.71<br>Trip Amount Due: $0.00 | |

Paid By Credit Card xxxxxxxxxxx1001

© 1992-2011 Ground Travel Technology Team, Inc.  
(GT3) All Rights Reserved.

https://reports.blslimo.com/QuickReceipt.asp                                                                                5/23/2011

Reservation Receipt (Res#980760)   Page 1 of 1

BLS Limousine Service
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD
BLDG 156 ROOM 5158
BURBANK, CA 91522

Ride Receipt

Account# : 194014
Invoice# : CCB060611
Inv Date : 6/6/2011

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 5/18/2011 | Res#: 980760   PU: JFK 890 UA | | | |
| | Drop: 160 CENTRAL PARK SOUTH NEW YORK NY 10019-2 | | | |
| | Pickup: 21:32   Passenger: SMITH WAYNE M | | | |
| | Flat: | TC | $88.00 | |
| | Req By: CHERYL ANN KRUG, | Gratuity: | $0.00 | |
| Extra Services | | 8184241658: | $0.00 | |
| | | Tax: | $7.82 | |
| | | Discount: | | |
| | | Deposit: | | |
| | | Ride Total: | $95.82 | |
| | Paid By Credit Card xxxxxxxxxxx1001 | Trip Amount Due: | $0.00 | |

1992-2011 Ground Travel Technology Team, Inc.
(GT3)   All Rights Reserved.

https://reports.blslimo.com/QuickReceipt.asp   6/13/2011

Reservation Receipt (Res#980761)            Page 1 of 1

BLS Limousine Service
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD
BLDG 156 ROOM 5158
BURBANK, CA 91522

Ride Receipt

Account# : 194014
Invoice# : CCB060311
Inv Date : 6/3/2011

| Date | Description | Charges | Credits |
|---|---|---|---|
| 5/19/2011 | Res#: 980761  PU: 30 ROCKEFELLER PLAZA NEW YORK NY 10112  Drop: LGA 2231 DL | | |
| | Pickup: 13:45    Passenger: SMITH WAYNE M | | |
| | Flat:    TC | $75.00 | |
| | Req By: CHERYL ANN KRUG,    Gratuity: | $0.00 | |
| Extra Services | 8184241658: | $0.00 | |
| | Tax: | $6.67 | |
| | Discount: | | |
| | Deposit: | | |
| | Ride Total: | $81.67 | |
| Paid By Credit Card xxxxxxxxxxx1001 | Trip Amount Due: | $0.00 | |

1992-2011 Ground Travel Technology Team, Ir.
(GT3) All Rights Reserved.

https://reports.blslimo.com/QuickReceipt.asp      6/13/2011

Reservation Receipt (Res#980762)                                                                           Page 1 of 1

BLS Limousine Service<br>
18-20 Steinway Street<br>
Astoria, NY 11105<br>
Phone: 800-843-5752 Fax: 718-274-2408<br>
Email: resvndept@blslimo.com<br>
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD
BLDG 156 ROOM 5158
BURBANK, CA 91522

**Ride Receipt**

Account# : 194014
Invoice# : CCB052311
Inv Date : 5/23/2011

| Date | Description | Charges | Credits |
|---|---|---|---|
| 5/22/2011 | Res#: 980762  PU: LAX 1419 DL | | |
| | Drop: 3957 HAMPSTEAD RD. LA CANADA CA 91011-2 | | |
| | Pickup: 10:34  Passenger: SMITH WAYNE M | | |
| | Flat:  TC | $79.92 | |
| | Req By: CHERYL ANN KRUG,  Gratuity: | $0.00 | |
| Extra Services | 8184241658: | $0.00 | |
| | Discount: | | |
| | Deposit: | | |
| | Ride Total: | $79.92 | |
| | Paid By Credit Card xxxxxxxxxx1001     Trip Amount Due: | $0.00 | |

© 1992-2011 Ground Travel Technology Team, Inc.<br>
(GT3)   All Rights Reserved.

https://reports.blslimo.com/QuickReceipt.asp                                                                   5/26/2011

| William Salganik<br>Washington-Baltimore Newspaper Guild<br>10386 Eclipse Way<br>Columbia, MD  21044 | |
|---|---|
| **Type of Expense** | **May 19, 2011**<br>**Committee Meeting**<br>**(New York)** |
| Train Fare | $318.00 |
| Cab Fare | 7.00 |
| Parking | 9.00 |
| Mileage* | 19.19 |
| Total: | $353.19 |

*38 miles round trip @ $.505/per mile.

**TOTAL ALLOWED AMOUNT:   $353.19**



**Amtrak Ticket 1:**
SALGANIK/MARC MR
7016729670
From: BWI AIRPORT STA, MD
To: NEW YORK PENN, NY
2V 2154  19MAY11
KA  EXPRSS BSNESS
VI201.00 4604
Rail Fare $201.00
Accom Charge $.00
Total $201.00
AOAE
1378256063081  01 01
17MAY11  3A4D7
PASSENGER RECEIPT

**Amtrak Ticket 2:**
SALGANIK/MARC
From: NEW YORK PENN, NY
To: BWI AIRPORT STA, MD
2V 173  19MAY11
YA  RESERVD COACH
VI117.00 4604
Rail Fare $117.00
Accom Charge $.00
Total $117.00
AOF1
1394882040096  01 01
19MAY11  79B1C
PASSENGER RECEIPT

**MARC Station Receipt:**
THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt# 11335
05/19/11 18:16  L.L18 A0  Txn# 20444
05/19/11 06:58 In   05/19/11 18:16 Out
Tk:0 288046
Visa Card  $ 9.00
XXXXXXXXXXXX4604 04/12
Approval No.: 087790
Reference No.: 000000058

**Taxi Receipt:**
I ♡ NEW YORK
MED # 9K87
DATE: 05/19/2011
START TIME 14:13
END TIME 14:22
TRIP # 28388
RATE No. 1
STAND. CITY RATE
MILES R1 1.09
FARE1 $ 6.50
ST. SUR 0.50
GR.TOT. 7.00

Contact TLC
3-1-1

| | |
|---|---|
| Washington-Baltimore Newspaper Guild (Counsel) Robert E. Paul, Esq. Zwerdling, Paul, Kahn & Wolly, P.C. 1025 Connecticut avenue, N.W. Suite 712 Washington, DC 20036 | |

| Type of Expense | May 19, 2011 Committee Meeting (New York) |
|---|---|
| Train Fare | $340.00 |
| Hotel* | 663.81 |
| Parking | 40.00 |
| Total: | $1,043.81 |

## TOTAL ALLOWED AMOUNT:   $1,043.81

\* The lack of availability of hotel rooms during this period that were in compliance with the Fee Examiner's guidelines regarding hotel rates was previously discussed with the Fee Examiner.



```
Terminal #:18 Cashier#:6
5/18/2011 1:26 PM
5/19/2011 6:52 PM - 1 05:26
649419391 / #343374
DAILY     : $    40.00
TOTAL     : $    40.00
   CRDT CRD : $    40.00
***********3003 Swiped
AMERICAN EXPRESS
Purchase 11/05/19 18:52:14
Seq# 376168
Auth# 568303
APPROVED
--------------------------------
        THANK YOU FOR
        PARKING WITH US
        DRIVE CAREFULLY


          USPG
     UNION STATION GARAGE
        202-898-1950
--------------------------------
```

# NEW YORK Marriott MARQUIS

1535 Broadway, New York City, New York 10036 (212) 398-1900

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 2927 | PAUL/ROBERT | 619.00 | 05/19/11 | 09:21 | 22627 |

TYPE: CNK
ARRIVE: 05/18/11 21:53

180  14 FRANKLIN ST
ALEXANDRIA     VA

PASSPORT: AXXXXXXXXXXXXXX3003

ROOM CLERK: 223143868

MRW#: XXXXX1239

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 05/18 | ROOM TR    2927 1 | 619.00 | | |
| 05/18 | RM TAX     2927 1 | 54.94 | | A |
| 05/18 | CITY TAX   2927 1 | 36.37 | | B |
| 05/18 | OCC JAV | 3.50 | | |
| 05/19 | ENG ADJ    INCON | | 50.00 NP | AD |
| 05/19 | CCARD-AX | | 663.81 | |

PAYMENT RECEIVED BY AMERICAN EXPRESS AXXXXXXXXXXXXXX3003

.00

| DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|
| I  PHONE SALES TAX | .00 | .00 |
| J  NYC 2.35% UTILITY TX | .00 | .00 |
| L  NYS GROSS REC. TAX | .00 | .00 |

NET CHARGES    TAX    CREDITS    FOLIO
663.81                 663.81     .00

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
RPAUL@2HEADLING.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM



Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

**NEW YORK Marriott MARQUIS**

For questions regarding this folio
Please call Marriott Business Service
Toll Free at (866) 435-7627

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column negates any credit card entry in the reference column above will be charged to the credit card number set forth above. The credit card company will bill you in the usual manner. If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 28 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X