IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 9338 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On June 24, 2011, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on June 28, 2011 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated June 24, 2011 [Docket No. 9338], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   iii. delivered via facsimile those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
27th day of June, 2011

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

**TRB AGENDA 6-24-11**
ASM CAPITAL
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

**TRB AGENDA 6-24-11**
Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AGENDA 6-24-11**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 6-24-11**
Mr. Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AGENDA 6-24-11**
Stephen K. Gallagher. Esq.
Kristen E. Burgers, Esq.
Venable LLP
8010 towers Crescent Drive, Suite 300
Vienna, VA 22182

**TRB AGENDA 6-24-11**
Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

**TRB AGENDA 6-24-11**
Mr Herbert E. Eye
HC 72 Box 36
Franklin, WV 26807

# THE TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADAMS, JUSTIN | 417 ROLLINS ST FALLS CHURCH VA 22046-4138 |
| ALLIANCE MAINTENANCE SERVICES | 855 MORSE ST. ATTN: MIKE KILEY ELK GROVE VILLAGE IL 60007 |
| ALU, MARYELLEN | 2336 WASHINGTON STREET ALLENTOWN PA 18104 |
| ALU, MARY ELLEN E | 2336 WASHINGTON STREET ALLENTOWN PA 18104 |
| AMEC GEOMATRIX INC | 2101 WEBSTER ST       12TH FLR OAKLAND CA 94612-3066 |
| ANCHOR DIRECT INC | 1900 NEW HIGHWAY FARMINGDALE NY 11735-1509 |
| ASM CAPITAL, L.P. | TRANSFEROR: ABM JANITORIAL SERVICES ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL, L.P. | TRANSFEROR: ADSTAR INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ASSOCIATED PRESS, THE | 50 ROCKEFELLER PLAZA NEW YORK NY 10020-1666 |
| BARCK, DOREEN L | 14721 MANSEL AVE LAWNDALE CA 90260-1362 |
| BOLDEN COMMUNICATION | LISA BOLDEN 2000 N CURSON AVE LOS ANGELES CA 90046 |
| CALIFORNIA STATE CONTROLLER'S OFFICE | 300 CAPITOL MALL, SUITE 1850 SACRAMENTO CA 95814 |
| CESD TALENT AGENCY | 10635 SANTA MONICA BLVD # 135 LOS ANGELES CA 90025 |
| CITY OF PASADENA | 100 NORTH GARFIELD AVENUE ROOM N210 PASADENA CA 91109-7215 |
| DALLAS COUNTY | ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS TX 75201 |
| DOMINION DISTRIBUTION | ATTN: SHAMONA WALLACE - 17C DOMINION ENTERPRISES 150 GRANBY STREET NORFOLK VA 23510 |
| DUN & BRADSTREET | C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM MD 21094 |
| FEE, WALTER M. | C/O COOK & FRANKE S.C. ATTN: VALERIE M. WILLIAMS, PARALEGAL 660 E. MASON STREET MILWAUKEE WI 53202 |
| FIBERTECH NETWORKS LLC | 300 MERIDIAN CENTRE ROCHESTER NY 14618 |
| FRANCHISE TAX BOARD | SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO CA 95812-2952 |
| GRAHAM, CHARLES | 1003 SPARKS ST SW ATLANTA GA 30310-3311 |
| HOUSEPAD LLP | 1500 CONRAD WEISER PARKWAY WOMELSDORF PA 19567 |
| KAUPERT, GLENN A | 745 NORFOLK AVENUE WESTCHESTER IL 60154 |
| KIMBER, DANIEL | 4415 ROCKLAND PL MONTROSE CA 91020 |
| LARSON, CHARLES E. | 1401 WOODBINE COURT ARLINGTON TX 76012-4236 |
| NEW YORK STATE DEPARTMENT OF TAXATION | AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| OCE NORTH AMERICA, INC. | ATTN: LEE-ANN PETERICK 5600 BROKEN SOUND BLVD BOCA RATON FL 33487 |
| OSMAN, STEPHEN S | 181 VIA BAJA VENTURA CA 93003 |
| PACIFICA HEALTH AND MEDICAL | 2650 CAMINO DEL RIO NO. STE. 212 SAN DIEGO CA 92108 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 |
| QUALITY FORMS & LABELS | C/O MICHAEL J. KROUT, ESQUIRE 32 NORTH DUKE STREET YORK PA 17401 |
| RED MONKEY, INC. | BOX 36035 LOS ANGELES CA 90036 |
| REMUS, GLORIA | 1478 WAUKON CIR CASSELBERRY FL 32707 |
| RIVERSIDE COUNTY SCHOOLS | CREDIT UNION CUST GRANT LEE DISMUKE IRA 5 BARQUE DR CEDAR CREST NM 87008-9481 |
| WATER CLOSET MEDIA INC | 1816 NE ALBERTA ST. PORTLAND OR 97211 |
| WHELAN-SFI | PO BOX 36607 CHARLOTTE NC 28236 |

**Total Creditor count  37**

| Claim Name | Address Information |
|---|---|
| ACUTECH, LLC | C/O JOSEPH BELLA, REGISTERED AGENT 25831 PIERINA DRIVE ELKHART IN 46514 |
| ADITYA BIRLA MINACS IT SERVICES LTD. | F/K/A PSI DATA SYSTEMS, LTD. C/O ROBERT KAY, REGISTERED AGENT 34115 W 12 MILE RD FARMINGTON HILLS MI 48331 |
| ADITYA BIRLA MINACS IT SERVICES LTD. | F/K/A PSI DATA SYSTEMS, LTD. C/O CT CORPORATION SYSTEM 1201 PEACHTREE STREET NE ATLANTA, GEORG IA 30361 |
| ADVANCED MEDIA RESEARCH GROUP, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| ALEXANDER REED | 9221 SW 100TH AVENUE RD. MIAMI FL 33176-1723 |
| ALEXANDER REED | 8306 MILLS DR., SUITE 294 MIAMI FL 33183-4838 |
| ANO-COIL CORPORATION | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| AROUND THE WORLD FOR FREE, LLC | C/O ZEKE E. LOPEZ, REG. AGENT 1900 AVENUE OF THE STARS, 7TH FL. LOS ANGELES CA 90067 |
| AROUND THE WORLD PRODUCTIONS, LLC | C/O C2003899 NATIONAL CORPORATE RESEARCH, LTD. 523 WEST 6TH STREET, SUITE 544 LOS ANGELES CA 90014 |
| ATLANTIC PRESS, INC. | C/O BARRY J. SHKOLNIK, REGISTERED AGENT 3500 THREE FIRST NATIONAL PLAZA CHICAGO IL 60602 |
| BODY BY JAKE GLOBAL LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| BROADCAST MARKETING INTERNATIONAL, LTD. | D/B/A PROSOURCE C/O JOHN T. O'KEEFE, REGISTERED AGENT 30 SAGAMORE RD SHELTON CT 06484 |
| CARLISLE STAFFING, LTD. | C/O ROBERT A. WILSON, REGISTERED AGENT 350 E. OGDEN AVE. WESTMONT IL 60559 |
| CHRISTOPHER D. LOIZIDES | LOIZIDES, P.A. 1225 KING STREET, SUITE 800 WILMINGTON DE 19801 |
| CONSTELLATION NEWENERGY, INC. | C/O JOSEPH GREY, ESQUIRE CROSS & SIMON, LLC 913 NORTH MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| CROWN EQUIPMENT CORPORATION | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| CROWN LIFT TRUCKS LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| CW LICENSING, LLC | C/O ALEXANDER RUFUS-ISAACS, ESQUIRE RUFUS-ISAACS, ACLAND & GRANTHAM LLP 9601 WILSHIRE BLVD., #710 BEVERLY HILLS CA 90210 |
| CYNERGISTEK, INC. | C/O NATIONAL REGISTERED AGENTS, INC. 823 CONGRESS AVENUE SUITE 225 AUSTIN TX 78701 |
| D.R.D., INC., D/B/A POWER DIRECT, INC. | C/O DANIEL DELFINO, PRESIDENT 4805 PEARL ROAD CLEVELAND OH 44109-5145 |
| DANIEL J. FOSTER, ESQUIRE | MURPHY, CAMPBELL, GUTHRIE & ALLISTON 8801 FOLSOM BLVD., SUITE 230 SACRAMENTO CA 95826 |
| DAVID A. ROSENZWEIG, ESQUIRE | FULBRIGHT & JAWORSKI L.L.P. 666 FIFTH AVENUE NEW YORK NY 10103-3198 |
| DAVID E. ATKINSON | 2428 LEGACY ISLAND CIRCLE HENDERSON NV 89074-6158 |
| DIRECT ENERGY BUSINESS LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| DIRECT ENERGY LP, | D/B/A DIRECT ENERGY BUSINESS SERVICES C/O CT CORPORATION SYSTEM 350 N. ST. PAUL STREET, SUITE 2900 HOUSTON TX 75201 |
| DIRECT ENERGY MARKETING INC. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| DVSANALYTICS, INC. | F/K/A TELEDIRECT INTERNATIONAL, INC. C/O CT CORPORATION SYSTEM 500 EAST COURT AVENUE DES MOINES IA 50309 |
| ECKLAND CONSULTANTS INC. | C/O ROBERT A. ECKLAND, PRESIDENT 1400 E. LAKE COOK ROAD, SUITE 180 BUFFALO GROVE IL 60089 |
| EDISON MEDIA RESEARCH, INC. | C/O JOSEPH W. LENSKI, III, EXEC VP 6 WEST CLIFF STREET SOMERVILLE NJ 08876-1902 |
| EPSILON DATA MANAGEMENT, LLC | C/O CORPORATION SERVICE COMPANY ATTN: OFFICER/MANAGING OR GENERAL AGENT OTHER AUTHORIZED AGENT/OR REGISTERED AGENT CORPORATE TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| FATHOM ONLINE INC. | C/O R. JAMES SCHNIEDERS, ESQUIRE 822 OKRA COURT CARLSBAD CA 92011 |
| FLORIDA EAST COAST RAILWAY CORP., | AS SUCCESSOR IN INTEREST TO CODINA REAL ESTATE MANAGEMENT, INC. C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| GENCO ENTERTAINMENT, INC. | C/O ALBERT A. RETTIG, REGISTERED AGENT 15821 VENTURA BLVD #500 ENCINO CA 91436 |
| GKL REGISTERED AGENTS/FILINGS, INC. | 1000 EAST WILLIAM STREET, SUITE 204 CARSON CITY NV 89701 |
| HOWARD S. WRIGHT CONSTRUCTORS, LP | C/O GMTE CORPORATION 300 EAST PINE STREET SEATTLE WA 98122 |
| HOWE SOUND PULP AND PAPER LP | C/O MAC PALMIERE, PRESIDENT AND CEO 3838 PORT MELLON HIGHWAY PORT MELLON BC V1M 4A6 CANADA |
| HOWE SOUND PULP AND PAPER LP | C/O MAC PALMIERE, PRESIDENT AND CEO 9400 202 2ND STREET, SUITE 208 PORT MELLON BC V1M 4A6 CANADA |
| IBM DAKSH BUSINESS PROCESS SERVICES | C/O RALS VA, LLC B.E. AUTH IN VIRGINIA 7288 HANOVER GREEN DR. MECHANICSVILLE VA 23111-1709 |
| IBM DAKSH BUSINESS PROCESS SERVICES, | N/K/A IBM GLOBAL PROCESS SERVICES, A SUBSIDIARY OF IBM BUSINESS CONSULTING SERVICES, D/B/A IBM DAKSH,BUSINESS PROCESS SVCS PRIVATE LTD. C/O THE CORPORATION TRUST CO. CORPORATION TRUST CENTER,1209 ORANGE STREET WILMINGTON DE 19801 |
| INDUSTRIAL STAFFING SERVICES, INC. | C/O CT CORPORATION SYSTEM 150 FAYETTEVILLE ST. BOX 1011 RALEIGH NC 27601 |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | C/O THE CORPORATION TRUST CO. CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| INTERVIEWING SERVICE OF AMERICA, INC. D/B/A | QUALITATIVE INSIGHTS, D/B/A FIELD BY DESIGN C/O MICHAEL HALBERSTAM, REGISTERED AGENT 15400 SHERMAN WAY, SUITE 400 VAN NUYS CA 91406 |
| KAMAKAZEE KIWI CORP | C/O KEVIN SORBO 3835-R E THOUSAND OAKS BLVD 343 WESTLAKE VILLAGE CA 91362-6622 |
| KAMAKAZEE KIWI CORPORATION | C/O JACOB A. BLOOM 150 SO. RODEO DRIVE, 3RD FLOOR BEVERLY HILLS CA 90212 |
| LASALLE STAFFING, INC. D/B/A THE LASALLE NETWORK | C/O STEPHEN L. GOLAN, REGISTERED AGENT 70 W. MADISON SUITE 1500 CHICAGO IL 60602 |
| LOCONTE.2, INC. | C/O MARIA L. LOCONTE 4 ROLFE RD. LEXINGTON MA 02420 |
| LOCONTE.2, LLC | C/O MARIA L. LOCONTE 4 ROLFE RD. LEXINGTON MA 02420 |
| MAGELLAN BEHAVIORAL HEALTH, INC. | C/O CORPORATION SERVICES COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MAGELLAN HEALTH SERVICES, INC. | D/B/A MAGELLAN BEHAVIORAL HEALTH, INC. C/O CORPORATION SERVICES COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MCCANN-ERICKSON USA, INC. | D/B/A UNIVERSAL MCCANN C/O CAPITOL SERVICES, INC. 615 DUPONT HIGHWAY DOVER DE 19901 |
| MEGAN DOYLE, ESQUIRE | MICHAEL ST. PATRICK BAXTER, ESQUIRE COVINGTON & BURLING LLP 1201 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20005-2401 |
| MIDWEST MEDIA GROUP INC. | C/O JOHN M. CONNOLLY, REGISTERED AGENT 125 E. ALGONQUIN RD. SUITE B ARLINGTON HEIGHTS IL 60005 |
| MISI COMPANY, LTD. | C/O KEN LEE, REGISTERED AGENT 1000 CORPORATE CENTER DRIVE SUITE 104 MONTERAY PARK CA 91754 |
| NAVIGANT CONSULTING, INC. | C/O CORPORATION SERVICE COMPANY ATTN: OFFICER/MANAGING OR GENERAL AGENT OTHER AUTHORIZED AGENT/OR REGISTERED AGENT 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| NAVIGANT CONSULTING, INC. | C/O MONICA M. WEED 30 S. WACKER DRIVE, SUITE 3550 CHICAGO IL 60606 |
| NIGHTMARE, INC. | C/O INCORP SERVICES, INC. 2360 CORPORATE CIRCLE, SUITE 400 HENDERSON NV 89074-7722 |
| NIXON PEABODY LLP | C/O LEE HARRINGTON 100 SUMMER STREET BOSTON MA 02110-2131 |
| NIXON PEABODY LLP | C/O SCOTT M. TURNER, MANAGING PARTNER NIXON PEABODY, LLP 1300 CLINTON SQUARE ROCHESTER NY 14604 |
| NIXON PEABODY, LLP | C/O SCOTT M. TURNER, MANAGING PARTNER 1300 CLINTON SQUARE ROCHESTER NY 14604 |
| NTT DATA CORPORATION | C/O CALIFORNIA SECRETARY OF STATE 1500 11TH STREET SACRAMENTO CA 95814 |
| PAMELA A. BOSSWICK, ESQUIRE | SATTERLEE STEPHENS BURKE & BURKE LLP 230 PARK AVENUE NEW YORK NY 10169 |

| Claim Name | Address Information |
|---|---|
| PRESTIGE TELECOM INC. | C/O VINCENT F. O'FLAHERTY LAW OFFICES OF VINCENT F. O'FLAHERTY, ATTORNEY, LLC 2 WEST 39TH STREET KANSAS CITY MO 64111 |
| PROGRAM PARTNERS, INC. | C/O JOSHUA C. RAPHAELSON, REGISTERED AGT 1410 SAN VINCENTE BLVD. SANTA MONICA CA 90402 |
| PROSOFT TECHNOLOGY GROUP, INC. | D/B/A PROSOFT CYBERWORLD GROUP C/O RAJEEV GUPTA, REGISTERED AGENT 2001 BUTTERFIELD ROAD SUITE 305 DOWNERS GROVE IL 60515 |
| PSOMAS | C/O LOREN SOKOLOW, REGISTERED AGENT 555 S. FLOWER STREET SUITE 4400 LOS ANGELES CA 90071 |
| QUALITY STORAGE PRODUCTS, INC. | C/O KENNETH J. DONKEL, R.A. 7220 W. 194TH ST. TINLEY PARK IL 60477 |
| RADIAN COMMUNICATION SERVICES | (CANADA) LTD. C/O H. DOUGLAS TIPPLE, PRES & CHIEF EXECUTIVE OFFICER 461 ROUTE CORNWALL, SUITE 800 OAKVILLE ON L6J 7S8 CANADA |
| ROHN PRODUCTS, LLC | C/O DANIEL M. LUDOLPH, REGISTERED AGENT 6718 W. PLANK RD. PEORIA IL 61604 |
| ROUND 2 COMMUNICATIONS, LLC | C/O STEVEN M. MAYER, ESQUIRE MAYER & GLASSMAN LAW CORP. 12400 WILSHIRE BLVD., #400 LOS ANGELES CA 90025 |
| RYDER INTEGRATED LOGISTICS, INC. | C/O 9324631 CORPORATE CREATIONS NETWORK INC. 3411 SILVERSIDE ROAD RODNEY BUILDING #104 WILMINGTON DE 19810 |
| SAN DIEGO METROPOLITAN TRANSIT SYSTEM | C/O TIFFANY LORENZEN, REGISTERED AGENT 1255 IMPERIAL AVENUE SUITE 1000 SAN DIEGO CA 92101-7490 |
| SAN DIEGO TRANSIT CORPORATION | C/O TIFFANY LORENZEN, REGISTERED AGENT 1255 IMPERIAL AVENUE SUITE 1000 SAN DIEGO CA 92101-7490 |
| SCREENVISION CINEMA NETWORK, LLC | C/O CORPORATION SERVICE COMPANY 80 STATE STREET ALBANY NY 12207 |
| SERVICESOURCE INTERNATIONAL, LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| STANLEY B. TARR, ESQUIRE | BLANK ROME LLP 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| STARDUST VISIONS, INC. | C/O VICTORIA BRYNNER, REGISTERED AGENT 1438 N. GOWER ST. SUITE 570, BOX 30 LOS ANGELES CA 90028 |
| STROZ FRIEDBERG, LLC | C/O EDWARD M. STROZ, CO-PRESIDENT 32 AVENUE OF THE AMERICAS, 4TH FLOOR NEW YORK NY 10013 |
| TBWA CHIAT/DAY, INC. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| TBWA CHIAT/DAY, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD #400S WILMINGTON DE 19808 |
| TELEMETRICS, INC. | C/O ANTHONY CUOMO, REGISTERED AGENT 6 LEIGHTON PLACE MAHWAH NJ 07430 |
| THINAIR COMMUNICATIONS, INC. | C/O DAVID KISSINGER, REGISTERED AGENT 27473 FOREST RIDGE DRIVE KIOWA CO 80117 |
| TWENTIETH CENTURY FOX FILM CORPORATION | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| WENDLING PRINTING COMPANY | C/O HAL M. WENDLING, REGISTERED AGENT 111 BEECH STREET P.O. BOX 400 NEWPORT KY 41071 |
| WESTON BUSINESS PLAZA PARTNERSHIP | C/O PRINCIPAL REAL ESTATE INVESTORS, LLC 801 GRAND AVENUE DES MOINES IA 50392 |
| WESTON BUSINESS PLAZA, LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| XEROX CORPORATION | C/O PRENTICE-HALL CORPORATION SYSTEM 50 WESTON STREET HARTFORD CT 06120 |

**Total Creditor count  86**

**EXHIBIT B**

**Email Address**
mvbbvb@comcast.net
chriseyec@aol.com
stevewalkergolf@gmail.com
brian@lesliecohenlaw.com
leslie@lesliecohenlaw.com
jmccambridge@grippoelden.com
gdougherty@grippoelden.com
Ronald.Rowland@rmsna.com
etrybantelser@cityofchicago.org
tmacauley@zuckerman.com
ellen.slights@usdoj.gov
wmk@elliottgreenleaf.com
rosner@teamrosner.com
leonhardt@teamrosner.com
jchristensen@paulweiss.com
whazeltine@sha-llc.com
tlattomus@eckertseamans.com
cbrown@archerlaw.com

**EXHIBIT C**

| Name | Fax |
|---|---|
| David M Klauder | 302-573-6497 |
| Adam G Landis   Matthew B McGuire | 302-467-4450 |
| TG Macauley   VW Guldi | 302-427-8242 |
| MD Collins   RJ Stern Jr | 302-498-7531 |
| MD Collins   RJ Stern Jr | 302-651-7701 |
| Ellen W Slights | 302-573-6431 |
| SM Brown   RC Martin   ME Marino | 302-394-2341 |
| Laurie Silverstein | 302-658-1192 |
| Katherine L Mayer | 302-984-6399 |
| Patrick J Healy Vice President | 302-636-4148 |
| R Karl Hill | 302-888-0606 |
| William M Kelleher | 302-656-3714 |
| William M Kelleher | 302-384-9399 |
| Frederick B Rosner   Scott J Leonhardt | 302-351-8010 |
| Susan E Kaufman | 302-984-3939 |
| Christopher P Simon   J Grey | 302-777-4224 |
| Mark E Felger | 302-295-2013 |
| John V Fiorella   Charles J Brown | 302-777-4352 |
| Jami B Nimeroff | 302-351-2744 |
| DB Stratton   JH Schanne II | 302-421-8390 |
| Margaret F England | 302-425-0432 |
| Margaret F England | 302-984-3939 |
| Rachel B Mersky | 302-656-2769 |
| Donna Harris | 302-442-7046 |
| Adam Hiller | 302-442-7045 |
| IC Bifferato   KG Collins TF Driscoll JZ Haupt | 302-254-5383 |
| MR Lastowski   SL Ross   RW Riley   LJ Kotler | 302-657-4901 |
| William Bowden   A Winfree   K Skomorucha | 302-654-2067 |
| LD Jones     TP Cairns | 302-652-4400 |
| Robert S Brady     M Blake Cleary | 302-571-1253 |
| David M Powlen | 317-231-7433 |
| Joseph L Christensen | 302-655-4420 |
| Jeffrey M Schlerf   John H Strock | 302-656-8920 |
| Dennis A Meloro | 302-661-7360 |
| Garvan F McDaniel | 302-429-8600 |
| David W Carickhoff | 302-425-6464 |
| W Hazeltine   WD Sullivan   EE Allinson III | 302-428-8195 |
| DC Abbott   CS Miller | 302-658-3989 |
| Christopher S Chow   LC Heilman | 302-252-4466 |
| Colm F Connolly | 302-574-3001 |
| MW Yurkewicz | 302-426-9193 |
| Tara L Lattomus | 302-425-0432 |
| Christopher D Loizides | 302-654-0728 |
| Justin R Alberto | 302-658-6395 |
| Christopher A Ward | 302-252-0921 |
| Sherry Ruggiero Fallon | 302-658-4018 |

| | |
|---|---|
| John C Phillips | 302-655-4210 |
| Brian E Lutness | 302-888-2923 |
| James E Huggett | 302-888-1119 |
| AM Saccullo  TH Kovach | 302-836-8787 |
| Charles J Brown III | 302-777-4352 |
| JC Wisler  MJ Phillips | 302-658-0380 |
| James F Conlan   Bryan Krakauer | 312-853-7036 |
| Kevin T Lantry | 213-896-6600 |
| H Seife   D LeMay   D Deutsche | 212-541-5369 |
| Graeme W Bush   James Sottile | 202-822-8106 |
| D Glazer E Moskowitz M Russano | 212-607-7999 |
| MG Primoff   JW Parver   JW Drayton | 212-836-6525 |
| F Hyman   B Trust   A Trehan   B Yan | 212-262-1910 |
| RJ Stark   MS Siegel   GZ Novod   KS Bromberg | 212-209-4801 |
| MS Senter Jr   SA Buckman | 202-429-4618 |
| D Golden   D Zensky  A Qureshi  DJ Newman | 212-872-1002 |
| EA Friedman  WP Weintraub | 212-833-1250 |
| DS Rosner   AK Glenn   S Korpus | 212-506-1800 |
| David Adler | 212-609-6921 |
| B Bennett   JO Johnston  JM Mester | 213-621-6100 |
| Andrew Goldman | 212-230-8888 |
| Stephen J Shimshak  Andrew Gorden | 212-757-3990 |
| Bradley Butwin  Daniel S Shamah | 212-326-2061 |
| Evan M Jones | 213-430-6407 |
| Jay Teitelbaum | 914-437-7672 |
| Jay Teitelbaum | 512-474-1579 |
| JR McCambridge GR Dougherty MW Kazan | 312-558-1195 |
| Norman P Fivel | 518-473-1572 |
| Carol E Momjian | 215-560-2202 |
| Dana B Klinges  Charles M Hart | 215-979-1020 |
| Aaron N Chapin | 312-207-6400 |
| David M Smith | 212-967-4258 |
| Esther Tryban Telser | 312-744-6798 |
| Esther Tryban Telser | 312-744-3832 |
| Phyllis Hayes | 410-773-4057 |
| Nathan E Jones | 775-832-5085 |
| Heather Berkowitz | 516-422-7118 |
| Joy L Monahan | 312-416-4823 |
| Ronald L Rowland | 410-242-4218 |
| Patrick G Quick | 414-297-4900 |
| John W Weiss | 212-922-3860 |
| SK Gallagher  KE Burgers | 703-821-8949 |