# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

May 1, 2011 through and including May 31, 2011

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $690.00 | 54.90 | $37,881.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $610.00 | 99.80 | $60,878.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $610.00 | 42.90 | $26,169.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $475.00 | 32.60 | $15,485.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $425.00 | 27.70 | $11,772.50 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $385.00 | 138.80 | $53,438.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $295.00 | 56.00 | $16,520.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $295.00 | 58.90 | $17,375.50 |
| Frances A. Panchak | Paralegal | N/A | $225.00 | 114.60 | $25,785.00 |
| Michelle M. Dero | Paralegal | N/A | $225.00 | .80 | $180.00 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Cathy A. Adams | Paralegal | N/A | $200.00 | 6.70 | $1,340.00 |
| Linda M. Rogers | Paralegal | N/A | $200.00 | 78.20 | $15,640.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 10.50 | $1,312.50 |
| Michelle Ifill | Legal Assistant | N/A | $125.00 | 22.00 | $2,750.00 |
| | | | Total | 744.4 | $286,526.50 |

**Blended Rate: $384.91**