# EXHIBIT "C"

Official Committee of Unsecured Creditors

June 29, 2011
Account No: 698-001
Statement No: 13823

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Overtime Wages | 138.09 |
| Postage | 79.36 |
| Travel expense | 395.00 |
| Copying | 199.20 |
| Overnight Delivery | 1,800.51 |
| Service fee | 600.00 |
| Courier Fees | 186.40 |
| Online research | 291.39 |
| Outside Duplication Services | 11,085.43 |
| Electronic Filing - PACER | 101.44 |
| Court Reporter fees | 523.20 |
| Client meals | 57.11 |
| Conference Call Service | 37.29 |
| Telephonic Court Appearance | 252.00 |
| Total Expenses Thru 05/31/2011 | $15,746.42 |

{698.001-W0015414.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 04/26/2011 | AGL | U | B100 | E102 | | 449.92 Outside printing Digital Legal Services, LLC - Invoice 57883 | 1763 |
| Subtotal for Transaction Date 04/26/2011 | | | | | | Billable | 449.92 | |
| 698.001 | 05/02/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fees Digital Legal Services, LLC - Invoice 40503 | 1708 |
| 698.001 | 05/02/2011 | AGL | U | B100 | E101 | 0.100 | 3.70 Copying | 1733 |
| Subtotal for Transaction Date 05/02/2011 | | | | | | Billable | 10.20 | |
| 698.001 | 05/04/2011 | AGL | U | B100 | E113 | | 150.00 Subpoena fees Brandywine Process Servers Invoice 97608 - Issuance of 3rd party subpoenas - Calpers | 1697 |
| 698.001 | 05/04/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fees Digital Legal Services, LLC - Invoice 40503 | 1709 |
| 698.001 | 05/04/2011 | AGL | U | B100 | E102 | | 32.05 Outside printing Digital Legal Services, LLC - Invoice 57995 | 1715 |
| 698.001 | 05/04/2011 | AGL | U | B100 | E101 | 0.100 | 10.50 Copying | 1734 |
| Subtotal for Transaction Date 05/04/2011 | | | | | | Billable | 199.05 | |
| 698.001 | 05/05/2011 | AGL | U | B100 | E102 | | 357.35 Outside printing Digital Legal Services Invoice 57960 | 1699 |
| 698.001 | 05/05/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fees Digital Legal Services, LLC - Invoice 40503 | 1710 |
| 698.001 | 05/05/2011 | AGL | U | B100 | E101 | 0.100 | 34.00 Copying | 1735 |
| Subtotal for Transaction Date 05/05/2011 | | | | | | Billable | 397.85 | |
| 698.001 | 05/06/2011 | AGL | U | B100 | E113 | | 150.00 Subpoena fees Brandywine Process Servers Invoice 97608 - Issuance of 3rd party subpoenas - Carret Asset | 1698 |
| 698.001 | 05/06/2011 | AGL | U | B100 | E209 | | 113.13 Overtime wages - Assist in preparing Confidentiality Agreement documents. | 1701 |
| Subtotal for Transaction Date 05/06/2011 | | | | | | Billable | 263.13 | |
| 698.001 | 05/09/2011 | AGL | U | B100 | E111 | | 25.66 Working Meals - Dinner from Qdoba for LRC (4) | 1696 |
| 698.001 | 05/09/2011 | AGL | U | B100 | E102 | | 3,883.30 Outside printing Digital Legal Services Invoice 57986 | 1700 |
| 698.001 | 05/09/2011 | AGL | U | B100 | E209 | | 24.96 Overtime wages - Assist attorney with preparation of service parties for Rule 26(c) Motion. | 1702 |
| 698.001 | 05/09/2011 | AGL | U | B100 | E221 | | 577.24 Overnight Delivery FedEx - Invoice 7-497-65609 | 1704 |
| 698.001 | 05/09/2011 | AGL | U | B100 | E216 | | 81.90 Courier Fees Digital Legal Services, LLC - Invoice 40566 | 1711 |
| 698.001 | 05/09/2011 | AGL | U | B100 | E102 | | 1,563.12 Outside printing Digital Legal Services, LLC - Invoice 57996 | 1716 |
| 698.001 | 05/09/2011 | AGL | U | B100 | E101 | 0.100 | 112.20 Copying | 1736 |
| Subtotal for Transaction Date 05/09/2011 | | | | | | Billable | 6,268.38 | |
| 698.001 | 05/10/2011 | AGL | U | B100 | E221 | | 539.81 Overnight Delivery FedEx - Invoice 7-497-65609 | 1705 |
| 698.001 | 05/10/2011 | AGL | U | B100 | E216 | | 46.00 Courier Fees Digital Legal Services, LLC - Invoice 40566 | 1712 |
| 698.001 | 05/10/2011 | AGL | U | B100 | E102 | | 867.52 Outside printing Digital Legal Services, LLC - Invoice 58005 | 1717 |
| 698.001 | 05/10/2011 | AGL | U | B100 | E102 | | 565.87 Outside printing Digital Legal Services, LLC - Invoice 58006 | 1718 |
| Subtotal for Transaction Date 05/10/2011 | | | | | | Billable | 2,019.20 | |
| 698.001 | 05/11/2011 | AGL | U | B100 | E221 | | 77.73 Overnight Delivery FedEx - Invoice 7-497-65609 | 1707 |
| 698.001 | 05/11/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fees Digital Legal Services, LLC - Invoice 40566 | 1713 |
| 698.001 | 05/11/2011 | AGL | U | B100 | E108 | | 33.00 Postage | 1728 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

Client ID 698.001 Official Committee of Unsecured Creditors

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Subtotal for Transaction Date 05/11/2011 | | | | Billable | 117.23 | | |
| 698.001 | 05/12/2011 | AGL | U | B100 | E226 | | 7.85 Conference Call Service American Teleconferencing Services Ltd. - Invoice 051411 | 1726 |
| 698.001 | 05/12/2011 | AGL | U | B100 | E226 | | 7.85 Conference Call Service Soundpath Conferencing - Invoice 061411 | 1754 |
| | Subtotal for Transaction Date 05/12/2011 | | | | Billable | 15.70 | | |
| 698.001 | 05/13/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fees Digital Legal Services, LLC - Invoice 40566 | 1714 |
| 698.001 | 05/13/2011 | AGL | U | B100 | E221 | | 512.25 Overnight Delivery FedEx - Invoice 7-520-09158 | 1760 |
| | Subtotal for Transaction Date 05/13/2011 | | | | Billable | 518.75 | | |
| 698.001 | 05/16/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fees Digital Legal Services, LLC - Invoice 40646 | 1723 |
| | Subtotal for Transaction Date 05/16/2011 | | | | Billable | 6.50 | | |
| 698.001 | 05/17/2011 | AGL | U | B100 | E217 | | 311.45 Court Reporter fee Diaz Data Services - Invoice 7846 | 1722 |
| 698.001 | 05/17/2011 | AGL | U | B100 | E111 | | 31.45 Meals Lunch for LRC(2) - Cavanaugh's Amex | 1756 |
| 698.001 | 05/17/2011 | AGL | U | B100 | E228 | | 118.00 Telephonic Court Appearance - CourtCall Invoices 4225815, 4225796, 4225760 | 1757 |
| | Subtotal for Transaction Date 05/17/2011 | | | | Billable | 460.90 | | |
| 698.001 | 05/18/2011 | AGL | U | B100 | E102 | | 46.71 Outside printing Digital Legal Services, LLC - Invoice 58180 | 1719 |
| 698.001 | 05/18/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fees Digital Legal Services, LLC - Invoice 40646 | 1724 |
| 698.001 | 05/18/2011 | AGL | U | B100 | E108 | | 1.08 Postage | 1729 |
| 698.001 | 05/18/2011 | AGL | U | B100 | E108 | | 32.00 Postage | 1730 |
| 698.001 | 05/18/2011 | AGL | U | B100 | E101 | 0.100 | 30.00 Copying | 1737 |
| | Subtotal for Transaction Date 05/18/2011 | | | | Billable | 116.29 | | |
| 698.001 | 05/19/2011 | AGL | U | B100 | E110 | | 395.00 Out-of-town travel - Train/Parking for in-person meeting in New York with Chadbourne (Amtrak 05DFFB) | 1694 |
| 698.001 | 05/19/2011 | AGL | U | B100 | E102 | | 836.22 Outside printing Digital Legal Services, LLC - Invoice 58185 | 1720 |
| 698.001 | 05/19/2011 | AGL | U | B100 | E226 | | 21.59 Conference Call Service Soundpath Conferencing - Invoice 061411 | 1753 |
| | Subtotal for Transaction Date 05/19/2011 | | | | Billable | 1,252.81 | | |
| 698.001 | 05/20/2011 | AGL | U | B100 | E102 | | 948.00 Outside printing Digital Legal Services, LLC - Invoice 58232 | 1721 |
| 698.001 | 05/20/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fees Digital Legal Services, LLC - Invoice 40646 | 1725 |
| 698.001 | 05/20/2011 | AGL | U | B100 | E221 | | 19.28 Overnight Delivery FedEx - Invoice 7-520-09158 | 1762 |
| | Subtotal for Transaction Date 05/20/2011 | | | | Billable | 973.78 | | |
| 698.001 | 05/24/2011 | AGL | U | B100 | E108 | | 12.40 Postage | 1731 |
| 698.001 | 05/24/2011 | AGL | U | B100 | E101 | 0.100 | 1.50 Copying | 1738 |
| 698.001 | 05/24/2011 | AGL | U | B100 | E102 | | 449.82 Outside printing Digital Legal Services, LLC - Invoice 58289 | 1744 |
| 698.001 | 05/24/2011 | AGL | U | B100 | E113 | | 150.00 Subpoena fees Brandywine Process Servers, Ltd. - Invoice 97954 | 1755 |
| | Subtotal for Transaction Date 05/24/2011 | | | | Billable | 613.72 | | |
| 698.001 | 05/25/2011 | AGL | U | B100 | E113 | | 150.00 Subpoena fees Brandywine Process Servers, | 1706 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 05/25/2011 | AGL | U | B100 E217 | | 211.75 | Ltd. - Invoice 97892<br>Court Reporter fee Diaz Data Services - Invoice 7882 | 1727 |
| 698.001 | 05/25/2011 | AGL | U | B100 E101 | 0.100 | 7.10 | Copying | 1739 |
| 698.001 | 05/25/2011 | AGL | U | B100 E102 | | 103.70 | Outside printing Digital Legal Services, LLC - Invoice 58287 | 1743 |
| 698.001 | 05/25/2011 | AGL | U | B100 E228 | | 134.00 | Telephonic Court Appearance - CourtCall Invoices 4241199, 4241206, 4241188, 4241228 | 1758 |
| 698.001 | 05/25/2011 | AGL | U | B100 E221 | | 74.20 | Overnight Delivery FedEx - Invoice 7-520-09158 | 1761 |
| Subtotal for Transaction Date 05/25/2011 | | | | | Billable | 680.75 | | |
| 698.001 | 05/26/2011 | AGL | U | B100 E108 | | 0.88 | Postage | 1732 |
| 698.001 | 05/26/2011 | AGL | U | B100 E101 | 0.100 | 0.20 | Copying | 1740 |
| 698.001 | 05/26/2011 | AGL | U | B100 E102 | | 84.84 | Outside printing Digital Legal Services, LLC - Invoice 58307 | 1745 |
| Subtotal for Transaction Date 05/26/2011 | | | | | Billable | 85.92 | | |
| 698.001 | 05/27/2011 | AGL | U | B100 E102 | | 864.96 | Outside printing Digital Legal Services, LLC - Invoice 58339 | 1746 |
| 698.001 | 05/27/2011 | AGL | U | B100 E102 | | 32.05 | Outside printing Digital Legal Services, LLC - Invoice 58341 | 1747 |
| 698.001 | 05/27/2011 | AGL | U | B100 E107 | | 6.50 | Delivery services/messengers Digital Legal Services, LLC - Invoice 40721 | 1749 |
| Subtotal for Transaction Date 05/27/2011 | | | | | Billable | 903.51 | | |
| 698.001 | 05/31/2011 | AGL | U | B100 E208 | | 101.44 | Electronic Filing PACER | 1741 |
| 698.001 | 05/31/2011 | AGL | U | B100 E106 | | 291.39 | Online research LexisNexis - Invoice 1105144309 | 1742 |
| Subtotal for Transaction Date 05/31/2011 | | | | | Billable | 392.83 | | |
| Total for Client ID 698.001 | | | | | Billable | 15,746.42 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

**GRAND TOTALS**

| | | Billable | 15,746.42 | |
|---|---|---|---|---|