BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**



June 17, 2011

Tribune Company Claims Processing Center
C/O Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Dear Clerk:

    Re:    TRIBUNE MEDIA SERVICES, INC.
    Bankruptcy No:  0813236
    EIN:
    SSN:

On February 18, 2011, we furnished you with an Administrative Proof of Claim in the amount of $4,840.00.

Since the filing of our claim, a remittance or additional information was received satisfying all liabilities listed on our Proof of Claim.

In view of the above information, kindly accept this letter as your authority to withdraw our claim.

Sincerely,

/s/ Mary E. McKee, Chief
Bankruptcy Division
Telephone: 717-772-2981

FILED / RECEIVED
JUN 24 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

cc: