# **EXHIBIT A**



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

June 1, 2011      Invoice 674    NES

In Reference To: 00499-050 - Baltimore Sun - General Newsroom

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 05/23/11 | NES | Discuss strategy with client. | 0.30<br>445.00/hr | 133.50 |
| | | **For professional services rendered** | **0.30** | **$133.50** |
| | | **Total Amount of this Bill** | | **$133.50** |

## Levine Sullivan Koch & Schulz, L.L.P.

| | | June 1, 2011 |
|---|---|---|
| I.D. 00499-050 - NES | | Invoice 674 |
| Re: Baltimore Sun - General Newsroom | | Page 2 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Nathan E. Siegel | | 0.30 | 445.00 | 133.50 |
| | Totals | 0.30 | | $133.50 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

June 1, 2011                                                                                              Invoice  652        RP

In Reference To: 00499-077 - Journal Publ. v. Hartford Courant

Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 05/01/11 | RP | Continue drafting brief in support of motion to dismiss amended complaint. | 5.10<br>445.00/hr | 2,269.50 |
| 05/02/11 | SB | Review citations in motion to dismiss amended complaint for legal validity, accuracy and proper format. | 5.10<br>195.00/hr | 994.50 |
| 05/02/11 | MXB | Review and revise draft motion to dismiss. | 0.70<br>290.00/hr | 203.00 |
| 05/02/11 | RP | Continue drafting brief in support of motion to dismiss amended complaint (5.0); review exhibits needed for motion (1.0); draft declaration in support of motion to dismiss (1.3); telephone conference with D. Bralow regarding same (.4). | 7.70<br>445.00/hr | 3,426.50 |
| 05/03/11 | SB | Continue review of citations in motion to dismiss amended complaint for legal validity, accuracy and proper format (1.1); review and revise table of contents and table of authorities for same (1.0); revise exhibits for same (1.2). | 3.30<br>195.00/hr | 643.50 |
| 05/03/11 | RP | Draft correspondence to Judge Chatigny regarding courtesy copies (.3); review and revise draft motion papers (5.2). | 5.50<br>445.00/hr | 2,447.50 |
| 05/04/11 | SB | Finalize and electronically file motion to dismiss amended complaint. | 1.80<br>195.00/hr | 351.00 |
| 05/04/11 | RP | Final review of motion papers (1.2); revise correspondence to court (.2); exchange email with client regarding status (.3). | 1.70<br>445.00/hr | 756.50 |
| 05/12/11 | RP | Review documents. | 1.20<br>445.00/hr | 534.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |  |  |  |
|---|---|---|---|---|
| I.D. 00499-077 - RP | | | | June 1, 2011 |
| | | | | Invoice 652 |
| Re: Journal Publ. v. Hartford Courant | | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 05/16/11 | CAS | Review of discovery requests. | 0.20<br>420.00/hr | 84.00 |
| 05/16/11 | RP | Review discovery requests. | 0.40<br>445.00/hr | 178.00 |
| 05/18/11 | MXB | Review discovery requests from plaintiff (.5); draft general objections to requests (1.1). | 1.60<br>290.00/hr | 464.00 |
| 05/19/11 | MXB | Draft responses to interrogatories (1.8); draft first set of discovery requests addressed to plaintiff (1.0). | 2.80<br>290.00/hr | 812.00 |
| 05/19/11 | RP | Analyze discovery requests. | 0.70<br>445.00/hr | 311.50 |
| 05/20/11 | MXB | Draft responses to requests for production (1.); continue drafting responses to interrogatories (.3). | 1.30<br>290.00/hr | 377.00 |
| 05/20/11 | RP | Review discovery issues. | 0.60<br>445.00/hr | 267.00 |
| 05/23/11 | MXB | Continue drafting objections to requests for production (1.0); continue drafting first set of discovery requests addressed to plaintiff (2.8); review plaintiff's memorandum of law opposing motion to dismiss (.5). | 4.30<br>290.00/hr | 1,247.00 |
| 05/23/11 | RP | Review scheduling order issued by court (.3); draft status report to client (.4); review issue relating to press coverage of case (.4); telephone conference with D. Bralow regarding discovery (.4). | 1.50<br>445.00/hr | 667.50 |
| 05/25/11 | SB | Assemble and organize client documents and data for attorney review. | 1.10<br>195.00/hr | 214.50 |
| 05/25/11 | MXB | Follow up regarding discovery issues (.2); review documents for background and responsiveness to subpoena for documents (2.0). | 2.20<br>290.00/hr | 638.00 |
| 05/25/11 | RP | Review discovery issues (1.0); review issues relating to plaintiff's opposition (.5). | 1.50<br>445.00/hr | 667.50 |
| 05/26/11 | SB | Assemble and organize additional client data for attorney review. | 0.20<br>195.00/hr | 39.00 |
| 05/27/11 | MXB | Review documents produced by client for production. | 2.10<br>290.00/hr | 609.00 |
| 05/27/11 | RP | Review discovery issues. | 1.20<br>445.00/hr | 534.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP  
Re: Journal Publ. v. Hartford Courant

June 1, 2011  
Invoice 652  
Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 05/31/11 | MXB | Review documents and emails in preparation for responding to plaintiff's discovery requests. | 0.90<br>290.00/hr | 261.00 |
| | | **For professional services rendered** | 54.70 | $18,997.00 |
| | | **Total Amount of this Bill** | | $18,997.00 |

## Levine Sullivan Koch & Schulz, L.L.P.

| | | | June 1, 2011 |
|---|---|---|---|
| I.D. 00499-077 - RP | | | Invoice 652 |
| Re: Journal Publ. v. Hartford Courant | | | Page 4 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Robert Penchina | | 27.10 | 445.00 | 12,059.50 |
| Cameron A. Stracher | | 0.20 | 420.00 | 84.00 |
| Scott Bailey | | 11.50 | 195.00 | 2,242.50 |
| Michael Beylkin | | 15.90 | 290.00 | 4,611.00 |
| | Totals | 54.70 | | $18,997.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

June 1, 2011                                                                                                    Invoice 682    NES

In Reference To: 00499-078 - Worsham v. Homestead Publishing Company
Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 05/02/11 | ALS | Update interrogatories to plaintiff. | 0.50<br>375.00/hr | 187.50 |
| 05/02/11 | NES | Discuss possible settlement with client. | 0.20<br>445.00/hr | 89.00 |
| 05/03/11 | ALS | Finalize interrogatories to plaintiff and related papers. | 1.00<br>375.00/hr | 375.00 |
| 05/10/11 | ALS | Review discovery demands from plaintiff (.1); telephone conference with client regarding same (.1). | 0.20<br>375.00/hr | 75.00 |
| 05/18/11 | NES | Telephone conference with Worsham regarding settlement (.2); follow up and exchange email with D. Bralow (.1). | 0.30<br>445.00/hr | 133.50 |
| 05/19/11 | NES | Draft email to Worsham summarizing settlement terms. | 0.20<br>445.00/hr | 89.00 |
| 05/20/11 | NES | Complete settlement negotiations with Worsham. | 0.20<br>445.00/hr | 89.00 |
| 05/23/11 | ALS | Draft settlement agreement. | 1.20<br>375.00/hr | 450.00 |
| 05/24/11 | ALS | Revise draft settlement agreement (.5); exchange email and participate in telephone conferences with client regarding same (.4). | 0.90<br>375.00/hr | 337.50 |
| 05/24/11 | NES | Telephone conference with Worsham regarding revise settlement papers. | 0.40<br>445.00/hr | 178.00 |
| 05/25/11 | ALS | Finalize draft settlement agreement and telephone conferences with clients regarding same. | 0.80<br>375.00/hr | 300.00 |

## Levine Sullivan Koch & Schulz, L.L.P.

|  |  |  |  | June 1, 2011 |
| --- | --- | --- | --- | --- |
| I.D. 00499-078 - NES |  |  |  | Invoice 682 |
| Re: Worsham v. Homestead Publishing Company |  |  |  | Page 2 |
| Date | Atty | Description | Hours/Rate | Amount |
| 05/26/11 | ALS | Coordinate final settlement details with clients. | 0.40<br>375.00/hr | 150.00 |
| 05/26/11 | NES | Finalize settlement with Worsham. | 0.20<br>445.00/hr | 89.00 |
|  |  | **For professional services rendered** | 6.50 | $2,542.50 |

### Disbursements

| Description | Amount |
| --- | --- |
| Filing Fees | 25.00 |
| **Total Disbursements** | **$25.00** |
| **Total Amount of this Bill** | **$2,567.50** |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-078 - NES
Re: Worsham v. Homestead Publishing Company

June 1, 2011
Invoice 682
Page 3

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Nathan E. Siegel | 1.50 | 445.00 | 667.50 |
| Alia L. Smith | 5.00 | 375.00 | 1,875.00 |
| **Totals** | **6.50** |  | **$2,542.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

June 1, 2011                                                                                       Invoice 592    SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues
Client: Tribune Company

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 05/02/11 | SDB | Review and revise monthly fee applications and invoices to be submitted to court. | 0.50 445.00/hr | 222.50 |
| 05/03/11 | SDB | Exchange email with A. Dalton regarding LEDES files and expense backup. | 0.20 445.00/hr | 89.00 |
| 05/12/11 | SDB | Exchange email with M. Berger and D. Bralow regarding post-petition payment and telephone conference with D. Bralow regarding same. | 0.40 445.00/hr | 178.00 |
| 05/23/11 | SDB | Review and revise invoices for submission to court. | 0.40 445.00/hr | 178.00 |
| 05/26/11 | SDJ | Communicate with local bankruptcy counsel regarding eighth monthly fee application certificate of no objection (.1); review eighth monthly fee application and certificate (.2); communicate with client regarding same (.1). | 0.40 290.00/hr | 116.00 |
| | | **For professional services rendered** | **1.90** | **$783.50** |
| | | **Total Amount of this Bill** | | **$783.50** |

## Levine Sullivan Koch & Schulz, L.L.P.

| | | | June 1, 2011 |
|---|---|---|---|
| I.D. 00499-080 - SDB | | | Invoice 592 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | Page 2 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 1.50 | 445.00 | 667.50 |
| Shaina D. Jones | 0.40 | 290.00 | 116.00 |
| **Totals** | 1.90 | | $783.50 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605