# EXHIBIT A

46429/0001-7722865v1

**EXHIBIT A**

# TRIBUNE COMPANY, ET AL.
## CLAIMS SETTLEMENT REPORT

| | | | ASSERTED | | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| 1 AVENUE TC FUND, L.P. TRANSFEROR: CHRIS NEUMAN 399 PARK AVE FL 6 NEW YORK, NY 10022-5074 | 4858 | 06/11/2009 | KTLA Inc. | Unsecured | $1,500,000.00 | KTLA Inc. | Unsecured | $300,000.00 | |
| 2 CREATIVE GROUP, THE 2613 CAMINO RAMON # 3 SAN RAMON, CA 94583-9128 | 3626 | 05/28/2009 | Tribune Media Services, Inc. | Unsecured | $1,004.50 | Tribune Media Services, Inc. | Unsecured | $367.50 | |
| 3 REACT TECHNICAL 34-02 REVIEW AVE LONG ISLAND CITY, NY 11101 | 735 | 03/13/2009 | WPIX, Inc. | Unsecured | $39,012.00 | WPIX, Inc. | Unsecured | $17,766.52 | |
| 4 PARADE PUBLICATION 711 THIRD AVENUE 6TH FLOOR NEW YORK, NY 10017 | 819 | 03/27/2009 | No Debtor Asserted | Unsecured | $28,084.58 | Chicago Tribune Company | Unsecured | $19,029.37 | |
| 5 MAGELLAN HEALTH SERVICES 125 SOUTH WACKER DR SUITE 1450 CHICAGO, IL 60606 | 4673 | 06/11/2009 | Tribune Company | Unsecured | $184,803.00 | Tribune Company | Unsecured | $49,803.00 | |
| 6 ROCKWELL AUTOMATION ATTN: JAN ROBERTSON (6-B11) 1201 SOUTH SECOND STREET MILWAUKEE, WI 53204 | 18 | 12/19/2008 | Tribune Company | Unsecured | $477,598.70 | Chicago Tribune Company | Unsecured | $460,577.00 | |
| | | | | | | Tribune Publishing Company | Unsecured | $10,720.00 | |
| | | | | | | | Subtotal | $471,297.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 2

## TRIBUNE COMPANY, ET AL.
## CLAIMS SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 7 PSOMAS<br>555 SOUTH FLOWER STREET SUITE 4400<br>LOS ANGELES, CA 90071 | 974 | 04/17/2009 | Tribune Company | Unsecured | $57,431.59 | Tribune Company | Unsecured | $55,283.15 |
| 8 HITWISE, INC.<br>425 MARKET ST STE 2200<br>SAN FRANCISCO, CA 94105-2434 | 3061 | 05/22/2009 | Los Angeles Times Communications LLC | Unsecured | $77,000.00 | Los Angeles Times Communications LLC | Unsecured | $55,000.00 |
| 9 VIP TRANSPORT, INC.<br>2703 WARDLOW ROAD<br>CORONA, CA 91720 | 26 | 12/22/2008 | Los Angeles Times International, Ltd. | Unsecured | $80,179.28 | Los Angeles Times Communications LLC | Unsecured | $79,670.49 |
| | | | | TOTAL | $2,445,113.65 | | TOTAL | $1,048,217.03 |

\* - Indicates claim contains unliquidated and/or undetermined amounts