# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves

as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned

Chapter 11 cases.

2.      I have read the forgoing Twenty-Fourth Monthly Fee Application of Dow Lohnes PLLC

for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the

Debtors and Debtors in Possession for the Period May 1, 2011 through May 31, 2011 and know

the contents thereof and that the same are true and correct, to the best of my knowledge,

information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's

Twenty-Fourth Monthly Fee Application complies with this rule to the best of my knowledge,

information and belief.

4.    There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.    No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 30th day of June, 2011.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

.

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## MAY 1 - MAY 31, 2011

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 42.0 | 23,100.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 730 | 22.1 | 16,133.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 370 | 8.5 | 3,145.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 600 | 10.0 | 6,000.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 25.2 | 16,380.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | 10.2 | 2,805.00 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK); | 450 | 4.3 | 1,935.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 | 460 | 6.7 | 3,082.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 640 | 4.3 | 2,752.00 |
| Henry H. Wendel | Paralegal (2011); Communications; n/a | 150 | 4.8 | 720.00 |

**TOTALS**                                138.1        76,052.00
**BLENDED RATE**                                       550.7023896

[1] The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period. The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2011 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $730 per hour.

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## MAY 1 - MAY 31, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 110.5 | 64,252.00 |
| Fee Applications 08656.0101 | 4.3 | 1,935.00 |
| Broadcast Contracts 08656.0104 | 23.3 | 9,865.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **138.1** | **76,052.00** |

# ℞ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

T 202.776.2000  F 202.776.2222

June 25, 2011                                                                 Page 1

Tribune Company                                                Invoice 541535
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL  60611

Our File # 08656.0100          For Services Through May 31, 2011
FCC/Broadcast Matters

| | | |
|---|---|---|
| 05/02/11 | Review outline and questionnaire for application update (0.4); telephone conference with D. Wiley re application (0.1). | |
| | J. Feore | 0.50 hrs. |
| 05/02/11 | Review issues re incorporation of newly-filed satellite facilities into long-form assignments and issues re form of filing and public notice. | |
| | J. Logan | 0.40 hrs. |
| 05/02/11 | Review status of pending earth station applications (0.1); prepare correspondence to client re same (0.1). | |
| | L. McCarty (Practice Group Professional) | 0.20 hrs. |
| 05/03/11 | Review and analysis of FCC status report regarding Tribune appeal in DC Circuit Court of Appeals of 2007 waiver decision. | |
| | J. Rademacher | 0.60 hrs. |
| 05/03/11 | Research re FCC issues in revised pleading (0.4); revise drafts of waiver supplements and updates for pending FCC applications (0.8). | |
| | J. Feore | 1.20 hrs. |
| 05/03/11 | Review grant of new earth station licenses and processing of same (0.2); telephone call to International Bureau regarding earth station license assignment (0.1); telephone call to client regarding earth station assignment (0.1); prepare draft notice of completion of construction for three new earth station licenses (0.6). | |
| | L. McCarty (Practice Group Professional) | 1.00 hrs. |
| 05/03/11 | Review re FCC status report in DC Circuit case. | |
| | M. Swanson | 0.10 hrs. |
| 05/04/11 | Revise FCC section of post-hearing brief (0.9); correspondence with senior lender's FCC counsel re same (1.2); review court scheduling | |

Tribune Company

|  | re status (0.6). |  |
|---|---|---|
|  | C. Burrow | 2.70 hrs. |
| 05/04/11 | Review status of earth station assignment applications for Florida and Chicago television stations regarding applications to assign broadcast licenses in bankruptcy (0.8); telephone conference with K. Kensinger at FCC regarding same(0.2); correspondence with K. Kensinger at FCC regarding same (0.2). |  |
|  | J. Rademacher | 1.20 hrs. |
| 05/04/11 | Telephone conference with S. Sheehan re FCC applications and further lobbying efforts (0.3); review FCC portions of post-hearing brief and FCC issues raised (0.9). |  |
|  | J. Feore | 1.20 hrs. |
| 05/04/11 | Review draft FCC-related sections of post-hearing brief from R. Flagg (Sidley) (0.7); revise draft FCC-related sections of post-hearing brief (0.3); review comments from FCC counsel to JP Morgan re FCC-released sections of post-hearing brief (0.2); review court order re briefing and post-hearing arguments schedule (0.2); review and analyze FCC issues in connection with coordination of new satellite applications with pending long-form applications for FCC consent to emerge from bankruptcy (0.5). |  |
|  | J. Logan | 1.90 hrs. |
| 05/04/11 | Telephone calls to International Bureau regarding earth station assignment (0.2); telephone call to client regarding earth station assignment (0.2); prepare correspondence to client re notice of completion filings for new earth station licenses (0.3); conference regarding pending earth station assignment (0.1); telephone call to FCC staff regarding earth station assignment (0.1). |  |
|  | L. McCarty (Practice Group Professional) | 0.90 hrs. |
| 05/05/11 | Work on FCC issues and update re post-hearing brief (0.4); revise draft amendments for FCC application and waivers (0.5); telephone conference with FCC staff re pending applications (0.2). |  |
|  | J. Feore | 1.10 hrs. |
| 05/05/11 | Review and analyze treatment of cross-subsidiary satellite transfer application for coordination with applications for FCC consent to emergence from bankruptcy (0.6); review comments from FCC counsel to Oaktree and Angelo Gordon re FCC-related portions of post-hearing brief (0.4); telephone conference with FCC counsel to Oaktree and Angelo Gordon re comments on FCC-related portions of post-hearing brief (0.2). |  |
|  | J. Logan | 1.20 hrs. |
| 05/06/11 | Revise FCC argument for post-hearing brief (0.9); correspondence with Sidley and senior lender's FCC counsel re same (1.4). |  |
|  | C. Burrow | 2.30 hrs. |

| | | |
|---|---|---|
| 05/06/11 | Review status of earth station assignment applications for Florida and Chicago television stations regarding applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.60 hrs. |
| 05/06/11 | Review and modify draft outline and questionnaires for waiver updates and FCC amendments. | |
| | J. Feore | 1.20 hrs. |
| 05/06/11 | Review revised FCC sections to proposed post-hearing brief (0.6); edit revised FCC sections to proposed post-hearing brief (0.2); review comments from FCC counsel to JP Morgan re FCC sections of proposed post-hearing brief (0.2); review issues re filings for new satellite authorizations and re satellite intra-company assignment (0.3). | |
| | J. Logan | 1.30 hrs. |
| 05/06/11 | Telephone call with client re earth station notifications and related actions and filings for same (1.0); prepare correspondence to client re notice of completion of construction for same (0.3). | |
| | L. McCarty (Practice Group Professional) | 1.30 hrs. |
| 05/07/11 | Review edits to FCC argument for post-hearing brief (0.8); correspondence with Sidley and senior lender's FCC counsel re same (1.6). | |
| | C. Burrow | 2.40 hrs. |
| 05/07/11 | Work on Los Angeles and Miami waiver updates and questionnaires for pending FCC applications (0.9); research re current FCC ownership statements (0.6). | |
| | J. Feore | 1.50 hrs. |
| 05/07/11 | Review comments from FCC counsel to Oaktree and Angelo Gordon re revised FCC sections of post-hearing brief (0.2); review revised version of FCC sections of post-hearing brief from R. Flagg (Sidley) (0.3). | |
| | J. Logan | 0.50 hrs. |
| 05/09/11 | Review issues re potential new Oaktree interests (0.7); correspondence with senior lenders' FCC counsel re same (0.8). | |
| | C. Burrow | 1.50 hrs. |
| 05/09/11 | Review Oaktree additional media interests in radio and issues re FCC application (0.6); review station coverage as provided by Oaktree counsel (0.3). | |
| | J. Feore | 0.90 hrs. |
| 05/09/11 | Review information re possible additional media interest being acquired by Oaktree (Millennium/NJ) (0.2); telephone conference with FCC counsel to Oaktree re additional attributable interest and updates to additional applications (0.4); review overlap and attribution issues in connection with additional Oaktree interests in | |

Tribune Company

|  |  |  |
|---|---|---|
|  | Millennium/NJ (0.3). | |
|  | J. Logan | 0.90 hrs. |
| 05/10/11 | Review issues re potential new Oaktree interests. | |
|  | C. Burrow | 0.90 hrs. |
| 05/10/11 | Review ownership issues raised by Oaktree's radio investments and ownership (0.6); telephone conference with FCC staff re status of proceeding (0.2). | |
|  | J. Feore | 0.80 hrs. |
| 05/10/11 | Review and compile prior update ex parte filings in connection with proposed further supplement (0.7); review correspondence from FCC counsel to Oaktree re issues in treatment of FCC matters in draft post-hearing brief (0.2). | |
|  | J. Logan | 0.90 hrs. |
| 05/10/11 | Review re Millennium interest reporting. | |
|  | M. Swanson | 0.20 hrs. |
| 05/11/11 | Review docket for timing and FCC issues. | |
|  | C. Burrow | 1.40 hrs. |
| 05/11/11 | Review refiled satellite applications and request for information from FCC staff (0.3); review FCC issues raised in court filings and final version of brief (0.7). | |
|  | J. Feore | 1.00 hrs. |
| 05/11/11 | Review additional information from FCC staff re staff expectations for processing proposed applications to cover additional satellite facilities under pending applications for FCC consent to exit from bankruptcy. | |
|  | J. Logan | 0.40 hrs. |
| 05/11/11 | Telephone call with A. Denysyk regarding filing procedure for new earth station assignment applications. | |
|  | L. McCarty (Practice Group Professional) | 0.90 hrs. |
| 05/12/11 | Review post-trial briefs (3.7); correspondence with Sidley and Davis Polk re same (0.8). | |
|  | C. Burrow | 4.50 hrs. |
| 05/12/11 | Review FCC sections and issues raised in Aurelius brief (0.9); telephone conference with S. Sheehan re timing on lobbying issues (0.2); telephone conference with Wiley team re FCC and ownership issues (0.3). | |
|  | J. Feore | 1.40 hrs. |
| 05/12/11 | Review post-hearing brief of Aurelius re effect on FCC matters (0.9); review final post-hearing brief of DCL proponents re FCC arguments (0.4); review and analyze possible responses to FCC-related issues in Aurelius post-hearing brief (0.5); review issues re | |

Tribune Company

|  |  |  |
|---|---|---|
|  | confidentiality of restricted data per correspondence from R. Flagg (0.2); review and revise draft application for inclusion of additional satellite facility applications with pending exit applications at FCC (0.3). |  |
|  | J. Logan | 2.30 hrs. |
| 05/12/11 | Review re FCC and bankruptcy status and possible need to update. |  |
|  | M. Swanson | 0.20 hrs. |
| 05/13/11 | Review post-trial briefs. |  |
|  | C. Burrow | 2.70 hrs. |
| 05/13/11 | Review issues re satellite application for new facilities to be folded into FCC exit applications (0.2); review issues re coordinate corrections potentially required for microwave facilities in Denver (0.2). |  |
|  | J. Logan | 0.40 hrs. |
| 05/13/11 | Review FCC filings relating to KWGN (0.1); telephone call with A. Denysyk re same (0.4); prepare draft correspondence to client (0.8). |  |
|  | L. McCarty (Practice Group Professional) | 1.30 hrs. |
| 05/14/11 | Review re interplay of bankruptcy and FCC timing and possible need for updates. |  |
|  | M. Swanson | 0.50 hrs. |
| 05/16/11 | Revise FCC section of reply brief (1.6); correspondence with Sidley and senior lenders' FCC counsel re same (1.5). |  |
|  | C. Burrow | 3.10 hrs. |
| 05/16/11 | Review FCC ownership issues raised in section of reply brief and additional possible filings. |  |
|  | J. Feore | 0.80 hrs. |
| 05/16/11 | Review and revise draft FCC section of post-hearing reply brief (0.7);  review correspondence from FCC counsel to Oaktree re concerns about treatment of non-attributable interests in reply brief draft (0.2). |  |
|  | J. Logan | 0.90 hrs. |
| 05/16/11 | Prepare draft assignment of license applications (3.4); telephone call regarding draft assignment applications (0.1); prepare correspondence to client re same (0.2). |  |
|  | L. McCarty (Practice Group Professional) | 3.70 hrs. |
| 05/17/11 | Review revisions on FCC section of reply brief (2.4); correspondence with Sidley and senior lenders' FCC counsel re same (1.1); review issues re proposed Oaktree issues (0.6). |  |
|  | C. Burrow | 4.10 hrs. |
| 05/17/11 | Review FCC filings re additional Oaktree media interests and FCC application statements (0.3); prepare FCC update letter re media |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | holdings (0.3). | |
|  | J. Feore | 0.60 hrs. |
| 05/17/11 | Review revised draft of FCC sections of post-hearing reply brief from R. Flagg (0.3); review comments from FCC counsel to unsecured creditors committee re draft FCC sections to reply brief (0.3); telephone conference with FCC counsel to JP Morgan re comments on reply brief (0.1); review JP Morgan comments on draft reply brief (0.3); prepare correspondence to FCC counsel to Oaktree re possible Millennium acquisition and amendments to applications (0.2); telephone conference with FCC counsel to unsecured creditors committee re FCC processes following issuance of confirmation order (0.3); prepare correspondence to FCC counsel to Oaktree re status of Millennium investment and application adjustments necessary (0.3). | |
|  | J. Logan | 1.80 hrs. |
| 05/17/11 | Prepare correspondence to client relating to auxiliary license modifications. | |
|  | L. McCarty (Practice Group Professional) | 0.60 hrs. |
| 05/18/11 | Correspondence with senior lenders' FCC counsel re Oaktree interests (1.2); review materials re same (0.9); review FCC sections of findings of fact and conclusions of law (1.1). | |
|  | C. Burrow | 3.20 hrs. |
| 05/18/11 | Review and analysis of Oaktree applications to acquire Millennium communications radio stations in New York and Philadelphia regarding potential implications for pending applications to transfer Tribune broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 0.40 hrs. |
| 05/18/11 | Review proposal findings and complaints in court filing for FCC ownership issues (0.5); research re Oaktree FCC filings and need to file amendment or support (0.4). | |
|  | J. Feore | 0.90 hrs. |
| 05/18/11 | Review correspondence from Oaktree FCC counsel re Oaktree proposed Millennium investment and application (0.2); review and analyze FCC applications for Oaktree acquisition of attributable interests in Millennium in connection with FCC reporting obligations (0.9); research and analyze filing obligations for new proposed Oaktree attributable interest (0.7); prepare correspondence to FCC counsel to Oaktree on FCC obligations re Oaktree acquisition of attributable interests in Tribune television markets (0.7); review draft findings of fact and conclusions of law from R. Flagg (Sidley) (0.5). | |
|  | J. Logan | 3.00 hrs. |
| 05/18/11 | Review re reporting of Millennium non-attributable interests. | |
|  | M. Swanson | 0.20 hrs. |

| 05/19/11 | Revise FCC sections of findings of fact and conclusions of law (1.2); correspondence with senior lenders' FCC counsel re same (0.7); telephone conference and correspondence with Oaktree counsel re Oaktree interests (0.8). | |
| | C. Burrow | 2.70 hrs. |
| 05/19/11 | Review and analysis of Oaktree applications to acquire Millennium communications radio stations in New York and Philadelphia regarding potential implications for pending applications to transfer Tribune broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.60 hrs. |
| 05/19/11 | Telephone conference with FCC staff re pending Tribune applications re bankruptcy (0.2); review revisions to waiver requests and updates for information (0.6). | |
| | J. Feore | 0.80 hrs. |
| 05/19/11 | Telephone conference with J. Stenger (FCC counsel to unsecured creditors committee) re timing issues in connection with pending applications (0.2); revise draft of proposed findings of fact and conclusions of law (0.4); telephone conference with FCC counsel to Oaktree re Millennium filing and possible supplement to report additional proposed Oaktree attributable interests (0.4). | |
| | J. Logan | 1.00 hrs. |
| 05/19/11 | Review re strategy re FCC letter on non-attributable Millennium interest. | |
| | M. Swanson | 0.20 hrs. |
| 05/20/11 | Revisions to FCC sections of findings of fact and conclusions of law (1.1); correspondence with Sidley and senior lenders' FCC counsel re same (0.5); revise FCC update letter re Oaktree interests (0.5). | |
| | C. Burrow | 2.10 hrs. |
| 05/20/11 | Review draft update letter to FCC (0.2); review and revise comments re proposed findings and conclusions for FCC trial issues (0.7). | |
| | J. Feore | 0.90 hrs. |
| 05/20/11 | Review revisions to draft findings of fact and conclusions of law in connection with post-hearing filings (0.3); review Millennium ownership filings and FCC public notices re Oaktree attributable interests in radio broadcast stations in New York and Philadelphia television markets (0.4); prepare supplementary filing re Oaktree's proposed attributable interests in Millennium (1.1); telephone conference with FCC counsel to Oaktree re strategic issues in connection with Millennium update supplement (0.2); review JP Morgan comments on proposed findings of fact and conclusions of law (0.3). | |
| | J. Logan | 2.30 hrs. |

Tribune Company

| | | |
|---|---|---|
| 05/23/11 | Review further revised findings of fact and conclusions of law (1.6); correspondence with Sidley and senior lenders' FCC counsel re same (0.5); review issues re proposed Oaktree interests (0.4). | |
| | C. Burrow | 2.50 hrs. |
| 05/23/11 | Review Oaktree/Millennium application for approval of transfer of radio stations to determine potential conflicts with Tribune waiver requests regarding applications to assign licenses in bankruptcy (2.1); analysis of whether Florida radio stations in Oaktree/Millennium deal implicate Miami market newspaper/broadcast cross-ownership waiver request regarding same (0.5). | |
| | J. Rademacher | 2.60 hrs. |
| 05/23/11 | Telephone conference with J. Stenger re FCC proceedings (0.2); telephone conference with S. Sheehan re lobbying and application issues (0.3); review draft letter for Oaktree re ownership issues (0.7). | |
| | J. Feore | 1.20 hrs. |
| 05/23/11 | Review Millennium application re compliance and reporting issues in connection with Oaktree proposed attributable interest (1.1); review changes from JP Morgan FCC counsel to proposed findings of fact and conclusions of law (0.8). | |
| | J. Logan | 1.90 hrs. |
| 05/23/11 | Research re radio-newspaper interests on part of investors. | |
| | M. Swanson | 2.40 hrs. |
| 05/24/11 | Review further revised findings of fact and conclusions of law (1.4); correspondence with Sidley and senior lenders' FCC counsel re same (0.6). | |
| | C. Burrow | 2.00 hrs. |
| 05/24/11 | Analysis of issues in Oaktree/Millennium application for approval of transfer of radio stations to determine potential conflicts with Tribune waiver requests regarding applications to assign licenses in bankruptcy. | |
| | J. Rademacher | 0.30 hrs. |
| 05/24/11 | Telephone conference with S. Sheehan re timing on Hill and FCC issues (0.2); review changes to proposed findings and conclusions for FCC issues (0.6). | |
| | J. Feore | 0.80 hrs. |
| 05/24/11 | Revise draft supplemental letter on Oaktree ownership (0.6); telephone conference with T. Davidson (FCC counsel to Oaktree) re possible attribution links under newspaper-broadcast cross-ownership rule (0.3). | |
| | J. Logan | 0.90 hrs. |
| 05/24/11 | Review AllVid developments (0.3); review re media interest reporting issues (0.2). | |

| | M. Swanson | 0.50 hrs. |
|---|---|---|
| 05/25/11 | Analysis of issues regarding attributable interests of Oaktree shareholders in Tribune post-bankruptcy properties regarding applications to assign licenses in bankruptcy. | |
| | J. Rademacher | 0.40 hrs. |
| 05/25/11 | Telephone conferences with J. Stenger (0.8); review FCC application processing, issues and court filings (0.9). | |
| | J. Feore | 1.70 hrs. |
| 05/26/11 | Revise draft letter re additional media ownership issues for FCC (0.5); telephone conference with S. Sheehan re Hill meetings and further lobbying efforts (0.3). | |
| | J. Feore | 0.80 hrs. |
| 05/26/11 | Review correspondence from FCC counsel to Oaktree addressing issues in connection with officer attribution in Millennium transactions (0.2); revise draft update letter to FCC re Oaktree Millennium transactions (0.5); prepare correspondence to T. Davidson (Oaktree counsel) re proposed draft letter (0.3). | |
| | J. Logan | 1.00 hrs. |
| 05/27/11 | Review revisions to letter re media interests of Oaktree (0.3); telephone conference with T. Davidson re FCC reporting (0.2); research re reporting obligation and 1.65 timing (0.6). | |
| | J. Feore | 1.10 hrs. |
| 05/28/11 | Review proposed changes to findings and conclusions and reply brief re FCC (0.6); review Oaktree letter (0.2). | |
| | J. Feore | 0.80 hrs. |
| 05/30/11 | Review DCL post-trial reply brief (0.7); review noteholder post-trial reply brief (0.8); review revised findings of fact and conclusions of law (0.8). | |
| | C. Burrow | 2.30 hrs. |
| 05/30/11 | Review reply briefs from DCL Plan proponents and NPP Plan proponents (0.5); review revised draft of DCL findings of fact and conclusions of law from R. Flagg (0.6). | |
| | J. Logan | 1.10 hrs. |
| 05/31/11 | Revise findings of fact and conclusions of law (0.6); correspondence with Sidley and senior lenders' FCC counsel re same (0.5); correspondence with Sidley and senior lenders' FCC counsel re additional Oaktree interests (0.5). | |
| | C. Burrow | 1.60 hrs. |
| 05/31/11 | Meeting with S. Sheehan re status of FCC/Hill lobbying efforts and timing issues (0.7); telephone conference with Wiley re FCC letter (0.2). | |
| | J. Feore | 0.90 hrs. |

Tribune Company

| 05/31/11 | Prepare correspondence to counsel to Oaktree, JP Morgan and R. Flagg (Sidley) re proposed update letter (0.4); telephone conference with J. Stenger (FCC counsel to Committee of Unsecured Creditors) re Millennium filing (0.3); review correspondence from E. Reed re release of confidentiality claim for Media News Group disclosure letter (0.1); revise proposed findings of fact and conclusions of law for DCL Plan (0.3). | |
|---|---|---|
| | J. Logan | 1.10 hrs. |
| 05/31/11 | Research Form 602 filing for CLTV (0.2); telephone discussion re same (0.1). | |
| | L. McCarty (Practice Group Professional) | 0.30 hrs. |

## BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 42.00 |
| FEORE | 22.10 |
| LOGAN | 25.20 |
| SWANSON | 4.30 |
| RADEMACHER | 6.70 |
| MCCARTY | 10.20 |
| TOTAL | 110.50 |

| Fees for Professional Services | $ | 64,252.00 |
|---|---|---|
| REPRODUCTION | $ | 66.70 |
| TELEPHONE | $ | 2.52 |
| Total Reimbursable Costs | $ | 69.22 |
| Total Current Billing for This File | $ | 64,321.22 |

Our File # 08656.0101            For Services Through May 31, 2011
Retention and Fee Applications

| 05/02/11 | Correspondence with fee examiner regarding 22d monthly fee application. | |
|---|---|---|
| | C. Meazell | 0.20 hrs. |
| 05/04/11 | Preparation of 23d monthly fee application. | |
| | C. Meazell | 1.10 hrs. |

June 25, 2011                                                                    Page 11

Tribune Company                                                          Invoice 541535

| 05/05/11 | Preparation of 23d monthly fee application. | |
| | C. Meazell | 0.40 hrs. |
| 05/06/11 | Preparation of 23d monthly fee application. | |
| | C. Meazell | 0.30 hrs. |
| 05/09/11 | Preparation of 23d monthly fee application. | |
| | C. Meazell | 0.30 hrs. |
| 05/13/11 | Preparation of 23d monthly fee application. | |
| | C. Meazell | 0.40 hrs. |
| 05/31/11 | Preparation of 23d monthly fee application. | |
| | C. Meazell | 1.60 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 4.30 |
| TOTAL | 4.30 |

Fees for Professional Services ......................................................... $       1,935.00
Total Current Billing for This File.................................................. $       1,935.00

Our File # 08656.0104          For Services Through May 31, 2011
Broadcast Contracts

| 05/03/11 | Analyze RCN carriage obligations and Tribune response (0.5); prepare letter to RCN re same (1.2). | |
| | K. Latek | 1.70 hrs. |
| 05/04/11 | Revise letter to RCN re carriage of Antenna TV channels (0.5); telephone conference with K. Connor re same, Cablevision renewal and retransmission consent strategy generally (0.8). | |
| | K. Latek | 1.30 hrs. |
| 05/05/11 | Prepare letter agreement with Cablevision re WGN, KWGN and Bresnan systems. | |
| | K. Latek | 1.00 hrs. |
| 05/05/11 | Analyze markup of WGN agreement for Fidelity Cable (0.3); conference call with K. Connor re Fidelity Cable (0.3). | |
| | R. Folliard III | 0.60 hrs. |

Tribune Company

| | | |
|---|---|---|
| 05/06/11 | Telephone conference with K. Connor re AT&T, Cablevision and DirecTV negotiations (0.5); analyze MFN issues in proposals (0.5). | |
| | K. Latek | 1.00 hrs. |
| 05/07/11 | Analyze AT&T retransmission agreement for Tribune broadcast stations (0.9); prepare summary of AT&T retransmission agreement (0.5); prepare email to K. Connor re AT&T agreements (0.1); analyze DirecTV retransmission and WGN agreements (0.9); prepare summary of DirecTV agreements (0.7); prepare email to K. Connor re DirecTV agreements (0.1). | |
| | R. Folliard III | 3.20 hrs. |
| 05/09/11 | Review agreements with cable and satellite companies to identify if the agreements include a most favored nation clause (3.0); draft document compiling all most favored nations clauses and indicating which agreements do not have the clause (0.6). | |
| | H. Wendel (Paralegal) | 3.60 hrs. |
| 05/09/11 | Analyze Tower and Tribune most favored nation obligations to multichannel video programming distributors. | |
| | K. Latek | 1.00 hrs. |
| 05/09/11 | Prepare counter to Fidelity Communications markup of WGN distribution agreement (1.0); prepare email to K. Connor re same (0.1). | |
| | R. Folliard III | 1.10 hrs. |
| 05/10/11 | Research retransmission consent and affiliation agreements with Charter Communications (0.4); revise document compiling most favored nations clauses (0.6). | |
| | H. Wendel (Paralegal) | 1.00 hrs. |
| 05/11/11 | Revise document of compiled most favored nations clauses. | |
| | H. Wendel (Paralegal) | 0.20 hrs. |
| 05/11/11 | Analyze and revise summary of Tribune and Tower contractual obligations (1.1); review and comment on Cablevision proposal (0.2). | |
| | K. Latek | 1.30 hrs. |
| 05/16/11 | Conference with M. Lipps re Fox affiliations for Tribune markets (0.3); telephone conference with K. Connor re same (0.3). | |
| | K. Latek | 0.60 hrs. |
| 05/17/11 | Telephone conference with J. Kersting re Fox affiliation negotiations. | |
| | K. Latek | 0.50 hrs. |
| 05/18/11 | Analyze proposed changes to WGN distribution agreement by Northeast Iowa Electric Company (0.2); telephone call with K. Connor re same (0.3). | |
| | R. Folliard III | 0.50 hrs. |

June 25, 2011                                                                Page 13

Tribune Company                                                     Invoice 541535

| 05/19/11 | Telephone conference with K. Connor re Cablevision, AT&T, DirecTV and RCN negotiations. | |
| | K. Latek | 1.00 hrs. |
| 05/19/11 | Prepare counter proposal for Northeast Iowa Electric Company agreement for WGN America (1.2); prepare email to K. Connor re same (0.1). | |
| | R. Folliard III | 1.30 hrs. |
| 05/25/11 | Review and respond to E. Caushaj inquiry re distribution agreements. | |
| | K. Latek | 0.20 hrs. |
| 05/26/11 | Analyze proposed changes by Armstrong to retransmission agreement for WPHL-TV and WPMT-TV (0.4); telephone call with K. Connor and K. Mullane re Armstrong agreement (0.4); prepare counter offer for Armstrong (0.8); prepare email to K. Mullane re Armstrong agreement (0.2). | |
| | R. Folliard III | 1.80 hrs. |
| 05/31/11 | Telephone conference with K. Connor re DirecTV, AT&T and other negotiations. | |
| | K. Latek | 0.40 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| LATEK | 10.00 |
| FOLLIARD III | 8.50 |
| WENDEL | 4.80 |
| TOTAL | 23.30 |

.

Fees for Professional Services ........................................................... $        9,865.00

| CONFERENCE CALL (SOUNDPATH) | $ | 4.32 |
| REPRODUCTION | $ | 1.90 |
| TELEPHONE | $ | 16.68 |

Total Reimbursable Costs ..................................................................... $        22.90
Total Current Billing for This File.......................................................... $        9,887.90

Total Current Billing for This Invoice................................................... $        76,144.12

# ☯ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T 202.776.2000  F 202.776.2222

---

# DUE UPON RECEIPT
### Please make checks payable to:
### Dow Lohnes PLLC
### Attention Finance Department
### 1200 New Hampshire Avenue, NW, Suite 800
### Washington, DC 20036-6802

June 25, 2011

Tribune Company                                                    Invoice 541535
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through May 31, 2011
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................................... $                64,321.22

Our File # 08656.0101          For Services Through May 31, 2011
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................................... $                1,935.00

Our File # 08656.0104          For Services Through May 31, 2011
Broadcast Contracts
    Total Current Billing for This Invoice ........................................................... $                9,887.90

    Total Current Billing for This Invoice ........................................................... $                76,144.12

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## MAY1 - MAY 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 68.60 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 4.32 |
| Telephone Tolls | | 19.20 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **92.12** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and
$.50 per page respectively and are in compliance with the rates as required by
Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no
more than Dow Lohnes' actual cost.