# **Attachment A**

## FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
## SEPTEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 13 years. Admitted 1997. | $710 | 7.50 | $5,325.00 |
| Suresh T. Advani | Partner/ Tax/ 18 years. Admitted 1992. | $800 | 16.40 | $13,120.00 |
| Gerald L. Angst | Partner/ Litigation/ 35 years. Admitted 1975. | $685 | 92.40 | $63,294.00 |
| Larry A. Barden | Partner/ Corporate/ 28 years. Admitted 1982. | $825 | 125.80 | $103,785.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 33 years. Admitted 1977. | $775 | 512.20 | $396,955.00 |
| Steven M. Bierman | Partner/ Litigation/ 33 years. Admitted 1977. | $925 | 74.40 | $68,820.00 |

---

[1]  Hourly Billing Rates reflected herein are those rates in effect as of January 1, 2010.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Donald E. Bingham | Partner/ Banking/ 12 years. Admitted 1998. | $635 | 0.80 | $508.00 |
| Kevin F. Blatchford | Partner/ Corporate/ 24 years. Admitted 1986. | $735 | 1.00 | $735.00 |
| James N. Cahan | Partner/ Environmental/ 34 years. Admitted 1976. | $625 | 16.70 | $10,437.50 |
| Stephen C. Carlson | Partner/ Litigation 33 years. Admitted 1977. | $735 | 1.00 | $735.00 |
| Paul S. Caruso | Partner/ Bankruptcy/ 14 years. Admitted 1996. | $725 | 1.60 | $1,160.00 |
| Li Chen | Partner/ Intellectual Property/ 13 years. Admitted 1997. | $630 | 0.80 | $504.00 |
| Michael A. Clark | Partner/ Tax/ 31 years. Admitted 1979. | $725 | 7.70 | $5,582.50 |
| Matthew A. Clemente | Partner/ Bankruptcy/ 12 years. Admitted 1998. | $725 | 1.00 | $725.00 |

2

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James F. Conlan | Partner/ Bankruptcy/ 22 years. Admitted 1988. | $950 | 692.10 | $657,495.00 |
| Stephen G. Contopulos | Partner/ Litigation/ 38 years. Admitted 1972. | $725 | 3.40 | $2,465.00 |
| James W. Ducayet | Partner/ Litigation/ 14 years. Admitted 1996. | $685 | 232.90 | $159,536.50 |
| Max C. Fischer | Partner/ Employment/ 15 years. Admitted 1995. | $625 | 45.10 | $28,187.50 |
| Ronald S. Flagg | Partner/ Litigation/ 29 years. Admitted 1981. | $650 | 12.70 | $8,255.00 |
| Cliff Fonstein | Partner/ Litigation/ 16 years. Admitted 1994. | $775 | 12.40 | $9,610.00 |
| Lawrence R. Fullerton | Partner/ Litigation/ 32 years. Admitted 1978. | $800 | 9.00 | $7,200.00 |
| Brian J. Gold | Partner/ Employment/ 28 years. Admitted 1982. | $725 | 141.00 | $95,772.50 |

3

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Graeme Harrower | Partner (London)/ Tax/ 22 years. Admitted 1988. | £650 $1,018.93 | 0.30 | $305.68 |
| Janet E. Henderson | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $850 | 523.40 | $443,190.00 |
| Scott J. Heyman | Partner/ Tax/ 23 years. Admitted 1987. | $725 | 7.70 | $5,582.50 |
| Robert W. Hirth | Partner/ Litigation/ 31 years. Admitted 1979. | $875 | 15.10 | $13,212.50 |
| Pran Jha | Partner/ Corporate/ 19 years. Admitted 1991. | $700 | 1.30 | $910.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 18 years. Admitted 1992. | $685 | 3.50 | $2,397.50 |
| Ivy H. Jones | Partner/ Tax/ 13 years. Admitted 1997. | $725 | 4.20 | $3,045.00 |
| George W. Jones Jr. | Partner/ Litigation/ 30 years. Admitted 1980. | $600 | 0.50 | $300.00 |

4

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kenneth P. Kansa | Partner/ Bankruptcy/ 11 years. Admitted 1999. | $700 | 406.70 | $280,140.00 |
| Richard B. Kapnick | Partner/ Litigation/ 28 years. Admitted 1982. | $735 | 59.40 | $43,659.00 |
| Colleen M. Kenney | Partner/ Litigation/ 19 years. Admitted 1991. | $660 | 188.60 | $124,476.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $925 | 308.10 | $281,015.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 19 years. Admitted 1991. | $850 | 610.60 | $497,250.00 |
| Scott R. Lassar | Partner/ Litigation/ 35 years. Admitted 1975. | $850 | 36.60 | $31,110.00 |
| Robert J. Lewis | Partner/ Banking/ 15 years. Admitted 1995. | $650 | 1.20 | $780.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 16 years. Admitted 1994. | $650 | 305.80 | $194,057.50 |

5

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Edward R. McNicholas | Partner/ Litigation/ 14 years. Admitted 1996. | $630 | 1.10 | $693.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 30 years. Admitted 1980. | $950 | 15.00 | $14,250.00 |
| Bridget R. O'Neill | Partner/ Tax/ 22 years. Admitted 1988. | $800 | 1.30 | $1,040.00 |
| Adrienne B. Pitts | Partner/ Litigation/ 15 years. Admitted 1995. | $630 | 66.80 | $42,084.00 |
| Lisa J. Reategui | Partner/ Corporate/ 15 years. Admitted 1995. | $700 | 4.20 | $2,940.00 |
| Courtney A. Rosen | Partner/ Litigation/ 12 years. Admitted 1998. | $630 | 11.30 | $7,119.00 |
| Jeffrey S. Rothstein | Partner/ Corporate/ 28 years. Admitted 1982. | $685 | 1.00 | $685.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 28 years. Admitted 1982. | $735 | 24.20 | $17,787.00 |

6

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Schneider | Partner/ Communications/ 25 years. Admitted 1985. | $700 | 11.30 | $7,910.00 |
| Eugene A. Schoon | Partner/ Litigation/ 28 years. Admitted 1982. | $685 | 3.60 | $2,466.00 |
| Jeffrey C. Steen | Partner/ Bankruptcy/ 26 years. Admitted 1984. | $850 | 342.70 | $290,657.50 |
| Dale E. Thomas | Partner/ Litigation/ 35 years. Admitted 1975. | $660 | 154.00 | $101,640.00 |
| Dennis M. Twomey | Partner/ Bankruptcy/ 10 years. Admitted 2000. | $675 | 89.70 | $60,547.50 |
| Alan M. Unger | Partner/ Litigation/ 31 years. Admitted 1979. | $850 | 64.20 | $54,570.00 |
| Melanie E. Walker | Partner/ Litigation/ 10 years. Admitted 2000. | $575 | 47.60 | $27,370.00 |
| Robert R. Wootton | Partner/ Tax/ 30 years. Admitted 1979. | $665 | 5.00 | $3,325.00 |

7

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jay H. Zimbler | Partner/ Tax/ 34 years. Admitted 1975. | $850 | 26.10 | $22,185.00 |
| Richard T. Peters | Senior Counsel/ Bankruptcy/ 38 years. Admitted 1972. | $825 | 0.90 | $742.50 |
| Deborah L. Cotton | Counsel/ Insurance and Financial Services/ 29 years. Admitted 1981. | $625 | 15.40 | $9,625.00 |
| William A. Evanoff | Counsel/ Bankruptcy/ 10 years. Admitted 2000. | $650 | 0.50 | $325.00 |
| Daniel A. McLaughlin | Counsel/ Litigation/ 13 years. Admitted 1997. | $700 | 2.40 | $1,680.00 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 31 years. Admitted 1979. | $675 | 412.20 | $278,235.00 |
| Robin E. Parsons | Counsel (London)/ Bankruptcy/ 37 years. Admitted 1973. | £675 $1,058.14 | 0.50 | $529.07 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James D. Weiss | Counsel/ Employment/ 17 years. Admitted 1993. | $595 | 1.50 | $892.50 |
| Jason M. Adler | Associate/ Insurance/ 2 years. Admitted 2008. | $355 | 7.00 | $2,485.00 |
| David M. Baron | Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 42.40 | $13,356.00 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 4 years. Admitted 2006. | $525 | 355.10 | $183,198.75 |
| Scott M. Berliant | Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 39.90 | $12,568.50 |
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $650 | 723.40 | $459,095.00 |
| Linda H. Cho | Associate/ Litigation/ 5 years. Admitted 2005. | $600 | 32.70 | $19,620.00 |
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 135.40 | $57,545.00 |

9

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gregory V. Demo | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 407.80 | $168,810.00 |
| Bret T. Diskin | Associate/ Corporate/ 1 year. Admitted 2009. | $315 | 2.20 | $693.00 |
| William T. Donnell | Associate/ Corporate/ <1 year. Admitted 2010. | $240 | 19.50 | $4,770.00 |
| Jason J. Englund | Associate/ Litigation/ 1 year. Admitted 2009. | $355 | 4.20 | $1,491.00 |
| Rachel M. Fleischer | Associate/ Employment and Labor Law/ 3 years. Admitted 2007. | $395 | 47.70 | $18,841.50 |
| Carrie C. Frondorf | Associate/ Employee Benefits/ 1 year. Admitted 2009. | $315 | 4.20 | $1,323.00 |
| Mary E. Weicher Gaudette | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 0.30 | $127.50 |

10

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sean C. Griffin | Associate/ Litigation/ 5 years. Admitted 2005. | $475 | 31.10 | $14,772.50 |
| Jamie E. Haney | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 16.80 | $6,636.00 |
| Karen A. Hayes | Associate/ Tax/ 4 years. Admitted 2006. | $430 | 8.00 | $3,440.00 |
| Thomas R. Heisler | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 18.40 | $6,532.00 |
| Michael P. Heinz | Associate/ Corporate/ 6 years. Admitted 2004. | $495 | 0.80 | $396.00 |
| Eric G. Hoffman | Associate/ Litigation/ 6 years. Admitted 2004. | $650 | 21.70 | $14,105.00 |
| Erik J. Ives | Associate/ Litigation/ 4 years. Admitted 2006. | $430 | 12.40 | $5,332.00 |
| Seth H. Katz | Associate/ Corporate/ 8 years. Admitted 2002. | $530 | 4.20 | $2,226.00 |

11

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Geoffrey M. King | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 56.10 | $21,037.50 |
| Candice L. Kline | Associate/ Bankruptcy/ 2 year. Admitted 2008. | $425 | 205.80 | $87,465.00 |
| Claire M. Korenblit | Associate/ Litigation/ 4 years. Admitted 2006. | $430 | 17.10 | $7,353.00 |
| Christopher S. Krueger | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 24.80 | $8,804.00 |
| Susan P. Lagana | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 56.00 | $18,200.00 |
| James P. Langdon | Associate/ Corporate/ 4 years. Admitted 2006. | $430 | 89.20 | $38,356.00 |
| Joseph P. Larson | Associate/ Litigation/ <1 year. Admitted 2010. | $315 | 13.90 | $4,378.50 |
| Jillian K. Ludwig | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 619.00 | $294,025.00 |

12

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Shawn C. Luna | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 12.20 | $4,575.00 |
| Adam McClay | Associate/ Litigation/ < 1 year. Admitted 2010. | $375 | 16.40 | $6,150.00 |
| Zachary A. Madonia | Associate/ Litigation/ 1 year. Admitted 2009. | $315 | 3.00 | $945.00 |
| Rachel F. Margolis | Associate/ Employment/ 2 years. Admitted 2008. | $355 | 0.80 | $284.00 |
| Ashley K. Martin | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 13.40 | $4,757.00 |
| Matthew G. Martinez | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 9.70 | $4,122.50 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 5 years. Admitted 2005. | $560 | 600.40 | $328,692.00 |
| Ryan C. Morris | Associate/ Litigation/ 3 years. Admitted 2007. | $475 | 6.50 | $3,087.50 |

13

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brett H. Myrick | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 250.70 | $94,012.50 |
| Jennifer E. Novoselsky | Associate/ Litigation/ 4 years. Admitted 2006. | $430 | 16.30 | $7,009.00 |
| Joseph M. Paral | Associate/ Tax/ 2 years. Admitted 2008. | $395 | 0.80 | $316.00 |
| Tom A. Paskowitz | Associate/ Litigation/ 4 years. Admitted 2006. | $560 | 15.20 | $8,512.00 |
| Jen Peltz | Associate/ Litigation/ 7 years. Admitted 2003. | $515 | 34.60 | $17,819.00 |
| Alison V. Potter | Associate/ Litigation/ 4 years. Admitted 2006. | $430 | 36.50 | $15,695.00 |
| Corban S. Rhodes | Associate/ Litigation/ 2 years. Admitted 2008. | $475 | 7.70 | $3,657.50 |
| Christopher A. Ripple | Associate/ Litigation/ 1 year. Admitted 2008. | $355 | 5.40 | $1,917.00 |

14

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 6 years. Admitted 2004. | $495 | 1.60 | $792.00 |
| Thomas E. Ross | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 55.40 | $18,005.00 |
| Brian D. Rubens | Associate/ Litigation/ 5 years. Admitted 2005. | $465 | 12.30 | $5,719.50 |
| Brian S. Shull | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 44.30 | $17,498.50 |
| Steve E. Sexton | Associate/ Litigation/ 5 years. Admitted 2005. | $465 | 40.80 | $18,972.00 |
| Richard M. Silverman | Associate/ Tax/ 3 years. Admitted 2007. | $395 | 84.20 | $33,259.00 |
| Ariella Thal Simonds | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 0.30 | $127.50 |
| M. Paula Spada | Associate/ Corporate/ 4 years. Admitted 2006. | $430 | 8.90 | $3,827.00 |

46429/0001-7724195V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allison Ross Stromberg | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 500.70 | $208,930.00 |
| Allison Leff Triggs | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 135.20 | $57,460.00 |
| Kees Vandenberg | Associate/ Litigation 1 year. Admitted 2009. | $315 | 46.70 | $14,710.50 |
| Patrick J. Wackerly | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 134.00 | $52,930.00 |
| Megan M. Walsh | Associate/ Litigation/ 4 years. Admitted 2006. | $395 | 8.50 | $3,357.50 |
| Jacqueline M. Wilson | Associate/ Product Liability Litigation/ 2 years. Admitted 2008. | $355 | 19.90 | $7,064.50 |
| Elizabeth M. Zito | Associate/ Litigation/ 10 years. Admitted 2000. | $650 | 3.10 | $2,015.00 |
| | | | | |

16

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Angela Eavy | Staff Attorney/ Litigation/ 5 years. Admitted 2004. | $340 | 19.40 | $6,596.00 |
| Matthew S. Jackson | Staff Attorney/ Litigation/ 5 years. Admitted 2004. | $340 | 7.30 | $2,482.00 |
| Eva Mozena Brandon | Legal Assistant/ Litigation/ < 1 year. | $190 | 0.80 | $152.00 |
| Beryl E. Dennis | Legal Assistant/ Litigation/ 25 years. | $290 | 0.20 | $58.00 |
| Melinda Gardner | Legal Assistant/ Corporate/ 11 years. | $245 | 6.50 | $1,592.50 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 8 years. | $230 | 184.80 | $42,504.00 |
| Denise M. Kerschhackl | Senior Legal Assistant/ Corporate/ 10 years. | $245 | 5.50 | $1,347.50 |
| Nancy J. Lusk | Legal Assistant/ Bankruptcy/ 7 years. | $230 | 111.40 | $25,622.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 25 years. | $285 | 221.30 | $63,070.50 |

17

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 8 years. | $225 | 1.30 | $292.50 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 14 years. | $245 | 49.50 | $12,127.50 |
| James P. Platt | Senior Legal Assistant/ Litigation/ 8 years. | $200 | 12.50 | $2,500.00 |
| Nebojsa Rebic | Senior Legal Assistant/ Litigation/ 14 years. | $225 | 5.30 | $1,192.50 |
| Arturo J. Rodriguez | Senior Legal Assistant/ Employment and Labor Law/ 11 years. | $190 | 2.30 | $437.00 |
| Maud Such | Legal Assistant/ Litigation/ 21 years. | $220 | 0.30 | $66.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 119.10 | $22,629.00 |
| | | | | |

46429/0001-7724195V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| JoAnne Romanovich | Project Assistant/ 27 years. | $110 | 9.60 | $1,056.00 |
| Anna Tikhaya | Project Assistant/ 3 years. | $110 | 9.10 | $1,001.00 |
| Jeffrey V. Bosh | Librarian/ 25 years. | $145 | 1.00 | $145.00 |
| Laura Coleman | Librarian/ 23 years. | $100 | 0.50 | $50.00 |
| Margo D. Alleyne-English | Librarian/ 7 years. | $80 | 0.50 | $40.00 |
| David Rogers | Librarian/ 13 years. | $100 | 0.50 | $50.00 |
| Amy Weiner | Librarian/ 5 years. | $115 | 1.00 | $115.00 |
| Michael P. Bawden | Litigation Support/ 12 years. | $315 | 1.10 | $258.50 |
| Alex Godofsky | Litigation Support/ < 1 year. | $185 | 1.30 | $240.50 |
| Steven Hlynski | Litigation Support/ 6 years. | $210 | 4.00 | $840.00 |
| Daniel H. Lang | Litigation Support/ 6 years. | $185 | 1.00 | $185.00 |

19

46429/0001-7724195V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karin Nakai | Litigation Support Coordinator/ 20 years. | $265 | 7.50 | $1,987.50 |
| Aaron Olen | Litigation Support/ 2 years. | $185 | 2.50 | $462.50 |
| Tanya Shim | Litigation Support/ 10 years. | $210 | 8.80 | $1,848.00 |
| Christopher Stavropoulos | Litigation Support/ 1 year. | $185 | 6.00 | $1,110.00 |
| Justin Tebbe | Litigation Support/ 1 year. | $265 | 1.00 | $265.00 |
| Robert Singh | Docket/ 20 years. | $105 | 2.60 | $273.00 |
| **Grand Total** | | | **11,731.50** | **$7,126,734.00** |
| **Blended Rate** | | **$607.49** | | |

20

**COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD**
**FROM SEPTEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 25.80 | $14,967.00 |
| Fee Applications (30390) | 616.50 | $188,846.00 |
| Executory Contracts and Leases (30410) | 4.30 | $1,720.00 |
| Vendor Matters (30420) | 0.90 | $588.00 |
| Use/Sale/Lease of Assets (30430) | 59.00 | 37,195.00 |
| Insurance Matters (30450) | 2.90 | $1,715.00 |
| Committee-Related Matters (30460) | 0.70 | $520.00 |
| Litigated Matters (30470) | 3,503.70 | $2,121,112.07 |
| Travel Time (30480) (with 50% discount) | 223.40 | $74,038.25 |
| Labor Matters (30490) | 28.80 | $20,722.00 |
| Plan and Disclosure Statement (30500) | 5,559.80 | $3,693,448.00 |
| Professional Retention (30510) | 215.00 | $123,110.00 |
| Tax Matters (30520) | 100.20 | $61,792.18 |
| Claims Processing (30530) | 255.30 | $129,589.00 |
| Business Operations (30550) | 205.30 | $110,722.00 |
| Case Administration (30560) | 279.40 | $109,588.50 |
| Creditor Communications (30570) | 1.90 | $1,435.00 |
| Bankruptcy Schedules (30580) | 0.20 | $95.00 |
| Employee Matters (30590) | 646.60 | $434,496.00 |
| 2010 Exit Credit Facility (13700) | 1.80 | $1,035.00 |
| **TOTAL** | **11,731.50** | **$7,126,734.00** |

46429/0001-7724195V1

# **Attachment B**

## EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM
## SEPTEMBER 1, 2010 THROUGH NOVEMBER 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[1] | | $31,777.36 |
| Court Reporter | | $2,807.20 |
| Document Production | | $9,395.00 |
| Duplicating Charges[2] | | $35,508.42 |
| Document Delivery Services | | $1,570.05 |
| Document Services | | $373.39 |
| Filing Fees | | $9.00 |
| Ground Transportation | | $12,110.89 |
| Lexis Research Service | Lexis | $64,891.55 |
| Meals Out-of-Town | | $3,590.67 |
| Meals | | $1,137.50 |
| Messenger Services | | $88.16 |
| Overtime | | $4,700.47 |
| Professional Services/Specialists | | $96,574.00 |
| Search Services | | $2,833.29 |
| Telephone Tolls | | $8,300.69 |
| Travel/Lodging | | $28,320.36 |
| Westlaw Research Service | Westlaw | $32,707.68 |
| | | |
| **Sub-Total** | | **$336,695.68** |
| **Less Waived Amount[3]** | | **($2,440.00)** |
| **Total** | | **$334,255.68** |

---

[1] Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters.

[2] Sidley's rate for standard copying is $0.10 per page and is in compliance with the rate as required by Local Rule 2016-2(e)(iii).

[3] Sidley agreed to waive $40.00 in expenses sought in the Twenty-First Monthly Fee Application, $90.00 in expenses sought in the Twenty-Second Monthly Fee Application, and $2,310.00 in expenses sought in the Twenty-Third Monthly Fee Application at the request of the Office of the United States Trustee. See Certifications of Counsel at Docket Nos. 7349, 7346, and 8257.