IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: July 21, 2011 @ 4:00 p.m. |
| | ) | Hearing Date TBD |

**TWENTY-SEVENTH MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011**

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009 *nunc pro tunc* December 8, 2008** |
| Period for which compensation and/or reimbursement is sought: | **March 1, 2011 through March 31, 2011** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$200,000.00[1]** |
| Amount of Expenses sought as actual, reasonable, and necessary | **$4,871.69** |
| Total Compensation and Expense Reimbursement Requested: | $204,871.69 |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | $204,871.69 |
| This is a: __X__ monthly ___ interim ___ final application | |

The total time expended for fee application preparation was approximately 5.5 hours.

---

[1] Lazard's retention was approved at a rate of $200,000.00 per month pursuant to the terms of the Engagement Letter dated December 1, 2008 (the 'Engagement Letter').

Summary of Monthly Fee and Expense Invoices for the Compensation Period:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| Current | 03/01/11-03/31/11 | $200,000.00 | $4,871.69 | 0.00 | 0.00 |

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: July 21, 2011 @ 4:00 p.m. |
| | | Hearing Date TBD |

## TWENTY-SEVENTH MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2011 THROUGH MARCH 31, 2011

TO THE HONORABLE KEVIN J. CAREY,
UNITED STATES BANKRUPTCY JUDGE:

Lazard Frères & Co. LLC, ("Lazard"), Investment Banker and Financial Advisor to the Tribune Company ("Tribune"), and certain of its subsidiaries and affiliates (collectively, the "Debtors") hereby submits its Twenty-Seventh Monthly Fee Application (the "Application") pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code) and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for an allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred in connection with such services from March 1, 2011 through and including March 31, 2011 (the "Compensation Period") as set forth in their engagement letter (the "Engagement Letter"), attached hereto as **Exhibit A**. Pursuant to the Administrative Order of this Court dated January 15, 2009 [Docket No. 225] approving procedures for interim

compensation and reimbursement of professionals (the 'Compensation Order"), Lazard seeks interim allowance in aggregate amount of **$204,871.69** for financial advisory services provided to the debtors. In support of this Application, Lazard respectfully represents as follows:

## BACKGROUND

1. On December 8, 2008 (the "Petition Date"), the debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code. Pursuant to sections 1107 and 1108 the Bankruptcy Code, the debtors have continued to operate their businesses and manage their properties as debtors in possession since the Petition Date.

2. This Application is submitted pursuant to the terms of the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses dated January 15, 2009 (the "Administrative Order").

3. On March 13, 2009, this Court entered certain Order Pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the retention and employment of Lazard Freres & Co. LLC as financial advisor to the Debtors nunc pro tunc to the petition date.(the "Retention Order"), attached hereto as **Exhibit B.**

## COMPENSATION REQUEST

4. Lazard seeks allowance of compensation for professional services rendered to the Debtor during the Compensation Period in the aggregate amount of $200,000.00 and for reimbursement of expenses incurred in connection with the rendition of such services in the aggregate amount of $4,871.69, for a total award $204,871.69 (the "Total Compensation Amount").

5. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit C** is a summary setting forth the name of each professional for whose work on these reorganization cases compensation is sought.

## SUMMARY OF SERVICES

6. The Managing Director, Director, Vice President and Analyst of Lazard who have rendered professional services during the Compensation Period in these cases are as follows: David Kurtz (Managing Director); Suneel Mandava (Director); Sachin Lulla (Vice President) and Philip Nguyen (Financial Analyst).

7. During the Compensation Period, the Debtors relied heavily on the experience and expertise of the above-named persons in dealing with matters described in Paragraph 8. As a result, Lazard's highly skilled restructuring professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

8. A summary of some of the services rendered by Lazard during the Compensation Period are as follows:

- *a)* <u>Meetings/Calls with Company Management</u> – During the course of the month, Lazard participated in calls and meetings with Company management and its other advisors to discuss the Chapter 11 process and strategy
- *b)* <u>Confirmation Hearing Participation</u> – Lazard attended the confirmation hearing and testified as an expert witness regarding the Company's valuation
- *c)* <u>Preparation and Review of Expert Reports</u> – Lazard assisted the Debtors and the Debtors' counsel in extensively reviewing the competing expert reports. Lazard prepared rebuttal analyses regarding the competing valuation and assisted counsel in preparation for trial
- *d)* <u>Litigation and Deposition Prep</u> – Lazard worked with counsel to prepare for depositions and in-court testimony
- *e)* <u>Potential M&A Activity</u> – Lazard assisted the Debtors in evaluating on-going potential investment opportunities and worked with Company management to conduct due diligence

## CONCLUSION

9.  It is respectfully submitted that the amount requested by Lazard is fair and reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c) the skill necessary to perform the financial advisory services, (d) the preclusion of other employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

WHEREFORE Lazard respectfully requests (i) an interim allowance of compensation for professional services rendered during the Compensation Period in the amount of $204,871.69.

| | |
|---|---|
| Total Amount of Compensation Requested: | $204,871.69 |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | $204,871.69 |

Dated:  June 30, 2011
New York, New York

LAZARD FRÈRES & CO. LLC

*David A. Kurtz*

David Kurtz
Managing Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020
(212/632-6000)
Investment Banker and Financial Advisor
to the Debtors.