# EXHIBIT A

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER       45394
MATTER NUMBER       10148

THE TRIBUNE COMPANY                                              MAY 31, 2011
435 NORTH MICHIGAN AVENUE                                   INVOICE # 9201704
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## DOL SUBPOENA

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2011                                           $101,275.50

DISBURSEMENTS                                                      $1,417.32

                              TOTAL INVOICE          $102,692.82

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.
ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE
1981430.1                                          Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9201704

CLIENT NUMBER - 45394

MAY 31, 2011

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2011

DOL SUBPOENA

MATTER NUMBER- 10148

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 3/1/2011 | WLS | 0.30 | { L190 } {A104} Analyzed ▮ notice ▮ | 255.00 |
| 3/29/2011 | DJB | 0.50 | { L190 } {A104} Reviewed ▮ | 462.50 |
| 4/5/2011 | DJB | 3.30 | { L190 } {A107} Telephone conference with ▮ re ▮ (.5); reviewed ▮ (1.5); further analysis of ▮ issues (.5); further telephone conference with ▮ and ▮ re ▮ (.3); office conference with D. Sondgeroth re ▮ (.5). | 3,052.50 |
| 4/5/2011 | DAS | 3.00 | { L210 } {A105} Communicated with D. Bradford ▮ to discuss issues related to ▮ (.5); reviewed ▮ (1.0); reviewed documents ▮ (1.5). | 1,650.00 |
| 4/6/2011 | DJB | 2.30 | { L190 } {A104} Analyzed ▮ (1.0); telephone conference with ▮ re ▮ (.7); telephone conference with ▮ re same (.3); analyzed ▮ (.3). | 2,127.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 4/6/2011 | WLS | 0.30 | { L190 } {A105} Conferred with D. Sondgeroth re ███████ issues. | 255.00 |
| 4/6/2011 | MQM | 2.90 | { L120 } {A105} Conferred with D. Sondgeroth re ██████ issues (.2) researched ███████ (2.7). | 1,305.00 |
| 4/6/2011 | DAS | 3.20 | { L210 } {A106} Participated in conference calls ████████████ (1.0); discussed with M. Martin ███████████ (.5); prepared draft ██████████ and discussed same ████████ (1.0); reviewed ███████████ (.7). | 1,760.00 |
| 4/7/2011 | DJB | 1.10 | { L190 } {A107} Telephone conference with █ ████ (.5); e-mail to B. Krakauer re same (.2); e-mail to ████ re same (.1); reviewed █████ re same (.3). | 1,017.50 |
| 4/7/2011 | MQM | 4.30 | { L120 } {A102} Researched █████ issues (4.0); corresponded with D. Sondgeroth re same (.3). | 1,935.00 |
| 4/7/2011 | DAS | 2.00 | { L210 } {A105} Communicated with M. Martin re ██████ (.5); reviewed ████████ related to █████ (.5); reviewed ██████████ (.5); communicated with D. Bradford re ████ issues ████████ (.5). | 1,100.00 |
| 4/8/2011 | DJB | 2.00 | { L190 } {A107} Telephone conference with ███ re ████ (.7); office conference with D. Songeroth re ██████████ (.5); telephone conference with █████ re ███ (.4); analyzed ████████ re ██ (.4). | 1,850.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| 4/8/2011 | MQM | 5.70 | { L120 } {A105} Conferred with D. Sondgeroth re ▓▓▓ (.2); researched ▓▓▓ issues (2.9); drafted and edited ▓▓▓ (2.6). | 2,565.00 |
|---|---|---|---|---|
| 4/8/2011 | DAS | 2.80 | { L210 } {A108} Edited draft ▓▓▓ (.5); sent draft to C. Martin and D. Bradford (.1); participated in conference calls with D. Bradford ▓▓▓ re same (1.0); reviewed materials ▓▓▓ (1.2). | 1,540.00 |
| 4/10/2011 | DJB | 0.50 | { L190 } {A104} Reviewed ▓▓▓ (.3); e-mail re same ▓▓▓ (.2). | 462.50 |
| 4/11/2011 | DJB | 0.50 | { L190 } {A107} E-mail to ▓▓▓ re ▓▓▓ (.2); analyzed ▓▓▓ issues ▓▓▓ (.3). | 462.50 |
| 4/11/2011 | DAS | 0.60 | { L210 } {A108} Reviewed communications ▓▓▓ | 330.00 |
| 4/12/2011 | DJB | 0.50 | { L190 } {A101} Prepared ▓▓▓ | 462.50 |
| 4/12/2011 | DAS | 0.40 | { L210 } {A104} Reviewed communications ▓▓▓ | 220.00 |
| 4/13/2011 | DJB | 2.40 | { L190 } {A104} Reviewed materials ▓▓▓ (.8); email to ▓▓▓ re ▓▓▓ (.2); office conference with ▓▓▓ (.2); further conference ▓▓▓ (.7); office conference ▓▓▓ re ▓▓▓ issues (.5). | 2,220.00 |
| 4/13/2011 | DAS | 1.00 | { L210 } {A104} Reviewed ▓▓▓ and discussed same with D. Bradford (.5); reviewed ▓▓▓ (.5). | 550.00 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

| 4/14/2011 | DJB | 1.90 | { L190 } {A107} Telephone conference with ██ ██ re ██ (.5); telephone conference with ██ re same (.5); office conference with ██ re same (.1); e-mail to ██ re same (.1); telephone conference with ██ re same (.7). | 1,757.50 |
|---|---|---|---|---|
| 4/14/2011 | MQM | 0.30 | { L120 } {A105} Conferred with D. Sondgeroth re ██ | 135.00 |
| 4/14/2011 | DAS | 0.40 | { L210 } {A106} Reviewed communications re ██ issues. | 220.00 |
| 4/15/2011 | DJB | 1.50 | { L190 } {A107} Telephone conference with ██ re ██ (.5); e-mails to ██ re same (.4); e-mails to ██ re same (.1); office conference with D. Sondgeroth re ██ same (.5). | 1,387.50 |
| 4/15/2011 | MQM | 10.20 | { L120 } {A103} Reviewed ██ (2.0); drafted ██ (2.4); drafted ██ (5.8). | 4,590.00 |
| 4/15/2011 | DAS | 1.00 | { L210 } {A105} Communicated with D. Bradford re ██ (.2); reviewed communications re ██ same (.5); conferred with M. Martin re ██ (.3). | 550.00 |
| 4/18/2011 | DJB | 0.30 | { L190 } {A105} E-mails re ██. | 277.50 |
| 4/18/2011 | MJS | 0.30 | { L140 } {A100} Assembled binder ██ ██ for D. Bradford review. | 48.00 |
| 4/18/2011 | DAS | 1.00 | { L210 } {A104} Reviewed communications ██ ██ (.2); reviewed ██ (.8). | 550.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 5

| | | | | |
|---|---|---|---|---|
| 4/19/2011 | DJB | 2.50 | { L190 } {A107} Telephone conference with ██ re ██ (.8); telephone conference with ██ re ██ (.5); telephone conference with ██ re ██ (.5); office conference with D. Sondgeroth re ██ (.5); e-mails to ██ (.2). | 2,312.50 |
| 4/19/2011 | MQM | 6.70 | { L120 } {A103} Researched and drafted memorandum re ██ | 3,015.00 |
| 4/19/2011 | DAS | 6.00 | { L210 } {A108} Communicated with ██ D. Bradford related to ██ issues (1.0); communicated with ██ same (1.0); discussed ██ with D. Bradford (.5); ██ with M. Martin ██ (.5); ██ and discussed same with D. Bradford (.5); communicated with ██ (1.5); participated in ██ to discuss ██ issues ██ (1.0). | 3,300.00 |
| 4/20/2011 | DJB | 0.20 | { L190 } {A107} E-mail to ██ | 185.00 |
| 4/20/2011 | DAS | 1.70 | { L210 } {A104} Reviewed communications ██ (1.0); reviewed communications ██ (.7). | 935.00 |
| 4/21/2011 | DJB | 0.50 | { L190 } {A107} E-mails to ██ re ██ issues (.3); telephone conference with ██ re ██ (.2). | 462.50 |
| 4/21/2011 | MQM | 7.30 | { L120 } {A102} Researched and drafted memorandum ██ | 3,285.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 6

| 4/21/2011 | DAS | 5.10 | { L210 } {A108} Communicated with ████ re issues ████ (1.0); drafted ████ (1.0); communicated with D. Kroeger re issues ████ (1.0); communicated with D. Bradford ████ (2.1). | 2,805.00 |
|---|---|---|---|---|
| 4/22/2011 | DJB | 1.00 | { L190 } {A107} Telephone conference with ████ re ████ (.5); e-mail ████ (.3); e-mails with D. Sondgeroth re issues (.2). | 925.00 |
| 4/22/2011 | DAS | 5.00 | { L210 } {A108} Communicated with various parties ████ (1.0); communicated with D. Bradford ████ re same (.5); discussed ████ with M. Martin and reviewed ████ same (1.0); edited ████ (2.5). | 2,750.00 |
| 4/23/2011 | DJB | 0.20 | { L190 } {A107} Responded to various e-mails ████ ████ | 185.00 |
| 4/24/2011 | DJB | 0.50 | { L190 } {A104} Reviewed ████ (.1); prepared e-mail to D. Kroeger re same (.1); responded to ████ re issues (.2); prepared for conference call re ████ (.1). | 462.50 |
| 4/24/2011 | DAS | 0.50 | { L210 } {A105} Reviewed communications from D. Bradford ████ and communicated with D. Bradford re same. | 275.00 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 7



| 4/25/2011 | DJB | 2.50 | { L190 } {A107} Telephone conference with ▮ re ▮ (1.0); telephone conference with ▮ re ▮ (.8); telephone conference with ▮ re same (.2); various e-mails with re ▮ issues ▮ (.5). | 2,312.50 |
| 4/25/2011 | DAS | 4.00 | { L210 } {A106} Participated in conference call ▮ (1.0); reviewed ▮ and drafted summary ▮ (.5); reviewed communications ▮ (1.0); participated in call ▮ re ▮ (.5); reviewed relevant materials ▮ (1.0). | 2,200.00 |
| 4/26/2011 | DJB | 5.60 | { L190 } {A107} Telephone conference with ▮ re ▮ (.8); telephone conference with ▮ re ▮ (.5); telephone conference with ▮ re same (.5); telephone conference with ▮ re same (.4); telephone conference with ▮ re same (.5); analyzed ▮ (1.5); e-mails to D. Sondgeroth re ▮ issues ▮ (.5); various e-mails ▮ (.3); prepared ▮ (.6). | 5,180.00 |
| 4/26/2011 | AWV | 1.00 | { L190 } {A104} Reviewed ▮ re same. | 550.00 |
| 4/26/2011 | DAS | 5.00 | { L210 } {A104} Communicated with parties ▮ (.5); reviewed ▮ of ▮ (4.5). | 2,750.00 |
| 4/27/2011 | DJB | 10.00 | { L190 } {A109} Prepared ▮ . | 9,250.00 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 8

| 4/27/2011 | DAS | 3.40 | { L210 } {A104} Communicated with parties ▓ (.5); reviewed communications ▓ and prepared ▓ (3.9). | 1,870.00 |
|---|---|---|---|---|
| 4/28/2011 | WLS | 0.30 | { L190 } {A105} Conferred with C. Steege and D. Sondgeroth re ▓ | 255.00 |
| 4/28/2011 | DJB | 5.20 | { L190 } {A107} Telephone conference ▓ re ▓ (.5); telephone conference with ▓ re same (.3); telephone conference with ▓ re same (.5); telephone conference with ▓ re ▓ (.6); edited and drafted ▓ (3.1); responded to e-mails ▓ (.2). | 4,810.00 |
| 4/28/2011 | DAS | 8.20 | { L210 } {A103} Reviewed ▓ and edited same (6.7); communicated with ▓ (.5); participated in communications with ▓ re ▓ issues (.5); communicated with ▓ related to mediation and strategies for same (.5). | 4,510.00 |
| 4/29/2011 | DJB | 6.00 | { L190 } {A103} Edited and drafted ▓ (2.5); edited same per comments (1.2); edited same per comments (.5); participated in call ▓ (1.0); participated in call ▓ (.5); telephone conference with ▓ re ▓ (.3). | 5,550.00 |
| 4/29/2011 | DAS | 5.50 | { L210 } {A103} Edited ▓ and sent same to D. Bradford for review and comment (3.0); reviewed communications ▓ re same (.5); communicated with ▓ re same (.5); participated in teleconference ▓ (1.0); participated in conference call ▓ (.5). | 3,025.00 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 9

| 4/30/2011 | DJB | 1.30 | { L190 } {A103} Edited ▮▮▮▮▮▮ (.8); e-mails ▮▮▮▮ re same (.3); e-mails ▮▮▮▮ re same (.2). | 1,202.50 |
| 4/30/2011 | DAS | 3.30 | { L210 } {A103} Edited ▮▮▮▮▮▮▮▮▮▮ | 1,815.00 |
| | | 155.00 | PROFESSIONAL SERVICES | $101,275.50 |

## DISBURSEMENTS

| 1/13/2011 | Conferencing Services | 11.24 |
| 4/19/2011 | Network Printing | 15.80 |
| 4/30/2011 | Postage Expense | 1.76 |
| 4/30/2011 | Westlaw Research | 1,388.52 |
| | TOTAL DISBURSEMENTS | $1,417.32 |

## INVOICE TOTAL

$102,692.82

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 52.30 | 925.00 | 48,377.50 |
| WILLIAM L. SCOGLAND | .90 | 850.00 | 765.00 |
| ANDREW W. VAIL | 1.00 | 550.00 | 550.00 |
| DOUGLAS A. SONDGEROTH | 63.10 | 550.00 | 34,705.00 |
| MICHAELENE R. MARTIN | 37.40 | 450.00 | 16,830.00 |
| MATTHEW J. SEARER | .30 | 160.00 | 48.00 |
| TOTAL | 155.00 | | $101,275.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10180

THE TRIBUNE COMPANY                                   MAY 31, 2011
435 NORTH MICHIGAN AVENUE                    INVOICE # 9201707
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

**MORGAN STANLEY SWAP**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2011                                              $0.00

DISBURSEMENTS                                                   $1,601.36

                                     TOTAL INVOICE          $1,601.36

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.
ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9201707

MAY 31, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2011

MORGAN STANLEY SWAP

MATTER NUMBER- 10180

**DISBURSEMENTS**

| 3/15/2011 | Photocopy and Related Expenses | 1,601.36 |
|---|---|---|
| | TOTAL DISBURSEMENTS | $1,601.36 |

**INVOICE TOTAL**                                                     **$1,601.36**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10164

THE TRIBUNE COMPANY                                  APRIL 29, 2011
435 NORTH MICHIGAN AVENUE                       INVOICE # 9199126
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2011                                         $3,564.00

DISBURSEMENTS                                                      $0.00

                              TOTAL INVOICE              $3,564.00

Page 1

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9199126

APRIL 29, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2011

FEE APPLICATION

MATTER NUMBER- 10164

| 3/7/2011 | LSR | 1.00 | { L210 } {A103} Drafted December fee application (.6); drafted January fee application (.4) | 435.00 |
|---|---|---|---|---|
| 3/8/2011 | LSR | 0.30 | { L210 } {A103} Edited January fee application. | 130.50 |
| 3/8/2011 | MXP | 1.30 | { L210 } {A103} Prepared exhibits for Jenner & Block's December 2010 fee application. | 221.00 |
| 3/9/2011 | LSR | 0.30 | { L210 } {A103} Edited December fee application. | 130.50 |
| 3/11/2011 | LSR | 2.80 | { L210 } {A103} Drafted response to Fee Examiner's report re Sixth Quarterly Fee App (1.5); drafted response to Fee Examiner's report re Seventh Quarterly Fee App (1.3). | 1,218.00 |
| 3/14/2011 | LSR | 1.50 | { L210 } {A103} Edited response to Fee Examiner's Report re Seventh Quarterly Fee Application. | 652.50 |
| 3/16/2011 | MXP | 1.40 | { L210 } {A103} Prepared exhibits for Jenner & Block's January 2011 fee application. | 238.00 |
| 3/21/2011 | DJB | 0.30 | { L190 } {A104} Reviewed multiple fee petitions and affidavits and executed same. | 277.50 |
| 3/21/2011 | LSR | 0.30 | { L210 } {A103} Edited response to Fee Examiner's re Seventh Quarterly Fee Application. | 130.50 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 3/31/2011 | LSR | 0.30 | { L210 } {A103} Prepared February fee application. | 130.50 |
| | | 9.50 | PROFESSIONAL SERVICES | $3,564.00 |

**INVOICE TOTAL**                                                      **$3,564.00**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | .30 | 925.00 | 277.50 |
| LANDON S. RAIFORD | 6.50 | 435.00 | 2,827.50 |
| MARC A. PATTERSON | 2.70 | 170.00 | 459.00 |
| TOTAL | 9.50 | | $3,564.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10164

THE TRIBUNE COMPANY                                     MAY 31, 2011
435 NORTH MICHIGAN AVENUE                        INVOICE # 9201706
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2011                                          $2,297.00

DISBURSEMENTS                                                        $0.00

                                          TOTAL INVOICE        $2,297.00

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9201706

MAY 31, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2011

FEE APPLICATION

MATTER NUMBER- 10164

| | | | | |
|---|---|---|---|---|
| 4/1/2011 | MXP | 1.40 | { L210 } {A103} Prepared exhibits for Jenner & Block's January and February 2011 fee statements. | 238.00 |
| 4/4/2011 | LSR | 0.50 | { L210 } {A103} Worked on fee application. | 217.50 |
| 4/4/2011 | LSR | 0.60 | { L210 } {A103} Drafted Ninth Quarterly fee application. | 261.00 |
| 4/5/2011 | LSR | 0.30 | { L210 } {A104} Conducted final review of January/February fee application. | 130.50 |
| 4/6/2011 | MXP | 1.90 | { L210 } {A103} Prepared exhibits to Jenner & Block's ninth quarterly fee application. | 323.00 |
| 4/7/2011 | DHH | 0.40 | { L210 } {A104} Finalized fee application and sent to local counsel. | 202.00 |
| 4/19/2011 | DJB | 0.30 | { L190 } {A103} Prepared supplemental declaration. | 277.50 |
| 4/21/2011 | DJB | 0.20 | { L190 } {A106} E-mails re disclosure affidavit. | 185.00 |
| 4/26/2011 | DJB | 0.50 | { L190 } {A103} Drafted disclosure declaration. | 462.50 |
| | | 6.10 | PROFESSIONAL SERVICES | $2,297.00 |

**INVOICE TOTAL**                                                   **$2,297.00**

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| DAVID J. BRADFORD | | 1.00 | 925.00 | 925.00 |
| DAVID H. HIXSON | | .40 | 505.00 | 202.00 |
| LANDON S. RAIFORD | | 1.40 | 435.00 | 609.00 |
| MARC A. PATTERSON | | 3.30 | 170.00 | 561.00 |
| | TOTAL | 6.10 | | $2,297.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

# EXHIBIT B

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---:|
| Conferencing Services | $11.24 |
| Network Printing | $15.80 |
| Photocopy and Related Expenses | $1,601.36 |
| Postage Expense | $1.76 |
| Westlaw Research | $1,388.52 |
| **Total** | **$3,018.68** |

1982843.1