## VERIFICATION

STATE OF ILLINOIS    )
                     ) SS:
COUNTY OF COOK       )

Holly Snow, after being duly sworn according to law, deposes and says:

a)  I am an associate with the applicant firm, Paul, Hastings, Janofsky & Walker LLP, and have been admitted to the bar of the State of Illinois since 2009.

b)  I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Rule.

_____
Holly Snow (Ill. No. 6300916)