# EXHIBIT A

## Fee Statements

(please see attached statements)

| INVOICE NUMBER | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES |
|---|---|---|---|
| 1879367 | March 2011 | $25,771.00 | $119.90 |
| 1879368 | March 2011 | $3,128.50 | $0.00 |
| 1879369 | March 2011 | $1,356.50 | $0.00 |
| 1879371 | March 2011 | $3,180.50 | $0.00 |
| 1883936 | April 2011 | $4,680.00 | $45.10 |
| 1887709 | May 2011 | $2,642.50 | $3.10 |
| TOTAL | | $40,759.00  (80% of which is $32,607.20) | $168.10 |

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

**REVISED 07/05/11**
April 19, 2011

Please refer to
Invoice Number: 1879367

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2011 | $25,771.00 |
| Costs incurred and advanced | 119.90 |
| **Current Fees and Costs** | **$25,890.90** |
| Total Balance Due | $25,890.90 |

**Wiring and ACH Instructions:**
   Citibank
   ABA # 322271724
   SWIFT Address: CITIUS33
   787 W. 5th Street
   Los Angeles, CA  90071
   Account Number: 203214267
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

**REVISED 07/05/11**
April 19, 2011

Please refer to
Invoice Number: 1879367

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2011 | $25,771.00 |
| Costs incurred and advanced | 119.90 |
| **Current Fees and Costs Due** | **$25,890.90** |
| **Total Balance Due** | **$25,890.90** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

**REVISED 07/05/11**
April 19, 2011

Please refer to
Invoice Number: 1879367

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2011

**Post-Petition General Matter**                                    **$25,771.00**

**B160    Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/15/11 | ALE | Prepare monthly compensation request (0.8) | 0.80 | 260.00 | 208.00 |
| 03/15/11 | ALE | Prepare monthly compensation request | 0.70 | 260.00 | 182.00 |
| 03/16/11 | HS5 | Prepare monthly compensation request (0.2) | 0.20 | 435.00 | 87.00 |
| 03/29/11 | LMN2 | Review and address compensation matters for eighteenth monthly fee application (1.0); prepare eighteenth monthly fee application (1.5) | 2.50 | 240.00 | 600.00 |
| 03/30/11 | HS5 | Review and revise fee application (0.3); prepare multiple emails to K. Traxler regarding same (0.2) | 0.50 | 435.00 | 217.50 |
| 03/31/11 | HS5 | Conference with C. Auty regarding fee application (0.1); correspondence with Cole Schotz regarding same (0.1); prepare multiple emails to K. Traxler regarding same (0.3) | 0.50 | 435.00 | 217.50 |
| | Subtotal:  B160   Fee/ Employment Applications | | 5.20 | | 1,512.00 |

Tribune Company                                                                                         Page 2
75245-00001
Invoice No. 1879367

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/01/11 | JS34 | Telephone conference with R. DeBoer and J. Rheeling regarding comments to purchaser's mark-up of the agreement of sale (0.9) | 0.90 | 435.00 | 391.50 |
| 03/01/11 | JSR6 | Telephone conference with R. DeBoer and J. Hairston regarding purchase agreement for 25 Deshon Drive, Melville, New York (.6) | 0.60 | 745.00 | 447.00 |
| 03/02/11 | JS34 | Telephone conference with R. DeBoer, J. Rheeling and purchaser's counsel (M. Burg) regarding comments to agreement of sale (0.9) | 0.90 | 435.00 | 391.50 |
| 03/02/11 | JSR6 | Telephone conference with R. DeBoer, J. Hairston and M. Berg regarding purchase agreement for 25 Deshon Drive, Melville, New York (.6) | 0.60 | 745.00 | 447.00 |
| 03/03/11 | JS34 | Prepare agreement of sale for Melville, New York property (3.3); correspond with R. DeBoer regarding same (0.2) | 3.50 | 435.00 | 1,522.50 |
| 03/03/11 | JSR6 | Review comments from purchaser to purchase agreement for 25 Deshon Drive, Melville, New York (1.8) | 1.80 | 745.00 | 1,341.00 |
| 03/07/11 | JS34 | Review purchaser's comments to agreement of sale (0.2) | 0.20 | 435.00 | 87.00 |
| 03/07/11 | JSR6 | Review and analyze comments from buyer's counsel to purchase agreement for 25 Deshon Drive, Melville, NY (2.0); review memo from buyer's counsel for proposed environmental inspections for 25 Deshon Drive, Melville, NY (0.7) | 2.70 | 745.00 | 2,011.50 |

Tribune Company                                                          Page 3
75245-00001
Invoice No. 1879367

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/08/11 | JS34 | Telephone conference with R. DeBoer and J. Rheeling regarding purchaser's comments to agreement of sale (0.6); prepare correspondence regarding current survey and title policy to purchaser's counsel (M. Burg) per request from R. DeBoer (0.2); correspond with purchaser's counsel (M. Burg) regarding comments (0.2) | 1.00 | 435.00 | 435.00 |
| 03/08/11 | JSR6 | Telephone conference with B. Weinstock, M. Burg and J. Hairston regarding purchase agreement for 25 Deshon Drive, Melville, New York (.4); analyze purchaser's proposed revisions to purchase agreement (.7) | 1.10 | 745.00 | 819.50 |
| 03/09/11 | JSR6 | Telephone conference with R. De Boer and M. Sacks regarding purchase agreement for sale of 25 Deshon Drive, Melville, NY (0.4); review and analyze issues regarding Buyer's comments to purchase agreement (1.2) | 1.60 | 745.00 | 1,192.00 |
| 03/10/11 | JS34 | Prepare revisions to Melville agreement of sale per comments from New York counsel (0.4) | 0.40 | 435.00 | 174.00 |
| 03/10/11 | JSR6 | Review sub-sublease for 330 W. 34th Street, New York, NY and obligations to remove tenant upon termination | 1.10 | 745.00 | 819.50 |
| 03/10/11 | JSR6 | Review compliance with state of New York Business Corporations Act regarding sale of 25 Deshon Drive, Melville, NY (0.6); review tax prorations for Suffolk County, New York regarding same (0.6) | 1.20 | 745.00 | 894.00 |
| 03/11/11 | JS34 | Prepare agreement of sale for Melville, New York property (2.0); discuss same with J. Rheeling (0.2) | 2.20 | 435.00 | 957.00 |

Tribune Company                                                                      Page 4
75245-00001
Invoice No. 1879367

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/11/11 | JSR6 | Prepare purchase agreement for 25 Deshon Drive, Melville, New York | 1.40 | 745.00 | 1,043.00 |
| 03/15/11 | JS34 | Revise agreement of sale for Melville, New York property per comments from J. Rheeling (0.8); discuss revisions and comments with R. DeBoer (0.3) | 1.10 | 435.00 | 478.50 |
| 03/15/11 | JSR6 | Revise purchase agreement for 25 Deshon Drive, Melville, New York | 1.40 | 745.00 | 1,043.00 |
| 03/16/11 | JS34 | Correspond with J. Cahill regarding requirements of New York Business Corporations Law (0.4); correspond with R. DeBoer regarding schedules to agreement of sale (0.4); review purchaser's comments to agreement of sale and discuss same with R. DeBoer (1.0); prepare revisions to agreement of sale (2.0) | 3.80 | 435.00 | 1,653.00 |
| 03/16/11 | JSR6 | Review and analyze buyer's comments to revised purchase agreement for 25 Deshon Drive, Melville, NY (1.0); telephone conference with R. DeBoer regarding same (0.3) | 1.30 | 745.00 | 968.50 |
| 03/17/11 | JS34 | Prepare revisions to agreement of sale and related correspondence to R. DeBoer and purchaser's counsel (0.8) | 0.80 | 435.00 | 348.00 |
| 03/17/11 | JSR6 | Review and analyze buyer's comments to purchase agreement for 25 Deshon Drive, Melville, NY (1.2) | 1.20 | 745.00 | 894.00 |
| 03/18/11 | JS34 | Telephone conference with R. DeBoer regarding purchaser's comments to confidentiality provisions (0.5); prepare revisions to agreement of sale (1.0) | 1.50 | 435.00 | 652.50 |

Tribune Company                                                                      Page 5
75245-00001
Invoice No. 1879367

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/18/11 | JSR6 | Telephone conference with M. Burg regarding purchase agreement for sale of 25 Deshon Drive, Melville, NY (0.3); telephone conference with R. DeBoer, M. Anderson, M. Sacks and J. Hairston regarding same (0.8); review issues regarding buyer's environmental due diligence for 25 Deshon Drive, Melville, NY (0.9) | 2.00 | 745.00 | 1,490.00 |
| 03/21/11 | JS34 | Prepare closing materials for agreement of sale (0.4); correspond with R. DeBoer and purchaser's counsel regarding same (0.2) | 0.60 | 435.00 | 261.00 |
| 03/21/11 | JSR6 | Prepare purchase agreement for sale of 25 Deshon Drive, Melville, NY (0.9); prepare for closing of purchase agreement for sale of 25 Deshon Drive, Melville, NY (0.7) | 1.60 | 745.00 | 1,192.00 |
| 03/22/11 | JS34 | Review escrow agreement received from purchaser's counsel (0.5); correspond with J. Rheeling regarding same (0.2); correspond with R. DeBoer regarding escrow agreement (0.2); correspond with purchaser's counsel (M. Burg) regarding same (0.1) | 1.00 | 435.00 | 435.00 |
| 03/23/11 | JS34 | Prepare agreement of sale and escrow agreement for Melville, New York and related correspondence to parties (1.0); correspond with R. DeBoer and J. Rheeling regarding same (0.3); prepare correspondence regarding agreement to purchaser's counsel (M. Burg) (0.2); review critical dates list and transaction summary and provide comments to R. DeBoer regarding same (0.5) | 2.00 | 435.00 | 870.00 |

Tribune Company                                                                 Page 6
75245-00001
Invoice No. 1879367

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/24/11 | JS34 | Correspond with R. DeBoer regarding escrow deposit and seller deliveries (0.5); prepare correspondence regarding agreement to purchaser's counsel (M. Burg) (0.3); review agreement of sale and prepare closing checklist (1.4) | 2.20 | 435.00 | 957.00 |
| 03/29/11 | JS34 | Correspond with R. DeBoer regarding due diligence materials (0.1) | 0.10 | 435.00 | 43.50 |
| | **Subtotal: B250   Real Estate** | | **41.80** | | **24,259.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 19.60 | 745.00 | 14,602.00 |
| HS5 | Holly Snow | ASSOCIATE | 1.20 | 435.00 | 522.00 |
| JS34 | Jacqueline A. Hairston | ASSOCIATE | 22.20 | 435.00 | 9,657.00 |
| ALE | Allison L. Eissing | PARALEGAL | 1.50 | 260.00 | 390.00 |
| LMN2 | Lito M. Natividad | OTHER TIMEKEEPR | 2.50 | 240.00 | 600.00 |

## Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 03/16/2011 | JPB7 | Photocopy Charges | 1,018 | 0.10 | 101.80 |
| 03/18/2011 | PHJW | Jacqueline Hairston; Mar 16, 2011 Local-Taxi; From/To: Office/Home; Taxi home after working late on PFF matters | | | 18.00 |
| 03/16/2011 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| | | **Total Costs** | | | **$119.90** |

| | |
|---|---|
| **Current Fees and Costs** | $25,890.90 |
| **Total Balance Due** | $25,890.90 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                    April 19, 2011
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1879368

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## SUMMARY SHEET

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2011 | $3,128.50 |
| **Current Fees and Costs Due** | **$3,128.50** |
| **Total Balance Due** | **$3,128.50** |

**Wiring and ACH Instructions:**
   Citibank
   ABA # 322271724
   SWIFT Address:  CITIUS33
   787 W. 5th Street
   Los Angeles, CA  90071
   Account Number: 203214267
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above

Refer all questions to Billing at billing@paulhastings.com.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                         April 19, 2011
6th Floor, One Tribune Tower
435 N. Michigan Avenue                                  Please refer to
Chicago, IL  60611-4096                                 Invoice Number: 1879368

Attn:  David Eldersveld, Esq.                           PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

Legal fees for professional services
for the period ending March 31, 2011                              $3,128.50
      **Current Fees and Costs Due**                        **$3,128.50**
      **Total Balance Due**                               **$3,128.50**

**Wiring and ACH Instructions:**                    **Remittance Address:**
  Citibank                                            Paul, Hastings, Janofsky & Walker LLP
  ABA # 322271724                                     191 N. Wacker Drive
  SWIFT Address:  CITIUS33                             30th Floor
  787 W. 5th Street                                   Chicago, IL 60606
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

April 19, 2011

Please refer to
Invoice Number: 1879368

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2011

**34th Street Lease**                                              $3,128.50

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/14/11 | TJC3 | Review 34th Street sublease and related sub-sublease and sub-sub-sublease (.4); review Tribune guaranty (.2); correspondence with J. Rheeling regarding Tribune obligations in connection with expiration of lease (.2); conference with J. Rheeling regarding same (.2) | 1.00 | 670.00 | 670.00 |
| 03/28/11 | JSR6 | Review obligations of Tribune upon expiration of lease at 330 W. 34th Street, New York, NY (1.8) | 1.80 | 745.00 | 1,341.00 |
| 03/29/11 | JSR6 | Telephone conference with R. DeBoer regarding Tribune's obligations in connection with the expiration of the sublease for space on 34th Street in New York (0.3); compose email to R. DeBoer regarding same (1.2) | 1.50 | 745.00 | 1,117.50 |
| | Subtotal:  B250   Real Estate | | 4.30 | | 3,128.50 |

Tribune Company                                                                      Page 2
75245-00002
Invoice No. 1879368

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|------|------------------|------------|------|--------|----------|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 3.30 | 745.00 | 2,458.50 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 1.00 | 670.00 | 670.00 |

|  |  |
|-----|-----|
| **Current Fees and Costs** | **$3,128.50** |
| **Total Balance Due** | **$3,128.50** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
　　　Vice President & Deputy General Counsel

April 19, 2011

Please refer to
Invoice Number: 1879369

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Real Estate Taxation Matters
PHJ&W LLP File# 75245-00006
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2011 | $1,356.50 |
| **Current Fees and Costs Due** | $1,356.50 |
| **Total Balance Due** | $1,356.50 |

**Wiring and ACH Instructions:**
　Citibank
　ABA # 322271724
　SWIFT Address: CITIUS33
　787 W. 5th Street
　Los Angeles, CA 90071
　Account Number: 203214267
　Account Name: Paul, Hastings, Janofsky & Walker LLP
　Comment: Please refer to the invoice number listed above

**Remittance Address:**
　Paul, Hastings, Janofsky & Walker LLP
　191 N. Wacker Drive
　30th Floor
　Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

April 19, 2011

Please refer to
Invoice Number: 1879369

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**Real Estate Taxation Matters**
PHJ&W LLP File# 75245-00006
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2011 | $1,356.50 |
| **Current Fees and Costs Due** | **$1,356.50** |
| **Total Balance Due** | **$1,356.50** |

**Wiring and ACH Instructions:**
   Citibank
   ABA # 322271724
   SWIFT Address:  CITIUS33
   787 W. 5th Street
   Los Angeles, CA  90071
   Account Number: 203214267
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

April 19, 2011

Please refer to
Invoice Number: 1879369

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2011

**Real Estate Taxation Matters**                                                    $1,356.50

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/11 | MP11 | Legal research and analysis regarding transfer tax | 2.00 | 535.00 | 1,070.00 |
| 03/03/11 | AMS2 | Correspondence with J. Rheeling regarding transfer tax consequences interest to Suffolk County IDA | 0.30 | 955.00 | 286.50 |
| | Subtotal: B250   Real Estate | | 2.30 | | 1,356.50 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AMS2 | Andrew M. Short | PARTNER | 0.30 | 955.00 | 286.50 |
| MP11 | Marcia Persaud | ASSOCIATE | 2.00 | 535.00 | 1,070.00 |

Current Fees and Costs                                                    $1,356.50

Total Balance Due                                                         $1,356.50

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company - Debtor-In-Possession
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

April 19, 2011

Please refer to
Invoice Number: 1879371

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Newsday IRS Litigation**
PHJ&W LLP File# 75245-00029
Daniel J. Perlman

Legal fees for professional services
for the period ending March 31, 2011                        $3,180.50
            **Current Fees and Costs Due**            $3,180.50
               **Total Balance Due**            $3,180.50

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company - Debtor-In-Possession
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

April 19, 2011

Please refer to
Invoice Number: 1879371

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Newsday IRS Litigation**
PHJ&W LLP File# 75245-00029
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending March 31, 2011 | $3,180.50 |
| **Current Fees and Costs Due** | **$3,180.50** |
| **Total Balance Due** | **$3,180.50** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company - Debtor-In-Possession
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

April 19, 2011

Please refer to
Invoice Number: 1879371

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2011

## Newsday IRS Litigation                                      $3,180.50

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/18/11 | DJP2 | Telephone conference with G. Thomas, and J. Rheeling regarding potential litigation (0.9); review materials related to potential claims (0.2) | 1.10 | 850.00 | 935.00 |
| 03/18/11 | JPB7 | Telephone conference with G. Thomas, D. Perlman and J. Rheeling regarding document request from Tribune Company | 1.10 | 620.00 | 682.00 |
| 03/18/11 | JSR6 | Telephone conference with G. Thomas, D. Perlman and J. Bender regarding IRS file retention notice | 1.10 | 745.00 | 819.50 |
| 03/23/11 | JPB7 | Review and analyze materials for requested documentation related to potential litigation | 1.20 | 620.00 | 744.00 |
| | | Subtotal: B250   Real Estate | 4.50 | | 3,180.50 |

Tribune Company - Debtor-In-Possession                                    Page 2
75245-00029
Invoice No. 1879371

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|------|------------------|-------------|-------|--------|----------|
| DJP2 | Daniel J. Perlman | PARTNER | 1.10 | 850.00 | 935.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 1.10 | 745.00 | 819.50 |
| JPB7 | Justin P. Bender | ASSOCIATE | 2.30 | 620.00 | 1,426.00 |

|  |  |
|------------------------|------------|
| **Current Fees and Costs** | **$3,180.50** |
| **Total Balance Due** | **$3,180.50** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
           Vice President & Deputy General Counsel

May 24, 2011

Please refer to
Invoice Number: 1883936

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2011 | $4,680.00 |
| Costs incurred and advanced | 45.10 |
| **Current Fees and Costs** | **$4,725.10** |
| **Total Balance Due** | **$4,725.10** |

**Wiring and ACH Instructions:**
   Citibank
   ABA # 322271724
   SWIFT Address:  CITIUS33
   787 W. 5th Street
   Los Angeles, CA  90071
   Account Number: 203214267
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

May 24, 2011

Please refer to
Invoice Number: 1883936

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2011 | $4,680.00 |
| Costs incurred and advanced | 45.10 |
| **Current Fees and Costs Due** | **$4,725.10** |
| **Total Balance Due** | **$4,725.10** |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203214267
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

# Paul Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

May 24, 2011

Please refer to
Invoice Number: 1883936

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2011

**Post-Petition General Matter**                **$4,680.00**

## B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/05/11 | JS34 | Review fee application (0.2) | 0.20 | 435.00 | 87.00 |
| 04/06/11 | JS34 | Provide comments to fee application per request from K. Traxler (0.3) | 0.30 | 435.00 | 130.50 |
| 04/11/11 | HS5 | Review and revise monthly fee application (0.5); prepare email to K. Traxler regarding same (0.1) | 0.60 | 435.00 | 261.00 |
| 04/12/11 | KAT2 | Prepare monthly fee application (December 2010 through February 2011) (.4); prepare related correspondence to H. Snow (.1); prepare interim fee application for ninth interim period (.2) | 0.70 | 715.00 | 500.50 |

Tribune Company                                                          Page 2
75245-00001
Invoice No. 1883936

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/14/11 | KAT2 | Prepare monthly fee application (December 2010 through February 2011) (.2); exchange correspondence regarding same with K. Stickles (Cole Schotz) (.1); prepare interim fee application for same period (.1); exchange correspondence with H. Snow regarding same (.1); exchange correspondence with P. Ratkowiak (Cole Schotz) regarding same (.1); prepare correspondence to fee examiner regarding monthly and interim fee requests (.2) | 0.80 | 715.00 | 572.00 |
| | **Subtotal: B160  Fee/ Employment Applications** | | **2.60** | | **1,551.00** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/20/11 | JSR6 | Review Allocation Agreement between Tribune ND, Inc. and Newsday LLC regarding environmental work at 235 Pinelawn Road, Melville, New York | 0.70 | 745.00 | 521.50 |
| 04/20/11 | JSR6 | Prepare comments to Allocation Agreement between Tribune ND, Inc. and Newsday, LLC regarding environmental work at 235 Pinelawn Road, Melville, New York | 1.60 | 745.00 | 1,192.00 |
| 04/21/11 | JSR6 | Review revised Allocation Agreement between Tribune ND, Inc. and Newsday, LLC regarding environmental work at 235 Pinelawn Road, Melville, New York | 1.30 | 745.00 | 968.50 |
| 04/21/11 | JSR6 | Email correspondence with D. Barlow regarding Allocation Agreement between Tribune ND, Inc. and Newsday, LLC regarding environmental work at 235 Pinelawn Road, Melville, New York | 0.20 | 745.00 | 149.00 |

Tribune Company                                                           Page 3
75245-00001
Invoice No. 1883936

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/25/11 | JSR6 | Review revised Allocation Agreement between Tribune ND, Inc. and Newsday, LLC regarding environmental work at 235 Pinelawn Road, Melville, New York | 0.40 | 745.00 | 298.00 |
| | Subtotal: B250   Real Estate | | 4.20 | | 3,129.00 |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 4.20 | 745.00 | 3,129.00 |
| HS5 | Holly Snow | ASSOCIATE | 0.60 | 435.00 | 261.00 |
| JS34 | Jacqueline A. Hairston | ASSOCIATE | 0.50 | 435.00 | 217.50 |
| KAT2 | Katherine A. Traxler | OTHER ATTORNEY | 1.50 | 715.00 | 1,072.50 |

## Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 03/23/2011 | PHJW | UPS 03/23/11 Michael S. Burg Saul Ewing LLP Wayne PA 19087 1Z3F8W750196813620 (MAN) | | | 27.13 |
| 03/24/2011 | PHJW | UPS 03/24/11 Michael S. Burg Saul Ewing LLP Wayne PA 19087 1Z3F8W750191168202 (MAN) | | | 17.97 |
| 03/24/2011 | PHJW | UPS 03/24/11 Michael S. Burg Saul Ewing LLP Wayne PA 19087 1Z3F8W750194045197 (MAN) | | | 17.97 |
| 03/25/2011 | PHJW | UPS 03/25/11 Michael S. Burg Saul Ewing LLP Wayne PA 19087 1Z3F8W750194045197 (MAN) | | | (17.97) |
| | | Total Costs | | | $45.10 |

Tribune Company                                                                   Page 4
75245-00001
Invoice No. 1883936

|                          |            |
| ------------------------ | ---------- |
| Current Fees and Costs   | $4,725.10  |
| Total Balance Due        | $4,725.10  |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

June 30, 2011

Please refer to
Invoice Number: 1887709.

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending May 31, 2011 | $2,642.50 |
| Costs incurred and advanced | 3.10 |
| **Current Fees and Costs** | **$2,645.60** |
| **Total Balance Due** | **$2,645.60** |

Wiring and ACH Instructions:
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

Remittance Address:
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60806
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

June 30, 2011

Please refer to
Invoice Number: 1887709

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2011 | $2,642.50 |
| Costs incurred and advanced | 3.10 |
| **Current Fees and Costs Due** | **$2,645.60** |
| **Total Balance Due** | **$2,645.60** |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203214267
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
　　　　Vice President & Deputy General Counsel

June 30, 2011

Please refer to
Invoice Number: 1887709

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2011

**Post-Petition General Matter**　　　　　　　　　　　　　　　　$2,642.50

**B250　Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/02/11 | JSR6 | Review revised allocation agreement between Tribune ND, Inc. and Newsday, LLC regarding environmental work at 235 Pinelawn Road | 0.50 | 745.00 | 372.50 |
| 05/03/11 | JS34 | Review title commitment and exception documents (0.6); correspond with R. DeBoer and M. Burg regarding seller's objections to exceptions appearing on commitment (0.4) | 1.00 | 435.00 | 435.00 |
| 05/03/11 | JSR6 | Telephone conference with D. Barlow regarding allocation agreement between Tribune ND, Inc. and Newsday, LLC | 0.40 | 745.00 | 298.00 |
| 05/03/11 | TRM | Respond to J. Rheeling's inquiries attendant to tank removal and remediation | 0.50 | 850.00 | 425.00 |

Tribune Company                                                      Page 2
75245-00001
Invoice No. 1887709

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/04/11 | JS34 | Correspond with purchaser's counsel (M. Burg) and title company (Melville) regarding exceptions appearing on commitment (1.0) | 1.00 | 435.00 | 435.00 |
| 05/05/11 | JS34 | Review survey and correspond with M. Burg regarding same (0.2) | 0.20 | 435.00 | 87.00 |
| 05/05/11 | JSR6 | Review title and survey issues raised by purchaser of 25 Deshon Drive, Melville, NY | 0.50 | 745.00 | 372.50 |
| 05/23/11 | JS34 | Correspond with R. DeBoer regarding franchise taxes (0.5) | 0.50 | 435.00 | 217.50 |
| **Subtotal: B250   Real Estate** | | | **4.60** | | **2,642.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| TRM | Thomas R. Mounteer | PARTNER | 0.50 | 850.00 | 425.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 1.40 | 745.00 | 1,043.00 |
| JS34 | Jacqueline A. Hairston | ASSOCIATE | 2.70 | 435.00 | 1,174.50 |

Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 05/04/2011 | JS34 | Photocopy Charges | 5 | 0.10 | 0.50 |
| 05/03/2011 | PHJW | Long Distance Telephone Charges | | | 2.40 |
| 05/25/2011 | PHJW | Long Distance Telephone Charges | | | 0.20 |
| | | **Total Costs** | | | **$3.10** |

| | |
|---|---|
| **Current Fees and Costs** | $2,645.60 |
| **Total Balance Due** | $2,645.60 |

# EXHIBIT B

## (Expenses)

**EXPENSE SUMMARY**
**MARCH 1, 2011 THROUGH MAY 31, 2011**

| Expense Category | March Expenses | April Expenses | May Expenses | Total Expenses |
|---|---|---|---|---|
| Courier Service/Overnight Delivery | $0.00 | $45.10 | $0.00 | $45.10 |
| Taxi/Ground Transportation | $18.00 | $0.00 | $0.00 | $18.00 |
| Long Distance/Telephone Charges | $0.10 | $0.00 | $2.60 | $2.70 |
| Photocopy Charges ($0.10 per page) | $101.80 | $0.00 | $0.50 | $102.30 |
| **TOTAL** | **$119.90** | **$45.10** | **$3.10** | **$168.10** |