# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | .10 | $13.00 |
| Insurance Counseling – 00005 | 35.30 | $17,818.00 |
| Marsh – 00008 | 5.90 | $2,203.50 |
| Fee Applications – 00009 | 6.10 | $2,999.00 |
| HR Investigation – 00011 | 54.00 | $27,612.00 |
| **TOTAL:** | **98.40** | **$50,645.50** |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING
SERVICES FROM APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Miller, Steven A. | Partner.  Joined firm in 2006.  Member of IL bar since 1979. | $690.00 | 24.70 | $16,629.00 |
| Shugrue, John D. | Partner. Joined Firm in 2008.  Member of IL bar since 1987. | $560.00 | 24.00 | $13,440.00 |
| Bolerjack, Bradley J. | Partner.  Joined firm in 2000.  Member of IL bar since 2001. | $470.00 | 3.00 | $1,410.00 |
| Raines, Lana J. | Associate.  Joined firm in 2003.  Member of IL bar since 2002. | $450.00 | 18.00 | $8,100.00 |
| Levinson, Thomas M. | Associate.  Joined firm in 2004.  Member of IL bar since 2005. | $430.00 | 15.50 | $6,665.00 |
| Rosenfeld, David | Associate.  Joined firm in 2007.  Member of IL bar since 2005. | $325.00 | 4.50 | $1,462.50 |
| Callahan, Eileen | Paralegal since 1992.  Joined firm in 1992. | $285.00 | 3.90 | $1,111.50 |
| Livingston, Judith M. | Litigation Support Analyst.  Joined firm in 1997. | $260.00 | 5.40 | $1,404.00 |
| Sanroman, Enrique | Litigation Support Analyst.  Joined firm in 2006. | $240.00 | .60 | $144.00 |
| Somoza, Silvia | Paralegal since 2007.  Joined Firm in 2007. | $130.00 | 1.10 | $143.00 |
| Chappell, Rhoshanda | Case Assistant.  Joined firm in 1983. | $105.00 | 1.30 | $136.50 |
| Grand Total: | | | 98.40 | $50,645.50 |
| Blended Rate: | | | | $514.69 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $554.08 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2129498
Invoice Date: June 9, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through April 30, 2011

| NON-REORGANIZATION/BANKRUPTCY | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE:  Reliance/Times Mirror |  |  |  |
| 503842.00004 | $13.00 | $0.00 | $13.00 |
| RE:  Insurance Counseling |  |  |  |
| 503842.00005 | $10,377.00 | $5.56 | $10,382.56 |
| RE:  Marsh |  |  |  |
| 503842.00008 | $2,203.50 | $0.20 | $2,203.70 |
| **Current Invoice Total:** | **$12,593.50** | **$5.76** | **$12,599.26** |
| **REORGANIZATION/BANKRUPTCY** | Current Fees | Current Costs | Total for Matter |
| RE:  Insurance Counseling |  |  |  |
| 503842.00005 | $7,441.00 | $19.72 | $7,460.72 |
| RE:  Fee Applications |  |  |  |
| 503842.00009 | $2,999.00 | $13.62 | $3,012.62 |
| RE:  HR Investigation |  |  |  |
| 503842.00011 | $27,612.00 | $1,117.29 | $28,729.29 |
| **Current Invoice Total:** | **$38,052.00** | **$1,150.63** | **$39,202.63** |
| **TOTAL:** |  |  | **$51,801.89** |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2129498)

June 9, 2011                                                                                     Invoice: 2129498
RE:        Reliance/Times Mirror                                                     Page 2
              (503842.00004)

## NON-REORGANIZATION/BANKRUPTCY
### RE:    Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/25/11 | SS | Reviewed and catalogued case correspondence. | 0.10 |

TOTAL FEES:            $13.00

Fees & Disbursements            $13.00

## NON-REORGANIZATION/BANKRUPTCY
Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| SS | S. Somoza | 0.10 | 130.00 | 13.00 |
|  |  | 0.10 |  | 13.00 |

June 9, 2011    Case 08-13141-BLS   Doc 9411-3   Filed 07/05/11   Page 6 of 19   Invoice: 2129498
RE:    Insurance Counseling                                       Page 3
          (503842.00005)

## NON-REORGANIZATION/BANKRUPTCY
### RE:    Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/11/11 | LJR | Discussed possible settlement meeting regarding third party claims with defense counsel (.2); finalized draft letter to carriers regarding settlement meeting (.5); followed-up regarding comments/edits to letter, created updated draft of letter and circulated same to team (.7); followed up regarding distribution of letter (.2); called counsel for individual defendants regarding status and follow up with insurers (.2). | 1.80 |
| 04/11/11 | JDS | Worked on letter to insurers regarding preliminary settlement meeting regarding pending claim (.3). | 0.30 |
| 04/20/11 | JDS | Telephone conference with bankruptcy counsel concerning insurance issues related to possible upcoming mediation of underlying claims (.3). | 0.30 |
| 04/21/11 | LJR | Finalized draft letter to carriers regarding upcoming mediation of Neil, other underlying matters. | 0.50 |
| 04/21/11 | JDS | Worked on draft letter to insurers regarding possible mediation of Neil and other pending suits/claims (.7); analyzed and exchanged emails with client, bankruptcy counsel and defense counsel regarding possible mediation and insurance issues related to same (.5); analyzed documents related to pending claims in connection with same (.3). | 1.50 |
| 04/22/11 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel regarding correspondence to insurers regarding possible mediation of Neil and other pending suits/claims (.5); analyzed correspondence from primary liability insurer regarding same (.2). | 0.70 |
| 04/24/11 | JDS | Exchanged emails with defense counsel, client regarding upcoming mediation of Neil lawsuit. | 0.20 |
| 04/25/11 | LJR | Conferred with J. Shugrue regarding mediation (.2). | 0.20 |
| 04/25/11 | JDS | Prepared correspondence to insurer regarding attendance and participation at upcoming mediation (1.9); telephone conference with client, bankruptcy counsel, defense counsel regarding same and regarding mediation preparation, logistics and strategy (.8); conferred with L. Raines regarding follow up items/tasks in connection with same (.2); analyzed insurance coverage issues related to various claims subject to mediation (.3). | 3.20 |

June 9, 2011                                                              Invoice: 2129498
RE:        Insurance Counseling                                          Page 4
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/26/11 | JDS | Analyzed and exchanged emails with client, defense counsel and bankruptcy counsel regarding upcoming mediation of Neil lawsuit (.3); telephone conference with defense counsel regarding same (.2); analyzed insurer correspondence regarding same (.2); followed up with primary insurer regarding same (.1). | 0.80 |
| 04/27/11 | LJR | Analyzed documents related to Neil litigation (.7); followed-up with carrier representatives regarding attendance at mediation and exchanged emails with J. Shugrue regarding same (.3). | 1.00 |
| 04/27/11 | JDS | Telephone conference with liability insurer regarding upcoming mediation (.3); exchanged emails with client, defense counsel and bankruptcy counsel regarding same (.2); analyzed and exchanged emails with L. Raines regarding follow up communication to insurers regarding mediation and analyzed L. Raines email to insurers regarding same (.3); analyzed emails from insurers regarding participation in mediation (.1). | 0.90 |
| 04/28/11 | LJR | Reviewed settlement demand and related correspondence for Neil litigation (.3); communications with team regarding upcoming mediation of Neil litigation (.4). | 0.70 |
| 04/28/11 | JDS | Analyzed and exchanged emails with client, defense counsel, bankruptcy counsel regarding preparations for, logistics, strategy regarding upcoming mediation of various pending suits/claims (1.3); telephone conference with insurer claim representative regarding same (.3); telephone conference with defense counsel regarding same (.4); telephone conference with client regarding same (.2). | 2.20 |
| 04/29/11 | LJR | Analyzed correspondence regarding upcoming mediation in Neil litigation (.2); reviewed draft mediation letter (.2); reviewed letter from carrier in connection with Neil litigation (.1); emails with J. Shugrue regarding status (.2). | 0.70 |
| 04/29/11 | SS | Reviewed carrier correspondence file regarding Neil claim and compiled key correspondence for J. Shugrue in preparation for and use at upcoming mediation. | 0.40 |

June 9, 2011                                                    Invoice: 2129498
RE:        Insurance Counseling                                 Page 5
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/29/11 | JDS | Telephone conference with insurers/insurer counsel, defense counsel, bankruptcy counsel and client regarding upcoming mediation of various claims (1.2); telephone conference with same and with Mediator regarding same (.5); telephone conference with defense counsel in preparation for calls (.2); analyzed and provided comment to defense counsel, client, bankruptcy counsel regarding draft mediation statement (.9); analyzed and organized claim materials and documents in preparation for mediation (1.1); emails with defense counsel, insurer counsel regarding status of policy limits erosion (.3); emails with L. Raines regarding status of mediation preparations (.2). | 4.40 |

                         TOTAL FEES:              $10,377.00

## CURRENT DISBURSEMENTS

04/30/2011   Telephone - Outside                                     5.56

                                          Total Disbursements        5.56

                                      Fees & Disbursements      $10,382.56

## NON-REORGANIZATION/BANKRUPTCY
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 14.50 | 560.00 | 8,120.00 |
| LJR | L.J. Raines | 4.90 | 450.00 | 2,205.00 |
| SS | S. Somoza | 0.40 | 130.00 | 52.00 |
|  |  | 19.80 |  | 10,377.00 |

## NON-REORGANIZATION/BANKRUPTCY
### RE:    Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/01/11 | DR | Corresponded with client, Marsh counsel regarding status of review of Marsh's request regarding security issue. | 0.40 |
| 04/01/11 | JDS | Analyzed emails exchanged by client, Marsh counsel and D. Rosenfield regarding security issues related to parties' prior agreement. | 0.20 |
| 04/11/11 | DR | Drafted letter to Marsh responding to request regarding security issue and corresponded with J. Shugrue and client regarding same. | 1.50 |
| 04/11/11 | JDS | Analyzed and exchanged emails regarding ongoing communications with Marsh counsel regarding security issues concerning parties' prior agreement. | 0.20 |
| 04/12/11 | DR | Finalized draft letter to Marsh and corresponded with J. Shugrue regarding same. | 1.00 |
| 04/13/11 | DR | Corresponded with client regarding draft letter to Marsh. | 0.20 |
| 04/14/11 | JDS | Analyzed and provided comment to client, D. Rosenfield regarding draft letter to Marsh counsel C. St. Jeanos. | 0.20 |
| 04/18/11 | DR | Finalized letter to Marsh and corresponded with client and J. Shugrue regarding same. | 0.50 |
| 04/18/11 | JDS | Analyzed draft letter to Marsh counsel C. St. Jeanos (Willkie Farr) and provided comment on same to client, D. Rosenfield. | 0.20 |
| 04/20/11 | DR | Corresponded with J. Shugrue and client regarding strategy for responding to Marsh's request for additional documentation regarding security issue. | 0.70 |
| 04/20/11 | JDS | Analyzed further communication from Marsh counsel regarding security issue and exchanged emails with client, D. Rosenfield regarding same. | 0.30 |
| 04/22/11 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 04/25/11 | DR | Emails with J. Shugrue regarding follow up with client on Marsh issues. | 0.20 |
| 04/25/11 | JDS | Emails with D. Rosenfield regarding follow up with client on response to correspondence from Marsh counsel regarding security issue. | 0.20 |

TOTAL FEES:          $2,203.50

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 04/30/2011 | Duplicating/Printing/Scanning | 0.20 |
| | Total Disbursements | 0.20 |
| | Fees & Disbursements | $2,203.70 |

**NON-REORGANIZATION/BANKRUPTCY**
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|----|-------|------:|-----:|-------:|
| Init | Timekeeper | Hours | Rate | Amount |
| JDS | J.D. Shugrue | 1.30 | 560.00 | 728.00 |
| DR | D. Rosenfield | 4.50 | 325.00 | 1,462.50 |
| SS | S. Somoza | 0.10 | 130.00 | 13.00 |
| | | 5.90 | | 2,203.50 |

June 9, 2011
RE:     Fee Applications
         (503842.00009)

Invoice: 2129498
Page 8

## REORGANIZATION/BANKRUPTCY
### RE:    Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/06/11 | JDS | Emails with client regarding formatting and organization of invoices as related to bankruptcy matters. | 0.30 |
| 04/07/11 | LJR | Communications with J. Shugrue and L. Lankford regarding reformatting of invoices for use in fee applications (.2); analyzed invoices and revised same per client (1.1). | 1.30 |
| 04/07/11 | JDS | Exchanged emails with client regarding organization and format of invoices for use in fee applications. | 0.20 |
| 04/08/11 | JDS | Analyzed and exchanged emails with client regarding invoices and analyzed reorganized versions of same. | 0.40 |
| 04/12/11 | LJR | Met with J. Shugrue regarding fee application preparation. | 0.20 |
| 04/12/11 | JDS | Conferred with L. Raines regarding reorganization and reformatting of invoices for use with fee applications. | 0.20 |
| 04/13/11 | LJR | Followed up with client regarding revision of invoices for use with fee applications.. | 0.30 |
| 04/14/11 | LJR | Revised invoices for use with fee applications. | 0.40 |
| 04/15/11 | LJR | Revised invoices for use with fee applications and emailed J. Shugrue regarding same. | 0.60 |
| 04/15/11 | JDS | Exchanged emails with Fee Auditor regarding 6th Interim Fee Application. | 0.20 |
| 04/19/11 | JDS | Worked on reorganization and reformatting of invoices for use with fee applications pursuant to client request/instructions. | 0.20 |
| 04/22/11 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 04/22/11 | JDS | Analyzed draft of revised/reorganized invoice for January work. | 0.20 |
| 04/25/11 | JDS | Conferred with L. Raines regarding status and follow up regarding invoice reorganization and reformatting for use with fee applications. | 0.20 |
| 04/26/11 | LJR | Reviewed updated draft of invoice for use with fee applications and finalized draft for client. | 0.60 |
| 04/27/11 | JDS | Prepared response email to Fee Auditor regarding 7th Interim Fee Application. | 0.50 |
| 04/28/11 | JDS | Finalized and transmitted email to Fee Auditor regarding response to questions on 7th Interim Fee Application. | 0.20 |

TOTAL FEES:     <u>$2,999.00</u>

June 9, 2011                                                            Invoice: 2129498
RE:         Fee Applications                                           Page 9
            (503842.00009)

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 04/30/2011 | PACER | 5.92 |
| 04/30/2011 | Duplicating/Printing/Scanning | 2.70 |
| 04/30/2011 | Courier Service - Outside | 5.00 |

| | |
|---|---:|
| Total Disbursements | 13.62 |
| Fees & Disbursements | $3,012.62 |

**REORGANIZATION/BANKRUPTCY**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 2.60 | 560.00 | 1,456.00 |
| LJR | L.J. Raines | 3.40 | 450.00 | 1,530.00 |
| SS | S. Somoza | 0.10 | 130.00 | 13.00 |
| | | 6.10 | | 2,999.00 |

June 9, 2011                                                              Invoice: 2129498
RE:       HR Investigation                                               Page 10
          (503842.00011)

## REORGANIZATION/BANKRUPTCY
  **RE:     HR Investigation**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/02/11 | JML | Corresponded with client regarding collection of custodian e-mails. | 0.10 |
| 04/05/11 | TML | Conducted research into privilege issues. | 2.30 |
| 04/06/11 | TML | Conducted research regarding privilege issues. | 3.10 |
| 04/07/11 | TML | Conducted research regarding defense issues. | 4.40 |
| 04/08/11 | TML | Conducted research regarding privilege issues. | 1.30 |
| 04/11/11 | SAM | Attention to E-discovery (.8); e-mail correspondence with client regarding same (.6); reviewed data base memo for inclusion of words and phrases (1.1). | 2.50 |
| 04/11/11 | TML | Conducted research regarding privilege issues. | 2.00 |
| 04/11/11 | ES | Phone call with S. Miller regarding data collection for specific custodians and creation of filters to cull data and scanned the filters making adjustments to logic used. | 0.60 |
| 04/12/11 | RC | Prepared and organized files, per E. Callahan's request. | 0.80 |
| 04/13/11 | SAM | Attention to electronic data issues and telephone conference with client regarding same. | 0.50 |
| 04/13/11 | JML | Reviewed drives of electronic data and prepared specifications for DTI regarding same (1.5); corresponded with S. Miller regarding same (.1). | 1.60 |
| 04/14/11 | SAM | Attention to e-discovery issues. | 1.00 |
| 04/14/11 | TML | Conducted research regarding privilege issues. | 2.00 |
| 04/14/11 | JML | Met with DTI regarding project specifications for client electronic data (.7); reviewed Statement of Work (.4); corresponded with S. Miller regarding same (.1). | 1.20 |
| 04/15/11 | SAM | Preparation for client call (1.6); reviewed case law regarding scope of privilege waiver (1.3); telephone conference with client (.3); commenced preparation of talking points (.8). | 4.00 |
| 04/15/11 | TML | Corresponded with S. Miller regarding research analysis on various issues. | 0.40 |
| 04/15/11 | RC | File organization: created and prepared files. | 0.50 |
| 04/15/11 | JML | Revised project specifications for client electronic data (.3); revised search terms (.2); corresponded with S. Miller regarding same (.1). | 0.60 |

RE:          HR Investigation                                                    Page 11
             (503842.00011)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/15/11 | EMC | Analyzed documents received from client for information requested by S. Miller (1.0); obtained copies of key documents relating to witnesses (.4); organized witness material for S. Miller (.4). | 1.80 |
| 04/18/11 | SAM | Attention to interview preparation and issues (1.4); preparation for client meeting and attention to client memo (1.4); e-mail correspondence with client regarding miscellaneous questions (.4); conferred with J. Shugrue regarding status and next steps (.2). | 3.00 |
| 04/18/11 | BJB | Analyzed legal issues in connection with investigation and communicated analysis to S. Miller. | 3.00 |
| 04/18/11 | EMC | Analyzed client documents for information requested by S. Miller (.8); identified witness documents for S. Miller (.3); prepared email to S. Miller and transmitted documents to same (.2). | 1.30 |
| 04/18/11 | JDS | Conferred with S. Miller regarding status and schedule/plan for remaining steps in investigation. | 0.20 |
| 04/19/11 | SAM | Continued edit of client memo (2.0); prepared for, conducted witness interview (4.3). | 6.30 |
| 04/19/11 | EMC | Analyzed client documents for information requested by S. Miller and transmitted documents to same. | 0.80 |
| 04/20/11 | SAM | Completed client memo (3.3); conference with client (.3); edits to memo (.3); prepared for, conducted witness interview (1.7); attention to e-mail issues (.9). | 6.50 |
| 04/21/11 | JML | Reviewed report of key words hits from filter of client electronic data and corresponded with vendor regarding same (.4); corresponded with vendor regarding recommendations for same (.1). | 0.50 |
| 04/22/11 | SAM | Edits to Talking Points Memo. | 0.30 |
| 04/22/11 | JML | Reviewed report of key words hits after removal of certain documents from filter of client electronic data (.5); corresponded with vendor regarding same (.2). | 0.70 |
| 04/29/11 | JML | Corresponded with vendor regarding revised filter criteria (.2); reviewed revised hit report of search terms and revised date filters (.4); corresponded with S. Miller regarding same (.1). | 0.70 |

                                        TOTAL FEES:          $27,612.00

RE:    HR Investigation                          Page 12
          (503842.00011)

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 04/29/2011 | Outside Duplicating -- VENDOR: DOCUMENT TECHNOLOGIES INC: Copies of documents received from client | 831.29 |
| 04/29/2011 | Outside Duplicating -- VENDOR: DOCUMENT TECHNOLOGIES INC: Copies of Key Documents used for Witness Interviews | 220.50 |
| 04/30/2011 | Duplicating/Printing/Scanning | 26.00 |
| 04/30/2011 | Lexis | 7.50 |
| 04/30/2011 | Taxi Expense | 32.00 |

Total Disbursements    1,117.29

Fees & Disbursements    $28,729.29

**REORGANIZATION/BANKRUPTCY**
**Fee Summary: HR Investigation**

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| SAM | S.A. Miller | 24.10 | 690.00 | 16,629.00 |
| JDS | J.D. Shugrue | 0.20 | 560.00 | 112.00 |
| BJB | B.J. Bolerjack | 3.00 | 470.00 | 1,410.00 |
| TML | T. Levinson | 15.50 | 430.00 | 6,665.00 |
| EMC | E.M. Callahan | 3.90 | 285.00 | 1,111.50 |
| RC | R. Chappell | 1.30 | 105.00 | 136.50 |
| JML | J.M. Livingston | 5.40 | 260.00 | 1,404.00 |
| ES | E. Sanroman | 0.60 | 240.00 | 144.00 |
| | | 54.00 | | 27,612.00 |

## REORGANIZATION/BANKRUPTCY
### RE:    Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/04/11 | LJR | Communications with J. Shugrue regarding various follow-up items with insurance carriers and counsel for individual defendants (.2); follow-up regarding same (.3); follow up with defense counsel for individual defendants in connection with correspondence received from excess D&O carrier (.3). | 0.80 |
| 04/04/11 | JDS | Telephone conference with counsel for individual insured (.2); conferred with L. Raines regarding follow up on outstanding insurance coverage issues regarding pending suits (.2). | 0.40 |
| 04/05/11 | LJR | Email to client and bankruptcy counsel regarding follow up with insurance carriers and defense counsel for individual defendants (.3); reviewed ongoing correspondence related to status of individual defendants (.2). | 0.50 |
| 04/05/11 | JDS | Exchanged emails with client, bankruptcy counsel regarding coverage issues in connection with pending lawsuits. | 0.30 |
| 04/06/11 | JDS | Telephone conference with defense counsel, bankruptcy counsel regarding insurance coverage issues regarding pending lawsuit. | 0.40 |
| 04/08/11 | LJR | Follow-up regarding inquiry from counsel for individual defendant (.2); reviewed email correspondence regarding drafting of update letter to carriers and follow up with respect to same (.4); brief review of letter to insurer from counsel for individual defendants (.3). | 0.90 |
| 04/08/11 | SS | Reviewed case file for notice letters to carriers. | 0.10 |
| 04/08/11 | JDS | Analyzed correspondence from counsel for individual insured and exchanged emails with client, bankruptcy counsel regarding same. | 0.30 |
| 04/09/11 | LJR | Reviewed and analyzed prior correspondence in connection with drafting update letter to carriers (.6). | 0.60 |
| 04/10/11 | LJR | Finalized draft letter to carriers in connection with pending matters (.4); follow up with J. Shugrue regarding draft letter and additional insurance-related issue (.2). | 0.60 |
| 04/11/11 | LJR | Called counsel for individual defendant regarding defense expenses (.2); followed up regarding issues related to submission of defense expenses to insurance carriers (.4). | 0.60 |
| 04/11/11 | JDS | Telephone conference with client, bankruptcy counsel regarding follow up on various pending insurance coverage claims and issues (.3). | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/12/11 | LJR | Followed up with J. Shugrue regarding various insurance-related matters (.2); emailed draft response to insurer prepared by counsel for individual insureds to team (.1); followed up with counsel for individual insured regarding carriers contact information (.1). | 0.40 |
| 04/12/11 | JDS | Analyzed draft correspondence to liability insurer regarding coverage denial. | 0.40 |
| 04/13/11 | LJR | Responded to inquiry from defense counsel for individual insured (.1); followed up with counsel for additional individual insureds regarding scheduling of call to discuss next steps (.1). | 0.20 |
| 04/14/11 | JDS | Telephone conference with coverage counsel for individual insureds regarding insurance coverage issues (.5); analyzed correspondence from coverage counsel for individual insured to insurer regarding coverage denial (.2). | 0.70 |
| 04/15/11 | LJR | Followed up with defense counsel for individual insured regarding status of communications with insurance carriers. | 0.10 |
| 04/19/11 | LJR | Reviewed materials related to defense costs incurred by individual insured (.2); call with counsel for individual defendant regarding submission of invoices to carriers (.3); drafted summary of call (.4); called counsel for other individual defendants regarding submission of defense invoices to carriers (.2); email to J. Shugrue regarding same (.2); called counsel for individual defendants to further discuss submission of invoices (.2); communications with J. Shugrue regarding letter to carriers with respect to preference lawsuits (.2). | 1.70 |
| 04/19/11 | JDS | Telephone conference with client, bankruptcy counsel regarding status and follow up on outstanding issues involving insurance coverage for claims/suits pending in bankruptcy court (.8); conferred with L. Raines regarding follow up on same (.2); telephone conference with defense counsel regarding insurance coverage issues concerning pending litigation (.7); analyzed and exchanged emails regarding defense counsel submission of legal invoices to insurers with respect to litigation against individual defendants (.4). | 2.10 |
| 04/20/11 | LJR | Conferred with J. Shugrue regarding drafting of correspondence and other follow-up items with insurance carriers in connection with pending litigation (.3); drafted letter to carriers regarding pending lawsuits (1.0); began drafting letter to carriers regarding other pending lawsuit (.4). | 1.70 |
| 04/20/11 | JDS | Analyzed and exchanged emails with client regarding submission/tender of certain individual defendant legal invoices to insurer for reimbursement (.2); conferred with L. Raines regarding follow up with insurers and defense counsel for individual insureds on various pending items (.3). | 0.50 |

June 9, 2011                                                    Invoice: 2129498
RE:      Insurance Counseling                                   Page 15
         (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/22/11 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 04/25/11 | LJR | Reviewed prior correspondence in connection with preparation of letter to insurer (.6); reviewed letter to insurer and follow-up communications regarding same (.3); reviewed and finalized letter to insurer regarding payment of defense costs (.4). | 1.30 |
| 04/27/11 | LJR | Followed up with client team regarding forwarding of documents to insurance carriers and forwarded same to insurance carriers (.3). | 0.30 |

TOTAL FEES:          $7,441.00

### CURRENT DISBURSEMENTS

| 04/30/2011 | PACER | 11.36 |
|------------|-------|-------|
| 04/30/2011 | Duplicating/Printing/Scanning | 2.80 |
| 04/30/2011 | Telephone - Outside | 5.56 |

Total Disbursements          19.72

Fees & Disbursements          $7,460.72

**REORGANIZATION/BANKRUPTCY**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 5.40 | 560.00 | 3,024.00 |
| LJR | L.J. Raines | 9.70 | 450.00 | 4,365.00 |
| SS | S. Somoza | 0.40 | 130.00 | 52.00 |
| | | 15.50 | | 7,441.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2129498
Invoice Date: June 9, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through April 30, 2011

| NON-REORGANIZATION/BANKRUPTCY | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE:  Reliance/Times Mirror | | | |
| 503842.00004 | $13.00 | $0.00 | $13.00 |
| RE:  Insurance Counseling | | | |
| 503842.00005 | $10,377.00 | $5.56 | $10,382.56 |
| RE:  Marsh | | | |
| 503842.00008 | $2,203.50 | $0.20 | $2,203.70 |
| **Current Invoice Total:** | **$12,593.50** | **$5.76** | **$12,599.26** |

| REORGANIZATION/BANKRUPTCY | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE:  Insurance Counseling | | | |
| 503842.00005 | $7,441.00 | $19.72 | $7,460.72 |
| RE:  Fee Applications | | | |
| 503842.00009 | $2,999.00 | $13.62 | $3,012.62 |
| RE:  HR Investigation | | | |
| 503842.00011 | $27,612.00 | $1,117.29 | $28,729.29 |
| **Current Invoice Total:** | **$38,052.00** | **$1,150.63** | **$39,202.63** |
| **TOTAL:** | | | **$51,801.89** |

**INVOICE IS PAYABLE UPON RECEIPT**