# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Printing/Duplicating/Scanning | | $31.70 |
| Telephone – Outside | | $11.12 |
| Database – Outside | PACER | $17.28 |
| Outside-Duplicating | IKON | $1,051.79 |
| Legal Research | LEXIS/Westlaw | $7.50 |
| Courier | | $5.00 |
| Taxi Expense | | $32.00 |
| **TOTAL:** | | **$1,156.39** |

US_ACTIVE-106391790.1-JCFALGOW

BY MATTER:

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Printing/Duplicating/Scanning | | | $2.80 | $.20 | $2.70 | $26.00 | $31.70 |
| Telephone - Outside | | | $11.12 | | | | $11.12 |
| Database – Outside | PACER | | $11.36 | | $5.92 | | $17.28 |
| Outside-Duplicating | IKON | | | | | $1,051.79 | $1,051.79 |
| Legal Research | LEXIS/Westlaw | | | | | $7.50 | $7.50 |
| Courier | | | | | $5.00 | | $5.00 |
| Taxi Expenses | | | | | | $32.00 | $32.00 |
| **TOTAL:** | | $0.00 | $19.72 | $.20 | $13.62 | $1,117.29 | $1,156.39 |

US_ACTIVE-106391790.1-JCFALGOW

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/29/11 | JDS | Telephone conference with insurers/insurer counsel, defense counsel, bankruptcy counsel and client regarding upcoming mediation of various claims (1.2); telephone conference with same and with Mediator regarding same (.5); telephone conference with defense counsel in preparation for calls (.2); analyzed and provided comment to defense counsel, client, bankruptcy counsel regarding draft mediation statement (.9); analyzed and organized claim materials and documents in preparation for mediation (1.1); emails with defense counsel, insurer counsel regarding status of policy limits erosion (.3); emails with L. Raines regarding status of mediation preparations (.2). | 4.40 |

TOTAL FEES:    $10,377.00

**CURRENT DISBURSEMENTS**

| 04/30/2011 | Telephone - Outside | | 5.56 |
|---|---|---|---|
| | | Total Disbursements | 5.56 |
| | | Fees & Disbursements | $10,382.56 |

**NON-REORGANIZATION/BANKRUPTCY**
Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 14.50 | 560.00 | 8,120.00 |
| LJR | L.J. Raines | 4.90 | 450.00 | 2,205.00 |
| SS | S. Somoza | 0.40 | 130.00 | 52.00 |
| | | 19.80 | | 10,377.00 |

## CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 04/30/2011 | Duplicating/Printing/Scanning | 0.20 |
| | Total Disbursements | 0.20 |
| | Fees & Disbursements | $2,203.70 |

**NON-REORGANIZATION/BANKRUPTCY**
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Init | Timekeeper | Hours | Rate | Amount |
| JDS | J.D. Shugrue | 1.30 | 560.00 | 728.00 |
| DR | D. Rosenfield | 4.50 | 325.00 | 1,462.50 |
| SS | S. Somoza | 0.10 | 130.00 | 13.00 |
| | | 5.90 | | 2,203.50 |

## CURRENT DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 04/30/2011 | PACER | 5.92 |
| 04/30/2011 | Duplicating/Printing/Scanning | 2.70 |
| 04/30/2011 | Courier Service - Outside | 5.00 |
| | Total Disbursements | 13.62 |
| | Fees & Disbursements | $3,012.62 |

**REORGANIZATION/BANKRUPTCY**
Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.60 | 560.00 | 1,456.00 |
| LJR | L.J. Raines | 3.40 | 450.00 | 1,530.00 |
| SS | S. Somoza | 0.10 | 130.00 | 13.00 |
| | | 6.10 | | 2,999.00 |

June 9, 2011     Case 08-13141-BLS    Doc 9411-4    Filed 07/05/11    Page 7 of 8   Invoice: 2129498
RE:    HR Investigation     Page 12
(503842.00011)

## CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 04/29/2011 | Outside Duplicating -- VENDOR: DOCUMENT TECHNOLOGIES INC: Copies of documents received from client | 831.29 |
| 04/29/2011 | Outside Duplicating -- VENDOR: DOCUMENT TECHNOLOGIES INC: Copies of Key Documents used for Witness Interviews | 220.50 |
| 04/30/2011 | Duplicating/Printing/Scanning | 26.00 |
| 04/30/2011 | Lexis | 7.50 |
| 04/30/2011 | Taxi Expense | 32.00 |
| | Total Disbursements | 1,117.29 |
| | Fees & Disbursements | $28,729.29 |

**REORGANIZATION/BANKRUPTCY**
Fee Summary: HR Investigation

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| SAM | S.A. Miller | 24.10 | 690.00 | 16,629.00 |
| JDS | J.D. Shugrue | 0.20 | 560.00 | 112.00 |
| BJB | B.J. Bolerjack | 3.00 | 470.00 | 1,410.00 |
| TML | T. Levinson | 15.50 | 430.00 | 6,665.00 |
| EMC | E.M. Callahan | 3.90 | 285.00 | 1,111.50 |
| RC | R. Chappell | 1.30 | 105.00 | 136.50 |
| JML | J.M. Livingston | 5.40 | 260.00 | 1,404.00 |
| ES | E. Sanroman | 0.60 | 240.00 | 144.00 |
| | | 54.00 | | 27,612.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/22/11 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 04/25/11 | LJR | Reviewed prior correspondence in connection with preparation of letter to insurer (.6); reviewed letter to insurer and follow-up communications regarding same (.3); reviewed and finalized letter to insurer regarding payment of defense costs (.4). | 1.30 |
| 04/27/11 | LJR | Followed up with client team regarding forwarding of documents to insurance carriers and forwarded same to insurance carriers (.3). | 0.30 |

|  |  |
|---|---|
| TOTAL FEES: | $7,441.00 |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 04/30/2011 | PACER | 11.36 |
| 04/30/2011 | Duplicating/Printing/Scanning | 2.80 |
| 04/30/2011 | Telephone - Outside | 5.56 |
| | Total Disbursements | 19.72 |
| | Fees & Disbursements | $7,460.72 |

**REORGANIZATION/BANKRUPTCY**
Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 5.40 | 560.00 | 3,024.00 |
| LJR | L.J. Raines | 9.70 | 450.00 | 4,365.00 |
| SS | S. Somoza | 0.40 | 130.00 | 52.00 |
| | | 15.50 | | 7,441.00 |