IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 08-13141 (KJC) |
| Tribune Company, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : **Hearing Date: August 25, 2011 at 1:00 p.m. (EST)** |
| | : **Objection Deadline: August 1, 2011 at 4:00 p.m. (EST)** |

## NOTICE OF MOTION OF JAYNE CLEMENT FOR RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that on July 6, 2011, Jayne Clement ("Clement" or the "Movant") by and through her undersigned attorneys, filed her motion for an order granting the Movant relief from the automatic stay (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned, on or before **August 1, 2011 at 4:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that if an objection is filed, a hearing on the Motion may be held before the Honorable Kevin J. Carey in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801, on **August 25, 2011 at 1:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that if no objection to the Motion is timely filed in accordance with the above procedures, the Bankruptcy Court may enter an Order granting the relief sought in the Motion without further notice or hearing.

Dated: July 6, 2011  
      Wilmington, Delaware

CIARDI CIARDI & ASTIN

By: /s/ John D. McLaughlin, Jr.  
Daniel K. Astin (No. 4068)  
John D. McLaughlin (No. 4123)  
919 N. Market Street, Suite 700  
Wilmington, Delaware 19801  
Tel: (302) 658-1100  
Fax: (302) 658-1300  
dastin@ciardilaw.com  
jmclaughlin@ciardilaw.com

*Counsel to the Movant, Jayne Clement*