# EXHIBIT A

# JONES DAY

| 04/05/11 | R C THOMAS | 0.80 | 460.00 |
|---|---|---|---|

Review documents in data room and communicate with client regarding same( .20); review draft efficiencies analysis prepared for counsel by client (.60).

| 04/06/11 | K M FENTON | 0.50 | 400.00 |
|---|---|---|---|

Conference call with antitrust counsel for target regarding advertising and circulation.

| 04/08/11 | R C THOMAS | 0.20 | 115.00 |
|---|---|---|---|

Review documents in data room and communicate with client regarding same.

| 04/13/11 | K M FENTON | 0.30 | 240.00 |
|---|---|---|---|

Conference call with client regarding follow up on advertising and circulation issues.

| 04/14/11 | K M FENTON | 0.30 | 240.00 |
|---|---|---|---|

Discussion with antitrust counsel for target regarding additional advertising and circulation analysis.

| 04/15/11 | R C THOMAS | 0.20 | 115.00 |
|---|---|---|---|

Review documents in data room and communicate with client regarding same.

| 04/18/11 | K M FENTON | 0.50 | 400.00 |
|---|---|---|---|

Conference call with antitrust counsel for target regarding advertising and circulation analysis.

| 04/19/11 | R C THOMAS | 0.20 | 115.00 |
|---|---|---|---|

Review documents in data room and communicate with client regarding same.

| 05/24/11 | R C THOMAS | 0.30 | 172.50 |
|---|---|---|---|

Communicate with client regarding advertising and circulation issues in connection with potential transaction (.20); communicate with Proger and Fenton regarding same (.10).

| **TOTAL** | | 3.30 | USD | 2,257.50 |
|---|---|---|---|---|

## JONES DAY

Advice on Antitrust Matters                                                                                 Page 1

| | | | |
|---|---|---|---|
| 04/03/11 | B B ERENS | 0.50 | 400.00 |
| | Review antitrust fee application. | | |
| 04/06/11 | AK SOBCZAK | 1.60 | 400.00 |
| | E-mails to and from Brophy regarding exhibits to fee application (.20); e-mails to and from Thomas regarding February bill (.10); review and revise fee application (.80); review and revise cover pages for fee application (.50). | | |
| 04/07/11 | AK SOBCZAK | 1.50 | 375.00 |
| | Phone conference with Erens regarding February 2011 fee application and bill (.10); numerous e-mails with Thomas regarding same (.20); review and revise bill according to Thomas' edits (.30); e-mails to and from financial services regarding same (.20); revise fee application in accordance with Thomas' edits (.60); e-mails to Proger regarding same (.10). | | |
| 04/11/11 | AK SOBCZAK | 1.90 | 475.00 |
| | Review Thomas' edits to ninth fee application (.20); transmit to Nelson (.10); e-mails to and from Nelson regarding same (.20); draft, review and revise sixth interim fee application and exhibits (1.40). | | |
| 04/12/11 | AK SOBCZAK | 1.30 | 325.00 |
| | Communicate with Thomas, Fenton and Nelson (financial services) regarding February 2011 fee application (.30); e-mails to and from Erens regarding same (.20); review and revise February 2011 fee application (.80). | | |
| 04/13/11 | B B ERENS | 0.10 | 80.00 |
| | Finalize review of sixth interim fee application. | | |
| 04/13/11 | AK SOBCZAK | 3.60 | 900.00 |
| | Communicate with Thomas regarding February 2011 bill (.40); revise February 2011 fee application (.80); revise exhibits to February 2011 fee application (1.00); phone conference with Tiller regarding same (.20); e-mail to and from local counsel regarding e-filing (.10); prepare all documents for e-filing (.70); transmit same to local counsel (.20); prepare and transmit docketed fee application, exhibits and corresponding LEDES file to fee auditor (.20). | | |
| 04/13/11 | J M TILLER | 0.90 | 450.00 |
| | Review and provide comments to Sobczak on interim fee application for antitrust matters. | | |
| 04/14/11 | AK SOBCZAK | 0.20 | 50.00 |
| | Communicate with Tiller regarding 6th interim fee application. | | |
| 04/14/11 | AK SOBCZAK | 1.70 | 425.00 |
| | Communicate with Tiller regarding 6th interim fee application (.20); review and revise 6th interim fee application (.50); transmit same to Proger for review (.10); prepare same for e-filing (.40); communicate with local counsel regarding e-filing and objection date (.10); transmit 6th interim fee application to locate counsel (.10); update electronic files regarding same (.30). | | |
| 04/14/11 | J M TILLER | 0.50 | 250.00 |
| | Review applications (.30); and provide comments to Sobczak regarding fee applications (.20). | | |
| 04/15/11 | AK SOBCZAK | 0.30 | 75.00 |
| | Review filed sixth interim fee application (.20); update electronic files regarding same (.10). | | |
| 04/21/11 | AK SOBCZAK | 2.00 | 500.00 |
| | Review and revise March 2011 bill. | | |
| 04/26/11 | AK SOBCZAK | 1.40 | 350.00 |
| | Review March 2011 bill (1.30); e-mail to and from Nelson (financial services) regarding same (.10). | | |
| 04/27/11 | AK SOBCZAK | 0.20 | 50.00 |
| | Review daily docket report. | | |
| 04/29/11 | AK SOBCZAK | 0.30 | 75.00 |
| | Review March 2011 bill (.20); transmit same to Thomas for review (.10). | | |
| 05/02/11 | AK SOBCZAK | 3.00 | 750.00 |
| | Review and revise March 2011 bill (.80); e-mails with Nelson (financial services) regarding same (.20); draft, review and revise March 2011 antitrust fee application and exhibits (2.00). | | |

# JONES DAY

Advice on Antitrust Matters          Page 2

| | | | |
|---|---|---|---|
| 05/04/11 | AK SOBCZAK | 2.00 | 500.00 |

Review and revise March 2011 fee application and exhibits (1.60); e-mails to and from Thomas regarding confidential matter summary of services (.20); review and revise fee application summary of services (.20).

| | | | |
|---|---|---|---|
| 05/06/11 | AK SOBCZAK | 0.80 | 200.00 |

Communicate with Thomas regarding client approval of March 2011 bill (.10); review and revise bill accordingly (.30); e-mails to and from Nelson (financial services) regarding same (.10); e-mails to and from local counsel regarding filing of same (.10); transmit February 2011 bill and certificate of no objection to client for review (.20).

| | | | |
|---|---|---|---|
| 05/09/11 | AK SOBCZAK | 0.50 | 125.00 |

Phone conference with Tiller regarding March 2011 fee application (.10); e-mail to and from Tiller regarding same (.10); numerous e-mails to and from Nelson (financial services) regarding revisions to March 2011 bill (.30).

| | | | |
|---|---|---|---|
| 05/09/11 | J M TILLER | 1.10 | 550.00 |

Review, draft and revise tenth monthly fee application (.90); communicate with Sobczak regarding same (.20).

| | | | |
|---|---|---|---|
| 05/11/11 | AK SOBCZAK | 1.30 | 325.00 |

E-mail to and from Proger regarding March 2011 fee application (.20); e-mails to and from Nelson (financial services) regarding same (.10); review final bill and e-mail with Nelson regarding same (.20); e-mails with local counsel regarding e-filing and service of March 2011 fee application (.20); prepare fee application and three exhibits for e-filing (.40); transmit filed fee application, exhibits and LEDES file to fee auditor (.20).

| | | | |
|---|---|---|---|
| 05/11/11 | J M TILLER | 0.60 | 300.00 |

Review and revise tenth monthly fee application.

| | | | |
|---|---|---|---|
| 05/23/11 | AK SOBCZAK | 0.10 | 25.00 |

Communicate with Nelson (financial services) regarding April 2011 fees and disbursements.

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | 27.40 | **USD** | 7,955.00 |

# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

1.        I am a partner in the law firm of Jones Day.  I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[2] regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

2.        I have read the Eleventh Application of Jones Day for Allowance of Compensation for the Period from April 1, 2011 through May 31, 2011 (the "Application").

3.        A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.


Dated:  July 6, 2011                          /s/ Phillip A. Proger

CHI-1809697v1