TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| | | | | | |
|---|---|---|---|---|---|
| 4X SOLUTIONS, INC.<br>305 WEST BROADWAY # 241<br>NEW YORK, NY 10013 | Claim Number: 5105<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
| UNSECURED | Claimed: | $23,170.00 | | | |
| 900 UNIVERSITY AVENUE<br>STUDENT SERVICES BUILDING 2103<br>RIVERSIDE, CA 92521 | Claim Number: 3213<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $245.00 | | | |
| ABATEMARCO, FRED A.<br>25 CHAPEL PLACE, 3E<br>GREAT NECK, NY 11021 | Claim Number: 3968<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $105,156.30 | Scheduled: | $58,175.00 UNLIQ | |
| ABBEY CAREGIVERS, LLC<br>2872 ARBELLA LN<br>THOUSAND OAKS, CA 91362-1757 | Claim Number: 2962<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $325.00 | | | |
| ABOVENET COMMUNICATIONS, INC.<br>ATTN: THOMAS L. KELLY<br>360 HAMILTON AVENUE<br>WHITE PLAINS, NY 10601 | Claim Number: 4983<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |
| UNSECURED | Claimed: | $12,697.72   UNLIQ | | Allowed: | $10,883.78 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| ACACIA MEDIA TECHNOLOGIES<br>500 NEWPORT CENTER DR   STE 700<br>NEWPORT NEWS, CA 92660 | Claim Number: 2591<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011) |
|---|---|

---

| UNSECURED | Claimed: | $58,951.09 |
|---|---|---|

| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | Claim Number: 3625<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

---

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

| ACCOUNTEMPS<br>2613 CAMINO RAMON #3<br>SAN RAMON, CA 94583-9128 | Claim Number: 5976<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011) |
|---|---|

---

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

| ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | Claim Number: 5642<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $33,334,456.00   UNLIQ |

| ADP INC<br>ATTN: ANA SENZIG, MAIL STOP 110<br>400 COVINA BLVD<br>SAN DIMAS, CA 91773 | Claim Number: 3097<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| PRIORITY | Claimed: | $237.10 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | Claim Number: 6166<br>Claim Date: 08/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $5,129.66 | | |
| ADVANCED BOILER CONTROL SERVICE<br>8730 CLINE AVE<br>CROWN POINT, IN 46307 | Claim Number: 2970<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $2,069.00 | Scheduled: | $2,069.85 |
| ADVOCATE FITNESS<br>OCCUPATIONAL HEALTH<br>PO BOX 70003<br>CHICAGO, IL 60673 | Claim Number: 4658<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $27,423.07 | Scheduled: | $27,423.07 |
| AIG CASUALTY COMPANY ET AL<br>MICHELLE A. LEVITT AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 5017<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |
| AKBAR OMAR INC DEFINED BENEFIT PLAN TR<br>U-A 10-01-84<br>222 NORTH SUNSET AVE STE C<br>WEST COVINA, CA 91790-2278 | Claim Number: 6532<br>Claim Date: 06/16/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $3,400.00 | Scheduled: | $3,400.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

ALCANTA, GERALD J.
5445 SELMARINE DR.
CULVER CITY, CA 90230

Claim Number: 3967
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $11,811.29 | | |

ALFANO, RICHARD S.
403 BRYN MEADOWS
SOUTHLAKE, TX 76092

Claim Number: 3966
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $56,537.94 | Scheduled: | $22,262.00 UNLIQ |

ALL DIRECT MAIL SERVICES INC
15392 COBALT ST
SYLMAR, CA 91342

Claim Number: 3384
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $300.00 |

ALLEN, JAMES
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4911
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

---

| UNSECURED | Claimed: | $10,000.00 |

ALLEN, JAMES, ET AL
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4939
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

---

| UNSECURED | Claimed: | $1,500,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| ALLIANCE MAINTENANCE SERVICES<br>855 MORSE AVE<br>ELK GROVE VILLAGE, IL 60007 | Claim Number: 2147<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $41,243.25 | Scheduled: | $41,243.25 |
|---|---|---|---|---|

| AMBROSE,JOHN DBA HOME RUN<br>DISTRIBUTIONS, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5857<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |

| UNSECURED | Claimed: | $109,749.64 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| AMEC GEOMATRIX INC<br>2101 WEBSTER ST     12TH FLR<br>OAKLAND, CA 94612-3066 | Claim Number: 2594<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 9006 (05/26/2011) | | | |

| UNSECURED | Claimed: | $8,490.00 | Scheduled: | $990.00 |
|---|---|---|---|---|

| AMERICAN DOOR AND DOCK<br>2125 HAMMOND DRIVE<br>SCHAUMBURG, IL 60173 | Claim Number: 1949<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | | |

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $342.25 | Scheduled: | $342.25 |
|---|---|---|---|---|

| AMERICAN FEDERATION OF TELEVISION AND<br>RADIO ARTISTS HEALTH & RETIREMENT FUNDS<br>ATTN: JOE HARRIS<br>261 MADISON AVENUE<br>NEW YORK, NY 10016 | Claim Number: 4886<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS ATTN: DEBRA OSOFSKY 261 MADISON AVENUE NEW YORK, NY 10016 | Claim Number: 4891 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY | | |

| PRIORITY | Claimed: | $0.00 UNLIQ | |

---

| AMERICAN TOWER CORPORATION ATTENTION: DREW GALVIN 116 HUNTINGTON AVENUE BOSTON, MA 02116 | Claim Number: 3478 Claim Date: 06/04/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3803 (03/22/2010) | | |

| UNSECURED | Claimed: | $79,679.75 | Scheduled: | $64,463.19 |

---

| AMINCO INTERNATIONAL 20571 CRESCENT BAY DRIVE LAKE FOREST, CA 92630 | Claim Number: 6671 Claim Date: 11/08/2010 Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $1,959.00 | |

---

| AMMERDALE TRUST C/O DAVID KISSI PO BOX 77878 ONE MASSACHUSETTS AVE NE WASHINGTON, DC 20013 | Claim Number: 940 Claim Date: 02/13/2009 Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $0.00 UNDET | |

---

| AMORIM, KEVIN C. 5 DAWN DR. EAST NORTHPORT, NY 11731 | Claim Number: 5326 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: Pension Plan, ESOP, Cash Balance Plan | | |

| UNSECURED | Claimed: | $0.00 UNDET | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| AMSDEN, HARRY<br>72 ROSE PLACE<br>CLARENDON HILLS, IL 60514 | Claim Number: 3284<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY | | | |

---

| UNSECURED | Claimed: | $208,333.33 | | |

| AMSDEN, HARRY<br>72 ROSE PLACE<br>CLARENDON HILLS, IL 60514 | Claim Number: 3287<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY | | | |

---

| UNSECURED | Claimed: | $391.48 | Scheduled: | $391.48 |

| ANDERSON, PATRICK<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4908<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |

---

| UNSECURED | Claimed: | $10,000.00 | | |

| ANGEL COVERS<br>PO BOX 6891<br>BROOMFIELD, CO 80021 | Claim Number: 5791<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |

---

| UNSECURED | Claimed: | $0.00   UNDET | | |

| ANNAPOLIS WEST LIMITED PARTNERSHIP<br>RE: ANNAPOLIS 60 WEST ST<br>C/O THE LOUGHLIN MANAGEMENT GROUP<br>60 WEST ST., SUITE 204<br>ANNAPOLIS, MD 21401 | Claim Number: 5933<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7791 (02/04/2011) | | | |

---

| UNSECURED | Claimed: | $226,037.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | Claim Number: 4117<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $8,895.59 |
|---|---|---|

| APERTA INC<br>DEPT 77534<br>PO BOX 77000<br>DETROIT, MI 48277-0534 | Claim Number: 2024<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | Claim Number: 4645<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $2,696.26 |
|---|---|---|

| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | Claim Number: 4648-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $813.37 |
|---|---|---|

| ARANETA, VICTOR H<br>514 S HARVARD 307<br>LOS ANGELES, CA 90020-3559 | Claim Number: 6706<br>Claim Date: 02/28/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $11.34 | Scheduled: | $11.34 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

ARIZONA REPUBLIC, THE
200 E VAN BUREN ST.
PHOENIX, AZ 85004

Claim Number: 2259
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $1,767.86 | | |
|---|---|---|---|---|

ARMSTRONG, MICHAEL C.
1683 GALLEON DRIVE
NAPLES, FL 34102

Claim Number: 3961
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $195,890.45 | Scheduled: | $180,694.35 |
|---|---|---|---|---|

ARNOLD, GARY M.
910 FAR OAKS DR
CASEYVILLE, IL 62232

Claim Number: 3962
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $103,730.01 | Scheduled: | $80,634.46 UNLIQ |
|---|---|---|---|---|

ARROW MESSENGER SERVICE
1322 W WALTON STREET
CHICAGO, IL 60642-5340

Claim Number: 5931
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $83.31 | Scheduled: | $50.61 |
|---|---|---|---|---|

ARTHUR, JOHN M.
1506 GRANT STREET
SANTA MONICA, CA 90405

Claim Number: 3963
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $78,075.76 | Scheduled: | $47,352.09 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

ARTINI-ZAK CORPORATION, INC.
ARTINI FINE JEWELRY, INC.
100 PLAZA REAL SOUTH, SUITE B
BOCA RATON, FL 33432

Claim Number: 838
Claim Date: 03/24/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

ASM CAPITAL
7600 JERICHO TURNPIKE
SUITE 302
WOODBURY, NY 11797

Claim Number: 5832
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $11,869.04 |
|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: EASTLAKE STUDIO
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1549
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 1270 (05/29/2009)

| UNSECURED | Claimed: | $3,900.00 | Scheduled: | $3,900.00 |
|---|---|---|---|---|

ASPELIN, JOHN
220 MONTGOMERY ST # 1009
SAN FRANCISCO, CA 94104

Claim Number: 3358
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $6,000.00   UNLIQ |
|---|---|---|

ASSOCIATED LIBRARY SERVICE
500 N MICHIGAN AVE STE 300
CHICAGO, IL 60611-3775

Claim Number: 1762
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

| AT & T CORP<br>JAMES GRUDUS, ESQ<br>AT & T SERVICES, INC.<br>ONE AT & T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6309<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6641<br>This claim amends claim 6191 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $620,015.62 | Scheduled: | $253,631.81 |

| AT&T<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 618<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $88,507.96 | |

| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 4104<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,000,773.25 | |

| AT&T CORP.<br>AT&T SERVICE, INC.<br>ATTN: JOHN JACKSON, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6009<br>Claim Date: 07/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $992,488.01 | |

| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6191<br>Claim Date: 09/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,011,939.62 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| AT&T CORP.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6641<br>Claim Date: 08/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6309 | |
| UNSECURED          Claimed: | $650,334.33 | |
| AT&T DBA BELLSOUTH ADVERTISING &<br>PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | Claim Number: 619<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $16,132.10 | |
| AT&T DBA BELLSOUTH ADVERTISING &<br>PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | Claim Number: 6198<br>Claim Date: 09/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 619 | |
| UNSECURED          Claimed: | $70,911.30 | |
| ATALA, ONALA M.<br>157 THOREAU DR<br>PLAINSBORO, NJ 08536 | Claim Number: 5966<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $20,299.20 | |
| AUDIO IMPLEMENTS/GKC<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | Claim Number: 424<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | |
| UNSECURED          Claimed: | $85.53 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| AUERBACH, ALEXANDER<br>C/O ALEXANDER AUEBACH & CO INC<br>3887 DIXIE CANYON AVE<br>SHERMAN OAKS, CA 91423-4839 | Claim Number: 6487<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $952.00 | Allowed: | $952.00 |

| AUGUGULIARO, JOSEPH,<br>INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5862<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | |

| UNSECURED | Claimed: | $106,108.10 | Scheduled: | $0.00 UNLIQ | |

| AUTOMATED SOLUTIONS CORPORATION<br>3401 BRECKSVILLE ROAD<br>RICHFIELD, OH 44286 | Claim Number: 2991<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |

| UNSECURED | Claimed: | $580.00 |

| AUTOMATED SOLUTIONS CORPORATION<br>3402 BRECKSVILLE ROAD<br>RICHFIELD, OH 44287 | Claim Number: 3002<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |

| UNSECURED | Claimed: | $292.50 |

| AUTOMATED SOLUTIONS CORPORATION<br>3401 BRECKVILLE RD<br>RICHFIELD, OH 44286 | Claim Number: 3005<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |

| UNSECURED | Claimed: | $1,582.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

AVAYA INC. DBA EXPANETS
C/O RMS BANKRUPTCY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 15
Claim Date: 12/19/2008
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $17.21 | Scheduled: | $73.74 |
|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-24
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $2,176.56 | Scheduled: | $2,176.56 |
|---|---|---|---|---|

AZIM FAKIR, DBA Z DISTRIBUTION, INC.
C/O GIAIMO ASSOCIATES LLP
ATTN: JOSEPH O. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5854
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $112,118.32 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

B&F COFFEE SERVICE
3535 COMMERCIAL AVE
NORTHBROOK, IL 60062

Claim Number: 595
Claim Date: 03/02/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4099 (04/19/2010)

| UNSECURED | Claimed: | $228.99 | Scheduled: | $228.99 |
|---|---|---|---|---|

B&F COFFEE SERVICE
3535 COMMERCIAL AVE
NORTHBROOK, IL 60062

Claim Number: 596
Claim Date: 03/02/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4099 (04/19/2010)

| UNSECURED | Claimed: | $170.95 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | Claim Number: 599<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $218.26 | | |
|---|---|---|---|---|

| BAHNER, PETER G CUST PETER L BAHNER UTMA<br>OH<br>1703 DEVONWOOD DR<br>ROCHESTER HILLS, MI 48306-3109 | Claim Number: 6491<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |
|---|---|---|---|---|

| BAILIS, KAREN<br>35-36 76TH ST.<br>#520<br>JACKSON HEIGHTS, NY 11372 | Claim Number: 5122<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| BAKER & DANIELS LLP<br>ATTN: JAY JAFFE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS, IN 46240 | Claim Number: 315<br>Claim Date: 01/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $8,401.31 | | |
|---|---|---|---|---|
| TOTAL | Claimed: | $8,401.50 | | |

| BAKER & DANIELS LLP<br>ATTN: JAY JAFFE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS, IN 46240 | Claim Number: 952<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 315 |
|---|---|

| UNSECURED | Claimed: | $13,040.50 | Scheduled: | $6,935.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| BALAZS, JEFFREY<br>10330 MARLOU DRIVE<br>MUNSTER, IN 46321 | | Claim Number: 2741<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $5,050.98 |
| BALLINGER, BRENT<br>5804 WOODLAND RD<br>BARTLESVILLE, OK 74006 | | Claim Number: 6032<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $1,014,960.00 |
| BANK OF AMERICA PENSION PLAN<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | | Claim Number: 1326<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
| UNSECURED | Claimed: | $535,857.00   UNLIQ |
| BANK OF INDIA<br>227 PARK AVENUE<br>NEW YORK, NY 10172-0083 | | Claim Number: 3105<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $3,940,000.00   UNLIQ |
| BANNON, MARIE L<br>7515 NANTUCKET DR<br>#102<br>DARIEN, IL 60561 | | Claim Number: 2730<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY |
| SECURED | Claimed: | $445.33 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

BANNON, MICHAEL
1022 4TH AVE
PROSPECT PARK, PA 19076

Claim Number: 5695
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

BARBER, ALLEEN
85-29 121ST ST.
KEW GARDENS, NY 11415

Claim Number: 5311
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

BARLOW, WILLIAM H.
15507 SADDLEBACK RD.
SANTA CLARITA, CA 91387

Claim Number: 3964
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $30,213.16 |
|---|---|---|

BARNBY, NANCY W.
CHARLES SCHWAB & CO. INC. CUSTODIAN
IRA ROLLOVER
169 SPRUCE AVE
MENLO PARK, CA 94025-3039

Claim Number: 6025
Claim Date: 07/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $45,673.20 |
|---|---|---|

BARNHARDT, VELMA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4916
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| BARRETT, DAVID S. | | | | |
|---|---|---|---|---|
| 257 OXFORD STREET | | Claim Number: 3965 | | |
| HARTFORD, CT 06105-2249 | | Claim Date: 06/09/2009 | | |
| | | Debtor: TRIBUNE COMPANY | | |

---

| UNSECURED | Claimed: | $4,685.88 | Scheduled: | $4,477.00 UNLIQ |
|---|---|---|---|---|
| BARRETT, J LARRE | | Claim Number: 6022 | | |
| 14 DRYPETES COURT EAST | | Claim Date: 07/02/2009 | | |
| HOMOSASSA, FL 34446 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 3013 (01/05/2010) | | |

---

| UNSECURED | Claimed: | $7,496.00 | | |
|---|---|---|---|---|
| BARRIERE, JOSE M | | Claim Number: 2343 | | |
| 1363 W. 39TH STREET | | Claim Date: 05/04/2009 | | |
| LOS ANGELES, CA 90062 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 4406 (05/14/2010) | | |

---

| UNSECURED | Claimed: | $14,124.20 | | |
|---|---|---|---|---|
| BARRY COUNTY TREASURER | | Claim Number: 1617 | | |
| 220 W. STATE ST. | | Claim Date: 04/23/2009 | | |
| HASTINGS, MI 49058 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: | | |
| | | Claim out of balance | | |

| PRIORITY | Claimed: | $423.62 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $423.62 | | |
| TOTAL | Claimed: | $423.62 | | |

| BARTZ, JAROLD M. | | Claim Number: 5810 | | |
|---|---|---|---|---|
| 650 AURORA AVE. | | Claim Date: 06/17/2009 | | |
| SANTA BARBARA, CA 93109 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 3013 (01/05/2010) | | |

---

| UNSECURED | Claimed: | $202,992.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| BARWICK, BRUCE E.<br>3913 HAWTHORN RD<br>ELLICOTT CITY, MD 21042 | Claim Number: 3932<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,913.69 | Scheduled: | $21,985.00 UNLIQ |

| BATES, IVAN J.<br>BRIAN K. TELFAIR, ESQUIRE<br>THE TELFAIR LAW FIRM<br>3007 BROOK ROAD<br>RICHMOND, VA 23227 | Claim Number: 6643<br>Claim Date: 08/25/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 6251 (11/08/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   CONT | Scheduled: | $0.00 UNLIQ |

| BAUMBACH, JAMES<br>355 S WELLWOOD AVE<br>LINDENHURST, NY 11757 | Claim Number: 5069<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| BAXTER, TODD<br>2121 W. DIVISION ST. # 5<br>CHICAGO, IL 60622 | Claim Number: 6648<br>Claim Date: 09/10/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,500.00 | | |

| BEARD, ARTHUR<br>3569 KARIYA DR<br>MISSISSAUGA, ON L5B 3J2<br>CANADA | Claim Number: 5805<br>Claim Date: 06/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $241.81/month for life | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $241.81 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

BEARD, ARTHUR
3569 KARIYA DR
MISSISSAUGA, ON L5B 3J2
CANADA

Claim Number: 5806
Claim Date: 06/17/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 5805
Claimant asserts $241.81 per month for life.

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

BECKER, TODD A.
1539 CREST DR
ALTADENA, CA 91001-1838

Claim Number: 3933
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $130,317.53 | Scheduled: | $114,039.34 |
|---|---|---|---|---|

---

BELL, GEORGE
240 DUDLEY ST.
BROOKLINE, MA 02455

Claim Number: 3934
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $21,758.70 |
|---|---|---|

---

BELL, SUSAN P.
14081 MONTGOMERY DR.
WESTMINSTER, CA 92683

Claim Number: 3935
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $43,290.37 |
|---|---|---|

---

BERGMANN, HORST A.
4261 PRESERVE PARKWAY SOUTH
GREENWOOD VILLAGE, CO 80121-2188

Claim Number: 3936
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,868,608.14 | Scheduled: | $4,111,376.00 UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

BERNZWEIG, JASON
12 FERN DRIVE
COMMACK, NY 11725

Claim Number: 5085
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $60,000.00 |
|---|---|---|

BIRKENTALL, ROBERT
947 NORTH HUMPHREY AVENUE
OAK PARK, IL 60302

Claim Number: 5881
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8523 (03/30/2011)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $22,350.00 |

BIRMAN, BATHSHEBA
6000 N CICERO AVE NO. 308
CHICAGO, IL 60646

Claim Number: 5284
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $1,284.00 |
|---|---|---|

BIRMINGHAM, JOHN
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6744
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8748 (04/25/2011)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

BLEIMAN, ANDREW & BLEIMAN JT TEN
1610 MONTGOMERY RD
DEERFIELD, IL 60015-2631

Claim Number: 6486
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |
|---|---|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| BLOCK, DUANE L., DR.<br>BENEFICIARY CONTROLLED IRA<br>3699 BROOKSIDE DRIVE<br>BLOOMFIELD HILLS, MI 48302 | | Claim Number: 5567<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $50,767.81 | | |
| BLOOD, EDWARD L.<br>5310 E. HELENA DRIVE<br>SCOTTSDALE, AZ 85254-7526 | | Claim Number: 3937<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $85,974.55 | Scheduled: | $61,646.00 UNLIQ |
| BOIGER, ELISABETH C.<br>PATER-PETRUS ST. 18<br>ROSENHEIM, 83022<br>GERMANY | | Claim Number: 3242<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $21,102.86 | | |
| BOLLING, C.B.<br>410 PINE GROVE RD<br>ROSWELL, GA 30075 | | Claim Number: 5971<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $60,897.60 | | |
| BOLLINGER & GARVEY BOLLINGER<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W MADISON ST NO. 2300<br>CHICAGO, IL 60661 | | Claim Number: 3424<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,631.25 | | |

| | | |
|---|---|---|
| BOLLINGER, RUBERRY & GARVEY<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST., SUITE 2300<br>CHICAGO, IL 60661 | | Claim Number: 3725<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $513.95 |

| | | |
|---|---|---|
| BOLTON, PERRY J.<br>200 S BEACH RD.<br>HOBE SOUND, FL 33455 | | Claim Number: 887<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $80,000.00 |

| | | |
|---|---|---|
| BONAR, SAMANTHA<br>1922 GARFIAS DR<br>PASADENA, CA 91104 | | Claim Number: 2437<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| BONARDI, DOROTHY A.<br>580 BALDWIN DRIVE<br>WEST HEMPSTEAD, NY 11552 | | Claim Number: 5068<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| BOND, CURTIS<br>101 RIVERMEADE CT., APT D<br>YORKTOWN, VA 23690 | | Claim Number: 1153<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $500.00 |
| UNSECURED | Claimed: | $240.00 |

---

BORGARDT, JEFF
4250 N MARINE STE 2934
CHICAGO, IL 60613

Claim Number: 5436
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| PRIORITY | Claimed: | $1,750.00 |
|---|---|---|

BORRESEN, CARYN L
525 N. ADA
#37
CHICAGO, IL 60622

Claim Number: 3734
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| PRIORITY | Claimed: | $1,584.20 |
|---|---|---|

BOUDAKIAN, AGNES
83-25 VIETOR AVENUE #5F
ELMHURST, NY 11373

Claim Number: 2603
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for retiree pension benefits

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

BOWEN, SHARON
15 NIGHTINGALE WAY C-11
LUTHERVILLE, MD 21093-7321

Claim Number: 6517
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 |
|---|---|---|---|---|

BOWEN, SHARON M.
15 NIGHTINGALE WAY
APT. C11
LUTHERVILLE, MD 21093

Claim Number: 3939
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $7,928.66 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

BOWLIN, GREGORY L.
6152 S. JERICHO WAY
CENTENNIAL, CO 80016-1275

Claim Number: 3940
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $548.59 | Scheduled: | $507.00 UNLIQ |
|---|---|---|---|---|

BRAITSCH, RICHARD G JR
2139 WHISTLER AVE
BALTIMORE, MD 21230

Claim Number: 5015
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| PRIORITY | Claimed: | $9,342.14 | | |
|---|---|---|---|---|

BRAMSON, ROBERT, MD. - IRA
PMB 169
139 CHARLES ST #A
BOSTON, MA 02114-3282

Claim Number: 5927
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $92,000.00 | | |
|---|---|---|---|---|

BRANDT, PATRICIA
681 GRAND AVE
LINDENHURST, NY 11757

Claim Number: 5071
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

BRANDT, ROBERT F.
PO BOX 519
ST. MICHAELS, MD 21663-0519

Claim Number: 3941
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $51,409.08 | Scheduled: | $32,238.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| BRANECKI, PHILLIP J<br>12219 BAKER TERR.<br>WOODSTOCK, IL 60098 | Claim Number: 1501<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $2,612.23 |
| SECURED | Claimed: | $2,612.23 |
| TOTAL | Claimed: | $2,612.23 |

---

| BRASS RING LLC<br>343 WINTER STREET<br>WALTHAM, MA 02451 | Claim Number: 5440<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $19,526.00 |

---

| BRAUER, ALAN L.<br>3506 SWEET CLOVER STREET<br>THOUSAND OAKS, CA 91362 | Claim Number: 3942<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $27,545.56 | Scheduled: | $17,386.00 UNLIQ |

---

| BREECE, DENNIS J.<br>1641 E. MARTHA DR.<br>MARION, IN 46952-9065 | Claim Number: 3753<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $25,000.00 |

---

| BRENNAN, LEO<br>3825 TEESDALE CT.<br>ATLANTA, GA 30350 | Claim Number: 3943<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $650,642.48 | Scheduled: | $600,169.23 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | |
|---|---|---|---|
| BRIDGEPORT U.S.A. CORPORATION<br>D/B/A POLO CAFE & CATERING<br>BRDGEPORT USA<br>3322 S. MORGAN ST.<br>CHICAGO, IL 60608 | Claim Number: 6304<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |
| ADMINISTRATIVE          Claimed: | $5,512.28 | | |
| BRIEF, KENNETH H.<br>4 KENNEBEC LANE<br>BRUNSWICK, ME 04011 | Claim Number: 3944<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $79,868.36 | Scheduled: | $73,672.61 |
| BRIGHT STAR COURIERS LLC<br>70 W 36TH ST    STE 301<br>NEW YORK, NY 10018 | Claim Number: 2289<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| UNSECURED          Claimed: | $1,300.50 | | |
| BRINK, JENNY L.<br>STONERIDGE RETIREMENT CENTER<br>186 JERRY BROWNE ROAD, UNIT # 5406<br>MYSTIC, CT 06355 | Claim Number: 5898<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claimant asserts $1,233.48 monthly pension | | |
| UNSECURED          Claimed: | $0.00  UNLIQ | | |
| BRINK, JENNY L.<br>STONERIDGE RETIREMENT CENTER<br>186 JERRY BROWNE ROAD, UNIT # 5406<br>MYSTIC, CT 06355 | Claim Number: 5899<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claimant asserts monthly pension amount of $1,233.46 | | |
| UNSECURED          Claimed: | $0.00  UNLIQ | Scheduled: | $67,116.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| BRINKS INC.<br>555 DIVIDEND DR., STE 100<br>COPPELL, TX 75019 | Claim Number: 476<br>Claim Date: 02/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $6,160.80 |
|---|---|---|

| BRISCO, ROBERT N.<br>1 FLYING MANE LANE<br>ROLLING HILLS, CA 90274 | Claim Number: 3945<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $55,918.19 | Scheduled: | $17,881.00 UNLIQ |
|---|---|---|---|---|

| BROADSPIRE SERVICES INC.<br>1001 SUMMIT BOULEVARD<br>ATLANTA, GA 30319 | Claim Number: 5335<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8523 (03/30/2011)<br>Third Party Admin. of Insurance Programs |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 265<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| SECURED | Claimed: | $276,729.21  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 889<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| SECURED          Claimed: | $113,357.20 | |
| BROWN, RENEE<br>42 CATOONA LANE<br>STAMFORD, CT 06902 | Claim Number: 4846<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| BROZA, CLARK<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 448<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $55,199.24 | |
| BROZA, CLARK<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 3257<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $55,199.24 | |
| BROZA, CLARK & KATZ-BROZA, VALERIE L.<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 3256<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $7,025.36 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| BROZA, CLARK & VALERIE L. KATZ-BROZA<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | Claim Number: 449<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $7,025.36 |
| BRUCE, DONALD W.<br>3 RED OAK DR<br>BOILING SPRINGS, PA 17007 | Claim Number: 5953<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $15,224.40 |
| BRUGGEMAN, DAN R.<br>126 E CHURCH ST<br>ADRIAN, MI 49221 | Claim Number: 5969<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $91,346.40 |
| BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | Claim Number: 3236<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | |
| UNSECURED | Claimed: | $3,832.53 |
| BRUNO, LISA<br>9 SCHERER ST.<br>BETHPAGE, NY 11714 | Claim Number: 5061<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

BRYSON, JOHN E.
SOUTHERN CALIFORNIA EDISON, RM. 101
2244 WALNUT GROVE AVE, P.O.BOX 976
ROSEMEAD, CA 91770

Claim Number: 3946
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $966,473.57 | Scheduled: | $891,499.89 |
|---|---|---|---|---|

BUCKINGHAM, JIM J
CUST JUSTIN BUCKINGHAM UTMA OH
2600 SPRINGMILL RD
FINDLAY, OH 45840-2860

Claim Number: 6691
Claim Date: 02/10/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $204.00 | Scheduled: | $3.24 |
|---|---|---|---|---|

BUCKINGHAM, JIM J
2600 SPRINGMILL RD
FINDLAY, OH 45840-2860

Claim Number: 6692
Claim Date: 02/10/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1.80 |
|---|---|---|---|---|

BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM
UTMA OH
2600 SPRINGMILL RD
FINDLAY, OH 45840-2860

Claim Number: 6593
Claim Date: 07/15/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $204.00 | Allowed: | $204.00 |
|---|---|---|---|---|---|---|

BULL, DEBBY
208 N MADISON ST
ST CROIX FLS, WI 54024-9134

Claim Number: 3489
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $1,526.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| BULLOCK, LOREN E. - TRUSTEE OF | Claim Number: 3481 |
| THE LOREN E. BULLOCK REVOCABLE TRUST | Claim Date: 06/04/2009 |
| U/A 05/08/98 | Debtor: TRIBUNE COMPANY |
| 2469 CAVALIER DRIVE | Comments: EXPUNGED |
| SALT LAKE CITY, UT 84121-3916 | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $20,000.00  UNLIQ |

---

| BURKE, DIANE E. | Claim Number: 5328 |
| 1506 SADDLE ROCK RD | Claim Date: 06/12/2009 |
| HOLBROOK, NY 11741-4822 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| BURNETT, MARY L | Claim Number: 3690 |
| 730 NORTH WHITNALL HWY | Claim Date: 06/08/2009 |
| APT 107 | Debtor: TRIBUNE COMPANY |
| BURBANK, CA 91505-5400 | Comments: |
| | Tribune Co Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| BURNS, BETTY | Claim Number: 4284 |
| 1422 N. GORDON APT 5 | Claim Date: 06/10/2009 |
| HOLLYWOOD, CA 90028 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Retiree medical benefits & life insurance |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| BURSON, PATRICIA L. | Claim Number: 5318 |
| 48 S. LONG BEACH AVE., APT 2E | Claim Date: 06/12/2009 |
| FREEPORT, NY 11520 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| BUSY BEE PROMOTIONS<br>211 E OHIO NO. 2624<br>CHICAGO, IL 60611 | | Claim Number: 5299<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3426 (02/16/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,125.00 | | | | | |
| UNSECURED | Claimed: | $12,292.25 | Scheduled: | $1,315.00 | | | |

| BUTHMAN, JANE M<br>1340 CARIBOU TRAIL<br>CAROL STREAM, IL 60188-9080 | | Claim Number: 6511<br>Claim Date: 06/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $34.00 | Allowed: | $34.00 |

| CADAVID-RUIZ, ESPERANZA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 6114<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $150,732.00 | | | | | |

| CAGNEY, MONICA<br>10 FOREST ST<br>BAYVILLE, NY 11709-1948 | | Claim Number: 6484<br>Claim Date: 05/21/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $136.00 | | | | | |
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 | Allowed: | $136.00 |
| TOTAL | Claimed: | $136.00 | | | | $0.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| CALIANESE, ANTHONY J. | Claim Number: 1650 | | |
| 824 ELLIS PL | Claim Date: 04/23/2009 | | |
| ORADELL, NJ 07649-1918 | Debtor: TRIBUNE COMPANY | | |

| SECURED | Claimed: | $143,055.00 | | |
| UNSECURED | | | Scheduled: | $54,033.00 UNLIQ |

---

| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES | Claim Number: 4462 |
| REVENUE SERVICES SUPPORT UNIT | Claim Date: 06/11/2009 |
| PO BOX 825341 | Debtor: TRIBUNE COMPANY |
| SACRAMENTO, CA 94232-5341 | Comments: EXPUNGED |
| | DOCKET: 4406 (05/14/2010) |

| PRIORITY | Claimed: | $4,175.00 |

---

| CALIFORNIA STATE CONTROLLER'S OFFICE | Claim Number: 6707 |
| 300 CAPITOL MALL, SUITE 1850 | Claim Date: 03/01/2011 |
| SACRAMENTO, CA 95814 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 9006 (05/26/2011) |

| UNSECURED | Claimed: | $456,272.52 |

---

| CAMACHO, JOSE A | Claim Number: 1212 |
| 5942 S SAWYER | Claim Date: 04/20/2009 |
| CHICAGO, IL 60629 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3427 (02/16/2010) |

| PRIORITY | Claimed: | $9,000.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $9,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | | Claim Number: 1213<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| PRIORITY | Claimed: | $9,000.00 | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $15,000.00 | | | |
| TOTAL | Claimed: | $9,000.00 | | | |
| CAMERA DYNAMICS, INC.<br>709 EXECUTIVE BLVD<br>VALLEY COTTAGE, NY 10989 | | Claim Number: 4120<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) | | | |
| UNSECURED | Claimed: | $1,501.55 | | | |
| CAMPBELL, BRIAN<br>418 MEADOW BROOK LANE<br>BIRMINGHAM, AL 35213 | | Claim Number: 5439<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,369.95 | | | |
| CAMPBELL, JEREMY D<br>519 COFFEETOWN RD<br>LANGSTON, AL 35755-8019 | | Claim Number: 6502<br>Claim Date: 05/28/2010<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $171.36 | Scheduled: | $171.36 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| | | |
|---|---|---|
| CAMPBELL, PATRICIA .<br>1765 NARROWS HILL RD.<br>UPPER BLACK EDDY, PA 18972 | Claim Number: 3947<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $102,312.38 |
|---|---|---|

| | | |
|---|---|---|
| CAMPBELL, RAMSEY L<br>2947 ALDRICH ST.<br>EUSTIS, FL 32726 | Claim Number: 1533<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | |

| PRIORITY | Claimed: | $1,851.63 |
|---|---|---|

| | | |
|---|---|---|
| CAMPOS, ALFONSO<br>801 BURR OAKS DR APT 303<br>WEST CHICAGO, IL 60185-2951 | Claim Number: 2123<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | |

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

| | | |
|---|---|---|
| CAMPOS, TRACY<br>4703 SAILBOAT BAY APT 2D<br>LISLE, IL 60532-1473 | Claim Number: 2108<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

| | | |
|---|---|---|
| CANZONERI MCCORMICK, JO ANNA<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | Claim Number: 5844<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3186 (01/25/2010) | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $50,000,000,000.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

CARANNANTE, GREGORY
2108 N 31ST ROAD
HOLLYWOOD, FL 33021

Claim Number: 5286
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $223,018.00 |
|---|---|---|

CARANNANTE, GREGORY V
2108 N 31ST ROAD
HOLLYWOOD, FL 33021

Claim Number: 5285
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $1,021.22   UNLIQ |
|---|---|---|

CARANNANTE, GREGORY V
2108 N 31ST ROAD
HOLLYWOOD, FL 33021

Claim Number: 5287
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $2,773.55 |
|---|---|---|

CARAWAY, AMY L.
IRA FBO
1656 ALGONQUIN TRAIL
MAITLAND, FL 32751

Claim Number: 4633
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $16,057.96 |
|---|---|---|

CARBAJAL, ROSA
C/O GIAIMO ASSOCIATES, LLP
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 6164
Claim Date: 08/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $98,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| CARPENTER, DIAN S. | | Claim Number: 3948 | | |
|---|---|---|---|---|
| P.O. BOX 810 | | Claim Date: 06/09/2009 | | |
| INVERNESS, CA 94937 | | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $703,514.32 | Scheduled: | $528,632.00  UNLIQ |
|---|---|---|---|---|

| CARROLL, JOHN S. | | Claim Number: 3949 | | |
|---|---|---|---|---|
| 223 QUEENSWAY DRIVE | | Claim Date: 06/09/2009 | | |
| LEXINGTON, KY 40502 | | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $1,523,628.61 | Scheduled: | $1,322,513.44  UNLIQ |
|---|---|---|---|---|

| CASEY, EDITH | | Claim Number: 3342 | | |
|---|---|---|---|---|
| 2 THORPE DR 4B | | Claim Date: 06/01/2009 | | |
| SPARKILL, NY 10976 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 3013 (01/05/2010) | | |

| UNSECURED | Claimed: | $30,450.00 | | |
|---|---|---|---|---|

| CASEY, KATHLEEN M. | | Claim Number: 3950 | | |
|---|---|---|---|---|
| 2703 DE SOTO DR | | Claim Date: 06/09/2009 | | |
| AUSTIN, TX 78733-1309 | | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $111,836.75 | Scheduled: | $87,551.03  UNLIQ |
|---|---|---|---|---|

| CASEY, LINDA J. AND MICHAEL D. | | Claim Number: 3343 | | |
|---|---|---|---|---|
| 23 MEADOW LN. | | Claim Date: 06/01/2009 | | |
| NORWOOD, NJ 07648 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 3013 (01/05/2010) | | |

| UNSECURED | Claimed: | $232,400.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| CASEY, MICHAEL D. IRA<br>23 MEADOW LN<br>NORWOOD, NJ 07648 | Claim Number: 3344<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $50,700.00 |
|---|---|---|

| CASEY, PETER A.<br>ROTH IRA<br>212 PROSPECT AVE #21B<br>HACKENSACK, NJ 07601 | Claim Number: 4125<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $6,011.37 |
|---|---|---|

| CASEY, PETER A.<br>212 PROSPECT AVE #2B<br>HACKENSACK, NJ 07601 | Claim Number: 4126<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $89,798.42 |
|---|---|---|

| CASEY, PETER A.<br>TRADITIONAL IRA<br>212 PROSPECT AVE # 2B<br>HACKENSACK, NJ 07601 | Claim Number: 4185<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $1,001.90 |
|---|---|---|

| CASSIDY, DAVID<br>3 LINCOLN STREET<br>GARDEN CITY, NY 11530 | Claim Number: 5330<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

CASSIO, KEVIN T
7300 NW 93RD AVE
TAMARAC, FL 33321-3042

Claim Number: 6533
Claim Date: 06/17/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $544.00 | Scheduled: | $544.00 |
|---|---|---|---|---|

CASTANON, DAVID A.
21 CASTANO COURT
NEEDHAM, MA 02494

Claim Number: 4288
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $43,900.00 |
|---|---|---|

CASTELLUZZO, RENEE
728 W JACKSON BLVD APT 1205
CHICAGO, IL 60661-5476

Claim Number: 2588
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $191.75 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $191.75 |

CATANIA, ROBERT
P.O. BOX 1486
AGOURA HILLS, CA 91376-1486

Claim Number: 5900
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $174.00 |
|---|---|---|

CAVALIERE, PETER
161 BLUE HERON DR.
SECAUCUS, NJ 07094

Claim Number: 951
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $20,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD #175<br>LISLE, IL 60532 | Claim Number: 5785<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5071 (07/19/2010) | |
| UNSECURED          Claimed: | $75,649.06 | |
| CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD # 175<br>LISLE, IL 60532 | Claim Number: 5830<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $75,649.06 | |
| CBS RADIO EAST INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | Claim Number: 4868<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $11,751.25 | |
| CBS RADIO INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | Claim Number: 4873<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $50,303.00 | |
| CCI EUROPE INTERNATIONAL INC<br>3550 GEORGE BUSBEE PRKWAY<br>KENNESAW, GA 30144 | Claim Number: 3541<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $235,474.58          Scheduled:          $162,683.83 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

CDW CORPORATION
C/O RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 582
Claim Date: 02/20/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,656.29 |

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 624
Claim Date: 03/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $155,538.53 |

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 1755
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $146,233.64 |

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 2211
Claim Date: 05/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| UNSECURED | Claimed: | $144,359.05 |

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 6291
Claim Date: 10/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| UNSECURED | Claimed: | $93,012.48 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| | | | | | |
|---|---|---|---|---|---|
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | | Claim Number: 6292<br>Claim Date: 10/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | | |
| UNSECURED | Claimed: | $16,458.46 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | | Claim Number: 6310<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | | |
| UNSECURED | Claimed: | $34,888.11 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET<br>CNPT 46 ROOM 4661<br>ATTN: ROBERT CLAUDE<br>HOUSTON, TX 77002 | | Claim Number: 6377<br>Claim Date: 01/19/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends Claim 6291. | | | |
| UNSECURED | Claimed: | $61,202.87 | Scheduled: | $75,693.39 | |

---

| | | | | | |
|---|---|---|---|---|---|
| CF 4242 BRYN MAWR LLC<br>C/O COLLEEN E. MCMANUS<br>MUCH SHELIST DENENBERG AMENT RUBENSTEIN<br>191 N WACKER DR, STE 1800<br>CHICAGO, IL 60646 | | Claim Number: 4666<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $36,179.81 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| CHANDHOK, RAJENDER K.<br>273 MABERY RD<br>SANTA MONICA, CA 90402-1205 | | Claim Number: 3951<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $49,874.04 | Scheduled: | $27,997.00 UNLIQ | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| CHANDLER, BETTINA W.<br>1013 SHOKAT DRIVE<br>OJAI, CA 93023 | Claim Number: 3952<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

---

| UNSECURED | Claimed: | $1,089,878.63 | Scheduled: | $767,501.00 UNLIQ |
|---|---|---|---|---|

| CHANSKY, KATHERINE M.<br>12001 FALCON RIDGE WAY<br>NORTHRIDGE, CA 91326 | Claim Number: 3251<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

---

| PRIORITY | Claimed: | $134.00 | | |
|---|---|---|---|---|

| CHAPMAN, WILLIAM G. & MARGARET ELAINE<br>REVOCABLE TRUST<br>810 RIO GRANDE NW<br>ALBUQUERQUE, NM 87114 | Claim Number: 5571<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|

---

| SECURED | Claimed: | $101,535.63 | | |
|---|---|---|---|---|

| CHARLES & MILDRED HILBORN REVOCABLE<br>TRUST - CHARLES GENE HILBORN JR. &<br>CHARLES GENE HILBORN TRUSTEES<br>1306 W 59TH AVE<br>PINE BLUFF, AR 71603 | Claim Number: 5703<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|

---

| UNSECURED | Claimed: | $10,149.60 | | |
|---|---|---|---|---|

| CHARLES SCHWAB FBO LYNDEE KUZNIAR<br>4A KINGERY QUARTER APT 203<br>WILLOWBROOK, IL 60527-6574 | Claim Number: 6506<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

---

| PRIORITY | Claimed: | $2,142.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,142.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

CHARLES, CLIFTON SR
9602 SOUTH CALUMET AVE
CHICAGO, IL 60628

Claim Number: 4188
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| SECURED | Claimed: | $50,000.00 | | |

---

CHARLES, RANDOLPH R.
1032 SPRUCE ST. UNIT 200
PHILADELPHIA, PA 19107

Claim Number: 3953
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $53,190.66 | Scheduled: | $19,087.00 UNLIQ |

---

CHASE BANK USA, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 5104
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
First USA Commercial Card Master Agreement

---

| SECURED | Claimed: | $0.00  UNDET | | |

---

CHASE, PETER
2555 N. CLARK STREET , #1006
CHICAGO, IL 60614

Claim Number: 5338
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Certain Compensation and benefits in certain scenarios

---

| UNSECURED | Claimed: | $0.00  UNDET | | |

---

CHATOW, MARK
11 TROUVILLE
NEWPORT COAST, CA 92657

Claim Number: 3746
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $171.85 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

CHAVEZ, LISA
883 MAGNOLIA AVE APT 10
PASADENA, CA 91106-4618

Claim Number: 6729
Claim Date: 03/10/2011
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $1,428.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,428.00 |

---

CHECK CASHING STORE, THE
6340 N.W. 5TH WAY
FORT LAUDERDALE, FL 33309

Claim Number: 869
Claim Date: 04/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $1,590.86 |
|---|---|---|

---

CHEN, MARIA & CHONG, DANIEL
7 PANDAN VALLEY
#07-502 POINCIANA TOWER
 597631
SINGAPORE

Claim Number: 6193
Claim Date: 09/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $16,239.36 |
|---|---|---|

---

CHEUNG, JESSICA
2336 WEST 13TH STREET, THIRD FLOOR
BROOKLYN, NY 11223

Claim Number: 293
Claim Date: 01/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $2,682.50 |
|---|---|---|

---

CHICAGOLAND PUBLISHING COMPANY
3 WESTBROOK CORPORATE CTR # 800
WESTCHESTER, IL 60154-5703

Claim Number: 3394
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 3466 (02/17/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| | | | |
|---|---|---|---|
| CHIN, CINDY<br>621 6TH ST.<br>EAST NORTHPORT, NY 11731 | Claim Number: 5121<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension | | |

| UNSECURED | Claimed: | $0.00  UNDET | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| CHRISTENSEN. LUCILLE<br>164 BARRYPOINT ROAD<br>RIVERSIDE, IL 60546 | Claim Number: 3735<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $855.59  UNLIQ | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| CICCOTTO, WILLIAM, DBA WDC<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5858<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |

| UNSECURED | Claimed: | $104,777.46 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| CIOLLI, RITA<br>5 GREENWAY LANE<br>HUNTINGTON, NY 11743 | Claim Number: 5037<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |

| UNSECURED | Claimed: | $0.00  UNDET | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 4108<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |

| ADMINISTRATIVE | Claimed: | $1,097,030.46 | |
|---|---|---|---|

| CIT<br>1162 E SONTERRA BLVD STE 130<br>SAN ANTONIO, TX 78258-4048 | | Claim Number: 3631<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|---|
| UNSECURED | Claimed: | $181,272.00 |
| TOTAL | Claimed: | $181,272.62 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 437<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $682.52 |
| UNSECURED | Claimed: | $26.70 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 438<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $157,260.43 |
| UNSECURED | Claimed: | $8,596.85 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 440<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $674,939.02 |
| UNSECURED | Claimed: | $164,064.90 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| | | |
|---|---|---|
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 443<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY | |

| PRIORITY | Claimed: | $59,369.28 |
|---|---|---|
| UNSECURED | Claimed: | $6,042.54 |

---

| | | |
|---|---|---|
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 727<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY | |

| PRIORITY | Claimed: | $31,591.63 |
|---|---|---|
| UNSECURED | Claimed: | $7,778.40 |

---

| | | |
|---|---|---|
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 728<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5434 (08/19/2010) | |

| PRIORITY | Claimed: | $19,095.99 |
|---|---|---|
| UNSECURED | Claimed: | $96.00 |

---

| | | |
|---|---|---|
| CITY OF NEW YORK - DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 3021<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | |

| PRIORITY | Claimed: | $837,000.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 2870<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| PRIORITY          Claimed: | $132,000.00  UNLIQ | | | |
| CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | Claim Number: 255<br>Claim Date: 01/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED          Claimed: | $4,066.97  UNLIQ | | | |
| CLARK STEVENS<br>2215 SANTA ANITA AVENUE<br>SIERRA MADRE, CA 91024 | Claim Number: 5597<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED          Claimed: | $3,671.09 | | | |
| CLASSIFIED VENTURES, LLC<br>ATTN: CHIEF LEGAL OFFICER<br>175 W. JACKSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | Claim Number: 5610<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | |
| UNSECURED          Claimed: | $3,781,470.00 | | | |
| CLAYTON, JANET T.<br>655 S RIMPAU BLVD<br>LOS ANGELES, CA 90005 | Claim Number: 3954<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED          Claimed: | $137,253.11 | Scheduled: | $54,907.48 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| | | | | |
|---|---|---|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | | Claim Number: 4981<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) | | |

| UNSECURED | Claimed: | $1,182,144.41 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CLEMENT, JAYNE<br>C/O SHEGERIAN & ASSOCIATES, INC.<br>ATTN: CARNEY R. SHEGERIAN<br>225 ARIZONA AVENUE<br>SANTA MONICA, CA 90401 | | Claim Number: 3263<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY | | |

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

| | | | | |
|---|---|---|---|---|
| CLEMENT, JAYNE<br>C/O SHEGERIAN & ASSOCIATES, INC.<br>ATTN: CARNEY R. SHEGERIAN<br>225 ARIZONA AVENUE<br>SANTA MONICA, CA 90401 | | Claim Number: 3265<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 3263 | | |

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CLENDENIN, MICHAEL<br>328 CAROLINA MEADOWS VILLA<br>CHAPEL HILL, NC 27517 | | Claim Number: 1013<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $6,235.00  UNLIQ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CLIFFORD, PATRICK A.<br>1185 PARK AVENUE APT 3E<br>NEW YORK, NY 10128 | | Claim Number: 3956<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $1,161,516.02 | Scheduled: | $871,862.00  UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

CLURMAN, ANDREW W.
6936 BASELINE RD.
BOULDER, CO 80303-3142

Claim Number: 3957
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,625.17 | Scheduled: | $17,285.00 UNLIQ |

COAPSTICK, LOUISE G.
22809 W ACACIA COURT
SAUGUS, CA 91350

Claim Number: 3958
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $36,061.00 | Scheduled: | $24,855.60 UNLIQ |

COASTAL SYSTEMS, INC.
13687 NEWPORT AVE
UNIT 8361
TUSTIN, CA 92780

Claim Number: 541
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,294.65 |

COASTAL SYSTEMS, INC.
13681 NEWPORT AVE STE 8
TUSTIN, CA 92780-7815

Claim Number: 542
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $419.89 |

COASTAL SYSTEMS, INC.
13687 NEWPORT AVE
UNIT 8361
TUSTIN, CA 92780

Claim Number: 543
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,543.88 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

COASTAL SYSTEMS, INC.
13687 NEWPORT AVE
UNIT 8361
TUSTIN, CA 92780

Claim Number: 544
Claim Date: 02/24/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $6,904.70 | | |
|---|---|---|---|---|

COFFEY, SHELBY C. III
897 CHINQUAPIN ROAD
MC LEAN, VA 22102

Claim Number: 3959
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $239,849.60 | Scheduled: | $160,125.00 UNLIQ |
|---|---|---|---|---|

COLEMAN, SANDRA B
50 LEVEL ACRES RD
ATTLEBORO, MA 02703-6842

Claim Number: 6678
Claim Date: 11/23/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $102.00 | Allowed: | $102.00 |
|---|---|---|---|---|---|---|

COLLINS, KEVIN P.
5 NIBLICK LANE
LITTLETON, CO 80123

Claim Number: 2451
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY

| PRIORITY UNSECURED | Claimed: | $14,494.00 | Scheduled: | $14,494.00 UNLIQ |
|---|---|---|---|---|

COLLINS, MICHAEL E
6351 FARRAGUT ST
HOLLYWOOD, FL 33024-2115

Claim Number: 6504
Claim Date: 06/01/2010
Debtor: TRIBUNE COMPANY

| PRIORITY UNSECURED | Claimed: | $1,054.00 | Scheduled: | $1,054.00 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| COLSTON, JAMES WILLARD | Claim Number: 3909 |
| 61 THOMAS STREET | Claim Date: 06/09/2009 |
| PORTLAND, ME 04102 | Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $341,112.31 | Scheduled: | $314,650.70 UNLIQ |

| COMED CO. | Claim Number: 366-03 |
| ATTN: BANKRUPTCY SECTION/REVENUE MGMT | Claim Date: 01/22/2009 |
| 2100 SWIFT DRIVE | Debtor: TRIBUNE COMPANY |
| OAK BROOK, IL 60523 | Comments: DOCKET: 4102 (04/19/2010) |

---

| UNSECURED | Claimed: | $31,130.22 |

| COMGRAPHICS INCORPORATION | Claim Number: 1097 |
| 329 W 18TH STREET | Claim Date: 04/20/2009 |
| 10TH FLOOR | Debtor: TRIBUNE COMPANY |
| CHICAGO, IL 60616 | |

---

| UNSECURED | Claimed: | $0.00 |

| COMMUNITY ANESTHESIA ASSOCIATE P.C. | Claim Number: 5632 |
| PROFIT SHARING PLAN | Claim Date: 06/12/2009 |
| C/O LOUIS BOJAB TTEE | Debtor: TRIBUNE COMPANY |
| 13379 WEST SHERBORN | Comments: EXPUNGED |
| CARMEL, IN 46032 | DOCKET: 3013 (01/05/2010) |

---

| SECURED | Claimed: | $71,157.63 |

| COMMUNITY HOUSE PRESERVATION FUND, THE | Claim Number: 5636 |
| 380 SOUTH BATES | Claim Date: 06/12/2009 |
| BIRMINGHAM, MI 48009-3366 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

---

| SECURED | Claimed: | $25,413.44 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| COMPTROLLER OF MARYLAND<br>301 WEST PRESTON STREET ROOM 409<br>BALTIMORE, MD 21201 | | Claim Number: 2257<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6,355,300.00 | | | |
| UNSECURED | Claimed: | $402,528.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | | Claim Number: 4138<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5745 (09/20/2010) | | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $250.00 |

| | | | | | |
|---|---|---|---|---|---|
| CONNER, LAURIE<br>5966 MEMPHIS ST<br>NEW ORLEANS, LA 70124-2942 | | Claim Number: 6633<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY | | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,768.00 | | |
| UNSECURED | | | Scheduled: | $1,768.00 |

| | | | | | |
|---|---|---|---|---|---|
| CONSOLIDATED EDISON COMPANY OF<br>NEW YORK, INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003 | | Claim Number: 187<br>Claim Date: 12/30/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,419.92 |

| | | | | | |
|---|---|---|---|---|---|
| CONSOLIDATED ELECTRICAL DISTRIBUTORS<br>PO BOX 489<br>LEMONT, IL 60439-0489 | | Claim Number: 937<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $777.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | Claim Number: 5117<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $316,586.03 | | |
| UNSECURED | Claimed: | $192,676.71 | Scheduled: | $269,599.16 |

| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | Claim Number: 6683<br>Claim Date: 12/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8204 (03/01/2011) |
|---|---|

| PRIORITY | Claimed: | $1,286,329.03 |

| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | Claim Number: 6687<br>Claim Date: 01/19/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $1,519,196.85 |

| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | Claim Number: 6694<br>Claim Date: 02/18/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $570,207.39 |

| COOK, STANTON<br>222 RALEIGH ROAD<br>KENILWORTH, IL 60043 | Claim Number: 5788<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,225,000.00 | Scheduled: | $830,177.18 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| COPELAND, LLOYD & DEBORAH<br>139 BOONE RIDGE<br>MOUNTAIN CITY, TN 37683 | Claim Number: 3204<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $121,000.00 | | |

---

| COPELAND, LOYD & DEBORAH<br>139 BOONE RIDGE<br>MOUNTAIN CITY, TN 37683 | Claim Number: 3443<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $121,000.00 | | |

---

| COPPENS, STUART K.<br>726 MAYBANK LOOP<br>THE VILLAGES, FL 32162 | Claim Number: 3910<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,713.20 | Scheduled: | $22,165.00 UNLIQ |

---

| CORNER LLC<br>C/O PENELOPE PARMES<br>RUTAN & TUCKER LLP<br>611 ANTON BLVD., 14TH FLOOR<br>COSTA MESA, CA 92626 | Claim Number: 6054<br>Claim Date: 07/10/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,480.00 | | |

---

| COSGROVE, JAMES T.<br>C/O WINEGAR, WILHELM, GLYNN & ROEMER<br>ATTN: SCOTT M. WILHELM<br>3005 ROSEBERRY STREET, P.O. BOX 800<br>PHILLIPSBURG, NJ 08865 | Claim Number: 2238<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150,000.00 | Scheduled: | $0.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| COSTELLO, DANIEL J<br>2060 CONTINENTAL AVE<br>APT 3<br>BRONX, NY 10461 | Claim Number: 1767<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| PRIORITY | Claimed: | $17,260.00 |
|---|---|---|

| COTLIAR, GEORGE J.<br>1618 ANITA LANE<br>NEWPORT BEACH, CA 92660 | Claim Number: 3911<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $239,050.32 | Scheduled: | $175,144.00 UNLIQ |
|---|---|---|---|---|

| COUSINS, ROBERT R AND MILDRED L COUSINS<br>3581 FROST ROAD<br>SHRUB OAK, NY 10588 | Claim Number: 6634<br>Claim Date: 07/30/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) |
|---|---|

---

| SECURED | Claimed: | $2,437.52 |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

| COUSINS, ROBERT R. & MILDRED L.<br>3581 FROST ROAD<br>SHRUB OAK, NY 10588 | Claim Number: 6628<br>Claim Date: 07/28/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) |
|---|---|

---

| SECURED | Claimed: | $2,437.52 |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

| COVA, ANNE M<br>7 TRANQUILITY PLACE<br>LADERA RANCH, CA 92694 | Claim Number: 1551<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $40.58 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| CRABHOUSE OF DOUGLASTON, INC. | Claim Number: 5851 |
| D/B/A DOUGLASTON MANOR | Claim Date: 06/18/2009 |
| CO GIAIMO ASSOCIATES LLP, ATTN: J GIAIMO | Debtor: TRIBUNE COMPANY |
| 80-02 KEW GARDENS ROAD | Comments: EXPUNGED |
| KEW GARDENS, NY 11415 | DOCKET: 4774 (06/14/2010) |

| UNSECURED | Claimed: | $255,000.00 | Scheduled: | $0.00  UNLIQ |

---

| CRAWFORD, WILLIAM | Claim Number: 3167 |
| 3509 B AVENIDA MADERA | Claim Date: 05/26/2009 |
| BRADENTON, FL 34210 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $12,619.33  UNLIQ | Scheduled: | $81,779.00 UNLIQ |

---

| CROWDER, GRACE E. | Claim Number: 3913 |
| 499 B&F ROAD | Claim Date: 06/09/2009 |
| GETTYSBURG, PA 17325 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $328,983.31 |

---

| CRUM, RAYMOND | Claim Number: 3030 |
| 3508 PARRIS BRIDGE ROAD | Claim Date: 05/21/2009 |
| BOILING SPRINGS, SC 29316 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $14,749.38 |

---

| CRUZ, VICTOR | Claim Number: 4915 |
| 233 BROADWAY FL 5 | Claim Date: 06/12/2009 |
| NEW YORK, NY 10279-0599 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $10,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| | | |
|---|---|---|
| CS STARS LLC<br>500 W MONROE ST<br>CHICAGO, IL 60661 | Claim Number: 4990<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $1,390.87 |
|---|---|---|

---

| | | |
|---|---|---|
| CSC HOLDINGS, INC., ET AL<br>ATTN: GENERAL COUNSEL<br>1111 STEWART AVENUE<br>BETHPAGE, NY 11714 | Claim Number: 4277<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| CURCIO WEBB LLC<br>100 BUSH ST   STE 2400<br>SAN FRANCISCO, CA 94104 | Claim Number: 2452<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $1,750.00 | Scheduled: | $1,750.00 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| CURL, CAROL D<br>8233 LOWER RIVER ROAD<br>GRANTS PASS, OR 97526 | Claim Number: 3202<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $267,125.97 |
|---|---|---|

---

| | | |
|---|---|---|
| CVS CAREMARK<br>2211 SAUNDERS ROAD<br>NBT10<br>NORTHBROOK, IL 60062 | Claim Number: 3051<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $149,912.87 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| CWA/ITU NEGOTIATED PENSION PLAN | Claim Number: 2896 |
| MICHELLE MCMAHON, ESQ. | Claim Date: 05/18/2009 |
| 1290 AVENUE OF THE AMERICAS | Debtor: TRIBUNE COMPANY |
| NEW YORK, NY 10104 | |

| UNSECURED | Claimed: | $329,569.00   UNLIQ |
|---|---|---|

| CZADZECK, GERALD H. | Claim Number: 2625 |
| 3279 E. BRECKENRIDGE LN. | Claim Date: 05/08/2009 |
| BLOOMFIELD, MI 48301-4149 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $62,944.01 |
|---|---|---|

| CZARK, RICHARD | Claim Number: 2210 |
| 44 WATERFORD DR | Claim Date: 05/01/2009 |
| BLUFTON, SC 29910 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $45,778.23   UNLIQ | Scheduled: | $40,189.83 |
|---|---|---|---|---|

| DALLAS COUNTY | Claim Number: 5981 |
| C/O LINEBARGER GOGGAN BLAIR & SAMPSON, | Claim Date: 06/29/2009 |
| LLP; ATTN: ELIZABETH WELLER | Debtor: TRIBUNE COMPANY |
| 2323 BRYAN STREET SUITE 1600 | |
| DALLAS, TX 75201 | |

| ADMINISTRATIVE | Claimed: | $44,895.89   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

| DALLAS COUNTY | Claim Number: 6018 |
| ELIZABETH WELLER | Claim Date: 06/30/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: TRIBUNE COMPANY |
| 2323 BRYAN STREET SUITE 1600 | Comments: EXPUNGED |
| DALLAS, TX 75201-2691 | DOCKET: 5689 (09/14/2010) |

| ADMINISTRATIVE | Claimed: | $44,895.89   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| DALMAU, BARBARA A<br>12 TILDEN DR<br>NOVATO, CA 94947-4625 | Claim Number: 6503<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |
|---|---|---|---|---|

| DANIEL J. HURLEY RESID. TRUST<br>W.A. BAKER, TRUSTEE<br>83 EAGLE RUN<br>S. WINDSOR, CT 06074 | Claim Number: 5908<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $15,224.40 |
|---|---|---|

| DANIELS, DIANE<br>5 JUNIPER ST.<br>HICKSVILLE, NY 11801 | Claim Number: 5323<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| DANIELS, SARAH<br>43 ROYAL CRESCENT WAY<br>FREDERICKSBRG, VA 22406-7296 | Claim Number: 1532<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $3,565.38 |
|---|---|---|

| DARNALL, JOHN<br>6378 LADA AVE.<br>CAMARILLO, CA 93012 | Claim Number: 3915<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $12,067.23 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

DARR, THOMAS
7808 CAUSEWAY DR APT 107
CHARLOTTE, NC 28227-6770

Claim Number: 3445
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $15/weekly

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

DARR, THOMAS
7808 CAUSEWAY DR APT 107
CHARLOTTE, NC 28227-6770

Claim Number: 3446
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $75/weekly

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

DARR, THOMAS
7808 CAUSEWAY DR APT 107
CHARLOTTE, NC 28227-6770

Claim Number: 3447
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $30/weekly

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

DARR, THOMAS
7808 CAUSEWAY DR APT 107
CHARLOTTE, NC 28227-6770

Claim Number: 3448
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $30/weekly

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

DATABANK IMX LLC
PO BOX 62286
BALTIMORE, MD 21264

Claim Number: 5009
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $5.98 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26.50 | Scheduled: | $5.98 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| DAVIS, KENNETH | Claim Number: 3917 |
| 400 PLUMBRIDGE CT., UNIT 101 | Claim Date: 06/09/2009 |
| TIMONIUM, MD 21093 | Debtor: TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $85,588.75 |

| DAVISON, GEORGE | Claim Number: 3041 |
| 3169 WARREN RD | Claim Date: 05/21/2009 |
| CLEVELAND, OH 44111 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

---

| UNSECURED | Claimed: | $15,365.63 |

| DAY PITNEY LLP | Claim Number: 2657-02 |
| PO BOX 33300 | Claim Date: 05/11/2009 |
| HARTFORD, CT 06150-3300 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 4102 (04/19/2010) |

---

| UNSECURED | Claimed: | $662.50 |

| DE LAGE LANDEN FINANCIAL SERVICES, INC. | Claim Number: 3327 |
| STEELCASE FINANCAL SERVICES, INC. | Claim Date: 06/01/2009 |
| 1111 OLD EAGLE SCHOOL ROAD | Debtor: TRIBUNE COMPANY |
| WAYNE, PA 19087 | |

---

| SECURED | Claimed: | $2,041,319.96 |
| UNSECURED | Claimed: | $0.00 |

| DE LAGE LANDEN FINANCIAL SERVICES, INC. | Claim Number: 3328 |
| STEELCASE FINANCAL SERVICES, INC. | Claim Date: 06/01/2009 |
| 1111 OLD EAGLE SCHOOL ROAD | Debtor: TRIBUNE COMPANY |
| WAYNE, PA 19087 | |

---

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $143,069.28 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| DE MARTINI, THOMAS<br>529 COLLEGE DR<br>ALLENTOWN, PA 18104-6137 | | Claim Number: 304<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $1,500.00 | Scheduled: | $300.00 |

---

| DEADLINE CLUB<br>47 5TH AVENUE<br>NEW YORK, NY 10003-4303 | | Claim Number: 5310<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $660.00 |

---

| DECAPRIO, DARCIE<br>116 TERRI COURT<br>MANHATTAN, IL 60442 | | Claim Number: 4463<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| PRIORITY | Claimed: | $964.71 |

---

| DEE, ELIZABETH<br>1217 DUBOIS CT.<br>KIRKWOOD, MO 63122 | | Claim Number: 6100<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $17,000.00 | UNLIQ |
| SECURED | Claimed: | $17,000.00 | UNLIQ |
| TOTAL | Claimed: | $17,000.00 | UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

DELUCA, SOUTH SHORE NEWS, INC.
C/O GIAMO ASSOCIATES LLP
ATTN: JOSEPH O. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5865
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $140,760.86 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

DELUGACH, ALBERT L
4313 PRICE
LOS ANGELES, CA 90027

Claim Number: 2422
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,105.75 UNLIQ |
|---|---|---|

DEMANUEL, KIM
20 IVY LEAGUE LN
STONY BROOK, NY 11790-2714

Claim Number: 5079
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

DEMMA, JOSEPH
1912 N 56TH AVE
HOLLYWOOD, FL 33021-3906

Claim Number: 2160
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8523 (03/30/2011)

| PRIORITY | Claimed: | $200.00 UNLIQ |
|---|---|---|

DENNISTON, LYLE W
301 PINE ROAD
FORT WASHINGTON, MD 20744-6612

Claim Number: 3340
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for retiree pension benefit

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

DEPARTMENT OF HOMELAND SECURITY
SVC
222 S RIVERSIDE PLZ NO. 2300
C/O ZULKIE PARTNERS LLC
CHICAGO, IL 60606-6101

Claim Number: 2771
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $1,583.50 |
|---|---|---|

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 6254
Claim Date: 09/24/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $314,482,945.74 |
|---|---|---|
| SECURED | Claimed: | $34,201,261.49 |
| UNSECURED | Claimed: | $3,004,586.75 |

DEROY TESTAMENTARY FOUNDATION
26999 CENTRAL PARK BLVD., STE 166 N
SOUTHFIELD, MI 48076

Claim Number: 5630
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $254,134.38 |
|---|---|---|

DESOLA, JOSEPH
C/O BINDER & BINDER, P.C.
PATRICK BUSSE
300 RABRO DR SUITE 101
HAUPPAUGE, NY 11788

Claim Number: 5442
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $64,000.00 | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

DEUTSCHE BANK NATIONAL TRUST COMPANY
100 PLAZA ONE FL 3
JERSEY CITY, NJ 07311-3934

Claim Number: 3525
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $83,702,999.21 | Scheduled: | $83,702,999.21 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | Claim Number: 3526<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $120,500.00 | Scheduled: | $120,500.00 UNLIQ |
|---|---|---|---|---|

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>100 PLAZA ONE FL 3<br>JERSEY CITY, NJ 07311-3934 | Claim Number: 3527<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $335,486,250.00 | Scheduled: | $335,486,250.00 UNLIQ |
|---|---|---|---|---|

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3528<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $456,946,875.00 | Scheduled: | $456,946,875.00 UNLIQ |
|---|---|---|---|---|

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3529<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $148,715,333.33 | Scheduled: | $148,715,333.33 UNLIQ |
|---|---|---|---|---|

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3530<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $86,270,366.40 | Scheduled: | $86,270,366.40 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3531<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $102,000,520.83 | Scheduled: | $102,000,520.83 UNLIQ |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3532<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $69,812,899.00 | Scheduled: | $69,812,899.00 UNLIQ |
| DEYOUNG, BARBARA R.<br>4 STONEY CLOVER LANE<br>PITTSFORD, NY 14534-4601 | Claim Number: 3918<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $140,144.34 | Scheduled: | $121,735.77 |
| DIETER, SHARON L<br>1016 HAZEL LANE<br>BEL AIR, MD 21014 | Claim Number: 5722<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Life insurance policy | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| DIETER, SHARON L.<br>1016 HAZEL LANE<br>BEL AIR, MD 21014 | Claim Number: 5723<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Retiree medical benefits | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DIETZ PARK<br>RE: DEKALB 328 DIETZ AVE.<br>120 N. ANNIE GLIDDEN RD.<br>DEKALB, IL 60114 | | Claim Number: 2416<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 1196 (05/12/2009) | | | | | |
| UNSECURED | Claimed: | $1,282.51 | | | | | |
| DIKEMAN, FORREST L.<br>3264 NE 156TH AVE.<br>PORTLAND, OR 97230 | | Claim Number: 3316<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| UNSECURED | Claimed: | $150,000.00  UNLIQ | | | | | |
| DILL, JOHN F.<br>1001 ARBOR LAKE DR., #408<br>NAPLES, FL 34110-7083 | | Claim Number: 3919<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $109,100.04 | Scheduled: | $79,385.00 UNLIQ | | | |
| DILWORTH, ANN E.<br>101 PASEO ENCANTADO NE<br>SANTA FE, NM 87506 | | Claim Number: 3920<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $184,998.00 | Scheduled: | $114,930.00 UNLIQ | | | |
| DIXON, KATHYE D<br>2040 W JACKSON ST<br>ORLANDO, FL 32805-2110 | | Claim Number: 6529<br>Claim Date: 06/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $102.00 | Allowed: | $102.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| DLC INC<br>21800 OXNARD STREET  SUITE 980<br>WOODLAND HILLS, CA 91367 | | Claim Number: 6549<br>Claim Date: 06/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $32,915.00 | Scheduled: | $21,965.00 | Allowed: | $21,965.00 |

| DOESCHER, CLIFFORD<br>557 ARIS AVE<br>METAIRE, LA 70005-2905 | | Claim Number: 6544<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |

| DOOR SYSTEMS<br>751 EXPRESSWAY DR<br>ITASCA, IL 60143 | | Claim Number: 3598<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,634.00 |
| UNSECURED | Claimed: | $670.73 |

| DOROTHY DZIADZIO<br>516 W BRIAR PL APT 2-A<br>CHICAGO, IL 60657-4637 | | Claim Number: 5790<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $12,000.00 |

| DOWNES, BRIAN P.<br>PO BOX 518<br>WINTERSET, IA 50273 | | Claim Number: 6031<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $419.20/month for life |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

DOWNES, MARY M.
9650 SHORE DR., MAISON SUR MER, NO. 2202
MYRTLE BEACH, SC 29572

Claim Number: 3922
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $107,609.85 | | |
|---|---|---|---|---|

DOWNEY, MICHAEL
32 OAKMONT DR.
RANCHO MIRAGE, CA 92270

Claim Number: 2019
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $448.63 | Scheduled: | $448.63 |
|---|---|---|---|---|

DOWNING, KATHRYN M.
121 VIA ALICIA
SANTA BARBARA, CA 93108

Claim Number: 3923
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,350,233.65 | Scheduled: | $675,965.00 UNLIQ |
|---|---|---|---|---|

DRACHLIS, TIMOTHY
150 MAPLE HILL RD
HUNTINGTON, NY 11743-2113

Claim Number: 5123
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

DREHER, BEVERLY A.
6301 ACACIA HILL DR
YORBA LINDA, CA 92886-5810

Claim Number: 3924
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $58,882.23 | Scheduled: | $34,808.00 UNLIQ |
|---|---|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

DREWRY, ELIZABETH V.
100 RIDGE PASS WAY
LANDRUM, SC 29356

Claim Number: 3925
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $159,351.22 | Scheduled: | $91,219.00 UNLIQ | | |

DRUMMEY, SARAH J
10 FREELAND DR
SPRINGVALE, ME 04083-1968

Claim Number: 6519
Claim Date: 06/08/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

---

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $1,972.00 | Allowed: | $1,972.00 |

DRYDEN IX-SENIOR LOAN FUND 2005
C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3439
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

---

| SECURED | Claimed: | $1,703,125.00 | | | | |

DRYDEN V - LEVERAGED LOAN CDO 2003
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3441
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

---

| SECURED | Claimed: | $2,962,500.00 | | | | |

DRYDEN VII-LEVERAGED LOAN CDO 2004
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3442
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

---

| SECURED | Claimed: | $3,950,000.00 | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

DRYDEN VIII-LEVERAGE
C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3438
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $2,950,000.00 |
|---|---|---|

---

DRYDEN XI-LEVERAGED LOAN CDO 2006
C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3436
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $3,937,500.00 |
|---|---|---|

---

DRYDEN XVI-LEVERAGED LOAN CDO 2006
C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3435
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $2,962,500.00 |
|---|---|---|

---

DRYDEN XVIII LEVERAGED LOAN 2007 LTD.
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTN: FRANK JONES
GATEWAY CENTER 2, FLOOR 10
NEWARK, NJ 07102

Claim Number: 3440
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| SECURED | Claimed: | $3,209,375.00 |
|---|---|---|

---

DUBESTER, MICHAEL S.
27 TAPPANWOOD DR
LOCUST VALLEY, NY 11560

Claim Number: 3926
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $38,404.01 | Scheduled: | $23,518.00 UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| DUBRIEL, DAWN<br>5901 NW 71ST AVE<br>TAMARAC, FL 33321 | Claim Number: 3737<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| PRIORITY | Claimed: | $450.00 |
|---|---|---|

---

| DUCHARME, NANCY K.<br>P.O. BOX 222<br>TINLEY PARK, IL 60477-0222 | Claim Number: 5295<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $4,250.00 |
|---|---|---|

---

| DUDLEY, SHAMEKA N.<br>185 FELLER DR<br>CENTRAL ISLIP, NY 11722-1211 | Claim Number: 5124<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 6624<br>Claim Date: 07/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 9006 (05/26/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $184,701.66 |
|---|---|---|

---

| DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 6627<br>Claim Date: 07/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $184,701.66 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

DUN & BRADSTREET
C/O RMS BANKRUPTCY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 6668
Claim Date: 10/29/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 9010 (05/26/2011)

| ADMINISTRATIVE | Claimed: | $195,268.79 |
| --- | --- | --- |

DUNAWAY, HILDEGARD M.
3500 HOLLINGSWORTH
WILLIAMSBURG, VA 23188

Claim Number: 3260
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| PRIORITY | Claimed: | $10,000.00 |
| --- | --- | --- |

DUNAWAY, JOHN A., JR.
3500 HOLLINGSWORTH
WILLIAMSBURG, VA 23188

Claim Number: 3261
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| PRIORITY | Claimed: | $10,000.00 |
| --- | --- | --- |

DUNAWAY, JOHN A., JR.
3500 HOLLINGSWORTH
WILLIAMSBURG, VA 23188

Claim Number: 3262
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| PRIORITY | Claimed: | $10,000.00 |
| --- | --- | --- |

DUONG, PAUL
13925 DALTREY LN
CHARLOTTE, NC 28277

Claim Number: 6740
Claim Date: 04/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,870.00 | Scheduled: | $1,870.00 |
| --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

DURIE, MARCIA W.
1880 BAY ROAD #219
VERO BEACH, FL 32963

Claim Number: 6023
Claim Date: 07/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $39,108.40 |

DUTTON, DOUGLAS
240 SOUTHPORT ST.
RONKONKOMA, NY 11779

Claim Number: 5125
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

DVORAK, HEIDI
9126 GRUNDY LANE
CHATSWORTH, CA 91311

Claim Number: 1033
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,023.45 |
| UNSECURED | Claimed: | $5,023.45 |
| TOTAL | Claimed: | $5,023.45 |

DYER, JOHN
980 FENIMORE CIRCLE
ATLANTA, GA 30350

Claim Number: 3927
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $592,605.17 | Scheduled: | $546,634.13 |

DYMSKI, GARY M.
14 SWEET BRIAS PATH
LAKE GROVE, NY 11755-1849

Claim Number: 5006
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Penion benefits

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| DYSON, JOHN W.<br>8770 HERITAGE CT.<br>REDDING, CA 96001 | | Claim Number: 3313<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $50,403.00 |
| E Z BUY & E Z SELL RECYCLER CORPORATION<br>C/O TARGET MEDIA PARTNERS<br>ATTN SUSAN M. HUMPHREVILLE<br>5900 WILSHIRE BLVD, STE 550<br>LOS ANGELES, CA 90036 | | Claim Number: 4332<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
| SECURED | Claimed: | $1,700,000.00 |
| UNSECURED | Claimed: | $1,300,000.00 |
| TOTAL | Claimed: | $3,069,497.23 |
| EDELSTEIN, ANDREW<br>5 COLONY CT<br>GREENLAWN, NY 11740 | | Claim Number: 5099<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension |
| UNSECURED | Claimed: | $0.00   UNDET |
| EDLUND, RICK<br>ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER<br>1221 LOCUST ST<br>2ND FL<br>SAINT LOUIS, MO 63103 | | Claim Number: 3271<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,644.00 |
| TOTAL | Claimed: | $21,644.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| EDMONDS, DOROTHY M.<br>141 PATTERSON AVE.<br>HEMPSTEAD, NY 11550 | Claim Number: 5067<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| EGAN, PAUL H.<br>5926 SE IRIS COURT<br>MILWAUKIE, OR 97267-1851 | Claim Number: 3929<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $23,494.71 |
|---|---|---|

---

| EGI-TRB, L.L.C<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6395<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 4654 |
|---|---|

| UNSECURED | Claimed: | $167,047,531.55  UNLIQ | Scheduled: | $167,047,531.55 |
|---|---|---|---|---|

---

| EGI-TRB, L.L.C.<br>TWO NORTH RIVERSIDE DRIVE<br>SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 4654<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $167,026,386.62  UNLIQ |
|---|---|---|

---

| EHLMANN, TOM E.<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE WILDMAN, HARROLD, ALLEN<br>225 W. WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 6745<br>Claim Date: 04/08/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8747 (04/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | | Claim Number: 575<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
| UNSECURED | Claimed: | $12,047.28 |
| ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | | Claim Number: 1079<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
| ADMINISTRATIVE | Claimed: | $10,125.17 |
| UNSECURED | Claimed: | $1,922.11 |
| EMC CORPORATION<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 6781<br>Claim Date: 06/09/2011<br>Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE | Claimed: | $24,595.51 |
| ENGLER, JOY<br>RR 2 BOX 137<br>KUNKLETOWN, PA 18058 | | Claim Number: 2099<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $14,000.00 |
| ENRIQUEZ, RODGER, MANAGER<br>BUSINESS MAIL ENTRY - L.A. DISTRICT<br>UNITED STATES POSTAL SERVICE<br>7001 S. CENTRAL AVENUE<br>LOS ANGELES, CA 90052-9614 | | Claim Number: 5432<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $625.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ENSTAD, PAUL O CUST KELLY ENSTAD UGMA IL<br>1102 PEPPERSTREE<br>PALATINE, IL 60067-2742 | | Claim Number: 6540<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | | | |
| ENTERPRISE GROUP<br>A DIVISION OF DOMTAR COMPANY<br>6461 SAGUARO COURT<br>INDIANAPOLIS, IN 46268 | | Claim Number: 914<br>Claim Date: 04/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | | | |
| UNSECURED | Claimed: | $1,687.72 | Scheduled: | $1,687.72 | | | |
| ENTERPRISE VISION TECHNOLOGIES, INC<br>201 WILSHIRE BLVD. A9<br>SANTA MONICA, CA 90401 | | Claim Number: 6476<br>Claim Date: 05/17/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| UNSECURED | Claimed: | $9,031.38 | Scheduled: | $3,646.04 | Allowed: | $3,646.04 |
| EQUITY GROUP INVESTMENTS LLC<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3711<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $4,931.68   UNLIQ | | | | | |
| EQUITY OVERLAY FUND, LLC<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | | Claim Number: 1325<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | | | |
| UNSECURED | Claimed: | $327,368.10   UNLIQ | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

ERBURU, ROBERT F.
1518 BLUE JAY WAY
LOS ANGELES, CA 90069

Claim Number: 3930
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $8,976,796.34 | Scheduled: | $6,866,105.23  UNLIQ |
|---|---|---|---|---|

ERICSSON INC.
6300 LEGACY DRIVE
PLANO, TX 75024

Claim Number: 2547
Claim Date: 05/07/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $118,397.84 |
|---|---|---|

ERNIE BANKS INTERNATIONAL INC
578 WASHINGTON BLVD, SUITE 284
MARINA DEL REY, CA 90242

Claim Number: 6551
Claim Date: 06/30/2010
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 5606 (09/02/2010)

---

| UNSECURED | Claimed: | $63,969.62 |
|---|---|---|

ERNST, VINCENT C.
2717 NW CLIFFVIEW
LEES SUMMIT, MO 64081

Claim Number: 5699
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

ESGRO, DAVID A.
9415 LA ALBA DR
WHITTIER, CA 90603-1229

Claim Number: 3931
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $32,602.00 |
|---|---|---|

---

| ESPOSITO, ROGER<br>20 MAYWOOD PLACE<br>KINGS PARK, NY 11754 | Claim Number: 3250<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claimant asserts $880 per month workers' comp payments |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

| ESTATE OF EUGENE L. FALK<br>C/O SHANNON LYNN MOORE, P.R.<br>14340 SALMON RIVER RD.<br>CALDWELL, ID 83607-7813 | Claim Number: 3892<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,425.50 |
|---|---|---|

| ESTATE OF JOHN VANDENHEUVEL, THE<br>3543 LADONIA STREET<br>SEAFORD, NY 11783-3024 | Claim Number: 3186<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for total amount of future pension & retiree spousal |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

| ETHICS & EXCELLENCE IN JOURNALISM<br>FOUNDATION<br>OKLAHOMA TOWER<br>210 PARK AVE<br>OKLAHOMA CITY, OK 73102 | Claim Number: 4395<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $140,000.00 |
|---|---|---|

| EVANS, CHARLES<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4907<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| EVANS, PEARL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4905<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| EYER, RODERICK<br>2 WALLING FORD DRIVE<br>MELVILLE, NY 11747 | Claim Number: 5126<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: CHRISTIE PARKER HALE, LLP<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 5938<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $3,265.22 | Scheduled: | $3,265.22 |
|---|---|---|---|---|

| FALK, JOANNE K.<br>161 ROYAL LONDON COURT<br>THOUSAND OAKS, CA 91361 | Claim Number: 3893<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $133,983.00 | Scheduled: | $135,622.00  UNLIQ |
|---|---|---|---|---|

| FASHION CENTRE AT PENTAGON<br>C/O SIMON PROPERTY GROUP<br>ATTN: PATTY SUMMERS<br>225 W. WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | Claim Number: 356<br>Claim Date: 02/03/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $110,999.00 |
|---|---|---|
| UNSECURED | Claimed: | $1.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| FAULLER, BILLY L. III<br>ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER<br>1221 LOCUST ST., 2ND FL<br>SAINT LOUIS, MO 63103 | Claim Number: 3274<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $4,224.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,224.00 |
| TOTAL | Claimed: | $4,224.00 |

---

| FAY, DONALD<br>712 30TH AVE<br>SAN MATEO, CA 94403 | Claim Number: 5944<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

---

| FEDCOM CREDIT UNION<br>150 ANN ST NW<br>GRAND RAPIDS, MI 49505 | Claim Number: 5991<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $515,505.21 |
|---|---|---|

---

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4818-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $1,542.18 | Scheduled: | $1,143.92 | Allowed: | $1,542.18 |
|---|---|---|---|---|---|---|

---

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4819-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $25.66 | | | Allowed: | $25.66 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

FEE, WALTER M.
C/O COOK & FRANKE S.C.
ATTN: VALERIE M. WILLIAMS, PARALEGAL
660 E. MASON STREET
MILWAUKEE, WI 53202

Claim Number: 6664
Claim Date: 10/18/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 9010 (05/26/2011)

| PRIORITY | Claimed: | $8,972.50 | | |
|---|---|---|---|---|

FERNALD, PETER J.
1338 GLEN OAKS BLVD
PASADENA, CA 91105

Claim Number: 3894
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $174,235.31 | Scheduled: | $132,911.00 UNLIQ |
|---|---|---|---|---|

FERNANDEZ, LARRY
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4902
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

FERRARO, MICHAEL
1255 LAKESHORE DRIVE
MASSAPEQUA PARK, NY 11762

Claim Number: 5681
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $5,459.83 | | |
|---|---|---|---|---|

FERRELL, BRADLEY S.
3949 MAIN STREET
PERRY, OH 44081

Claim Number: 4766
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $32,925.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

FIBERTECH NETWORKS LLC
300 MERIDIAN CENTRE
ROCHESTER, NY 14618

Claim Number: 6767
Claim Date: 05/06/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 9006 (05/26/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,353.00 | | |

---

FILM MUSICIANS SECONDARY MARKET FUND
ATTN: KAREN L. TUCKER
12001 VENTURA PLACE, 5TH FLOOR
STUDIO CITY, CA 91604

Claim Number: 6530
Claim Date: 06/15/2010
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,000.00  UNLIQ | |
| UNSECURED | Claimed: | $49,000.00  UNLIQ | |

---

FIRST QUALITY MAINTENANCE
70 WEST 36TH STREET
NEW YORK, NY 10018

Claim Number: 892
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,425.42 | |

---

FISHER, GAIL L
4025 CONNECTICUT AVE NW
APT 102
WASHINGTON, DC 20008

Claim Number: 6493
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $204.00 | | |
| UNSECURED | | | Scheduled: | $204.00 |

---

FITZGERALD, JAMES E.
93 5TH STREET
GARDEN CITY, NY 11530

Claim Number: 3895
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $133,437.04 | Scheduled: | $117,342.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| | | | | |
|---|---|---|---|---|
| FITZSIMONS, DENNIS<br>MCCORMICK TRIBUNE FOUNDATION<br>435 N. MICHIGAN AVENUE<br>CHICAGO, IL 60601 | Claim Number: 5149<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $11,636.56  UNLIQ | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| FITZSIMONS, DENNIS<br>MCCORMICK TRIBUNE FOUNDATION<br>435 N. MICHIGAN AVENUE<br>CHICAGO, IL 60601 | Claim Number: 5639<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $11,636.56  UNLIQ | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| FLICK, JOHN E.<br>31 SEAVIEW DR<br>SANTA BARBARA, CA 93108 | Claim Number: 3896<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $465,665.58 | Scheduled: | $365,927.00 UNLIQ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| FMT CO CUST IRA<br>FBO BERNARD PEARLMAN<br>11 FIFTH AVE, APT 12D<br>NEW YORK, NY 10003-4342 | Claim Number: 3248<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |

| UNSECURED | Claimed: | $203,063.42 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| FMT CO CUST IRA<br>FBO ALLAN R. PEARLMAN<br>11 FIFTH AVE, APT 12D<br>NEW YORK, NY 10003-4342 | Claim Number: 3249<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |

| UNSECURED | Claimed: | $86,530.21 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| FMTC CUSTODIAN - ROTH IRA<br>FBO PETER B. BLEICHER<br>PMB 171<br>13492 RESEARCH BLVD STE 120<br>AUSTIN, TX 78750-2254 | Claim Number: 4181<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED            Claimed: | $10,975.00 | |
| FMTC CUSTODIAN - ROTH IRA<br>FBO JOANA L TABA<br>41-525 FLAMINGO ST<br>WAIMANALO, HI 96795-1134 | Claim Number: 5916<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED            Claimed: | $2,029.92 | |
| FMTC CUSTODIAN- ROTH IRA<br>FBO DAVID LLOYD TAYLOR<br>966 WILDFLOWER WAY<br>LONGWOOD, FL 32750-4045 | Claim Number: 3593<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED            Claimed: | $1,000,000.00 | |
| FMTC, CUSTODIAN FOR ROBERT A. MCKEAN III<br>ROTH IRA<br>3 COLBY LANE<br>BYFIELD, MA 01922 | Claim Number: 3747<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| PRIORITY            Claimed: | $40,000.00 | |
| FMTC/NFSC FBO TENIYA<br>FARNANDIS IRA<br><A/C CHT-087572><br>1140 W 112TH STREET<br>CHICAGO, IL 60643 | Claim Number: 6731<br>Claim Date: 03/24/2011<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED            Claimed: | $331.74            Scheduled: | $331.74 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| FOLEY, MARY BETH | Claim Number: 5056 |
| 31 GROVE ST | Claim Date: 06/12/2009 |
| NORTHPORT, NY 11768-2905 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| FONG, PHILLIP | Claim Number: 5727 |
| 4512 N DELTA ST | Claim Date: 06/15/2009 |
| ROSEMEAD, CA 91770 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Retiree medical benefits & life insurance |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| FORGIONE, MICHAEL J. | Claim Number: 3897 |
| 185 CAMBRIDGE DRIVE EAST | Claim Date: 06/09/2009 |
| COPIAGUE, NY 11726 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $44,838.32 | Scheduled: | $35,090.00 UNLIQ |

---

| FORST, DONALD | Claim Number: 3898 |
| P O BOX 2 | Claim Date: 06/09/2009 |
| LIVINGSTON, NY 12541 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $115,977.12 | Scheduled: | $82,669.00 UNLIQ |

---

| FORYS, JOSEPH V. | Claim Number: 5081 |
| 9 DAELL LANE | Claim Date: 06/12/2009 |
| CENTEREACH, NY 11720 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

FOX, DOUGLAS B.
223 WALL STREET #318
HUNTINGTON, NY 11743

Claim Number: 3899
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $154,934.21 | Scheduled: | $55,799.00 UNLIQ |
|---|---|---|---|---|

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3558
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 9006 (05/26/2011)

| PRIORITY | Claimed: | $51,750,072.01 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $27,782,334.00 UNLIQ |

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 6716
Claim Date: 03/04/2011
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 3558

| SECURED | Claimed: | $33,191,055.53 |
|---|---|---|

FRANZESE, PHILIP C.
55 OCEANVIEW DRIVE
MASTIC BEACH, NY 11951

Claim Number: 604
Claim Date: 03/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| PRIORITY | Claimed: | $218,750.25 |
|---|---|---|

FREDERICK, KAREN L
343 GREENWOOD DR
PO BOX 1070
LAKE SHERWOOD, MO 63357

Claim Number: 6536
Claim Date: 06/18/2010
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| | | | | |
|---|---|---|---|---|
| FREEDOM OF EXPRESSION FOUNDATN<br>171B CLAREMONT AVENUE<br>LONG BEACH, CA 90803 | | Claim Number: 1804<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 |

| | | |
|---|---|---|
| FREY, VINCENT<br>891 N LACROSSE ST<br>ALLENTOWN, PA 18109-1953 | Claim Number: 1859<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $1,183.86 |
| SECURED | Claimed: | $1,183.86 |
| TOTAL | Claimed: | $1,183.86 |

| | | |
|---|---|---|
| FRIEDLANDER, H. JOE<br>1026 OLYMPIA RD.<br>BELLMORE, NY 11710 | Claim Number: 5080<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| FROST, DANIEL F.<br>PO BOX 7285<br>KENNEWICK, WA 99336-0617 | Claim Number: 3900<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $247,414.15 | Scheduled: | $123,521.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

FURUKAWA, VANCE
5 MEADOW RIDGE CIRCLE
POMONA, CA 91766

Claim Number: 3226
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $318,241.94 | Scheduled: | $293,487.92 |
|---|---|---|---|---|

GAGE SPENCER & FLEMING LLP
410 PARK AVE STE 900
NEW YORK, NY 10022

Claim Number: 3509
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $7,462.00 | | |
|---|---|---|---|---|

GALBO, CAMILLA
1416 S WASHINGTON
PARK RIDGE, IL 60068

Claim Number: 4279
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $10,429.28 | | |
|---|---|---|---|---|

GALLANT, JOHN
EMPLOYMENT LAWYERS GROUP
KARL GERBER
13418 VENTURA BLVD
SHERMAN OAKS, CA 91423

Claim Number: 5706
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| PRIORITY | Claimed: | $2,500,000.00 | | |
|---|---|---|---|---|

GARCIA, GARY W.
C/O SIEBEN & SIEBEN, LLP
90 EAST MAIN STREET
BAY SHORE, NY 11706

Claim Number: 4127
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| GARRETT, F. WALKER<br>787 BROADOAK LOOP<br>LAKE FOREST, FL 32771 | | Claim Number: 5970<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $40,598.40 | | | | | |
| GARY, JESSE M<br>330 FIELD COURT<br>SUN PRAIRIE, WI 53590 | | Claim Number: 6516<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $1,020.00 | Scheduled: | $1,020.00 | | | |
| GARY, KAMILLA M<br>1303 COOL MIST CT<br>FORT MILL, SC 29707-7736 | | Claim Number: 6489<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |
| GASTLER, DEBRA A.<br>4236 BAKMAN AVENUE<br>STUDIO CITY, CA 91602 | | Claim Number: 3901<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $105,061.35 | Scheduled: | $51,528.00 UNLIQ | | | |
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN JR<br>LAW OFFICES OF RONALD K. BROWN JR<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | | Claim Number: 3461<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $15,108.96 | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| GATEWAY PACIFIC PROPERTIES, INC. | Claim Number: 6010 |
| C/O RONALD K BROWN, JR., LAW OFFICES OF | Claim Date: 07/01/2009 |
| RONALD K BROWN, JR. | Debtor: TRIBUNE COMPANY |
| 901 DOVE STREET, SUITE 120 | |
| NEWPORT BEACH, CA 92660 | |

---

| UNSECURED | Claimed: | $171,906.50 |

---

| GE CAPITAL FLEET SERVICES | Claim Number: 5579 |
| C/O AARON N. CHAPIN | Claim Date: 06/12/2009 |
| REED SMITH LLP | Debtor: TRIBUNE COMPANY |
| 10 S. WACKER DRIVE | Comments: DOCKET: 2561 (11/13/2009) |
| CHICAGO, IL 60606 | |

---

| UNSECURED | Claimed: | $53,069.48 |

---

| GECKER, FRANCES - AS CHAPTER 7 TRUSTEE | Claim Number: 4195 |
| FOR ILLINOIS BATTERY CO. | Claim Date: 06/09/2009 |
| FRANK/GECKER LLP | Debtor: TRIBUNE COMPANY |
| 325 W. LASALLE ST., SUITE 625 | Comments: EXPUNGED |
| CHICAGO, IL 60654 | DOCKET: 4101 (04/19/2010) |

---

| UNSECURED | Claimed: | $10,000.00 |

---

| GELLMAN, STEVEN | Claim Number: 6669 |
| C/O LESLIE COHEN | Claim Date: 11/01/2010 |
| LESLIE COHEN LAW PC | Debtor: TRIBUNE COMPANY |
| 506 SANTA MONICA BLVD., SUITE 200 | |
| SANTA MONICA, CA 90401 | |

---

| ADMINISTRATIVE | Claimed: | $1,750,000.00 |

---

| GENESYS | Claim Number: 198-02 |
| ATTN: MELODY LOHR | Claim Date: 01/08/2009 |
| 11808 MIRACLE HILLS DR. | Debtor: TRIBUNE COMPANY |
| OMAHA, NE 68154 | Comments: ALLOWED |
| | DOCKET: 5435 (08/19/2010) |

---

| UNSECURED | Claimed: | $537.74 | Scheduled: | $161.61 | Allowed: | $537.74 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| GEORGE LIBERMAN ENTERPRISES, INC.<br>C/O MERHAB ROBINSON & JACKSON<br>ATTN: JAMES T. JACKSON, ESQ.<br>1551 N. TUSTIN AVE., STE. 910<br>SANTA ANA, CA 92705 | Claim Number: 2974<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 7455 (01/11/2011) | | |
|---|---|---|---|
| SECURED | Claimed: | $138,557.54 CONT | |
| UNSECURED | Claimed: | $861,442.50 CONT | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $1,000,000.00 CONT | |

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 995<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
|---|---|
| PRIORITY | Claimed: | $17.30 |
| SECURED | Claimed: | $143,243.00 |
| UNSECURED | Claimed: | $1.00 |

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 6235<br>Claim Date: 09/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 995 |
|---|---|
| PRIORITY | Claimed: | $17.30 |
| SECURED | Claimed: | $780,789.00 |
| UNSECURED | Claimed: | $1.00 |

| GESCHELIN, EDWARD V.<br>67 PARK ST.<br>SOMERVILLE, MA 02143 | Claim Number: 3320<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|
| SECURED | Claimed: | $400,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | | Claim Number: 1375<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |

| UNSECURED | Claimed: | $205.00 | | | |

---

| GIANNONE, LISA<br>P O BOX 75<br>HICKSVILLE, NY 11801 | | Claim Number: 2867<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | | |

| PRIORITY | Claimed: | $0.00   UNDET | | | |

---

| GILLESKI, JOSEPH J.<br>110 ELMBROOK DRIVE<br>STAMFORD, CT 06906 | | Claim Number: 955<br>Claim Date: 04/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |

| UNSECURED | Claimed: | $3,931.14 | | | |

---

| GILMARTIN, JOHN<br>293 MURRAY HILL TERR<br>APT 318<br>BERGENFIELD, NJ 07621 | | Claim Number: 6311<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | | |

| PRIORITY | Claimed: | $436.00 | | | |
| UNSECURED | Claimed: | $436.00 | Scheduled: | $436.00 UNLIQ |
| TOTAL | Claimed: | $436.00 | | | |

---

| GIORDANO, THOMAS<br>146 HIGH ST<br>APT 110<br>MILFORD, CT 06460 | | Claim Number: 3007<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY | | | |

| PRIORITY | Claimed: | $124.74   UNLIQ | | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| GLAVIN SECURITY HARDWARE SPECIALIST 1010 W JACKSON BLVD CHICAGO, IL 60607 | | Claim Number: 1477 Claim Date: 04/24/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2665 (11/25/2009) | | |
| SECURED | Claimed: | $1,141.63 | | |
| GLAVIN SECURITY SPECIALISTS 1010 W JACKSON BLVD CHICAGO, IL 60607 | | Claim Number: 1478 Claim Date: 04/24/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2271 (10/02/2009) | | |
| SECURED | Claimed: | $1,141.63 | | |
| GLENDALE BUSINESS CENTER, LLC RE: GLENDALE 6631 N SIDNEY PL CARE OF CLOVERLEAF GROUP, INC. 666 DUNDEE ROAD, SUITE 901 NORTHBROOK, IL 60062 | | Claim Number: 3408 Claim Date: 06/02/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $990.95 | | |
| GLOBAL CROSSING TELECOMMUNICATIONS INC PO BOX 741276 CINCINNATI, OH 45274-1276 | | Claim Number: 3149 Claim Date: 05/26/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 4778 (06/14/2010) | | |
| UNSECURED | Claimed: | $2,203.33 | Scheduled: | $1,300.45 |
| GODBEY, TERRY 830 ELLWOOD AVE ORLANDO, FL 32804 | | Claim Number: 3672 Claim Date: 06/08/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 8988 (05/25/2011) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $4,717.77 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| GOLD, LOUIS<br>13801 YORK RD APT C9<br>COCKEYSVILLE, MD 21030-1826 | | Claim Number: 2411<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $73,207.00 | Scheduled: | $72,566.00 UNLIQ |
| GOLDENBERG, BARRY<br>RUSKIN MOSCOU FALTISCHEK, PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 4294<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $350,000.00 | | |
| GOLDENBERG, MARIE<br>RUSKIN MOSCOU FALTISCHEK, PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 4293<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $350,000.00 | Scheduled: | $5,833.34 |
| GOLDSTEIN, GARY P.<br>15 LONG ACRE LANE<br>DIX HILLS, NY 11746 | | Claim Number: 3902<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $217,241.76 | Scheduled: | $121,945.00 UNLIQ |
| GOMEZ, CHRISTINE MARIE<br>793 BONNIE DR<br>BALDWIN, NY 11510-4522 | | Claim Number: 6481<br>Claim Date: 05/20/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GOODMAN, THEODORE A.<br>THEODORE A. GOODMAN MD SEP-IRA<br>4348 BERRENDO DR.<br>SACRAMENTO, CA 95864 | | Claim Number: 5935<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| UNSECURED | Claimed: | $131,944.80 | | | | | |
| GOODMAN, THEODORE A. - TTEE<br>THEODORE A. GOODMAN MD DBPP<br>4348 BERRENDO DR.<br>SACRAMENTO, CA 95864 | | Claim Number: 5028<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| UNSECURED | Claimed: | $109,615.68 | | | | | |
| GOOGLE, INC.<br>BINDER & MALTER, LLP<br>C/O WENDY W. SMITH<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | | Claim Number: 810<br>Claim Date: 03/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 6192 (11/01/2010) | | | | | |
| UNSECURED | Claimed: | $167,362.00 | Scheduled: | $88,082.82 | Allowed: | $146,881.83 |
| GOTTSMAN, EDWARD<br>235 EAST 22ND STREET,APARTMENT 3A<br>NEW YORK, NY 10010 | | Claim Number: 1777<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| PRIORITY | Claimed: | $181,031.90 | | | | | |
| UNSECURED | | | Scheduled: | $181,031.90 | | |
| GRAHAM, CHARLES<br>1003 SPARKS ST SW<br>ATLANTA, GA 30310-3311 | | Claim Number: 6705<br>Claim Date: 02/28/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 9010 (05/26/2011) | | | | | |
| SECURED | Claimed: | $0.00   UNDET | | | | | |
| UNSECURED | | | Scheduled: | $120.96 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| GRAHAM, KENNETH<br>44 VIA PAUSA<br>RCHO STA MARG, CA 92688-4950 | Claim Number: 3903<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $14,288.91 | Scheduled: | $10,893.00 UNLIQ |
|---|---|---|---|---|

| GRANT, ERNESTINE W<br>220 MANHATTAN AVE<br>#6M<br>NEW YORK, NY 10025-2666 | Claim Number: 6632<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $714.00 | Scheduled: | $714.00 |
|---|---|---|---|---|

| GRANT, GARY<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4912<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) |

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| GRANT, LORETTA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4937<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) |

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| GRANT, ROBERT T.<br>3166 BUTLER BAY DR. N<br>WINDERMERE, FL 34786 | Claim Number: 3904<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $37,899.74 | Scheduled: | $23,140.00 UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| GREGORAC, ROBERT J.<br>1722 BUCHANAN DR.<br>AMES, IA 50010 | | Claim Number: 6050<br>Claim Date: 07/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|
| UNSECURED | Claimed: | $25,374.00 |

| GRENESKO, DONALD C<br>130 THORN TREE LANE<br>WINNETKA, IL 60093 | | Claim Number: 5426<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| GRINSTEAD, MILDRED H, IRRA<br>211 BELMEAD LN.<br>TYLER, TX 75701-5443 | | Claim Number: 5572<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|
| SECURED | Claimed: | $50,767.81 |

| GRIPPO & ELDEN<br>3476 EAGLE WAY<br>CHICAGO, IL 60678 | | Claim Number: 4984<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 7588 (01/20/2011) |
|---|---|---|
| UNSECURED | Claimed: | $24,823.39 |

| GROGAN, WILLIAM R<br>275 SIMSBURY ROAD<br>WEST HARTFORD, CT 06117 | | Claim Number: 4851<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 4852 |
|---|---|---|
| UNSECURED | Claimed: | $150,000.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| GRONEMANN, URI F.<br>11/1 HASARGEL ST.<br>HOD HASHARON, 45284<br>ISRAEL | Claim Number: 3698<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |

| UNSECURED | Claimed: | $10,975.00 | | |

---

| GUARDSMARK LLC<br>22 SOUTH SECOND ST.<br>MEMPHIS, TN 38103-2695 | Claim Number: 511<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |

| UNSECURED | Claimed: | $61,475.35 | | |

---

| GUERRERO, RICHARD<br>46 SAINT MICHAEL<br>DANA POINT, CA 92629 | Claim Number: 3905<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 5 | | | |

| UNSECURED | Claimed: | $569,312.18 | Scheduled: | $525,148.08 |

---

| GUIDICE, NICHOLAS<br>1708 DEVONSHIRE RD<br>HAUPPAUGE, NY 11788-4505 | Claim Number: 5078<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| GUILLEN, CHRISTOPHER J<br>7451 W MADISON ST<br>FOREST PARK, IL 60130 | Claim Number: 2008<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | | |

| UNSECURED | Claimed: | $1,000.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| GUITTAR, LEE J.<br>3750 GAUT OCEAN DRIVE<br>APT #401<br>FORT LAUDERDALE, FL 33308 | Claim Number: 3906<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $126,217.54 | Scheduled: | $94,125.00 UNLIQ |
|---|---|---|---|---|

| GUNTER, WANDA<br>185 CORNELL STREET<br>HEMPSTEAD, NY 11550 | Claim Number: 5682<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| PRIORITY | Claimed: | $8,937.93 |
|---|---|---|

| GUTHRIE, JAMES F.<br>205 COSTA BELLA DR.<br>AUSTIN, TX 78734 | Claim Number: 3907<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $577,807.24 | Scheduled: | $391,972.00 UNLIQ |
|---|---|---|---|---|

| GUTMAN, E. MICHAEL, M.D.<br>711 WEST COLONIAL DRIVE<br>ORLANDO, FL 32804 | Claim Number: 870<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| GUTMAN, E. MICHAEL, MD, MIKE GUTMAN MD<br>(MPAC)PA & GUTMAN PAIN/ACCIDENT CTR, INC<br>AKA/DBA BACK PAIN INSTITUTE OF ORLANDO<br>711 WEST COLONIAL DRIVE<br>ORLANDO, FL 32804 | Claim Number: 2488<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $38,634.25 UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

GUTTRY, DELYNN
1135 SCENIC WAY
LOS OSOS, CA 93402

Claim Number: 3908
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $70,638.34 | Scheduled: | $53,464.00 UNLIQ |
|---|---|---|---|---|

HABERSTROH, JOSEPH K.
75 S. PENATAQUIT AV
BAY SHORE, NY 11706

Claim Number: 5127
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

HALAJIAN, KENNETH L.
21 HIGH RIDGE RD
OSSINING, NY 10562-1969

Claim Number: 3869
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $279,880.66 | Scheduled: | $217,824.53 UNLIQ |
|---|---|---|---|---|

HALL, CHARLOTTE H.
219 CORNERSTONE DRIVE
NEWTOWN SQUARE, PA 19073

Claim Number: 3870
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $532,387.27 | Scheduled: | $419,111.34 |
|---|---|---|---|---|

HALL, GARY D.
350 LONGWOOD PLACE
JONESBORO, GA 30236

Claim Number: 5936
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $40,598.40 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| HALL, JOSEPH<br>1144 NORTH STRICKER STREET<br>BALTIMORE, MD 21217 | Claim Number: 1505<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | | |

| PRIORITY | Claimed: | $9,000.00 |
| SECURED | Claimed: | $80,000.00 |
| TOTAL | Claimed: | $80,000.00 |

---

| HALLE, JEAN<br>11536 PEBBLECREEK DR.<br>LUTHERVILLE TIMONIUM, MD 21093 | Claim Number: 3871<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $45,477.17 | Scheduled: | $18,057.00 UNLIQ |

---

| HAMMETT & EDISON<br>470 THIRD ST. WEST<br>SONOMA, CA 95476 | Claim Number: 2965<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |

| UNSECURED | Claimed: | $4,756.30 |

---

| HANDELSMAN, WALT<br>37 HARVARD DR.<br>WOODBURY, NY 11797 | Claim Number: 5040<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| HARMER ASSOCIATES<br>ATTN RANDY HARMER<br>100 S WACKER DRIVE  SUITE 1950<br>CHICAGO, IL 60606 | Claim Number: 2001<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $30,000.00 | Allowed: | $30,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| HARRIS COUNTY TREASURER<br>1001 PRESTON   STE 652<br>HOUSTON, TX 77002 | Claim Number: 292<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $35,200.63   UNLIQ | | |
| HARRIS COUNTY TREASURER<br>1001 PRESTON   STE 652<br>HOUSTON, TX 77002 | Claim Number: 311<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $35,200.63   UNLIQ | | |
| HARRIS COUNTY TREASURER<br>1001 PRESTON   STE 652<br>HOUSTON, TX 77002 | Claim Number: 1706<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 292 | | | |
| ADMINISTRATIVE | Claimed: | $35,200.63   UNLIQ | | |
| HARRIS COUNTY TREASURER<br>1001 PRESTON   STE 652<br>HOUSTON, TX 77002 | Claim Number: 2262<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | |
| ADMINISTRATIVE | Claimed: | $35,200.63   UNLIQ | | |
| HARRIS, JILL CUST NATHAN G HARRIS UTMA PA.,<br>474 JEFFERSON DR<br>PITTSBURG, PA 15228-2117 | Claim Number: 6520<br>Claim Date: 06/09/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| HARTFORD MEDICAL GROUP<br>PO BOX 1086<br>WILBRAHAM, MA 01089 | Claim Number: 6673<br>Claim Date: 11/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | |
| UNSECURED | Claimed: | $722.00 |
| HARTNEY, MARY<br>221 W. LANVALE ST. APT. 3F<br>BALTIMORE, MD 21217 | Claim Number: 3201<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $746.40 |
| HASENOHR, PETER<br>420 MONROE DR<br>CENTERPORT, NY 11721 | Claim Number: 2079<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $26,399.94 |
| HASSELL, PAMELA M.<br>269 MILL CREEK CT<br>ACWORTH, GA 30101 | Claim Number: 5965<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $20,299.20 |
| HATTENBACH, LINDA<br>1236 LITTLE CREEK CIRC<br>BREINIGSVILLE, PA 18031 | Claim Number: 2342<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED | Claimed: | $350.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| HAUGH, MICHAEL J. | Claim Number: 3872 |
| 106 BEACON BLVD. | Claim Date: 06/09/2009 |
| SEA GIRT, NJ 08750 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $173,043.24 | Scheduled: | $119,301.00 UNLIQ |

---

| HAYNES, KEVIN L | Claim Number: 6483 |
| 15450 NISQUALLI RD APT O208 | Claim Date: 05/20/2010 |
| VICTORVILLE, CA 92395-9317 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 |

---

| HAYWOOD, JOHN | Claim Number: 4934 |
| 233 BROADWAY FL 5 | Claim Date: 06/12/2009 |
| NEW YORK, NY 10279-0599 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $10,000.00 |

---

| HEALTH CONCEPTS/DOLPHIN CAPITAL CORP | Claim Number: 685 |
| 566 WEST LAKE STREET, LOWER LEVEL | Claim Date: 02/27/2009 |
| CHICAGO, IL 60661 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 4406 (05/14/2010) |

| UNSECURED | Claimed: | $260.75 |

---

| HEAPHY, JANIS | Claim Number: 3873 |
| 25 HIGHLAND PARK VILLAGE, #100-340 | Claim Date: 06/09/2009 |
| DALLAS, TX 75205 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $116,041.17 | Scheduled: | $63,061.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

HECK-MEAD, JOULE
820 ONEIDA ST
JOLIET, IL 60435-7311

Claim Number: 6542
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 |
|---|---|---|---|---|

HEIMBERG, ERIC
6233 S MAJOR
CHICAGO, IL 60638

Claim Number: 4421
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| PRIORITY | Claimed: | $2,673.60 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,673.60 | | |
| TOTAL | Claimed: | $2,673.60 | | |

HELIN, JAMES D.
12156 LA CASA LANE
LOS ANGELES, CA 90049

Claim Number: 3874
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $34,404.38 | Scheduled: | $24,238.72 UNLIQ |
|---|---|---|---|---|

HENDERSON, LAURA W.
106 GREAT LAKE DR.
CARY, NC 27519

Claim Number: 6271
Claim Date: 09/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $15,224.40 | | |
|---|---|---|---|---|

HENDRY, WILLIAM T.
1000 MIDNIGHT PASS
ROCKWALL, TX 75087

Claim Number: 5885
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| PRIORITY | Claimed: | $30,460.78 | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| HENSON, PAMELA D.<br>552 ALTA WAY<br>MILL VALLEY, CA 94941-3900 | Claim Number: 3875<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $3,863.68 | Scheduled: | $3,222.00 UNLIQ |
|---|---|---|---|---|

| HERMAN, ROBIN<br>770 29TH ST APT 717<br>BOULDER, CO 80303-2342 | Claim Number: 534<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $925.00 | | |
|---|---|---|---|---|

| HERNANDEZ, IRENE<br>9100 DUARTE RD APT 233<br>SAN GABRIEL, CA 91775-2053 | Claim Number: 4593<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,972.81 | | |

| HESSLER, CURTIS A.<br>570 BRADSFORD ST.<br>PASADENA, CA 91105-2409 | Claim Number: 3876<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $1,022,521.60 | Scheduled: | $684,712.00 UNLIQ |
|---|---|---|---|---|

| HEWITT ASSOCIATES, LLC<br>ATTN: GENERAL COUNSEL<br>100 HALF DAY ROAD<br>LINCOLNSHIRE, IL 60069-3342 | Claim Number: 3165<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $8,180.00 | Scheduled: | $8,180.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

HIANIK, MARK W.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6742
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8749 (04/25/2011)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

HIGBY, JAMES H.
51 KEELERS RIDGE RD.
WILTON, CT 06897

Claim Number: 3877
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $57,086.86 |
|---|---|---|

HIGBY, LAWRENCE
218 VIA LIDO NORD
NEWPORT BEACH, CA 92663

Claim Number: 1506
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| PRIORITY | Claimed: | $126,183.00 |
|---|---|---|

HIGBY, LAWRENCE M.
218 VIA LIDO NORD
NEWPORT BEACH, CA 92663

Claim Number: 3878
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 1506

| UNSECURED | Claimed: | $191,250.95 | Scheduled: | $126,183.00 UNLIQ |
|---|---|---|---|---|

HILBORN, GENE
R/O IRA E*TRADE CUSTODIAN
13191 TRIPLE CROWN LOOP
GAINESVILLE, VA 20155

Claim Number: 5702
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $40,598.40 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| HIRAM ELECTRICAL CONTRACTOR | Claim Number: 3130 |
| 1351 WEST FOSTER AVENUE | Claim Date: 05/26/2009 |
| CHICAGO, IL 60640-2214 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $36,107.97 | Scheduled: | $35,027.84 |

---

| HIRAM ELECTRICAL CONTRACTOR | Claim Number: 5983 |
| 1351 W FOSTER AVE | Claim Date: 06/29/2009 |
| CHICAGO, IL 60640 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $6,970.93 |

---

| HOARD, ROBERT | Claim Number: 5794 |
| 2333 VILLARET DR. | Claim Date: 06/16/2009 |
| HUNTSVILLE, AL 35803 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $10,149.60 |

---

| HOFFNER, CONRAD C. | Claim Number: 6034 |
| 2430 SODERBLOM AVE | Claim Date: 07/06/2009 |
| SAN DIEGO, CA 92122 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $8,119.68 |

---

| HOGAN & HARTSON LLP | Claim Number: 3477 |
| COLUMBIA SQUARE | Claim Date: 06/04/2009 |
| 555  13TH STREET, NW | Debtor: TRIBUNE COMPANY |
| WASHINGTON, DC 20004-1109 | |

| UNSECURED | Claimed: | $12,935.23 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| HOLLAND & KNIGHT LLP | Claim Number: 2260 | | | | |
|---|---|---|---|---|---|
| 1 EAST BROWARD BLVD, STE 1300 | Claim Date: 04/27/2009 | | | | |
| FORT LAUDERDALE, FL 33301 | Debtor: TRIBUNE COMPANY | | | | |

| UNSECURED | Claimed: | $6,849.12 | | | |
|---|---|---|---|---|---|

| HOLT, VANESSA | Claim Number: 6545 | | | | |
|---|---|---|---|---|---|
| 3019 JOE LOUISE DR | Claim Date: 06/22/2010 | | | | |
| ORLANDO, FL 32805-2954 | Debtor: TRIBUNE COMPANY | | | | |
| | Comments: ALLOWED | | | | |
| | DOCKET: 8146 (02/25/2011) | | | | |

| PRIORITY | Claimed: | $68.00 | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $68.00 | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | Allowed: | $68.00 |
| TOTAL | Claimed: | $68.00 | | | $0.00 |

| HOLTON, RAYMOND | Claim Number: 50 | | | | |
|---|---|---|---|---|---|
| 1021 STONE STACK DRIVE | Claim Date: 12/26/2008 | | | | |
| BETHLEHEM, PA 18015 | Debtor: TRIBUNE COMPANY | | | | |
| | Comments: EXPUNGED | | | | |
| | DOCKET: 2270 (10/02/2009) | | | | |

| PRIORITY | Claimed: | $79,699.55 | | | |
|---|---|---|---|---|---|

| HOLTON, RAYMOND | Claim Number: 3879 | | | | |
|---|---|---|---|---|---|
| 1021 STONE STACK DRIVE | Claim Date: 06/09/2009 | | | | |
| BETHLEHEM, PA 18015 | Debtor: TRIBUNE COMPANY | | | | |
| | Comments: | | | | |
| | Amends claim number 50 | | | | |

| UNSECURED | Claimed: | $86,402.16 | Scheduled: | $79,699.55 | |
|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| HOME INSURANCE CO. IN LIQUIDATION, THE<br>KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | Claim Number: 3643<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Insurance premiums | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| HOMFINDER, LLC<br>ATTN: TIMOTHY FAGAN, PRESIDENT & CEO<br>175 W. JAKCSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | Claim Number: 5640<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | |
| UNSECURED          Claimed: | $186,901.00 | |
| HOOGHKIRK, BARRY<br>27 SALEM ST.<br>PATCHOGUE, NY 11772 | Claim Number: 5083<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| HOPKINS, ELIZABETH<br>1014 N. 3RD ST.<br>CLINTON, IA 52732 | Claim Number: 6146<br>Claim Date: 08/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $5,243.75 | |
| HOPKINS, ELIZABETH<br>1014 N. 3RD ST.<br>CLINTON, IA 52732 | Claim Number: 6202<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $10,487.50 | |

---

| HORN, KAREN LAUKKA<br>50 RIDGECREST COURT<br>LAFAYETTE, CA 94549-3690 | Claim Number: 3880<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $329,826.52 | Scheduled: | $304,240.40 |
|---|---|---|---|---|

| HORTON, INEZ<br>4 E 107TH ST, # 12B<br>NEW YORK, NY 10029-3870 | Claim Number: 6548<br>Claim Date: 06/23/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $306.00<br> | Scheduled: | $306.00 |
|---|---|---|---|---|

| HOTCHKISS PEACOCK RANCH INC.<br>5990 SAN SIMEON CK RD<br>CAMBRIA, CA 93428 | Claim Number: 5679<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,000.00 |
|---|---|---|

| HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 5818<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $135.55 |

| HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 5819<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $15.88 |

HOWARD COUNTY, MARYLAND
MARAGARET ANN NOLAN & CAMELA J. SANDMANN
HOWARD COUNTY OFFICE OF LAW
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

Claim Number: 5820
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | |
| SECURED | Claimed: | $573.68 | |

HOWARD COUNTY, MARYLAND
MARGARET ANN NOLAN & CAMELA J. SANDMANN
ESQ., HOWARD COUNTY OFFICE OF LAW
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

Claim Number: 6591
Claim Date: 07/15/2010
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $37,168.48 |

HOWARD COUNTY, MARYLAND
MARAGARET ANN NOLAN & CAMELA J. SANDMANN
HOWARD COUNTY OFFICE OF LAW
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

Claim Number: 6600
Claim Date: 07/15/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

| | | |
|---|---|---|
| SECURED | Claimed: | $37,168.48 |

HOWARD COUNTY, MARYLAND
HOWARD COUNTY OFFICE OF LAW - MARGARET
ANN NOLAN, ESQ. CAMELA J. SANDMANN, ESQ.
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

Claim Number: 6709
Claim Date: 03/03/2011
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $511.99 |

HOWARD, LESLIE M.
2737 GRANDVIEW PLACE
ENDICOTT, NY 13760

Claim Number: 3881
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $145,496.90 | Scheduled: | $134,210.05 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| HOWE, MARK E. | | | | |
|---|---|---|---|---|
| 8 PINEVIEW LANE | | Claim Number: 3882 | | |
| EAST GREENBUSH, NY 12061 | | Claim Date: 06/09/2009 | | |
| | | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $187,208.77 | Scheduled: | $172,686.14 |
|---|---|---|---|---|

| HOWLAND, VAUGHAN A. | | Claim Number: 5726 | | |
|---|---|---|---|---|
| 4205 STATE HWY UNIT 5B | | Claim Date: 06/15/2009 | | |
| EASTHAM, MA 02642-2165 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 3013 (01/05/2010) | | |

| UNSECURED | Claimed: | $20,299.20 | | |
|---|---|---|---|---|

| HUGHES, JOSEPH M. | | Claim Number: 3883 | | |
|---|---|---|---|---|
| 9596 E ROADRUNNER DR | | Claim Date: 06/09/2009 | | |
| SCOTTSDALE, AZ 85262 | | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $188,913.12 | Scheduled: | $177,168.28 UNLIQ |
|---|---|---|---|---|

| HUNDT, PAUL L | | Claim Number: 6501 | | |
|---|---|---|---|---|
| 5105 LEANNE LN | | Claim Date: 05/27/2010 | | |
| MC FARLAND, WI 53558-8403 | | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

| HUNIHAN, DOROTHY A. | | Claim Number: 3341 | | |
|---|---|---|---|---|
| 200 DIPLOMAT DR. 5L | | Claim Date: 06/01/2009 | | |
| MT. KISCO, NY 10549 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 3013 (01/05/2010) | | |

| UNSECURED | Claimed: | $30,400.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| HUNTING, SUSAN K.<br>764 GLEN DR.<br>PO BOX 803<br>MOVILLE, IA 51039 | | Claim Number: 5920<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|
| UNSECURED | Claimed: | $7,210.90 |
| HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ.<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | | Claim Number: 2841<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) |
| UNSECURED | Claimed: | $1,147.04 |
| HURT, ALBERT L<br>18032 JASON LN<br>LANSING, IL 60438-1500 | | Claim Number: 1575<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $10,745.21 |
| HUTCHINSON, JOYCE F.<br>121 W CHESTNUT ST APT 3304<br>CHICAGO, IL 60610-3457 | | Claim Number: 6384<br>Claim Date: 01/26/2010<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $300,000.00   UNLIQ |
| HUTCHINSON, JOYCE F.<br>16851 HARLEM AVENUE, UNIT 225<br>TINLEY PARK, IL 60477 | | Claim Number: 6385<br>Claim Date: 01/27/2010<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $300,000.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

HUTCHISON, GLEN
3827 E 3RD ST #59
TUCSON, AZ 85716

Claim Number: 6318
Claim Date: 10/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $10,000.00 |
|-----------|----------|------------|

---

HYLAND-SAVAGE,GAIL R.
24 VIA CAPRI
RANCHO PALOS VERDES, CA 90275

Claim Number: 5875
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,779.00 | Scheduled: | $5,779.00 UNLIQ |
|-----------|----------|-----------|------------|-----------------|

---

IKON OFFICE SOLUTIONS
ACCOUNTS RECEIVABLE CENTER
ATTN: BANKRUPTCY TEAM
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

Claim Number: 3678-01
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $5,720.78 | Scheduled: | $5,543.25 | Allowed: | $5,720.78 |
|-----------|----------|-----------|------------|-----------|----------|-----------|

---

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6213
Claim Date: 09/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments:
Amends claim 478

| PRIORITY | Claimed: | $0.00 |
|----------|----------|-------|

---

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6214
Claim Date: 09/04/2009
Debtor: HOY PUBLICATIONS, LLC
Comments:
Amends claim 411

| PRIORITY | Claimed: | $0.00 |
|----------|----------|-------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | Claim Number: 6215<br>Claim Date: 09/04/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments:<br>Amends claim 403 | |
| PRIORITY          Claimed: | $0.00 | |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | Claim Number: 6216<br>Claim Date: 09/04/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments:<br>Amends claim 413 | |
| PRIORITY          Claimed: | $0.00 | |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 752<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| PRIORITY          Claimed:<br>UNSECURED       Claimed: | $102,617.06<br>$100.00 | |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 784<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| PRIORITY          Claimed:<br>UNSECURED       Claimed: | $20,583,890.06<br>$3,141,111.00 | |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 2332<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| PRIORITY          Claimed:<br>UNSECURED       Claimed: | $20,303,924.06<br>$2,092,721.00 | |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 2370<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $46,523,550.00 |
| UNSECURED | Claimed: | $4,924,196.00 |

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 3081<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Replaces claim number 2370 |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $46,523,550.00 |
| UNSECURED | Claimed: | $4,924,196.00 |

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., # 7-400<br>CHICAGO, IL 60601 | | Claim Number: 3196<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Replaces claim number 2332 |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $20,303,924.06 |
| UNSECURED | Claimed: | $2,092,721.00 |

| | | |
|---|---|---|
| IMBRIACO, JAMES<br>8 ACORN LANE<br>LEBANON, NJ 08833 | | Claim Number: 3884<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $63,028.95 | Scheduled: | $24,863.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| INASMUCH FOUNDATION<br>OKLAHOMA TOWER<br>210 PARK AVE<br>OKLAHOMA CITY, OK 73102 | | Claim Number: 4392<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $300,000.00 | | | |
| INDIANA AMERICAN WATER (IN AMERICAN WATE<br>1410 DISCOVERY PARKWAY<br>PO BOX 578<br>ALTON, IL 62002 | | Claim Number: 5841<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $116.16 | | | |
| INDIANA AMERICAN WATER (IN AMERICAN WATE<br>1410 DISCOVERY PARKWAY<br>PO BOX 578<br>ALTON, IL 62002 | | Claim Number: 5842<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $168.88 | | | |
| INDUSTRIAL DOOR CO.<br>1555 LANDMEIER RD.<br>ELK GROVE VILLAGE, IL 60007 | | Claim Number: 6652<br>Claim Date: 09/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | | |
| UNSECURED | Claimed: | $5,163.58 | | | |
| INNES, MICHAEL A & DEBRA JT TEN<br>50 REDBUD RIDGE PL<br>THE WOODLANDS, TX 77380-3411 | | Claim Number: 6482<br>Claim Date: 05/20/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| INSTY PRINTS OF PALATINE, INC.<br>DBA ALLEGRA PRINT & IMAGING<br>510 E. NORTHWEST HWY<br>PALATINE, IL 60074 | Claim Number: 2380<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED    Claimed: | $1,265.54 | | |

| INTERCALL<br>ATTN: MELODY LOHR<br>11808 MIRACLE HILLS DR.<br>OMAHA, NE 68154 | Claim Number: 512<br>Claim Date: 02/23/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED    Claimed: | $6,507.40 | Scheduled: | $245.21 |

| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>C/O R FREDERICK LINFESTY, ESQ<br>745 ATLANTIC AVENUE, 10TH FLOOR<br>BOSTON, MA 02111 | Claim Number: 862<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| SECURED    Claimed: | $36,743.00 | | |
| UNSECURED    Claimed: | $1,171.21 | Scheduled: | $2,708.09 |

| ISAKSEN INVESTMENTS LLC<br>RE: ARLETA 9351 LAUREL CANYON<br>7250 FRANKLIN AVE, STE 1108<br>LOS ANGELES, CA 90046 | Claim Number: 6113<br>Claim Date: 07/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |
|---|---|---|---|
| UNSECURED    Claimed: | $94,047.00 | | |

| ISAKSEN INVESTMENTS, LLC<br>C/O J. BENNETT FRIEDMAN, ESQ.<br>FRIEDMAN LAW GROUP<br>1900 AVENUE OF THE STARS, SUITE 1800<br>LOS ANGELES, CA 90067 | Claim Number: 6467<br>Claim Date: 04/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim no. 6113 | | |
|---|---|---|---|
| UNSECURED    Claimed: | $125,253.75 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| ISENBERG, STEVEN L.<br>151 CENTRAL PARK WEST, 3N<br>NEW YORK, NY 10023 | Claim Number: 3885<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $577,618.26 | Scheduled: | $282,310.00 UNLIQ |
|---|---|---|---|---|

| ISINGER, WILLIAM R.<br>26682 COUNTRY CREEK LN<br>CALABASAS, CA 91302-3587 | Claim Number: 3886<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $298,855.71 | Scheduled: | $229,594.00 UNLIQ |
|---|---|---|---|---|

| JACKSON, CHERYL<br>3264 NE 156TH AVE<br>PORTLAND, OR 97230 | Claim Number: 3317<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 UNLIQ |
|---|---|---|

| JACKSON, MARK<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4933<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| JACOBSEN, CLARICE<br>5623 N OLCOTT<br>CHICAGO, IL 60631 | Claim Number: 2333<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

JAGOE, THOMAS ANTHONY
18028 W ANNES CIRCLE
APT 103
CANYON COUNTRY, CA 91387

Claim Number: 6646
Claim Date: 09/03/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $295.84 | Allowed: | $295.84 |
|---|---|---|---|---|---|---|

JANSEN, RAYMOND A. JR.
24 DOCKSIDE LANE, #422
KEY LARGO, FL 33037

Claim Number: 3887
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $6,439,394.24 | Scheduled: | $4,350,612.00 UNLIQ | | |
|---|---|---|---|---|---|---|

JANUS, KENNETH C
924 S COURTLAND AVE
PARK RIDGE, IL 60068

Claim Number: 1820
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for $285/month for life

| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|

JCPENNEY CORPORATION, INC.
C/O ANGIE JENSEN, MS 1122
LEGAL DEPT
6501 LEGACY DRIVE
PLANO, TX 75024

Claim Number: 5834
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $33,583.32 | | | | |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1389
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $13,110.00 | Scheduled: | $4,869.43 | Allowed: | $4,869.43 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| JENKINS, JOHN B.<br>3575 E. 135TH CT<br>THORNTON, CO 80241 | | Claim Number: 3252<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $5,000.00 | | |
| JM MCGANN & COMPANY<br>2230 S BLUE ISLAND AVE<br>CHICAGO, IL 60608 | | Claim Number: 2966<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $5,956.05 | Scheduled: | $5,956.05 |
| JM MCGANN & COMPANY<br>2230 SOUTH BLUE ISLAND AVE<br>CHICAGO, IL 60608 | | Claim Number: 2967<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $3,025.00 | Scheduled: | $3,025.00 |
| JOHN B. DOLVEN IRA<br>281 SOUTH PLAZA COURT<br>MT. PLEASANT, SC 29464 | | Claim Number: 5633<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $50,826.88 | | |
| JOHNSON, EDWARD ARNETT "EDDIE"<br>ROBERT H. ROSENFELD, ESQ.<br>6703 N. CICERO AVE.<br>LINCOLNWOOD, IL 60712 | | Claim Number: 536<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $10,000,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

JOHNSON, EDWARD E.
4418 OAKWOOD AVE.
LA CANADA FLINTRIDGE, CA 91011-3414

Claim Number: 3888
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,183,611.96 | Scheduled: | $804,881.00 UNLIQ |
|---|---|---|---|---|

JOHNSON, PHIL
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4930
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

JOHNSON, ROBERT M.
7348 ARBOR PINES DR.
P.O.BOX 485
GLEN ARBOR, MI 49636

Claim Number: 3889
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $314,859.81 | Scheduled: | $204,647.00 UNLIQ |
|---|---|---|---|---|

JOHNSON, RUSSELL
1360 WATERSIDE DRIVE
BOLINGBROOK, IL 60490

Claim Number: 2621
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $139,000.00 | | |
|---|---|---|---|---|

JOHNSON, W. THOMAS, JR.
3280 RILMAN ROAD, NW
ATLANTA, GA 30327

Claim Number: 3890
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,091,151.24 | Scheduled: | $1,447,300.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| JOSEFAK, JOHN C.<br>23 RALPH AVE.<br>LAKE GROVE, NY 11755 | Claim Number: 5076<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| JOSEPH B. WORTMAN IRA<br>21400 HOOVER ROAD<br>WARREN, MI 48089 | Claim Number: 5629<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $50,826.88 | | |
| JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 4957<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| SECURED | Claimed: | $355,602.54 UNLIQ | | |
| JPMORGAN CHASE BANK, N.A. & J.P. MORGAN<br>SECURITIES INC.<br>ATTN: MIRIAM KULNIS<br>383 MADISON AVENUE, 23RD FLOOR<br>NEW YORK, NY 10017 | Claim Number: 6645<br>Claim Date: 08/27/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| JPMORGAN CHASE BANK, N.A., ET AL.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 4464<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
| SECURED | Claimed: | $8,643,006,907.37 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $8,571,192,475.83 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| JUDD, LIAM R.<br>IRREVOCABLE TRUST<br>C/O A.R. JUDD TRUSTEE<br>1592 REDDING<br>BIRMINGHAM, MI 48009 | Claim Number: 5569<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $25,383.91 | | |
| JUN-WEN CAI, WENDY<br>67 PARK ST.<br>SOMERVILLE, MA 02143 | Claim Number: 3321<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $20,000.00 UNLIQ | | |
| JUNCK, MARY E.<br>18475 DEER HILL ROAD<br>P.O. BOX 20<br>PLEASANT VALLEY, IA 52767 | Claim Number: 3891<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $687,471.28 | Scheduled: | $179,436.00 UNLIQ |
| K&D FACTORY SERVICES INC<br>1833-41 N CARMEN ST<br>HARRISBURG, PA 17103 | Claim Number: 1594<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| PRIORITY | Claimed: | $43,500.00 | | |
| KABAK, SCOTT W.<br>11 LONGWOOD ROAD<br>SANDS POINT, NY 11050 | Claim Number: 3848<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $135,856.56 | Scheduled: | $61,785.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

KACHARABA, ROSEMARIE
210 UTICA AVENUE
NORTH MASSAPEQUA, NY 11758

Claim Number: 3084
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $661.28 | | |
|---|---|---|---|---|

KALLET, JUDITH S.
7949 CRANES POINTE WAY
WEST PALM BEACH, FL 33412

Claim Number: 3849
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $86,874.62 | Scheduled: | $57,462.00 UNLIQ |
|---|---|---|---|---|

KAMAKAZEE KIWI CORP.
3835-R EAST THOUSAND OAKS BLVD
SUITE 343
WESTLAKE VILLAGE, CA 91362

Claim Number: 6704
Claim Date: 02/28/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

KAMINSKY, NEIL I.
IRA TRUST UAD 1-21-2000
4109 SILVERY MINNOW NW
ALBUQUERQUE, NM 87120

Claim Number: 5570
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| SECURED | Claimed: | $35,537.47 | | |
|---|---|---|---|---|

KAY, JOHN M., DBA KAY DELIVERY, INC.
C/O GIAMO ASSOCIATES LLP
ATTN: JOSEPH O. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5863
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

---

| UNSECURED | Claimed: | $122,899.23 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| KAZAN, DANIEL<br>1715 FALLING LEAF LANE<br>NORTHBROOK, IL 60062 | Claim Number: 6690<br>Claim Date: 02/09/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| KEATING, JOHN<br>610 BREAD & CHEESE HOLLOW RD<br>NORTHPORT, NY 11768 | Claim Number: 5128<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| KEBIR, LORE O<br>2424 ESTHER VIEW DR<br>LOMITA, CA 90717-2313 | Claim Number: 6538<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

| KEELER, ROBERT F.<br>18 MAGNET ST.<br>STONY BROOK, NY 11790 | Claim Number: 5038<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| KELLER, WILLIAM<br>7916 W. HILLSIDE ROAD ROUTE 3<br>CRYSTAL LAKE, IL 60012 | Claim Number: 3850<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

---

| UNSECURED | Claimed: | $43,819.77 | Scheduled: | $34,580.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

KELLERMANN, DONALD S.
2750 UNICORN LANE
WASHINGTON, DC 20015

Claim Number: 3851
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $202,942.77 | Scheduled: | $107,003.00 UNLIQ | | |
|---|---|---|---|---|---|---|

KELLOGG, VALERIE
108 LA RUE DRIVE
HUNTINGTON, NY 11743

Claim Number: 5094
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

KELLY CREWS INC.
1823 QUARTER HORSE DR.
WOODSTOCK, MD 21163

Claim Number: 340
Claim Date: 01/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

---

| PRIORITY | Claimed: | $8,116.00 | | | | |
|---|---|---|---|---|---|---|

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-01
Claim Date: 01/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

---

| UNSECURED | Claimed: | $278.02 | Scheduled: | $704.80 | Allowed: | $278.02 |
|---|---|---|---|---|---|---|

KELLY, JAMES C.
20154 ZIMMERMAN PL.
SANTA CLARITA, CA 91390

Claim Number: 4978
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

KELLY, MARGARET
8250 BRENTWOOD CT
ARVADA, CO 80005

Claim Number: 5957
Claim Date: 06/25/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $10,149.60 | |

---

KEMPER INSURANCE COMPANIES
SHERRI L. PATTERSON
MANAGED ACCOUNTS, 13NW0348
ONE KEMPER DRIVE
LONG GROVE, IL 60049

Claim Number: 1005
Claim Date: 04/14/2009
Debtor: TRIBUNE COMPANY

---

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |

---

KEMPSTER, NORMAN
7505 DEMOCRACY BLVD
APT 114
BETHESDA, MD 20817

Claim Number: 3740
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Medigap reimbursement

---

| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

KENDRICK-MCCANN LP
RE: SANTA FE 12236 MCCANN DR
C/O T C COLLINS & ASSOCIATES
3600 BIRCH ST SUITE NO.100
NEWPORT BEACH, CA 92660

Claim Number: 2728
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

---

| UNSECURED | Claimed: | $2,375.44 | |

---

KENNEDY, TIMOTHY
2075 CHARLES DRIVE
HELLERTOWN, PA 18055

Claim Number: 5685
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $5,000.00 | |

---

---

KENNEDY, TIMOTHY
2075 CHARLES DRIVE
HELLERTOWN, PA 18055

Claim Number: 5686
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $383.49 | Scheduled: | $383.49 |
|---|---|---|---|---|

KENNEY, CRANE
1021 CHERRY ST
WINNETKA, IL 60093-2112

Claim Number: 5337
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Certain Compensation and benefits in certain scenarios

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

KENT, DAVID H.
22347 KENT LANE
GRAND RAPIDS, MN 55744

Claim Number: 5874
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| ADMINISTRATIVE | Claimed: | $209.44 |
|---|---|---|
| UNSECURED | Claimed: | $14,000.00 |

KENT, ROBERT W. & ELIZABETH A., TRUSTEES
KENT FAMILY REVOCABLE TRUST
U/A DATED 03/09/07
13084 FERNTAILS
ST. LOUIS, MO 63141

Claim Number: 5909
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $5,238.95  UNLIQ |
|---|---|---|

KING FEATURES SYNDICATE
ALAN LEWIS, ESQ.
OFFICE OF GENERAL COUNSEL, HEARST CORP.
300 WEST 57TH STREET, 40TH FLOOR
NEW YORK, NY 10019

Claim Number: 529
Claim Date: 02/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $97,111.95 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

KING, VICTORIA
515 EAST 14TH STREET,#3B
NEW YORK, NY 10009

Claim Number: 3852
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $74,235.11 | Scheduled: | $68,476.36 |
|---|---|---|---|---|

KING-COHEN, SYLVIA ELIZABETH
225 KOHR RD
KINGS PARK, NY 11754

Claim Number: 5065
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

KISSI, DAVID
PO BOX 77878
ONE MASSACHUSETTS AVE NE
WASHINGTON, DC 20013

Claim Number: 1334
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

KITSAP COUNTY TREASURER
614 DIVISION ST MS-32
PORT ORCHARD, WA 98366-4614

Claim Number: 1042
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $5,109.82 |
|---|---|---|

KLEIN, JASON E.
6 TANGLEWILD PLACE
CHAPPAQUA, NY 10514-2528

Claim Number: 3853
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $113,350.42 | Scheduled: | $40,676.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

KLEIN, JEFFREY S.
18778 HILLSBORO ROAD
NORTHRIDGE, CA 91326

Claim Number: 3854
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $214,771.81 | Scheduled: | $103,115.00 UNLIQ |
|---|---|---|---|---|

KLEINER, ARNOLD J.
7575 MULHOLLAND DR.
LOS ANGELES, CA 90046

Claim Number: 3856
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,428,807.91 | | |
|---|---|---|---|---|

KLUTNICK, SUSAN K.
17582 BERLARK CIRCLE
HUNTINGTON BCH, CA 92649

Claim Number: 3857
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $381,723.02 | Scheduled: | $352,111.05 |
|---|---|---|---|---|

KNAPP, PETER A.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6743
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8750 (04/25/2011)

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

KNIGHT, TIMOTHY P.
C/O BLAKE T. HANNAFAN
HANNAFAN & HANNAFAN, LTD.
ONE EAST WACKER DR., SUITE 2800
CHICAGO, IL 60601

Claim Number: 6776
Claim Date: 06/07/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| KNORR, THOMAS H., DCD<br>506 C RIDGE ROAD<br>WILMETTE, IL 60091 | | Claim Number: 5437<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| KOPPER, JAMES L.<br>7768 LAKESIDE BLVD<br>APT 531<br>BOCA RATON, FL 33434 | | Claim Number: 3858<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $353,362.22 | Scheduled: | $217,809.00 UNLIQ |
| KRANTZ, RANDI<br>100 BEEKMAN STREET 9J<br>NEW YORK, NY 10038 | | Claim Number: 4330<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $6,239.42 | | |
| KRENEK, DEBBY<br>361  72ND ST<br>BROOKLYN, NY 11209 | | Claim Number: 5088<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| KROPINSKI, MIKE<br>1530 HAMMAN DR<br>TROY, MI 48085 | | Claim Number: 5705<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $5,074.80 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

KUCERA, PHILIP E.
1700 S BAYSHORE LANE APT 4B
MIAMI, FL 33133

Claim Number: 3859
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $295,403.76 | Scheduled: | $199,781.00 UNLIQ |
|---|---|---|---|---|

KUEKES, SALLY
BENEFICIARY FOR KUEKES, GEORGE
10671 E SAN SALVADOR
SCOTTSDALE, AZ 85258

Claim Number: 3860
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,664.99 | Scheduled: | $65,963.52 UNLIQ |
|---|---|---|---|---|

KURTICH, MARK H.
81593 CAMINO VALLECITA
INDIO, CA 92203

Claim Number: 3861
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $90,448.02 | Scheduled: | $44,754.00 UNLIQ |
|---|---|---|---|---|

KUSTER, JOHN
5 SEBURN DRIVE
BLUFFTON, SC 29909

Claim Number: 3750
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

KUTZ, MATTHEW P
3960 CLEVELAND AVE
SAINT LOUIS, MO 63110-4032

Claim Number: 2606
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| PRIORITY | Claimed: | $500.00 |
|---|---|---|
| UNSECURED | Claimed: | $25.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| KUXHAUSEN, STEVE & MICHELE<br>13219 MISTY HILLS DR<br>CYPRESS, TX 77429 | | Claim Number: 4452<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29,457.24 | | | |
| KWON, DAEWON<br>10531 EDGELEY PL<br>LOS ANGELES, CA 90024 | | Claim Number: 1585<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $2,088.00 | Scheduled: | $2,088.00 | |
| L MILLER & SON LUMBER CO INC<br>1815-25 W DIVISION ST<br>CHICAGO, IL 60622 | | Claim Number: 3604<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | | |
| UNSECURED | Claimed: | $926.66 | | | |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 693<br>Claim Date: 03/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $13,230.99 | | | |
| SECURED | Claimed: | $3,061.32 | | | |
| UNSECURED | Claimed: | $13,230.99 | | | |
| TOTAL | Claimed: | $16,292.31 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 768<br>Claim Date: 03/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | |
| PRIORITY | Claimed: | $13,230.99 | | | |
| SECURED | Claimed: | $3,061.32 | | | |
| UNSECURED | Claimed: | $13,230.99 | | | |
| TOTAL | Claimed: | $16,292.31 | | | |
| LAFRANCE, KIMBERLY MCCLEARY<br>1540 11TH ST<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 3862<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $44,006.64 | Scheduled: | $21,602.59  UNLIQ | |
| LAGUNA BEACH PATRIOTS DAY<br>PARADE ASSOCIATION<br>PO BOX 5147<br>LAGUNA BEACH, CA 92652 | | Claim Number: 1173<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| LANESEY, WILLIAM<br>7730 ANNESDALE DRIVE<br>CINCINNATI, OH 45243 | | Claim Number: 4318<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $431.18 | Scheduled: | $431.18 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| LANESEY, WILLIAM A.<br>7730 ANNESDALE DRIVE<br>CINCINNATI, OH 45243 | Claim Number: 4317<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $83,400.00 |
|---|---|---|

| LANKEY, JEFFREY W.<br>4829 BURGOYNE LANE<br>LA CANADA, CA 91011 | Claim Number: 3863<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|

| UNSECURED | Claimed: | $8,600.23 |
|---|---|---|

| LARSON, CHARLES E.<br>1401 WOODBINE COURT<br>ARLINGTON, TX 76012-4236 | Claim Number: 6696<br>Claim Date: 02/22/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 9009 (05/26/2011) | |
|---|---|---|

| UNSECURED | Claimed: | $17,465.00 |
|---|---|---|

| LASALLE NETWORK, THE<br>MARTIN J. WASSERMAN<br>MUCH SHELIST DENENBERG AMENT RUBENSTEIN<br>191 N. WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 | Claim Number: 3279<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|

| UNSECURED | Claimed: | $5,285.00 |
|---|---|---|

| LASER LINE INC<br>1025 W NURSEY RD  STE 122<br>LINTHICUM, MD 21090 | Claim Number: 1066-01<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | |
|---|---|---|

| UNSECURED | Claimed: | $418.15 | | Allowed: | $418.15 |
|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| LAUGHLIN, JOAN MC<br>201 FIVE CITIES DR<br>SPACE # 62<br>PISMO BEACH, CA 93449-3085 | Claim Number: 6524<br>Claim Date: 06/10/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED          Claimed: | $0.00 | Scheduled: | $3,230.00 | Allowed: | $3,230.00 |
| LAURENCE FURNELL, DBA LAURENCE FURNELL, INC.<br>C/O GIAMO ASSOCIATES LLP; ATTN: J GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5855<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | | |
| UNSECURED          Claimed: | $330,593.00 | Scheduled: | $0.00 UNLIQ | | |
| LAURENCE P. SKENDZEL IRA ROLLOVER<br>10338 WESTERN HILLS DR.<br>TRAVERSE CITY, MI 49864 | Claim Number: 5628<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
| SECURED          Claimed: | $40,661.50 | | | | |
| LAVENTHOL, DAVID A.<br>870 UNITED NATIONS PLAZA<br>#31B<br>NEW YORK, NY 10017 | Claim Number: 3864<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED          Claimed: | $3,598,937.76 | Scheduled: | $2,606,945.00 UNLIQ | | |
| LAVU, NIRMALA<br>5554 E. RIO VERDE VISTA DR<br>TUCSON, AZ 85750 | Claim Number: 3283<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
| UNSECURED          Claimed: | $5,000.00 | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 994<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |
|---|---|

| UNSECURED | Claimed: | $8,541.01 |
|---|---|---|

| LAW OFFICES OF GERALD S. SACK, LLC<br>GERALD S. SACK<br>836 FARMINGTON AVE.<br>SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 1091<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $8,541.01 |
|---|---|---|

| LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 6663<br>Claim Date: 10/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 994 |
|---|---|

| UNSECURED | Claimed: | $16,791.01 |
|---|---|---|

| LAWRENCE S. LOESEL IRA ROLLOVER<br>324 WATER WARH LANE<br>TRAVERSE CITY, MI 49686-1079 | Claim Number: 5627<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $25,413.44 |
|---|---|---|

| LEE, DENNIS M.<br>IRA FBO<br>3153 ORLEANS WAY S.<br>APOPKA, FL 32703-5920 | Claim Number: 4632<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $25,090.56 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| LEE, JEFFRY | Claim Number: 2624 |
| 278 STEELE ROAD | Claim Date: 05/08/2009 |
| WEST HARTFORD, CT 06117 | Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $10,000.00 |

| LEESCHNEIDER, R. MARILYN | Claim Number: 3865 |
| 2124 BAGLEY AVENUE | Claim Date: 06/09/2009 |
| LOS ANGELES, CA 90034 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $63,947.25 | Scheduled: | $37,556.00 UNLIQ |

| LEFEBVRE, SUSAN | Claim Number: 267 |
| 1 CHELSEA PLACE | Claim Date: 01/13/2009 |
| FARMINGTON, CT 06032 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00  UNDET |

| LEFEBVRE, SUSAN | Claim Number: 1531 |
| 1 CHELSEA PLACE | Claim Date: 04/23/2009 |
| FARMINGTON, CT 06032 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $45,000.00  UNLIQ |

| LEGER, LISA | Claim Number: 3689 |
| C/O DALEY, DEBOFSKY & BRYANT | Claim Date: 06/08/2009 |
| 55 W. MONROE STREET | Debtor: TRIBUNE COMPANY |
| SUITE 2440 | |
| CHICAGO, IL 60603 | |

| UNSECURED | Claimed: | $38,973.35 | Scheduled: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

LEO, JAMES
93 ISLIP BLVD.
ISLIP, NY 11751

Claim Number: 5073
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

LEONARD, JOSEPH J.
26 LAPEER ST.
DEER PARK, NY 11729

Claim Number: 295
Claim Date: 01/21/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $36,267.00 |
|---|---|---|

LEONE, MARK
19 STRUM ST.
BRENTWOOD, NY 11717

Claim Number: 5084
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

LEPE, JOSE M
455 NORTH DAHLIA AVENUE
ONTARIO, CA 91762

Claim Number: 2566
Claim Date: 05/07/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $11,369.51 |
|---|---|---|

LEVIN, MARTIN P.
221 KIRBY LANE
RYE, NY 10580

Claim Number: 3866
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $103,195.50 | Scheduled: | $105,518.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

LEVINE, JESSE E.
1255 OWOSSO AVENUE
HERMOSA BEACH, CA 90254

Claim Number: 3867
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,524.89 | Scheduled: | $25,872.00 UNLIQ |
|---|---|---|---|---|

LEVINE, NED
301 FRANKEL BLVD.
MERRICK, NY 11566

Claim Number: 5329
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

LEVINE, STANLEY H.
1209 MARSALIS WAY
CARY, NC 27519-7070

Claim Number: 5923
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $20,299.20 |
|---|---|---|

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 660
Claim Date: 02/19/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $979.31 | Scheduled: | $363.85 |
|---|---|---|---|---|

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 663
Claim Date: 02/19/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $506.53 |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 670<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | | |
| UNSECURED | Claimed: | $443.63 | | | |
| LI, TAO<br>234 BRENRICH CV N<br>MEMPHIS, TN 38117-2834 | Claim Number: 3731<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | | | |
| PRIORITY | Claimed: | $24,713.71 | | | |
| SECURED | Claimed: | $24,713.71 | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| TOTAL | Claimed: | $24,713.71 | | | |
| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4443<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | | | |
| UNSECURED | Claimed: | $19,844,866.20   CONT | | | |
| LICHTMAN, RONALD<br>16-28 RADBURN ROAD<br>FAIR LAWN, NJ 07410 | Claim Number: 2718<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| PRIORITY | Claimed: | $29,673.00 | | | |
| UNSECURED | | | Scheduled: | $29,673.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| LIEBL, ALFRED R.<br>2820 ANTIOCH CHURCH ROAD<br>WATKINSVILLE, GA 30677 | Claim Number: 6103<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,059.84 | |

| LILLICRAF, VIRGINIA C & ROME<br>JT TEN<br>137 ELM ST<br>FAIRFIELD, CT 06824-5105 | Claim Number: 6539<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

| LINDSAY, JOHN P.<br>1147 EL MEDIO AVENUE<br>PACIFIC PALISADES, CA 90272 | Claim Number: 3868<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $23,066.77 | Scheduled: | $21,758.00 UNLIQ |

| LIONHEART ENGINEERING<br>1004 TRAKK LANE<br>WOODSTOCK, IL 60098 | Claim Number: 1903<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $775.00 | Scheduled: | $775.00 |

| LIPINSKI, ANNMARIE<br>4919 S. WOODLAWN AVE.<br>CHICAGO, IL 60615 | Claim Number: 3484<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $462.99 | Scheduled: | $462.99 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| LIPTON, RICHARD CUST THOMAS S LIPTON UTM IL<br>235 WARWICK<br>KENILWORTH, IL 60043-1141 | Claim Number: 6492<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SIRVA RELOCATION LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3396<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $16,775.00 | Scheduled: | $16,775.00 |
|---|---|---|---|---|

| LOAN FUNDING V, LLC, ET AL<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3437<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| SECURED | Claimed: | $3,950,000.00 |
|---|---|---|

| LOBDELL, NANCY<br>620 SAND HILL RD, APT. 301C<br>PALO ALTO, CA 94304 | Claim Number: 3828<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $115,583.28 | Scheduled: | $89,882.00 UNLIQ |
|---|---|---|---|---|

| LOISELLE, PAUL<br>640 S BROADVIEW ST<br>ANAHEIM, CA 92804-2649 | Claim Number: 4189<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $588.14 UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ENTERCOM COMM. NEW ORLEANS
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 63
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $33,969.40 | | |
|---|---|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: HEXAWARE TECHNOLOGIES INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 2464
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $21,480.22 | Scheduled: | $21,480.22 |
|---|---|---|---|---|

LORETONI, RICHARD
18 BRADISH LANE
BABYLON, NY 11702

Claim Number: 5129
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

LUBIN, MARSHALL
314 NEPTUNE AVENUE
WEST BABYLON, NY 11704

Claim Number: 5130
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

LUFRANO, MICHAEL R.
5707 N. RAVENSWOOD
CHICAGO, IL 60660

Claim Number: 5281
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Certain Compensation and benefits in certain scenarios

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| LUNDQUIST, MARGARET<br>208 FARHAN LANE<br>NORTH BABYLON, NY 11703 | | Claim Number: 5063<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| LUTHER, MARYLOU<br>35 PARK AVE<br>11H<br>NEW YORK, NY 10016 | | Claim Number: 2033<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |
| LYLE, JOHN<br>361 E 50TH ST<br>APT 3H<br>NEW YORK, NY 10022-7953 | | Claim Number: 6508<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $306.00 | Scheduled: | $306.00 | |
| MACGOWAN, CARL<br>211-01 85TH AVENUE<br>HOLLIS HILLS, NY 11427 | | Claim Number: 4976<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| MACMUNNIS INC.<br>1840 OAK AVENUE<br>SUITE 300<br>EVANSTON, IL 60201 | | Claim Number: 1616<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $4,590.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| MADISON CORPORATE GROUP, INC., AS AGENT OF CRYSTAL LAKE LIMITED PARTNERSHIP 650 ROOSEVELT ROAD, SUITE 204 GLEN ELLYN, IL 60137 | Claim Number: 6165 Claim Date: 08/07/2009 Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $99,168.00 | | |
|---|---|---|---|---|

---

| MAGELLAN HEALTH SERVICES 125 SOUTH WACKER DR SUITE 1450 CHICAGO, IL 60606 | Claim Number: 4673 Claim Date: 06/11/2009 Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $184,803.00 | Scheduled: | $765.00 |
|---|---|---|---|---|

---

| MAGID GLOVE & SAFETY MFG. CO. LLC. 2060 N. KOLMAR AVENUE CHICAGO, IL 60639 | Claim Number: 645-02 Claim Date: 03/06/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 4102 (04/19/2010) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $603.44 | | |
|---|---|---|---|---|

---

| MAGNUSON, ROBERT G. 374 FLORA ST. LAGUNA BEACH, CA 92651 | Claim Number: 3829 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $230,074.32 | Scheduled: | $117,314.00 UNLIQ |
|---|---|---|---|---|

---

| MALLORY, R. MARK 3312 LAKEWOOD COURT GLENVIEW, IL 60026 | Claim Number: 5014 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| MANCINI, JOHN<br>64-14  847TH ST.<br>MIDDLE VILLAGE, NY 11379-2424 | Claim Number: 5089<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET |
| MANGO, CONSTANCE<br>29 EAST STREET<br>MIDDLE ISLAND, NY 11953-1712 | Claim Number: 5314<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET |
| MANN, LAURA E.<br>249-11  61ST AVE<br>LITTLE NECK, NY 11362 | Claim Number: 5060<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET |
| MANRESA JESUIT RETREAT ENDOWMENT FUND<br>C/O THOMAS HCIRLEY<br>1390 QUARTON ROAD<br>BLOOMFIELD HILLS, MI 48034 | Claim Number: 5634<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $25,413.44 |
| MANSI, MATTHEW M.<br>539 DOWNING STREET<br>DENVER, CO 80218 | Claim Number: 4988<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | |
| UNSECURED | Claimed: | $42,500.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| MARAS, JEFFREY J & AMY K MARAS JT TEN<br>BOX 205<br>GRAYSLAKE, IL 60030-0205 | | Claim Number: 6567<br>Claim Date: 07/09/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 |
| MARCUS, ERICA<br>88 WYCKOFF ST<br>BROOKLYN, NY 11201 | | Claim Number: 5093<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| MARIMOW,  WILLIAMK.<br>1942 PANAMA STREET<br>PHILADELPHIA, PA 19103 | | Claim Number: 3830<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $37,443.28 | Scheduled: | $22,775.00 UNLIQ |
| MARK 1 RESTORATION COMPANY<br>1021 MARYLAND AVENUE<br>DOLTON, IL 60419 | | Claim Number: 820<br>Claim Date: 03/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $47,450.10 | Scheduled: | $47,450.10 |
| MARRO, ANTHONY J.<br>10 WEST RD, PO BOX 944<br>OLD BENNINGTON, VT 05201 | | Claim Number: 3831<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $324,038.35 | Scheduled: | $220,893.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| MARSCH, CHRISTINE SHANEL CUST WILLIAM KENNETH MARSCH UGMA IL 596 WHARTON DR LAKE FOREST, IL 60045-4827 | | Claim Number: 6543 Claim Date: 06/21/2010 Debtor: TRIBUNE COMPANY Comments: ALLOWED DOCKET: 5435 (08/19/2010) | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | | | Scheduled: | $1,360.00 | Allowed: | $1,360.00 |

| | | | |
|---|---|---|---|
| MARSH USA, INC. ATTN: MITCHELL AUSLANDER & CHRISTOPHER JEANOS C/O WILKIE FARR & GALLAGHER LLP 787 SEVENTH AVE NEW YORK, NY 10019 | | Claim Number: 4396 Claim Date: 06/10/2009 Debtor: TRIBUNE COMPANY Comments: Confidential Settlement Agreement | |
| UNSECURED | Claimed: | $0.00   UNDET | |

| | | | |
|---|---|---|---|
| MASON, WILLIAM 46 EAST 21 ST. HUNTINGTON STATION, NY 11746 | | Claim Number: 5007 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: Pension benefits | |
| UNSECURED | Claimed: | $0.00   UNDET | |

| | | | |
|---|---|---|---|
| MASSARO, JEFFREY M. 78 ROOT AVE. ISLIP, NY 11751-2416 | | Claim Number: 5036 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET | |

| | | | |
|---|---|---|---|
| MATHIAS WASHINGTON COUNTY CHARITABLE TRUST, THE 12019 BAYER DRIVE SMITHSBURG, MD 21783 | | Claim Number: 5992 Claim Date: 06/29/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $1,051,498.56 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

MATILLA SURVIVOR TRUST, THE
C/O PATRICIA MORRIS
DANNING GILL DIAMOND & KOLLITZ, LLP
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 90067

Claim Number: 6139
Claim Date: 07/24/2009
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $8,937.53 |
| --- | --- | --- |

MATILLA SURVIVORS TRUST
SHIRLEY MATILLA AS SOLE TRUSTEE
ERIC P ISRAEL / DANNIN GILL DIAMOND
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 900678

Claim Number: 6118
Claim Date: 07/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

---

| UNSECURED | Claimed: | $159,162.04 |
| --- | --- | --- |

MATILLA SURVIVORS TRUST
SHIRLEY MATILLA AS SOLE TRUSTEE
ERIC P ISRAEL ESQ / DANNING GILL DIAMOND
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 90067

Claim Number: 6635
Claim Date: 08/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 6118

---

| UNSECURED | Claimed: | $171,673.07 |
| --- | --- | --- |

MATILLA SURVIVORS TRUST-SHIRLEY MATILLA
AS SOLE TRUSTEE, C/O ERIC P. ISRAEL, ESQ
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 90067

Claim Number: 6637
Claim Date: 08/03/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

---

| UNSECURED | Claimed: | $171,673.07 |
| --- | --- | --- |

MAXWELL, DONALD S.
2160 LE FLORE DRIVE
LA HABRA HEIGHT, CA 90631

Claim Number: 3832
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $375,385.65 | Scheduled: | $302,117.00 UNLIQ |
| --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| MAY, LIISA M.<br>15 SARATOGA ST<br>COMMACK, NY 11725 | | Claim Number: 5427<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | |
| SECURED | Claimed: | $0.00  UNDET | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| MAYER, MOSES TRUST<br>FBO ELIZABETH F. LIPPER<br>370 COOK STREET<br>DENVER, CO 80206 | | Claim Number: 5573<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $35,537.47 | | | |
| MAZURKEWICZ, DANIAL<br>NICHOLS & CANE, LLP<br>REGINA C. NICHOLS, ESQ.<br>6800 JERICHO TPKE, STE 120 W<br>SYOSSET, NY 11791 | | Claim Number: 2920<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $10,000,000.00 | Scheduled: | $0.00  UNLIQ | |
| MC CRORY, JOHN J<br>187 DOLPHIN COVE QUAY<br>STAMFORD, CT 06902 | | Claim Number: 5302<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $248,000.00 | Scheduled: | $219,546.00  UNLIQ | |
| MCCORMICK, JO ANNA CANZONERI<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | | Claim Number: 6647<br>Claim Date: 09/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | | |
| SECURED | Claimed: | $10,000,000,000.00  CONT | | | |
| UNSECURED | Claimed: | $40,000,000,000.00  CONT | | | |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| MCCROHON, NANCY<br>2101 CONNECTICUT AV<br>WASHINGTON, DC 20008 | | Claim Number: 4389<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension and survivor benefits | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

---

| MCDOWELL, CURTIS<br>166 JONES CREEK ACRES DR<br>FRANKLIN, NC 28734 | | Claim Number: 2092<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $417.45   UNLIQ | | |

---

| MCGUINNESS, KATHLEEN G.<br>PO BOX 169<br>FAIRFIELD, IA 52556 | | Claim Number: 3833<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,800,192.32 | Scheduled: | $1,713,849.82 UNLIQ |

---

| MCGUIRE, MARK E.<br>519 ORCHARD LANE<br>WINNETKA, IL 60093 | | Claim Number: 5340<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Certain Compensation and benefits in certain scenarios | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| MCINERNEY, MAUREEN<br>19 WAYSIDE LANE<br>SELDEN, NY 11784 | | Claim Number: 5313<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

MCKEON, JOHN C.
3522 GILLESPIE ST
DALLAS, TX 75219-4832

Claim Number: 3834
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $96,928.56 | Scheduled: | $38,521.00 UNLIQ |

---

MCLAUGHLIN, DONALD
2632 NE 201ST AVENUE
UNIT 30
FAIRVIEW, OR 97024-8706

Claim Number: 2273
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments:
Attached letter refers to retiree life insurance policy

---

| UNSECURED | Claimed: | $0.00 UNDET |

---

MCLAUGHLIN, VICTORIA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4929
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $10,000.00 |

---

MCLOUGHLIN, ANTOINETTE
266 RIDER AVE.
MALVERNE, NY 11565

Claim Number: 5131
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00 UNDET |

---

MCNAIR, BILL
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4926
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

---

| UNSECURED | Claimed: | $10,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

MEADOWS, JACK E.
2225 TWELVE OAKS DR
FAYETTEVILLE, AR 72703

Claim Number: 3836
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $108,100.07 | Scheduled: | $86,230.00 UNLIQ |
| --- | --- | --- | --- | --- |

MEANEY, THOMAS
124 REMSEN ST APT 13
BROOKLYN, NY 11201-4228

Claim Number: 1112
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

---

| PRIORITY | Claimed: | $400.00 |
| --- | --- | --- |

MEBT HOLDING LLC
2 GRAPEVINE LANE
BLOOMINGTON, IL 61704

Claim Number: 5897
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| SECURED | Claimed: | $54,000.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00 |

MEIER, ANDREW
430 HENRY ST NO.2
BROOKLYN, NY 11231

Claim Number: 6263
Claim Date: 10/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

---

| UNSECURED | Claimed: | $500.00 |
| --- | --- | --- |

MEIER, ANDREW
430 HENRY STREET., # 2
BROOKLYN, NY 11231

Claim Number: 6264
Claim Date: 10/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

---

| UNSECURED | Claimed: | $500.00 |
| --- | --- | --- |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| | | | | |
|---|---|---|---|---|
| MEIER, STEPHEN C.<br>1512 BEECH STREET<br>SO PASADENA, CA 91030 | | Claim Number: 3837<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $232,480.68 | Scheduled: | $126,084.00  UNLIQ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MEISSNER, ROSEMARIE<br>134 SACKETT HILL RD<br>WARREN, CT 06754 | | Claim Number: 3355<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |

| SECURED | Claimed: | $12,073.14 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MERCER, INC.<br>PO BOX 730182<br>DALLAS, TX 75373-0182 | | Claim Number: 240<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 8091 (02/22/2011) | | |

| UNSECURED | Claimed: | $35,596.00 | Scheduled: | $18,026.98 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | | Claim Number: 797<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |

| UNSECURED | Claimed: | $15,634.45 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | | Claim Number: 935<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 797 | | |

| UNSECURED | Claimed: | $16,041.31 | Scheduled: | $16,041.31 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| MERRILL LYNCH CAPITAL CORPORATION<br>ATTN: MICHAEL O'BRIEN<br>4 WORLD FINANCIAL CENTER<br>250 VESEY STREET<br>NEW YORK, NY 10080 | Claim Number: 4331<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,619,060,109.29  UNLIQ      Scheduled:      $1,619,506,849.32  UNLIQ | |

| MERRITT GB1 LLC<br>2066 LORD BALTIMORE DR<br>BALTIMORE, MD 21244 | Claim Number: 3644<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) |
|---|---|
| UNSECURED | Claimed: | $395.92 |

| MET TESTING (CALVERT ST.)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | Claim Number: 2114<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|
| UNSECURED | Claimed: | $2,445.00 |

| MET TESTING (SUN PARK)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | Claim Number: 2115<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|
| UNSECURED | Claimed: | $2,277.00 |

| METCALFE, FRIEDA A.<br>MYRON B. DEWITT, ESQ.<br>DEWITT & CORDNER<br>PO BOX 244<br>SUSQUEHANNA, PA 18847 | Claim Number: 6518<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>CLAIM AMOUNT IS $190.68 PER MONTH |
|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

METHOT, PAUL B
1357 S INDIANA PKWY
CHICAGO, IL 60605-2619

Claim Number: 6495
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,808.00 | Scheduled: | $3,808.00 | | |
|---|---|---|---|---|---|---|

MEUSER, MEGAN LOUISE
1328 S PARK AVE
SPRINGFIELD, IL 62704-3462

Claim Number: 6603
Claim Date: 07/23/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $68.00 | Allowed: | $68.00 |
|---|---|---|---|---|---|---|

MEYER, DANNY & KELLY
8891 LEE REEVES RD
TALLAHASSEE, FL 32309

Claim Number: 5967
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $60,897.60 | | | | |
|---|---|---|---|---|---|---|

MICROSOFT CORPORATION
ATTN: MARC BARRECA
K&L GATES LLP
925 FOURTH AVE, SUITE 2900
SEATTLE, WA 98104

Claim Number: 4672
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $36,494,101.15  CONT | | | | |
|---|---|---|---|---|---|---|

MICROSOFT CORPORATION AND MICROSOFT
LICENSING, GP
C/O MARIA ANN MILANO - RIDDELL WILLIAMS
1001  4TH AVE STE 4500
SEATTLE, WA 98154-1192

Claim Number: 4296
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $4,214,723.11  CONT | Scheduled: | $366,800.30 | | |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| MIKE ANTHONY PHOTO LLC<br>MICHAEL ANTHONY MOFFA<br>1003 CORKWOOD DRIVE<br>OVIEDO, FL 32765 | Claim Number: 490<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2123 (09/16/2009) | |

| PRIORITY | Claimed: | $150.00 |
|---|---|---|

| | | |
|---|---|---|
| MIKLISH, BRENDA<br>415 ARCH AVE<br>GREENSBURG, PA 15601 | Claim Number: 24<br>Claim Date: 12/22/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | |

| PRIORITY | Claimed: | $360.00 |
|---|---|---|

| | | |
|---|---|---|
| MILAN, JOHN M., AS TRUSTEE<br>THE JOHN M. MILAN AND DIANE N. MILAN<br>LIVING TRUST<br>7520 CARMENITA LN<br>WEST HILLS, CA 91304 | Claim Number: 4848<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| UNSECURED | Claimed: | $10,975.00 |
|---|---|---|

| | | |
|---|---|---|
| MILAN, JOHN M., AS TRUSTEE<br>THE JOHN M. MILAN AND DIANE N. MILAN<br>LIVING TRUST<br>7520 CARMENITA LN<br>WEST HILLS, CA 91304 | Claim Number: 5822<br>Claim Date: 06/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| UNSECURED | Claimed: | $10,975.00 |
|---|---|---|

| | | |
|---|---|---|
| MILLARD CHICAGO WINDOW CLEANING<br>ATTN: MARISELL ACUESTA<br>7301 N. CICERO AVE<br>LINCOLNWOOD, IL 60712 | Claim Number: 3193<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $5,071.00 | Scheduled: | $5,071.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 526<br>Claim Date: 01/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) |
|---|---|---|
| UNSECURED | Claimed: | $250,000.00 |

---

| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 688<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) |
|---|---|---|
| UNSECURED | Claimed: | $250,000.00   UNLIQ |

---

| MILLER, JERRY H.<br>924 MOUNTAIN TERRACE<br>HURST, TX 76053 | | Claim Number: 5877<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|
| UNSECURED | Claimed: | $202,992.00 |

---

| MILLER, SANDRA H.<br>1 PERKINS AVE.<br>AMITYVILLE, NY 11701 | | Claim Number: 5332<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| MILLROD, JACK<br>56 AMERICAN AVE<br>CORAM, NY 11727 | | Claim Number: 5087<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | | Claim Number: 200<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| PRIORITY | Claimed: | $993.96 | | | | | |
| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | | Claim Number: 6672<br>Claim Date: 11/08/2010<br>Debtor: TRIBUNE COMPANY | | | | | |
| PRIORITY | Claimed: | $9,514.58 | | | | | |
| UNSECURED | Claimed: | $16,930.59 | | | | | |
| MITCHEL & STRANGE LLP BOOTH<br>SETH W. WHITAKER<br>707 WILSHIRE BOULEVARD<br>SUITE 4450<br>LOS ANGELES, CA 90017 | | Claim Number: 3331<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | | | |
| UNSECURED | Claimed: | $4,559.45 | | | Allowed: | $4,164.85 |
| MITCHELL, SR., KEIFFER J., AS PR OF THE<br>ESTATE OF PARREN J. MITCHELL<br>LARRY GIBSON, ESQ. & JOHN LEIDIG, ESQ.<br>36 SO. CHARLES ST., SUITE 2000<br>BALTIMORE, MD 21201 | | Claim Number: 878<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $20,000,000.00 | | | | | |
| MITTLEMAN, ILEENE H<br>525 EAST 82ND ST APT 9H<br>NEW YORK, NY 10028-7158 | | Claim Number: 6594<br>Claim Date: 07/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $170.00 | Allowed: | $170.00 |

---

| MLRP PENNY LANE LLC, A DELAWARE LLC<br>RE: SCHAUMBURG 1717 PENNY LN.<br>C/O ML REALTY PARTNERS, LLC<br>ONE PIERCE PLACE, SUITE 450<br>ITASCA, IL 60143 | Claim Number: 2650<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $100,493.27   CONT |
|---|---|---|

| MOLINET, JASON A.<br>50 GILBERT ST.<br>NORTHPORT, NY 11768 | Claim Number: 5043<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MOLINET, VIRGINIA A (NEE DUNLEAVEY)<br>50 GILBERT ST.<br>NORTHPORT, NY 11768 | Claim Number: 5044<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MOLVAR, JANIE<br>17625 PALADIN DR<br>BEND, OR 97701-9132 | Claim Number: 3838<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $843,787.40 | Scheduled: | $778,331.03 |
|---|---|---|---|---|

| MOLVAR, ROGER H.<br>13113 SOUTH ECHO LAKE ROAD<br>SNOHOMISH, WA 98296 | Claim Number: 3839<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $560,764.12 | Scheduled: | $213,621.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| MONEY SERVICE CENTERS OF HAWAII, INC.<br>4-901 G KUHIO HWY.<br>KAPAA, HI 96746 | Claim Number: 416<br>Claim Date: 02/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | | | |
| UNSECURED | Claimed: | $800.00 | | | |
| MONICA R. MOCERI REVOCABLE TRUST<br>3555 FOREST HILL RD<br>BLOOMFIELD HILLS, MI 48302 | Claim Number: 5635<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
| SECURED | Claimed: | $50,826.88 | | | |
| MONROE COUNTY TREASURER<br>100 W KIRKWOOD AVE, COURTHOUSE RM 204<br>BLOOMINGTON, IN 47404-5140 | Claim Number: 783<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| PRIORITY | Claimed: | $479.98 | | | |
| MONSMA, DURHAM J.<br>10305 WYSTONE AVE.<br>PORTER RANCH, CA 91326 | Claim Number: 3840<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $107,492.11 | Scheduled: | $66,079.00 UNLIQ | |
| MONSTER INC.<br>5 CLOCK TOWER PLACE<br>SUITE 500<br>MAYNARD, MA 01754 | Claim Number: 1544<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | | |
| UNSECURED | Claimed: | $35,000.00 | | Allowed: | $3,164.38 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| MOORE, DARRYL<br>155 EAST GREENWICH ST.<br>APT 314<br>HEMPSTEAD, NY 11550 | | Claim Number: 1790<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,084.61 |
| PRIORITY | Claimed: | $5,084.61 |
| TOTAL | Claimed: | $5,084.61 |

---

| MOORE, ELIZABETH K.<br>75 S. PENATAQUIT AVE<br>BAY SHORE, NY 11706 | | Claim Number: 5132<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| MORGAN STANLEY & CO., INC<br>ATTN: STEPHEN O'CONNOR / GENERAL COUNSEL<br>1585 BROADWAY, 3RD FL<br>NEW YORK, NY 10036 | | Claim Number: 5034<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

---

| MORGAN STANLEY & CO., INCORPORATED<br>ATTN: MATTHEW MORNINGSTAR<br>1221 AVENUE OF THE AMERICAS, 35TH FL<br>NEW YORK, NY 10020 | | Claim Number: 6708<br>Claim Date: 03/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| UNSECURED | Claimed: | $1,000,511.87   UNLIQ |

---

| MORGAN STANLEY CAPITAL SERVICES, INC<br>ATTN: SIMON PLATEL, GENERAL COUNSEL<br>1585 BROADWAY, 3RD FLOOR<br>NEW YORK, NY 10036 | | Claim Number: 5027<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Various claims including protective claim of $41+million for 7.5% |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | |
|---|---|---|---|
| MORGAN, MARY T<br>1 LAFAYETTE ST<br>HUDSON FALLS, NY 12839 | | Claim Number: 6033<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| MORITSUGU, HENRY O.<br>92 CLAYDON ROAD<br>GARDEN CITY, NY 11530-1807 | | Claim Number: 5133<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| MORNINGSTAR, COLLEEN<br>1460 NE 57TH CT<br>FT. LAUDERDALE, FL 33334 | | Claim Number: 6471<br>Claim Date: 05/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | |
| SECURED | Claimed: | $10,005.64 | |
| MORTON S. COX, JR. IRA<br>P.O. BOX 590<br>PINCKNEY, MI 48169 | | Claim Number: 5637<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $76,151.72 | |
| MOSS, GERALD<br>7030 N PENNSYLVANIA STREET<br>INDIANAPOLIS, IN 46220 | | Claim Number: 6527<br>Claim Date: 06/11/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | |
| PRIORITY | Claimed: | $55,012.94 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

MULLOOLY, PATRICK
153 CHESTNUT STREET
GARDEN CITY, NY 11530

Claim Number: 5321
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | | |
|---|---|---|---|---|---|

MUNGARIAN, JOHN M. - SEP-IRA
FIDELITY MANAGEMENT TRUST CO - CUSTODIAN
4460 LA JOLLA
PENSACOLA, FL 32504

Claim Number: 897
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $20,000.00 | | | |
|---|---|---|---|---|---|

MURPHY, JENNIFER
418 N PINE LAKE DR
PATCHOGUE, NY 11772

Claim Number: 6460
Claim Date: 04/07/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $1,775.26 DISP CONT | Allowed: | $1,775.26 |
|---|---|---|---|---|---|---|

MURPHY, JOHN R.
P.O. BOX 30927
SEA ISLAND, GA 31561

Claim Number: 3842
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,259,218.77 | | | |
|---|---|---|---|---|---|

MURRAY, CARYN EVE
2 WALLINGFORD DRIVE
MELVILLE, NY 11747

Claim Number: 5134
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | | |
|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| MUSSMAN, KRISTIN L<br>36 WILDROSE AVE<br>SOUTH PORTLAND, ME 04106-6618 | Claim Number: 6505<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $5,406.00 | Scheduled: | $5,406.00 |
|---|---|---|---|---|

| MYERS, SIDNEY<br>7842 FISHER ISLAND DR<br>FISHER ISLAND, FL 33109 | Claim Number: 6602<br>Claim Date: 07/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $102.00 |
|---|---|---|

| NAGEL, CONRAD F. III<br>2841 APPLE BLOSSOM DR.<br>ALVA, FL 33920 | Claim Number: 3369<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $18,000.00   UNLIQ |
|---|---|---|

| NAKELSKI, CHESTER, DBA C.J. NAKELSKI,<br>INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5864<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $57,044.00 | Scheduled: | $0.00   UNLIQ |
|---|---|---|---|---|

| NAPER SMALL BUSINESS, LLC<br>1805 HIGH GROVE LANE<br>NAPERVILLE, IL 60540 | Claim Number: 6081<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $40,636.70 |
|---|---|---|

---

NASH, JOHN T.
HC 1 BOX 126
KAUNAKAKAI, HI 96748-8603

Claim Number: 3843
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $373,594.11 | Scheduled: | $344,612.74 |
|---|---|---|---|---|

NATIONAL DECORATING SERVICE INC
2210 CAMDEN COURT
ATTN: LEO HART
OAK BROOK, IL 60523-1272

Claim Number: 1405
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,400.00 |
|---|---|---|

NATIONAL FINANCIAL SERVICES
FBO PAUL M MOHME
709 LAKE STREET
SAN FRANCISCO, CA 94118

Claim Number: 3370
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,153.02 |
|---|---|---|

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

Claim Number: 4290
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| UNSECURED | Claimed: | $387,987.70 |
|---|---|---|

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

Claim Number: 6550
Claim Date: 06/29/2010
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $387,987.70 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1233<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $27,000.00 | Scheduled: | $27,000.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1234<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1235<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1236<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1237<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1238<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,400.00 | Scheduled: | $10,400.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1239<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,100.00 | Scheduled: | $7,100.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1240<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,900.00 | Scheduled: | $6,900.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1241<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1242<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,000.00 | Scheduled: | $32,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1243<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,617.00 | Scheduled: | $11,617.00 | |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1244<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,745.00 | Scheduled: | $7,745.00 | |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1245<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 | |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1246<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,900.00 | Scheduled: | $2,900.00 | Allowed: $1,299.52 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1247<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,800.00 | Scheduled: | $2,800.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL 25115 AVE STANFORD  STE A 300 VALENCIA, CA 91355 | | Claim Number: 1248 Claim Date: 04/21/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $60,294.00 | Scheduled: | $60,294.00 |
| NEASI WEBER INTERNATIONAL 25115 AVE STANFORD  STE A 300 VALENCIA, CA 91355 | | Claim Number: 1249 Claim Date: 04/21/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $104,000.00 | Scheduled: | $104,000.00 |
| NEASI WEBER INTERNATIONAL 25115 AVE STANFORD  STE A 300 VALENCIA, CA 91355 | | Claim Number: 1250 Claim Date: 04/21/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |
| NEASI WEBER INTERNATIONAL 25115 AVE STANFORD  STE A 300 VALENCIA, CA 91355 | | Claim Number: 1251 Claim Date: 04/21/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,855.64 | Scheduled: | $1,855.64 |
| NEASI WEBER INTERNATIONAL 25115 AVE STANFORD  STE A 300 VALENCIA, CA 91355 | | Claim Number: 1252 Claim Date: 04/21/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,029.16 | Scheduled: | $2,029.16 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1253<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,413.10 | Scheduled: | $2,413.10 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1254<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1255<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,140.41 | Scheduled: | $2,140.41 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1256<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,420.02 | Scheduled: | $1,420.02 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1257<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,815.06 | Scheduled: | $1,815.06 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355 | | Claim Number: 1258
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,698.47 | Scheduled: | $1,698.47 |
| NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355 | | Claim Number: 1259
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,407.62 | Scheduled: | $1,407.62 |
| NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355 | | Claim Number: 1260
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $40,196.00 | Scheduled: | $40,196.00 |
| NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355 | | Claim Number: 1261
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $19,200.00 | Scheduled: | $19,200.00 |
| NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355 | | Claim Number: 1262
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $62,400.00 | Scheduled: | $62,400.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1263<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |
|---|---|---|---|---|

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1266<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $12,200.00 | Scheduled: | $12,200.00 |
|---|---|---|---|---|

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1267<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $11,400.00 | Scheduled: | $11,400.00 |
|---|---|---|---|---|

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1268<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $14,000.00 | Scheduled: | $14,000.00 |
|---|---|---|---|---|

| NEELY, JACK W<br>41121 BRYN BACH LN<br>LEESBURG, VA 20175-8747 | Claim Number: 3845<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $8,957.24 | Scheduled: | $7,597.50 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| NEIBERGALL, BRENDAN DOUGLAS<br>1328 S PARK AVE<br>SPRINGFIELD, IL 62704-3462 | Claim Number: 6604<br>Claim Date: 07/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $68.00 | Allowed: | $68.00 |

| NEIBERGALL, GABRIEL HANSEN<br>3201 58TH ST S<br>APT 159<br>GULFPORT, FL 33707-6041 | Claim Number: 6552<br>Claim Date: 07/02/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

| NEIGHBORS, THOMAS F &<br>GWEN C WINTER-NEIGHBORS JT TEN<br>26 CHARTERHOUSE AVE<br>PIEDMONT, SC 29673-9139 | Claim Number: 6534<br>Claim Date: 06/18/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

| NEILSON, LAURA<br>160 E 3RD ST APT 4F<br>NEW YORK, NY 10009-7735 | Claim Number: 1026<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|
| PRIORITY | Claimed: | $75.00 |

| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | Claim Number: 5719<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|
| UNSECURED | Claimed: | $20,299.20 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5720<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,284.24 | | | |
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5721<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $18,269.28 | | | |
| NETTIMI, SOUMYA<br>2941 GRAY ST<br>OAKTON, VA 22124 | | Claim Number: 4896<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,149.60 | | | |
| NEUMAN, CHRIS<br>C/O MOSKOWITZ LAW GROUP, KAREN MOSKOWITZ<br>JUDITH SALKOW SHAPIRO, PC<br>1010 LEXINGTON ROAD<br>BEVERLY HILLS, CA 90210 | | Claim Number: 4859<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4892 (06/28/2010) | | | |
| UNSECURED | Claimed: | $1,500,000.00  UNLIQ | Scheduled: | $0.00 UNLIQ | |
| NEW JERSEY DEPARTMENT OF THE TREASURY<br>PROPERTY ADMINISTRATION<br>CN 214<br>TRENTON, NJ 08646 | | Claim Number: 3113<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | |
|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 67<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | $0.79 | |
| UNSECURED | Claimed: | $761.56 | |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 950<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | $322,942.07 | UNLIQ |
| UNSECURED | Claimed: | $96,661.64 | UNLIQ |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 3462<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | $323,473.78 | UNLIQ |
| UNSECURED | Claimed: | $96,986.64 | UNLIQ |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 3600<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $23.62 | |

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 4895 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4417 (05/14/2010) |
| PRIORITY | Claimed: | $2,681,770.78 |
| UNSECURED | Claimed: | $262,294.64 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6442 Claim Date: 03/22/2010 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 8204 (03/01/2011) |
| PRIORITY | Claimed: | $2,681,770.78 |
| UNSECURED | Claimed: | $292,587.78 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6568 Claim Date: 07/12/2010 Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE | Claimed: | $1,251.73   UNLIQ |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6684 Claim Date: 01/14/2011 Debtor: TRIBUNE COMPANY Comments: DOCKET: 9006 (05/26/2011) |
| PRIORITY | Claimed: | $2,681,770.78 |
| UNSECURED | Claimed: | $291,926.14 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 6741<br>Claim Date: 04/07/2011<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $618,496.78 | | | |
| UNSECURED | Claimed: | $126,618.14 | | | |
| NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | | Claim Number: 5765<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $43,313.54 | | | |
| NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | | Claim Number: 5766<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $35,400.97 | | | |
| NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | | Claim Number: 5767<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $13,249.87 | | | |
| NIESE, WILLIAM A.<br>6061 LAKE VISTA DRIVE<br>BONSALL, CA 92003 | | Claim Number: 3846<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,894,702.51 | Scheduled: | $1,451,433.00 UNLIQ | |

| NILES, NICHOLAS H.<br>THE BLOOMING GROVE CLUB<br>123 OLD FIELD ROAD<br>HAWLEY, PA 18428 | | Claim Number: 3847<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,691.01 | Scheduled: | $30,236.00 UNLIQ |
| NOLLIE, YOLANDA<br>814 MARGARET SQUARE<br>WINTER PARK, FL 32789 | | Claim Number: 1579<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $13,375.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $2,425.00 | | |
| TOTAL | Claimed: | $13,375.00 | | |
| NOLLIE, YOLANDA<br>814 MARGARET SQUARE<br>WINTER PARK, FL 32789 | | Claim Number: 1580<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | |
| ADMINISTRATIVE | Claimed: | $13,375.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $2,425.00 | | |
| TOTAL | Claimed: | $13,375.00 | | |
| NORRIS, JAMES<br>121 TAFT CRESCENT<br>CENTERPORT, NY 11721 | | Claim Number: 3814<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $244,398.59 | Scheduled: | $170,700.58 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

NORTH DALLAS BANK & TRUST CO.
ATTN: KELLY L. GREEN
12900 PRESTON RD.
DALLAS, TX 75230

Claim Number: 2261
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 266

| UNSECURED | Claimed: | $41,457.84 |
|---|---|---|

NORTH HILLS INDUSTRIAL PARK, INC
RE: NORTH HILLS 16715 SCHOENB
C/O CASTLE ARCH REAL ESTATE INVESTMENTS
9595 WILSHIRE BLVD STE 1000
BEVERLY HILLS, CA 90212

Claim Number: 4665
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $6,826.62 |
|---|---|---|

NORTHERN TRUST COMPANY, THE
ATTN: TREASURY MANAGEMENT SERVICES
50 S. LASALLE STREET
CHICAGO, IL 60603

Claim Number: 839-02
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $2,181.94 |
|---|---|---|

NORTHERN TRUST COMPANY, THE
ATTN: JOHN A. PILIPONIS
50 SOUTH LASALLE STREET, M-9
CHICAGO, IL 60603

Claim Number: 3479
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $150,895.94 |
|---|---|---|

NORTHWESTERN MUTUAL LIFE INSURANCE CO
C/O E. KEITH HARWELL
SEEFRIED PROPERTIES INC.
7101 PRESIDENTS DRIVE, SUITE 105
ORLANDO, FL 32809

Claim Number: 888
Claim Date: 03/31/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $4,428.00 |
|---|---|---|
| UNSECURED | Claimed: | $56,185.63 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| NOYES, SUSAN BLANKENBAKER<br>BOX 51<br>WILMETTE, IL 60091-0051 | Claim Number: 6654<br>Claim Date: 09/27/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |
|---|---|---|---|---|

| NUCKOLS, JAMES<br>1740 DYLAN WAY<br>ENCINITAS, CA 92024-6201 | Claim Number: 3815<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $159,526.04 | Scheduled: | $146,820.84 UNLIQ |
|---|---|---|---|---|

| NUCOMM, INC.<br>200 INTERNATIONAL DR #1<br>BUDD LAKE, NJ 07828-4304 | Claim Number: 4122<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $4,778.51 | | |
|---|---|---|---|---|

| NULSEN, JOHN<br>ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER<br>1221 LOCUST ST., 2ND FL<br>SAINT LOUIS, MO 63103 | Claim Number: 3273<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $1,286.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,286.00 | | |
| TOTAL | Claimed: | $1,286.00 | | |

| NYC DEPT. OF FINANCE, AUDIT DIVISION<br>ATTN: BANKRUPTCY UNIT<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | Claim Number: 5972<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 3021 | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $1,830,123.00   UNLIQ | | |
|---|---|---|---|---|

| O'NEILL, MICHAEL<br>23 CAYUGA RD<br>SCARSDALE, NY 10583-6941 | | Claim Number: 2717<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $96,070.00 | | |
| SECURED | Claimed: | $96,070.00 | | |
| TOTAL | Claimed: | $96,070.00 | | |
| O'NEILL, MICHAEL<br>23 CAYUGA ROAD<br>SCARSDALE, NY 10583 | | Claim Number: 2937<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $118,284.00 | | |
| SECURED | Claimed: | $118,284.00 | | |
| UNSECURED | | | Scheduled: | $126,509.00 UNLIQ |
| TOTAL | Claimed: | $118,284.00 | | |
| O'NEILL, NANCY<br>4 CORTE LAS CASAS<br>TIBURON, CA 94920-2012 | | Claim Number: 3817<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $473,600.44 | Scheduled: | $417,791.44 |
| O'SULLIVAN, ROBERT<br>304 JEFFERSON CT.<br>EDGEWATER, NJ 07020 | | Claim Number: 3818<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $317,971.62 | Scheduled: | $293,305.13 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587-01
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $2,827,161.00   UNLIQ |
| --- | --- | --- |

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $5,587,879.00   UNLIQ | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $150,948,822.00 |

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4587-05
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $24,412,121.00   UNLIQ |
| --- | --- | --- |

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587-04
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $7,022,053.00   UNLIQ |
| --- | --- | --- |

---

OCE NORTH AMERICA, INC.
ATTN: LEE-ANN PETERICK
5600 BROKEN SOUND BLVD
BOCA RATON, FL 33487

Claim Number: 313
Claim Date: 01/26/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 9006 (05/26/2011)

| UNSECURED | Claimed: | $15,717.18 |
| --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| **SECURED** Claimed: | $28,983,367.00   UNLIQ | | |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | |
| **SECURED** Claimed: | $82,116,241.00   UNLIQ | | |
| OFFOR, KINGSLEY<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | Claim Number: 1133<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| **UNSECURED** Claimed: | $12,985.00 | | |
| OFFOR, KINGSLEY N<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | Claim Number: 2378<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| **UNSECURED** Claimed: | $29,827.00 | | |
| OGLESBY, ROGER D<br>117 E LOUISA ST # 342<br>SEATTLE, WA 98102-3203 | Claim Number: 3816<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| **UNSECURED** Claimed: | $47,034.01 | Scheduled: | $27,386.00 UNLIQ |

| | | |
|---|---|---|
| OHIO DEPARTMENT OF TAXATION<br>CHARLES W. RHILINGER JR.<br>30 EAST BROAD STREET<br>COLUMBUS, OH 43215 | Claim Number: 241<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7791 (02/04/2011) | |
| PRIORITY            Claimed: | $26,219.18 | |
| OHIO DEPARTMENT OF TAXATION<br>REBECCA L DAUM, ATTORNEY-BANKRUPTCY DIV.<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | Claim Number: 6626<br>Claim Date: 07/27/2010<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE            Claimed: | $10,115.07 | |
| OHIO DEPARTMENT OF TAXATION<br>REBECCA L DAUM<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | Claim Number: 6656<br>Claim Date: 10/04/2010<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE            Claimed: | $10,112.88 | |
| OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | Claim Number: 6657<br>Claim Date: 10/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 241 | |
| PRIORITY            Claimed:<br>UNSECURED            Claimed: | $6,110.48<br>$1,124.00 | |
| OMNITURE, INC.<br>KYLE PANKRATZ,<br>550 EAST TIMPANOGOS CIRCLE<br>OREM, UT 84097 | Claim Number: 4987<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | |
| UNSECURED            Claimed: | $11,500.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| ON TIME SOLUTIONS, INC.<br>CLAUDINE MCCARTHY<br>40 HASTINGS LANE<br>BOYNTON BEACH, FL 33426 | Claim Number: 291<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | |
| UNSECURED          Claimed: | $65.00 | |
| ORACLE USA, INC.<br>BUCHALTER NEMER P.C.<br>SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>SAN FRANCISCO, CA 94105 | Claim Number: 3275<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $8,560.19 | |
| ORANGE COUNTY TAX COLLECTOR<br>EARL K. WOOD<br>200 SOUTH ORANGE AVENUE<br>POST OFFICE BOX 2551<br>ORLANDO, FL 32802 | Claim Number: 487<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY | |
| SECURED          Claimed: | $577.42   UNLIQ | |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | Claim Number: 2214<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE          Claimed: | $891,563.33   UNLIQ | |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | Claim Number: 2249<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE          Claimed:<br>PRIORITY          Claimed:<br>SECURED          Claimed: | $0.00<br>$557.51<br>$0.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | | Claim Number: 2628<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| PRIORITY | Claimed: | $557.51 |
| SECURED | Claimed: | $0.00 |
| ORLANDO MAGIC, LTD.<br>ZACHARY J. BANCROFT, ESQ.;<br>LOWNDES DROSDICK, ET AL.;<br>P.O. BOX 2809<br>ORLANDO, FL 32802 | | Claim Number: 2845<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
| UNSECURED | Claimed: | $13,059.68 |
| ORTEZ, ALBERTO M. JR.<br>22 FLORAL AVE.<br>HUNTINGTON, NY 11743 | | Claim Number: 5324<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00  UNDET |
| OTIS ELEVATOR COMPANY, ET AL<br>ATTN: TREASURY SERVICES - J. PARENT<br>1 FARMS SPRINGS, 3RD FLOOR<br>FARMINGTON, CT 06032 | | Claim Number: 237<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $3,679.60 |
| OWEN, JOHN R. - SEP-IRA<br>840 S. COLLIER BLVD #1104<br>MARCO ISLAND, FL 34145 | | Claim Number: 3023<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $6,595.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

OXENDINE, JACQUELYN ESQ
1327 PRESCOTT ST. SO.
SAINT PETERSBURG, FL 33712

Claim Number: 5012
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000,000.00 | Scheduled: | $0.00 UNLIQ | |
|---|---|---|---|---|---|

PADGETT, TANIA
68-36 108TH ST., APT. B51
FOREST HILLS, NY 11375

Claim Number: 5046
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET | | | |
|---|---|---|---|---|---|

PALAGANO, THOMAS
4242 EAST-WEST HWY #817
CHEVY CHASE, MD 20815

Claim Number: 5593
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $71,047.20 | | | |
|---|---|---|---|---|---|

PALERMINI, ROBERT
1816 ORCHARD AVE UNIT 2
GLENDALE, CA 91206

Claim Number: 2999
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $359.62 | Scheduled: | $359.62 | |
|---|---|---|---|---|---|

PALKA, EDWARD & KATHRYN E.
2893 SLEEPY HOLLOW DRIVE
GREEN BAY, WI 54311-6535

Claim Number: 6535
Claim Date: 06/18/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $170.00 | Allowed: | $170.00 |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

PANDOLFI, FRANCIS P.
168 WATER STREET
STONINGTON, CT 06378-1210

Claim Number: 1546
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $172,194.00 | Scheduled: | $172,194.00 UNLIQ |
|---|---|---|---|---|

PARAMOUNT RODEO REALTY, INC.
600 N SEPULVEDA BLVD
BEL AIR, CA 90049

Claim Number: 2426
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $65.45 | Scheduled: | $65.45 |
|---|---|---|---|---|

PARKS, MICHAEL
1211 S EUCLID AVENUE
PASADENA, CA 91106

Claim Number: 3819
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,963,183.90 | Scheduled: | $1,680,463.58 UNLIQ |
|---|---|---|---|---|

PARO, JEFFREY N.
30 QUAKER ROAD
SHORT HILLS, NJ 07078-1955

Claim Number: 3820
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $57,050.82 | Scheduled: | $23,486.00 UNLIQ |
|---|---|---|---|---|

PARSONS, LEIF
223 MONITOR ST  2ND FLOOR
BROOKLYN, NY 11222

Claim Number: 4282
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| PARSONS, WILLIAM H<br>4444 BRENDENWOOD RD<br>APT 207<br>ROCKFORD, IL 61107-2266 | | Claim Number: 6553<br>Claim Date: 07/02/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |
| PASTIER, JOHN<br>241 S 12TH ST<br>SAN JOSE, CA 95112 | | Claim Number: 6499<br>Claim Date: 05/25/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,904.00 | Scheduled: | $1,904.00 |
| PATINELLA, JOHN F.<br>13061 PEBBLEBROOK POINT CIR # 202<br>FORT MYERS, FL 33905-6305 | | Claim Number: 3821<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $150,001.24 | Scheduled: | $97,381.00 UNLIQ |
| PATSCHKE, RONALD B. IRA<br>GUARANTEE & TRUST CO.<br>2801 COOL RIVER LOOP<br>ROUND ROCK, TX 78665 | | Claim Number: 4847<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| PATTISHALL MCAULIFFE NEWBERRY HILLIARD<br>AND GERALDSON<br>311 S WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 2255<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $1,280.57 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| PAYNE, JANETTE O.<br>27 BUTTONWOOD DR.<br>DIX HILLS, NY 11746 | | Claim Number: 3822<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $35,393.07 | Scheduled: | $23,117.00 UNLIQ |
| PECHA, FRANK J. & CAMILLE A.<br>JT TEN<br>21300 BRUSH LAKE DR<br>CRESTHILL, IL 60403 | | Claim Number: 6693<br>Claim Date: 02/14/2011<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $7,072.00 | | |
| UNSECURED | | | Scheduled: | $7,072.00 |
| PELIZZA, ELLEN<br>5300 EMERYWOOD DR<br>BUENA PARK, CA 90621 | | Claim Number: 3823<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $67,546.24 | Scheduled: | $30,930.00 UNLIQ |
| PELLINO, LOUIS<br>P.O. BOX 75<br>HICKSVILLE, NY 11802 | | Claim Number: 2078<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
| PRIORITY | Claimed: | $0.00 UNDET | | |
| PENNINGTON, STEPHEN<br>3005B HIRTER RD<br>ST JOSEPH, MO 64506-1552 | | Claim Number: 6507<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| PENNSYLVANIA TREASURY | Claim Number: 4728 |
| BUREAU OF UNCLAIMED PROPERTY | Claim Date: 06/11/2009 |
| P.O. BOX 1837 | Debtor: TRIBUNE COMPANY |
| HARRISBURG, PA 17105 | |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4799 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $749,700,000.00 UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4800 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4801 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4802 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $33,000,000.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4803
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4804
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4805
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $4,500,000.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4806
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4807
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4808 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

ADMINISTRATIVE          Claimed:                    $5,500,000.00   UNLIQ

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4809 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

ADMINISTRATIVE          Claimed:                           $0.00   UNLIQ

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4810 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

ADMINISTRATIVE          Claimed:                           $0.00   UNLIQ

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4811 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

ADMINISTRATIVE          Claimed:                     $200,000.00   UNLIQ

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4812 |
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | |
| WASHINGTON, DC 20005-4026 | |

ADMINISTRATIVE          Claimed:                           $0.00   UNLIQ

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4813<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4814<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4815<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4816<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

| PEOPLES GAS LIGHT & CO.<br>NORTH SHORE GAS CO.<br>130 E. RANDOLPH DR<br>CHICAGO, IL 60601 | Claim Number: 6187<br>Claim Date: 08/25/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $49,607.51 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

PEOPLES GAS LIGHT AND COKE CO.
NORTH SHORE GAS CO.
130 E. RANDOLPH DR.
CHICAGO, IL 60601

Claim Number: 6270
Claim Date: 09/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $52,809.15 | | |

---

PEPER, GEORGE F.
9A GIBSON PLACE
ST ANDREWS, KY169JE
UNITED KINGDOM

Claim Number: 3010
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $102,842.00 | Scheduled: | $102,842.00 UNLIQ |

---

PEPER, GEORGE F.
9A GIBSON
ST ANDREWS, KY169JE
UNITED KINGDOM

Claim Number: 3011
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $0.00 UNDET | | |

---

PERELLE & GRANVILLE LIVING TRUST
DIANE GRANVILLE TTEE
601 E. BRANCH RD
PATTERSON, NY 12563

Claim Number: 4980
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,500.00 | | |

---

PEREZ, ROBERT
JAMES SORENSON, ESQ. AND D. TYLER VAN
LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.
PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 5661
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68,701.71 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| PERRUSO, CAROL | Claim Number: 3824 |
| 376 ULTIMO AVENUE | Claim Date: 06/09/2009 |
| LONG BEACH, CA 90814 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $93,718.73 | Scheduled: | $3,500.00 UNLIQ |
|---|---|---|---|---|

| PERRY, VICTOR A. | Claim Number: 3825 |
| 115 17TH STREET, NE | Claim Date: 06/09/2009 |
| ATLANTA, GA 30309 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $32,377.21 |
|---|---|---|

| PERSONAL PLUS, INC. | Claim Number: 5606 |
| SQUIRE, SANDERS & DEMPSEY LLP | Claim Date: 06/12/2009 |
| C/O KELLY SINGER | Debtor: TRIBUNE COMPANY |
| 40 N. CENTRAL AVE., # 2700 | Comments: EXPUNGED |
| PHOENIX, AZ 85004 | DOCKET: 3526 (02/24/2010) |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| PETERSON, MAUREEN G. | Claim Number: 3826 |
| 7 BARNES RD W | Claim Date: 06/09/2009 |
| STAMFORD, CT 06902-1243 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $594,751.05 | Scheduled: | $762,066.00 UNLIQ |
|---|---|---|---|---|

| PETRY, LYNN A. | Claim Number: 5317 |
| 70 ROY AVE. | Claim Date: 06/12/2009 |
| MASSAPEQUA, NY 11758 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

PETTY, MARTHA A.
5933 SEABIRD DRIVE SOUTH
GULFPORT, FL 33707

Claim Number: 3827
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $149,885.51 | Scheduled: | $73,760.00 UNLIQ |

PHELPS, CAROLE
175 TIMROD ROAD
MANCHESTER, CT 06040

Claim Number: 5951
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,457.00 |
| UNSECURED | Claimed: | $1,488,543.00 |

PITNEY BOWES CREDIT CORP
ATTN: RECOVERY DEPT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 885
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,294.97 |

PITNEY BOWES CREDIT CORPORATION
27 WATERVIEW DRIVE
ATTN: RECOVERY DEPARTMETN
SHELTON, CT 06484

Claim Number: 884
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00 |

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
SHELTON, CT 06484

Claim Number: 684
Claim Date: 02/27/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 689

| | | |
|---|---|---|
| PRIORITY | Claimed: | $211.40 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
SHELTON, CT 06484

Claim Number: 689
Claim Date: 03/03/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7426 (01/07/2011)

| PRIORITY | Claimed: | $211.40 |
| --- | --- | --- |

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
SHELTON, CT 06484

Claim Number: 835
Claim Date: 03/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8523 (03/30/2011)

| PRIORITY | Claimed: | $1,356.30 |
| --- | --- | --- |

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
SHELTON, CT 06484

Claim Number: 882
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $351.90 |
| --- | --- | --- |

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
ATTN: RECOVERY DEPT
SHELTON, CT 06484

Claim Number: 883
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,115.33 |
| --- | --- | --- |

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 954
Claim Date: 03/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $12,442.88 |
| --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN:RECOVERY DEPT.<br>SHELTON, CT 06484 | Claim Number: 3085<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $15,817.25 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 6154<br>Claim Date: 07/31/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $16,282.18 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 6337<br>Claim Date: 11/23/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY          Claimed: | $397.80 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 6436<br>Claim Date: 03/16/2010<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $3,297.20 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 6444<br>Claim Date: 03/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | |
| UNSECURED          Claimed: | $3,297.20 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6565<br>Claim Date: 07/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9011 (05/26/2011) | | | |
| UNSECURED | Claimed: | $5,136.18 | | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6590<br>Claim Date: 07/06/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5869 (10/01/2010) | | | |
| UNSECURED | Claimed: | $5,136.18 | | | |
| PLANK, JACK L.<br>33522 NANCY JANE COURT<br>DANA POINT, CA 92629-1532 | | Claim Number: 3789<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $316,088.85 | Scheduled: | $254,817.00 UNLIQ | |
| PLCS CORPORATION<br>GREMLEY & BIEDERMANN INC<br>4505 N ELSTON<br>CHICAGO, IL 60630 | | Claim Number: 2436<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $6,750.00 | | | |
| POLLARD, DONALD E. LIVING TRUST U/A<br>DONALD E. POLLARD AND VICKIE E. POLLARD<br>TRUSTEES<br>14250 ROYAL HARBOUR COURT #918<br>FORT MYERS, FL 33908 | | Claim Number: 5793<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $7,104.72 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POMMREHN, WILLIAM<br>202 SETTLERS DR<br>CEDAR PARK, TX 78613 | | Claim Number: 5779<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| UNSECURED | Claimed: | $10,149.60 | | | | | |
| POSEY, JOHN A. JR<br>5013 EVERGREEN STREET<br>BELLAIRE, TX 77401-5014 | | Claim Number: 4159<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| SECURED | Claimed: | $35,000.00   UNLIQ | | | | | |
| PPF OFF TWO PARK AVE OWNER, LLC<br>C/O MORGAN STANLEY INC.<br>ATTN: MARIA BLAKE<br>1585 BROADWAY<br>NEW YORK, NY 10036 | | Claim Number: 6319<br>Claim Date: 10/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends Claim number 3407 from 6/2/09 | | | | | |
| UNSECURED | Claimed: | $1,700,000.00 | | | | | |
| PPF OFF TWO PARK AVENUE OWNER, LLC<br>C/O MORGAN STANLEY INC.<br>ATTN: MARIA BLAKE<br>1585 BROADWAY<br>NEW YORK, NY 10036 | | Claim Number: 3407<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | | | |
| ADMINISTRATIVE<br>SECURED<br>UNSECURED | Claimed:<br>Claimed:<br>Claimed: | $0.00   UNLIQ<br>$0.00   UNLIQ<br>$43,711.01   UNLIQ | | | | | |
| PROLARMCO INC<br>P O BOX 117<br>GREENVALE, NY 11548 | | Claim Number: 2017<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $354.00 | Scheduled: | $350.42 | Allowed: | $350.42 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

PROTECTION ONE
C/O CREDITORS BANKRUPTCY SERVICE
P.O. BOX 740933
DALLAS, TX 75374

Claim Number: 2960
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,679.97 | |

PSOMAS
555 SOUTH FLOWER STREET  SUITE 4400
LOS ANGELES, CA 90071

Claim Number: 974
Claim Date: 04/17/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $57,431.59 | Scheduled: | $18,962.22 | |

PUBON, GUSTAVO
86 FOREST RD.
CENTEREACH, NY 11720

Claim Number: 5135
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

PULLEY, DAN
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST., 2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3272
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,276.80 |
| UNSECURED | Claimed: | $2,276.80 |
| TOTAL | Claimed: | $2,276.80 |

PURI, SURRINDER K.
865 OAKDALE RD
ATLANTA, GA 30307

Claim Number: 5964
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,374.00 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| PURJES, DAN<br>60 SUTTON PLACE SOUTH<br>NEW YORK, NY 10022 | Claim Number: 6135<br>Claim Date: 07/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $10,000.00 | |
| QUIGLEY, IRIS<br>6 O'HARA PL<br>HUNTINGTON, NY 11743 | Claim Number: 3743<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| QUINTANILLA, BLANCA MONICA<br>8200 BLVD. EAST APT 14 B<br>NORTH BERGEN, NJ 07047 | Claim Number: 5136<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| R.R. DONNELLEY & SONS COMPANY<br>EULER HERMES ACI<br>AGENT OF R.R. DONNELLEY & SONS COMPANY<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | Claim Number: 482<br>Claim Date: 02/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 411 (02/17/2009) | |
| UNSECURED          Claimed: | $478,865.06 | |
| RADCLIFFE JEWELERS<br>1848 REISTERSTOWN RD<br>BALTIMORE, MD 21208 | Claim Number: 3480<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | |
| ADMINISTRATIVE          Claimed: | $5,459.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

RAGNAR BENSON LLC
250 S NORTHWEST HIGHWAY
ATTN: JEN HAUB
PARK RIDGE, IL 60068

Claim Number: 1071
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,914.12 | Scheduled: | $9,914.12 |
|---|---|---|---|---|

RAIA, ALEXANDER J.
128 WELLINGTON RD.
GARDEN CITY, NY 11530

Claim Number: 5064
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

RAIA, JUDITH
128 WELLINGTON RD.
GARDEN CITY, NY 11530

Claim Number: 5072
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

RAISH, JASON
3069 COUNTY RD    119
CANISTEO, NY 14823

Claim Number: 3485
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
|---|---|---|---|---|

RAMIREZ, VICTORIA RIGNER
36 HARTFORD STREET
LINDENHURST, NY 11757

Claim Number: 5320
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| RANGE, MICHAEL S<br>360 KINGSBERY CT<br>HIGHLAND, IL 62249-2924 | | Claim Number: 6488<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |

| RAWITCH, ROBERT<br>9730 TUNNEY AVE.<br>NORTHRIDGE, CA 91324 | | Claim Number: 3633<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for retiree medical benefits | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| RAY OHERRON CO<br>523 E ROOSEVELT RD<br>LOMBARD, IL 60148 | | Claim Number: 1385<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,667.50 | Scheduled: | $1,667.50 |

| RAYSSES, MICHAEL<br>2729 BARRY AVENUE<br>LOS ANGELES, CA 90064 | | Claim Number: 3176<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| REALTY ASSOCIATES FUND VIII LP., THE<br>C/O RONALD K. BROWN JR<br>LAW OFFICES OF RONALD K. BROWN JR<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | | Claim Number: 3460<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $44,626.87 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| REDBOURN PARTNERS, LTD | Claim Number: 2275 |
| DEREK C. ABBOTT, ESQ. | Claim Date: 05/04/2009 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Debtor: TRIBUNE COMPANY |
| 1201 N. MARKET ST., P.O. BOX 1347 | Comments: EXPUNGED |
| WILMINGTON, DE 19899 | DOCKET: 4405 (05/14/2010) |

| UNSECURED | Claimed: | $2,394,767.45   UNLIQ |

---

| REDMOND, ELIZABETH | Claim Number: 3790 |
| 2198 FAIRHURST DR. | Claim Date: 06/09/2009 |
| LA CANADA, CA 91011 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $838,434.21 | Scheduled: | $568,379.00 UNLIQ |

---

| REDWOOD SOFTWARE | Claim Number: 973 |
| 3000 AERIAL CENTER PARKWAY | Claim Date: 04/17/2009 |
| SUITE 115 | Debtor: TRIBUNE COMPANY |
| MORRISVILLE, NC 27560 | |

| UNSECURED | Claimed: | $19,020.09 | Scheduled: | $19,020.09 |

---

| REICHERT, WAYNE | Claim Number: 5077 |
| 143 WOODLAWN AVE | Claim Date: 06/12/2009 |
| SAINT JAMES, NY 11780-2509 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| REID, DAMION | Claim Number: 4925 |
| 233 BROADWAY FL 5 | Claim Date: 06/12/2009 |
| NEW YORK, NY 10279-0599 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $10,000.00 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

REILLY, ELIZABETH C
PO BOX 437
WHEATLEY HEIGHTS, NY 11798

Claim Number: 5322
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

RELIANT ENERGY
PO BOX 1409
HOUSTON, TX 77251-1409

Claim Number: 527
Claim Date: 02/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $46,964.18 |
|-----------|----------|------------|

REMINICK, JOAN
2 SALISBURY DR. S.
E NORTHPORT, NY 11731

Claim Number: 5048
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

REVENUE COLLECTION DIVISION
GOVERNMENTAL CENTER ANNEX
ATTN: LITIGATION DEPT
115 S ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

Claim Number: 2877
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 889 by Broward County

| SECURED | Claimed: | $1,235,823.67 |
|---------|----------|---------------|

REYES, ELIEZER
444 SCREVIN AVE
BRONX, NY 10473

Claim Number: 5782
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| PRIORITY | Claimed: | $0.00  UNDET |
|----------|----------|--------------|

---

---

REYES, YLKA
203 PARK AVE. 2ND FL.
HUNTINGTON, NY 11743

Claim Number: 5137
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

RHEIN, ESTHER
RUSKIN MOSCOU FALTISCHEK PC
C/O M. AMATO
1425 RXR PLAZA
UNIONDALE, NY 11556

Claim Number: 4292
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $350,000.00 |
|---|---|---|

---

RHOADS, S. KEATING
2611 NIDO WAY
LAGUNA BEACH, CA 92651

Claim Number: 3791
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $98,744.57 | Scheduled: | $21,310.00 UNLIQ |
|---|---|---|---|---|

---

RICE, CARL
615 PARKWOOD AVE
PARK RIDGE, IL 60068-2229

Claim Number: 5339
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Certain Compensation and benefits in certain scenarios

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

RICHARDSON, RUDOLPH
4750 S.W. 151ST PLACE
OCALA, FL 34473

Claim Number: 2780
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $231.76  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| RICIGLIANO, MICHAEL C | | Claim Number: 3611 | | |
| 3628 EASTWOOD DR. | | Claim Date: 06/05/2009 | | |
| BALTIMORE, MD 21206 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 2832 (12/11/2009) | | |
| SECURED | Claimed: | $200.00 | | |
| UNSECURED | | | Scheduled: | $200.00 |

---

| RICKS, DELTHIA | | Claim Number: 5138 | | |
| 72 PLEASANT ST | | Claim Date: 06/12/2009 | | |
| HUNTINGTON, NY 11743 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: | | |
| | | Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| RILEY, JOHN | | Claim Number: 2445 | | |
| 55 MEADOW WAY | | Claim Date: 05/05/2009 | | |
| IRVINGTON, NY 10533 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: | | |
| | | Claim is for pension and ESOP benefits | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

| RILEY, MICHAEL | | Claim Number: 3792 | | |
| 5 AVONDALE DR. | | Claim Date: 06/09/2009 | | |
| NEWTOWN, PA 18940 | | Debtor: TRIBUNE COMPANY | | |
| | | | | |
| UNSECURED | Claimed: | $123,950.91 | Scheduled: | $64,803.00 UNLIQ |

---

| RINKE, ROGER | | Claim Number: 5568 | | |
| REVOCABLE TRUST | | Claim Date: 06/12/2009 | | |
| C/O KEITH STARK,TRUSTEE | | Debtor: TRIBUNE COMPANY | | |
| 1111 W. LONG LAKE RD #202 | | Comments: EXPUNGED | | |
| TROY, MI 48098 | | DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $50,767.81 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| RITA L. MARIHERIOI IRA<br>4633 TWIN FAWN LN<br>ORCHARD LAKE, MI 48324 | Claim Number: 5638<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED           Claimed: | $101,535.63 | |
| RIVERSIDE CLAIMS LLC<br>TRANSFEROR: THOMSON INC DBA GRASS VALLEY<br>POST OFFICE BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10024 | Claim Number: 696<br>Claim Date: 03/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | |
| UNSECURED           Claimed: | $99,243.52 | |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR<br>WORLDNET INTERNATIONAL COURIERS, INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | Claim Number: 3315<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | |
| ADMINISTRATIVE           Claimed: | $10,196.01 | |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF<br>STILLWATER TECHNOLOGIES, INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | Claim Number: 3620<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | |
| ADMINISTRATIVE           Claimed: | $8,963.25 | |
| RIVERSIDE COUNTY SCHOOLS<br>CREDIT UNION CUST<br>GRANT LEE DISMUKE IRA<br>5 BARQUE DR<br>CEDAR CREST, NM 87008-9481 | Claim Number: 6730<br>Claim Date: 03/18/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 9010 (05/26/2011) | |
| UNSECURED           Claimed: | $0.00   UNDET      Scheduled: | $1.08 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| | | | | |
|---|---|---|---|---|
| RIZZITANO, FELICE<br>7 LILLIAN PL<br>PATCHOGUE, NY 11772-2955 | | Claim Number: 5074<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |

UNSECURED          Claimed:                    $0.00   UNDET

---

RJ BENNETT REPRESENTS
530 EAST 20TH, # 2B
NEW YORK, NY 10009

Claim Number: 317
Claim Date: 01/26/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN

UNSECURED          Claimed:                    $960.00

---

ROACH, LEON M. - TRUSTEE OF THE
LEON M. ROACH TRUST
608 BENEDICT DRIVE
LAS VEGAS, NV 89110

Claim Number: 3651
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

SECURED          Claimed:                    $11,091.00

---

ROBERT C WALL, IRA
CHARLES SCHWAB CUSTODIAN
10523 MISTY HILL RD
ORLAND PARK, IL 60462

Claim Number: 6266
Claim Date: 10/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

UNSECURED          Claimed:                    $76,122.00

---

ROBERT J TOMEI SR CUST ROBERT J TOMEI JR
UTMA IL
320 BLOSSOM #102
LAKEMOOR, IL 60051

Claim Number: 6661
Claim Date: 10/08/2010
Debtor: TRIBUNE COMPANY

UNSECURED          Claimed:                    $68.00          Scheduled:                    $68.00

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| ROBERT LANGER CO INC<br>P O BOX 2075<br>PATCHOGUE, NY 11772 | Claim Number: 2077<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |

| UNSECURED | Claimed: | $3,815.50 |
|---|---|---|

| | | |
|---|---|---|
| ROBERTS, WIDOW<br>22 WALDEN AVE<br>JERICHO, NY 11753 | Claim Number: 4415<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is stated as $60/bi-weekly | |

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

| | | |
|---|---|---|
| ROBERTSON FREILICH BRUNO & COHEN LLC<br>1 GATEWAY CTR STE 300<br>NEWARK, NJ 07102-5321 | Claim Number: 5303<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $5,571.36 |
|---|---|---|

| | | |
|---|---|---|
| ROBINS, MARJORIE<br>5 4TH RD.<br>GREAT NECK, NY 11021 | Claim Number: 5101<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| ROBINSON, WILLIAM E & DOROTHY A<br>JT TEN<br>15500 BUBBLING WELLS RD<br>DESERT HOT SPRINGS, CA 92240-7043 | Claim Number: 6768<br>Claim Date: 05/09/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | |

| PRIORITY | Claimed: | $680.00 |
|---|---|---|
| SECURED | Claimed: | $680.00 |
| TOTAL | Claimed: | $680.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| | | | | | |
|---|---|---|---|---|---|
| ROBINSON, WILLIAM E & DOROTHY A.<br>117 RANCHO VERDE CIR<br>ROHNERT PARK, CA 94928-2069 | | Claim Number: 6500<br>Claim Date: 05/26/2010<br>Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | | $680.00 | Scheduled: | $680.00 |
|---|---|---|---|---|---|

| ROCKENBACH, PHILIP C.<br>1231 SOUTH 11TH STREET<br>SAINT CHARLES, IL 60174 | | Claim Number: 912<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| ROCKWELL AUTOMATION<br>ATTN: JAN ROBERTSON (6-B11)<br>1201 SOUTH SECOND STREET<br>MILWAUKEE, WI 53204 | | Claim Number: 18<br>Claim Date: 12/19/2008<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

| UNSECURED | Claimed: | $477,598.70 |
|---|---|---|

| RODGERS, JAMES<br>1913 S TWIN AVENUE<br>SAN GABRIEL, CA 91776 | | Claim Number: 2601<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

| SECURED | Claimed: | $400.00   UNLIQ |
|---|---|---|

| RODRIGUEZ, KRISTINE B.<br>1917 E. ILLINOIS ST<br>WHEATON, IL 60187 | | Claim Number: 84<br>Claim Date: 01/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|---|

| PRIORITY | Claimed: | $350.00 |
|---|---|---|
| UNSECURED | Claimed: | $10.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| RODRIGUEZ, NELSON JR.<br>5128 GOLDEN LANE<br>FORT WORTH, TX 76123 | | Claim Number: 5949<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $30,448.80 | | |
| ROEDER, EDWARD<br>JAMES B. WILCOX, JR. PLLC<br>JAMES B. WILCOX, JR.<br>2900 P. STREET N.W.<br>WASHINGTON, DC 20007 | | Claim Number: 5886<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| SECURED | Claimed: | $0.00 UNDET | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| ROESSNER, BARBARA<br>ROME MCGUIGAN PC<br>JOHN F STROTHER<br>ONE STATE ST<br>HARTFORD, CT 06103 | | Claim Number: 5664<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| ROGERS, GARY<br>282 WOODBINE AVE.<br>NORTHPORT, NY 11768 | | Claim Number: 5312<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| ROSE, MICHAEL G.<br>5170 W 2ND ST.<br>LOS ANGELES, CA 90004 | | Claim Number: 3793<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $352,557.60 | Scheduled: | $325,154.40 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

ROSENBERG, RICHARD A
235 E 87TH ST # 85
NEW YORK, NY 10128

Claim Number: 5053
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

ROSSO, SALVATORE E.
737  7TH ST
WEST BABYLON, NY 11704

Claim Number: 5082
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

ROWE, WILLIAM J.
15005 PRATOLINO WAY
NAPLES, FL 34110

Claim Number: 3794
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $308,021.09 | Scheduled: | $221,819.00 UNLIQ |
|---|---|---|---|---|

RUBERRY & GARVEY BOLLINGER
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3425
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,315.50 |
|---|---|---|

RUBERRY & GARVEY BOLLINGER
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3426
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,573.28 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| RUBERRY & GARVEY BOLLINGER<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST SUITE 2300<br>CHICAGO, IL 60661 | Claim Number: 3427<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $424.80 |
|---|---|---|

| RUBERRY & GARVEY BOLLINGER<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST., SUITE 2300<br>CHICAGO, IL 60661 | Claim Number: 3428<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $3,348.40 |
|---|---|---|

| RUBERRY & GARVEY BOLLINGER<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST., SUITE 2300<br>CHICAGO, IL 60661 | Claim Number: 3429<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $2,689.92 |
|---|---|---|

| RUBIN, JEROME S.<br>15 WEST 53RD ST. APT # 29B<br>NEW YORK, NY 10019 | Claim Number: 3795<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $151,876.68 | Scheduled: | $140,017.00 UNLIQ |
|---|---|---|---|---|

| RUDOLPH, HERBERT<br>4727 186TH LN N.W.<br>ANOKA, MN 55303-8908 | Claim Number: 3064<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,652.40 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| RUSSELL, DAVID A & WANDA S, TTEES<br>RUSSELL LIVING TRUST U/D 8-25-97<br>738 LANINA PL<br>KIHEI, HI 96753-9311 | | Claim Number: 5996<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,374.00 |
| RUSSIS, MARTHA<br>2817 KNOLLWOOD<br>GLENVIEW, IL 60025 | | Claim Number: 5625<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $98,000.00 |
| RYDER TRUCK RENTAL, INC.<br>ATTN: JENNIFER MORRIS<br>6000 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005 | | Claim Number: 5824<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $367,503.93 |
| SABIO, WARNER N., SR.<br>441 HALSEY STREET<br>BROOKLYN, NY 11233 | | Claim Number: 5139<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| SACK, MARSHALL R.<br>6011 MARQUESA DRIVE<br>AUSTIN, TX 78731 | | Claim Number: 3372<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | | Claim Number: 6370<br>Claim Date: 01/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 4443 | | | |
| UNSECURED | Claimed: | $19,844,866.20  CONT | | | |
| SALAMONE, SALVATORE, DBA S.A.K.<br>DISTRIBUTION, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5861<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $156,087.04 | Scheduled: | $0.00 UNLIQ | |
| SAMUELSON, WILLIAM<br>930 CHEYENNE STREET<br>COSTA MESA, CA 92626 | | Claim Number: 1122<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $123.02 | | | |
| SANN, ALEXANDER<br>165 EAST 72ND STREET<br>APT. 8K<br>NEW YORK, NY 10021-4342 | | Claim Number: 3796<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,456,012.18 | Scheduled: | $1,230,259.81  UNLIQ | |
| SANZERI, CLAUDIA<br>35 WOODCOCK LANE<br>LEVITTOWN, NY 11756 | | Claim Number: 2111<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7273 (12/22/2010) | | | |
| PRIORITY | Claimed: | $7,680.82 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

SATKOWSKI, EDWARD
69 AUDUBON AVENUE
NEWINGTON, CT 06111

Claim Number: 3654
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $33,594.77 |
|---|---|---|

SAVETZ, BERNARD & LENORE
3450 LAWRENCE AVE
OCEANSIDE, NY

Claim Number: 5950
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $152,244.00 |
|---|---|---|

SAWCHUK, KENNETH
26 TEANECK DRIVE
EAST NORTHPORT, NY 11731

Claim Number: 5140
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SBC GLOBAL SERVICES, INC.
JAMES GRUDUS, ESQ.: AT&T ATTORNEY
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 3222
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

---

| UNSECURED | Claimed: | $775,371.19 |
|---|---|---|

SBC GLOBAL SERVICES, INC.
JAMES GRUDUS, ESQ.: AT&T ATTORNEY
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6475
Claim Date: 05/12/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

---

| UNSECURED | Claimed: | $307,408.72 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| SBC GLOBAL SERVICES, INC.<br>C/O AT&T INC.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6556<br>Claim Date: 07/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6475 |
|---|---|

| UNSECURED | Claimed: | $321,424.91 |
|---|---|---|

---

| SBC LONG DISTANCE, LLC<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 3322<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010)<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $0.46 |
| UNSECURED | Claimed: | $0.46 |
| TOTAL | Claimed: | $0.46 |

---

| SCALA, THEODORE F.<br>123 HINSDALE AVENUE<br>FLORAL PARK, NY 11001 | Claim Number: 5141<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| SCALLY, GERALDINE<br>16775 SUNSET BLVD.<br>PACIFIC PALISADES, CA 90272 | Claim Number: 3797<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $28,433.38 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | Claim Number: 4856<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 2516 | | | |
| SECURED         Claimed: | $3,541.86 | | | |
| SCHAMBERRY, JEFFREY<br>864 CLEVELAND ST<br>W HEMPSTEAD, NY 11552 | Claim Number: 5086<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED        Claimed: | $0.00   UNDET | | | |
| SCHERB, JEFF<br>945 OAK HILL DRIVE<br>ELMIRA, NY 14905 | Claim Number: 6429<br>Claim Date: 03/15/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED        Claimed: | $10,005.66 | Scheduled: | $10,005.66  DISP CONT | |
| SCHINDLER ELEVATOR CORPORATION<br>1530 TIMBERWOLF DRIVE<br>HOLLAND, OH 43528 | Claim Number: 475<br>Claim Date: 02/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED        Claimed: | $7,210.75 | | | |
| SCHLOSBERG, RICHARD T. III<br>164 SENDERO VERDE DR.<br>SAN ANTONIO, TX 78261 | Claim Number: 3798<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED        Claimed: | $2,760,068.72 | Scheduled: | $1,853,550.00  UNLIQ | |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| SCHMID, MIKE<br>14525 S ACUFF CT<br>OLATHE, KS 66062 | | Claim Number: 5701<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $50,748.00 | | |
| SCHMITZ, ANDREW J.<br>9530 DUFFNEY DR<br>CORCORAN, MN 55374 | | Claim Number: 5912<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $18,000.00 | | |
| SCHNALL, HERBERT K.<br>P.O. BOX 9457<br>15102 CAMINITO MARIA<br>RANCHO SANTA FE, CA 92067 | | Claim Number: 3799<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $601,401.39 | Scheduled: | $455,572.00 UNLIQ |
| SCHNEIDER, CHARLES<br>522 NORTH BEVERLY DRIVE<br>BEVERLY HILLS, CA 90210 | | Claim Number: 3800<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $300,413.12 | Scheduled: | $355,878.00 UNLIQ |
| SCHNEIDER, HILARY A.<br>54 CHESTNUT AVENUE<br>LOS GATOS, CA 95030 | | Claim Number: 3801<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $116,920.23 | Scheduled: | $36,718.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| SCHNEIDER, HOWARD<br>9 BRANDYWINE DRIVE<br>SETAUKET, NY 11733 | Claim Number: 3802<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $111,725.93 | Scheduled: | $72,649.00 UNLIQ |
|---|---|---|---|---|

| SCHULER, BARBARA L.<br>5 HOLDSWORTH DR.<br>HUNTINGTON, NY 11743 | Claim Number: 5102<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| SCHUON, JONALYN<br>8 CRESCENT DR<br>HUNTINGTON, NY 11743 | Claim Number: 5096<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| SCW CAPITAL RESOURCES, LP<br>10 GLENRIDGE DRIVE<br>BEDFORD, MA 01730 | Claim Number: 3490<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $3,300.00 |
|---|---|---|

| SEIFERT, LESLIE<br>318 W 100 ST 16C<br>NEW YORK, NY 10025 | Claim Number: 5039<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

SELLSTROM, BRIAN
PO BOX 1035
RANCHO SANTE FE, CA 92067

Claim Number: 3803
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $59,424.51 | Scheduled: | $37,113.00 UNLIQ |
|---|---|---|---|---|

SELZER, CAROLYN
1047 BANGOR LANE
VENTURA, CA 93001

Claim Number: 3805
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,834.93 |
|---|---|---|

SEMINOLE COUNTY TAX COLLECTOR, THE
RAY VALDES
1101 EAST FIRST STREET
PO BOX 630
SANFORD, FL 32772

Claim Number: 415
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $100.77 |
|---|---|---|

SERRAO, SEAN
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4922
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

SHANNON LEE PHOTOGRAPHY
PO BOX 411
MT AIRY, MD 21771

Claim Number: 3195
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| ADMINISTRATIVE | Claimed: | $450.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

SHAPE, STEVEN
CUST JASON SHAPE UTMA IL
1308 LINCOLN AVE S
HIGHLAND PARK, IL 60035-3459

Claim Number: 6748
Claim Date: 04/15/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1.26 | Scheduled: | $1.26 |
|---|---|---|---|---|

SHARP, JOHN KEVIN
8650 SPICEWOOD SPRINGS ROAD # 145
AUSTIN, TX 78759

Claim Number: 5291
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $25,374.00 |
|---|---|---|

SHARP, LORA LAVERNE
8650 SPICEWOOD SPRINGS RD., # 145
AUSTIN, TX 78759

Claim Number: 5293
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $91,346.40 |
|---|---|---|

SHARP, RUTH E.
8650 SPICEWOOD SPRINGS RD., # 145
AUSTIN, TX 78759

Claim Number: 5292
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $38,568.48 |
|---|---|---|

SHAW, JAMES D
228 JEFFERSON'S HUNDRED
WILLIAMSBURG, VA 23185

Claim Number: 3806
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $188,663.28 | Scheduled: | $104,697.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

SHIRLEY, DENNIS
2440 STANLEY
TUSTIN, CA 92782

Claim Number: 3807
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,374,704.51 | Scheduled: | $1,244,089.95  UNLIQ |
|---|---|---|---|---|

SHOPLOCAL
225 N MICHIGAN AVE
SUITE 1600
CHICAGO, IL 60601

Claim Number: 1678
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| UNSECURED | Claimed: | $20,950.00 |
|---|---|---|

SHORES, KIRK R.
464 N. PINE MEADOW DR.
DEBARY, FL 32713-2305

Claim Number: 4844
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $21,000.00 |
|---|---|---|

SHORTS, GARY K.
2940 BEECH LANE
DOYLESTOWN, PA 18902-1941

Claim Number: 3808
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $169,089.46 | Scheduled: | $88,941.00  UNLIQ |
|---|---|---|---|---|

SIDHRA, NILAMBAR K.
1427 VISTA CREEK DRIVE
ROSEVILLE, CA 95661

Claim Number: 5787
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $101,496.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| SIEMENS BUILDING TECHNOLOGIES<br>580 SLAWIN COURT<br>MOUNT PROSPECT, IL 60056 | | Claim Number: 6161<br>Claim Date: 08/13/2009<br>Debtor: TRIBUNE COMPANY | | |
| ADMINISTRATIVE | Claimed: | $1,013.42 | | |
| UNSECURED | Claimed: | $1,835.00 | Scheduled: | $1,835.00 |
| SILVA, REGINA I<br>3508 S FLEMINGTON DR<br>WEST COVINA, CA 91792-2913 | | Claim Number: 6728<br>Claim Date: 03/07/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $137.44 | Scheduled: | $137.44 |
| SIMPSON, JAMES R.<br>5 CRESTWOOD DRIVE<br>NEWPORT BEACH, CA 92660 | | Claim Number: 3809<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $3,924,877.86 | Scheduled: | $2,618,441.00 UNLIQ |
| SINGH, SATNAM<br>P.O. BOX 305<br>LA PUENTE, CA 91747 | | Claim Number: 1676<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $1,222.32 | | |
| SITO, LOUIS<br>5501 HUNTINGTON PKWY<br>BETHESDA, MD 20814-1130 | | Claim Number: 3810<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $100,409.32 | Scheduled: | $63,009.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| SKINNER, MARYANN<br>10 MEUDON DRIVE<br>LOCUST VALLEY, NY 11560 | Claim Number: 5091<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | | |
|---|---|---|---|---|---|

| SKYLINE LANDSCAPE INC<br>1957 EAST PONTO LAKE RD<br>BACKUS, MN 56435 | Claim Number: 3383<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,499.85 | Scheduled: | $1,499.85 | |
|---|---|---|---|---|---|

| SKYTEL<br>PO BOX 2469<br>JACKSON, MS 39225-2469 | Claim Number: 3224<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $6,938.74 | Scheduled: | $5,649.16 | |
|---|---|---|---|---|---|

| SMITH BARNEY CUST FBO RACHEL DONELSON<br>IRA<br>1115 UNION ST<br>SAN FRANCISCO, CA 94109 | Claim Number: 6537<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3,230.00 | Allowed: | $3,230.00 |
|---|---|---|---|---|---|---|

| SMITH, ANNE<br>63 STAMFORD STREET<br>LONDON, SE1 9NB<br>UNITED KINGDOM | Claim Number: 787<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $400.00 | | | |
|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

SMITH, JAMES S.
15 COVERT ST
PORT WASHINGTON, NY 11050

Claim Number: 5325
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SMITH, KATHERINE F.
912 JAMES DRIVE
NEWPORT NEWS, VA 23605

Claim Number: 719
Claim Date: 03/11/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $2,508.48 |
|---|---|---|

SMITH, MIRIAM
282 WOODBINE AVE.
NORTHPORT, NY 11768

Claim Number: 5315
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SMITH, THERESA, DBA ME-2-U DELIVERY
SERVICE
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5860
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $242,265.28 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

SMUKLER, ANN
600 SHORE ROAD, 3F
LONG BEACH, NY 11561

Claim Number: 5051
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| SODEXO, INC.<br>C/O ADRIENNE VADELL STURGES<br>6081 HAMILTON BOULEVARD<br>ALLENTOWN, PA 18106 | Claim Number: 5581-04<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $2,048.49 | Scheduled: | $989.00 |
|---|---|---|---|---|

| SOLLITTO, PATRICIA<br>931 PARK DRIVE<br>WANTAGH, NY 11793 | Claim Number: 5327<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| SOLOMON, BARRY<br>12115 SAN VICENTE BLVD. # 109<br>LOS ANGELES, CA 90049 | Claim Number: 6514<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | | | |
|---|---|---|---|---|

| SECURED | Claimed: | $15,000.00 | | |
|---|---|---|---|---|

| SOLSTICE CONSULTING, LLC<br>641 W. LAKE, SUITE 102<br>CHICAGO, IL 60661 | Claim Number: 47<br>Claim Date: 12/26/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $10,200.00 | | |
|---|---|---|---|---|

| SOMMELLA, LOUISE<br>JOSEPH SOMMELLA, DECEASED<br>325 OAK PARK LOOP<br>DAVENPORT, FL 33837 | Claim Number: 3728<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $246.78 | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| SOUTH SHORE MEDICAL SALES & SVCS LLC PSP<br>2286 BRIGHAM ST APT 2F<br>BROOKLYN, NY 11229-6116 | Claim Number: 5896<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $20,299.60 |
|---|---|---|

| SOUTHERN CALIFORNIA EDISON COMPANY<br>300 N. LONE HILL AVE.<br>SAN DIMAS, CA 91773 | Claim Number: 407<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3951 (04/06/2010) |
|---|---|

| UNSECURED | Claimed: | $253,283.68 |
|---|---|---|

| SPECTRUM ENGINEERING GROUP LLC<br>25 SURREY DR<br>CHESHIRE, CT 06410-2814 | Claim Number: 3628<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $11,633.46 |
|---|---|---|

| SPIECKER, FRANK<br>100 STREAM CT<br>CHALFONT, PA 18914 | Claim Number: 5700<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $25,374.00 |
|---|---|---|

| SPRECK CORP., A CALIFORNIA CORPORATION<br>SPRECKELS BUILDING<br>121 BROADWAY, SUITE 600<br>SAN DIEGO, CA 92101 | Claim Number: 6062<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $4,475.66 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | |
|---|---|
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 435<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |

| UNSECURED | Claimed: | $199,573.13 | | |
|---|---|---|---|---|

| | |
|---|---|
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 3420<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 435 |

| UNSECURED | Claimed: | $203,303.59 | Scheduled: | $17,001.95 |
|---|---|---|---|---|

| | |
|---|---|
| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 306<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $14,866.47 | | |
|---|---|---|---|---|

| | |
|---|---|
| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 307<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $28,431.58 | | |
|---|---|---|---|---|

| | |
|---|---|
| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | Claim Number: 308<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $20,583.09 | | |
|---|---|---|---|---|

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| STABILE, KAREW<br>A94 KILBURN RD<br>GARDEN CITY, NY 11530 | | Claim Number: 5786<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| STACKLER, RONALD E.<br>6786 SHEARWATER LANE<br>MALIBU, CA 90265 | | Claim Number: 3234<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $150,000.00 | | |
| STAMP, MARION N<br>10801 CROOKED RIVER RD<br>APT 203<br>BONITA SPRINGS, FL 34135-1782 | | Claim Number: 6677<br>Claim Date: 11/22/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 |
| STANDARD REGISTER COMPANY<br>LILLIAN FLATT<br>600 ALBANY ST<br>DAYTON, OH 45408 | | Claim Number: 95<br>Claim Date: 12/18/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $4,147.36 | | |
| STANFIELD, KATHY R<br>726 SAN PASCUAL AVENUE<br>APT. #11<br>LOS ANGELES, CA 90042 | | Claim Number: 2687<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $2,425.00 | | |
| UNSECURED | Claimed: | $1,518.49 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

STANISZ, JANUSZ
11055 NORTH 128 PLACE
SCOTTSDALE, AZ 85259

Claim Number: 4966
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $162,393.60 | | | |
|---|---|---|---|---|---|

STANLEY SECURITY SOLUTIONS INC
SAFEMASTERS
DEPT CH 14202
PALATINE, IL 60055-4202

Claim Number: 2172
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $1,395.03 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,395.03 | |

STANTON, RICHARD W.
1239 MAPLEWOOD DRIVE
MAPLE GLEN, PA 91301

Claim Number: 3499
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $58,991.00 | Scheduled: | $58,991.00 UNLIQ |
|---|---|---|---|---|

STARZYK, KARA
13230 SW 32ND COURT
FORT LAUDERDALE, FL 33330

Claim Number: 729
Claim Date: 03/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $1,300.00 | | |
|---|---|---|---|---|

STATE OF CONNECTICUT
UNCLAIMED PROPERTY DIVISION
DEPARTMENT OF TREASURY
55 ELM STREET
HARTFORD, CT 06106

Claim Number: 6494
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $4,862.96 | Scheduled: | $4,862.96 |
|---|---|---|---|---|

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 3357<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|
| PRIORITY             Claimed: | $1,740,043.00 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 3464<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| PRIORITY             Claimed: | $5,190,498.00 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 6472<br>Claim Date: 05/07/2010<br>Debtor: TRIBUNE COMPANY |
| PRIORITY             Claimed:<br>SECURED             Claimed: | $4,337,722.06<br>$0.00 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6629<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5677 (09/13/2010) |
| ADMINISTRATIVE             Claimed: | $435,030.42 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6630<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5678 (09/13/2010) |
| ADMINISTRATIVE             Claimed: | $7,251.24 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6631<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5679 (09/13/2010) | |
| ADMINISTRATIVE          Claimed: | $120,854.00 | |
| STATE OF NEW JERSEY<br>DEPARTMENT OF TREASURY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08646-0245 | Claim Number: 1059<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY          Claimed: | $31,024.77 | |
| STATE OF NEW YORK, DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURACE DIVISION<br>GOVERNOR W. AVERELL HARRIMAN STATE<br>OFFICE BUILDING CAMPUS - BLDG 12, RM 256<br>ALBANY, NY 12240 | Claim Number: 3095<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011) | |
| ADMINISTRATIVE          Claimed: | $619.48 | |
| STAZAK, THOMAS W.<br>3950 SCHOONER RIDGE<br>ALPHARETTA, GA 30004 | Claim Number: 5968<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $20,299.20 | |
| STEVENS, THOMAS<br>1801 MICHAELS CT<br>HENDERSON, NV 89014 | Claim Number: 6058<br>Claim Date: 07/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $2,200.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| STEWART, CLETUS C.<br>7733 CLARCONA OCOEE RD<br>ORLANDO, FL 32818-1219 | | Claim Number: 4631<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,090.56 |
| STEWART, HAI<br>#1010, 540-14 AVE. SW<br>CALGARY, AB T2R OM6<br>CANADA | | Claim Number: 6679<br>Claim Date: 12/01/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) |
| UNSECURED | Claimed: | $8,000.00 |
| STEWART, ROBERT<br>PO BOX 3834<br>LAKEWOOD, CA 90711 | | Claim Number: 5773<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| PRIORITY | Claimed: | $468.21 |
| STIMPFCE, LORRAINE E.<br>222 CEDAR AVE.<br>PATCHOGUE, NY 11772 | | Claim Number: 5075<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| STORYTELLERS'S WORKSHOP INC<br>TED SLAMPYAK<br>217 CALLE EVANGELINE<br>BERNALILLO, NM 87004 | | Claim Number: 196<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| PRIORITY | Claimed: | $1,800.00 |

| | | |
|---|---|---|
| STRAIN, MARGARET M.<br>1665 SPINNAKER DR<br>ALPHARETTA, GA 30005 | Claim Number: 5963<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED        Claimed: | $25,374.00 | |
| STRANGE, JENNIFER<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4921<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED        Claimed: | $10,000.00 | |
| STRIEGEL, LAWRENCE W.<br>30 NORTON DRIVE<br>EAST NORTHPORT, NY 11731 | Claim Number: 5035<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED        Claimed: | $0.00   UNDET | |
| STUPIN, DANIEL & CAROL<br>51 VISTA REDONDA<br>SANTA FE, NM 97506 | Claim Number: 4670<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED        Claimed: | $1,704.50 | |
| SUJKA, JAMES<br>5359 W MARGARET ST<br>PO BOX 474<br>MONEE, IL 60449-8071 | Claim Number: 6541<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED        Claimed: | $850.00        Scheduled: | $850.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| SULLIVAN, EUGENE | Claim Number: 5333 |
| 74 COTTONWOOD LANE | Claim Date: 06/12/2009 |
| WESTBURY, NY 11590 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| SUN MICROSYSTEMS, INC. | Claim Number: 4635 |
| BUCHALTER NEMER, PC | Claim Date: 06/11/2009 |
| ATTN: SHAWN CHRISTIANSON, ESQ. | Debtor: TRIBUNE COMPANY |
| 333 MARKET STREET, 25TH FLOOR | Comments: EXPUNGED |
| SAN FRANCISCO, CA 94105 | DOCKET: 6593 (11/23/2010) |

| PRIORITY | Claimed: | $562,444.74 |
| UNSECURED | Claimed: | $438,981.26 |

---

| SUN MICROSYSTEMS, INC. | Claim Number: 4749 |
| BUCHALTER NEMER, PC | Claim Date: 06/11/2009 |
| ATTN: SHAWN CHRISTIANSON, ESQ. | Debtor: TRIBUNE COMPANY |
| 333 MARKET STREET, 25TH FLOOR | Comments: EXPUNGED |
| SAN FRANCISCO, CA 94105 | DOCKET: 6593 (11/23/2010) |

| ADMINISTRATIVE | Claimed: | $536,316.79 |
| UNSECURED | Claimed: | $293,156.21 |

---

| SUN MICROSYSTEMS, INC. | Claim Number: 4748 |
| BUCHALTER NEMER, PC | Claim Date: 06/11/2009 |
| ATTN: SHAWN CHRISTIANSON, ESQ. | Debtor: LOS ANGELES TIMES NEWSPAPERS, INC. |
| 333 MARKET STREET, 25TH FLOOR | Comments: EXPUNGED |
| SAN FRANCISCO, CA 94105 | DOCKET: 6593 (11/23/2010) |

| ADMINISTRATIVE | Claimed: | $536,316.79 |

---

| SWAN, WOODBURY D. | Claim Number: 3392 |
| 2606 CIPRIANI BLVD | Claim Date: 06/01/2009 |
| BELMONT, CA 94002-1404 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $15,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| SWARTZ, ALICE<br>2203 E 26TH STREET<br>BROOKLYN, NY 11229 | | Claim Number: 4893<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $82,211.76 | | |

---

| SWARTZ, CONRAD<br>12911 NW 25TH COURT<br>VANCOUVER, WA 98685 | | Claim Number: 4892<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $81,196.80 | | |

---

| SWARTZ, CONRAD<br>12911 NW 25TH COURT<br>VANCOUVER, WA 98685 | | Claim Number: 5827<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $81,196.80 | | |

---

| SWEENEY, JUDITH<br>30937 STEEPLECHASE DR<br>SAN JUAN CAPO, CA 92675-1929 | | Claim Number: 3811<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,827.72 | Scheduled: | $16,538.00  UNLIQ |

---

| SWEENEY, STENDER E.<br>790 HUNTINGTON GARDEN DRIVE<br>PASADENA, CA 91108-1725 | | Claim Number: 3812<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $92,525.62 | Scheduled: | $64,868.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| SYSTEM MAINTENANCE SERVICES, INC<br>9013 PERIMITER WOODS, SUITE E<br>CHARLOTTE, NC 28216 | | Claim Number: 3129-01<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
| UNSECURED | Claimed: | $646.46 | | | Allowed: | $646.46 |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3096<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | | |
| UNSECURED | Claimed: | $5,528.75 | | | | |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3098<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | | |
| UNSECURED | Claimed: | $806.90 | | | | |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3099<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | | |
| UNSECURED | Claimed: | $7,896.34 | | | | |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 375<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $3,080.66 | Scheduled: | $14,552.83 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 376<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $342.66 | | | |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 388<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $43,841.74 | | | |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 393<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $6,465.34 | | | |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 398<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $5,099.99 | | | |
| TABLET & TICKET COMPANY<br>1120 ATLANTIC DRIVE<br>WEST CHICAGO, IL 60185 | | Claim Number: 1155<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY<br>UNSECURED | Claimed: | $98.38 | Scheduled: | $98.38 | |

| TALL OAKS KENNEL, LLC<br>C/O ELAINE PERKINS<br>PO BOX 53<br>ATTN: ELAINE PERKINS<br>WHITMORE LAKE, MI 48189 | Claim Number: 6133<br>Claim Date: 07/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | | | | |

| UNSECURED | Claimed: | $181.60 | | | | | |

| TANNENBAUM, IRVING & JUDITH R JT TEN<br>840 LIONSGATE DR<br>SAINT LOUIS, MO 63130-2848 | Claim Number: 6531<br>Claim Date: 06/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | | |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $2,176.00 | Allowed: | $2,176.00 |
|---|---|---|---|---|---|---|

| TARRANT COUNTY<br>C/O LINEBARGER BOGGAN BLAIR & SAMPSON,<br>LLP; ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 5979<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4782 (06/14/2010) |

| ADMINISTRATIVE | Claimed: | $21.05  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |

| TARRANT COUNTY<br>ATTN: E. WELLER; M. DEEDS; L. SPINDLER<br>LINEBARGER BOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 6016<br>Claim Date: 06/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4783 (06/14/2010) |

| ADMINISTRATIVE | Claimed: | $21.05  UNLIQ |

| TAYLOR, DAVID LLOYD, TRUSTEE<br>DAVID LLOYD TAYLOR TRUST, U/A 1/1/01<br>966 WILDFLOWER WAY<br>LONGWOOD, FL 32750-4045 | Claim Number: 3592<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |

| UNSECURED | Claimed: | $2,050,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

TAYLOR, DAVID ROSS
C/O GERALD S. SACK, ESQUIRE
LAW OFFICES OF GERALD S. SACK, LLC
836 FARMINGTON AVENUE, SUITE 109
WEST HARTFORD, CT 06119

Claim Number: 6599
Claim Date: 07/15/2010
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNDET | | |

TELECOMMUNICATION SYSTEMS, INC.
333 N MICHIGAN AVE STE 2700
CHICAGO, IL 60601-4047

Claim Number: 2185
Claim Date: 05/01/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for patenet infringement

---

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ |

TEMPLE, EDWARD J.
246 PINE LANE
WETHERSFIELD, CT 06109

Claim Number: 3613
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $8,000.00 | | |

TEMPLE, EDWARD J.
246 PINE LANE
WETHERSFIELD, CT 06109

Claim Number: 3614
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $23,000.00 | | |

TERPSTRA, JAMES E.
20457 NO. CANYON WHISPER DR.
SURPRISE, AZ 85387

Claim Number: 3813
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,238.30 | Scheduled: | $872.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| TERRY, ROBERT H.<br>C/O LAUREL TERRY<br>601 MOORELAND AVE.<br>CARLISLE, PA 17013 | | Claim Number: 3691<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension, ESOP and Savings Plan |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| THARP, VAN K. - TRUSTEE<br>11TM TARGET TRUST PLAN<br>337 LOCHSIDE DR<br>CARY, NC 27518 | | Claim Number: 5289<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $512,554.80 |
| THE L & M FAMILY TRUST<br>BRUCE TIEGS OR PAULA TIEGS, CO TRUSTEES<br>PO BOX 429<br>GREEN LEAF, ID 83626 | | Claim Number: 6247<br>Claim Date: 09/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| ADMINISTRATIVE | Claimed: | $748.00 |
| UNSECURED | Claimed: | $50,000.00 |
| THEOBALD, EDWARD<br>5401 215 LANE NE<br>CEDAR, MN 55011 | | Claim Number: 5690<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $30,448.80 |
| THIRD SCREEN MEDIA INC. DBA QUIGO ET AL<br>TIFFANY STRELOW COBB ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET (PO BOX 1008)<br>COLUMBUS, OH 43216-1008 | | Claim Number: 234<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4410 (05/14/2010) |
| UNSECURED | Claimed: | $7,500.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| THOMAS P. YOUNGBLOOD IRA<br>55 FORDCROFT STREET<br>GROSSE POINTE, MI 48236 | Claim Number: 5631<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| SECURED                   Claimed: | $76,240.31 | | |

| THOMAS, JESSY<br>THE LAW OFFICES OF FRED M. MORELLI, JR.<br>403 W. GALENA<br>AURORA, IL 60506 | Claim Number: 3673<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED                Claimed: | $65,000.00 | Scheduled: | $0.00 UNLIQ |

| THOMAS, WILLIAM F.<br>16025 VALLEY WOOD RD<br>SHERMAN OAKS, CA 91403 | Claim Number: 3769<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED                Claimed: | $395,688.06 | | |

| THOMAS-JOSEPH, LEEMA<br>7 SAGAMORE LANE<br>DIX HILLS, NY 11746 | Claim Number: 5143<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
|---|---|---|---|
| UNSECURED                Claimed: | $0.00  UNDET | | |

| THOMPSON, JAMES, DBA J&L AMERICAN<br>ENTERPRISES, LTD.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5856<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
|---|---|---|---|
| UNSECURED                Claimed: | $119,080.00 | Scheduled: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

THOMSON, JEAN
2902 FERNAN COURT
COEUR D'ALENE, ID 83814

Claim Number: 3182
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $54,666.00 | Scheduled: | $54,666.00 UNLIQ |
|---|---|---|---|---|

THORPE, CAROLINE
11252 GONSALVES ST
CERRITOS, CA 90703

Claim Number: 3771
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments:
With claim number 3770, amends claim number 205

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $49,050.00 |

THRIFTY OIL CO
RE: LOS ANGELES 1201 MATEO ST
13116 IMPERIAL HIGHWAY
SANTA FE SPRINGS, CA 90670

Claim Number: 2915
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $335,687.76 |
|---|---|---|

TIERNAN, AUDREY
46 NORTH COURT
ROSLYN HEIGHTS, NY 11577

Claim Number: 5789
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

TIGHE, JAMES H
2120 SPRINGFIELD AVE
FORT WAYNE, IN 46805-1540

Claim Number: 6515
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| TIP TOP BRANDING LLC<br>350 W HUBBARD ST #460<br>CHICAGO, IL 60654-5798 | Claim Number: 3738<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | | |
| UNSECURED | Claimed: | $784.18 | | |
| TITAN OUTDOOR<br>850 THIRD AVE.<br>NEW YORK, NY 10022 | Claim Number: 2996<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $229,157.00 | Scheduled: | $77,651.00 |
| TOEDTMAN, JAMES<br>2604 GENEVA HILL CT<br>OAKTON, VA 22124 | Claim Number: 3772<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $7,503.51 | Scheduled: | $6,921.42 |
| TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | Claim Number: 6343<br>Claim Date: 12/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | |
| UNSECURED | Claimed: | $413,581.99 | | |
| TOMLINSON, SAMUEL C.<br>432 TWISTING PINE CIRCLE<br>LONGWOOD, FL 32779 | Claim Number: 3729<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $10,975.20 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOPOREK, VIRGINIA W<br>106 AIMEE PL<br>LONGWOOD, FL 32750-2763 | | Claim Number: 6523<br>Claim Date: 06/10/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | | $204.00 |
| TOPPING, ROBIN<br>20 PENFIELD DRIVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5144<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| TOPPING, ROBIN<br>20 PENFIELD DRIVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5331<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| TOWER CH, L.L.C<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6396<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3712 | | | | | |
| UNSECURED | Claimed: | $336,143.45   UNLIQ | Scheduled: | $336,143.45 | | | |
| TOWER CH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3712<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | | | |
| UNSECURED | Claimed: | $336,100.90   UNLIQ | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| TOWER DC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3713<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $2,464,739.97  UNLIQ | | | |
| TOWER DC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6397<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3713 | | | |
| UNSECURED | Claimed: | $2,465,052.00  UNLIQ | Scheduled: | $2,465,052.00 | |
| TOWER DL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3714<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $373,445.45  UNLIQ | | | |
| TOWER DL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGEN<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6398<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3714 | | | |
| UNSECURED | Claimed: | $373,492.73  UNLIQ | Scheduled: | $373,492.73 | |
| TOWER EH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3715<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $2,780,287.18  UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

TOWER EH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHOIRZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6399
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3715

| UNSECURED | Claimed: | $2,780,639.16  UNLIQ | Scheduled: | $2,780,639.16 |

TOWER GREENSPUN DGSPT, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4769
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25  UNLIQ | Scheduled: | $9,337,318.24 |

TOWER GREENSPUN JGGSTP, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4771
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25  UNLIQ | Scheduled: | $9,337,318.24 |

TOWER GREENSPUN SGFFT, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4772
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25  UNLIQ | Scheduled: | $9,337,318.24 |

TOWER GREENSPUN, L.L.C.
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4770
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.24  UNLIQ | Scheduled: | $9,337,318.24 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| TOWER HZ, L.L.C. | Claim Number: 6400 | | |
|---|---|---|---|
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 03/05/2010 | | |
| ATTENTION: MARC D. HAUSER | Debtor: TRIBUNE COMPANY | | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: | | |
| CHICAGO, IL 60606 | amends claim 4394 | | |

| UNSECURED | Claimed: | $746,985.45  UNLIQ | Scheduled: | $746,985.45 |
|---|---|---|---|---|

---

| TOWER HZ, LLC | Claim Number: 4394 | |
|---|---|---|
| ATTN: MARC D. HAUSER | Claim Date: 06/10/2009 | |
| C/O EGI-TRB, LLC, AS AUTHORIZED AGENT | Debtor: TRIBUNE COMPANY | |
| 2 NORTH RIVERSIDE PLAZA, STE 600 | Comments: EXPUNGED | |
| CHICAGO, IL 60606 | DOCKET: 4417 (05/14/2010) | |

| UNSECURED | Claimed: | $746,890.90  UNLIQ |
|---|---|---|

---

| TOWER JB, L.L.C | Claim Number: 6401 | | |
|---|---|---|---|
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 03/05/2010 | | |
| ATTENTION: MARC D. HAUSER | Debtor: TRIBUNE COMPANY | | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: | | |
| CHICAGO, IL 60606 | amends claim 3717 | | |

| UNSECURED | Claimed: | $847,081.50  UNLIQ | Scheduled: | $847,081.50 |
|---|---|---|---|---|

---

| TOWER JB, L.L.C. | Claim Number: 3717 | |
|---|---|---|
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 06/08/2009 | |
| ATTN: MARC D. HAUSER | Debtor: TRIBUNE COMPANY | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: EXPUNGED | |
| CHICAGO, IL 60606 | DOCKET: 4417 (05/14/2010) | |

| UNSECURED | Claimed: | $846,974.28  UNLIQ |
|---|---|---|

---

| TOWER JK, L.L.C. | Claim Number: 3719 | |
|---|---|---|
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | Claim Date: 06/08/2009 | |
| ATTN: MARC D. HAUSER | Debtor: TRIBUNE COMPANY | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | Comments: EXPUNGED | |
| CHICAGO, IL 60606 | DOCKET: 4417 (05/14/2010) | |

| UNSECURED | Claimed: | $3,475,347.59  UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| TOWER JK, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6402<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3719 | | | |
| UNSECURED           Claimed: | $3,475,787.56   UNLIQ | Scheduled: | $3,475,787.56 | |
| TOWER JP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3720<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED           Claimed: | $952,285.90   UNLIQ | | | |
| TOWER JP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6403<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3720 | | | |
| UNSECURED           Claimed: | $952,406.46   UNLIQ | Scheduled: | $952,406.46 | |
| TOWER JS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3718<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED           Claimed: | $423,487.14   UNLIQ | | | |
| TOWER JS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6404<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3718 | | | |
| UNSECURED           Claimed: | $423,540.75   UNLIQ | Scheduled: | $423,540.75 | |

| | | | | |
|---|---|---|---|---|
| TOWER KS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3721<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED          Claimed: | $336,100.90   UNLIQ | | | |
| TOWER KS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6405<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3721 | | | |
| UNSECURED          Claimed: | $336,143.65   UNLIQ | Scheduled: | $336,143.65 | |
| TOWER LL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3723<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED          Claimed: | $186,722.73   UNLIQ | | | |
| TOWER LL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6406<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3723 | | | |
| UNSECURED          Claimed: | $186,746.36   UNLIQ | Scheduled: | $186,746.36 | |
| TOWER LM, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3724<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED          Claimed: | $74,689.09   UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| TOWER LM, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6407<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3724 | | | |
| UNSECURED            Claimed: | $74,698.54   UNLIQ | Scheduled: | $74,698.54 | |
| TOWER LZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3722<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED            Claimed: | $933,613.62   UNLIQ | | | |
| TOWER LZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6408<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3722 | | | |
| UNSECURED            Claimed: | $933,731.81   UNLIQ | Scheduled: | $933,731.81 | |
| TOWER MH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3702<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED            Claimed: | $134,440.36   UNLIQ | | | |
| TOWER MH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6409<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3702 | | | |
| UNSECURED            Claimed: | $134,457.38   UNLIQ | Scheduled: | $134,457.38 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| TOWER MS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3703<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | | |
| UNSECURED | Claimed: | $2,940,882.92  UNLIQ | | | |
| TOWER MS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6410<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3703 | | | | |
| UNSECURED | Claimed: | $2,941,255.22  UNLIQ | Scheduled: | $2,941,255.22 | |
| TOWER MZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3704<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | | |
| UNSECURED | Claimed: | $1,764,529.75  UNLIQ | | | |
| TOWER MZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6411<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3704 | | | | |
| UNSECURED | Claimed: | $1,764,753.13  UNLIQ | Scheduled: | $1,764,753.13 | |
| TOWER NL, L.L.C.<br>TWO NORTH RIVERSIDE DRIVE<br>SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3705<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | | |
| UNSECURED | Claimed: | $3,136,941.78  UNLIQ | | | |

| | | | | |
|---|---|---|---|---|
| TOWER NL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6412<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3705 | | | |
| UNSECURED          Claimed: | $3,137,338.90   UNLIQ | Scheduled: | $3,137,338.90 | |
| TOWER PH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3716<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED          Claimed: | $373,445.45   UNLIQ | | | |
| TOWER PH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6413<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3716 | | | |
| UNSECURED          Claimed: | $373,492.73   UNLIQ | Scheduled: | $373,492.73 | |
| TOWER PT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3706<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED          Claimed: | $2,352,706.33   UNLIQ | | | |
| TOWER PT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA<br>CHICAGO, IL 60606 | Claim Number: 6414<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3706 | | | |
| UNSECURED          Claimed: | $2,353,004.18   UNLIQ | Scheduled: | $2,353,004.18 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| TOWER SF, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3707<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED          Claimed: | $186,722.73   UNLIQ | | | |
| TOWER SF, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6415<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3707 | | | |
| UNSECURED          Claimed: | $186,746.36   UNLIQ | Scheduled: | $186,746.36 | |
| TOWER TT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3708<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED          Claimed: | $746,890.90   UNLIQ | | | |
| TOWER TT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6416<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3708 | | | |
| UNSECURED          Claimed: | $746,985.45   UNLIQ | Scheduled: | $746,985.45 | |
| TOWER VC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3709<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED          Claimed: | $235,270.63   UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

TOWER VC, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6417
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3709

| UNSECURED | Claimed: | $235,300.42 UNLIQ | Scheduled: | $235,300.42 |
|---|---|---|---|---|

TOWER WP, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3710
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $5,097,185.33 UNLIQ |
|---|---|---|

TOWER WP, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6418
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3710

| UNSECURED | Claimed: | $5,097,830.61 UNLIQ | Scheduled: | $5,097,830.61 |
|---|---|---|---|---|

TRAINOR, ROBERT E.
1412 SHEFFORD RD.
BALTIMORE, MD 21239

Claim Number: 3774
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $74,825.54 |
|---|---|---|

TRANSNATIONAL TRADING INC.
A.A. 85656
BOGOTA,
COLOMBIA

Claim Number: 6295
Claim Date: 10/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $40,598.40 |
|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5534<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | | | |
| SECURED | Claimed: | $108,594.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | | |
| TREASURER, OKLAHOMA STATE<br>2401 NW 23RD ST STE 42<br>OKLAHOMA CITY, OK 73107-2401 | | Claim Number: 6509<br>Claim Date: 06/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $990.94 | Allowed: | $990.94 |
| TRIEMER, ISABELL<br>1301 TOWSON ST<br>BALTIMORE, MD 21230-5323 | | Claim Number: 720<br>Claim Date: 03/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | | | | |
| UNSECURED | Claimed: | $325.00 | | | | | |
| TRIO ASSOCIATES<br>RE: PASADENA 125 N. VINEDO<br>PO BOX 757<br>4778 NORTH STONE ROAD<br>BETHEL ISLAND, CA 94511 | | Claim Number: 2900<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | | | |
| UNSECURED | Claimed: | $5,612,205.00 | | | | | |
| TRUJILLO, JEAN<br>365 ROUTE 111 APT C13<br>SMITHTOWN, NY 11787 | | Claim Number: 1148<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $241/week for life | | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

TUNSTALL, SHARON S.
2323 FAIRWAY DRIVE
BIRMINGHAM, MI 48009

Claim Number: 3775
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,684.60 | Scheduled: | $7,911.00 UNLIQ |
|---|---|---|---|---|

---

TV GUIDE ONLINE, INC.
C/O CHRISTOPHER J. HARNETT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

Claim Number: 4900
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| PRIORITY | Claimed: | $5,699,364.00  UNLIQ |

---

TV GUIDE ONLINE, LLC
C/O CHRISTOPHER J. HARNETT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

Claim Number: 4901
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 4900

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| PRIORITY | Claimed: | $5,699,364.00  UNLIQ |

---

TW TELECOM INC
10475 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 6306
Claim Date: 10/19/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $11,641.97 |
|---|---|---|
| UNSECURED | Claimed: | $17,943.95 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 330<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | |
| UNSECURED | Claimed: | $23,811.52 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 400<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| UNSECURED | Claimed: | $23,811.52 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 745<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | |
| UNSECURED | Claimed: | $25,127.41 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 832<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| UNSECURED | Claimed: | $25,127.41 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 6313<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $11,641.97<br>$17,943.95 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

TWTR, INC., ET AL.
C/O A-S-K FINANCIAL LLP
2600 EAGAN WOODS DRIVE, SUITE 400
EAGAN, MN 55121

Claim Number: 188
Claim Date: 12/30/2008
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 189

---

| UNSECURED | Claimed: | $13,532.00 |
|-----------|----------|------------|

TYRRELL, JOIE
189 SPRING RD
HUNTINGTON, NY 11743

Claim Number: 5145
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for pension

---

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

TYRRELL, MARK
189 SPRING RD.
HUNTINGTON, NY 11743

Claim Number: 5146
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

U.S. DEPARTMENT OF LABOR
ELIZABETH GOLDBERG, OFC OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVENUE, N.W. STE N-4611
WASHINGTON, DC 20210

Claim Number: 3629
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6747
ERISA violations

---

| PRIORITY | Claimed: | $0.00   UNLIQ |
|----------|----------|---------------|

U.S. DEPARTMENT OF LABOR
ELIZABETH GOLDBERG, OFC OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVENUE, N.W. STE N-4611
WASHINGTON, DC 20210

Claim Number: 6747
Claim Date: 04/12/2011
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 3629

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| UB PROPERTY LLC<br>ATTN: KIM NELSON<br>PO BOX 58746<br>SEATTLE, WA 98138 | | Claim Number: 5833<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| UNSECURED | Claimed: | $488.06 | | |
| UDOVIC, MICHAEL S.<br>929 SOUTH OAKLAND AVE.<br>PASADENA, CA 91106 | | Claim Number: 3776<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $6,875.50 | | |
| UGI UTILITIES, INC.<br>225 MORGANTOWN RD<br>READING, PA 19612-1949 | | Claim Number: 5919<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $36,994.82 | | |
| UHLMANN, CHARLES O<br>3-22-24 SAKAE-CHO<br>TACHIKAWA CITY<br>TOKYO, 190-0003<br>JAPAN | | Claim Number: 6528<br>Claim Date: 06/14/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 |
| UNCLAIMED PROPERTY DIVISION DEPARTMENT<br>OF TREASURY<br>55 ELM STREET<br>HARTFORD, CT 06106 | | Claim Number: 2049<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

UNCLAIMED PROPERTY DIVISION OFFICE OF
STATE TREASURER
CAPITOL COMPLEX
CHARLESTON, WV 25305

Claim Number: 3109
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $242.57   UNLIQ |
|---|---|---|

---

UNION BANK OF CALIFORNIA
C/O JONES LANG LA SALLE AMERICAS IN
ATTN  CORPORATE REAL ESTATE SRVCS
PO BOX 45799
SAN FRANCISCO, CA 94145-0799

Claim Number: 3686
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7426 (01/07/2011)

| UNSECURED | Claimed: | $1,395.91 |
|---|---|---|

---

UNISYS CORPORATION
C/O DANA S. PLON, ESQUIRE
SIRLIN GALLOGLY & LESSER, P.C.
123 SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PA 19109

Claim Number: 6465
Claim Date: 04/06/2010
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $8,368.75 |
|---|---|---|
| UNSECURED | Claimed: | $1,588.90 |

---

UNIVERSAL CITY STUDIOS PRODCUTIONS LLLP
ATTN: SHARON J. GLANCZ
100 UNIVERSAL CITY PLAZA
BLDG 1440, 32ND FL
UNIVERSAL CITY, CA 91608

Claim Number: 4674
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 3191 (01/25/2010)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

UNIVERSAL PRESS SYNDICATE
PO BOX 419149
KANSAS CITY, MO 64141-9149

Claim Number: 894
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $78,272.36 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

UNIVISION COMMUNICATIONS INC.
MELISSA LOPEZ
1777 NE LOOP 410, SUITE 400
SAN ANTONIO, TX 78217

Claim Number: 2346
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $4,250.00 | | | | | |

UNTERMAN, E. THOMAS
1451 AMALFI DR
PACIFIC PALISADES, CA 90272

Claim Number: 3777
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $1,405,127.79 | Scheduled: | $958,608.42 UNLIQ | | | |

USA MOBILITY
3000 TECHNOLOGY DR STE 400
PLANO, TX 75074

Claim Number: 5663
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

---

| UNSECURED | Claimed: | $2,018.60 | Scheduled: | $1,568.60 | Allowed: | $1,568.60 |

USA TODAY
ATTN: PETE GALLO
535 MADISON AVENUE, 27TH FLOOR
NEW YORK, NY 10022

Claim Number: 286
Claim Date: 01/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

---

| UNSECURED | Claimed: | $285,377.36 | Scheduled: | $9,431.99 | | | |

VALENTI, JOHN A. III
44-11 MACNISH STREET, APT 2G
ELMHURST, NY 11373

Claim Number: 5316
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

---

| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| VALENTI, MICHAEL<br>400 TAMARAC DR<br>PASADENA, CA 91105 | Claim Number: 3778<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $1,228,403.25 | Scheduled: | $1,133,110.51 |
|---|---|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3969<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00  UNLIQ |
|---|---|---|

| VAN HORN, PHILIP D<br>9948 MARNICE AVE.<br>TUJUNGA, CA 91042 | Claim Number: 5713<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $6,283.77 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| VAN NESS, SHAWNA<br>355 SOUTH WELLWOOD AVE.<br>LINDENHURST, NY 11757 | Claim Number: 5070<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| VAN TATENHOVE, JAMES M.<br>8812 CANYON SPRINGS DRIVE<br>LAS VEGAS, NV 89117 | Claim Number: 3291<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $23,458.50 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | |
|---|---|---|---|---|
| VANN, BARNITA P.<br>PO BOX 359<br>CHICAGO, IL 60690 | | Claim Number: 5425<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| PRIORITY | Claimed: | $0.00 UNDET | | |
| SECURED | Claimed: | $0.00 UNDET | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| VAZOULAS, JEAN<br>798 HIGHVIEW AVE<br>WESTBURY, NY 11590 | | Claim Number: 3353<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $440/week for life | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |
| VELAPOLDI, FRANK M.<br>24304 KINTAIL CT<br>PORT CHARLOTTE, FL 33980 | | Claim Number: 6051<br>Claim Date: 07/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $10,149.60 | | |
| VERIZON<br>AFNI/VERIZON EAST<br>PO BOX 3037<br>BLOOMINGTON, IL 61702-3037 | | Claim Number: 399<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED | Claimed: | $1,865.17 | | |
| VERIZON COMMUNICATIONS INC<br>DARRYL S. LADDIN, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171  17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 | | Claim Number: 4985<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | |
| UNSECURED | Claimed: | $169,228.13 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

VERIZON COMMUNICATIONS INC
DARRYL S. LADDIN, ESQ.
ARNALL GOLDEN GREGORY LLP
171  17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

Claim Number: 6243
Claim Date: 09/18/2009
Debtor: TRIBUNE COMPANY
Comments:
Replaces claim 399 & 4985

| UNSECURED | Claimed: | $66,261.65 | | |

VERIZON INC.
AFNI/VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL 61701

Claim Number: 3630
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,636.03 | | |

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702

Claim Number: 3308
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 262

| UNSECURED | Claimed: | $22,703.68 | Scheduled: | $22,703.68 |

VERIZON WIRELESS NORTHEAST
PO BOX 3397
BLOOMINGTON, IL 61701

Claim Number: 262
Claim Date: 01/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $100,544.88 | | |

VERTIS, INC.
HUSCH BLACKWELL SANDERS LLP
JOHN J. CRUCIANI
4801 MAIN STREET, SUITE 1000
KANSAS CITY, MO 64112

Claim Number: 52
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7426 (01/07/2011)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| VIDA, HERBERT J. | Claim Number: 3780 |
| 1303 W. 214TH | Claim Date: 06/09/2009 |
| TORRANCE, CA 90501 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $45,399.65 |
|---|---|---|

| VOLK, PHYLLIS | Claim Number: 4641 |
| 250 E. PEARSON ST. | Claim Date: 06/11/2009 |
| SUITE 906 | Debtor: TRIBUNE COMPANY |
| CHICAGO, IL 60611 | |

| UNSECURED | Claimed: | $6,180.00 | Scheduled: | $7,000.00 |
|---|---|---|---|---|

| VON WEIDING, MARK, DBA PJT DELIVERY | Claim Number: 5859 |
| SERVICE, INC. | Claim Date: 06/18/2009 |
| CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO | Debtor: TRIBUNE COMPANY |
| 80-02 KEW GARDENS ROAD | Comments: EXPUNGED |
| KEW GARDENS, NY 11415 | DOCKET: 4774 (06/14/2010) |

| UNSECURED | Claimed: | $140,753.78 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| WADA, KAREN | Claim Number: 3781 |
| 2215 SANTA ANITA | Claim Date: 06/09/2009 |
| SIERRA MADRE, CA 91024 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $277,091.87 | Scheduled: | $108,100.00 UNLIQ |
|---|---|---|---|---|

| WADE, CLAUDIA A. | Claim Number: 3782 |
| 401 AUDRAINE DR. | Claim Date: 06/09/2009 |
| GLENDALE, CA 91202 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $25,214.57 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

WALCOTT, TENISHA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4918
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

WALKER, CAROL
3561 W. HEMLOCK
OXNARD, CA 93035

Claim Number: 6601
Claim Date: 07/19/2010
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6780
DOCKET: 8523 (03/30/2011)

---

| UNSECURED | Claimed: | $65,000.00 |
| --- | --- | --- |

WALKER, KAROLYN M
1457 W. 37TH STREET
RIVIERA BEACH, FL 33404

Claim Number: 1332
Claim Date: 04/22/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 7274 (12/22/2010)

---

| PRIORITY | Claimed: | $300.00 |
| --- | --- | --- |

WALL, ROBERT C. - IRA
CHARLES SCHWAB CUSTODIAN
10523 MISTY HILL RD
ORLAND PARK, IL 60462

Claim Number: 5924
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

---

| UNSECURED | Claimed: | $76,122.00 |
| --- | --- | --- |

WALLACE, JAMES W.
5822 BRIARTREE DR
LA CANADA FLINT, CA 91011

Claim Number: 3783
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $319,337.67 | Scheduled: | $239,022.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| WALLER, MARTA<br>10490 SANTA MONICA BLVD<br>LOS ANGELES, CA 90025-5033 | Claim Number: 263<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $5,000,000.00 |
|---|---|---|

| WALLER, MARTA<br>GERALDINE WEISS, ESQ.<br>LAW OFFICES OF MICHAEL J. PIUZE<br>11755 WILSHIRE BOULEVARD, ST 1170<br>LOS ANGELES, CA 90025 | Claim Number: 4411<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 263 |
|---|---|

| UNSECURED | Claimed: | $5,000,000.00 |
|---|---|---|

| WALLER, MICHAEL E.<br>5 FULL SWEEP<br>HILTON HEAD ISLAND, SC 29928 | Claim Number: 3784<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,856,802.57 | Scheduled: | $1,236,765.00 UNLIQ |
|---|---|---|---|---|

| WALLS, MARY LOU TTEE<br>10741 N. GREEN RIVER RD.<br>EVANSVILLE, IN 47725 | Claim Number: 3367<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $13,000.00 |
|---|---|---|

| WALLS, THOMAS R. TTEE<br>10741 N. GREEN RIVER RD.<br>EVANSVILLE, IN 47725 | Claim Number: 3366<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $12,000.00 |
|---|---|---|

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | |
|---|---|---|
| WALSH, CONSTANCE<br>430 S. WESTERN AVE.<br>UNIT 202<br>DES PLAINES, IL 60016 | Claim Number: 2014<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4891 (06/28/2010) | |

| UNSECURED | Claimed: | $2,090.83 |
|---|---|---|

| | | |
|---|---|---|
| WANG, ZHONG<br>7312 RAINBOW DR<br>CUPERTINO, CA 95014 | Claim Number: 6290<br>Claim Date: 10/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

| | | |
|---|---|---|
| WANGBERG, LARRY<br>110 ELK VIEW DRIVE<br>HAILEY, ID 83333 | Claim Number: 3785<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $403,201.80 | Scheduled: | $246,543.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| WARD, ELEANORE P<br>186 OAK TREE RD<br>MOORESVILLE, NC 28117-5914 | Claim Number: 6546<br>Claim Date: 06/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $68.00 | Allowed: | $68.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| WASHINGTON STATE DEPT OF REVENUE<br>ATTN: SUSAN ROLAND<br>2101 4TH AVE, SUITE 1400<br>SEATTLE, WA 98121-2300 | Claim Number: 5670<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | |

| PRIORITY | Claimed: | $346.72 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| WATER CLOSET MEDIA INC<br>1816 NE ALBERTA ST.<br>PORTLAND, OR 97211 | Claim Number: 876<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 9009 (05/26/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,500.00 |
|---|---|---|

| WATER DEPARTMENT OF PHILADELPHIA<br>C/O ASHLEY M. CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 6336<br>Claim Date: 11/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| SECURED | Claimed: | $134.80 |
|---|---|---|

| WEINBERG, JUDY<br>61 RIDGE ROAD<br>SMITHTOWN, NY 11787 | Claim Number: 5041<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WEINSTEIN, HOWARD<br>12114 FAULKNER DR.<br>OWINGS MILLS, MD 21117 | Claim Number: 3786<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $335,073.78 | Scheduled: | $7,415.37 UNLIQ |

| WEST EAST LIMITED PARTNERSHIP<br>C/O ITSKOWITCH<br>602 NORTH ALPINE DRIVE<br>BEVERLY HILLS, CA 90210 | Claim Number: 6205<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

Epiq Bankruptcy Solutions, LLC

| | | | | |
|---|---|---|---|---|
| WESTERN PREFERRED LIFE INSURANCE LTD.<br>PO BOX 26800<br>AUSTIN, TX 78755-0800 | Claim Number: 5566<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED          Claimed: | $50,767.81 | | | |
| WHITEHALL JEWELERS HOLDINGS, INC., ET AL<br>C/O ASK FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | Claim Number: 6124<br>Claim Date: 07/17/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED          Claimed: | $29,470.89 | | | |
| WHITEHOUSE, BETH<br>12 VILLAS CIR<br>MELVILLE, NY 11747-3050 | Claim Number: 5050<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED          Claimed: | $0.00  UNDET | | | |
| WIEGAND, WILLIAM<br>PO BOX 655<br>COUPEVILLE, WA 98239 | Claim Number: 3787<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED          Claimed: | $348,721.05 | Scheduled: | $299,621.13 | |
| WILD, MARY A.<br>918 W. WOLFENSBERGER RD.<br>CASTLE ROCK, CO 80109-9631 | Claim Number: 3788<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED          Claimed: | $36,816.87 | Scheduled: | $17,170.00  UNLIQ | |

---

WILLCOX & SAVAGE PC
ATTORNEYS AT LAW
ATTN: CONRAD M. SHUMADINE, ESQUIRE
1800 BANK OF AMERICA CTR
NORFOLK, VA 23510-2197

Claim Number: 1502
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $728.09 |
|---|---|---|

WILLES, MARK H.
4343 SHEFFIELD DRIVE
PROVO, UT 84604

Claim Number: 3767
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $19,534,351.47 | Scheduled: | $14,482,661.38  UNLIQ |
|---|---|---|---|---|

WILLETTE, MARCIA, AS GUARDIAN AND
NATURAL MOTHER OF ZACHERY MITZKOVITZ
69 PECAN RUN, STE 5623
OCALA, FL 34472

Claim Number: 6160
Claim Date: 08/10/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $111,043.24 |
|---|---|---|

WILLIAMS, JEFFREY LYNN
147 CHICHESTER RD.
HUNTINGTON, NY 11743

Claim Number: 5147
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

WILLIAMS, LANCE
2831 PRINCE ST.
BERKELEY, CA 94705

Claim Number: 584
Claim Date: 02/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| UNSECURED | Claimed: | $539.19 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| WILLIAMS, PHILLIP L.<br>1156 AMALFI DR.<br>PACIFIC PALISADES, CA 90272 | Claim Number: 3766<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $572,842.71 | Scheduled: | $601,251.00 UNLIQ |
|---|---|---|---|---|

| WILLIAMS, SOPHONIE<br>350 WEST JAMAICA AVE<br>VALLEY STREAM, NY 11580 | Claim Number: 5148<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| WILMINGTON TRUST CORPORATION,<br>AS INDENTURE TRUSTEE<br>C/O PATRICK J. HEALY, VP<br>1100 NORTH MARKET ST - RODNEY SQ NORTH<br>WILMINGTON, DE 19890 | Claim Number: 3523<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,196,823,429.80 UNLIQ | Scheduled: | $758,871,303.23 UNLIQ |
|---|---|---|---|---|

| WILSHIRE CLASSIFIEDS LLC<br>C/O TARGET MEDIA PARTNERS DC, LLC<br>5900 WILSHIRE BLVD STE 550<br>LOS ANGELES, CA 90036 | Claim Number: 4333<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $1,700,000.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1,300,000.00 UNLIQ |

| WILSON, DONALD N., ESQ.<br>MURRAY, JENSEN & WILSON, ESQ.<br>101 N. WACKER DR, SUITE 101<br>CHICAGO, IL 60606 | Claim Number: 4656<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $12,812.40 | Scheduled: | $13,401.20 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

WILSON, HAZEL E.
21712 LANAR
MISSION VIEJO, CA 92692

Claim Number: 3765
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $26,114.05 | | |
|---|---|---|---|---|

WILSON, JULIA C.
1872 8TH AVE.
SACRAMENTO, CA 95818

Claim Number: 3764
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $219,353.70 | Scheduled: | $188,302.12 UNLIQ |
|---|---|---|---|---|

WILSON, ROBERT M.
3556 HAMPSHIRE DR.
BIRMINGHAM, AL 35223

Claim Number: 5878
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $5,074.80 |
|---|---|---|

WINKLER, LEE B., IRA ROLLOVER
15250 VENTURA BLVD
SUITE 710
SHERMAN OAKS, CA 91403

Claim Number: 6513
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $50,000.00 |

WINTERS, CARLYLE
2205 BELLEAIR ROAD
APT. A25
CLEARWATER, FL 33764-2765

Claim Number: 2805
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $10,000.00  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| WISS JANNEY ELSTNER ASSOCIATES<br>330 PFINGSTEN RD<br>NORTHBROOK, IL 60062 | Claim Number: 1428<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 |
|---|---|---|---|---|

| WOLDT, HAROLD F. JR.<br>6059 WEEPING BANYAN LANE<br>WOODLAND HILLS, CA 91367 | Claim Number: 3763<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $35,533.16 | Scheduled: | $21,697.00 UNLIQ |
|---|---|---|---|---|

| WOLFSON, DOUGLAS S<br>11 CROFT PL<br>HUNTINGTON, NY 11743 | Claim Number: 5090<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
|---|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WOLFSON, JAYNE H.<br>11 CROFT PL.<br>HUNTINGTON, NY 11743 | Claim Number: 5045<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
|---|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WOLINSKY, LEO<br>8550 HOLLYWOOD BLVD.<br>LOS ANGELES, CA 90069 | Claim Number: 3762<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $606,750.39 | Scheduled: | $432,772.56 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| WOOD, JIM - AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251920<br>LITTLE ROCK, AR 72225-1920 | Claim Number: 5866<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| WOODFIELD MALL LLC, A DELAWARE LLC<br>ANDREW S. CONWAY<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 | Claim Number: 1393<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $341,936.00 | | |
|---|---|---|---|---|

| WRIGHT, DONALD F.<br>P.O. BOX 842<br>TESUQUE, NM 87574 | Claim Number: 3761<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $2,713,574.92 | Scheduled: | $1,929,418.00 UNLIQ |
|---|---|---|---|---|

| WRIGHT, JULIE A<br>1990 MT. SHASTA DRIVE<br>SAN PEDRO, CA 90732 | Claim Number: 6030<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| WTOP-FM RADIO<br>C/O SZABO ASSOCIATES, INC.<br>3355 LENOX ROAD NE, 9TH FLOOR<br>ATLANTA, GA 30326 | Claim Number: 763<br>Claim Date: 03/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $49,026.30 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XANDERS, JULIE
1720 HIGHLAND AVENUE
GLENDALE, CA 91202 | | Claim Number: 4602
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $389.99 | Scheduled: | $389.99 | | | |
| XANDERS, JULIE
1720 HIGHLAND AVENUE
GLENDALE, CA 91202 | | Claim Number: 4603
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $9,815.00 | Scheduled: | $9,815.00 UNLIQ | | | |
| XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937 | | Claim Number: 472-01
Claim Date: 02/04/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010) | | | | | |
| UNSECURED | Claimed: | $71,001.06 | Scheduled: | $1,724.12 | Allowed: | $71,001.06 | |
| XEROX CORP.
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937 | | Claim Number: 409
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $1,847,137.05 | | | | | |
| YAGED, MARTIN
11 APPALOOSA DR.
MANALAPAN, NJ 07726 | | Claim Number: 3004
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010) | | | | | |
| SECURED | Claimed: | $15,000.00 | | | | | |
| UNSECURED | Claimed: | $0.00 | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| YAHOO! INC.<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL  SUITE 300<br>PALO ALTO, CA 94306 | Claim Number: 4356<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |

| ADMINISTRATIVE | Claimed: | $4,924.12 |
| UNSECURED | Claimed: | $10,075.52 |

---

| YAN, ELLEN<br>#B1405<br>61-20 GRAND CENTRAL PKWY<br>FOREST HILLS, NY 11375 | Claim Number: 5319<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| YEAGER, ROBERT B.<br>1672 RICHLAND RD<br>SPRING VALLEY, OH 45370 | Claim Number: 6272<br>Claim Date: 10/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |

| UNSECURED | Claimed: | $50,186.41 |

---

| YELLOWBRIX INC<br>200 N GLEBE RD STE 1025<br>ARLINGTON, VA 22203-3759 | Claim Number: 3409<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $6,856.85 | Scheduled: | $6,856.85 |

---

| YIELD STRATEGIES FUND I, LP<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | Claim Number: 1324<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |

| UNSECURED | Claimed: | $664,066.42   UNLIQ |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

| | | |
|---|---|---|
| YIELD STRATEGIES FUND II, LP<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | Claim Number: 1327<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |

| UNSECURED | Claimed: | $226,951.20  UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| YOON, JOSEPH<br>206 NORTHSHORE XING<br>DALLAS, GA 30157-1641 | Claim Number: 6510<br>Claim Date: 06/03/2010<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| YOST, WILLIAM<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 5659<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $45,602.93 |
|---|---|---|

---

| | | |
|---|---|---|
| YOST, WILLIAM<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 5660<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $9,444.35 |
|---|---|---|

---

| | | |
|---|---|---|
| YOUNG, JOHN W.<br>88 PACE DR S<br>WEST ISLIP, NY 11795-5100 | Claim Number: 3760<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $73,452.93 | Scheduled: | $25,263.00 UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

| | | | | | |
|---|---|---|---|---|---|
| YOUNG, SOMMER, WARD, RITZENBERG, BAKER & MOORE LLC
5 PALISADES DRIVE, SUITE 300
ALBANY, NY 12205 | | Claim Number: 1698
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,307.00 | | | |
| YOUNGMAN, OWEN
40 KENMORE AVE.
DEERFIELD, IL 60015 | | Claim Number: 3026
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $379.97 | Scheduled: | $379.97 | |
| ZAKARIAN, JOHN J.
656 RIDGE RD
WETHERSFIELD, CT 06109 | | Claim Number: 3757
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $295,629.56 | Scheduled: | $272,696.25 | |
| ZAPANTA, NORENE
53 OVERLOOK DR.
NEWPORT COAST, CA 92657 | | Claim Number: 3758
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $11,482.47 | Scheduled: | $10,591.72 | |
| ZEEK FAMILY TRUST
575 GOLDEN HAWK DR
PRESCOTT, AZ 86301 | | Claim Number: 5798
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $71,046.20 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| ZEITLIN, ERICA<br>2662 S. BARRINGTON AVE.<br>LOS ANGELES, CA 90064 | | Claim Number: 6638<br>Claim Date: 08/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| PRIORITY | Claimed: | $3,405.00 | | | |
| UNSECURED | | | | Allowed: | $1,956.17 |
| ZEP MANUFACTURING COMPANY<br>ENGEL, HAIRSTON & JOHANSON, P.C.<br>ATTN: JONATHAN E. RAULSTON<br>P.O. BOX 11405<br>BIRMINGHAM, AL 35202 | | Claim Number: 2258<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | |
| UNSECURED | Claimed: | $506.04 | | | |
| ZERWEKH, JAMES D<br>401 CLEARWATER DR<br>PONTE VEDRA, FL 32082-4176 | | Claim Number: 6083<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $453.59 | | | |
| UNSECURED | | | Scheduled: | $453.59 | |
| ZEZIMA, GERALD R. JR.<br>101 WEDGEWOOD DR.<br>CORAM, NY 11727 | | Claim Number: 5057<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| ZIMBALIST, EFREM III<br>216 FIRST ST.<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 3759<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $2,206,657.73 | Scheduled: | $1,070,690.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

---

ZOLNIER, EDWIN
1407 MIDDLE ROAD
UNIT #14
CALVERTON, NY 11933

Claim Number: 2946
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

---

| SECURED | Claimed: | $1,096.18 |
|---|---|---|

ZULKIE PARTNERS LLC
222 S RIVERSIDE PLAZA   STE 2300
CHICAGO, IL 60606

Claim Number: 2769
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $260.00 | Scheduled: | $260.00 |
|---|---|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5457
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 102

---

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY, ET AL
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 102
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 06/23/2011

## Summary Page

Total Number of Filed Claims:          1653

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | ******************* | $0.00 |
| Priority: | ******************* | $0.00 |
| Secured: | ******************* | $0.00 |
| Unsecured: | ******************* | $328,704.11 |
| Total: | ******************* | $328,704.11 |