IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 08-13141 (KJC) |
| Tribune Company, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

## AFFIDAVIT OF SERVICE

I, Melissa N. Flores, certify that I am a paralegal employed by the law firm of Ciardi Ciardi & Astin. I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that I cause to be served true and correct copies of the ***Motion of Jayne Clement for Relief from the Automatic Stay [Docket No. 9414]*** on the parties on the attached service list, *via* first-class U.S. mail, on July 6, 2011.

I certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

*Melissa N. Flores*
Melissa N. Flores

Sworn to and subscribed before
me this 7th day of July 2011

*Denise M. Chigges*

[Notary Seal: DENISE M. CHIGGES, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES MARCH 7, 2013]

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355
HEALTH AND WELFARE AND PENSION FUNDS)
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355
HEALTH AND WELFARE FUND AND PENSION FUND)
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.
COUNSEL TO AURELIUS (MEDIATION PARTY)
ONE BRYANT PARK
NEW YORK, NY 10036

ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
230 W MONROE ST, STE 2600
(COUNSEL TO IAM LODGE NO. 126)
CHICAGO, IL 60606

AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC.
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANDREW S. CONWAY, ESQUIRE
(COUSNEL TO TAUBMAN LANDLORDS)
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

ANDREWS KURTH LLP
ATTN: PAUL SILVERSTEIN, ESQ.
COUNSEL FOR THE AD HOC TRADE COMMITTEE
450 LEXINGTON AVENUE
NEW YORK, NY 10017

ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
300 DELAWARE AVE, STE 1370
(COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR LEASING CO.)
WILMINGTON, DE 19801

ARKIN KAPLAN RICE LLP
HOWARD J. KAPLAN, ESQ.; DEANNA DAVIDIAN, ESQ.
590 MADISON AVENUE
(COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR LENDERS)
NEW YORK, NY 10022

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS.
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC)
WILMINGTON, DE 19899

ASHBY & GEDDES, PA
WILLIAM P. BOWDEN; AMANDA M. WINFREE
500 DELAWARE AVENUE, 8TH FLOOR
PO BOX 1150
(COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP)
WILMINGTON, DE 19899

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
401 NORTH MICHIGAN AVENUE, STE 550
(COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC)
CHICAGO, IL 60611

BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ
COUNSEL TO CCI EUROPE A/S
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
(COUNSEL TO MORGAN STANLEY & CO., INC.)
WILMINGTON, DE 19801

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN (MA BBO# 564729)
155 FEDERAL ST, 9TH FL
(COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.)
BOSTON, MA 02110

BAYARD, P.A.
ATTN: JAMIE L. EDMONSON, ESQ.
COUNSEL TO GBH INVESTMENTS, LLC
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19801

BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
(COUNSEL TO: ENTERPRISE GARAGE CORP.)
270 MADISON AVENUE
NEW YORK, NY 10016

BIFFERATO GENTILOTTI LLC
GARVAN F. MCDANIEL, ESQ.
800 N. KING STREET, PLAZA LEVEL
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK)
WILMINGTON, DE 19801

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.
(COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN)
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

| | |
|---|---|
| BLAKELEY & BLAKELEY LLP<br>ATTN: JOHNN WHITE, ESQ.<br>COUNSEL TO GOOGLE INC.<br>2 PARK PLAZA, SUITE 400<br>IRVINE, CA 92614 | BLANK ROME LLP<br>ATTN: DAVID W. CARIKHOFF<br>1201 MARKET ST; STE 800<br>(COUNSEL TO EGI-TRB)<br>WILMINGTON, DE 19801 |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN & GOOD MAN, LLP<br>150 S. RODEO DRIVE, 3RD FLOOR<br>BEVERLY HILLS, CA 90212 | BRACEWELL & GUILIANI LLP<br>ATTN: E. FLASCHEN, ESQ; D. CONNOLLY, ESQ; A ANDREW SCHOULDER, ESQ<br>COUNSEL-AD HOC COMMITTEE OF STEP ONE SENIOR LENDER<br>GOODWIN SQUARE<br>225 ASYLUM STREET, SUITE 2600<br>HARTFORD, CT 06103-1516 |
| BROWARD COUNTY<br>ATTN: JEFFREY J. NEWTON<br>COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | BROWN RUDNICK LLP<br>ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.<br>(COUNSEL TO WILMINGTON TRUST COMPANY)<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 |
| BROWN STONE NIMEROFF LLC<br>ATTN. JAMI B. NIMEROFF, ESQ.<br>(COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP)<br>4 EAST 8TH STREET, SUITE 400<br>WILMINGTON, DE 19801 | BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ESQ.<br>(COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 |
| BUCHALTER NEMER<br>PAMELA KOHLMAN WEBSTER<br>1000 WILSHIRE BOULEVARD, SUITE 1500<br>(COUNSEL TO SONY PICTURES TELEVISION)<br>LOS ANGELES, CA 90017-2457 | BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>(COUNSEL TO ORACLE USA, INC.)<br>SAN FRANCISCO, CA 94105-2126 |

| | |
|---|---|
| CANON USA, INC<br>ATTN RUTH WIENSTEIN<br>1 CANON PLAZA<br>LAKE SUCCESS, NY 11042 | CAPITALSOURCE FINANCE LLC<br>ATTN: JOANNE FUNGAROLI, ESQ.<br>4445 WILLARD AVENUE, 12TH FLOOR<br>CHEVY CHASE, MD 20815 |
| CATHOLIC CHARITIES<br>ATTN: JOSEPH AUGUSTYNIAK<br>1966 GREENSPRING DRIVE, SUITE 200<br>TIMONIUM, MD 21093 | COTCHETT, PITRE & MCCARTHY<br>ATTN: PHILIP GREGORY, ESQ.<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN)<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 |
| COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQ.<br>1201 N. MARKET STREET, SUITE 1400<br>(COUNSEL TO TWENTIETH TELEVISION, INC.)<br>WILMINGTON, DE 19801 | CROSS & SIMON LLC<br>ATTN: CHRISTOPHER P. SIMON, ESQ.<br>913 NORTH MARKET STREET, 11TH FLOOR<br>(COUNSEL TO WASHINGTON-BALTIMORRRE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA)<br>WILMINGTON, DE 19801 |
| CROSS & SIMON, LLC<br>JOSEPH GREY, ESQ.<br>913 NORTH MARKET STREET, ELEVENTH FLOOW<br>(COUNSEL TO CONSTELLATION NEWENERGY, INC.)<br>WILMINGTON, DE 19801 | CROUDACE & DIETRICH LLP<br>ATTN. MARK A NITIKMAN, ESQUIRE<br>4750 VON KARMAN AVENUE<br>COUNSEL TO BKM 3128 REDHILL, LLC)<br>NEWPORT BEACH, CA 92660 |
| CROWELL & MORING LLP<br>ATTN. MICHAEL V. BLUMENTHAL, ESQ.<br>(COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>590 MADISON AVENUE, 19TH FLOOR<br>NEW YORK, NY 10022 | DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL<br>ATTN: ELAINE Z. COLE, ESQ.<br>340 E. MAIN ST.<br>(COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE)<br>ROCHESTER, NY 14604 |

| | |
|---|---|
| DAVIS POLK & WARDELL LLP<br>ATTN: DONALD S. BERNSTEIN, ESQ.<br>JAMES A. FLORACK, ESQ.<br>DAMIAN S. SCHAIBLE, ESQ.<br>450 LEXINGTON AVENUE<br>(COUNSEL TO JPMORGAN CHASE BANK, N.A.)<br>NEW YORK, NY 10017 | DLA PIPER LLP (US)<br>JODIE E. BUCHMAN, ESQ.<br>6225 SMITH AVENUE<br>(COUNSEL TO CONSTELLATION NEWENERGY, INC.)<br>BALTIMORE, MD 21209-3600 |
| DUANE MORRIS<br>ATTN: LAWRENCE J. KOTLER, ESQUIRE<br>COUNSEL FOR PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'<br>RETIREMENT SYSTEM<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | DUANE MORRIS LLP<br>ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS<br>(COUNSEL TO SONY PICTURES TELEVISION, INC.)<br>222 DELAWARE AVENUE, SUITE 1600<br>WILMINGTON, DE 19801-1659 |
| DUANE MORRIS LLP<br>RICHARD W.RILEY; SOMMER L. ROSS<br>2222 DELAWARE AVENUE, SUITE 1600<br>(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION &<br>CANTIGNY FOUNDATION)<br>WILMINGTON, DE 19801-1659 | ECKERT,SEAMANS, CHERIN & MELLOT, LLC<br>ATTN. MARGARET F. ENGLAND, ESQUIRE<br>(COUNSEL TO THE NIELSEN COMPANY)<br>300 DELAWARE AVENUE, SUITE 1210<br>WILMINGTON, DE 19801 |
| EDWARDS ANGELL PALMER & DODGE LLP<br>ATTN: STUART M. BROWN, ESQ.<br>919 N. MARKET ST, STE 1500<br>(COUNSEL TO BARCLAYS BANK PLC)<br>WILMINGTON, DE 19801 | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>ATTN: KEITH D. ELKINS, ESQ.<br>1800 CENTURY PARK EAST, 7TH FLOOR<br>(COUNSEL TO LIT FINANCE, LP)<br>LOS ANGELES, CA 90067 |
| ELLIOTT GREENLEAF<br>COUNSEL TO CORESTAFF SERVICES<br>ATTN WILLIAM M KELLEHER<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 | ERVIN COHEN & JESSUP LLP<br>KENNETH MILLER, ESQ.<br>9401 WILSHIRE BLVD, 9TH FLOOR<br>(COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC)<br>BEVERLY HILLS, CA 90212 |

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC)
MILWAUKEE, WI 53202-5306

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK
SUITE 2800
(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC)
CHICAGO, IL 60610-4500

FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.
(COUNSEL TO: WELLS FARGO BANK, N.A.)
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
(COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.)
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
(COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC)
101 BILBY ROAD
HACKETTSTOWN, NJ 07840

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ.
(COUNSEL TO MERCER (US) INC.)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
EDWARD A. FRIEEDMAN; WILLIAM P. WEINTRAUB
1633 BROADWAY
(COUNSEL TO AUERLIUS CAPITAL MANAGEMENT, LP)
NEW YORK, NY 10019-6708

FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 AVENUE OF THE STARS, SUITE 1700
(COUNSEL TO ISAKSEN INVESTMENTS, LLC)
LOS ANGELES, CA 90067-4409

FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
(COUNSEL TO COMCAST SPOTLIGHT & COMCAST)
BOSTON, MA 02110

GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

| | |
|---|---|
| GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>(SAM'S CLUB BRC)<br>MIAMI, FL 33131-1605 | GOHN HANKEY & STICHEL LLP<br>COUNSEL TO CORESTAFF SERVICES<br>ATTN JAN I BERLAGE<br>201 NORTH CHARLES STREET<br>SUITE 201<br>BALTIMORE, MD 21201 |
| HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD.<br>MAILSTOP 314<br>BOISE, ID 83714-0021 | HOGAN & HARTSON LLP<br>ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.<br>875 THIRD AVENUE<br>(COUNSEL TO ABITIBI BOWATER, INC., ABITBI<br>CONSOLIDATED SALES CORPORATON AND BOWATER, INC.;<br>DOW JONES & COMPANY)<br>NEW YORK, NY 10022 |
| HOWARD COUNTY OFFICE OF LAW<br>ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR &<br>CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | IBM CORPORATION<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 |
| INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 |
| J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 | CHADBOURNE & PARKE LLP<br>COUNSEL TO THE UNSECURED CREDITORS' CO<br>ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E<br>DEUTSCH<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |

| | |
|---|---|
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.<br>ATTN. BRIAN M. DOUGHERTY<br>(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD MOTOR SERVICE, INC.)<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>WILLOWBROOK, IL 60527 | GREENBERG TRAURIG, LLP<br>ATTN: DENNIA A. MELORO<br>COUNSEL TO HAMDON ENTERTAINMENT<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET, SUITE 1200<br>WILMINGTON, DE 19801 |
| GREENBERG TRAURIG, LLP<br>ATTN: KEVIN P. GARLAND, ESQ.<br>COUNSEL TO HAMDON ENTERTAINMENT<br>2450 COLORADO AVENUE, SUITE 400 E<br>SANTA MONICA, CA 90404 | GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>EDWARD J. TREDINNICK, ESQ.<br>FOUR EMBARCARCADERO CENTER, STE 4000<br>(COUNSEL TO CATELLUS DEVELOPMENT CORP.)<br>SAN FRANCISCO, CA 94111 |
| HARRIS CORPORATION<br>ANTHONY DEGLOMINE, III<br>1025 W. NASA BLVD<br>MAIL STOP A-11A<br>MELBOURNE, FL 32919 | HENNIGAN, BENNETT & DORMAN, LLP<br>ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA D. MORSE, ESQS.<br>865 SOUTH FIGUEROA STREET, SUITE 2900<br>(COUNSEL TO VARIOUS PARTIES LISTED IN NOA)<br>LOS ANGELES, CA 90017 |
| HERRICK FEINSTEIN LLP<br>COUNSEL TO CANON USA INC, INTELSAT CORPORATION<br>ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 | HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY<br>2125 E. KATELLA AVE.<br>SUITE 400<br>ANAHEIM, CA 92806 |
| JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH;<br>DANIEL J. POLATSEK; JOSHUA A. GADHARF<br>525 W. MONROE STREET<br>(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION)<br>CHICAGO, IL 60661-3693 | KAYE SCHOLER LLP<br>425 PARK AVE<br>MADLYN GLEICH PRIMOFF, ESQ<br>(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT)<br>NEW YORK, NY 10022 |

KELLEY DRYE & WARREN LLP
ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
101 PARK AVENUE
(COUNSEL TO TELEREP, LLC)
NEW YORK, NY 10178

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.
(COUNSEL TO: EXAMINER-DESIGNATE,KENNETH KLEE, ESQ)
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

LANDIS RATH & COBB LLP
COUNSEL FOR THE UNSECURED CREDITORS' COMM
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN)
1330 BROADWAY, SUITE 1800
OAKLAND, CA 94612

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: KENNETH N. KLEE, ESQ.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

KLEHR HARRISON HARVEY BRANZBURG LLP
MICHAEL W. YURKEWICZ, ESQUIRE
919 MARKET STREET, SUITE 1000
(COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP)
WILMINGTON, DE 19801

LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
STE 1600
(COUNSEL TO DALLAS COUNTY)
DALLAS, TX 75201

| | |
|---|---|
| LOIZIDES, P.A.<br>CHRISTOPHER D. LOIZIDES<br>1225 KING STREET, SUITE 800<br>(ATTORNEY FOR NAVIGANT CONSULTING, INC)<br>WILMINGTON, DE 19801 | MARGOLIS EDELSTEIN<br>ATTN: JAMES E. HUGGETT, ESQ.<br>750 SHIPYARD DRIVE, SUITE 102<br>(COUNSEL TO ORACLE AMERICA, INC.)<br>WILMINGTON, DE 19801 |
| MAUREEN A. MCGREEVEY, ESQUIRE<br>SENIOR LITIGATION COUNSEL<br>SUNGARD<br>680 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 | MAYER BROWN LLP<br>FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,<br>AMIT K. TREHAN, ESQ., JEAN-MARIE L. ATAMIAN, ESQ.<br>(COUNSEL TO BARCLAYS)<br>1675 BROADWAY<br>NEW YORK, NY 10019 |
| MCCARTER & ENGLISH, LLP<br>ATTN: DAVID ADLER, ESQ.<br>245 PARK AVE, 27TH FL<br>(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)<br>NEW YORK, NY 10167 | MCCARTER & ENGLISH, LLP<br>ATTN: KATHARINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>405 N. MARKET STREET, 8TH FL<br>(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)<br>WILMINGTON, DE 19801 |
| MCGUIRE WOODS LLP<br>ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS<br>(COUNSEL TO THE NIELSEN COMPANY (US) LLC<br>77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 | MCPHARLIN SPRINKLES & THOMAS, LLP<br>ATTN. ELAIN M. SEID<br>(COUNSEL TO DIABLO INVESTMENT CO.)<br>10 ALMADEN BLVD., SUITE 1460<br>SAN JOSE, CA 95113 |
| MEITES, MULDER, MOLLICA & GLINK<br>ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,<br>& MAKINEN)<br>20 S. CLARK STREET, SUITE 1500<br>CHICAGO, IL 60603 | MESSANA ROSNER & STERN, LLP<br>FREDERICK B. ROSNER, ESQ.<br>1000 N. WEST STREET, SUITE 1200<br>(COUNSEL TO INTELSAT CORPORATION)<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. WALDMEIR, ASSISTANT ATTORNEY GENERAL<br>STATE OF MICHIGAN, DEPT. OF TREASURY<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | MICHAEL SCHLOSS<br>(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR)<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 |
| MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SUSAN L. LISSANT<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN. RACHEL B. MERSKY, ESQUIRE<br>(COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY)<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 |
| MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: COLM F. CONNOLLY, ESQ.<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET, SUITE 501<br>(COUNSEL TO GREATBANC TRUST COMPANY & NYSCRF)<br>WILMINGTON, DE 19801 | MORGAN, LEWIS & BOCKIUS LLP<br>CHARLES C. JACKSON<br>THEODORE M. BECKER<br>77 WEST WACKER DRIVE<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>CHICAGO, IL 60601-5094 |
| OFFICE OF ATTORNEY GENERAL<br>ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID M. KLAUDER, ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19899-0035 |
| O'MELVENY & MYERS LLP<br>ATTN: B. BUTWIN, D. CANTOR & D. SHAMAH, ESQS.<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>(COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC)<br>NEW YORK, NY 10036 | O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>(COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC)<br>LOS ANGELES, CA 90071 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND
MARK M. BILLION, ESQS.
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
(COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.)
WILMINGTON, DE 19899

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: JOSEPH L. CHRISTENSEN
500 DELAWARE AVENUE, SUITE 200; PO BOX 32
(COUNSEL TO CITICORP NORTH AMERICA, INC. AND
CITIGROUP GLOBAL MARKETS INC.)
WILMINGTON, DE 19899-0032

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
CHARLES E. DAVIDOW
2001 K. STREET, N.W.
(COUNSEL TO CITICORP NORTH AMERICA, INC. AND
CITIGROUP GLOBAL MARKETS INC.)
WASHINGTON, DC 20006-1047

PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W.
BROWN, LAUREN SHUMEJDA
1285 AVENUE OF THE AMERICAS
(COUNSEL TO CITICORP NORTH AMERICA, INC. AND
CITIGROUP GLOBAL MARKETS INC.)
NEW YORK, NY 10019-6064

PENSION BENEFIT GUARANTY CORPORATION
ATTN FRANK A ANDERSON, CASSANDRA R BURTON, &
KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PEPPER HAMILTON LLP
ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ.
(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER)
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709

PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
(COUNSEL TO BANK OF AMERICA, N.A. & BANC OF
AMERICA SECURITIES LLC)
WILMINGTON, DE 19899-1709

PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
(COUNSEL TO: VALUATION RESEARCH CORPORATION)
WILMINGTON, DE 19806

PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
(COUNSEL TO THE PARTIES REFERENCED IN THE FIRST
AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN
LLP)
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN
AGENT)
HERCULES PLAZA
1313 N MARKET ST, PO BOX 951
WILMINGTON, DE 19899-0951

PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
(COUNSEL TO: TWENTIETH TELEVISION, INC.)
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA 90067

RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
920 NORTH KING STREET
(COUNSEL TO JPMORGAN CHASE BANK, N.A.)
WILMINGTON, DE 19801

RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO
(COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP)
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
(COUNSEL TO GALLERIA OPERATING COMPANY, LLC)
875 THIRD AVENUE, 9TH FL
NEW YORK, NY 10022

ROMERO LAW FIRM
MARTHA E. ROMERO, ESQ.
BMR PROFESSIONAL BLDG
6516 BRIGHT AVENUE
(COUNSED TO SECURED CREDITOR COUNTY OF SAN BERNARDINO, CALIFORNIA, A CALIFORNIA TAXING AUTH.)
WHITTIER, CA 90601

RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
(COUNSEL TO ESTHER RHEIN)
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN. MICHAEL S. AMATO, ESQ.
(COUNSEL TO BARRY AND MARIE GOLDENBERG)
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
(PROPOSED DELAWARE COUNSEL TO: KENNETH N. KLEE, THE EXAMINER-DESIGNATE (THE "EXAMINER")
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899

SCHULTE ROTH & ZABEL LLP
LAWRENCE V. GELBER, ESQUIRE
ADAM L. HIRSCH, ESQUIRE
919 THIRD AVENUE
(COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP)
NEW YORK, NY 10022

SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20020

| | |
|---|---|
| STEMPEL BENNETT CLAMAN & HOCHBERG PC<br>COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD<br>ATTN EDMOND P O'BRIEN ESQ<br>675 THIRD AVENUE 31ST FLOOR<br>NEW YORK, NY 10017 | STUART MAUE<br>ATTN: W. ANDREW DALTON<br>FEE EXAMINER<br>3840 MCKELVEY RD<br>ST. LOUIS, MO 63044 |
| SULLIVAN HAZELTINE ALLINSON LLC<br>ATTN: WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III<br>COUNSEL TO WILMINGTON TRUST COMPANY<br>4 EAST 8TH STREET, SUITE 400<br>WILMINGTON, DE 19801 | SULLIVAN HAZELTINE ALLISON LLC<br>WILLIAM HAZELTINE, ESQ.<br>4 EAST 8TH STREET<br>STE. 400<br>(COUNSEL TO IVAN J. BATES)<br>WILMINGTON, DE 19801 |
| TEITELBAUM & BASKIN, LLP<br>ATTN: JAY TEITELBAUM<br>3 BARKER AVENUE, THIRD FLOOR<br>(COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN<br>W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III;<br>J.SIMPSON; M.WILLES; E.ZIMBALIST, III)<br>WHITE PLAINS, NY 10601 | THE DSF GROUP<br>ALLAN I. MUSCOVITZ, SR. ACCOUNTANT<br>950 WINTER STREET, STE 4300<br>WALTHAM, MA 02451-1486 |
| THE REIMANN LAW GROUP<br>ATTN. DAVID W. REIMANN, ESQUIRE<br>(ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I,<br>LLC, AND YORBA PARK SUB, LLC)<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 | THE SEAPORT GROUP LLC<br>ATTN SCOTT FRIEDBERG<br>360 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10017 |
| TOOD M. HOEPKER, ESQ.<br>(COUNSEL TO : COP-HANGING MOSS, LLC)<br>POST OFFICE BOX 3311<br>ORLANDO, FL 32802-3311 | TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT 06183-4044 |

| | |
|---|---|
| TRESSLER SODERSTORM MALONEY & PRESS, LLP<br>ATTN. JACQUELINE A. CRISWELL<br>(COUNSEL TO FISHER PRINTING, INC.)<br>SEARS TOWER, 22ND FLOOR<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6314 | TWENTIETH TELEVISION, INC.<br>ATTN: JODIE REA<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2121 AVENUE OF THE STARS, SUITE 1754<br>LOS ANGELES, CA 90067 |
| TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE, INC.)<br>750 SHIPYARD DRIVE, SUITE 400<br>P.O. BOX 2092<br>WILMINGTON, DE 19899-2092 | U.S. DEPARTMENT OF JUSTICE<br>ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION<br>555 4TH ST. NW ROOM 6110, P.O. BOX 227<br>WASHINGTON, DC 20044 |
| UNGARETTI & HARRIS<br>ATTN. GEORGE R. MESIRES, ESQ.<br>(COUNSEL TO KTR SOUTH FLORIDA LLC)<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON<br>CHICAGO, IL 60602 | UNISYS CORPORATION<br>ATTN. JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>PO BOX 875<br>WASHINGTON, DC 20004-0875 | UNITED STATES DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ELIZABETH S. GOLDBERG, ESQUIRE<br>(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR)<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 |
| US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>PO BOX 2046<br>WILMINGTON, DE 19899-2046 | VORYS SATER SEYMOUR & PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>(COUNSEL TO AOL LLC & RELATED ENTITIES; TURNER BROADCASTING SYSTEM INC ET AL)<br>COLUMBUS, OH 43215 |

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB
(COUNSEL TO: TURNER BROADCASTING SYSTEM INC ET AL)
52 EAST GAY STREET
COLUMBUS, OH 43215

WARNER BROS. TELEVISION DISTRIBUTION, INC.
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA 91522

WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL 33301

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS.
(COUNSEL TO: WELLS FARGO BANK, N.A.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WILLKIE FARR & GALLAGHER LLP
ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.
(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC)
787 SEVENTH AVENUE
NEW YORK, NY 10019

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: ANDREW GOLDMAN, ESQ.
(COUNSEL TO: ANGELO GORDON & CO.)
399 PARK AVENUE
NEW YORK, NY 10022

WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
(COUNSEL TO: VALUATION RESEARCH CORPORATION)
NEW YORK, NY 10166

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET, POST OFFICE BOX 391
(COUNSEL TO VARIOUS PARTIES LISTED ON NOA)
WILMINGTON, DE 19899-0391

ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
(SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
WASHINGTON, DC 20036

| | |
|---|---|
| ZUCKERMAN SPAEDER LLP<br>THOMAS G. MACAULEY, ESQ.<br>VIRGINIA WHITEHALL GULDI, ESQ.<br>919 MARKET STREET, STE 990<br>(SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>WILMINGTON, DE 19801 | ZWERDLKING PAUL KAHN & WOLLY PC<br>COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA<br>ATTN ROBERT E PAUL ESQ<br>1025 CONNECTICUT AVENUE NW SUITE 712<br>WASHINGTON, DC 20036-5420 |
| OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>230 SOUTH DEARBORN, ROOM 844<br>CHICAGO, IL 60604 | COHEN WEISS & SIMON LLP<br>COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS<br>ATTN BABETTE A CECCOTI<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>(LOCAL COUNSEL FOR THE DEBTORS)<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT<br>THOMAS W. CORBETT, JR., ATTORNEY GENERAL<br>CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL<br>PA I.D. NO. 049219<br>OFFICE OF ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 |
| COOCH & TAYLOR PA<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br>(COUNSEL TO: AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS)<br>1000 WEST STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>ATTN: DAVID S. ROSNER; ANDREW K. GLENN; SHERON KORPUS<br>1633 BROADWAY<br>(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK)<br>NEW YORK, NY 10019 |
| JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>(COUNSEL TO SODEXO, INC.)<br>CHARLOTTE, NC 28233 | JENNER & BLOCK LLP<br>ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE, ANDREW W. VAIL<br>330 N. WABASH AVENUE<br>(COUNSEL TO EGI-TRB)<br>CHICAGO, IL 60611-7603 |

| | |
|---|---|
| K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>NEW YORK, NY 10022-6030 | K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>PITTSBURGH, PA 15222-2312 |
| KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 | MORGAN, LEWIS & BOCKIUS LLP<br>MENACHEM O. ZELMANOVITZ, ESQ.<br>RACHEL JAFFE NAUCERI<br>101 PARK AVENUE<br>(COUNSEL TO GREATBANC TRUST COMPANY & NYSCRF)<br>NEW YORK, NY 10178-0060 |
| MORGAN, LEWIS & BOCKIUS LLP<br>RACHEL JAFFE MAUCERI, ESQ.<br>1701 MARKET STREET<br>(COUNSEL TO NYSCRF)<br>PHILADELPHIA, PA 19103-2921 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ.<br>COUNSEL TO STEP ONE SENIOR LENDERS<br>1201 NORTH MARKET STREET, 18TH FLOOR<br>PO BOX 1347<br>WILMINGTON, DE 19899-1347 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC<br>ATTN: COLLEEN E. MCMANUS<br>191 NORTH WACKER DRIVE, STE 1800<br>(COUNSEL TO CF 4242 BRYN MAWR LLC)<br>CHICAGO, IL 60606 | NAVIGANT CONSULTING, INC.<br>MONICA M. WEED, ESQ.<br>30 S. WACKER DRIVE, SUITE 3550<br>CHICAGO, IL 60606 |
| NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>333 EAST WASHINGTON ST., 3RD FLOOR<br>SYRACUSE, NY 13202 |

| | |
|---|---|
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED<br>ATTN. ROBERT L. HANLEY, JR. ESQUIRE<br>(COUNSEL TO ST. JOHN PROPERTIES, INC.)<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD 21204 | SIDLEY AUSTIN LLP<br>KEVIN T. LANTRY, ESQ.<br>555 WEST FIFTH STREET<br>(CO-COUNSEL TO DEBTOR)<br>LOS ANGELES, CA 90013 |
| SILVERMAN MCDONALD & FRIEDMAN<br>ATTN: BRIAN E. LUTNESS, ESQ.<br>COUNSEL TO MARCIA WILLETTE<br>GUARDIAN TO ZACHARY MITZKOVITZ<br>1010 N. BANKCROFT PARKWAY, SUITE 22<br>WILMINGTON, DE 19805 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 |
| SIRLIN GALLOGLY & LESSER, P.C.<br>DANA S. PLON, ESQ.<br>1529 WALNUT STREET, SUITE 600<br>(COUNSEL TO UNISYS CORPORATIONI)<br>PHILADELPHIA, PA 19102 | SEITZ, VAN OGTROP & GREEN, P.A.<br>ATTN: R.KARL HILL, ESQ.<br>222 DELAWARE AVENUE, STE 1500<br>PO BOX 68<br>(COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC., DOW JONES & COMPANY)<br>WILMINGTON, DE 19899 |
| SHIPMAN & GOODWIN LLP<br>ATTN. JULIE A. MANNING, ESQ.<br>(COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY)<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 | SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA ESQ.<br>(COUNSEL TO THE DEBTORS)<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 |
| SIDLEY AUSTIN LLP<br>JAMES F. CONLAN, ESQ.<br>BRYAN KRAKAUER, ESQ.<br>ONE SOUTH DEARBORN STREET<br>(CO-COUNSEL TO DEBTOR)<br>CHICAGO, IL 60603 | |