# **EXHIBIT A**

# JONES DAY

| Date | Name | Hours | Amount |
|------|------|-------|--------|
| 05/03/11 | B B ERENS | 0.10 | 80.00 |
| | Review docket items for plan related matters. | | |
| 05/03/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 05/04/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 05/05/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 05/09/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 05/10/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 05/12/11 | A C FARRINGTON | 0.50 | 137.50 |
| | Review, update and distribute the internal court docket update of Tribune and distribute certain documents. | | |
| 05/13/11 | A C FARRINGTON | 0.20 | 55.00 |
| | Review, update and distribute the internal court docket update of Tribune and distribute certain documents. | | |
| 05/14/11 | B B ERENS | 0.60 | 480.00 |
| | Review plan of reorganization filings. | | |
| 05/16/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune and distribute certain documents. | | |
| 05/17/11 | B B ERENS | 0.30 | 240.00 |
| | Telephone call with Heiman regarding status of upcoming plan filings. | | |
| 05/17/11 | D G HEIMAN | 0.70 | 682.50 |
| | Telephone conference with Erens (.30) and Shapiro (.40) regarding status of plan issues. | | |
| 05/17/11 | F E SHERMAN | 1.00 | 800.00 |
| | Review notcholders' brief regarding special committee. | | |
| 05/18/11 | A C FARRINGTON | 0.30 | 82.50 |
| | Review, update and distribute the internal court docket update of Tribune and distribute certain documents. | | |
| 05/19/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 05/20/11 | A C FARRINGTON | 0.20 | 55.00 |
| | Review, update and distribute the internal court docket update of Tribune and the pleadings. | | |
| 05/22/11 | B B ERENS | 0.30 | 240.00 |
| | Review plan filing briefs. | | |
| 05/24/11 | A C FARRINGTON | 0.30 | 82.50 |
| | Review, update and distribute the internal court docket update of Tribune and the pleadings. | | |
| 05/24/11 | D G HEIMAN | 0.50 | 487.50 |
| | Telephone conference with Shapiro regarding status of case. | | |
| 05/25/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Shapiro regarding status of chapter 11. | | |
| 05/26/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 05/26/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Shapiro regarding plan issues. | | |
| 05/31/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |

|  | TOTAL | 6.90 | USD | 4,645.00 |

# JONES DAY

| Court Hearings | | | Page 1 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 05/12/11 | L M BUONOME | 0.70 | | 297.50 |
| | Review recently filed pleadings, including DCL plan proponents post-confirmation brief (.60); communicate with Erens regarding summary of same (.10). | | | |
| 05/17/11 | L M BUONOME | 1.20 | | 510.00 |
| | Attend Tribune hearing via telephone regarding certain motions concerning resolicitation of votes to both competing plans as well as UCC's motion for a protective order (1.00); communicate with Erens regarding same (.20). | | | |
| 05/17/11 | D M HERTZEL | 0.20 | | 55.00 |
| | Arrange for reservation with CourtCall for Buonome to listen into today's hearing. | | | |
| 05/18/11 | L M BUONOME | 0.70 | | 297.50 |
| | Summarize 4/17 Tribune hearing (.60); communicate with Erens and Heiman regarding same (.10). | | | |
| 05/18/11 | D G HEIMAN | 0.50 | | 487.50 |
| | Review summary of hearing regarding solicitation (.40); conference with Buonome regarding same (.10). | | | |
| **TOTAL** | | **3.30** | **USD** | **1,647.50** |

# JONES DAY

| Employee Issues | | Page 1 |
|---|---|---|

| | | | |
|---|---|---|---|
| 05/03/11 | B B ERENS | 0.20 | 160.00 |
| | E-mail to Heiman regarding CEO issue. | | |
| 05/03/11 | D G HEIMAN | 1.00 | 975.00 |
| | Telephone conferences with Shapiro, Barnett and Bernstein regarding office of CEO change. | | |
| 05/04/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conferences with Erens and Shapiro regarding disclosure of CEO change. | | |
| | TOTAL | 1.70    USD | 1,622.50 |

# JONES DAY

| Date | Name | Hours | Amount |
|---|---|---|---|
| 05/02/11 | AK SOBCZAK | 2.20 | 550.00 |

Review and revise March 2011 bill (.40); e-mail to and from Marvin regarding same (.10); draft, review and revise March 2011 fee application and exhibits (1.70).

| 05/04/11 | J. M MARVIN | 0.90 | 450.00 |
|---|---|---|---|

Review and revise fee application and exhibits (.70); e-mails with Sobczak regarding same (.20).

| 05/04/11 | AK SOBCZAK | 2.30 | 575.00 |
|---|---|---|---|

Review and revise March 2011 fee application and exhibits (1.50); e-mails to and from Marvin regarding summary of services descriptions (.20); review and revise summary of services descriptions (.40); e-mail to and from Tiller regarding status of fee application and exhibits (.20).

| 05/04/11 | J M TILLER | 0.20 | 100.00 |
|---|---|---|---|

E-mails with Sobczak regarding March fee applications.

| 05/06/11 | AK SOBCZAK | 0.20 | 50.00 |
|---|---|---|---|

Transmit February 2011 fee application and certificate of no objection regarding same to client for review.

| 05/07/11 | J M TILLER | 0.20 | 100.00 |
|---|---|---|---|

E-mails to and from Erens regarding March fee applications.

| 05/09/11 | AK SOBCZAK | 0.30 | 75.00 |
|---|---|---|---|

Phone conference with Tiller regarding review of March 2011 fee application (.20); e-mail to and from Tiller regarding same (.10).

| 05/09/11 | J M TILLER | 1.50 | 750.00 |
|---|---|---|---|

Review, draft and revise seventh monthly fee application (1.30); communicate with Sobczak regarding same (.20).

| 05/10/11 | B B ERENS | 0.50 | 400.00 |
|---|---|---|---|

Review antitrust and bankruptcy fee applications.

| 05/11/11 | AK SOBCZAK | 1.20 | 300.00 |
|---|---|---|---|

E-mail to and from Bunck regarding invoices for CourtCall appearances (.10); e-mails to and from CourtCall representative regarding invoices (.20); review invoices for accuracy (.10); e-mail with CourtCall representative regarding incorrect invoice (.10); transmit invoices to Bunck (.10); e-mail to and from Erens regarding status of March 2011 fee application (.10); phone conference with Erens regarding same (.10); e-mail to Tiller regarding preparation of March 2011 fee application for filing and service (.40).

| 05/23/11 | B B ERENS | 0.30 | 240.00 |
|---|---|---|---|

Review March fee applications.

| 05/23/11 | AK SOBCZAK | 0.10 | 25.00 |
|---|---|---|---|

Communicate with Erens and Tiller regarding status of March 2011 fee application.

| 05/23/11 | J M TILLER | 0.30 | 150.00 |
|---|---|---|---|

Review correspondence regarding Tribune fee applications.

| 05/25/11 | AK SOBCZAK | 1.70 | 425.00 |
|---|---|---|---|

Office conference with Erens regarding March 2011 bill (.10); review Erens changes and transmit to Soffer (financial services) (.20); e-mails to and from Soffer regarding same (.10); review and revise March 2011 fee application (.80); update electronic files regarding March 2011 fee application (.30); e-mails with Stano regarding Henman availability to sign March fee application (.10); e-mails with local counsel regarding e filing March 2011 fee application (.10).

| 05/26/11 | AK SOBCZAK | 0.70 | 175.00 |
|---|---|---|---|

Communicate with Tiller regarding draft new language in March 2011 fee application (.20); e-mails to and from local counsel regarding fee application filing (.10); prepare all electronic files (motion, exhibit and LEDES) (.40).

| 05/26/11 | J M TILLER | 1.10 | 550.00 |
|---|---|---|---|

Review and revise fee application for special committee (.90); communicate with Erens regarding same (.20).

| 05/31/11 | AK SOBCZAK | 3.40 | 850.00 |
|---|---|---|---|

Review and revise April 2011 bill (1.40); draft, review and revise April 2011 fee application (1.80); e-mail to Marvin regarding same (.20).

# JONES DAY

TOTAL                                    17.10        USD        5,765.00

# JONES DAY

| | | | |
|---|---|---|---|
| 05/02/11 | D G HEIMAN | 0.50 | 487.50 |
| Review scheduling order. | | | |
| 05/03/11 | D G HEIMAN | 0.50 | 487.50 |
| Review order regarding schedulings (.30); e-mail Marvin regarding same (.20). | | | |
| 05/03/11 | L M MARVIN | 0.20 | 100.00 |
| Review court order and related correspondence from Heiman. | | | |
| 05/12/11 | D G HEIMAN | 1.00 | 975.00 |
| Conferences with Shapiro and Erens regarding post-hearing briefs. | | | |
| 05/14/11 | B B ERENS | 0.70 | 560.00 |
| Review post trial briefs. | | | |
| 05/16/11 | D G HEIMAN | 0.50 | 487.50 |
| Conference with Erens regarding post-trial hearings. | | | |
| 05/17/11 | D G HEIMAN | 1.30 | 1,267.50 |
| Review Aurelius post-hearing brief. | | | |
| 05/23/11 | B B ERENS | 0.20 | 160.00 |
| E-mails to and from Sidley regarding current status of response on special committee issues on post trial briefs. | | | |
| 05/23/11 | D G HEIMAN | 1.50 | 1,462.50 |
| Review Aurelius post-trial brief (1.00); conference with Shapiro and Erens regarding same (.50). | | | |
| 05/24/11 | B B ERENS | 0.50 | 400.00 |
| Review draft reply brief regarding special committee issues and conference with Heiman regarding same. | | | |
| 05/24/11 | D G HEIMAN | 1.50 | 1,462.50 |
| Review Sidley responsive brief (1.00); conferences with Shapiro regarding same (.50). | | | |
| 05/27/11 | B B ERENS | 0.50 | 400.00 |
| Review post trial brief. | | | |
| **TOTAL** | | **8.90** | **USD** | **8,250.00** |

# EXHIBIT B

# JONES DAY

Special Committee of the Board of Directors of _____ Page 1

Plan of Reorganization Matters

### DISBURSEMENT DETAIL - May 31, 2011

| Date | Timekeeper Name | Location | Amount |
|------|-----------------|----------|--------|
| **AIR FARE** | | | |
| 05/05/11 | D G HEIMAN | CLE | 702.70 |
| | Airfare Travel from Richmond, VA to New York for Shapiro deposition (flight cancelled due to weather; ticket refunded) 27-Feb-2011 | | |
| 05/05/11 | D G HEIMAN | CLE | (662.70) |
| | Airfare Travel from Richmond, VA to New York for Shapiro deposition (flight cancelled due to weather; ticket refund) 27-Feb-2011 | | |
| 05/31/11 | D G HEIMAN | CLE | 1,144.40 |
| | Airfare Travel to Wilmington, DE for mediation session 11-Apr-2011 | | |
| | **Air Fare Subtotal** | | **1,184.40** |
| **COMMUNICATION CHARGES** | | | |
| 05/05/11 | X S STROHBEHN | NYC | 58.00 |
| | Communication charges Listen in on hearing. 18-Mar-2011 | | |
| 05/05/11 | X S STROHBEHN | NYC | 270.00 |
| | Communication charges Listen in on hearing. 21-Mar-2011 | | |
| 05/05/11 | X S STROHBEHN | NYC | 156.00 |
| | Communication charges Listen in on hearing. 17-Mar-2011 | | |
| 05/05/11 | X S STROHBEHN | NYC | 121.00 |
| | Communication charges Listen in on hearing. 14-Mar-2011 | | |
| | **Communication charges Subtotal** | | **605.00** |
| **COMPUTERIZED RESEARCH SERVICES** | | | |
| 05/12/11 | T J BARRY | NYC | 4.88 |
| | Computerized research services Pleadings retrieval from online Docket for period date 01/01/2011 through 03/31/2011 22-Apr-2011 | | |
| 05/12/11 | T J BARRY | NYC | 3.92 |
| | Computerized research services Pleadings retrieval from online Docket for period date 01/01/2011 through 03/31/2011 22-Apr-2011 | | |
| 05/17/11 | D M HIRTZEL | NYC | 8.40 |
| | Computerized research services - PACER SERVICE CENTER 1st quarter 2011 | | |
| 05/18/11 | D M HIRTZEL | NYC | 75.68 |
| | Computerized research services - PACER SERVICE CENTER 1st quarter 2011 | | |
| 05/24/11 | B B ERENS | CHI | 5.12 |
| | Computerized research services - PACER 1/1/11 - 3/31/11 | | |
| 05/24/11 | CHI ACCOUNTING | CHI | 56.88 |
| | Computerized research services - PACER 1/1/11 - 3/31/11 | | |
| 05/24/11 | CHI ACCOUNTING | CHI | 8.64 |
| | Computerized research services - PACER 1/1/11 - 3/31/11 | | |
| | **Computerized research services Subtotal** | | **163.52** |
| **CONFERENCE CALL CHARGES** | | | |
| 05/19/11 | AK SOBCZAK | CHI | 51.00 |
| | Conference Call Charges - NATIONAL CITY BANK COURT CALL 4/5/11 | | |
| 05/19/11 | AK SOBCZAK | CHI | 177.00 |
| | Conference Call Charges  NATIONAL CITY BANK COURTCALL 4/12/11 | | |
| 05/19/11 | AK SOBCZAK | CHI | 37.00 |
| | Conference Call Charges  NATIONAL CITY BANK COURTCALL 4/21/11 | | |
| | **Conference Call Charges Subtotal** | | **265.00** |

# JONES DAY

Special Committee of the Board of Directors of _____ Page 2

**CONFERENCE CHARGES**

| | | | |
|---|---|---|---|
| 05/05/11 | D G HEIMAN | CLE | 7.37 |
| | Conference charges 04-Feb-2011 | | |
| | **Conference Charges Subtotal** | | **7.37** |

**LOCAL TAXI CHARGES**

| | | | |
|---|---|---|---|
| 05/05/11 | NYC ACCOUNTING | NYC | 20.27 |
| | Local taxi charges- Towncar- 03/02/11 Marvin-Tuan | | |
| 05/19/11 | D G HEIMAN | CLE | 28.83 |
| | Local taxi charge Travel to New York for Shapiro deposition (Dialcar from hotel to office) 28-Feb-2011 | | |
| 05/19/11 | D G HEIMAN | CLE | 80.38 |
| | Local taxi charge Travel to New York for Shapiro deposition (Dialcar from New York airport to hotel) 17-Feb-2011 | | |
| 05/19/11 | D G HEIMAN | CLE | 80.38 |
| | Local taxi charge Travel to New York for Shapiro deposition prep session (Dialcar from New York airport to hotel) 17-Feb-2011 | | |
| 05/19/11 | D G HEIMAN | CLE | 62.64 |
| | Local taxi charge Travel to New York for Shapiro deposition prep session (Dialcar from office to New York airport) 18-Feb-2011 | | |
| 05/19/11 | D G HEIMAN | CLE | 62.64 |
| | Local taxi charge Travel to New York for Shapiro deposition (Dialcar from office to New York airport) 28-Feb-2011 | | |
| 05/19/11 | D G HEIMAN | CLE | 28.83 |
| | Local taxi charge Travel to New York for Shapiro deposition prep session (Dialcar from hotel to office) 18-Feb-2011 | | |
| 05/20/11 | NYC ACCOUNTING | NYC | 6.89 |
| | Local taxi charges- Royal- 03/02/11 Marvin- Mell | | |
| | **Local taxi charges Subtotal** | | **370.86** |

**LONG DISTANCE CHARGES**

| | | | |
|---|---|---|---|
| 05/05/11 | D G HEIMAN | CLE | 2.10 |
| | Long distance charges 07-Apr-2011 | | |
| 05/19/11 | D G HEIMAN | CLE | 1.65 |
| | Long distance charges 04-May-2011 | | |
| 05/19/11 | D G HEIMAN | CLE | 3.45 |
| | Long distance charges 03-May-2011 | | |
| | **Long distance charges Subtotal** | | **7.20** |

**MILEAGE EXPENSES**

| | | | |
|---|---|---|---|
| 05/31/11 | D G HEIMAN | CLE | 26.52 |
| | Mileage expenses Travel to Wilmington, DE for mediation session (to/from home and Cleveland airport) 11-Apr-2011 52 Miles @ Rate .51 | | |
| | **Mileage expenses Subtotal** | | **26.52** |

**PARKING EXPENSES**

| | | | |
|---|---|---|---|
| 05/31/11 | D G HEIMAN | CLE | 14.00 |
| | Parking expenses Travel to Wilmington, DE for mediation session (at Cleveland airport) 11-Apr-2011 | | |
| | **Parking expenses Subtotal** | | **14.00** |

**TAXI FARE**

| | | | |
|---|---|---|---|
| 05/31/11 | D G HEIMAN | CLE | 105.60 |
| | Taxi fare Travel to Wilmington, DE for mediation session (from Philadelphia airport to Wilmington) 11-Apr-2011 | | |
| | **Taxi Fare Subtotal** | | 105.60 |

| | | | |
|---|---|---|---|
| Total | | USD | 2,749.47 |
| Grand Total | | USD | 2,749.47 |

# EXHIBIT C

`

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1.      I am a partner in the law firm of Jones Day.  I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

CHI- 1806822v1

2.      I have read the Ninth Monthly Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from May 1, 2011 Through May 31, 2011 (the "Application").

3.      A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: July 7, 2011                    _/s/Brad B. Erens_____
                                       Brad B. Erens