# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

_____

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, *et al*., | ) ) ) ) ) | Adversary No. 10-54010 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DENNIS J. FITZSIMMONS, *et al.,* | ) ) | |
| Defendants. | ) | |

_____

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the law firm Duane Morris LLP, Delaware, moved offices and requests that copies of all pleadings and other papers filed in the above-captioned matter, as well as notices given or required to be given, be given to and served upon the undersigned counsel at the address listed below:

DUANE MORRIS LLP  
222 Delaware Avenue  
Suite 1600  
Wilmington, DE 19801-1659

Dated: July 7, 2011                                              **DUANE MORRIS LLP**

*/s/ Richard W. Riley*
Richard W. Riley (DE 4052)
Sommer L. Ross (DE 4598)
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801-1246

DM1\2451114.1

2

Telephone: (302) 657-4900
Fax:  (302) 657- 4901
E-Mail:  rwriley@duanemorris.com
　　　　　slross@duanemorris.com