# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

RECEIVED

JUL 7 2011

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 08-13141 (KJC) |
| Tribune Company, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, John D. McLaughlin, Jr. moves the admission *pro hac vice* of Rick A. Steinberg, Esquire, of Ciardi Ciardi & Astin to represent Jayne Clement, in the above-captioned case.

Date : 6 July 2011

CIARDI CIARDI & ASTIN

John D. McLaughlin, Jr (No. 4123)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Fax: (302) 658-1300
jmclaughlin@ciardilaw.com

*Counsel to the Movant, Jayne Clement*

DKT. NO. 9416
7/6/11

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and New York and the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that I caused the annual fee of $25.00 to be paid to the Clerk of the District Court.

CIARDI CIARDI & ASTIN

Rick A. Steinberg, Esquire
100 Church Street, 8th Floor
New York, NY 10007
Tel: (646) 485-0605
Fax: (646) 688-4385

# ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: July 8, 2011

The Honorable Kevin J. Carey
United States Bankruptcy Judge