# EXHIBIT A

# FEE SUMMARY

# SUMMARY OF PROFESSIONAL FEES FROM
# MARCH 1, 2011 THROUGH MAY 31, 2011

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Seth D. Berlin | Partner<br>First Amendment Litigation<br>Admitted 1992 | $445.00 | 3.20 | $1,424.00 |
| Jay Ward Brown | Partner<br>First Amendment Litigation<br>Admitted 1992 | $445.00 | 1.00 | $445.00 |
| Robert Penchina | Partner<br>First Amendment Litigation<br>Admitted 1989 | $445.00 | 97.90 | $43,565.50 |
| Nathan E. Siegel | Partner<br>First Amendment Litigation<br>Admitted 1992 | $445.00 | 6.10 | $2,714.50 |
| Gayle C. Sproul | Partner<br>First Amendment Litigation<br>Admitted 1983 | $445.00 | 12.30 | $5,473.50 |
| Michael Berry | Partner<br>First Amendment Litigation<br>Admitted 2000 | $420.00 | 3.80 | $1,596.00 |
| Cameron A. Stracher | Of Counsel<br>First Amendment Litigation<br>Admitted 1987 | $420.00 | 2.30 | $966.00 |
| Alia L. Smith | Of Counsel<br>First Amendment Litigation<br>Admitted 2001 | $375.00 | 5.00 | $1,875.00 |
| Michael Beylkin | Associate<br>First Amendment Litigation<br>Admitted 2008 | $290.00 | 34.10 | $9,889.00 |

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Amba M. Datta | Associate<br>First Amendment Litigation<br>Admitted 2010 | $290.00 | 15.70 | $4,553.00 |
| Shaina D. Jones | Associate<br>First Amendment Litigation<br>Admitted 2009 | $290.00 | 10.90 | $3,161.00 |
| Matthew E. Kelley | Law Clerk<br>First Amendment Litigation<br>N/A | $195.00 | 4.80 | $936.00 |
| Scott Bailey | Paralegal<br>First Amendment Litigation<br>N/A | $195.00 | 23.10 | $4,504.50 |
| Jennifer Pinkerton-Burke | Paralegal<br>First Amendment Litigation<br>N/A | $195.00 | 2.90 | $565.50 |
| **TOTALS** | | | 223.10 | $81,668.50 |
| **BLENDED RATE** | | | 366.06 | |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
## MARCH 1, 2011 THROUGH MAY 31, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Tribune- General | 3.90 | $1,655.50 |
| Baltimore Sun- General Newsroom | 21.20 | $7,000.50 |
| Baltimore Sun- Matt Birkbeck Subpoena | 1.10 | $474.50 |
| Hartford Courant- Journal Publ. v. | 162.50 | $59,669.50 |
| Homestead Publ. Co.- Worsham v. | 6.50 | $2,542.50 |
| Tribune Bankruptcy- Examiner's Report | 11.80 | $5,251.00 |
| Tribune-Bankruptcy Fee Application | 16.10 | $5,075.00 |
| **TOTALS** | 223.10 | $81,668.50 |

# EXHIBIT B

# EXPENSE SUMMARY

## EXPENSE SUMMARY FOR THE PERIOD
## MARCH 1, 2011 THROUGH MAY 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expenses | Time Keeper |
|---|---|---|---|
| Filing Fees | Clerk-Harford County, MD | $25.00 | Nathan Siegel |
| Local Counsel Disbursement | N/A | $4,311.40 | Gayle Sproul |
| Court Transcript Copies | Superior Court Clerk | $27.00 | Robert Penchina |
| Copyright Registration Fee | Library of Congress | $615.00 | Robert Penchina |
| Travel | Nathan Siegel to Annapolis, MD | $45.90 | Nathan Siegel |
| **TOTALS** | | **$5,024.30** | |