# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br>　　　　　　　　　　Defendants. | Adversary Proceeding No. 10-54010 (KJC)<br><br><br>Ref. No. _____ |

## ORDER GRANTING MOTION FOR EXTENSION
## OF TIME TO COMPLETE SERVICE

Upon the motion dated July 8, 2011 (the "Motion"), of the Official Committee of Unsecured Creditors for entry of an order extending the time to complete service, pursuant to Federal Rule of Civil Procedure 4(m), as made applicable to this Adversary Proceeding by Bankruptcy Rule 7004(a)(1); and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these chapter 11 cases and this adversary proceeding; after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Rule 7004(a)(1) of the Federal Rules of Bankruptcy Procedure, the time to effectuate service in Adversary Proceeding No. 10-54010 is extended by six months, to and including March 1, 2012; and it is further

{698.001-W0015507.}

2

ORDERED that the Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.


Dated: July ___, 2011
      Wilmington, DE

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge