**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- X
                                                        : :
In re:                                                  : :
                                                        : :  Chapter 11
TRIBUNE COMPANY, et al.,                                : :  Case No. 08-13141 (KJC)
                                                        : :  (Jointly Administered)
                       Debtors.                         : :
                                                        : :  Related Docket No. 9453
                                                        : :
                                                        : :
                                                        : :
------------------------------------------------------- X
```

**NOTICE OF TELECONFERENCE HEARING SCHEDULED FOR JULY 15, 2011 AT
11:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY**

    **PLEASE TAKE NOTICE** that the Court has scheduled a teleconference for **Friday, July 15, 2011, at 11:00 a.m.** **(ET)** to address the letter filed by Bank of America, N.A. (D.I. 9453).

    **PLEASE TAKE FURTHER NOTICE** that any party who wishes to participate in the teleconference must register with CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 10:00 a.m. (ET) on July 15, 2011.

#14551956 v1

| | |
|---|---|
| Dated: July 14, 2011<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ John H. Schanne, II<br>David B. Stratton (DE No. 960)<br>John H. Schanne II (DE No. 5260)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br><br>-and-<br><br>Bradley J. Butwin<br>Daniel L. Cantor<br>Daniel S. Shamah<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York  10036<br>(212) 326-2000<br><br>-and-<br><br>Evan M. Jones<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000<br><br>*Attorneys for Bank of America, N.A. and Banc of America Securities LLC* |