# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING
SERVICES FROM MAY 1, 2011 THROUGH MAY 31, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Miller, Steven A. | Partner.  Joined firm in 2006. Member of IL bar since 1979. | $690.00 | 31.00 | $21,390.00 |
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $560.00 | 49.80 | $27,888.00 |
| Moss, J Andrew. | Partner.  Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003 | $520.00 | 4.50 | $2,340.00 |
| Law, Timothy P. | Partner.  Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $465.00 | 2.50 | $1,162.50 |
| Raines, Lana J. | Associate.  Joined firm in 2003. Member of IL bar since 2002. | $450.00 | 37.40 | $16,830.00 |
| Levinson, Thomas M. | Associate.  Joined firm in 2004. Member of IL bar since 2005. | $430.00 | 47.70 | $20,511.00 |
| J. Cory Falgowski | Associate.  Joined firm as associate in 2004.  Member of DE bar since 2004. | $410.00 | .30 | $123.00 |
| Rosenfeld, David | Associate.  Joined firm in 2007. Member of IL bar since 2005. | $325.00 | 1.60 | $520.00 |
| Weltman, William S. | Associate.  Joined firm in 2010. Member of IL bar since 2010. | $310.00 | 14.30 | $4,433.00 |
| Newman, Joshua W. | Associate.  Joined firm in 2011. Member of IL bar since 2011 | $275.00 | 25.90 | $7,122.50 |
| Livingston, Judith M. | Litigation Support Analyst. Joined firm in 1997. | $260.00 | 16.70 | $4,342.00 |
| Lankford, Lisa A. | Practice Group Specialist since 2002. Joined Firm in 2000. | $170.00 | 9.80 | $1,666.00 |
| Somoza, Silvia | Paralegal since 2007.  Joined Firm in 2007. | $130.00 | 6.30 | $819.00 |
| Grand Total: | | | 247.80 | $109,147.00 |
| Blended Rate: | | | | $440.46 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $475.91 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 4.40 | $1,839.50 |
| Insurance Counseling – 00005 | 89.40 | $44,286.00 |
| Marsh – 00008 | 2.00 | $744.00 |
| Fee Applications – 00009 | 16.40 | $4,479.00 |
| HR Investigation – 00011 | 135.60 | $57,789.50 |
| **TOTAL:** | **247.80** | **$109,147.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2142150
Invoice Date: July 5, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through May 31, 2011

| **REORGANIZATION/BANKRUPTCY** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE:  Fee Applications 503842.00009 | $4,479.00 | $229.30 | $4,708.30 |
| RE:  HR Investigation 503842.00011 | $57,798.50 | $8.30 | $57,806.80 |
| RE:  Insurance Counseling 503842.00005 | $16,953.00 | $4.80 | $16,957.80 |
| **Current Invoice Total:** | **$79,230.50** | **$242.40** | **$79,472.90** |

| **NON-REORGANIZATION BANKRUPTCY** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE:  Reliance/Times Mirror 503842.00004 | $1,839.50 | $0.30 | $1,839.80 |
| RE:  Insurance Counseling 503842.00005 | $27,333.00 | $2,637.10 | $29,970.10 |
| RE:  Marsh 503842.00008 | $744.00 | $0.00 | $744.00 |
| **Current Invoice Total:** | **$29,916.50** | **$2,637.40** | **$32,553.90** |
| **Total Reorganization and Non-Reorganization:** | **$109,147.00** | **$2,879.80** | **$112,026.80** |

## REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2142150)

July 5, 2011                                                                    Invoice: 2142150
RE:       Reliance/Times Mirror                                                Page 2
          (503842.00004)

## NON-REORGANIZATION/BANKRUPTCY
### RE:    Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/09/11 | TPL | Emails with T. Law regarding claim and case status. | 0.60 |
| 05/09/11 | JDS | Analyzed and exchanged emails with T. Law regarding pending claims against Reliance estate. | 0.20 |
| 05/10/11 | SS | Reviewed and catalogued case correspondence. | 0.80 |
| 05/10/11 | TPL | E-mail exchange with J. Shugrue and client regarding Reliance status. | 0.40 |
| 05/10/11 | JDS | Telephone conference with T. Law regarding claim issues. | 0.20 |
| 05/25/11 | TPL | Reviewed correspondence from Liquidator of Reliance and exchanged e-mails with J. Shugrue regarding same. | 0.30 |
| 05/25/11 | JDS | Analyzed correspondence from Reliance counsel and exchanged emails with T. Law regarding same. | 0.30 |
| 05/27/11 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 05/31/11 | TPL | Telephone call with J. Shugrue (.30) and prepared email to client regarding recent correspondence from Liquidator (.90). | 1.20 |
| 05/31/11 | JDS | Conferred with T. Law regarding strategy and approach for response to recent letter from counsel for Reliance Liquidator. | 0.30 |

TOTAL FEES:            $1,839.50

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 05/31/2011  Duplicating/Printing/Scanning | | 0.30 |
| | Total Disbursements | 0.30 |
| | Fees & Disbursements | $1,839.80 |

## NON-REORGANIZATION/BANKRUPTCY
### Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 1.00 | 560.00 | 560.00 |
| TPL | T.P. Law | 2.50 | 465.00 | 1,162.50 |
| SS | S. Somoza | 0.90 | 130.00 | 117.00 |
| | | 4.40 | | 1,839.50 |

July 5, 2011                                                                          Invoice: 2142150
RE:       Insurance Counseling                                                         Page 3
          (503842.00005)

## NON-REORGANIZATION BANKRUPTCY
### RE:    Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/02/11 | LJR | Followed up on client request for coverage correspondence regarding Neil suit (.7); emailed Neil mediation statement to carrier contacts (.2); followed up with team regarding Neil mediation (.2);. | 1.10 |
| 05/02/11 | SS | Reviewed case files for correspondence from insurer regarding the Neil Claim for attorney review. | 0.10 |
| 05/02/11 | JDS | Analyzed and exchanged emails with client, defense counsel, bankruptcy counsel regarding insurance issues related to upcoming mediation of pending Neil and other claims/suits (.5); telephone conference with client regarding same (.2). | 0.70 |
| 05/03/11 | LJR | Forwarded order appointing mediator in Neil matter to insurers (.2); forwarded correspondence from insurer regarding Neil suit to Tribune team (.1). | 0.30 |
| 05/03/11 | JDS | Analyzed pleadings, court orders and correspondence regarding Neil and other claims/suits subject of upcoming mediation (2.9); analyzed insurance coverage and related issues and correspondence related to claims/suits subject of mediation (1.4); met with client, defense counsel, bankruptcy counsel in preparation for mediation (2.5); met with same and co-defendant counsel in preparation for mediation (1.2); telephone conference with same and with insurer representatives and counsel in preparation for mediation (.7); analyzed and exchanged emails with client, defense counsel, bankruptcy counsel regarding mediation and related insurance coverage issues (.6); telephone conference with coverage counsel for co-defendant regarding mediation(.3). | 9.60 |
| 05/04/11 | LJR | Followed up regarding Illinois law regarding insurer's failure to settle (.6); followed up with client regarding correspondence from carriers regarding Neil suit (.1); reviewed correspondence received from client regarding Neil suit (.6). | 1.30 |
| 05/04/11 | JDS | Prepared for and participated in multi-party mediation of Neil and other pending claims/suits with Judge Gross. | 9.50 |
| 05/05/11 | LJR | Analyzed insurance policies and coverage in connection with Neil matter and followed-up with J. Shugrue regarding same (1.5); met with J. Shugrue regarding mediation outcome (.3). | 1.80 |
| 05/05/11 | JDS | Conferred with L. Raines regarding results of mediation regarding Neil and other matters (.3); analyzed and exchanged emails with L. Raines regarding insurance policy provisions potentially relevant to mediation (.3); return travel to Chicago following mediation (3.7). | 4.30 |

July 5, 2011                                                                                    Invoice: 2142150
RE:        Insurance Counseling                                                         Page 4
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/09/11 | JDS | Analyzed email from counsel for insurer regarding settlement issues/discussions regarding Neil and other pending suits/claims and prepared email to client, defense counsel and bankruptcy counsel regarding same. | .20 |
| 05/10/11 | JDS | Analyzed and exchanged emails regarding insurance coverage in connection with ongoing settlement discussions on Neil and other various underlying suits/claims. | .20 |
| 05/11/11 | JDS | Prepared for, telephone conference with client, BK counsel regarding Neil matter (1.20); worked on draft communication to insurers regarding same (.30). | 1.50 |
| 05/12/11 | JDS | Analyzed and revised draft communication to insurers regarding Neil suit. | 0.40 |
| 05/13/11 | JDS | Revised and finalized communication to insurers regarding Neil (.20); telephone conference with insurer representatives regarding Neil (.40). | 0.60 |
| 05/16/11 | JDS | Analyzed coverage issues related to potential settlement of Neil and other various underlying suits/claims (.7); analyzed and exchanged emails with client and defense counsel regarding ongoing discussions with insurers regarding settlement negotiations on Neil and other underlying suits/claims (.2). | 0.90 |
| 05/17/11 | LJR | Reviewed counterproposal from insurers in connection with Neil and related matters. | 0.20 |
| 05/17/11 | JDS | Analyzed email from GreatBanc counsel regarding insurer communications concerning settlement negotiations regarding Neil and other underlying suits/claims. | 0.30 |
| 05/18/11 | LJR | Reviewed correspondence related to potential settlement of Neil and related matters. | 0.20 |
| 05/18/11 | JDS | Analyzed and exchanged emails with client, defense counsel, bankruptcy counsel regarding settlement negotiation status and issues regarding Neil and other underlying suits/claims. | 0.60 |
| 05/19/11 | JDS | Prepared for, telephone conference with client, bankruptcy counsel, defense counsel regarding strategy and approach for ongoing discussions with insurers concerning settlement negotiations on Neil and other underlying suits/claims and further mediation of same (1.3); prepared, revised and exchanged emails with client, bankruptcy counsel, defense counsel regarding draft communication to insurers and co-defendant counsel regarding same (2.2); analyzed and exchanged emails with client, bankruptcy counsel, defense counsel regarding arranging further mediation session on Neil and other various underlying claims/suits (.5). | 4.00 |

July 5, 2011
RE:    Insurance Counseling
        (503842.00005)

Invoice: 2142150
Page 5

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/20/11 | JDS | Analyzed Zurich side agreements/specifications related to retro/fronting coverage and prepared email to client regarding same (.9); revised, finalized and transmitted email to insurers and co-defendants regarding settlement issues related to ongoing negotiations of underlying suits/claims (.3); analyzed and exchanged emails with client, bankruptcy counsel, defense counsel regarding scheduling additional mediation session regarding same (.3). | 1.50 |
| 05/21/11 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel, defense counsel regarding possible dates for resuming mediation of Neil and other various underlying suits/claims. | 0.20 |
| 05/23/11 | JDS | Analyzed and exchanged emails with client, defense counsel and bankruptcy counsel regarding possible additional mediation session regarding Neil and other various underlying suits/claims (.3); analyzed and exchanged emails with same regarding settlement discussions involving same (.2). | 0.50 |
| 05/24/11 | LJR | Reviewed ongoing communications regarding potential settlement of Neil and other ERISA-related matters (.3); followed up with client regarding carrier correspondence regarding same (.1). | 0.40 |
| 05/24/11 | JDS | Analyzed and exchanged emails with client, defense counsel and bankruptcy counsel regarding status and follow up regarding settlement negotiations regarding Neil and other underlying claims/suits (.4); telephone conference with client regarding same (.1). | 0.50 |
| 05/25/11 | AJM | Reviewed substantive email from carriers regarding Neil mediation (.3); reviewed email from client representative and defense counsel regarding same (.1). | 0.40 |
| 05/25/11 | JDS | Analyzed email from liability insurers regarding settlement issues related to Neil and other various underlying claims/suits and exchanged emails with client, defense counsel and bankruptcy counsel regarding reply to same. | 1.50 |
| 05/26/11 | LJR | Ongoing communications in connection with settlement discussions in pending Neil and other related matters (.4); followed up regarding Illinois law on insurer subrogation in connection with same (.3). | 0.70 |

July 5, 2011

RE:     Insurance Counseling
(503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/26/11 | AJM | Researched, reviewed and analyzed cases and materials on subrogation issues in connection with Neil matter (1.1); worked on analysis of same (.3); reviewed substantive email from insurance carriers regarding Neil case (.3); communications with J. Shugrue regarding same (.1); communications with insurer counsel and insurance carriers regarding Neil case (.1); teleconferences with insurance carrier representatives and J. Shugrue to discuss coverage issues regarding Neil case (.6); worked on substantive email to client and defense counsel regarding call with insurers regarding Neil case (.4). | 2.90 |
| 05/26/11 | JDS | Analyzed and exchanged emails with client, defense counsel, bankruptcy counsel, L. Raines and A. Moss regarding status, approach, strategy regarding ongoing settlement negotiations regarding Neil case and other underlying suits/claims (.5); telephone conference with client regarding same (.3); telephone conference with co-defendant counsel regarding same (.2); telephone conference with co-defendant counsel, insurers/insurers counsel, A. Moss regarding same (.5); analyzed and exchanged emails, telephone conferences with A. Moss, L. Raines regarding analysis of legal and policy wording issues in connection with same (.6). | 2.10 |
| 05/27/11 | JDS | Telephone conference with co-defendant counsel, defense counsel and bankruptcy counsel regarding status and approach regarding ongoing settlement negotiations concerning Neil suit and other various underlying claims/suits (.5); prepared email to client regarding results of same (.2); telephone conference with insurer counsel, co-defendant counsel regarding same (.3); analyzed and exchanged emails with client, defense counsel, bankruptcy counsel, co-defendant counsel and insurers/insurers counsel regarding same (.8). | 1.80 |

TOTAL FEES:     <u>$27,333.00</u>

### CURRENT DISBURSEMENTS

| 05/31/2011 | Duplicating/Printing/Scanning | 7.20 |
|------------|-------------------------------|------|
| 05/31/2011 | Lexis | 42.90 |
| 05/31/2011 | Lodging | 613.80 |
| 05/31/2011 | Air Travel Expense | 1,570.70 |
| 05/31/2011 | Taxi Expense | 364.54 |
| 05/31/2011 | Meal Expense | 15.00 |
| 05/31/2011 | Telephone – Outside | 22.96 |

July 5, 2011  
RE:    Insurance Counseling  
      (503842.00005)

|  |  |
|---|---|
| Total Disbursements | 2,637.10 |
| Fees & Disbursements | $29,970.10 |

**NON-REORGANIZATION/BANKRUPTCY**  
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 40.90 | 560.00 | 22,904.00 |
| AJM | A.J. Moss | 3.30 | 520.00 | 1,716.00 |
| LJR | L.J. Raines | 6.00 | 450.00 | 2,700.00 |
| SS | S. Somoza | .10 | 130.00 | 13.00 |
|  |  | 49.10 |  | 27,333.00 |

July 5, 2011                                                                Invoice: 2142150
RE:        Marsh                                                            Page 8
           (503842.00008)

## NON-REORGANIZATION/BANKRUPTCY
### RE:    Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/16/11 | DR | Reviewed documentation requested by Marsh from Tribune in connection with prior agreement. | 0.30 |
| 05/17/11 | DR | Corresponded with J. Shugrue and client regarding issues related to documentation requested by Marsh. | 0.40 |
| 05/17/11 | JDS | Conferred with D. Rosenfield regarding information to be provided to Marsh with respect to security issue. | 0.20 |
| 05/18/11 | DR | Corresponded with Marsh's counsel regarding information request in connection with prior agreement. | 0.40 |
| 05/20/11 | DR | Corresponded with J. Shugrue and client regarding additional information requested by Marsh and Tribune's options for responding to same. | 0.50 |
| 05/20/11 | JDS | Analyzed and exchanged emails with D. Rosenfield regarding latest request from Marsh counsel regarding security issue and options for client response to same. | 0.20 |

TOTAL FEES:                    $744.00


Fees & Disbursements        $744.00


## NON-REORGANIZATION/BANKRUPTCY
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 0.40 | 560.00 | 224.00 |
| DR | D. Rosenfield | 1.60 | 325.00 | 520.00 |
| | | 2.00 | | 744.00 |

## REORGANIZATION/BANKRUPTCY
### RE:     Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/02/11 | LL | E-mail correspondence with J. Shugrue, C. Falgowski regarding revised invoices for January, February & March 2011 time/costs (.3); reviewed & revised 25th Monthly Fee Application (.6); drafted CNO to 24th Monthly Fee Application (.4); reviewed invoices for 26th Monthly Fee Application (.4); conferred with C. Falgowski regarding revised January 2011 invoice and amended fee application regarding same (.1). | 1.80 |
| 05/02/11 | JCF | Email communications with L. Lankford and J. Shugrue regarding fee applications (.1); met with L. Lankford regarding same (.1). | 0.20 |
| 05/02/11 | LJR | Finalized revised draft of February invoice and followed up with client regarding same (.4); follow up communications with client regarding further revisions (.3); further revised February invoice (.7); revised March invoice (.6); communications with L. Lankford regarding status and filing of invoices with bankruptcy court (.3). | 2.30 |
| 05/02/11 | JDS | Prepared narrative text for 25th monthly fee application. | 0.50 |
| 05/03/11 | LL | Reviewed/drafted 25th & 26th Monthly Fee Applications. | 1.30 |
| 05/04/11 | LJR | Followed up with client and L. Lankford regarding revised invoices (.2); emails with J. Shugrue regarding same (.2). | 0.40 |
| 05/04/11 | JDS | Analyzed and exchanged emails with L. Raines regarding reformatting of invoices in connection with fee applications. | 0.20 |
| 05/06/11 | LJR | Followed up C. Leeman regarding revised invoices (.1); followed up with L. Lankford regarding same (.1); emails with J. Shugrue regarding same (.2). | 0.40 |
| 05/06/11 | JDS | Analyzed and exchanged emails with L. Raines regarding submission of fee application using reformatted invoice. | 0.20 |
| 05/10/11 | SS | Reviewed and catalogued case correspondence. | 0.90 |
| 05/13/11 | LL | E-mail correspondence with J. Shugrue regarding updated invoices for Feb/March 2011 fee/costs (.4); drafted RS's 26th Monthly & 9th Interim Fee Applications (.7). | 1.10 |
| 05/13/11 | JDS | Analyzed and exchanged emails with L. Lankford regarding invoices for monthly fee applications as required by client. | 0.40 |
| 05/20/11 | LJR | Revised April invoice (March time) per client and sent same to L. Lankford for further revisions. | 0.80 |
| 05/23/11 | LL | Reviewed reformatted invoice of March 2011 time/costs and worked on revising fee applications per same. | 1.50 |
| 05/24/11 | LL | Drafted RS's 9th Interim Fee Application. | 0.90 |

July 5, 2011                                                          Invoice: 2142150
RE:        Fee Applications                                           Page 10
           (503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/24/11 | LL | Reviewed reformatted March invoice and worked on revising fee applications per same. | 0.80 |
| 05/24/11 | LJR | Followed up with L. Lankford regarding revisions to April invoice. | 0.20 |
| 05/25/11 | LL | Conferred with C. Falgowski regarding RS's 9th Interim Fee Application (.1); e-mail correspondence to J. Shugrue regardins same (.1); message to L. Raines regarding March 2011 invoice (.1); e-filed and served  RS's 9th Interim Fee Application (.5). | 0.80 |
| 05/25/11 | JCF | Met with L. Lankford regarding 9th interim fee application. | 0.10 |
| 05/31/11 | LL | Reviewed March 2011 invoice and phone message to L. Raines. | 1.60 |

                             TOTAL FEES:                    $4,479.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 05/31/2011 | Duplicating/Printing/Scanning | 14.70 |
| 05/31/2011 | Courier Service – Outside | 150.05 |
| 05/31/2011 | Outside Duplicating | 64.55 |
| | Total Disbursements | 229.30 |
| | Fees & Disbursements | $4,708.30 |

## REORGANIZATION/BANKRUPTCY
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 1.30 | 560.00 | 728.00 |
| JCF | J.C. Falgowski | 0.30 | 410.00 | 123.00 |
| LJR | L.J. Raines | 4.10 | 450.00 | 1,845.00 |
| SS | S. Somoza | 0.90 | 130.00 | 117.00 |
| LL | L. Lankford | 9.80 | 170.00 | 1,666.00 |
| | | 16.40 | | 4,479.00 |

## REORGANIZATION/BANKRUPTCY
### RE:    HR Investigation

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/02/11 | SAM | Attention to review of electronic records and telephone conference with client regarding same. | 0.50 |
| 05/03/11 | SAM | Attention to e-mail review. | 0.30 |
| 05/03/11 | JML | Conferred with DTI regarding set up of Relativity database for review | 0.60 |
| 05/04/11 | SAM | Continued attention to e-mail review. | 0.30 |
| 05/05/11 | TML | Reviewed background documents. | 3.00 |
| 05/06/11 | JML | Conferred with DTI regarding set up of Relativity database. | 0.50 |
| 05/09/11 | SAM | Attention to electronic review issues. | 0.30 |
| 05/09/11 | JML | Finalized set up of review in Relativity database. | 0.70 |
| 05/10/11 | SAM | Attention to E-Discovery review (3.8); telephone conference with client (.5). | 4.30 |
| 05/10/11 | TML | Conducted document review and analysis. | 3.30 |
| 05/10/11 | JML | Corresponded with DTI regarding status of data processing in Relativity database and corresponded with S. Miller regarding electronic document review. | 0.50 |
| 05/10/11 | WSW | Met with S. Miller, T. Levinson, J. Newman, and J. Livingston regarding internal investigation document review. | 0.40 |
| 05/10/11 | JWN | Reviewed S. Miller's memorandum of facts in preparation for email document review. | 0.40 |
| 05/11/11 | SAM | Attention to E-discovery. | 3.50 |
| 05/11/11 | TML | Conducted document review. | 5.80 |
| 05/11/11 | JML | Attended to database set up issues. | 2.50 |
| 05/11/11 | WSW | Reviewed emails for internal investigation and exchanged emails with S. Miller regarding update. | 3.00 |
| 05/11/11 | JWN | Began review of emails. | 6.70 |
| 05/12/11 | SAM | Continued attention to E-discovery and review of emails. | 6.10 |
| 05/12/11 | TML | Conducted document review. | 7.20 |
| 05/12/11 | JML | Assisted S. Miller with review of emails. | 1.50 |
| 05/12/11 | WSW | Continued review of emails for internal investigation. | 3.90 |
| 05/12/11 | JWN | Continued review of emails. | 7.90 |
| 05/13/11 | SAM | Continued attention to E-Discovery. | 5.20 |

July 5, 2011                                                                                                Invoice: 2142150
RE:        HR Investigation                                                                    Page 12
           (503842.00011)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/13/11 | TML | Conducted document review (7.6); conferred with S. Miller regarding findings (.3). | 7.90 |
| 05/13/11 | JML | Conference with DTI regarding additional search terms requested by S. Miller and set up of documents for review (.5); assisted S. Miller with review (3.0). | 3.50 |
| 05/13/11 | WSW | Continued review of emails for internal investigation (6.5); emails with S. Miller regarding same (.5). | 7.00 |
| 05/13/11 | JWN | Finalized review of emails (6.5); prepared summary of relevant documents for S. Miller's review (.6). | 7.10 |
| 05/14/11 | JML | Organized relevant documents from Relativity database per S. Miller request. | 1.00 |
| 05/16/11 | SAM | Continued written analysis, e-mail document review (1.7; telephone conference with client (.4). | 2.10 |
| 05/16/11 | TML | Conducted document review. | 0.90 |
| 05/16/11 | JML | Prepared reports regarding documents reviewed to date (.50); set up searches for S. Miller and T. Levinson in Relativity database (.50). | 1.00 |
| 05/17/11 | SAM | Continued written analysis of documents reviewed. | 1.20 |
| 05/17/11 | TML | Conducted document review. | 4.10 |
| 05/17/11 | JML | Set up searches per S. Miller in Relativity database. | 0.80 |
| 05/18/11 | TML | Conducted document review. | 1.60 |
| 05/19/11 | SAM | Continued written analysis of documents reviewed (1.5); met with T. Levinson regarding same (.4). | 1.90 |
| 05/19/11 | TML | Conducted document review (1.5); conferred with S. Miller regarding same. (.4) | 1.90 |
| 05/20/11 | TML | Corresponded with S. Miller and J. Livingston regarding document review and analysis. | 0.40 |
| 05/20/11 | JML | Performed and set up searches in Relativity database per T. Levinson. | 0.60 |
| 05/23/11 | SAM | Ongoing project analysis. | 1.00 |
| 05/23/11 | TML | Conducted document review. | 0.60 |
| 05/24/11 | SAM | Continued attention to document review and case analysis (.7); e-mail correspondence with client regarding same (.2). | 0.90 |
| 05/24/11 | TML | Conducted document review. | 1.10 |

July 5, 2011                                                                                 Invoice: 2142150
RE:        HR Investigation                                                                  Page 13
           (503842.00011)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/24/11 | JML | Correspond with T. Levinson and DTI regarding uploading and indexing of additional search terms (.40); revised list of additional search terms to be applied to data collection to upload to Relativity (.30). | 0.70 |
| 05/25/11 | TML | Conducted document review. | 1.20 |
| 05/25/11 | JML | Performed searches in Relativity database for key words per S. Miller (.90); corresponded with T. Levinson regarding key word searches in Relativity database (.20); corresponded with DTI regarding uploading and indexing of additional search terms. (.30). | 1.40 |
| 05/26/11 | SAM | Met with T. Levinson regarding document review and analysis. | 0.30 |
| 05/26/11 | TML | Conducted document review (7.1); conferred with S. Miller regarding same (.3). | 7.40 |
| 05/26/11 | JWN | Reviewed emails; prepared summary of relevant documents for T. Levinson's review. | 3.80 |
| 05/27/11 | SAM | Telephone conference with client. | 0.30 |
| 05/27/11 | TML | Conducted follow-up document review (.7); conferred with J. Livingston regarding same (.2); corresponded via email with S. Miller regarding same (.4). | 1.30 |
| 05/27/11 | JML | Performed additional searches in Relativity regarding refined searches terms per S. Miller (.20); worked with DTI to print all documents requested by T. Levinson (.30); corresponded with T. Levinson regarding searches and printouts of requested documents (.20). | 0.70 |
| 05/31/11 | SAM | Attention to revised presentation (1.2); reviewed documents for inclusion in presentation (1.6). | 2.80 |
| 05/31/11 | JML | Performed searches in Relativity regarding documents and assisted S. Miller with review of same | 0.70 |

TOTAL FEES:                           $57,798.50

**CURRENT DISBURSEMENTS**

05/31/2011  Duplicating/Printing/Scanning                                      8.30

                                        Total Disbursements         8.30

                                        Fees & Disbursements    $57,806.80

**REORGANIZATION/BANKRUPTCY**
**Fee Summary: HR Investigation**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| SAM | S.A. Miller | 31.00 | 690.00 | 21,390.00 |
| TML | T. Levinson | 47.70 | 430.00 | 20,511.00 |
| WSW | W.S. Weltman | 14.30 | 310.00 | 4,433.00 |
| JWN | J.W. Newman | 25.90 | 275.00 | 7,122.50 |
| JML | J.M. Livingston | 16.70 | 260.00 | 4,342.00 |
| | | 135.60 | | 57,798.50 |

**REORGANIZATION BANKRUPTCY**
**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/02/11 | LJR | Called counsel for individual defendants regarding D&O insurance-related issue and followed-up with J. Shugrue regarding same (.3); reviewed and analyzed documents related to DOL matter (.7); communications with J. Shugrue regarding report filed with bankruptcy court (.1). | 1.10 |
| 05/03/11 | LJR | Followed up with counsel for individual defendant in connection with comfort order report (.1); followed up with client regarding insurance programs (.2); reviewed and analyzed documents related to DOL matter and followed up with J. Shugrue regarding same (1.6). | 1.90 |
| 05/03/11 | SS | Reviewed policies and prepared tower chart for the current and runoff policies for attorney review. | 0.10 |
| 05/04/11 | LJR | Reviewed correspondence file and DOL related documents and followed up with J. Shugrue regarding same (1.4); followed up with counsel for individual defendants regarding insurer inquiry (.2). | 1.60 |
| 05/05/11 | LJR | Followed-up regarding recent bankruptcy-related case law. | 0.20 |
| 05/06/11 | LJR | Responded to inquiry from counsel for individual defendant. | 0.30 |
| 05/06/11 | JDS | Analyzed and exchanged emails with defense counsel regarding legal fees incurred in connection with pending matter. | 0.30 |
| 05/09/11 | SS | Performed case file management. | 0.70 |
| 05/09/11 | JDS | Analyzed coverage issues related to pending DOL matter and analyzed emails from defense counsel regarding same (.9); telephone conference with defense counsel regarding same (.3). | 1.20 |
| 05/10/11 | LJR | Reviewed and analyzed policies and documents and correspondence related to DOL matter and drafted summary and analysis in connection with same (7.2); followed up with J. Shugrue regarding policy coverage issues related to DOL matter (.3); followed up with J. Shugrue regarding email from defense counsel for individual insured (.1). | 7.60 |
| 05/10/11 | SS | Reviewed and catalogued case correspondence. | 2.00 |
| 05/10/11 | JDS | Analyzed insurance coverage issues in connection with pending BK matters (.5); telephone conference with defense counsel regarding insurer coverage denial (.2). | 0.70 |
| 05/11/11 | JDS | Analyzed coverage issues related to DOL matter. | 0.70 |

July 5, 2011                                                                                       Invoice: 2142150
RE:        Insurance Counseling                                                          Page 16
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/12/11 | LJR | Revised correspondence to counsel for insurer in connection with pending litigation (.2); forwarded email to client for final review and comment (.1); drafted proposed response to inquiry from defense counsel for individual insured (.3); followed up with J. Shugrue regarding correspondence to D&O carriers and defense counsel (.2). | 0.80 |
| 05/12/11 | SS | Reviewed and catalogued case files. | 0.90 |
| 05/13/11 | JDS | Analyzed coverage issues regarding insurer denial | 0.20 |
| 05/15/11 | LJR | Responded to inquiry from defense counsel for individual insured. | 0.20 |
| 05/16/11 | LJR | Analyzed strategy in connection with carrier denial of coverage for pending complaints (.4); revised letter to carrier in connection with pending complaints and drafted cover email to client team in connection with same (.7); followed up with client regarding insurance related report filed in connection with bankruptcy proceedings (.1). | 1.20 |
| 05/16/11 | AJM | Analyzed coverage issues regarding underlying claims. | 0.60 |
| 05/16/11 | JDS | Telephone conference with defense counsel regarding insurer denial of coverage and options regarding same (.2); analyzed and revised draft letter to insurer regarding disputed claim issues (.2). | 0.40 |
| 05/17/11 | LJR | Analyzed correspondence regarding defense costs incurred in connection with pending matters (.3); reviewed materials and followed up regarding potential insurance coverage for DOL-related matter (.8). | 1.10 |
| 05/17/11 | JDS | Analyzed issues related to potential coverage for underlying matters. | 0.20 |
| 05/18/11 | LJR | Further analysis of potential insurance coverage for DOL matter (.3); drafted summary and analysis regarding same (1.9); revised summary and analysis and sent same to client, BK counsel (.3); followed up regarding draft letter to insurance carrier regarding denial of coverage for pending complaints (.4). | 2.90 |
| 05/18/11 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 05/18/11 | JDS | Analyzed and exchanged emails with L. Raines regarding coverage issue related to underlying matters. | 0.30 |
| 05/19/11 | LJR | Began drafting summary of currently pending matters per client request. | 0.50 |
| 05/20/11 | JDS | Communications with L. Raines regarding follow up correspondence/communications with insurer regarding denial of coverage regarding underlying suits. | 0.20 |

July 5, 2011                                                                      Invoice: 2142150
RE:        Insurance Counseling                                                   Page 17
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/22/11 | LJR | Finalized draft summary of pending matters and followed up with J. Shugrue regarding same. | 0.60 |
| 05/23/11 | LJR | Reviewed materials and revised letter to carrier regarding denial of coverage for pending complaints in BK court (.8); followed up regarding same (.5); reviewed additional coverage correspondence and updated summary (.4); followed up regarding additional information for summary (.1). | 1.80 |
| 05/23/11 | JDS | Analyzed and revised draft letter to liability insurer regarding coverage denial on certain pending suits in BK court. | 0.20 |
| 05/25/11 | LJR | Follow up in connection with insurance coverage for pending complaints filed in BK court (.6); finalized letter to insurer regarding same and followed up with J. Shugrue regarding same (.3); followed up with client regarding distribution of letter (.1). | 1.00 |
| 05/25/11 | JDS | Finalized and transmitted letter to liability insurer regarding cover denial involving certain underlying suits. | 0.20 |
| 05/26/11 | LJR | Followed up regarding conference call regarding pending BK complaints (.5); followed up with client regarding insurer correspondence (.2); finalized summary of pending matters and emailed same to client (.3); forwarded carrier correspondence to defense counsel for individual defendants and responded to inquiry from defense counsel (.2). | 1.20 |
| 05/26/11 | AJM | Analyzed insurance policy in connection with coverage issue (.3); communications with J. Shugrue regarding same (.1); communications with L. Raines regarding same (.1); reviewed status of insurance coverage matters from L. Raines (.1). | 0.60 |
| 05/26/11 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 05/27/11 | LJR | Followed up with team regarding insurer denial of coverage for pending complaints in BK court and potential action in connection with same. | 0.40 |
| 05/27/11 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 05/28/11 | LJR | Coordinated conference call regarding insurance coverage for pending complaints in BK court. | 0.30 |
| 05/31/11 | LJR | Followed up regarding conference calls to discuss pending BK complaints (.2); reviewed materials and prepared for conference call (.3); conference call with client to discuss insurance coverage for pending BK complaints (.6); conference call with defense group to discuss same (1.0); followed up with client regarding results of call with defense group (.5). | 2.60 |

July 5, 2011                                                    Invoice: 2142150
RE:       Insurance Counseling                                 Page 18
          (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/31/11 | JDS | Prepared for, telephone conference with defense counsel, L. Raines regarding possible next steps regarding primary insurer coverage denial regarding BK complaints (1.0); telephone conference with client, bankruptcy counsel, L. Raines regarding same (.6). | 1.60 |

TOTAL FEES:          <u>$16,953.00</u>

## **CURRENT DISBURSEMENTS**

05/31/2011  PACER                                              4.80

Total Disbursements          4.80

Fees & Disbursements     $16,957.80

## **REORGANIZATION/BANKRUPTCY**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|-----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 6.20 | 560.00 | 3,472.00 |
| AJM | A.J. Moss | 1.20 | 520.00 | 624.00 |
| LJR | L.J. Raines | 27.30 | 450.00 | 12,285.00 |
| SS | S. Somoza | 4.40 | 130.00 | 572.00 |
| | | 40.30 | | 16,953.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2142150
Invoice Date: July 5, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through May 31, 2011

| **REORGANIZATION/BANKRUPTCY** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Fee Applications 503842.00009 | $4,479.00 | $229.30 | $4,708.30 |
| RE: | HR Investigation 503842.00011 | $57,798.50 | $8.30 | $57,806.80 |
| RE: | Insurance Counseling 503842.00005 | $16,953.00 | $4.80 | $16,957.80 |
| | **Current Invoice Total:** | **$79,230.50** | **$242.40** | **$79,472.90** |
| **NON-REORGANIZATION BANKRUPTCY** | | Current Fees | Current Costs | Total for Matter |
| RE: | Reliance/Times Mirror 503842.00004 | $1,839.50 | $0.30 | $1,839.80 |
| RE: | Insurance Counseling 503842.00005 | $27,333.00 | $2,637.10 | $29,970.10 |
| RE: | Marsh 503842.00008 | $744.00 | $0.00 | $744.00 |
| | **Current Invoice Total:** | **$29,916.50** | **$2,637.40** | **$32,553.90** |
| | **Total Reorganization and Non-Reorganization:** | **$109,147.00** | **$2,879.80** | **$112,026.80** |

**INVOICE IS PAYABLE UPON RECEIPT**