# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Printing/Duplicating/Scanning | | $30.50 |
| Telephone – Outside | | $22.96 |
| Database – Outside | PACER | $4.80 |
| Outside-Duplicating | IKON | $64.55 |
| Legal Research | LEXIS/Westlaw | $42.90 |
| Courier | | $150.05 |
| Taxi Expenses | | $364.54 |
| Lodging Expenses | | $613.80 |
| Air Travel Expenses | | $1,570.70 |
| Meal Expenses | | $15.00 |
| **TOTAL:** | | **$2,879.80** |

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation n – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Printing/Duplicating/Scanning | | .30 | $7.20 | | $14.70 | $8.30 | $30.50 |
| Telephone - Outside | | | $22.96 | | | | $22.96 |
| Database – Outside | PACER | | $4.80 | | | | $4.80 |
| Outside-Duplicating | IKON | | | | $64.55 | | $64.55 |
| Legal Research | LEXIS/Westlaw | | $42.90 | | | | $42.90 |
| Courier | | | | | $150.05 | | $150.05 |
| Taxi Expenses | | | $364.54 | | | | $364.54 |
| Lodging Expenses | | | $613.80 | | | | $613.80 |
| Air Travel Expenses | | | $1,570.70 | | | | $1,570.70 |
| Meal Expenses | | | $15.00 | | | | $15.00 |
| TOTAL: | | $0.30 | $2,641.90 | $0.00 | $229.30 | $18.30 | $2,879.80 |

US_ACTIVE-106703982.1-JCFALGOW

## NON-REORGANIZATION/BANKRUPTCY
### RE: Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/09/11 | TPL | Emails with T. Law regarding claim and case status. | 0.60 |
| 05/09/11 | JDS | Analyzed and exchanged emails with T. Law regarding pending claims against Reliance estate. | 0.20 |
| 05/10/11 | SS | Reviewed and catalogued case correspondence. | 0.80 |
| 05/10/11 | TPL | E-mail exchange with J. Shugrue and client regarding Reliance status. | 0.40 |
| 05/10/11 | JDS | Telephone conference with T. Law regarding claim issues. | 0.20 |
| 05/25/11 | TPL | Reviewed correspondence from Liquidator of Reliance and exchanged e-mails with J. Shugrue regarding same. | 0.30 |
| 05/25/11 | JDS | Analyzed correspondence from Reliance counsel and exchanged emails with T. Law regarding same. | 0.30 |
| 05/27/11 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 05/31/11 | TPL | Telephone call with J. Shugrue (.30) and prepared email to client regarding recent correspondence from Liquidator (.90). | 1.20 |
| 05/31/11 | JDS | Conferred with T. Law regarding strategy and approach for response to recent letter from counsel for Reliance Liquidator. | 0.30 |

TOTAL FEES:　　　$1,839.50

### CURRENT DISBURSEMENTS

| 05/31/2011 | Duplicating/Printing/Scanning | | 0.30 |
|---|---|---|---|
| | | Total Disbursements | 0.30 |
| | | Fees & Disbursements | $1,839.80 |

## NON-REORGANIZATION/BANKRUPTCY
### Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.00 | 560.00 | 560.00 |
| TPL | T.P. Law | 2.50 | 465.00 | 1,162.50 |
| SS | S. Somoza | 0.90 | 130.00 | 117.00 |
| | | 4.40 | | 1,839.50 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/26/11 | AJM | Researched, reviewed and analyzed cases and materials on subrogation issues in connection with Neil matter (1.1); worked on analysis of same (.3); reviewed substantive email from insurance carriers regarding Neil case (.3); communications with J. Shugrue regarding same (.1); communications with insurer counsel and insurance carriers regarding Neil case (.1); teleconferences with insurance carrier representatives and J. Shugrue to discuss coverage issues regarding Neil case (.6); worked on substantive email to client and defense counsel regarding call with insurers regarding Neil case (.4). | 2.90 |
| 05/26/11 | JDS | Analyzed and exchanged emails with client, defense counsel, bankruptcy counsel, L. Raines and A. Moss regarding status, approach, strategy regarding ongoing settlement negotiations regarding Neil case and other underlying suits/claims (.5); telephone conference with client regarding same (.3); telephone conference with co-defendant counsel regarding same (.2); telephone conference with co-defendant counsel, insurers/insurers counsel, A. Moss regarding same (.5); analyzed and exchanged emails, telephone conferences with A. Moss, L. Raines regarding analysis of legal and policy wording issues in connection with same (.6). | 2.10 |
| 05/27/11 | JDS | Telephone conference with co-defendant counsel, defense counsel and bankruptcy counsel regarding status and approach regarding ongoing settlement negotiations concerning Neil suit and other various underlying claims/suits (.5); prepared email to client regarding results of same (.2); telephone conference with insurer counsel, co-defendant counsel regarding same (.3); analyzed and exchanged emails with client, defense counsel, bankruptcy counsel, co-defendant counsel and insurers/insurers counsel regarding same (.8). | 1.80 |

TOTAL FEES: <u>$27,333.00</u>

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 05/31/2011 | Duplicating/Printing/Scanning | 7.20 |
| 05/31/2011 | Lexis | 42.90 |
| 05/31/2011 | Lodging | 613.80 |
| 05/31/2011 | Air Travel Expense | 1,570.70 |
| 05/31/2011 | Taxi Expense | 364.54 |
| 05/31/2011 | Meal Expense | 15.00 |
| 05/31/2011 | Telephone – Outside | 22.96 |

July 5, 2011     Case 08-13141-BLS    Doc 9458-4    Filed 07/14/11    Page 6 of 9    Invoice: 2142150
RE:     Insurance Counseling                                          Page 7
       (503842.00005)

|  |  | Total Disbursements | 2,637.10 |
|---|---|---|---|
|  |  | Fees & Disbursements | $29,970.10 |

**NON-REORGANIZATION/BANKRUPTCY**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 40.90 | 560.00 | 22,904.00 |
| AJM | A.J. Moss | 3.30 | 520.00 | 1,716.00 |
| LJR | L.J. Raines | 6.00 | 450.00 | 2,700.00 |
| SS | S. Somoza | .10 | 130.00 | 13.00 |
|  |  | 49.10 |  | 27,333.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/24/11 | LL | Reviewed reformatted March invoice and worked on revising fee applications per same. | 0.80 |
| 05/24/11 | LJR | Followed up with L. Lankford regarding revisions to April invoice. | 0.20 |
| 05/25/11 | LL | Conferred with C. Falgowski regarding RS's 9th Interim Fee Application (.1); e-mail correspondence to J. Shugrue regardins same (.1); message to L. Raines regarding March 2011 invoice (.1); e-filed and served RS's 9th Interim Fee Application (.5). | 0.80 |
| 05/25/11 | JCF | Met with L. Lankford regarding 9th interim fee application. | 0.10 |
| 05/31/11 | LL | Reviewed March 2011 invoice and phone message to L. Raines. | 1.60 |

                                TOTAL FEES:                    $4,479.00

## CURRENT DISBURSEMENTS

| 05/31/2011 | Duplicating/Printing/Scanning | 14.70 |
|---|---|---|
| 05/31/2011 | Courier Service – Outside | 150.05 |
| 05/31/2011 | Outside Duplicating | 64.55 |
| | Total Disbursements | 229.30 |
| | Fees & Disbursements | $4,708.30 |

REORGANIZATION/BANKRUPTCY
Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.30 | 560.00 | 728.00 |
| JCF | J.C. Falgowski | 0.30 | 410.00 | 123.00 |
| LJR | L.J. Raines | 4.10 | 450.00 | 1,845.00 |
| SS | S. Somoza | 0.90 | 130.00 | 117.00 |
| LL | L. Lankford | 9.80 | 170.00 | 1,666.00 |
| | | 16.40 | | 4,479.00 |

July 5, 2011 Invoice: 2142150
RE: HR Investigation Page 13
(503842.00011)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/24/11 | JML | Correspond with T. Levinson and DTI regarding uploading and indexing of additional search terms (.40); revised list of additional search terms to be applied to data collection to upload to Relativity (.30). | 0.70 |
| 05/25/11 | TML | Conducted document review. | 1.20 |
| 05/25/11 | JML | Performed searches in Relativity database for key words per S. Miller (.90); corresponded with T. Levinson regarding key word searches in Relativity database (.20); corresponded with DTI regarding uploading and indexing of additional search terms. (.30). | 1.40 |
| 05/26/11 | SAM | Met with T. Levinson regarding document review and analysis. | 0.30 |
| 05/26/11 | TML | Conducted document review (7.1); conferred with S. Miller regarding same (.3). | 7.40 |
| 05/26/11 | JWN | Reviewed emails; prepared summary of relevant documents for T. Levinson's review. | 3.80 |
| 05/27/11 | SAM | Telephone conference with client. | 0.30 |
| 05/27/11 | TML | Conducted follow-up document review (.7); conferred with J. Livingston regarding same (.2); corresponded via email with S. Miller regarding same (.4). | 1.30 |
| 05/27/11 | JML | Performed additional searches in Relativity regarding refined searches terms per S. Miller (.20); worked with DTI to print all documents requested by T. Levinson (.30); corresponded with T. Levinson regarding searches and printouts of requested documents (.20). | 0.70 |
| 05/31/11 | SAM | Attention to revised presentation (1.2); reviewed documents for inclusion in presentation (1.6). | 2.80 |
| 05/31/11 | JML | Performed searches in Relativity regarding documents and assisted S. Miller with review of same | 0.70 |

TOTAL FEES:              $57,798.50

**CURRENT DISBURSEMENTS**

05/31/2011 Duplicating/Printing/Scanning                           8.30

Total Disbursements       8.30

Fees & Disbursements  $57,806.80

July 5, 2011          Invoice: 2142150
RE:    Insurance Counseling         Page 18
      (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/31/11 | JDS | Prepared for, telephone conference with defense counsel, L. Raines regarding possible next steps regarding primary insurer coverage denial regarding BK complaints (1.0); telephone conference with client, bankruptcy counsel, L. Raines regarding same (.6). | 1.60 |

                       TOTAL FEES:          $16,953.00

### CURRENT DISBURSEMENTS

| 05/31/2011 | PACER | | 4.80 |
|---|---|---|---|
| | | Total Disbursements | 4.80 |
| | | Fees & Disbursements | $16,957.80 |

## REORGANIZATION/BANKRUPTCY
Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 6.20 | 560.00 | 3,472.00 |
| AJM | A.J. Moss | 1.20 | 520.00 | 624.00 |
| LJR | L.J. Raines | 27.30 | 450.00 | 12,285.00 |
| SS | S. Somoza | 4.40 | 130.00 | 572.00 |
| | | 40.30 | | 16,953.00 |