# EXHIBIT A

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

JUNE 30, 2011
INVOICE # 9204114

### DOL SETTLEMENT

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2011 | $70,774.50 |
| DISBURSEMENTS | $4,764.56 |
| TOTAL INVOICE | $75,539.06 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.
ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9204114

CLIENT NUMBER - 45394

JUNE 30, 2011

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2011

DOL SETTLEMENT

MATTER NUMBER- 10148

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 5/1/2011 | DJB | 1.00 | { L190 } {A103} Edited ▇▇▇. | 925.00 |
| 5/1/2011 | DAS | 0.60 | { L210 } {A106} Reviewed comments and edits to draft ▇▇▇ on behalf of Tribune (.5); conferred with D. Bradford re same (.1). | 330.00 |
| 5/2/2011 | DJB | 2.50 | { L190 } {A103} Worked on further edits to ▇▇▇ (1.0); addressed ▇▇▇ comments on mediation statement (.5); telephone conference with ▇▇▇ and ▇▇▇ re strategy (.5); office conference with D. Sondgeroth re materials for ▇▇▇ (.2); reviewed ▇▇▇ materials and ▇▇▇ (.3). | 2,312.50 |
| 5/2/2011 | WXH | 0.30 | { L140 } {A110} Prepared binder of materials for ▇▇▇. | 69.00 |
| 5/2/2011 | MJS | 1.50 | { L140 } {A110} Created ▇▇▇ binders for D. Bradford and D. Sondgeroth. | 240.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 5/2/2011 | DAS | 8.30 | { L210 } {A104} Reviewed draft of ▮▮▮ and edited draft of same (2.0); conferred with ▮▮▮ re same (.5); reviewed ▮▮▮ by ▮▮▮ and ▮▮▮ to ▮▮▮ (1.0); coordinated submission of ▮▮▮ with Cole Schotz and J. Ludwig (1.0); edited list of participants ▮▮▮ with parties, including ▮▮▮ re attendees (.8); communicated with ▮▮▮ and D. Bradford re attendance of ▮▮▮ (.5); prepared materials for use at ▮▮▮ and communicated with D. Bradford re same (1.50); reviewed key materials to prepare for ▮▮▮ (1.0). | 4,565.00 |
| 5/3/2011 | DJB | 4.50 | { L190 } {A101} Prepared for ▮▮▮ by reviewing materials (3.2); office conference with ▮▮▮ re ▮▮▮ (.5); reviewed e-mails and summary of ▮▮▮ (.3); further telephone conference with ▮▮▮ (.5). | 4,162.50 |
| 5/3/2011 | DAS | 9.90 | { L210 } {A106} Communicated with ▮▮▮ with the ▮▮▮ (2.6); participated in meeting with ▮▮▮ re same (1.0); participated in conference call with ▮▮▮ related to ▮▮▮ issues (.5); reviewed materials related to ▮▮▮ claims to prepare for ▮▮▮ (2.8); traveled from Chicago to Wilmington to attend ▮▮▮ related to ▮▮▮ (3.0). | 5,445.00 |
| 5/4/2011 | DJB | 12.00 | { L190 } {A106} Office conference with ▮▮▮ to prepare for ▮▮▮ (1.0); participated in ▮▮▮ in Delaware (10.2); office conference with ▮▮▮ re follow up (.8). | 11,100.00 |
| 5/4/2011 | DAS | 13.00 | { L210 } {A106} Attended ▮▮▮ with Judge Gross to address ▮▮▮ (11.3); discussed same and possible strategies and next steps with D. Bradford and ▮▮▮ (1.0). | 7,150.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 5/5/2011 | DJB | 2.50 | { L190 } {A109} Traveled from ▮▮ in Philadelphia (2.0); reviewed memorandum re ▮▮ and commented on same (.5). | 2,312.50 |
| 5/5/2011 | DAS | 5.80 | { L210 } {A111} Traveled from Philadelphia to Chicago after ▮▮ with Judge Gross (4.3); conferred with ▮▮ re issues related to ▮▮ re potential settlement (.5); reviewed modified ▮▮ re the ▮▮ prepared by ▮▮ (.8); conferred with ▮▮ (.2). | 3,190.00 |
| 5/6/2011 | DAS | 0.60 | { L210 } {A107} Sent materials to ▮▮ re ▮▮ in connection with analysis of ▮▮ (.4); reviewed communications re same from ▮▮ (.2). | 330.00 |
| 5/9/2011 | DJB | 1.50 | { L190 } {A107} Telephone conference with ▮▮ re strategy (.5); office conference with D. Sondgeroth re same (.6); reviewed and commented on ▮▮ (.4). | 1,387.50 |
| 5/9/2011 | DAS | 1.50 | { L210 } {A106} Communicated with ▮▮ re same (.4); reviewed ▮▮ to analyze same (.5); reviewed draft ▮▮ and sent same to ▮▮ (.3); reviewed correspondence from ▮▮ related to ▮▮ (.3). | 825.00 |
| 5/10/2011 | DJB | 1.50 | { L190 } {A107} Telephone conference with ▮▮ re strategy (.5); office conference with D. Sondgeroth re same (.4); reviewed e-mails re ▮▮ (.3); e-mails with ▮▮ (.3). | 1,387.50 |

**LAW OFFICES**
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 5/10/2011 | DAS | 2.40 | { L210 } {A107} Participated in telephone conference with ▓▓▓ re status of ▓▓▓ (.4); drafted summary of same for D. Bradford (.8); communicated with D. Bradford and ▓▓▓ (.4); reviewed ▓▓▓ (.3); reviewed communications ▓▓▓ (.5). | 1,320.00 |
| 5/10/2011 | DMK | 1.80 | { L120 } {A101} Worked on analysis of insurance coverage issues re ▓▓▓. | 1,188.00 |
| 5/11/2011 | DJB | 1.80 | { L190 } {A107} Telephone conference with ▓ (.3); telephone conference with ▓▓▓ re ▓▓▓ (1.0); follow up telephone conference with ▓▓▓ (.2); analyzed and commented on ▓▓▓ (.3). | 1,665.00 |
| 5/11/2011 | DAS | 0.20 | { L210 } {A104} Reviewed communication from ▓▓▓ of same. | 110.00 |
| 5/12/2011 | DJB | 0.50 | { L190 } {A104} Commented on ▓▓▓. | 462.50 |
| 5/12/2011 | DAS | 3.10 | { L210 } {A103} Reviewed ▓▓▓ (.8); communicated with D. Bradford re May 11 call with ▓▓▓ (.3); edited ▓▓▓ update ▓▓▓ to ▓▓▓ (2.0). | 1,705.00 |
| 5/13/2011 | DJB | 0.80 | { L190 } {A106} Telephone conference with ▓▓▓ (.5); reviewed and commented on ▓▓▓ (.3). | 740.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 5

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 5/13/2011 | DAS | 3.00 | { L210 } {A104} Reviewed ▓▓▓ brief and conferred with D. Bradford re same (.4); reviewed communications re ▓▓▓ from ▓▓▓ (.3); edited summary of status of ▓▓▓ based on comments from D. Bradford and sent same to ▓▓▓ for review and comment (1.5); communicated with ▓▓▓ re issues related to ▓▓▓ and discussed same with D. Bradford (.8). | 1,650.00 |
| 5/16/2011 | DJB | 0.20 | { L190 } {A107} E-mail with ▓▓▓ re ▓▓▓ (.1); email with ▓▓▓ re same (.1). | 185.00 |
| 5/17/2011 | DJB | 0.90 | { L190 } {A107} Telephone conference with ▓▓▓ (.3); e-mail re same (.2); reviewed proposal from ▓▓▓ (.3); e-mail to client re same (.1). | 832.50 |
| 5/17/2011 | DAS | 0.30 | { L210 } {A108} Reviewed communications from counsel for ▓▓▓ re costs in ▓▓▓ and to analyze possible implications for ▓▓▓ to ▓▓▓ issues. | 165.00 |
| 5/18/2011 | DJB | 0.60 | { L190 } {A104} Reviewed ▓▓▓ (.3); reviewed potential response re ▓▓▓ and e-mail re same (.3). | 555.00 |
| 5/18/2011 | DAS | 0.80 | { L210 } {A106} Reviewed analysis from ▓▓▓ (.3); reviewed comments from ▓▓▓ on update of ▓▓▓ (.2); reviewed communications with ▓▓▓ re strategies for ▓▓▓ (.3). | 440.00 |
| 5/19/2011 | DJB | 2.30 | { L190 } {A107} Telephone conference with ▓▓▓ re strategy (1.0); telephone conference with court (.5); edited letter to ▓▓▓ (.5); office conference with D. Sondgeroth re ▓▓▓ (.3). | 2,127.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 6

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 5/19/2011 | DAS | 3.80 | { L210 } {A106} Reviewed communications with ▓ re strategies for ▓ in connection with ▓ (1.5); participated in conference call with Judge Gross re same (.5); edited summary of status of ▓ and sent draft of same to ▓ (.4); analyzed ▓ (1.00); communicated with ▓ re same (.4). | 2,090.00 |
| 5/20/2011 | DJB | 0.80 | { L190 } {A107} Various e-mails re ▓ (.4); reviewed ▓ and e-mails to ▓ re same (.4). | 740.00 |
| 5/20/2011 | DAS | 1.20 | { L210 } {A106} Reviewed communications with ▓ and scheduling of same (.9); communicated with ▓ (.3). | 660.00 |
| 5/21/2011 | DAS | 0.10 | { L210 } {A106} Reviewed communications related to scheduling possible ▓ with Judge Gross related to ▓. | 55.00 |
| 5/22/2011 | DAS | 0.10 | { L210 } {A106} Reviewed communications related to scheduling ▓ with Judge Gross related to ▓. | 55.00 |
| 5/23/2011 | DJB | 0.70 | { L190 } {A107} E-mail to ▓ (.1); telephone conference with ▓ re same (.3); e-mail re same (.2); e-mails re ▓ (.1). | 647.50 |
| 5/23/2011 | DAS | 1.70 | { L210 } {A106} Reviewed communications related to ▓ and coordinating same (.7); participated in conference call with ▓ (.5); prepared summary of same (.5). | 935.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 7

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 5/24/2011 | DJB | 0.90 | { L190 } {A107} Telephone conference with ▮ ▮ (.5); further telephone conference with ▮ re same (.2); telephone conference with ▮ (.2). | 832.50 |
| 5/24/2011 | DAS | 0.90 | { L210 } {A106} Reviewed communications re ▮ (.3); reviewed communications related to ▮ re same (.6). | 495.00 |
| 5/25/2011 | DJB | 2.40 | { L190 } {A104} Reviewed key documents and office conference with A. Vail (1.0); office conference with ▮ re ▮ (.3); reviewed and analyzed ▮ (.4); emailed proposal based on ▮ discussion (.2); reviewed ▮ analysis (.1). | 2,220.00 |
| 5/25/2011 | DAS | 0.30 | { L210 } {A106} Reviewed communications from ▮ re issues related ▮ (.2); communicated with D. Bradford re ▮ and issues related to ▮ (.1). | 165.00 |
| 5/26/2011 | DJB | 0.50 | { L190 } {A106} Telephone conference with ▮ (.30); emails re same (.20). | 462.50 |
| 5/26/2011 | DAS | 1.40 | { L210 } {A108} Prepared communications with ▮ re issues related to ▮ (.4); communicated with D. Bradford and ▮ re same (.3); reviewed communications from ▮ summarizing current status of discussions with ▮ (.2); reviewed communications re ▮ (.5). | 770.00 |
| 5/27/2011 | DJB | 1.00 | { L190 } {A107} Telephone conference with ▮ (.50); various emails re proposals (.50). | 925.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 8

| | | | | | |
|---|---|---|---|---|---|
| 5/27/2011 | DAS | 0.90 | { L210 } {A106} Reviewed communications among ▮▮▮ (.5); participated in conference call with ▮▮▮ (.4). | | 495.00 |
| 5/28/2011 | DJB | 0.20 | { L190 } {A105} E-mail to team re ▮▮▮ | | 185.00 |
| 5/31/2011 | DAS | 0.30 | { L210 } {A108} Communicated with ▮▮▮ | | 165.00 |
| | | 102.90 | PROFESSIONAL SERVICES | | $70,774.50 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 4/30/2011 | Out of Town Travel, D. Bradford, 04/27/11, Washington, D.C. (Meet with DOL and IRS) | 1,408.59 |
| 5/3/2011 | Out of Town Travel, D. Bradfofrd, 05/03-04/11, Wilmington (Mediation) | 1,165.20 |
| 5/6/2011 | Out of Town Travel, D. Sondgeroth, 05/03-05/11, Wilmington (Mediation) | 1,922.47 |
| 5/20/2011 | Photocopy and Related Expenses | 216.95 |
| 5/31/2011 | Westlaw Research | 51.35 |
| | TOTAL DISBURSEMENTS | $4,764.56 |

**INVOICE TOTAL**                                                                                        $75,539.06

...

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 9

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 39.10 | 925.00 | 36,167.50 |
| DAVID M. KROEGER | 1.80 | 660.00 | 1,188.00 |
| DOUGLAS A. SONDGEROTH | 60.20 | 550.00 | 33,110.00 |
| W. MICHAEL HUGHES | .30 | 230.00 | 69.00 |
| MATTHEW J. SEARER | 1.50 | 160.00 | 240.00 |
| TOTAL | 102.90 | | $70,774.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10164

THE TRIBUNE COMPANY                                      JUNE 30, 2011
435 NORTH MICHIGAN AVENUE                INVOICE # 9204116
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.


**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2011 | $ 645.00 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $ 645.00 |

**REMITTANCE COPY**
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE              Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9204116

JUNE 30, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2011

FEE APPLICATION                                              MATTER NUMBER- 10164

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 5/24/2011 | DJB | 0.20 | { L190 } {A103} Completed declaration re disclosure. | 185.00 |
| 5/25/2011 | DJB | 0.20 | { L190 } Responded to D. Golden inquiry re retention. | 185.00 |
| 5/31/2011 | DAS | 0.50 | { L210 } {A104} Reviewed invoices related to Tribune matters to prepare same for submission to bankruptcy court. | 275.00 |
| | | 0.90 | PROFESSIONAL SERVICES | $ 645.00 |

**INVOICE TOTAL**                                                            $ 645.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | .40 | 925.00 | 370.00 |
| DOUGLAS A. SONDGEROTH | .50 | 550.00 | 275.00 |
| TOTAL | 0.90 | | $ 645.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                  Federal Identification No. 36-2192554

# EXHIBIT B

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Out of Town Travel | $4,496.26 |
| Photocopy and Related Expenses | $216.95 |
| Westlaw Research | $51.35 |
| **Total** | **$4,764.56** |

1988580.1

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| 4/30/2011 | Out of Town Travel, D. Bradford, 04/27/11, Washington, D.C. (Meet with DOL and IRS) | 1,408.59 |
| 5/3/2011 | Out of Town Travel, D. Bradfofrd, 05/03-04/11, Wilmington (Mediation) | 1,165.20 |
| 5/6/2011 | Out of Town Travel, D. Sondgeroth, 05/03-05/11, Wilmington (Mediation) | 1,922.47 |
| 5/20/2011 | Photocopy and Related Expenses | 216.95 |
| 5/31/2011 | Westlaw Research | 51.35 |
|  | TOTAL DISBURSEMENTS | $4,764.56 |