# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861475
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through May 31, 2011

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/13/11 | N. Riesco | L190 | 0 | Communications with court reporter concerning exhibits to Harris deposition. | 0.20 | 80.00 |
| 05/25/11 | N. Riesco | L243 | 0 | Draft correspondence to J. Ludwig/A. Jubelirer concerning bankruptcy arguments for motion for summary judgment. | 0.60 | 240.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 0.80 | |
| **Total Fees** | | | | | | $320.00 |
| **Less Discount** | | | | | | ($32.00) |
| **Total Fees After Discount** | | | | | | $288.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

## Timekeeper Summary

N. Riesco        Associate     -     0.80    hours at     $400.00     per hour

| Disbursements | Value |
|---|---|
| Copying | 53.00 |
| Meals | 72.85 |
| **Total Disbursements** | 125.85 |
| **Total Amount Due** | $413.85 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861473
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through May 31, 2011

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/02/11 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding Teamster no-strike language (.30); edit draft proposal related to same (.30). | 0.60 | 417.00 |
| 05/04/11 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding additional question concerning Teamster no-strike language. | 0.10 | 69.50 |
| 05/10/11 | J. Sherman | C300 | 0 | Initial telephone conference (.30); second telephone conference (.10) with A. Barnes to discuss labor law issues related to food vendor at Calvert Street and Sun Park. | 0.40 | 278.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/25/11 | J. Sherman | C300 | 0 | (Morning Call) Conference with A. Barnes regarding union recognition considerations under various scenarios (.40); draft model letter to union seeking confirmation that labor organization continues to be willing and able to represent unit. (.30). | 0.70 | 486.50 |
| 05/25/11 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding implications for multi-employer ERISA liability and labor relations joint employer analysis certain cessation of contribution scenarios. | 0.30 | 208.50 |
| 05/31/11 | J. Sherman | C300 | 0 | E-mail correspondence with A. Barnes regarding possible modifications to cafeteria vendor contract. | 0.30 | 208.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 2.40 | |
| **Total Fees** | | | $1,668.00 |
| **Less Discount** | | | ($166.80) |
| **Total Fees After Discount** | | | $1,501.20 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 2.40 | hours at | $695.00 | per hour |

| Disbursements | Value | |
|---------------|-------|---|
| Online Research | 4.43 | |
| **Total Disbursements** | | 4.43 |
| **Total Amount Due** | | $1,505.63 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861482
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through May 31, 2011

**Photographer(s) Recall Grievance: Case No. 16 300 00214 11**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/04/11 | K. Michaels | L120 | 0 | Review of second arbitrator panel (.10); review additional arbitrator data and statistics and ranking of panel (.50); telephone conference with A. Barnes regarding second arbitrator panel (.30); second telephone conference with A. Barnes to rank arbitrator panel (.40). | 1.30 | 754.00 |
| 05/04/11 | D. Veltman | C200 | 0 | Locate and obtain arbitrator statistics for K. Michaels. | 0.30 | 40.50 |
| 05/09/11 | K. Michaels | L120 | 0 | Review of e-mail correspondence from A. Barnes regarding status of arbitration and responding to information request. | 0.10 | 58.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1861482

Page 2

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/10/11 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding responding to Guild information request. | 0.50 | 290.00 |
| 05/16/11 | K. Michaels | L110 | 0 | Review of Company prepared response to Guild information request regarding historical staff and freelance photography assignments. | 0.50 | 290.00 |
| 05/17/11 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding proposed response to Guild information request (.30); review of draft information request from Company to Guild (.10); drafting e-mail correspondence in response to same (.10). | 0.50 | 290.00 |
| 05/20/11 | K. Michaels | L120 | 0 | Review of letter from American Arbitration Association regarding arbitrator appointment and offered hearing dates. | 0.10 | 58.00 |
| 05/31/11 | K. Michaels | L120 | 0 | Review of correspondence from American Arbitration Association regarding scheduling hearing (.10); correspondence with A. Barnes regarding same (.10). | 0.20 | 116.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 3.50 | |
| **Total Fees** | | | $1,896.50 |
| **Less Discount** | | | ($189.65) |
| **Total Fees After Discount** | | | $1,706.85 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 3.20 | hours at | $580.00 | per hour |
| D. Veltman | Librarian | - | 0.30 | hours at | $135.00 | per hour |



Baltimore Sun

| **Disbursements** | **Value** | |
| --- | --- | --- |
| Facsimile | 15.00 | |
| **Total Disbursements** | | 15.00 |
| **Total Amount Due** | | $1,721.85 |

# SEYFARTH
## ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861466
0276 11089 / 11089-000001
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through May 31, 2011

### Labor-General 0000000968

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/04/11 | C. McGlothlen | C300 | 0 | Review and analyze STD policy and letter under ADAAA regulations. | 0.50 | 295.00 |
| 05/05/11 | C. McGlothlen | C300 | 0 | Follow-up correspondence with A. Jubelirer regarding STD letter and policy in light of ADA Amendments Act. | 0.30 | 177.00 |
| 05/23/11 | G. Hertan | C300 | 0 | Analyze emails and issues from A. Jubelirer and email communications with same (.30); analyze and revise summaries and related information (.20). | 0.50 | 260.00 |
| 05/24/11 | G. Hertan | C300 | 0 | Review/analyze leave summaries and form language regarding leave substitution rules in California (.20); revise same (.30); telephone conferences with A. Jubelirer regarding same (.60). | 1.10 | 572.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/25/11 | G. Hertan | C300 | 0 | Analyze issues regarding kin care requirements based on non-accrual policy and leave substitution for California leaves (.40); email communications with A. Jubelirer regarding same (.20). | 0.60 | 312.00 |
| 05/27/11 | G. Hertan | C300 | 0 | Review/analyze issues related to California kin care and roll over sick days (.20); email communications with A. Jubelirer regarding same (.10). | 0.30 | 156.00 |

**Total Hours**     3.30

**Total Fees**     $1,772.00

**Less Discount**     ($177.20)

**Total Fees After Discount**     $1,594.80

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| C. McGlothlen | Partner | - | 0.80 | hours at | $590.00 | per hour |
| G. Hertan | Of Counsel | - | 2.50 | hours at | $520.00 | per hour |

**Total Disbursements**     0.00

**Total Amount Due**     $1,594.80

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861469
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through May 31, 2011

## Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/02/11 | J. McManus | F999 | 0 | Revise fee examiner responses (.30); confer with O. Reyes regarding fee and expense back-up (.10). | 0.40 | 110.00 |
| 05/12/11 | J. McManus | B110 | 0 | Prepare Eighteenth Monthly Fee Application (1.30); attend to fee payment matters (.10); revise responses to fee examiners (.40). | 1.80 | 495.00 |
| 05/13/11 | J. Sherman | L120 | 0 | Review and redact invoices for privilege in connection with Eighteenth Fee Petition. | 0.50 | 347.50 |
| 05/13/11 | J. McManus | B110 | 0 | Revise responses to fee auditor reports. | 0.40 | 110.00 |
| 05/18/11 | J. McManus | B110 | 0 | Prepare Eighteenth Monthly Fee Application (.40); confer with A. Shepro regarding same (.10). | 0.50 | 137.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1861469

Page 2

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/18/11 | A. Shepro | B160 | 0 | Edit Tribune Eighteen Monthly Fee Application. | 1.90 | 190.00 |
| 05/19/11 | A. Shepro | B160 | 0 | Edit compensation by matter and attorney sections in Tribune Fee Application. | 2.20 | 220.00 |
| 05/20/11 | A. Shepro | B160 | 0 | Edit Expenses section of Eighteen Monthly Fee Application (.20); review time detail to enter description in expenses section (.30); confer with K. Williams and D. Wasko regarding attorneys admittance year for motion (.20); further edit and review motion (.20). | 0.90 | 90.00 |
| 05/24/11 | J. McManus | B110 | 0 | Revise Eighteenth Monthly Fee Application. | 0.60 | 165.00 |
| 05/27/11 | J. McManus | B110 | 0 | Revise Eighteenth Monthly Fee Application (.50); final review of time detail regarding same (.20). | 0.70 | 192.50 |

**Total Hours**                                                                          9.90

**Total Fees**                                                                          $2,057.50

**Less Discount**                                                                     ($205.75)

**Total Fees After Discount**                                                    $1,851.75

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.50 | hours at | $695.00 | per hour |
| J. McManus | Paralegal | - | 4.40 | hours at | $275.00 | per hour |
| A. Shepro | Legal Asst. | - | 5.00 | hours at | $100.00 | per hour |

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| | **Online Research** | | |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Tribune Company/Sherman

| 05/10/11 | Online Research - PACER SERVICE CENTER Pacer Charges !rst Quarter 2011 | 11.36 |
|---|---|---|
| 05/10/11 | Online Research - PACER SERVICE CENTER Pacer Charges !rst Quarter 2011 | 13.12 |
| 05/12/11 | Online Research - PACER SERVICE CENTER Charges for 1est Quarter 2011 | 5.12 |

**Total Disbursements**                                      29.60

**Total Amount Due**                                    $1,881.35

# SEYFARTH
**ATTORNEYS**  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861476
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through May 31, 2011

<u>Allen v. am New York</u>

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 05/02/11 | E. Cerasia II | L160 | 0 | Email correspondence with C. Kline regarding status of revisions to settlement agreement (.10); email correspondence with M. Palmer regarding same (.10). | 0.20 | 146.00 |
| 05/04/11 | E. Cerasia II | L160 | 0 | Begin to review/analyze Sidley's new draft of settlement agreement. | 0.10 | 73.00 |
| 05/05/11 | E. Cerasia II | L160 | 0 | Continue to review and comment on Sidley's latest draft of settlement agreement (.30); email correspondence with C. Kline regarding same (.20). | 0.50 | 365.00 |
| 05/11/11 | E. Cerasia II | L160 | 0 | Revise latest draft of settlement agreement. | 0.70 | 511.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/12/11 | E. Cerasia II | L160 | 0 | Email correspondence with C. Kline regarding revisions to latest draft of settlement agreement (.20); email correspondence with A. Warshaw regarding claim form/notice (.10). | 0.30 | 219.00 |
| 05/12/11 | A. Warshaw | L160 | 0 | Legal research regarding samples and necessary information to be contained in newspaper publication notices of class settlements. | 1.30 | 461.50 |
| 05/13/11 | E. Cerasia II | L160 | 0 | Revise draft of claim form (.40); work on draft notice and publication in newspaper (.10); email correspondence with D. Warner and M. Palmer regarding draft of settlement agreement (.20); email correspondence with C. Kline and communications with A. Warshaw regarding CAFA and inapplicability to this matter (.20). | 0.90 | 657.00 |
| 05/13/11 | A. Warshaw | L160 | 0 | Legal research per E. Cerasia regarding whether CAFA requirements apply to settlement of class in federal bankruptcy court. | 3.20 | 1,136.00 |
| 05/13/11 | A. Warshaw | L160 | 0 | Draft notice form to be submitted to Court per proposed settlement agreement. | 1.70 | 603.50 |
| 05/16/11 | A. Warshaw | L160 | 0 | Draft notice informing class members of settlement and of substantive rights per settlement agreement procedures. | 1.90 | 674.50 |
| 05/17/11 | E. Cerasia II | L160 | 0 | Draft/revise notices regarding class settlement. | 1.20 | 876.00 |
| 05/19/11 | E. Cerasia II | L160 | 0 | Review Epiq's estimated fees as claims administrator. | 0.10 | 73.00 |
| 05/20/11 | A. Warshaw | L160 | 0 | Telephone conference with C. Klein at Sidley Austin regarding strategy and status of negotiations of settlement agreement. | 0.20 | 71.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/20/11 | A. Warshaw | L160 | 0 | Revise notices to putative class members to be submitted to Bankruptcy Court per settlement agreement. | 1.80 | 639.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 14.10 | |
| **Total Fees** | | | $6,505.50 |
| **Less Discount** | | | ($650.55) |
| **Total Fees After Discount** | | | $5,854.95 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 4.00 | hours at | $730.00 | per hour |
| A. Warshaw | Associate | - | 10.10 | hours at | $355.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Inv#: 1105001865 User: WARSHAW, AARON LAW REVIEWS SINGLE DOCUMENT RETRIEVAL | 2.80 |
| Inv#: 822882741 Office: NEW YORK User: WARSHAW, AARON KEYCITE | 1.16 |
| Inv#: 822882741 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL ONLINE FINDS | 26.23 |
| Inv#: 822882741 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL SEARCHES | 163.47 |
| Online Research - PACER SERVICE CENTER | 0.56 |
| **Total Disbursements** | 194.22 |
| **Total Amount Due** | $6,049.17 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1861476
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,505.50 |
| Less Discount | ($650.55) |
| Total Fees after Discount | $5,854.95 |
| Total Disbursements | 194.22 |
| Total Fees and Disbursements This Statement | $6,049.17 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861477
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through May 31, 2011

### Karen Scott v. WPIX

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/02/11 | E. Cerasia II | L330 | 0 | Review/analyze M. Ramirez and S. Charlier's deposition transcripts to prepare for day two of B.E. Berlamino's deposition. | 2.80 | 2,044.00 |
| 05/02/11 | J. Chylinski | L330 | 0 | Review/analyze relevant documents for deposition preparation of C. Davis. | 3.70 | 1,350.50 |
| 05/03/11 | E. Cerasia II | L330 | 0 | Email correspondence with J. Chylinski regarding topics for preparing C. Davis for her deposition as Rule 30(b)(6) witness and prior production of budget/operating plans (.30); continue to review/analyze S. Charlier's deposition to prepare for day two of B.E. Berlamino's deposition (1.30). | 1.60 | 1,168.00 |
| 05/03/11 | J. Chylinski | L330 | 0 | Prepare C. Davis for her deposition. | 2.10 | 766.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/03/11 | J. Chylinski | L330 | 0 | Draft list of topics for preparation of C. Davis for deposition. | 1.40 | 511.00 |
| 05/04/11 | E. Cerasia II | L330 | 0 | Continue to prepare for defense of day two of B.E. Berlamino's deposition (1.50); discussion with J. Chylinski regarding outcome of C. Davis' deposition (.20); meeting with B.E. Berlamino to prepare for day two of her deposition (3.40). | 5.10 | 3,723.00 |
| 05/04/11 | J. Chylinski | L330 | 0 | Prepare for deposition of C. Davis (1.00); defend same (2.80). | 3.80 | 1,387.00 |
| 05/04/11 | A. Cabrera | L330 | 0 | Review notes from J. Maye deposition to identify follow areas and potential issues for Berlamino's second day of deposition. | 0.50 | 220.00 |
| 05/04/11 | A. Cabrera | L330 | 0 | Prepare B. E. Berlamino for second day of deposition. | 2.80 | 1,232.00 |
| 05/05/11 | E. Cerasia II | L330 | 0 | Represent B.E. Berlamino at day two of her deposition and follow-up discussion with her regarding same (2.80); email correspondence with A. Jubelirer regarding outcome of deposition (.10); review letter from K. Rubinstein regarding new documents requested after B.E. Berlamino's deposition and follow-up regarding same (.30); work on pre-motion letter (.20). | 3.40 | 2,482.00 |
| 05/05/11 | J. Chylinski | L120 | 0 | Review/analysis of plaintiff's latest document request (1.30); letter and draft response to same (.20). | 1.50 | 547.50 |
| 05/05/11 | A. Cabrera | L190 | 0 | Follow-up with A. Jubelirer regarding documents she received from Vladeck prior to litigation. | 0.20 | 88.00 |
| 05/05/11 | A. Cabrera | L190 | 0 | Review 5/6/11 letter from plaintiff's counsel requesting additional documents and strategic response. | 0.30 | 132.00 |



Invoice No. 1861477

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/06/11 | E. Cerasia II | L240 | 0 | Work on arguments/outline pre-motion letter to Court regarding summary judgment motion. | 0.90 | 657.00 |
| 05/06/11 | J. Chylinski | L120 | 0 | Review/analysis of deposition transcripts of B. E. Berlamino and K. Scott in preparation of draft pre-motion letter to court seeking approval to move for summary judgment. | 3.50 | 1,277.50 |
| 05/06/11 | J. Chylinski | L120 | 0 | Confer with E. Cerasia and A. Cabrera regarding pre-motion letter. | 0.50 | 182.50 |
| 05/06/11 | J. Chylinski | L250 | 0 | Draft pre-motion letter to the court regarding motion for summary judgment. | 4.50 | 1,642.50 |
| 05/06/11 | A. Cabrera | L120 | 0 | Review SDNY (J. Karas) decision and order granting summary judgment in favor of employer in connection with ADEA, state and city age claims for use in the summary judgment motion letter. | 0.80 | 352.00 |
| 05/13/11 | E. Cerasia II | L240 | 0 | Draft/revise pre-motion letter. | 2.80 | 2,044.00 |
| 05/13/11 | A. Cabrera | L250 | 0 | Review/revise pre-motion letter. | 0.30 | 132.00 |
| 05/16/11 | E. Cerasia II | L240 | 0 | Finalize pre-motion letter to Judge Pauley and email with A. Jubelirer regarding same (.30); email correspondence with K. Rubinstein regarding same (.10). | 0.40 | 292.00 |
| 05/16/11 | J. Chylinski | L310 | 0 | Draft response to plaintiff's latest request for additional documentation. | 1.60 | 584.00 |
| 05/17/11 | E. Cerasia II | L320 | 0 | Work on response to K. Rubenstein's May 6 letter requesting documents identified at day two of B.E. Berlamino's deposition. | 0.30 | 219.00 |
| 05/19/11 | J. Chylinski | L330 | 0 | Review/analysis of C. Davis deposition transcript. | 1.10 | 401.50 |
| 05/19/11 | A. Cabrera | L120 | 0 | Prepare correspondence to B. E. Berlamino enclosing second deposition transcript with instructions. | 0.20 | 88.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/19/11 | A. Cabrera | L120 | 0 | Review from day 2 of Berlamino's deposition transcript and highlight noticeable testimony. | 0.80 | 352.00 |
| 05/20/11 | E. Cerasia II | L330 | 0 | Discussion with A. Cabrera regarding B.E. Berlamino's testimony from day two of her deposition and potential issues with same. | 0.20 | 146.00 |
| 05/23/11 | E. Cerasia II | L240 | 0 | Review/analysis K. Rubinstein's letter to court in response to WPIX's pre-motion letter (.20); dismiss same with A. Cabrera and J. Chylinski (.10); email correspondence with A. Jubelirer regarding same (.10); email correspondence with B.E. Berlamino regarding same (.20). | 0.60 | 438.00 |
| 05/24/11 | E. Cerasia II | L190 | 0 | Communications with B. Berlamino regarding pre-motion letters and next steps in litigation. | 0.20 | 146.00 |
| 05/25/11 | E. Cerasia II | L390 | 0 | Begin to revise letter to K. Rubinstein in response to his May 6 discovery letter (.10); review S. Charlier's errata sheet and email with A. Cabrera regarding same (.10). | 0.20 | 146.00 |
| 05/25/11 | J. Chylinski | L320 | 0 | Effect production of clearer copy of Ms. Berlamino's handwritten notes on the script used in connection with Ms. Scott's termination. | 0.40 | 146.00 |
| 05/26/11 | A. Cabrera | L190 | 0 | Prepare correspondence providing plaintiff's counsel with S. Charlier's errata sheet. | 0.20 | 88.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 48.70 | |
| **Total Fees** | | | $24,985.50 |
| **Less Discount** | | | ($2,498.55) |
| **Total Fees After Discount** | | | $22,486.95 |



Tribune Company

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 18.50 | hours at | $730.00 | per hour |
| J. Chylinski | Associate | - | 24.10 | hours at | $365.00 | per hour |
| A. Cabrera | Associate | - | 6.10 | hours at | $440.00 | per hour |

## Disbursements

| | Value |
|---|---|
| Copying | 10.20 |
| Copying | 7.00 |
| Copying | 27.40 |
| Courier/Messenger Inv#: 750971572 Date Sent: 05/19/2011 Sender: Anjanette Cabrera Airbill: 982648787095 Betty Ellen Berlamino 87 Joyce Road TENAFLY, NJ 07670 | 14.10 |
| Courier/Messenger Inv#: 750971572 Date Sent: 05/19/2011 Sender: Jeremi L. Chylinski Airbill: 982648787224 Cathy Davis WPIX Inc. 220 East 42nd Street 10th Floo NEW YORK, NY 10017 | 10.93 |
| Courier/Messenger Inv#: 751667730 Date Sent: 05/26/2011 Sender: Paula Martos Airbill: 982648789065 Kenneth J. Rubinstein Esq. Haynes and Boone LLP 1221 Avenue of the Americas NEW YORK CITY, NY 10020 | 10.93 |
| DVD Duplication | 30.00 |
| Deposition Transcripts - VERITEXT/ NY REPORTING CO. | 583.42 |
| Deposition Transcripts - VERITEXT/ NY REPORTING CO. | 122.00 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES COMPUTER CONECTN TIME | 7.04 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES COMPUTER CONECTN TIME | 21.06 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES COMPUTER CONECTN TIME | 3.61 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES COMPUTER CONECTN TIME | 4.58 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 30.94 |


SEYFARTH
ATTORNEYS SHAW LLP

Tribune Company

| Disbursements | Value |
|---|---|
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 5.63 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 2.82 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 5.63 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES TIER 6 | 0.01 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES TIER 6 | 2.06 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES TIER 6 | 54.08 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES TIER 9 | 65.71 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES TIER 9 | 0.01 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES TIER 9 | 183.20 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI SHEPARD'S SERVICE COMPUTER CONECTN TIME | 0.09 |
| Inv#: 1105001865 User: CHYLINSKI, JEREMI SHEPARD'S SERVICE LEGAL CITATION SERVICES | 1.64 |
| Local Messenger - DELUXE DELIVERY SYSTEM, INC. | 7.95 |
| Local Messenger - DELUXE DELIVERY SYSTEM, INC. | 10.07 |
| Meals - EDWARD CERASIA II 4/12 glass house tavern lunch meeting with b.e. berlamino | 49.21 |
| Online Research - PACER SERVICE CENTER | 0.48 |
| Online Research - PACER SERVICE CENTER | 0.64 |
| Online Research - PACER SERVICE CENTER | 1.52 |
| Postage | 0.44 |
| Taxi - JEREMI CHYLINSKI taxi- witness deposition 05/03/11 | 9.00 |
| Taxi - JEREMI CHYLINSKI taxi- witness deposition 05/04/11 | 15.00 |

**Total Disbursements**                                                                 1,298.40

# SEYFARTH
**ATTORNEYS** SHAW LLP

Tribune Company

**Total Amount Due**                                                    $23,785.35



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861479
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through May 31, 2011

**Sal Marchiano v. Betty Ellen Berlamino**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/02/11 | A. Ianni | L320 | 0 | Review documents for production in response to WPIX subpoena. | 0.60 | 213.00 |
| 05/05/11 | A. Ianni | L210 | 0 | Revise amended answer (.40); draft cover letter to Judge Sand regarding same (.20); email to A. Jubelirer and B. Berlamino regarding same (.10). | 0.70 | 248.50 |
| 05/06/11 | E. Cerasia II | L210 | 0 | Final revisions to motion in support of leave to file third-party complaint vs. K. Scott. | 0.10 | 73.00 |
| 05/06/11 | A. Ianni | L430 | 0 | Draft notice of motion seeking leave to file third-party complaint (.20); revise memorandum of law regarding same (.20); communications with E. Cerasia regarding same (.10). | 0.50 | 177.50 |
| 05/06/11 | A. Balint | C100 | 0 | Review client materials and organize for upload to Ringtail database. | 0.10 | 23.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/09/11 | E. Cerasia II | L210 | 0 | Email correspondence with B.E. Berlamino regarding third-party complaint vs. K. Scott (.10); revise email to Thompson Wigdor regarding request that they consent to filing of third-party complaint (.10). | 0.20 | 146.00 |
| 05/09/11 | A. Ianni | L430 | 0 | Revise memorandum of law and notice of motion seeking leave to file third-party complaint (.30); telephone conference with E. Cerasia regarding strategy for filing motion seeking leave to file third-party complaint. (.20). | 0.50 | 177.50 |
| 05/10/11 | A. Ianni | L430 | 0 | Telephone conference with L. Pearson regarding Marchiano's consent to motion seeking leave to file third-party complaint (.10); email to A. Jubelirer regarding same (.10). | 0.20 | 71.00 |
| 05/10/11 | R. Schley | L140 | 0 | Update responsive documents with TIFF version to facilitate redacting and bates labeling in preparation for production. | 1.40 | 308.00 |
| 05/11/11 | E. Cerasia II | L210 | 0 | Prepare email to K. Rubinstein regarding filing of motion for leave to file third-party complaint vs. K. Scott (.10); email with case team regarding same (.10). | 0.20 | 146.00 |
| 05/11/11 | A. Ianni | L430 | 0 | E-mail with A. Jubelirer regarding filing of third-party complaint and motion seeking leave to file third-party complaint (.10); communications with E. Cerasia regarding same (.10). | 0.20 | 71.00 |
| 05/11/11 | R. Schley | L140 | 0 | Continue updating responsive documents with TIFF version to facilitate redacting and bates labeling in preparation for production. | 1.60 | 352.00 |
| 05/12/11 | A. Ianni | L430 | 0 | Draft letter to Judge Sand enclosing courtesy copy of motion papers. | 0.20 | 71.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/18/11 | E. Cerasia II | L210 | 0 | Communications with A. Ianni regarding Third-Party Complaint in light of Court granting motion to file same. | 0.20 | 146.00 |
| 05/18/11 | A. Ianni | L320 | 0 | Review documents produced by Dr. Bard. | 0.20 | 71.00 |
| 05/19/11 | E. Cerasia II | L390 | 0 | Review S. Marchano's medical records and discussion with A. Ianni regarding same and Third-Party Complaint filing and service. | 0.20 | 146.00 |
| 05/19/11 | A. Ianni | L210 | 0 | Communications with D. Farrell regarding filing of third-party complaint (0.3); draft summons (0.2). | 0.50 | 177.50 |
| 05/20/11 | A. Ianni | L210 | 0 | Draft letter to K. Rubinstein regarding service of third-party complaint (0.3); draft email to Southern District Clerk of Court enclosing third-party complaint (0.2); | 0.50 | 177.50 |
| 05/20/11 | A. Balint | C100 | 0 | Organize and upload plaintiff's records from Dr. Bard to Ringtail database. | 0.40 | 92.00 |
| 05/26/11 | E. Cerasia II | L210 | 0 | Review Stipulation as to proposed briefing schedule on motion to dismiss Third-Party Complaint, and email with A. Jubelier and B.E. Berlamino regarding same. | 0.10 | 73.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 8.60 | |
| **Total Fees** | | | | | | $2,960.50 |
| **Less Discount** | | | | | | ($296.05) |
| **Total Fees After Discount** | | | | | | $2,664.45 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 1.00 | hours at | $730.00 | per hour |
| A. Ianni | Associate | - | 4.10 | hours at | $355.00 | per hour |
| A. Balint | Paralegal | - | 0.50 | hours at | $230.00 | per hour |
| R. Schley | ITStaff | - | 3.00 | hours at | $220.00 | per hour |



Invoice No. 1861479

Page 4

Tribune Company

| Disbursements | Value |
|---|---|
| Copying | 2.40 |
| Copying | 0.30 |
| Copying | 0.30 |
| Copying | 29.70 |
| Courier/Messenger Inv#: 750971572 Date Sent: 05/21/2011 Sender: Jennifer Berrios Airbill: 982648787463 Haynes & Boone LLP Kenneth J. Rubinstein Esq. 30 Rockefeller Plaza NEW YORK CITY, NY  10112 | 15.18 |
| Local Messenger -  DELUXE DELIVERY SYSTEM, INC. | 10.07 |
| Local Messenger -  VELOCITY EXPRESS | 11.25 |
| Online Research ~  PACER SERVICE CENTER | 0.16 |
| Postage | 1.08 |

| | |
|---|---|
| **Total Disbursements** | 70.44 |
| **Total Amount Due** | $2,734.89 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861480
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through May 31, 2011

### Larry Hoff v. WPIX, et al.

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/09/11 | E. Cerasia II | L210 | 0 | Discussion with A. Ianni regarding strategy for timing of filing and service of third-party complaint vs. K. Scott. | 0.10 | 73.00 |
| 05/09/11 | A. Ianni | L210 | 0 | Draft third-party summons to K. Scott and investigate address for K. Scott (.50); prepare third-party summons and complaint for filing (.30); direct managing clerk regarding filing of third-party complaint (.20); memorandum to D. Wigdor regarding complaint (.20); email with A. Jubelirer and B. Berlamino regarding filing of complaint (.10). | 1.30 | 461.50 |
| 05/10/11 | A. Ianni | L210 | 0 | E-mail to clerk of court regarding filing of third-party complaint against K. Scott. | 0.20 | 71.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/11/11 | E. Cerasia II | L210 | 0 | Prepare email to K. Rubinstein regarding filing of defendants' third-party complaint vs. K. Scott (.10); email with case team regarding same (.10). | 0.20 | 146.00 |
| 05/12/11 | E. Cerasia II | L160 | 0 | Email correspondence with court appointed mediator, and then with A. Jubelirer and B. Berlamino regarding mediation session. | 0.20 | 146.00 |
| 05/12/11 | A. Ianni | L210 | 0 | Telephone conference with L. Pearson regarding mediation. | 0.20 | 71.00 |
| 05/16/11 | E. Cerasia II | L210 | 0 | Review email from K. Rubinstein regarding his acceptance of third-party complaint on behalf of K. Scott and email with A. Ianni regarding same (.10); revise joint representation letter for B. Berlamino. | 0.30 | 219.00 |
| 05/16/11 | A. Ianni | C300 | 0 | Draft letter regarding joint defense to B. Berlamino (.50); communications with D. Farrell regarding proof of service for third-party complaint (.20); prepare summons and complaint for service on attorneys for K. Scott (.30). | 1.00 | 355.00 |
| 05/17/11 | A. Ianni | L210 | 0 | Draft initial disclosures. | 0.60 | 213.00 |
| 05/19/11 | A. Ianni | L310 | 0 | Draft initial disclosures and requests for production. | 3.20 | 1,136.00 |
| 05/20/11 | A. Ianni | L310 | 0 | Draft requests for production. | 1.00 | 355.00 |
| 05/21/11 | A. Ianni | L230 | 0 | Correspondence with L. Pearson regarding mediation. | 0.10 | 35.50 |
| 05/23/11 | E. Cerasia II | L310 | 0 | Revise defendants' Rule 26(a) disclosures. | 0.20 | 146.00 |
| 05/23/11 | A. Ianni | L230 | 0 | E-mail with B. Berlamino and A. Jubelirer regarding mediation (.20); communications with L. Pearson regarding same (.10). | 0.30 | 106.50 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/24/11 | E. Cerasia II | L160 | 0 | Email correspondence with mediator regarding June 15 mediation, and email with A. Jubelirer and case team regarding same and authority for settlement (.20); telephone conference with B. Berlamino regarding mediation (.10); telephone conference with T. Kouridis (Chubb) regarding case status (.10). | 0.40 | 292.00 |
| 05/24/11 | A. Ianni | L230 | 0 | E-mail with A. Jubelirer regarding mediation (.10); email with T. Kouridis (Chubb) regarding Hoff documents (.10); draft budget (.20). | 0.40 | 142.00 |
| 05/26/11 | E. Cerasia II | L210 | 0 | Review stipulation as to proposed briefing schedule on motion to dismiss third-party complaint, and email with A. Jubelirer and B. Berlamino regarding same. | 0.10 | 73.00 |

**Total Hours**                                                                                                   9.80

**Total Fees**                                                                                                    $4,041.50

**Less Discount**                                                                                                 ($404.15)

**Total Fees After Discount**                                                                                     $3,637.35

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 1.50 | hours at | $730.00 | per hour | |
| A. Ianni | Associate | - | 8.30 | hours at | $355.00 | per hour | |

**Disbursements**                                                                                                 **Value**

Copying                                                                                                           1.90

Courier/Messenger Inv#: 750194242 Date Sent: 05/16/2011 Sender: Ianni,           10.93
Allison Airbill: 982648786320 Mr. Kenneth J. Rubinstein Esq. Haynes & Boone
LLP 30 Rockefeller Plaza NEW YORK CITY, NY 10112


**SEYFARTH**
ATTORNEYS
**SHAW** LLP

Invoice No. 1861480

Page 4

Tribune Company

| Disbursements | Value |
|---|---|
| Courier/Messenger Inv#: 750971572 Date Sent: 05/19/2011 Sender: Edward Cerasia II Airbill: 982648787030 Betty Ellen Berlamino 87 Joyce Road TENAFLY, NJ  07670 | 14.10 |
| Inv#: 822882741 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 11.73 |
| Online Research -  PACER SERVICE CENTER | 0.16 |
| Online Research -  PACER SERVICE CENTER | 1.68 |
| Online Research -  PACER SERVICE CENTER | 0.40 |

**Total Disbursements**                                                    40.90

**Total Amount Due**                                                    $3,678.25

# SEYFARTH
ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861467
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY  10017
Attn: David S. Bralow, Esq.

For legal services rendered through May 31, 2011

## East Coast Properties

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/01/11 | C. Olson | C300 | 0 | Review/revise single copy contract. | 1.50 | 1,035.00 |
| 05/04/11 | T. Haley | L120 | 0 | Address issues regarding single copy independent contractor training. | 0.50 | 335.00 |
| 05/05/11 | K. Hartman | L120 | 0 | Conference with T. Haley and prepare materials for single copy contract training. | 0.50 | 170.00 |
| 05/05/11 | T. Haley | | | Review training materials, for single copy revisions. | 0.40 | 268.00 |
| 05/09/11 | K. Hartman | L120 | 0 | Review/revise draft single copy agreement, training materials, and draft arbitration agreement. | 1.50 | 510.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1861467

Page 2

Tribune Company/Olson

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/09/11 | T. Haley | | | Review PowerPoint materials for independent contractor issues (.60); review and analyze drafts and comments with respect to single copy agreement (.90); telephone conference with D. Bralowe and C. Beebe regarding single company agreement and training (.20); telephone conference with S. Florida and Orlando circulation executives, D. Bralow and C. Beebe regarding single copy agreement issues (3.0). | 4.70 | 3,149.00 |
| 05/10/11 | T. Haley | | | Telephone conference with D. Barlow regarding single copy contract and training (.20); telephone conference with Orlando and South Florida Circulation execution regarding single copy circulation issues (2.80). | 3.00 | 2,010.00 |
| 05/11/11 | T. Haley | | | Revise single copy agreement. | 1.80 | 1,206.00 |
| 05/12/11 | T. Haley | | | Draft revisions to single copy agreement (7.0); telephone conference with T. Thomas regarding same (.60); correspondence with T. Thomas and D. Bralow regarding same (.70). | 8.30 | 5,561.00 |
| 05/13/11 | T. Haley | | | Address issues regarding revisions to single company agreement (.20); review correspondence regarding same (.20). | 0.40 | 268.00 |
| 05/16/11 | T. Haley | | | Review proposed changes to single copy agreement and revision same (2.50); prepare for meeting with single copy executives in Orlando, Florida (1.70). | 4.20 | 2,814.00 |
| 05/17/11 | T. Haley | | | Meeting in Orlando, Florida with single executives and D. Barlow regarding single copy agreement. | 9.80 | 6,566.00 |
| 05/23/11 | T. Haley | | | Revise single copy agreement (4.60); correspondence with T. Thomas regarding same (.50); analyze issues regarding arbitration agreement (1.50). | 6.60 | 4,422.00 |



Tribune Company/Olson

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/24/11 | T. Haley | | | Revise single copy agreement (7.30); correspondence with T. Thomas, G. Anton and B. Amberg regarding same (.50). | 7.60 | 5,092.00 |
| 05/25/11 | T. Haley | | | Draft handheld lease agreement (1.90); warehouse licensing agreement (1.90); review Orlando returns procedures (.40). | 4.20 | 2,814.00 |
| 05/26/11 | T. Haley | | | Review agreements in preparation for conference with Orlando and Sun Sentinel circulation executives regarding single copy contract and related agreements. | 2.00 | 1,340.00 |
| 05/27/11 | T. Haley | | | Draft revisions to single copy agreement. | 3.00 | 2,010.00 |

| | | |
|---|---|---|
| **Total Hours** | 60.00 | |
| **Total Fees** | | $39,570.00 |
| **Less Discount** | | ($3,957.00) |
| **Total Fees After Discount** | | $35,613.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 1.50 | hours at | $690.00 | per hour |
| K. Hartman | Associate | - | 2.00 | hours at | $340.00 | per hour |
| T. Haley | Sr Partner I | - | 56.50 | hours at | $670.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Meals - CAMILLE A. OLSON breakfast - prep for & attending circulation meeting 02/09/11 | 7.36 |
| Meals - CAMILLE A. OLSON dinner presentation to managers 02/10/11 | 34.83 |



Tribune Company/Olson

| Disbursements | Value |
|---|---|
| Meals - CAMILLE A. OLSON meal on flight - prep for & attending circulation meeting 02/10/11 | 14.00 |
| Other - CAMILLE A. OLSON bag fee - presentation to managers 02/10/11 | 34.00 |
| Taxi - CAMILLE A. OLSON parking presentation to managers 02/10/11 | 65.00 |
| Travel - CAMILLE A. OLSON bag fee - prep for & attending circulation meeting 02/08/11 | 25.00 |
| Travel - CAMILLE A. OLSON bag fee 03/23/11mgmt contracting training 03/23/11 | 25.00 |
| Travel - CAMILLE A. OLSON hilton hotel - prep for & attending circulation meeting 02/08-02/10/11 | 369.63 |

**Total Disbursements**                                         <u>574.82</u>

**Total Amount Due**                                         <u>$36,187.82</u>

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861468
0276 15827 / 15827-000019
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

For legal services rendered through May 31, 2011

### Jeff Apodaca v. KTLA5, Tribune Company, Case No. BC448838

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/24/11 | L. Shelby | L120 | 0 | Correspondence with D. Sable regarding case strategy (.30); review letter to plaintiff's counsel regarding discovery responses (.10). | 0.40 | 230.00 |
| 05/24/11 | D. Sable | L190 | 0 | Prepare letter to D. Blumberg regarding plaintiff's failure to timely respond to discovery requests and related consequences (.80); review and analyze correspondence regarding discovery extensions and response dates (.20); e-mail correspondence with L. Shelby regarding correspondence to D. Blumberg and deposition scheduling and location (.30). | 1.30 | 442.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 1.70 | |
| **Total Fees** | | | | | | **$672.00** |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

KTLA-TV

| | | |
|---|---|---|
| **Less Discount** | | ($67.20) |
| **Total Fees After Discount** | | $604.80 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. Shelby | Partner | - | 0.40 | hours at | $575.00 | per hour |
| D. Sable | Associate | - | 1.30 | hours at | $340.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 0.20 |
| Facsimile | 2.00 |
| **Total Disbursements** | 2.20 |
| **Total Amount Due** | $607.00 |

# SEYFARTH
**ATTORNEYS**    # SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861474
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through May 31, 2011

### Clement, Jayne v. Los Angeles Times, et al. 0000001656

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/02/11 | M. Sank | L250 | 0 | Prepare opposition to plaintiff's motion for relief from automatic stay. | 0.10 | 39.00 |
| 05/02/11 | T. Hix | L120 | 0 | Email exchange with client and bankruptcy counsel regarding motion to lift stay and case strategy (.50; review/analyze prior briefing (.30). | 0.80 | 400.00 |
| 05/04/11 | M. Sank | L120 | 0 | Participate in strategy telephone conference with J. Jubelirer, J. Ludwig, and T. Hix. | 0.50 | 195.00 |
| 05/04/11 | T. Hix | L120 | 0 | Prepare for/conduct telephone conference with client and bankruptcy counsel regarding motion to lift stay. | 1.10 | 550.00 |
| 05/11/11 | J. Van Hook | L250 | 0 | Research regarding opposition to motion to lift bankruptcy stay. | 0.60 | 285.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/12/11 | J. Van Hook | L250 | 0 | Prepare opposition to plaintiff's motion to lift stay. | 2.20 | 1,045.00 |
| 05/13/11 | J. Van Hook | L250 | 0 | Prepare opposition to motion to lift bankruptcy stay. | 1.70 | 807.50 |
| 05/16/11 | J. Van Hook | L250 | 0 | Prepare opposition to plaintiff's motion for relief from bankruptcy stay. | 2.60 | 1,235.00 |
| 05/16/11 | T. Hix | L250 | 0 | Review and revise draft of opposition to motion to lift stay (1.10); email to client regarding same (.10). | 1.20 | 600.00 |
| 05/17/11 | T. Hix | L250 | 0 | Email exchange with client regarding revisions (.10); finalize opposition to motion to lift stay (.60). | 0.70 | 350.00 |
| 05/30/11 | M. Sank | L450 | 0 | Prepare for hearing on plaintiff's motion for relief from automatic stay. | 2.60 | 1,014.00 |
| 05/31/11 | M. Sank | L450 | 0 | Prepare memorandum to file regarding hearing on plaintiff's motion for relief from automatic stay. | 0.30 | 117.00 |
| 05/31/11 | M. Sank | L450 | 0 | Attend hearing on plaintiff's motion for relief from automatic stay (1.00); prepare for hearing on plaintiff's motion for relief from automatic stay (2.90). | 3.90 | 1,521.00 |
| 05/31/11 | T. Hix | L120 | 0 | Review/analyze dismissal issue and application on statute of limitations (.70); email exchange with client regarding same (.30). | 1.00 | 500.00 |

| | | |
|---|---|---|
| **Total Hours** | 19.30 | |
| **Total Fees** | | $8,658.50 |
| **Less Discount** | | ($865.85) |
| **Total Fees After Discount** | | $7,792.65 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Van Hook | Associate | - | 7.10 | hours at | $475.00 | per hour |
| M. Sank | Associate | - | 7.40 | hours at | $390.00 | per hour |

# SEYFARTH
**ATTORNEYS** SHAW LLP

Los Angeles Times (Sherman)

T. Hix                      Partner           -        4.80        hours at        $500.00        per hour

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 05/17/11 | Copying | 9.60 |
| | **Online Research** | |
| 05/16/11 | Inv#: 822882741 Office: LOS ANGELES User: VAN HOOK, JOHN A COMMUNICATIONS | 0.57 |
| 05/16/11 | Inv#: 822882741 Office: LOS ANGELES User: VAN HOOK, JOHN A HOURLY CONNECT | 1.84 |
| 05/16/11 | Inv#: 822882741 Office: LOS ANGELES User: VAN HOOK, JOHN A STANDARD | 11.75 |
| 05/16/11 | Inv#: 822882741 Office: LOS ANGELES User: VAN HOOK, JOHN A ALLFILES | 29.02 |
| 05/30/11 | Inv#: 822882741 Office: LOS ANGELES User: SANK, MAX S TRANSACTIONAL ONLINE FINDS | 23.12 |
| 05/30/11 | Inv#: 822882741 Office: LOS ANGELES User: SANK, MAX S WESTLAW DOCUMENTS | 27.75 |

**Total Disbursements**                                                                103.65

**Total Amount Due**                                                            $7,896.30



**SEYFARTH**
**ATTORNEYS**
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861471
0276 33175 / 33175-000024
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through May 31, 2011

**John Gallant v. Tribune Company, Los Angeles Times Communications, LLC; Case No. BC400055 0000001871**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/18/11 | L. O'Hara | L120 | 0 | Direction to J. Anthony regarding issues regarding discovery responses. | 0.20 | 115.00 |
| 05/31/11 | R. Herrera | L230 | 0 | Attend order to show cause hearing. | 1.00 | 340.00 |

| | | |
|---|---|---|
| **Total Hours** | | 1.20 |
| **Total Fees** | | $455.00 |
| **Less Discount** | | ($45.50) |
| **Total Fees After Discount** | | $409.50 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 0.20 | hours at | $575.00 | per hour |
| R. Herrera | Associate | - | 1.00 | hours at | $340.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Invoice No. 1861471

Page 2

Los Angeles Times (Sherman)

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $409.50 |

# SEYFARTH
**ATTORNEYS**  ## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1870206
0276 33175 / 33175-000025
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through May 31, 2011

## Jose Luis Velazquez v. California Community News Corporation; Case No. KC060599

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/02/11 | J. Anthony | C100 | 0 | Email w/ J. Snyder regarding receipt of depositions from workers' compensation matter. | 0.10 | 41.00 |
| 05/06/11 | J. Anthony | IMMP P1 | 0 | Email w/ A. Foran regarding Plaintiff's discovery responses. | 0.10 | 41.00 |
| 05/06/11 | J. Anthony | L310 | 0 | Review/analyze Plaintiff's responses to Defendant's Requests for Production of Documents, Set One, Form Interrogatories--General, Set One, Form Interrogatories--Employment Law, Set One, and Special Interrogatories, Set One. | 0.50 | 205.00 |
| 05/08/11 | L. O'Hara | L310 | 0 | Review/revise responses to form interrogatories, special interrogatories and document demands. | 3.40 | 1,955.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH SHAW LLP
**ATTORNEYS**

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/09/11 | L. O'Hara | L120 | 0 | Meet with J. Anthony regarding responses to discovery requests and analysis regarding additional information needed (1.2); and communicate with client regarding same (.3). | 1.50 | 862.50 |
| 05/09/11 | J. Anthony | L120 | 0 | Telephone conference with L. O'Hara regarding status and strategy. | 0.10 | 41.00 |
| 05/09/11 | J. Anthony | L120 | 0 | Conference with L. O'Hara regarding status and strategy (.40); responses to Plaintiff's discovery (1.50). | 1.90 | 779.00 |
| 05/10/11 | J. Anthony | L120 | 0 | Conduct planning and case strategy to ensure compliance with all case handling plans and statutory, court and internal deadlines. | 0.40 | 164.00 |
| 05/11/11 | L. O'Hara | L120 | 0 | Communicate with client regarding setting up deposition preparation meetings. | 0.30 | 172.50 |
| 05/11/11 | J. Anthony | L310 | 0 | Prepare responses to Plaintiff's Special Interrogatories, Set One. | 0.60 | 246.00 |
| 05/11/11 | J. Anthony | L310 | 0 | Prepare Responses to Plaintiff's Request for Production of Documents, Set One. | 0.60 | 246.00 |
| 05/11/11 | J. Anthony | L310 | 0 | Prepare responses to Plaintiff's Form Interrogatories--Employment Law, Set One. | 0.60 | 246.00 |
| 05/12/11 | L. O'Hara | L120 | 0 | Communicate with J. Anthony regarding issues raised in workers' compensation deposition. | 0.50 | 287.50 |
| 05/12/11 | J. Anthony | L120 | 0 | Prepare analysis memorandum email to L. O'Hara regarding Plaintiff's prior depositions in Workers' Compensation case. | 0.60 | 246.00 |
| 05/12/11 | J. Anthony | L120 | 0 | Review/analyze three deposition transcripts taken of Plaintiff in Workers' Compensation case. | 4.60 | 1,886.00 |
| 05/12/11 | J. Anthony | L430 | 0 | Prepare admissions and denials to Federal Court Answer. | 1.80 | 738.00 |

# SEYFARTH SHAW LLP
**ATTORNEYS**

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/12/11 | J. Anthony | L430 | 0 | Prepare for Case Management Conference by preparing court-ordered Case Management Statement. | 0.10 | 41.00 |
| 05/13/11 | L. O'Hara | L120 | 0 | Communicate with L. Bugarin regarding documents needed for discovery responses (.1); direction to J. Anthony regarding finalization of draft discovery responses (.3); communicate with A. Foran regarding plaintiff's workers' compensation deposition (.4). | 0.80 | 460.00 |
| 05/13/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding status and strategy. | 0.10 | 41.00 |
| 05/13/11 | J. Anthony | L310 | 0 | Prepare responses to Plaintiff's Special Interrogatories, Set One after obtaining further information. | 0.80 | 328.00 |
| 05/13/11 | J. Anthony | L310 | 0 | Prepare responses to Plaintiff's Requests for Production of documents after obtaining further information. | 0.80 | 328.00 |
| 05/13/11 | J. Anthony | L310 | 0 | Prepare responses to Plaintiff's Form Interrogatories--Employment Law, Set One after obtaining further information. | 0.80 | 328.00 |
| 05/16/11 | L. O'Hara | L120 | 0 | Direction to J. Anthony regarding discovery responses. | 0.30 | 172.50 |
| 05/16/11 | J. Anthony | L120 | 0 | Conduct case analysis to ensure compliance with all deadlines, statutory and internal strategic. | 0.10 | 41.00 |
| 05/16/11 | J. Anthony | L120 | 0 | Telephone conference with L. O'Hara regarding status and strategy. | 0.10 | 41.00 |
| 05/16/11 | J. Anthony | L310 | 0 | Prepare responses to Plaintiff's Form Interrogatories--Employment Law, Set One. | 0.40 | 164.00 |
| 05/16/11 | J. Anthony | L310 | 0 | Email with A. Foran regarding written discovery responses. | 0.10 | 41.00 |
| 05/17/11 | L. O'Hara | L120 | 0 | Review draft meet and confer letter to opposing counsel regarding discovery responses (.3); direction to J. Anthony regarding same (.1). | 0.40 | 230.00 |



Invoice No. 1870206

Page 4

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/17/11 | J. Anthony | L120 | 0 | Telephone conference with L. O'Hara regarding plaintiff's deficient discovery responses. | 0.10 | 41.00 |
| 05/17/11 | J. Anthony | L310 | 0 | Review Plaintiff's responses to Requests for Production of Documents, Set One to ensure compliant responses in advance of possible motion to compel. | 1.00 | 410.00 |
| 05/17/11 | J. Anthony | L310 | 0 | Review Plaintiff's responses to Form Interrogatories--General, Set One to ensure compliant responses in advance of possible motion to compel. | 0.40 | 164.00 |
| 05/17/11 | J. Anthony | L310 | 0 | Review Plaintiff's responses to Form Interrogatories--Employment Law, Set One to ensure compliant responses in advance of possible motion to compel. | 0.40 | 164.00 |
| 05/17/11 | J. Anthony | L310 | 0 | Prepare meet-and-confer letter to opposing counsel regarding deficiencies in Plaintiff's responses. | 1.00 | 410.00 |
| 05/17/11 | J. Anthony | L310 | 0 | Review Plaintiff's responses to Special Interrogatories, Set One to ensure compliant responses in advance of possible motion to compel. | 0.30 | 123.00 |
| 05/18/11 | J. Anthony | L120 | 0 | Telephone conference with L. O'Hara regarding status and strategy and discovery responses. | 0.10 | 41.00 |
| 05/18/11 | J. Anthony | L310 | 0 | Prepare meet-and-confer letter regarding deficiencies with Plaintiff's discovery responses. | 1.80 | 738.00 |
| 05/19/11 | L. O'Hara | L120 | 0 | Communicate with J. Anthony regarding finalizing discovery responses. | 0.20 | 115.00 |
| 05/19/11 | J. Anthony | L310 | 0 | Final preparation of responses to Plaintiff's Form Interrogatories-- Employment Law, Set One. | 0.50 | 205.00 |
| 05/19/11 | J. Anthony | L310 | 0 | Email with A. Foran regarding discovery responses. | 0.10 | 41.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 05/19/11 | J. Anthony | L310 | 0 | Final preparation of responses to Plaintiff's Special Interrogatories, Set One. | 0.40 | 164.00 |
| 05/19/11 | J. Anthony | L310 | 0 | Leave voicemail for A. Foran regarding discovery responses. | 0.10 | 41.00 |
| 05/19/11 | J. Anthony | L310 | 0 | Final preparation of responses to Plaintiff's Requests for Production of Documents, Set One. | 0.40 | 164.00 |
| 05/19/11 | J. Anthony | L310 | 0 | Oversee service of discovery responses. | 0.60 | 246.00 |
| 05/19/11 | J. Anthony | L320 | 0 | Review and analyze documents for production. | 3.60 | 1,476.00 |
| 05/20/11 | J. Anthony | L310 | 0 | Telephone conference with opposing counsel regarding Plaintiff's deficient discovery responses. | 0.20 | 82.00 |
| 05/20/11 | J. Anthony | L310 | 0 | Prepare confirming email regarding telephone conference with opposing counsel regarding deficient discovery responses | 0.30 | 123.00 |
| 05/25/11 | L. O'Hara | L210 | 0 | Direction to J. Anthony regarding deposition preparation issues. | 0.30 | 172.50 |
| 05/25/11 | J. Anthony | L120 | 0 | Prepare documents and outlines for deponent preparation. | 0.30 | 123.00 |
| 05/25/11 | J. Anthony | L120 | 0 | Telephone conference with L. O'Hara regarding status and strategy. | 0.20 | 82.00 |
| 05/28/11 | J. Anthony | L120 | 0 | Coordinate proper case calendaring. | 0.10 | 41.00 |

**Total Hours** 34.80

**Total Fees** $15,538.50

**Less Discount** ($1,553.85)

**Total Fees After Discount** $13,984.65

**Timekeeper Summary**

L. O'Hara          Partner          –    7.70    hours at    $575.00    per hour



Los Angeles Times (Sherman)

J. Anthony          Associate          -     27.10     hours at     $410.00     per hour

| **Disbursements** | **Value** |
|---|---|
| Copying | 91.80 |
| Facsimile | 4.00 |
| Long Distance Telephone | 1.05 |
| **Total Disbursements** | 96.85 |
| **Total Amount Due** | $14,081.50 |

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2011

Invoice No. 1861470
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through May 31, 2011

## Country Club Matter 0000001901

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/06/11 | S. Carlson | L120 | 0 | Preparation for conference call with client (.20); conference call with client regarding mainframe preservation issues (.60); follow up communications with C. Olson and client regarding same (.20). | 1.00 | 570.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.00 | |
| **Total Fees** | | $570.00 |
| **Less Discount** | | ($57.00) |
| **Total Fees After Discount** | | $513.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
ATTORNEYS  **SHAW** LLP

Los Angeles Times

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| S. Carlson | Partner | – | 1.00 | hours at | $570.00 | per hour |

**Total Disbursements**        0.00

**Total Amount Due**        $513.00