# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES
### FROM MARCH 1, 2011 THROUGH MAY 31, 2011

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Edward Cerasia II | Partner<br>Labor & Employment<br>Admitted 1991 | $730.00 | 165.60 | $120,888.00 |
| Jeremy Sherman | Partner<br>Labor & Employment<br>Admitted 1976 | $695.00 | 7.20 | $5,003.50 |
| Camille Olson | Partner<br>Labor & Employment<br>Admitted 1983 | $690.00 | 42.40 | $29,256.00 |
| Timothy Haley | Partner<br>Labor & Employment<br>Admitted 1978 | $670.00 | 56.50 | $37,855.00 |
| Jeffrey Ross | Partner<br>Labor & Employment<br>Admitted 1976 | $660.00 | .70 | $462.00 |
| Condon McGlothen | Partner<br>Labor & Employment<br>Admitted 1987 | $590.00 | 1.70 | $1,003.00 |
| Jon Meer | Partner<br>Labor & Employment<br>Admitted 1989 | $590.00 | 3.20 | $1,888.00 |
| Jay Giltes | Partner<br>Real Estate<br>Admitted 1987 | $590.00 | 8.90 | $5,251.00 |
| Kristin Michaels | Partner<br>Labor & Employment<br>Admitted 1991 | $570.00 | 6.00 | $3,480.00 |
| Laura Shelby | Partner<br>Labor & Employment<br>Admitted 1996 | $575.00 | 1.80 | $1,035.00 |
| Lorraine O'Hara | Partner<br>Labor & Employment<br>Admitted 188 | $575.00 | 32.80 | $18,860.00 |
| Gerald Pauling II | Partner<br>Labor & Employment<br>Admitted 1992 | $570.00 | 3.50 | $1,995.00 |
| Scott Carlson | Partner<br>Litigation<br>Admitted 1995 | $570.00 | 1.00 | $570.00 |

13569730v.1

| Joan Casciari | Partner<br>Labor & Employment<br>Admitted 1979 | $565.00 | .50 | $282.50 |
|---|---|---|---|---|
| Colleen Regan | Partner<br>Labor & Employment<br>Admitted 1985 | $545.00 | 2.20 | $1,199.00 |
| Gaye Hertan | Senior Counsel<br>Labor & Employment<br>Admitted 1987 | $520.00 | 2.70 | $1,404.00 |
| Jason DeJonker | Partner<br>Bankruptcy<br>Admitted 2000 | $520.00 | .60 | $312.00 |
| Alexander Passantino | Of Counsel<br>Labor & Employment<br>Admitted 1996 | $520.00 | .20 | $104.00 |
| Timothy Hix | Partner<br>Labor & Employment<br>Admitted 2003 | $500.00 | 6.50 | $3,250.00 |
| Jason Lichter | Associate<br>Labor & Employment<br>Admitted 2004 | $480.00 | 16.80 | $8,064.00 |
| James Van Hook | Associate<br>Labor & Employment<br>Admitted 1999 | $475.00 | 7.10 | $3,372.50 |
| Anjanette Cabrera | Associate<br>Labor & Employment<br>Admitted 2000 | $440.00 | 66.00 | $29,040.00 |
| John Anthony | Associate<br>Labor & Employment<br>Admitted 2005 | $410.00 | 47.40 | $19,434.00 |
| Natascha Riesco | Associate<br>Labor & Employment<br>Admitted 2007 | $400.00 | 125.60 | $50,240.00 |
| Max Sank | Associate<br>Labor & Employment<br>Admitted 2000 | $390.00 | 8.40 | $3,276.00 |
| Jeremi Chylinksi | Associate<br>Labor & Employment<br>Admitted 2001 | $365.00 | 129.60 | $47,304.00 |
| Allison Ianni | Associate<br>Labor & Employment<br>Admitted 2008 | $355.00 | 130.20 | $46,221.00 |
| Aaron Warshaw | Associate<br>Labor & Employment<br>Admitted 2008 | $355.00 | 49.20 | $17,466.00 |

13569730v.1

| Daniel Sable | Associate Litigation Admitted 2006 | $340.00 | 22.90 | $7,786.00 |
|---|---|---|---|---|
| Kyle Hartman | Associate Labor & Employment Admitted 2006 | $340.00 | 4.00 | $1,360.00 |
| Rocio Herrera | Associate Labor & Employment Admitted 2004 | $340.00 | 1.00 | $340.00 |
| Kyona Watts | Staff Attorney Labor & Employment Admitted 2002 | $295.00 | 36.80 | $10,856.00 |
| Julia Brodsky | Associate Labor & Employment Admitted 2009 | $285.00 | .40 | $114.00 |
| Israel Rose | Law Clerk Administration N/A | $280.00 | 91.20 | $25,536.00 |
| Jennifer McManus | Paralegal Bankruptcy N/A | $275.00 | 19.80 | $5,445.00 |
| Julie O'Keefe | Paralegal Litigation N/A | $240.00 | 3.50 | $822.50 |
| Alayna Balint | Paralegal Labor & Employment N/A | $230.00 | 50.80 | $11,684.00 |
| Stacey Allen | IT Staff N/A | $220.00 | 2.50 | $550.00 |
| Rebecca Schley | IT Staff N/A | $220.00 | 30.50 | $6,710.00 |
| William Wanjohi | IT Staff N/A | $220.00 | 1.00 | $220.00 |
| Marc Piovanetti | Docket Staff N/A | $200.00 | .40 | $80.00 |
| Jacqueline Norton | Librarian N/A | $170.00 | .70 | $119.00 |
| Diane Veltman | Librarian N/A | $135.00 | .30 | $40.50 |
| Lowell Sapiagao | IT Staff N/A | $130.00 | 3.80 | $494.00 |
| Clare Hoyt | Librarian N/A | $125.00 | .50 | $62.50 |

3

| | | | | |
|---|---|---|---|---|
| Alice Shepro | Case Assistant Bankruptcy N/A | $100.00 | 19.80 | $1,980.00 |
| Edward Young | Law Clerk N/A | $85.00 | 18.00 | $1,530.00 |
| Michael Afar | Law Clerk N/A | $80.00 | .30 | $24.00 |
| **TOTALS** | | | 1,232.50 | $534,269.00 |
| **Less discount** | | | | $53,426.90 |
| | | | | $480,842.10 |
| **BLENDED RATE** | | $433.48 | | |

**COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
FROM MARCH 1, 2011 THROUGH MAY 31, 2011**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Baltimore Sun - Labor-General (12575-01) | 3.30 | $2,293.50 |
| Baltimore Sun – Guild Labor (12575-28) | 2.60 | $1,807.00 |
| Baltimore Sun - Photographer (s) (12575-301) | 6.80 | $3,583.00 |
| Chicago Tribune - General (57634-01) | .50 | $282.50 |
| Chicago Tribune - JoAnn Parker v. (57634-06) | 96.50 | $38,791.00 |
| Tribune - Labor General (11089-01) | 5.10 | $2,869.00 |
| Tribune - Debra Holmes (11089-4) | 33.20 | $13,756.00 |
| Tribune - Bankruptcy Fee Application (36377-07) | 44.40 | $9,151.00 |
| Tribune - Allen v. am New York (68308-02) | 115.00 | $52,463.00 |
| Tribune - Karen Scott  v. WPIX (68308-03) | 445.10 | $188,061.00 |
| Tribune - Sal Marchiano v. Betty Ellen (68308-07) | 185.00 | $71,094.50 |
| Tribune Company - Larry Hoff v. WPIX (68308-09) | 27.90 | $12,380.50 |
| Tribune Company - Vanessa v. WPIX (68308-10) | 2.10 | $1,233.00 |
| Tribune - General (36078-01) | .30 | $207.00 |
| Tribune - East Coast Properties (36078-11) | 129.70 | $75,149.00 |
| Tribune - Chris Neuman v. Ira Goldstone; KTLA, Inc. (66929-2) | 3.50 | $1,912.00 |
| Tribune - Jeff Apodaca v. KTLA5 (15827-19) | 24.70 | $8,821.00 |
| Los Angeles Times - Clement, Jayne (33175-20) | 22.00 | $9,898.50 |
| Los Angeles Times - John Gallant (33175-24) | 1.20 | $455.00 |
| Los Angeles Times - Jose Luis Velazquez (33175-25) | 82.60 | $39,492.00 |
| Los Angeles Times - Country Club (17832-34) | 1.00 | $570.00 |
| **TOTALS** | **1,232.50** | **$534,269.50** |
| **Less Discount** | | **($53,426.90** |
| | | **$480,842.10** |

13569730v.1

# EXHIBIT B

# EXPENSE SUMMARY

**EXPENSE SUMMARY FOR THE PERIOD**
**MARCH 1, 2011 THROUGH MAY 31, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $72.42 |
| Copying @ .10/page | | $1,648.80 |
| Facsimile @ $1.00/page | | $75.00 |
| Online Research | | $3,116.44 |
| Courier/Messenger | | $417.51 |
| Local Messenger | | $39.34 |
| Travel | | $1,848.83 |
| Local Travel | | $1,245.43 |
| Taxi | | $172.00 |
| Meals | | $675.04 |
| Parking | | $303.00 |
| Filing Fees | | $1,193.95 |
| Deposition Transcripts | | $2,927.27 |
| Attorney Services | | $89.20 |
| Electronic Data Processing | | $3,579.40 |
| Arbitrators/Mediators | | $3,750.00 |
| Other | | $196.37 |
| **TOTALS** | | **$21,350.00** |

13569730v.1