IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Anthony C. Dellose being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 14th day of July, 2011, he caused a copy of the following:

**CERTIFICATION OF COUNSEL REGARDING ORDER CONCERNING
ADMISSIBILITY OF CERTAIN TRIAL EXHIBITS FOR CANVASSING
PURPOSES AND PRECLUDING USE OF FINDINGS OF FACT AND
CONCLUSIONS OF LAW IN OTHER MATTERS**

to be served upon the parties identified on the attached list via electronic mail.

_____
Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 14th day of July, 2011.

_____
Notary Public

{698.001-W0015588.}

TRIBUNE COMPANY, et al.
08-13141 (KJC)

PLAN SERVICE LIST
VIA ELECTRONIC MAIL

Plan Benefits Security Division
Elizabeth Goldberg, Esq.
Leonard H. Gerson, Esq.
Christine Heri, Esq.                    Goldberg.elizabeth@dol.gov
Michael Schloss, Esq.                   Gerson.leonard@dol.gov
**United States Department of Labor**   Heri.christine@dol.gov
P.O. Box 1914                           Schloss.michael@dol.gov
Washington, D.C. 20013


Robert Stark, Esq.
Jared A. Ellias, Esq.
Gordon Z. Novod, Esq.                   rstark@brownrudnick.com
Kate Bromberg, Esq.                     jellias@brownrudnick.com
Martin Siegel, Esq.                     gnovod@brownrudnick.com
**Brown Rudnick**                       kbromberg@brownrudnick.com
Seven Times Square                      msiegel@brownrudnick.com
New York, NY 10036


Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.                gbush@zuckerman.com
**Zuckerman Spaeder LLP**               jsottile@zuckerman.com
1800 M Street, NW, Suite 1000           agoldfarb@zuckerman.com
Washington, D.C. 20036


{698.001-W0014805.}

Andrew W. Hammond, Esq.
Brian E. Fritz, Esq.
David Hille, Esq.
**White & Case LLP**
1155 Avenue of the Americas
New York, NY 10036

ahammond@whitecase.com
bfritz@whitecase.com
dhille@whitecase.com


Andrew N. Goldman, Esq.
Charles C. Platt, Esq.
Dawn M. Wilson, Esq.
**Wilmer Hale, Esq.**
399 Park Avenue
New York, NY 10022

Andrew.goldman@wilmerhale.com
Charles.platt@wilmerhale.com
Dawn.wilson@wilmerhale.com


Abid Qureshi, Esq.
Daniel H. Golden, Esq.
Deborah Newman, Esq.
David Zensky, Esq.
Phillip Dublin, Esq.
Jason Goldsmith, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

aqureshi@akingump.com
dgolden@akingump.com
djnewman@akingump.com
dzensky@akingump.com
jgoldsmith@akingump.com
pdublin@akingump.com


Mitchell Hurley, Esq.
Nancy Chung, Esq.
Sunny Gulati, Esq.
Christine Doniak, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

mhurley@akingump.com
nchung@akingump.com
sgulati@akingump.com
cdoniak@akingump.com

| | |
|---|---|
| Bryan Krakauer, Esq.<br>Colleen M. Kenney, Esq.<br>James F. Conlan, Esq.<br>James W. Ducayet, Esq.<br>Jen Peltz, Esq.<br>Dale E. Thomas, Esq.<br>Patrick Wackerly, Esq.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL 60603 | Bkrakauer@sidley.com<br>Ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com<br>jpeltz@sidley.com<br>dthomas@sidley.com<br>pwackerly@sidley.com |
| Daniel L. Cantor, Esq.<br>Daniel Shamah, Esq.<br>**O'Melveny & Myers LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | dcantor@omm.com<br>dshamah@omm.com |
| Howard J. Kaplan, Esq.<br>Johnny Yeh, Esq.<br>**Arkin Kaplan Rice LLP**<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022 | hkaplan@arkin-law.com<br>jyeh@arkin-law.com |
| Katharine L. Mayer, Esq.<br>**McCarter & English, LLP**<br>Renaissance Centre<br>405 N. Market Street, 8th Floor<br>Wilmington, DE 19801 | kmayer@mccarter.com |

{698.001-W0014805.}

| | |
|---|---|
| Kevin T. Lantry, Esq.<br>**Sidley Austin LLP**<br>555 West Fifth Street<br>Los Angeles, CA 90013 | klantry@sidley.com |
| Laurie Silverstein, Esq.<br>R. Stephen McNeill, Esq.<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801 | lsilverstein@potteranderson.com<br>rmcneill@potteranderson.com |
| David Rosner, Esq.<br>Sheron Korpus, Esq.<br>Christine A. Montenegro<br>Matthew B. Stein, Esq.<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019 | drosner@kasowitz.com<br>skorpus@kasowitz.com<br>cmontenegro@kasowitz.com<br>mstein@kasowitz.com |
| James O. Johnston, Esq.<br>Joshua Mester, Esq.<br>**Dewey LeBoeuf LLP**<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90071 | jjohnston@deweyleboeuf.com<br>jmester@deweyleboeuf.com |

Alitia Faccone, Esq.
Joseph T. Boccassini, Esq.
**McCarter & English**
100 Mulberry Street
Newark, NJ 07102

afaccone@mccarter.com
jboccassini@mccarter.com

Andrew Gordon, Esq.
David W. Brown, Esq.
Elizabeth McColm, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

agordon@paulweiss.com
dbrown@paulweiss.com
emccolm@paulweiss.com

Andrew J. Puglia Levy, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison**
2001 K Street, NW
Washington, DC 20006

alevy@paulweiss.com

Brad B. Erens, Esq.
David A. Hall, Esq.
**Jones Day**
77 West Wacker
Chicago, IL 60601

bberens@jonesday.com
dhall@jonesday.com

{698.001-W0014805.}

Steven M. Bierman, Esq
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY 10019

sbierman@sidley.com

David Adler, Esq.
**McCarter & English**
245 Park Avenue, 27th Floor
New York, NY 10167

dadler@mccarter.com

Evan D. Flaschen, Esq.
**Bracewell & Giuliani LLP**
25 Asylum Street, Suite 2600
Hartford, CT 06103

Evan.flaschen@bgllp.com

Joseph M. Drayton, Esq.
Jonathan Agudelo, Esq.
Jane Parver, Esq.
Madlyn Primoff, Esq.
**Kaye Scholer LLP**
425 Park Avenue
New York, NY 10022

jdrayton@kayescholer.com
jonathan.agudelo@kayescholer.com
jparver@kayescholer.com
mprimoff@kayescholer.com

{698.001-W0014805.}

Norman L. Pernick
J. Kate Stickles, Esq.
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

npernick@coleschotz.com
kstickles@coleschotz.com

Lynn DiPaola Marvin, Esq.
**Jones Day**
222 East 41st Street
New York, NY 10017

lmarvin@jonesday.com

John Henry Schanne, II, Esq.
David Stratton, Esq.
**Pepper Hamilton LLP**
1313 Market St.
P.O. Box 1709
Wilmington, DE 19899

schannej@pepperlaw.com
strattond@pepperlaw.com

Damian Schaible, Esq.
Elliott Moskowitz, Esq.
Michael Russano, Esq.
Dennis Glazer, Esq.
Donald Bernstein, Esq.
Karen Luftglass, Esq.
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017

Damian.schaible@dpw.com
Elliott.moskowitz@davispolk.com
Michael.russano@davispolk.com
dglazer@davispolk.com
Donald.bernstein@davispolk.com
Karen.luftglass@davispolk.com

{698.001-W0014805.}

Charles Jackson, Esq.  
Theodore M. Becker, Esq.  
Deborah S. Davidson, Esq.  
**Morgan Lewis & Bockius LLP**  
77 West Wacker Dr.  
Chicago, IL 60601-5094

Charles.jackson@morganlewis.com  
tbecker@morganlewis.com  
ddavidson@morganlewis.com

Menachem Zelmanovitz, Esq.  
**Morgan, Lewis & Bockius LLP**  
101 Park Avenue  
New York, NY 10178

mzelmanovitz@morganlewis.com

David M. Miles, Esq.  
Ronald Flagg, Esq.  
James F. Bendernagel, Jr.  
**Sidley Austin LLP**  
1501 K Street, N.W.  
Washington, DC 20005

dmiles@sidley.com  
rflagg@sidley.com  
jbendern@sidley.com

A. Brent Truitt, Esq.  
**Hennigan Bennett & Dorman LLP**  
245 Park Ave., 39th Floor  
New York, NY

truittb@hbdlawyers.com

{698.001-W0014805.}

Rachel Jaffe Mauceri, Esq.
**Morgan Lewis**
1701 Market Street
Philadelphia, PA 19103

rmauceri@morganlewis.com

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

rwriley@duanemorris.com

Michael Dockertman, Esq.
Jonathan W. Young, Esq.
Patrick Frye, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606

dockterman@wildman.com
young@wildman.com
frye@wildman.com

Jeffrey C. Wisler, Esq.
Marc Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

jwisler@cblh.com
mphillips@cblh.com

{698.001-W0014805.}

| | |
|---|---|
| John McCambridge, Esq.<br>George Dougherty, Esq.<br>Grippo & Elden LLC<br>111 S. Wacker Drive<br>Chicago, IL 60606 | Jmccambridge@grippoelden.com<br>gdougherty@grippoelden.com<br>mkazan@grippoelden.com |
| Kathleen M. Miller, Esq,<br>Smith Katzenstein & Jenkins LLP<br>800 Delaware Avenue<br>Suite 1000<br>Wilmington, DE 19801 | kmiller@skfdelaware.com |
| Richard A. Saldinger, Esq.<br>Kimberly Bacher, Esq.<br>Shaw Gussis Fishman Glantz Wolfson & Toubin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | rsaldinger@shawgussis.com<br>kbacher@shawgussis.com |
| David W. Carickhoff, Jr., Esq.<br>Blank Rome LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801 | carickhoff@blankrome.com |

David Bradford, Esq.
Catherine Steege, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

dbradford@jenner.com
csteege@jenner.com


Bradley J. Butwin, Esq.
Evan M. Jones, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

bbutwin@omm.com
ejones@omm.com


Joel Friedlander, Esq.
Sean Brennecke, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

jfriedlander@bmf-law.com
sbrennecke@bmf-law.com


Jeffrey M. Schlerf, Esq.
Eric M. Sutty, Esq.
Fox Rothschild LLP
919 North Market Street
Suite 1300
Wilmington, DE 19899

jschlerf@foxrothschild.com
esutty@foxrothschild.com
jbird@foxrothschild.com

{698.001-W0014805.}

Thomas E. Lauria, Esq.
Scott Greissman, Esq.
White and Case LLP
1155 Avenue of the Americas
New York, NY 10036

tlauria@whitecase.com
sgreissman@whitecase.com


Adam Hiller, Esq.
Donna L. Harris, Esq.
Pinckney, Harris & Weidinger LLC
1220 North Market Street
Suite 950
Wilmington, DE 19801

ahiller@phw-law.com
dharris@phw-law.com


William D. Sullivan, Esq.
Elihu Allinson, Esq.
Sullivan Hazeltine & Allinson LC
824 Market Street
Wilmington, DE 19801

bsullivan@sha-llc.com
zallinson@shaw-llc.com


R. Baskin, Esq.
Jay Teitelbaum, Esq.
Teitelbaum & Baskin LLP
3 Barker Avenue, Third Floor
White Plains, NY 10601

rbaskin@tblawllp.com
jteitelbaum@tblawllp.com

Mark E. Felger, Esq.
Cozen O'Connor
1201 North Market Street
Suite 1400
Wilmington, DE 19801

mfelger@cozen.com


William P. Bowden, Esq.
Amanda Winfree, Esq.
Leigh-Anne Raport, Esq.
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19801

wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
lraport@ashby-geddes.com


Edward A. Friedman, Esq.
William P. Weintraub, Esq.
Eamonn O'Hagan, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036

efriedman@fklaw.com
wweintraub@fklaw.com
eohagan@fklaw.com


John P. Sieger, Esq.
Joshua A. Gadharf, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

John.sieger@kattenlaw.com
Joshua.gadharf@kattenlaw.com

Steven C. Florsheim, Esq.
Bruce S. Sperling, Esq.
Daniel Shmikler, Esq.
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

sflorsheim@sperling-law.com
bss@sperling-law.com
dshmikler@sperling-law.com

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 North King Street, Plaza Level
Wilmington, DE 19801

gmcdaniel@bglaw.com

Robert S. Brady, Esq.,
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor
100 West Street, 17th Floor
Wilmington, DE 19801

rbrady@ycst.com
mbcleary@ycst.com

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Collins@rlf.com

{698.001-W0014805.}