# EXHIBIT A

```
                IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE


IN RE:                           )    Case No. 08-13141(KJC)
                                 )
                                 )
TRIBUNE COMPANY                  )    Chapter 11
                                 )
                                 )    Courtroom 5
                                 )    824 Market Street
          Debtors.               )    Wilmington, Delaware
                                 )
                                 )    June 28, 2011
                                 )    10:00 a.m.


                     TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                 UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:

For Debtors:                Sidley Austin, LLP
                            BY: JAMES BENDERNAGEL, ESQ.
                            BY: JAMES CARLAN, ESQ.
                            BY: KEVIN LANTRY, ESQ.
                            One South Dearborn
                            Chicago, IL 60603
                            (312) 853-7000

                            Cole, Schotz, Meisel, Forman
                            & Leonard, P.A.
                            BY: NORMAN PERNICK, ESQ.
                            500 Delaware Ave., Ste. 1410
                            Wilmington, DE 19801
                            (302) 652-3131

                            Tribune Company
                            BY: DON LIEBENTRITT, ESQ.
                            435 North Michigan St.
                            Chicago, IL  60611
                            (312) 222-9100

ECRO:                       AL LUGANO

Transcription Service:      DIAZ DATA SERVICES
                            331 Schuylkill Street
                            Harrisburg, Pennsylvania 17110
                            (717) 233-6664
                            www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

1  timing issue so that my case can be dismissed.  That's all,
2  Your Honor.
3              THE COURT:  I understand.  Thank you.
4              MR. KORPUS:  Your Honor, let me make this easy.
5  We will file our dismissal [indiscernible].
6              THE COURT:  Okay.  Is there any other party who
7  responded or objected wish to be heard?
8              MR. DOUGHERTY:  Your Honor, this is George
9  Dougherty on behalf of certain officers and directors.  Can
10 you hear me okay?
11             THE COURT:  Oh, clear as a bell.
12             MR. DOUGHERTY:  Okay, excellent.  We did work
13 some things out last night with the movants and, you know,
14 we have raised this issue concerning the entire disclaimer
15 process and we put that into the response, but we do
16 understand that you said that was something that you wanted
17 to consider as part of the plan confirmation process.  So
18 it's kind of a belt-and-suspenders kind of thing, but
19 subject to that, we're okay with the order as modified last
20 night.
21             THE COURT:  All right, thank you.  Does anyone
22 else wish to be heard?
23 (No audible response.)
24             THE COURT:  Okay.  Now the comment -- well let me
25 see the proposed form of order, if I may.

| | |
|---|---|
| 1 | MR. KORPUS: Yes, may I approach, Your Honor? |
| 2 | THE COURT: Thank you. Okay. Well, first of |
| 3 | all, I think the recital has to say that the objections were |
| 4 | resolved and not overruled. |
| 5 | MR. KORPUS: Yes, Your Honor. |
| 6 | THE COURT: Okay. With respect to the -- with |
| 7 | respect to Paragraph 2, I'd prefer it to read, just |
| 8 | beginning with the operative part, on the fifth line down |
| 9 | and just say that the SLCFC claims order is hereby |
| 10 | supplemented because this is more than what I would consider |
| 11 | to be just a clarification. |
| 12 | MR. KORPUS: We will make that change, Your |
| 13 | Honor. |
| 14 | THE COURT: And I'm okay with the rest of the |
| 15 | form of order, but here's what's happened. I don't know |
| 16 | what consequences the parties had anticipated as a result of |
| 17 | the relief that was requested and that I granted over |
| 18 | objection. Perhaps this is the request for "clarification" |
| 19 | which is really supplemental relief, as far as I'm |
| 20 | concerned, is a consequence of things that the parties |
| 21 | didn't intend. But my general overall view is when somebody |
| 22 | tells me they wanted to be rid of the Bankruptcy Court and I |
| 23 | give them the exit, I generally like to consider that a one- |
| 24 | way door. I am not interested in having the parties return |
| 25 | on a periodic basis to figure out how to solve the next |

1  problem.
2          And that's not to be critical of the relief
3  that's been requested here.  I think it's warranted under
4  the circumstances from a management of litigation standpoint
5  and certainly makes sense and I'm content to grant that
6  relief, especially with resolution of the objections.
7          I see as the potentially most awkward part of
8  what may be yet to come and that is any particular Court or
9  Courts viewing either of my orders as in pitching on their
10 own prerogatives.  And I will tell you, it's not my
11 intention to interfere with the prerogative of any other
12 Court, State or Federal, with respect to conduct of
13 litigation before it.  I mean, I've said what I've said, and
14 I -- beyond that, in my view, Courts are free to take their
15 own conduct and manage their own dockets.  Okay.  I got that
16 off my chest.
17         MR. KORPUS:  Your Honor, I appreciate you sharing
18 that with us.  We understand.  That is why we asked for the
19 relief in Paragraph 3, to avoid having to come back to you
20 on an ad hoc basis.  We don't want to bother you.  I'm sure
21 you love seeing us, but we would rather spare you that
22 pleasure.
23         THE COURT:  Well it's always wonderful when you
24 visit.
25 (Laughter)

1         THE COURT: Okay.

2         MR. KORPUS: Thank you, Your Honor.

3         THE COURT: With the revisions submitted under
4    certification, I'll act promptly on the relief.

5         MR. KORPUS: Thank you, Your Honor.

6         THE COURT: Okay. Is there anything further for
7    today?

8         MR. SOTTILE: Your Honor, James Sottile of
9    Zuckerman Spaeder, special counsel to the official committee
10   of unsecured creditors.

11        As the Court will recall at the end of the
12   arguments yesterday, I asked the Court whether we could
13   report briefly on the status of issues concerning the
14   agreement by the plan proponents relating to potential use
15   of any findings and conclusion that this Court might make in
16   other actions. And if I might take one minute just to
17   update the Court, I would be grateful.

18        THE COURT: Go ahead.

19        MR. SOTTILE: Your Honor, as I indicated
20   yesterday, I believe that counsel for all of the parties and
21   interests other than Mr. Zell have reached agreement on a
22   form of order as to the use of findings and conclusions in
23   other matters. We are continuing discussions with Mr.
24   Zell's counsel in an effort to resolve that issue. And I
25   believe that we would benefit from a little bit of time to