# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,

Plaintiffs,

vs.

Employees Retirement Fund of the City of Dallas, et al.,

Defendants.

Case No. 3:11-cv-1167

---

# [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2011, upon consideration of Plaintiffs' Motion to Stay Defendants' Time to Respond to the Complaint in this Action or Commence Motions Practice, Until the Earlier of October 31, 2011, or Confirmation of a Plan of Reorganization by the United States Bankruptcy Court for the District of Delaware, or Further Order of the United States Bankruptcy Court for the District of Delaware or this Court, it is hereby ORDERED that the motion is GRANTED and:

1. The time for Defendants to respond to the Complaint in this action or commence motion practice is stayed until the earlier of October 31, 2011, or modification by the United States Bankruptcy Court for the District of Delaware in *In re Tribune Co.*, No. 08-13141 (KJC), of its April 25, 2011 order regarding the need to stay this action, or by further order of this Court (the "Stay"). In addition, any applicable deadlines under Federal Rules of Civil Procedure 23 or 26 (or their local counterparts) will also be held in abeyance during the pendency of the Stay.

1

2. Notwithstanding the Stay, Plaintiffs are permitted to:

   a. amend the Complaint or move for leave to amend the Complaint;

   b. voluntarily dismiss this action or one or more defendants pursuant to Federal Rule of Civil Procedure 41;

   c. move to add or drop a party or to sever any claim against a party pursuant to Federal Rule of Civil Procedure 21;

   d. move to consolidate and/or coordinate this action with any other action, without limitation, by making a motion pursuant to 28 U.S.C. § 1407 and the applicable Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, or any applicable state rules;

   e. file a motion pursuant Federal Rule of Civil Procedure 26(d)(1) seeking preconference discovery to confirm that parties have been properly identified, named and served in this action; and

   f. file a motion seeking modification of this Order.

3. Notwithstanding the Stay, all Defendants or their counsel are required to enter an appearance in this case within 30 days after the latter of entry of this Order or service of the Complaint upon Defendant, without prejudice to any defenses that Defendant may have; and

4. Notwithstanding the Stay, Defendants are permitted to file responses to any motions Plaintiffs make pursuant to section 2 of this Order.

5. Notwithstanding the Stay, any Defendant who was not provided with notice of Plaintiffs' motion prior to entry of this Order, because such defendant had not yet been served with the Complaint or appeared in the action, may move this Court at any time to vacate or modify this Order upon notice to Plaintiffs and all other Defendants in this action.

6. At such time as the Stay is lifted or terminates, this Court shall set the schedule for answering or otherwise responding to the Complaint, unless the action has been transferred to another court for coordinated pretrial proceedings.

BY THE COURT:

_____
United States District Judge

3