# EXHIBIT A

# DOL SUBPOENA/ SETTLEMENT

.

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

MAY 31, 2011
INVOICE # 9201704

### DOL SUBPOENA

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2011                                   $101,275.50

DISBURSEMENTS                                                $1,417.32

TOTAL INVOICE        $102,692.82

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE
1981430.1

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9201704

CLIENT NUMBER - 45394

MAY 31, 2011

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2011

DOL SUBPOENA

MATTER NUMBER- 10148

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 3/1/2011 | WLS | 0.30 | { L190 } {A104} Analyzed ▮ notice ▮▮▮▮. | 255.00 |
| 3/29/2011 | DJB | 0.50 | { L190 } {A104} Reviewed ▮▮▮▮ ▮. | 462.50 |
| 4/5/2011 | DJB | 3.30 | { L190 } {A107} Telephone conference with ▮ ▮ re ▮▮ (.5); reviewed ▮▮ (1.5); further analysis of ▮ issues (.5); further telephone conference with ▮ and ▮ re ▮ (.3); office conference with D. Sondgeroth re ▮▮ (.5). | 3,052.50 |
| 4/5/2011 | DAS | 3.00 | { L210 } {A105} Communicated with D. Bradford ▮ to discuss issues related to ▮ (.5); reviewed ▮ (1.0); reviewed documents ▮▮ (1.5). | 1,650.00 |
| 4/6/2011 | DJB | 2.30 | { L190 } {A104} Analyzed ▮ (1.0); telephone conference with ▮ ▮ re ▮ (.7); telephone conference with ▮ ▮ re same (.3); analyzed ▮ (.3). | 2,127.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 4/6/2011 | WLS | 0.30 | { L190 } {A105} Conferred with D. Sondgeroth re ███████████ issues. | 255.00 |
| 4/6/2011 | MQM | 2.90 | { L120 } {A105} Conferred with D. Sondgeroth re ███████ issues (.2) researched ███████████ (2.7). | 1,305.00 |
| 4/6/2011 | DAS | 3.20 | { L210 } {A106} Participated in conference calls ████████████████████████ (1.0); discussed with M. Martin ████████████ (.5); prepared draft ████████████ and discussed same ████████ (1.0); reviewed ████████████ (.7). | 1,760.00 |
| 4/7/2011 | DJB | 1.10 | { L190 } {A107} Telephone conference with █ ████ (.5); e-mail to B. Krakauer re same (.2); e-mail to ██████ re same (.1); reviewed ████████ re same (.3). | 1,017.50 |
| 4/7/2011 | MQM | 4.30 | { L120 } {A102} Researched ██████ issues (4.0); corresponded with D. Sondgeroth re same (.3). | 1,935.00 |
| 4/7/2011 | DAS | 2.00 | { L210 } {A105} Communicated with M. Martin re ████████ (.5); reviewed ████████ related to ████████ (.5); reviewed ████████ (.5); communicated with D. Bradford re ████ issues ████████ (.5). | 1,100.00 |
| 4/8/2011 | DJB | 2.00 | { L190 } {A107} Telephone conference with ████ re ████ (.7); office conference with D. Songeroth re ████████████ (.5); telephone conference with ████ re ████ (.4); analyzed ████████ re ████ (.4). | 1,850.00 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| 4/8/2011 | MQM | 5.70 | { L120 } {A105} Conferred with D. Sondgeroth re ▇▇▇▇▇ (.2); researched ▇▇▇ issues (2.9); drafted and edited ▇▇▇▇▇▇ (2.6). | 2,565.00 |
|---|---|---|---|---|
| 4/8/2011 | DAS | 2.80 | { L210 } {A108} Edited draft ▇▇▇▇▇▇ (.5); sent draft to C. Martin and D. Bradford (.1); participated in conference calls with D. Bradford ▇▇▇▇▇ re same (1.0); reviewed materials ▇▇▇▇▇▇ (1.2). | 1,540.00 |
| 4/10/2011 | DJB | 0.50 | { L190 } {A104} Reviewed ▇▇▇ (.3); e-mail re same ▇▇▇ (.2). | 462.50 |
| 4/11/2011 | DJB | 0.50 | { L190 } {A107} E-mail to ▇▇▇ re ▇▇▇ (.2); analyzed ▇▇ issues (.3). | 462.50 |
| 4/11/2011 | DAS | 0.60 | { L210 } {A108} Reviewed communications ▇▇▇▇▇▇ | 330.00 |
| 4/12/2011 | DJB | 0.50 | { L190 } {A101} Prepared ▇▇▇▇ | 462.50 |
| 4/12/2011 | DAS | 0.40 | { L210 } {A104} Reviewed communications ▇▇▇ | 220.00 |
| 4/13/2011 | DJB | 2.40 | { L190 } {A104} Reviewed materials ▇▇▇ (.8); email to ▇▇ re ▇▇ (.2); office conference with ▇▇▇ (.2); further conference ▇▇▇ (.7); office conference ▇▇ re ▇▇ issues (.5). | 2,220.00 |
| 4/13/2011 | DAS | 1.00 | { L210 } {A104} Reviewed ▇▇▇ and discussed same with D. Bradford (.5); reviewed ▇▇▇▇ (.5). | 550.00 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 4/14/2011 | DJB | 1.90 | { L190 } {A107} Telephone conference with █ re █ (.5); telephone conference with █ re same (.5); office conference with █ re same (.1); e-mail to █ re same (.1); telephone conference with █ re same (.7). | 1,757.50 |
| 4/14/2011 | MQM | 0.30 | { L120 } {A105} Conferred with D. Sondgeroth re █ | 135.00 |
| 4/14/2011 | DAS | 0.40 | { L210 } {A106} Reviewed communications re █ issues. | 220.00 |
| 4/15/2011 | DJB | 1.50 | { L190 } {A107} Telephone conference with █ re █ (.5); e-mails to █ re same (.4); e-mails to █ re same (.1); office conference with D. Sondgeroth re █ same (.5). | 1,387.50 |
| 4/15/2011 | MQM | 10.20 | { L120 } {A103} Reviewed █ (2.0); drafted █ (2.4); drafted █ (5.8). | 4,590.00 |
| 4/15/2011 | DAS | 1.00 | { L210 } {A105} Communicated with D. Bradford re █ (.2); reviewed communications re █ same (.5); conferred with M. Martin re █ (.3). | 550.00 |
| 4/18/2011 | DJB | 0.30 | { L190 } {A105} E-mails re █. | 277.50 |
| 4/18/2011 | MJS | 0.30 | { L140 } {A100} Assembled binder █ for D. Bradford review. | 48.00 |
| 4/18/2011 | DAS | 1.00 | { L210 } {A104} Reviewed communications █ (.2); reviewed █ (.8). | 550.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 5

| | | | | |
|---|---|---|---|---|
| 4/19/2011 | DJB | 2.50 | { L190 } {A107} Telephone conference with ███ re ███ (.8); telephone conference with ███ re ███ (.5); telephone conference with ███ re ███ (.5); office conference with D. Sondgeroth re ███ (.5); e-mails to ███ (.2). | 2,312.50 |
| 4/19/2011 | MQM | 6.70 | { L120 } {A103} Researched and drafted memorandum re ███ | 3,015.00 |
| 4/19/2011 | DAS | 6.00 | { L210 } {A108} Communicated with ███ D. Bradford related to ███ issues (1.0); communicated with same (1.0); discussed ███ re ███ with D. Bradford (.5); ███ with M. Martin ███ (.5); ███ and discussed same with D. Bradford (.5); communicated with ███ (1.5); participated in ███ to discuss ███ issues ███ (1.0). | 3,300.00 |
| 4/20/2011 | DJB | 0.20 | { L190 } {A107} E-mail to ███ | 185.00 |
| 4/20/2011 | DAS | 1.70 | { L210 } {A104} Reviewed communications ███ (1.0); reviewed communications ███ (.7). | 935.00 |
| 4/21/2011 | DJB | 0.50 | { L190 } {A107} E-mails to ███ re ███ issues (.3); telephone conference with ███ re ███ (.2). | 462.50 |
| 4/21/2011 | MQM | 7.30 | { L120 } {A102} Researched and drafted memorandum ███ | 3,285.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 6

| 4/21/2011 | DAS | 5.10 | { L210 } {A108} Communicated with ▮▮▮▮ re issues ▮▮▮▮ (1.0); drafted ▮▮▮▮ (1.0); communicated with D. Kroeger re issues ▮▮▮▮ (1.0); communicated with ▮▮▮▮ D. Bradford ▮▮▮▮ (2.1). | 2,805.00 |

| 4/22/2011 | DJB | 1.00 | { L190 } {A107} Telephone conference with ▮▮▮▮ re ▮▮▮▮ (.5); e-mail ▮▮▮▮ (.3); e-mails with D. Sondgeroth re issues (.2). | 925.00 |

| 4/22/2011 | DAS | 5.00 | { L210 } {A108} Communicated with various parties ▮▮▮▮ (1.0); communicated with D. Bradford ▮▮▮▮ re same (.5); discussed ▮▮▮▮ with M. Martin and reviewed ▮▮▮▮ same (1.0); edited ▮▮▮▮ (2.5). | 2,750.00 |

| 4/23/2011 | DJB | 0.20 | { L190 } {A107} Responded to various e-mails ▮▮▮▮. | 185.00 |

| 4/24/2011 | DJB | 0.50 | { L190 } {A104} Reviewed ▮▮▮▮ (.1); prepared e-mail to D. Kroeger re same (.1); responded to ▮▮▮▮ re issues (.2); prepared for conference call re ▮▮▮▮ (.1). | 462.50 |

| 4/24/2011 | DAS | 0.50 | { L210 } {A105} Reviewed communications from D. Bradford ▮▮▮▮ and communicated with D. Bradford re same. | 275.00 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 4/25/2011 | DJB | 2.50 | { L190 } {A107} Telephone conference with ███ re █████ (1.0); telephone conference with █████ re ████ (.8); telephone conference with █████ re same (.2); various e-mails with re █████ issues ██████ (.5). | 2,312.50 |
| 4/25/2011 | DAS | 4.00 | { L210 } {A106} Participated in conference call ██████ (1.0); reviewed ██████ and drafted summary ████ (.5); reviewed communications ████████ (1.0); participated in call ██ re █████ (.5); reviewed relevant materials ███████ (1.0). | 2,200.00 |
| 4/26/2011 | DJB | 5.60 | { L190 } {A107} Telephone conference with ██ re ████ (.8); telephone conference with ██ re (.5); telephone conference with ███ re same (.5); telephone conference with ███ re same (.4); telephone conference with ███ re same (.5); analyzed ███ (1.5); e-mails to D. Sondgeroth re ███ issues █████ (.5); various e-mails ████ (.3); prepared ███ (.6). | 5,180.00 |
| 4/26/2011 | AWV | 1.00 | { L190 } {A104} Reviewed ██████ re ████ same. | 550.00 |
| 4/26/2011 | DAS | 5.00 | { L210 } {A104} Communicated with parties ██ ███████ (.5); reviewed ████ of ███████ (4.5). | 2,750.00 |
| 4/27/2011 | DJB | 10.00 | { L190 } {A109} Prepared ██████ | 9,250.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 8

| | | | | |
|---|---|---|---|---|
| 4/27/2011 | DAS | 3.40 | { L210 } {A104} Communicated with parties ██ ████████████████████ (.5); reviewed communications ████████████████ and prepared ████████ (3.9). | 1,870.00 |
| 4/28/2011 | WLS | 0.30 | { L190 } {A105} Conferred with C. Steege and D. Sondgeroth re ████████ | 255.00 |
| 4/28/2011 | DJB | 5.20 | { L190 } {A107} Telephone conference ████ re ████████ (.5); telephone conference with ████████ re same (.3); telephone conference with ████████ re same (.5); telephone conference with ████ re ████████ (.6); edited and drafted ████████ (3.1); responded to e-mails ████████ (.2). | 4,810.00 |
| 4/28/2011 | DAS | 8.20 | { L210 } {A103} Reviewed ████████ and edited same (6.7); communicated with ████████ (.5); participated in communications with ████ re ████ issues (.5); communicated with ████ related to mediation and strategies for same (.5). | 4,510.00 |
| 4/29/2011 | DJB | 6.00 | { L190 } {A103} Edited and drafted ████ (2.5); edited same per comments (1.2); edited same per comments (.5); participated in call (1.0); participated in call ████ (.5); telephone conference with ████ re (.3). | 5,550.00 |
| 4/29/2011 | DAS | 5.50 | { L210 } {A103} Edited ████ and sent same to D. Bradford for review and comment (3.0); reviewed communications ████ re same (.5); communicated with ████████ re same (.5); participated in teleconference ████████ (1.0); participated in conference call ████████ (.5). | 3,025.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 9

| 4/30/2011 | DJB | 1.30 | { L190 } {A103} Edited ███████████ (.8); e-mails ████ re same (.3); e-mails re same (.2). | 1,202.50 |
| 4/30/2011 | DAS | 3.30 | { L210 } {A103} Edited ███████████████ | 1,815.00 |
| | | 155.00 | PROFESSIONAL SERVICES | $101,275.50 |

**DISBURSEMENTS**

| 1/13/2011 | Conferencing Services | 11.24 |
| 4/19/2011 | Network Printing | 15.80 |
| 4/30/2011 | Postage Expense | 1.76 |
| 4/30/2011 | Westlaw Research | 1,388.52 |
| | TOTAL DISBURSEMENTS | $1,417.32 |

**INVOICE TOTAL**                                          **$102,692.82**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|------:|-----:|-------:|
| DAVID J. BRADFORD | 52.30 | 925.00 | 48,377.50 |
| WILLIAM L. SCOGLAND | .90 | 850.00 | 765.00 |
| ANDREW W. VAIL | 1.00 | 550.00 | 550.00 |
| DOUGLAS A. SONDGEROTH | 63.10 | 550.00 | 34,705.00 |
| MICHAELENE R. MARTIN | 37.40 | 450.00 | 16,830.00 |
| MATTHEW J. SEARER | .30 | 160.00 | 48.00 |
| TOTAL | 155.00 | | $101,275.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER      45394
MATTER NUMBER      10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

JUNE 30, 2011
INVOICE # 9204114

### DOL SETTLEMENT

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2011                                    $70,774.50

DISBURSEMENTS                                            $4,764.56

                        TOTAL INVOICE                   $75,539.06

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.
ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9204114

CLIENT NUMBER - 45394

JUNE 30, 2011

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2011

DOL SETTLEMENT

MATTER NUMBER- 10148

| | | | | |
|---|---|---|---|---|
| 5/1/2011 | DJB | 1.00 | { L190 } {A103} Edited ███████. | 925.00 |
| 5/1/2011 | DAS | 0.60 | { L210 } {A106} Reviewed comments and edits to draft ███████ on behalf of Tribune (.5); conferred with D. Bradford re same (.1). | 330.00 |
| 5/2/2011 | DJB | 2.50 | { L190 } {A103} Worked on further edits to ███████ (1.0); addressed ████ comments on mediation statement (.5); telephone conference with ██████ and ██████ re strategy (.5); office conference with D. Sondgeroth re materials for ████ (.2); reviewed ████ materials and ██████████ (.3). | 2,312.50 |
| 5/2/2011 | WXH | 0.30 | { L140 } {A110} Prepared binder of materials for ████ | 69.00 |
| 5/2/2011 | MJS | 1.50 | { L140 } {A110} Created ████████ binders for D. Bradford and D. Sondgeroth. | 240.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 5/2/2011 | DAS | 8.30 | { L210 } {A104} Reviewed draft of ▇▇▇ and edited draft of same (2.0); conferred with ▇▇ re same (.5); reviewed ▇▇ by ▇▇ and ▇▇ to ▇▇ (1.0); coordinated submission of ▇▇ with Cole Schotz and J. Ludwig (1.0); edited list of participants ▇ with parties, including ▇▇ re attendees (.8); communicated with ▇▇ and D. Bradford re attendance of ▇▇ (.5); prepared materials for use at ▇▇ and communicated with D. Bradford re same (1.50); reviewed key materials to prepare for ▇▇ (1.0). | 4,565.00 |
|---|---|---|---|---|
| 5/3/2011 | DJB | 4.50 | { L190 } {A101} Prepared for ▇▇ by reviewing materials (3.2); office conference with ▇▇ re ▇▇ (.5); reviewed e-mails and summary of ▇▇ (.3); further telephone conference with ▇▇ (.5). | 4,162.50 |
| 5/3/2011 | DAS | 9.90 | { L210 } {A106} Communicated with ▇▇ with ▇▇ the ▇▇ (2.6); participated in meeting with ▇▇ re same (1.0); participated in conference call with ▇▇ related to ▇▇ issues (.5); reviewed materials related to ▇▇ claims to prepare for ▇▇ (2.8); traveled from Chicago to Wilmington to attend ▇▇ related to ▇▇ (3.0). | 5,445.00 |
| 5/4/2011 | DJB | 12.00 | { L190 } {A106} Office conference with ▇▇ to prepare for ▇▇ (1.0); participated in ▇▇ in Delaware (10.2); office conference with ▇▇ re follow up (.8). | 11,100.00 |
| 5/4/2011 | DAS | 13.00 | { L210 } {A106} Attended ▇▇ with Judge Gross to address ▇▇ (11.3); discussed same and possible strategies and next steps with D. Bradford and ▇▇ (1.0). | 7,150.00 |

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 5/5/2011 | DJB | 2.50 | { L190 } {A109} Traveled from ▮▮▮ in Philadelphia (2.0); reviewed memorandum re ▮ ▮▮ and commented on same (.5). | 2,312.50 |
|---|---|---|---|---|
| 5/5/2011 | DAS | 5.80 | { L210 } {A111} Traveled from Philadelphia to Chicago after ▮▮▮ with Judge Gross (4.3); conferred with ▮▮▮ re issues related to ▮▮▮ re potential settlement (.5); reviewed modified ▮▮▮ re the ▮ prepared by ▮▮▮ (.8); conferred with ▮▮▮ (.2). | 3,190.00 |
| 5/6/2011 | DAS | 0.60 | { L210 } {A107} Sent materials to ▮▮▮ re ▮▮▮ in connection with analysis of ▮▮▮ (.4); reviewed communications re same from ▮▮▮ (.2). | 330.00 |
| 5/9/2011 | DJB | 1.50 | { L190 } {A107} Telephone conference with ▮ ▮▮▮ re strategy (.5); office conference with D. Sondgeroth re same (.6); reviewed and commented on ▮▮▮ (.4). | 1,387.50 |
| 5/9/2011 | DAS | 1.50 | { L210 } {A106} Communicated with ▮▮▮ re same (.4); reviewed ▮▮▮ to analyze same (.5); reviewed draft ▮▮▮ and sent same to ▮▮▮ (.3); reviewed correspondence from ▮▮▮ related to ▮▮▮ (.3). | 825.00 |
| 5/10/2011 | DJB | 1.50 | { L190 } {A107} Telephone conference with ▮ ▮▮▮ re strategy (.5); office conference with D. Sondgeroth re same (.4); reviewed e-mails re ▮▮▮ (.3); e-mails with ▮▮▮ (.3). | 1,387.50 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

| 5/10/2011 | DAS | 2.40 | { L210 } {A107} Participated in telephone conference with ███████ re status of ████ (.4); drafted summary of same for D. Bradford (.8); communicated with D. Bradford and ██████████ (.4); reviewed ██████ (.3); reviewed communications ████ (.5). | 1,320.00 |
|---|---|---|---|---|
| 5/10/2011 | DMK | 1.80 | { L120 } {A101} Worked on analysis of insurance coverage issues re ████. | 1,188.00 |
| 5/11/2011 | DJB | 1.80 | { L190 } {A107} Telephone conference with ████ (.3); telephone conference with ████ re ████ (1.0); follow up telephone conference with ████ (.2); analyzed and commented on ████ (.3). | 1,665.00 |
| 5/11/2011 | DAS | 0.20 | { L210 } {A104} Reviewed communication from ████ of same. | 110.00 |
| 5/12/2011 | DJB | 0.50 | { L190 } {A104} Commented on ██████. | 462.50 |
| 5/12/2011 | DAS | 3.10 | { L210 } {A103} Reviewed ██████ (.8); communicated with D. Bradford re May 11 call with ██████ (.3); edited ██████ to update ██████ (2.0). | 1,705.00 |
| 5/13/2011 | DJB | 0.80 | { L190 } {A106} Telephone conference with ████ (.5); reviewed and commented on ████ (.3). | 740.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 5

| | | | | |
|---|---|---|---|---|
| 5/13/2011 | DAS | 3.00 | { L210 } {A104} Reviewed ███████████ brief and conferred with D. Bradford re same (.4); reviewed communications re ███████████ ███████ from ███████████ (.3); edited summary of status of ███████ based on comments from D. Bradford and sent same to ███████ ███████████ for review and comment (1.5); communicated with ███████████ re issues related to ███████████ and discussed same with D. Bradford (.8). | 1,650.00 |
| 5/16/2011 | DJB | 0.20 | { L190 } {A107} E-mail with ███████ re ███████ (.1); email with ███████ re same (.1). | 185.00 |
| 5/17/2011 | DJB | 0.90 | { L190 } {A107} Telephone conference with ███ ███████ (.3); e-mail re same (.2); reviewed proposal from ███████ (.3); e-mail to client re same (.1). | 832.50 |
| 5/17/2011 | DAS | 0.30 | { L210 } {A108} Reviewed communications from counsel for ███████ re costs in ███████ and to analyze possible implications for ███████████ ███████ to ███████████ issues. | 165.00 |
| 5/18/2011 | DJB | 0.60 | { L190 } {A104} Reviewed ███████████ (.3); reviewed potential response re ███████ and e-mail re same (.3). | 555.00 |
| 5/18/2011 | DAS | 0.80 | { L210 } {A106} Reviewed analysis from ███████████ ███████████ (.3); reviewed comments from ███████████ on update of ███████ (.2); reviewed communications with ███████ re strategies for ███████████ (.3). | 440.00 |
| 5/19/2011 | DJB | 2.30 | { L190 } {A107} Telephone conference with ███████████ re strategy (1.0); telephone conference with court (.5); edited letter to ███████ (.5); office conference with D. Sondgeroth re ███████████ (.3). | 2,127.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 5/19/2011 | DAS | 3.80 | { L210 } {A106} Reviewed communications with ██████████ re strategies for ██████████ in connection with ██████████ (1.5); participated in conference call with Judge Gross re same (.5); edited summary of status of ██████████ and sent draft of same to ██████████ (.4); analyzed ██████████ (1.00); communicated with ██████ re same (.4). | 2,090.00 |
|---|---|---|---|---|
| 5/20/2011 | DJB | 0.80 | { L190 } {A107} Various e-mails re ██████ (.4); reviewed ██████ and e-mails to ██████ re same (.4). | 740.00 |
| 5/20/2011 | DAS | 1.20 | { L210 } {A106} Reviewed communications with ██████████ and scheduling of same (.9); communicated with ██████████ (.3). | 660.00 |
| 5/21/2011 | DAS | 0.10 | { L210 } {A106} Reviewed communications related to scheduling possible ██████ with Judge Gross related to ██████. | 55.00 |
| 5/22/2011 | DAS | 0.10 | { L210 } {A106} Reviewed communications related to scheduling ██████ with Judge Gross related to ██████ | 55.00 |
| 5/23/2011 | DJB | 0.70 | { L190 } {A107} E-mail to ██████ (.1); telephone conference with ██████ re same (.3); e-mail re same (.2); e-mails re ██████ (.1). | 647.50 |
| 5/23/2011 | DAS | 1.70 | { L210 } {A106} Reviewed communications related to ██████ and coordinating same (.7); participated in conference call with ██████ (.5); prepared summary of same (.5). | 935.00 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 5/24/2011 | DJB | 0.90 | { L190 } {A107} Telephone conference with ▮ ▮ (.5); further telephone conference with ▮ ▮ re same (.2); telephone conference with ▮ (.2). | 832.50 |
| 5/24/2011 | DAS | 0.90 | { L210 } {A106} Reviewed communications re ▮ ▮ (.3); reviewed communications related to ▮ re same (.6). | 495.00 |
| 5/25/2011 | DJB | 2.40 | { L190 } {A104} Reviewed key documents and office conference with A. Vail (1.0); office conference with ▮ re ▮ (.3); reviewed and analyzed ▮ (.4); emailed proposal based on ▮ discussion (.2); reviewed ▮ analysis (.1). | 2,220.00 |
| 5/25/2011 | DAS | 0.30 | { L210 } {A106} Reviewed communications from ▮ re issues related ▮ (.2); communicated with D. Bradford re ▮ and issues related to ▮ (.1). | 165.00 |
| 5/26/2011 | DJB | 0.50 | { L190 } {A106} Telephone conference with ▮ (.30); emails re same (.20). | 462.50 |
| 5/26/2011 | DAS | 1.40 | { L210 } {A108} Prepared communications with ▮ re issues related to ▮ (.4); communicated with D. Bradford and ▮ re same (.3); reviewed communications from ▮ summarizing current status of discussions with ▮ (.2); reviewed communications re ▮ (.5). | 770.00 |
| 5/27/2011 | DJB | 1.00 | { L190 } {A107} Telephone conference with ▮ (.50); various emails re proposals (.50). | 925.00 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 8

| 5/27/2011 | DAS | 0.90 | { L210 } {A106} Reviewed communications among ▮▮▮▮▮▮ (.5); participated in conference call with ▮▮▮ (.4). | 495.00 |
|---|---|---|---|---|
| 5/28/2011 | DJB | 0.20 | { L190 } {A105} E-mail to team re ▮▮▮ | 185.00 |
| 5/31/2011 | DAS | 0.30 | { L210 } {A108} Communicated with ▮▮▮ | 165.00 |
| | | 102.90 | PROFESSIONAL SERVICES | $70,774.50 |

## DISBURSEMENTS

| 4/30/2011 | Out of Town Travel, D. Bradford, 04/27/11, Washington, D.C. (Meet with DOL and IRS) | 1,408.59 |
|---|---|---|
| 5/3/2011 | Out of Town Travel, D. Bradfofrd, 05/03-04/11, Wilmington (Mediation) | 1,165.20 |
| 5/6/2011 | Out of Town Travel, D. Sondgeroth, 05/03-05/11, Wilmington (Mediation) | 1,922.47 |
| 5/20/2011 | Photocopy and Related Expenses | 216.95 |
| 5/31/2011 | Westlaw Research | 51.35 |
| | TOTAL DISBURSEMENTS | $4,764.56 |

## INVOICE TOTAL

$75,539.06

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 39.10 | 925.00 | 36,167.50 |
| DAVID M. KROEGER | 1.80 | 660.00 | 1,188.00 |
| DOUGLAS A. SONDGEROTH | 60.20 | 550.00 | 33,110.00 |
| W. MICHAEL HUGHES | .30 | 230.00 | 69.00 |
| MATTHEW J. SEARER | 1.50 | 160.00 | 240.00 |
| TOTAL | 102.90 | | $70,774.50 |

Federal Identification No. 36-2192554

# MORGAN STANLEY SWAP

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER      45394
MATTER NUMBER      10180

THE TRIBUNE COMPANY                                        MAY 31, 2011
435 NORTH MICHIGAN AVENUE                          INVOICE # 9201707
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

**MORGAN STANLEY SWAP**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2011                                               $0.00

DISBURSEMENTS                                                   $1,601.36

                                   TOTAL INVOICE         $1,601.36

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES                                                          Page 1

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY                               INVOICE # 9201707
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.
                                                  MAY 31, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2011

MORGAN STANLEY SWAP                               MATTER NUMBER- 10180

**DISBURSEMENTS**

3/15/2011     Photocopy and Related Expenses                1,601.36
              TOTAL DISBURSEMENTS                          $1,601.36

**INVOICE TOTAL**                                          **$1,601.36**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE        Federal Identification No. 36-2192554

# FEE APPLICATION

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER      45394
MATTER NUMBER      10164

THE TRIBUNE COMPANY                                    APRIL 29, 2011
435 NORTH MICHIGAN AVENUE                      INVOICE # 9199126
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2011                                          $3,564.00

DISBURSEMENTS                                                          $0.00
                                                        _____

                              TOTAL INVOICE            $3,564.00

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9199126

APRIL 29, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2011

FEE APPLICATION                                                    MATTER NUMBER- 10164

| 3/7/2011 | LSR | 1.00 | { L210 } {A103} Drafted December fee application (.6); drafted January fee application (.4) | 435.00 |
|---|---|---|---|---|
| 3/8/2011 | LSR | 0.30 | { L210 } {A103} Edited January fee application. | 130.50 |
| 3/8/2011 | MXP | 1.30 | { L210 } {A103} Prepared exhibits for Jenner & Block's December 2010 fee application. | 221.00 |
| 3/9/2011 | LSR | 0.30 | { L210 } {A103} Edited December fee application. | 130.50 |
| 3/11/2011 | LSR | 2.80 | { L210 } {A103} Drafted response to Fee Examiner's report re Sixth Quarterly Fee App (1.5); drafted response to Fee Examiner's report re Seventh Quarterly Fee App (1.3). | 1,218.00 |
| 3/14/2011 | LSR | 1.50 | { L210 } {A103} Edited response to Fee Examiner's Report re Seventh Quarterly Fee Application. | 652.50 |
| 3/16/2011 | MXP | 1.40 | { L210 } {A103} Prepared exhibits for Jenner & Block's January 2011 fee application. | 238.00 |
| 3/21/2011 | DJB | 0.30 | { L190 } {A104} Reviewed multiple fee petitions and affidavits and executed same. | 277.50 |
| 3/21/2011 | LSR | 0.30 | { L210 } {A103} Edited response to Fee Examiner's re Seventh Quarterly Fee Application. | 130.50 |

Federal Identification No. 36-2192554

Page 2

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 3/31/2011 | LSR | 0.30 | { L210 } {A103} Prepared February fee application. | 130.50 |
|---|---|---|---|---|
| | | 9.50 | PROFESSIONAL SERVICES | $3,564.00 |

**INVOICE TOTAL**                                                                   **$3,564.00**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | .30 | 925.00 | 277.50 |
| LANDON S. RAIFORD | 6.50 | 435.00 | 2,827.50 |
| MARC A. PATTERSON | 2.70 | 170.00 | 459.00 |
| TOTAL | 9.50 | | $3,564.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER   10164

THE TRIBUNE COMPANY                                    MAY 31, 2011
435 NORTH MICHIGAN AVENUE                          INVOICE # 9201706
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2011                                      $2,297.00

DISBURSEMENTS                                                  $0.00
                                                      _____

                              TOTAL INVOICE              $2,297.00

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9201706

MAY 31, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2011

FEE APPLICATION                                         MATTER NUMBER- 10164

| | | | | |
|---|---|---|---|---|
| 4/1/2011 | MXP | 1.40 | { L210 } {A103} Prepared exhibits for Jenner & Block's January and February 2011 fee statements. | 238.00 |
| 4/4/2011 | LSR | 0.50 | { L210 } {A103} Worked on fee application. | 217.50 |
| 4/4/2011 | LSR | 0.60 | { L210 } {A103} Drafted Ninth Quarterly fee application. | 261.00 |
| 4/5/2011 | LSR | 0.30 | { L210 } {A104} Conducted final review of January/February fee application. | 130.50 |
| 4/6/2011 | MXP | 1.90 | { L210 } {A103} Prepared exhibits to Jenner & Block's ninth quarterly fee application. | 323.00 |
| 4/7/2011 | DHH | 0.40 | { L210 } {A104} Finalized fee application and sent to local counsel. | 202.00 |
| 4/19/2011 | DJB | 0.30 | { L190 } {A103} Prepared supplemental declaration. | 277.50 |
| 4/21/2011 | DJB | 0.20 | { L190 } {A106} E-mails re disclosure affidavit. | 185.00 |
| 4/26/2011 | DJB | 0.50 | { L190 } {A103} Drafted disclosure declaration. | 462.50 |
| | | 6.10 | PROFESSIONAL SERVICES | $2,297.00 |

**INVOICE TOTAL**                                                       **$2,297.00**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

Page 2

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|------|------|------|------|
| DAVID J. BRADFORD | | 1.00 | 925.00 | 925.00 |
| DAVID H. HIXSON | | .40 | 505.00 | 202.00 |
| LANDON S. RAIFORD | | 1.40 | 435.00 | 609.00 |
| MARC A. PATTERSON | | 3.30 | 170.00 | 561.00 |
| | TOTAL | 6.10 | | $2,297.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

JUNE 30, 2011
INVOICE # 9204116

## FEE APPLICATION

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2011 | $ 645.00 |
| DISBURSEMENTS | $0.00 |
| TOTAL INVOICE | $ 645.00 |

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE         Federal Identification No. 36-2192554

Page 1

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9204116

JUNE 30, 2011

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2011

FEE APPLICATION                                    MATTER NUMBER- 10164

| 5/24/2011 | DJB | 0.20 | { L190 } {A103} Completed declaration re disclosure. | 185.00 |
|---|---|---|---|---|
| 5/25/2011 | DJB | 0.20 | { L190 } Responded to D. Golden inquiry re retention. | 185.00 |
| 5/31/2011 | DAS | 0.50 | { L210 } {A104} Reviewed invoices related to Tribune matters to prepare same for submission to bankruptcy court. | 275.00 |
| | | 0.90 | PROFESSIONAL SERVICES | $ 645.00 |

**INVOICE TOTAL**                                                      **$ 645.00**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | .40 | 925.00 | 370.00 |
| DOUGLAS A. SONDGEROTH | | .50 | 550.00 | 275.00 |
| | TOTAL | 0.90 | | $ 645.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Out of Town Travel | $4,496.26 |
| Conferencing Services | $11.24 |
| Network Printing | $15.80 |
| Photocopy and Related Expenses | $1,818.31 |
| Postage Expense | $1.76 |
| Westlaw Research | $1,439.87 |
| **Total** | **$7,783.24** |