## **VERIFICATION**

Andrew N. Goldfarb, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Zuckerman Spaeder LLP.  I am a member of the bars of the District of Columbia (admitted 1997), California (admitted 2005), and New York (admitted 1996).

2.    I have personally performed the legal services rendered by Zuckerman Spaeder LLP as special counsel to the Committee and am thoroughly familiar with all work performed on behalf of the Committee.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Executed on July 14, 2011 in Washington, D.C.

_____

Andrew N. Goldfarb