# EXHIBIT A



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

July 14, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:278689
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through May 31, 2011.

| | | |
|---|---|---|
| By Graeme W. Bush<br>12.80 hours at $850.00 per hour | $ | 10,880.00 |
| By James Sottile<br>122.30 hours at $725.00 per hour | $ | 88,667.50 |
| By Thomas G. Macauley<br>0.50 hours at $625.00 per hour | $ | 312.50 |
| By Andrew N. Goldfarb<br>108.50 hours at $600.00 per hour | $ | 65,100.00 |
| By P. Andrew Torrez<br>26.20 hours at $585.00 per hour | $ | 15,327.00 |
| By Andrew Caridas<br>47.20 hours at $340.00 per hour | $ | 16,048.00 |
| By Benjamin S. Barlow<br>40.50 hours at $270.00 per hour | $ | 10,935.00 |
| By Lisa Medoro<br>47.00 hours at $265.00 per hour | $ | 12,455.00 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC          WILMINGTON

July 14, 2011                                                                            Page 2

By Afton B. Hodge
  0.80 hours at $200.00 per hour                        $         160.00

By Kimberley Wilson
  14.00 hours at $175.00 per hour                       $       2,450.00

By Jeanne Trahan Faubell
  19.60 hours at $175.00 per hour                       $       3,430.00

By Monica Daly Welham
  7.00 hours at $175.00 per hour                        $       1,225.00

By Diana Gillig
  1.00 hours at $160.00 per hour                        $         160.00
                                                                 _____

              TOTAL FEES                        $     227,150.00

              TOTAL EXPENSES                    $           0.00

        TOTAL FEES AND EXPENSES THIS PERIOD     $     227,150.00

DESCRIPTION OF SERVICES                                         CLIENT: 12464
                                                               MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 05/02/11 | 0.60 | Teleconference with A. Landis and D. Rath (Landis Rath), M. Ashley (Chadbourne) and A. Goldfarb regarding Noteholders' subpoena to Committee seeking shareholder information. |
| 05/02/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) regarding objections to trial exhibits. |
| 05/02/11 | 2.50 | Continued review of trial exhibits that are the subject of objections and analysis of which documents should be admitted for truth, not admitted for any purpose or admitted for limited purpose. |
| 05/02/11 | 0.10 | E-mail to counsel for DCL Plan Proponents regarding admission of trial exhibits. |
| 05/02/11 | 2.10 | Review and edit sections of DCL post-hearing brief. |
| 05/02/11 | 0.20 | Review Akin revisions to stipulation regarding objections to documents and deposition designations. |
| 05/03/11 | 0.70 | Participate in Committee professionals' call regarding status of bankruptcy and confirmation process. |
| 05/03/11 | 0.60 | Teleconference with H. Seife and A. Rosenblatt (Chadbourne) and A. Landis (Landis Rath) regarding notice to creditors of potential state law fraudulent conveyance claims. |
| 05/03/11 | 0.50 | Edit stipulation regarding treatment of documents and depositions and certification of counsel regarding same. |
| 05/03/11 | 0.30 | Review notice to creditors regarding state law fraudulent conveyance claims. |
| 05/03/11 | 2.10 | Review of further exhibits subject to objections. |
| 05/03/11 | 0.20 | Review/analyze D. Bradford (Jenner) proposal regarding Zell Rule 9011 motion. |
| 05/03/11 | 2.30 | Review/analyze additional portions of trial transcript relevant to post-hearing brief. |
| 05/04/11 | 0.50 | E-mail correspondence with D. Zensky and N. Chung (Akin) regarding issues on stipulation regarding documents and deposition designations. |

| | | |
|---|---|---|
| 05/04/11 | 0.60 | Final review of and edit stipulation regarding documents and deposition designations. |
| 05/04/11 | 3.40 | Review and edit DCL draft post-hearing brief. |
| 05/05/11 | 1.40 | Participate in conference call with counsel for DCL Plan Proponents re post-hearing brief. |
| 05/05/11 | 0.90 | Prepare for and participate in telephonic meeting of Creditors Committee. |
| 05/05/11 | 1.90 | Further review and editing of post-trial brief. |
| 05/05/11 | 0.30 | Finalize agreed order on documents and deposition designations. |
| 05/05/11 | 1.30 | Draft preliminary statement for post-hearing brief. |
| 05/05/11 | 0.50 | Teleconference with D. Golden and D. Zensky (Akin) and H. Neier (Friedman Kaplan) re subpoena seeking shareholder information. |
| 05/05/11 | 0.50 | Review shareholder confidentiality agreements and spreadsheet detailing shareholder information. |
| 05/05/11 | 0.80 | Review Beron and Tuliano trial testimony for use in editing post-hearing brief. |
| 05/06/11 | 1.10 | Review and comment on draft objections to Noteholders list and list of exhibits to be treated differently from agreed presumptions. |
| 05/06/11 | 2.80 | Draft/edit DCL post-hearing brief. |
| 05/06/11 | 1.90 | Further review of trial exhibits and deposition designations. |
| 05/07/11 | 0.80 | Edit preliminary statement for post-hearing brief. |
| 05/09/11 | 3.70 | Review and edit revised draft of post-hearing brief. |
| 05/09/11 | 0.50 | Participate in teleconference with counsel for other DCL Plan Proponents re post-hearing brief. |
| 05/09/11 | 0.80 | Edit motion for protective order re Aurelius subpoena to Committee and cover memo to go to parties that have provided information. |
| 05/09/11 | 0.30 | Teleconference with D. Golden and J. Goldsmith (Akin) and H. Neier and R. Lack (Friedman) and A. Goldfarb re motion for protective order concerning Aurelius subpoena to Committee. |
| 05/09/11 | 0.20 | Teleconference with A. Goldfarb re motion for protective order concerning Aurelius subpoena to Commiittee. |

| 05/09/11 | 1.20 | Review Noteholders' list of documents they want admitted for all purposes and exhibits in question. |
| 05/10/11 | 0.30 | Teleconferences with J. Bendernagel (Sidley) re issues on DCL post-hearing brief. |
| 05/10/11 | 5.10 | Review and edit multiple drafts of DCL post-hearing brief. |
| 05/10/11 | 1.30 | Work on outline for proposed findings of fact. |
| 05/11/11 | 4.50 | Review and edit multiple drafts of DCL post-hearing brief for filing. |
| 05/11/11 | 0.20 | Teleconference with E. Vonnegut (Davis Polk) re issues on DCL post-hearing brief. |
| 05/11/11 | 0.30 | Review revised confidentiality order drafted by counsel for Aurelius with respect to information from selling shareholders. |
| 05/11/11 | 0.20 | Review letter from Dechert (counsel to various selling shareholders) re Aurelius subpoena seeking information re selling shareholders. |
| 05/11/11 | 0.30 | Teleconferences with J. Bendernagel (Sidley) re issues on DCL post-hearing brief. |
| 05/11/11 | 0.20 | Teleconference with D. Golden and A. Qureshi (Akin) re issues on confidentiality relating to filing of post-hearing briefs. |
| 05/11/11 | 0.80 | Review Beron testimony and report in connection with final revisions to Beron section of DCL post-hearing brief. |
| 05/11/11 | 1.10 | Review third party complaint and identify potential amendments. |
| 05/12/11 | 4.30 | Review/analyze Noteholders' and Wilmington Trust's post-hearing briefs and third party letter briefs and identify key points for replies. |
| 05/12/11 | 0.40 | Teleconferences with J. Bendernagel (Sidley) re reply to Noteholders' post-hearing brief and third party letter briefs. |
| 05/12/11 | 0.50 | Teleconference with D. Golden and J. Goldsmith (Akin) and H. Neier (Friedman Kaplan) re Aurelius subpoena to Committee seeking information re selling shareholders and confidentiality restrictions. |
| 05/12/11 | 0.40 | Edit objection to Aurelius subpoena seeking information re selling shareholders from Committee. |
| 05/12/11 | 1.90 | Review key cases cited in Noteholders' and Wilmington Trust post-hearing briefs. |

| | | |
|---|---|---|
| 05/12/11 | 0.40 | Further review of information Committee obtained from selling shareholders responsive to Aurelius subpoena. |
| 05/13/11 | 1.40 | Draft/edit outline of post-hearing reply brief. |
| 05/13/11 | 1.00 | Prepare for and participate in teleconference with counsel for DCL Plan Proponents re post-hearing reply brief and responses to letter briefs. |
| 05/13/11 | 1.20 | Review letter briefs from third parties and draft outline for response. |
| 05/13/11 | 0.30 | Review and edit memorandum re Aurelius subpoena to parties that produced shareholder information. |
| 05/13/11 | 1.50 | Begin drafting sections of DCL post-hearing reply brief. |
| 05/16/11 | 0.50 | TC with counsel for Merrill Lynch and other DCL counsel re Merrill Lynch objections to DCL trial exhibits. |
| 05/16/11 | 0.70 | Teleconference with counsel for other DCL Proponents re objections to Noteholder trial exhibits. |
| 05/16/11 | 1.80 | Review Noteholders' arguments for admissibility of exhibits subject to hearsay objections and key exhibits. |
| 05/16/11 | 1.10 | Work on outline of key issues to cover in DCL proposed findings of fact. |
| 05/17/11 | 1.40 | Prepare for hearing on motion for protective order re selling shareholders by reviewing motion papers, opposition and relevant case law. |
| 05/17/11 | 0.70 | Participate in hearing re resolicitation and motion for protective order re selling shareholders. |
| 05/17/11 | 0.80 | Participate in conference call with counsel for DCL Proponents re objections to trial exhibits. |
| 05/17/11 | 0.80 | Prepare for conference call with DCL Proponents re trial exhibits by reviewing schedule of exhibits and objections and certain exhibits. |
| 05/17/11 | 0.60 | Revise introduction to post-hearing reply brief. |
| 05/17/11 | 0.30 | Teleconference with J. Bendernagel (Sidley) re introduction to post-hearing reply brief. |
| 05/18/11 | 1.20 | Draft/edit introduction to DCL reply brief. |
| 05/18/11 | 0.20 | Teleconference with J. Johnston (Dewey) re introduction to DCL reply brief. |
| 05/18/11 | 1.50 | Teleconference with counsel for Noteholders and counsel for DCL Proponents re objections to trial exhibits. |

| | | |
|---|---|---|
| 05/18/11 | 1.20 | Edit sections of post-hearing reply brief. |
| 05/18/11 | 1.40 | Further review of trial exhibits subject to objections. |
| 05/18/11 | 0.30 | Review draft presentation to Committee re confirmation hearing and next steps. |
| 05/18/11 | 1.40 | Draft sections of DCL proposed findings of fact. |
| 05/19/11 | 1.50 | Prepare for presentation to Creditors Committee re confirmation hearing while traveling to New York. |
| 05/19/11 | 3.70 | Participate in Creditors Committee meeting and give presentation re confirmation hearing. |
| 05/19/11 | 0.20 | Teleconference with K. Lantry (Sidley) re selling shareholder information. |
| 05/19/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) re issues on post-hearing reply brief. |
| 05/20/11 | 1.90 | Review and edit draft sections of post-hearing reply brief. |
| 05/20/11 | 0.30 | Teleconferences with J. Bendernagel (Sidley) re issues on draft sections of post-hearing reply brief. |
| 05/20/11 | 0.20 | Teleconference with H. Neier (Friedman Kaplan) re issues on Noteholders' state law suit. |
| 05/20/11 | 0.20 | Teleconference with A. Goldfarb re issues on Noteholders' state law suit. |
| 05/23/11 | 0.90 | Review draft DCL post-hearing reply brief and identify issues requiring revision. |
| 05/23/11 | 0.40 | Teleconference with counsel for DCL Proponents re draft post-hearing reply brief and next steps. |
| 05/23/11 | 1.80 | Review complete draft findings and conclusions (over 200 pages). |
| 05/23/11 | 0.40 | Review revised schedule of trial exhibits and objections thereto. |
| 05/23/11 | 2.10 | Revisions to proposed findings of fact and conclusions. |
| 05/24/11 | 0.20 | Teleconferences with J. Johnston and B. Bennett (Dewey) re draft findings and conclusions. |
| 05/24/11 | 0.20 | Teleconferences with M. Russano (Davis Polk) re draft findings and conclusions. |
| 05/24/11 | 0.60 | Participate in Committee professionals' weekly call re status of bankruptcy and confirmation proceedings. |

| 05/24/11 | 0.40 | Teleconference with T. McCormack and M. Ashley (Chadbourne) re issues on draft findings and conclusions. |
| 05/24/11 | 1.60 | Edit post-hearing reply brief. |
| 05/24/11 | 0.20 | E-mail to DCL Proponents' counsel re structuring closing arguments. |
| 05/24/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) re structuring closing arguments. |
| 05/24/11 | 2.10 | Further work revising proposed findings and conclusions. |
| 05/24/11 | 0.50 | Teleconference with counsel for DCL Proponents re revisions to proposed findings and conclusions. |
| 05/24/11 | 1.20 | Work on outline of closing argument. |
| 05/25/11 | 1.50 | Review and revise DCL draft post-hearing reply brief. |
| 05/25/11 | 2.50 | Review and work on revisions to DCL proposed findings and conclusions |
| 05/25/11 | 1.50 | Analyze relationship between state law constructive fraudulent conveyance claims brought by Noteholders and claims to be asserted by litigation trust and relevant case law. |
| 05/26/11 | 2.40 | Edit post-hearing reply brief. |
| 05/26/11 | 2.10 | Work on revisions to proposed findings and conclusions. |
| 05/26/11 | 0.50 | Review and comment on revisions to post-hearing reply brief from other DCL Proponent counsel. |
| 05/26/11 | 0.70 | Review key cases cited in draft reply brief. |
| 05/26/11 | 1.50 | Legal and factual research re potential revisions to third party adversary complaint. |
| 05/27/11 | 0.90 | Final review of post-hearing reply brief. |
| 05/27/11 | 0.20 | Telephone call with J. Bendernagel (Sidley) re issues on post-hearing reply brief. |
| 05/27/11 | 0.10 | Teleconference with E. Vonnegut (Davis Polk) re issues on post-hearing reply brief. |
| 05/27/11 | 0.20 | E-mail correspondence with counsel for DCL Plan Proponents re post-hearing reply brief issues. |
| 05/31/11 | 2.30 | Review and edit revised proposed findings and conclusions. |
| 05/31/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) re proposed findings and conclusions. |

| | | |
|---|---|---|
| 05/31/11 | 1.40 | Review Noteholders post-hearing reply brief and key cases and identify issues to address. |
| 05/31/11 | 1.80 | Begin identifying and outlining issues for closing arguments. |
| 05/31/11 | 0.20 | Edit modified appearance of counsel in third party adversary proceeding. |

**P. Andrew Torrez**

| | | |
|---|---|---|
| 05/02/11 | 0.50 | Conversations with A. Goldfarb regarding Rule 11 letters and status of litigation. |
| 05/02/11 | 3.80 | Review documents from Relativity database in connection with Zell Rule 11 letter. |
| 05/02/11 | 5.70 | Fact research and review documents from Relativity database in connection with Zell Rule 11 letter. |
| 05/02/11 | 1.20 | Revise memorandum re Zell Rule 11 letter. |
| 05/03/11 | 0.80 | Review signed orders regarding Zell Rule 11 letter. |
| 05/03/11 | 0.30 | Conversation with A. Goldfarb regarding status of litigation and Zell Rule 11 motion. |
| 05/03/11 | 0.30 | Review final memorandum regarding Zell Rule 11 letter. |
| 05/04/11 | 0.80 | Review correspondence including Creditors' Committee agenda, status report and memorandum regarding proposed settlement. |
| 05/12/11 | 1.30 | Review filings including UCC motion for protective order and 05/06/11 order granting Zell leave to file reply brief in support of Rule 11 motion. |
| 05/13/11 | 0.60 | Review filings including proofs of claim and scheduling order. |
| 05/17/11 | 0.90 | Review pleadings, including Aurelius response to UCC motion for protective order and exhibits. |
| 05/19/11 | 1.40 | Review post-confirmation hearing brief of Wilmington Trust regarding PHONES debentures. |
| 05/20/11 | 2.30 | Review post-confirmation hearing briefs of Noteholder Plan Proponents, Parts 1 and 2. |
| 05/23/11 | 1.00 | Review pleadings, including Zell Rule 11 Reply brief. |
| 05/23/11 | 3.80 | Review and draft memorandum regarding DCL draft post-trial reply brief in support of confirmation of second amended joint plan of reorganization. |

| 05/24/11 | 0.90 | Review correspondence and pleadings, including Noteholder Plan Proponents' letter to Judge Carey regarding Rule 11 issues. |
| 05/26/11 | 0.60 | Review correspondence, including notice of revised agenda, status report and Chadbourne & Parke letter to Court. |

**Andrew N. Goldfarb**

| 05/02/11 | 0.20 | E-mails with Korein & Tillery regarding seating Committee subpoena to M&I Bank. |
| 05/02/11 | 0.50 | Coordinate preparation of subpoena for M&I Bank re shareholder discovery. |
| 05/02/11 | 0.50 | Review research service of defendants with unknown addresses. |
| 05/02/11 | 0.20 | Confer with Jeanne Faubell (e-mail and phone) regarding address search. |
| 05/02/11 | 0.10 | E-mail K. Lantry (Sidley) regarding providing information to Jay Teitelbaum. |
| 05/02/11 | 0.30 | Review confidentiality of shareholders information received from Debtors. |
| 05/02/11 | 0.50 | Telephone call with J. Sottile and D. Rath and A. Landis (LRC) regarding Aurelius Rule 2004 request. |
| 05/02/11 | 0.40 | Document research regarding same Aurelius Rule 2004 request. |
| 05/02/11 | 0.10 | Communications with Chadbourne & Parke regarding provision of shareholder information to Aurelius by Debtors. |
| 05/02/11 | 0.40 | Make further revisions to memorandum regarding Zell Rule 11 letter. |
| 05/03/11 | 0.60 | Participate in Committee professionals' call regarding status of bankruptcy and confirmation proceedings. |
| 05/03/11 | 0.10 | Participate in conferance with Andrew Caridas regarding service and shareholder discovery projects. |
| 05/03/11 | 0.20 | Telephone call with M. Cogen (DPW) regarding JPM shareholder discovery. |
| 05/03/11 | 0.20 | Telephone call with David Rosenzweig (Fulbright) regarding Northern Trust shareholder discovery. |
| 05/03/11 | 0.20 | Review and e-mail to Andrew Oettinger re Committee's subpoena to M&I Bank re shareholder discovery. |

| | | |
|---|---|---|
| 05/03/11 | 1.10 | Revise and send Zell memorandum to James Sottile. |
| 05/03/11 | 0.10 | Review Zell proposal on Rule 9011 motion. |
| 05/03/11 | 0.10 | E-mail analysis of Rule 9011 motion to Chadbourne & Parke and LRC. |
| 05/03/11 | 0.40 | Review and revise LRC notice of appearance regarding Goldman entities in third party action. |
| 05/03/11 | 0.30 | Confer with Lisa Medoro and Jeanne Faubell regarding service project. |
| 05/03/11 | 0.40 | Review status of shareholder discovery and outstanding necessary follow-up. |
| 05/04/11 | 0.30 | Confer with A. Caridas regarding lender service issues and Beron section of draft DCL brief. |
| 05/04/11 | 0.60 | Redline Beron section of consolidated draft DCL brief. |
| 05/04/11 | 3.00 | Review draft consolidated brief. |
| 05/04/11 | 0.10 | Telephone call with Nomura (Tribune LBO lender) regarding status of case. |
| 05/04/11 | 0.20 | Review and revise service lists. |
| 05/04/11 | 0.10 | Review draft COS for lender service and filing project. |
| 05/04/11 | 0.40 | Revise/edit COS and stipulated order on exhibits and deposition designations. |
| 05/04/11 | 0.20 | E-mails to Akin regarding stipulated order on exhibits and deposition designations. |
| 05/04/11 | 0.20 | E-mails with James Sottile and LRC regarding filing issues. |
| 05/04/11 | 1.00 | Review Chadbourne & Parke e-mail regarding trial exhibits and related DCL exhibits. |
| 05/05/11 | 1.50 | Review draft DCL brief. |
| 05/05/11 | 1.20 | Confer with J. Sottile and Akin via email regarding exhibit stipulation. |
| 05/05/11 | 0.60 | Coordinate finalizing and filing of revised stipulation re exhibits and deposition designations. |
| 05/05/11 | 1.40 | Review DCL exhibits revised list. |
| 05/05/11 | 0.10 | Email LRC regarding changes to stipulations for filing. |
| 05/05/11 | 0.80 | Emails with Chadbourne & Parke regarding review of hearing exhibits. |

| | | |
|---|---|---|
| 05/05/11 | 0.50 | Call with Akin and J. Sottile regarding shareholder discovery. |
| 05/05/11 | 0.10 | Email Akin regarding confidentiality agreement in connection with shareholder discovery. |
| 05/05/11 | 0.10 | Email K. Lantry (Sidley) regarding shareholder data. |
| 05/05/11 | 0.40 | Review J. Bendernagel comments to objections to NPP exhibits. |
| 05/05/11 | 0.10 | Email J. Sottile regarding LRC comments on Aurelius subpoena. |
| 05/05/11 | 0.20 | Confer with A. Caridas about post-trial brief projects and service issues. |
| 05/05/11 | 0.40 | Review and coordinate to lender complaint summonses and service. |
| 05/06/11 | 0.30 | Meet with J. Sottile and A. Caridas regarding Beron insert and other draft brief revisions. |
| 05/06/11 | 0.30 | Confer with A. Caridas regarding Beron insert redraft. |
| 05/06/11 | 1.20 | Revise draft protective order motion for Rule 2004 request from Aurelius. |
| 05/06/11 | 0.20 | Emails with M. Roitman (C&P) regarding posting draft brief to Intralinks. |
| 05/06/11 | 0.20 | Call with T. McCormack (C&P) regarding draft motion. |
| 05/06/11 | 0.50 | Send shareholder discovery information to Aurelius's counsel. |
| 05/06/11 | 0.30 | Call with J. Sottile and LRC regarding draft brief. |
| 05/06/11 | 2.50 | Review, redline, and circulate draft DCL brief. |
| 05/06/11 | 0.30 | Call and emails with A. Nellos (C&P) regarding exhibits. |
| 05/06/11 | 0.20 | Analyze DCL Proponents' comments to Committee input on DCL trial exhibits. |
| 05/07/11 | 2.00 | Revise Beron section of brief, including review of proposed edits to that section by DPW. |
| 05/07/11 | 0.40 | Review subsequent DPW redline of Beron section. |
| 05/07/11 | 0.20 | Emails to J. Johnston (Dewey) and Zuckerman Spaeder team regarding Beron section of post-trial brief. |
| 05/07/11 | 1.40 | Review and redline draft of preliminary statement to post-trial brief. |
| 05/08/11 | 1.40 | Draft cover memorandum for Rule 26(c) motion and mailing to parties with shareholder information. |

| | | |
|---|---|---|
| 05/09/11 | 0.30 | Call with J. Sottile and Aurelius counsel (Akin and Friedman Kaplan) regarding confidentiality issues. |
| 05/09/11 | 0.30 | Calls with J. Green (LRC) regarding Rule 26(c) motion. |
| 05/09/11 | 0.30 | Emails with J. Green (LRC) regarding changes to Rule 26(c) motion. |
| 05/09/11 | 0.70 | Review draft of Rule 26(c) motion, order, and cover memo. |
| 05/09/11 | 0.30 | Emails and voicemails to D. Zensky and J. Goldsmith (Akin) and H. Neier (Friedman Kaplan) over Rule 26(c) filing and timing. |
| 05/09/11 | 1.20 | Analyze and review Exhibit A to third party complaint. |
| 05/09/11 | 0.40 | Create spreadsheet for Noteholders in connection with state law claims. |
| 05/09/11 | 0.30 | Email to D. Zensky (Akin) and H. Neier (Friedman Kaplan) regarding Exhibit A information. |
| 05/09/11 | 0.30 | Review latest draft of post-trial brief. |
| 05/09/11 | 0.10 | Email J. Sottile regarding Beron section of draft post-trial brief. |
| 05/10/11 | 0.50 | Review redline section in post-trial brief regarding Beron from DPW. |
| 05/10/11 | 2.00 | Edit cites for Beron section of post-trial brief. |
| 05/10/11 | 0.30 | Confer with A. Caridas regarding lender complaint service issues and post-trial brief. |
| 05/10/11 | 1.00 | Review draft post-trial brief. |
| 05/10/11 | 0.70 | Participate in weekly Committee professionals' call re status of bankruptcy and confirmation proceedings. |
| 05/10/11 | 0.30 | Send UCC Rule 26(c) motion to various counsel for subpoenaed parties. |
| 05/10/11 | 0.10 | Initial review of Aurelius changes to confidentiality agreement. |
| 05/10/11 | 0.30 | Email Country Club Trust Co. (LBO lender) regarding case status. |
| 05/10/11 | 0.10 | Email Sidley regarding post trial brief. |
| 05/10/11 | 0.20 | Review D. LeMay (C&P) revised preliminary statement in post-trial brief. |
| 05/10/11 | 0.10 | Email docketing department regarding scheduling of omnibus hearings, tolling agreements. |

| | | |
|---|---|---|
| 05/10/11 | 0.10 | Email J. Nace (ZS) regarding Highland Capital (LBO lender) and conflict question. |
| 05/11/11 | 3.00 | Review and revise drafts of DCL post-trial brief. |
| 05/11/11 | 0.30 | Confer with James Sottile regarding drafts of post-trial DCL brief. |
| 05/11/11 | 0.30 | Send and review e-mails with M. Walker (Sidley) regarding Beron section of post-trial brief. |
| 05/11/11 | 0.20 | Review Akin's proposed revisions to confidentiality terms to govern Committee's subpoena response. |
| 05/11/11 | 0.20 | Review and send e-mails to LRC regarding analysis of Akin revisions to confidentiality terms. |
| 05/11/11 | 0.20 | Review N. Dodds (Dechert) letter regarding notice of Aurelius subpoena. |
| 05/11/11 | 1.00 | Draft response to N. Dodds (Dechert) letter. |
| 05/12/11 | 0.90 | Draft objections to Aurelius subpoena to Committee. |
| 05/12/11 | 0.10 | E-mail subpoena letter objection to Akin Gump. |
| 05/12/11 | 0.50 | Telephone call with J. Sottile and Aurelius counsel (Akin and Friedman Kaplan) regarding protective order motion. |
| 05/12/11 | 0.10 | E-mail to Aurelius counsel (D. Zensky, J. Goldsmith at Akin) regarding terms of confidentiality in connection with subpoena. |
| 05/12/11 | 0.10 | E-mails to Aurelius counsel (Akin and Freidman Kaplan) in follow up to call regarding protective order motion. |
| 05/12/11 | 0.10 | E-mail A. Landis and D. Rath (LRC) regarding call with Aurelius counsel on protective order motion. |
| 05/12/11 | 1.00 | Draft second memorandum to parties subpoened by Committee regarding Aurelius subpoena for shareholder information. |
| 05/12/11 | 0.60 | Revise, finalize, and send response letter to N. Dodds (Dechert) correspondence re Aurelius subpoena. |
| 05/12/11 | 0.50 | Telephone call with J. Sottile and LRC to discuss strategy on protective order. |
| 05/12/11 | 0.10 | Telephone call with J. Drayton (Kaye Scholer) regarding Aurelius subpoena and UCC protective order motion. |
| 05/12/11 | 0.20 | Confer with A. Caridas regarding lender complaint service and other case matters. |

| 05/13/11 | 1.00 | Participate in DCL group call regarding reply brief assignments and strategy. |
|----------|------|-------------------------------------------------------------------------------|
| 05/13/11 | 0.20 | Review Akin revisions to confidentiality terms in connection with Aurelius subpoena. |
| 05/13/11 | 0.10 | Send Akin redline of proposed revisions to confidentiality agreement. |
| 05/13/11 | 0.30 | Telephone calls with J. Green (LRC) regarding logistics of mailing, to parties subpoenaed by Committee follow up re same. |
| 05/13/11 | 0.30 | Edit and finalize memorandum to shareholder discovery producing parties. |
| 05/13/11 | 0.10 | Telephone call with J. Goldsmith (Akin) regarding confidentiality terms. |
| 05/13/11 | 0.50 | Review and analyze NPP brief section on Beron. |
| 05/13/11 | 0.10 | Confer with J. Sottile regarding various matters on protective order and DCL reply brief. |
| 05/13/11 | 0.30 | Coordinate preparation of materials for Sottile oral argument at 5/18 hearing. |
| 05/13/11 | 0.50 | Review and identify materials for Chadbourne & Parke regarding Samuel Zell in response to request. |
| 05/13/11 | 0.80 | Review and conduct document research in connection with Morgan Stanley letter regarding DCL trial exhibits. |
| 05/13/11 | 0.40 | Telephone calls and e-mails, including with Katten Muchin, regarding shareholder discovery and Aurelius SLCFC claims. |
| 05/13/11 | 0.20 | Send materials to counsel for certain shareholder discovery targets. |
| 05/13/11 | 0.40 | E-mails and calls with J. Green and D. Rath (LRC) regarding shareholder discovery issues. |
| 05/16/11 | 0.50 | Coordinate revisions to proposed confidentiality agreement with Aurelius. |
| 05/16/11 | 0.20 | E-mail to J. Drayton (Kaye Scholer) regarding confidentiality agreement. |
| 05/16/11 | 0.10 | Telephone call with J. Goldsmith (Akin) regarding Merrill Lynch comments to confidentiality agreement. |
| 05/16/11 | 0.30 | Exchange e-mails with M&I Bank counsel (A. Oettinger) regarding subpoena for shareholder information. |
| 05/16/11 | 0.20 | Review objections to UCC protective order motion. |

| | | |
|---|---|---|
| 05/16/11 | 0.30 | E-mail analysis of objection to protective order motion to LRC and ZS. |
| 05/16/11 | 0.30 | Review latest Tribune filings. |
| 05/16/11 | 2.00 | Draft and revise Beron insert for DCL Reply. |
| 05/17/11 | 2.40 | Revise Beron reply section. |
| 05/17/11 | 1.50 | Legal research in connection with Beron reply insert. |
| 05/17/11 | 1.00 | Participate in DCL call regarding exhibits. |
| 05/17/11 | 0.70 | Participate in Committee weekly professionals' call re status of bankruptcy and confirmation proceedings. |
| 05/17/11 | 0.10 | Email A. Rosenblatt (C&P) regarding Jay Teitelbaum (Retirees' counsel) request. |
| 05/17/11 | 0.20 | Email J. Teitelbaum (Retirees' counsel) regarding request for shareholder information. |
| 05/17/11 | 0.70 | Attend telephonic court hearing on protective order motion re Aurelius subpoena. |
| 05/17/11 | 0.10 | Email D. Zensky and J. Goldsmith (Akin) regarding protective order and confidentiality agreement. |
| 05/17/11 | 0.20 | Confer with A. Caridas regarding lender complaint service, Beron insert. |
| 05/17/11 | 0.10 | Email J. Sottile regarding class allegations in third party complaint. |
| 05/17/11 | 0.20 | Review Chadbourne & Parke research on class action issues. |
| 05/17/11 | 0.10 | Review final revised confidentiality agreement with Akin. |
| 05/17/11 | 0.10 | Email J. Sottile and LRC regarding analysis of revised confidentiality agreement. |
| 05/17/11 | 0.60 | Draft third memorandum from Committee to subpoenaed parties. |
| 05/18/11 | 0.10 | Call with counsel for Northern Trust (Fulbright) regarding shareholder discovery. |
| 05/18/11 | 0.60 | Revise protective order and confidentiality agreements with Akin. |
| 05/18/11 | 0.30 | Emails with J. Goldsmith (Akin) regarding confidentiality agreements. |
| 05/18/11 | 0.10 | Calls with D. Rath (LRC) regarding protective order issues. |

| | | |
|---|---|---|
| 05/18/11 | 2.50 | Revise Beron insert to DCL Reply, including review of J. Sottile comments. |
| 05/18/11 | 0.70 | Legal research for Beron insert to DCL reply. |
| 05/18/11 | 0.30 | Confer with A. Caridas regarding lender complaint service issues and Beron insert to DCL reply. |
| 05/18/11 | 0.20 | Calls with D. Litvak (Weil Gotchal) regarding Morgan Stanley documents. |
| 05/18/11 | 0.40 | Respond to email from D. Rosenzweig (Northern Trust counsel) re shareholder discovery. |
| 05/18/11 | 0.20 | Review/finalize third memorandum to shareholder discovery producing parties. |
| 05/19/11 | 1.00 | Telephone call with J. Green and D. Rath (LRC) regarding various case matters, including production to Aurelius. |
| 05/19/11 | 0.10 | Follow up to call with J. Green (LRC) regarding Committee production to Aurelius. |
| 05/19/11 | 2.00 | Review and redline drafts of inserts for DCL reply brief. |
| 05/19/11 | 0.10 | E-mail to Jay Teitelbaum regarding subpoena production timing. |
| 05/19/11 | 0.40 | Review DCL draft of letter brief response. |
| 05/19/11 | 0.20 | Review J. Johnston (Dewey) redline of Beron reply insert. |
| 05/19/11 | 0.20 | Telephone call with David Rosenzweig (Northern Trust counsel) regarding shareholder discovery. |
| 05/19/11 | 0.20 | Review subpoena and e-mail from A. Oettinger (M&I counsel) regarding same. |
| 05/20/11 | 2.10 | Review and redline draft DCL reply inserts. |
| 05/20/11 | 0.20 | Confer with J. Green regarding Committee production to Aurelius. |
| 05/20/11 | 0.70 | Produce materials to Aurelius and Tribune retirees regarding subpoena. |
| 05/20/11 | 0.20 | Coordinate confidentiality agreement activity with J. Goldsmith (Akin). |
| 05/20/11 | 0.20 | E-mail LRC and J. Sottile regarding timing of extension to stay period. |
| 05/20/11 | 0.40 | Research and respond to request from Fried Frank regarding Safra and other potential parties. |

| | | |
|---|---|---|
| 05/20/11 | 0.20 | Telephone call and follow-up e-mail with K. Lantry (Sidley) regarding shareholder discovery. |
| 05/22/11 | 2.30 | Review shareholder discovery responses in preparation for production of documents to Aurelius. |
| 05/22/11 | 0.40 | Review sections of revised DCL reply brief. |
| 05/23/11 | 2.00 | Review shareholder discovery regarding response to Aurelius subpoena. |
| 05/23/11 | 0.10 | Call with H. Neier (Freidman Kaplan) regarding Aurelius subpoena. |
| 05/23/11 | 1.20 | Review and redline DCL reply brief. |
| 05/23/11 | 0.20 | Internal emails regarding filing requirements for summonses. |
| 05/23/11 | 0.10 | Emails with J. Green (LRC) regarding shareholder discovery production. |
| 05/23/11 | 0.10 | Review LRC draft of motion to extend 6/15 termination event. |
| 05/24/11 | 0.80 | Participate in weekly Committee professionals' call re bankruptcy and confirmation proceedings. |
| 05/24/11 | 0.60 | Review draft of DCL proposed findings. |
| 05/24/11 | 0.50 | Revise confidentiality agreement for Jay Teitelbaum/retirees. |
| 05/24/11 | 0.20 | Review Exhibit A spreadsheet to third party complaint in preparation for production to Aurelius. |
| 05/24/11 | 0.20 | Confer with Jim Green (LRC) regarding Exhibit A spreadsheet. |
| 05/24/11 | 1.00 | Prepare Exhibit A production, including cover e-mail to Akin and Friedman Kaplan. |
| 05/24/11 | 0.60 | DCL group call regarding proposed findings and conclusions. |
| 05/24/11 | 0.60 | Telephone call with J. Green (LRC) regarding shareholder discovery and complaint service issues. |
| 05/25/11 | 0.60 | Review DCL reply drafts. |
| 05/25/11 | 0.30 | Telephone call with D. Rath (LRC) regarding Tribune subpoena. |
| 05/25/11 | 2.30 | Coordinate delivery of materials to Aurelius and Jay Teitelbaum, including numerous calls and e-mails with LRC. |
| 05/25/11 | 0.20 | Draft and send production e-mail regarding FTP site to Aurelius' and retirees' counsel. |

| | | |
|---|---|---|
| 05/25/11 | 0.20 | Confer with L. Medoro and A. Caridas regarding lender complaint service/filing. |
| 05/25/11 | 0.20 | Confer with A. Caridas regarding case matters, 5/25 court hearing. |
| 05/25/11 | 0.30 | Draft and send subpoena objection letter to J. Teitelbaum. |
| 05/25/11 | 0.20 | Review and edit confidentiality agreement revisions from LRC. |
| 05/25/11 | 0.20 | Discuss shareholder discovery confidentiality agreements with J. Green (LRC) via e-mail and phone. |
| 05/25/11 | 1.00 | Research shareholder information for e-mail to Aurelius counsel regarding questions. |
| 05/25/11 | 0.10 | Telephone call with D. Loss (DPW) regarding revision to DCL reply. |
| 05/25/11 | 0.40 | Legal research for e-mail response to Dan Loss (DPW). |
| 05/25/11 | 0.20 | Telephone call with H. Neier (Friedman Kaplan) regarding issues with UCC production in response to Aurelius subpoena. |
| 05/26/11 | 2.40 | Review numerous drafts and redlines of DCL reply brief. |
| 05/26/11 | 0.10 | Confer with J. Sottile regarding Sidley subpoena to UCC. |
| 05/26/11 | 0.20 | Telephone call with D. Rath (LRC) regarding Sidley subpoena. |
| 05/26/11 | 0.30 | Telephone call and e-mails with K. Lantry regarding Sidley subpoena. |
| 05/26/11 | 0.30 | Produce materials to Sidley per subpoena to Committee. |
| 05/26/11 | 0.20 | Review proposed confidentiality agreement for shareholder production. |
| 05/26/11 | 0.20 | E-mail J. Green (LRC) regarding revisions to confidentiality agreement. |
| 05/26/11 | 0.10 | Review draft pleadings on extension of stay. |
| 05/26/11 | 0.10 | Review transcript from 5/25 hearing. |
| 05/26/11 | 0.30 | Respond to H. Neier (Friedman Kaplan) question regarding shareholder discovery materials. |
| 05/26/11 | 0.10 | E-mail M&I Bank counsel (A. Oettinger) regarding shareholder discovery. |
| 05/26/11 | 0.20 | Coordinate filing of lender complaint summonses. |

July 14, 2011                                                                                       Page 20

| 05/27/11 | 0.80 | Review and redline near-final drafts of DCL reply brief. |
| 05/27/11 | 0.10 | Speak with D. Gillig regarding lender complaint summons filing project. |
| 05/27/11 | 0.20 | E-mail A. Caridas and L. Medoro regarding lender complaint and summons filing project. |
| 05/27/11 | 0.10 | E-mail response to A. Oettinger (M&I Bank counsel) regarding M&I shareholder discovery. |
| 05/27/11 | 0.20 | Review and execute confidentiality agreements for shareholder discovery. |
| 05/27/11 | 0.40 | Prepare and e-mail letter objection to Sidley subpoena. |
| 05/27/11 | 0.10 | Execute and e-mail confidentiality agreement with Sidley. |
| 05/27/11 | 0.10 | Confer with J. Sottile regarding DCL reply. |
| 05/30/11 | 0.30 | Research and e-mail response to Aurelius counsel regarding Eagle New Media Investments. |
| 05/30/11 | 0.10 | Research for lender action service filing project. |
| 05/31/11 | 0.30 | Initial review of NPP reply brief. |
| 05/31/11 | 0.50 | Draft notice of appearance for SVG and ZS modification. |
| 05/31/11 | 0.10 | Meeting with A. Caridas regarding filing of lender complaint summonses. |
| 05/31/11 | 0.20 | Telephone call with Viktor at filing service regarding lender complaint summonses. |
| 05/31/11 | 0.20 | Respond to e-mails from Viktor filing service regarding lender complaint summonses. |
| 05/31/11 | 1.40 | Draft side letter to Sidley regarding confidentiality issues arising out of subpoena to Committee. |

Thomas G. Macauley

| 05/04/11 | 0.10 | Review post-confirmation briefing schedule. |
| 05/07/11 | 0.20 | Analyze issues regarding filing of summonses. |
| 05/16/11 | 0.20 | Speak with Z. Brez at Ropes Gray regarding served proposal to address Aurelius motion. |

Graeme W. Bush

| 05/04/11 | 0.20 | E-mails with Chadbourne & Parke regarding UCC meeting. |
| 05/05/11 | 0.30 | Confer with J. Sottile regarding status of briefing and UCC call. |

| | | |
|---|---|---|
| 05/10/11 | 0.60 | Participate in weekly UCC professionals' meeting. |
| 05/10/11 | 0.10 | E-mail with J. Sottile and F. Panchak (LRC) regarding expert retention approval. |
| 05/11/11 | 0.30 | E-mails with DCL proponents regarding edits to brief. |
| 05/12/11 | 0.30 | E-mails with J. Sottile and DCL plan proponents regarding telephone conference to discuss reply briefing. |
| 05/13/11 | 0.30 | Confer with J. Sottile regarding status of briefing, UCC meeting, and procedural matters. |
| 05/17/11 | 0.20 | E-mails with Messrs. Goldfarb, Sottile and Landis (LRC) regarding confidentiality order. |
| 05/17/11 | 0.70 | Participate in weekly UCC professionals' telephone conference. |
| 05/17/11 | 0.20 | E-mails with Messrs. Goldfarb and Sottile regarding Tribune court hearing. |
| 05/17/11 | 0.40 | Review and analyze e-mails with DCL proponents regarding order on discovery motions. |
| 05/18/11 | 1.80 | Review and analyze e-mails with proponents regarding DCL confirmation reply. |
| 05/18/11 | 0.20 | E-mails with Messrs. Goldfarb and Sottile regarding potential Committee document productions to Aurelius and court order. |
| 05/19/11 | 4.10 | Attend UCC meeting. |
| 05/19/11 | 0.40 | Review presentations and discuss with J. Sottile in preparation for UCC meeting. |
| 05/19/11 | 0.60 | Review e-mails and drafts of post-confirmation reply brief for DCL proponents. |
| 05/20/11 | 0.60 | Review e-mails and drafts of post-confirmation reply brief for DCL proponents. |
| 05/23/11 | 0.20 | Review omnibus hearing schedules. |
| 05/23/11 | 0.70 | Review e-mails and attached drafts of reply briefs from DCL proponents. |
| 05/24/11 | 0.30 | E-mails with J. Sottile and DCL proponents regarding omnibus hearing and issues regarding briefing and argument. |
| 05/25/11 | 0.30 | E-mails with DCL proponents regarding confirmation briefing drafts. |

Andrew Caridas

| | | |
|---|---|---|
| 05/02/11 | 1.20 | Prepare subpoenas relating to shareholder discovery. |
| 05/03/11 | 0.70 | Prepare subpoenas relating to shareholder discovery. |
| 05/04/11 | 2.70 | Begin review of DCL post-trial brief draft. |
| 05/04/11 | 1.20 | Prepare service certificates for lender complaint. |
| 05/04/11 | 0.70 | Confer (in person and via phone and e-mail) with A. Goldfarb regarding same. |
| 05/05/11 | 1.70 | Prepare for and participate in drafting call with DCL Proponents' counsel. |
| 05/05/11 | 6.60 | Continue to review and edit DCL post-trial brief draft in preparation for drafting call. |
| 05/05/11 | 0.80 | Confer with internal ZS team regarding service issues for lender complaint. |
| 05/06/11 | 6.20 | Revise DCL post-trial brief. |
| 05/06/11 | 0.80 | Confer with J. Sottile and A. Goldfarb regarding post-trial brief, service, discovery. |
| 05/06/11 | 0.50 | Calls to court clerk regarding service of lender complaint. |
| 05/07/11 | 0.40 | Confer (via e-mail) with J. Sottile and A. Goldfarb regarding post-hearing brief section revisions. |
| 05/08/11 | 1.20 | Begin review of DCL draft post-hearing brief revisions. |
| 05/09/11 | 1.80 | Continue review of DCL post-hearing brief draft in preparation for status call. |
| 05/09/11 | 0.40 | Participate in DCL post-hearing brief status call. |
| 05/09/11 | 0.80 | Revise post-trial brief draft and recirculate. |
| 05/13/11 | 3.40 | Review Noteholder Plan Proponents' post-trial brief. |
| 05/13/11 | 0.70 | Contact clerk of court regarding certificate of service issue for lender complaint. |
| 05/13/11 | 0.30 | Confer with A. Goldfarb regarding certificate of service issue. |
| 05/16/11 | 0.70 | Respond to inquiry from LBO lender defendant. |
| 05/16/11 | 0.50 | Correspond with court regarding certificate of service filing issue for lender action. |
| 05/17/11 | 0.60 | Correspond with court regarding certificate of service filing issue for lender action. |
| 05/18/11 | 1.20 | Organize certificate of service filings in light of correspondence with court clerk. |

July 14, 2011

| 05/18/11 | 0.80 | Review Noteholder Plan Proponents' post-trial brief. |
| 05/18/11 | 0.60 | Revise DCL post-trial brief section. |
| 05/18/11 | 0.30 | Correspond with court regarding certificate of service filing issue. |
| 05/18/11 | 0.80 | Confer with A. Goldfarb and J. Green (LRC) regarding certificate of service filing issue. |
| 05/19/11 | 0.90 | Communications with court clerk, A. Goldfarb and J. Green (LRC) regarding service issue. |
| 05/19/11 | 1.70 | Review and edit draft section of DCL post-trial reply brief. |
| 05/20/11 | 0.40 | Confer with A. Goldfarb regarding response to Aurelius document request. |
| 05/20/11 | 1.40 | Review DCL post-trial reply brief section drafts. |
| 05/23/11 | 2.40 | Review responses to shareholder discovery subpoenas issued by Committee. |
| 05/25/11 | 2.30 | Review recent correspondence relating to shareholder discovery and update tracking spreadsheet accordingly. |
| 05/31/11 | 0.50 | Handle certificate filing issue in connection with lender complaint. |

Benjamin S. Barlow

| 05/04/11 | 9.00 | Prepare return certificates for lender action summons mailing. |
| 05/05/11 | 1.00 | Review spreadsheet of mailing information and labels provided for summons mailing. |
| 05/05/11 | 2.50 | Prepare labels and envelopes for lender action summons mailing. |
| 05/09/11 | 8.50 | Assemble summons envelopes for mailing. |
| 05/10/11 | 11.00 | Prepare summons packets for lender action mailing. |
| 05/11/11 | 8.50 | Prepare summons packets for lender action mailing and review completed spreadsheet. |

Lisa Medoro

| 05/01/11 | 2.50 | Prepare, edit and revise certificates of service for lender action defendants. |
| 05/02/11 | 0.70 | Create and prepare labels for service mailing to lender defendants . |

| 05/02/11 | 4.30 | Continue to prepare certificates of service for lender defendants. |
| 05/03/11 | 0.40 | Confer with A. Goldfarb regarding filing of certificates of service for service of lender complaint. |
| 05/03/11 | 2.20 | Continue to prepare certificates of service for lender defendants that accepted service of process. |
| 05/03/11 | 0.50 | Create and prepare labels for service mailing to lender defendants. |
| 05/09/11 | 0.20 | Print and prepare summonses for the same. |
| 05/09/11 | 0.30 | Edit and revise lender action service spreadsheet. |
| 05/09/11 | 1.30 | Prepare and organize labels for mailing of complaint and attachments to lender defendants. |
| 05/12/11 | 2.40 | Prepare summonses to lender defendants for service of complaint. |
| 05/13/11 | 1.40 | Prepare packages to includes the same with complaint for delivery to lenders. |
| 05/13/11 | 0.60 | Prepare summonses to lender defendants for service of complaint. |
| 05/16/11 | 2.80 | Create list of lender defendants mailed and served complaint and summons in April 2011. |
| 05/16/11 | 0.60 | Prepare summonses for complaint packages mailed to lender defendants on May 13, 2011. |
| 05/16/11 | 0.70 | Edit and revise lender complaint tracking spreadsheet. |
| 05/16/11 | 0.50 | Review and analyze e-mail and underlying information from A. Goldfarb regarding Highland and Goldman Sachs lenders and service of complaint for the same. |
| 05/16/11 | 0.10 | E-mail correspondence with A. Goldfarb regarding the same. |
| 05/17/11 | 0.20 | Edit and revise master lender action service list. |
| 05/17/11 | 0.30 | E-mail correspondence with A. Caridas regarding preparation of lists of lender defendants served and summonses relating to the same. |
| 05/18/11 | 3.60 | Prepare certificates of service exhibits to include lists of defendant lenders served and summonses for the same. |
| 05/18/11 | 0.20 | Confer with A. Caridas regarding certificates of service and the filing of the same for lender defendants. |

July 14, 2011                                                                    Page 25

| 05/19/11 | 0.50 | Edit and revise complaint service spreadsheet to reflect the same. |
| 05/19/11 | 2.70 | Continue to prepare certificates of service and summonses for the same for lender defendants served. |
| 05/19/11 | 0.20 | Review return receipts received and complaints returned as non-deliverable. |
| 05/20/11 | 4.80 | Continue to prepare and organize individual certificates of service for lender defendants served in February, March and April 2011. |
| 05/20/11 | 2.20 | Edit and revise master lender action service spreadsheet to reflect same. |
| 05/20/11 | 0.20 | Review spreadsheets with addresses for lender defendants. |
| 05/20/11 | 0.10 | E-mail correspondence with A. Goldfarb and A. Caridas regarding e-filing of certificates of service and summonses of the same in lender action. |
| 05/23/11 | 0.80 | Review return receipts received and complaints returned as non-deliverable and edit and revise records to reflect the same. |
| 05/23/11 | 0.90 | Continue to prepare certificates of service and summonses for the same for lenders served. |
| 05/24/11 | 0.10 | E-mail correspondence with D. Gillig regarding e-filing lender summones with Virtual Docket. |
| 05/24/11 | 0.40 | Organize and prepare individual certificates of service and summonses to be filed electronically in lender action. |
| 05/25/11 | 0.40 | Meet with A. Goldfarb and A. Caridas regarding the same. |
| 05/25/11 | 3.80 | Finalize certificates of service and summonses for filing in lender action. |
| 05/26/11 | 0.20 | Edit and revise lender complaint service spreadsheet. |
| 05/26/11 | 0.20 | Prepare and organize certificates of service and summonses for vendor to prepare for filing in lender action. |
| 05/26/11 | 0.10 | Confer with vendor regarding the same. |
| 05/26/11 | 0.10 | Finalize individual certificates of service and summonses for delivery and filing in lender action. |
| 05/31/11 | 0.10 | E-mail the same to Virtual Docket. |
| 05/31/11 | 0.40 | Meet with A. Goldfarb and A. Caridas for teleconference with Virtual Docket regarding filing of summonses and certificates of service. |

July 14, 2011                                                                              Page 26

05/31/11          3.00   Prepare spreadsheet relating to summonses being filed in
                         lender action.

**Afton B. Hodge**

05/25/11          0.80   Date certificates of service for service for defendant lender
                         summonses.

**Kimberley Wilson**

05/05/11          0.50   Work on the Tribune lender defendant address project.

05/09/11          4.50   Find addresses of lender defendants for the Tribune project.

05/10/11          5.00   Search for company addresses of defendants for the Tribune
                         project.

05/11/11          4.00   Find addresses for defendants to be served in the Tribune
                         lender action.

**Jeanne Trahan Faubell**

05/03/11          2.80   Research using multiple sources to locate physical address or
                         registered agent addresses for Tribune lenders, with clarifying
                         questions with examples to A. Goldfarb and L. Medoro.

05/06/11          3.00   Continue research for address information for service of
                         process upon Tribune lenders.

05/09/11          4.50   Continue research in multiple sources to find entity
                         information, and evidence of physical address or registered
                         agent information for service of process upon Tribune
                         lenders.

05/10/11          2.80   Continue research in multiple sources to find entity
                         information, and evidence of physical address or registered
                         agent information for service of process upon Tribune LBO
                         lenders.

05/11/11          5.50   Continue research to locate physical address or registered
                         agent information for lender defendants.

05/12/11          1.00   Research on lenders on Tribune defendant list noting
                         questions for A. Goldfarb, and sending spreadsheet with
                         information to L. Medoro.

**Monica Daly Welham**

05/02/11          1.50   Search for working addresses of defendant parties in lender
                         action.

| 05/03/11 | 1.50 | Search for working addresses of defendant parties in lender action. |
| 05/04/11 | 1.00 | Search for working addresses of defendant parties in lender action. |
| 05/05/11 | 1.50 | Search for working addresses of defendant parties in lender action. |
| 05/06/11 | 1.50 | Search for working addresses of defendant parties in lender action. |

Diana Gillig

| 05/27/11 | 0.30 | Speak with Virtual Docket (2x) regarding Court requirements for filing certificate of service for summonses. |
| 05/27/11 | 0.10 | Communicate with L. Medoro and A. Goldfarb regarding status of same. |
| 05/31/11 | 0.20 | Speak with Virtual Docket and L. Medoro regarding certificates of service. |
| 05/31/11 | 0.10 | Contact J. Simpkins at Bankruptcy Court regarding T. Macauley multiple filing I.D.s to file summons certificates of service. |
| 05/31/11 | 0.30 | Prepare documentation for multiple filing IDs and forward to Bankruptcy Court. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

July 13, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:278714
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through May 31, 2011.

By Thomas G. Macauley
    5.90 hours at $625.00 per hour          $     3,687.50

By Diana Gillig
    12.20 hours at $160.00 per hour         $     1,952.00

        TOTAL FEES                 $    5,639.50

        TOTAL EXPENSES          $      0.00

        TOTAL FEES AND EXPENSES THIS PERIOD     $    5,639.50

BALTIMORE        NEW YORK        TAMPA        WASHINGTON, DC        WILMINGTON

DESCRIPTION OF SERVICES

Thomas G. Macauley

| | | |
|---|---|---|
| 05/02/11 | 0.30 | Speak with J. Goldin and exchange notes with Debtor regarding status of 17th and 18th monthly fee application. |
| 05/04/11 | 0.40 | Review and edit expense exhibit to response to fee examiner (2nd interim). |
| 05/04/11 | 0.60 | Review and edit response to fee examiner (2nd interim). |
| 05/07/11 | 1.00 | Final review and edit of March time entries regarding privilege and compliance with local rules. |
| 05/09/11 | 0.20 | Speak with J. Goldin regarding payment of 17th and 18th fee applications. |
| 05/12/11 | 0.40 | Review and edit 20th monthly fee application. |
| 05/16/11 | 0.60 | Review comments to draft response to fee examiner and finalize same. |
| 05/17/11 | 0.90 | Review and edit April time entries to address privilege and to comply with local rules. |
| 05/23/11 | 0.50 | Review fee examiner's response to 3rd interim fee application and notes in file. |
| 05/23/11 | 0.40 | Review fee examiner's response to 4th interim fee application and notes in file. |
| 05/26/11 | 0.60 | Final review and edit of April time detail for local rule compliance. |

Diana Gillig

| | | |
|---|---|---|
| 05/02/11 | 2.80 | Revise time detail regarding 19th monthly fee application period. |
| 05/03/11 | 1.30 | Continue revising time detail regarding next monthly fee application. |
| 05/04/11 | 1.30 | Revise time detail for 19th monthly fee application. |
| 05/09/11 | 0.50 | Revise time detail regarding 20th monthly fee application. |
| 05/11/11 | 2.50 | Review costs and prepare exhibit chart regarding 20th monthly fee application. |
| 05/11/11 | 0.40 | Draft 20th monthly fee application. |

July 13, 2011                                                                                     Page 3

| 05/12/11 | 1.30 | Draft 20th monthly fee application. |
| 05/12/11 | 0.10 | Draft notice and certificate of service for 20th monthly fee application. |
| 05/16/11 | 1.10 | Review time detail regarding 21st monthly fee application. |
| 05/17/11 | 0.90 | Review time detail regarding first monthly fee application. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

July 13, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:278715
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

### STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through May 31, 2011.

By Graeme W. Bush
  2.00  hours at $850.00  per hour        $     1,700.00

By James Sottile
  5.60  hours at $725.00  per hour        $     4,060.00

          TOTAL FEES            $     5,760.00

          Less Professional Courtesy      $    -2,880.00

          TOTAL FEES            $     2,880.00

          TOTAL EXPENSES        $       0.00

          TOTAL FEES AND EXPENSES THIS PERIOD    $     2,880.00

July 13, 2011                                                                                          Page 2

DESCRIPTION OF SERVICES                                                        CLIENT: 12464
                                                                              MATTER: 0003

**James Sottile**

05/17/11          3.40   Travel to/from Wilmington for hearing on resolicitation and
                         motion for protective order re selling shareholders

05/19/11          2.20   Travel to New York for Creditors Committee meeting

**Graeme W. Bush**

05/19/11          2.00   Travel to New York, NY for UCC meeting.