# EXHIBIT B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
22nd Monthly Fee Application
Period 5/1/11-5/31/11

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| TRAVEL | $ 240.00 | 4/25/2011 | JS | |
| | $ 255.00 | 4/11 - 4/14/2011 | ANG | |
| | | | | |
| Total | $ 495.00 | | | $ 495.00 |
| | | | | |
| HOTELS | $ 1,316.70 | 4/11 - 4/14/2011 | ANG | |
| | | | | |
| Total | $ 1,316.70 | | | $ 1,316.70 |
| | | | | |
| | | | | |
| LOCAL TRAVEL - Parking | $ 6.00 | 3/30/2011 | GWB | |
| | | | | |
| Total | $ 6.00 | | | $ 6.00 |
| | | | | |
| TAXI SERVICE | $ 20.00 | 4/25/2011 | JS | |
| | $ 11.00 | 4/11 - 4/14/2011 | ANG | |
| | | | | |
| Total | $ 31.00 | | | $ 31.00 |
| | | | | |
| MEALS | $ 20.65 | 4/25/2011 | JS | |
| | | | | |
| Total | $ 20.65 | | | $ 20.65 |
| | | | | |
| COURT REPORTERS - TSG REPORTING | $ 22,744.80 | 5/11/2011 | | |
| | | | | |
| Total | $ 22,744.80 | | | $ 22,744.80 |
| | | | | |
| FEDEX | $ 19.22 | 5/25/2011 | | |
| | | | | |
| Total | $ 19.22 | | | $ 19.22 |
| | | | | |
| COURIER - WASHINGTON EXPRESS | $ 242.14 | 5/31/2011 | | |
| | | | | |
| Total | $ 242.14 | | | $ 242.14 |
| | | | | |
| | | | | |
| Outside Duplicating/Printing - Ikon | $ 232.07 | 5/17/2011 | | |
| | | | | |
| Total | $ 232.07 | | | $ 232.07 |
| | | | | |
| INHOUSE COPY | $ 13.10 | 5/19/2011 | | |
| | $ 0.40 | 5/10/2011 | | |
| | | | | |
| Total | $ 13.50 | | | $ 13.50 |
| | | | | |
| LONG DISTANCE CALLS | $ 0.12 | 5/2/2011 | | |
| | $ 3.12 | 5/3/2011 | | |
| | $ 0.60 | 5/4/2011 | | |
| | $ 2.52 | 5/5/2011 | | |
| | $ 2.28 | 5/6/2011 | | |
| | $ 0.24 | 5/9/2011 | | |
| | $ 0.72 | 5/10/2011 | | |
| | $ 1.08 | 5/11/2011 | | |
| | $ 0.84 | 5/12/2011 | | |
| | $ 1.92 | 5/13/2011 | | |
| | $ 7.56 | 5/16/2011 | | |
| | $ 0.12 | 5/17/2011 | | |
| | $ 2.76 | 5/18/2011 | | |
| | $ 3.00 | 5/19/2011 | | |
| | $ 1.56 | 5/20/2011 | | |
| | $ 0.24 | 5/23/2011 | | |
| | $ 8.76 | 5/24/2011 | | |

**Zuckerman Spaeder LLP**
**22nd Monthly Fee Application**
**Period 5/1/11-5/31/11**

| | | | | |
|---|---|---|---|---|
| | $ 6.84 | 5/25/2011 | | |
| | $ 2.04 | 5/26/2011 | | |
| | $ 1.44 | 5/31/2011 | | |
| | | | | |
| Total | $ 47.76 | | | $ 47.76 |
| | | | | |
| PACER DOCKET RESEARCH | $ 85.60 | 5/4/2011 | | |
| | | | | |
| Total | $ 85.60 | | | $ 85.60 |
| | | | | |
| | | | | |
| WESTLAW RESEARCH | $ 954.15 | | | |
| | | | | |
| Total | $ 954.15 | | | $ 954.15 |
| | | | | |
| | | | | |
| POSTAGE | $ 1,314.30 | 5/13/2011 | | |
| | $ 24.10 | 5/31/2011 | | |
| | | | | |
| | | | | |
| Total | $ 1,338.40 | | | $ 1,338.40 |
| | | | | |
| GRAND TOTAL | | | | $ 27,546.99 |