IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:                                                                Chapter 11

TRIBUNE COMPANY et al.,                                Case No. 08-13141 (KJC)

                                                                    (Jointly Administered)

                                     Debtors.              **Hearing Date:** (To be determined)
-----------------------------------------------------------x       **Objections Due:** August 4, 2011 @ 4:00 p.m.

## SEVENTH INTERIM FEE APPLICATION OF ZUCKERMAN SPAEDER LLP FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Applicant:  Zuckerman Spaeder LLP

Authorized to Provide Professional Services to:  The Official Committee of Unsecured Creditors

Date of Retention:  August 6, 2009 (Order entered September 3, 2009)

Period for which compensation and
Reimbursement is sought:  March 1, 2011 through May 31, 2011

Amount of Compensation sought
as actual, reasonable and necessary:  $1,112,522.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $111,383.98

This is Applicant's Seventh Interim Fee Application. 66.50 hours of time were expended during the Application Period in preparation of monthly and interim fee applications, and $ 22,358.00 is the corresponding compensation request.

| Previous Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 1/15/10 | 8/6/09-11/30/09 | $1,262,525.75 | $36,386.06 | $0.00 | $0.00 |
| 4/15/10 | 12/1/09-2/28/10 | $1,000,919.75 | $1,031,725.76 | $0.00 | $0.00 |
| 7/15/10 | 3/1/10-5/31/10 | $579,613.50 | $337,176.57 | $0.00 | $0.00 |
| 10/15/10 | 6/1/10-8/31/10 | $438,551.50 | $846,788.23 | $0.00 | $0.00 |
| 1/14/11 | 9/1/10-11/30/10 | $868,159.25 | $559,304.80 | $0.00 | $0.00 |
| 4/21/11 | 12/1/10-2/28/11 | $1,251,707.75 | $2,741,330.92 | $0.00 | $0.00 |

## ATTACHMENT

| Name of Professional Person | Position of Applicant | Hourly billing rate (incl. Changes) | Total billed hours | Total Compensation |
|---|---|---|---|---|
| Graeme W. Bush | Partner, complex business and bankruptcy litigation; admitted 1976 | 850.00 | 175.80 | $ 149,430.00 |
| James Sottile | Partner, complex insurance and mass tort litigation; admitted 1986 | $725.00 | 474.50 | $ 344,012.50 |
| Thomas G. Macauley (I.D. # 3411) | Partner, Chapter 11 and bankruptcy litigation; admitted 1995 | $625.00 | 34.10 | $ 21,312.50 |
| Andrew N. Goldfarb | Partner, bankruptcy and complex litigation; admitted 1996 | $600.00 | 407.80 | $ 244,680.00 |
| Shawn P. Naunton | Partner, civil litigation; admitted 1997 | $590.00 | 51.00 | $ 30,090.00 |
| P. Andrew Torrez | Partner, civil litigation; admitted 1997 | $585.00 | 160.30 | $ 93,775.50 |
| Laura E. Neish | Partner, litigation; admitted 2003 | $540.00 | 12.60 | $ 6,804.00 |
| Andrew Caridas | Associate, litigation; admitted 2008 | $340.00 | 329.40 | $ 111,996.00 |
| Scott Hanna | Staff Attorney, 5th year litigation; admitted 2008 | $325.00 | 5.00 | $ 1,625.00 |
| Kimberly Gainey | Staff Attorney, 4th year, litigation; admitted 2006 | $310.00 | 0.90 | $ 279.00 |

3331473.4

1

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| S. Ashley O'Neill | Staff Attorney, 11th year, litigation; admitted 2001 | $295.00 | 15.50 | $ 4,572.50 |
| David H. Saffern | Staff Attorney, 7th year, litigation; admitted 1975 | $280.00 | 5.50 | $ 1,540.00 |
| Nina J. Falvello | Staff Attorney, 17th year; admitted 1993 | $285.00 | 7.90 | $ 2,251.50 |
| Barlow Benjamin | Contract Attorney | $270.00 | 99.00 | $ 26,730.00 |
| Janet M. Braunstein | Litigation Paralegal, 21st year | $295.00 | 8.00 | $ 2,360.00 |
| Lisa Medoro | Paralegal, 5th year | $265.00 | 125.60 | $ 33,284.00 |
| Lam-Anh Ngoc Nguyen | Litigation Support, 3rd year | $185.00 | 1.20 | $ 222.00 |
| Afton B. Hodge | Paralegal, 4th year | $200.00 | 19.30 | $ 3,860.00 |
| Jeanne Trahan Faubell | Library Director/Law Librarian, 4th year | $175.00 | 22.80 | $ 3,990.00 |
| Monica D. Welham | Assistant Library Director, 10th year | $175.00 | 7.00 | $ 1,225.00 |
| Kimberly Wilson | Library assistant, 7 years experience | $175.00 | 26.60 | $ 4,655.00 |
| Diana Gillig | Paralegal Assistant, 11 years experience | $160.00 | 42.50 | $ 6,800.00 |

Grand Totals:  2,032.30 hours and $1,095,494.50
Blended Rate:  $539.04 per hour
(excluding non-working travel time)

3331473.4

2

## COMPENSATION BY PROJECT CATEGORY

| MATTER | | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| 0001 | Bank Claims | 1,965.80 | $ 1,073,136.50 |
| 0002 | Retention/Fee Applications | 66.50 | $ 22,358.00 |
| 0003 | Non-Working Travel Time (charged ½ time) | 47.80 | $ 17,027.50 |
| | Totals: | 2080.10 | $ 1,112,522.00 |

3331473.4

## ITEMIZED EXPENSES

EXPENSES

| | |
|---|---:|
| Travel – Train/Air/Hotel | $ 30,270.03 |
| Taxi Service and Parking | $ 466.00 |
| Meals – Travel | $ 590.05 |
| Miscellaneous – BBT | $ 234.78 |
| Local Travel | $ 472.50 |
| Court Costs | $ 900.00 |
| Express Delivery – FEDEX | $ 600.01 |
| Parcels – E-Filing | $ 65.00 |
| Outsourced Document Serv. – IKON | $ 232.07 |
| Outsourced Document Serv. – Nat'l Corporate | $ 164.30 |
| Outsourced Document Serv. – Parcels | $ 65.00 |
| Outsourced Document Serv. Counselor Resource | $ 3,415.82 |
| Courier Service – Parcels | $ 1,054.14 |
| Courier Service – Washington Express | $ 998.89 |
| Courier Service – ASP Courier | $ 114.05 |
| Court Reporters – TGS Reporting | $ 60,826.50 |
| Docket Research – Pacer | $ 157.36 |
| Westlaw Research | $ 2,373.05 |
| Lexis/Nexis Research | $ 15.95 |
| Telephone Conferencing – SoundPath | $ 910.25 |
| In-house Photocopy | $ 718.60 |
| Long Distance Telephone | $ 140.83 |
| Postage | $ 6,598.80 |
| **TOTAL EXPENSES** | **$ 111,383.98** |

3331473.4

4

## **NARRATIVE**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Zuckerman Spaeder LLP (hereinafter "Zuckerman") hereby moves this Court for an order awarding it reasonable compensation with respect to the above-captioned chapter 11 cases for professional legal services rendered as special counsel to the Official Committee of Unsecured Creditors (the "Committee") in the amount of $1,112,522.00 together with reimbursement for actual and necessary expenses incurred in the amount of $111,383.98 for the period March 1, 2011, through and including May 31, 2011 (the "Application Period"), and respectfully represents as follows:

1.  Pursuant to an Order entered by this Court on September 3, 2009 (Docket No. 2088) (the "Retention Order"), Zuckerman was employed under a general retainer to serve as special counsel to the Committee in connection with these chapter 11 cases, effective as of August 6, 2009. The Retention Order authorized Zuckerman to be compensated on an hourly basis and to be reimbursed for the actual and necessary out-of-pocket expenses that it incurred.

2.  During the Application Period, Zuckerman has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case. There is no agreement or understanding between Zuckerman and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in this case.

3. This Seventh Interim Application seeks compensation for fees of $1,112,522.00 and

3331473.4

reimbursement of expenses of $111,383.98 incurred during the Application Period. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## SUMMARY OF SERVICES RENDERED

4. During the Application Period, Zuckerman provided services to the Committee and worked closely with the Committee's general bankruptcy counsel, the Committee's financial advisors, and with other parties supporting the Debtor/Committee/Lender proposed plan of reorganization. The time detail for professional services provided by Zuckerman to the Committee during the Application Period is divided by matter and set forth on Exhibit A to Zuckerman's relevant monthly applications (Docket Nos. 8907, 9129, and 9474). The primary services provided by matter are described by subject matter below.

5. <u>Bank Claims</u>. During the Application Period, Zuckerman met and corresponded regularly with the Committee, and its general bankruptcy counsel as well as with other primary parties concerning potential causes of actions relating to the financing of the Debtors' LBO in 2007. Zuckerman attended multiple hearings and conferences on the Committee's behalf.

6. Zuckerman took a leading role for the DCL Plan proponents in the preparation for the plan confirmation proceedings, at the confirmation trial itself, and in post-trial activities. Among other things, Zuckerman played a central coordinating role for the DCL Plan proponents' strategy sessions (both telephonic and in-person) before, at, and after the confirmation trial.

7. In connection with confirmation discovery and pre-trial preparation, Zuckerman prepared two important rebuttal experts for their depositions and defended them at deposition. Zuckerman also attended and participated in numerous depositions during the Application Period. Zuckerman participated in all pre-trial strategy deliberations and decision making for the DCL Plan proponents.

8. At the confirmation trial, which occurred from March 7-18 and April 13, Zuckerman played an active role in the day-to-day prosecution of the DCL Plan proponents' case. Zuckerman delivered the opening statement for the DCL Plan proponents and cross-examined key fact and expert witnesses of the Noteholder Plan proponents. Zuckerman participated in all trial strategy deliberations and decision making for the DCL Plan proponents.

9. After the confirmation hearing, Zuckerman continued in its coordinating role for the DCL Plan proponents as they prepared lengthy post-trial briefs and engaged in other post-trial activities. Zuckerman participated in the drafting and preparation of those post-trial submissions. Zuckerman also participated in all other post-trial activities, including negotiations with the Noteholders over protocols to govern the admission of (and challenges to admission of) thousands of trial exhibits.

10. During the Application Period, Zuckerman, in connection with Delaware counsel Landis, Rath & Cobb, continued to pursue discovery in its adversary proceeding against directors, officers, shareholders, and other parties (Adv. No. 10-54010) to identify and serve the tens of thousands of shareholder defendants who received proceeds as a result of the Tribune LBO (the "Shareholder Defendants").

3331473.4

11. During the Application Period, Zuckerman was served with subpoenas from counsel for the Noteholders, and other parties, to produce all information about Shareholder Defendants that it has discovered. Zuckerman negotiated a resolution to those subpoenas that was memorialized in a protective order and confidentiality agreement entered by the Court, and at the end of the Application Period made productions of the responsive material.

12. During the Application Period, Zuckerman also continued its efforts to identify and serve approximately 1,600 defendants in the adversary proceeding filed by the Committee against lenders, financial advisors, and other parties on claims arising out of the 2007 Tribune LBO (Adv. No. 10-53963).

13. Retention/Fee Applications. During the Application Period, Zuckerman prepared and filed three monthly fee applications and one interim fee application.

**DISBURSEMENTS**

14. Zuckerman's list of out-of-pocket disbursements during the Application Period contains categories of charges, including, among other things, facsimile charges, mail and express mail charges, deposition and hearing transcripts, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, parking and expenses for "working meals." The expense detail is set forth on Exhibit B to Zuckerman's relevant monthly fee applications.

15. Zuckerman represents that its rate for duplication is $0.10 per page, its effective rate for outgoing facsimile transmissions is $1.00 per page (excluding related long distance

3331473.4

8

transmission charges), there is no charge for incoming facsimile transmissions, and there is no surcharge for computerized research.

WHEREFORE, Zuckerman requests that the Court enter an order allowing Zuckerman $1,112,522.00 in fees compensation and $111,383.98 for reimbursement of expenses incurred during the Application Period, and granting Zuckerman such other and further relief as is just.

Dated: July 15, 2011
Wilmington, Delaware

ZUCKERMAN SPAEDER LLP

_____
Graeme W. Bush
James Sottile
Andrew N. Goldfarb
1800 M Street, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*

3331473 4

9