**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| The Tribune Company | Page: 1 |
|  | 02/28/2011 |
|  | ACCOUNT NO:    1800-00D |
|  | STATEMENT NO:    1 |

Costs and Expenses

| Date | Description | Amount |
|---|---|---|
| 12/15/2010 | Filing Fee for Tribune Complaints (3) | 750.00 |
| 12/23/2010 | Postage - Complaint and Summons | 4.17 |
| 01/07/2011 | Tri State - hand delivery - Cole Schotz | 6.50 |
| 02/01/2011 | Printing - January | 5.60 |
| 02/01/2011 | Pacer charges for the month of January | 18.40 |
|  | TOTAL EXPENSES | 784.67 |
|  | TOTAL CURRENT WORK | 784.67 |
|  | BALANCE DUE | $784.67 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
02/28/2011
ACCOUNT NO: 1800-07D
STATEMENT NO: 1

Fee/Employment Applications

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/04/2011 | | | | |
| | MTH | Telephone conference with J. Ludwig re retention application | 0.20 | 75.00 |
| | MTH | Telephone conference with J. Ludwig re retention application and reviewing correspondence from J. Ludwig re initial draft of same | 0.30 | 112.50 |
| 01/05/2011 | | | | |
| | MTH | Telephone conference with P. Reilly re retention application | 0.20 | 75.00 |
| | MTH | Additional telephone discussion with P. Reilly re retention application | 0.20 | 75.00 |
| | MB | Discussion with MTH and review of schedule 1 document | 0.30 | 37.50 |
| | MTH | Reviewing and revising retention application and multiple correspondence and communications to and from counsel at Sidley and Cole re same. | 2.50 | 937.50 |
| 01/06/2011 | | | | |
| | MTH | Various correspondence re client approval of retention application and finalizing and filing of same, reviewing correspondence re service of same | 0.30 | 112.50 |
| | | FOR CURRENT SERVICES RENDERED | 4.00 | 1,425.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 0.30 | $125.00 | $37.50 |
| Mark T. Hurford | 3.70 | 375.00 | 1,387.50 |

TOTAL CURRENT WORK             1,425.00

BALANCE DUE                    $1,425.00

Page: 2
The Tribune Company                                                             02/28/2011
                                                                  ACCOUNT NO:    1800-07D
                                                                  STATEMENT NO:         1

Fee/Employment Applications

           Any payments received after the statement date will be
           applied to next month's statement.  Please note your
           account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
02/28/2011
ACCOUNT NO:  1800-10D
STATEMENT NO:  1

Litigation

| | | | HOURS | |
|---|---|---|---:|---:|
| 12/07/2010 | | | | |
| | KH | Multiple meetings with MTH re: complaints | 0.60 | 66.00 |
| | KH | Prepare Notice of Dispute Resolution, Summons and COS for Complaints | 1.50 | 165.00 |
| | KH | Review e-mails re: complaints(.1); Update Complaints and Exhibit A(.1); Finalize and e-file Complaints(.6) | 0.80 | 88.00 |
| | MTH | Reviewing draft three draft adversary complaints and attachments thereto; numerous correspondence to and from lead counsel re revisions to same | 4.50 | 1,620.00 |
| 12/08/2010 | | | | |
| | MTH | Telephone conferences with P. Reilly re adversaries (two calls) | 0.30 | 108.00 |
| 12/09/2010 | | | | |
| | MTH | Review correspondence from J. Ludwig re retention and fee matters | 0.10 | 36.00 |
| 12/16/2010 | | | | |
| | MTH | Correspondence to and from P. Reilley re service of complaints | 0.20 | 72.00 |
| 12/17/2010 | | | | |
| | MTH | Telephone conference with P. Reilly re service of summonses and complaint | 0.30 | 108.00 |
| | MTH | Telephone conference with P. Reilly re hearing on CMO; status of service of adversaries; reviewing correspondence re same | 0.30 | 108.00 |
| 12/20/2010 | | | | |
| | MTH | Telephone conference with Court Clerk re docketing of CMO in individual adversaries and follow up correspondence re same | 0.20 | 72.00 |
| | MTH | Correspondence to and from S. Sexton re service addresses for adversary defendants | 0.20 | 72.00 |

The Tribune Company

Litigation

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/21/2010 | | | | |
| | KH | Review multiple e-mails from MTH re: services of Tribune Complaints and meet re: the same | 0.50 | 55.00 |
| | MTH | Review correspondence from P. Reilley re retention pleadings and response to same | 0.10 | 36.00 |
| | MTH | Review correspondence from L Harrington re adversary filed against Nixon Peabody and telephone discussion with L. Harrington re same | 0.20 | 72.00 |
| | MTH | Review correspondence from S Sexton re service of summons, complaint and CMO; response to same; reviewing correspondence re service addresses for adversary complaints | 0.20 | 72.00 |
| | MTH | Telephone conference with counsel at Nixon Peabody re preference complaint | 0.10 | 36.00 |
| 12/22/2010 | | | | |
| | KH | Review multiple e-mails from MTH re: services of Tribune Complaints and meet re: the same | 0.50 | 55.00 |
| | KH | Update Summons and COS for Tribune adversary cases | 1.10 | 121.00 |
| | KH | Update ADR Notices for Tribune adversary cases | 0.50 | 55.00 |
| 12/23/2010 | | | | |
| | KH | Finalize and e-file Summons, COS, and ADR Notices for Tribune Adversary cases | 0.90 | 99.00 |
| | MTH | Reviewing and revising summonses and notices of pre-trail for adversaries, correspondence and communications with lead counsel, attention to manner of service and confirmations of same, reviewing and signing certificates of service re same | 1.40 | 504.00 |
| 01/03/2011 | | | | |
| | KH | Review e-mails from MTH re: filings; Review Letters re: returned documents and draft responsive email | 0.20 | 25.00 |
| | MTH | Correspondence to and from KLH re letters filed re return of service attempts by service agents | 0.10 | 37.50 |
| 01/10/2011 | | | | |
| | KH | Review e-mail from MTH re: service of complaint; Research and draft responsive email | 0.20 | 25.00 |
| | MTH | Correspondence to and from KLH re signed certified mail receipts for service of complaints; reviewing same | 0.20 | 75.00 |
| 01/16/2011 | | | | |
| | MTH | Correspondence to D. Tarkington re certified mail receipts for service of complaints | 0.10 | 37.50 |
| 02/03/2011 | | | | |
| | MTH | Review correspondence from S. Tarr re Epsilon complaint | 0.10 | 37.50 |

Page: 3
The Tribune Company  
02/28/2011  
ACCOUNT NO:  1800-10D  
STATEMENT NO:  1  

Litigation

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/07/2011 | | | | |
| | MTH | Review correspondence from preference defendant re stay order, case status; telephone discussion with P. Reilly re same; call with opposing counsel re same; correspondence re same | 0.70 | 262.50 |
| 02/24/2011 | | | | |
| | MTH | Telephone conference with PR re Agenda for hearing, reviewing information and response to same; correspondence to and from S. Tarr re adversary; reviewing correspondence from PR re same and correspondence to MB re same | 0.40 | 150.00 |
| 02/25/2011 | | | | |
| | MB | Email with Cole Shotz re: defendant addresses for service of agenda | 0.20 | 25.00 |
| | MTH | Correspondence re service of Agenda, reviewing Agenda for hearing | 0.30 | 112.50 |
| 02/28/2011 | | | | |
| | MTH | Telephone conference with P. Reilly re hearing re initial pre-trial conference; discussion re possible motion to extend time for service | 0.20 | 75.00 |
| | MTH | Reviewing Amended Agenda for hearing; correspondence to P. Reilly and D. Tarkington re same; reviewing correspondence from D. Tarkington re same | 0.20 | 75.00 |
| | | FOR CURRENT SERVICES RENDERED | 17.40 | 4,557.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 0.20 | $125.00 | $25.00 |
| Mark T. Hurford | 8.10 | 360.00 | 2,916.00 |
| Mark T. Hurford | 2.30 | 375.00 | 862.50 |
| Katherine Hemming | 6.40 | 110.00 | 704.00 |
| Katherine Hemming | 0.40 | 125.00 | 50.00 |

TOTAL CURRENT WORK                                                       4,557.50

BALANCE DUE                                                              $4,557.50

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
02/28/2011
ACCOUNT NO:        1800D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 1800-00 Costs and Expenses | | | | | |
| 0.00 | 0.00 | 784.67 | 0.00 | 0.00 | $784.67 |
| 1800-07 Fee/Employment Applications | | | | | |
| 0.00 | 1,425.00 | 0.00 | 0.00 | 0.00 | $1,425.00 |
| 1800-10 Litigation | | | | | |
| 0.00 | 4,557.50 | 0.00 | 0.00 | 0.00 | $4,557.50 |
| 0.00 | 5,982.50 | 784.67 | 0.00 | 0.00 | $6,767.17 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.