<u>Tribune Notice Parties List</u>
<u>08-13141</u>

David Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Brian Trust, Esquire
Amit K. Trechan, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

Kenneth P. Kansa, Esquire
Jillian K. Ludwig, Esquire
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19899

John L. Decker, Esquire
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman, & Leonard, P.A.
1000 N. West St., Suite 1200
Wilmington, DE 19801

{D0208244.1 }