# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Date: August 4, 2011 at 4:00 P.M.**<br>**Hearing Date:** *Only if Objections are Filed* |

## NOTICE OF FEE APPLICATION

David Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Brian Trust, Esquire
Amit K. Trechan, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

Kenneth P. Kansa, Esquire
Jillian K. Ludwig, Esquire
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19899

John L. Decker, Esquire
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman, &
Leonard, P.A.
1000 N. West St., Suite 1200
Wilmington, DE 19801

PLEASE TAKE NOTICE, that on July 15, 2011, Campbell and Levine, LLC filed the **Second Monthly Fee Application of Campbell & Levine, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2011 through May 31, 2011** (the "Application"), which seeks approval of a monthly fee application for professional

{D0208235.1 }

services rendered to the Debtors in the amount of $1,212.50, together with reimbursement of expenses in the amount of $7.48, was filed with the Court.

You are required to file a response, if any, to the Application on or before **August 4, 2011 at 4:00 p.m.** (Eastern Time).

At the same time, you must also serve a copy of the response upon Applicant so that it is received by **4:00 p.m. on August 4, 2011**:

>Mark T. Hurford
>**CAMPBELL & LEVINE, LLC**
>800 North King Street, Suite 300
>Wilmington, DE 19801
>mhurford@camlev.com

A HEARING ON THE APPLICATION WILL BE HELD AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 15, 2011

>CAMPBELL & LEVINE, LLC
>
>*/s/Mark T. Hurford*
>Mark T. Hurford (I.D. #3299)
>800 North King Street, Suite 300
>Wilmington, DE  19899
>(302) 426-1900
>
>*Special Litigation Counsel to the Debtors and Debtors in Possession*

{D0208235.1 }