**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
06/30/2011
ACCOUNT NO:    1800-00D
STATEMENT NO:        3

Costs and Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $784.67 |
| 05/31/2011 | Printing - May 2011 | 3.00 |
| 06/01/2011 | Pacer charges for the month of May | 4.48 |
| | TOTAL EXPENSES | 7.48 |
| | TOTAL CURRENT WORK | 7.48 |
| | BALANCE DUE | $792.15 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
06/30/2011
ACCOUNT NO: 1800-07D
STATEMENT NO: 3

Fee/Employment Applications

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,425.00 |
| | | HOURS | |
| 05/17/2011 MB | Work on Tribune first fee application | 0.70 | 87.50 |
| 05/18/2011 MB | Work on Tribune first fee application | 1.30 | 162.50 |
| 05/19/2011 MB | Work on Tribune first fee application | 0.80 | 100.00 |
| | FOR CURRENT SERVICES RENDERED | 2.80 | 350.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 2.80 | $125.00 | $350.00 |

TOTAL CURRENT WORK        350.00

BALANCE DUE        $1,775.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
06/30/2011
ACCOUNT NO: 1800-10D
STATEMENT NO: 3

Litigation

| | | | |
|---|---|---:|---:|
| PREVIOUS BALANCE | | | $5,270.00 |
| | | HOURS | |
| 05/09/2011 MTH | Review correspondence from lead counsel re status of adversary stay and response to same; correspondence to P. Reilly re same | 0.20 | 75.00 |
| 05/23/2011 MTH | Review correspondence from S. Tarr re status of litigation; reviewing Order staying cases, correspondence re same, bridge order | 0.20 | 75.00 |
| | FOR CURRENT SERVICES RENDERED | 0.40 | 150.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Mark T. Hurford | 0.40 | $375.00 | $150.00 |

TOTAL CURRENT WORK                                                                                                         150.00

BALANCE DUE                                                                                                                     $5,420.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
The Tribune Company                                                                                     06/30/2011
ACCOUNT NO:        1800D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 1800-00 Costs and Expenses | | | | | |
| 784.67 | 0.00 | 7.48 | 0.00 | 0.00 | $792.15 |
| 1800-07 Fee/Employment Applications | | | | | |
| 1,425.00 | 350.00 | 0.00 | 0.00 | 0.00 | $1,775.00 |
| 1800-10 Litigation | | | | | |
| 5,270.00 | 150.00 | 0.00 | 0.00 | 0.00 | $5,420.00 |
| 7,479.67 | 500.00 | 7.48 | 0.00 | 0.00 | $7,987.15 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.