**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

The Tribune Company

Page: 1
03/31/2011
ACCOUNT NO:    1800-00D
STATEMENT NO:            2

Costs and Expenses

| | |
|---|---|
| PREVIOUS BALANCE | $784.67 |
| BALANCE DUE | $784.67 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | |
|---|---|
| | Page: 1 |
| The Tribune Company | 03/31/2011 |
| | ACCOUNT NO:  1800-07D |
| | STATEMENT NO:  2 |

Fee/Employment Applications

| | |
|---|---|
| PREVIOUS BALANCE | $1,425.00 |
| BALANCE DUE | $1,425.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| The Tribune Company | Page: 1<br>03/31/2011<br>ACCOUNT NO:    1800-10D<br>STATEMENT NO:              2 |

Litigation

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $4,557.50 |
| | | HOURS | |
| 03/01/2011 | | | |
| MTH | Review correspondence from P. Reilly re draft motion to extend time to serve; correspondence to and from D. Tarkington re same | 0.40 | 150.00 |
| 03/03/2011 | | | |
| MTH | Telephone conference with P. Reilly re Motion to extend time to serve | 0.30 | 112.50 |
| MTH | Reviewing Motion to extend time to serve and correspondence to P. Reilly re same | 0.20 | 75.00 |
| 03/04/2011 | | | |
| MTH | Reviewing as-filed version of Motion to extend time for service | 0.20 | 75.00 |
| 03/16/2011 | | | |
| MTH | Review correspondence from PR re draft CNO, reviewing same and correspondence to PR and lead counsel re same | 0.20 | 75.00 |
| 03/18/2011 | | | |
| MTH | Reviewing Agenda for hearing | 0.10 | 37.50 |
| 03/21/2011 | | | |
| MTH | Reviewing Amended Agenda for hearing, reviewing order entered re extension of time to complete service of process in each of three adversaries | 0.20 | 75.00 |
| 03/23/2011 | | | |
| MTH | Telephone conference with P. Reilly re order entered re service of complaints and service of same; follow up correspondence re same | 0.30 | 112.50 |
| | FOR CURRENT SERVICES RENDERED | 1.90 | 712.50 |

|  |  | Page: 2 |
|---|---|---|
| The Tribune Company |  | 03/31/2011 |
|  | ACCOUNT NO: | 1800-10D |
|  | STATEMENT NO: | 2 |

Litigation

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.90 | $375.00 | $712.50 |

TOTAL CURRENT WORK                                                                                                                 712.50

BALANCE DUE                                                                                                                                    $5,270.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
The Tribune Company                                                                       03/31/2011
ACCOUNT NO:           1800D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 1800-00 Costs and Expenses | | | | | |
| 784.67 | 0.00 | 0.00 | 0.00 | 0.00 | $784.67 |
| 1800-07 Fee/Employment Applications | | | | | |
| 1,425.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,425.00 |
| 1800-10 Litigation | | | | | |
| 4,557.50 | 712.50 | 0.00 | 0.00 | 0.00 | $5,270.00 |
| 6,767.17 | 712.50 | 0.00 | 0.00 | 0.00 | $7,479.67 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.