IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: August 4, 2011 @ 4:00 p.m. |
| | | Hearing Date TBD |

## TENTH INTERIM FEE APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2010 THROUGH MAY 31, 2011

| | |
|---|---|
| Name of Applicant: | Lazard Frères & Co. LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | March 13, 2009 nunc pro tunc December 8, 2008 |
| Application Period: | March 1, 2011 through May 31, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary: | $600,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $148,291.28 |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | $748,291.28 |

This is a: ___ monthly   _X_ interim   ___ final application.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: August __, 2011 @ 4:00 p.m. Hearing Date TBD |

### TENTH INTERIM FEE APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2010 THROUGH MAY 31, 2011

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009 nunc pro tunc December 8, 2008** |
| Application Period: | **March 1, 2011 through May 31, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$600,000.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$148,291.28** |
| Less: Amounts Paid to Date: | **($0.00)** |
| Net Amount of Compensation Requested: | **$748,291.28** |

This is a: ___ monthly    _X_ interim    ___ final application.

**Summary of Fee Applications for Compensation Period**

| Date & Docket No. | Period Covered | Requested Fees (A) | Requested Expenses (B) | CNO Date & Docket No. | Approved Fees (C) | Approved Expenses (D) | Amounts Paid (E) | Holdback Amount (A+B-E) |
|---|---|---|---|---|---|---|---|---|
| 07/01/11 [9404] | 03/01/10 through 03/31/10 | $200,000.00 | $4,871.69 | Objection Deadline 07/21/11 | $0.00 | $0.00 | $0.00 | $204,87169 |
| 07/08/11 [9441] | 04/01/11 through 04/30/11 | $200,000.00 | $100,885.50 | Objection Deadline 07/28/11 | $0.00 | $0.00 | $0.00 | $300,885.50 |
| 07/15/11 [tbd] | 05/01/11 through 05/31/11 | $200,000.00 | $42,534.09 | Objection Deadline [tbd] | $0.00 | $0.00 | $0.00 | $242,534.09 |
| Totals | 03/01/10 through 05/31/11 | $600,000.00 | $148,291.28 | n/a | $0.00 | $0.00 | $0.00 | $748,291.28 |

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Administrative Order") entered by this Court on January 15, 2009 [Docket No. 225], Lazard Frères & Co. LLC, ("Lazard") hereby submits its tenth interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the period covering March 1, 2011 through May 31, 2011 (collectively, the "Fee Applications")[1], and (ii) authorization for Tribune Company and certain of its subsidiaries and affiliates (collectively, the 'Debtors") to pay the full amounts requested in the Fee Application, including the 20% holdback of fees provided for in the Administrative Order.

WHEREFORE, Lazard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

---

[1] Each of the Fee Applications is incorporated by reference as if set forth herein.

Dated:     July ___, 2011
           New York, New York

                              LAZARD FRÈRES & CO. LLC

                              *David S. Kurtz* (signature)

                              David S. Kurtz
                              Managing Director
                              Lazard Frères & Co. LLC
                              30 Rockefeller Plaza, 61st Floor
                              New York, NY  10020
                              (212/632-6000)
                              Investment Banker and Financial Advisor
                              to the Debtors