**March 1, 2011 to March 31, 2011 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell Julie | 1-Mar-11 | $301.60 | 0.75 | $226.20 | Response to discovery questions from Sidley. |
| Donnell Julie | 2-Mar-11 | $301.60 | 0.50 | $150.80 | Response to discovery questions from Sidley. |
| Popov Dimitar | 2-Mar-11 | $266.80 | 0.75 | $200.10 | Assets Research. |
| Donnell Julie | 3-Mar-11 | $301.60 | 0.75 | $226.20 | Response to discovery questions from Sidley. |
| Dempsey John | 7-Mar-11 | $736.60 | 4.00 | $2,946.40 | Preparation for confirmation hearing. |
| Donnell Julie | 8-Mar-11 | $301.60 | 1.50 | $452.40 | Discovery preparation for Sidley. |
| Stencel Amanda | 8-Mar-11 | $266.80 | 0.50 | $133.40 | Executive benchmarking project planning. |
| Dempsey John | 8-Mar-11 | $736.60 | 2.00 | $1,473.20 | Preparation for confirmation hearing. |
| Dempsey John | 9-Mar-11 | $736.60 | 2.00 | $1,473.20 | Preparation for confirmation hearing. |
| Donnell Julie | 10-Mar-11 | $301.60 | 0.50 | $150.80 | Discovery preparation for Sidley. |
| Dempsey John | 10-Mar-11 | $736.60 | 8.00 | $5,892.80 | Attendance at confirmation hearing. |
| Dempsey John | 11-Mar-11 | $736.60 | 8.00 | $5,892.80 | Attendance at confirmation hearing. |
| Stencel Amanda | 14-Mar-11 | $266.80 | 0.50 | $133.40 | Preliminary position matching exhibit. |
| Mayer Julie | 21-Mar-11 | $75.40 | 0.50 | $37.70 | Bankruptcy database research. |

**Totals:   30.25   $19,389.40**