**March 1, 2011 to March 31, 2011 Expense Detail**

| Date | Amount | Description |
|---|---:|---|
| 22-Mar-11 | $7.00 | Tribune meeting - Parking |
| 22-Mar-11 | $5.50 | Travel - Meal / Breakfast |
| 22-Mar-11 | $153.96 | Travel - Transportaion / rental car |
| 22-Mar-11 | $525.40 | Airfare |
| 22-Mar-11 | $40.00 | Travel - Transportaton / taxi |
| 22-Mar-11 | $2.44 | Travel - Meal / Snack |
| 23-Mar-11 | $10.01 | Dinner - working late |
| 23-Mar-11 | $15.00 | Taxi - working late |
| 31-Mar-11 | $1,963.80 | Administrative - Legal |
| **Total:** | **$2,723.11** | |