**April 1, 2011 to April 30, 2011 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Stencel  Amanda | 19-Apr-11 | $266.80 | 1.00 | $266.80 | Peer group proxy research and equity details. |
| Stencel  Amanda | 19-Apr-11 | $266.80 | 1.50 | $400.20 | Researched survey compensation for top executives (0.5); built competitiveness exhibits (0.5); researched discrepancies in market pay levels compared to 2009 and 2010 (0.5). |
| Dempsey  John | 20-Apr-11 | $736.60 | 1.00 | $736.60 | Address LA Times issue including 2 calls with Eddy Hartenstein and preparing a letter. |
| Mayer  Julie | 20-Apr-11 | $75.40 | 3.25 | $245.06 | Bankruptcy database research. |
| Stencel  Amanda | 20-Apr-11 | $266.80 | 2.00 | $533.60 | Pulled survey data and researched historical pay data for CEO LA Times position (1.5); built exhbits showing current and past survey compensation levels (0.5). |
| Stencel  Amanda | 20-Apr-11 | $266.80 | 1.00 | $266.80 | Proxy and equity research. |
| Dempsey  John | 21-Apr-11 | $736.60 | 2.00 | $1,473.20 | Address LA Times issue including calls with Eddy Hartenstein and preparing letter. |
| Donnell  Julie | 22-Apr-11 | $301.60 | 1.00 | $301.60 | Internal Discussions about MIP Planning. |
| Stencel  Amanda | 22-Apr-11 | $266.80 | 1.00 | $266.80 | Proxy analysis peer review. |
| Donnell  Julie | 25-Apr-11 | $301.60 | 6.00 | $1,809.60 | Report Writing. |
| Donnell  Julie | 25-Apr-11 | $301.60 | 3.00 | $904.80 | Peer Review. |
| Stencel  Amanda | 25-Apr-11 | $266.80 | 3.50 | $933.80 | Proxy output review and footnotes. |
| Dempsey  John | 26-Apr-11 | $736.60 | 3.00 | $2,209.80 | Review and revise CEO compensation letter. |
| Donnell  Julie | 26-Apr-11 | $301.60 | 3.00 | $904.80 | Peer Review. |
| Donnell  Julie | 26-Apr-11 | $301.60 | 1.00 | $301.60 | Review of CEO compensation memo. |
| Donnell  Julie | 26-Apr-11 | $301.60 | 4.00 | $1,206.40 | Report Writing. |
| McKean  Sherri | 26-Apr-11 | $255.20 | 0.25 | $63.80 | Prepare ERI data for Amanda Stencel - JIRA 5614. |
| Stencel  Amanda | 26-Apr-11 | $266.80 | 3.50 | $933.80 | Market analysis and prepare report exhibits. |
| Donnell  Julie | 27-Apr-11 | $301.60 | 1.00 | $301.60 | Internal meeting with Tribune team. |
| Stencel  Amanda | 28-Apr-11 | $266.80 | 3.50 | $933.80 | Market analysis and proxy analysis updates. |
| Donnell  Julie | 29-Apr-11 | $301.60 | 1.00 | $301.60 | Out of scope research of Lyondell. |
| | | **Totals:** | **46.50** | **$15,296.06** | |