**April 1, 2011 to April 30, 2011 Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 30-Apr-11 | $7,844.85 | Administrative - Legal |
| 30-Apr-11 | $900.00 | Database Expense |
| **Total:** | **$8,744.85** | |