**May 1, 2011 to May 31, 2011 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell  Julie | 2-May-11 | $301.60 | 4.50 | $1,357.20 | Drafting and finalization of 2011 MIP Report/Mercer's Competitiveness Assessment. |
| Donnell  Julie | 2-May-11 | $301.60 | 4.00 | $1,206.40 | Peer Review of Proxy Analysis output for 2011 MIP Report. |
| Dempsey  John | 3-May-11 | $736.60 | 2.00 | $1,473.20 | CEO MIP Goals calibration (1.5); calls with Jonathan Lotsoff and Dave Eldersveld (0.5). |
| Dempsey  John | 3-May-11 | $736.60 | 2.00 | $1,473.20 | Revised compensation benchmarking for top |
| Donnell  Julie | 4-May-11 | $301.60 | 1.00 | $301.60 | Integrating updates into 2011 MIP report  to be sent to Jonathan Lotsoff for review. |
| Donnell  Julie | 4-May-11 | $301.60 | 4.50 | $1,357.20 | Drafting and finalization of 2011 MIP Report/Mercer's Competitiveness Assessment. |
| Donnell  Julie | 4-May-11 | $301.60 | 0.75 | $226.20 | Telephone call with Jonathan Lotsoff to discuss edits to Mercer's report. |
| Dempsey  John | 10-May-11 | $736.60 | 1.00 | $736.60 | Discussions regarding management changes. |
| Stencel  Amanda | 10-May-11 | $266.80 | 0.50 | $133.40 | Calculated prorated bonus compensation for new CEO pay package. |
| Dempsey  John | 11-May-11 | $736.60 | 1.00 | $736.60 | Revised materials for Eddy Hartenstein. |
| Donnell  Julie | 11-May-11 | $301.60 | 0.75 | $226.20 | Updates to 2011 MIP Report- costing and eligibility figures. |
| Donnell  Julie | 12-May-11 | $301.60 | 0.75 | $226.20 | Internal meeting with John Dempsey and Amada Stencel to discuss recommended salary increases to CEO Direct Reports and determining |
| Donnell  Julie | 12-May-11 | $301.60 | 3.00 | $904.80 | Executive Benchmarking (base  TCC TDC) to be reviewed by Eddy Hartenstein at Tribune. |
| Stencel  Amanda | 13-May-11 | $266.80 | 0.75 | $200.10 | Compiled supplemental market competitiveness analysis to assess top executive market competitiveness when considering new salaries. |
| Stencel  Amanda | 16-May-11 | $266.80 | 2.00 | $533.60 | Updated  relative compensation draft report and exhibits with newly proposed salary amounts for key executives. |
| Donnell  Julie | 17-May-11 | $301.60 | 2.50 | $754.00 | Drafting proposed salary increases report and send to John Dempsey for review. |
| Donnell  Julie | 17-May-11 | $301.60 | 0.50 | $150.80 | Teleconference with Jonathan Lotsoff of Sidley to discuss proposed salary increases and report. |
| Mayer  Julie | 17-May-11 | $75.40 | 4.50 | $339.30 | Bankruptcy database research. |
| Dempsey  John | 18-May-11 | $736.60 | 1.00 | $736.60 | Review of management compensation changes. |
| Dempsey  John | 18-May-11 | $736.60 | 0.50 | $368.30 | Call with Eddy Hartenstein regarding management compensation changes. |
| Dempsey  John | 20-May-11 | $736.60 | 3.00 | $2,209.80 | Prepare of Draft MIP report sent to Eddy Hartenstein. |
| Stencel  Amanda | 20-May-11 | $266.80 | 2.00 | $533.60 | Updated MIP report and exhibits with updated business unit costing figures and proposed salaries. |
| Lodwick  Ellen | 24-May-11 | $411.80 | 1.50 | $617.70 | Provided Julie Donnell with research on companies that have enforced their clawback policies. |

**Totals:         44.00   $16,802.60**