**May 1, 2011 to May 31, 2011 Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 1-May-11 | $7.50 | Travel - Meal / Breakfast |
| 1-May-11 | $43.80 | Travel - Meal / Dinner |
| 1-May-11 | $166.11 | Travel - Transportation / Rental Car |
| 31-May-11 | $821.70 | Administrative - Legal |

**Total: $1,039.11**