IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

       Anthony C. Dellose being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 15th day of July, 2011, he caused a copy of the following:

**TENTH INTERIM APPLICATION OF CHADBOURNE & PARKE LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, ET AL. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2011 THROUGH MAY 31, 2011 (DOCKET NO. 9467);**

**TENTH INTERIM FEE APPLICATION OF ALIXPARTNERS LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2011 THROUGH MAY 31, 2011 (DOCKET NO. 9468)**

**TENTH INTERIM FEE APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS INCURRED FOR THE PERIOD MARCH 1, 2011 THROUGH MAY 31, 2011 (DOCKET NO. 9469)**

**TENTH INTERIM FEE APPLICATION OF LANDIS RATH & COBB LLP (DOCKET NO. 9470); AND**

**SEVENTH INTERIM FEE APPLICATION OF ZUCKERMAN SPAEDER LLP FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (DOCKET NO. 9475)**

{698.001-W0015622.}

to be served upon the parties identified on the attached list via electronic mail.

_____
Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 15th day of July, 2011.

_____
Notary Public

*[Notary seal: MICHELLE L. IFILL, MY COMMISSION EXPIRES OCT. 26, 2011, NOTARY PUBLIC, STATE OF DELAWARE]*