# Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

October 20, 2010
Invoice No. 5923122

OCTOBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0026175-000317
Los Angeles County Sheriff CPRA
0000001714

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 09/01/10 | J. Glasser | 0.80 | Draft declarations |
| 09/02/10 | A. Wickers | 0.20 | Communicate with J. Glasser regarding motion to vacate (.2) |
| 09/02/10 | J. Glasser | 0.30 | Communicate with Mr. Clark regarding declaration (.2); correspondence with Mr. Lait (.1) |
| 09/03/10 | K. Sager | 0.70 | Review Lait declaration and communicate with J. Glasser regarding same (.3); review communications from J. Glasser regarding evidence (.2); telephone conference with A. Wickers and J. Glasser regarding response and declarations (.2) |
| 09/03/10 | A. Wickers | 1.50 | Edit draft of evidentiary objections (1.4); communicate with J. Glasser regarding same (.1) |
| 09/03/10 | J. Glasser | 0.50 | Confer with Mr. Lait (.2); call with K. Sager and A. Wickers regarding opposition to motion to vacate (.1); correspondence with Mr. Clark regarding declaration (.1); correspondence with Ms. Goller (.1) |
| 09/04/10 | K. Sager | 1.30 | Review plaintiff's motion to vacate judgment and related documents and review and revise opposition (1.0); communicate with J. Glasser (.3) |
| 09/04/10 | J. Glasser | 1.20 | Correspondence with K. Sager regarding 663 procedure and 1008 reconsideration procedure |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Los Angeles Times Communications LLC
Invoice No. 5923122
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 09/05/10 | K. Sager | 4.30 | Revise opposition to motion to vacate and communicate with J. Glasser regarding same (.8); revise opposition brief, including review of cases and communications with J. Glasser and communicate with Ms. Goller and team regarding same, and revise Clark declaration (3.5) |
| 09/05/10 | J. Glasser | 3.20 | Correspondence with K. Sager regarding motion to vacate the judgment cases and review (.8); revise opposition to motion to vacate (2.4) |
| 09/06/10 | K. Sager | 1.30 | Further revisions to Sheriff brief and communicate with client and team regarding same (1.1); communicate with Ms. Goller (.2) |
| 09/06/10 | J. Glasser | 0.40 | Call and correspondence with Mr. Clark and related correspondence with K. Sager |
| 09/07/10 | K. Sager | 3.00 | Finalize opposition brief and declarations, including multiple telephone conferences with Ms. Goller and discussions with J. Glasser regarding same |
| 09/07/10 | J. Glasser | 3.40 | Revise, add in cites, and finalize opposition to motion to vacate and evidentiary objections, draft Glasser declaration and prepare exhibits, and related conferring with Ms. Goller and K. Sager |
| 09/07/10 | B. Planchon | 2.40 | Review Opposition to Intervenors's Motion to Vacate Judgment for all cites to judicial authority and prepare negative history report and summary (1.6); prepare appendix of Non-California Authorities (.8) |
| 09/24/10 | K. Sager | 0.10 | Communicate with J. Glasser regarding Case Management Conference |
| 09/24/10 | J. Glasser | 0.30 | Calls with clerk in Department 85 concerning status and related correspondence with K. Sager and A. Wickers |
| | Total Hours Worked | 24.90 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 1,294 | 129.40 |
| Filing fee - - NATIONWIDE LEGAL INC - 7/23/10 Court of Appeals per C. Solano | 1 | 35.00 |
| Filing fee - - NATIONWIDE LEGAL INC - 7/20/10 LASC per C. Solano | 1 | 72.00 |
| Filing fee - - APEX ATTORNEY SERVICES INC - 7/19/10 Court of Appeals per G. Pasquale | 1 | 38.00 |
| Parking -- J. Glasser 07/30/2010 | 1 | 18.00 |
| Total Current Disbursements | | $292.40 |

**Davis Wright Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5923122
Page No. 3

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $9,776.93 |
| Less Agreed Discount | (977.69) |
| Adjusted Current Services | 8,799.24 |
| Total Current Disbursements | 292.40 |
| Total Current Invoice | $9,091.64 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 10.70 | 470.48 | 5,034.13 |
| Wickers, A. | 1.70 | 424.35 | 721.40 |
| Total | 12.40 | | 5,755.53 |
| **Associate** | | | |
| Glasser, J. | 10.10 | 261.90 | 2,645.19 |
| Total | 10.10 | | 2,645.19 |
| **Paralegal** | | | |
| Planchon, B. | 2.40 | 166.05 | 398.52 |
| Total | 2.40 | | 398.52 |
| Total All Classes | 24.90 | | $8,799.24 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $51,901.69 |
| Current Invoice | $9,091.64 |
| Total Balance Due This Matter | $60,993.33 |

 **Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

October 20, 2010
Invoice No. 5923123

OCTOBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.          0026175-000366
Littlefield
0000001918

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 09/07/10 | J. Glasser | 1.40 | Attend Littlefield hearing on OSC regarding dismissal, review Code of Civil Procedure and related conferring with Ms. Goller and K. Sager |
| 09/13/10 | J. Glasser | 0.10 | Draft notice of scheduling of hearing on October 7 concerning OSC regarding dismissal for Littlefield's failure to appear and failure to prosecute |
| 09/28/10 | J. Glasser | 1.60 | Confer with Ms. Goller and K. Sager regarding Littlefield ex parte application (.2); research case law on failure to serve (1.2); confer with K. Sager regarding Mr. Littlefield's ex parte request regarding service (.2) |
| 09/29/10 | K. Sager | 0.30 | Review and revise e-mail memorandum to Ms. Goller |
| 09/29/10 | J. Glasser | 0.50 | Research and draft email memorandum to Ms. Goller and K. Sager regarding service by prisoner, statute of limitations period is tolled during incarceration, and related issues |
| 09/30/10 | K. Sager | 0.20 | Communicate with J. Glasser |
| | Total Hours Worked | 4.10 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage      New York      Seattle
Bellevue       Portland      Shanghai
Los Angeles    San Francisco Washington, D.C.                    www.dwt.com

**Davis Wright Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5923123
Page No. 2

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Filing fee - - NATIONWIDE LEGAL INC - 8/11/10 LASC per C. Solano | 1 | 44.00 |
| Parking -- J. Glasser 06/03/2010 | 1 | 17.50 |
| Parking -- J. Glasser 08/06/2010 | 1 | 17.50 |
| Total Current Disbursements | | $79.00 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,308.98 |
| Less Agreed Discount | (130.90) |
| Adjusted Current Services | 1,178.08 |
| Total Current Disbursements | 79.00 |
| Total Current Invoice | $1,257.08 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.50 | 470.48 | 235.24 |
| Total | 0.50 | | 235.24 |
| **Associate** | | | |
| Glasser, J. | 3.60 | 261.90 | 942.84 |
| Total | 3.60 | | 942.84 |
| Total All Classes | 4.10 | | $1,178.08 |

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

October 20, 2010
Invoice No. 5923126

OCTOBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.      0026175-000378
Caruso

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 09/01/10 | K. Sager | 0.30 | Review correction demand |
| | Total Hours Worked | 0.30 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $156.83 |
| Less Agreed Discount | (15.69) |
| Adjusted Current Services | 141.14 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $141.14 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage     New York      Seattle
Bellevue      Portland      Shanghai
Los Angeles   San Francisco  Washington, D.C.

www.dwt.com

**Davis Wright
Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5923126
Page No. 2

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.30 | 470.48 | 141.14 |
| Total | 0.30 | | 141.14 |
| Total All Classes | 0.30 | | $141.14 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $141.14 |
| Total Balance Due This Matter | $141.14 |

Kelli Sager

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Tribune Co.
Attn: Crane H. Kenney, Esq.
Sr. Vice President/General Counsel & Secretary
435 N. Michigan Ave.
Chicago, IL 60611

October 20, 2010
Invoice No. 5923128

OCTOBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0041033-000020
Los Angeles General Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 09/10/10 | R. London | 0.20 | Communicate with Mr. Bralow regarding Morning Call subscription calls |
| 09/14/10 | R. London | 0.30 | E-memo to client and teleconference with Mr. Bralow |
| 09/28/10 | R. London | 0.90 | Review of MC Select script and communicate with Mr. Bralow and Ms. McDonald regarding same |
|  | Total Hours Worked | 1.40 |  |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $638.59 |
| Less Agreed Discount | (63.86) |
| Adjusted Current Services | 574.73 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $574.73 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright Tremaine** LLP

Tribune Co.
Invoice No. 5923128
Page No. 2

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Of_Counsel** | | | |
| London, R. | 1.40 | 410.52 | 574.73 |
| Total | 1.40 | | 574.73 |
| Total All Classes | 1.40 | | $574.73 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $2,534.60 |
| Current Invoice | $574.73 |
| Total Balance Due This Matter | $3,109.33 |

Kelli Sager

 **Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

October 22, 2010
Invoice No. 5923718
**SENT ELECTRONICALLY**

OCTOBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Matter No.        0026175-000352
Pasadena Police Officers Association
0000001900

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 09/01/10 | A. Wickers | 0.10 | Review draft communication to opposing counsel regarding stipulation |
| 09/01/10 | J. Glasser | 5.70 | Research and draft summary judgment opposition (5.4); correspondence with Ms. Gibbons and Mr. Rhemrev regarding summary judgment hearing date and briefing schedule and related correspondence with K. Sager and A. Wickers (.3) |
| 09/02/10 | K. Sager | 0.30 | Review communications from F. Rhemrev regarding hearing schedule and communicate with A. Wickers and J. Glasser |
| 09/02/10 | A. Wickers | 0.20 | Communicate with J. Glasser regarding scheduling |
| 09/02/10 | J. Glasser | 0.30 | Obtain request to proceed using officers' true names in Pasadena case (.1); calls with Ms. Goller and Mr. Lait (.2); confer with A. Wickers (.2) |
| 09/03/10 | K. Sager | 0.30 | Telephone conference with A. Wickers and J. Glasser regarding letter to plaintiff's counsel, officer depositions and ex parte |
| 09/03/10 | A. Wickers | 1.20 | Telephone call with K. Sager and J. Glasser regarding |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 5923718
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | case strategy (.2); edit letter to opposing counsel (.5); communicate with J. Glasser regarding letter, deposition notices, and other issues (.5) |
| 09/03/10 | J. Glasser | 3.00 | Call with K. Sager and A. Wickers regarding ex parte application and related issues regarding summary judgment (.3); draft deposition notices to Reep and Alvarado (.3); draft letters to Ms. Gibbons, Mr. Shinee, and Mr. Rhemrev regarding dismissing case and ex parte application, prepare exhibits (2.4) |
| 09/04/10 | J. Glasser | 5.70 | Research and draft summary judgment opposition |
| 09/05/10 | J. Glasser | 2.90 | Research and draft summary judgment opposition |
| 09/06/10 | K. Sager | 0.60 | Review letter to Pasadena Police Officer's Association counsel and communicate with J. Glasser regarding ex parte hearing and papers (.4); communicate with A. Wickers and J. Glasser regarding federal court order (.2) |
| 09/06/10 | A. Wickers | 0.20 | Communicate with K. Sager and J. Glasser regarding federal magistrate's order granting leave to name Reep and Alvarado as defendants and strategy |
| 09/06/10 | J. Glasser | 4.90 | Correspondence with K. Sager regarding ex parte application (.1); draft letter to Ms. Gibbons and Mr. Shinee concerning federal court order to proceed using Officers Reep and Alvarado's true names (.5); research and draft summary judgment opposition (4.1) |
| 09/07/10 | K. Sager | 1.30 | Review and revise letter to plaintiff's counsel (.2); multiple discussions with J. Glasser regarding issues for ex parte application (.5); discussions with J. Glasser regarding telephone conferences with E. Gibbons (.4); discussions with Ms. Goller regarding hearing (.2) |
| 09/07/10 | A. Wickers | 0.10 | Communicate with J. Glasser regarding scheduling |
| 09/07/10 | J. Glasser | 1.10 | Calls and correspondence with Ms. Gibbons and Mr. Rhemrev regarding ex parte application and stipulation to continue hearing date on summary judgment motions |
| 09/08/10 | K. Sager | 1.00 | Communications with J. Glasser regarding ex parte application to change hearing date and briefing schedule (.3); review and revise stipulation (.3); review and revise ex parte application and declaration regarding continuance (.4) |
| 09/08/10 | A. Wickers | 0.40 | Communicate with J. Glasser regarding stipulation and ex parte application |
| 09/08/10 | J. Glasser | 5.70 | Calls with Ms. Madsen regarding stipulation (.2); draft correspondence with Ms. Gibbons and Mr. Rhemrev giving notice of ex parte application (.3); draft stipulation to continue hearing date on summary judgment motions (1.3); research and draft ex parte application, Glasser declaration, proposed order and |

**Davis Wright Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5923718
Page No. 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | accompanying papers (3.6); calls with Mr. Rhemrev and Ms. Gibbons regarding stipulation (.3) |
| 09/09/10 | K. Sager | 1.50 | Discussion with J. Glasser regarding ex parte hearing today and regarding mootness brief (.5); telephone conference with Ms. Goller (.3); discussion with B. Carrol regarding evidentiary objections (.2); work on summary judgment issues (.3); telephone conference with A. Wickers (.2) |
| 09/09/10 | A. Wickers | 0.40 | Communicate with J. Glasser (.2); communicate with K. Sager (.2) |
| 09/09/10 | B. Carroll | 3.60 | Review summary judgment materials and draft objections to evidence |
| 09/09/10 | J. Glasser | 10.20 | Prepare for and attend court hearing on ex parte regarding motion to dismiss (5.8); research and draft memorandum in support of dismissing the case on mootness grounds (4.4) |
| 09/10/10 | K. Sager | 0.50 | Communicate with Ms. Goller regarding status (.1); communicate with J. Glasser regarding depositions (.1); review separate statement and communicate with team regarding same (.3) |
| 09/10/10 | B. Carroll | 4.20 | Work on Objections to Evidence |
| 09/10/10 | J. Glasser | 8.00 | Draft amended deposition notice for Officers Reep and Alvarado for September 22 depositions (.2); research and draft mootness motion (3.3); research and draft summary judgment opposition (4.5) |
| 09/11/10 | J. Glasser | 7.20 | Research and draft summary judgment opposition |
| 09/12/10 | K. Sager | 6.90 | Communicate with J. Glasser regarding summary judgment opposition (.1); review and revise mootness brief (responding to order to show cause), including review of file material and communications with J. Glasser and with clients regarding same (2.7); communicate with J. Glasser regarding upcoming deadlines (.1); review plaintiff's motion for summary judgment and review and revise opposition brief (3.8); communications with J. Glasser regarding federal action (.2); communicate with clients and team regarding motion for summary judgment opposition (.2) |
| 09/12/10 | A. Wickers | 2.10 | Edit draft of evidentiary objections (1.0); review and edit draft response to separate statement (1.1) |
| 09/12/10 | B. Carroll | 3.90 | Work on response to Plaintiffs' separate statement |
| 09/12/10 | J. Glasser | 0.80 | Research authorities on Public Records Act |
| 09/13/10 | K. Sager | 2.00 | Communicate with J. Glasser (.2); review and revise request for judicial notice and declaration for mootness brief (.3); communicate with E. Gibbons office regarding service issue (.1); review and revise Glasser declaration (.4); telephone conference with Ms. Goller |

Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 5923718
Page No. 4

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | regarding mootness brief and communicate with J. Glasser regarding same (.5); revise mootness brief (.5) |
| 09/13/10 | A. Wickers | 0.20 | Communicate with J. Glasser |
| 09/13/10 | B. Carroll | 0.10 | Work on response to separate statement |
| 09/13/10 | J. Glasser | 3.60 | Revise mootness brief, draft Request for Judicial Notice and the two declarations, prepare exhibits, and related correspondence with K. Sager |
| 09/13/10 | K. Roth | 2.50 | Cite check Opposition to Summary Judgment; assemble Appendix of Non-California authorities regarding Opposition to Motion for Summary Judgment and Mootness Brief |
| 09/14/10 | K. Sager | 0.60 | Communicate with Elizabeth Gibbons office regarding service and communicate with team and clients regarding same (.2); brief review of city defendant's brief regarding mootness and opposition to summary judgment and communicate with team and clients (.4) |
| 09/14/10 | A. Wickers | 1.90 | Communicate with J. Glasser regarding opposition to summary judgment (.4); review and edit declaration (.2); prepare for filing (.4); review PPOA's briefs and supporting materials (.9) |
| 09/14/10 | J. Glasser | 3.90 | Call and correspondence with Ms. Goller regarding summary judgment opposition (1.0); correspondence with Mr. Rhemrev regarding service (.1); revise summary judgment opposition, draft Glasser declaration in support of summary judgment opposition, and prepare exhibits of the eight documents for filing (2.8) |
| 09/16/10 | K. Sager | 0.20 | Discussion with A. Wickers regarding reply briefs and evidentiary objections |
| 09/17/10 | K. Sager | 0.30 | Review materials for deposition of Officers Reep and Alvarado |
| 09/17/10 | B. Carroll | 3.40 | Work on objections to Plaintiffs' evidence in support of opposition to summary judgment |
| 09/17/10 | J. Glasser | 3.60 | Research and draft reply in support of dismissing case on mootness grounds (3.5); correspondence with B. Carroll regarding response to separate statement opposition (.1) |
| 09/18/10 | K. Sager | 0.40 | Review city's brief on mootness and opposition to plaintiff's motion for summary judgment |
| 09/19/10 | K. Sager | 1.20 | Review plaintiff's "mootness" brief (.4); prepare for officers' depositions (.5); communicate with A. Wickers and J. Glasser regarding depositions (.3) |
| 09/19/10 | B. Carroll | 2.00 | Work on objections to evidence and response to Plaintiffs' opposition separate statement |
| 09/19/10 | J. Glasser | 2.60 | Research and draft mootness reply |
| 09/20/10 | K. Sager | 1.80 | Discussion with J. Glasser regarding depositions of officers, regarding response to mootness brief and |

Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 5923718
Page No. 5

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | strategy (.5); telephone conference with Ms. Goller (.3); review case on summary judgment replies and communicate with team regarding same (.4); work on reply issues - motion for summary judgment and mootness (.3); communications with J. Glasser and A. Wickers regarding depositions and regarding reply on mootness motion for summary judgment (.3) |
| 09/20/10 | A. Wickers | 0.80 | Communicate with K. Sager and J. Glasser regarding depositions and regarding mootness brief and reply in support of motion for summary judgment (.5); communicate with B. Carroll regarding evidentiary issues (.1); draft letter to other counsel regarding postponement of depositions (.2) |
| 09/20/10 | B. Carroll | 3.70 | Work on response to Plaintiffs' opposition separate statement (1.9); work on issues with Plaintiffs' declarations and exhibits in support of opposition to Intervenors' motion for summary judgment (1.8) |
| 09/20/10 | J. Glasser | 9.60 | Communications with K. Sager regarding depositions and related issues (.4); review Nazir decision (.4); calls with Mr. Rhemrev regarding depositions (.2); research and draft mootness reply brief (8.6) |
| 09/21/10 | K. Sager | 4.20 | Communications with A. Wickers (.2); review plaintiff's mootness brief and review and revise reply on mootness, including communications with J. Glasser regarding contacts with city (1.8); work on mootness reply brief, including review of plaintiff's brief and authorities (2.2) |
| 09/21/10 | A. Wickers | 1.90 | Communicate with J. Glasser regarding reply brief in support of motion for summary judgment (.3); review plaintiffs' opposition to motion for summary judgment and evaluate CPRA arguments (.5); edit draft of evidentiary objections (1.1) |
| 09/21/10 | B. Carroll | 2.00 | Revise evidentiary objections (.5); work on response to separate statement (1.5) |
| 09/21/10 | J. Glasser | 12.00 | Research and draft mootness brief (1.4); research and draft summary judgment reply (10.6) |
| 09/22/10 | K. Sager | 2.30 | Final revision to mootness reply and communications with team and clients regarding same (1.0); communicate with team and communicate with Ms. Goller (.3); discussion with J. Glasser (.1); review and revise response to plaintiff's separate statement opposition and communicate with B. Caroll (.5); communicate with J. Glasser regarding replies (.2); communicate with A. Wickers regarding separate statement response (.2) |
| 09/22/10 | A. Wickers | 4.50 | Review and edit revised draft of evidentiary objections (.2); review and edit draft of reply in support of |

Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 5923718
Page No. 6

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | summary judgment (3.9); review draft response on separate statement and recent appellate decision (.3); communicate with J. Glasser (.1) |
| 09/22/10 | J. Glasser | 8.20 | Research and draft summary judgment reply brief (5.6); review defendants' two reply briefs (.4); revise reply brief on mootness and add in record cites (1.5); draft evidentiary objections to Gibbons declaration submitted by plaintiffs (.7) |
| 09/22/10 | K. Roth | 2.00 | Cite check Reply regarding Mootness Motion |
| 09/23/10 | K. Sager | 1.80 | Review and revise reply to motion for summary judgment and communicate with clients and team (.8); review and revise objections to E. Gibbons declaration and exhibits on mootness (.2); communicate with A. Wickers and J. Glasser regarding separate statement (.2); telephone conference with J. Glasser regarding filings and issues on reply (.3); communicate with A. Wickers regarding separate statement (.1); work on reply (.2) |
| 09/23/10 | A. Wickers | 0.80 | Communicate with K. Sager and J. Glasser regarding reply brief and filing (.5); edit drafts for filing (.3 |
| 09/23/10 | J. Glasser | 4.60 | Revise response to plaintiffs' separate statement opposition and review court docket and copies of what plaintiffs actually filed regarding discrepancies between separate statement opposition cites and Gibbons declaration (1.3); calls with Ms. Goller (.5); revise mootness brief (.6); revise summary judgment reply, add in record cites, review cite check (1.8); revise evidentiary objections for summary judgment reply and for OSC regarding mootness (.4) |
| 09/23/10 | K. Roth | 3.80 | Cite check Interveners reply regarding Motion for Summary Judgment, review all Summary Judgment pleadings and organize legal authorities into reference set for hearing |
| 09/24/10 | K. Roth | 5.20 | Review all briefing regarding Motions for Summary Judgment and mootness motions and organize authorities into reference set for hearing |
| 09/24/10 | Elena Baca | 4.00 | Organize cited cases for motion regarding mootness for hearing |
| 09/26/10 | K. Sager | 0.60 | Review reply briefs and gather material for hearing (.4); communicate with J. Glasser regarding additional authorities (.2) |
| 09/26/10 | J. Glasser | 0.50 | Review documents regarding plaintiffs citation of "Citizens' Review Board report" and review California Civil Code and Government Code provisions |
| 09/27/10 | K. Sager | 3.40 | Review pleadings, cases, evidence on all parties' motions for summary judgment and mootness briefs and outline issues for hearing tomorrow |

**Davis Wright Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5923718
Page No. 7

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 09/27/10 | J. Glasser | 0.50 | Confer with K. Sager regarding Commander Mills' deposition (.2); correspondence with K. Sager regarding absense of objection in federal court to request to proceed using true names of officers (.1); correspondence with K. Sager regarding Complaint in federal wrongful death case (.2) |
| 09/28/10 | K. Sager | 3.00 | Prepare for and attend hearing on summary judgment motions and Order to Show Cause regarding mootness including follow-up discussions with City counsel and clients (2.8); discussion with J. Glasser regarding notice of ruling (.2) |
| 09/28/10 | J. Glasser | 0.60 | Calls with Ms. Goller regarding ruling (.1); confer with K. Sager regarding evidentiary objections for oral argument (.2); draft notice of ruling (.2) |
| | Total Hours Worked | 194.60 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 3,759 | 375.90 |
| Outside delivery service - - NATIONWIDE LEGAL INC - 8/11/10 LASC per C. Solano | 1 | 30.00 |
| West Publishing (billed at cost) computerized legal research 09/13/10 per K. Roth | 1 | 165.28 |
| Total Current Disbursements | | $571.18 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $65,716.86 |
| Less Agreed Discount | (6,571.69) |
| Adjusted Current Services | 59,145.17 |
| Total Current Disbursements | 571.18 |
| Total Current Invoice | $59,716.35 |

## SUMMARY BY PROFESSIONAL

**Davis Wright**
**Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5923718
Page No. 8

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 34.20 | 470.48 | 16,090.40 |
| Wickers, A. | 14.80 | 424.35 | 6,280.41 |
| Total | 49.00 | | 22,370.81 |
| **Associate** | | | |
| Carroll, B. | 22.90 | 327.27 | 7,494.48 |
| Glasser, J. | 105.20 | 261.90 | 27,551.88 |
| Total | 128.10 | | 35,046.36 |
| **Paralegal** | | | |
| Roth, K. | 13.50 | 108.00 | 1,458.00 |
| Total | 13.50 | | 1,458.00 |
| **Document_Clerk** | | | |
| Baca, Elena | 4.00 | 67.50 | 270.00 |
| Total | 4.00 | | 270.00 |
| Total All Classes | 194.60 | | $59,145.17 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $116,947.01 |
| Current Invoice | $59,716.35 |
| Total Balance Due This Matter | $176,663.36 |

| | |
|---|---|
| Year-to-date Billed Fees | $194,490.69 |
| Year-to-date Billed Expenses | $7,693.18 |
| Year-to-date Billed Total | $202,183.87 |
| To-date Billed Fees | $274,403.49 |
| To-date Billed Expenses | $12,602.72 |
| To-date Billed Total | $287,006.21 |



**Davis Wright
Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

October 25, 2010
Invoice No. 5924002

OCTOBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0026175-000004
General/Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|------------|------|------------------------|
| 09/07/10 | B. Johnson | 0.40 | Communicate with Ms. Goller regarding FTC issues |
| 09/08/10 | K. Sager | 0.50 | Conference call regarding bankruptcy application/procedures with bankruptcy counsel and Times counsel |
| 09/10/10 | K. Sager | 0.30 | Review proposed corrections of column and communicate with Ms. Goller |
| 09/15/10 | K. Henry | 0.70 | (Laguna Beach Coastline Pilot/Huntington Beach Independent) Advise Ms. Xanders on proofs of publication issues |
| 09/21/10 | J. Fang | 0.30 | Work on review of Chinese language documents and legal analysis with L. Zhu |
| 09/25/10 | L. Zhu | 0.60 | Review / translate Agreement |
| 09/27/10 | K. Sager | 0.30 | Communications with Ms. Goller regarding take-down demand |
| 09/28/10 | K. Sager | 0.50 | Communicate with clients regarding courtroom photograph issues |
| 09/28/10 | J. Glasser | 0.30 | Call with Ms. Huffstutter regarding FOIA issues and related communication with K. Sager |
| 09/29/10 | K. Sager | 0.30 | Communicate with Ms. Goller and Mr. Han regarding courtroom photography issues |
| 09/30/10 | A. Wickers | 0.40 | Communicate with Ms. Xanders regarding advertising issue (.1); review ad policies and communicate with |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

**Davis Wright Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5924002
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | client (.3) |
| | Total Hours Worked | 4.60 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,004.17 |
| Less Agreed Discount | (200.42) |
| Adjusted Current Services | 1,803.75 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $1,803.75 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|-------------|-----------------|-------------|
| **Partner** | | | |
| Fang, J. | 0.30 | 447.42 | 134.23 |
| Johnson, B. | 0.40 | 470.48 | 188.19 |
| Sager, K. | 1.90 | 470.48 | 893.90 |
| Wickers, A. | 0.40 | 424.35 | 169.74 |
| Total | 3.00 | | 1,386.06 |
| **Associate** | | | |
| Glasser, J. | 0.30 | 261.90 | 78.57 |
| Henry, K. | 0.70 | 303.19 | 212.23 |
| Zhu, L. | 0.60 | 211.48 | 126.89 |
| Total | 1.60 | | 417.69 |
| Total All Classes | 4.60 | | $1,803.75 |

**Davis Wright
Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5924002
Page No. 3

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $13,184.06 |
| Current Invoice | $1,803.75 |
| | -------------------- |
| Total Balance Due This Matter | $14,987.81 |

| | |
|---|---|
| Year-to-date Billed Fees | $59,523.25 |
| Year-to-date Billed Expenses | $4,566.96 |
| Year-to-date Billed Total | $64,090.21 |
| | |
| To-date Billed Fees | $403,965.48 |
| To-date Billed Expenses | $55,348.43 |
| To-date Billed Total | $459,313.91 |

Kelli Sager



## Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

October 25, 2010
Invoice No. 5924110

OCTOBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.          0026175-000375
Ridley-Thomas
0000001923

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 09/01/10 | K. Sager | 0.20 | Communicate with team regarding judgment and fees motion |
| 09/01/10 | J. Glasser | 0.10 | Correspondence with K. Sager and Ms. Goller regarding judgment and fee motion |
| 09/01/10 | B. Planchon | 0.30 | Research Judgment and related documents from court website |
| 09/02/10 | J. Glasser | 0.30 | Review bills for fee motion |
| 09/03/10 | J. Glasser | 0.30 | Confer with A. Wickers regarding fee motion and related review of documents |
| 09/07/10 | A. Wickers | 0.40 | Review bills and other materials for use in fee motion |
| 09/07/10 | J. Glasser | 0.10 | Correspondence with A. Wickers regarding deadline to file a fees and costs motion |
| 09/08/10 | A. Wickers | 2.90 | Draft fee motion |
| 09/13/10 | K. Sager | 0.10 | Communicate with A. Wickers regarding fee motion |
| 09/13/10 | A. Wickers | 3.70 | Revise draft fee motion and circulate to Ms. Goller (1.1); review bills and prepare supporting evidence for motion (1.0); revise motion per Ms. Goller's comments (.2); draft Wickers declaration in support of fee motion (.9); finalize for filing (.5) |
| 09/14/10 | K. Sager | 0.10 | Work on fee motion issues |
| 09/14/10 | A. Wickers | 2.30 | Communicate with Mr. Grossberg regarding |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

**Davis Wright
Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5924110
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | declaration (.3); draft Grossberg declaration (.5); finalize bills to submit to court (.8); edit brief and declarations and finalize for filing (.7) |
| 09/14/10 | K. Roth | 1.20 | Cite check Motion to Recover Attorney's fees |
| 09/21/10 | A. Wickers | 0.10 | Telephone call to Ms. Takade regarding fees |
| 09/23/10 | A. Wickers | 0.10 | Communicate with Ms. Takade regarding possible informal resolution of fee motion |
| 09/27/10 | A. Wickers | 0.40 | Telephone call with Mr. Kudo and Ms. Takade regarding fee issue (.3); communicate with J. Glasser regarding service of writ (.1) |
| | Total Hours Worked | 12.60 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 375 | 37.50 |
| Filing fee - - APEX ATTORNEY SERVICES INC - 7/7/10 LASC per Y. Godson | 1 | 48.00 |
| Legal process server service - - APEX ATTORNEY SERVICES INC - 7/7/10 Andrea Ordin per Y. Godson | 1 | 32.00 |
| Outside delivery service - - APEX ATTORNEY SERVICES INC - 7/19/10 LASC per G. Pasquale | 1 | 142.00 |
| Outside search service - - NATIONWIDE LEGAL INC - 8/12/10 LASC per C. Solano | 1 | 75.00 |
| Outside search service - 8/13/10 LASC Online | 1 | 15.00 |
| Total Current Disbursements | | $349.50 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $5,309.14 |
| Less Agreed Discount | (530.91) |
| Adjusted Current Services | 4,778.23 |
| Total Current Disbursements | 349.50 |
| | --------------- |
| Total Current Invoice | $5,127.73 |


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 5924110
Page No. 3

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.40 | 470.48 | 188.20 |
| Wickers, A. | 9.90 | 424.35 | 4,201.09 |
| Total | 10.30 | | 4,389.29 |
| **Associate** | | | |
| Glasser, J. | 0.80 | 261.90 | 209.52 |
| Total | 0.80 | | 209.52 |
| **Paralegal** | | | |
| Planchon, B. | 0.30 | 166.05 | 49.82 |
| Roth, K. | 1.20 | 108.00 | 129.60 |
| Total | 1.50 | | 179.42 |
| Total All Classes | 12.60 | | $4,778.23 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $30,210.96 |
| Current Invoice | $5,127.73 |
| Total Balance Due This Matter | $35,338.69 |

Kelli Sager