

**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

November 30, 2010
Invoice No. 5932906

## NOVEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000106
Newsracks/General

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 10/23/10 | A. Wickers | 0.10 | Respond to Mr. Marnien's inquiry regarding Santa Monica newsrack fee increase |
|  | Total Hours Worked | 0.10 |  |

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Outside delivery service - - FEDERAL EXPRESS - 7/16/10 Michael Jenkins per A. Wickers | 1 | 9.55 |
| Total Current Disbursements |  | $9.55 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage        New York        Seattle
Bellevue         Portland        Shanghai
Los Angeles      San Francisco   Washington, D.C.                    www.dwt.com

Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 5932906
Page No. 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $47.16 |
| Less Agreed Discount | (4.72) |
| Adjusted Current Services | 42.44 |
| Total Current Disbursements | 9.55 |
| | ---------------- |
| Total Current Invoice | $51.99 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 0.10 | 424.35 | 42.44 |
| | ------------ | | ---------------- |
| Total | 0.10 | | 42.44 |
| | ------------ | | ---------------- |
| Total All Classes | 0.10 | | $42.44 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $2,911.12 |
| Current Invoice | $51.99 |
| | -------------------- |
| Total Balance Due This Matter | $2,963.11 |

# Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

November 30, 2010
Invoice No. 5932907

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000292
Nicholas Divorce File Unsealing

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 10/11/10 | A. Wickers | 0.10 | Review draft of costs memorandum and communicate with J. Glasser regarding same |
| 10/11/10 | J. Glasser | 0.20 | Review rules of court on recoverable costs, review bills for costs expenditures, and related correspondence with A. Wickers and C. Solano |
| | Total Hours Worked | 0.30 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $105.36 |
| Less Agreed Discount | (10.54) |
| Adjusted Current Services | 94.82 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $94.82 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage     New York      Seattle
Bellevue      Portland      Shanghai
Los Angeles   San Francisco Washington, D.C.                          www.dwt.com

**Davis Wright
Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5932907
Page No. 2

---

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 0.10 | 424.35 | 42.44 |
| Total | 0.10 | | 42.44 |
| **Associate** | | | |
| Glasser, J. | 0.20 | 261.90 | 52.38 |
| Total | 0.20 | | 52.38 |
| Total All Classes | 0.30 | | $94.82 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $15,916.29 |
| Less Payments Received as of 11/22/10 - TRIBUNE CO - ACH PAYMENT | ($52.38) |
| Current Invoice | $94.82 |
| Total Balance Due This Matter | $15,958.73 |



# Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 30, 2010
Invoice No. 5932909

## NOVEMBER INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000317
Los Angeles County Sheriff CPRA
0000001714

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 10/05/10 | A. Wickers | 2.00 | Communicate with J. Glasser regarding issues for hearing (.2); review briefs to prepare for hearing (1.7); review ops log email (.1) |
| 10/05/10 | J. Glasser | 0.60 | Confer with A. Wickers and K. Roth regarding preparing documents for upcoming hearing on motion to vacate (.4); confer with A. Wickers regarding evidentiary issues (.2) |
| 10/05/10 | K. Roth | 4.80 | Pull all legal authorities cited in motion to vacate and organize into reference set |
| 10/06/10 | A. Wickers | 4.70 | Communicate with J. Glasser regarding Therolf Declaration (.1); edit same (.1); prepare for hearing (4.3); communicate with J. Glasser regarding issues for hearing (.2) |
| 10/06/10 | J. Glasser | 1.00 | Confer with A. Wickers regarding upcoming hearing and related review of documents and pertinent case law (.7); draft Therolf declaration (.3) |
| 10/07/10 | K. Sager | 0.20 | Communicate with A. Wickers regarding hearing today |
| 10/07/10 | A. Wickers | 2.50 | Prepare for and attend hearing on intervenors' motion to vacate judgment (2.2); communicate with J. Glasser regarding ex parte hearing (.3) |
| 10/07/10 | J. Glasser | 1.40 | Confer with A. Wickers regarding ex parte application being brought by Ms. Gibbons (.2); prepare for hearing |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright**
**Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5932909
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | on Deputies' ex parte application regarding sealing (1.2) |
| 10/08/10 | A. Wickers | 0.60 | Communicate with J. Glasser regarding opposition to motion for leave to file declaration under seal (.3); review Ms. Gibbons' moving papers (.3) |
| 10/08/10 | J. Glasser | 0.30 | Confer with A. Wickers regarding court's ruling and Deputies' motion to seal and related correspondence with K. Sager |
| 10/12/10 | J. Glasser | 0.20 | Call with Mr. Brouwer and related communication with K. Sager and A. Wickers |
| 10/13/10 | K. Sager | 0.20 | Discussion with J. Glasser regarding sealing application (.1); review letter from R. Brouwer (.1) |
| 10/14/10 | J. Glasser | 0.40 | Calls with Mr. Brouwer regarding sealing of Captain's declaration and review of letter and notice sent by counsel for the Deputies |
| 10/15/10 | K. Sager | 0.20 | Communicate with J. Glasser regarding withdrawal of declaration and possible response |
| 10/15/10 | J. Glasser | 0.30 | Review the Deputies' filings and communicate with K. Sager and A. Wickers regarding same |
| 10/17/10 | K. Sager | 0.20 | Review letter from E. Gibbons and communicate with team regarding same |
| 10/18/10 | J. Glasser | 0.10 | Correspondence with K. Sager and A. Wickers regarding withdrawal of unnamed Captain's declaration by the Deputies |
| | Total Hours Worked | 19.70 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 6 | 0.60 |
| Filing fee - - APEX ATTORNEY SERVICES INC - 9/8/10 LASC per G. Pasquale | 1 | 48.00 |
| Legal process server service - - APEX ATTORNEY SERVICES INC - 9/7/10 Rick Breuwer per G. Pasquale | 1 | 32.00 |
| Legal process server service - - APEX ATTORNEY SERVICES INC - 9/7/10 Elizabeth Gibbons per G. Pasquale | 1 | 60.50 |
| Total Current Disbursements | | $141.10 |

**Davis Wright Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5932909
Page No. 3

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $6,866.23 |
| Less Agreed Discount | (686.62) |
| Adjusted Current Services | 6,179.61 |
| Total Current Disbursements | 141.10 |
| Total Current Invoice | $6,320.71 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.80 | 470.48 | 376.40 |
| Wickers, A. | 9.80 | 424.35 | 4,158.64 |
| Total | 10.60 | | 4,535.04 |
| **Associate** | | | |
| Glasser, J. | 4.30 | 261.90 | 1,126.17 |
| Total | 4.30 | | 1,126.17 |
| **Paralegal** | | | |
| Roth, K. | 4.80 | 108.00 | 518.40 |
| Total | 4.80 | | 518.40 |
| Total All Classes | 19.70 | | $6,179.61 |

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

November 30, 2010
Invoice No. 5932911

### NOVEMBER INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000352
Pasadena Police Officers Association
0000001900

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/05/10 | J. Glasser | 0.10 | Correspondence with K. Sager re deadline for plaintiffs to appeal in Pasadena case |
| | Total Hours Worked | 0.10 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 999 | 99.90 |
| Filing Fee -- Jeffrey Glasser 09/09/2010 Los Angeles Superior Court Filing fee for Ex Parte on 9/9/10 (LASC) | 1 | 40.00 |
| Filing fee - - APEX ATTORNEY SERVICES INC - 9/9/10 LASC per G. Pasquale | 1 | 48.00 |
| Filing fee - - APEX ATTORNEY SERVICES INC - 9/14/10 LASC per G. Pasquale | 1 | 38.00 |
| Legal process server service - - APEX ATTORNEY SERVICES INC - 9/3/10 Elizabeth Gibbons per G. Pasquale | 1 | 70.50 |
| Legal process server service - - APEX ATTORNEY SERVICES INC - 9/3/10 Frank Rhemnev per G. Pasquale | 1 | 51.50 |
| Legal process server service - - APEX ATTORNEY SERVICES INC - 9/3/10 Frank Rhemnev per G. Pasquale | 1 | 51.50 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| | | |
|--|--|--|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright
Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5932911
Page No. 2

| | | |
|---|---|---|
| Legal process server service - - APEX ATTORNEY SERVICES INC - 9/3/10 Elizabeth Gibbons per G. Pasquale | 1 | 70.50 |
| Legal process server service - - APEX ATTORNEY SERVICES INC - 9/10/10 Frank Rhemnev per G. Pasquale | 1 | 41.50 |
| Legal process server service - - APEX ATTORNEY SERVICES INC - 9/10/10 Elizabeth Gibbons per G. Pasquale | 1 | 70.50 |
| Outside delivery service - - APEX ATTORNEY SERVICES INC - 9/13/10 per G. Pasquale | 1 | 167.30 |
| Outside search service - - BANK OF AMERICA - 8/25/10 LASC Online | 1 | 7.50 |
| Parking  -- Kelli Sager 09/28/2010 | 1 | 12.00 |
| Total Current Disbursements | | $768.70 |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $29.10 |
| Less Agreed Discount | (2.91) |
| Adjusted Current Services | 26.19 |
| Total Current Disbursements | 768.70 |
| | ---------------- |
| Total Current Invoice | $794.89 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Associate** | | | |
| Glasser, J. | 0.10 | 261.90 | 26.19 |
| | ------------ | | ---------------- |
| Total | 0.10 | | 26.19 |
| | ------------ | | ---------------- |
| Total All Classes | 0.10 | | $26.19 |

.

**Davis Wright Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5932911
Page No. 3

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $176,663.36 |
| Less Payments Received as of 11/22/10 -<br>TRIBUNE CO - ACH PAYMENT | ($10,323.54) |
| Current Invoice | $794.89 |
| | -------------------- |
| Total Balance Due This Matter | $167,134.71 |



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 30, 2010
Invoice No. 5932913

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000366
Littlefield
0000001918

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/06/10 | J. Glasser | 1.40 | Correspondence with Ms. Goller (.1); prepare for hearing on order to show cause regarding dismissal (1.3) |
| 10/07/10 | J. Glasser | 1.00 | Attend Littlefield hearing |
| 10/12/10 | K. Sager | 0.20 | Discussion with J. Glasser regarding memorandum ordered by court and timing |
| 10/12/10 | J. Glasser | 0.10 | Confer with K. Sager regarding court's order to show cause regarding dismissal and memorandum of points and authorities regarding dismissal for failure to serve the complaint |
| 10/15/10 | J. Glasser | 0.20 | Draft notice regarding osc hearing on November 8 for failure to prosecute, failure to appear, and failure to serve the complaint |
| 10/28/10 | J. Glasser | 0.60 | Research and draft response to order to show cause regarding dismissal for failure to serve complaint |
| 10/29/10 | J. Glasser | 5.20 | Research and draft motion in support of Court's order to show cause regarding dismissal for Littlefield's failure to serve the complaint |
| 10/31/10 | J. Glasser | 1.10 | Research and draft motion in support of Court's order to show cause regarding dismissal for Littlefield's failure to serve the complaint |
| | Total Hours Worked | 9.80 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

**Davis Wright**
**Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5932913
Page No. 2

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Parking  -- Jeffrey Glasser 09/07/2010 | 1 | 17.50 |
| Total Current Disbursements | | $17.50 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,898.16 |
| Less Agreed Discount | (289.82) |
| Adjusted Current Services | 2,608.34 |
| Total Current Disbursements | 17.50 |
| Total Current Invoice | $2,625.84 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.20 | 470.48 | 94.10 |
| Total | 0.20 | | 94.10 |
| **Associate** | | | |
| Glasser, J. | 9.60 | 261.90 | 2,514.24 |
| Total | 9.60 | | 2,514.24 |
| Total All Classes | 9.80 | | $2,608.34 |

**Davis Wright
Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5932913
Page No. 3

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $4,211.88 |
| Less Payments Received as of 11/22/10 -<br>    TRIBUNE CO - ACH PAYMENT | ($549.33) |
| Current Invoice | $2,625.84 |
| | --------------------- |
| Total Balance Due This Matter | $6,288.39 |



# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

November 30, 2010
Invoice No. 5932915

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000368
Beverly Hills Surgery Center
0000001927

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/04/10 | L. Kohn | 2.20 | Research service of Omidi subpoena before a defendant was served to Tribune Company in Illinois |
| 10/05/10 | A. Wickers | 0.50 | Communicate with L. Kohn regarding arguments and organization of opposition to motion to compel, including brief research (.3); review motion to compel (.2) |
| 10/05/10 | L. Kohn | 5.60 | Research case law regarding subpoenas to third parties seeking the identity of anonymous online speakers |
| 10/06/10 | L. Kohn | 1.80 | Continue research for opposition to motion to compel |
| 10/07/10 | L. Kohn | 7.50 | Outline arguments for opposition to motion to compel (.8); confer with A. Wickers regarding arguments (.2); research application of California's Shield Law to identities of anonymous online commenters (1.5); review plaintiffs' separate statement and draft response (3.0); draft opposition to motion to compel (2.0) |
| 10/08/10 | L. Kohn | 7.20 | Draft opposition to motion to compel |
| 10/09/10 | L. Kohn | 5.70 | Revise opposition to motion to compel |
| 10/12/10 | L. Kohn | 3.30 | Draft response to separate statement for opposition to motion to compel |
| 10/13/10 | K. Sager | 5.80 | Review pleadings and review and revise opposition to motion to compel (0.6); review and revise opposition brief (1.5); discussion with L. Kohn regarding separate |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage     New York       Seattle
Bellevue      Portland       Shanghai
Los Angeles   San Francisco  Washington, D.C.                    www.dwt.com

Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 5932915
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | statement and regarding revisions to brief (0.4); review and revise opposition brief, declaration and separate statement (3.3) |
| 10/13/10 | L. Kohn | 5.10 | Research CCP Section 1987.2 and revise opposition to motion to compel per comments from K. Sager (3.3); revise Kohn declaration in support of opposition (1.2) |
| 10/14/10 | K. Sager | 1.40 | Review and revise separate statement and communicate with L. Kohn regarding same (.5); communications with Ms. Goller (.3); review comments from Mr. Hiltzik and communicate with L. Kohn regarding same (.3); further communications with Ms. Goller (.1); review and revise request for judicial notice (.2) |
| 10/14/10 | J. Glasser | 2.00 | Research and draft request for judicial notice and related conferring with L. Kohn |
| 10/14/10 | L. Kohn | 3.80 | Finalize opposition to motion to compel, response to separate statement, and Kohn declaration for filing (3.6); telephone conference with Ms. Karlene Goller (.2) |
| 10/14/10 | B. Planchon | 4.10 | Review Opposition to Motion to Compel for all cites to judicial opinion and prepare negative history report summary (2.3); prepare Appendix of Non-California Authorities (1.8) |
| 10/25/10 | K. Sager | 0.70 | Discussion with L. Kohn regarding plaintiff's failure to finally file reply brief (.2); review plaintiff's "reply" and communicate with Ms. Goller and L. Kohn regarding supplemental response (.5) |
| 10/25/10 | L. Kohn | 0.20 | Review plaintiffs' objection to opposition to motion to compel |
| 10/26/10 | K. Sager | 3.30 | Discussion with L. Kohn regarding response to objection and review and revise declaration and draft of response (1.5); review pleadings, authorities and outline issues for hearing tomorrow (1.8) |
| 10/26/10 | L. Kohn | 2.90 | Draft response to objection re service of opposition, declaration of G. Pasquale, and declaration of K. Sager |
| 10/26/10 | B. Planchon | 1.60 | Pull copies of all authorities cited in Opposition to Motion to Compel - statutes, rules and constitutional provisions and organize into hearing preparation set for K. Sager |
| 10/27/10 | K. Sager | 3.50 | Prepare for and attend hearing on plaintiff's motion to compel and follow-up discussion with client and team (3.3); review and revise notice of ruling (.2) |
| 10/27/10 | L. Kohn | 0.30 | Prepare notice of ruling on motion to compel |
| | Total Hours Worked | 68.50 | |

**Davis Wright Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5932915
Page No. 3

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Photocopy Charges | 2,661 | 266.10 |
| Total Current Disbursements | | $266.10 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $22,384.73 |
| Less Agreed Discount | (2,238.47) |
| Adjusted Current Services | 20,146.26 |
| Total Current Disbursements | 266.10 |
| | ---------------- |
| Total Current Invoice | $20,412.36 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 14.70 | 470.48 | 6,916.05 |
| Wickers, A. | 0.50 | 424.35 | 212.18 |
| Total | 15.20 | | 7,128.23 |
| **Associate** | | | |
| Glasser, J. | 2.00 | 261.90 | 523.80 |
| Kohn, L. | 45.60 | 253.24 | 11,547.74 |
| Total | 47.60 | | 12,071.54 |
| **Paralegal** | | | |
| Planchon, B. | 5.70 | 166.05 | 946.49 |
| Total | 5.70 | | 946.49 |
| Total All Classes | 68.50 | | $20,146.26 |

 **Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

November 30, 2010
Invoice No. 5932917

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000375
Ridley-Thomas
0000001923

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/01/10 | K. Sager | 0.20 | Discussion with J. Glasser regarding fee hearing |
| 10/01/10 | J. Glasser | 0.20 | Draft Notice of Issuance of Writ of Mandate and related conferring with K. Sager |
| 10/04/10 | A. Wickers | 0.30 | Telephone call from Mr. Kudo regarding fee issue (.2); telephone call to Ms. Goller regarding fee offer (.1) |
| 10/05/10 | A. Wickers | 0.10 | Telephone call to Mr. Kudo regarding fee negotiations |
| 10/06/10 | A. Wickers | 0.20 | Telephone call from Mr. Kudo regarding settlement (.1); communicate with Ms. Goller regarding same (.1) |
| 10/07/10 | A. Wickers | 0.20 | Telephone call to Mr. Kudo regarding settlement issues |
| 10/08/10 | A. Wickers | 0.20 | Telephone call with Mr. Kudo regarding fee settlement (.1); communicate with Ms. Goller regarding same (.1) |
| 10/13/10 | A. Wickers | 0.10 | Telephone call with Mr. Kudo |
| 10/14/10 | K. Sager | 0.20 | Communicate with A. Wickers and J. Glasser regarding fee payment |
| 10/14/10 | A. Wickers | 0.30 | Review and analyze proposed stipulation and amended judgment |
| 10/14/10 | J. Glasser | 0.10 | Correspondence with K. Sager and A. Wickers regarding status of settlement negotiations on motion for attorneys' fees |
| 10/15/10 | A. Wickers | 0.10 | Communicate with Mr. Kudo regarding revisions to stipulation and judgment |
| 10/18/10 | A. Wickers | 0.60 | Communicate with Ms. Goller and Mr. Kudo regarding |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage        New York        Seattle
Bellevue         Portland        Shanghai
Los Angeles      San Francisco   Washington, D.C.

www.dwt.com

**Davis Wright
Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5932917
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| | | | fee issue and stipulation to amend judgment (.5); communicate with J. Glasser regarding amended judgment (.1) |
| 10/19/10 | A. Wickers | 0.50 | Communications with Mr. Kudo regarding amended judgment and fee settlement (.2); telephone call to court clerk regarding hearing on fee motion (.1); finalize documents relating to amended judgment and fee settlement (.2) |
| 10/19/10 | J. Glasser | 0.20 | Draft amended judgment |
| 10/20/10 | A. Wickers | 0.30 | Communicate with Mr. Kudo regarding stipulations (.1); edit draft of stipulation regarding hearing date and send to Mr. Kudo (.2) |
| 10/20/10 | J. Glasser | 0.30 | Draft stipulation and proposed order taking hearing on attorneys' fees and costs issue off calendar |
| 10/21/10 | A. Wickers | 0.10 | Communicate with Mr. Kudo regarding status of stipulation |
| 10/24/10 | K. Sager | 0.20 | Communicate with A. Wickers regarding fee settlement and postponement of hearing |
| | Total Hours Worked | 4.40 | |

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Photocopy Charges | 36 | 3.60 |
| Filing fee - - NATIONWIDE LEGAL INC - 8/19/10 LASC per C. Solano | 1 | 52.00 |
| Legal process server service - - NATIONWIDE LEGAL INC - 8/19/10 LA County Counsel per C. Solano | 1 | 21.00 |
| Legal process server service - - NATIONWIDE LEGAL INC - 8/19/10 LA County Counsel per C. Solano | 1 | 31.00 |
| Total Current Disbursements | | $107.60 |

**Davis Wright Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5932917
Page No. 3

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,961.01 |
| Less Agreed Discount | (196.10) |
| Adjusted Current Services | 1,764.91 |
| Total Current Disbursements | 107.60 |
| Total Current Invoice | $1,872.51 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.60 | 470.48 | 282.30 |
| Wickers, A. | 3.00 | 424.35 | 1,273.09 |
| Total | 3.60 | | 1,555.39 |
| **Associate** | | | |
| Glasser, J. | 0.80 | 261.90 | 209.52 |
| Total | 0.80 | | 209.52 |
| Total All Classes | 4.40 | | $1,764.91 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $35,338.69 |
| Less Payments Received as of 11/22/10 - TRIBUNE CO - ACH PAYMENT | ($1,316.41) |
| Current Invoice | $1,872.51 |
| Total Balance Due This Matter | $35,894.79 |

Kelli Sager

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

November 30, 2010
Invoice No. 5932919

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000377
Tersargyan

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Filing fee - - APEX ATTORNEY SERVICES INC - 8/9/10 Criminal Court per G. Pasquale | 1 | 65.50 |
| Filing fee - - APEX ATTORNEY SERVICES INC - 8/13/10 Court of Appeals per Y. Godson | 1 | 48.00 |
| Filing fee - - NATIONWIDE LEGAL INC - 8/18/10 LA Court of Appeals per C. Solano | 1 | 72.00 |
| Legal process server service - - APEX ATTORNEY SERVICES INC - 8/13/10 Frederick Bennett per Y. Godson | 1 | 32.00 |
| Legal process server service - - APEX ATTORNEY SERVICES INC - 8/13/10 Eric Harmon per Y. Godson | 1 | 37.00 |
| Legal process server service - - APEX ATTORNEY SERVICES INC - 8/13/10 Albert Menaster per Y. Godson | 1 | 32.00 |
| Legal process server service - - APEX ATTORNEY SERVICES INC - 8/13/10 Hilleri Merritt per Y. Godson | 1 | 32.00 |
| Legal process server service - - NATIONWIDE LEGAL INC - 8/18/10 Office of the District of Attorney per C. Solano | 1 | 46.00 |
| Legal process server service - - NATIONWIDE LEGAL INC - 8/18/10 Public Defender's Office per C. Solano | 1 | 46.00 |
| Legal process server service - - NATIONWIDE LEGAL INC - | 1 | 46.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage     New York     Seattle
Bellevue      Portland     Shanghai
Los Angeles   San Francisco Washington, D.C.                    www.dwt.com

**Davis Wright Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5932919
Page No. 2

| | | |
|---|---|---|
| 8/18/10 Public Defender's Office per C. Solano | | |
| Legal process server service - - NATIONWIDE LEGAL INC - 8/18/10 Court Counsel per C. Solano | 1 | 46.00 |
| Legal process server service - - NATIONWIDE LEGAL INC - 8/18/10 Criminal Court per C. Solano | 1 | 46.00 |
| Total Current Disbursements | | $548.50 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $0.00 |
| Less Agreed Discount | 0.00 |
| Adjusted Current Services | 0.00 |
| Total Current Disbursements | 548.50 |
| | ---------------- |
| Total Current Invoice | $548.50 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $34,978.69 |
| Less Payments Received as of 11/22/10 - TRIBUNE CO - ACH PAYMENT | ($33,523.09) |
| Current Invoice | $548.50 |
| | -------------------- |
| Total Balance Due This Matter | $2,004.10 |

Kelli Sager


# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 30, 2010
Invoice No. 5932921

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000379
Bankruptcy

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 10/04/10 | M. Bradley | 0.10 | Communicate with J. Ludwig and G. Pasquale regarding drafting fee application |
| 10/06/10 | M. Bradley | 1.90 | Work with accounting department regarding reprints of invoices and needed reports for fee application |
| 10/07/10 | J. Grumer | 0.40 | Communicate with Ms. Ludwig and review invoices relating to representation of Los Angeles Times (.3); email to Ms. Ludwig concerning same (.1) |
| 10/07/10 | M. Bradley | 8.10 | Work on fee/hour charts for fee application |
| 10/08/10 | M. Bradley | 5.30 | Work on fee/hour charts for fee application |
| 10/11/10 | M. Bradley | 6.30 | Work on fee/hour charts for fee application |
| 10/12/10 | M. Bradley | 2.90 | Finalize fee/hour charts for fee application |
| 10/13/10 | M. Bradley | 0.70 | Communicate with J. Ludwig and revise fee application chart accordingly |
| 10/24/10 | K. Sager | 1.20 | Review materials and revise declaration, prepare invoices and other materials for filing with bankruptcy court |
| 10/25/10 | K. Sager | 0.50 | Work on submission to bankruptcy court for March, April, May and June invoices |
| 10/25/10 | J. Grumer | 0.50 | Review documents related to fee application (.4); communicate with K. Sager concerning redactions (.1) |
| 10/27/10 | K. Sager | 0.40 | Work on fee application for March-June bills |
| 10/27/10 | J. Grumer | 1.40 | Review Additional Interested Parties list and conflict check reports (.8); review and revise Sager Declaration |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage    New York    Seattle
Bellevue     Portland    Shanghai
Los Angeles  San Francisco  Washington, D.C.                    www.dwt.com

**Davis Wright Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5932921
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|-------------------------|
| | | | (.6) |
| 10/28/10 | K. Sager | 1.50 | Work on fee application for March, April, May and June invoices |
| | Total Hours Worked | 31.20 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $6,417.26 |
| Less Agreed Discount | (641.73) |
| Adjusted Current Services | 5,775.53 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $5,775.53 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|-------------|-----------------|-------------|
| **Partner** | | | |
| Sager, K. | 3.60 | 470.48 | 1,693.73 |
| Total | 3.60 | | 1,693.73 |
| **Of_Counsel** | | | |
| Grumer, J. | 2.30 | 289.69 | 666.30 |
| Total | 2.30 | | 666.30 |
| **Paralegal** | | | |
| Bradley, M. | 25.30 | 135.00 | 3,415.50 |
| Total | 25.30 | | 3,415.50 |
| Total All Classes | 31.20 | | $5,775.53 |

**Davis Wright Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5932921
Page No. 3

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $5,775.53 |
| | ---------------------- |
| Total Balance Due This Matter | $5,775.53 |

Kelli Sager



# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Tribune Co.
Attn: David Eldersveld, Esq.
General Counsel
435 N. Michigan Ave.
Chicago, IL  60611

November 30, 2010
Invoice No. 5932927

## NOVEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.:          0041033-000020
Los Angeles General Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 10/06/10 | A. Lorentz | 0.30 | Telephone call with Mr. Bralow regarding credit and debit authorizations for advertising insertions |
| | Total Hours Worked | 0.30 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $182.97 |
| Less Agreed Discount | (18.30) |
| Adjusted Current Services | 164.67 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $164.67 |

## SUMMARY BY PROFESSIONAL

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

**Davis Wright Tremaine** LLP

Tribune Co.
Invoice No. 5932927
Page No. 2

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Lorentz, A. | 0.30 | 548.89 | 164.67 |
| Total | 0.30 | | 164.67 |
| Total All Classes | 0.30 | | $164.67 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $3,109.33 |
| Current Invoice | $164.67 |
| Total Balance Due This Matter | $3,274.00 |

Kelli Sager



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 30, 2010
Invoice No. 5933771

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000004
General/Advice

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 10/05/10 | B. Johnson | 0.10 | Review WA statute of limitations issues |
| 10/05/10 | A. Middleton | 0.10 | Communicate with A. Wickers regarding Washington statute of limitations question |
| 10/05/10 | A. Wickers | 0.20 | Communicate with Ms. Xanders and Seattle attorneys regarding Washington statute of limitations for written contract claim |
| 10/05/10 | J. Glasser | 0.50 | Correspondence with Ms. Huffstutter regarding Agricultural Foreign Investment Disclosure Act and related review of AFIDA and regulations implementing AFIDA |
| 10/05/10 | C. Gilbertson | 0.50 | Retrieve AFIDA legislation and regulation for J. Glasser |
| 10/07/10 | B. Johnson | 0.30 | Communicate with Ms. Goller and Mr. Julin regarding INS Health case law |
| 10/14/10 | K. Henry | 0.80 | (Daily Pilot's Adjudication) Review Probate Examiners Notes and research Daily Pilot's adjudication history, and communications with Ms. Xanders regarding same |
| 10/19/10 | J. Glasser | 1.00 | Research public rights as access to exhibits brought before a grand jury |
| 10/25/10 | K. Henry | 0.20 | (Costa Mesa Globe-Herald Adjudication Issues) Communications with Ms. Xanders regarding adjudication issues concerning the Costa Mesa Globe-Herald |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage    New York    Seattle
Bellevue     Portland    Shanghai
Los Angeles  San Francisco    Washington, D.C.

www.dwt.com

**Davis Wright Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5933771
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 10/26/10 | K. Henry | 0.40 | (Costa Mesa Globe-Herald Adjudication Issues) Telephone conference with Ms. Xanders, Mr. Davis, and Ms. Lindemann regarding adjudication issues concerning the Costa Mesa Globe-Herald |
| 10/27/10 | R. London | 0.40 | Teleconference with D. Bralow regarding survey questions for Sunday Select calls in view of auditors push-back |
| 10/28/10 | A. Wickers | 1.20 | LA Times/Ad Development -- Telephone calls with Ms. Xanders, Ms. Goller, Ms. White, and Mr. Bluestein regarding Fair Game cross-promotion and related advertising issues, including review of proposed copy and communications with Ms. Goller (1.2) |
| | Total Hours Worked | 5.70 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Outside delivery service - - NATIONWIDE LEGAL INC - 8/16/10 Criminal Court per C. Solano | 1 | 32.00 |
| Outside search service - - BANK OF AMERICA - 8/20/10 LASC Online | 1 | 4.75 |
| Total Current Disbursements | | $36.75 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|--|--|
| Total Current Services | $2,050.00 |
| Less Agreed Discount | (205.00) |
| Adjusted Current Services | 1,845.00 |
| Total Current Disbursements | 36.75 |
| ---------------- | |
| Total Current Invoice | $1,881.75 |

**Davis Wright Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5933771
Page No. 3

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Johnson, B. | 0.40 | 470.48 | 188.19 |
| Middleton, A. | 0.10 | 396.68 | 39.67 |
| Wickers, A. | 1.40 | 424.35 | 594.09 |
| Total | 1.90 | | 821.95 |
| **Associate** | | | |
| Glasser, J. | 1.50 | 261.90 | 392.85 |
| Henry, K. | 1.40 | 303.19 | 424.47 |
| Total | 2.90 | | 817.32 |
| **Of_Counsel** | | | |
| London, R. | 0.40 | 410.52 | 164.21 |
| Total | 0.40 | | 164.21 |
| **Other** | | | |
| Gilbertson, C. | 0.50 | 83.03 | 41.52 |
| Total | 0.50 | | 41.52 |
| Total All Classes | 5.70 | | $1,845.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $14,987.81 |
| Less Payments Received as of 11/30/10 -<br>TRIBUNE CO - ACH PAYMENT | ($9,979.25) |
| Current Invoice | $1,881.75 |
| Total Balance Due This Matter | $6,890.31 |