# EXHIBIT A

**Satisfied Claims**

Tribune Company, et al.

Second Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM/ SCHEDULE | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | ABOVENET COMMUNICATIONS INC<br>PO BOX 785876<br>PHILADELPHIA, PA 19178-5876 | 08-13141 | Tribune Company | 04/10/2009 | 141000090 | $4,061.29 | Paid via check number 0002461889 on 6/10/2009. |
| 2 | ACCUWEATHER SALES & SERVICE INC<br>385 SCIENCE PARK ROAD<br>STATE COLLEGE, PA 16803-2215 | 08-13245 | Tribune Television Northwest, Inc. | 04/10/2009 | 245000180 | $395.00 | Paid via EFT 7700916091 on 4/10/2009. |
| 3 | ALLEN, CRAIG<br>30 NANCY DRIVE<br>MONROE, CT 06468 | 08-13205 | Southern Connecticut Newspapers, Inc. | 06/12/2009 | 205000150 | $12,037.13 | Paid via check number 0001163433 on 11/02/2009. |
| 4 | AMERICAN COPY EDITORS SOCIETY<br>ATTN: CAROL DEMASTERS ADMINISTRATOR<br>7 AVENIDA VISTA GRANDE<br>SANTA FE, NM 87508 | 08-13236 | Tribune Media Services, Inc. | 04/10/2009 | 236003160 | $55.00 | Paid via check number 0002460285 on 06/08/2009. |
| 5 | AMINCO INTERNATIONAL<br>20571 CRESCENT BAY DRIVE<br>LAKE FOREST, CA 92630 | 08-13141 | Tribune Company | 11/08/2010 | 6671 | $1,959.00 | Paid via EFT 7701234435 on 9/2/2010 and EFT 7701266932 on 10/21/2010. |
| 6 | ARAMARK UNIFORMS SERVICES INC<br>2741 S DIVISION AVE<br>ORLANDO, FL 32805 | 08-13198 | Orlando Sentinel Communications Company | 04/10/2009 | 198004270 | $40.95 | Paid via EFT 7700931571 on 05/06/2009. |
| 7 | BARRY COUNTY TREASURER<br>220 W. STATE ST.<br>HASTINGS, MI 49058 | 08-13141 | Tribune Company | 04/23/2009 | 1617 | $847.24 | Paid via check number 0002578820 on 5/13/2010. |
| 8 | BEXEL CORPORATION<br>PO BOX 951736<br>DALLAS, TX 75395-1736 | 08-13185 | Los Angeles Times Communications LLC | 04/10/2009 | 185016670 | $4,190.00 | Paid via check number 0002444633 on 4/24/2009. |
| 9 | CASTLE PRINTECH INC<br>121 INDUSTRIAL DR<br>DEKALB, IL 60115 | 08-13156 | Chicagoland Publishing Company | 04/10/2009 | 156000250 | $9,343.29 | Paid via EFT 7700864556 on 1/26/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 10

Tribune Company, et al.

Second Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM/ SCHEDULE | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 10 | CHAILFOUX, MARK<br>2067 38TH ST APT C4<br>ASTORIA, NY 11105-1640 | 08-13209 | The Baltimore Sun Company | 04/10/2009 | 209009600 | $96.77 | Paid via check number 0002461829 on 6/10/2009. |
| 11 | CHICAGO WHITE SOX<br>333 W. 35TH ST.<br>JERRY REINSDORF<br>CHICAGO, IL 60616 | 08-13252 | WGN Continental Broadcasting Company | 04/10/2009 | 252001300 | $8,191.34 | Paid via EFT 7700916841 on 4/13/2009. |
| 12 | CITY OF HAVRE DE GRACE/LEGALS<br>711 PENNINGTON AVENUE<br>HAVRE DE GRACE, MD 21078 | 08-13173 | Homestead Publishing Co. | 04/20/2009 | 1117 | $2,781.54 | Paid via check number 0002461873 on 6/10/2009. |
| 13 | COMCAST<br>PO BOX 530098<br>ATLANTA, GA 30353-0098 | 08-13141 | Tribune Company | 04/10/2009 | 141003370 | $155.74 | Paid via check number 0002439470 on 04/13/2009. |
| 14 | CORESTAFF SERVICES LP<br>PO BOX 60876<br>CHARLOTTE, NC 28260-0876 | 08-13175 | Hoy Publications, LLC | 04/10/2009 | 175000410 | $749.76 | Paid via EFT 7700958094 on 06/16/2009. |
| 15 | COUTURE,FERN<br>274 CHURCH STREET<br>APT. #5A<br>GUILFORD, CT 06437 | 08-13205 | Southern Connecticut Newspapers, Inc. | 06/12/2009 | 205001180 | $4,913.92 | Paid via check number 0001163430 on 11/02/2009. |
| 16 | COX MEDIA<br>PO BOX 404328<br>ATLANTA, GA 30384 | 08-13210 | The Daily Press, Inc. | 04/10/2009 | 210007120 | $101.61 | Paid via check number 0002444464 on 04/24/2009. |
| 17 | CROKIN, ELIZABETH MARY<br>6220 W 3RD ST APT 204<br>LOS ANGELES, CA 90036-3169 | 08-13152 | Chicago Tribune Company | 02/01/2010 | 6388 | $600.00 | Paid via EFT 7700957686 on 06/16/2009. |
| 18 | DALLAS COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON,<br>LLP; ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 08-13141 | Tribune Company | 06/29/2009 | 5981 | $44,895.89* | Paid via check number 0002410647 on 1/30/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Second Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM/ SCHEDULE | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 19 | DAVIS WRIGHT TREMAINE<br>1201 THIRD AVE    STE 2200<br>SEATTLE, WA 98101-3045 | 08-13141 | Tribune Company | 04/10/2009 | 141003980 | $2,583.24 | Satisfied by application of prepetition retainer. |
| 20 | DAVIS WRIGHT TREMAINE<br>2600 CENTURY SQUARE<br>1501 FOURTH AVENUE<br>SEATTLE, WA 98101-1688 | 08-13185 | Los Angeles Times Communications LLC | 04/10/2009 | 185038560 | $2,188.98 | Satisfied by application of prepetition retainer. |
| 21 | DELFINO, FRED<br>13 SPRUCEBROOK TRAIL<br>MONROE, CT 06468 | 08-13205 | Southern Connecticut Newspapers, Inc. | 06/12/2009 | 205001290 | $2,335.50 | Paid via check number 0001163428 on 11/02/2009. |
| 22 | DOODAD<br>PO BOX 643566<br>PITTSBURGH, PA 15264 | 08-13152 | Chicago Tribune Company | 04/10/2009 | 152018950 | $160,229.75 | Paid via EFT 7700918697 on 4/16/2009. |
| 23 | EHRIG, DAVID A<br>PO BOX 66<br>MERTZTOWN, PA 19539-0066 | 08-13212 | The Morning Call, Inc. | 04/27/2009 | 1866 | $200.00 | Paid via EFT 7700954716 on 6/10/2009. |
| 24 | EUREST DINING SERVICES<br>JIM RANDLES<br>1 FINANCIAL PLAZA<br>HARTFORD, CT 06101 | 08-13141 | Tribune Company | 04/10/2009 | 141005130 | $176.06 | Paid via EFT 7700918081 on 04/14/2009. |
| 25 | FEDEX<br>PO BOX 371461<br>PITTSBURGH, PA 15250-7461 | 08-13225 | Tribune Broadcasting News Network, Inc. | 04/10/2009 | 225000190 | $9.32 | Paid via EFT 7700912625 on 04/07/2009. |
| 26 | FERNANDEZ-RANA, PAOLA<br>803 CHIMNEY ROCK RD<br>WESTON, FL 33327 | 08-13208 | Sun-Sentinel Company | 04/23/2009 | 1630 | $804.00 | Paid via EFT 7701135542 on 3/31/2010. |
| 27 | GONZALEZ, RICARDO<br>6450 S NEW ENGLAND<br>CHICAGO, IL 60638 | 08-13175 | Hoy Publications, LLC | 04/10/2009 | 175000620 | $341.24 | Paid via EFT 7700954105 on 06/09/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Second Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM/ SCHEDULE | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 28 | HARRIS COUNTY TREASURER<br>1001 PRESTON    STE 652<br>HOUSTON, TX 77002 | 08-13180 | KIAH Inc. | 05/22/2009 | 3395 | $65,875.49* | Paid via check number 0002532069 on 12/18/2009. |
| 29 | HARRIS COUNTY TREASURER<br>1001 PRESTON    STE 652<br>HOUSTON, TX 77002 | 08-13180 | KIAH Inc. | 05/21/2009 | 3043 | $65,875.49* | Paid via check numbers 0002410765 and 0002410766 on 1/30/2009. |
| 30 | HARRIS COUNTY TREASURER<br>1001 PRESTON    STE 652<br>HOUSTON, TX 77002 | 08-13141 | Tribune Company | 01/20/2009 | 292 | $35,200.63* | Paid via check number 0002410764 on 1/30/2009. |
| 31 | HOME COMMUNITY HEALTH SERVICE<br>JMH CORPORATION ATTN: ANTHONY T. VALENTE<br>201 CHESTNUT HILL ROAD<br>STAFFORD SPRINGS, CT 07076 | 08-13211 | The Hartford Courant Company | 06/12/2009 | 211022810 | $7,133.96 | Claim represents security deposit held in escrow for sublet of leased office space. Satisfied by application of deposit to subsequent amounts paid to landlord in July 2009. |
| 32 | HOWARD COUNTY, MARYLAND MARGARET ANN NOLAN & CAMELA J. SANDMANN ESQ., HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | 08-13141 | Tribune Company | 07/15/2010 | 6591 | $37,168.48 | Paid via check number 0002597457 on 7/14/2010. |
| 33 | INFOPRINT SOLUTIONS COMPANY<br>B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | 08-13227 | Tribune Direct Marketing, Inc. | 01/21/2009 | 465 | $19,921.34 | Paid via EFT number 7700868769 on 2/2/2009 and EFT number 7700913393 on 4/8/2009. |
| 34 | INVESTOR'S BUSINESS DAILY<br>DEPARTMENT S<br>PO BOX 92060<br>LOS ANGELES, CA 90009-2060 | 08-13208 | Sun-Sentinel Company | 04/10/2009 | 208019360 | $198.65 | Paid via EFT 7700931533 on 05/06/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Second Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM/ SCHEDULE | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 35 | JC & YC INVESTMENTS P.O. BOX 616501 ORLANDO, FL 32861 | 08-13198 | Orlando Sentinel Communications Company | 06/12/2009 | 198039290 | $6,050.00 | Paid via check number 0002437097 on 4/9/2009. |
| 36 | JIM CUTLER VOICE OVERS INC 17 MICHAELS LANE OLD BROOKVILLE, NY 11545 | 08-13182 | KSWB Inc. | 04/10/2009 | 182001140 | $150.00 | Paid via EFT 7700929502 on 4/30/2009 |
| 37 | JOSHUA GROSKEY 18814 TOPEKA STREET ORLANDO, FL 32833 | 08-13198 | Orlando Sentinel Communications Company | 06/12/2009 | 198043670 | $2,000.00 | Paid via check number 0002534007 12/23/2009. |
| 38 | KING COUNTY TREASURY 500 4TH AVE RM 600 SEATTLE, WA 98104-2387 | | Multiple Debtors | 04/24/2009 | 1486 | $80,807.58 | Paid via check numbers 0002444990 and 0002445777 on 4/27/2009 and 4/28/2009, respectively. |
| 39 | KITSAP COUNTY TREAS PO BOX 299 BREMERTON, WA 98337 | 08-13245 | Tribune Television Northwest, Inc. | 04/20/2009 | 1043 | $5,317.46 | Paid via check number 0002445779 on 4/28/2009. |
| 40 | KITSAP COUNTY TREASURER 614 DIVISION ST MS-32 PORT ORCHARD, WA 98366-4614 | 08-13141 | Tribune Company | 04/20/2009 | 1042 | $5,109.82 | Paid via check number 0002444992 on 4/27/2009. |
| 41 | KMOV/BELO CORP ATTN: PEGGY MILNER ONE MEMORIAL DRIVE ST. LOUIS, MO 62102 | 08-13181 | KPLR, Inc. | 05/26/2009 | 3173 | $23,569.34 | Paid via check number 0002467602 on 6/26/2009. |
| 42 | LEWIS COUNTY LEWIS COUNTY TREASURER 351 NW NORTH STREET CHEHALIS, WA 98532 | 08-13245 | Tribune Television Northwest, Inc. | 04/30/2009 | 2127 | $554.16 | Paid via check numbers 0002444808 and 0002563404 on 4/24/2009 and 3/26/2010, respectively. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Second Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM/ SCHEDULE | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 43 | LOS ANGELES COUNTY<br>LOS ANGELES COUNTY FIRE DEPT<br>PO BO BOX 513148<br>CERTIFIED UNIFIED PROGRAM AGENCY<br>LOS ANGELES, CA 90051-1148 | 08-13145 | California Community News Corporation | 05/26/2009 | 3207 | $2,775.00 | Paid via check number 0002477105 on 7/24/2009. |
| 44 | MG DELIVERY SERVICES, INC<br>1197 EPSON OAKS WAY<br>ORLANDO, FL 32837 | 08-13198 | Orlando Sentinel Communications Company | 06/12/2009 | 198055370 | $5,250.00 | Paid via check number 0002460166 on 06/08/2009. |
| 45 | MICROWAVE RADIO COMMUNICATIONS<br>VISLINK INC<br>PO BOX 845401<br>BOSTON, MA 02284-5401 | 08-13148 | Channel 39, Inc. | 04/10/2009 | 148000950 | $72,011.60 | Paid via check number 0002442930 on 4/21/2009. |
| 46 | MPI FASTECH LLC<br>1561 BRADFORD RD STE 101<br>VIRGINIA BEACH, VA 23455 | 08-13210 | The Daily Press, Inc. | 04/27/2009 | 1775 | $524.10 | Paid via check number 0002601795 on 7/29/2010. |
| 47 | MULTNOMAH COUNTY TAX ASSESSMENT & TAXATION<br>P.O. BOX 2716<br>PORTLAND, OR 97208-2716 | 08-13222 | Tribune Broadcast Holdings, Inc. | 04/20/2009 | 1089 | $12,169.89 | Paid via check number 0002518120 on 11/12/2009. |
| 48 | NBC SUBSIDIARY WTVJ-TV LP<br>NBC UNIVERSAL CFS - BANK OF AMERICA<br>NBC UNIVERSAL LOCKBOX 402971<br>ATLANTA, GA 30384-2971 | 08-13148 | Channel 39, Inc. | 04/10/2009 | 148000980 | $229,000.00 | Paid via EFT 7701007145 on 9/2/2009 and EFT 7701010231 on 9/8/2009. |
| 49 | NEFF, LAWRENCE<br>1169 PENN DRIVE<br>ANDREAS, PA 18211 | 08-13141 | Tribune Company | 12/15/2008 | 3 | $180.00 | Paid via check number 0002460077 on 06/05/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Second Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM/ SCHEDULE | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 50 | NEWS INTERNATIONAL LTD. 1 VIRGINIA STREET LONDON, E98 1EX UNITED KINGDOM | 08-13198 | Orlando Sentinel Communications Company | 06/12/2009 | 198058270 | $66,000.00 | Claim represents Customer's deposit held on account for services rendered by the Debtor. Satisfied by application of deposit to subsequent amounts paid by Customer to Debtor for such services. |
| 51 | OWEN R YOUNGMAN & ASSOCIATES LTD 40 KENMORE AVENUE DEERFIELD, IL 60015-4750 | 08-13156 | Chicagoland Publishing Company | 04/10/2009 | 156001290 | $15,000.00 | Paid via EFT 7700931510 on 5/6/2009. |
| 52 | PAETEC COMMUNICATIONS INC PO BOX 26253 NEW YORK, NY 10087 | 08-13225 | Tribune Broadcasting News Network, Inc. | 04/10/2009 | 225000360 | $5,382.50 | Paid via check number 0002565767 on 4/01/2010. |
| 53 | PARKER, CHRIS VENDOR # 135268 561 EDINBOROUGH DR. BAY VILLAGE, OH 44140 | | No Debtor Asserted | 02/19/2009 | 501 | $400.00 | Paid via check numbers 0002442057 and 0002645424 on 04/20/2009 and 01/06/2011, respectively. |
| 54 | PENINSULA DATA SERVICE CENTER 700 THIMBLE SHOALS BLVD STE 110 NEWPORT NEWS, VA 23606 | 08-13210 | The Daily Press, Inc. | 06/12/2009 | 210024000 | $1,902.58 | Paid via check number 0002431382 on 3/25/2009. |
| 55 | POPE RESOURCES PO BOX 3528 SEATTLE, WA 98124-3528 | 08-13245 | Tribune Television Northwest, Inc. | 04/10/2009 | 245002790 | $11,530.12 | Paid via check number 0002468320 on 06/30/2009. |
| 56 | PRINT 2 WEB LLC 2600 DR MARTIN LUTHER KING JR ST STE 500 ST PETERSBURG, FL 33704-2744 | 08-13198 | Orlando Sentinel Communications Company | 04/10/2009 | 198064100 | $154.00 | Paid via EFT 7700951411 on 06/04/2009 and EFT 7700930385 on 05/04/2009. |
| 57 | QUEBECOR WORLD INC PO BOX 98668 CHICAGO, IL 60693-8668 | 08-13152 | Chicago Tribune Company | 04/10/2009 | 152053190 | $1,655.56 | Paid via EFT numbers 7700914170 on 4/9/2009, 7700914215 on 4/9/2009, 7700915495 on 4/9/2009, 7700921331 on 4/20/2009 and 7700921339 on 4/20/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 7 of 10

Tribune Company, et al.

Second Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM/ SCHEDULE | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 58 | QUEBECOR WORLD INC<br>PO BOX 98668<br>CHICAGO, IL 60693-8668 | 08-13162 | Eagle New Media Investments, LLC | 04/10/2009 | 162000820 | $1,020.42 | Paid via EFT numbers 7700914170 on 4/9/2009, 7700914215 on 4/9/2009, 7700915495 on 4/9/2009, 7700921331 on 4/20/2009 and 7700921339 on 4/20/2009. |
| 59 | R J CORMAN RR CO-ALLENTOWN LINES<br>P O BOX 788<br>NICHOLASVILLE, KY 40340 | 08-13240 | Tribune Publishing Company | 04/10/2009 | 240000860 | $24,555.00 | Paid via check number 0002436469 on 4/6/2009. |
| 60 | RICHARD SANDERS<br>10543 SUNRISE TERRACE DRIVE<br>ORLANDO, FL 32825 | 08-13198 | Orlando Sentinel Communications Company | 06/12/2009 | 198067020 | $1,500.00 | Claim represents bond held on account for services rendered. Satisfied by application of bond to amounts owed to Debtor by claimant. |
| 61 | ROBERT BRUCE COMPANY<br>2900 W 36TH STREET<br>CHICAGO, IL 60632 | 08-13162 | Eagle New Media Investments, LLC | 04/10/2009 | 162000860 | $444.39 | Paid via check number 0002436917 on 04/08/2009. |
| 62 | ROGERS, SARAH E<br>371 ELSIE ST<br>SAN FRANCISCO, CA 94110-5519 | 08-13185 | Los Angeles Times Communications LLC | 04/10/2009 | 185135960 | $500.00 | Paid via EFT 7700958067 on 6/16/2009. |
| 63 | SIRVA RELOCATION LLC<br>WELLS FARGO BUS CREDIT<br>4370 SOLUTIONS CENTER<br>LOCK BOX 774370<br>CHICAGO, IL 60677-4003 | 08-13185 | Los Angeles Times Communications LLC | 04/10/2009 | 185145100 | $1,029.00 | Paid via EFT 7700939714 on 5/18/2009. |
| 64 | SONY ELECTRONICS<br>22470 NETWORK PL<br>CHICAGO, IL 60673-2470 | 08-13245 | Tribune Television Northwest, Inc. | 04/10/2009 | 245003130 | $2,813.80 | Paid via EFT 7700916098 on 04/10/2009. |
| 65 | ST. LOUIS COUNTY, MISSOURI COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 08-13141 | Tribune Company | 01/20/2009 | 308 | $20,583.09 | Paid via check number 0002420340 on 2/25/2009. |

\* -- Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Second Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM/ SCHEDULE | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 66 | ST. LOUIS COUNTY, MISSOURI COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 08-13141 | Tribune Company | 01/20/2009 | 307 | $28,431.58 | Paid via check number 0002420340 on 2/25/2009. |
| 67 | ST. LOUIS COUNTY, MISSOURI COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 08-13141 | Tribune Company | 01/20/2009 | 306 | $14,866.47 | Paid via check number 0002420340 on 2/25/2009. |
| 68 | STANDARD COMPANIES 2601 S ARCHER CHICAGO, IL 60608 | 08-13141 | Tribune Company | 04/28/2009 | 2022 | $306.62 | Paid via check number 0002470281 on 07/07/2009. |
| 69 | TAX COLLECTOR - CITY OF NEW HAVEN ATTN: ROSE VEGA P O BOX 1927 NEW HAVEN, CT 06509 | 08-13191 | New Mass. Media, Inc. | 04/29/2009 | 2059 | $616.56 | Paid via check number 0002346621 on 7/30/2008. |
| 70 | UNITED PARCEL SERVICE PO BOX 4980 HAGERSTOWN, MD 21747-4980 | 08-13241 | Tribune Television Company | 04/10/2009 | 241008360 | $29.85 | Paid via EFT 7700958883 on 06/17/2009. |
| 71 | USA MOBILITY WIRELESS INC P O BOX 660770 DALLAS, TX 75266-0770 | 08-13141 | Tribune Company | 04/10/2009 | 141016390 | $27.07 | Paid via EFT 7700917063 on 4/13/2009. |
| 72 | USA TODAY 305 SEABOARD LN STE 301 FRANKLIN, TN 37067 | 08-13209 | The Baltimore Sun Company | 04/10/2009 | 209055250 | $1,853.86 | Paid via EFT 7700952759 on 06/05/2009. |
| 73 | WHITE, CONSTANCE 935 WILLOWBEND LANE BALDWIN, NY 11510 | 08-13152 | Chicago Tribune Company | 04/10/2009 | 152071340 | $300.00 | Paid via check number 0002463490 on 06/16/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Second Notice of Satisfaction

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM/ SCHEDULE | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|
| 74 YELLOW TRANSPORTATION C/O RMS BANKRUPTCY RECOVERY SERVICES PO BOX 5126 TIMONIUM, MD 21094 | 08-13185 | Los Angeles Times Communications LLC | 03/17/2009 | 831 | $2,812.63 | Paid via EFT 7700902013 on 03/20/2009. |
| | | | | TOTAL | $1,144,841.65 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts