## EXHIBIT A

**Satisfied Workers' Compensation Claims**

Tribune Company, et al.

Workers Compensation Claims – Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | APPLEBAUM, DOUGLAS 3104 N WINDSOR ARLINGTON HEIGHTS, IL 60004 | 08-13152 | Chicago Tribune Company | 06/18/2009 | 5883 | Undetermined | Settlement approved by Illinois Workers' Compensation Commission on 09/19/2009. |
| 2 | APPLEBAUM, DOUGLAS R 3104 N WINDSOR ARLINGTON HEIGHTS, IL 60004 | 08-13152 | Chicago Tribune Company | 06/18/2009 | 5884 | Undetermined | Settlement approved by Illinois Workers' Compensation Commission on 09/14/2009. |
| 3 | AVALOS, ANGELICA C/O DENNIS RYAN 21731 VENTURA BLVD #180 WOODLAND HILLS, CA 91364 | 08-13185 | Los Angeles Times Communications LLC | 06/01/2009 | 3356 | Undetermined | Settlement approved by State of California Division of Workers' Compensation, Workers' Compensation Appeals Board on 07/08/2010. |
| 4 | BAUM, RICHARD 33 N. LASALLE ST. CHICAGO, IL 60602 | 08-13152 | Chicago Tribune Company | 05/04/2009 | 2351 | Undetermined | Settlements approved by Illinois Workers' Compensation Commission on 12/01/2009 for Scott Fullman, Illinois Workers' Compensation Commission on 07/23/2009 for Anthony Skowronsky, Illinois Workers' Compensation Commission on 09/30/2009 for Richard Sweeney and Illinois Workers' Compensation Commission on 08/25/2009 for Richard Sweeney. |
| 5 | BOHM, PETER C/O WILLIAM KROPACH 6345 BALBOA BLVD #242 ENCINO, CA 91316 | 08-13183 | KTLA Inc. | 04/27/2009 | 1864 | $185,000.00 | Settlement approved by State of California Division of Workers' Compensation, Workers' Compensation Appeals Board on 05/12/2010. |
| 6 | DOROTHY DZIADZIO 516 W BRIAR PL APT 2-A CHICAGO, IL 60657-4637 | 08-13141 | Tribune Company | 06/16/2009 | 5790 | $12,000.00 | Settlement approved by Illinois Workers' Compensation Commission on 12/14/2009. |
| 7 | FULLMAN, SCOTT 710 S. HAMLIN PARK RIDGE, IL 60068 | 08-13152 | Chicago Tribune Company | 05/08/2009 | 2619 | Undetermined | Settlement approved by Illinois Workers' Compensation Commission on 12/01/2009. |

*- Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Workers Compensation Claims – Notice of Satisfaction

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|
| 8 | IRVINE, STAR C/O PEYMAN & RAHNAMA 11801 WASHINGTON BLVD 2ND FLOOR LOS ANGELES, CA 90066 | 08-13183 | KTLA Inc. | 06/29/2009 | 5984 | $250,000.00 | Settlement approved by State of California Division of Workers' Compensation, Workers' Compensation Appeals Board on 02/24/2010. |
| 9 | KRAWCZYK, STEVE C/O ROSS TYRRELL 111 W. WASHINGTON STREET, SUITE 1120 CHICAGO, IL 60602 | 08-13152 | Chicago Tribune Company | 04/27/2009 | 1877 | Undetermined | Settlement approved by Illinois Workers' Compensation Commission on 07/02/2009. |
| 10 | KRAWCZYK, STEVE C/O ROSS TYRRELL 111 W. WASHINGTON STREET, SUITE 1120 CHICAGO, IL 60602 | 08-13152 | Chicago Tribune Company | 04/27/2009 | 1876 | Undetermined | Settlement approved by Illinois Workers' Compensation Commission on 07/02/2009. |
| 11 | MADRIGAL, JAMES C/O GARY STONE 111 W. WASHINGTON ST. STE 1030 CHICAGO, IL 60602 | 08-13152 | Chicago Tribune Company | 06/18/2009 | 5892 | Undetermined | Settlement approved by Illinois Workers' Compensation Commission on 12/23/2009. |
| 12 | MADRIGAL, JAMES C/O GARY STONE 111 W. WASHINGTON ST. STE 1030 CHICAGO, IL 60602 | 08-13152 | Chicago Tribune Company | 06/18/2009 | 5882 | Undetermined | Settlement approved by Illinois Workers' Compensation Commission on 12/23/2009. |
| 13 | MCKINNEY, MARCELLA 6555 N. ASHLAND AVENUE CHICAGO, IL 60626 | | No Debtor Asserted | 07/06/2009 | 6029 | $180,000.00 | Settlement approved by Illinois Workers' Compensation Commission on 05/04/2011. |
| 14 | PEREZ, ROBERT JAMES SORENSON, ESQ. AND D. TYLER VAN LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ. PO BOX 4128 TALLAHASSEE, FL 32315-4128 | 08-13141 | Tribune Company | 06/05/2009 | 5661 | $68,701.71 | Settlement approved by State of Florida Division of Administrative Hearings Judge of Compensation Claims on 06/09/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Workers Compensation Claims – Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 15 | WALLACH, LINDA C/O WILLIAM KROPACH 6345 BALBOA BLVD #242 ENCINO, CA 91316 | 08-13183 | KTLA Inc. | 04/27/2009 | 1879 | $360,000.00 | Settlement approved by State of California Division of Workers' Compensation, Workers' Compensation Appeals Board on 05/12/2010. |
| 16 | YOST, WILLIAM JAMES SORENSON, ESQ. AND D. TYLER VAN LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ. PO BOX 4128 TALLAHASSEE, FL 32315-4128 | 08-13141 | Tribune Company | 06/05/2009 | 5659 | $45,602.93 | Settlement approved by State of Florida Division of Administrative Hearings Judge of Compensation Claims on 04/24/2009. |
| 17 | YOST, WILLIAM JAMES SORENSON, ESQ. AND D. TYLER VAN LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ. PO BOX 4128 TALLAHASSEE, FL 32315-4128 | 08-13141 | Tribune Company | 06/05/2009 | 5660 | $9,444.35 | Settlement approved by State of Florida Division of Administrative Hearings Judge of Compensation Claims on 04/24/2009. |
| | | | | | TOTAL | $1,110,748.99 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 3