# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-54010 (KJC)<br><br><br><br>**Hearing Date: July 26, 2011 at 1:00 p.m.**<br>**Objection Deadline: July 19, 2011 at 4:00 p.m.** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Second Motion of the Official Committee of Unsecured Creditors for Extension of Time to Complete Service* (the "Motion") [Docket No. 9443 and Adv. Docket No. 133] filed on July 8, 2011. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleading to the Motion. Pursuant to the Notice of Motion, objections were to be filed and served no later than July 19, 2011 at 4:00 p.m.

{698.001-W0015727.}

It is hereby respectfully requested that the proposed form of Order attached to the Motion be entered at the Court's earliest convenience.

Dated: July 21, 2011
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Adam G. Landis_

Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*