# EXHIBIT B

# INVOICE

46429/0001-7770479v1



**INVOICE**

| Invoice # |
|---|
| 10486 |

**Patrick Shanahan**
**Tribune Company**
435 North Michigan Avenue
Chicago, IL 60611

| Terms | Date | Amount Due |
|---|---|---|
| Net 30 Days | 12/29/2010 | $128,915.27 |

| Description | Amount |
|---|---|
| Professional Fees. Professional tax consulting fees performed through December 31, 2010. See attached detail. | $128,915.27 |
| | $128,915.27 |

**Please Note: New Remittance Address and Bank Information**

Please remit check payment to:
True Partners Consulting LLC
25390 Network Place, Chicago, IL 60673-1253
Tel 312.235.3300    Fax 312.235.3350    www.TPCtax.com

Wire Transfer Information:
True Partners Consulting LLC
225 W. Wacker Dr., Suite 1600
Chicago, IL 60606
JPMorgan Chase – New York
Routing #021000021
Account #934579301
ACH Routing #071000013

E.I.N. 20-3795952

**Tribune Company**
**Detail of Invoice**
**For Services Rendered Through December 31, 2010**

Billing for sales and use tax professional consulting fees performed and calculated as follows:

| | |
|---|---|
| Refund amount submitted to Microsoft | $ 515,661.08 |
| Total Amount Due from Client ($515,661 x 25%) | $128,915.27 |
| Amount Currently Due from Client ($128,915.27 x 33%) | $42,542.00 |