# United States Bankruptcy Court
## District of Delaware

In re Tribune Company, et al.

Case No. 08-13141 (KJC)
Jointly Administered

Chapter 11

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Software AG Inc.**
Name of Transferee

**Contrarian Funds, LLC**
Name of Transferor

Name and Address where notices to transferee should be sent

Name and Current Address of Transferor

**Software AG Inc**
11700 Plaza America Dr., Ste. 700
Reston, VA 20190

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attn: Alisa Mumola
Phone 203-862-8211

Claim No. 5283 or $284,327.89

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____/s/ Alisa Mumola_____     Date: ____7/25/2011____
     Transferor/Transferor's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**CONTRARIAN FUNDS, LLC.**, a limited liability company, its successors and assigns (collectively, "Assignor"), has hereby absolutely and unconditionally sold, transferred and assigned to Software AG, Inc. its successors and assigns (collectively, "Assignee") the general unsecured claim (claim no. 5283) (the "Claim"), in the principal amount of $284,327.89, against the Los Angeles Times Communications, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. 08-13185 (jointly administered under 08-13431) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 20th day of July 2011.

(Assignor)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

(Assignee)
SOFTWARE AG, INC.

By: _____
Name: W. Stanford Smith
Title: Senior Vice President

(Assignor)
WITNESS:

By: _____

Name: _____

Title: _____