# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

June 1, 2011 through and including June 30, 2011

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $690.00 | 31.50 | $21,735.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $610.00 | 99.10 | $60,451.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $610.00 | 43.40 | $26,474.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $475.00 | 57.10 | $27,122.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $425.00 | 48.40 | $20,570.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $385.00 | 109.20 | $42,042.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $325.00 | .20 | 65.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $295.00 | 93.90 | $27,700.50 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $295.00 | 33.10 | $9,764.50 |
| Frances A. Panchak | Paralegal | N/A | $225.00 | 64.10 | $14,422.50 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michelle M. Dero | Paralegal | N/A | $225.00 | 12.50 | $2,812.50 |
| Linda M. Rogers | Paralegal | N/A | $200.00 | 59.80 | $11,960.00 |
| Anthony C. Dellose | Paralegal | N/A | 190.00 | 31.10 | $5,909.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 7.50 | $937.50 |
| | | | Total | 690.90 | $271,966.00 |

**Blended Rate: $393.64**

{698.001-W0015667.}