# EXHIBIT "C"

{698.001-W0015667.}

Official Committee of Unsecured Creditors

July 25, 2011
Account No:  698-001
Statement No:   13942

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Overtime Wages | 1,090.06 |
| Postage | 243.75 |
| Copying | 123.80 |
| Overnight Delivery | 144.37 |
| Courier Fees | 317.62 |
| Outside Duplication Services | 32,295.69 |
| Electronic Filing - PACER | 136.64 |
| Court Reporter fees | 2,011.90 |
| Client meals | 445.41 |
| Conference Call Service | 985.00 |
| Professional Consultant Fees | 355.74 |
| Telephonic Court Appearance | 1,045.00 |
| **Subtotal Expenses Thru 06/30/2011** | **$39,194.98** |
| B100  E224 Credit from Vendor Soundpath Conferencing - Invoice 061411 duplicate charge | -7.85 |
| Total Credits for Expenses | -7.85 |
| **TOTAL EXPENSES THRU 06/30/2011** | **$39,187.13** |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 11/10/2010 | AGL | U | B100 | E118 | | 100.00 Litigation support vendors Clearview Correspondent Services Invoice 896047107 | 176 |
| Subtotal for Transaction Date 11/10/2010 | | | | | | Billable | 100.00 | |
| 698.001 | 12/03/2010 | AGL | U | B100 | E118 | | 130.00 Litigation support vendors Regions Bank - Invoice 17425 | 182 |
| Subtotal for Transaction Date 12/03/2010 | | | | | | Billable | 130.00 | |
| 698.001 | 04/14/2011 | AGL | U | B100 | E226 | | 496.00 Conference Call Service American Express - Invoice 4151102, 4151681, 4151526 | 182 |
| Subtotal for Transaction Date 04/14/2011 | | | | | | Billable | 496.00 | |
| 698.001 | 05/12/2011 | AGL | U | B100 | E224 | | -7.85 Credit from Vendor Soundpath Conferencing - Invoice 061411 duplicate charge | 179 |
| Subtotal for Transaction Date 05/12/2011 | | | | | | Billable | -7.85 | |
| 698.001 | 05/16/2011 | AGL | U | B100 | E209 | | 37.71 Overtime wages - Prepared confidentiality agreements. | 178 |
| Subtotal for Transaction Date 05/16/2011 | | | | | | Billable | 37.71 | |
| 698.001 | 05/27/2011 | AGL | U | B100 | E102 | | 401.25 CD Creation/Tech Time: Digital Legal, LLC - Invoice 58433 | 18 |
| Subtotal for Transaction Date 05/27/2011 | | | | | | Billable | 401.25 | |
| 698.001 | 06/01/2011 | AGL | U | B100 | E102 | | 283.79 Outside printing Digital Legal Services, LLC - Invoice 58388 | 174 |
| 698.001 | 06/01/2011 | AGL | U | B100 | E101 | 0.100 | 48.60 Copying | 179 |
| Subtotal for Transaction Date 06/01/2011 | | | | | | Billable | 332.39 | |
| 698.001 | 06/02/2011 | AGL | U | B100 | E216 | | 13.00 Courier Fees Digital Legal Services, LLC - Invoice 40909 | 175 |
| Subtotal for Transaction Date 06/02/2011 | | | | | | Billable | 13.00 | |
| 698.001 | 06/06/2011 | AGL | U | B100 | E102 | | 18,163.18 Outside printing Digital Legal Services, LLC Invoice 58449 - Discovery Motion, confirmation exhibits for closing & Appendix | 175 |
| 698.001 | 06/06/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fees Digital Legal Services, LLC - Invoice 41132 | 176 |
| 698.001 | 06/06/2011 | AGL | U | B100 | E101 | 0.100 | 74.00 Copying | 179 |
| Subtotal for Transaction Date 06/06/2011 | | | | | | Billable | 18,243.68 | |
| 698.001 | 06/07/2011 | AGL | U | B100 | E108 | | 19.75 Postage | 179 |
| Subtotal for Transaction Date 06/07/2011 | | | | | | Billable | 19.75 | |
| 698.001 | 06/08/2011 | AGL | U | B100 | E217 | | 136.00 Court Reporter fee Diaz Data Services - Invoice 7921 | 179 |
| 698.001 | 06/08/2011 | AGL | U | B100 | E108 | | 1.52 Postage | 179 |
| 698.001 | 06/08/2011 | AGL | U | B100 | E101 | 0.100 | 0.60 Copying | 179 |
| 698.001 | 06/08/2011 | AGL | U | B100 | E226 | | 210.00 Conference Call Service American Express - Invoice 4271686, 4271649, 4271674, 4271697, 4271651, 4271682, 4271671 | 18 |
| Subtotal for Transaction Date 06/08/2011 | | | | | | Billable | 348.12 | |
| 698.001 | 06/09/2011 | AGL | U | B100 | E102 | | 477.38 Outside printing Digital Legal Services, LLC - Invoice 58526 | 176 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|

Client ID 698.001 Official Committee of Unsecured Creditors

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Subtotal for Transaction Date 06/09/2011 | | | | | Billable | 477.38 | | |
| 698.001 | 06/13/2011 | AGL U | B100 | E217 | | 67.20 | Court Reporter fee Diaz Data Services - Invoice 7937 | 176 |
| 698.001 | 06/13/2011 | AGL U | B100 | E216 | | 49.70 | Courier Fees Digital Legal, LLC - Invoice 41201 | 177 |
| 698.001 | 06/13/2011 | AGL U | B100 | E111 | | 114.00 | Meals Sugarfoot Fine Food - Lunch for 6 - Invoice 438088 Zuckerman (1), Chadbourne (.3) and LRC (2) | 177 |
| 698.001 | 06/13/2011 | AGL U | B100 | E226 | | 279.00 | Conference Call Service American Express - Invoice 4274710, 4274496, 4274612 | 181 |
| Subtotal for Transaction Date 06/13/2011 | | | | | Billable | 509.90 | | |
| 698.001 | 06/16/2011 | AGL U | B100 | E102 | | 474.85 | Outside printing Digital Legal Services, LLC - Invoice 58608 | 176 |
| 698.001 | 06/16/2011 | AGL U | B100 | E102 | | 42.05 | Outside printing Digital Legal Services, LLC - Invoice 58610 | 176 |
| 698.001 | 06/16/2011 | AGL U | B100 | E216 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 41201 | 177 |
| 698.001 | 06/16/2011 | AGL U | B100 | E209 | | 94.28 | Overtime wages - Assist with preparation of discovery documents | 178 |
| Subtotal for Transaction Date 06/16/2011 | | | | | Billable | 617.68 | | |
| 698.001 | 06/17/2011 | AGL U | B100 | E102 | | 32.05 | Outside printing Digital Legal Services, LLC - Invoice 58648 | 17 |
| Subtotal for Transaction Date 06/17/2011 | | | | | Billable | 32.05 | | |
| 698.001 | 06/22/2011 | AGL U | B100 | E118 | | 125.74 | Litigation support vendors LexisNexis - Invoice 1106144167 | 17 |
| Subtotal for Transaction Date 06/22/2011 | | | | | Billable | 125.74 | | |
| 698.001 | 06/23/2011 | AGL U | B100 | E102 | | 39.10 | Outside printing Digital Legal, LLC - Invoice 58739 | 18 |
| Subtotal for Transaction Date 06/23/2011 | | | | | Billable | 39.10 | | |
| 698.001 | 06/25/2011 | AGL U | B100 | E209 | | 84.85 | Overtime wages - Assist with 6/27 hearing preparations | 17 |
| Subtotal for Transaction Date 06/25/2011 | | | | | Billable | 84.85 | | |
| 698.001 | 06/26/2011 | AGL U | B100 | E111 | | 36.00 | Meals - Lunch for LRC (3) OT weekend Staff (DLS Invoice 41331) | 17 |
| 698.001 | 06/26/2011 | AGL U | B100 | E209 | | 535.47 | Overtime wages - Assist attorneys with preparation for 6/27 hearing | 17 |
| 698.001 | 06/26/2011 | AGL U | B100 | E216 | | 15.00 | Courier Fees Digital Legal, LLC - Invoice 41331 | 18 |
| 698.001 | 06/26/2011 | AGL U | B100 | E102 | | 1,417.40 | Outside printing Digital Legal, LLC - Invoice 58882 | 18 |
| 698.001 | 06/26/2011 | AGL U | B100 | E102 | | 10,429.76 | Outside printing Digital Legal, LLC - Invoice 58843 - confirmation closing exhibits | 18 |
| Subtotal for Transaction Date 06/26/2011 | | | | | Billable | 12,433.63 | | |
| 698.001 | 06/27/2011 | AGL U | B100 | E111 | | 67.50 | Meals - Breakfast from Purebread Chadbourne (6), Zuckerman (2), LRC (3) - Invoice 31866 | 17 |
| 698.001 | 06/27/2011 | AGL U | B100 | E111 | | 119.50 | Meals - Lunch from Purebread Chadbourne (6), Zuckerman (2), LRC(3) - Invoice 32018 | 17 |
| 698.001 | 06/27/2011 | AGL U | B100 | E111 | | 21.00 | Meals - working dinner from Vinoteca LRC(1) - Invoice AMEX | 17 |
| 698.001 | 06/27/2011 | AGL U | B100 | E111 | | 52.41 | Meals - Supplements Invoice 965230-001 | 17 |
| 698.001 | 06/27/2011 | AGL U | B100 | E217 | | 1,594.05 | Court Reporter fee Diaz Data Services - Invoice 7981 | 17 |
| 698.001 | 06/27/2011 | AGL U | B100 | E209 | | 281.18 | Overtime wages - Assist attorneys with | 17 |

|  Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | preparation for court hearing. | |
| 698.001 | 06/27/2011 | AGL | U | B100 | E221 | | 27.68 | Overnight Delivery FedEx - Invoice 7-550-65268 | 1800 |
| 698.001 | 06/27/2011 | AGL | U | B100 | E216 | | 131.92 | Courier Fees Digital Legal, LLC - Invoice 41331 | 1803 |
| 698.001 | 06/27/2011 | AGL | U | B100 | E228 | | 955.00 | Telephonic Court Appearance American Express - Invoice 4302454, 4301842, 4301992, 4301896, 4301864 | 1821 |
| Subtotal for Transaction Date 06/27/2011 | | | | | Billable | 3,250.24 | | |
| 698.001 | 06/28/2011 | AGL | U | B100 | E111 | | 35.00 | Meals - Breakfast from Purebread Chadbourne (2), Zuckerman (1), LRC(2) - Invoice 32262 | 1774 |
| 698.001 | 06/28/2011 | AGL | U | B100 | E217 | | 214.65 | Court Reporter fee Diaz Data Services - Invoice 7994 | 178 |
| 698.001 | 06/28/2011 | AGL | U | B100 | E209 | | 56.57 | Overtime wages - Assist attorney with preparation for 6/28 hearing. | 178 |
| 698.001 | 06/28/2011 | AGL | U | B100 | E101 | 0.100 | 0.60 | Copying | 179 |
| 698.001 | 06/28/2011 | AGL | U | B100 | E221 | | 116.69 | Overnight Delivery FedEx - Invoice 7-550-65268 | 180 |
| 698.001 | 06/28/2011 | AGL | U | B100 | E216 | | 51.50 | Courier Fees Digital Legal, LLC - Invoice 41331 | 180 |
| 698.001 | 06/28/2011 | AGL | U | B100 | E102 | | 129.11 | Outside printing Digital Legal, LLC - Invoice 58783 | 180 |
| 698.001 | 06/28/2011 | AGL | U | B100 | E228 | | 90.00 | Telephonic Court Appearance American Express - Invoice 4301967, 4301872, 4301853 | 182 |
| Subtotal for Transaction Date 06/28/2011 | | | | | Billable | 694.12 | | |
| 698.001 | 06/29/2011 | AGL | U | B100 | E216 | | 43.50 | Courier Fees Digital Legal, LLC - Invoice 41331 | 180 |
| 698.001 | 06/29/2011 | AGL | U | B100 | E102 | | 190.77 | Outside printing Digital Legal, LLC - Invoice 58781 | 181 |
| Subtotal for Transaction Date 06/29/2011 | | | | | Billable | 234.27 | | |
| 698.001 | 06/30/2011 | AGL | U | B100 | E108 | | 222.48 | Postage | 179 |
| 698.001 | 06/30/2011 | AGL | U | B100 | E208 | | 1.20 | Electronic Filing PACER | 180 |
| 698.001 | 06/30/2011 | AGL | U | B100 | E208 | | 1.76 | Electronic Filing PACER | 180 |
| 698.001 | 06/30/2011 | AGL | U | B100 | E208 | | 133.68 | Electronic Filing PACER | 181 |
| 698.001 | 06/30/2011 | AGL | U | B100 | E102 | | 215.00 | Outside printing Digital Legal, LLC - Invoice 58834 | 181 |
| Subtotal for Transaction Date 06/30/2011 | | | | | Billable | 574.12 | | |
| Total for Client ID 698.001 | | | | | Billable | 39,187.13 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

**GRAND TOTALS**

| | | Billable | 39,187.13 | |