# EXHIBIT A

**Tribune Co.** 
Time Log

Moelis & Company
**Summary of Hours Worked**
**June 1, 2011 - June 30, 2011**

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 10.0 |
| Ashish Ajmera | Vice President | 14.0 |
| Jens Olson | Associate | 18.0 |
| Sandhya Sistla | Analyst | 22.0 |
| | **Total Moelis Team Hours** | **64.0** |

**Tribune Co.**
Time Log - June 2011

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 10.0 |
| Ashish Ajmera | Vice President | 14.0 |
| Jens Olson | Associate | 18.0 |
| Sandhya Sistla | Analyst | 22.0 |
| **Total** | | **64.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 6/6/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 6/6/2011 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 6/6/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 6/7/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 6/7/2011 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 6/7/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 6/7/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 6/9/2011 | 1.5 | UCC Meeting |
| Ashish Ajmera | 6/9/2011 | 1.5 | UCC Meeting |
| Jens Olson | 6/9/2011 | 1.5 | UCC Meeting |
| Sandhya Sistla | 6/9/2011 | 1.5 | UCC Meeting |
| Ashish Ajmera | 6/13/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 6/13/2011 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 6/13/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 6/13/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Ashish Ajmera | 6/13/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Jens Olson | 6/13/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Sandhya Sistla | 6/13/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Zul Jamal | 6/14/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 6/14/2011 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 6/14/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 6/14/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 6/20/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 6/20/2011 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 6/20/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 6/21/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 6/21/2011 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 6/21/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 6/21/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 6/23/2011 | 1.5 | UCC Meeting |
| Ashish Ajmera | 6/23/2011 | 1.5 | UCC Meeting |
| Jens Olson | 6/23/2011 | 1.5 | UCC Meeting |
| Sandhya Sistla | 6/23/2011 | 1.5 | UCC Meeting |
| Ashish Ajmera | 6/27/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 6/27/2011 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 6/27/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 6/28/2011 | 1.5 | Review of closing arguments hearing update |
| Ashish Ajmera | 6/28/2011 | 1.5 | Review of closing arguments hearing update |
| Jens Olson | 6/28/2011 | 1.5 | Review of closing arguments hearing update |
| Sandhya Sistla | 6/28/2011 | 1.5 | Review of closing arguments hearing update |
| Zul Jamal | 6/30/2011 | 1.0 | UCC Meeting |
| Ashish Ajmera | 6/30/2011 | 1.0 | UCC Meeting |
| Jens Olson | 6/30/2011 | 1.0 | UCC Meeting |
| Sandhya Sistla | 6/30/2011 | 1.0 | UCC Meeting |
| | **Total** | **64.0** | |