# EXHIBIT B

# Tribune Co.

Moelis & Company - June 2011 Expense Summary

|  | June 2011 |
|---|---:|
| Airfare | $ - |
| Lodging | - |
| Travel / Overtime / Weekend meals | - |
| Taxi / Transportation / Parking | - |
| Telephone | - |
| Presentations | - |
| Other | 27.90 |
| **Total** | **$ 27.90** |

**Tribune Co.**
Moelis & Company - June 2011 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **OTHER** | | | | | | |
| | 5/8/2011 | PHONE | Online / Wi Fi (travel) | Sistla | 14.95 | 14.95 |
| | 5/9/2011 | PHONE | Online / Wi Fi (travel) | Sistla | 12.95 | 12.95 |
| | | | | **Total Requested** | | **$27.90** |
| | | | | **Month Total** | **$** | **27.90** |

Note:
1   Moelis has implemented the following adjustments to certain costs:
    - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New
      York City.
    - Hotel rooms in New York City subject to $350 per night cap
    - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
    - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location