IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

  Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 25th day of July, 2011, she caused a copy of the following:

1. **THE DCL PLAN PROPONENTS' RESPONSE TO SAM ZELL AND EGI-TRB'S LIMITED OBJECTION TO THE COMMITTEE'S PROPOSED ORDER PRECLUDING USE OF FINDINGS OF FACT AND CONCLUSIONS OF LAW IN OTHER MATTERS [D.I. 9540]**

2. **CERTIFICATION OF COUNSEL REGARDING AMENDED PROPOSED ORDER CONCERNING ADMISSIBILITY OF CERTAIN TRIAL EXHIBITS FOR CANVASSING PURPOSES AND PRECLUDING USE OF FINDINGS OF FACT AND CONCLUSIONS OF LAW IN OTHER MATTERS [D.I. 9544]**

to be served upon the parties identified on the attached list via electronic mail.

_____
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 26th day of July, 2011.

_____
Notary Public

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012

{698.001-W0015805.}

**TRIBUNE COMPANY, et al.**
**08-13141 (KJC)**

PLAN SERVICE LIST
VIA ELECTRONIC MAIL

| | |
|---|---|
| Plan Benefits Security Division<br>Elizabeth Goldberg, Esq.<br>Leonard H. Gerson, Esq.<br>Christine Heri, Esq.<br>Michael Schloss, Esq.<br>**United States Department of Labor**<br>P.O. Box 1914<br>Washington, D.C. 20013 | Goldberg.elizabeth@dol.gov<br>Gerson.leonard@dol.gov<br>Heri.christine@dol.gov<br>Schloss.michael@dol.gov |
| Robert Stark, Esq.<br>Jared A. Ellias, Esq.<br>Gordon Z. Novod, Esq.<br>Kate Bromberg, Esq.<br>Martin Siegel, Esq.<br>**Brown Rudnick**<br>Seven Times Square<br>New York, NY 10036 | rstark@brownrudnick.com<br>jellias@brownrudnick.com<br>gnovod@brownrudnick.com<br>kbromberg@brownrudnick.com<br>msiegel@brownrudnick.com |
| Graeme W. Bush, Esq.<br>James Sottile, Esq.<br>Andrew N. Goldfarb, Esq.<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW, Suite 1000<br>Washington, D.C. 20036 | gbush@zuckerman.com<br>jsottile@zuckerman.com<br>agoldfarb@zuckerman.com |
| Andrew W. Hammond, Esq.<br>Brian E. Fritz, Esq.<br>David Hille, Esq.<br>**White & Case LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036 | ahammond@whitecase.com<br>bfritz@whitecase.com<br>dhille@whitecase.com |

Andrew N. Goldman, Esq.
Charles C. Platt, Esq.
Dawn M. Wilson, Esq.
**Wilmer Hale, Esq.**
399 Park Avenue
New York, NY  10022

Andrew.goldman@wilmerhale.com
Charles.platt@wilmerhale.com
Dawn.wilson@wilmerhale.com

Abid Qureshi, Esq.
Daniel H. Golden, Esq.
Deborah Newman, Esq.
David Zensky, Esq.
Phillip Dublin, Esq.
Jason Goldsmith, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

aqureshi@akingump.com
dgolden@akingump.com
djnewman@akingump.com
dzensky@akingump.com
jgoldsmith@akingump.com
pdublin@akingump.com

Mitchell Hurley, Esq.
Nancy Chung, Esq.
Sunny Gulati, Esq.
Christine Doniak, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

mhurley@akingump.com
nchung@akingump.com
sgulati@akingump.com
cdoniak@akingump.com

Bryan Krakauer, Esq.
Colleen M. Kenney, Esq.
James F. Conlan, Esq.
James W. Ducayet, Esq.
Jen Peltz, Esq.
Dale E. Thomas, Esq.
Patrick Wackerly, Esq.
**Sidley Austin LLP**
One South Dearborn
Chicago, IL  60603

Bkrakauer@sidley.com
Ckenney@sidley.com
jconlan@sidley.com
jducayet@sidley.com
jpeltz@sidley.com
dthomas@sidley.com
pwackerly@sidley.com

Daniel L. Cantor, Esq.
Daniel Shamah, Esq.
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036

dcantor@omm.com
dshamah@omm.com

Howard J. Kaplan, Esq.
Johnny Yeh, Esq.
**Arkin Kaplan Rice LLP**
590 Madison Avenue, 35th Floor
New York, NY 10022

hkaplan@arkin-law.com
jyeh@arkin-law.com

Katharine L. Mayer, Esq.
**McCarter & English, LLP**
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801

kmayer@mccarter.com

Kevin T. Lantry, Esq.
**Sidley Austin LLP**
555 West Fifth Street
Los Angeles, CA 90013

klantry@sidley.com

Laurie Silverstein, Esq.
R. Stephen McNeill, Esq.
**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

lsilverstein@potteranderson.com
rmcneill@potteranderson.com

David Rosner, Esq.
Sheron Korpus, Esq.
Christine A. Montenegro
Matthew B. Stein, Esq.
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, NY 10019

drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com

James O. Johnston, Esq.
Joshua Mester, Esq.
**Dewey LeBoeuf LLP**
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

jjohnston@deweyleboeuf.com
jmester@deweyleboeuf.com

Alitia Faccone, Esq.
Joseph T. Boccassini, Esq.
**McCarter & English**
100 Mulberry Street
Newark, NJ 07102

afaccone@mccarter.com
jboccassini@mccarter.com

Andrew Gordon, Esq.
David W. Brown, Esq.
Elizabeth McColm, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

agordon@paulweiss.com
dbrown@paulweiss.com
emccolm@paulweiss.com

Andrew J. Puglia Levy, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison**
2001 K Street, NW
Washington, DC 20006

alevy@paulweiss.com

Brad B. Erens, Esq.
David A. Hall, Esq.
**Jones Day**
77 West Wacker
Chicago, IL 60601

bberens@jonesday.com
dhall@jonesday.com

Steven M. Bierman, Esq
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY  10019

sbierman@sidley.com

David Adler, Esq.
**McCarter & English**
245 Park Avenue, 27th Floor
New York, NY  10167

dadler@mccarter.com

Evan D. Flaschen, Esq.
**Bracewell & Giuliani LLP**
25 Asylum Street, Suite 2600
Hartford, CT 06103

Evan.flaschen@bgllp.com

Joseph M. Drayton, Esq.
Jonathan Agudelo, Esq.
Jane Parver, Esq.
Madlyn Primoff, Esq.
**Kaye Scholer LLP**
425 Park Avenue
New York, NY  10022

jdrayton@kayescholer.com
jonathan.agudelo@kayescholer.com
jparver@kayescholer.com
mprimoff@kayescholer.com

Norman L. Pernick
J. Kate Stickles, Esq.
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

npernick@coleschotz.com
kstickles@coleschotz.com

| | |
|---|---|
| Lynn DiPaola Marvin, Esq.<br>**Jones Day**<br>222 East 41st Street<br>New York, NY 10017 | lmarvin@jonesday.com |
| John Henry Schanne, II, Esq.<br>David Stratton, Esq.<br>**Pepper Hamilton LLP**<br>1313 Market St.<br>P.O. Box 1709<br>Wilmington, DE 19899 | schannej@pepperlaw.com<br>strattond@pepperlaw.com |
| Damian Schaible, Esq.<br>Elliott Moskowitz, Esq.<br>Michael Russano, Esq.<br>Dennis Glazer, Esq.<br>Donald Bernstein, Esq.<br>Karen Luftglass, Esq.<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY 10017 | Damian.schaible@dpw.com<br>Elliott.moskowitz@davispolk.com<br>Michael.russano@davispolk.com<br>dglazer@davispolk.com<br>Donald.bernstein@davispolk.com<br>Karen.luftglass@davispolk.com |
| Charles Jackson, Esq.<br>Theodore M. Becker, Esq.<br>Deborah S. Davidson, Esq.<br>**Morgan Lewis & Bockius LLP**<br>77 West Wacker Dr.<br>Chicago, IL 60601-5094 | Charles.jackson@morganlewis.com<br>tbecker@morganlewis.com<br>ddavidson@morganlewis.com |
| Menachem Zelmanovitz, Esq.<br>**Morgan, Lewis & Bockius LLP**<br>101 Park Avenue<br>New York, NY 10178 | mzelmanovitz@morganlewis.com |

| | |
|---|---|
| David M. Miles, Esq.<br>Ronald Flagg, Esq.<br>James F. Bendernagel, Jr.<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, DC 20005 | dmiles@sidley.com<br>rflagg@sidley.com<br>jbendern@sidley.com |
| A. Brent Truitt, Esq.<br>**Hennigan Bennett & Dorman LLP**<br>245 Park Ave., 39th Floor<br>New York, NY | truittb@hbdlawyers.com |
| Rachel Jaffe Mauceri, Esq.<br>**Morgan Lewis**<br>1701 Market Street<br>Philadelphia, PA 19103 | rmauceri@morganlewis.com |
| Richard W. Riley, Esq.<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | rwriley@duanemorris.com |
| Michael Dockterman, Esq.<br>Jonathan W. Young, Esq.<br>Patrick Frye, Esq.<br>Wildman, Harrold, Allen & Dixon LLP<br>225 West Wacker Drive<br>Chicago, IL 60606 | dockterman@wildman.com<br>young@wildman.com<br>frye@wildman.com |

| | |
|---|---|
| Jeffrey C. Wisler, Esq.<br>Marc Phillips, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>Wilmington, DE 19899 | jwisler@cblh.com<br>mphillips@cblh.com |
| John McCambridge, Esq.<br>George Dougherty, Esq.<br>Grippo & Elden LLC<br>111 S. Wacker Drive<br>Chicago, IL 60606 | Jmccambridge@grippoelden.com<br>gdougherty@grippoelden.com<br>mkazan@grippoelden.com |
| Kathleen M. Miller, Esq,<br>Smith Katzenstein & Jenkins LLP<br>800 Delaware Avenue<br>Suite 1000<br>Wilmington, DE 19801 | kmiller@skfdelaware.com |
| Richard A. Saldinger, Esq.<br>Kimberly Bacher, Esq.<br>Shaw Gussis Fishman Glantz Wolfson & Toubin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | rsaldinger@shawgussis.com<br>kbacher@shawgussis.com |
| David W. Carickhoff, Jr., Esq.<br>Blank Rome LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801 | carickhoff@blankrome.com |

| | |
|---|---|
| David Bradford, Esq.<br>Catherine Steege, Esq.<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654 | dbradford@jenner.com<br>csteege@jenner.com |
| Bradley J. Butwin, Esq.<br>Evan M. Jones, Esq.<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | bbutwin@omm.com<br>ejones@omm.com |
| Joel Friedlander, Esq.<br>Sean Brennecke, Esq.<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | jfriedlander@bmf-law.com<br>sbrennecke@bmf-law.com |
| Jeffrey M. Schlerf, Esq.<br>Eric M. Sutty, Esq.<br>Fox Rothschild LLP<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE 19899 | jschlerf@foxrothschild.com<br>esutty@foxrothschild.com<br>jbird@foxrothschild.com |
| Thomas E. Lauria, Esq.<br>Scott Greissman, Esq.<br>White and Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 | tlauria@whitecase.com<br>sgreissman@whitecase.com |

| | |
|---|---|
| Adam Hiller, Esq.<br>Donna L. Harris, Esq.<br>Pinckney, Harris & Weidinger LLC<br>1220 North Market Street<br>Suite 950<br>Wilmington, DE 19801 | ahiller@phw-law.com<br>dharris@phw-law.com |
| William D. Sullivan, Esq.<br>Elihu Allinson, Esq.<br>Sullivan Hazeltine & Allinson LC<br>824 Market Street<br>Wilmington, DE 19801 | bsullivan@sha-llc.com<br>zallinson@shaw-llc.com |
| R. Baskin, Esq.<br>Jay Teitelbaum, Esq.<br>Teitelbaum & Baskin LLP<br>3 Barker Avenue, Third Floor<br>White Plains, NY 10601 | rbaskin@tblawllp.com<br>jteitelbaum@tblawllp.com |
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>1201 North Market Street<br>Suite 1400<br>Wilmington, DE 19801 | mfelger@cozen.com |
| William P. Bowden, Esq.<br>Amanda Winfree, Esq.<br>Leigh-Anne Raport, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue<br>Wilmington, DE 19801 | wbowden@ashby-geddes.com<br>awinfree@ashby-geddes.com<br>lraport@ashby-geddes.com |

| | |
|---|---|
| Edward A. Friedman, Esq.<br>William P. Weintraub, Esq.<br>Eamonn O'Hagan, Esq.<br>Friedman Kaplan Seiler & Adelman LLP<br>7 Times Square<br>New York, NY 10036 | efriedman@fklaw.com<br>wweintraub@fklaw.com<br>eohagan@fklaw.com |
| John P. Sieger, Esq.<br>Joshua A. Gadharf, Esq.<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661 | John.sieger@kattenlaw.com<br>Joshua.gadharf@kattenlaw.com |
| Steven C. Florsheim, Esq.<br>Bruce S. Sperling, Esq.<br>Daniel Shmikler, Esq.<br>Sperling & Slater<br>55 West Monroe Street<br>Suite 3200<br>Chicago, IL 60603 | sflorsheim@sperling-law.com<br>bss@sperling-law.com<br>dshmikler@sperling-law.com |
| Garvan F. McDaniel, Esq.<br>Bifferato Gentilotti LLC<br>800 North King Street, Plaza Level<br>Wilmington, DE 19801 | gmcdaniel@bglaw.com |
| Robert S. Brady, Esq.,<br>M. Blake Cleary, Esq.<br>Young Conaway Stargatt & Taylor<br>100 West Street, 17th Floor<br>Wilmington, DE 19801 | rbrady@ycst.com<br>mbcleary@ycst.com |

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Collins@rlf.com