

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

December 16, 2010
Invoice No. 5938364

### DECEMBER INVOICE FOR
### STATEMENT OF
### SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000004
General/Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 11/12/10 | A. Wickers | 0.50 | Pre-publication legal review of article and communications with Ms. Rogers regarding same |
| 11/19/10 | B. Johnson | 0.20 | Review WA post-judgment interest rate issues for Ms. Xander |
| 11/19/10 | A. Wickers | 0.20 | Communicate with Ms. Xanders and B. Johnson regarding question about interest rates on judgments in Washington state |
| 11/23/10 | B. Johnson | 0.40 | Review additional prejudgment interest issues |
| | Total Hours Worked | 1.30 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy Charges | 390 | 39.00 |
| Total Current Disbursements | | $39.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage      New York      Seattle
Bellevue       Portland      Shanghai
Los Angeles    San Francisco Washington, D.C.                    www.dwt.com

Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 5938364
Page No. 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $643.71 |
| Less Agreed Discount | (64.37) |
| Adjusted Current Services | 579.34 |
| Total Current Disbursements | 39.00 |
| Total Current Invoice | $618.34 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Johnson, B. | 0.60 | 470.48 | 282.29 |
| Wickers, A. | 0.70 | 424.35 | 297.05 |
| Total | 1.30 | | 579.34 |
| Total All Classes | 1.30 | | $579.34 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $6,890.31 |
| Current Invoice | $618.34 |
| Total Balance Due This Matter | $7,508.65 |



## Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

December 16, 2010
Invoice No. 5938365

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000106
Newsracks/General

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 11/05/10 | A. Wickers | 0.20 | Communicate with Mr. Marnien regarding Santa Monica permit fee issues (.2) |
| | Total Hours Worked | 0.20 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $94.30 |
| Less Agreed Discount | (9.43) |
| Adjusted Current Services | 84.87 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $84.87 |

### SUMMARY BY PROFESSIONAL

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright
Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5938365
Page No. 2

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 0.20 | 424.35 | 84.87 |
| Total | 0.20 | | 84.87 |
| Total All Classes | 0.20 | | $84.87 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $2,326.57 |
| Current Invoice | $84.87 |
| Total Balance Due This Matter | $2,411.44 |



**Davis Wright
Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

December 16, 2010
Invoice No. 5938366

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000317
Los Angeles County Sheriff CPRA
0000001714

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Filing fee - - APEX ATTORNEY SERVICES INC - 9/7/10 LASC per G. Pasquale | 1 | 90.50 |
| Total Current Disbursements | | $90.50 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright
Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5938366
Page No. 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $0.00 |
| Less Agreed Discount | 0.00 |
| Adjusted Current Services | 0.00 |
| Total Current Disbursements | 90.50 |
| | ---------------- |
| Total Current Invoice | $90.50 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $20,852.88 |
| Current Invoice | $90.50 |
| | ----------------------- |
| Total Balance Due This Matter | $20,943.38 |



**Davis Wright
Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

December 16, 2010
Invoice No. 5938367

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000352
Pasadena Police Officers Association
0000001900

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Filing fee - - NATIONWIDE LEGAL INC - 9/23/10 LASC per C. Solano | 1 | 69.00 |
| Legal process server service - - NATIONWIDE LEGAL INC - 9/23/10 Green & Shinee, APC per C. Solano | 1 | 116.25 |
| Legal process server service - - NATIONWIDE LEGAL INC - 9/23/10 Office of the City Attorney per C. Solano | 1 | 78.75 |
| Law library - - PACER SERVICE CENTER Pacer (Public Access to Court Records) 7/10 - 9/10 (LA) | 1 | 5.60 |
| Outside delivery service - - NATIONWIDE LEGAL INC - 9/29/10 LASC per C. Solano | 1 | 10.00 |
| Outside search service - - APEX ATTORNEY SERVICES INC - 9/21/10 LASC per A. Jackson | 1 | 177.90 |
| Total Current Disbursements | | $457.50 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Los Angeles Times Communications LLC
Invoice No. 5938367
Page No. 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $0.00 |
| Less Agreed Discount | 0.00 |
| Adjusted Current Services | 0.00 |
| Total Current Disbursements | 457.50 |
| | ---------------- |
| Total Current Invoice | $457.50 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $70,424.66 |
| Current Invoice | $457.50 |
| | ----------------------- |
| Total Balance Due This Matter | $70,882.16 |



**Davis Wright
Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

December 16, 2010
Invoice No. 5938368

## DECEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000366
Littlefield
0000001918

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 11/01/10 | A. Wickers | 0.40 | Edit draft of response to OSC regarding dismissal |
| 11/08/10 | J. Glasser | 1.20 | Prepare for and attend hearing on Court's Order to Show Cause regarding Dismissal for Failure to Serve the Complaint, Failure to Prosecute, and Failure to Appear |
| 11/12/10 | J. Glasser | 0.10 | Draft notice of order to show cause hearing |
| | Total Hours Worked | 1.70 | |

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Outside search service - - NATIONWIDE LEGAL INC - 9/27/10 LASC per C. Solano | 1 | 96.50 |
| Parking -- Jeffrey Glasser 10/07/2010 | 1 | 18.00 |
| Total Current Disbursements | | $114.50 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage     New York      Seattle
Bellevue      Portland      Shanghai
Los Angeles   San Francisco Washington, D.C.                    www.dwt.com

**Davis Wright
Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5938368
Page No. 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $566.90 |
| Less Agreed Discount | (56.69) |
| Adjusted Current Services | 510.21 |
| Total Current Disbursements | 114.50 |
| Total Current Invoice | $624.71 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 0.40 | 424.35 | 169.74 |
| Total | 0.40 | | 169.74 |
| **Associate** | | | |
| Glasser, J. | 1.30 | 261.90 | 340.47 |
| Total | 1.30 | | 340.47 |
| Total All Classes | 1.70 | | $510.21 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $4,117.97 |
| Current Invoice | $624.71 |
| Total Balance Due This Matter | $4,742.68 |

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

December 16, 2010
Invoice No. 5938369

### DECEMBER INVOICE FOR STATEMENT OF SERVICES AND DISBURSEMENTS

Matter No.:          0026175-000368
Omidi
0000001927

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Photocopy Charges | 131 | 13.10 |
| Filing fee - - NATIONWIDE LEGAL INC - 10/14/10 LASC per C. Solano | 1 | 78.00 |
| Outside search service - - 10/5/10 LASC Online | 1 | 48.15 |
| Total Current Disbursements | | $139.25 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Los Angeles Times Communications LLC
Invoice No. 5938369
Page No. 2

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $0.00 |
| Less Agreed Discount | 0.00 |
| Adjusted Current Services | 0.00 |
| Total Current Disbursements | 139.25 |
| | ------------------ |
| Total Current Invoice | $139.25 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $21,438.16 |
| Current Invoice | $139.25 |
| | ---------------------- |
| Total Balance Due This Matter | $21,577.41 |

Kelli Sager

# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

December 16, 2010
Invoice No. 5938370

## DECEMBER INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Matter No.:     0026175-000375
Ridley-Thomas
0000001923

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Photocopy Charges | 19 | 1.90 |
| Filing fee - - NATIONWIDE LEGAL INC - 10/1/10 LASC per C. Solano | 1 | 69.00 |
| Total Current Disbursements | | $70.90 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright Tremaine** LLP

Los Angeles Times Communications LLC
Invoice No. 5938370
Page No. 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $0.00 |
| Less Agreed Discount | 0.00 |
| Adjusted Current Services | 0.00 |
| Total Current Disbursements | 70.90 |
| | ---------------- |
| Total Current Invoice | $70.90 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $21,476.38 |
| Current Invoice | $70.90 |
| | -------------------- |
| Total Balance Due This Matter | $21,547.28 |

Kelli Sager

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 16, 2010
Invoice No. 5938371

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000379
Bankruptcy
0000001932

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 11/02/10 | K. Sager | 1.20 | Review and revise declaration and application to bankruptcy court, including communication with Sidley attorneys and clients regarding same (0.8); further communications with Tribune bankruptcy counsel (0.4) |
| 11/18/10 | K. Sager | 0.30 | Communications with Sidley attorneys regarding hearing on fees |
| 11/19/10 | M. Bradley | 2.30 | Prepare attorney time/fee and cost charts for fee application (September 2010 time) |
| 11/22/10 | K. Sager | 0.30 | Communications with Sidley Austin counsel regarding hearing tomorrow |
| 11/23/10 | K. Sager | 1.20 | Review materials for hearing on fee application and attend hearing by Courtcall (1.0); follow-up communications with J. Ludwig (0.2) |
| 11/30/10 | K. Sager | 0.30 | Review message from creditors counsel and communicate with Sidley and with J. Waggoner regarding same |
| | Total Hours Worked | 5.60 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage      New York       Seattle
Bellevue       Portland       Shanghai
Los Angeles    San Francisco  Washington, D.C.                    www.dwt.com



Los Angeles Times Communications LLC
Invoice No. 5938371
Page No. 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,070.09 |
| Less Agreed Discount | (207.01) |
| Adjusted Current Services | 1,863.08 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $1,863.08 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 3.30 | 470.48 | 1,552.58 |
| Total | 3.30 | | 1,552.58 |
| **Paralegal** | | | |
| Bradley, M. | 2.30 | 135.00 | 310.50 |
| Total | 2.30 | | 310.50 |
| Total All Classes | 5.60 | | $1,863.08 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $5,775.53 |
| Current Invoice | $1,863.08 |
| Total Balance Due This Matter | $7,638.61 |

Kelli Sager

 **Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Julie Xanders, Esq.
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 16, 2010
Invoice No. 5938372

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0026175-000383
Adjudication Matters

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/27/10 | J. Eastburg | 6.90 | Research and draft comments on proposed revisions to California Rules of Court |
| 10/27/10 | J. Glasser | 5.40 | Research and draft comments letter on proposed rules regarding gag orders (5.2); calls with R. Eastburg regarding comments letter (.2) |
| 10/27/10 | A. Shoemaker | 5.70 | Draft comments on open courts report |
| 10/28/10 | K. Sager | 1.50 | Review and revise draft comments on state bench/bar rule changes |
| 10/28/10 | J. Eastburg | 2.80 | Research and draft comments on proposed revisions to California Rules of Court |
| 10/28/10 | J. Glasser | 4.60 | Research and draft comments letter on proposed rules of court governing cameras, gag orders, and sealing of records |
| 10/28/10 | A. Shoemaker | 4.20 | Draft and revise comments on open court recommendations |
| 10/29/10 | J. Eastburg | 4.40 | Revise, finalize, and file comments on proposed revisions to California Rules of Court |
| 11/04/10 | K. Henry | 1.00 | Revise language in proofs of publication for newspapers on adjudication chart |
| 11/08/10 | K. Henry | 0.60 | Communications with Ms. Xanders regarding minute order (.2); conference call with Ms. Xanders and team (.3); communications with Ms. Xanders regarding the La Canada Valley Sun's adjudication (.1) |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

**Davis Wright**
**Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5938372
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 11/09/10 | K. Henry | 0.60 | Communications with Ms. Xanders regarding La Canada Valley Sun (.1); communications with Mr. Davis regarding same (.1); communications with Ms. Xanders regarding adjudication (.4) |
| 11/15/10 | K. Henry | 0.10 | Communications with Mr. Davis regarding public notices |
| 11/16/10 | A. Wickers | 0.30 | Review and edit testimonial release for Ms. Xanders |
| 11/24/10 | K. Henry | 0.50 | Communications with Ms. Xanders and Mr. Davis regarding Burbank Review, Orange Coast Daily Pilot, and Newport Harbor News Press |
| 11/29/10 | K. Henry | 1.20 | Review and analyze adjudication questionnaires completed by Kevin Davis (1.1); communications with Mr. Davis (.1) |
|  | Total Hours Worked | 39.80 |  |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $10,785.60 |
| Less Agreed Discount | (1,078.56) |
| Adjusted Current Services | 9,707.04 |
| Total Current Disbursements | 0.00 |
| ---------------- | |
| Total Current Invoice | $9,707.04 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|-------------|-------------|----------------|-------------|
| **Partner** | | | |
| Sager, K. | 1.50 | 470.48 | 705.72 |
| Wickers, A. | 0.30 | 424.35 | 127.31 |
| Total | 1.80 | | 833.03 |
| **Associate** | | | |
| Eastburg, J. | 14.10 | 256.50 | 3,616.65 |
| Glasser, J. | 10.00 | 261.90 | 2,619.00 |
| Henry, K. | 4.00 | 303.19 | 1,212.76 |
| Shoemaker, A. | 9.90 | 144.00 | 1,425.60 |

Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 5938372
Page No. 3

|  | ------------ | --------------- |
| Total | 38.00 | 8,874.01 |
|  | ------------ | --------------- |
| Total All Classes | 39.80 | $9,707.04 |

## STATEMENT OF ACCOUNT

| Current Invoice | $9,707.04 |
| --- | --- |
|  | --------------------- |
| Total Balance Due This Matter | $9,707.04 |

Kelli Sager



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 16, 2010
Invoice No. 5938398

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.        0026175-000382
Bench Bar Comments

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 10/26/10 | K. Sager | 0.50 | Communications with Ms. Goller and communicate with R. Eastburg and J. Glasser regarding preparation of comments on Bench Bar report |
| 10/26/10 | J. Eastburg | 3.00 | (Rule Comments) draft comments on proposed revisions to California Rules of Court |
| 10/26/10 | J. Glasser | 1.70 | Research and draft comments letter section on gag orders (1.5); communicate with R. Eastburg regarding comments letter (.1); meeting with K. Sager regarding comments letter (.1) |
| 10/26/10 | A. Shoemaker | 2.00 | Review committee report and judges' comments; research on access to court records in California |
| 10/29/10 | K. Sager | 0.90 | Communications with R. Eastburg regarding additional changes to letter (0.4); follow-up communications with counsel and team regarding comments (0.5) |
| 10/29/10 | A. Shoemaker | 4.20 | Review, revise, and file comments of press commenters |
|  | Total Hours | 12.30 |  |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright
Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5938398
Page No. 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,766.20 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $2,766.20 |
| Your Portion of Amount Due at 33.33% | $924.98 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| K. Sager | 1.40 | 470.48 | 658.67 |
| Total | 1.40 | | 658.67 |
| **Associate** | | | |
| A. Shoemaker | 6.20 | 144.00 | 892.80 |
| J. Eastburg | 3.00 | 256.50 | 769.50 |
| J. Glasser | 1.70 | 261.90 | 445.23 |
| Total | 10.90 | | 2,107.53 |
| Total All Classes | 12.30 | | $2,766.20 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $924.98 |
| Total Balance Due This Matter | $924.98 |

Kelli Sager



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 16, 2010
Invoice No. 5938451
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Matter No.      0026175-000384
Perry v. Schwarzenegger

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 11/01/10 | T. Burke | 0.30 | Further solicit support for camera request in the Ninth Circuit on 12/6 (No Charge) |
| 11/04/10 | T. Burke | 0.50 | Telephone conference with Mr. Madden regarding Coalition's camera request to broadcast 9th Circuit argument in December; update Perry Coalition members regarding Court's requested form of participation in camera pool |
| 11/16/10 | T. Burke | 1.00 | Further conferences with Mr. Madden regarding further identification of Perry Media Coalition members and further update clients regarding need to identify all potential affiliated companies who will desire access to the pooled footage (Time Reduced) |
| 11/18/10 | T. Burke | 0.10 | Further revise Coalition's request for camera access and further communications with Mr. Madden regarding same (Time Reduced) |
| 11/29/10 | T. Burke | 0.20 | Further telephone conference with Mr. Madden regarding court's order approving request and related logistical issues (to be addressed on the day of the |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

**Davis Wright
Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 5938451
Page No. 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | hearing with CSPAN) and particular "still camera" issues to be addressed with the AP, the pool provider (No Charge) |
| | Total Hours | 2.10 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|-------------|-----------------|-------------|
| **Partner** | | | |
| T. Burke | 0.50 | 0.00 | 0.00 |
| T. Burke | 1.60 | 515.00 | 824.00 |
| Total | 2.10 | | 824.00 |
| Total All Classes | 2.10 | | $824.00 |

## STATEMENT OF ACCOUNT

Thomas Burke