# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

June 1, 2011 through and including June 30, 2011

| Project Code | Description | Hour | Amount |
|---|---|---|---|
| 5735.00001 | Business Analysis | 7.1 | 4,579.50 |
| 5735.00004 | Current Financials | 77.4 | 44,791.50 |
| 5735.00007 | Employee Issues | 15.7 | 9,565.50 |
| 5735.00008 | Plan of Reorganization | 53.1 | 30,883.50 |
| 5735.00014 | Avoidance Actions | 12.6 | 7,370.50 |
| 5735.00015 | UCC Meetings | 6.5 | 3,920.50 |
| 5735.00017 | Billing and Retention | 20.5 | 13,253.00 |
| | | **192.9** | **$114,364.00** |

16

Re:              Business Analysis
Client/Matter #    005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 06/01/11 | BH | Review and analyze Moelis Media Update report. | 0.60 |
| 06/07/11 | BH | Review and analyze Moelis Media Update. | 0.50 |
| 06/14/11 | BH | Review Moelis Media Update. | 0.60 |
| 06/15/11 | BH | Obtain update on status of Project Eagle from Tribune advisors. | 1.80 |
| 06/16/11 | BH | Review Crains article related to Tribune involvement in Project Eagle. | 0.50 |
| 06/17/11 | BH | Call with Tribune advisors to discuss updated status of Project Eagle. | 1.20 |
| 06/17/11 | BH | Draft and send memo to Chadbourne on status of Tribune interest in Project Eagle. | 1.40 |
| 06/21/11 | BH | Review Moelis Media Update. | 0.50 |
|  |  | **Total Hours** | 7.10 |

Re:                    Business Analysis
Client/Matter #        005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 7.10 | 645.00 | 4,579.50 |
| **Total Hours & Fees** | **7.10** | | **4,579.50** |

Re:                      Current Financials
Client/Matter #          005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/11 | ANL | Reviewed April & May management operating reports. | 2.10 |
| 06/01/11 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 06/01/11 | ANL | Reviewed 2011 plan models. | 2.30 |
| 06/02/11 | ANL | Prepared weekly status update to UCC. | 2.20 |
| 06/02/11 | ANL | Reviewed weekly revenue flash and cash reports | 0.90 |
| 06/03/11 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 06/03/11 | ANL | Reviewed May 2011 publishing results. | 2.10 |
| 06/03/11 | ANL | Reviewed May 2011 broadcasting results. | 1.80 |
| 06/06/11 | ANL | Prepared weekly status update to UCC. | 3.10 |
| 06/06/11 | ANL | Reviewed weekly cash and cash forecast. | 0.80 |
| 06/06/11 | ANL | Reviewed weekly revenue flash reports. | 1.10 |
| 06/06/11 | BH | Review and analyze current weekly results. | 0.40 |
| 06/07/11 | BH | Review and analyze Tribune weekly performance relative to Plan and revise report to UCC on same. | 2.40 |
| 06/07/11 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 06/07/11 | ANL | Reviewed management operating reports. | 1.60 |
| 06/08/11 | BH | Prepare verbal comments for presentation of current financial results at upcoming UCC meeting. | 1.00 |
| 06/09/11 | BH | Review and analyze weekly Publication results compared to Plan. | 0.40 |
| 06/09/11 | ANL | Prepared for UCC presentation on weekly results. | 0.70 |
| 06/13/11 | ANL | Reviewed May 2011 operating report. | 2.50 |
| 06/13/11 | ANL | Prepared weekly status update to UCC. | 2.30 |
| 06/13/11 | ANL | Prepared notes for monthly FA call. | 1.50 |
| 06/13/11 | ANL | Reviewed weekly results. | 1.70 |
| 06/13/11 | BH | Participate in update call on current financial results with Tribune advisors. | 0.40 |
| 06/13/11 | BH | Review and analyze Tribune financial results for period 5 as compared to Plan. | 1.80 |
| 06/13/11 | YK | Attended Debtors' conference call re monthly performance and prepared notes to follow up on the call. | 1.10 |
| 06/14/11 | BH | Review and analyze weekly financial performance compared to Plan and revise report to UCC on same. | 2.10 |
| 06/14/11 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 06/14/11 | ANL | Reviewed Project Eagle documents. | 1.80 |
| 06/14/11 | ANL | Reviewed May 2011 operating report. | 2.10 |
| 06/15/11 | ANL | Prepared summary of May publishing and broadcasting results. | 2.60 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/15/11 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 06/15/11 | ANL | Reviewed May 2011 operating report. | 2.50 |
| 06/15/11 | BH | Revise report to UCC on weekly results compared to Plan. | 0.60 |
| 06/16/11 | ANL | Prepared weekly status update to UCC. | 2.30 |
| 06/16/11 | ANL | Reviewed weekly results. | 1.10 |
| 06/20/11 | ANL | Prepared weekly status update to UCC. | 2.10 |
| 06/20/11 | ANL | Reviewed weekly results. | 0.80 |
| 06/21/11 | ANL | Reviewed May 2011 operating report. | 2.10 |
| 06/21/11 | BH | Review and analyze weekly results as compared to Plan and revise memo to UCC on same. | 2.30 |
| 06/21/11 | MPM | Reviewed weekly report and related documents. | 0.50 |
| 06/23/11 | BH | Draft comments for verbal presentation of current financial results to UCC. | 1.00 |
| 06/27/11 | BH | Review and analyze current financial results compared to Plan. | 1.00 |
| 06/27/11 | ANL | Prepared weekly status update to UCC. | 2.70 |
| 06/28/11 | ANL | Prepared weekly status update to UCC. | 2.10 |
| 06/28/11 | ANL | Reviewed weekly revenue flash and weekly cash reports. | 2.60 |
| 06/28/11 | BH | Review and analyze current financial results compared to Plan and revise report to UCC on same. | 1.70 |
| 06/30/11 | BH | Draft comments for verbal presentation of financial results to UCC. | 1.10 |
| | | **Total Hours** | **77.40** |

Re:                    Current Financials
Client/Matter #        005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 0.50 | 855.00 | 427.50 |
| Albert Leung | 59.60 | 560.00 | 33,376.00 |
| Brad Hall | 16.20 | 645.00 | 10,449.00 |
| Young Kim | 1.10 | 490.00 | 539.00 |
| **Total Hours & Fees** | **77.40** | | **44,791.50** |

Re:                        Employee Issues
Client/Matter #            005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/01/11 | BH | Discuss with Tribune advisors the facts and circumstances of the departure of Jerry Kersting and the promotion of Nils Larsen. | 1.20 |
| 06/01/11 | BH | Prepared memo to Chadbourne on the departure of Jerry Kersting and the promotion of Nils Larsen. | 0.50 |
| 06/02/11 | BH | Draft follow–up memo to Chadbourne regarding departure of Jerry Kersting. | 0.30 |
| 06/07/11 | BH | Discuss severance issues regarding the departure of Jerry Kersting in a conversation with Tribune advisors. | 0.40 |
| 06/08/11 | BH | Draft and send memo to Chadbourne on updated termination costs pertaining to Jerry Kersting. | 0.80 |
| 06/14/11 | BH | Discuss departure of David Williams from TMS with Tribune advisors. | 0.80 |
| 06/14/11 | BH | Draft and send memo to Chadbourne discussing the impact of departure of David Williams from TMS. | 1.10 |
| 06/14/11 | ANL | Prepared memo on David Williams departure for UCC. | 1.10 |
| 06/14/11 | ANL | Reviewed separation agreement for David Williams (TMS). | 1.50 |
| 06/15/11 | ANL | Prepared memo on David Williams departure for UCC. | 1.60 |
| 06/16/11 | ANL | Reviewed David Williams severance supporting documents. | 1.20 |
| 06/16/11 | BH | Obtain and review information from Tribune advisors on the severance impact of David Williams departure. | 0.70 |
| 06/17/11 | BH | Draft and send memo to Chadbourne on the impact of David Williams departure from TMS. | 2.00 |
| 06/17/11 | ANL | Prepared memo on David Williams departure for UCC. | 1.20 |
| 06/20/11 | BH | Draft and send memo to Chadbourne on the press release issued by Tribune on David Williams departure from TMS. | 0.70 |
| 06/22/11 | BH | Review information pertaining to Randy Michaels and status of his severance agreement. | 0.60 |
| | | **Total Hours** | **15.70** |

Re:                     Employee Issues
Client/Matter #         005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 6.60 | 560.00 | 3,696.00 |
| Brad Hall | 9.10 | 645.00 | 5,869.50 |
| **Total Hours & Fees** | **15.70** | | **9,565.50** |

Re:                     Plan of Reorganization
Client/Matter #         005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/02/11 | ANL | Reviewed DCL plan documents and Noteholder plan documents. | 1.80 |
| 06/02/11 | ANL | Reviewed post trial briefs. | 2.30 |
| 06/06/11 | ANL | Reviewed post trial briefs and related exhibits. | 3.10 |
| 06/07/11 | ANL | Reviewed preference materials. | 0.90 |
| 06/07/11 | ANL | Reviewed noteholder and DCL post trial briefs and exhibits. | 4.20 |
| 06/07/11 | BH | Review and analyze Noteholder Reply Brief regarding the impact of treatment of PHONES subordination. | 0.50 |
| 06/07/11 | BH | Review motion for the admission of documents into evidence. | 0.40 |
| 06/09/11 | BH | Discussion with Tribune advisors regarding the treatment of PHONES subordination relative to recoveries of all other creditors. | 1.20 |
| 06/09/11 | ANL | Call with Debtors regarding Bondholders recovery analysis. | 1.10 |
| 06/10/11 | BH | Review and analyze schedules provided by Tribune advisors on the treatment of PHONES subordination as described in Noteholder Reply Brief. | 1.90 |
| 06/13/11 | ANL | Reviewed post trial confirmation brief and exhibits. | 2.20 |
| 06/14/11 | BH | Review and analyze alternative methods of subordination impacts to creditors recovery under DCL plan. | 1.70 |
| 06/21/11 | ANL | Reviewed PHONES documents and subordination supporting documents. | 2.50 |
| 06/21/11 | ANL | Reviewed Debtors support for post trial brief. | 1.60 |
| 06/22/11 | ANL | Reviewed post trial response memo. | 2.30 |
| 06/22/11 | ANL | Reviewed amended DCL plan. | 1.60 |
| 06/22/11 | BH | Review schedule of alternative treatment of claims based upon the subordination of PHONES obligations. | 0.80 |
| 06/22/11 | BH | Review and comment on outline of closing arguments related to subordination issue raised by Noteholders. | 0.80 |
| 06/23/11 | ANL | Reviewed settlement allocation scenario analysis. | 2.60 |
| 06/23/11 | ANL | Reviewed post trial response memo. | 1.70 |
| 06/23/11 | MPM | Reviewed post trial briefs. | 0.80 |
| 06/23/11 | MPM | Reviewed Debtors allocation analysis for subordination. | 0.90 |
| 06/24/11 | ANL | Reviewed settlement allocation scenario analysis and post trial response memo and D&O memo. | 3.20 |
| 06/24/11 | ANL | Reviewed late file claims stipulation memo. | 0.70 |
| 06/27/11 | ANL | Reviewed trial briefs, closing argument outline and DCL plan. | 1.50 |
| 06/28/11 | BH | Review update on status of closing arguments in confirmation hearing. | 0.30 |

Re:                          Plan of Reorganization
Client/Matter #              005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/29/11 | ANL | Reviewed closing argument hearing notes. | 1.80 |
| 06/29/11 | ANL | Reviewed plan documents. | 3.10 |
| 06/29/11 | ANL | Reviewed preference materials. | 1.80 |
| 06/30/11 | ANL | Reviewed closing argument outline and DCL plan. | 1.80 |
| 06/30/11 | ANL | Reviewed Bayside financial data. | 2.00 |
| | | **Total Hours** | **53.10** |

Re:                        Plan of Reorganization
Client/Matter #            005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 1.70 | 855.00 | 1,453.50 |
| Albert Leung | 43.80 | 560.00 | 24,528.00 |
| Brad Hall | 7.60 | 645.00 | 4,902.00 |
| **Total Hours & Fees** | **53.10** | | **30,883.50** |

Re:                    Avoidance Actions
Client/Matter #       005735.00014

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 06/03/11 | BH | Review and analyze current filing regarding State Fraudulent Conveyance Claims. | 2.50 |
| 06/07/11 | BH | Review memo on State Law Constructive Fraudulent Conveyance Claims. | 0.40 |
| 06/16/11 | BH | Review status of Tolling Agreements on Preference Claims. | 0.80 |
| 06/16/11 | ANL | Reviewed insider preference supporting documentation. | 2.20 |
| 06/17/11 | ANL | Reviewed insider preference complaints and supporting documentation. | 3.20 |
| 06/20/11 | ANL | Reviewed insider preference complaints and supporting documentation. | 1.30 |
| 06/21/11 | ANL | Reviewed insider preference detail. | 2.20 |
| | | **Total Hours** | **12.60** |

Re:                      Avoidance Actions
Client/Matter #          005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Albert Leung | 8.90 | 560.00 | 4,984.00 |
| Brad Hall | 3.70 | 645.00 | 2,386.50 |
| **Total Hours & Fees** | **12.60** | | **7,370.50** |

Re:                          UCC Meetings
Client/Matter #              005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/07/11 | BH | Participate in UCC professionals meeting hosted by Chadbourne. | 0.40 |
| 06/09/11 | ANL | Participated in telephonic UCC Meeting | 0.80 |
| 06/14/11 | BH | Participate in UCC professionals meeting hosted by Chadbourne. | 0.30 |
| 06/21/11 | BH | Participate in UCC professionals call hosted by Chadbourne. | 0.40 |
| 06/23/11 | BH | Participate in UCC meeting and make presentation on current financial results. | 0.90 |
| 06/23/11 | ANL | Participated in UCC telephonic meeting. | 1.10 |
| 06/30/11 | ANL | Participated in telephonic UCC Meeting | 1.30 |
| 06/30/11 | BH | Participate in UCC meeting and make presentation on current financial results. | 1.30 |
| | | **Total Hours** | **6.50** |

Re:                      UCC Meetings
Client/Matter #          005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 3.20 | 560.00 | 1,792.00 |
| Brad Hall | 3.30 | 645.00 | 2,128.50 |
| **Total Hours & Fees** | **6.50** | | **3,920.50** |

Re:                     Billing and Retention
Client/Matter #         005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/11 | MPM | Reviewed April 2011 fee application and exhibits. | 2.10 |
| 06/01/11 | BH | Review April fee application. | 2.40 |
| 06/01/11 | ANL | Prepared April 2011 fee application. | 1.20 |
| 06/13/11 | MPM | Reviewed May 2011 fee application and exhibits. | 0.90 |
| 06/17/11 | ANL | Prepared May 2011 fee application. | 2.20 |
| 06/20/11 | MPM | Reviewed May 2011 fee application and exhibits. | 1.80 |
| 06/23/11 | ANL | Prepared May 2011 fee application. | 1.90 |
| 06/24/11 | ANL | Prepared May 2011 fee application. | 3.10 |
| 06/24/11 | BH | Review May fee application. | 0.60 |
| 06/27/11 | BH | Review May fee application. | 1.20 |
| 06/27/11 | ANL | Prepared May 2011 fee application. | 1.60 |
| 06/28/11 | ANL | Prepared May 2011 fee application. | 1.50 |
| | | **Total Hours** | **20.50** |

Re:                       Billing and Retention
Client/Matter #           005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 4.80 | 855.00 | 4,104.00 |
| Albert Leung | 11.50 | 560.00 | 6,440.00 |
| Brad Hall | 4.20 | 645.00 | 2,709.00 |
| **Total Hours & Fees** | **20.50** | | **13,253.00** |