# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

June 1, 2011 through and including June 30, 2011

| Expenses | Amount |
| --- | --- |
| Airfare (Coach) | 1,212.55 |
| Airfare Service Charge | 61.00 |
| Cab Fare/Ground Transportation | 460.09 |
| Phone – Internet Access | 29.23 |
| Lodging | 289.00 |
| Meals & Tips | 86.22 |
| Parking & Tolls | 50.00 |
| **Total Disbursements** | **2,188.09** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 05/08/11 | Airfare Albert Leung 5/8/2011 SFO – MDW (Coach) | 237.87 |
| 05/08/11 | Airfare Service Charge Albert Leung | 25.00 |
| 05/08/11 | Cab Fare/Ground Transportation Albert Leung SFO Home | 63.00 |
| 05/08/11 | Lodging Albert Leung Intercontinental Frnt Dsk – Chicago 05/08/2011 – 05/09/2011 | 289.00 |
| 05/08/11 | Meals & Tips Albert Leung – Dinner (out of town) | 21.00 |
| 05/08/11 | Meals & Tips Albert Leung – Lunch (out of town) | 4.98 |
| 05/09/11 | Airfare Albert Leung 2011–05–09 MDW – SFO (Coach) | 153.00 |
| 05/09/11 | Airfare Service Charge Albert Leung | 13.00 |
| 05/09/11 | Meals & Tips Albert Leung – Lunch (out of town) | 2.08 |
| 05/09/11 | Meals & Tips Albert Leung – Breakfast (out of town) | 2.39 |
| 05/12/11 | Meals & Tips Albert Leung – Dinner | 39.33 |
| 05/14/11 | Cab Fare/Ground Transportation Albert Leung Home SFO (out of town) *5/9* | 63.00 |
| 05/16/11 | Airfare Albert Leung 2011–05–18 SFO – JFK (Coach) *5/18* | 821.68 |
| 05/17/11 | Airfare Service Charge Albert Leung | 10.00 |
| 05/18/11 | Airfare Service Charge Albert Leung | 13.00 |
| 05/18/11 | Cab Fare/Ground Transportation – – VENDOR: Sunny's Worldwide Transportation Albert Leung (out of town) | 119.61 |
| 05/18/11 | Phone – Internet Access Albert Leung | 12.95 |
| 05/18/11 | Phone – Internet Access Albert Leung | 16.28 |
| 05/18/11 | Meals & Tips Albert Leung – Lunch | 16.44 |
| 05/19/11 | Cab Fare/Ground Transportation – – VENDOR: Sunny's Worldwide Transportation Brad Hall (out of town) | 79.07 |
| 05/19/11 | Cab Fare/Ground Transportation – – VENDOR: Sunny's Worldwide Transportation Brad Hall – JFK to NY (out of town) | 88.11 |
| 05/23/11 | Cab Fare/Ground Transportation Brad Hall SFO Home (out of town) | 47.30 |
| 05/23/11 | Parking & Tolls Brad Hall (out of town) | 50.00 |
| | **Total Disbursements** | **2,188.09** |