# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

## June 1, 2011 through June 30, 2011

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 47.50 | $19,928.50 |
| Committee Meetings | 003 | 77.80 | 50,344.00 |
| Creditor Communications | 004 | 7.50 | 4,012.50 |
| Business Operations | 007 | 56.90 | 31,126.60 |
| Claims Administration/Bar Date | 009 | 67.50 | 28,014.50 |
| Fee/Retention Applications | 010 | 71.90 | 24,956.00 |
| Executory Contracts | 012 | 0.30 | 148.50 |
| Avoidance Issues | 013 | 34.00 | 18,704.00 |
| Employee Issues | 014 | 31.20 | 20,649.00 |
| General Litigation | 017 | 9.40 | 6,951.00 |
| Travel * | 018 | 22.70 | 8,471.25 |
| Shareholder Claims | 020 | 71.60 | 39,074.50 |
| Plan Litigation | 021 | 665.00 | 476,490.50 |
| **Total** | | **1,163.30** | **$728,870.75** |

* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through June 30, 2011

Our Matter #19804.002
          BANKRUPTCY GENERAL


06/01/11   D. BAVA          Review and analysis of docket      1.50 hrs.
                            sheets, including Neil district
                            court litigation and Delaware
                            adversary proceedings re: daily
                            case activity (.80); review,
                            revise and finalize case calendar
                            based on current docket entries
                            (.40); post certain materials to
                            Intralinks (.30).

06/01/11   D. E. DEUTSCH    Review last four weekly pleading    0.90 hrs.
                            reports, pleadings therein nd
                            court calendars.

06/01/11   J. MARRERO        Review docket and case calendar    0.30 hrs.
                            re: upcoming hearing and objection
                            deadlines

06/02/11   D. BAVA          Review and analysis of docket      1.20 hrs.
                            sheets, including Neil district
                            court litigation and Delaware
                            adversary proceedings re: daily
                            case activity (.80); review,
                            revise and finalize case calendar
                            based on current docket entries
                            (.40).

06/03/11   D. BAVA          Review and analysis of docket      1.20 hrs.
                            sheets, including Neil district
                            court litigation and Delaware
                            adversary proceedings re: daily
                            case activity (.80); review,
                            revise and finalize case calendar
                            based on current docket entries
                            (.40).

06/03/11   D. E. DEUTSCH    Review three prior docket reports,  0.60 hrs.
                            pleadings therein and pleading
                            calendar (.6).

06/06/11   M. ROITMAN       Review dockets in Neil adversary    0.50 hrs.
                            proceeding and revise summary (0.5)

06/06/11   D. BAVA          Review and analysis of docket      1.20 hrs.
                            sheets, including Neil district
                            court litigation and Delaware
                            adversary proceedings re: daily
                            case activity (.80); review,
                            revise and finalize case calendar

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|            |               | based on current docket entries (.40). | |
|------------|---------------|----------------------------------------|---|
| 06/06/11   | D. M. LeMAY   | Review all latest court filings. | 1.30 hrs. |
| 06/06/11   | D. E. DEUTSCH | Review various case related e-mails (.2); review various court postings from Friday afternoon (.5). | 0.70 hrs. |
| 06/07/11   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.90); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.90). | 2.20 hrs. |
| 06/08/11   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30); post certain materials to Intralinks (.30). | 1.20 hrs. |
| 06/09/11   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.60); post certain materials to Intralinks (.80). | 2.20 hrs. |
| 06/10/11   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.90); review, revise and finalize case calendar based on current docket entries (.60); post certain materials to Intralinks (.80). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/12/11 | D. E. DEUTSCH | Review last week's pleading reports, pleadings therein and court calendar (1.6). | 1.60 hrs. |
| 06/13/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.80). | 1.60 hrs. |
| 06/13/11 | D. M. LeMAY | Review all latest court filings. | 1.30 hrs. |
| 06/14/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.80); post certain materials to Intralinks (.40). | 1.80 hrs. |
| 06/15/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.30); post certain materials to Intralinks (.30). | 1.40 hrs. |
| 06/15/11 | D. E. DEUTSCH | Review last three daily pleading reports, pleadings therein and court calendar (.7). | 0.70 hrs. |
| 06/16/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.70). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      July 26, 2011
435 N. MICHIGAN AVENUE                             Page   4
CHICAGO, IL 60611

| 06/17/11 | H. LAMB | Review of court dockets (.3); prepare daily report of new pleadings filed (.3); prepare updates to case calendar in accordance with same (.3). | 0.90 hrs. |
|---|---|---|---|
| 06/17/11 | D. E. DEUTSCH | Exchange e-mails with David Bava re: required follow-up on Noteholder docketing question (.2). | 0.20 hrs. |
| 06/20/11 | D. E. DEUTSCH | Review last two daily reports (from last week), pleadings therein and court calendar (.4). | 0.40 hrs. |
| 06/20/11 | D. M. LeMAY | Review all latest court filings. | 1.40 hrs. |
| 06/20/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 06/21/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.40). | 1.60 hrs. |
| 06/21/11 | D. E. DEUTSCH | Review new article on Tribune (.3); edit related posting note to Committee (.1). | 0.40 hrs. |
| 06/21/11 | M. ROITMAN | Draft email to Committee re: New York Times Article (0.3); Correspond with D. Deutsch re: same (0.1) | 0.40 hrs. |
| 06/22/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                          |            |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | Intralinks (.20); prepare materials for use at June 28, 2011 omnibus hearing (1.20).                                                                                                                                                      |            |
| 06/22/11   | D. E. DEUTSCH  | Review last two daily reports, pleadings therein and court calendar (.4).                                                                                                                                                                 | 0.40 hrs.  |
| 06/23/11   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.50); post certain materials to Intralinks (.20). | 1.40 hrs.  |
| 06/24/11   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); further preparation of materials for use at June 28, 2011 hearing (1.30). | 2.10 hrs.  |
| 06/24/11   | D. E. DEUTSCH  | Review posted court papers (.2) and e-mail Marc Roitman re: related posting to Committee and analysis on same (.2).                                                                                                                       | 0.40 hrs.  |
| 06/27/11   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20).          | 0.80 hrs.  |
| 06/27/11   | D. E. DEUTSCH  | Review and analysis of last four pleading reports, pleadings therein and case calendar (.7); e-mail David Bava on inquiry re: constructive fraudulent transfer lawsuits (.1).                                                             | 0.80 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     July 26, 2011
435 N. MICHIGAN AVENUE     Page   6
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/28/11 | D. E. DEUTSCH | Participate in part of hearing re: various case matters (.9); drafted memorandum to Committee re: hearing (.8); exchange related e-mails with David LeMay (.2). | 1.90 hrs. |
| 06/28/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 06/29/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30); post certain materials to Intralinks (.30). | 1.20 hrs. |
| 06/30/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |

**Total Fees for Professional Services.............. $19,928.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 4.00 | 3580.00 |
| D. E. DEUTSCH | 725.00 | 9.00 | 6525.00 |
| D. BAVA | 280.00 | 32.40 | 9072.00 |
| H. LAMB | 285.00 | .90 | 256.50 |
| J. MARRERO | 375.00 | .30 | 112.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 26, 2011
435 N. MICHIGAN AVENUE                               Page    7
CHICAGO, IL 60611
```

```
M. ROITMAN                        425.00      .90        382.50
                        TOTALS              47.50      19928.50
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1


                            For Services Through June 30, 2011

Our Matter #19804.003
           COMMITTEE MEETINGS


06/01/11   D. E. DEUTSCH      Review and make final edits to May      1.50 hrs.
                              5, 2011 minutes (.4); review and
                              make initial edits to May 19, 2011
                              minutes (1.1).

06/01/11   J. MARRERO         Review and revise May 5th meeting       0.90 hrs.
                              minutes.

06/06/11   D. E. DEUTSCH      Review court calendar items and         0.40 hrs.
                              confirmation calendar (.2); review
                              and edit agenda for Committee
                              professional meeting based on same
                              (.2).

06/06/11   J. MARRERO         Revise May 5 meeting minutes            3.40 hrs.
                              (0.7); draft May 19 meeting
                              minutes (1.8); draft Committee
                              professionals meeting agenda
                              (0.3); revise same (0.2); draft
                              email to Committee professionals
                              re: same (0.2); draft posting to
                              the Committee re: May 5th minutes
                              (0.2)

06/07/11   J. MARRERO         Review case calendar, etc. in          2.40 hrs.
                              preparation for Committee
                              professionals meeting (0.5);
                              attend Committee professionals
                              meeting (0.8); draft Committee
                              meeting agenda (0.1); revise
                              agenda (0.1); draft email to C&P
                              team re: same (0.2) draft email to
                              Committee Co-Chairs re: same
                              (0.2); revise May 19 minutes (0.5)

06/07/11   D. E. DEUTSCH      Prepare for today's Committee          1.70 hrs.
                              professional meeting (.8);
                              participate in Committee
                              professional meeting (.9).

06/07/11   A. ROSENBLATT      Participate on professionals' only     1.10 hrs.
                              call (.8); participate at
                              post-meeting re: closing arguments
                              (.3).

06/07/11   H. SEIFE           Conference call with Committee         0.80 hrs.
                              professionals.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/07/11 | M. ROITMAN | Attend Committee Professionals Conference call (0.8) | 0.80 hrs. |
| 06/07/11 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for Committee professionals' meeting (.8); attended weekly Committee professionals' telephonic meeting (.8); team meeting regarding status of confirmation proceedings (.3). | 1.90 hrs. |
| 06/07/11 | D. M. LeMAY | Weekly professionals call. | 1.00 hrs. |
| 06/08/11 | J. MARRERO | Draft posting to Committee re: Committee meeting agenda | 0.10 hrs. |
| 06/09/11 | J. MARRERO | Review reports, etc. in preparation for Committee meeting (0.2); attend Committee meeting and take minutes (0.7); draft June 9 meeting minutes (0.3) | 1.20 hrs. |
| 06/09/11 | D. E. DEUTSCH | Review case materials (.4) and prepare outline for discussion points for today's Committee meeting (.9); discuss Neil litigation presentation with Howard Seife (.3); perform additional background research for Committee presentation on claims of employees represented by Joe Frank (.6); attend pre-meeting with Chadbourne team (.4); participate in Committee meeting (.7). | 3.30 hrs. |
| 06/09/11 | H. SEIFE | Preparation for Committee meeting (1.2); telephonic meeting of Committee (.8). | 2.00 hrs. |
| 06/09/11 | M. ROITMAN | Attend telephonic Committee Meeting (0.6); Meet with C&P team prior to call (0.4); Confer with D. Deutsch following call (0.1) | 1.10 hrs. |
| 06/09/11 | D. M. LeMAY | Prepare for (.5) and participate in (.6) telephone meeting of the Committee. | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 26, 2011
435 N. MICHIGAN AVENUE                               Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/09/11 | A. ROSENBLATT | Attend pre-Committee meeting (.3) and attend Committee meeting (.7). | 1.00 hrs. |
| 06/09/11 | T. J. MCCORMACK | Prep for (0.4) and meeting with Committee on all issues outstanding (0.7). | 1.10 hrs. |
| 06/10/11 | D. M. LeMAY | Conference w/D. Deutsch re: J. Frank meeting request. | 0.40 hrs. |
| 06/13/11 | J. MARRERO | Draft agenda for Committee professionals meeting (0.3); draft email to C&P team re: same (0.1); draft email to Committee professionals re: same (0.1) | 0.50 hrs. |
| 06/14/11 | T. J. MCCORMACK | Prep for (0.4) and attend weekly Committee professionals meeting (0.5). | 0.90 hrs. |
| 06/14/11 | M. ROITMAN | Attend Committee professionals conference call (0.3); Confer with C&P team following call (0.5) | 0.80 hrs. |
| 06/14/11 | J. MARRERO | Email correspondence with Committee member in response to inquiries re: LBO-actions. | 0.30 hrs. |
| 06/14/11 | D. E. DEUTSCH | Review materials to prepare for Committee professional meeting (.5); participate in Committee professional meeting (.4). | 0.90 hrs. |
| 06/14/11 | M. D. ASHLEY | Reviewed materials in preparation for Committee professionals' meeting (.7); attended weekly Committee professionals' meeting (.4). | 1.10 hrs. |
| 06/14/11 | A. ROSENBLATT | Participate on Professionals' only call | 0.50 hrs. |
| 06/14/11 | H. SEIFE | Conference call of Committee Professionals. | 0.60 hrs. |
| 06/15/11 | D. E. DEUTSCH | Review and make final revisions to May 19 Committee minutes (.7). | 0.70 hrs. |
| 06/16/11 | J. MARRERO | Revise May 19 meeting minutes (0.4); draft posting to Committee re: same (0.1) | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 26, 2011
435 N. MICHIGAN AVENUE                               Page    4
CHICAGO, IL 60611


| 06/17/11 | J. MARRERO | Draft June 9 minutes | 1.10 hrs. |
|---|---|---|---|
| 06/20/11 | J. MARRERO | Draft meeting agenda for Committee professionals' conference call (0.1); draft email re: same to internal professionals group (0.2); draft email re: same to all Committee professionals (0.1) | 0.40 hrs. |
| 06/21/11 | J. MARRERO | Review materials in preparation for Committee professionals meeting (0.5); attend Committee professionals meeting (0.5); draft agenda for Committee meeting (0.1); draft email re: same to internal team (0.1); draft email to Committee Co-Chairs re: same (0.2); draft email responses to Committee Co-Chair questions re: ECDG presentation to take place at Committee meeting (0.4) | 1.80 hrs. |
| 06/21/11 | D. E. DEUTSCH | Review materials to prepare for today's Committee professionals meeting (.6); participate in related Committee professional meeting (.6); review and edit draft agenda for Committee meeting (.2). | 1.40 hrs. |
| 06/21/11 | M. ROITMAN | Attend Committee Professionals Conference Call (0.6) | 0.60 hrs. |
| 06/21/11 | T. J. MCCORMACK | Prep for (0.4) and meeting with Committee professionals (0.6). | 1.00 hrs. |
| 06/21/11 | M. D. ASHLEY | Prepared for Committee professionals' telephonic meeting (.7); attended weekly Committee professionals' telephonic meeting (.5); team meeting regarding status of confirmation proceedings (.2). | 1.40 hrs. |
| 06/21/11 | A. ROSENBLATT | Participate on professionals' only call re: confirmation and related issues (.7). | 0.70 hrs. |
| 06/21/11 | D. M. LeMAY | Weekly call of Committee professionals (.6). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     July 26, 2011
435 N. MICHIGAN AVENUE     Page   5
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/22/11 | A. ROSENBLATT | Review memoranda in preparation for Committee meeting (.4). | 0.40 hrs. |
| 06/22/11 | H. LAMB | Prepare materials for 6/23 Committee meeting. | 0.70 hrs. |
| 06/22/11 | D. E. DEUTSCH | Review and edit minutes from June 9, 2011 meeting (1.1); conference call with Jessica Marrero and Marc Roitman to discuss court filings that may arise during tomorrow's Committee call (.4); call (.1) and e-mail Joe Frank re: tomorrow's Committee meeting presentation (.1); e-mail David LeMay re: court matters that may be raised in tomorrow's Committee meeting (.2). | 1.90 hrs. |
| 06/22/11 | J. MARRERO | Revise June 9 Committee meeting minutes | 0.50 hrs. |
| 06/23/11 | M. ROITMAN | Attendance at Committee Meeting (0.9); Confer with C&P team following meeting (0.3) | 1.20 hrs. |
| 06/23/11 | D. M. LeMAY | Prepare for (.5) and participate in (.8) telephone meeting of the Committee. | 1.30 hrs. |
| 06/23/11 | D. E. DEUTSCH | Prepare for presentations at today's Committee meeting (.8); meeting with David LeMay re: today's Committee meeting (.2); exchange e-mails with Marc Roitman and Jess Marrero re: matters related to today's Committee meeting (.3); participate in today's Committee meeting (.8). | 2.10 hrs. |
| 06/23/11 | J. MARRERO | Review materials in preparation for Committee meeting (0.5); attend Committee meeting and take meeting minutes (0.9); revise June 9 meeting minutes (0.9); draft posting to Committee re: same (0.4) | 2.70 hrs. |
| 06/23/11 | A. ROSENBLATT | Participate on Committee call (1.0). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/23/11 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for Committee telephonic meeting (.8); attended Committee telephonic meeting (1.0). | 1.80 hrs. |
| 06/28/11 | D. E. DEUTSCH | Review and edit draft agenda (.2); exchange e-mails with Jessica Marrero re: Thursday Committee meeting matters (.1). | 0.30 hrs. |
| 06/28/11 | J. MARRERO | Review docket/emails re: relevant topics to discuss with the Committee and draft Committee meeting agenda (0.7); revise Committee meeting agenda (0.2); draft email to H.Seife and D.LeMay re: same (0.2); draft email to Committee Co-Chairs re: agenda (0.2) | 1.30 hrs. |
| 06/29/11 | J. MARRERO | Draft email to Debtors' counsel re: presentation to Committee re: Randy Michaels | 0.40 hrs. |
| 06/29/11 | J. MARRERO | Draft June 23, 2011 Committee meeting minutes | 0.80 hrs. |
| 06/29/11 | D. E. DEUTSCH | Exchange e-mails with Helen Lamb re: materials for tomorrow's Committee meeting (.2); e-mail Kevin Lantry re: details related to Debtors' presentation to Committee (.2). | 0.40 hrs. |
| 06/29/11 | H. SEIFE | Preparation for Committee meeting. | 1.40 hrs. |
| 06/29/11 | A. ROSENBLATT | Review agenda in advance of Committee meeting (.2). | 0.20 hrs. |
| 06/30/11 | A. ROSENBLATT | Review materials in preparation for meeting (.4) and participate at Committee meeting (1.2). | 1.60 hrs. |
| 06/30/11 | M. D. ASHLEY | Reviewed materials in preparation for Committee telephonic meeting (.9); attended Committee telephonic meeting (1.2); team meeting regarding status of confirmation proceedings (.2). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                Page    7
CHICAGO, IL 60611


| 06/30/11 | D. M. LeMAY | Prepare for (.8) and participate in (1.1) telephone meeting of the Committee. | 1.90 hrs. |
| 06/30/11 | H. SEIFE | Preparation for Committee meeting (.5); telephonic meeting with Committee (1.3). | 1.80 hrs. |
| 06/30/11 | D. E. DEUTSCH | Review and revise preparation of outline for Committee meeting discussion (1.2); pre-meeting with Howard Seife and David Gallai (.3); participate in Committee meeting (1.2). | 2.70 hrs. |
| 06/30/11 | J. MARRERO | Review materials in preparation for Committee meeting (0.3); attend Committee meeting and take minutes (1.3); draft email to Committee professionals re: July 5 meeting (0.3); revise June 23 meeting minutes (0.5). | 2.40 hrs. |
| 06/30/11 | D. GALLAI | Prepared for Committee call re Michaels matter (0.4); participated in Committee call (1.3); confs. w/ D. Deutsch and Sidley re Michaels matter (0.6). | 2.30 hrs. |
| 06/30/11 | T. J. MCCORMACK | Attend Committee meeting on status, Michael's situation and upcoming schedule on court decision (1.2); follow-up conference w/M. Ashley on Committee decision (0.2). | 1.40 hrs. |

**Total Fees for Professional Services.............. $50,344.00**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 6.30 | 5638.50 |
| H. SEIFE | 985.00 | 6.60 | 6501.00 |
| T. J. MCCORMACK | 855.00 | 4.40 | 3762.00 |
| M. D. ASHLEY | 675.00 | 8.50 | 5737.50 |
| A. ROSENBLATT | 725.00 | 6.50 | 4712.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| D. E. DEUTSCH | 725.00 | 17.30 | 12542.50 |
| D. GALLAI | 685.00 | 2.30 | 1575.50 |
| H. LAMB | 285.00 | .70 | 199.50 |
| J. MARRERO | 375.00 | 20.70 | 7762.50 |
| M. ROITMAN | 425.00 | 4.50 | 1912.50 |
| TOTALS | | 77.80 | 50344.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through June 30, 2011

   Our Matter #19804.004
              CREDITOR COMMUNICATIONS


06/01/11   M. DISTEFANO      Responded to creditor inquiries re    0.20 hrs.
                             state law fraudulent conveyance
                             claim notice.

06/01/11   M. ROITMAN         Call with R. Chencinski re:          0.20 hrs.
                             Resolicitation Elections (0.2)

06/02/11   M. ROITMAN        Correspond with G. Carannante re:     0.20 hrs.
                             state law constructive fraudulent
                             conveyance claims (0.2)

06/03/11   M. ROITMAN        Call with I. Fuks re: constructive    0.50 hrs.
                             fraudulent conveyance lawsuits
                             (0.2); Call with K. Steele re:
                             same (0.2); correspond with M.
                             Dombeck re: potential for employee
                             class action litigation (0.1)

06/03/11   M. DISTEFANO      Responded to creditor inquiries       0.30 hrs.
                             re: state causes of action (.3)

06/06/11   M. DISTEFANO      Responded to creditor inquiries       0.20 hrs.
                             re: state law claims (.2)

06/06/11   D. E. DEUTSCH     Call with Anthony Saccullo            0.30 hrs.
                             (counsel to former officer) re:
                             various case/lawsuit matters (.2);
                             e-mail Andrew Goldfarb re:
                             required next steps related to
                             same (.1).

06/07/11   M. ROITMAN        Call with B. Lawrence re:             0.20 hrs.
                             resolicitation and election forms
                             (0.2)

06/10/11   D. E. DEUTSCH     Review e-mail from Committee          0.30 hrs.
                             member Gabrielle Davis (.1);
                             respond to related request (.1)
                             and e-mail David Bava and Helen
                             Lamb re: same (.1).

06/13/11   M. DISTEFANO      Responded to creditor inquiries       0.20 hrs.
                             re: state law fraudulent
                             conveyance claims notice.

06/15/11   M. ROITMAN        Call with D. Rodin re state law       0.10 hrs.
                             fraudulent conveyance notice.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 26, 2011
435 N. MICHIGAN AVENUE                               Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/15/11 | D. E. DEUTSCH | Two calls with Alex Lipkind (Disney) re: various case matters (.5); follow-up research and analysis related to same (.4). | 0.90 hrs. |
| 06/20/11 | M. ROITMAN | Call with A. Roadman re: resolicitation election forms (0.2); Correspond with D. Lambeck re: resolicitation election forms (0.5); call with D. Matthews re: treatment of general unsecured creditors of subsidiary debtors under competing plans (0.2) | 0.90 hrs. |
| 06/21/11 | M. ROITMAN | Call with M. Norris re: Senior Noteholder election forms (0.2) | 0.20 hrs. |
| 06/21/11 | D. E. DEUTSCH | Telephone conference with Committee member (Jay Teitelbaum) re: various case matters (.2). | 0.20 hrs. |
| 06/22/11 | D. E. DEUTSCH | Review analysis on new lawsuits per creditor (Buena Vista) inquiry (.2); call with Alec Lipkind (Buena Vista) re: same (.2); review e-mail from Committee member (Bill Salganik) re: news reports (.1); review e-mail inquiries from JPMorgan counsel (Damian Schaible) and related response re: Thursday's meeting matters (.2); review e-mail inquiry from case creditor Maureen Dombeck (.1) and exchange e-mails with Marc Roitman re: follow-up on same (.1). | 0.90 hrs. |
| 06/22/11 | M. ROITMAN | Confer/correspond with D. Deutsch re: email from Maureen Dombeck (0.3) | 0.30 hrs. |
| 06/23/11 | M. ROITMAN | Call with Bill Smallberg (PHONES holder) re: releases and election forms (0.8) | 0.80 hrs. |
| 06/24/11 | M. ROITMAN | Call with A. Lipkin re: Other Parent Claim election form (0.2); confer with D. LeMay re: same (0.1) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


06/29/11   D. E. DEUTSCH       Review, research and respond to        0.30 hrs.
                               inquiry from counsel to JPMorgan
                               (Eli Vonnegut) (.3).


         **Total Fees for Professional Services**.............   **$4,012.50**



                         TIMEKEEPER SUMMARY

   Timekeeper's Name              Rate    Hours        Amount

   D. E. DEUTSCH                 725.00    2.90         2102.50
   M. DISTEFANO                  375.00     .90          337.50
   M. ROITMAN                    425.00    3.70         1572.50
                        TOTALS             7.50         4012.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                            For Services Through June 30, 2011

Our Matter #19804.007
           BUSINESS OPERATIONS


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/01/11 | H. SEIFE | Review of Moelis weekly report (.3); review of reports of corporate changes at Tribune (.5). | 0.80 hrs. |
| 06/01/11 | J. A. STENGER | Review revised draft of FCC findings (0.5) and office correspondence with D.Deutsch regarding same (0.2); review correspondence from debtors' counsel regarding FCC application amendment regarding Oaktree media interests (0.5); telephone conference with debtors' counsel regarding same (0.4); correspond with debtors' counsel regarding same (0.4); review further revised draft of FCC findings (0.9) and research regarding same (1.4); review correspondence regarding JPM FCC amendment (0.2) and office correspondence with M.Strand regarding same (0.3); review revised draft of Oaktree letter and prepare revisions regarding same (1.2). | 6.00 hrs. |
| 06/01/11 | D. E. DEUTSCH | Review materials (.3) and exchange e-mails w/James Stenger re: Oaktree's new acquisition of certain radio stations and related FCC issues (.2); exchange e-mails w/James Stenger re: revisions to findings on FCC issues (.3); review JPM filings with FCC re: media ownership (.2). | 1.00 hrs. |
| 06/01/11 | M. STRAND | Review additional draft FCC filings (0.8); and revised findings of fact/conclusions of law (.9); emails w/ J. Stenger RE: same (.4). | 2.10 hrs. |
| 06/02/11 | M. STRAND | Review and comment on updated draft findings of fact (1.6) and research RE: same (1.4); conference w/ J. Stenger RE: research (.4). | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/02/11 | D. E. DEUTSCH | Review additional articles re: Larson promotion (.2); exchange e-mails with Albert Leung re: same (.1); e-mail Marc Roitman re: providing Committee update on same (.1); review updated insert for findings of fact on FCC matters (.3) and related additional blacklines related to same (.2); exchange e-mails with James Stenger on same (.2); e-mail from Brad Hall re: company staffing changes (.1). | 1.20 hrs. |
| 06/02/11 | J. A. STENGER | Research regarding proposed findings on FCC matters (3.2); prepare revisions to draft findings and correspondence to debtors' counsel regarding same (2.3); office conference with M.Strand re same (0.4). | 5.90 hrs. |
| 06/07/11 | H. SEIFE | Review of Moelis weekly report. | 0.30 hrs. |
| 06/07/11 | J. A. STENGER | Review Noteholders proposed findings and conclusions on FCC issues (2.2) and research regarding issues raised in same (2.3). | 4.50 hrs. |
| 06/08/11 | J. A. STENGER | Correspondence with debtor and creditor FCC counsel (1.1) and office conference with D.Deutsch (0.3) regarding Noteholders' proposed findings and conclusions on FCC issues; research issues raised in same (3.5). | 4.90 hrs. |
| 06/08/11 | D. E. DEUTSCH | Review various e-mails from James Stenger re: FCC issues raised by Noteholders Findings of Facts (.4); review underlying Findings (.8); review update from Brad Hall re: details on termination of Broadcasting executive (.2); e-mail Brad Hall re: presentation to Committee on same (.1); call with James Stenger re: FCC matters raised by Findings (.2); discuss proposed next steps on same with David LeMay (.1). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/08/11 | M. STRAND | Review Noteholder plan proponents' findings of fact (2.1); office conference w/ J. Stenger RE: same (.4); research issues raised in same (.6). | 3.10 hrs. |
| 06/08/11 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |
| 06/09/11 | M. STRAND | Review additional emails/comments from J.Stenger RE: Noteholder findings of fact. | 1.20 hrs. |
| 06/09/11 | J. A. STENGER | Review correspondence and memo from FCC counsel to creditors on FCC issues in Noteholder proposed findings (0.9) and research regarding same (2.2); office correspondence with M.Strand regarding same (1.1). | 4.20 hrs. |
| 06/15/11 | D. E. DEUTSCH | Review article on Freedom Communication sale and possible interest of Tribune in related assets (.3); exchange multiple e-mails with Brad Hall and Albert Leung re: follow-up with Debtors on same and related response (.4); e-mail with Marc Roitman re: additional follow-up (.1); draft related posting note for Committee (.2). | 1.00 hrs. |
| 06/15/11 | J. MARRERO | Draft posting to Committee re: Freedom Communicatoins sale. | 0.10 hrs. |
| 06/15/11 | J. A. STENGER | Research regarding issues for oral argument on FCC matters. | 1.00 hrs. |
| 06/15/11 | H. SEIFE | Review of Moelis report (.2); review of AlixPartners weekly report (.3). | 0.50 hrs. |
| 06/16/11 | J. A. STENGER | Research regarding Noteholder findings and issues for oral argument. | 2.80 hrs. |
| 06/17/11 | J. A. STENGER | Research regarding oral argument on FCC issues. | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611


| 06/17/11 | D. E. DEUTSCH | Review updates from Albert Leung re: various Debtor business transactions (.2); review news report on changes in Tribune newspaper (.1); draft e-mail to Brad Hall and Albert Leung re: additional needed follow-up with Debtors team on various business issues (.2). | 0.50 hrs. |
|---|---|---|---|
| 06/19/11 | D. E. DEUTSCH | Review FCC-related argument outlines (.8) and related exhibits (.3); call with James Stenger re: same (.2). | 1.30 hrs. |
| 06/20/11 | J. A. STENGER | Review and revise draft of oral argument (1.2); review and revise demonstratives (0.9); research regarding same (1.0); review correspondence from FCC counsel regarding same oral argument (0.4) and respond to same (0.6). | 4.10 hrs. |
| 06/22/11 | D. E. DEUTSCH | Exchange e-mails with Brad Hall re: potential purchase of business by Tribune and certain related matters (.2). | 0.20 hrs. |
| 06/22/11 | D. E. DEUTSCH | Review weekly AlixPartners business report (.3). | 0.30 hrs. |
| 06/29/11 | H. SEIFE | Review of AlixPartners report (.3); review of Moelis report (.3). | 0.60 hrs. |
| 06/29/11 | D. E. DEUTSCH | Review AlixPartners' weekly business report (.3). | 0.30 hrs. |


          **Total Fees for Professional Services.............   $31,126.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | 2.50 | 2462.50 |
| J. A. STENGER | 495.00 | 36.90 | 18265.50 |
| D. E. DEUTSCH | 725.00 | 7.60 | 5510.00 |
| J. MARRERO | 375.00 | .10 | 37.50 |
| M. STRAND | 495.00 | 9.80 | 4851.00 |
| TOTALS | | 56.90 | 31126.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE              July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                          Page    1


                             For Services Through June 30, 2011
Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


06/01/11   J. MARRERO          Review omnibus objections and        4.30 hrs.
                               draft memo to Committee re: same
                               (2.8); review Jewel motion (0.3);
                               call with Debtors' counsel re:
                               same (0.3); draft summary of Jewel
                               matter (0.9)

06/01/11   M. ROITMAN          Correspond with C&P team re:         0.20 hrs.
                               Warner Bros. Claim Transfer (0.2)

06/02/11   D. E. DEUTSCH       Review analysis on Jewel Foods'      0.40 hrs.
                               claim (.2); exchange e-mails with
                               Jess Marrero re: questions on same
                               (.2).

06/02/11   J. MARRERO          Conference with D. Deutsch re:       0.90 hrs.
                               Jewel Foods motion (0.2); Email
                               correspondence with D. Deutsch and
                               J. Dobstis re: same (0.2);
                               conference with J. Dobstis re:
                               same (0.5)

06/02/11   J. DOBTSIS          Meeting with Jess Marrero re:        3.50 hrs.
                               Jewel Motion (.5); review Motion
                               (1.8) and begin preparation of
                               memo to Committee re same (2.2).

06/03/11   J. DOBTSIS          Review and revise memo to            2.50 hrs.
                               Committee re Jewel Foods motion.

06/03/11   M. ROITMAN          Review Warner Brothers claim         0.50 hrs.
                               transfer and underlying proofs of
                               claim (0.2); confer/correspond
                               with D. LeMay and W. Smith re:
                               same (0.3);

06/06/11   J. DOBTSIS          Discussion with D.Deutsch re Jewel   5.30 hrs.
                               Foods Motion (.2); revised memo to
                               Committee re motion (5.1).

06/06/11   D. E. DEUTSCH       Review draft memorandum to           0.60 hrs.
                               Committee re: Jewel Foods motion
                               next steps (.4); conference with
                               Julia Dobtsis re: same (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/07/11 | D. E. DEUTSCH | Review and edit memorandum re: Johnson tort claim (.7); conference call with Kevin Lantry re: Newman claim (.2); draft memorandum to file on same (.3). | 1.20 hrs. |
| 06/07/11 | J. DOBTSIS | Final review and revisions to memo to Committee re Jewel Foods motion. | 1.00 hrs. |
| 06/07/11 | J. MARRERO | Draft posting to Committee re: Jewel Foods motion (0.4) | 0.40 hrs. |
| 06/08/11 | J. MARRERO | Review omnibus objections. | 0.30 hrs. |
| 06/09/11 | J. MARRERO | Draft joinder to Debtors' objection to Jewel motion (0.9); draft email to local counsel re: same (0.1) | 1.00 hrs. |
| 06/09/11 | D. E. DEUTSCH | Exchange e-mails with Debtors' counsel (Matt Martinez) re: Debtors' objection to Jewel Food Stores' claim (.3); review related objection (.4); discuss next steps on same with Jessica Marrero (.1); review joinder (.1). | 0.90 hrs. |
| 06/10/11 | J. MARRERO | Draft memo to the Committee re: Debtors 43rd, 44th, 45th omnibus objections. | 0.80 hrs. |
| 06/13/11 | J. MARRERO | Draft and revise memo to the Committee re: Debtors' 43rd, 44th, and 45th omnibus objections (0.9); review claims to be amended, expunged, etc. by Debtors' objections (1.2) | 2.10 hrs. |
| 06/14/11 | J. MARRERO | Draft posting to Committee re: memo re: Debtors' omnibus objections. | 0.20 hrs. |
| 06/14/11 | D. E. DEUTSCH | Review and edit memorandum to Committee on three omnibus claim objections (.6); call with Kevin Lantry re: Debtors' inquiry on transfer of certain claims (.2). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page   3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/15/11 | D. E. DEUTSCH | Call with Maile Solis re: request for settlement of additional late filed claim motions (.3); review related case materials (.4); review e-mail from Maile Solis re: affected officers (.3); second call with Maile Solis re: same (.2); meeting with Jessica Marrero to outline possible stipulation and order and related memorandum to Committee (.3); e-mail and call Kevin Lantry re: Debtors' position related to same (.1). | 1.60 hrs. |
| 06/15/11 | J. MARRERO | Conference with D. Deutsch re: stipulation on D&O defendant claims (0.2); review pleadings re: same (0.3) | 0.50 hrs. |
| 06/16/11 | J. MARRERO | Review pleadings re: D&O defendants' late-filed indemnity claims (0.9); draft stipulation re: same (5.9) | 6.80 hrs. |
| 06/17/11 | J. MARRERO | Conference with D. Deutsch re: stipulation re: D&O late-filed claims (0.1); revise stipulation re: same (1.0); conference with Y.Yoo re: D&O motions and insurance claims (0.1); review documents re: same (0.4). | 1.60 hrs. |
| 06/20/11 | J. MARRERO | Draft memorandum to the Committee re: propsed stipulation among Debtors, Committee and D&O claimants re: late-filed claims (4.1); revise related stipulation (0.9). | 5.00 hrs. |
| 06/21/11 | J. MARRERO | Conference with D.Deutsch re: stipulations with D&O claimants and ECDG members (0.2); review proposed ECDG stipulation (0.5); email correspondence with Y.Yoo re: Committee discussion of ECDG (0.3) | 1.00 hrs. |
| 06/21/11 | D. E. DEUTSCH | Review materials on allowing late filed claims (.2) and possible motion re: special director and officer claims (.2); meeting with Jessica Marrero re: next steps on | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | same (.3). |  |
| 06/22/11 | J. MARRERO | Conference with D.Deutsch re: stipulation with D&O Claimants (0.2); conference with D. Deutsch re: motion re: ECDG (0.2); draft motion re: ECDG (1.2) | 1.60 hrs. |
| 06/23/11 | J. MARRERO | Review comments and revise memo to Committee re: stipulation re: D&O late-filed claims (1.8); Revise stipulation re: D&O late-filed claims (1.5); draft motion re: clarification of Bar Date Order (1.2). | 4.50 hrs. |
| 06/23/11 | D. E. DEUTSCH | Review and revise draft stipulation and order clarification on current officer claims (.6); draft related insert for same (.2). | 0.80 hrs. |
| 06/24/11 | D. E. DEUTSCH | Final review and edits to draft motion for clarification re: officer claims (.4); discuss same with Jessica Marrero (.2). | 0.60 hrs. |
| 06/24/11 | J. MARRERO | Revise memorandum to Committee re: stipulation re: late-filed D&O Claims (1.8); Revise stipulation re: late-filed D&O Claims (2.2); draft posting to Committee re: same (0.3); draft motion re: ECDG and motion to clarify Bar Date Order (3.9); draft email to Debtors' counsel re: stipulation (0.2) | 8.40 hrs. |
| 06/24/11 | D. M. LeMAY | Review and revise stipulation regarding late filed claims. | 1.10 hrs. |
| 06/27/11 | J. MARRERO | Conference with D.Deutsch re: stipulation re: D&O late-filed indemnity claims (0.1); Revise stipulation (0.6); draft email to Debtors' counsel re: same (0.2). | 0.90 hrs. |
| 06/27/11 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: late filed claims (.1); hold related call (.3); revise claim allowance stipulation to address Lantry comments (.2); review and | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

|            |               | make preliminary edits to draft motion re: clarification on bar date and related relief (.8). | |
|------------|---------------|------------------------------------------------------------|-----------|
| 06/28/11   | D. E. DEUTSCH | Exchange e-mails with counsel (Mailie Solis) re: status of stipulation on late claims (.2); exchange related e-mails with Jessica Marrero re: required next steps on same (.3). | 0.50 hrs. |
| 06/28/11   | J. MARRERO    | Revise motion to clarify Bar Date Order (1.0); draft email to M. Solis-Szukala re: stipulation re: D&O late-filed indemnification claims (0.2); revisions to motion to clarify the Bar Date Order (0.9); conference with D. Deutsch re: same (0.1); review FitzSimons complaint in re: motion to clarify Bar Date Order (0.2); draft email to D.Deutsch re: proposed changes to motion to clarify Bar Date Order (0.1); draft email to Debtors' counsel re: same (0.2). | 2.70 hrs. |
| 06/29/11   | J. MARRERO    | Draft email to Debtors' counsel re: draft motion to clarify the Bar Date Order | 0.40 hrs. |
| 06/30/11   | J. MARRERO    | Review revised stipulation re: D&O indemnification claims from Grippo & Elden. | 0.50 hrs. |

**Total Fees for Professional Services.............   $28,014.50**


## TIMEKEEPER SUMMARY

| Timekeeper's Name |        | Rate   | Hours | Amount   |
|-------------------|--------|--------|-------|----------|
| D. M. LeMAY       |        | 895.00 | 1.10  | 984.50   |
| D. E. DEUTSCH     |        | 725.00 | 9.50  | 6887.50  |
| J. DOBTSIS        |        | 275.00 | 12.30 | 3382.50  |
| J. MARRERO        |        | 375.00 | 43.90 | 16462.50 |
| M. ROITMAN        |        | 425.00 | .70   | 297.50   |
|                   | TOTALS |        | 67.50 | 28014.50 |