TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                     Page    1

                          For Services Through June 30, 2011
  Our Matter #19804.010
            FEE/RETENTION APPLICATIONS


| Date | Professional | Description | Hours |
|---|---|---|---|
| 06/01/11 | D. E. DEUTSCH | Review last two weekly ordinary course professional reports (.4) | 0.40 hrs. |
| 06/01/11 | J. MARRERO | Revise summary of fee applications by case professionals | 0.50 hrs. |
| 06/02/11 | J. MARRERO | Draft status report re: case professional fee applications | 2.60 hrs. |
| 06/02/11 | H. LAMB | Begin review of billing proformas/daily time detail in preparation of May fee application. | 3.70 hrs. |
| 06/02/11 | A. HANESSIAN | Review and revise Tribune case professionals quarterly fee application summary. | 0.90 hrs. |
| 06/05/11 | H. LAMB | Continue review and analysis of billing proformas/daily time detail in preparation of monthly fee application. | 4.40 hrs. |
| 06/06/11 | J. MARRERO | Draft weekly ordinary course professionals Report | 2.50 hrs. |
| 06/07/11 | J. MARRERO | Email correspondence with D. Deutsch re: E&Y retention application (0.2); Review E&Y application (0.4); conference with D. Sanders re: same (0.3); email correspondence with D. Sanders re: preparation of memo to Committee on same (0.2). | 1.10 hrs. |
| 06/07/11 | H. LAMB | Continue review of billing proformas/daily time detail in preparation of monthly fee application. | 3.80 hrs. |
| 06/07/11 | D. SANDERS | Review Debtors' application to retain E&Y as mediators. | 2.00 hrs. |
| 06/08/11 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee application. | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 26, 2011
435 N. MICHIGAN AVENUE                               Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/08/11 | D. SANDERS | Further review of E&Y retention application, affidavit and accompanying documents (2.2); draft memo to Committee summarizing same (2.8). | 5.00 hrs. |
| 06/08/11 | J. MARRERO | Review and revise memo re: E&Y application (1.0) | 1.00 hrs. |
| 06/09/11 | J. MARRERO | Draft case professionals fee application report (2.8); conference with D. Deutsch re: E&Y application (0.1); conference with D.Sanders re: same (0.1) | 3.00 hrs. |
| 06/10/11 | D. SANDERS | Revise memo on Debtor's Application to retain Ernst & Young for mediation services | 3.40 hrs. |
| 06/10/11 | H. LAMB | Begin preparation of May fee application, including drafting of work summary descriptions. | 2.60 hrs. |
| 06/12/11 | D. E. DEUTSCH | Review weekly ordinary course professional report (.3). | 0.30 hrs. |
| 06/13/11 | J. MARRERO | Review and revise draft memo to Committee re: E&Y retention as arbitrators in re: Cubs transaction | 0.50 hrs. |
| 06/13/11 | H. LAMB | Continue preparation of work description summaries in monthly fee application. | 2.20 hrs. |
| 06/14/11 | D. SANDERS | Meeting with Jess Marrero re: memo to Committee re: E&Y retention (.5); final review and revision of memo (2.1). | 2.60 hrs. |
| 06/14/11 | J. MARRERO | Conference with D. Sanders re: Debtors' application to retain E&Y as arbitrators re: Cubs transaction (0.6); review E&Y application, formation agreement and related documents (0.4); review and revise memo re: same (0.2); draft posting to Committee re: same (0.3). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                Page    3
CHICAGO, IL 60611

| 06/14/11 | D. E. DEUTSCH | Review and mark-up memorandum to Committee on Debtors' motion to retain mediator (.6); research and review of related docket materials related to same (.4). | 1.00 hrs. |
| 06/15/11 | J. MARRERO | Prepare ordinary course professionals report. | 0.30 hrs. |
| 06/15/11 | H. LAMB | Further research and preparation of work description summaries for monthly fee application. | 2.60 hrs. |
| 06/17/11 | H. LAMB | Review of expenses incurred during May fee period (.9); follow up research for further clarification on certain expenses (1.3). | 2.20 hrs. |
| 06/17/11 | J. MARRERO | Draft weekly ordinary course professionals report. | 0.80 hrs. |
| 06/20/11 | H. LAMB | Continue research and preparation of plan/litigation work summary descriptions for monthly fee application. | 3.20 hrs. |
| 06/20/11 | D. BAVA | Review fee materials in preparation of summary of fees for for Committee on 9th interim fee period (1.10). | 1.10 hrs. |
| 06/21/11 | J. MARRERO | Review Debtors' monthly ordinary course professionals report (0.3); draft email re: same to A.Hanessian (0.1) | 0.40 hrs. |
| 06/21/11 | J. MARRERO | Draft ordinary course professionals report (0.3); draft email to D.Deutsch re: same (0.1) | 0.40 hrs. |
| 06/22/11 | D. E. DEUTSCH | Review and edit draft fee application details (3.8); review weekly ordinary course report (.2); e-mail Jessica Marrero re: question on same (.1). | 4.10 hrs. |
| 06/22/11 | A. K. NELLOS | Review and revise litigation work summary for fee application | 0.20 hrs. |
| 06/22/11 | A. HANESSIAN | Review and revise ordinary course professionals summary chart. | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 06/22/11 | H. LAMB | Review Committee member expense reports/receipts (.8); prepare Committee member expense reimbursement request for May period (.9). | 1.70 hrs. |
| 06/24/11 | H. LAMB | Finalize May fee application in accordance with attorney comments. | 1.30 hrs. |
| 06/27/11 | D. E. DEUTSCH | Review and edit draft May fee application (1.3). | 1.30 hrs. |
| 06/27/11 | J. MARRERO | Draft ordinary course professionals report. | 1.00 hrs. |
| 06/28/11 | H. LAMB | Finalize May fee application for filing. | 1.00 hrs. |
| 06/30/11 | J. MARRERO | Review recently filed case professional fee applications and fee examiner reports (0.6); revise report re: same (1.2) | 1.80 hrs. |


          **Total Fees for Professional Services.............  $24,956.00**


                    TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 725.00 | 7.10 | 5147.50 |
| A. HANESSIAN | 195.00 | 1.80 | 351.00 |
| D. BAVA | 280.00 | 1.10 | 308.00 |
| A. K. NELLOS | 645.00 | .20 | 129.00 |
| D. SANDERS | 275.00 | 13.00 | 3575.00 |
| H. LAMB | 285.00 | 31.30 | 8920.50 |
| J. MARRERO | 375.00 | 17.40 | 6525.00 |
| TOTALS | | 71.90 | 24956.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through June 30, 2011

Our Matter #19804.012
             EXECUTORY CONTRACTS


| | | | |
|---|---|---|---|
| 06/03/11 | Y. YOO | Corresponded by email with AlixPartners, Albert Leung, re: Global Contract Responses update (.1). | 0.10 hrs. |
| 06/27/11 | Y. YOO | Corresponded by email with AlixPartners, Albert Leung, re: update on responses to Global Contract Order (.2). | 0.20 hrs. |


          **Total Fees for Professional Services..............**     **$148.50**



                    TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| Y. YOO | 495.00 | .30 | 148.50 |
| TOTALS | | .30 | 148.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                              For Services Through June 30, 2011

Our Matter #19804.013
          AVOIDANCE ISSUES


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/01/11 | D. E. DEUTSCH | Review e-mails from Young Yoo re: tolling agreement extension expiration (.3). | 0.30 hrs. |
| 06/01/11 | Y. YOO | Corresponded by email with Douglas Deutsch re: preference actions against Debtors' professionals (.2); corresponded by email with local counsel, Rick Cobb and Landon Ellis, re: expiration of tolling agreements (.2); corresponded by email with special counsel, James Sottile and Andrew Goldfarb, re: same (.2). | 0.60 hrs. |
| 06/02/11 | H. SEIFE | Review email from Joe Frank regarding employees (.3); conference with D.Deutsch regarding same (.4). | 0.70 hrs. |
| 06/02/11 | D. E. DEUTSCH | Review inquiry (.1) and hold call with Joe Frank re: request from current officers to present to Committee on avoidance actions (.3); review materials on prior requests to Committee (.4) and draft e-mail to Howard Seife re: request and proposed response (.2). | 1.00 hrs. |
| 06/06/11 | Y. YOO | Corresponded by email with Andrew Goldfarb re: tolling agreements with Debtors' professionals (.3). | 0.30 hrs. |
| 06/08/11 | Y. YOO | Corresponded by email with AlixPartners, Albert Leung, re: avoidance actions against Debtors' professionals (.2). | 0.20 hrs. |
| 06/08/11 | H. SEIFE | Review of letter from attorney J.Frank regarding Committee meeting with employees (.4); conference with D.Detusch regarding same (.3). | 0.70 hrs. |
| 06/09/11 | D. E. DEUTSCH | Review letter from counsel to employees re: meeting with Committee (.2); call to counsel to employees re: same (.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page   2
CHICAGO, IL 60611

| 06/09/11 | Y. YOO | Corresponded by email with AlixPartners, Albert Leung, re: avoidance actions against Debtors' professionals (.3); corresponded by phone with Douglas Deutsch re: avoidance actions against insiders (.1); corresponded by email with Douglas Deutsch and Marc Roitman re: same (.3). | 0.70 hrs. |
|---|---|---|---|
| 06/10/11 | D. E. DEUTSCH | Call with Joe Frank re: meeting between Committee and certain officers who are subject to preference actions (.3); e-mail Chadbourne and AlixPartners team re: related required preparation issues (.1). | 0.40 hrs. |
| 06/15/11 | Y. YOO | Corresponded by email with local counsel, Rick Cobb re: amended tolling agreements with Sidley (.2); revised and updated Debtors' Professionals Tolling Agreements Chart (.2); corresponded with special counsel, James Sottile and Andrew Goldfarb, re: same (.1); corresponded by email with Rick Cobb and Landon Ellis re: same (.1); corresponded by phone with Marc Roitman re: complaints filed against insiders (.1); corresponded by email with Marc Roitman re: confirmation of insider suit against David. D. Williams (.1). | 0.80 hrs. |
| 06/16/11 | Y. YOO | Discussed overview of insider avoidance actions with Douglas Deutsch (.3); reviewed list of filed insider avoidance actions (.6); corresponded by email with AlixPartners, Albert Leung, re: overview (.2); reviewed and analyzed background and updates to avoidance actions against insiders since filing (4.0). | 5.10 hrs. |
| 06/16/11 | D. BAVA | Review and analysis of Intralinks re: materials related to possible actions against "insiders" of the Debtors (.80). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/16/11 | D. E. DEUTSCH | Review lawsuit and other case materials (.3) and hold meeting with Young Yoo re: preference lawsuit prep for Committee (.3). | 0.60 hrs. |
| 06/17/11 | Y. YOO | Continued reviewing and analyzing background and updates to avoidance actions against insiders since filing (1.6); corresponded by email with AlixPartners, Albert Leung, re: same (.2); corresponded by phone with Albert Leung re: same (.3); drafted email summary of same to Douglas Deutsch (.9). | 3.00 hrs. |
| 06/20/11 | Y. YOO | Drafted and revised Committee memorandum re: background and updates to avoidance actions against insiders since filing (4.2). | 4.20 hrs. |
| 06/21/11 | Y. YOO | Continued drafting and revising Committee memorandum re: background and updates to avoidance actions against insiders since filing (3.7); discussed same with Douglas Deutsch (.2); corresponded by phone with Albert Leung, re: same (.2); corresponded by email with Douglas Deutsch re: same (.2). | 4.30 hrs. |
| 06/21/11 | J. MARRERO | Review and summarize responses filed re: motion to clarify SLCFC Order (1.1); draft email to Y.Yoo re: termination event orders (0.2) | 1.30 hrs. |
| 06/21/11 | D. E. DEUTSCH | Review and provide preliminary comments on draft memorandum to Committee re: preference actions against Debtors directors and officers (.6); call with Joe Frank (counsel to certain officers) re: presentation to Committee on same (.2). | 0.80 hrs. |
| 06/22/11 | D. E. DEUTSCH | Review and edit draft memorandum to Committee on background re: preference lawsuits against officers (.5); research and draft two lengthy inserts for same (.9); exchange e-mails with Jessica | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|          |              | Marrero re: required additional research on same (.2); discuss edits to memo with Young Yoo (.1); draft posting note for Committee (.2). | |
|----------|--------------|----------------|---------|
| 06/22/11 | Y. YOO       | Continued drafting and revising Committee memorandum re: background and updates to avoidance actions against insiders since filing (1.8); corresponded by email with Douglas Deutsch re: same (.4); discussed same with Douglas Deutsch (.3). | 2.50 hrs. |
| 06/23/11 | Y. YOO       | Corresponded by email with special counsel, Andrew Caridas, and Douglas Deutsch re: tolling agreements with Debtors' professionals (.2); discussed same with Douglas Deutsch (.1); discussed range of insider suit amounts with Douglas Deutsch (.4). | 0.70 hrs. |
| 06/23/11 | D. E. DEUTSCH | Call with Joe Franks re: lawsuits against employees and next steps related to same (.4); related call with counsel to Wilmington Trust (Gordon Novod) (.4). | 0.80 hrs. |
| 06/23/11 | J. MARRERO   | Review materials re: Motion to Clarify SLCFC Order (0.2); discuss same with D. LeMay (0.2) | 0.40 hrs. |
| 06/27/11 | Y. YOO       | Corresponded by email with special counsel, Andrew Goldfarb and Andrew Caridas, re: amended tolling agreements with Debtors' professionals (.2); corresponded by email with AlixPartners, Albert Leung, re: update on same (.2); updated revised Debtors' Professionals Tolling Agreements Chart with executed tolling agreements with McDermott, Sidley and PwC (.2); corresponded by email with local counsel, Rick Cobb and Landon Ellis, re: same (.1); corresponded by email with special counsel, James Sottile, Andrew Caridas and Andrew Goldfarb, re: same (.1). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 06/28/11 | Y. YOO | Corresponded by email with Douglas Deutsch re: status update on Debtors' expiring tolling agreements with professionals (.1). | 0.10 hrs. |
| 06/28/11 | D. E. DEUTSCH | Call with Kevin Lantry re: possible presentation at Thursday's Committee meeting on senior employee issue (.2); hold meeting with Howard Seife to discuss same (.2); draft e-mail to James Bendernagle and Kevin Lantry re: presentation issues/outline for Committee meeting (.3). | 0.70 hrs. |

**Total Fees for Professional Services.............. $18,704.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | 1.40 | 1379.00 |
| D. E. DEUTSCH | 725.00 | 6.80 | 4930.00 |
| D. BAVA | 280.00 | .80 | 224.00 |
| J. MARRERO | 375.00 | 1.70 | 637.50 |
| Y. YOO | 495.00 | 23.30 | 11533.50 |
| TOTALS | | 34.00 | 18704.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through June 30, 2011

Our Matter #19804.014
          EMPLOYEE ISSUES


| | | | |
|---|---|---|---|
| 06/02/11 | M. ROITMAN | Correspond with D. Deutsch re: Nils Larsen's promotion to CEO of Tribune Broadcasting (0.2); Draft email to Committee re: same (0.2) | 0.40 hrs. |
| 06/07/11 | D. E. DEUTSCH | Telephone conference w/Kevin Lantry re: updates on Michaels matter (.2). | 0.20 hrs. |
| 06/10/11 | D. E. DEUTSCH | Review inquiry from employee lawyer Jeff Wisler (.1) and research same (.6); hold related conversation with David LeMay (.3); draft related response to Wisler (.4); exchange related e-mails with employee lawyer Maille Solis (.1). | 1.50 hrs. |
| 06/14/11 | M. ROITMAN | Draft memorandum re: executive's departure (2.0); Confer with D. Deutsch and D. Gallai re: same (0.3); Call with A. Leung re: same (0.2); | 2.50 hrs. |
| 06/14/11 | D. GALLAI | Conf. w/ D. Deutsch re separation agreement (0.2). Reviewed agreement (0.9). | 1.10 hrs. |
| 06/14/11 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: employee matter (.1); call with Jonathan Lotsoff and Kevin Lantry re: departure of Tribune executive and related next steps (.4); initial review of departure agreement (.3); call with Jonathan Lotsoff re: Committee review of same (.1); telephonic meeting with David Gallai and Marc Roitman re: required analysis for Committee related to departure of senior Tribune executive (.3); review notice of severance regarding (a different) Tribune executive (.2). | 1.40 hrs. |
| 06/15/11 | D. E. DEUTSCH | Review departure agreement with senior Tribune executive (.3); review and revise related memorandum to Committee (.5); call with David Gallai and Marc Roitman | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                               |            |
|------------|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | re: analysis of same (.4); review mark-up from Andrew Goldfarb of release analysis in memorandum re: departure of executive (.3); discuss same with Marc Roitman (.1).                                                                                                                                          |            |
| 06/15/11   | M. ROITMAN      | Revise memorandum re: executive's departure (1.1); Confer/correspond with D. Deutsch and A. Goldfarb re: same (0.2); Draft email to Committee re: same (0.3); conference call with D. Deutsch and D. Gallai re: terms of departure agreement (0.3).                                                              | 1.90 hrs.  |
| 06/15/11   | D. GALLAI       | Conf. w/ D. Deutsch and M. Roitman re separation agreement.                                                                                                                                                                                                                                                    | 0.40 hrs.  |
| 06/16/11   | D. E. DEUTSCH   | Call w/ Kevin Lantry re: various employee/officer matters (.4).                                                                                                                                                                                                                                                | 0.40 hrs.  |
| 06/17/11   | D. E. DEUTSCH   | Review and provide preliminary mark-up of stipulation and order on clarification of order re: employee bar date for certain claims (.6); research prior order re: same (.2); e-mail Kevin Lantry re: possible alternative approach to deal with employee bar date issue (.3); hold related call with Kevin Lantry (.2). | 1.30 hrs.  |
| 06/21/11   | M. ROITMAN      | Correspond with M. Ashley re: Michaels settlement (0.1)                                                                                                                                                                                                                                                        | 0.10 hrs.  |
| 06/21/11   | D. GALLAI       | Reviewed memo re senior executive's termination settlement proposal (0.3). Conf. w/ Sidley, D. Deutsch, and M. Ashley re same (.8). Follow up meeting with D.Deutsch, M.Ashley and Sidley (.3).                                                                                                                 | 1.40 hrs.  |
| 06/21/11   | D. E. DEUTSCH   | Exchange e-mails with Kevin Lantry re: preparation for call with team today on possible settlement with former senior executive (.3); review materials to prepare for call (.4); participate in related call (.7) and follow-up meeting with David Gallai, Marc Ashley                                          | 1.70 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 26, 2011
435 N. MICHIGAN AVENUE                               Page    3
CHICAGO, IL 60611

|            |                 | and, in part, Sidley team (Lantry, Bendernagel and Lotsoff) (.3). | |
|------------|-----------------|------|------------|
| 06/21/11 | M. D. ASHLEY | Reviewed Committee memorandum and related materials regarding senior executive proposed settlement (.6); attended conference call with D. Deutsch, D. Gallai, Sidley Austin regarding litigation issue related to Debtors' factual investigation on former executive (.8); meeting with D. Deutsch, D. Gallai regarding same (.2). | 1.60 hrs. |
| 06/22/11 | D. E. DEUTSCH | Review report on senior executive's departure investigation (.2); e-mail Jessica Marrero re: posting materials to Committee on same (.1); review additional news reports re: same (.2); conference with Jessica Marrero to discuss issue to address in motion on employee indemnity claim process (.3); review e-mails re: notice to Tribune employees re: state constructive law claims (.1); call with Kevin Lantry re: same (.1); review and edit lengthy analysis to Committee on proposed stipulation to allow certain late filed D&O claims as timely (1.2). | 2.20 hrs. |
| 06/22/11 | J. MARRERO | Review published articles re: former senior executive (0.4); draft posting to the Committee re: same (0.3) | 0.70 hrs. |
| 06/27/11 | D. E. DEUTSCH | Review e-mail from Kevin Lantry re: employee severance notice (.2). | 0.20 hrs. |
| 06/28/11 | D. GALLAI | Confs. w/ D. Deutsch re former senior executive departure issues (0.2).  Reviewed related documents (0.2). | 0.40 hrs. |
| 06/29/11 | D. GALLAI | Drafted and reviewed talking points re former senior executive's departure isseus (1.6); conf. D. Deutsch re same (0.3); researched Illinois wage payment law (1.3). | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/29/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: next steps on motion to clarify bar date order for certain employee claims (.2); review and comment on revised language for part of same (.2); review Committee memoranda and other materials related to departure of senior Tribune executive (1.9); review and draft preliminary comments to David Gallai outline of Committee talking points related to same (1.2); conference call with David Gallai to discuss presentation for Committee and options for resolving issues (.4); conference with H.Seife regarding possible settlement with former executive (.3). | 4.20 hrs. |
| 06/29/11 | H. SEIFE | Conference with D.Deutsch regarding settlement with former senior executive. | 0.40 hrs. |
| 06/30/11 | H. SEIFE | Conference with D.Deutsch regarding former executive departure issues (.3); review of related deposition transcript (.7). | 1.00 hrs. |
| 06/30/11 | D. E. DEUTSCH | Call with David Gallai and Kevin Lantry re: possible settlement of former executive claims (.4); draft related notes to file on same (.2). | 0.60 hrs. |
| 06/30/11 | J. MARRERO | Conference with D.Deutsch re: certain Tribune Board meeting minutes re: employee issue (0.2); review Tribune Board meeting minutes re: same (0.2); draft posting to the Committee re: same (0.4). | 0.80 hrs. |

**Total Fees for Professional Services..............  $20,649.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 26, 2011
Page    5

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | 1.40 | 1379.00 |
| M. D. ASHLEY | 675.00 | 1.60 | 1080.00 |
| D. E. DEUTSCH | 725.00 | 15.30 | 11092.50 |
| D. GALLAI | 685.00 | 6.50 | 4452.50 |
| J. MARRERO | 375.00 | 1.50 | 562.50 |
| M. ROITMAN | 425.00 | 4.90 | 2082.50 |
| TOTALS | | 31.20 | 20649.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through June 30, 2011

    Our Matter #19804.017
               GENERAL LITIGATION


| | | | |
|---|---|---|---|
| 06/01/11 | D. E. DEUTSCH | Review last two adversary pleading reports (0.2). | 0.20 hrs. |
| 06/08/11 | H. SEIFE | Review of email on update regarding Neil litigation settlement (.3); conference with D.Deutsch regarding settlement (.4). | 0.70 hrs. |
| 06/08/11 | D. E. DEUTSCH | Review e-mails re: settlement with Neil plaintiffs (.3); prepare for related call with Bryan Krakauer and others (.3); participate in related call (.5). | 1.10 hrs. |
| 06/09/11 | D. E. DEUTSCH | Review e-mails re proposed Neil/DOL/etc. settlement (.2); calls with Bryan Krakauer re: same (.2). | 0.40 hrs. |
| 06/09/11 | H. SEIFE | Conference with D.Deutsch regarding Neil settlement. | 0.40 hrs. |
| 06/10/11 | M. ROITMAN | Review docket in Neil adversary proceeding and update summary (0.3) | 0.30 hrs. |
| 06/12/11 | D. E. DEUTSCH | Review adversary case reports (.3). | 0.30 hrs. |
| 06/15/11 | D. E. DEUTSCH | Review materials on status of Neil litigation/settlement (.5); hold call with Bryan Krakauer re: next steps with litigation parties (.3) and draft related memorandum to file on same (.2); review analysis by David Bava re: request for information on certain constructive fraud lawsuit defendants (.4); draft memorandum re: required additional research (.2). | 1.60 hrs. |
| 06/17/11 | D. E. DEUTSCH | Review and analysis of proposed Neil litigation letter agreement (.9); e-mail and call Marc Ashley on same (.1); e-mail James Sottile on same (.1); exchange additional e-mails with litigation team re: Neil litigation letter and next steps (.3). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      July 26, 2011
435 N. MICHIGAN AVENUE                             Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/20/11 | M. ROITMAN | Review dockets in Neil and Beatty adversary proceedings (0.1) | 0.10 hrs. |
| 06/22/11 | D. E. DEUTSCH | Review of revised Neil/DOL settlement memorandum of understanding and related analyses (.5); e-mail James Sottile re: review of releases (.2); review Roitman weekly update on adversary cases (.2). | 0.90 hrs. |
| 06/23/11 | D. E. DEUTSCH | Review revised memorandum of understanding re: settlement of Neil, etc. mediation (.4); review and revise related memorandum to Committee (.9); draft detailed memorandum to Bryan Krakauer on same (.5). | 1.80 hrs. |
| 06/24/11 | M. ROITMAN | Review docket in Neil adversary proceeding (0.1) | 0.10 hrs. |
| 06/30/11 | D. E. DEUTSCH | Review weekly adversary case report (.1). | 0.10 hrs. |

**Total Fees for Professional Services.............. $6,951.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | 1.10 | 1083.50 |
| D. E. DEUTSCH | 725.00 | 7.80 | 5655.00 |
| M. ROITMAN | 425.00 | .50 | 212.50 |
| TOTALS | | 9.40 | 6951.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through June 30, 2011

    Our Matter #19804.018
            TRAVEL


06/13/11    T. J. MCCORMACK    Non-working return trip to NYC        2.50 hrs.
                               from DE.

06/13/11    D. M. LeMAY        Non-working return travel to NYC      2.50 hrs.
                               from Wilmington.

06/26/11    M. ROITMAN         Non-working travel from NY to         2.00 hrs.
                               Wilmington for closing arguments.

06/26/11    M. D. ASHLEY       Non-working travel to Wilmington      1.80 hrs.
                               for closing argument hearing.

06/26/11    T. J. MCCORMACK    Non-working travel to DE for 6/27     2.50 hrs.
                               court hearing.

06/27/11    T. J. MCCORMACK    Non-working return trip to NY from    2.50 hrs.
                               DE.

06/27/11    H. SEIFE           Non-working travel to and from        2.00 hrs.
                               Wilmington for hearing.

06/27/11    A. ROSENBLATT      Non-working travel to/ from           3.00 hrs.
                               confirmation hearing closing
                               arguments.

06/27/11    M. D. ASHLEY       Non-working return travel to New      1.70 hrs.
                               York from confirmation hearing
                               closing arguments (1.7).

06/28/11    M. ROITMAN         Non-working return travel from        2.20 hrs.
                               Wilmington to New York.



          **Total Fees for Professional Services.............   $16,942.50**



                        TIMEKEEPER SUMMARY

      Timekeeper's Name              Rate    Hours         Amount

      D. M. LeMAY                  895.00     2.50         2237.50
      H. SEIFE                     985.00     2.00         1970.00
      T. J. MCCORMACK              855.00     7.50         6412.50
      M. D. ASHLEY                 675.00     3.50         2362.50
      A. ROSENBLATT                725.00     3.00         2175.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611


M. ROITMAN                        425.00     4.20          1785.00
                    TOTALS                   22.70        16942.50

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1
```

For Services Through June 30, 2011

Our Matter #19804.020
            SHAREHOLDER CLAIMS


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/02/11 | M. ROITMAN | Review constructive fraudulent conveyance complaints filed by Retiree Claimants and Deutsche Bank (0.7); Confer with D. Deutsch re: same (0.3); Draft email to Committee re: same (0.3) | 1.30 hrs. |
| 06/02/11 | H. SEIFE | Review of retiree complaint against shareholders. | 1.10 hrs. |
| 06/02/11 | D. E. DEUTSCH | Review Niese New York state lawsuit against shareholders (1.1); exchange e-mails with Marc Roitman re: posting to Committee re: same and additional lawsuits (.2). | 1.30 hrs. |
| 06/02/11 | T. J. MCCORMACK | Review retiree lawsuit on state fraudulent transfer claims (0.3); review issues on scope (0.2). | 0.50 hrs. |
| 06/02/11 | M. D. ASHLEY | Reviewed state law constructive fraudulent transfer complaint (.4); reviewed emails relating to filing of complaints (.2). | 0.60 hrs. |
| 06/03/11 | M. D. ASHLEY | Reviewed state law constructive fraudulent transfer complaints (.3). | 0.30 hrs. |
| 06/03/11 | T. J. MCCORMACK | Review materials re: status of state law constructive transfer claims (0.2); review issues arising from suit against VRC (0.4); review filed complaints (0.7). | 1.30 hrs. |
| 06/03/11 | H. SEIFE | Review of lift stay issues (.8); review of filed complaints (2.7). | 3.50 hrs. |
| 06/03/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40); Bloomberg research re: complaint regarding constructive fraudulent conveyance action filed by W. Niese (.40); Bloomberg and PACER research re: all complaints filed by Deutsche | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|            |               | Bank (1.60).                                  |            |
|------------|---------------|-----------------------------------------------|------------|
| 06/03/11   | M. ROITMAN    | Revise email to Committee re: constructive fraudulent conveyance actions (0.1); Correspond with D. Deutsch re: same (0.1); Review constructive fraudulent conveyance complaints (2.1); Confer/correspond with D. Deutsch and J. Sottile re: same (0.6); Draft memorandum to Committee re: same (1.9); Confer/correspond with D. Deutsch re: same (0.4); Meet with D. Deutsch and H. Seife re: same (0.2); Call with J. Teitelbaum and D. Deutsch re: automatic stay implications of state court action (0.3);Confer with M. Distefano and D. Bava re: drafting chart of state and federal court actions (0.4); Draft email to Committee re: additional constructive fraudulent conveyance complaints (0.6); | 6.70 hrs. |
| 06/03/11   | M. DISTEFANO  | Created chart summarizing state law fraudulent conveyance complaints (5.1). | 5.10 hrs. |
| 06/03/11   | D. E. DEUTSCH | Preliminary review of additional lawsuits filed against shareholders  (2.1); exchange e-mails with Marc Roitman re: posting note to Committee on same (.3); meeting with Marc Roitman and, in part, Jim Sottile re: next steps related to same (.4); conference with Howard Seife to discuss lawsuits (.2); exchange e-mails with Marc Roitman re: filing of additional lawsuits (.2); prepare for call with Jay Teitelbaum re: questions on NY State Niese lawsuit (.5); hold related call (.2). | 3.90 hrs. |
| 06/03/11   | C. L. RIVERA  | Review pleadings in related LBO/fraudulent conveyance lawsuit. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


| 06/05/11 | M. D. ASHLEY | Reviewed state law constructive fraudulent transfer complaints (.9). | 0.90 hrs. |
|---|---|---|---|
| 06/06/11 | M. D. ASHLEY | Emails with R. Kirby regarding state law constructive fraudulent transfer complaints (.1); reviewed related complaints (.4). | 0.50 hrs. |
| 06/06/11 | T. J. MCCORMACK | Review draft memo on state fraudulent transfer claims (0.2). | 0.20 hrs. |
| 06/06/11 | D. E. DEUTSCH | Review and preliminary analysis of certain complaints against shareholders (2.8); conference call with Gordon Novod to discuss same (.4); conference with Marc Roitman to discuss revisions to summary chart (.2); tc with Jay Teitelbaum re: amended Niese lawsuit and various related matters (.2); review and edit memorandum to Committee and related chart re: shareholder lawsuits (1.6); discuss various changes to same with Marc Roitman (.3). | 5.50 hrs. |
| 06/06/11 | R. M. KIRBY | Review and analysis of certain state law constructive fraudulent conveyance complaints, as per M. Ashley. | 6.40 hrs. |
| 06/06/11 | M. DISTEFANO | Revised summary chart of state law complaints (2.6). | 2.60 hrs. |
| 06/06/11 | M. ROITMAN | Draft memorandum to Committee re: state law constructive fraudulent conveyance actions (6.2); Meet with D. Deutsch re: same (0.6); Confer/correspond with M. Distefano re: same (0.7); Correspond with C&P team re: automatic stay implications of state court actions (0.4); | 7.90 hrs. |
| 06/06/11 | D. BAVA | Further Bloomberg research re: complaints regarding constructive fraudulent conveyance action filed by Deutsche Bank (.50). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/07/11 | M. D. ASHLEY | Reviewed draft memorandum to Committee regarding state law constructive fraudulent transfer complaints (.5) and reviewed related pleadings (.6); meeting with R. Kirby regarding same (.2); emails with M. Roitman regarding same (.2). | 1.50 hrs. |
| 06/07/11 | M. ROITMAN | Revise memorandum to Committee re: state law constructive fraudulent conveyance actions (0.7); Meet with D. Deutsch re: same (0.2); Draft email to Committee re: same (0.3) | 1.20 hrs. |
| 06/07/11 | M. DISTEFANO | Review and revise State law complaint summary chart (1.5); reviewed dockets for status stay in state law actions (1.4); | 2.90 hrs. |
| 06/07/11 | H. SEIFE | Review and revise memo for Committee on shareholder suits (.8); review of comments to memo (.5). | 1.30 hrs. |
| 06/07/11 | D. E. DEUTSCH | Review (.1) and respond to inquiry from counsel to VRC (David Neier) re: shareholder lawsuit issue (.1); review comments from various professionals re: memo to Committee on shareholder lawsuits (.5); draft final edits to memorandum to Committee on shareholder lawsuits (.4) and related exhibit (.3). | 1.40 hrs. |
| 06/07/11 | T. J. MCCORMACK | Review comments on state fraudulent transfer claims to be provided to Committee (0.2). | 0.20 hrs. |
| 06/08/11 | J. MARRERO | Review letter from ECDG representatives | 0.10 hrs. |
| 06/08/11 | H. SEIFE | Review revised memo and chart on shareholder suits (.7); conference with D.Deutsch regarding same (.3). | 1.00 hrs. |
| 06/09/11 | M. ROITMAN | Conference with D. Deutsch re: state law constructive fraudulent conveyance actions (0.3) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| 06/10/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.30). | 0.30 hrs. |
| 06/10/11 | C. L. RIVERA | Review pleadings in related LBO/fraudulent conveyance lawsuit. | 0.10 hrs. |
| 06/15/11 | M. ROITMAN | Correspond with A. Goldfarb and D. Bava re: state law constructive fraudulent conveyance lawsuits (0.3); Correspond with A. Lipkind re: same (0.1). | 0.40 hrs. |
| 06/15/11 | D. BAVA | Bloomberg research re: potential complaint regarding constructive fraudulent conveyance actions filed against certain specific entities (.80). | 0.80 hrs. |
| 06/16/11 | D. BAVA | Review and analysis of previously filed state law fraudulent conveyance claim lawsuits re: specific potential defendants (.80); Bloomberg research re: defendant search (.40). | 1.20 hrs. |
| 06/16/11 | J. MARRERO | Review Deutsche Bank/Law Debenture/Wilmington Trust motion re: SLCFC claims (0.4); draft email summary re: same (0.2); draft posting to the Committee re: same (0.3) | 0.90 hrs. |
| 06/17/11 | T. J. MCCORMACK | Review materials on potential resolution of Neil litigation (0.3); confer M. Ashley re: same and review his summary of MOU re: same (0.2). | 0.50 hrs. |
| 06/20/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
| 06/22/11 | M. ROITMAN | Review indenture trustees' motion for clarification re: state law constructive fraudulent conveyance claims (0.2); confer with J. Marrero and D. Deutsch re: same (0.2) | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/22/11 | D. E. DEUTSCH | Exchange e-mails with David Bava re: monitoring of new state/federal lawsuits brought by Noteholders and Niese et al. (.2). | 0.20 hrs. |
| 06/24/11 | D. BAVA | Review and analysis of docket sheets in state law fraudulent conveyance actions re: case activity (.80); review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.30). | 1.10 hrs. |
| 06/24/11 | M. ROITMAN | Draft email to Committee re: Responses to Clarification Motion re: State Law Avoidance Claims (0.6); Confer/correspond with D. Deutsch and D. Bava re: same (0.2) | 0.80 hrs. |
| 06/28/11 | D. BAVA | Review and analysis of docket sheets in state law fraudulent conveyance actions re: case activity (1.80). | 1.80 hrs. |

**Total Fees for Professional Services.............    $39,074.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | 6.90 | 6796.50 |
| T. J. MCCORMACK | 855.00 | 2.70 | 2308.50 |
| M. D. ASHLEY | 675.00 | 3.80 | 2565.00 |
| D. E. DEUTSCH | 725.00 | 12.30 | 8917.50 |
| D. BAVA | 280.00 | 8.50 | 2380.00 |
| C. L. RIVERA | 645.00 | .40 | 258.00 |
| R. M. KIRBY | 535.00 | 6.40 | 3424.00 |
| J. MARRERO | 375.00 | 1.00 | 375.00 |
| M. DISTEFANO | 375.00 | 10.60 | 3975.00 |
| M. ROITMAN | 425.00 | 19.00 | 8075.00 |
| TOTALS | | 71.60 | 39074.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                              For Services Through June 30, 2011

     Our Matter #19804.021
            PLAN LITIGATION


| 06/01/11 | M. ROITMAN | Review and comment on proposed findings of fact and conclusions of law (0.3); Review Zell Sur-Reply Letter Brief (0.2); Correspond with D. LeMay re: same (0.2) | 0.70 hrs. |
|---|---|---|---|
| 06/01/11 | D. BAVA | Prepare confirmation reply briefs for attorney review. | 0.80 hrs. |
| 06/01/11 | R. A. SCHWINGER | Conference calls w/DCL plan proponents counsel re positions regarding briefing the admissibility of objections to trial exhibits (0.8); conference call of DCL and Noteholder counsel re briefing the admissibility of objections to trial exhibits (1.1); meeting w/A. Nellos re preparing motion in support of admissibility of key Committee exhibits not already admitted (0.2). | 2.10 hrs. |
| 06/01/11 | E. DAUCHER | Review and revise proposed findings of fact and conclusions of law. | 2.50 hrs. |
| 06/01/11 | H. SEIFE | Review of Zell sur reply brief (.3); review of change to DCL findings of fact/conclusions of law (1.4); review of Noteholders reply brief (3.1). | 4.80 hrs. |
| 06/01/11 | M. D. ASHLEY | Call with T. McCormack regarding DCL findings of fact and conclusions of law (.1); reviewed revisions to DCL findings and conclusions and related factual materials (2.2); revised draft DCL findings and conclusions (.7); participated in DCL counsel conference call regarding preparation of findings and conclusions (.7); conference with A. Nellos regarding drafting of DCL findings and conclusions (.5); call with A. Rosenblatt regarding revisions to DCL findings and | 6.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

conclusions (.1); reviewed factual materials relating to potential post-trial evidentiary motions (.9); emails with A. Nellos regarding potential evidentiary motions (.3); emails with DCL counsel regarding post-trial evidentiary issues (.4); reviewed Zell's post-trial surreply letter brief (.3).

| | | | |
|---|---|---|---|
| 06/01/11 | A. K. NELLOS | Participate in DCL group call regarding contentions of fact/law (.9). Review proposed edits from DCL group members regarding contentions of fact/law (1.3). Confer with M. Ashley regarding same (.7) Revise Committee comments to DCL fact/law contentions in light of drafts circulated by other DCL parties (1.2) Participate in Noteholder plan proponent call regarding exhibits (1.1). Confer with R. Schwinger regarding same (.3).Begin to draft motion regarding exhibits (1.7). | 7.20 hrs. |
| 06/01/11 | A. ROSENBLATT | Emails with M. Ashley and team re: C&P review and comments to DCL proposed findings of fact/conclusions of law (.4); review Ashley comments to Committee process section of findings of fact (.4); review DCL proposed findings of fact/conclusions of law and note comments to same (2.8); review transfer agreement re: transfer of Warner Bros. claim to NBC (.3); review Zell post-trial sur-reply to letter briefs and related motion (.6). | 4.50 hrs. |
| 06/01/11 | T. J. MCCORMACK | Continued review of draft findings/conclusions and comments on various sections of same (1.4); confer M. Ashley re: same (0.1); review numerous e-mails and options from DCL group on evidentiary issues, need for formal motion to address admission | 5.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | issues, timing and Noteholders' circumstance/strategy (1.7); participate in DCL group call on findings/conclusions and related issues (0.7); review prior drafts of Committee sections against current draft of findings/conclusions (0.7); proposed edits/comments on updated version (0.5). |  |
| 06/02/11 | T. J. MCCORMACK | Review/comment on current drafts of facts/conclusions for DCL group (2.1); review facts/evidence on Litigation Trust evaluation (0.5); review numerous emails and options among DCL group regarding procedures on admission of disputed documents, in light of issues already decided in May 6 order (1.5); review proposed letter to court on resolution of evidentiary questions (0.2); review updated findings/conclusions (0.7); review Zell sur-reply letter on post-hearing briefing (0.2). | 5.20 hrs. |
| 06/02/11 | A. ROSENBLATT | Prepare for (.4) and meet with Roitman and Daucher to review collective comments to findings of fact (.5); review revised version of findings of fact circulated by Sidley incorporating comments from other plan proponents (1.6); review A. Nellos email re: same (.3); review additional comments received from Dewey and Davis Polk to findings of fact/conclusions of law (.7). | 3.50 hrs. |
| 06/02/11 | A. K. NELLOS | Review comments from DCL group regarding exhibits (1.6); Review/synthesize internal comments regarding exhibits (1.4); Continue to draft brief regarding exhibits (2.6); conferences with R.Schwinger re same (.3). | 5.90 hrs. |

| 06/02/11 | M. D. ASHLEY | Reviewed factual materials and pleadings relating to post-trial evidentiary issues (1.4); emails with DCL counsel regarding potential evidentiary motions (.6); reviewed revised drafts of DCL findings and conclusions and related factual and legal materials (2.0); emails with A. Nellos regarding revisions to draft DCL findings and conclusions (.7); reviewed draft letter to Court regarding parties' burden on post-trial evidentiary motions (.2); emails with DCL counsel regarding same (.2); reviewed draft DCL evidentiary motion (.4). | 5.50 hrs. |
| --- | --- | --- | --- |
| 06/02/11 | J. MARRERO | Review and draft email to C&P team re: Zell Sur-Reply | 0.30 hrs. |
| 06/02/11 | D. BAVA | Research and prepare application and order for the retention of counsel as factual submission materials, per A.Nellos (.40). | 0.40 hrs. |
| 06/02/11 | M. ROITMAN | Review and comment on proposed findings of fact and conclusions of law (0.5); Meet with A. Rosenblatt and E. Daucher re: same (0.5); Confer/correspond with A. Nellos re: same (0.3) | 1.30 hrs. |
| 06/02/11 | R. A. SCHWINGER | Numerous e-mails w/DCL counsel re responding to changing Noteholder proposals for amending stipulation regarding briefing the admissibility of objections to trial exhibits (1.5); conferences w/A. Nellos re preparing draft brief to admit Committee exhibits for all purposes, based on bench memos previously drafted for use during plan confirmation hearing (0.4). | 1.90 hrs. |
| 06/02/11 | H. SEIFE | Review and revise fact/conclusions (new version) (2.1); review letter to J. Carey regarding request for hearing (.3); review of additional comments to fact/law conclusions (1.4). | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 26, 2011
435 N. MICHIGAN AVENUE                               Page    5
CHICAGO, IL 60611

| 06/03/11 | H. SEIFE | Review of revised versions of findings of fact/conclusions of law. | 2.10 hrs. |
|---|---|---|---|
| 06/03/11 | E. DAUCHER | Further analysis of Noteholder argument re: scope of PHONES subordination (.6); discussion with A. Rosenblatt and D. LeMay re: same (.3). | 0.90 hrs. |
| 06/03/11 | N. BRICK | Review DCL motion to admit exhibits into evidence. | 0.60 hrs. |
| 06/03/11 | M. ROITMAN | Review revised proposed findings of fact and conclusions of law (0.3); correspond with A. Nellos re: same (0.1) | 0.40 hrs. |
| 06/03/11 | R. A. SCHWINGER | Numerous e-mails w/DCL counsel re responding to changing Noteholder proposals for amending stipulation regarding briefing the admissibility of objections to trial exhibits (1.7); revisions to draft brief to admit Committee exhibits for all purposes (1.1); meetings w/A. Nellos re revisions to draft brief to admit Committee exhibits for all purposes (1.2); review ZS's proposed markups to draft brief to admit Committee exhibits for all purposes (0.4). | 4.40 hrs. |
| 06/03/11 | D. M. LeMAY | Review Noteholders post trial brief (2.4). Work on closing preparation (3.1). | 5.50 hrs. |
| 06/03/11 | J. MARRERO | Review D&O sur reply and draft email to C&P team re: same | 0.40 hrs. |
| 06/03/11 | A. K. NELLOS | Revise brief regarding exhibits (2.6); Confers with R. Schwinger regarding same (.9). Review/comment on revised draft of DCL Contentions of fact/law (4.1). | 7.60 hrs. |
| 06/03/11 | M. D. ASHLEY | Call with T. McCormack regarding DCL findings and conclusions (.2); conference with A. Nellos regarding draft DCL post-trial evidentiary motion (.1); emails | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     July 26, 2011
435 N. MICHIGAN AVENUE     Page   6
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | with DCL counsel regarding post-trial evidentiary issues (.3); reviewed revised drafts of DCL findings and conclusions and related factual materials (1.7); emails with A. Nellos regarding revisions to DCL findings and conclusions (.4); emails with DCL counsel regarding DCL findings and conclusions (.3); reviewed and revised draft DCL evidentiary motion (.9); emails with R. Schwinger and A. Nellos regarding draft DCL evidentiary motion (.4). |  |
| 06/03/11 | A. ROSENBLATT | Review Zuckerman comments to findings of fact and additional comments sent from Davis Polk (.6); review motion from D&O and post trial sur-reply to the letter briefs (.4); review main brief re: response to arguments raised by D&Os (.6); final review of proposed findings of fact before filing of same (.9); emails with plan proponents re: proper form for findings of fact (.3); begin to review complaints filed by Noteholders and retiree reps against shareholders (.9). | 3.70 hrs. |
| 06/03/11 | T. J. MCCORMACK | Review negotiation/strategy positions of DCL group and Noteholders on evidentiary issues, necessity for motions re: same and timing (0.9); review related e-mails and subject documents (0.7); review updated drafts of findings/conclusions by DCL group and revise/edit re: same (2.2); review final versions of findings/conclusions filed by DCL group (0.8). | 4.60 hrs. |
| 06/04/11 | H. SEIFE | Review of Noteholders' findings of fact/conclusions of law. | 1.50 hrs. |
| 06/05/11 | H. SEIFE | Review of Wilmington Trust supplemental filing regarding findings of fact/conclusions of law. | 0.80 hrs. |