TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                July 26, 2011
435 N. MICHIGAN AVENUE                                      Page    7
CHICAGO, IL 60611


| 06/05/11 | M. D. ASHLEY | Reviewed Noteholders' proposed findings of fact and conclusions of law (1.6); emails with DCL counsel group regarding evidentiary issues (.2). | 1.80 hrs. |
|---|---|---|---|
| 06/05/11 | T. J. MCCORMACK | Review WTC findings/conclusions (0.9); e-mails with DCL group on evidentiary issues as to certain documents (0.3). | 1.20 hrs. |
| 06/06/11 | T. J. MCCORMACK | Review filing on modification to May 6 order re: evidentiary issues (0.2); review draft of motion on certain hearsay documents being admitted for all purposes (0.5); review DCL group e-mails re: same and the addition of more DCL documents (mediation report) to the list (1.0); review Morgan Stanley request on access to findings/conclusions (0.2) and Zuckerman response (0.1); review revised drafts of motion on evidentiary issues (1.1); review Sottile draft of opening (0.3); review exhibits to motion (0.7); conference with M. Ashley re: status and additional tasks (0.2). | 4.30 hrs. |
| 06/06/11 | M. D. ASHLEY | Reviewed Noteholders' proposed findings and conclusions and related factual materials (2.6); reviewed and revised drafts of DCL evidentiary motion papers (1.0) and reviewed related factual and legal materials (.8); emails with R. Schwinger and A. Nellos regarding preparation of DCL evidentiary motion (.4); emails with Zuckerman and Landis Rath regarding draft DCL evidentiary motion (.3); emails with DCL counsel regarding same (.4); emails with H. Seife regarding evidentiary motions and closing arguments (.2); reviewed draft outline of closing arguments (.8) and related pleadings (.4); emails with J. Sottile regarding same (.1). | 7.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/06/11 | D. E. DEUTSCH | Begin review of findings from DCL and Noteholders re: FCC issues and other select items (2.2). | 2.20 hrs. |
| 06/06/11 | A. ROSENBLATT | Review portions of Noteholders' proposed findings of fact/conclusions of law (2.3); emails with Ashley and Seife re: status of evidentiary issues and upcoming hearings (.2); review closing argument outline circulated by Zuckerman and comment on same (.7); follow-up review on D&O sur-reply letter brief (.3). | 3.50 hrs. |
| 06/06/11 | R. A. SCHWINGER | Numerous e-mails w/DCL counsel re comments, revisions, etc. to DCL motion papers re trial exhibits (1.8); numerous conferences w/A. Nellos re finalizing DCL motion papers re trial exhibits (1.3). | 3.10 hrs. |
| 06/06/11 | H. SEIFE | Review and revise outline for closing argument (1.6); review of WGM email for Morgan Stanley regarding redactions (.3); review of WTC supplemental filing (1.2); preparation for closing hearing regarding confirmation (1.7). | 4.80 hrs. |
| 06/06/11 | M. ROITMAN | Confer with D. Bava and A. Nellos re: proposed findings of fact and conclusions of law (0.3); Confer/correspond with D. Bava re: preparations for closing arguments (0.4) | 0.70 hrs. |
| 06/06/11 | N. BRICK | Review cases cited in DCL motion to admit exhibits into evidence (2.9); meet with ANellos re same (.4). | 3.30 hrs. |
| 06/06/11 | D. M. LeMAY | Work on closing argument. | 2.50 hrs. |
| 06/06/11 | D. BAVA | Prepare findings of fact and conclusions of law for attorney hearing preparation (1.60). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         July 26, 2011
435 N. MICHIGAN AVENUE                                Page   9
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/06/11 | E. DAUCHER | Review analysis of Noteholders' latest unfair discrimination argument. | 0.20 hrs. |
| 06/06/11 | A. K. NELLOS | Revise/finalize DCL brief regarding motions (7.6); Confer with N.Brick regarding same (.5); Confers with R. Schwinger regarding finalizing DCL brief (1.1). | 9.20 hrs. |
| 06/07/11 | A. K. NELLOS | Discussion with M. Ashley, R. Schwinger, B. Kirby re: Noteholder and WTC motions (.6). Call with DCL group to discuss motions (.4). Review motions (4.9); Research regarding points discussed in Noteholder and WTC briefs. (.7). | 6.60 hrs. |
| 06/07/11 | J. MARRERO | Call with Moelis re: upcoming confirmation-related hearings | 0.20 hrs. |
| 06/07/11 | D. M. LeMAY | Participate in DCL Steering Committee call re closing (1.1). Work on closing argument (3.9); conference with A.Rosenblatt re PHONES subordination issue (.4). | 5.40 hrs. |
| 06/07/11 | D. BAVA | Prepare materials for use at closing arguments on confirmation (1.40). | 1.40 hrs. |
| 06/07/11 | E. DAUCHER | Meeting with C&P team members re: Noteholders' unfair discrimination argument/other topics for closing argument (.8); research re: subordination language standards (2.6); discussion with A. Rosenblatt re: research (.4) | 3.80 hrs. |
| 06/07/11 | M. ROITMAN | Review Post Trial Sur Reply Letter Brief of D&Os (0.2); Meet with A. Rosenblatt and E. Daucher re: effect of PHONES subordination on waterfall recoveries (0.4); Review Noteholders Post Trial Reply Brief re: same (0.3); Call with A. Leung re: same (0.2); Conference call with DCL Plan Proponents re: closing arguments (0.9) | 2.00 hrs. |

| 06/07/11 | M. ROITMAN | Research re: evidentiary standards in 9019 hearing (0.3); Call with A. Nellos re: same (0.1); Correspond with A. Lipkind and D. LeMay re: stay of Committee's adversary proceedings (0.3) | 0.70 hrs. |
| --- | --- | --- | --- |
| 06/07/11 | H. SEIFE | Review of motions regarding evidentiary issues (2.2); preparation for closing arguments (1.3); review of revised outline (.7); DCL group conference call regarding closing (1.1); review of Noteholder motion to admit documents (.8). | 6.10 hrs. |
| 06/07/11 | R. A. SCHWINGER | Review Noteholder motion papers re trial exhibits (0.9); meeting w/M. Ashley, A. Nellos, R. Kirby re issues from Noteholder trial exhibits motion, including FRBP 9019 argument (0.5); conference call w/DCL counsel re Noteholder trial exhibits motion (0.4). | 1.80 hrs. |
| 06/07/11 | A. ROSENBLATT | Finish review of fraudulent conveyance lawsuits (.5); participate on call with DCL Plan Proponents re: closing argument (.8); review Roitman memorandum summarizing fraudulent conveyance actions and provide comments to Roitman re: same (.8); review Ashley/Kirby comments to same (.2); meet with LeMay re: PHONES subordination issue (.3) and discussion with Dewey re: same (.2); meet with Daucher re: research in connection with subordination issue (.3); meet with Daucher re: research results (.4); review and comment on email to Dewey with legal analysis (1.1); emails from and with LeMay re: closing argument outlines, C&P topics for same and related issues (.3). | 4.90 hrs. |

| 06/07/11 | D. E. DEUTSCH | Review recent confirmation related documents (.3); exchange e-mails with Marc Roitman and David Bava re: preparing summary and posting same for Committee (.2). | 0.50 hrs. |
|----------|---------------|---|-----------|
| 06/07/11 | D. E. DEUTSCH | Continue review of DCL and Noteholder findings/conclusions of law re: FCC matters and certain other case issues (3.1). | 3.10 hrs. |
| 06/07/11 | M. D. ASHLEY | Reviewed Noteholders' and Wilmington Trust's evidentiary motions and related factual materials (1.7); meeting with R. Schwinger, A. Nellos and R. Kirby regarding DCL response to Noteholders' evidentiary motions (.4); attended DCL counsel call regarding response to Noteholders' evidentiary motions (.4); emails with DCL counsel regarding evidentiary motions (.2); emails with A. Nellos regarding DCL response to Noteholders' evidentiary motions (.2); reviewed factual and legal materials relating to proposed closing argument outline (.8); attended DCL counsel call regarding preparation for closing arguments (.8). | 4.50 hrs. |
| 06/07/11 | T. J. MCCORMACK | Confer B. Schwinger re: 6/13 hearing on evidentiary hearings and requisite oral argument (0.2); review Zuckerman draft of closing (0.5); review WTC filing on use of evidence (0.2); review report on DCL group meeting from M. Ashley (0.2); review Noteholder motion to admit certain documents (0.9). | 2.00 hrs. |
| 06/07/11 | L. F. MOLONEY | Confer with A. Nellos re. additional materials to Relativity database (.3); Correspondence with P. Kelley and J. Feuchbaum at CDS Legal re. new documents for Relativity and removing users no longer required (.7); prepared media containing additional documents and verified contents | 1.60 hrs. |

(.6).

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/08/11 | T. J. MCCORMACK | Review notice on court hearing (0.1); review e-mails and correspondence among DCL group on proposals on closing arguments, rebuttal time, coordination of different presenters and timing and tasks to prepare (1.4); appear before court on hearing, rescheduling closing argument to 6/27 (0.6); follow-up e-mails with DCL group on revised schedule, assignments and deadlines on remaining work (0.8). | 2.90 hrs. |
| 06/08/11 | D. E. DEUTSCH | Participate in court hearing on confirmation matters (.6). | 0.60 hrs. |
| 06/08/11 | R. A. SCHWINGER | TC w/T. McCormack re 6/13/11 argument on evidentiary motions. | 0.20 hrs. |
| 06/08/11 | E. DAUCHER | Meeting with Chadbourne team re: preparation for closing arguments. | 0.70 hrs. |
| 06/08/11 | H. SEIFE | Conference call with DCL plan co-proponents regarding closing (1.1); telephonic hearing with Judge Carey regarding scheduling (.8); review and revise outline of closing argument (1.3); preparation of rebuttal topics (.8); emails with DCL group regarding closing structure (.3). | 4.30 hrs. |
| 06/08/11 | D. M. LeMAY | Participate in telephonic status conference ordered by court (.7). Conference with team following hearing (.3). Prepare report to Committee (.3). Work on rebuttal portion of closing argument (4.5). | 5.80 hrs. |
| 06/08/11 | M. ROITMAN | Meet with A. Rosenblatt and E. Daucher re: preparations for closing arguments (0.6); Call with A. Rosenblatt and J. Boelter re: effect of PHONES subordination on waterfall recoveries (0.2); Confer/correspond with D. LeMay and J. Sottile re: potential rebuttal topics at closing argument (0.3); Telephonic | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    13
CHICAGO, IL 60611

|            |               | appearance at bankruptcy court hearing (0.6); Confer with C&P team following hearing (0.2); Draft email to Committee re: closing arguments (0.5); confer with D. LeMay re: same (0.2); Draft closing argument outline re: Committee process (0.9); |            |
| ---------- | ------------- | --- | --- |
| 06/08/11   | M. ROITMAN    | Research re: evidentiary standards in 9019 hearing (0.4); Confer with M. Distefano re: same (0.1); Review email memorandum from M. Distefano re: same (0.3) | 0.80 hrs. |
| 06/08/11   | M. DISTEFANO  | Researched evidentiary standards under Rule 9019 (2.2) and drafted email memo re: same (1.8); | 4.00 hrs. |
| 06/08/11   | J. MARRERO    | Conference with M.Roitman re: closing argument outline (0.1); review confirmation hearing transcripts re: arguments re: DCL Plan (3.8) | 3.90 hrs. |
| 06/08/11   | A. ROSENBLATT | Meet with Roitman and Daucher re: closing argument topics, outline and related issues (.6); review C&P closing argument topic list (.2) and email to Zuckerman re: same (.2); emails with Zuckerman and other plan proponents re: logistics of closing arguments and proposals re: same in advance of telephonic court hearing (.4); participate on telephonic hearing before Bankruptcy Court (.7) and attend post-hearing meeting (.3); emails with Sidley re: subordination issue and scheduling meeting with Alix, A&M, Sidley and C&P re: same (.5). | 2.90 hrs. |
| 06/08/11   | A. K. NELLOS  | Finish review of evidentiary briefing (.9) and begin review of conclusions of fact/law (1.4). | 2.30 hrs. |
| 06/09/11   | A. K. NELLOS  | Participate in DCL call discussing edits to the reply brief (.8); Review/revise DCL brief (7.4); Confer with J. Sottile and R. Schwinger regarding compromise | 8.80 hrs. |

|            |                  | position with Noteholders related to issues in the DCL exhibit motion (.6). |           |
|------------|------------------|------------------------------------------------------------------------------|-----------|
| 06/09/11   | A. ROSENBLATT    | Review response circulated by Nellos to Noteholder/Wilmington Trust motion to allow exhibits into evidence (.6); review DiStefano memorandum on admissibility of hearsay evidence in connection with approval of 9019 settlement (.4); emails with DCL Plan Proponents re: follow-up call to discuss closing arguments (.2). | 1.20 hrs. |
| 06/09/11   | D. M. LeMAY      | Work on argument outline (1.3). Review draft reply brief re: evidence admissibility dispute (2.5). | 3.80 hrs. |
| 06/09/11   | R. A. SCHWINGER  | E-mails w/Jim Sottile re proposed resolution w/Noteholder re business records hearsay issues as to Committee minutes (0.3); TCs w/T. McCormack, Jim Sottile re business records hearsay issues as to Committee minutes (0.9); conference call of DCL counsel re finalization of opposition to Noteholder/WTC motions re trial exhibits (0.7); reviewing draft of opposition to Noteholder/WTC motions re trial exhibits (0.6); e-mails w/A. Nellos re comments on draft of opposition to Noteholder/WTC motions re trial exhibits (0.3). | 2.80 hrs. |
| 06/09/11   | H. SEIFE         | Preparation for closing (2.2); review of motions regarding evidentiary issues (1.3); review and revise draft response by DCL group to motions (1.3); review of memo on hearsay issues (.5). | 5.30 hrs. |
| 06/09/11   | M. ROITMAN       | Confer/correspond with A. Nellos re: DCL Response to Motions to Admit Exhibits (0.3); Draft email to Committee re: same (0.5); Confer with D. Deutsch re: same (0.1); Confer/correspond with M. | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page   15
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | Distefano re: research on evidentiary standards of 9019 hearing (0.4) |  |
| 06/09/11 | M. DISTEFANO | Revised research re: 9019 evidentiary standards and circulated to Tribune team (1.5) | 1.50 hrs. |
| 06/09/11 | D. E. DEUTSCH | Review draft reply to discovery issues (.7); review and edit related memorandum to Committee (.2). | 0.90 hrs. |
| 06/09/11 | T. J. MCCORMACK | T/c with J. Sottile re: oral arguments at closing and evidentiary hearing on 6/13 (0.5); e-mails with team and J. Sottile re: Committee minutes evidentiary issues (0.9); confer J. Sottile and R. Schwinger on scope of hearsay exception through "business records" (1.0); review research on admissibility of hearsay in a confirmation hearing (0.2); review Noteholder opposition brief to DCL Group motion on admissibility of docs (0.7); confer R. Schwinger re: C&P assignments on motion for 6/13 hearing (0.2); follow-up call with J. Sottile and R. Schwinger on "business record" issue (0.2). | 3.70 hrs. |
| 06/10/11 | T. J. MCCORMACK | Review Merrill Lynch objections to evidentiary stipulation (0.3) and DCL group e-mails re: same (0.2); confer team re: motion on evidentiary issues scheduled for 6/13 (0.6); review of documents, case law and transcripts relevant to motion to prepare for arguments (1.8); e-mails with JPM attorneys re: same and issues re: mediator's report (0.6); review BofA objections to DCL motion on documents (0.2); finalize DCL reply on motion (0.4); review J. Sottile draft of closing (0.5); review rebuttal topics for closings (0.4); conf. call with DCL group on closing argument, rebuttal issues and 6/13 hearing | 7.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                  Page   16
CHICAGO, IL 60611

|            |                  |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |           |
|------------|------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                  | (0.8); follow-up call with M.Ashley on remaining issues we are scheduled to argue on 6/13 (0.7); analyze rebuttal topics (0.4); review research on scope of business record hearsay exception (0.3).                                                                                                                                                                                                                                                                                                                                                                 |           |
| 06/10/11   | R. M. KIRBY      | Research concerning business records exception to rule against hearsay in advance of hearing, as per M. Ashley.                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 2.80 hrs. |
| 06/10/11   | M. D. ASHLEY     | Meetings with R. Schwinger regarding evidentiary motions and upcoming hearing (.4); meeting with T. McCormack regarding preparation for upcoming evidentiary hearing (.8); reviewed evidentiary motion responses and factual and legal materials relating to upcoming evidentiary hearing (2.2); meeting with R. Kirby regarding research relating to evidentiary issues (.2); attended DCL call regarding preparation for closing arguments (.7); reviewed parties' briefs relating to closing argument issues (1.1); reviewed emails relating to parties' evidentiary motions (.8); reviewed Merrill's objection to Noteholders' evidentiary motion (.3); emails with T. McCormack and A. Nellos regarding preparation for evidentiary hearing (.4); emails with DCL counsel regarding evidentiary issues (.3). | 7.20 hrs. |
| 06/10/11   | M. ROITMAN       | Call with DCL Proponents re: preparations for closing arguments (0.7).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            | 0.70 hrs. |
| 06/10/11   | M. IACOPELLI     | Prepare exhibit materials for attorney use at hearing.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            | 2.20 hrs. |
| 06/10/11   | R. A. SCHWINGER  | Meeting w/M. Ashley re issues for upcoming 6/13/11 argument on evidentiary motions.                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    17
CHICAGO, IL 60611


06/10/11    H. SEIFE          Conference call with DCL plan          5.40 hrs.
                              proponents regarding closing (.8);
                              review of Noteholder objection to
                              DCL motion (1.8); review of
                              Merrill Lynch objection (.8);
                              review of rebuttal topics (.7);
                              preparation for 6/13 hearing
                              before Judge Carey on motions
                              (1.3).

06/10/11    D. M. LeMAY       Prepare for (.6) and attend (.8)       4.90 hrs.
                              call of Steering Committee.
                              Review and edit reply brief on
                              evidence admissibility issues
                              (2.0). Work on argument outline
                              (1.5).

06/10/11    A. ROSENBLATT     Prepare for (.3) and participate       2.00 hrs.
                              on DCL Plan Proponent call re:
                              closing arguments and related
                              issues (.7); review draft of
                              rebuttable closing argument topics
                              and provide comments to same (.3);
                              conduct follow-up review on PHONES
                              subordination issue (.3); review
                              prior hearing outlines for
                              preparation of closing argument
                              outlines (.4).

06/10/11    A. K. NELLOS      Review briefs served by                8.10 hrs.
                              Noteholders, Merrill Lynch and
                              Bank of America (2.3); Prepare for
                              oral argument (5.8).

06/10/11    S. INGEBRITSEN    Review and prepare all filed           2.10 hrs.
                              evidentiary motions for attorney
                              review.

06/11/11    T. J. MCCORMACK   E-mails with team on evidentiary       0.60 hrs.
                              issues as to Committee minutes and
                              other exhibits subject to pending
                              motion and hearing on 6/13 (0.6).

06/12/11    T. J. MCCORMACK   Review options on evidentiary          3.90 hrs.
                              stipulation concerning Committee
                              minutes (0.5) and e-mails with
                              team and Zuckerman re: same (0.3);
                              e-mails with DCL group members on
                              Noteholders' positions on various
                              evidentiary issues to be argued at
                              6/13 hearing, options,
                              negotiations and terms for

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                  Page   18
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | resolving all motion issues (1.2); review relevant briefs and cases on documents still the subject of dispute as to their admissibility (1.2); e-mails with non-plan proponents re: same (0.4); confer J. Sottile re: attorney responsibilities for 6/13 hearing (0.3). |  |
| 06/12/11 | M. D. ASHLEY | Reviewed legal research materials regarding confirmation hearing evidentiary issues (1.3); emails with T. McCormack and J. Sottile regarding evidentiary issues (.4); emails with DCL counsel regarding same (.3); reviewed pleadings and correspondence relating to evidentiary hearing (2.4). | 4.40 hrs. |
| 06/12/11 | R. A. SCHWINGER | E-mails w/DCL counsel re proposed stipulation w/Noteholders re trial exhibits. | 0.60 hrs. |
| 06/13/11 | D. M. LeMAY | Prepare for (2.4) and attend (3.1) hearing in USBC. | 5.50 hrs. |
| 06/13/11 | M. D. ASHLEY | Emails with T. McCormack regarding preparation for confirmation evidentiary hearing (.2); emails with DCL counsel regarding disputed evidentiary issues (.3); reviewed pleadings and factual materials relating to evidentiary hearing (1.4); attended evidentiary hearing by telephone (1.7); prepared summary of evidentiary hearing (1.2); emails with T. McCormack and Zuckerman regarding same (.4). | 5.20 hrs. |
| 06/13/11 | A. K. NELLOS | Begin review/analysis of post-trial briefs in connection with closing argument preparation (5.2); Review correspondence with DCL group regarding evidentiary motions (.9). | 6.10 hrs. |

| | | | |
|---|---|---|---|
| 06/13/11 | J. MARRERO | Review confirmation hearing transcripts re: objections against and arguments in favor of DCL plan for closing argument outline | 0.40 hrs. |
| 06/13/11 | J. MARRERO | Email correspondence with M.Ashley re: summary of June 13 hearing (0.3); draft email to the Committee re: same (0.2); email correspondence with D. Bava re: Intralinks posting of summary (0.1) | 0.60 hrs. |
| 06/13/11 | R. A. SCHWINGER | Meetings w/A. Nellos, M. Ashley re today's hearing on the trial exhibits motion. | 0.50 hrs. |
| 06/13/11 | H. SEIFE | Preparation for hearing before Judge Carey (1.3); telephonic hearing (partial) before Judge Carey on various confirmation related matters (1.8); preparation for hearing and closing arguments (2.3). | 5.40 hrs. |
| 06/13/11 | T. J. MCCORMACK | Prep for hearing in DE on evidentiary issues as to use of certain exhibits and statements under various hearsay exceptions (2.3); draft outline of argument (1.3); meetings with other DCL attorneys prior to hearing re: outstanding issues and positions for anticipated negotiations (0.9); appearance before court in DE, courtroom negotiations with Noteholders on various issues and finalize resolution of numerous evidentiary issues by agreement (3.0). | 7.50 hrs. |
| 06/14/11 | T. J. MCCORMACK | Review e-mails from DCL group members on closing arguments, rebuttal subjects, firm assignments and deadlines (0.8); review issues on evidentiary stipulation, especially concerning Committee minutes (0.7); review proposed stipulation on limited use of facts/law conclusions and comments re: same (0.4); review 2/13 transcript (0.4); review Noteholder unredacted | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page   20
CHICAGO, IL 60611


fact/conclusions submissions (0.7).

| 06/14/11 | H. SEIFE | Preparation for closing arguments (1.6); review of DCL outlines (1.4); review of Noteholder findings of fact unredacted (.3); review of Deutsche Bank motion to supplement order (1.2). | 4.50 hrs. |

| 06/14/11 | A. ROSENBLATT | Discuss closing argument outlines with Roitman (.3); review PHONES subordination calculation submitted by Noteholders and consider responses to same for closing argument (.9); review Sottile rebuttal argument outline list and suggested firm (.3); review Intralinks summary of hearing re: post-trial evidentiary issues (.3). | 1.80 hrs. |

| 06/14/11 | D. M. LeMAY | Work on Closing Argument outline. | 2.80 hrs. |

| 06/14/11 | A. K. NELLOS | Continue review/analysis of post-trial submissions related to closing arguments (5.3); Review transcript relating to evidentiary issues (.4); Review proposed order (.3). | 6.00 hrs. |

| 06/14/11 | D. E. DEUTSCH | Review report on yesterday's court hearing (.3). | 0.30 hrs. |

| 06/14/11 | M. D. ASHLEY | Reviewed pleadings and factual materials relating to closing argument rebuttal issues (1.6); reviewed draft order regarding evidentiary issues and related materials (.7); emails with DCL counsel regarding same (.4); reviewed indenture trustee motion to clarify automatic stay relating to fraudulent transfer actions (.3). | 3.00 hrs. |

| 06/14/11 | M. ROITMAN | Draft closing argument rebuttal outline re: Committee process (3.2); Confer with A. Rosenblatt re: same (0.2); Confer with E. Daucher re: closing argument rebuttal outline re: PHONES subordination (0.1); | 3.50 hrs. |

| 06/15/11 | M. D. ASHLEY | Reviewed drafts of proposed order regarding disputed confirmation hearing exhibits (.4); emails with DCL counsel regarding draft evidentiary order (.5); emails with T. McCormack and J. Sottile regarding same (.2); reviewed pleadings relating to closing argument issues (.8). | 1.90 hrs. |
| 06/15/11 | M. ROITMAN | Draft outlines for closing arguments rebuttal (1.3) | 1.30 hrs. |
| 06/15/11 | A. K. NELLOS | Continue to review/analyze legal and factual contentions related to closing issues. | 4.60 hrs. |
| 06/15/11 | A. ROSENBLATT | Participate on call with DCL Plan Proponents re: closing argument outlines, closing arguments, procedure related to same and related issues (.8). | 0.80 hrs. |
| 06/15/11 | H. SEIFE | Preparation for closing arguments (2.6); review of draft outlines (1.5). | 4.10 hrs. |
| 06/15/11 | T. J. MCCORMACK | Review e-mail comments and iterations of evidentiary stipulation draft (0.5); confer with J.Sottile and M.Ashley on Committee minutes and scope of use (0.3); draft provision for stipulation on Committee minutes treatment (0.5); review comments from team and finalize insert (0.3); review Noteholder supplemental findings of fact and conclusions of law on FCC issues (0.6); t/c J. Sottile re: coordination of closing arguments (0.2); review WTC/Deutsche motion on automatic stay concerning fraudulent transfer claims (0.3). | 2.70 hrs. |
| 06/16/11 | T. J. MCCORMACK | Review current iterations of stipulation on evidentiary issues (0.3); review DCL group comments and Zell comments to stipulation (0.2); review e-mails from non-plan proponents re: same | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    22
CHICAGO, IL 60611

|            |                  | (0.2); review Committee meeting minutes on process issues and scope of "business records" admission as to statements by Aurelius (0.5); review 3d Cir. decision re: same (0.6); review stipulation provisions as to DCL Ex. 3-85 (Committee Minutes) (0.4). |            |
|------------|------------------|---|------------|
| 06/16/11   | A. ROSENBLATT    | Begin to review draft closing argument outlines (.3); review prior submissions by non-Noteholder plan objectors for possible arguments that might be raised at closing arguments (.7); review final agreed closing argument time allocation, logistics, etc. (.3); review Intralinks summary of Deutsche/ WTC motion to modify state law constructive fraudulent conveyance claim order (.1); review motion re: same (.4). | 1.80 hrs. |
| 06/16/11   | A. K. NELLOS     | Continue review/analysis of Noteholder Conclusions of law relating to closing argument issues. | 1.40 hrs. |
| 06/16/11   | R. A. SCHWINGER  | Numerous e-mails among DCL counsel re draft of and proposed language for proposed order on trial exhibits. | 1.70 hrs. |
| 06/16/11   | M. ROITMAN       | Draft outlines for closing argument rebuttal (4.5) | 4.50 hrs. |
| 06/16/11   | M. D. ASHLEY     | Reviewed drafts of proposed order relating to disputed confirmation exhibits and related correspondence (.9); emails with DCL counsel regarding same (.5); reviewed materials relating to closing argument issues (1.2). | 2.60 hrs. |
| 06/16/11   | J. MARRERO       | Draft email re: plan and disclosure statement to M.Roitman | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           July 26, 2011
435 N. MICHIGAN AVENUE                                  Page    23
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/17/11 | R. M. KIRBY | Drafting outline of rebuttal points for closing argument re Committee "bad faith," as per M. Ashley. | 6.20 hrs. |
| 06/17/11 | R. A. SCHWINGER | Various e-mails among DCL counsel re drafting of proposed order on trial exhibits. | 0.70 hrs. |
| 06/17/11 | J. MARRERO | Review confirmation hearing transcripts for closing argument outline | 1.10 hrs. |
| 06/17/11 | M. D. ASHLEY | Reviewed revisions to draft order regarding disputed confirmation exhibits (.3); emails with DCL counsel regarding same (.3); reviewed draft memorandum of understanding regarding proposed ERISA settlement (.7); emails with D. Deutsch regarding same (.3); reviewed draft closing argument outlines and related factual materials (1.6). | 3.20 hrs. |
| 06/17/11 | A. ROSENBLATT | Review six rebuttal argument outlines and provide comments to same in preparation for circulation to DCL Plan Proponents (1.8); review comprehensive closing argument topic list (.6). | 2.40 hrs. |
| 06/17/11 | T. J. MCCORMACK | Review Merrill Lynch comments on evidentiary order and DCL group comments re: same (0.4); review Sidley draft of rebuttal argument on FCC issues (0.2); reviewed status of closing argument/rebuttal outlines with Sottile (0.4); read transcript of DCL Group opening at trial in anticipation of issues on closing (0.5). | 1.50 hrs. |
| 06/19/11 | M. D. ASHLEY | Reviewed draft closing argument rebuttal outlines and related factual materials. | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page    24
CHICAGO, IL 60611


| 06/20/11 | M. D. ASHLEY | Reviewed draft DCL closing argument outlines and related factual and legal research materials (3.2); emails with DCL counsel regarding same (.2). | 3.40 hrs. |
| 06/20/11 | T. J. MCCORMACK | Review articles on issues from Tribune LBO (0.1); review/analyze Dewey outline on closing argument, especially info on market/securities valuation theories (1.0); review Sidley (Debtor) outline on closing argument, especially Black testimony summaries (0.7); review R. Kirby draft of potential rebuttal points for Committee at closing arguments (0.7); review back-up materials re: same (0.4); review additional rebuttal sections for Committee (0.8); review J. Sottile outline on closing argument, especially sections on Beron and Examiner comparison (1.3); review Sidley (Debtor) rebuttal outline and demonstratives (0.2). | 5.20 hrs. |
| 06/20/11 | D. M. LeMAY | Work on review of closing outlines and related demonstratives. | 4.80 hrs. |
| 06/20/11 | A. K. NELLOS | Prepare summary chart synthesizing information regarding good faith and conflict issues from post-trial briefing | 1.20 hrs. |
| 06/20/11 | J. MARRERO | Review confirmation hearing transcripts to identify certain arguments for closing argument outline (2.3); work on outline to incorporate same (1.4). | 3.70 hrs. |
| 06/20/11 | A. ROSENBLATT | Review updated closing argument outlines sent from other DCL Plan Proponents (.8); meet with M. Roitman to provide comments to ours (.5); emails with J. Boelter re: PHONES subordination issue and scheduling call with group re: same (.2); further review of PHONES subordination issue and outline position in preparation | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page   25
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                              |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | for call (.5); review Deutsche Bank/Law Debenture/WTC motion to clarify state law fraudulent conveyance order (.3).                                                                                                                                                                                                                                            |            |
| 06/20/11   | M. ROITMAN     | Revise closing argument rebuttal outlines (1.6); Confer with D. LeMay re: same (0.2); Correspond with DCL Proponents re: same (0.2); Review closing argument outlines drafted by co-proponents (0.3); Confer with J. Marrero re: preparation for closing argument insert (0.2); Confer with A. Rosenblatt re: application of PHONES subordination (0.1).        | 2.60 hrs.  |
| 06/20/11   | E. DAUCHER     | Meet with A. Rosenblatt re: closing argument outlines (.1); review and edit outlines (1.5).                                                                                                                                                                                                                                                                   | 1.60 hrs.  |
| 06/20/11   | H. SEIFE       | Review of draft outline and demonstratives of Sidley and Dewey.                                                                                                                                                                                                                                                                                              | 1.00 hrs.  |
| 06/21/11   | H. SEIFE       | Review of Chadbourne draft rebuttal argument (.3); review of Sottile draft closing (.4); review of Sidley revised draft outline (.6); review of DPW draft (.5).                                                                                                                                                                                               | 1.80 hrs.  |
| 06/21/11   | D. BAVA        | Prepare outlines of closing and rebuttal arguments for attorney hearing preparation (1.20).                                                                                                                                                                                                                                                                   | 1.20 hrs.  |
| 06/21/11   | M. ROITMAN     | Review transcripts of confirmation hearing (0.3); confer with J. Marrero re: same (0.2); Review draft outlines of closing arguments (0.4)                                                                                                                                                                                                                      | 0.90 hrs.  |
| 06/21/11   | A. ROSENBLATT  | Review revised closing argument outlines from DCL Plan Proponents (.6) and conferences with team re same (.3); review status of agreement re: use of findings of fact/conclusions of law and whether third-parties (i.e., Zell) intend to object at closing argument (.4).                                                                                     | 1.30 hrs.  |

| 06/21/11 | J. MARRERO | Review transcript excerpts re: closing arguments. | 1.40 hrs. |
|---|---|---|---|
| 06/21/11 | A. K. NELLOS | Review proposed stipulation regarding exhibits (.8);  Exchange emails with M. Ashley regarding same (.1); Review errata sheets circulated by Noteholder counsel regarding briefing (1.7). | 2.60 hrs. |
| 06/21/11 | D. M. LeMAY | Work on closing arguments (5.5). | 5.50 hrs. |
| 06/21/11 | R. A. SCHWINGER | TC w/Henry Ricardo (Buena Vista counsel) re status of plan confirmation hearing and future litigation (0.2); review numerous e-mails among DCL group re Noteholder's proposed revisions to draft order re trial exhibits (0.8); e-mail w/Jim Sottile re Noteholder's proposed revisions to draft order re trial exhibits (0.1); review various motions newly served by other parties (0.6). | 1.70 hrs. |
| 06/21/11 | T. J. MCCORMACK | Review/analyze newest proposal from Noteholders on evidentiary stipulation (0.7); review JPM rebuttal outline (0.4); review filings in DE court on certain fraudulent conveyance claims (0.3); confer J. Sottile on evidentiary issues (0.2); review revised proposal re: same (0.4); review edited outlines of Debtor and Committee on closings (0.9); review Salganik testimony, Smith testimony and Salganik cross-exam on process issues (1.5). | 4.40 hrs. |
| 06/21/11 | M. D. ASHLEY | Reviewed Noteholders' confirmation hearing errata sheets (.9); reviewed revisions to draft order regarding admissibility of disputed exhibits (.3); emails with DCL counsel regarding same (.3); emails with Committee counsel regarding same (.2); reviewed draft Committee closing argument rebuttal outlines and related factual materials (1.4); | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 26, 2011
435 N. MICHIGAN AVENUE                               Page    27
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                |            |
|------------|----------------|-----|-----|
|            |                | reviewed responses to trustee motion for clarification of automatic stay (.3). | |
| 06/22/11   | M. D. ASHLEY   | Reviewed DCL outlines and related confirmation hearing materials regarding closing arguments (1.6); emails with DCL counsel regarding closing arguments (.2); attended DCL counsel call regarding preparation for closing arguments (.9); reviewed Noteholders' proposed corrections to confirmation hearing transcript (.9); emails with DCL counsel regarding same (.2); emails with R. Schwinger, A. Nellos regarding transcript corrections (.2). | 4.00 hrs. |
| 06/22/11   | T. J. MCCORMACK | Review current drafts of oral argument outlines for DCL group closings (1.2); t/c J. Sottile re: same (0.4); review Akin proposed trial transcript corrections and consider Committee response/undertakings re: same (0.7); review revised Sottile outline of closing argument section (0.4); participate in DCL group call on all issues concerning oral argument (0.9); follow-up confs with team on potential rebuttal issues (0.4); review DCL group comments on outlines (0.5). | 4.50 hrs. |
| 06/22/11   | R. A. SCHWINGER | Various e-mails among litigation team and DCL counsel re Noteholder's proposed trial transcript corrections. | 0.70 hrs. |
| 06/22/11   | D. M. LeMAY    | Telephone conference w/Sidley re: PHONES/unfair discrimination (.7). Telephone conf. w/Sottile re: closing arguments (.5). Telephone meeting of Steering Committee re: closing (1.1). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page   28
CHICAGO, IL 60611

| 06/22/11 | M. ROITMAN | Call with J. Sottile, D. LeMay and A. Rosenblatt re: closing arguments (0.5); Preparation for closing argument hearing (0.6); Call with Sidley, AlixPartners and A&M re: Noteholders' PHONES subordination argument (0.7); Call with co-proponents re: closing arguments preparation (0.9); Revise draft outlines of closing rebuttal arguments (1.2); Confer with A. Rosenblatt re: same (0.2) | 4.10 hrs. |
| 06/22/11 | E. DAUCHER | Preparation for (.3); and call with Debtors' counsel re: settlement consideration waterfall (.7); follow-up analysis re same (.5). | 1.50 hrs. |
| 06/22/11 | D. BAVA | Prepare closing argument outlines for attorney hearing preparation (1.60). | 1.60 hrs. |
| 06/22/11 | A. K. NELLOS | Review/analyze Noteholders' proposed changes to transcript in light of TSG transcript and other related changes. | 3.20 hrs. |
| 06/22/11 | J. MARRERO | Review DCL Plan and Noteholder Plan re: treatment of state law avoidance actions and pending adversary proceedings (1.8); conference with D. Deutsch re: same (0.2) | 2.00 hrs. |
| 06/22/11 | A. ROSENBLATT | Prepare for (.2) and participate on call with LeMay and Sottile re: rebuttal argument strategy and related issues (.4); prepare for (.4) and participate on call with Sidley, A&M, Alix and team re: PHONES subordination issue (.7); participate on call with DCL Plan Proponents re: closing argument logistics, issues, strategy, etc. (1.2); review and revise outline re: PHONES subordination issue as per call with Sidley and team (.5); discuss same with M. Roitman (.2); call with McCormack re: closing arguments (.2); review rebuttal outlines and FCC argument | 4.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                July 26, 2011
435 N. MICHIGAN AVENUE                                       Page    29
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| | | outline forwarded from D. Deutsch (.4); review Davis Polk comments to Committee closing argument outline (.2). | |
| 06/22/11 | H. SEIFE | Review of revised drafts for closing. | 0.40 hrs. |
| 06/23/11 | H. SEIFE | Review of J.Sottile revised outline. | 0.70 hrs. |
| 06/23/11 | A. ROSENBLATT | Prepare materials needed for closing argument (.8); review final closing argument outlines, including rebuttal argument outlines, submitted by all DCL Plan Proponents (1.3); review A&M numbers added to PHONES subordination argument outline (.2); review and discuss Sidley comments to PHONES subordination outline arguments (.3). | 2.60 hrs. |
| 06/23/11 | E. DAUCHER | Meeting with A. Rosenblatt re: closing argument outlines (.1); review and mark up outlines prior to circulation to DCL proponent group (1.2). | 1.30 hrs. |
| 06/23/11 | S. INGEBRITSEN | Prepare exhibits cited in motion for attorney use at hearing. | 1.10 hrs. |
| 06/23/11 | A. K. NELLOS | Finish review of proposed changes from Noteholders (2.0) and prepare summary chart of responses to same (1.6); Review Salganik testimony for further errata changes (1.9). | 5.50 hrs. |
| 06/23/11 | D. BAVA | Prepare materials for confirmation closing arguments (1.80). | 1.80 hrs. |
| 06/23/11 | R. M. KIRBY | Review and prepare record evidence for use in closing argument, as per M. Ashley. | 0.70 hrs. |
| 06/23/11 | M. ROITMAN | Revise closing argument rebuttal outlines (1.7); Correspond with DCL Proponents re: same (0.2); Confer with D. Bava re: preparation for closing argument hearing (0.4) | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                  Page   30
CHICAGO, IL 60611


| 06/23/11 | D. M. LeMAY | Work on rebuttal arguments and outlines for closing. | 5.80 hrs. |
|---|---|---|---|
| 06/23/11 | R. A. SCHWINGER | Various e-mails among litigation team and DCL counsel re Noteholder's continued proposed revisions to trial exhibits order. | 0.60 hrs. |
| 06/23/11 | T. J. MCCORMACK | Review Noteholders' most recent offer on stipulation concerning use of trial and pre-trial evidence (0.3); respond to inquiry from J. Sottile re: same (0.2); review other DCL Group input re: same (0.5); review revised draft (0.3); comment re: same (0.1); review/analyze rebuttal items/scope for 6/27 argument, particularly Committee-related items (0.5); review draft of Chadbourne rebuttal topics (0.4); review Dewey slides and related materials for oral argument (0.6); review draft outline of presentation on Committee process issues, C&P involvement and evolution of settlement (1.2); t/c J. Sottile re: Dewey portion of argument, integration of Debtor and Committee pieces and split of time as measure of ordering/tempering presentation (0.4). | 4.50 hrs. |
| 06/23/11 | M. D. ASHLEY | Reviewed revisions to draft order regarding admissibility of disputed confirmation hearing exhibits (.5); emails with DCL counsel regarding draft exhibit order (.4); reviewed related confirmation hearing exhibits (.5); emails with A. Nellos regarding disputed exhibits (.2); reviewed factual and legal research materials relating to closing arguments (.8); reviewed revised closing argument outlines (1.0); emails with T. McCormack and R. Kirby regarding closing arguments (.2); reviewed trustee reply brief in support of motion to clarify automatic stay and | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      July 26, 2011
435 N. MICHIGAN AVENUE                               Page   31
CHICAGO, IL 60611

|            |               | related pleadings (.4). | |
| 06/24/11 | M. D. ASHLEY | Call with A. Nellos regarding proposed confirmation hearing transcript errata (.1); reviewed proposed transcript errata (.7); emails with R. Schwinger and A. Nellos regarding same (.3); participated in DCL counsel call regarding closing argument preparation (.8); emails with T. McCormack regarding closing argument preparation (.2); reviewed draft DCL closing argument rebuttal outlines and related factual materials (1.3); emails with T. McCormack and R. Kirby regarding same (.3); emails with DCL counsel regarding evidentiary issues (.3); reviewed draft Committee closing argument section and related factual materials (.8); emails with J. Sottile regarding same (.3); meeting with A. Nellos regarding closing arguments (.1). | 5.20 hrs. |
| 06/24/11 | T. J. MCCORMACK | Review summaries of rebuttal arguments for each DCL constituent group (0.9); confer M. Ashley re: legal/factual issues on Committee process (0.3); review/analyze potential evidence/arguments on Committee process, valuation of claims and litigation trust for possible rebuttal (2.3); review Brodsky testimony on C&P/Zuckerman issues (0.5); review J. Sottile draft of closing and comments re: same (0.7); review edits/amendments to evidentiary stip. (0.6); DCL Group call re: 6/27 argument (0.9); follow-up call with D. LeMay on several points re closing (0.2). | 6.40 hrs. |
| 06/24/11 | D. M. LeMAY | Prepare for closing arguments (2.5). Conference call of Co-Proponent Steering Committee re: closing (.8) and follow up call with J. Sottile and T.McCormack re: same (.2). | 3.50 hrs. |

| 06/24/11 | R. A. SCHWINGER | Review proposed corrections to plan confirmation hearing transcript (0.7); e-mails to litigation team re comments on proposed corrections (0.4); meeting w/A. Nellos re comments on proposed corrections (0.3). | 1.40 hrs. |
|---|---|---|---|
| 06/24/11 | M. ROITMAN | Review closing argument outlines (1.3); Prepare for confirmation hearing (1.2) | 2.50 hrs. |
| 06/24/11 | R. M. KIRBY | Revising draft outline concerning committee good faith for use at closing argument, as per M. Ashley. | 1.20 hrs. |
| 06/24/11 | A. K. NELLOS | Finalize response to Noteholder errata sheet (1.8); Make changes per comments from R. Schwinger (.3); Confer with M. Ashley regarding same (.2); Confer with K. Brown (Landis Rath) regarding closing argument issues (.1). | 2.40 hrs. |
| 06/24/11 | D. E. DEUTSCH | Review briefings (3.4) and outlines for Monday's confirmation hearing (1.9). | 5.30 hrs. |
| 06/24/11 | S. INGEBRITSEN | Prepare exhibits cited in motion for attorney use at hearing. | 1.50 hrs. |
| 06/24/11 | E. DAUCHER | Revise closing argument outlines. | 1.10 hrs. |
| 06/25/11 | R. A. SCHWINGER | E-mails w/DCL counsel re Noteholder's latest request to modify proposed order re plan confirmation hearing exhibits. | 0.40 hrs. |
| 06/25/11 | T. J. MCCORMACK | E-mails with J. Sottile re: negotiations with Akin re: evidentiary admission of Committee meeting minutes and means (0.8); review inquiries from non-plan parties concerning use of evidence (0.2); review Zell objections on certain evidence issues (0.2). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page   33
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/26/11 | T. J. MCCORMACK | E-mails with Zuckerman and Chadbourne team re: final terms of evidentiary stipulation on use of documents as evidence, particularly Committee minutes (0.7); review materials on Committee process for bankruptcy case analysis, settlement development and related issues (1.3); review Zell e-mail demands on use of confirmation record (0.4); review trial transcript correction/amendment proposals (0.6). | 3.00 hrs. |
| 06/26/11 | D. M. LeMAY | Prepare for closing arguments. | 3.80 hrs. |
| 06/26/11 | M. D. ASHLEY | Reviewed revisions to and correspondence relating to proposed order regarding disputed exhibits (.4); emails with DCL counsel regarding same (.3); emails with T. McCormack and J. Sottile regarding evidentiary issues (.2); reviewed draft DCL closing argument outlines and related factual materials (1.8); reviewed DCL revisions to proposed confirmation hearing transcript errata (.4); emails with A. Nellos regarding same (.2). | 3.30 hrs. |
| 06/26/11 | M. ROITMAN | Prepare for closing argument hearing (1.1) | 1.10 hrs. |
| 06/26/11 | H. SEIFE | Preparation for final hearing before Judge Carey. | 2.50 hrs. |
| 06/27/11 | M. ROITMAN | Meeting with co-proponents prior to hearing (1.1); Attendance at Bankruptcy Court hearing (6.4); Confer with C&P team following hearing (0.7); Confer/correspond with J. Marrero re: relative priority of EGI Note and PHONES (0.6); Draft memorandum to Committee re: closing arguments (4.3). | 13.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      July 26, 2011
435 N. MICHIGAN AVENUE                                    Page   34
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/27/11 | A. ROSENBLATT | Attend pre-hearing strategy session at RLF offices (1.3); attend confirmation hearing closing argument (6.6); attend post-hearing meeting at LRC office with DCL group (.5). | 8.40 hrs. |
| 06/27/11 | M. D. ASHLEY | Reviewed materials in preparation for confirmation hearing closing arguments (1.2); attended DCL counsel meeting in preparation for closing arguments (1.1); attendance at confirmation hearing closing arguments (6.5); attend Committee counsel meeting regarding closing arguments (.6); emails with A. Nellos regarding evidentiary issues (.2). | 9.60 hrs. |
| 06/27/11 | D. E. DEUTSCH | Participate telephonically in confirmation hearing (5.4). | 5.40 hrs. |
| 06/27/11 | D. M. LeMAY | Attend pre-meeting of DCL group re: closing (1.5). Participate in closing arguments in USBC (6.8). Work on report to Committee re: closing arguments (1.6). | 9.90 hrs. |
| 06/27/11 | H. SEIFE | Preparation for hearing before Judge Carey (1.8); conference with co-plan proponents to prepare for hearing (1.3); hearing before Judge Carey on closing arguments (6.8). | 9.90 hrs. |
| 06/27/11 | R. A. SCHWINGER | Review Noteholder's revised filing re trial exhibits (0.4). | 0.40 hrs. |
| 06/27/11 | A. K. NELLOS | Review circulated draft of comments to portion of errata sheet prepared by DCL members and compare Committee draft response to portion of errata sheet (.4); review brief submitted by Noteholders today (.4). Respond to query from M. Ashley regarding same (.1); Attend (telephonically) closing arguments (5.2). | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page   35
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 06/27/11 | T. J. MCCORMACK | Pre-meeting with DCL counsel in DE on issues for court hearing/oral arguments (1.1); attend final arguments in DE court on all issues in confirmation matter (6.6); meeting of DCL counsel on issues raised in oral argument (0.7); confer J. Sottile re: remaining evidentiary issues before court (0.4); review correspondence re: same (0.2). | 9.00 hrs. |
| 06/27/11 | J. MARRERO | Telephonic appearance (partial) at closing arguments (3.5); Research hearing transcripts re: discussion of estimation/classification of PHONES (0.5); Draft email to M. Roitman and D.LeMay re: same (0.2); Research and review retiree settlement in re: DCL Plan for closing argument (0.4); Email correspondence with M. Roitman re: same (0.2) | 4.80 hrs. |
| 06/28/11 | T. J. MCCORMACK | Review issues raised by Zell re: findings of fact/conclusions of law (0.3); review e-mails/comments re: same (0.2); review transcript of 6/27 hearing on Committee issues, process, court reaction (0.4); review report to Committee on hearing (0.1); telephone appearance at court hearing on state fraudulent transfer claims, trial exhibit issues and scheduling (0.8); review follow-up issues re: evidentiary issues from trial (0.5). | 2.30 hrs. |
| 06/28/11 | A. K. NELLOS | Review email correspondence among DCL group regarding closing arguments. | 0.20 hrs. |
| 06/28/11 | J. MARRERO | Draft email to Committee re: closing arguments and omnibus hearing (0.5); email correspondence with M.Ashley re: same (0.1) | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page   36
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/28/11 | H. SEIFE | Preparation for omnibus hearing (.6); telephonic participation in omnibus hearing (1.0); review memo to Committee regarding closing argument (.7). | 2.30 hrs. |
| 06/28/11 | D. M. LeMAY | Attend omnibus hearing in USBC (1.1).  Review all latest court filings (.8). | 1.90 hrs. |
| 06/28/11 | D. E. DEUTSCH | Exchange e-mails with Marc Ashley re: yesterday's plan confirmation hearing matter (.2). | 0.20 hrs. |
| 06/28/11 | R. A. SCHWINGER | Review transcript of 6/27/11 oral argument (3.1); meeting w/ Nellos re 6/27/11 oral argument (0.4). | 3.50 hrs. |
| 06/28/11 | A. ROSENBLATT | Review Roitman summary of closing arguments of Tribune confirmation hearing for posting to Committee (.6) and call with Roitman to provide comments to same (.2); participate at telephonic omnibus hearing (.7); review closing argument transcript re: Goldin final reply arguments re: 1129(a)(10) and others (.7). | 2.20 hrs. |
| 06/28/11 | M. D. ASHLEY | Emails with DCL counsel regarding confirmation hearing evidentiary issues (.3); reviewed correspondence and pleadings relating to evidentiary issues (.6); reviewed materials relating to closing arguments (1.3). | 2.20 hrs. |
| 06/28/11 | M. ROITMAN | Revise memorandum to Committee re: closing arguments (1.8); Call with A. Rosenblatt re: same (0.3); Correspond with D. LeMay and A. Rosenblatt re: same (0.4); | 2.50 hrs. |
| 06/29/11 | M. ROITMAN | Review transcript of 6/28 hearing (0.2) | 0.20 hrs. |
| 06/29/11 | M. D. ASHLEY | Reviewed correspondence relating to disputed confirmation hearing evidentiary issues (.8); participated in DCL counsel call regarding disputed evidentiary issues (.4); emails with DCL | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page   37
CHICAGO, IL 60611

|            |                  | counsel regarding same (.3); reviewed confirmation hearing trranscript errata (.4). | |
|------------|------------------|---|---|
| 06/29/11   | H. SEIFE         | Review of transcript of hearing and Judge Carey's comments. | 1.10 hrs. |
| 06/29/11   | R. A. SCHWINGER  | Conference call of DCL counsel re latest issues raised by Noteholder's re trial exhibits, and by Zell re trial exhibit order (0.5); review e-mails among counsel re issues raised by Zell as to trial exhibit order (0.4). | 0.90 hrs. |
| 06/29/11   | T. J. MCCORMACK  | Review request for trial exhibits (0.1); review new proposal by Akin on evidentiary matters (0.3); review e-mails and opinions on response, options and counter proposal (0.8); review transcript from 7/28 hearing (0.4); follow-up conf. with R. Schwinger on newest Akin evidentiary offer (0.1). | 1.70 hrs. |
| 06/29/11   | A. K. NELLOS     | Participate in call with DCL group regarding exhibit issues (.5). Finalize and send to Sidley portion of transcript errata sheet (.4). | 0.90 hrs. |
| 06/30/11   | T. J. MCCORMACK  | Review protocol for corrections/modifications to trial transcripts (0.6); e-mails w/J. Sottile re: status of remaining issues (including additional exhibits sought to be admitted by Noteholders) (0.2). | 0.80 hrs. |
| 06/30/11   | H. SEIFE         | Review of DCL plan issues raised at hearing. | 1.30 hrs. |
| 06/30/11   | M. D. ASHLEY     | Reviewed proposed confirmation hearing transcript errata (1.8); emails with DCL counsel regarding same (.2). | 2.00 hrs. |

**Total Fees for Professional Services.............. $476,490.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 26, 2011
435 N. MICHIGAN AVENUE                                 Page   38
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 73.70 | 65961.50 |
| H. SEIFE | 985.00 | 73.90 | 72791.50 |
| R. A. SCHWINGER | 795.00 | 29.80 | 23691.00 |
| T. J. MCCORMACK | 855.00 | 100.60 | 86013.00 |
| M. D. ASHLEY | 675.00 | 96.90 | 65407.50 |
| A. ROSENBLATT | 725.00 | 54.20 | 39295.00 |
| D. E. DEUTSCH | 725.00 | 18.50 | 13412.50 |
| D. BAVA | 280.00 | 8.80 | 2464.00 |
| M. IACOPELLI | 250.00 | 2.20 | 550.00 |
| S. INGEBRITSEN | 190.00 | 4.70 | 893.00 |
| A. K. NELLOS | 645.00 | 95.90 | 61855.50 |
| E. DAUCHER | 425.00 | 13.60 | 5780.00 |
| R. M. KIRBY | 535.00 | 10.90 | 5831.50 |
| J. MARRERO | 375.00 | 19.60 | 7350.00 |
| L. F. MOLONEY | 320.00 | 1.60 | 512.00 |
| M. DISTEFANO | 375.00 | 5.50 | 2062.50 |
| M. ROITMAN | 425.00 | 50.70 | 21547.50 |
| N. BRICK | 275.00 | 3.90 | 1072.50 |
| TOTALS | | 665.00 | 476490.50 |