# EXHIBIT B

## TRIBUNE COMPANY, et al.
## SUMMARY OF EXPENSES INCURRED
## June 1, 2011 through June 30, 2011

| DISBURSEMENT | AMOUNT |
|---|---|
| Long Distance Travel<br>  Train Fare [1]     $2,126.00<br>  Lodging [2]        $  919.60<br>  Miscellaneous[3]   $    15.00 | $3,060.60 |
| Business Meals/Catering<br>  Late Night/Weekend Meals   $ 90.91<br>  Travel Meals [4]                 $268.52 | 359.43 |
| Carfare (Late Night/Weekends) | 1,136.38 |
| Federal Express | 103.77 |
| Lexis Legal Research | 911.25 |
| Westlaw Legal Research | 1,992.83 |
| Reproduction | 1,333.50 |
| Telephone Charges [5] | 979.55 |
| Telephone Reimbursement [6] | 800.07 |
| Outside Professional Services<br>(Complete Document Source Inc.) [7] | 51,949.71 |
| Managing Clerk Services (PACER) [8] | 1,513.20 |
| **TOTAL** | **$64,140.29** |

1.  Represents travel on Amtrak to Wilmington, Delaware on June 13, 2011 and June 26-27, 2011 to attend hearings in Bankruptcy Court.

2.  Represents lodging fees in connection with travel to Wilmington, DE on June 26-27, 2011 to attend hearings in Bankruptcy Court.

3.  Represents miscellaneous fees while traveling.

4.  Represents meals while traveling.

5.  Total includes charges ($836.60) for conference call services for an in-person Creditors' Committee meeting held on May 19, 2011.

6.  Total includes charges ($753.66) for air cards for use at the confirmation hearings (as described in the Application).

7.  Represents charge for electronic data discovery services (as described in the Application).

8.  Due to the voluminous nature of the computerized records listing each PACER charge, Chadbourne has not electronically filed said copies. The computerized records will be made available to the Fee Examiner in the required format and, upon request, will be made available to any party in interest upon request to the undersigned counsel.

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2011 3:52:21 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/14/2011 | | | .DTRAN | 1.00 | 253.00 | 253.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (AMTRAK + | 28354543 |
| | | | | | | | $8.00 Taxi) - Vendor: DAVID LEMAY 6/13/11 | |
| | | | | | | | TRAVEL TO WILMINGTON, DE REGARDING TRIBUNE | |
| | | | | | | | HEARING | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 253.00 | |
| | | | | | | | Check #333557  06/20/2011 | |
| 06/16/2011 | | | .DTRAN | 1.00 | 245.00 | 245.00 | TRANSPORTATION - LONG DISTANCE TRAVEL - Vendor: | 28362260 |
| | | | | | | | THOMAS J. McCORMACK 6/13/11 TRIP TO WILMINGTON, | |
| | | | | | | | DE TO ATTEND COURT HEARING | |
| | | | | | | | Vendor=THOMAS J. McCORMACK  Balance= .00  Amount= 245.00 | |
| | | | | | | | Check #333561  06/20/2011 | |
| 06/28/2011 | | | .DTRAN | 1.00 | 333.00 | 333.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (AMTRAK + | 28381785 |
| | | | | | | | $10.00 taxi) - Vendor: ANDREW ROSENBLATT | |
| | | | | | | | 6/27/11 TRAVEL TO/FROM WILMINGTON, DE TO | |
| | | | | | | | ATTEND HEARING | |
| | | | | | | | Vendor=ANDREW ROSENBLATT  Balance= .00  Amount= 341.75 | |
| | | | | | | | Check #333827  06/28/2011 | |
| 06/28/2011 | | | .DTRAN | 1.00 | 379.00 | 379.00 | TRANSPORTATION - LONG DISTANCE TRAVEL - Vendor: | 28381786 |
| | | | | | | | HOWARD SEIFE 6/27/11 WILMINGTON, DE FOR HEARING | |
| | | | | | | | Vendor=HOWARD SEIFE  Balance= .00  Amount= 379.00 | |
| | | | | | | | Check #333828  06/28/2011 | |
| 06/30/2011 | | | .DTRAN | 1.00 | 309.00 | 309.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (AMTRAK + | 28382429 |
| | | | | | | | $32.00 Taxis) - Vendor: MARC D ASHLEY | |
| | | | | | | | 6/26-6/27/11 TRIP TO WILMINGTON, DE TO ATTEND | |
| | | | | | | | COURT HEARING | |
| | | | | | | | Vendor=MARC D ASHLEY  Balance= .00  Amount= 601.10 | |
| | | | | | | | Check #334040  06/30/2011 | |
| 06/30/2011 | | | .DTRAN | 1.00 | 318.00 | 318.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (AMTRAK + | 28382445 |
| | | | | | | | $27.00 Taxis) - Vendor: DAVID LEMAY | |
| | | | | | | | 6/26-6/28/11 6/26-6/28/11 TRAVEL TO WILMINGTON, | |
| | | | | | | | DE FOR PRE-MEETING AND USBC HEARING RE:TRIBUNE | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 965.80 | |
| | | | | | | | Check #334061  06/30/2011 | |
| 06/30/2011 | | | .DTRAN | 1.00 | 289.00 | 289.00 | TRANSPORTATION - LONG DISTANCE TRAVEL (AMTRAK + | 28382416 |
| | | | | | | | $12 Taxi) - Vendor: THOMAS J. McCORMACK | |
| | | | | | | | 6/26-6/27/11 TRIP TO WILMINGTON, DE TO ATTEND | |
| | | | | | | | COURT HEARING | |
| | | | | | | | Vendor=THOMAS J. McCORMACK  Balance= .00  Amount= 548.97 | |
| | | | | | | | Check #334063  06/30/2011 | |
| | | UNBILLED TOTALS:  WORK: | | | | 2,126.00 | 7 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 2,126.00 | | |
| | | GRAND TOTAL:     WORK: | | | | 2,126.00 | 7 records | |
| | | GRAND TOTAL:     BILL: | | | | 2,126.00 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                          Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2011 3:52:21 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/30/2011 | | | LODGE | 1.00 | 218.90 | 218.90 | LODGING - LONG DISTANCE TRAVEL (Sheraton - one | 28382414 |
| | | | | | | | night) - Vendor: THOMAS J. McCORMACK | |
| | | | | | | | 6/26-6/27/11 TRIP TO WILMINGTON, DE TO ATTEND | |
| | | | | | | | COURT HEARING | |
| | | | | | | | Vendor=THOMAS J. McCORMACK  Balance= .00  Amount= 548.97 | |
| | | | | | | | Check #334063  06/30/2011 | |
| 06/30/2011 | | | LODGE | 1.00 | 218.90 | 218.90 | LODGING - LONG DISTANCE TRAVEL (Sheraton - one | 28382427 |
| | | | | | | | night) - Vendor: MARC D ASHLEY 6/26-6/27/11 | |
| | | | | | | | TRIP TO WILMINGTON, DE TO ATTEND COURT HEARING | |
| | | | | | | | Vendor=MARC D ASHLEY  Balance= .00  Amount= 601.10 | |
| | | | | | | | Check #334040  06/30/2011 | |
| 06/30/2011 | | | LODGE | 1.00 | 481.80 | 481.80 | LODGING - LONG DISTANCE TRAVEL (Sheraton - two | 28382443 |
| | | | | | | | nights) - Vendor: DAVID LEMAY 6/26-6/28/11 | |
| | | | | | | | 6/26-6/28/11 TRAVELTO WILMINGTON, DE FOR | |
| | | | | | | | PRE-MEETING AND USBC HEARING RE:TRIBUNE | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 965.80 | |
| | | | | | | | Check #334061  06/30/2011 | |
| | | UNBILLED TOTALS:   WORK | | | | 919.60 | 3 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 919.60 | | |
| | | GRAND TOTAL:      WORK: | | | | 919.60 | 3 records | |
| | | GRAND TOTAL:      BILL: | | | | 919.60 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/30/2011 | | | LDMISC | 1.00 | 5.00 | 5.00 | MISCELLANEOUS CHARGES - LONG DIST ANCE TRAVEL | 28382417 |
| | | | | | | | (Tips) - Vendor: THOMAS J. McCORMACK | |
| | | | | | | | 6/26-6/27/11 TRIP TO WILMINGT ON, DE TO ATTEND | |
| | | | | | | | COURT HEARING | |
| | | | | | | | Vendor=THOMAS J. McCORMACK  Balance= .00  Amount= 548.97 | |
| | | | | | | | Check #334063  06/30/2011 | |
| | | | | | | | | |
| 06/30/2011 | | | LDMISC | 1.00 | 10.00 | 10.00 | MISCELLANEOUS CHARGES - LONG DIST ANCE TRAVEL | 28382446 |
| | | | | | | | (Tips) - Vendor: DAVID LEMAY 6/26-6/28/11 | |
| | | | | | | | 6/26-6/28/11 TRAVELTO WILMINGT ON, DE FOR | |
| | | | | | | | PRE-MEETING AND USBC HEARING RE:TRIBUNE | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 965.80 | |
| | | | | | | | Check #334061  06/30/2011 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:  WORK | | | | 15.00 | 2 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 15.00 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 15.00 | 2 records | |
| | | GRAND TOTAL:    BILL: | | | | 15.00 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2011 3:52:21 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/03/2011 | | | MEALH | 1.00 | 29.80 | 29.80 | MEALS | 28351739 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 203426094 | |
| | | | | | | | Name of Restaurant: MANGIA (48TH ST.) | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 2042.35 | |
| | | | | | | | Check #333434  06/13/2011 | |
| 06/03/2011 | | | MEALH | 1.00 | 15.01 | 15.01 | MEALS | 28351740 |
| | | | | | | | Names of Diners: DISTEFANO, MICHAEL | |
| | | | | | | | Reference No: 203426859 | |
| | | | | | | | Name of Restaurant: ENERGY KITCHEN (2ND AVE) | |
| | | | | | | | Approved by: MICHAEL DISTEFANO | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 2042.35 | |
| | | | | | | | Check #333434  06/13/2011 | |
| 06/06/2011 | | | MEALH | 1.00 | 22.77 | 22.77 | MEALS | 28363065 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 203776428 | |
| | | | | | | | Name of Restaurant: CALISTA SUPERFOODS | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 2810.05 | |
| | | | | | | | Check #333579  06/20/2011 | |
| 06/23/2011 | | | MEALH | 1.00 | 23.33 | 23.33 | MEALS | 28394874 |
| | | | | | | | Names of Diners: NELLOS, ALEXANDRA | |
| | | | | | | | Reference No: 206462742 | |
| | | | | | | | Name of Restaurant: WU LIANG YE | |
| | | | | | | | Approved by: ALEXANDRA NELLOS | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 2968.97 | |
| | | | | | | | Check #334105  07/06/2011 | |
| | | UNBILLED TOTALS:  WORK: | | | | 90.91 | 4 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 90.91 | | |
| | | GRAND TOTAL:    WORK: | | | | 90.91 | 4 records | |
| | | GRAND TOTAL:    BILL: | | | | 90.91 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2011 3:52:21 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/28/2011 | | | MEALLD | 1.00 | 8.75 | 8.75 | MEALS - LONG DISTANCE TRAVEL (Breakfast) - | 28381784 |
| | | | | | | | Vendor: ANDREW ROSENBLATT 6/27/11 TRAVEL | |
| | | | | | | | TO/FROM WILMINGT ON, DE TO ATTEND HEARING | |
| | | | | | | | Vendor=ANDREW ROSENBLATT  Balance= .00  Amount= 341.75 | |
| | | | | | | | Check #333827  06/28/2011 | |
| 06/30/2011 | | | MEALLD | 1.00 | 36.07 | 36.07 | MEALS - LONG DISTANCE TRAVEL  (Breakfast, | 28382415 |
| | | | | | | | Lunch, Dinner)- Vendor: THOMAS J. McCORMACK | |
| | | | | | | | 6/26-6/27/11 TRIP TO WILMINGT ON, DE TO ATTEND | |
| | | | | | | | COURT HEARING | |
| | | | | | | | Vendor=THOMAS J. McCORMACK  Balance= .00  Amount= 548.97 | |
| | | | | | | | Check #334063  06/30/2011 | |
| 06/30/2011 | | | MEALLD | 1.00 | 73.20 | 73.20 | MEALS - LONG DISTANCE TRAVEL (Breakfast and | 28382428 |
| | | | | | | | Dinner) - Vendor: MARC D ASHLEY 6/26-6/27/11 | |
| | | | | | | | TRIP TO WILMINGT ON, DE TO ATTEND COURT HEARING | |
| | | | | | | | Vendor=MARC D ASHLEY  Balance= .00  Amount= 601.10 | |
| | | | | | | | Check #334040  06/30/2011 | |
| 06/30/2011 | | | MEALLD | 1.00 | 156.00 | 156.00 | MEALS - LONG DISTANCE TRAVEL (Various Dinners | 28382444 |
| | | | | | | | and Breakfast)- Vendor: DAVID LEMAY | |
| | | | | | | | 6/26-6/28/11 6/26-6/28/11 TRAVELTO WILMINGT ON, | |
| | | | | | | | DE FOR PRE-MEETING AND USBC HEARING RE:TRIBUNE | |
| | | | | | | | Vendor=DAVID LEMAY  Balance= .00  Amount= 965.80 | |
| | | | | | | | Check #334061  06/30/2011 | |
| | | UNBILLED TOTALS:  WORK | | | | 274.02 | 4 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 268.52 | | |
| | | GRAND TOTAL:     WORK: | | | | 274.02 | 4 records | |
| | | GRAND TOTAL:     BILL: | | | | 268.52 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2011 3:52:21 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/01/2011 | | | CAR | 1.00 | 81.49 | 81.49 | CARFARE McCormack Thomas J. 49 W 49 ST  2 GLENWOOD ROAD (Delivery) 0449882 518725 Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 7559.81 Check #333403  06/10/2011 | 28344515 |
| 06/01/2011 | | | CAR | 1.00 | 90.30 | 90.30 | CARFARE McCormack Thomas J. 49 W 49 ST 2 GLENWOOD ROAD 0427244 520305 Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 11031.64 Check #333725  06/27/2011 | 28368280 |
| 06/06/2011 | | | CAR | 1.00 | 20.10 | 20.10 | CARFARE - Vendor: CHADBOURNE & PARKE LLP 05/17/11 - REIMB. FOR TAXI FARE - ROBERT KIRBY. Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 959.49 Check #333334  06/07/2011 | 28342169 |
| 06/06/2011 | | | CAR | 1.00 | 58.32 | 58.32 | CARFARE - Vendor: CHADBOURNE & PARKE LLP 05/09,16,18, 06/02 & 03/11 - REIMB. FOR CAB FARES AFTER WORKING LATE - MARC ROITHMAN. Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 959.49 Check #333334  06/07/2011 | 28342173 |
| 06/08/2011 | | | CAR | 1.00 | 8.00 | 8.00 | CARFARE - Vendor: CHADBOURNE & PARKE LLP 06/05/11 - REIMB. FOR CAB FARE - WEEKEND HOURS - HELEN LAMB. Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 871.24 Check #333397  06/09/2011 | 28343334 |
| 06/10/2011 | | | CAR | 1.00 | 32.93 | 32.93 | CARFARE Marc Ashley 50 W 50 ST  239 E 79 ST 0039040 520305 Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 11031.64 Check #333725  06/27/2011 | 28368278 |
| 06/11/2011 | | | CAR | 1.00 | 89.25 | 89.25 | CARFARE T.McCormack  50 W 50 ST  2 GLENWOOD RD (Delivery) 0039041 520305 Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 11031.64 Check #333725  06/27/2011 | 28368279 |
| 06/13/2011 | | | CAR | 1.00 | 99.98 | 99.98 | CARFARE McCormack Thomas J. 1 PENN STATION 2 GLENWOOD ROAD 0466075 520305 Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 11031.64 Check #333725  06/27/2011 | 28368277 |
| 06/13/2011 | | | CAR | 1.00 | 97.34 | 97.34 | CARFARE McCormack Thomas J. 2 GLENWOOD ROAD 1 PENN STATION 0532440 520970 Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 10524.01 Check #334095  07/05/2011 | 28382079 |
| 06/14/2011 | | | CAR | 1.00 | 84.27 | 84.27 | CARFARE McCormack Thomas J. 49 W 49 ST 2 GLENWOOD ROAD 0513499 520970 Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 10524.01 Check #334095  07/05/2011 | 28382078 |
| 06/20/2011 | | | CAR | 1.00 | 11.10 | 11.10 | CARFARE - Vendor: CHADBOURNE & PARKE LLP 06/06/11 - REIMB. FOR TAXI FARE - MARC ROITMAN. Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 956.95 Check #333616  06/21/2011 | 28365600 |
| 06/22/2011 | | | CAR | 1.00 | 87.78 | 87.78 | CARFARE McCormack Thomas J. 49 W 49 ST | 28382077 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | 2 GLENWOOD ROAD | |
| | | | | | | | 0493305 | |
| | | | | | | | 520970 | |
| | | | | | | | Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 10524.01 | |
| | | | | | | | Check #334095  07/05/2011 | |
| 06/26/2011 | | | CAR | 1.00 | 28.16 | 28.16 | CARFARE | 28397562 |
| | | | | | | | Ashley Marc D. | |
| | | | | | | | 239 E 79 ST | |
| | | | | | | | 1 PENN STATION | |
| | | | | | | | 0033019 | |
| | | | | | | | 521713 | |
| | | | | | | | Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 12031.91 | |
| | | | | | | | Check #334361  07/15/2011 | |
| 06/27/2011 | | | CAR | 1.00 | 85.93 | 85.93 | CARFARE | 28401807 |
| | | | | | | | McCormack Thomas J. | |
| | | | | | | | 1 PENN STATION | |
| | | | | | | | 2 GLENWOOD ROAD | |
| | | | | | | | 0623045 | |
| | | | | | | | 522200 | |
| | | | | | | | Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 10324.54 | |
| | | | | | | | Check #334363  07/15/2011 | |
| 06/27/2011 | | | CAR | 1.00 | 184.37 | 184.37 | CARFARE | 28401982 |
| | | | | | | | XSEIFE, H. | |
| | | | | | | | From: PENN STATION  M PENN ST | |
| | | | | | | | To: ATDARIEN WE | |
| | | | | | | | Vendor=DIAL CAR, INC.  Balance= 1095.93  Amount= 1095.93 | |
| 06/29/2011 | | | CAR | 1.00 | 77.06 | 77.06 | CARFARE | 28401805 |
| | | | | | | | McCormack Thomas J. | |
| | | | | | | | 49 W 49 ST | |
| | | | | | | | 2 GLENWOOD ROAD | |
| | | | | | | | 0468216 | |
| | | | | | | | 522200 | |
| | | | | | | | Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 10324.54 | |
| | | | | | | | Check #334363  07/15/2011 | |
| | | UNBILLED TOTALS:  WORK | | | | 1,136.38 | 16 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 1,136.38 | | |
| | | GRAND TOTAL:     WORK: | | | | 1,136.38 | 16 records | |
| | | GRAND TOTAL:     BILL: | | | | 1,136.38 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/01/2011 | | | FEDEXH | 1.00 | 10.72 | 10.72 | FEDERAL EXPRESS | 28344635 |
| | | | | | | | HOWARD SEIFE | |
| | | | | | | | Landis Rath & Cobb | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON          DE19801    US | |
| | | | | | | | 410791085830 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= .00  Amount= 3841.47 | |
| | | | | | | | Check #333404  06/10/2011 | |
| 06/07/2011 | | | FEDEXH | 1.00 | 20.99 | 20.99 | FEDERAL EXPRESS | 28360899 |
| | | | | | | | DAVID BAVA | |
| | | | | | | | Chadbourne & Parke LLP | |
| | | | | | | | 1200 New Hampshire Ave NW | |
| | | | | | | | WASHINGTON          DC20036    US | |
| | | | | | | | 410791086940 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= .00  Amount= 1886.99 | |
| | | | | | | | Check #333582  06/20/2011 | |
| 06/23/2011 | | | FEDEXH | 1.00 | 29.14 | 29.14 | FEDERAL EXPRESS | 28382191 |
| | | | | | | | DAVID BAVA | |
| | | | | | | | Landis Rath & Cobb LLP | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON          DE19801    US | |
| | | | | | | | 410791089835 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= 2163.30  Amount= 2163.30 | |
| 06/23/2011 | | | FEDEXH | 1.00 | 29.74 | 29.74 | FEDERAL EXPRESS | 28382190 |
| | | | | | | | DAVID BAVA | |
| | | | | | | | Landis Rath & Cobb LLP | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON          DE19801    US | |
| | | | | | | | 410791089824 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= 2163.30  Amount= 2163.30 | |
| 06/28/2011 | | | FEDEXH | 1.00 | 13.18 | 13.18 | FEDERAL EXPRESS | 28394673 |
| | | | | | | | HOWARD SEIFE | |
| | | | | | | | Landis Rath & Cobb | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON          DE19801    US | |
| | | | | | | | 410791090780 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= .00  Amount= 2902.95 | |
| | | | | | | | Check #334103  07/08/2011 | |
| | | UNBILLED TOTALS:  WORK | | | | 103.77 | 5 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 103.77 | | |
| | | GRAND TOTAL:    WORK: | | | | 103.77 | 5 records | |
| | | GRAND TOTAL:    BILL: | | | | 103.77 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                      Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  7/25/2011 3:52:21 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/03/2011 | | | LEXIS | 1.00 | 93.39 | 93.39 | LEXIS<br>User Name: BAVA, DAVID<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: C0CC5SU<br>BRIEFS PLEADINGS MOTIONS | 28393821 |
| 06/03/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: BAVA, DAVID<br>CNCT (HMS) or No. of Searches: 177<br>100245<br>ID No.: C0CC5SU<br>LEXIS LEGAL SERVICES | 28393822 |
| 06/03/2011 | | | LEXIS | 1.00 | 132.59 | 132.59 | LEXIS<br>User Name: BAVA, DAVID<br>CNCT (HMS) or No. of Searches: 2.00<br>100245<br>ID No.: C0CC5SU<br>LEXIS LEGAL SERVICES | 28393823 |
| 06/03/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: BAVA, DAVID<br>CNCT (HMS) or No. of Searches: 176<br>100245<br>ID No.: C0CC5SU<br>BRIEFS PLEADINGS MOTIONS | 28393820 |
| 06/06/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 1654<br>100245<br>ID No.: BB7W3TE<br>LEXIS LEGAL SERVICES | 28393826 |
| 06/06/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 4<br>100245<br>ID No.: BB7W3TE<br>LAW REVIEWS | 28393824 |
| 06/06/2011 | | | LEXIS | 1.00 | 5.22 | 5.22 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: BB7W3TE<br>LAW REVIEWS | 28393825 |
| 06/06/2011 | | | LEXIS | 1.00 | 41.69 | 41.69 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 8.00<br>100245<br>ID No.: BB7W3TE<br>LEXIS LEGAL SERVICES | 28393827 |
| 06/06/2011 | | | LEXIS | 1.00 | 72.55 | 72.55 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 24.00<br>100245<br>ID No.: BB7W3TE<br>SHEPARD`S SERVICE | 28393828 |
| 06/06/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 2231<br>100245<br>ID No.: BB7W3TE<br>SHEPARD`S SERVICE | 28393829 |
| 06/07/2011 | | | LEXIS | 1.00 | 5.22 | 5.22 | LEXIS<br>User Name: KIRBY, ROBERT<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: BB7W3TE<br>LEXIS LEGAL SERVICES | 28393803 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  7/25/2011 3:52:21 PM

Page 2

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/07/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28393804 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 426 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/07/2011 | | | LEXIS | 1.00 | 3.02 | 3.02 | LEXIS | 28393807 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | SHEPARD'S SERVICE | |
| 06/07/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28393808 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1038 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | SHEPARD'S SERVICE | |
| 06/07/2011 | | | LEXIS | 1.00 | 58.78 | 58.78 | LEXIS | 28393805 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/07/2011 | | | LEXIS | 1.00 | 62.53 | 62.53 | LEXIS | 28393806 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 12.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/08/2011 | | | LEXIS | 1.00 | 5.23 | 5.23 | LEXIS | 28393831 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/08/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28393800 |
| | | | | | | | User Name: RATCHFORD, AMY | |
| | | | | | | | CNCT (HMS) or No. of Searches: 805 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: H8P50HY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/08/2011 | | | LEXIS | 1.00 | 55.81 | 55.81 | LEXIS | 28393801 |
| | | | | | | | User Name: RATCHFORD, AMY | |
| | | | | | | | CNCT (HMS) or No. of Searches: 11.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: H8P50HY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/08/2011 | | | LEXIS | 1.00 | 65.97 | 65.97 | LEXIS | 28393802 |
| | | | | | | | User Name: RATCHFORD, AMY | |
| | | | | | | | CNCT (HMS) or No. of Searches: 13.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: H8P50HY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/08/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28393830 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 900 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/10/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28393809 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                      Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  7/25/2011 3:52:21 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|-----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/10/2011 | | | LEXIS | 1.00 | 126.75 | 126.75 | LEXIS | 28393810 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 4.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/10/2011 | | | LEXIS | 1.00 | 31.26 | 31.26 | LEXIS | 28393811 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 6.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/10/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28393812 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 6148 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/10/2011 | | | LEXIS | 1.00 | 58.79 | 58.79 | LEXIS | 28393813 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/10/2011 | | | LEXIS | 1.00 | 57.31 | 57.31 | LEXIS | 28393814 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/10/2011 | | | LEXIS | 1.00 | 5.21 | 5.21 | LEXIS | 28393815 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 06/10/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28393816 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1 16 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | MATTHEW BENDER SERVICE | |
| 06/10/2011 | | | LEXIS | 1.00 | 9.08 | 9.08 | LEXIS | 28393818 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 3.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | SHEPARD'S SERVICE | |
| 06/10/2011 | | | LEXIS | 1.00 | 20.85 | 20.85 | LEXIS | 28393817 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | MATTHEW BENDER SERVICE | |
| 06/10/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28393819 |
| | | | | | | | User Name: KIRBY, ROBERT | |
| | | | | | | | CNCT (HMS) or No. of Searches: 65 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: BB7W3TE | |
| | | | | | | | SHEPARD'S SERVICE | |
| | | UNBILLED TOTALS:  WORK: | | | | 911.25 | 32 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 911.25 | | |
| | | GRAND TOTAL:    WORK: | | | | 911.25 | 32 records | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                   Page 4
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2011 3:52:21 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
|      |          | GRAND TOTAL:     BILL: |      |          |      | 911.25 |             |            |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                      Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2011 3:52:21 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/02/2011 | | | WEST | 1.00 | 13.73 | 13.73 | INFORMATION RETRIEVAL<br>User Name: STRAND,MEGAN<br>CNNT(HMS):0:00:00<br>Westlaw ID:6682661<br>ACCT NO:1000715053<br>Included | 28342686 |
| 06/03/2011 | | | WEST | 1.00 | 69.10 | 69.10 | INFORMATION RETRIEVAL<br>User Name: BAVA,DAVID<br>CNNT(HMS):0:01:52<br>Westlaw ID:5632874<br>ACCT NO: 1000813306<br>Included | 28341973 |
| 06/06/2011 | | | WEST | 1.00 | 10.78 | 10.78 | INFORMATION RETRIEVAL<br>User Name: NELLOS,ALEXANDRA<br>CNNT(HMS):0:00:00<br>Westlaw ID:4623711<br>ACCT NO: 1000813306<br>Included | 28342672 |
| 06/07/2011 | | | WEST | 1.00 | 60.14 | 60.14 | INFORMATION RETRIEVAL<br>User Name: NELLOS,ALEXANDRA<br>CNNT(HMS):0:00:00<br>Westlaw ID:4623711<br>ACCT NO: 1000813306<br>Excluded | 28344701 |
| 06/07/2011 | | | WEST | 1.00 | 30.18 | 30.18 | INFORMATION RETRIEVAL<br>User Name: NELLOS,ALEXANDRA<br>CNNT(HMS):0:00:00<br>Westlaw ID:4623711<br>ACCT NO: 1000813306<br>Included | 28344718 |
| 06/07/2011 | | | WEST | 1.00 | 153.44 | 153.44 | INFORMATION RETRIEVAL<br>User Name: DAUCHER,ERIC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7220058<br>ACCT NO: 1000813306<br>Included | 28344719 |
| 06/08/2011 | | | WEST | 1.00 | 164.40 | 164.40 | INFORMATION RETRIEVAL<br>User Name: DISTEFANO,MICHAEL<br>CNNT(HMS):0:00:00<br>Westlaw ID:10204933<br>ACCT NO: 1000813306<br>Included | 28344749 |
| 06/08/2011 | | | WEST | 1.00 | 25.87 | 25.87 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 28344750 |
| 06/09/2011 | | | WEST | 1.00 | 36.65 | 36.65 | INFORMATION RETRIEVAL<br>User Name: DISTEFANO,MICHAEL<br>CNNT(HMS):0:00:00<br>Westlaw ID:10204933<br>ACCT NO: 1000813306<br>Included | 28351489 |
| 06/09/2011 | | | WEST | 1.00 | 359.26 | 359.26 | INFORMATION RETRIEVAL<br>User Name: NELLOS,ALEXANDRA<br>CNNT(HMS):0:00:00<br>Westlaw ID:4623711<br>ACCT NO: 1000813306<br>Included | 28351490 |
| 06/09/2011 | | | WEST | 1.00 | 16.17 | 16.17 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 28351491 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2011 3:52:21 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/10/2011 | | | WEST | 1.00 | 82.49 | 82.49 | INFORMATION RETRIEVAL | 28352703 |
| | | | | | | | User Name: NELLOS,ALEXANDRA | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:4623711 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/10/2011 | | | WEST | 1.00 | 370.39 | 370.39 | INFORMATION RETRIEVAL | 28352702 |
| | | | | | | | User Name: IACOPELLI,MARISA | |
| | | | | | | | CNNT(HMS):0:29:21 | |
| | | | | | | | Westlaw ID:5620320 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/10/2011 | | | WEST | 1.00 | 382.65 | 382.65 | INFORMATION RETRIEVAL | 28352704 |
| | | | | | | | User Name: INGEBRITSEN,SARAH | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10226379 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/20/2011 | | | WEST | 1.00 | 31.26 | 31.26 | INFORMATION RETRIEVAL | 28368508 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/29/2011 | | | WEST | 1.00 | 175.32 | 175.32 | INFORMATION RETRIEVAL | 28382698 |
| | | | | | | | User Name: GALAI,DAVID | |
| | | | | | | | CNNT(HMS):0:32:46 | |
| | | | | | | | Westlaw ID:2268157 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 06/29/2011 | | | WEST | 1.00 | 11.00 | 11.00 | INFORMATION RETRIEVAL | 28382681 |
| | | | | | | | User Name: GALAI,DAVID | |
| | | | | | | | CNNT(HMS):0:00:30 | |
| | | | | | | | Westlaw ID:2268157 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Excluded | |
| | | UNBILLED TOTALS:  WORK | | | | 1,992.83 | 17 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 1,992.83 | | |
| | | GRAND TOTAL:     WORK: | | | | 1,992.83 | 17 records | |
| | | GRAND TOTAL:     BILL: | | | | 1,992.83 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/01/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>437215<br>Lamb, Helen<br>1812138<br>Print | 28340842 |
| 06/01/2011 | | | REPRO | 27.00 | 0.20 | 5.40 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 10:26<br>223624 | 28341360 |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 10:40<br>223633 | 28341361 |
| 06/01/2011 | | | REPRO | 27.00 | 0.20 | 5.40 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 10:27<br>Scan File 222647 | 28341754 |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 10:41<br>Scan File 222651 | 28341755 |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>437849<br>Nellos, Alexandra<br>3995790<br>Print | 28348978 |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>437850<br>Nellos, Alexandra<br>3995790<br>Print | 28348979 |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>437851<br>Nellos, Alexandra<br>3995790<br>Print | 28348980 |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>437853<br>Nellos, Alexandra<br>3995790<br>Print | 28348981 |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>437854<br>Nellos, Alexandra<br>3995790<br>Print | 28348982 |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>437602<br>Nellos, Alexandra<br>3993132<br>Print | 28348983 |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>437605<br>Nellos, Alexandra<br>3993132<br>Print | 28348972 |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>437965<br>Nellos, Alexandra<br>3995790<br>Print | 28348973 |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>437966 | 28348974 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2011 3:52:21 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3995790 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348975 |
| | | | | | | | 437967 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3995790 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348976 |
| | | | | | | | 437968 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3995790 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348977 |
| | | | | | | | 437969 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3995790 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348966 |
| | | | | | | | 437599 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3993132 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348967 |
| | | | | | | | 437600 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3993132 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348968 |
| | | | | | | | 437601 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3993132 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348969 |
| | | | | | | | 437614 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3993132 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348970 |
| | | | | | | | 437603 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3993132 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348971 |
| | | | | | | | 437604 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3993132 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28348964 |
| | | | | | | | 437994 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3996349 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348965 |
| | | | | | | | 437598 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3993132 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28348943 |
| | | | | | | | 437925 | |
| | | | | | | | Bava, David | |
| | | | | | | | 3996077 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2011 3:52:21 PM                    Page 3

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/01/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28348947 |
| | | | | | | | 437754 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 3942082 | |
| | | | | | | | Print | |
| 06/01/2011 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28341756 |
| | | | | | | | User Name: Andriani, Rose-Marie | |
| | | | | | | | Time of Day: (H:M:S): 13:49 | |
| | | | | | | | Scan File 222740 | |
| 06/01/2011 | | | REPRO | 34.00 | 0.20 | 6.80 | REPRODUCTION | 28341757 |
| | | | | | | | User Name: Iacopelli, Marisa | |
| | | | | | | | Time of Day: (H:M:S): 16:46 | |
| | | | | | | | Scan File 222782 | |
| 06/01/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28341758 |
| | | | | | | | User Name: Nellos, Alexandra | |
| | | | | | | | Time of Day: (H:M:S): 18:28 | |
| | | | | | | | Scan File 222808 | |
| 06/02/2011 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 28348944 |
| | | | | | | | 438882 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 06/02/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28348984 |
| | | | | | | | 439030 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3996349 | |
| | | | | | | | Print | |
| 06/02/2011 | | | REPRO | 144.00 | 0.20 | 28.80 | REPRODUCTION | 28348985 |
| | | | | | | | 438638 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3995790 | |
| | | | | | | | Print | |
| 06/02/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28348961 |
| | | | | | | | 438625 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 3981732 | |
| | | | | | | | Print | |
| 06/02/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28348962 |
| | | | | | | | 438631 | |
| | | | | | | | Hanessian, Aram | |
| | | | | | | | 3981732 | |
| | | | | | | | Print | |
| 06/02/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28348963 |
| | | | | | | | 438887 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1513819 | |
| | | | | | | | Print | |
| 06/02/2011 | | | REPRO | 30.00 | 0.20 | 6.00 | REPRODUCTION | 28341470 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 11:04 | |
| | | | | | | | 224812 | |
| 06/03/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348986 |
| | | | | | | | 439730 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3995790 | |
| | | | | | | | Print | |
| 06/03/2011 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 28348987 |
| | | | | | | | 439485 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3996349 | |
| | | | | | | | Print | |
| 06/03/2011 | | | REPRO | 12.00 | 0.20 | 2.40 | REPRODUCTION | 28348988 |
| | | | | | | | 439900 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/25/2011 3:52:21 PM

Page 4

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3996349 | |
| | | | | | | | Print | |
| 06/03/2011 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 28348989 |
| | | | | | | | 439184 | |
| | | | | | | | Schwinger, Robert A. | |
| | | | | | | | 3996349 | |
| | | | | | | | Print | |
| 06/03/2011 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 28348990 |
| | | | | | | | 439497 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3996349 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 28348991 |
| | | | | | | | 440718 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3996349 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348992 |
| | | | | | | | 440894 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4001516 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28348993 |
| | | | | | | | 440954 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4001540 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28348994 |
| | | | | | | | 440972 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4001540 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28348995 |
| | | | | | | | 441042 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4001540 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28348996 |
| | | | | | | | 441075 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4001540 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION | 28348997 |
| | | | | | | | 441148 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3996349 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348998 |
| | | | | | | | 440242 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4000553 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348999 |
| | | | | | | | 440260 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4000553 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28349000 |
| | | | | | | | 440263 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4000553 | |
| | | | | | | | Print | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 06/06/2011 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 28349001 |
| | | | | | | | 440160 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 3996349 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348954 |
| | | | | | | | 441318 | |
| | | | | | | | Dobtsis, Julia | |
| | | | | | | | 4001926 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28348948 |
| | | | | | | | 441071 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 3973519 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28348949 |
| | | | | | | | 441281 | |
| | | | | | | | Dobtsis, Julia | |
| | | | | | | | 4001926 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28348950 |
| | | | | | | | 441295 | |
| | | | | | | | Dobtsis, Julia | |
| | | | | | | | 4001926 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28348951 |
| | | | | | | | 441306 | |
| | | | | | | | Dobtsis, Julia | |
| | | | | | | | 4001926 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28348952 |
| | | | | | | | 441312 | |
| | | | | | | | Dobtsis, Julia | |
| | | | | | | | 4001926 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28348953 |
| | | | | | | | 441316 | |
| | | | | | | | Dobtsis, Julia | |
| | | | | | | | 4001926 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28344149 |
| | | | | | | | User Name: Andriani, Rose-Marie | |
| | | | | | | | Time of Day: (H:M:S): 12:50 | |
| | | | | | | | Scan File 226280 | |
| 06/06/2011 | | | REPRO | 9558.00 | 0.20 | 1,911.60 | REPRODUCTION | 28343672 |
| | | | | | | | User Name: Hand, Rashaan | |
| | | | | | | | Time of Day: (H:M:S): 16:33 | |
| | | | | | | | 228761 | |
| 06/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28343673 |
| | | | | | | | User Name: Andriani, Rose-Marie | |
| | | | | | | | Time of Day: (H:M:S): 12:48 | |
| | | | | | | | 228618 | |
| 06/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28343674 |
| | | | | | | | User Name: Hand, Rashaan | |
| | | | | | | | Time of Day: (H:M:S): 16:15 | |
| | | | | | | | 228721 | |
| 06/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28349002 |
| | | | | | | | 441156 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 3999025 | |
| | | | | | | | Print | |
| 06/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28349003 |
| | | | | | | | 441166 | |