TRIBUNE COMPANY, et al (Case 08-13141)                                                                Exhibit A

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period June 1, 2011 through June 30, 2011**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 159.10 | $180,000.00 |
| **Subtotal - Fixed Fee Services** | **159.10** | **$180,000.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 21.90 | $6,691.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **21.90** | **$6,691.00** |
| **Total Hours and Compensation** | **181.00** | **$186,691.00** |

TRIBUNE COMPANY, et al (Case 08-13141)  Exhibit B
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Project
For the Period June 1, 2011 through June 30, 2011

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 159.10 | $180,000.00 |
| **Subtotal - Fixed Fee Services** | 159.10 | $180,000.00 |
| **Total Hours and Compensation** | **159.10** | **$180,000.00** |

TRIBUNE COMPANY, et al (Case 08-13141)  **Exhibit B-1**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2011 Consolidated Audit
Summary of Professionals, Hours and Payments For the
Period June 1, 2011 through June 30, 2011

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| John A Sandmeier | Partner | | 2.00 |
| William T England | Partner | | 2.00 |
| Betsy J Smith | Director | | 2.30 |
| Thomas L Koops | Director | | 14.00 |
| Justin A Spahn | Manager | | 35.00 |
| Lydia Kuebler | Senior Associate | | 2.30 |
| Sheri L York | Senior Associate | | 43.50 |
| Emily Busch | Associate | | 14.00 |
| Melissa Mary Kirby | Associate | | 38.50 |
| Thomas Bradley Stutesman | Associate | | 5.00 |
| Michael Lawrence Komro | Professional Assistant | | 0.50 |
| **Total Hours Incurred during Compensation Period** | | | **159.10** |
| Total Hours Incurred prior to June 1, 2011 | | | 579.00 |
| **Total Hours Incurred through June 30, 2011** | | | **738.10** |
| **Total Fees - Payments Previously Requested for 2011 Consolidated Audit** | | | $180,000.00 |
| **Remaining Payments for 2011 Consolidated Audit** | | | $1,515,000.00 |
| **Total Fixed Fee for 2011 Consolidated Audit** | | | $1,695,000.00 |
| **Requested Payment - 2011 Consolidated Audit** | | 159.10 | $180,000.00 |

TRIBUNE COMPANY, et al (Case 08-13141)  Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory
Summary of Hours - June 1, 2011 through June 30, 2011

| Category | Hours |
| --- | ---: |
| 0200 - Audit Strategy and Meetings with Management | 74.00 |
| 3650 - Benefits Process | 1.00 |
| 3700 - Income Tax Process | 4.30 |
| 9200 - Q1 Interim Review Procedures | 75.50 |
| 9201 - Q2 Interim Review Procedures | 2.00 |
| 2900 - Information Technology General Controls | 2.30 |
| **Total Hours Incurred for the 2011 Consolidated Audit** | **159.10** |

TRIBUNE COMPANY, et al (Case 08-13141)            Exhibit C-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Professionals - Hourly Professional Services
For the Period June 1, 2011 through June 30, 2011

| Professional by Billing Category | Position | Rate | Total Hours | Compensation |
|---|---|---|---|---|
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 1.00 | $550.00 |
| Justin A Spahn | Manager | $330 | 2.00 | $660.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 18.90 | $5,481.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | 21.90 | $6,691.00 |
| **Total Hours and Compensation** | | | 21.90 | $6,691.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit C-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2011 through June 30, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 6/6/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0611H0001: Review the April/May 2011 time details provided by the teams and prepare for Court submission. | $290.00 | 2.70 | $783.00 |
| 6/7/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0611H0002: Prepare the April/May 2011 Monthly Fee Application for Court submission. | $290.00 | 4.40 | $1,276.00 |
| 6/10/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0611H0003: Prepare the April/May 2011 Monthly Fee Application for submission to the Bankruptcy Court. | $290.00 | 3.20 | $928.00 |
| 6/10/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0611H0004: Continue to prepare the April/May 2011 Monthly Fee Application for submission to the Bankruptcy Court. | $290.00 | 2.00 | $580.00 |
| 6/13/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0611H0005: Prepare the April/May 2011 Monthly Fee Application for submission to the Bankruptcy Court. | $290.00 | 1.90 | $551.00 |
| 6/13/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0611H0006: Prepare the Ninth Interim Fee Application. | $290.00 | 1.40 | $406.00 |
| 6/13/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0611H0007: Review the Interim Fee Application prior to submission to Court. | $550.00 | 1.00 | $550.00 |
| 6/14/2011 | Justin A Spahn | Manager | 0611H0008: Review the April/May 2011 Monthly Fee Application and the Ninth Interim Fee Application. | $330.00 | 2.00 | $660.00 |
| 6/14/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0611H0009: Process revisions to the April/May 2011 Monthly Fee Application based upon review from A. Clark Smith (PwC). | $290.00 | 1.30 | $377.00 |
| 6/14/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0611H0010: Process revisions to the April/May 2011 Monthly Fee Application based upon review from J. Spahn (PwC). | $290.00 | 0.80 | $232.00 |
| 6/17/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0611H0011: Revise the Ninth Interim Fee Application based upon review from J. Spahn (PwC). | $290.00 | 0.30 | $87.00 |

TRIBUNE COMPANY, et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period June 1, 2011 through June 30, 2011

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/27/2011 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0611H0012: Finalize the April/May 2011 Monthly Fee Application and distribute to Counsel for filing. | $290.00 | 0.90 | $261.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **21.90** | **$6,691.00** |
| **Total Hours and Compensation** | | | | | **21.90** | **$6,691.00** |