**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW   SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800   202 822 8106 fax   www.zuckerman.com

James Sottile
(202) 778-1894
jsottile@zuckerman.com

July 29, 2011

**BY HAND**

The Honorable Kevin J. Carey
United States Bankruptcy Court for the District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

    Re:    In re Tribune Company, et al., Debtors (Case No. 08-13141)

Dear Judge Carey:

On behalf of the DCL Plan Proponents, we are submitting for your consideration a revised Amended Proposed Order Concerning Admissibility Of Certain Trial Exhibits For Canvassing Purposes And Precluding Use Of Findings Of Fact And Conclusions Of Law In Other Matters. The only changes from the order submitted on July 25 [D.I. 9544] are in paragraph 4, which concerns the use of this Court's findings of fact or conclusions of law in other actions. At the July 26 hearing, this Court noted that the reference in the July 25 proposed order to any "findings of fact or conclusions of law the Court makes *relating to the merits* of the LBO-Related Causes of Action" (emphasis added) was broad and that the Court wished to consider revisions to narrow the scope of paragraph 4.

The revised language we are submitting addresses the Court's concern about breadth by making several changes. First, the phrase "relating to the merits" is replaced with "with respect to the merits." Second, the purposes for which findings and conclusions may not be used in later litigation are specified: "as a basis for application of the doctrines of res judicata, collateral estoppel, claim or issue preclusion, law of the case or of any similar preclusive doctrine as to the merits of the LBO-Related Causes of Action." Finally, we have added a sentence providing that "Consistent with the foregoing, this Court may further define the appropriate use of any of its findings of fact and conclusions of law when it issues its decision in these confirmation

 **ZUCKERMAN SPAEDER LLP**

The Honorable Kevin J. Carey
July 29, 2011
Page 2

proceedings." We have enclosed a blackline showing the changes from the proposed order submitted on July 25.

Very truly yours,

James Sottile

Enclosures