# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 9524 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\7-26 Agenda_DI 9524_Aff_7-22-11.doc

2. On July 22, 2011, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on July 26, 2011 at 1:00 P.M. Before the Honorable Kevin J. Carey," dated July 22, 2011 [Docket No. 9524], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   iii. delivered via facsimile those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
27th day of July, 2011

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\TRIBUNE\Affidavits\7-26 Agenda_DI 9524_Aff_7-22-11.doc

**EXHIBIT A**

**TRB AGENDA 7-22-11**
ASM CAPITAL
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

**TRB AGENDA 7-22-11**
Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AGENDA 7-22-11**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 7-22-11**
Mr. Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AGENDA 7-22-11**
Stephen K. Gallagher. Esq.
Kristen E. Burgers, Esq.
Venable LLP
8010 towers Crescent Drive, Suite 300
Vienna, VA 22182

**TRB AGENDA 7-22-11**
Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

**TRB AGENDA 7-22-11**
Mr Herbert E. Eye
HC 72 Box 36
Franklin, WV 26807

**EXHIBIT B**

**Email Address**
mvbbvb@comcast.net
chriseyec@aol.com
stevewalkergolf@gmail.com
skgallagher@venable.com
keburgers@venable.com
brian@lesliecohenlaw.com
leslie@lesliecohenlaw.com
gsneed@ctmi.com
Adds
landis@lrclaw.com
mcguire@lrclaw.com
Ronald.Rowland@rmsna.com
rosner@teamrosner.com
leonhardt@teamrosner.com
loizides@loizides.com
etrybantelser@cityofchicago.org

**EXHIBIT C**

| Name | Fax |
|---|---|
| David M Klauder | 302-573-6497 |
| Adam G Landis   Matthew B McGuire | 302-467-4450 |
| TG Macauley  VW Guldi | 302-427-8242 |
| MD Collins   RJ Stern Jr | 302-498-7531 |
| MD Collins   RJ Stern Jr | 302-651-7701 |
| Ellen W Slights | 302-573-6431 |
| SM Brown  RC Martin  ME Marino | 302-394-2341 |
| Laurie Silverstein | 302-658-1192 |
| Katherine L Mayer | 302-984-6399 |
| Patrick J Healy Vice President | 302-636-4148 |
| R Karl Hill | 302-888-0606 |
| William M Kelleher | 302-656-3714 |
| William M Kelleher | 302-384-9399 |
| Frederick B Rosner  Scott J Leonhardt | 302-351-8010 |
| Susan E Kaufman | 302-984-3939 |
| Christopher P Simon   J Grey | 302-777-4224 |
| Mark E Felger | 302-295-2013 |
| John V Fiorella    Charles J Brown | 302-777-4352 |
| Jami B Nimeroff | 302-351-2744 |
| DB Stratton   JH Schanne II | 302-421-8390 |
| Margaret F England | 302-425-0432 |
| Margaret F England | 302-984-3939 |
| Rachel B Mersky | 302-656-2769 |
| Donna Harris | 302-442-7046 |
| Adam Hiller | 302-442-7045 |
| IC Bifferato   KG Collins TF Driscoll JZ Haupt | 302-254-5383 |
| MR Lastowski  SL Ross  RW Riley  LJ Kotler | 302-657-4901 |
| William Bowden   A Winfree  K Skomorucha | 302-654-2067 |
| LD Jones    TP Cairns | 302-652-4400 |
| Robert S Brady    M Blake Cleary | 302-571-1253 |
| David M Powlen | 317-231-7433 |
| Joseph L Christensen | 302-655-4420 |
| Jeffrey M Schlerf   John H Strock | 302-656-8920 |
| Dennis A Meloro | 302-661-7360 |
| Garvan F McDaniel | 302-429-8600 |
| David W Carickhoff | 302-425-6464 |
| W Hazeltine  WD Sullivan   EE Allinson III | 302-428-8195 |
| DC Abbott   CS Miller | 302-658-3989 |
| Christopher S Chow  LC Heilman | 302-252-4466 |
| Colm F Connolly | 302-574-3001 |
| MW Yurkewicz | 302-426-9193 |
| Tara L Lattomus | 302-425-0432 |
| Christopher D Loizides | 302-654-0728 |
| Justin R Alberto | 302-658-6395 |
| Christopher A Ward | 302-252-0921 |
| Sherry Ruggiero Fallon | 302-658-4018 |

| | |
|---|---|
| John C Phillips | 302-655-4210 |
| Brian E Lutness | 302-888-2923 |
| James E Huggett | 302-888-1119 |
| AM Saccullo  TH Kovach | 302-836-8787 |
| Charles J Brown III | 302-777-4352 |
| James F Conlan   Bryan Krakauer | 312-853-7036 |
| Kevin T Lantry | 213-896-6600 |
| H Seife   D LeMay   D Deutsche | 212-541-5369 |
| Graeme W Bush    James Sottile | 202-822-8106 |
| D Glazer E Moskowitz M Russano | 212-607-7999 |
| MG Primoff   JW Parver  JW Drayton | 212-836-6525 |
| F Hyman   B Trust   A Trehan   B Yan | 212-262-1910 |
| RJ Stark   MS Siegel   GZ Novod   KS Bromberg | 212-209-4801 |
| MS Senter Jr   SA Buckman | 202-429-4618 |
| D Golden   D Zensky  A Qureshi  DJ Newman | 212-872-1002 |
| EA Friedman  WP Weintraub | 212-833-1250 |
| DS Rosner   AK Glenn   S Korpus | 212-506-1800 |
| David Adler | 212-609-6921 |
| B Bennett   JO Johnston  JM Mester | 213-621-6100 |
| Andrew Goldman | 212-230-8888 |
| Stephen J Shimshak | 212-757-3990 |
| Andrew Gorden | 212-492-0543 |
| Bradley Butwin  Daniel S Shamah | 212-326-2061 |
| Evan M Jones | 213-430-6407 |
| Jay Teitelbaum | 914-437-7672 |
| Aaron N Chapin | 312-207-6400 |
| David M Smith | 212-967-4258 |
| Esther Tryban Telser | 312-744-6798 |
| Esther Tryban Telser | 312-744-3832 |
| Nathan E Jones | 775-832-5085 |
| Heather Berkowitz | 516-422-7118 |
| Joy L Monahan | 312-416-4823 |
| Ronald L Rowland | 410-242-4218 |
| DJ Bradford  KL Steege  AW Vail | 312-527-0484 |