**EXHIBIT A**

CERTAIN CURRENT AND FORMER DIRECTORS AND OFFICERS'

SUGGESTED PARAGRAPH 4 OF THE ORDER

CONCERNING ADMISSIBILITY OF CERTAIN TRIAL EXHIBITS

FOR CANVASSING PURPOSES AND PRECLUDING USE OF FINDINGS OF FACT

AND CONCLUSIONS OF LAW IN OTHER MATTERS

4.  In the context of these confirmation proceedings, this Court has canvassed issues relating to the LBO-Related Causes of Action (as defined in the DCL Plan). It has done so without complete input from many involved third parties. Therefore, any findings of fact or conclusions of law the Court may make that impact or otherwise affect an LBO-Related Cause of Action should not be used in any other pending or future action (including without limitation in the currently pending *Official Committee of Unsecured Creditors of Tribune Co. v. FitzSimons et al.*, Adv. Pro. No. 10-54010-KJC, any other adversary proceeding, any Disclaimed State Law Avoidance Claim (as defined in the DCL Plan), or any State Law Avoidance Claims (as defined in the NPP Plan)) as a basis for application of the doctrines of res judicata, collateral estoppel, claim or issue preclusion, law of the case or of any similar preclusive doctrine. This Court specifically disclaims any preclusive effect of its findings and conclusions in such a context. For the avoidance of doubt, this Order shall not enhance, limit or otherwise affect whether or how evidence or testimony adduced in discovery, during the confirmation hearing or otherwise in connection with these proceedings, may be used in any other action.