# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al.*,<br>　　　　　　　　　　Debtors, | Chapter 11<br>Case Nos. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.*,<br>　　　　　　　　　　Plaintiff,<br>　　　v.<br>DENNIS J. FITZSIMONS, *et al.*,<br>　　　　　　　　　　Defendants. | Adversary Proceeding No. 10-54010 (KJC) |

## **NOTICE OF SERVICE**

Pursuant to Loc. R. Bankr. P. 7026-2 I, Daniel Horowitz, certify that on August 1, 2011, I served a copy of "Marshwinds Advisory Co.'s Responses and Objections To Committee's Request For Documents" via First Class Mail upon the following party:

James S. Green, Jr., Esq.  
LANDIS RATH & COBB LLP  
919 Market Street, Suite 1800  
Wilmington, DE  19801  

Graeme W. Bush, Esq.  
James Sottile, Esq.  
Andrew N. Goldfarb, Esq.  
ZUCKERMAN SPAEDER LLP  
1800 M Street, Suite 1000  
Washington, DC 20036  

*Counsel to the Official Committee of Unsecured Creditors*

Dated:  August 1, 2011.

THE LAW OFFICES OF DANIEL HOROWITZ

223 Waverly Road  
Wilmington, DE  19803  
Telephone:  (215) 760-8261  
E-mail:  dhorowit@alumni.law.upenn.  

/s/ Daniel Horowitz  
Daniel Horowitz (DE #4556)

*Attorney for Defendant*  
MARSHWINDS ADVISORY CO.

AT\8297232.2