# EXHIBIT A



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

July 31, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:278830
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

### STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through June 30, 2011.

| | | |
|---|---|---|
| By Graeme W. Bush<br>12.10 hours at $850.00 per hour | $ | 10,285.00 |
| By James Sottile<br>123.80 hours at $725.00 per hour | $ | 89,755.00 |
| By Thomas G. Macauley<br>0.20 hours at $625.00 per hour | $ | 125.00 |
| By Andrew N. Goldfarb<br>41.80 hours at $600.00 per hour | $ | 25,080.00 |
| By P. Andrew Torrez<br>14.80 hours at $585.00 per hour | $ | 8,658.00 |
| By Andrew Caridas<br>59.10 hours at $340.00 per hour | $ | 20,094.00 |
| By Lisa Medoro<br>22.30 hours at $265.00 per hour | $ | 5,909.50 |
| By Kimberley Wilson<br>0.40 hours at $175.00 per hour | $ | 70.00 |

BALTIMORE        NEW YORK        TAMPA        WASHINGTON, DC        WILMINGTON

July 31, 2011                                                                Page 2

|                                      |   |            |
|--------------------------------------|---|------------|
| TOTAL FEES                           | $ | 159,976.50 |
| TOTAL EXPENSES                       | $ | 0.00       |
| TOTAL FEES AND EXPENSES THIS PERIOD  | $ | 159,976.50 |

July 31, 2011                                                                                          Page 3

DESCRIPTION OF SERVICES                                              CLIENT: 12464
                                                                     MATTER: 0001

**James Sottile**

| 06/01/11 | 0.70 | Teleconference with counsel for DCL proponents re issues on draft proposed findings and conclusions. |
| 06/01/11 | 0.80 | Teleconference with counsel for Noteholders and counsel for DCL Proponents re objections to trial exhibits. |
| 06/01/11 | 0.20 | Teleconference with counsel for DCL Proponents re objections to trial exhibits. |
| 06/01/11 | 1.10 | Prepare for call with Noteholders counsel re trial exhibits by reviewing key exhibits and evidentiary objections. |
| 06/01/11 | 2.50 | Review and work on revisions to DCL proposed findings and conclusions. |
| 06/01/11 | 0.10 | Teleconference with D. Golden (Akin) re redemption of shares held by Tribune subsidiaries. |
| 06/01/11 | 1.40 | Review key documents and testimony cited in draft proposed findings and conclusions. |
| 06/01/11 | 0.80 | Review/analyze documents re proposed Randy Michaels settlement. |
| 06/01/11 | 0.10 | Teleconference with D. Golden (Akin) and K. Lantry (Sidley) re same. |
| 06/02/11 | 1.20 | Review exhibits Noteholders seek to have admitted for all purposes. |
| 06/02/11 | 0.20 | Draft and edit note to Noteholders re trial exhibits. |
| 06/02/11 | 0.50 | Draft and multiple revisions to letter to Judge Carey re motions on exhibits. |
| 06/02/11 | 1.70 | Review and edit draft proposed findings and conclusions. |
| 06/02/11 | 1.80 | Review trial transcript for proposed findings of fact. |
| 06/02/11 | 0.20 | Teleconference with M. Hurley (Akin) re motions on exhibits. |
| 06/02/11 | 0.90 | Review key case law re constructive state law fraudulent conveyance claims not asserted by Debtors. |
| 06/02/11 | 0.10 | E-mail to DCL counsel re same. |

| | | |
|---|---|---|
| 06/03/11 | 0.90 | Extensive e-mail correspondence with counsel for DCL Proponents re negotiations with Noteholders on motions re trial exhibits. |
| 06/03/11 | 0.70 | Extensive e-mail correspondence with counsel for Noteholders re negotiations on motions re trial exhibits. |
| 06/03/11 | 1.90 | Final review of and edits to proposed findings and conclusions. |
| 06/03/11 | 0.20 | Teleconferences with M. Hurley and N. Chung (Akin) re issues on motions concerning trial exhibits. |
| 06/03/11 | 1.10 | Work on outline of closing argument. |
| 06/03/11 | 1.10 | Further review of exhibits that will be the subject of motions re admissibility for truth. |
| 06/06/11 | 2.10 | Draft/edit outline of closing argument - numerous iterations based on comments from other DCL counsel. |
| 06/06/11 | 0.40 | Extended e-mail correspondence with other DCL counsel re outline of closing argument. |
| 06/06/11 | 0.40 | Teleconference with B. Bennett and J. Johnston (Dewey) and J. Bendernagel (Sidley) re outline of closing argument. |
| 06/06/11 | 0.30 | Teleconferences with J. Bendernagel (Sidley) re closing argument. |
| 06/06/11 | 1.40 | Begin review of Noteholders' proposed findings and conclusions. |
| 06/06/11 | 0.30 | Edit certification of counsel and proposed order re motions on exhibits. |
| 06/06/11 | 0.40 | Review and edit drafts of motion re exhibits. |
| 06/06/11 | 1.00 | Begin work drafting Committee portion of closing arguments. |
| 06/07/11 | 0.50 | Teleconference with counsel for DCL Proponents re motions on trial exhibits. |
| 06/07/11 | 0.60 | Review Noteholders' motion re admissibility of trial exhibits and key cases cited therein. |
| 06/07/11 | 1.00 | Teleconference with counsel for DCL Proponents re closing arguments. |
| 06/07/11 | 1.90 | Work on more detailed outline of closing argument. |
| 06/07/11 | 1.50 | Continue review of Noteholders' proposed findings and conclusions. |

| | | |
|---|---|---|
| 06/07/11 | 2.10 | Review of Beron testimony and report in connection with preparation for closings. |
| 06/08/11 | 0.30 | Participate in telephonic hearing re scheduling of closing arguments. |
| 06/08/11 | 0.30 | Teleconference with J. Conlan (Sidley) re issues on closing arguments and other confirmation issues. |
| 06/08/11 | 0.30 | Teleconference with D. Zensky and A. Qureshi (Akin) re closing arguments. |
| 06/08/11 | 3.20 | Review trial transcripts to begin preparation for closing. |
| 06/08/11 | 2.10 | Work on outline of closing argument. |
| 06/08/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) re closing arguments. |
| 06/09/11 | 0.20 | Teleconference with Akin Gump lawyers regarding issues on admissibility of disputed exhibits. |
| 06/09/11 | 0.60 | Review and edit opposition to Noteholders' motion re admissibility of exhibits. |
| 06/09/11 | 0.70 | Teleconference with DCL counsel re opposition to Noteholders' motion re admissibility of exhibits. |
| 06/09/11 | 0.30 | E-mail correspondence with Akin Gump re admissibility of Committee minutes. |
| 06/09/11 | 0.40 | Review Noteholders' opposition to DCL motion to admit certain exhibits for all purposes. |
| 06/09/11 | 1.80 | Review of disputed exhibits that are the subject of motions. |
| 06/09/11 | 2.30 | Review and analyze confirmation trial transcripts. |
| 06/10/11 | 1.00 | Teleconference with counsel for DCL Proponents re preparation for closing arguments. |
| 06/10/11 | 0.90 | Draft and edit list of issues to be prepared to cover in rebuttal on closing arguments. |
| 06/10/11 | 0.30 | Teleconference with D. Zensky (Akin) re issues on admissibility of exhibits that are the subject of motions. |
| 06/10/11 | 1.20 | Prepare for argument on motions re admissibility of disputed exhibits. |
| 06/13/11 | 0.30 | Meeting with J. Bendernagel (Sidley) re issues on admissibility of exhibits and preclusive effect of findings and conclusions. |

| | | |
|---|---|---|
| 06/13/11 | 1.70 | Prepare for argument re admissiblity of exhibits and effect of findings and conclusions. |
| 06/13/11 | 0.80 | Participate in hearing on admissibility of exhibits and effect of findings and conclusions. |
| 06/13/11 | 2.10 | Negotiations with counsel for Noteholders re agreed resolution of motions re admissibility of exhibits and effect of findings and conclusions. |
| 06/14/11 | 0.70 | Draft order re disputed exhibits and use of findings and conclusions. |
| 06/15/11 | 1.00 | Multiple rounds of edits to proposed order re disputed exhbiits and findings and conclusions. |
| 06/15/11 | 0.50 | Extensive e-mail correspondence with other DCL counsel re proposed order on disputed exhibits and findings and conclusions. |
| 06/15/11 | 0.40 | Review motions re disputed exhibits in connection with proposed order. |
| 06/15/11 | 1.90 | Begin full review of post-trial briefing and proposed findings and conclusions in connection with preparation for closings. |
| 06/16/11 | 0.20 | E-mail correspondence with counsel for Tribune officers and directors and Morgan Stanley (Weil Gotchal) re comments on draft order concerning findings and conclusions. |
| 06/16/11 | 0.20 | E-mail correspondence with counsel for DCL Plan Proponents re comments on draft order concerning findings and conclusions. |
| 06/16/11 | 1.70 | Continue review of post-trial briefing and proposed findings and conclusions to prepare for closing arguments. |
| 06/16/11 | 0.20 | Review and edit draft certification of counsel and proposed order re amended definition of termination event in standing orders. |
| 06/17/11 | 0.50 | E-mail correspondence with counsel for Noteholders, DCL Proponents, Merrill Lynch, Morgan Stanley and certain Tribune officers concerning draft order on disputed exhibits and findings and conclusions. |
| 06/17/11 | 2.50 | Review trial transcripts and proposed findings to prepare for closing arguments. |
| 06/20/11 | 6.50 | Draft closing argument. |
| 06/21/11 | 0.40 | Participate in weekly professionals' call re status of confirmation proceedings and other bankruptcy issues. |

| 06/21/11 | 0.50 | Participate in call with Sidley and Akin re redemption of Tribune stock held by Eagle entities. |
|----------|------|-------------------------------------------------------------------------------------------------|
| 06/21/11 | 0.20 | Review/analyze memo by Sidley re redemption of Tribune stock held by Eagle entities. |
| 06/21/11 | 0.30 | Call with counsel for Aurelius and Wilmington Trust re issues on draft order re admissibility of exhibits. |
| 06/21/11 | 0.20 | Review Noteholders' revisions to draft motion re admissibility of disputed exhibits. |
| 06/21/11 | 0.20 | E-mail to DCL counsel re Noteholders' revisions to draft order re admissibility of disputed exhibits. |
| 06/21/11 | 0.30 | Edit draft order re admissibility of disputed exhibits. |
| 06/21/11 | 3.40 | Prepare for closing arguments by reviewing key documents, cases, briefs. |
| 06/21/11 | 1.50 | Revisions to closing argument. |
| 06/22/11 | 2.90 | Continue work drafting and revising closing argument. |
| 06/22/11 | 1.00 | Teleconference with counsel for DCL Proponents re preparation for closing arguments. |
| 06/22/11 | 0.30 | Call with D. LeMay and A. Rosenblatt (Chadbourne & Parke) re closing arguments. |
| 06/22/11 | 0.80 | Review and comment on outline of Dewey's section of closing argument. |
| 06/22/11 | 2.60 | Continued work preparing for closing arguments by reviewing exhibits, briefs and trial transcripts. |
| 06/23/11 | 0.80 | Participate in telephonic meeting of Creditors Committee. |
| 06/23/11 | 0.50 | Multiple revisions of draft order re disputed exhibits and findings in response to comments. |
| 06/23/11 | 2.40 | Revisions to closing argument and edit slides for use in closing argument. |
| 06/23/11 | 1.20 | Work on outline of rebuttal arguments for closing. |
| 06/23/11 | 1.30 | Review key legal and factual points to make in rebuttal from drafts prepared by DCL counsel. |
| 06/24/11 | 0.40 | Teleconferences with J. Bendernagel (Sidley) re closing arguments. |
| 06/24/11 | 2.30 | Multiple revisions to closing argument. |
| 06/24/11 | 0.70 | Teleconference with counsel for DCL Proponents re issues on closing arguments. |

| | | |
|---|---|---|
| 06/24/11 | 0.30 | E-mail correspondence with counsel for DCL proponents re issues on draft order on disputed exhibits and findings and conclusions. |
| 06/24/11 | 0.60 | Revisions to draft order on disputed exhibits and findings and conclusions. |
| 06/24/11 | 0.30 | E-mail correspondence with counsel for Noteholders (Akin) re issues on draft order on disputed exhibits and findings and conclusions. |
| 06/24/11 | 1.60 | Draft and edit demonstrative slides for closing arguments and review Examiner's report for use in demonstrative slides. |
| 06/24/11 | 1.30 | Review and comment on closing arguments prepared by other DCL counsel. |
| 06/25/11 | 3.40 | Further work preparing for closing arguments by reviewing key documents, trial transcript, confirmation briefs, outlines from DCL counsel. |
| 06/26/11 | 4.50 | Prepare for closing arguments, including review of all confirmation briefing and key cases. |
| 06/26/11 | 1.20 | Further revisions to closing argument. |
| 06/27/11 | 1.50 | Further preparation for closing arguments. |
| 06/27/11 | 6.80 | Participate in closing arguments including preparation for rebuttal through lunch break. |
| 06/28/11 | 0.50 | Participate in omnibus hearing. |
| 06/28/11 | 0.30 | Teleconference with M. Hurley (Akin Gump) re issues on order re findings and conclusions. |
| 06/28/11 | 0.30 | Teleconference with J. Bendernagel (Sidley) re closing arguments and issue re draft order on findings and conclusions. |
| 06/28/11 | 0.90 | Review transcript of closing arguments. |
| 06/29/11 | 0.40 | Teleconference with DCL counsel re admissibility of disputed exhibits and findings and conclusions. |
| 06/29/11 | 0.20 | Teleconference with M. Hurley (Akin) re issues on draft order re disputed exhibits and findings and conclusions. |
| 06/29/11 | 1.20 | Review proposed revisions to trial transcript. |
| 06/29/11 | 0.20 | E-mail correspondence with counsel for DCL Proponents re issues on draft order re exhibits and findings and conclusions. |
| 06/29/11 | 0.80 | Review additional exhibits Noteholders seek to have admitted for all purposes. |

July 31, 2011                                                                                   Page 9

| 06/29/11 | 0.20 | Teleconference with D. Bradford (Jenner) re draft order on findings and conclusions. |
| 06/30/11 | 1.20 | Participate in telephonic meeting of Creditors Committee re confirmation and bankruptcy developments. |
| 06/30/11 | 0.10 | Teleconference with A. Saavedra (Weil) re draft order on disputed exhibits and findings and conclusions. |
| 06/30/11 | 0.40 | Review documents re proposed R. Michaels settlement. |

P. Andrew Torrez

| 06/06/11 | 1.40 | Review filed pleadings including complaints asserting fraudulent conveyance claims against former Tribune stockholders. |
| 06/07/11 | 0.20 | Review motion to seal. |
| 06/07/11 | 0.80 | Review Wilmington Trust proposed findings of fact and conclusions of law. |
| 06/07/11 | 0.20 | Review Zell motion for leave to file two-page letter brief. |
| 06/07/11 | 0.50 | Review correspondence, filed pleadings, fee applications and objection letter. |
| 06/08/11 | 2.40 | Review proposed findings of fact supporting confirmation of DCL Plan. |
| 06/09/11 | 0.40 | Review correspondence to court and filed pleadings. |
| 06/10/11 | 0.60 | Review DC motion to admit exhibits into evidence. |
| 06/13/11 | 0.70 | Review e-mail correspondence and filed pleadings, including notice of amended agenda and motions to file under seal. |
| 06/14/11 | 0.80 | Review filed pleadings, including joinder to Debtors' objection, and motion to extend stay. |
| 06/17/11 | 0.40 | Review correspondence and filed pleadings, including notice of rescheduled hearing and various articles. |
| 06/20/11 | 1.50 | Review Noteholder proposed conclusions of law. |
| 06/20/11 | 1.80 | Review Noteholder proposed findings of fact. |
| 06/21/11 | 0.40 | Review correspondence and filed pleadings including order granting Second Motion to Amend. |
| 06/22/11 | 0.20 | Review correspondence and objections to UCC subpoena. |
| 06/27/11 | 0.80 | Review correspondence and filed pleadings including notice of agenda and various entered orders. |
| 06/28/11 | 0.30 | Review Tribune correspondence. |

| | | |
|---|---|---|
| 06/29/11 | 0.50 | Review Tribune correspondence. |
| 06/30/11 | 0.90 | Review correspondence and R. Michaels deposition transcript. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 06/01/11 | 0.30 | Call with LRC regarding strategy and next steps in shareholder discovery. |
| 06/01/11 | 0.20 | Call with N. Dobbs (Dechert) regarding shareholder discovery. |
| 06/01/11 | 1.00 | Review and redline DCL findings of fact. |
| 06/01/11 | 0.10 | Coordinate filing of lender action summonses. |
| 06/02/11 | 1.50 | Review and redline latest drafts of DCL findings and conclusions. |
| 06/02/11 | 0.30 | Revise and send to K. Lantry draft of side-letter agreement in connection with Sidley subpoena to UCC. |
| 06/02/11 | 0.20 | Call with JPM counsel regarding production of shareholder information in response to UCC subpoena. |
| 06/02/11 | 1.00 | Review and redline draft letter to court, including review of caselaw. |
| 06/02/11 | 0.10 | Email to RBS counsel (Cadwalader) regarding shareholder discovery. |
| 06/02/11 | 1.00 | Begin analysis of remaining shareholder discovery targets. |
| 06/02/11 | 0.20 | Respond to VRC counsel's questions regarding Retirees' state law claims. |
| 06/02/11 | 0.20 | Respond to Paul Weiss email about lender complaint service. |
| 06/02/11 | 0.10 | Email LRC and SVG regarding filing of notice of appearance. |
| 06/02/11 | 0.70 | Research Eagle New Investments issue. |
| 06/03/11 | 3.00 | Review and analyze lender defendant and shareholder discovery spreadsheets. |
| 06/03/11 | 0.20 | Call with LRC regarding shareholder discovery activities and strategy. |
| 06/03/11 | 0.30 | Review and execute confidentiality agreements to multiple parties. |
| 06/03/11 | 0.50 | Review and revise confidentiality agreement with JPM. |
| 06/03/11 | 0.20 | Emails with JPM counsel regarding shareholder information production pursuant to UCC subpoena. |

| | | |
|---|---|---|
| 06/03/11 | 0.40 | Initial review of shareholder material produced by JPM. |
| 06/03/11 | 0.50 | Review and redline draft motion regarding confirmation hearing DCL exhibits. |
| 06/03/11 | 0.10 | Email J. Green (LRC) regarding shareholder discovery strategy. |
| 06/03/11 | 0.20 | Call with Northern Trust counsel (D. Rosenzweig, Fulbright) regarding shareholder discovery. |
| 06/03/11 | 0.10 | Review and respond to emails about filing of lender complaint service. |
| 06/03/11 | 0.20 | Confer with A. Caridas regarding shareholder discovery analysis. |
| 06/03/11 | 0.60 | Review near-final draft of DCL proposed findings. |
| 06/03/11 | 0.20 | Emails to RBS (Cadwalader) and U.S. Bank (T. Johnson) regarding shareholder discovery. |
| 06/07/11 | 0.50 | Participate in weekly professionals' call regarding bankruptcy and plan confirmation developments. |
| 06/07/11 | 1.00 | Call with LRC and A. Caridas to discuss shareholder discovery status, strategy, and activity. |
| 06/07/11 | 0.90 | Call with DCL group regarding closing argument planning. |
| 06/07/11 | 0.40 | Call with DCL group to discuss response to NPP exhibits motion. |
| 06/07/11 | 0.40 | Revise and send subpoena to Credit Suisse (USA) LLC. |
| 06/07/11 | 0.10 | Discuss subpoena strategy with A. Caridas. |
| 06/07/11 | 0.20 | Confer with J. Sottile on subpoena enforcement strategy, closing argument. |
| 06/07/11 | 0.20 | Review RBS production in response to UCC subpoena for shareholder data. |
| 06/07/11 | 0.20 | Produce JPM production to parties that subpoenaed the UCC. |
| 06/07/11 | 0.10 | Email JPM's counsel regarding production of shareholder information. |
| 06/07/11 | 0.10 | Email K. Shreeves (Cadwalader) regarding RBS production. |
| 06/07/11 | 0.10 | Email filing service regarding status of filing summonses. |
| 06/07/11 | 0.50 | Review and analyze shareholder discovery status of numerous parties. |
| 06/07/11 | 0.30 | Begin review of 6/6 NPP exhibit motion. |

| 06/07/11 | 0.50 | Continue analysis of JPM initial production of shareholder data pursuant to UCC subpoena. |
|---|---|---|
| 06/08/11 | 0.20 | Call with DPW regarding shareholder discovery follow-up. |
| 06/08/11 | 0.80 | Analyze foreign investment manager list in connection with shareholder discovery. |
| 06/08/11 | 0.10 | Email LRC regarding results of analysis of foreign entities. |
| 06/08/11 | 0.30 | Attend telephonic court hearing. |
| 06/08/11 | 0.10 | Confer with J. Sottile regarding case developments. |
| 06/08/11 | 0.30 | Coordinate binder preparation for J. Sottile closing preparation. |
| 06/08/11 | 0.30 | Revise and re-issue shareholder discovery subpoena to Morgan Stanley. |
| 06/08/11 | 0.20 | Review Colorado decision dismissing Tribune Creditors' state law claim. |
| 06/08/11 | 0.20 | Revise and finalize side-letter with Sidley regarding subpoena. |
| 06/08/11 | 2.50 | Prepare draft slides for J. Sottile closing, including research in connection with same. |
| 06/08/11 | 0.20 | Send follow-up emails on shareholder discovery and tolling agreements. |
| 06/08/11 | 0.10 | Emails with LRC regarding Mizuho shareholder discovery. |
| 06/09/11 | 0.40 | DCL strategy call regarding exhibits issues. |
| 06/09/11 | 2.10 | Review and redline multiple drafts of opposition brief on exhibits. |
| 06/09/11 | 0.40 | Further identification of relevant materials and coordinate preparation of hearing binders for J. Sottile. |
| 06/09/11 | 0.20 | Send material responsive to subpoenas to Aurelius, Retirees, Sidley. |
| 06/09/11 | 0.70 | Research on ABN Amro and RBS for shareholder discovery. |
| 06/09/11 | 0.10 | Update J. Sottile with update on service of lender complaint. |
| 06/09/11 | 0.20 | Email LRC regarding strategy and approach to obtain outstanding shareholder discovery. |
| 06/09/11 | 0.10 | Emails coordinating lender service filing project. |
| 06/10/11 | 0.50 | Participate in DCL call regarding closing arguments. |

| | | |
|---|---|---|
| 06/10/11 | 0.30 | Email LRC and Zuckerman Spaeder regarding shareholder discovery strategy. |
| 06/10/11 | 0.10 | Email J. Sottile regarding lender complaint service. |
| 06/10/11 | 0.20 | Email J. Green (LRC) regarding confidentiality agreement revisions, shareholder discovery. |
| 06/10/11 | 0.10 | Email Cahill counsel regarding tolling agreement. |
| 06/10/11 | 0.20 | Emails to Northern Trust counsel (D. Rosenzweig) regarding shareholder discovery. |
| 06/10/11 | 0.40 | Review lender defendant spreadsheets. |
| 06/10/11 | 1.50 | Review and analyze DCL filings. |
| 06/10/11 | 0.20 | Identify additional materials for J. Sottile binders. |
| 06/12/11 | 0.30 | Revise amended tolling agreement regarding UCC preference action, send same to Cahill. |
| 06/12/11 | 0.10 | Email PwC counsel (M. Enloe) regarding tolling agreement extension for UCC preference action. |
| 06/13/11 | 0.10 | Execute confidentiality agreements for shareholder discovery. |
| 06/13/11 | 1.00 | Attend court hearing telephonically. |
| 06/13/11 | 0.20 | Coordinate execution of tolling agreements in connection with UCC preference actions. |
| 06/14/11 | 0.40 | Call with LRC (D. Rath and J. Green) regarding shareholder discovery efforts. |
| 06/14/11 | 0.70 | Draft letter to accompany Rule 34 requests to parties for shareholder data. |
| 06/14/11 | 0.10 | Email PwC regarding tolling agreement extension for UCC preference action. |
| 06/15/11 | 0.30 | Revise and circulate letter to accompany R. 34 requests to defendants in third-party action. |
| 06/15/11 | 0.10 | Email JPM counsel (DPW) regarding shareholder discovery. |
| 06/15/11 | 0.30 | Prepare and provide amended tolling agreement to PwC counsel. |
| 06/15/11 | 0.80 | Research and review protective order in Lyondell referred to by D. Rosenzweig (Northern Trust counsel) for shareholder discovery efforts. |
| 06/15/11 | 0.10 | Email Northern Trust counsel (D. Rosenzweig) regarding Lyondell protective order, shareholder discovery. |

July 31, 2011                                                                                                Page 14

| 06/15/11 | 0.20 | Prepare lengthy email for A. Caridas regarding various Tribune ongoing projects. |
| 06/15/11 | 0.40 | Attention to and review of confidentiality restrictions and recent Colorado order, including email to Noteholders' counsel regarding same. |
| 06/15/11 | 0.30 | Review and redline draft memorandum to UCC regarding D. Williams. |
| 06/15/11 | 0.10 | Review spreadsheet on UCC preference action tolling agreements and status. |
| 06/15/11 | 0.10 | Email Y. Yoo (Chadbourne) regarding preference action spreadsheet. |
| 06/15/11 | 0.20 | Email LRC and J. Sottile regarding confidentiality obligations. |
| 06/15/11 | 0.30 | Email J. Green (LRC) regarding analysis of Lyondell protective order. |
| 06/16/11 | 0.40 | Call and emails with A. Caridas regarding ongoing Tribune projects. |
| 06/16/11 | 0.10 | Email L. Medoro and A. Caridas regarding lender complaint service project. |
| 06/16/11 | 0.10 | Email LRC regarding protective order issue for Northern Trust. |
| 06/16/11 | 0.10 | Call to JPM counsel regarding shareholder discovery production. |
| 06/16/11 | 0.10 | Email shareholder material to H. Neier (Aurelius counsel). |
| 06/16/11 | 0.40 | Draft email regarding Colorado confidentiality issue. |
| 06/30/11 | 1.50 | Review transcripts from closing arguments and recent court hearings. |
| 06/30/11 | 1.00 | Review emails regarding Tribune-related projects. |
| 06/30/11 | 0.10 | Provide requested SLCFC materials to J. Boelter (Sidley). |

Thomas G. Macauley

| 06/01/11 | 0.20 | Review and finalize notice of appearance for SVG. |

Graeme W. Bush

| 06/06/11 | 0.30 | Confer with J. Sottile regarding status of confirmation briefing and closing argument. |
| 06/07/11 | 0.30 | E-mails with DCL proponents regarding closing argument. |

| 06/08/11 | 0.20 | E-mails with J. Sottile and DCL Proponents regarding hearing and argument issues. |
| 06/10/11 | 0.20 | E-mails with DCL Plan Proponents regarding oral argument subjects and timing. |
| 06/13/11 | 0.20 | Review pleadings filed regarding confirmation briefs. |
| 06/14/11 | 0.20 | Review Chadbourne & Parke report on court hearing. |
| 06/17/11 | 0.10 | E-mail Gladys Colón regarding handling and filing of Tribune pleadings. |
| 06/20/11 | 0.40 | Review draft outline of closing argument from J. Sottile. |
| 06/21/11 | 0.20 | Telephone call with J. Sottile regarding updates on Tribune projects. |
| 06/21/11 | 0.20 | Review e-mails from Chadbourne & Parke regarding professionals' call and developments to be discussed. |
| 06/22/11 | 0.20 | Confer with J. Sottile regarding update and oral argument. |
| 06/23/11 | 0.60 | Review outline of closing arguments. |
| 06/23/11 | 0.20 | Review pleadings regarding hearing on post-trial briefs. |
| 06/23/11 | 0.30 | Review e-mails from DCL Proponents regarding oral argument outlines. |
| 06/24/11 | 0.10 | E-mails with J. Sottile regarding moot of closing argument. |
| 06/26/11 | 0.80 | Prepare for hearing on confirmation. |
| 06/27/11 | 6.00 | Attend oral arguments on confirmation. |
| 06/27/11 | 1.20 | Meeting with DCL proponents regarding preparation for oral argument. |
| 06/28/11 | 0.40 | Review reports on Monday hearing. |

**Andrew Caridas**

| 06/01/11 | 3.20 | Review and update tracking of shareholder discovery productions, including calls and e-mails to subpoenaed parties. |
| 06/01/11 | 1.70 | Prepare for and participate in call with LRC re motions to compel. |
| 06/20/11 | 4.70 | Review correspondence and status of outstanding Tribune projects. |
| 06/21/11 | 3.40 | Coordinate lender action service, including filing of certificates of service in coordination with vendor and new local counsel. |

| 06/21/11 | 1.30 | Calls with court clerk's office regarding certain subpoenaed parties. |
|---|---|---|
| 06/21/11 | 0.90 | Confer with J. Green (LRC) regarding motions for July 28th status hearing. |
| 06/21/11 | 2.80 | Review draft UCC motions for extension of time and service. |
| 06/22/11 | 4.90 | Revise motion to extend service deadline. |
| 06/23/11 | 4.90 | Prepare demonstrative exhibits for closing argument. |
| 06/23/11 | 1.70 | Review draft closing argument outline. |
| 06/23/11 | 1.20 | Review and modify tolling agreement extension for Tribune advisor. |
| 06/23/11 | 0.80 | Exchange correspondence with PwC counsel re advisor claims tolling agreement extension. |
| 06/24/11 | 0.60 | Exchange e-mail correspondence and phone calls regarding advisor claims tolling agreement. |
| 06/24/11 | 5.80 | Confer with J. Sottile and edit demonstrative exhibits for closing argument accordingly. |
| 06/26/11 | 0.50 | Exchange e-mail correspondence regarding PwC preference action tolling agreement. |
| 06/27/11 | 6.20 | Attend (telephonically) court hearing on closing arguments. |
| 06/27/11 | 0.80 | Exchange e-mail correspondence regarding tolling agreement of UCC preference action. |
| 06/29/11 | 1.70 | Review draft UCC protective order motion in connection with shareholder discovery. |
| 06/29/11 | 2.20 | Review Rule 34 discovery service list. |
| 06/30/11 | 1.30 | Revise and execute discovery request cover letter. |
| 06/30/11 | 8.50 | Revise draft motions for extension of time to serve. |

Lisa Medoro

| 06/01/11 | 1.00 | Prepare and edit spreadsheet relating to tracking summonses being filed with court. |
|---|---|---|
| 06/02/11 | 2.60 | Prepare, edit and revise spreadsheet relating to tracking summonses being filed with court. |
| 06/02/11 | 1.40 | Review and replace corrected certificates of service and work with Virtual Docket re filing of replacements. |

| | | |
|---|---|---|
| 06/02/11 | 0.10 | E-mail correspondence with Virtual Docket regarding replacement of certificates of services for some defendants with wrong address data. |
| 06/03/11 | 2.40 | Continue to edit and revise list of defendants for filing of certificates of service and summonses with the court. |
| 06/03/11 | 0.10 | E-mail correspondence with Virtual Docket regarding the same. |
| 06/06/11 | 1.00 | Review, edit and revise lender action complaint tracking spreadsheet to include packages returned for service not accepted. |
| 06/10/11 | 1.10 | Create, edit and revise defendants tracking spreadsheet to include new located addresses for some. |
| 06/10/11 | 0.20 | Confer with A. Goldfarb regarding the same. |
| 06/13/11 | 4.50 | Continue to search data bases to add addresses of defendants to service tracking spreadsheet. |
| 06/14/11 | 0.50 | Edit and revise complaint service tracking spreadsheet to reflect packages returned. |
| 06/14/11 | 0.30 | Prepare spreadsheet to track for certificates of service. |
| 06/15/11 | 4.00 | Prepare and organize certificates of service and summonses for defendants mailed complaints and summonses on May 13, 2011. |
| 06/16/11 | 2.90 | Prepare certificates of service and summons packages to be sent to Virtual Docket for filing. |
| 06/16/11 | 0.10 | E-mail correspondence with A. Goldfarb regarding the same. |
| 06/30/11 | 0.10 | Call with A. Caridas regarding status of complaint mailings and service of the same. |

Kimberley Wilson

| | | |
|---|---|---|
| 06/15/11 | 0.40 | Get four documents from the 10-05525 docket for A. Goldfarb. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

July 31, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:278831
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through June 30, 2011.

| | | |
|---|---|---|
| By Graeme W. Bush | | |
| 0.90 hours at $850.00 per hour | $ | 765.00 |
| By Thomas G. Macauley | | |
| 0.90 hours at $625.00 per hour | $ | 562.50 |
| By Andrew N. Goldfarb | | |
| 0.70 hours at $600.00 per hour | $ | 420.00 |
| TOTAL FEES | $ | 1,747.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 1,747.50 |

July 31, 2011                                                                                            Page 2

DESCRIPTION OF SERVICES                                                          CLIENT: 12464
                                                                                                        MATTER: 0002

**Andrew N. Goldfarb**

| 06/07/11 | 0.60 | Meeting with J. Sottile, G. Bush and T. Macauley to discuss status of numerous fee applications and process. |
| 06/16/11 | 0.10 | Call to H. Goldin of Goldin Associates re invoice. |

**Thomas G. Macauley**

| 06/06/11 | 0.10 | Review CNO for 20th monthly fee application. |
| 06/06/11 | 0.20 | Review and edit 21st monthly fee application. |
| 06/06/11 | 0.20 | Draft note to fee examiner regarding 2nd interim fee application. |
| 06/06/11 | 0.10 | Review CNO for 19th monthly fee application. |
| 06/06/11 | 0.30 | Draft note to V. Garlati regarding 19th and 20th monthly fee applications. |

**Graeme W. Bush**

| 06/06/11 | 0.20 | Telephone call with Thomas Macauley regarding billing. |
| 06/07/11 | 0.70 | Telephone conference with Thomas Macauley regarding fee applications. |


**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

July 31, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:278832
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through June 30, 2011.

By Graeme W. Bush
    3.60  hours at  $850.00  per hour        $     3,060.00

By James Sottile
    5.90  hours at $725.00  per hour        $     4,277.50

| | | |
|---|---|---|
| TOTAL FEES | $ | 7,337.50 |
| Less Professional Courtesy | $ | -3,668.75 |
| TOTAL FEES | $ | 3,668.75 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 3,668.75 |

July 31, 2011                                                                                          Page 2

DESCRIPTION OF SERVICES                                                    CLIENT: 12464
                                                                          MATTER: 0003

James Sottile

| 06/13/11 | 1.60 | Travel to Wilmington for argument on motions re admissibility of exhibits. |
| 06/13/11 | 0.80 | Travel from Wilmington to New York following hearing on motions re admissibility of exhibits. |
| 06/27/11 | 3.50 | Travel to/from Wilmington for closing arguments. |

Graeme W. Bush

| 06/27/11 | 3.60 | Travel to and from Wilmington, DE for closing arguments. |