# EXHIBIT B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
23rd Monthly Fee Application
Period 6/1/11-6/30/11

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| TRAVEL | $ 337.00 | 6/8/2011 | JS | |
| | $ 493.70 | 6/17/2011 | GW | |
| | $ 240.00 | 6/23/2011 | GW | |
| | $ 255.00 | 6/29/2011 | GW | |
| | $ 255.00 | 6/30/2011 | JS | |
| | $ 433.51 | 5/19/2011 | GWB | |
| Total | $ 2,014.21 | | | $ 2,014.21 |
| LOCAL TRAVEL | $ 73.06 | 6/15/2011 | | |
| Total | $ 73.06 | | | $ 73.06 |
| TAXI/SUBWAY SERVICE | $ 4.50 | 6/8/2011 | JS | |
| | $ 20.00 | 6/9/2011 | AC | |
| | $ 20.00 | 6/23/2011 | JS | |
| | $ 20.00 | 6/30/2011 | GWB | |
| | $ 20.00 | 6/30/2011 | JS | |
| Total | $ 84.50 | | | $ 84.50 |
| MEALS | $ 17.00 | 6/29/2011 | GWB | |
| Total | $ 17.00 | | | $ 17.00 |
| COURT REPORTERS - TSG REPORTING | $ 430.80 | 6/9/2011 | | |
| | $ 925.80 | 6/9/2011 | | |
| | $ 1,044.80 | 6/9/2011 | | |
| | $ 1,102.60 | 6/9/2011 | | |
| Total | $ 3,504.00 | | | $ 3,504.00 |
| EXPERT/CONSULTING FEE | | | | |
| Navigant Consulting, Inc. | $ 2,423.89 | 12/30/2010 | | |
| Total | $ 2,423.89 | | | $ 2,423.89 |
| FEDEX | $ 47.00 | 6/27/2011 | | |
| Total | $ 47.00 | | | $ 47.00 |
| TELEPHONE CONFERENCING | | | | |
| SOUNDPATH | $ 329.93 | 6/30/2011 | | |
| Total | $ 329.93 | | | $ 329.93 |
| INHOUSE COPY | $ 22.50 | 6/9/2011 | | |
| | $ 111.70 | 6/9/2011 | | |
| | $ 26.30 | 6/10/2011 | | |
| | $ 0.30 | 6/10/2011 | | |
| Total | $ 160.80 | | | $ 160.80 |
| OUTSIDE DUPLICATING/PRINTING - | | | | |
| CaseDriven Technologies, Inc. | $ 191.55 | 6/15/2011 | | |
| Total | $ 191.55 | | | $ 191.55 |
| LONG DISTANCE CALLS | $ 0.12 | 6/1/2011 | | |
| | $ 0.12 | 6/1/2011 | | |
| | $ 0.24 | 6/1/2011 | | |
| | $ 0.72 | 6/1/2011 | | |

Zuckerman Spaeder LLP
23rd Monthly Fee Application
Period 6/1/11-6/30/11

| | | | | |
|---|---|---|---|---|
| | $ 0.12 | 6/1/2011 | | |
| | $ 0.24 | 6/2/2011 | | |
| | $ 0.72 | 6/2/2011 | | |
| | $ 0.12 | 6/3/2011 | | |
| | $ 0.12 | 6/3/2011 | | |
| | $ 0.12 | 6/3/2011 | | |
| | $ 0.12 | 6/3/2011 | | |
| | $ 0.24 | 6/3/2011 | | |
| | $ 0.12 | 6/3/2011 | | |
| | $ 0.48 | 6/3/2011 | | |
| | $ 0.12 | 6/8/2011 | | |
| | $ 0.12 | 6/8/2011 | | |
| | $ 0.12 | 6/8/2011 | | |
| | $ 0.12 | 6/8/2011 | | |
| | $ 0.96 | 6/8/2011 | | |
| | $ 0.12 | 6/8/2011 | | |
| | $ 0.84 | 6/9/2011 | | |
| | $ 0.12 | 6/20/2011 | | |
| | $ 0.12 | 6/22/2011 | | |
| | $ 0.60 | 6/22/2011 | | |
| | $ 0.12 | 6/22/2011 | | |
| | $ 1.08 | 6/22/2011 | | |
| | $ 1.32 | 6/22/2011 | | |
| | $ 0.12 | 6/24/2011 | | |
| | $ 0.12 | 6/24/2011 | | |
| | $ 0.12 | 6/24/2011 | | |
| | $ 0.60 | 6/24/2011 | | |
| | $ 1.08 | 6/24/2011 | | |
| | $ 0.12 | 6/24/2011 | | |
| | $ 1.80 | 6/28/2011 | | |
| | $ 0.12 | 6/28/2011 | | |
| | $ 2.16 | 6/28/2011 | | |
| | $ 0.84 | 6/29/2011 | | |
| | $ 0.12 | 6/29/2011 | | |
| | $ 0.12 | 6/30/2011 | | |
| Total | $ 16.68 | | | $ 16.68 |
| WESTLAW RESEARCH | $ 450.56 | 5/31/2011 | | |
| Total | $ 450.56 | | | $ 450.56 |
| POSTAGE | $ 22.40 | 6/16/2011 | | |
| Total | $ 22.40 | | | $ 22.40 |
| GRAND TOTAL | | | | $ 9,335.58 |