**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | : CHAPTER 11 |
| | : Case No: 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | : |
| | : |
| Debtors | : Re: 8917 |
| | : |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF JEWEL FOOD STORES, INC., ALBERTSON'S, LLC, NEW ALBERTSON'S, INC., AND SUPERVALU, INC. TO ALLOW LATE FILED CLAIM AND FOR RELIEF FROM THE AUTOMATIC STAY**

Undersigned counsel hereby certifies that the Motion of JEWEL FOOD STORES, INC., ALBERTSON'S, LLC, NEW ALBERTSON'S, INC. and SUPERVALU INC. (collectively the "Movants") to Allow Late Filed Claim and for Relief from the Automatic Stay (the "Motion") has been resolved in accordance with the attached Agreed Order Regarding Motion of JEWEL FOOD STORES, INC., ALBERTSON'S, LLC, NEW ALBERTSON'S, INC. and SUPERVALU INC. to Allow Late Filed Claim and for Relief from the Automatic Stay (the "Agreed Order"), upon which the Debtors and Movants have agreed.

The Motion was filed on May 16, 2011 as D.I. No. 8917 and the Debtors filed an objection (the "Objection") to the Motion on June 9, 2011 as D.I. No. 9215. The Official Committee of Unsecured Creditors (the "Committee") filed a joinder to the Debtors' Objection on June 9, 2011 as D.I. No. 9216. No other parties filed a separate objection or joined in the Debtors' Objection.

The Agreed Order allows the third-party complaint that Movants filed against the Debtors to continue, subject to the terms and limitations of the Agreed Order.

The Committee is not a party to the Agreed Order. Counsel to the Committee has, however, informed counsel to the Debtors that the Committee does not object to the Agreed

Order. Accordingly, Movants request that the Court approve and enter the attached Agreed Order

WHEREFORE, Movants respectfully requests that this Honorable Court approve and enter the attached Agreed Order.

ARCHER & GREINER, P.C.

By: */S/ Charles J. Brown, III*

Dated: August 1, 2011

Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Phone: 302.777.4350 / Fax: 302.777.4352
cbrown@archerlaw.com

*Counsel to Counsel to Jewel Food Stores, Inc., Albertson's, LLC, New Albertson's, Inc. and Supervalu, Inc.*

6956131v1