### *CERTIFICATE OF SERVICE*

      I hereby certify that on this date service of a true and correct copy of the foregoing document was made by CM/ECF and/or Electronic Mail on the following:

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

                                      ARCHER & GREINER, P.C.

                              By:  */S/ Charles J. Brown, III*
Dated: August 1, 2011                Charles J. Brown, III (No. 3368)
                                        300 Delaware Avenue, Suite 1370
                                        Wilmington, DE 19801
                                        Phone: 302.777.4350 / Fax: 302.777.4352
                                        cbrown@archerlaw.com