# **EXHIBIT A**

# JONES DAY

| Plan of Reorganization Matters | | | Page 1 |
|---|---|---|---|

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 06/01/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 06/02/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 06/03/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 06/04/11 | B B ERENS | 0.80 | 640.00 |
| | Review findings of fact and conclusions of law regarding confirmation hearing. | | |
| 06/06/11 | B B ERENS | 0.50 | 400.00 |
| | Review new filings regarding plan confirmation (.30); conference with Heiman regarding same (.20). | | |
| 06/06/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 06/06/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Erens regarding plan confirmation (.20); review Aurelius findings of fact (.30). | | |
| 06/07/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 06/08/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 06/08/11 | D G HEIMAN | 0.70 | 682.50 |
| | Review proposed finding of fact and conclusions of law. | | |
| 06/09/11 | B B ERENS | 0.20 | 160.00 |
| | E-mails to Heiman regarding recent confirmation hearing filings. | | |
| 06/09/11 | D G HEIMAN | 1.00 | 975.00 |
| | Review Aurelius proposed findings of fact regarding confirmation (.50); e-mail communications with Shapiro regarding same (.30); e-mail communication with Erens regarding same (.20). | | |
| 06/10/11 | L M BUONOME | 0.70 | 297.50 |
| | Analyze DCL plan proponents' proposed findings of fact and conclusions of law to assess discussion regarding the special committee of the board of directors of Tribune (.60); summarize same for Erens (.10). | | |
| 06/10/11 | B B ERENS | 0.50 | 400.00 |
| | Due diligence regarding findings in facts and conclusion of law status (.20); e-mails with Sidley and Heiman regarding same (.30). | | |
| 06/10/11 | D G HEIMAN | 1.00 | 975.00 |
| | Conferences and e-mails with Wilderotter, Erens and Shapiro regarding proposed findings regarding special committee. | | |
| 06/12/11 | D G HEIMAN | 0.50 | 487.50 |
| | E-mail communications with Wilderotter regarding proposed findings of fact regarding confirmation. | | |
| 06/13/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 06/14/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 06/15/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 06/16/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 06/17/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 06/20/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |

# JONES DAY

| Plan of Reorganization Matters | | | | Page 2 |
|---|---|---|---|---|
| 06/21/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 06/22/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 06/23/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 06/24/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 06/27/11 | B B ERENS | 0.20 | | 160.00 |
| | Review summary of closing arguments for confirmation. | | | |
| 06/27/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 06/29/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| 06/30/11 | A C FARRINGTON | 0.10 | | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | | |
| **TOTAL** | | **8.50** | **USD** | **6,187.50** |

# JONES DAY

| Court Hearings | | | Page 1 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 06/08/11 | L M BUONOME | 1.00 | 425.00 |
| | Attend telephonic conference in Judge Carey's court room regarding scheduling concerns (.60); draft summary of same for Heiman and Erens (.40). | | |
| 06/08/11 | D G HEIMAN | 0.30 | 292.50 |
| | Review summary from Buonome regarding court conference. | | |
| 06/08/11 | AK SOBCZAK | 0.20 | 50.00 |
| | Communicate with Buonome regarding telephone appearance at 6/8 teleconference scheduled by the court (.10); communicate with CourtCall to make arrangements for same and transmit reservation to Buonome (.10). | | |
| 06/27/11 | L M BUONOME | 8.20 | 3,485.00 |
| | Attend closing arguments of Tribune confirmation hearing and take notes to report to senior partners and client (6.10); draft summary of same (2.10). | | |
| **TOTAL** | | **9.70**    **USD** | **4,252.50** |

# JONES DAY

| Fee Applications/Retention Preparation | | | Page 1 |
|---|---|---|---|

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 06/03/11 | AK SOBCZAK | 1.00 | 250.00 |

Communicate with Marvin regarding April 2011 fee application summary of services (.10); review and revise fee application accordingly (.30); update electronic document files (.50); draft e-mail to Tiller regarding same (.10).

| 06/06/11 | B B ERENS | 0.20 | 160.00 |
|---|---|---|---|

Review April fee application and call with Sobczak regarding same.

| 06/06/11 | AK SOBCZAK | 1.10 | 275.00 |
|---|---|---|---|

Communicate with Erens regarding revisions to fee application and edits to bill (.20); review and revise fee application and exhibits (.80); e-mails to and from Soffer (financial services) regarding same (.10).

| 06/09/11 | B B ERENS | 0.20 | 160.00 |
|---|---|---|---|

Telephone call with Sobczak and emails regarding upcoming fee application filings.

| 06/09/11 | AK SOBCZAK | 0.30 | 75.00 |
|---|---|---|---|

Communicate with Erens regarding April 2011 bill and fee application filing (.20); e-mail to Tiller regarding same (.10).

| 06/10/11 | AK SOBCZAK | 3.00 | 750.00 |
|---|---|---|---|

Communicate with Tiller regarding April bill and fee application (.20); e-mails to and from Soffer (financial services) regarding same (.10); update all electronic files for fee application, exhibits and transmit to local counsel for e-filing (.70); e-mails to and from local counsel regarding same (.10); e-mail to and from Stano regarding signature page (.10); review May 2011 bill (1.70); draft e-mail to fee auditor transmitting filed fee application and LEDES file (.10).

| 06/16/11 | AK SOBCZAK | 2.40 | 600.00 |
|---|---|---|---|

Communicate with Bunck regarding CourtCall charge (.10); e-mail to and from CourtCall representative regarding same (.10); review invoice and transmit to Bunck for payment (.10); review and revise May 2011 bill (.70); e-mails to and from Soffer (financial services) regarding same (.10); draft, review and revise May 2011 fee application (1.30).

| 06/21/11 | AK SOBCZAK | 0.10 | 25.00 |
|---|---|---|---|

Communicate with Soffer (financial services) regarding status of May bill.

| 06/22/11 | AK SOBCZAK | 0.70 | 175.00 |
|---|---|---|---|

Review latest draft of May 2011 bill (.20); review and revise May 2011 fee application (.40); communicate with Marvin regarding same (.10).

| 06/29/11 | AK SOBCZAK | 0.10 | 25.00 |
|---|---|---|---|

Communicate with Marvin regarding review of May 2011 bill.

| TOTAL | | 9.10 | USD 2,495.00 |
|---|---|---|---|

## JONES DAY

| Bankruptcy Travel | | | Page 1 |
|---|---|---|---|
| 06/27/11 | L M BUONOME | 1.90 | 403.75 |
| | Travel to Delaware to attend closing arguments of Tribune confirmation hearing (1.60); travel back to New York after same (.30). | | |
| **TOTAL** | | 1.90    USD | 403.75 |

# JONES DAY

| Litigation Matters | | | Page 1 |
|---|---|---|---|
| 06/03/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Shapiro regarding status of litigation. | | |
| 06/07/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Buonome regarding closing arguments. | | |
| 06/09/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Shapiro regarding hearing delay. | | |
| 06/10/11 | L M BUONOME | 0.10 | 42.50 |
| | Conference with Marvin regarding objections. | | |
| 06/10/11 | L M MARVIN | 0.10 | 55.00 |
| | Conference with Bounoume regarding objections and prepare related correspondence. | | |
| 06/14/11 | D G HEIMAN | 0.50 | 487.50 |
| | Review pleading regarding admissions of documents. | | |
| 06/27/11 | D G HEIMAN | 1.00 | 975.00 |
| | Review business summary of closing arguments (.50); e-mail communications with Shapiro, Wilderotter and Sherman regarding same (.50). | | |
| 06/27/11 | L M MARVIN | 0.50 | 275.00 |
| | Review summary of closing arguments. | | |
| 06/28/11 | D G HEIMAN | 0.50 | 487.50 |
| | E-mail communications with Shapiro regarding status of litigation (.20); review Liebentritt status report (.30). | | |
| **TOTAL** | | **4.20**   USD | **3,785.00** |

# **EXHIBIT B**

# JONES DAY

Special Committee of the Board of Directors of                                             Page 1

Plan of Reorganization Matters

## DISBURSEMENT DETAIL - June 30, 2011

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 06/17/11 | L M MARVIN | NYC | 3.20 | |
| | Computerized research services - PACER SERVICE CENTER 1st quarter 2011 | | | |
| 06/17/11 | L M MARVIN | NYC | 13.68 | |
| | Computerized research services - PACER SERVICE CENTER 1st quarter 2011 | | | |
| | **Computerized research services Subtotal** | | | 16.88 |
| **CONFERENCE CALL CHARGES** | | | | |
| 06/30/11 | AK SOBCZAK | CHI | 44.00 | |
| | Conference Call Charges - NATIONAL CITY BANK COURT CALL 5/17/11 | | | |
| | **Conference Call Charges Subtotal** | | | 44.00 |
| **FOOD AND BEVERAGE EXPENSES** | | | | |
| 06/30/11 | L M BUONOME | NYC | 11.80 | |
| | Food and beverage expenses lunch Receipt #4 Attending court. 27-Jun-2011 | | | |
| | **Food and beverage expenses Subtotal** | | | 11.80 |
| **IMAGING SERVICES** | | | | |
| 06/23/11 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - ALPHA SYSTEMS April 2011 e-direct hosting | | | |
| 06/23/11 | L M MARVIN | NYC | 183.29 | |
| | Imaging services - ALPHA SYSTEMS April 2011 e-direct hosting | | | |
| | **Imaging services Subtotal** | | | 261.08 |
| **LOCAL TAXI CHARGES** | | | | |
| 06/09/11 | L M MARVIN | NYC | 31.05 | |
| | Local taxi charge Dialcar- 02/08/11 from Office to Penn station - Trip to Deposition in DE 28-Mar-2011 | | | |
| | **Local taxi charges Subtotal** | | | 31.05 |
| **TAXI FARE** | | | | |
| 06/30/11 | L M BUONOME | NYC | 5.00 | |
| | Taxi fare Receipt #7 Transport to court from rail. 27-Jun-2011 | | | |
| | **Taxi Fare Subtotal** | | | 5.00 |
| **TRAIN FARE** | | | | |
| 06/30/11 | L M BUONOME | NYC | 157.00 | |
| | Train fare Receipt #5 Transport to court from NY. 27-Jun-2011 | | | |
| 06/30/11 | L M BUONOME | NYC | 124.00 | |
| | Train fare Receipt #6 Transport from court return to NY. 27-Jun-2011 | | | |
| | **Train Fare Subtotal** | | | 281.00 |
| **Total** | | | USD | 650.81 ** |

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 11.80

| **Grand Total** | | | USD | 650.81 ** |
|---|---|---|---|---|

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 11.80

# **EXHIBIT C**

CHI-1806822v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1. I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. I have read the Tenth Monthly Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from June 1, 2011 Through June 30, 2011 (the "Application").

3. A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: August 1, 2011          /s/Brad B. Erens
                               Brad B. Erens