-

# **<u>EXHIBIT A</u>**



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

July 1, 2011                                                                                    Invoice 937    DAS
In Reference To: 00499-008 - General
Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 06/20/11 | MDK | Review request for audit status update and activity in reported matters to determine scope of response necessary. | 4.50 195.00/hr | 877.50 |
| 06/20/11 | RP | Revise audit response. | 0.20 445.00/hr | 89.00 |
| | | **For professional services rendered** | **4.70** | **$966.50** |
| | | **Total Amount of this Bill** | | **$966.50** |

**Levine Sullivan Koch & Schulz, L.L.P.**

|                            |                |
|----------------------------|----------------|
| I.D. 00499-008 - DAS       | July 1, 2011   |
| Re: General                | Invoice 937    |
|                            | Page 2         |

## Timekeeper Summary

|                  |         | Hours | Rate/Hour | Amount   |
|------------------|---------|-------|-----------|----------|
| Robert Penchina  |         | 0.20  | 445.00    | 89.00    |
| Marla D. Kelley  |         | 4.50  | 195.00    | 877.50   |
|                  | Totals  | 4.70  |           | $966.50  |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

July 1, 2011                                                              Invoice  850     NES

In Reference To:  00499-050 - Baltimore Sun - General Newsroom

Client:  Tribune Company

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/20/11 | NES | Review grand jury inquiry and charge and discuss response with client. | 0.60<br>445.00/hr | 267.00 |
| 06/21/11 | NES | Telephone conference with Scripps and CBS counsel regarding grand jury inquiry (.4); research statutes regarding whether grand jury has subpoena power (.5); exchange email with client summarizing status (.1). | 1.00<br>445.00/hr | 445.00 |
| | | **For professional services rendered** | **1.60** | **$712.00** |
| | | **Total Amount of this Bill** | | **$712.00** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | July 1, 2011 |
|---|---|
| I.D. 00499-050 - NES | Invoice 850 |
| Re: Baltimore Sun - General Newsroom | Page 2 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Nathan E. Siegel | | 1.60 | 445.00 | 712.00 |
| | **Totals** | **1.60** | | **$712.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

July 1, 2011                                                            Invoice 858     NES

In Reference To:  00499-071 - Henke

Client:  Tribune Company

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 06/29/11 | NES | Revise stipulation and exchange email with client counsel regarding strategy. | 1.30 445.00/hr | 578.50 |
| 06/30/11 | NES | Exchange email regarding case strategy. | 0.40 445.00/hr | 178.00 |
| | | **For professional services rendered** | **1.70** | **$756.50** |
| | | **Total Amount of this Bill** | | **$756.50** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | July 1, 2011 |
|---|---|
| I.D. 00499-071 - NES | Invoice 858 |
| Re: Henke | Page 2 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Nathan E. Siegel | | 1.70 | 445.00 | 756.50 |
| | **Totals** | **1.70** | | **$756.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY  10017

July 1, 2011                                                          Invoice  825      RP

In Reference To:  00499-077 - Journal Publ. v. Hartford Courant

Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------:|-------:|
| 06/01/11 | RP | Review documents. | 0.50<br>445.00/hr | 222.50 |
| 06/02/11 | MXB | Review documents. | 3.10<br>290.00/hr | 899.00 |
| 06/02/11 | RP | Draft and research reply brief. | 3.50<br>445.00/hr | 1,557.50 |
| 06/03/11 | RP | Continue drafting and researching reply brief. | 2.50<br>445.00/hr | 1,112.50 |
| 06/04/11 | RP | Continue researching and drafting reply brief. | 3.00<br>445.00/hr | 1,335.00 |
| 06/05/11 | RP | Continue drafting and researching reply brief. | 6.00<br>445.00/hr | 2,670.00 |
| 06/06/11 | RP | Continue researching and drafting reply brief. | 7.00<br>445.00/hr | 3,115.00 |
| 06/07/11 | SB | Review citations in reply brief on motion to dismiss for legal validity, accuracy and proper format. | 0.40<br>195.00/hr | 78.00 |
| 06/07/11 | MXB | Review documents (.3); review and revise reply brief (1.6). | 1.90<br>290.00/hr | 551.00 |
| 06/07/11 | RP | Continue drafting and researching reply brief. | 7.20<br>445.00/hr | 3,204.00 |
| 06/08/11 | SB | Continue reviewing citations in reply brief on motion to dismiss for legal validity, accuracy and proper format (2.6); draft and revise certificate of service for same (.1); electronically file same (.2). | 2.90<br>195.00/hr | 565.50 |
| 06/08/11 | RP | Continue drafting and revising reply brief (3.5); finalize brief and | 4.80<br>445.00/hr | 2,136.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP
Re: Journal Publ. v. Hartford Courant

July 1, 2011
Invoice 825
Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| | | draft correspondence to Judge Chatigny (.7); review draft of discovery requests (.6). | | |
| 06/08/11 | CAS | Review reply brief. | 0.20 420.00/hr | 84.00 |
| 06/09/11 | MXB | Review and revise discovery requests. | 0.30 290.00/hr | 87.00 |
| 06/09/11 | RP | Draft email to plaintiff regarding discovery (.1); review draft discovery requests (1.1). | 1.20 445.00/hr | 534.00 |
| 06/10/11 | MXB | Revise discovery requests. | 2.40 290.00/hr | 696.00 |
| 06/10/11 | RP | Draft additional discovery requests (3.2); review proposed joint status report circulated by plaintiff (.3). | 3.50 445.00/hr | 1,557.50 |
| 06/13/11 | SB | Research relating to plaintiff's claims. | 0.80 195.00/hr | 156.00 |
| 06/13/11 | MXB | Review and revise discovery requests. | 1.20 290.00/hr | 348.00 |
| 06/13/11 | RP | Draft and revise discovery requests (3.0); revise additional discovery requests (2.9). | 5.90 445.00/hr | 2,625.50 |
| 06/14/11 | CPB | Review discovery requests and case materials. | 1.50 420.00/hr | 630.00 |
| 06/14/11 | RP | Confer with client regarding discovery (.3); draft additional requests (.5). | 0.80 445.00/hr | 356.00 |
| 06/15/11 | MXB | Review documents. | 0.30 290.00/hr | 87.00 |
| 06/15/11 | RP | Review documents and analyze discovery issues (2.0); draft requests (1.6); supervise staffing (.3). | 3.90 445.00/hr | 1,735.50 |
| 06/16/11 | SB | Arrange for processing of client data and documents for review. | 0.30 195.00/hr | 58.50 |
| 06/16/11 | CPB | Telephone conference with client regarding discovery (1.2); review discovery requests and documents (3.0). | 4.20 420.00/hr | 1,764.00 |
| 06/16/11 | MXB | Review documents from client. | 1.90 290.00/hr | 551.00 |
| 06/16/11 | RP | Review plaintiff discovery requests and document issues (1.5); | 6.20 445.00/hr | 2,759.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

---

|  |  |  |  |  |
|---|---|---|---|---|
| I.D. 00499-077 - RP | | | | July 1, 2011 |
| Re: Journal Publ. v. Hartford Courant | | | | Invoice 825 |
| | | | | Page 3 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | analyze case strategies (.5); review previously obtained documents (2.8); telephone conference with client regarding discovery (1.2); follow-up call from client regarding same (.2). | | |
| 06/17/11 | SB | Exchange email with litigation support vendor regarding processing of data and documents for review. | 0.10<br>195.00/hr | 19.50 |
| 06/17/11 | RP | Revise and finalize discovery requests to plaintiff (2.0); revise proposed joint status report to court (.3). | 2.30<br>445.00/hr | 1,023.50 |
| 06/18/11 | CPB | Review materials received from client. | 1.50<br>420.00/hr | 630.00 |
| 06/20/11 | CPB | Continue reviewing case material and discovery requests. | 1.00<br>420.00/hr | 420.00 |
| 06/20/11 | MXB | Review Second Circuit decision (.9); analyze issue for supplemental briefing (.1). | 1.00<br>290.00/hr | 290.00 |
| 06/20/11 | RP | Review issues relating to discovery and email from client (.9); review Second Circuit decision (1.2); confer with client regarding same (.3). | 2.40<br>445.00/hr | 1,068.00 |
| 06/21/11 | CPB | Review draft of supplemental memorandum (.4); continue review of documents (1.5). | 1.90<br>420.00/hr | 798.00 |
| 06/21/11 | SB | Review citations in supplemental memorandum in support of motion to dismiss for legal validity, accuracy and proper format. | 0.30<br>195.00/hr | 58.50 |
| 06/21/11 | MXB | Revise draft supplemental memorandum of law. | 0.20<br>290.00/hr | 58.00 |
| 06/21/11 | RP | Conduct further analysis for supplemental brief (1.0); continue drafting supplemental brief (2.5); review confidentiality issues (.5). | 4.00<br>445.00/hr | 1,780.00 |
| 06/22/11 | SB | Conference with C. Beall regarding discovery (.1); telephone conferences, and exchange email with Array regarding loading of additional client data into Summation for review (.1). | 0.20<br>195.00/hr | 39.00 |
| 06/22/11 | CPB | Review documents in connection with discovery. | 2.00<br>420.00/hr | 840.00 |
| 06/22/11 | MXB | Draft protective order (2.0); review documents (.8). | 2.80<br>290.00/hr | 812.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP
Re: Journal Publ. v. Hartford Courant

July 1, 2011
Invoice 825
Page 4

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/22/11 | RP | Review confidentiality agreement (.3); review documents (1.2). | 1.50 445.00/hr | 667.50 |
| 06/23/11 | CPB | Conferences with D. Bralow and client representatives regarding discovery. | 5.50 420.00/hr | 2,310.00 |
| 06/23/11 | MXB | Review documents. | 3.80 290.00/hr | 1,102.00 |
| 06/23/11 | RP | Review issues relating to witnesses. | 0.40 445.00/hr | 178.00 |
| 06/24/11 | CPB | Exchange email with clients regarding discovery (.4); review materials in case file (.4); analyze attorney-client privilege issue (.2). | 1.00 420.00/hr | 420.00 |
| 06/24/11 | SB | Organize and assemble newly received data for processing into Summation (.1); exchange email with vendor regarding same (.1). | 0.20 195.00/hr | 39.00 |
| 06/24/11 | MXB | Continue reviewing documents (3.9); draft stipulated motion for entry of proposed protective order (.6); revise draft protective order (.6). | 5.10 290.00/hr | 1,479.00 |
| 06/24/11 | RP | Review documents (1.2); analyze privilege issues (.4); review and revise proposed confidentiality agreement (.5). | 2.10 445.00/hr | 934.50 |
| 06/25/11 | CPB | Draft objections and responses to discovery requests. | 3.50 420.00/hr | 1,470.00 |
| 06/26/11 | CPB | Draft and revise responses and objections to discovery requests. | 7.50 420.00/hr | 3,150.00 |
| 06/26/11 | RP | Review proposed protective order and draft correspondence regarding same. | 0.30 445.00/hr | 133.50 |
| 06/27/11 | MXB | Continue reviewing documents. | 1.50 290.00/hr | 435.00 |
| 06/29/11 | SB | Review database for possible duplicates of newly-received data (.1); organize and assemble new data for loading into Summation (.1); electronically file supplemental memorandum in support of motion to dismiss (.1). | 0.30 195.00/hr | 58.50 |
| 06/29/11 | CPB | Revise drafts of discovery responses (1.3); discuss same with client (.2). | 1.50 420.00/hr | 630.00 |
| 06/29/11 | RP | Review and revise responses to discovery requests (1.3); review | 1.90 445.00/hr | 845.50 |

**Levine Sullivan Koch & Schulz, L.L.P.**

|  |  |  |  | July 1, 2011 |
|---|---|---|---|---|
| I.D. 00499-077 - RP | | | | Invoice 825 |
| Re: Journal Publ. v. Hartford Courant | | | | Page 5 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
|  |  | plaintiff's supplemental brief (.4); draft correspondence regarding protective order (.2). |  |  |
| 06/30/11 | CPB | Continue review and revision of discovery responses and collection of documents. | 1.00 420.00/hr | 420.00 |
| 06/30/11 | RP | Review issues relating to discovery (1.4); exchange email with client relating to status and discovery (.3). | 1.70 445.00/hr | 756.50 |
|  |  | **For professional services rendered** | **135.90** | **$54,340.50** |

## Disbursements

| Description | Amount |
|---|---|
| Outside Copying/Printing | 38.11 |
| **Total Disbursements** | **$38.11** |
| **Total Amount of this Bill** | **$54,378.61** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | | | | | | |
|---|---|---|---|---|---|---|
| I.D. 00499-077 - RP | | | | | | July 1, 2011 |
| | | | | | | Invoice 825 |
| Re: Journal Publ. v. Hartford Courant | | | | | | Page 6 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 72.60 | 445.00 | 32,307.00 |
| Christopher P. Beall | 32.10 | 420.00 | 13,482.00 |
| Cameron A. Stracher | 0.20 | 420.00 | 84.00 |
| Scott Bailey | 5.50 | 195.00 | 1,072.50 |
| Michael Beylkin | 25.50 | 290.00 | 7,395.00 |
| **Totals** | **135.90** | | **$54,340.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

July 1, 2011                                                                                    Invoice 857    NES

In Reference To:  00499-078 - Worsham v. Homestead Publishing Company

Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/02/11 | ALS | Finalize settlement. | 0.50<br>375.00/hr | 187.50 |
| | | **For professional services rendered** | **0.50** | **$187.50** |
| | | **Total Amount of this Bill** | | **$187.50** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | | | |
|---|---|---|---|
| I.D. 00499-078 - NES | | | July 1, 2011 |
| Re: Worsham v. Homestead Publishing Company | | | Invoice 857 |
| | | | Page 2 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Alia L. Smith | 0.50 | 375.00 | 187.50 |
| **Totals** | **0.50** | | **$187.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

July 1, 2011                                                              Invoice 844    SDB

In Reference To:  00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 06/01/11 | SDJ | Draft and revise Ninth Monthly Fee Application for submission to bankruptcy court. | 2.10 290.00/hr | 609.00 |
| 06/02/11 | SDB | Review and revise Ninth Monthly Fee Application. | 0.50 445.00/hr | 222.50 |
| 06/02/11 | SDJ | Finalize revisions and file Ninth Monthly Fee Application. | 1.00 290.00/hr | 290.00 |
| 06/02/11 | JPB | Review and revise Ninth Monthly Fee Application for accuracy. | 0.40 195.00/hr | 78.00 |
| 06/03/11 | SDB | Analyze preliminary report received from A. Dalton regarding Quarterly Fee Application. | 0.40 445.00/hr | 178.00 |
| 06/03/11 | SDJ | Review expense backup and ledes files for submission to fee examiner. | 0.40 290.00/hr | 116.00 |
| 06/06/11 | SDB | Begin to formulate response to preliminary report received from A. Dalton regarding First and Second Quarterly Fee Applications (.4); exchange email with A. Dalton regarding same (.2). | 0.60 445.00/hr | 267.00 |
| 06/24/11 | SDJ | Review fee examiner's preliminary report and supporting documents in preparation for written response. | 0.60 290.00/hr | 174.00 |
| 06/29/11 | SDB | Review and revise Tenth Monthly Report (.5); review and revise Fourth Quarterly Report (.5); review and revise correspondence to A. Dalton regarding first and second quarterly fee reports and exhibit, and review report in connection with same (.6). | 1.60 445.00/hr | 712.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | | | | |
|---|---|---|---|---|
| I.D. 00499-080 - SDB | | | | July 1, 2011 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | | Invoice 844 |
| | | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 06/29/11 | SDJ | Draft written response to fee examiner's preliminary report (1.4); draft and revise tenth monthly fee application and fourth quarterly fee application for submission to bankruptcy court (2.0). | 3.40 290.00/hr | 986.00 |
| 06/29/11 | JPB | Preparation of chart of expense items in response to fee examiner's preliminary report (.6); review and revise tenth monthly fee application for accuracy (.3); review and revise fourth quarterly fee application for accuracy (.8). | 1.70 195.00/hr | 331.50 |
| 06/30/11 | SDJ | Revise response to fee examiner's report and supporting documentation (2.5); revise tenth monthly fee application for submission to bankruptcy court and correspond with local bankruptcy counsel and fee examiner regarding same (1.0); correspond with client regarding Certificate of No Objections (.2). | 3.70 290.00/hr | 1,073.00 |
| 06/30/11 | SDB | Review, revise and forward response to A. Dalton and accompanying chart. | 0.90 445.00/hr | 400.50 |
| | | **For professional services rendered** | 17.30 | $5,437.50 |
| | | **Total Amount of this Bill** | | $5,437.50 |

## Levine Sullivan Koch & Schulz, L.L.P.

| | | | July 1, 2011 |
|---|---|---|---|
| I.D. 00499-080 - SDB | | | Invoice 844 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | Page 3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 4.00 | 445.00 | 1,780.00 |
| Shaina D. Jones | 11.20 | 290.00 | 3,248.00 |
| Jennifer P. Burke | 2.10 | 195.00 | 409.50 |
| **Totals** | **17.30** | | **$5,437.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

July 1, 2011                                                              Invoice 851    NES

In Reference To:  00499-084 - Sunplus Litter Citations
Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 06/06/11 | NES | Telephone conference with Sunplus personnel regarding facts and strategy at hearing. | 1.20 445.00/hr | 534.00 |
| 06/06/11 | AMD | Review prior research regarding citations of Baltimore Sunplus for littering. | 0.40 290.00/hr | 116.00 |
| 06/07/11 | AMD | Draft bench memorandum. | 3.50 290.00/hr | 1,015.00 |
| 06/08/11 | AMD | Continue to draft bench memorandum. | 5.90 290.00/hr | 1,711.00 |
| 06/09/11 | NES | Review material provided by Sunplus personnel (.4); review specific citations and begin preparing for hearing (1.7). | 2.10 445.00/hr | 934.50 |
| 06/09/11 | AMD | Draft limiting construction argument in bench memorandum. | 2.00 290.00/hr | 580.00 |
| 06/10/11 | NES | Telephone conference with client regarding hearing postponement. | 0.50 445.00/hr | 222.50 |

| | | | | |
|------|------|-------------|-----------|--------|
| **For professional services rendered** | | | **15.60** | **$5,113.00** |

| | |
|---|---|
| **Total Amount of this Bill** | **$5,113.00** |

| | |
|---|---|
| Previous Balance | $0.00 |

| | |
|---|---|
| **Total Amount Due** | **$5,113.00** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | | | July 1, 2011 |
|---|---|---|---|
| I.D. 00499-084 - NES | | | Invoice 851 |
| Re: Sunplus Litter Citations | | | Page 2 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Nathan E. Siegel | | 3.80 | 445.00 | 1,691.00 |
| Amba M. Datta | | 11.80 | 290.00 | 3,422.00 |
| | **Totals** | **15.60** | | **$5,113.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605