# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

April 5, 2011 through and including May 31, 2011

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $490.00 | 14.90 | $7,301.00 |
| R. Karl Hill | Partner; admitted DE 1989 | 1989 | $350.00 | 7.90 | $2,765.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $325.00 | 8.15 | $2,648.75 |
| Susan Pappa | Paralegal | N/A | $110.00 | 4.40 | $484.00 |
| | | | **Total** | **35.35** | **$13,198.75** |

**Blended Rate:  $373.37**