# EXHIBIT "B"

81117 v1

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
August 01, 2011
Account No: 30402-001M
Statement No: 26417

Tribune

For Services Rendered Through 05/31/2011

### Fees

| Date | Tkpr | Description | Hours |
|---|---|---|---:|
| 04/12/2011 | | | |
| | JSG | Emails; review Complaint; conflict check (Admin.) | 1.00 |
| | SLP | E-mails; Conflicts check; Reviewing list of Defendants | 1.50 |
| 04/14/2011 | | | |
| | JSG | Review client list; conflict check; | 1.00 |
| 04/15/2011 | | | |
| | JSG | Review application; conflict searches; review Complaint; | 2.50 |
| | SLP | E-mails; Additional conflicts check; Teleconference with Fran Panchak | 1.00 |
| 04/19/2011 | | | |
| | JSG | Prepare application for appointment as conflicts counsel to creditors' committee; review interested and related parties list for conflicts; | 4.00 |
| | PPM | Review First Amended Complaint; Review conflicts lists; | 1.80 |
| 04/20/2011 | | | |
| | JSG | Review and revise application for appointment as special conflicts counsel; review pleadings; emails with counsel; | 2.70 |
| | SLP | Emails; Revising Application, Exhibits | 0.50 |
| 04/21/2011 | | | |
| | JSG | Teleconference with Adam Landis; review Complaint; review and revise Exhibit 2 to affidavit; | 1.50 |
| 04/22/2011 | | | |
| | JSG | Review and execute Declaration; conference with Adam Landis and Matt McGuire. | 1.00 |
| | SLP | Receipt/download of "as filed" Retention Application | 0.10 |

Offi Comm of Unsecured Cred Tribune Company et al

Tribune

Page: 2
August 01, 2011
Account No:    30402-001M
Statement No:         26417

|  |  | Hours |
|---|---|---|
| 05/02/2011 PPM | Review application to Court re: SVG retention; | 0.50 |
| 05/03/2011 RKH | Review adversary complaint. Review docket. | 1.85 |
| 05/10/2011 JSG | Emails regarding objections to application; review application and Complaint; | 0.50 |
| 05/11/2011 PPM | Receipt and review Certificate of No Objection re: SVG retention; | 0.10 |
| SLP | Receipt/download Certification of No Objection | 0.10 |
| 05/17/2011 PPM | Multiple emails to/from Jim Green re: review of file, relevant pleadings, etc. (Admin.) | 0.25 |
| RKH | Emails re: setting up time to review relevant pleadings (Admin.) | 0.75 |
| 05/18/2011 PPM | Review certain standing motions and orders (D.I. 3281, 5668, 5698, 6150, 7124, 7446, 8469), plan confirmation documents (competing plans and pre- and post-hearing confirmation briefs) (Admin.) | 5.50 |
| RKH | Review initial motion for standing (Dkt. 5668) (Admin.) | 1.00 |
| 05/19/2011 RKH | Review supplemental motion for standing (Dkt. 5698) (1.0); Review post-trial brief of Notchadden Plan Prop. (1.5) (Dkt. 8932) (Admin.) | 2.50 |
| 05/22/2011 RKH | Review motion to Amend Definition of Termination Event (Dkt. 8469) (.65); Review order granting extension of time to complete service (.5) (Admin.) | 1.15 |
| 05/23/2011 SLP | Receipt/download Order | 0.10 |
| 05/24/2011 SLP | Teleconference with Fran Panchak; E-mails regarding Fee Application(s); Download documents | 0.30 |
| 05/25/2011 JSG | Review order granting SVG application as special conflicts counsel; review order appointing fee examiner; | 0.50 |
| 05/26/2011 SLP | Reviewing Orders; Begin drafting Notice and Fee app | 0.80 |

Page: 3
August 01, 2011
Account No:     30402-001M
Statement No:          26417

Offi Comm of Unsecured Cred Tribune Company et al

Tribune

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/27/2011 |  |  |  |  |
| JSG | Review Notice of Appearance; |  | 0.20 |  |
| 05/31/2011 |  |  |  |  |
| RKH | Second motion to Amend Definition of Termination Event (Dkt. 9012) (.65) (Admin.) |  | 0.65 |  |
|  | For Current Services Rendered |  | 35.35 | 13,198.75 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 14.90 | $490.00 | $7,301.00 |
| R. Karl Hill | 7.90 | 350.00 | 2,765.00 |
| Patricia P. McGonigle | 8.15 | 325.00 | 2,648.75 |
| Susan L. Pappa | 4.40 | 110.00 | 484.00 |

### Expenses

| | |
|---|---|
| Photocopies | 47.70 |
| Reimbursable Costs Thru 05/31/2011 | 47.70 |
| Total Current Work | 13,246.45 |
| Balance Due | $13,246.45 |
| Please Remit | $13,246.45 |

*Remittance is due and payable upon receipt. Thank you.*