# EXHIBIT "C"

81117 v1

## Statement of Expenses

Photocopies (477 x .10)                                     $47.70