## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | |
| Debtors. | Cases No. 08-13141 (KJC) |
| | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                      ) SS
NEW CASTLE COUNTY   )

Susan Pappa, being duly sworn according to law, deposes and says that she is employed by the law firm of Seitz, Van Ogtrop & Green, P.A., special conflicts counsel to the Official Committee of Unsecured Creditors in the above referenced case, and on the 3rd day of August, 2011, she caused a copy of the following:

**FIRST MONTHLY APPLICATION OF SEITZ, VAN OGTROP & GREEN, P.A.,
SPECIAL CONFLICTS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331**

to be served upon the parties identified on the attached list in the manner indicated.

_Susan Pappa_
Susan Pappa

SWORN TO AND SUBSCRIBED before me this 4th day of August, 2011.

JAMES S. GREEN, SR. (DE0481)
Attorney at Law
Notary Public, State of Delaware
My Commission Has No Expiration Date
29 Del. C. §4323(a)(3)

81220 v1

**Tribune Company, et al.**
**08-13141 (KJC)**

**Service List**

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

*Via First Class Mail*
(Counsel to JPMorgan Chase Bank, N.A.)
Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Alicia Llosa Chang, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

*Via Hand Delivery*
(Counsel to Barclays Bank PLC)
Stuart M. Brown, Esq.
R. Craig Martin, Esq.
Michelle E. Marino, Esq.
DLA Piper LLP (US)
919 N. Market Street, Suite 1500
Wilmington, DE  19801

*Via Hand Delivery*
(Counsel to JPMorgan Chase Bank, N.A.)
Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, PA
920 North King Street
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Barclays)
Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019

*Via Hand Delivery*
David Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

*Via First Class Mail*
(Fee Examiner)
W. Andrew Dalton, Esq.
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

*Via First Class Mail*
(Debtors)
Mr. Vince Garlati
Tribune Company
435 N. Michigan Avenue
Chicago, IL  60611

*Via First Class Mail*
(Counsel to the Official Committee
of Unsecured Creditors)
Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

*Via Hand Delivery*
(Co-Counsel to the Official Committee
of Unsecured Creditors)
Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Kimberly A. Brown, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801