## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THE
## FOURTH INTERIM FEE APPLICATION REQUEST OF
## PAUL, HASTINGS, JANOFSKY & WALKER LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Fourth Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP* [Docket No. 3073] (the "**Fee Application**"). The Fee Application seeks approval of fees

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC. f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

that total $186,691.00 and reimbursement of expenses that total $657.68 for the period from September 1, 2009, through November 30, 2009. Paul, Hastings, Janofsky & Walker LLP (“**Paul Hastings**”) serves as special counsel to the Debtors and Debtors-in-Possession for general real estate and related matters.

**Background**

1.      On December 8, 2008 (the “**Petition Date**”), Tribune Company and its listed subsidiaries and affiliates (each a “**Debtor**” and collectively the “**Debtors**”), commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code. Under this Court’s *Order Directing Joint Administration Chapter 11 Cases* on December 10, 2009, these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules [Docket No. 43].

2.      On December 26, 2009, the Debtors filed their *Application Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorized the Retention and Employment of Paul, Hastings, Janofsky and Walker, LLP as special counsel general real estate and related matters for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 144] (the “**Retention Application**”). The Retention Application sought the authority to employ and retain as special counsel to the Debtors and Debtors-in-Possession for general real estate and related matters. By order dated February 3, 2010, this Court approved the retention of Paul Hastings [Docket No. 323] (“**Retention Order**”).

3.      Paul Hastings submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members under 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the “**Interim Compensation Order**”).

**Applicable Standards**

4.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner “to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]” and observed that “it is necessary to establish

uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.      The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A).*  In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

7.    A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application.  A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.    The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Paul Hastings for review and comment.  The firm replied to the Fee Examiner in writing and a consensual resolution was reached regarding the billing issues.  The Fee Examiner submits this Final Report for the Court's consideration; this Final Report is in a format designed to quantify and present factual data relevant to whether the requested fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code and Local Rule 2016-2, and also informs the Court of all consensual resolutions of the fee and/or expense reimbursement request for the professional.

## DISCUSSION OF FINDINGS

### Technical Requirements

9.    **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application (**"Fees Requested"** and **"Expenses Requested"**) to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm (**"Fees Computed"** and **"Expenses Computed"**).  The Fee Examiner identified no discrepancies between the Fees Requested and the Fees Computed, nor any discrepancies between the Expenses Requested and the Expenses Computed.

10.    **Block Billing.**[2]    The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*.    The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines ¶(b)(4)(v)*.[3]    Paul Hastings complied with the Local Rules and UST Guidelines, as the Fee Examiner did not identify any instances of block billing.

11.    **Time Increments.**    The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.    The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*.    The Fee Examiner reviewed the Fee Application and confirmed that the firm recorded time entries in tenths of an hour.

### Review of Fees

12.    **Firm Staffing.**    The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.    The Fee Application provided the names, positions, and hourly rates of the 17 Paul Hastings professionals and paraprofessionals who

---

[2] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing.  Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry.  As an alternative to discounting the entire amount billed for an entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry.  This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

[3] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to 100 percent.  *See id.* at 495 n.7 and cases cited.

billed to this matter, consisting of 4 partners, 1 of counsel, 7 associates, 2 senior paralegals, 2 paralegals, and 1 case assistant. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit A**.[4]

The firm invoiced a total of 310.50 hours with associated fees of $186,691.00. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 45.30 | 14% | $ 36,335.00 | 19% |
| Of Counsel | 108.90 | 35% | 73,507.50 | 39% |
| Associate | 120.20 | 39% | 66,615.00 | 36% |
| Senior Paralegal | 20.80 | 7% | 6,686.00 | 4% |
| Paralegal | 5.00 | 2% | 1,436.00 | * |
| Case Assistant | 10.30 | 3% | 2,111.50 | 1% |
| TOTAL | 310.50 | 100% | $186,691.00 | 100% |

* Less than 1%

The blended hourly rate for the Paul Hastings professionals is $643.07 and the blended hourly rate for professionals and paraprofessionals is $601.26.

13.     **Hourly Rate Increases.**   Paul Hastings did not increase the hourly rate of any timekeeper during the fourth interim period.

14.     **Timekeepers' Roles.**   A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts. On the whole, each Paul Hastings timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals.

---

[4] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

15.    **Meetings, Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*),  and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v).*  While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.  The Fee Examiner did not identify any occasions where two or more Paul Hastings timekeepers attended the same meeting, conference, hearing, or other event.

16.    **Intraoffice Conferences.**  Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  The Fee Examiner identified billing activities by Paul Hastings timekeepers describing intraoffice conferences totaling 5.60 hours with $3,168.00 in associated fees, or approximately 2% of the Fees Computed.  In only one instance did two or more timekeepers invoice fees associated with the same intraoffice conference.  The Fee Examiner requests that the firm continue to strive to limit unnecessary conferencing activities, but makes no recommendation for a related fee reduction.

17.    **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary."  The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix).*  The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to

identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v).* Contrary to the requirements of the Local Rules and the UST Guidelines, certain activity descriptions in the Fee Application were not sufficiently detailed. The Fee Examiner identified entries totaling 4.40 hours with $2,929.00 in associated fees in which a conference or other communication was not described with sufficient detail. This lack of detail hinders a reviewer's ability to determine the reasonableness and necessity of the activity. The entries were provided to the firm in **Exhibit B** to the Preliminary Report. The Fee Examiner requested the firm provide sufficient detail for future communication activities.

In response to the Preliminary Report, Paul Hastings agreed to a voluntary fee reduction in the amount of $2,929.00 resulting from the entries in the attached Exhibit B.

18.    **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner identified billing entries describing the revision of firm invoices. The activities were displayed in **Exhibit C** to the Preliminary Report and totaled 5.90 hours with associated fees of $1,888.00. While professionals may invoice time relating to preparing a fee application, courts have distinguished that activity from the non-compensable review and editing of the professional's time records.[5]

In response to the Preliminary Report, Paul Hastings agreed to a voluntary fee reduction of $1,888.00 for the time entries displayed in the attached Exhibit C.

---

[5] *See, e.g., In re Cf & I Fabricators of Utah, Inc.,* 131 B.R. 474 (Bankr. D. Utah 1991); *In re SonicBlue Inc.,* 2006 WL 2067882 (Bankr. N.D. Cal. 2006); *In re Dimas, LLC,* 357 B.R. 563 (Bankr. N.D. Cal. 2006); *In re Moss,* 320 B.R. 143 (Bankr. E.D. Mich. 2005); *In re Computer Learning Centers, Inc.,* 285 B.R. 191 (Bankr. E.D. Va. 2002).

19. **Clerical Activities.** Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel[6] or support tasks for which the firm charged more than market rate. The Fee Examiner reviewed each timekeeper's billing activities and identified fee entries describing clerical tasks. The entries at issue were provided to the firm in **Exhibit D** to the Preliminary Report and totaled 7.50 hours with $1,625.50 in associated fees.

In response, Paul Hastings agreed to a voluntary fee reduction in the amount of $1,025.50, calculated by reducing to $80.00 per hour the rate applied to the entries in the attached Exhibit D.

20. **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. The Fee Examiner did not identify any billing entries describing travel by firm timekeepers.

21. **Paul Hastings Retention/Compensation.** Paul Hastings billed 23.00 hours with associated fees of $8,276.00 to prepare the firm's retention documents and applications for compensation, which computes to approximately 4% of the Fees Computed. The fee entries describing Paul Hastings's retention/compensation activities are displayed in **Exhibit E**, included in this Final Report for the Court's reference.

### Review of Expenses

22. **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual

---

[6] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates). These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*.  The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*.  Paul Hastings provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

23.    **Photocopies.**  The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii)*.  Paul Hastings stated in the Fee Application that the firm's rate for duplication is $0.10 per page.

## CONCLUSION

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above.  The Fee Examiner recommends the approval of fees in the amount of $180,848.50 ($186,691.00 minus $5,842.50) and reimbursement of expenses in the amount of $657.68 for the period from September 1, 2009, through November 30, 2009.  The findings are summarized in the attached Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## APPENDIX A

### PAUL, HASTINGS, JANOFSKY & WALKER LLP

#### SUMMARY OF FINDINGS

##### Fourth Interim Fee Application Request (September 1, 2009 through November 30, 2009)

**A.  Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested | $186,691.00 | |
| Expenses Requested | 657.68 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $187,348.68 |
| | | |
| Fees Computed | $186,691.00 | |
| Expenses Computed | 657.68 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $187,348.68 |

**B.  Recommended Fee Allowance and Expense Reimbursement**

| | | | |
|---|---|---|---|
| Fees Requested | $186,691.00 | | |
| *Agreed Reduction for Vague Communications* | | *($2,929.00)* | |
| *Agreed Reduction for Administrative Activities* | | *(1,888.00)* | |
| *Agreed Reduction for Clerical Activities* | | *(1,025.50)* | |
| Subtotal | | *($5,842.50)* | |
| | | | |
| RECOMMENDED FEE ALLOWANCE | | | $180,848.50 |
| | | | |
| Expenses Requested | $657.68 | | |
| | | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 657.68 |
| | | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $181,506.18 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 3rd day of August, 2011.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Richard A. Chesley, Esq.
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive, 30th Floor
Chicago, IL  60606

W. Andrew Dalton

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

**Paul, Hastings, Janofsky & Walker LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| DJP2 | Perlman, Daniel J. | PARTNER | $790.00 | $790.00 | 20.90 | $16,511.00 |
| PAR | Ramsey, Patrick A. | PARTNER | $810.00 | $810.00 | 13.90 | $11,259.00 |
| GES3 | Spitzer, Gregory E. | PARTNER | $810.00 | $810.00 | 9.90 | $8,019.00 |
| AMS2 | Short, Andrew M. | PARTNER | $910.00 | $910.00 | 0.60 | $546.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $802.10 | | 45.30 | $36,335.00 |
| | | | | % of Total: 14.59% | % of Total: 19.46% | |
| JSR6 | Rheeling, Jeffrey S. | OF COUNSEL | $675.00 | $675.00 | 108.90 | $73,507.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $675.00 | | 108.90 | $73,507.50 |
| | | | | % of Total: 35.07% | % of Total: 39.37% | |
| JPB7 | Bender, Justin P. | ASSOCIATE | $550.00 | $550.00 | 73.20 | $40,260.00 |
| MM19 | McCarthy, Michael J. | ASSOCIATE | $615.00 | $615.00 | 24.70 | $15,190.50 |
| HUJ | Jimenez, Hilla U. | ASSOCIATE | $475.00 | $475.00 | 7.90 | $3,752.50 |
| TJC3 | Chandran, Tarun J. | ASSOCIATE | $595.00 | $595.00 | 4.40 | $2,618.00 |
| MGB3 | Brigham, Matthew G. | ASSOCIATE | $505.00 | $505.00 | 4.60 | $2,323.00 |
| SSP2 | Park, Stephenie S. | ASSOCIATE | $425.00 | $425.00 | 4.60 | $1,955.00 |
| KDN | Newmarch, Kimberly D. | ASSOCIATE | $645.00 | $645.00 | 0.80 | $516.00 |
| | No. of Billers for Position: 7 | Blended Rate for Position: | $554.20 | | 120.20 | $66,615.00 |
| | | | | % of Total: 38.71% | % of Total: 35.68% | |
| RPR | Rosen, Ruth P. | SR PARALEGAL | $320.00 | $320.00 | 18.80 | $6,016.00 |
| FLH | Holley, Felicia L. | SR PARALEGAL | $335.00 | $335.00 | 2.00 | $670.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $321.44 | | 20.80 | $6,686.00 |
| | | | | % of Total: 6.70% | % of Total: 3.58% | |
| SET2 | Tybor, Sarah E. | PARALEGAL | $300.00 | $300.00 | 3.40 | $1,020.00 |
| ALE | Eissing, Allison L. | PARALEGAL | $260.00 | $260.00 | 1.60 | $416.00 |

### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
### COMPUTED AT STANDARD RATES
### Paul, Hastings, Janofsky & Walker LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| | No. of Billers for Position: 2 | Blended Rate for Position: | $287.20 | | 5.00 | $1,436.00 |
| | | | | % of Total: | 1.61% | % of Total: 0.77% |
| JBB3 | Brown, Jamie B. | CASE ASSISTANT | $205.00 | $205.00 | 10.30 | $2,111.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $205.00 | | 10.30 | $2,111.50 |
| | | | | % of Total: | 3.32% | % of Total: 1.13% |
| | Total No. of Billers: 17 | Blended Rate for Report: | $601.26 | | 310.50 | $186,691.00 |

EXHIBIT B

VAGUE COMMUNICATIONS

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bender, J | 0.80 | 440.00 |
| Chandran, T | 1.10 | 654.50 |
| McCarthy, M | 0.70 | 430.50 |
| Ramsey, P | 0.90 | 729.00 |
| Rheeling, J | 0.40 | 270.00 |
| Spitzer, G | 0.50 | 405.00 |
| | 4.40 | $2,929.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 34th Street Lease | 0.30 | 184.50 |
| KTLA | 0.90 | 729.00 |
| Lease Rejections | 1.60 | 1,059.50 |
| Sale of 250 Miller Place, Hicksville | 1.60 | 956.00 |
| | 4.40 | $2,929.00 |

EXHIBIT B

VAGUE COMMUNICATIONS

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 09/01/09 Tue | Chandran, T 1803554/46 | 0.20 | 0.20 | 119.00 | | F | 1 | *MATTER NAME: Lease Rejections*<br>REVIEW CORRESPONDENCE REGARDING SURRENDER OF INSERTCO LEASE SPACE (0.2) |
| 09/01/09 Tue | Spitzer, G 1803554/42 | 0.60 | 0.20 | 162.00 | 0.20<br>0.10<br>0.20<br>0.10 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | *MATTER NAME: Lease Rejections*<br>CORRESPONDENCE WITH D. KAZAN REGARDING FIFTH OMNIBUS HEARING AND LEASE REJECTIONS (0.2);<br>CORRESPONDENCE WITH S. PATER AND K. KANSA REGARDING STATUS (0.1);<br>CORRESPONDENCE WITH K. KANSA (0.2);<br>CORRESPONDENCE WITH B. FIELDS REGARDING VACATING PREMISES (0.1) |
| 09/02/09 Wed | Chandran, T 1803554/47 | 0.50 | 0.50 | 297.50 | | F | 1 | *MATTER NAME: Lease Rejections*<br>REVIEW CORRESPONDENCE REGARDING REJECTION OF INSERTCO LEASE AND PLEADINGS RELATED TO SAME (0.5) |
| 09/08/09 Tue | McCarthy, M 1803558/55 | 0.20 | 0.20 | 123.00 | | F | 1 | *MATTER NAME: Sale of 250 Miller Place, Hicksville*<br>TELEPHONE CONFERENCE WITH J. RHEELING (0.2) |
| 09/08/09 Tue | Rheeling, J 1803558/66 | 1.40 | 0.40 | 270.00 | 0.40<br>1.00 | F<br>F | 1<br>2 | *MATTER NAME: Sale of 250 Miller Place, Hicksville*<br>TELEPHONE CONFERENCE WITH L. GOLDMAN (0.4);<br>ADDRESS PURCHASER'S CONCERNS REGARDING TRIBUNE MOTION SEEKING ORDER APPROVING THE SALE (1.0) |
| 09/11/09 Fri | Spitzer, G 1803554/44 | 0.50 | 0.30 | 243.00 | 0.20<br>0.30 | F<br>F | 1<br>2 | *MATTER NAME: Lease Rejections*<br>TELEPHONE CONFERENCE WITH B. HAUSERMAN REGARDING SECURITY DEPOSIT STATUS (0.2);<br>REVIEW CORRESPONDENCE AND LEASE MATERIALS REGARDING SAME (0.3) |
| 09/21/09 Mon | McCarthy, M 1803558/72 | 2.00 | 0.20 | 123.00 | 0.20<br>1.80 | F<br>F | 1<br>2 | *MATTER NAME: Sale of 250 Miller Place, Hicksville*<br>TELEPHONE CONFERENCE WITH J. RHEELING (0.2);<br>REVISE ALL NEW YORK LOAN DOCUMENTS (1.8) |
| 09/29/09 Tue | McCarthy, M 1803553/40 | 1.50 | 0.30 | 184.50 | 0.30<br>1.20 | F<br>F | 1<br>2 | *MATTER NAME: 34th Street Lease*<br>TELEPHONE CONFERENCE WITH J. RHEELING (0.3);<br>REVISE LOAN DOCUMENTS PER J. RHEELING (1.2) |
| 10/20/09 Tue | Ramsey, P 1809276/142 | 0.50 | 0.30 | 243.00 | 0.10<br>0.10<br>0.30 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: KTLA*<br>TELEPHONE CONFERENCE WITH D. PERLMAN REGARDING KTLA AMENDMENT (0.1);<br>TELEPHONE CONFERENCE WITH R. CHESLEY REGARDING BANKRUPTCY ISSUES (0.1);<br>TELEPHONE CONFERENCE WITH S. PATER (0.3) |
| 10/21/09 Wed | Ramsey, P 1809276/143 | 0.80 | 0.60 | 486.00 | 0.20<br>0.60 | F<br>F | 1<br>2 | *MATTER NAME: KTLA*<br>REVIEW PROPOSED AMENDMENT (0.2);<br>TELEPHONE CALL WITH S. PATER AND D. PERLMAN (0.6) |
| 11/04/09 Wed | Chandran, T 1813622/221 | 0.40 | 0.40 | 238.00 | | F | 1 | *MATTER NAME: Lease Rejections*<br>REVIEW CORRESPONDENCE REGARDING REJECTION OF INSERTCO LEASE (0.4) |
| 11/09/09 Mon | Bender, J 1813626/246 | 0.80 | 0.80 | 440.00 | | F | 1 | *MATTER NAME: Sale of 250 Miller Place, Hicksville*<br>DRAFT CORRESPONDENCE REGARDING POST-CLOSING OBLIGATIONS (0.8) |

~ See the last page of exhibit for explanation

EXHIBIT B

VAGUE COMMUNICATIONS

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| | | | 4.40 | $2,929.00 | | | |
| Total | | | | | | | |
| Number of Entries: | 12 | | | | | | |

EXHIBIT B

VAGUE COMMUNICATIONS

Paul, Hastings, Janofsky & Walker LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bender, J | 0.80 | 440.00 |
| Chandran, T | 1.10 | 654.50 |
| McCarthy, M | 0.70 | 430.50 |
| Ramsey, P | 0.90 | 729.00 |
| Rheeling, J | 0.40 | 270.00 |
| Spitzer, G | 0.50 | 405.00 |
| | 4.40 | $2,929.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 34th Street Lease | 0.30 | 184.50 |
| KTLA | 0.90 | 729.00 |
| Lease Rejections | 1.60 | 1,059.50 |
| Sale of 250 Miller Place, Hicksville | 1.60 | 956.00 |
| | 4.40 | $2,929.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT C

ADMINISTRATIVE ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Rosen, R | 5.90 | 1,888.00 |
| | 5.90 | $1,888.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 5.90 | 1,888.00 |
| | 5.90 | $1,888.00 |

EXHIBIT C  PAGE 1 of 3

EXHIBIT C

ADMINISTRATIVE ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 09/02/09 Wed | Rosen, R 1803552/1 | 0.90 | 0.90 | 288.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON JULY FEE STATEMENT (0.9) |
| 09/15/09 Tue | Rosen, R 1803552/8 | 1.30 | 1.30 | 416.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON AUGUST MONTHLY BILLING STATEMENT (1.3) |
| 09/25/09 Fri | Rosen, R 1803552/23 | 1.90 | 0.50 | 160.00 | 0.40 0.10 1.40 | F F F | 1 2 3 | *MATTER NAME: Post-Petition General Matter* REVISE AUGUST FEE STATEMENT (0.4); FORWARD COMMENTS TO L. LLOBRERA (0.1); PREPARE DRAFT EIGHTH MONTHLY FEE APPLICATION (AUGUST) (1.4) |
| 10/13/09 Tue | Rosen, R 1809272/97 | 1.20 | 1.20 | 384.00 | 1.10 0.10 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* WORK ON SEPTEMBER BILLING STATEMENTS (1.1); FORWARD SAME TO L. LLOBRERA (0.1) |
| 10/14/09 Wed | Rosen, R 1809272/100 | 0.60 | 0.50 | 160.00 | 0.50 0.10 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* REVIEW REVISED SEPTEMBER FEE STATEMENTS (0.5); FORWARD SAME TO J. BENDER FOR PRIVILEGE REVIEW (0.1) |
| 11/17/09 Tue | Rosen, R 1813621/200 | 1.00 | 0.90 | 288.00 | 0.90 0.10 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* REVIEW OCTOBER BILLING STATEMENT (0.9); FORWARD SAME TO L. LLOBRERA (0.1) |
| 11/24/09 Tue | Rosen, R 1813621/203 | 2.20 | 0.60 | 192.00 | 0.60 1.60 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* REVIEW OCTOBER FEE STATEMENTS (0.6); WORK ON DRAFT OCTOBER MONTHLY FEE APPLICATION (1.6) |
| Total | | | 5.90 | $1,888.00 | | | | |
| Number of Entries: | 7 | | | | | | | |

EXHIBIT C

ADMINISTRATIVE ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Rosen, R | 5.90 | 1,888.00 |
|  | 5.90 | $1,888.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 5.90 | 1,888.00 |
|  | 5.90 | $1,888.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT C  PAGE 3 of 3

EXHIBIT D

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Brown, J | 5.90 | 1,209.50 | 472.00 | 737.50 |
| Eissing, A | 1.60 | 416.00 | 128.00 | 288.00 |
| | 7.50 | $1,625.50 | $600.00 | $1,025.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Post-Petition General Matter | 6.10 | 1,338.50 | 488.00 | 850.50 |
| Sale of 250 Miller Place, Hicksville | 1.40 | 287.00 | 112.00 | 175.00 |
| | 7.50 | $1,625.50 | $600.00 | $1,025.50 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT D

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Brown, J | 09/01/09   Tue<br>1803552/9 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/02/09   Wed<br>1803552/11 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/03/09   Thu<br>1803552/13 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/04/09   Fri<br>1803552/14 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/08/09   Tue<br>1803552/15 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/10/09   Thu<br>1803552/16 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/11/09   Fri<br>1803552/17 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/14/09   Mon<br>1803552/18 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/15/09   Tue<br>1803552/19 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/16/09   Wed<br>1803552/29 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/17/09   Thu<br>1803552/30 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/18/09   Fri<br>1803552/31 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~  See the last page of exhibit for explanation

EXHIBIT D

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Brown, J | 09/21/09   Mon 1803552/32 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/22/09   Tue 1803552/33 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/23/09   Wed 1803552/34 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/24/09   Thu 1803552/35 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/25/09   Fri 1803552/36 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/29/09   Tue 1803552/38 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 09/30/09   Wed 1803552/39 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/01/09   Thu 1809272/89 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/02/09   Fri 1809272/90 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/05/09   Mon 1809272/91 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/06/09   Tue 1809272/92 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/07/09   Wed 1809272/93 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT D

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Brown, J | 10/08/09   Thu 1809272/94 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/09/09   Fri 1809272/95 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/02/09   Mon 1813621/189 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/02/09   Mon 1813626/250 | 2.00 | 0.70 | 143.50 | 56.00 | 87.50 | F <br> F | *MATTER NAME: Sale of 250 Miller Place, Hicksville* <br> 1 COORDINATE EXECUTION OF CLOSING DOCUMENTS (1.3): <br> 2 ORGANIZE AND SCAN CLOSING DOCUMENTS PER J. BENDER (0.7) |
| | 11/03/09   Tue 1813621/191 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/04/09   Wed 1813621/192 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/05/09   Thu 1813621/193 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/06/09   Fri 1813621/194 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/09/09   Mon 1813621/195 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/10/09   Tue 1813621/196 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/11/09   Wed 1813621/197 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/12/09   Thu 1813621/198 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~  See the last page of exhibit for explanation

\*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT D

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Brown, J | 11/13/09   Fri 1813621/199 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/16/09   Mon 1813621/211 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/17/09   Tue 1813621/212 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/18/09   Wed 1813621/213 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/19/09   Thu 1813621/214 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/20/09   Fri 1813621/215 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/20/09   Fri 1813626/258 | 0.70 | 0.70 | 143.50 | 56.00 | 87.50 | F | *MATTER NAME: Sale of 250 Miller Place, Hicksville*<br>1 COORDINATE DELIVERY OF ORIGINAL PROMISSORY NOTE PER J. BENDER'S INSTRUCTIONS (0.7) |
| | 11/23/09   Mon 1813621/216 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/24/09   Tue 1813621/217 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/25/09   Wed 1813621/218 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 11/30/09   Mon 1813621/219 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| TOTAL FOR TIMEKEEPER: | | 5.90 | | $1,209.50 | $472.00 | $737.50 | | |

NUMBER OF ENTRIES:    47

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT D

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Eissing, A | 09/28/09    Mon 1803552/26 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | MATTER NAME: Post-Petition General Matter<br>1 REVIEW TRIBUNE CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (.1) |
| | 10/12/09    Mon 1809272/103 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | MATTER NAME: Post-Petition General Matter<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/13/09    Tue 1809272/104 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | MATTER NAME: Post-Petition General Matter<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/14/09    Wed 1809272/105 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | MATTER NAME: Post-Petition General Matter<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/15/09    Thu 1809272/106 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | MATTER NAME: Post-Petition General Matter<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/16/09    Fri 1809272/112 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | MATTER NAME: Post-Petition General Matter<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/19/09    Mon 1809272/113 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | MATTER NAME: Post-Petition General Matter<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/20/09    Tue 1809272/114 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | MATTER NAME: Post-Petition General Matter<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/21/09    Wed 1809272/115 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | MATTER NAME: Post-Petition General Matter<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/22/09    Thu 1809272/116 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | MATTER NAME: Post-Petition General Matter<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/23/09    Fri 1809272/119 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | MATTER NAME: Post-Petition General Matter<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/26/09    Mon 1809272/117 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | MATTER NAME: Post-Petition General Matter<br>1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT D

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Eissing, A | 10/27/09    Tue 1809272/118 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | *MATTER NAME: Post-Petition General Matter* 1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/28/09    Wed 1809272/120 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | *MATTER NAME: Post-Petition General Matter* 1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/29/09    Thu 1809272/121 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | *MATTER NAME: Post-Petition General Matter* 1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 10/30/09    Fri 1809272/122 | 0.10 | 0.10 | 26.00 | 8.00 | 18.00 | F | *MATTER NAME: Post-Petition General Matter* 1 REVIEW CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | TOTAL FOR TIMEKEEPER: | | 1.60 | $416.00 | $128.00 | $288.00 | | |
| | NUMBER OF ENTRIES:    16 | | | | | | | |
| TOTAL: | | | 7.50 | $1,625.50 | $600.00 | $1,025.50 | | |
| NUMBER OF ENTRIES    63 | | | | | | | | |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT D

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Brown, J | 5.90 | 1,209.50 | 472.00 | 737.50 |
| Eissing, A | 1.60 | 416.00 | 128.00 | 288.00 |
| | 7.50 | $1,625.50 | $600.00 | $1,025.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Post-Petition General Matter | 6.10 | 1,338.50 | 488.00 | 850.50 |
| Sale of 250 Miller Place, Hicksville | 1.40 | 287.00 | 112.00 | 175.00 |
| | 7.50 | $1,625.50 | $600.00 | $1,025.50 |

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT E

PAUL HASTINGS RETENTION/COMPENSATION

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bender, J | 1.00 | 550.00 |
| Park, S | 2.80 | 1,190.00 |
| Rosen, R | 18.40 | 5,888.00 |
| Spitzer, G | 0.80 | 648.00 |
| | 23.00 | $8,276.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 23.00 | 8,276.00 |
| | 23.00 | $8,276.00 |

EXHIBIT E

PAUL HASTINGS RETENTION/COMPENSATION

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 09/02/09 Wed | Rosen, R 1803552/1 | 0.90 | 0.90 | 288.00 | | F | 1 | MATTER NAME: Post-Petition General Matter WORK ON JULY FEE STATEMENT (0.9) |
| 09/03/09 Thu | Park, S 1803552/6 | 0.80 | 0.80 | 340.00 | | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW JULY FEE APPLICATION (0.8) |
| 09/03/09 Thu | Rosen, R 1803552/2 | 0.60 | 0.60 | 192.00 | 0.50 0.10 | F F | 1 2 | MATTER NAME: Post-Petition General Matter REVISE JULY FEE APPLICATION (0.5); FORWARD JULY FEE APPLICATION AND EXHIBITS TO K. NEWMARCH FOR REVIEW (0.1) |
| 09/04/09 Fri | Rosen, R 1803552/3 | 0.40 | 0.40 | 128.00 | 0.30 0.10 | F F | 1 2 | MATTER NAME: Post-Petition General Matter FINALIZE JULY FEE APPLICATION AND EXHIBITS FOR COURT FILING (0.3); PREPARE AND FORWARD TO COLE SCHOTZ FOR SAME (0.1) |
| 09/15/09 Tue | Rosen, R 1803552/8 | 1.30 | 1.30 | 416.00 | | F | 1 | MATTER NAME: Post-Petition General Matter WORK ON AUGUST MONTHLY BILLING STATEMENT (1.3) |
| 09/21/09 Mon | Bender, J 1803552/21 | 0.50 | 0.50 | 275.00 | | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW AUGUST FEE STATEMENT FOR PRIVILEGE (0.5) |
| 09/23/09 Wed | Bender, J 1803552/22 | 0.50 | 0.50 | 275.00 | | F | 1 | MATTER NAME: Post-Petition General Matter FURTHER REVIEW AUGUST FEE STATEMENT FOR PRIVILEGE (0.5) |
| 09/25/09 Fri | Rosen, R 1803552/23 | 1.90 | 1.90 | 608.00 | 0.40 0.10 1.40 | F F F | 1 2 3 | MATTER NAME: Post-Petition General Matter REVISE AUGUST FEE STATEMENT (0.4); FORWARD COMMENTS TO L. LLOBRERA (0.1); PREPARE DRAFT EIGHTH MONTHLY FEE APPLICATION (AUGUST) (1.4) |
| 09/29/09 Tue | Park, S 1803552/24 | 0.30 | 0.30 | 127.50 | | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW AND COMMENT ON FEE APPLICATION (0.3) |
| 09/29/09 Tue | Rosen, R 1803552/25 | 2.60 | 2.60 | 832.00 | 1.40 0.70 0.10 0.30 0.10 | F F F F F | 1 2 3 4 5 | MATTER NAME: Post-Petition General Matter PREPARE DRAFT EIGHTH MONTHLY FEE APPLICATION (AUGUST) (1.4) AND EXHIBITS (0.7); FORWARD SAME TO S. PARK (0.1); REVISE AUGUST FEE APPLICATION PER S. PARK'S COMMENTS (0.3); FORWARD AUGUST FEE APPLICATION AND EXHIBITS TO K. NEWMARCH (0.1) |
| 09/29/09 Tue | Spitzer, G 1803552/27 | 0.10 | 0.10 | 81.00 | | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW AND DRAFT CORRESPONDENCE REGARDING OBJECTIONS TO FEE APPLICATIONS (0.1) |
| 10/01/09 Thu | Park, S 1809272/86 | 0.10 | 0.10 | 42.50 | | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW INTERIM COMPENSATION ORDER FOR DEADLINES (0.1) |

~  See the last page of exhibit for explanation

EXHIBIT E

PAUL HASTINGS RETENTION/COMPENSATION

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/05/09 Mon | Park, S 1809272/87 | 0.20 | 0.20 | 85.00 | | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW THIRD INTERIM FEE APPLICATION (0.2) |
| 10/05/09 Mon | Rosen, R 1809272/85 | 0.40 | 0.40 | 128.00 | 0.30 0.10 | F F | 1 2 | MATTER NAME: Post-Petition General Matter WORK ON DRAFT THIRD INTERIM FEE APPLICATION (0.3): FORWARD SAME TO K. NEWMARCH (0.1) |
| 10/07/09 Wed | Rosen, R 1809272/88 | 0.80 | 0.80 | 256.00 | | F | 1 | MATTER NAME: Post-Petition General Matter WORK ON DRAFT SEPTEMBER MONTHLY FEE APPLICATION (0.8) |
| 10/09/09 Fri | Rosen, R 1809272/96 | 0.50 | 0.50 | 160.00 | 0.40 0.10 | F F | 1 2 | MATTER NAME: Post-Petition General Matter REVISE THIRD INTERIM FEE APPLICATION PER S. PARK'S COMMENTS (0.4): FORWARD SAME TO K. NEWMARCH AND S. PARK (0.1) |
| 10/13/09 Tue | Park, S 1809272/98 | 0.10 | 0.10 | 42.50 | | F | 1 | MATTER NAME: Post-Petition General Matter REVIEW INTERIM FEE APPLICATION; EMAIL TO K. NEWMARCH REGARDING THE SAME (0.1) |
| 10/13/09 Tue | Rosen, R 1809272/97 | 1.20 | 1.20 | 384.00 | 1.10 0.10 | F F | 1 2 | MATTER NAME: Post-Petition General Matter WORK ON SEPTEMBER BILLING STATEMENTS (1.1): FORWARD SAME TO L. LLOBRERA (0.1) |
| 10/14/09 Wed | Park, S 1809272/99 | 0.50 | 0.50 | 212.50 | | F | 1 | MATTER NAME: Post-Petition General Matter REVISE INTERIM FEE APPLICATION TO REFLECT ADJUSTMENTS FROM FEE EXAMINER REPORT (0.5) |
| 10/14/09 Wed | Rosen, R 1809272/100 | 0.60 | 0.60 | 192.00 | 0.50 0.10 | F F | 1 2 | MATTER NAME: Post-Petition General Matter REVIEW REVISED SEPTEMBER FEE STATEMENTS (0.5): FORWARD SAME TO J. BENDER FOR PRIVILEGE REVIEW (0.1) |
| 10/15/09 Thu | Rosen, R 1809272/101 | 0.70 | 0.70 | 224.00 | 0.40 0.30 | F F | 1 2 | MATTER NAME: Post-Petition General Matter RESEARCH, COMPILE AND REVIEW FEE EXAMINER'S REPORT FOR FIRST INTERIM FEE PERIOD (0.4): INSERT INFORMATION IN SEPTEMBER MONTHLY FEE APPLICATION TO REFLECT FEE EXAMINER ADJUSTMENTS (0.3) |
| 10/26/09 Mon | Rosen, R 1809272/124 | 1.10 | 1.10 | 352.00 | | F | 1 | MATTER NAME: Post-Petition General Matter WORK ON NINTH MONTHLY (SEPTEMBER) FEE APPLICATION (1.1) |
| 10/27/09 Tue | Rosen, R 1809272/125 | 0.80 | 0.80 | 256.00 | | F | 1 | MATTER NAME: Post-Petition General Matter WORK ON NINTH MONTHLY (SEPTEMBER) FEE APPLICATION (0.8) |
| 10/28/09 Wed | Park, S 1809272/110 | 0.70 | 0.70 | 297.50 | 0.60 0.10 | F F | 1 2 | MATTER NAME: Post-Petition General Matter REVIEW, COMMENT ON SEPTEMBER FEE APPLICATION (0.6): EMAIL SIGNATURE PAGES TO K. NEWMARCH (0.1) |
| 10/28/09 Wed | Rosen, R 1809272/126 | 0.70 | 0.70 | 224.00 | 0.60 0.10 | F F | 1 2 | MATTER NAME: Post-Petition General Matter REVISE NINTH MONTHLY (SEPTEMBER) FEE APPLICATION (0.6): FORWARD SAME TO K. NEWMARCH FOR REVIEW AND EXECUTION (0.1) |

~ See the last page of exhibit for explanation

EXHIBIT E

PAUL HASTINGS RETENTION/COMPENSATION

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 10/29/09 Thu | Park, S 1809272/111 | 0.10 | 0.10 | 42.50 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>EMAIL K. STICKLES TO REQUEST FILING OF SEPTEMBER FEE APPLICATION (0.1) |
| 11/06/09 Fri | Rosen, R 1813621/184 | 0.70 | 0.70 | 224.00 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>WORK ON DRAFT FOURTH INTERIM FEE APPLICATION REGARDING SEPTEMBER FEE APPLICATION INFORMATION (0.7) |
| 11/17/09 Tue | Rosen, R 1813621/200 | 1.00 | 1.00 | 320.00 | 0.90<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>REVIEW OCTOBER BILLING STATEMENT (0.9);<br>FORWARD SAME TO L. LLOBRERA (0.1) |
| 11/24/09 Tue | Rosen, R 1813621/203 | 2.20 | 2.20 | 704.00 | 0.60<br>1.60 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>REVIEW OCTOBER FEE STATEMENTS (0.6);<br>WORK ON DRAFT OCTOBER MONTHLY FEE APPLICATION (1.6) |
| 11/30/09 Mon | Spitzer, G 1813621/209 | 0.70 | 0.70 | 567.00 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVISE NARRATIVES FOR FEE APPLICATION (0.7) |

|  |  |  | 23.00 | $8,276.00 |
|---|---|---|---|---|

Total
Number of Entries:        30

EXHIBIT E

PAUL HASTINGS RETENTION/COMPENSATION

Paul, Hastings, Janofsky & Walker LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bender, J | 1.00 | 550.00 |
| Park, S | 2.80 | 1,190.00 |
| Rosen, R | 18.40 | 5,888.00 |
| Spitzer, G | 0.80 | 648.00 |
| | 23.00 | $8,276.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 23.00 | 8,276.00 |
| | 23.00 | $8,276.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F       FINAL BILL