IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TRIBUNE COMPANY, et al.,[1] ) | Case No. 08-13141 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## FOURTH SUPPLEMENTAL AFFIDAVIT OF ERNST & YOUNG LLP PURSUANT TO RULE 2014(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Matthew Howley, being duly sworn, deposes and says:

1. I am a partner in Ernst & Young LLP ("E&Y LLP" or "EY"), a professional services firm which maintains an office at 5 Times Square, New York, N.Y. 10036, among other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (1355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwnercom Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Hean & Crown Advertising, Inc. (9808); Homeowners Realty, Inc (1507); Homestead Publishing Co (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc (7208); New Mass Media, Inc (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License Inc (1035); Tribune Los Angeles, Inc (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc (7847); Tribune Media Services, Inc (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc (8300); WGN Continental Broadcasting Company (9530); WLVI Inc (8074); WPIX, Inc. (0191); and WTXX Inc (1268) The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611

1


locations. I submit this supplemental affidavit on behalf of E&Y LLP (the "Fourth Supplemental Affidavit"), pursuant to Bankruptcy Rule 2014(a), as a supplement to the following affidavits filed by E&Y LLP in these cases: (i) the Affidavit Pursuant to Federal Rule of Bankruptcy Procedure 2014(a) in Support of Application for Order Authorizing Retention and Employment of Ernst & Young LLP in Connection with Valuation and Business Modeling, and Market Survey Services for the Debtors and Debtors in Possession *Nunc Pro Tunc* to May 31, 2009 (as supplemented from time to time, the "Original Affidavit") annexed to Debtors' Application for an Order Authorizing Debtors to Retain and Employ Ernst and Young LLP to Provide (I) Valuation and Business Modeling Services and (II) Market Survey Services to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, Nunc Pro Tunc to May 31, 2009 [Docket No. 1298] filed by the Tribune Company ("Tribune") and its affiliated debtors (collectively, the "Debtors"); (ii) the Supplemental Affidavit of Ernst & Young LLP Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and the Order Directing (I) Joint Administration of Chapter 11 Cases and (II) that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Tribune Company, *et al.* Be Made Applicable to Chapter 11 Case of Chicago National League Ball Club LLC (the "First Supplemental Affidavit") [Docket No. 2471]; (iii) the Second Supplemental Affidavit of Ernst & Young LLP Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Second Supplemental Affidavit"), which was annexed as Exhibit A to the Third Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Advisory Services Relating to Sales and Use Tax and Personal Property Tax Pursuant to 11 U.S.C. 327(a) and 1107 Nunc Pro Tunc to February 17, 2011 [Docket No. 8277]; and (iv) the Third Supplemental Affidavit of Ernst & Young LLP Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Third Supplemental

Affidavit"), which was annexed as Exhibit A to the Application for an Order Authorizing (I) Ernst & Young LLP to Perform Services as the Accounting Firm Under 2009 Formation Agreement Concerning Formation of Chicago Baseball Holdings, LLC and (II) Tribune Company to Enter into Engagement Letter, Statement of Work, Side Letter and Related Documentation and Perform Obligations in Connection Therewith [Docket No. 9041].

2. E&Y LLP's employment by the Debtors to perform certain services (the "Previously Approved Services") has been approved by Orders of this Court dated July 21, 2009 [Docket No. 1783], March 22, 2010 [Docket No. 3804], June 14, 2010 [Docket No. 4779], March 21, 2011 [Docket No. 8459], and June 24, 2011 [Docket No. 9348] (collectively, the "Retention Orders").

3. The facts set forth in this Fourth Supplemental Affidavit are based either upon my personal knowledge, upon information and belief, or in certain circumstances, upon client matter records kept in the ordinary course of business, which were reviewed by me or another employee of E&Y LLP under my supervision and direction.

### RETENTION OF E&Y LLP BY NON-DEBTOR ENTITY BLUE LYNX MEDIA, LLC

4. Blue Lynx Media, LLC ("Blue Lynx", formerly known as Tribune Technology, LLC, a non-debtor affiliate of the Debtors which E&Y LLP understands provides certain back-office shared services to the Debtors and their non-debtor affiliates) has requested that E&Y LLP to provide Blue Lynx with various services (the "Blue Lynx Services") unrelated to E&Y LLP's Previously Approved Services to, and involving, the Debtors in these cases.

5. E&Y LLP shall be retained directly by Blue Lynx pursuant to one or more engagement agreements (collectively, the "Engagement Letters") with Blue Lynx, and Blue Lynx shall be responsible to pay E&Y LLP for any Blue Lynx Services provided pursuant to such Engagement Letters. Given that Blue Lynx is not one of the Debtors in these cases, E&Y

3

LLP will invoice and be paid directly by Blue Lynx for the Blue Lynx Services provided under the Engagement Letters without including such fees or expenses in E&Y LLP's fee applications filed with this Court.

6. The Chief Executive Officer of Blue Lynx, Mr. Nick Cory, and the Vice President of Systems and Operations of Blue Lynx, Mr. Steve Thomas (together, the "Former E&Y Employees"), are both former employees of E&Y LLP. As such, these Former E&Y Employees are entitled to certain payments from E&Y LLP's Defined Benefit Plan.

7. Accordingly, absent objection from any party in interest in these cases, E&Y LLP intends to provide and be paid for the Blue Lynx Services as described herein.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 3 day of August, 2011.

_____
Matthew Howley

Sworn to and subscribed before me this 3 day of August, 2011.

_____
Notary Public

My Commission Expires: 4-30-14

```
Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2014
```

4