# **EXHIBIT E**

## **BURKE DECLARATION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF DANIEL BURKE
## REGARDING CLAIMS ADMINISTRATION QUALIFICATIONS AND
## ADMINISTRATION FEE AUTHENTICATION

I, Daniel Burke, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the

following is true and correct:

1.      I am a member of Gilardi & Co. LLC ("Gilardi"), one of the largest full-service class

action notice and claims administrators in the country.  Gilardi specializes in designing, developing,

analyzing and implementing legal notification plans and claims administration that supports due process.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

I am familiar with, or have been directly responsible for, large class action settlement notice programs involving all aspects of notice dissemination.

2.      Prior to my arrival at Gilardi, I served as a Deputy District Attorney in Alameda County for 14 years. I have tried more than 100 cases to verdict, including in excess of 40 jury trials. Before working as a prosecutor, I served as an extern for California Appellate Court Justice Timothy Reardon. I have lectured at numerous venues including California Judicial College and seminars held by the California District Attorney's Association. I received my B.S. in Marketing from Santa Clara University and J.D. from Golden Gate University. I am also a member of the California State Bar.

3.      Gilardi was formed in 1984 to assist attorneys with securities, antitrust, consumer protection and employment class actions and other similar matters. During the past 25 years Gilardi has administered class notices and class settlements in over 3,500 class actions, and has distributed more than $20 billion in assets.

4.      Gilardi has been asked by the parties to provide this declaration to summarize our claims administration qualifications and to provide authentication of our administration fees.

## INTRODUCTION

5.      Since its inception, Gilardi has been committed to the development and refinement of the best practices for the Notice phase of the settlement. We provide all necessary support services to assist Counsel in the distribution of notices. This includes mailing list compilation and cleanup, printing and mailing, returned mail handling, summary notice publication, telephone support, and website design, maintenance, and implementation.

6.      After evaluating the details of each case, our formatters will assist in determining the best print form vehicles to target the Class Members. Services may include typesetting, formatting, proofreading and language translation services. Our proofreading procedures include examining all documents for consistency in terminology as well as grammar and punctuation. Our dedicated Notice team reviews all settlement documents and coordinates with counsel to create and format self-guided, easy to read, plain language notices. Before any documents are submitted for approval by the parties, they are double checked for date, address, and website consistency throughout.

2

## PRINTING AND MAILING

7.      Gilardi is a leader in high volume printing and mailing procedures.  Our extensive print vendor vetting procedures ensure that mailing documents are printed in the most cost effective manner possible.  Notices and claim forms are printed in formats to maximize readability and bar codes representing unique claim identification numbers are printed on the forms to streamline processing when they are returned.  All forms are clearly titled to avoid confusion and any instructions are highlighted to minimize the number of deficient claim forms returned for processing.

8.      For this administration it is assumed that class members will receive Notice by postal mail.  For the postal mailing, it is assumed that Gilardi will mail a four-page notice, printed on an 11" x 17" sheet.  The sheet will then be folded in half to form a four-page booklet.  The claim form will be formatted as a two-page document and will be printed on an 8.5" x 11" sheet.  An illustration of how the final packet would be put together for the mailing is attached as Exhibit A.  The final length of the mailing documents has not yet been determined.  However, Gilardi used the above page counts for  cost estimation purposes.

9.      After receipt of the Class Member list, Gilardi translates the information into our proprietary case management software.  A unique control number (often referred to as a ClaimID) is assigned to each Class Member to be used to track his or her participation throughout the administration procedures.  To minimize returned mail and the cost of the mailing, the class data will be reviewed to identify duplicate records and known bad addresses, and to ensure that all necessary fields are properly populated.  Any issues with the data will be sent to Counsel for review and approval prior to implementing any changes.

10.     Prior to the mailing, Gilardi will update Class Member addresses using the United States Postal Service's National Change of Address System ("NCOA").  The NCOA system will update the addresses for all individuals who have filed a change of address with the post office within the past four years.  The NCOA system helps to ensure that we have the most up to date address in order to minimize returned undeliverable mail ("RUM").

11.     In addition to the NCOA update procedures, mailings are CASS-certified to standardize

3

addresses and maximize available postage discounts. Outgoing mail is by first-class postage exclusively unless otherwise requested.

## SUMMARY NOTICE PUBLICATION

12.     Larkspur Design Group, Gilardi's in-house advertising agency, will cause the Summary Notice of this Settlement to be published once in the New York Post. The Summary Notice will contain a brief case summary and the required information regarding the procedures for filing a claim, excluding oneself from the litigation, and objecting to the Settlement, if applicable. The notice will also clearly show Gilardi's contact information to allow Class Members to contact Gilardi with any case-related inquiries and/or case document and form requests.

## RETURNED MAIL HANDLING

13.     All Returned Undeliverable Mail ("RUM") is sorted and scanned. For RUM returned without a forwarding address, we will provide address search services utilizing Accurint, a division of Lexis Nexis, to retrieve the most accurate and updated information. We will update our database with the new addresses and re-mail the Notice packet to those Class Members.

## REQUESTS FOR EXCLUSION

14.     We process all Requests for Exclusion and provide lists and/or copies to the parties in whatever format is preferable. Statistics for the number of exclusion requests are part of Gilardi's standard reporting procedures and will be stated in Gilardi's affidavit for the mailing.

## DATA STORAGE

15.     Gilardi's proprietary case administration database is both customizable and scalable to the needs of any administration. Our long history in the industry allows us to realize potential problems before the case starts and build functionality into the case database to avoid those problems. The database is located on Gilardi's SQL server to ensure data security and files are backed up on a daily basis in accordance with our strict data storage requirements.

## REPORTING

16.     During the filing period, we will provide weekly reports detailing the basic statistics of the case. These statistics can include, but are not limited to the following:

4

  i.   Number of Claims filed

 ii.   Number of Claims filed with deficient information

iii.   Number of exclusion requests submitted

iv.   Number of disputed claims

 v.   Identification of any Class Members who have opted out or objected  to the settlement

vi.   Number of address searches and new addresses found

vii.   Number of additional forms mailed out

17.    After the processing is complete, we will provide Counsel with the lists of those claimants who have filed claims or opted out, in whatever format is preferable.

## DISTRIBUTION

18.    Gilardi has developed a robust cash management and reporting system for settlement funds.  On a daily basis, we are responsible for approximately $250 million that we manage in hundreds of checking, savings and investment accounts (primarily U.S. Treasury Funds).  We are also responsible for holding and distributing non-cash assets such as warrant and stock certificates, phone cards, insurance vouchers and rebate coupons.  In the distribution and conclusion phases of each administration, we assist Counsel in managing the settlement funds and daily monitoring of the disbursement account.

19.    For distribution of the settlement awards in this matter, we will obtain a taxpayer ID for the settlement fund and open a qualified settlement fund bank account using one of Gilardi's premier banking partners.

20.    Gilardi's approach to the distribution of the settlement funds and other assets lead the industry in precision, innovation and efficiency.  We employ a unique identity verification system and an efficient check re-issuance process.  We track the status of all outstanding checks daily and implement assertive, timely follow-up.

## TAXATION

21.    Gilardi has been at the forefront of settlement fund taxation issues and was the first organization to meet with U.S. Treasury in January of 1989 to discuss the practical problems of tax

reporting in large class action settlements. Our taxation experts are available to assist Counsel in documenting and following the rules of compliance regarding the taxation of settlement funds in employment settlements. For a sample list of California employment cases Gilardi has handled, please refer to the attached Exhibit B.

22.     For this administration, Gilardi will prepare a 1099-MISC to be mailed to each approved claimant and submit the 1099 information to the IRS. Damasco & Associates, a CPA firm with extensive settlement fund tax expertise, provides settlement fund tax services and will prepare the settlement fund tax return.

## ADMINISTRATION FEES

23.     Based on the defined scope of work provided by Counsel, Gilardi has estimated the administration costs to be between $23,711 (25% filing rate) and $33,827 (75% filing rate), depending on the number of claims filed. In order to provide security that costs will not exceed expectations, Gilardi will provide the services outlined in the estimate attached as Exhibit C, for a capped fee of $22,500, regardless of the number of claims filed. Should the scope of work change at the direction of Counsel or the Court, Gilardi will contact the parties and provide estimated pricing for any new services or provide unit costs should any of the assumptions, originally provided for estimation purposes, change.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: San Rafael
       August 2, 2011

Daniel Burke
GILARDI & CO., LLC
3301 Kerner Boulevard
San Rafael, CA 94901
Tel: (415) 458-3059
Daniel.Burke@gilardi.com

# EXHIBIT - A



# GUIDE TO THE
# CLASS ACTION NOTICE MAILING

## OVERVIEW

The typical Class Action Notice mailing has four parts:

1) an outer mailing envelope
2) a four-page notice
3) a two-page claim form, and
4) a business reply envelope

The outer envelope, which the addressee receives in the mail, contains the other three items:



1) Outer Envelope

2) Notice     3) Claim Form     4) Business Reply Envelope

## 1) OUTER MAILING ENVELOPE

*Specifications:*
• A standard #10 window envelope
• 9.5 inches wide by 4.125 inches high
• prints one color (black)

*Purpose:*
• Mails to addressee (claimant)



Claims administrator return address

See-through window

Internal routing code

*CONFIDENTIAL INFORMATION Not for distribution. Only for client use in conjunction with the attached Gilardi proposal.*



GUIDE TO THE
# CLASS ACTION NOTICE MAILING

## 2) FOUR-PAGE NOTICE

*Specifications:*
- A standard 11x17 (ledger) sheet
- folds to an 8.5 x11, four-page document
- prints one color (black)

*Purpose:*
- Notifies claimant of their potential inclusion in the class action and proposed settlement



## 3) CLAIM FORM

*Specifications:*
- A standard 8.5x11 (letter) sheet
- prints one color (black)

*Purpose:*
- Contains instructions on how to complete form and return for inclusion in class action.
- Includes fields to capture claimant's name/address change, phone number(s) and email address
- Various check boxes, signature and date lines allow claimant to provide proof/affidavit of inclusion



Pre-printed claimant name and address (shows through window of outer envelope)

Fields for claimant to provide updated/addtional contact information

Form instructions

Space for claimant's signature and date affirming inclusion

## 4) BUSINESS REPLY ENVELOPE

*Specifications:*
- A standard #9 envelope
- 8.875 inches wide by 3.875 inches high
- prints one color (black)

*Purpose:*
- Returns claim form to Claims Administrator



*CONFIDENTIAL INFORMATION Not for distribution. Only for client use in conjunction with the attached Gilardi proposal.*

# EXHIBIT - B



Labor and employment class actions have grown exponentially in recent years, faster than any other type of legal action. This has been mostly fueled by increasing attention to wage and hour violations, subjective pay, and allegedly discriminatory hiring and promotions systems. The Class Action Fairness Act of 2005 (CAFA) has driven much of this litigation into federal court, where the requirements for the notification and settlement administration phases of class actions are uniformly stringent and demanding. More than ever, choosing an experienced and efficient administrator is crucial to a successful outcome for any labor and employment litigation.

## EXPERIENCE

Gilardi & Co. LLC ("Gilardi") is the premier, privately held provider of legal administration services. We assist counsel with the complexities of administering all aspects of class actions including settlements for statewide, nationwide and multidistrict litigation classes. We have handled everything from simple to highly sophisticated settlement administrations for a diversity of matters including wage and hour, misclassification, discrimination, and violations of the Fair Labor Standards Act (FLSA) and the Employee Retirement Income Security Act (ERISA).

## EXPERTISE

Gilardi has administered hundreds of labor and employment class actions. Whether the case involves 50 class members or 50,000, Gilardi caters its services to suit counsel's unique needs with attention to every detail. Our scalability allows us to ramp up our resources to handle cases of any size.

Recent employment class actions we have administered include the following:

| Blanch v. Safeway | Wineland v. Casey's | Mambuki v. Securitas Security Services USA | Savala v. Nordstrom |
|---|---|---|---|
| Class Members: 244,000 | Class Members: 75,900 | Class Members: 68,500 | Class Members: 68,000 |
| Settlement Fund: $1.2 million | Settlement Fund: $6.7 million | Settlement Fund: $15 million | Settlement Fund: $12.5 million |
| Martin v. FedEx Ground Package Systems, Inc. | Royal Caribbean Cruise Line | Norwegian Cruise Line | Jones v. Casey's |
| Class Members: 50,000 | Class Members: 30,000 | Class Members: 22,100 | Class Members: 7,900 |
| Settlement Fund: $8.1 million | Settlement Fund: $18.4 million | Settlement Fund: $25 million | Settlement Fund: $5 million |

For more information regarding Gilardi's services, or to request a proposal, please contact:

- Jenny Trang
  *Business Development and Marketing Manager*
  Jenny.Trang@Gilardi.com
  (415) 458-3038

- Daniel Burke
  *General Counsel,
  Director of Consumer Affairs*
  Daniel.Burke@Gilardi.com
  (415) 458-3069

**Marianas v. Saipan Rico**

| | Case Highlights: |
|---|---|
| Class Members: 37,100 | • Integrated multiple records per claimant<br>• Managed and integrated data from 21 different data sources of varied file types and content |
| Settlement Fund: $5.8 million | • Performed multiple sets of data calculations<br>• Translated the Notice and Consent to Join form into 7 languages for mailing to 24 countries<br>• 5 year administration |

## HIGHLIGHTS

Translation available for any document in any language

Quick mail turnaround, including same day mailings

Secure online claims filing and verification

Comprehensive data calculations and auditing procedures to identify errors and fraud

## FREQUENTLY ASKED QUESTIONS

### What are the advantages of working with Gilardi?

Gilardi is a one stop shop for all class action administration needs. As a privately held company, we have no conflicts of interest of any kind and are not involved in any litigation or investment that may reflect poorly upon counsel. Our experience and sophisticated resources allow us to handle many cases simultaneously while ensuring we meet deadlines effectively and efficiently. Also, we offer counsel access to high touch-points across our company at any time. At Gilardi, we are committed to delivering the best results because it is our priority to help our clients achieve their objectives.

### When should I get Gilardi involved?

We encourage our clients to get us involved early in the litigation phase. Gilardi will review the requirements, address issues, and offer guidance, from a claims administrator's point of view, to help counsel move through the process smoothly. We also offer a variety of pre-certification services at competitive rates, including mailing notices of pendency, non-disclosure letters, opt-in or opt-out letters, and questionnaires.

### What types of calculations can Gilardi perform on class data?

Gilardi can perform a range of both simple and intricate calculations as determined by counsel. We understand the complexities involved in calculating settlement awards. Whether the case requires computing work weeks, taking into account weighted positions, job titles, and varied pay rates, or if it involves multiple claims or the need for Social Security Number verification, we have the experience and resources to handle it.

### What methods of Notice are available?

There are a variety of Notice options available including various types of Notice Packets and postcard mailings, publishing Summary Notices in online news streams, magazines, and national, regional and local newspapers, running advertisements on TV and radio, and launching an online advertising campaign. We collaborate with our in-house advertising agency to design and implement a Notice campaign that fits the specific case type and meets counsel's needs and budget.

*"We are experts in due process and we will devote our skills and resources to giving you personalized and cost-efficient service. We are an industry leader with more than two decades of Notice and Claims Administration experience."*

Dennis Gilardi
Founder, Gilardi & Co. LLC

*For general information about Gilardi & Co. LLC, please visit www.gilardi.com or call (415) 461-0410.*

3301 Kerner Boulevard
San Rafael, CA 94901

© 2010 Gilardi & Co. LLC. All rights reserved.

# EXHIBIT - C

David Warner, Esq.
Littler Mendelson P.C.
Matter: Unknown Employment Matter - Administration Cost Estimate



| Administration Cost Estimate Summary | | | |
|---|---|---|---|
| Total Estimated Class Size | 2,900 | | |
| Filing Percentage and Number of Claims Filed | 25% | 50% | 75% |
| | 725 | 1,450 | 2,175 |
| Notification Procedures | $ 11,026 | $ 11,026 | $ 11,026 |
| Processing/Reporting | 5,046 | 8,476 | 10,640 |
| Distribution | 7,639 | 10,263 | 12,161 |
| Total Estimated Administration Costs | $ 23,711 | $ 29,766 | $ 33,827 |
| Administration Fee Cap ("not to exceed" price) | | $ 22,500 | |

### ITEMIZED ADMINISTRATION COSTS

| NOTIFICATION PROCEDURES | | Volume | | Unit Rate | | Cost | | Total |
|---|---|---|---|---|---|---|---|---|
| **Document Formatting & Class Data Preparation** | | | | | | | | |
| Case Setup | | 3 | hrs | $ | 90.00 | $ | 270 | |
| Mailing Database Preparation | | 15 | hrs | $ | 90.00 | | 1,350 | |
| Software Customization | | 3 | hrs | $ | 90.00 | | 270 | |
| Document Formatting | | 5 | hrs | $ | 90.00 | | 450 | |
| Case Management | | 20 | hrs | $ | 90.00 | | 1,800 | |
| NCOA | | | | | | | 250 | |
| Subtotal Formatting & Data Prep | | | | | | | | $ 4,390 |
| **Printing/Mailing - Notice Packet** | | | | | | | | |
| Notice Packet: | | 2,900 | | $ | 0.675 | $ | 1,958 | |
| 4 page Notice, 2 page Claim Form, #10 env, #9 env | | | | | | | | |
| Estimated 1st Class Postage | | 2,900 | | $ | 0.382 | | 1,108 | |
| Print Production Staff Hours | | 3 | hrs | $ | 90.00 | | 270 | |
| Subtotal Printing/Mailing | | | | | | | | 3,336 |
| **Notice Publication** | | | | | | | | |
| Publish 1/8 page (4.8125" x 2.625") Summary Notice in NY Post (Weekday) | | 1 | | $ | 2,087.25 | | | 2,087 |
| **Returned Undeliverable Mail Handling ("RUM")** | | | | | | | | |
| **Total % & # of RUM Pieces** | 20% | 580 | | | | | | |
| **Address Searches** | | | | | | | | |
| # of Searches (from RUM above) | | 580 | | $ | 0.75 | $ | 435 | |
| Class List Contains SSNs? (Y/N) | N | | | | | | | |
| # of New Addresses Found | 50% | 290 | | $ | 1.75 | | 508 | |
| Staff Hours performing Addr Searches | | 3 | hrs | $ | 90.00 | | 270 | |
| Subtotal Address Searches | | | | | | | | 1,213 |
| **Subtotal Notification Procedures** | | | | | | | | $ 11,026 |

NOTE: See Page 2 for Itemized Claims Processing & Distribution Costs

David Warner, Esq.
Littler Mendelson P.C.
Matter: Unknown Employment Matter - Administration Cost Estimate
Page 2 of 2

| PROCESSING/REPORTING | Unit Rate | Projected Claims Filed (% and # of Claims) | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 25% | | 50% | | 75% | |
| | | 725 | | 1,450 | | 2,175 | |
| | | Volume | Cost | Volume | Cost | Volume | Cost |
| **Claims Processing (cost per claim #'s reflect rounding)** | | | | | | | |
| Cost per Claim for 725 Claims Filed via Mail | $5.25 | | | | | | |
| Cost per Claim for 1,450 Claims Filed via Mail | $4.75 | | | | | | |
| Cost per Claim for 2,175 Claims Filed via Mail | $4.00 | | | | | | |
| Percentage of Claims Filed by Mail | 100% | 725 | $ 3,806 | 1,450 | $ 6,888 | 2,175 | $ 8,700 |
| **Request For Exclusion Processing** | | | | | | | |
| Estimated Number of Opt-outs as % of Class | 1% | | | | | | |
| Estimated Number of Opt-outs | | 29 | | 29 | | 29 | |
| Staff Hours Handling Requests for Exclusion (minimum 1 hr) | $ 70.00 | 1 hr | 70 | 1 hr | 70 | 1 hr | 70 |
| **Deficiency Processing** | | | | | | | |
| Estimated Number of Deficient Claims as % of Class | 1% | | | | | | |
| Estimated Number of Deficient Claims | | 7 | | 15 | | 22 | |
| Staff Hours Handling Deficient Claims (minimum 1 hr) | $ 70.00 | 1 hr | 70 | 2 hr | 140 | 3 hr | 210 |
| **Dispute Processing** | | | | | | | |
| Estimated Number of Disputes as % of Class | 1% | | | | | | |
| Estimated Number of Disputes | | 7 | | 15 | | 22 | |
| Staff Hours Handling Disputes (minimum 1 hr) | $ 70.00 | 2 hr | 140 | 4 hr | 280 | 6 hr | 420 |
| **Reporting/Declaration** | | | | | | | |
| Declaration of Notice Procedures | $ 90.00 | 6 hrs | 540 | 6 hrs | 540 | 6 hrs | 540 |
| Assumes reporting 1x per week | $ 70.00 | 6 hrs | 420 | 8 hrs | 560 | 10 hrs | 700 |
| **Subtotal Processing/Reporting** | | | $ 5,046 | | $ 8,478 | | $ 10,640 |
| **DISTRIBUTION** | | | | | | | |
| Settlement Fund Management (Incl. obtaining Tax ID) | $ 90.00 | 5 hrs | 450 | 5 hrs | 450 | 5 hrs | 450 |
| Calculate Claimant Awards & Distribution Prep | $ 90.00 | 8 hrs | 720 | 10 hrs | 900 | 12 hrs | 1,080 |
| **% & # of Claimants receiving checks** | 100% | 725 | | 1,450 | | 2,175 | |
| Issue Check Rate (volume dependent) | | $ 3.00 | | $ 2.50 | | $ 2.00 | |
| Issue checks | $ 0.75 | 725 | 2,175 | 1,450 | 3,625 | 2,175 | 4,350 |
| Issue Forms 1099 MISC | $ 0.75 | 725 | 544 | 1,450 | 1,088 | 2,175 | 1,631 |
| Report 1099 information to the IRS | $ 350.00 | 1 | 350 | 1 | 350 | 1 | 350 |
| Settlement Fund Tax Reporting | $ 2,500.00 | 1 yr | 2,500 | 1 yr | 2,500 | 1 yr | 2,500 |
| Follow-up / Final Acctg | $ 90.00 | 10 hrs | 900 | 15 hrs | 1,350 | 20 hrs | 1,800 |
| **Subtotal Distribution** | | | $ 7,639 | | $ 10,263 | | $ 12,161 |