# TRCA
## TECHNOLOGY RESOURCE CENTER OF AMERICA, LLC

Address:

2600 Virginia Circle
Denton, Texas 76209-15056

Telephone:
940-565-5000

Facsimile:
940-565-5002

E-mail:
Contact@TRCA.com

Internet:
www.TRCA.com

From the desk of
**DAVID L. HAGER, MBA, DBA, PH.D.,** *Chief Financial Officer, Director of Strategic Planning*
Direct Telephone & Fax: 940-891-6610
Personal E-mail: David.Hager@TRCA.com

July 29, 2011

United States Bankruptcy Court for the District of Delaware
Attention: Clerk of the Court
Re: Tribune Company
824 Market Street
3rd Floor
Wilmington, DE 19801


Re:   Notice of Change of Address for Bankruptcy Case 08-13141 (KJC), Tribune Company
Via:   USPS Certified Mail, Return Receipt

To Whom It May Concern;

    I hope this letter finds you well. I am writing to let you know that Technology Resource Center of America, LLC ("TRCA"), Telephone Data Systems, L.P. (TDS), and Telecom Remarketing of America, L.P. have moved to a new location. Please accept this letter as notice of notice of the new address as follows:

2600 Virginia Circle
Denton, Texas 76209

Thank you for your time.

Kind regards,

*David L. Hager*

David L. Hager