# Notice Recipients

District/Off: 0311−1  User: Al  Date Created: 8/5/2011
Case: 08−13141−KJC  Form ID: ntcBK  Total: 22

**Recipients of Notice of Electronic Filing:**
ust  United States Trustee  USTPREGION03.WL.ECF@USDOJ.GOV
aty  Bryan Krakauer  bkrakauer@sidley.com
aty  Michael A. Henry  mhenry@grossmcginley.com
aty  Patricia K. Smoots  psmoots@mcguirewoods.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Tribune Company  435 N. Michigan Avenue  Chicago, IL 60611
aty  Carl D. Neff  Ciardi Ciardi &Astin  919 N. Market Street  Suite 700  Wilmington, DE 19801  U.S.A.
aty  Carl D. Neff  Ciardi Ciardi &Astin  919 N. Market Street  Suite 700  Wilmington, DE 19801  U.S.A.
aty  Edward Cerasia, II  Seyfarth Shaw LLP  620 Eighth Avenue  32nd Floor  New York, NY 10018
aty  George R. Dougherty  Grippo &Elden LLC  111 S. Wacker Drive  Chicago, IL 60606
aty  J. Kate Stickles  Cole, Schotz, Meisel, Forman &Leonard,  500 Delaware Avenue, Suite 1410  Wilmington, DE 19801
aty  J. Kate Stickles  Cole, Schotz, Meisel, Forman &Leonard,  500 Delaware Avenue, Suite 1410  Wilmington, DE 19801
aty  James F. Conlan  Sidley Austin LLP  One South Dearborn Street  Chicago, IL 60603
aty  Jared D. Zajac  McDermott Will &Emery LLP  340 Madison Avenue  New York, NY 10173−0002
aty  John H. Strock, III  Fox Rothschild LLP  919 N. Market St., Suite 1300  P.O Box 2323  Wilmington, DE 19899−2323
aty  John R. McCambridge  Grippo &Elden  111 S. Wacker Drive  Chicago, IL 60606
aty  Michael W. kazan  Grippo &Elden LLC  111 S. Wacker Drive  Chicago, IL 60606
aty  Norman L. Pernick  Cole, Schotz, Meisel, Forman &Leonard,  500 Delaware Avenue,Suite 1410  Wilmington, DE 19801
aty  Patrick J. Reilley  Cole, Schotz, Meisel, Forman &Leonard,  500 Delaware Avenue, Suite 1410  Wilmington, DE 19801
aty  Patrick T. Nash  Grippo &Elden  111 S. Wacker Drive  Chicago, IL 60606
aty  Patrick Theodore Garvey  Johnson &Bell, Ltd  33 W. Monroe, Suite 2700  Chicago, IL 60603
aty  Robert S. Brady  Young, Conaway, Stargatt &Taylor  The Brandywine Bldg.  1000 West Street, 17th Floor  PO Box 391  Wilmington, DE 19899−0391
aty  Stephen Novack  Novack and Macey LLP  100 North Riverside Plaza  Chicago, IL 312−419−6900 312−419−6928

TOTAL: 18