```
                  IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE


IN RE:                           )    Case No. 08-13141(KJC)
                                 )
                                 )
TRIBUNE COMPANY                  )    Chapter 11
                                 )
                                 )    Courtroom 5
                                 )    824 Market Street
              Debtors.           )    Wilmington, Delaware
                                 )
                                 )    June 28, 2011
                                 )    10:00 a.m.


                    TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                     Sidley Austin, LLP
                                 BY: JAMES BENDERNAGEL, ESQ.
                                 BY: JAMES CARLAN, ESQ.
                                 BY: KEVIN LANTRY, ESQ.
                                 One South Dearborn
                                 Chicago, IL 60603
                                 (312) 853-7000


                                 Cole, Schotz, Meisel, Forman
                                 & Leonard, P.A.
                                 BY: NORMAN PERNICK, ESQ.
                                 500 Delaware Ave., Ste. 1410
                                 Wilmington, DE 19801
                                 (302) 652-3131


                                 Tribune Company
                                 BY: DON LIEBENTRITT, ESQ.
                                 435 North Michigan St.
                                 Chicago, IL  60611
                                 (312) 222-9100


ECRO:                            AL LUGANO

Transcription Service:           DIAZ DATA SERVICES
                                 331 Schuylkill Street
                                 Harrisburg, Pennsylvania 17110
                                 (717) 233-6664
                                 www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For Merrill Lynch:                    Potter Anderson & Carroon, LLP
                                      BY: LAURIE SELBER SILVERSTEIN,
                                      ESQ.
                                      Hercules Plaza
                                      1313 North Market Street
                                      6th Floor
                                      Wilmington, DE  19801
                                      (302) 984-6033

For JP Morgan:                        Davis Polk & Wardwell
                                      BY: ALICIA CHANG, ESQ.
                                      450 Lexington Avenue
                                      New York, NY 10017
                                      (212) 450-4000

                                      Richards Layton & Finger
                                      BY: ROBERT STEARN, ESQ.
                                      One Rodney Square
                                      920 North King Street
                                      Wilmington, DE  19801
                                      (302) 651-7700

For Barclays:                         DLA Piper
                                      BY: MICHELLE MARINO, ESQ.
                                      1251 Avenue of the Americas
                                      New York, NY  10020-1104
                                      (212) 335-4500

For Official Committee
of Unsecured Creditors:               Landis, Rath & Cobb
                                      BY: DANIEL B. RATH, ESQ.
                                      919 Market Street, Suite 1800
                                      Wilmington, DE 19801
                                      (302) 467-4400

                                      Chadbourne & Parke, LLP
                                      BY: DAVID LEMAY, ESQ.
                                      30 Rockefeller Plaza
                                      New York, NY 10112
                                      (212) 408-5100

For DBTCA:                            McCarter & English
                                      BY: KATHARINE MAYER, ESQ.
                                      405 N. King Street, 8th Fl.
                                      Wilmington, DE  19801
                                      (302) 984-6312

```
APPEARANCES:
(Continued)

For Wilmington Trust:          Brown Rudnick
                               BY: MARTIN SIEGEL, ESQ.
                               185 Asylum Street
                               Hartford, CT  06103
                               (860)509-6519

                               Sullivan Hazeltine Allinson,
                               LLC
                               BY: ZEKE ALLINSON, ESQ.
                               4 East 8th Street, Suite 400
                               Wilmington, DE  19801
                               (302) 4268-8191

For Aurelius:                  Akin Gump Strauss Hauer & Feld
                               BY: STEVE BALDINI, ESQ.
                               BY: DANIEL GOLDEN, ESQ.
                               One Bryant Park
                               New York, NY 10036
                               (212) 872-1000

                               Ashby & Geddes
                               BY: AMANDA WINFREE, ESQ.
                               500 Delaware Avenue
                               Wilmington, DE  19899
                               (301) 654-1888

For Law Debenture:             Bifferato Gentilotti
                               BY: ROBIN GROGAN, ESQ.
                               800 North King Street
                               Plaza Level
                               Wilmington, DE  19801
                               (302) 429-1900

                               Kasowitz Benson Torres &
                               Friedman, LLP
                               BY: SHERON KORPUS, ESQ.
                               BY: CHRISTINE MONTENEGRO, ESQ.
                               1633 Broadway
                               New York, NY  10019
                               (212) 506-1969

For Great Banc:                Womble Carlyle
                               BY: THOMAS M. HORAN, ESQ.
                               222 Delaware Avenue, Ste. 1501
                               Wilmington, DE  19801
                               (302) 252-4339
```

```
APPEARANCES:
(Continued)

For Retirees:                   Miller & Arbon
                                BY: BRIAN ARBON

For Timothy Knight:             A.M. Saccullo Legal
                                BY: ANTHONY SACCULLO
                                27 Crimson King Drive
                                Bear, DE  19701
                                (302) 832-5595

For Penn School Employees
Ret. Sys.:                      Duane Morris
                                BY: LAWRENCE KOTLER, ESQ.
                                30 South 17th Street
                                Philadelphia, PA 19103-4196
                                (215) 979-1514

TELEPHONIC APPEARANCES:

For George Dougherty:           Grippo & Elden, LLC
                                BY: GEORGE DOUGHERTY, ESQ.
                                (312) 704-7700

For Official Committee of
Unsecured Creditors:            Chadbourne & Parke, LLP
                                BY: DOUGLAS DEUTSCH, ESQ.
                                (212) 408-5169
                                BY: MARC D. ASHLEY, ESQ.
                                (212)408-5194
                                BY: DAVID LEMAY, ESQ.
                                (212) 408-5100
                                BY: THOMAS MCCORMACK, ESQ.
                                (212) 408-5100
                                BY: MARC ROITMAN, ESQ.
                                (212) 408-5271
                                BY: HOWARD SEIFE, ESQ.
                                (212) 408-5361


                                Zuckerman & Spaeder, LLP
                                BY: ANDREW GOLDFARB, ESQ.
                                (202) 778-1800
                                BY: JAMES SOTTILE, ESQ.
                                (202) 778-1800
                                BY: GRAEM BUSH, ESQ.
                                (202) 778-1800
```

TELEPHONIC APPEARANCES:
(Continued)

For Bank of America:          O'Melveny & Myers
                              BY: DANIEL SHAMAH, ESQ.
                              (212) 326-2138

                              Bank of America
                              BY: ESTHER CHUNG, ESQ.
                              (646)858-6705

For Citibank:                 Paul Weiss Rifkind Wharton
                              BY: KIRA DAVIS, ESQ.
                              (212) 373-3000
                              BY: SHANNON PENNOCK, ESQ.
                              (212) 373-3000
                              BY: ANDREW LEVY, ESQ.
                              (202) 223-7328

For Merrill Lynch:            Kaye Scholer, LLP
                              BY: JONATHAN AGUDELO, ESQ.
                              (212) 836-8369
                              BY: MADLYN G. PRIMOFF, ESQ.
                              (212) 836-7042
                              BY: JANE PARVER, ESQ.
                              (212) 836-8510

For Tribune:                  Sidley Austin
                              BY: BRYAN KRAKAUER, ESQ.
                              (312) 853-7515
                              BY: CANDICE KLINE, ESQ.
                              (312) 853-7778
                              BY: DAVID MILES, ESQ.
                              (202) 736-8556
                              BY: JILLIAN LUDWIG, ESQ.
                              (312) 853-7523
                              BY: KEN KANSA, ESQ.
                              (312) 853-7163
                              BY: SHAWN LUNA, ESQ.
                              (213) 896-6755
                              BY: JOEL G. SAMUELS, ESQ.
                              (213) 896-6030

                              Tribune Company
                              BY: GARY WEITMAN, ESQ.
                              (312) 222-3494
                              BY: DAVE ELDERSVELD, ESQ.
                              (312) 222-4707

For Anna Kalenchits:          Anna Kalenchits
                              (212)723-1808

```
TELEPHONIC APPEARANCES:
(Continued)

For Aurelius Capital
Management:                    Aurelius Capital Management LP
                               BY: MATTHEW A. ZLOTO, ESQ.
                               (646) 445-6518

                               Akin Gump Strauss Hauer & Feld
                               BY: SHAYA ROCHESTER, ESQ.
                               (212) 872-1076
                               BY: JASON GOLDSMITH, ESQ.
                               (212) 872-1000
                               BY: MITCH HURLEY, ESQ.
                               (212) 325-9933

For JP Morgan Chase Bank:      Davis Polk & Wardwell, LLP
                               BY: PETER KIM, ESQ.
                               (212) 450-3028

For Barclays:                  Barclays
                               BY: BEN WILSON, ESQ.
                               (212) 412-7642

For Eos Partners:              Eos Partners
                               BY: MIKE J. SCHOTT, ESQ.
                               (212) 593-4046

For DK Partners:               DK Partners
                               BY: EPHRAIM DIAMOND, ESQ.
                               (646) 282-5841

For EGI-TRB:                   Jenner & Block, LLP
                               BY: ANDREW VAIL, ESQ.
                               (312) 840-8688

For Interested Party:          Schulte Roth & Zabel, LLP
                               BY: KAREN S. PARK, ESQ.
                               (212) 756-2036

For Deutsche Bank:             McCarter & English
                               BY: DAVID ADLER, ESQ.
                               (212) 609-6847

                               Kramer Levin, Naftalis &
                               Frankel, LLP
                               BY: DAVID E. BLABEY, JR.,ESQ.
                               (212) 715-9100

For Chandler Bigelow:          Sperling & Slater
                               BY: CLAIRE P. MURPHY, ESQ.
                               (312)641-3200
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Wells Fargo:              White & Case
                             BY: SCOTT GREISSMAN, ESQ.
                             (212) 819-8567
For Miller Tabak Roberts
Securities:                  Miller Tabak Roberts
                             Securities, LLC
                             BY: ANDREW M. THAU
                             (212) 692-51
For Robert R. McCormick
Foundation &
Cantigny Foundation:         Katten Muchin Rosenman, LLP
                             BY: JOHN SIEGER, ESQ.
                             (312) 902-5294


For Employees Compensation
Defendants Group:            Frank Gecker, LLP
                             BY: REED HEILIGMAN, ESQ.
                             (312) 276-1400


For Nealesh Jhaveri:         Citadel Investment Group
                             BY: NEALESH JHAVERI
                             (212) 651-7636


For Morgan Stanley:          Weil Gotshal & Manges, LLP
                             BY: ASHIH D. GANDHI, ESQ.
                             (212) 310-8024
                             BY: DAVID LITVACK, ESQ.
                             (212) 310-8361
                             BY: ANDREA SAAVEDRA, ESQ.
                             (212) 310-8544


For Silver Point Capital:    Silver Point Capital
                             BY: MATTHEW EHMER
                             (203) 542-4219


For Serengeti Asset Mgmt.:   Serengeti Asset Management
                             BY: NICHOLAS HEILBUT, ESQ.
                             (212) 466-2167


For Nomura Securities:       Nomura Securities
                             BY: ARTHUR KAVALIS
                             (212) 667-2370


For Citi:                    Paul Weiss Rifkind Wharton &
                             Garrison, LLP
                             BY: MAY KIM, ESQ.
                             (202) 223-7379
```

TELEPHONIC APPEARANCES:
(Continued)

For Corre Partners:              Corre Partners
                                 BY: STEPHEN LARN
                                 (646) 863-7157

For Great Banc Trust Co.:        Morgan Lewis & Bockius, LLP
                                 BY: RACHEL MAUCERI, ESQ.
                                 (215) 963-5000

For Shachar Minkove:             JPMorgan Chase Bank, NA
                                 BY: SHACHAR MINKOVE
                                 (212) 834-7174

For Pryor Cashman:               Pryor Cashman, LLP
                                 BY: TINA MOSS
                                 (212) 326-0421

For Wilmington Trust:            Brown Rudnick, LLP
                                 BY: GORDON NOVOD, ESQ.
                                 (212) 209-4940

For Dominion:                    McGuire Woods, LLP
                                 BY: BETH SIEG, ESQ.
                                 (804) 775-1137

For Macquarie Capital:           Macquarie Capital (USA)
                                 BY: RUSHABH VORA
                                 (212) 231-6311

For Alvarez & Marsal:            Alvarez & Marsal, Inc.
                                 BY: BRIAN WHITTMAN
                                 (312) 601-4226

For Former Special
Committee:                       Skadden Arps Slate Meagher &
                                 Flom
                                 BY: JUSTIN WINEMAN, ESQ.
                                 (312) 407-0924

For Wells Fargo Bank:            White & Case, LLP
                                 BY: ANDREW ZATZ, ESQ.
                                 (212)819-8744

For Suttonbrook Capital
Management:                      Suttonbrook Capital Management
                                 BY: CAROL L BALE, ESQ.
                                 (212) 588-6640

TELEPHONIC APPEARANCES:
(Continued)


For Halcyon Asset Mgmt.:        Halcyon Asset Management
                                BY: IGOR FUKS
                                (212) 303-9453


For Credit Suisse:              Credit Suisse
                                BY: MARK HERON
                                (212) 325-9933


For Maryland State Retirement
And Pension System:             Maryland State Retirement
                                BY: JOHN J. KUCHNO
                                (410) 625-8414


For Blue Mountain Capital:      Blue Mountain Capital
                                BY: MICHAEL C. KASS
                                (212) 905-3911


For Proskauer Rose:             Proskauer Rose, LLP
                                BY: DAVID S. MORDKOFF
                                (212) 969-3831


For Wilmington Trust:           Brown Rudnick, LLP
                                BY: MARTIN SIEGEL, ESQ.
                                (212) 209-4829


For Barclays:                   Mayer Brown, LLP
                                BY: JEAN-MARIE ATAMIAN, ESQ.
                                (212) 506-2678
                                BY: MICHAEL L. SIMES, ESQ.
                                (212) 506-2607
                                BY: AMIT K. TREHAN, ESQ.
                                (212) 506-2500


For Ernst & Young:              Alston & Bird, LLP
                                BY: JOHN W. WEISS, ESQ.
                                (212) 210-9412


For Law Debenture:              Kasowitz Benson Torres &
                                Friedman
                                BY: MATTHEW STEIN, ESQ.
                                (212) 506-1717


For SNR Denton US:              SNR Denton US, LLP
                                BY: STEFANIE L. WOWCHUK, ESQ.
                                (312) 876-2569

1  WILMINGTON, DELAWARE, TUESDAY, JUNE 28, 2011, 10:07 A.M.

2              THE CLERK:  Be seated, please.

3              THE COURT:  Good morning.

4              MR. PERNICK:  Good morning, Your Honor.  Your

5  Honor, Norman Pernick from Cole Schotz on behalf of the

6  debtors, Tribune Company.

7              We spoke yesterday actually about today's agenda

8  and we do have one substantive matter going forward.

9  Actually, it was a little bit incorrect.  There's a second

10 matter that was submitted on COC which the Court has not

11 signed so I assume the Court has --

12             THE COURT:  And I should have mentioned that, I

13 didn't, but I do have a few questions about that.

14             MR. PERNICK:  Okay.  Would you like me to run

15 through the rest of the agenda just to make sure that we

16 have all of our records straight or --

17             THE COURT:  Sure.

18             MR. PERNICK:  Okay.  I have as withdrawn matter

19 No. 1, the Wilmington Trust seal motion and that was with

20 respect to proposed findings of fact and conclusions of law.

21             Also, No. 24, the Aurelius seal motion with

22 respect to the admission of certain documents.

23             Orders were entered by the Court on Item No. 2,

24 the Aurelius seal motion.

25             Item No. 3 with respect to certain state law,

1  constructive and fraudulent conveyance, defendants' motions

2  to shorten time.

3           No. 11, the thirty-fourth omnibus objection with

4  respect to Google and EMC.

5           No. 12, the fortieth omnibus objection.  There's

6  one item from that which I'll mention in a moment that was

7  continued, but as to most of them the order was entered.

8           No. 13, the forty-third omnibus objection.

9           Item No. 14, the forty-fourth omnibus objection.

10          Item No. 15, the forty-fifth omnibus objection,

11  again with a noted continuance in a moment.

12          No. 17, the Ernest & Young retention.

13          No. 18, and Aurelius seal motion with respect to

14  portions of the proposed findings of fact and conclusions of

15  law.

16          No. 19, JP Morgan Chase seal motion with respect

17  to the admission of certain documents.

18          No. 20, the Merrill Lynch seal motion with

19  respect to the admission of certain exhibits.

20          And No. 21, the motion to extend the stay of

21  avoidance actions.

22          Then I have as continued to July 26, the tenth

23  omnibus objection with respect to GE Capital Fleet Services

24  and Robby Wells, those two claims.

25          No. 5, the twenty-fourth omnibus objection with

1   respect to the Marbury von Briesen and Herbert Eye claims.

2   And just to note, I think we have contacted or we will be

3   contacting chambers to schedule an evidentiary hearing on

4   the Marine Dombeck claim.

5          No. 6, the twenty-seventh omnibus objection.  We

6   do have a settlement stipulation which is going to be filed

7   on the Marcia Willette claim.  So technically, it's

8   continued, but it's actually settled and we'll be submitting

9   that to the Court.

10          No. 7, the thirty-third omnibus objection with

11   respect to Albert Togut, the Chapter 7 Trustee for PLVTZ and

12   also the City of Chicago claim.

13          No. 8, with respect to the motion of Steven

14   Gellman to allow a proof of claim.  And actually a

15   stipulation is going to be filed in that matter, Your Honor,

16   proposing to litigate that in another forum.

17          No. 9, the forty-second omnibus objection with

18   respect to Broadspire Services, Contrarian Funds, and Carol

19   Walker.

20          No. 10, the motion of Jewel Stores to allow a

21   late proof of claim.  There was a settlement reached.  So

22   again, technically continued, but we'll be filing papers on

23   that.

24          No. 12, the fortieth omnibus objection with

25   respect to USDR CNI Corp for their claim.

1          Item No. 15, the forty-five omnibus objection

2   with respect to the claim of RMS Bankruptcy Recovery

3   Services.

4          And Item Nos. 22 and 23 which were two Wilmington

5   Trust seal motions with the admissions of documents.  So

6   that would leave us with just No. 16 and No. 25.

7          THE COURT:  All right.  Shall we go in order?

8          MR. PERNICK:  Sure, Your Honor.

9          THE COURT:  All right.  Okay.  Is someone on the

10  phone with respect to the SNR Denton application?

11         MS. WOWCHUK:  Yes, Your Honor.  This is Stephanie

12  Wowchuk on the phone from SNR Denton.

13         THE COURT:  Good morning.

14         MS. WOWCHUK:  Good morning.

15         THE COURT:  Do you have your application in front

16  of you?

17         MS. WOWCHUK:  I do, yes.

18         THE COURT:  Okay.  The application recites that

19  it's for January and February time.

20         MS. WOWCHUK:  Um-hum.

21         THE COURT:  But there was approximately $4,600 in

22  March time included.  Why is that?

23         MS. WOWCHUK:  And actually that time although it

24  was included on the invoice was not calculated.  It was not

25  used in the calculations of that actual amount that we are

1  asking for for January and February.  It was taken out and

2  it will be included on what I'm working on right now is in

3  March and April fee applications.

4           THE COURT:  Okay.

5           MS. WOWCHUK:  So because of if you note Footnote

6  5, we previously and we're making a concerted effort to

7  change this, but our -- the way our invoicing works, the

8  accounting system works is that time is billed during the

9  month in which the invoice is prepared and it doesn't

10 necessarily coincide with the month in which the time was

11 actually incurred and the services were performed.  So that

12 creates some discrepancies where, you know, and invoice

13 could be prepared in March and will include January and

14 February time and sometimes March time.  In preparing this,

15 because it was just for January and February, any invoices

16 that included March time, I did not include that time within

17 the calculations of what we were owed for that month in this

18 fee application so I excluded that.

19           THE COURT:  All right, thank you.

20           MS. WOWCHUK:  You're welcome.

21           THE COURT:  The other thing I wanted to discuss

22 was a comment.  And that is there is a fair amount of

23 bumping in the time.

24           MS. WOWCHUK:  Okay.

25           THE COURT:  And I just ask for the timekeeper and

1  it's apparently -- no, it's primarily Gullickson [ph].

2          MS. WOWCHUK:  Okay.

3          THE COURT:  Needs to be a little more -- needs to

4  break down a little more.  And I'm --

5          MS. WOWCHUK:  Okay.

6          THE COURT:  -- not going to make you redo

7  anything at this point because the time does look related to

8  a single project, but tasks need to be separated.

9          MS. WOWCHUK:  Okay.  I will communicate that with

10  Mrs. Gullickson.

11          THE COURT:  All right.  Those responses resolve

12  my questions and with that I'm prepared to grant the relief

13  that's been requested.

14          MS. WOWCHUK:  Thank you, Your Honor.

15          THE COURT:  That order has been signed.

16          MS. WOWCHUK:  Thank you.

17          MR. PERNICK:  And Your Honor, that leaves us with

18  Item No. 25 which is the motion by Deutsche Bank, Law

19  Debenture, and Wilmington Trust.

20          MR. KORPUS:  Good morning, Your Honor.  Sheron

21  Korpus of Kasowitz, Benson, Torres & Freedman for Law

22  Debenture Trust Company of New York, Wilmington Trust

23  Company, and Deutsche Bank Trust Company Americas in the

24  capacity as indenture trustees and plaintiffs in the

25  underlying SLCFC litigations.

1           Your Honor, I told you yesterday it's going to

2   take about half an hour.  I'm hoping to be substantially

3   shorter because we have reached resolution, I believe with

4   everybody who had a response or an objection to the motion.

5           To just recap what we're asking for, we're asking

6   for the stay imposed by the April 25 order to be clarified

7   or amended in two minor respects.

8           The first respect is, we with it to be clarified

9   that any party, plaintiff or defendant, can bring a motion

10  for consolidation or a motion for MDL treatment before the

11  MDL panel, which just makes sense given the number of

12  actions, number of defendants, and the posture of this case,

13  and the common issues that will be involved.  And I think

14  that the fact that nobody really has objected to the core

15  relief here is indicative.  And the fact that JP Morgan,

16  Citigroup, Bank of America, and Merrill Lynch, defendants,

17  major defendants in the case supported the relief is also

18  indicative that it makes sense in our submission.

19          The other relief we ask for is somewhat

20  administrative.  We do intend to go in this week and stay

21  the litigations as required by the April 25 order.  In so

22  many cases, I believe there are 20 federal cases, three

23  State Court cases.  There is always the possibility -- and

24  with so many defendants, there is always the possibility

25  that the Court may not agree with the stay or a defendant

1  may not agree with the stay and take some action in the case

2  and we just can't be hampered.  We have to be able to

3  respond if that happens.  Of if they file a paper, we may

4  have to file a response and we don't want to be seen to

5  violate the stay so we ask for that clarification.

6          The objections that were received, as I

7  mentioned, the lenders, the group of lenders, support the

8  order.  They had some comments to the order which we took.

9  They requested their own relief to be able to remove which

10  we have no issue with and that's also reflected in the terms

11  of the revised order.  The retirees wanted it clarified that

12  the order applies also to them, and we have made those

13  revisions.  The DNO's, I believe with certain comments to

14  the order are now okay with the terms of the order as set.

15  And that takes us to PSERS, the Pennsylvania School Employee

16  Retirement System.

17          First of all, with respect to PSERS which was

18  sued in Federal Court, we intend to dismiss that claim

19  without prejudice.  And I've communicated that to counsel

20  for PSERS.  We have not made the decision yet whether or not

21  we will be re-filing that claim, but if we are to re-file

22  that claim, it will not be in Federal Court, it will be in a

23  State Court.  And we believe that takes care of their

24  objection being concerned of being entangled in the

25  [indiscernible] process.

1          Also, as a fault counsel for PSERS once the

2    action is filed in State Court if it is re-filed in State

3    Court, we will as provided from the April 25 order, go in

4    and seek to stay that action.  So with that representation

5    on the record, I believe that counsel for PSERS would be

6    withdrawing its objection.  And that's all I have unless

7    Your Honor has questions.

8          THE COURT:  I'll hear from the objectors.  I do

9    have some comments, but I'll hear from the objectors first.

10          MR. KOTLER:  Good morning, Your Honor.  Larry

11    Kotler of Duane Morris here on behalf of the Pennsylvania

12    School Employee Retirement System.  What counsel has

13    referred to as PSERS.

14          Your Honor, with that recitation by Deutsche

15    Bank's counsel, I believe our objection has essentially been

16    rendered somewhat superfluous.  My only comment would be

17    that to the extent that other parties are given leave to

18    seek consolidation if Deutsche Bank really is going to

19    dismiss us from the Federal Court litigation and file suit

20    in State Court, that we at least have that opportunity or

21    I'm sorry, that Deutsche Bank at least have that opportunity

22    before a consolidation motion if filed in our case.

23          THE COURT:  Well I'd say you should ask counsel

24    that first.

25          MR. KOTLER:  Well it's not -- I don't think it's

1  a PSER's -- I'm sorry, I don't think it's a Deutsche Bank

2  issue.  I think it's the lender.  So to the extent that

3  there is a change in the order that allows them to pursue

4  that in light of our resolution of our objection because we

5  did object to Deutsche Bank's motion that that, you know --

6              THE COURT:  Well I haven't seen the proposed form

7  of order yet.

8              MR. KOTLER:  Okay.  With that, Your Honor --

9              THE COURT:  Have you?

10             MR. KOTLER:  I'm sorry?

11             THE COURT:  Have you?

12             MR. KOTLER:  I have.

13             THE COURT:  Okay.

14             MR. KOTLER:  I have.  But frankly, the proposed

15 settlement that was discussed this morning was not in the

16 order and, you know, was essentially just relayed to me this

17 morning about a half hour ago.

18             THE COURT:  Well, okay, let me ask this then.

19 Are you opposing the entry of the revised proposed form of

20 order or not?

21             MR. KOTLER:  I am not objecting the revised form

22 of order based on the comments made today, Your Honor.  I

23 would just ask that, to the extent that there is relief

24 granted to the lenders or third parties to bring a

25 consolidation motion, that that motion at least have some

1  timing issue so that my case can be dismissed.  That's all,

2  Your Honor.

3          THE COURT:  I understand.  Thank you.

4          MR. KORPUS:  Your Honor, let me make this easy.

5  We will file our dismissal [indiscernible].

6          THE COURT:  Okay.  Is there any other party who

7  responded or objected wish to be heard?

8          MR. DOUGHERTY:  Your Honor, this is George

9  Dougherty on behalf of certain officers and directors.  Can

10  you hear me okay?

11          THE COURT:  Oh, clear as a bell.

12          MR. DOUGHERTY:  Okay, excellent.  We did work

13  some things out last night with the movants and, you know,

14  we have raised this issue concerning the entire disclaimer

15  process and we put that into the response, but we do

16  understand that you said that was something that you wanted

17  to consider as part of the plan confirmation process.  So

18  it's kind of a belt-and-suspenders kind of thing, but

19  subject to that, we're okay with the order as modified last

20  night.

21          THE COURT:  All right, thank you.  Does anyone

22  else wish to be heard?

23  (No audible response.)

24          THE COURT:  Okay.  Now the comment -- well let me

25  see the proposed form of order, if I may.

1           MR. KORPUS:  Yes, may I approach, Your Honor?

2           THE COURT:  Thank you.  Okay.  Well, first of

3  all, I think the recital has to say that the objections were

4  resolved and not overruled.

5           MR. KORPUS:  Yes, Your Honor.

6           THE COURT:  Okay.  With respect to the -- with

7  respect to Paragraph 2, I'd prefer it to read, just

8  beginning with the operative part, on the fifth line down

9  and just say that the SLCFC claims order is hereby

10 supplemented because this is more than what I would consider

11 to be just a clarification.

12          MR. KORPUS:  We will make that change, Your

13 Honor.

14          THE COURT:  And I'm okay with the rest of the

15 form of order, but here's what's happened.  I don't know

16 what consequences the parties had anticipated as a result of

17 the relief that was requested and that I granted over

18 objection.  Perhaps this is the request for "clarification"

19 which is really supplemental relief, as far as I'm

20 concerned, is a consequence of things that the parties

21 didn't intend.  But my general overall view is when somebody

22 tells me they wanted to be rid of the Bankruptcy Court and I

23 give them the exit, I generally like to consider that a one-

24 way door.  I am not interested in having the parties return

25 on a periodic basis to figure out how to solve the next

1  problem.

2          And that's not to be critical of the relief

3  that's been requested here.  I think it's warranted under

4  the circumstances from a management of litigation standpoint

5  and certainly makes sense and I'm content to grant that

6  relief, especially with resolution of the objections.

7          I see as the potentially most awkward part of

8  what may be yet to come and that is any particular Court or

9  Courts viewing either of my orders as in pitching on their

10 own prerogatives.  And I will tell you, it's not my

11 intention to interfere with the prerogative of any other

12 Court, State or Federal, with respect to conduct of

13 litigation before it.  I mean, I've said what I've said, and

14 I -- beyond that, in my view, Courts are free to take their

15 own conduct and manage their own dockets.  Okay.  I got that

16 off my chest.

17         MR. KORPUS:  Your Honor, I appreciate you sharing

18 that with us.  We understand.  That is why we asked for the

19 relief in Paragraph 3, to avoid having to come back to you

20 on an ad hoc basis.  We don't want to bother you.  I'm sure

21 you love seeing us, but we would rather spare you that

22 pleasure.

23         THE COURT:  Well it's always wonderful when you

24 visit.

25 (Laughter)

1          THE COURT:  Okay.

2          MR. KORPUS:  Thank you, Your Honor.

3          THE COURT:  With the revisions submitted under

4    certification, I'll act promptly on the relief.

5          MR. KORPUS:  Thank you, Your Honor.

6          THE COURT:  Okay.  Is there anything further for

7    today?

8          MR. SOTTILE:  Your Honor, James Sottile of

9    Zuckerman Spaeder, special counsel to the official committee

10   of unsecured creditors.

11          As the Court will recall at the end of the

12   arguments yesterday, I asked the Court whether we could

13   report briefly on the status of issues concerning the

14   agreement by the plan proponents relating to potential use

15   of any findings and conclusion that this Court might make in

16   other actions.  And if I might take one minute just to

17   update the Court, I would be grateful.

18          THE COURT:  Go ahead.

19          MR. SOTTILE:  Your Honor, as I indicated

20   yesterday, I believe that counsel for all of the parties and

21   interests other than Mr. Zell have reached agreement on a

22   form of order as to the use of findings and conclusions in

23   other matters.  We are continuing discussions with Mr.

24   Zell's counsel in an effort to resolve that issue.  And I

25   believe that we would benefit from a little bit of time to

1  try to bring those discussions to a conclusion and either

2  advise the Court by certification of counsel that we have

3  agreement on the question or if we are unable to finally

4  reach agreement with Mr. Zell's counsel, to request a

5  telephonic hearing to resolve any remaining disputes.  And I

6  think that we could probably wrap this up, Your Honor,

7  within the next few days here.  And if that's acceptable to

8  the Court, that is how we would propose to proceed.

9            THE COURT:  It's fine with me.  Anyone else wish

10  to comment on that or be heard on the subject?

11            MR. HURLEY:  Your Honor, this is Mitch Hurley

12  with Akin Gump on behalf of Aurelius.

13            We concur with the approach proposed by Mr.

14  Sottile and are hopeful that we'll be able to return to Your

15  Honor with a consensual joint proposed order shortly.

16            THE COURT:  All right, thank you.  Does anyone

17  else wish to be heard?

18  (No audible response.)

19            THE COURT:  I hear no further response.  Let me

20  ask this of the, I'll call, the confirmation parties.  Do I

21  now have everything in connection with exhibits and the

22  documentary and other part of the record in connection with

23  confirmation?  And if not, what else needs to be submitted?

24            MR. BENDERNAGEL:  Your Honor, Jim Bendernagel for

25  the debtor.  I believe that there's at least two open

1    issues.  I think there's some open issue with respect to

2    some documents and the parties need to work through that.  I

3    think the order that Mr. Sottile referred to will be a

4    helpful guideline in that regard, but I don't think we've

5    completely closed the door on all documents because the

6    first order related to documents that were in the findings,

7    not in the findings of fact, in the two briefs, the opening

8    post-trial briefs and the reply of post-trial briefs.

9         The other issue is we've been working through the

10   transcript making corrections in the transcript and I know

11   that's done.  The hope was to try and bring that to a close,

12   but there are a lot of typographical errors, you know, it's

13   understandable that that be the case and misspelled names

14   and that kind of stuff and people have been trying to work

15   through that.  Those are the two open items I'm aware of.

16   There may be others, but --

17           THE COURT:  Mr. Golden?

18           MR. GOLDEN:  Good morning, Your Honor.  Daniel

19   Golden, Akin, Gump, Strauss, Hauer & Feld, counsel for

20   Aurelius Capital Management and the other noteholder

21   proponents.

22           Other than the two items indicated by Mr.

23   Bendernagel, we're not aware of any other documents that the

24   Court doesn't already have.

25           THE COURT:  Okay.  And when will that be put to

1  bed, do you think?

2          MR. BENDERNAGEL:  The -- I think -- I don't think

3  we'll get it done this week, but if we can have till the end

4  of next week, I think we can wrap this thing up.

5          THE COURT:  Okay.  The reason I mention that is

6  and it's a follow up to a comment that the Department of

7  Labor issues involved and that is I've learned after ten

8  years on the bench, never to promise by a date certain

9  delivery of a decision.  It's never worked out for me well.

10  But I will give you a general indication that, you know,

11  we're going to start working on a confirmation opinion

12  pretty much right away.

13          I also in the middle of this month had a week set

14  aside for a trial which has been moved.  I'm going to have

15  to schedule some other matters, but I expect to spend a

16  large amount of my time working on the confirmation matters.

17  So the sooner everything comes to me in final form or if

18  there's a dispute, you know, we'll schedule something to

19  resolve it and the quicker you'll have a result.

20          And I passed on the temptation yesterday at the

21  conclusion of argument to be boringly repetitive, but after

22  having slept on it, I'm going to indulge myself and simply

23  repeat something that I've said before.  And that is both

24  sides while far apart apparently, still have good reasons to

25  continue their discussions.  Now there comes a time and I

1    know this when sometimes you just need a decision by the

2    Judge.  And I'm -- as I said, I'll be working on that.  So

3    you have little time, but not much time and there are good

4    reasons to continue those discussions.

5              MR. BENDERNAGEL:  Appreciate the guidance, Your

6    Honor.

7              THE COURT:  All right.  Is there anything further

8    for today?

9              MR. PERNICK:  Your Honor, just one follow up

10   actually, because I saw on my email with respect to Items

11   No. 22 and 23, the Wilmington Trust seal motions, those were

12   actually withdrawn.  It looks like an application withdraw

13   or a withdraw of them was filed while we were in Court so

14   just to put the record straight and let the record know.

15             THE COURT:  Nothing like being up to date.

16             MR. PERNICK:  Okay.

17             THE COURT:  Thank you, Mr. Pernick.

18             MR. PERNICK:  Thank you.

19             THE COURT:  That concludes this hearing.  Court

20   will stand in recess.

21             ALL:  Thank you, Your Honor.

22    (Whereupon, at 10:31 a.m., the hearing was adjourned.)

23

1

2                          CERTIFICATION

3            I certify that the foregoing is a correct

4    transcript from the electronic sound recording of the

5    proceedings in the above-entitled matter.

6

7

8                                          28 June 2011

9    Traci L. Calaman, Transcriber                Date

10

| Word                Page:Line | Word                Page:Line | Word                Page:Line | Word                Page:Line |
|---|---|---|---|

**08-13141(kjc**(1) 1:7

**a.m**(4) 1:17  4:7  10:1  27:22
**able**(3) 17:2  17:9  24:14
**about**(4) 10:7  10:13  16:2  19:17
**abovetitled** (1) 28:5
**acceptable**(1) 24:7
**accounting**(1) 14:8
**act**(1) 23:4
**action**(3) 17:1  18:2  18:4
**actions**(3) 11:21  16:12  23:16
**actual**(1) 13:25
**actually**(8) 10:7  10:9  12:8  12:14  13:23
14:11  27:10  27:12

**adjourned**(1) 27:22
**adler**(1) 6:42
**administrativ**(1) 16:20
**admission**(3) 10:22  11:17  11:19
**admissions**(1) 13:5
**advise**(1) 24:2
**after**(2) 26:7  26:7
**again**(2) 11:11  12:22
**agenda**(2) 10:7  10:15
**ago**(1) 19:17
**agree**(2) 16:25  17:1
**agreement**(4) 23:14  23:21  24:3  24:4
**agudelo**(1) 5:21
**ahead**(1) 23:18
**akin**(4) 3:18  6:9  24:12  25:19
**albert**(1) 12:11
**alicia**(1) 2:14
**all**(15) 10:16  13:7  13:9  14:19  15:11  17:17
18:6  20:1  20:21  21:3  23:20  24:16  25:5
27:7  27:21

**allinson**(2) 3:11  3:13
**allow**(2) 12:14  12:20
**allows**(1) 19:3
**already**(1) 25:24
**also**(7) 10:21  12:12  16:17  17:10  17:12
18:1  26:13

**alston**(1) 9:38
**although**(1) 13:23
**alvarez**(2) 8:32  8:32
**always**(3) 16:23  16:24  22:23
**amanda**(1) 3:26
**amended**(1) 6:17
**america**(3) 5:4  5:8  16:16
**americas**(2) 2:28  15:23
**amit**(1) 9:35
**amount**(3) 13:25  14:22  26:16

**anderson**(1) 2:4
**andrea**(1) 7:32
**andrew**(5) 4:43  5:17  6:34  7:10  8:43
**anna**(2) 5:50  5:50
**another**(1) 12:16
**anthony**(1) 4:8
**anticipated**(1) 21:16
**any**(8) 14:15  16:9  20:6  22:8  22:11  23:15
24:5  25:23

**anyone**(3) 20:21  24:9  24:16
**anything**(3) 15:7  23:6  27:7
**apart**(1) 26:24
**apparently**(2) 15:1  26:24
**appearances**(6) 4:20  5:1  6:1  7:1  8:1  9:1
**application**(5) 13:10  13:15  13:18  14:18
27:12

**applications**(1) 14:3
**applies**(1) 17:12
**appreciate**(2) 22:17  27:5
**approach**(2) 21:1  24:13
**approximately**(1) 13:21
**april**(4) 14:3  16:6  16:21  18:3
**arbon**(2) 4:4  4:5
**are**(13) 13:25  16:22  17:14  17:21  18:17
19:19  22:14  23:23  24:3  24:14  25:12  25:15
27:3

**argument**(1) 26:21
**arguments**(1) 23:12
**arps**(1) 8:37
**arthur**(1) 7:44
**ashby**(1) 3:25
**ashih**(1) 7:28
**ashley**(1) 4:30
**aside**(1) 26:14
**ask**(7) 14:25  16:19  17:5  18:23  19:18
19:23  24:20

**asked**(2) 22:18  23:12
**asking**(3) 14:1  16:5  16:5
**asset**(5) 7:39  7:39  9:5  9:5
**assume**(1) 10:11
**asylum**(1) 3:7
**atamian**(1) 9:31
**audible**(2) 20:23  24:18
**aurelius**(8) 3:18  6:4  6:5  10:21  10:24
11:13  24:12  25:20

**austin**(1) 1:25  5:28
**ave**(1) 1:36
**avenue**(4) 2:15  2:28  3:27  3:48
**avoid**(1) 22:19
**avoidance**(1) 11:21
**aware**(2) 25:15  25:23
**away**(1) 26:12
**awkward**(1) 22:7
**back**(1) 22:19
**baldini**(1) 3:19
**bale**(1) 8:47
**banc**(2) 3:46  8:8
**bank**(12) 5:4  5:8  6:17  6:41  8:12  8:42
15:18  15:23  16:16  18:18  18:21  19:1

**bank's**(2) 18:15  19:5
**bankruptcy**(4) 1:3  1:21  13:2  21:22
**barclays**(4) 2:26  6:21  6:21  9:30
**based**(1) 19:22
**basis**(2) 21:25  22:20
**bear**(1) 4:10
**because**(8) 14:5  14:15  15:7  16:3  19:4
21:10  25:5  27:10

**bed**(1) 26:1
**been**(7) 15:13  15:15  18:15  22:3  25:9
25:14  26:14

**before**(5) 1:20  16:10  18:22  22:13  26:23
**beginning**(1) 21:8
**behalf**(4) 10:5  18:11  20:9  24:12
**being**(3) 17:24  17:24  27:15
**believe**(9) 16:3  16:22  17:13  17:23  18:5
18:15  23:20  23:25  24:25

**bell**(1) 20:11
**belt-and-suspender**(1) 20:18
**ben**(1) 6:22
**bench**(1) 26:8

**bendernagel**(5) 1:26  24:24  24:24  25:23
26:2  27:5

**benefit**(1) 23:25
**benson**(3) 3:38  9:42  15:21
**beth**(1) 8:25
**beyond**(1) 22:14
**bifferato**(1) 3:31
**bigelow**(1) 6:50
**billed**(1) 14:8
**bird**(1) 9:38
**bit**(2) 10:9  23:25
**blabey**(1) 6:47
**block**(1) 6:33
**blue**(2) 9:18  9:18
**bockius**(1) 8:8
**boringly**(1) 26:21
**both**(1) 26:23
**bother**(1) 22:20
**break**(1) 15:4
**brian**(2) 4:5  8:33
**briefly**(1) 23:13
**briefs**(3) 25:7  25:8  25:8
**briesen**(1) 7:44
**bring**(4) 16:9  19:24  24:1  25:11
**broadspire**(1) 12:18
**broadway**(1) 3:42
**brown**(4) 3:5  8:20  9:26  9:30
**bryan**(1) 5:29
**bryant**(1) 3:21
**bumping**(1) 14:23
**bush**(1) 4:47

**calaman**(1) 28:9
**calculated**(1) 13:24
**calculations**(2) 13:25  14:17
**call**(1) 24:20
**can**(5) 16:9  20:1  20:9  26:3  26:4
**can't**(1) 17:2
**candice**(1) 5:31
**cantigny**(1) 7:14
**capacity**(1) 15:24
**capital**(12) 6:4  6:5  7:35  7:35  8:28  8:28
8:45  8:46  9:18  9:18  11:23  25:20

**care**(1) 17:23
**carey**(1) 1:20
**carlan**(1) 1:27
**carlyle**(1) 3:46
**carol**(2) 8:47  12:18
**carroon**(1) 2:4
**case**(9) 1:7  7:4  8:42  16:12  16:17  17:1
18:22  20:1  25:13

**cases**(3) 16:22  16:22  16:23
**cashman**(2) 8:16  8:16
**certain**(7) 10:22  10:25  11:17  11:19  17:13
20:9  26:8

**certainly**(1) 22:5
**certification**(3) 23:4  24:2  28:2
**certify**(1) 28:3
**chadbourne**(2) 2:39  4:27
**chambers**(1) 12:3
**chandler**(1) 6:50
**chang**(1) 2:14
**change**(3) 14:7  19:3  21:12
**chapter**(2) 1:10  12:11
**chase**(3) 6:17  8:12  11:16
**chest**(1) 22:22
**chicago**(3) 1:30  1:43  12:12
**christine**(1) 3:41
**chung**(1) 5:9
**circumstance**(1) 22:4
**citadel**(1) 7:23

**citi**(1) 7:47
**citibank**(1) 5:12
**citigroup**(1) 16:16
**city**(1) 12:12
**claim**(10) 12:4  12:7  12:12  12:14  12:21
12:25  13:2  17:18  17:21  17:22

**claims**(3) 11:24  12:1  21:9
**claire**(1) 6:51
**clarification**(3) 17:5  21:11  21:18
**clarified**(3) 16:6  16:8  17:11
**clear**(1) 20:11
**clerk**(1) 10:2
**close**(1) 25:11
**closed**(1) 25:5
**cni**(1) 12:25
**cobb**(1) 2:33
**coc**(1) 10:10
**coincide**(1) 14:10
**cole**(2) 1:33  10:5
**come**(2) 22:28  22:19
**comes**(2) 26:17  26:25
**comment**(5) 14:22  18:16  20:24  24:10  26:6
**comments**(4) 17:8  17:13  18:9  19:22
**committee**(4) 2:32  4:26  8:37  23:9
**common**(1) 16:13
**communicate**(1) 15:9
**communicated**(1) 17:19
**company**(7) 1:10  1:40  5:44  10:6  15:22
15:23  15:23

**compensation**(1) 7:18
**completely**(1) 25:5
**concerned**(2) 17:24  21:20
**concerning**(2) 20:14  23:13
**concert**(1) 14:6
**concludes**(1) 27:19
**conclusion**(3) 23:15  24:1  26:21
**conclusions**(3) 10:20  11:14  23:22
**concur**(1) 24:13
**conduct**(2) 22:12  22:15
**confirmation**(5) 20:17  24:20  24:23  26:11
26:16

**connection**(2) 24:21  24:22
**consensual**(1) 24:15
**consequence**(1) 21:20
**consequences**(1) 21:16
**consider**(3) 20:17  21:10  21:23
**consolidation**(4) 16:10  18:18  18:22  19:25
**constructive**(1) 11:1
**contacted**(1) 12:2
**contacting**(1) 12:3
**content**(1) 22:5
**continuance**(1) 11:11
**continue**(2) 26:25  27:4
**continued**(12) 2:2  3:3  4:2  5:2  6:2  7:2  8:2
9:2  11:7  11:22  12:8  12:22

**continuing**(1) 23:23
**contrarian**(1) 12:18
**conveyance**(1) 11:1
**core**(1) 16:14
**corp**(1) 12:25
**corre**(2) 8:4  8:4
**correct**(1) 28:3
**corrections**(1) 25:10
**could**(3) 14:13  23:12  24:6
**counsel**(12) 17:19  18:1  18:5  18:12  18:15
18:23  23:9  23:20  23:24  24:2  24:4  25:19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**court**(73) 1:3  10:3  10:10  10:11  10:12  10:17  10:23  12:9  13:7  13:9  13:11  13:13  13:18  13:21  14:4  14:19  14:21  14:25  15:3  15:6  15:11  15:15  16:16  16:23  16:25  17:18  17:22  17:23  18:2  18:3  18:8  18:19  18:20  18:23  19:6  19:9  19:11  19:13  19:18  20:3  20:6  20:11  20:21  20:24  21:2  21:6  21:14  21:22  22:8  22:12  22:23  23:1  23:3  23:8  23:9  23:12  23:15  23:17  23:18  24:2  24:8  24:9  24:16  24:19  25:17  25:24  25:25  26:5  27:7  27:13  27:15  27:17  27:19  27:19

**courtroom**(1) 1:12
**courts**(2) 22:9  22:14
**creates**(1) 14:12
**credit**(2) 9:9  9:9
**creditors**(2) 2:33  4:27  23:10
**crimson**(1) 4:9
**critical**(1) 22:2
**daniel**(4) 2:34  3:20  5:5  25:18
**data**(1) 1:48
**date**(3) 26:8  27:15  28:9
**dave**(1) 5:47
**david**(7) 2:40  4:32  5:33  6:42  6:47  7:30  9:23

**davis**(3) 2:13  5:13  6:17
**days**(1) 24:7
**dbtca**(1) 2:45
**dearborn**(1) 1:29
**debenture**(4) 3:31  9:42  15:19  15:22
**debtor**(1) 24:25
**debtors**(3) 1:14  1:25  10:6
**decision**(3) 17:20  26:9  27:1
**defendant**(2) 16:9  16:25
**defendants**(6) 7:19  11:1  16:12  16:16  16:17  16:24

**delaware**(6) 1:4  1:14  1:36  3:27  3:48  10:1
**delivery**(1) 26:9
**denton**(4) 9:47  9:47  13:10  13:12
**department**(1) 26:6
**deutsch**(1) 4:28
**deutsche**(8) 6:41  15:18  15:23  18:14  18:18  18:21  19:1  19:5

**diamond**(1) 6:30
**diaz**(1) 1:48
**did**(3) 14:16  19:5  20:12
**didn't**(2) 10:13  21:21
**directors**(1) 20:9
**disclaimer**(1) 20:14
**discrepancies**(1) 14:12
**discuss**(1) 14:21
**discussed**(1) 19:15
**discussions**(4) 23:23  24:1  26:25  27:4
**dismiss**(2) 17:18  18:19
**dismissal**(1) 20:5
**dismissed**(1) 20:1
**dispute**(1) 26:18
**disputes**(1) 24:5
**district**(1) 1:4
**dla**(1) 2:26
**dno's**(1) 17:13
**dockets**(1) 22:15
**documentary**(1) 24:22
**documents**(7) 10:22  11:17  13:5  25:2  25:5  25:6  25:23

**does**(3) 15:7  20:21  24:16
**doesn't**(2) 14:9  25:24
**dombeck**(1) 12:4
**dominion**(1) 8:24
**don**(1) 1:41
**don't**(7) 17:4  18:25  19:1  21:15  22:20  25:4  26:2

**done**(2) 25:11  26:3
**door**(2) 21:24  25:5

**dougherty**(5) 4:22  4:23  20:8  20:9  20:12
**douglas**(1) 4:28
**down**(2) 15:4  21:8
**drive**(1) 4:9
**duane**(2) 4:14  18:11
**during**(1) 14:8
**east**(1) 3:14
**easy**(1) 20:4
**ecro**(1) 1:46
**effort**(2) 14:6  23:24
**egi-trb**(1) 6:33
**ehmer**(1) 7:36
**either**(2) 22:9  24:1
**elden**(1) 4:22
**eldersveld**(1) 5:47
**electronic**(2) 1:54  28:4
**email**(1) 27:10
**emc**(1) 11:4
**employee**(2) 17:15  18:12
**employees**(2) 4:13  7:18
**end**(2) 23:11  26:3
**english**(2) 2:45  6:41
**entangled**(1) 17:24
**entered**(2) 10:23  11:7
**entire**(1) 20:14
**entry**(1) 19:19
**eos**(2) 6:25  6:25
**ephraim**(1) 6:30
**ernest**(1) 11:12
**ernst**(1) 9:38
**errors**(1) 25:12
**especially**(1) 22:6
**esq**(82) 1:26  1:27  1:28  1:35  1:41  2:6  2:14  2:20  2:27  2:34  2:40  2:46  3:5  3:13  3:20  3:26  3:32  3:40  3:41  3:47  4:15  4:23  4:28  4:30  4:32  4:34  4:36  4:38  4:43  4:45  4:47  5:5  5:9  5:13  5:15  5:17  5:21  5:23  5:45  5:47  6:6  6:10  6:12  6:14  6:18  6:22  6:26  6:30  6:34  6:38  6:42  6:51  7:5  7:15  7:20  7:28  7:30  7:32  7:40  7:49  8:9  8:21  8:25  8:39  8:43  8:47  9:27  9:31  9:33  9:35  9:39  9:44  9:48

**essentially**(2) 18:15  19:16
**esther**(1) 5:9
**everybody**(1) 16:4
**everything**(2) 24:21  26:17
**evidentiary**(1) 12:3
**excellent**(1) 20:12
**excluded**(1) 14:18
**exhibits**(2) 11:19  24:21
**exit**(1) 21:23
**expect**(1) 26:15
**extend**(1) 11:20
**extent**(3) 18:17  19:2  19:23
**eye**(1) 12:1
**fact**(4) 10:20  11:14  16:14  16:15  25:7
**fair**(1) 14:22
**far**(2) 21:19  26:24
**fargo**(2) 7:4  8:42
**fault**(1) 18:1
**february**(4) 13:19  14:1  14:14  14:15
**federal**(5) 16:22  17:18  17:22  18:19  22:12
**fee**(2) 14:3  14:18
**feld**(3) 3:18  6:9  25:19
**few**(2) 10:13  24:7
**fifth**(1) 21:8
**figure**(1) 21:25
**file**(4) 17:3  17:4  18:19  20:5
**filed**(5) 12:6  12:15  18:2  18:22  27:13
**filing**(1) 12:22
**final**(1) 26:17
**finally**(1) 24:3
**findings**(6) 10:20  11:14  23:15  23:22  25:6  25:7

**fine**(1) 24:9

**finger**(1) 2:19
**first**(6) 16:8  17:17  18:9  18:24  21:2  25:6
**fleet**(1) 11:23
**flom**(1) 8:38
**floor**(1) 2:9
**follow**(2) 26:6  27:9
**footnote**(1) 14:5
**for**(88) 1:4  1:25  2:4  2:13  2:26  2:32  2:45  3:5  3:18  3:31  3:46  4:4  4:7  4:13  4:22  4:26  5:4  5:12  5:20  5:28  5:50  6:4  6:17  6:21  6:25  6:29  6:33  6:37  6:41  6:50  7:4  7:7  7:12  7:18  7:23  7:27  7:35  7:39  7:43  7:47  8:4  8:8  8:12  8:16  8:20  8:28  8:32  8:36  8:42  8:45  9:5  9:9  9:13  9:18  9:22  9:26  9:30  9:38  9:42  9:47  12:11  12:25  13:19  14:1  14:1  14:15  14:17  14:25  15:21  16:5  16:6  16:10  16:10  16:19  17:5  17:20  18:1  18:5  21:18  22:18  23:6  23:20  24:24  25:19  26:9  26:14  27:8

**foregoing**(1) 28:3
**form**(7) 19:6  19:19  19:21  20:25  21:15  23:22  26:17

**forman**(1) 1:33
**former**(1) 8:36
**fortieth**(2) 11:5  12:24
**forty-fifth**(1) 11:10
**forty-five**(1) 13:1
**forty-fourth**(1) 11:9
**forty-second**(1) 12:17
**forty-third**(1) 11:8
**forum**(1) 12:16
**forward**(2) 7:13  7:14
**foundation**(2) 7:13  7:14
**frank**(1) 7:19
**frankel**(1) 6:46
**frankly**(1) 19:14
**fraudulent**(1) 11:1
**free**(1) 22:14
**freedman**(1) 15:21
**friedman**(2) 3:39  9:43
**from**(10) 10:5  11:6  13:12  18:3  18:8  18:9  18:19  22:4  23:25  28:4

**front**(1) 13:15
**fuks**(1) 9:6
**funds**(1) 12:18
**further**(3) 23:6  24:19  27:7
**gandhi**(1) 7:28
**garrison**(1) 7:48
**gary**(1) 5:45
**gecker**(1) 7:19
**geddes**(1) 3:25
**gellman**(1) 12:14
**general**(2) 21:21  26:10
**generally**(1) 21:23
**gentilotti**(1) 3:31
**george**(3) 4:22  4:23  20:8
**get**(2) 26:3
**give**(2) 21:23  26:10
**given**(2) 16:11  18:17
**going**(9) 10:8  12:6  12:15  15:6  16:1  18:18  26:11  26:14  26:22

**golden**(4) 3:20  25:17  25:18  25:19
**goldfarb**(1) 4:43
**goldsmith**(1) 6:12
**good**(9) 10:3  10:4  13:13  13:14  15:20  18:10  25:18  26:24  27:3

**google**(1) 11:4
**gordon**(1) 8:21
**got**(1) 22:15
**gotshal**(1) 7:27
**graem**(1) 4:47
**grant**(2) 15:12  22:5
**granted**(2) 19:24  21:17
**grateful**(1) 23:17

**great**(2) 3:46  8:8
**greissman**(1) 7:5
**grippo**(1) 4:22
**grogan**(1) 3:32
**group**(3) 7:19  7:23  17:7
**guidance**(1) 27:5
**guideline**(1) 25:4
**gullickson**(2) 15:1  15:10
**gump**(4) 3:18  6:9  24:12  25:19
**had**(4) 16:4  17:8  21:16  26:13
**halcyon**(2) 9:5  9:5
**half**(2) 16:2  19:17
**hampered**(1) 17:2
**happened**(1) 21:15
**happens**(1) 17:3
**harrisburg**(1) 1:50
**hartford**(1) 3:8
**has**(9) 10:10  10:11  15:15  16:14  18:7  18:12  18:15  21:3  26:14

**hauer**(3) 3:18  6:9  25:19
**have**(35) 10:8  10:12  10:13  10:16  10:18  11:22  12:2  12:6  13:15  16:3  17:2  17:4  17:10  17:12  17:20  18:6  18:9  18:20  18:21  19:9  19:11  19:12  19:14  19:25  20:14  23:21  24:2  24:21  25:14  25:24  26:3  26:14  26:19  26:24  27:3

**haven't**(1) 19:6
**having**(3) 21:24  22:19  26:22
**hazeltine**(1) 3:11
**hear**(4) 18:8  18:9  20:10  24:19
**heard**(4) 20:7  20:22  24:10  24:17
**hearing**(4) 12:3  24:5  27:19  27:22
**heilbut**(1) 7:40
**heiligman**(1) 7:20
**helpful**(1) 25:4
**herbert**(1) 12:1
**hercules**(1) 2:7
**here**(4) 16:15  18:11  22:3  24:7
**here's**(1) 21:15
**hereby**(1) 21:9
**heron**(1) 9:10
**hoc**(1) 22:20
**honor**(33) 10:4  10:5  12:15  13:8  13:11  15:14  15:17  15:20  16:1  18:7  18:10  18:14  19:8  19:22  20:2  20:4  20:8  21:1  21:5  21:13  22:17  23:2  23:5  23:8  23:19  24:6  24:11  24:15  24:24  24:24  25:18  27:6  27:9  27:21

**honorable**(1) 1:20
**hope**(1) 25:11
**hopeful**(1) 24:14
**hoping**(1) 16:2
**horan**(1) 3:47
**hour**(2) 16:2  19:17
**how**(2) 21:25  24:8
**howard**(1) 4:38
**hurley**(3) 6:14  24:11  24:11
**i'd**(2) 18:23  21:7
**i'll**(6) 11:6  18:8  18:9  23:4  24:20  27:2
**i'm**(15) 14:2  15:4  15:12  16:2  18:21  19:1  19:10  21:14  21:19  22:5  22:20  25:15  26:14  26:22  27:2

**i've**(5) 17:19  22:13  22:13  26:7  26:23
**igor**(1) 9:6
**imposed**(1) 16:6
**inc**(1) 8:32
**include**(2) 14:13  14:16
**included**(4) 13:22  13:24  14:2  14:16
**incorrect**(1) 10:19
**incurred**(1) 14:11
**indenture**(1) 15:24
**indicated**(2) 23:19  25:22
**indication**(1) 26:10
**indicative**(2) 16:15  16:18
**indiscernible**(2) 17:25  20:5
**indulge**(1) 26:22

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **intend**(3) 16:20 17:18 21:21 | | **lantry**(1) 1:28 | | **may**(8) 7:49 16:25 17:1 17:3 20:25 21:1 22:8 25:16 | | **noteholder**(1) 25:20 | |
| **intention**(1) 22:11 | | **large**(1) 26:16 | | | | **nothing**(1) 27:15 | |
| **interested**(2) 6:37 21:24 | | **larn**(1) 8:5 | | **mayer**(2) 2:46 9:30 | | **novod**(1) 8:21 | |
| **interests**(3) 23:21 | | **larry**(1) 18:10 | | **mccarter**(2) 2:45 6:41 | | **now**(5) 14:2 17:14 20:24 24:21 26:25 | |
| **interfere**(1) 22:11 | | **last**(2) 20:13 20:19 | | **mccormack**(1) 4:34 | | **number**(2) 16:11 16:12 | |
| **into**(1) 20:15 | | **late**(1) 12:21 | | **mccormick**(1) 7:12 | | **object**(1) 19:5 | |
| **investment**(1) 7:23 | | **laughter**(1) 22:25 | | **mcguire**(1) 8:24 | | **objected**(2) 16:14 20:7 | |
| **invoice**(3) 13:24 14:9 14:12 | | **laurie**(1) 2:5 | | **mdl**(2) 16:10 16:11 | | **objecting**(1) 19:21 | |
| **invoices**(1) 14:15 | | **law**(7) 3:31 9:42 10:20 10:25 11:15 15:18 15:21 | | **meagher**(1) 8:37 | | **objection**(18) 11:3 11:5 11:8 11:9 11:10 11:23 11:25 12:5 12:10 12:17 12:24 13:1 16:4 17:24 18:6 18:9 19:14 21:18 | |
| **invoicing**(1) 14:7 | | | | **mean**(1) 22:13 | | | |
| **involved**(2) 16:13 26:7 | | | | **meisel**(1) 1:33 | | | |
| **issue**(7) 17:10 19:2 20:1 20:14 23:24 25:1 25:9 | | **lawrence**(1) 4:15 | | **mention**(1) 11:6 26:5 | | | |
| | | **layton**(1) 2:19 | | **mentioned**(2) 10:12 17:7 | | **objections**(3) 17:6 21:3 22:6 | |
| **issues**(4) 16:13 23:13 25:1 26:7 | | **learned**(1) 26:7 | | **merrill**(4) 2:4 5:20 11:18 16:16 | | **objectors**(2) 18:8 18:9 | |
| **it's**(18) 12:7 12:8 13:19 15:1 15:1 16:1 18:25 18:25 19:1 19:2 20:18 22:3 22:10 22:23 24:9 25:12 26:6 26:9 | | **least**(4) 18:20 18:21 19:25 24:25 | | **mgmt**(2) 7:39 9:5 | | **off**(1) 22:16 | |
| | | **leave**(2) 13:6 18:17 | | **michael**(2) 9:19 9:33 | | **officers**(1) 20:9 | |
| | | **leaves**(1) 15:17 | | **michelle**(1) 2:27 | | **official**(3) 2:32 4:26 23:9 | |
| **item**(8) 10:23 10:25 11:6 11:9 11:10 13:1 13:4 15:18 | | **legal**(1) 4:7 | | **michigan**(1) 1:42 | | **okay**(27) 10:14 10:18 13:9 13:18 14:4 14:24 15:2 15:5 15:9 17:14 19:8 19:13 19:18 20:6 20:10 20:12 20:19 20:24 21:2 21:6 21:14 22:15 23:1 23:6 25:25 26:5 27:16 | |
| | | **lemay**(2) 2:40 4:32 | | **middle**(1) 26:13 | | | |
| | | **lender**(1) 19:2 | | **might**(2) 23:15 23:16 | | | |
| **items**(3) 25:15 25:22 27:10 | | **lenders**(3) 17:7 17:7 19:24 | | **mike**(1) 6:26 | | | |
| **its**(1) 18:6 | | **leonard**(1) 1:34 | | **miles**(1) 5:33 | | | |
| **james**(4) 1:26 1:27 4:45 23:8 | | **let**(5) 19:18 20:4 20:24 24:19 27:14 | | **miller**(3) 4:4 7:7 7:8 | | **omnibus**(12) 11:3 11:5 11:8 11:9 11:10 11:23 11:25 12:5 12:10 12:17 12:24 13:1 | |
| **jane**(1) 5:25 | | **level**(1) 3:34 | | **minkove**(2) 8:12 8:13 | | | |
| **january**(4) 13:19 14:1 14:13 14:15 | | **levin**(1) 6:45 | | **minor**(1) 16:7 | | | |
| **jason**(1) 6:12 | | **levy**(1) 5:17 | | **minute**(1) 23:16 | | **once**(1) 18:1 | |
| **jean-marie**(1) 9:31 | | **lewis**(1) 8:8 | | **misspelled**(1) 25:13 | | **one**(8) 1:29 2:21 3:21 10:8 11:6 21:23 23:16 27:9 | |
| **jenner**(1) 6:33 | | **lexington**(1) 2:15 | | **mitch**(2) 6:14 24:11 | | | |
| **jewel**(1) 12:20 | | **liebentritt**(1) 1:41 | | **modified**(1) 20:19 | | | |
| **jhaveri**(2) 7:23 7:24 | | **light**(1) 19:4 | | **moment**(2) 11:6 11:11 | | **only**(1) 18:16 | |
| **jillian**(1) 5:35 | | **like**(4) 10:14 21:23 27:12 27:15 | | **montenegro**(1) 3:41 | | **open**(3) 24:25 25:1 25:15 | |
| **jim**(1) 24:24 | | **line**(1) 21:8 | | **month**(4) 14:9 14:10 14:17 26:13 | | **opening**(1) 25:7 | |
| **joel**(1) 5:41 | | **litigate**(1) 12:16 | | **more**(3) 15:3 15:4 21:10 | | **operative**(1) 21:8 | |
| **john**(3) 7:15 9:15 9:39 | | **litigation**(3) 18:19 22:4 22:13 | | **morgan**(6) 2:13 6:17 7:27 8:8 11:16 16:15 | | **opinion**(1) 26:11 | |
| **joint**(1) 24:15 | | **litigations**(2) 15:25 16:21 | | **morning**(9) 10:3 10:4 13:13 13:14 15:20 18:10 19:15 19:17 25:18 | | **opportunity**(3) 18:20 18:21 | |
| **jonathan**(1) 5:21 | | **little**(5) 10:9 15:3 15:4 23:25 27:3 | | | | **opposing**(1) 19:19 | |
| **jpmorgan**(1) 8:12 | | **litvack**(1) 7:30 | | | | **order**(25) 11:7 13:7 15:15 16:6 16:21 17:8 17:8 17:11 17:12 17:14 17:14 18:3 19:3 19:7 19:16 19:20 19:22 20:19 20:25 21:9 21:15 23:22 24:15 25:3 25:6 | |
| **jr.,esq**(1) 6:47 | | **llc**(3) 3:12 4:22 7:9 | | **morris**(2) 4:14 18:11 | | | |
| **judge**(3) 1:20 1:21 27:2 | | **llp**(25) 1:25 2:4 2:39 3:39 4:27 4:42 5:20 6:17 6:33 6:37 6:46 7:14 7:19 7:27 7:48 8:8 8:16 8:20 8:24 8:42 9:22 9:26 9:30 9:38 9:47 | | **moss**(1) 8:17 | | | |
| **july**(1) 11:22 | | | | **most**(2) 11:7 22:7 | | | |
| **june**(3) 1:16 10:1 28:8 | | | | **motion**(17) 10:19 10:21 10:24 11:13 11:16 11:18 11:20 12:13 12:20 15:18 16:4 16:9 16:10 18:22 19:5 19:25 19:25 | | **orders**(2) 10:23 22:9 | |
| **just**(19) 10:15 12:2 13:6 14:15 14:25 16:5 16:11 17:2 19:16 19:23 21:7 21:9 21:11 23:16 27:7 27:9 27:14 | | | | | | **other**(14) 14:21 16:19 18:17 20:6 22:11 23:16 23:21 23:23 24:22 25:9 25:22 25:23 26:15 | |
| | | **look**(1) 15:7 | | | | | |
| | | **looks**(1) 27:12 | | | | **others**(1) 25:16 | |
| **justin**(1) 8:39 | | **lot**(1) 25:12 | | **motions**(3) 11:1 13:5 27:11 | | **our**(9) 10:16 14:7 14:7 16:18 18:15 18:22 19:4 19:4 20:5 | |
| **kalenchits**(2) 5:50 5:50 | | **love**(1) 22:21 | | **mountain**(2) 9:18 9:18 | | | |
| **kansa**(1) 5:37 | | **ludwig**(1) 5:35 | | **movants**(1) 20:13 | | | |
| **karen**(1) 6:38 | | **lugano**(1) 1:46 | | **moved**(1) 26:14 | | **out**(4) 14:1 20:13 21:25 26:9 | |
| **kasowitz**(3) 3:38 9:42 15:21 | | **luna**(1) 5:39 | | **mrs**(1) 15:10 | | **over**(1) 21:17 | |
| **kass**(1) 9:19 | | **lynch**(4) 2:4 5:20 11:18 16:16 | | **much**(2) 26:12 27:3 | | **overall**(1) 21:21 | |
| **katharine**(1) 2:46 | | **macquarie**(2) 8:28 8:28 | | **muchin**(1) 7:14 | | **overruled**(1) 21:4 | |
| **katten**(1) 7:14 | | **made**(3) 17:12 17:20 19:22 | | **murphy**(1) 6:51 | | **owed**(1) 14:17 | |
| **kavalis**(1) 7:44 | | **madlyn**(1) 5:23 | | **myers**(1) 5:4 | | **own**(4) 17:9 22:10 22:15 22:15 | |
| **kaye**(1) 5:20 | | **major**(1) 16:17 | | **myself**(1) 26:22 | | **o'melveny**(1) 5:4 | |
| **ken**(1) 5:37 | | **make**(5) 10:15 15:6 20:4 21:12 23:15 | | **naftalis**(1) 6:45 | | **p.a**(1) 1:34 | |
| **kevin**(2) 1:20 1:28 | | **makes**(3) 16:11 18:18 22:5 | | **names**(1) 25:13 | | **panel**(1) 16:11 | |
| **kim**(2) 6:18 7:49 | | **making**(2) 14:6 25:10 | | **nealesh**(2) 7:23 7:24 | | **paper**(1) 17:3 | |
| **kind**(3) 20:18 20:18 25:14 | | **manage**(1) 22:15 | | **necessarily**(1) 14:10 | | **papers**(1) 12:22 | |
| **king**(4) 2:22 2:47 3:33 4:9 | | **management**(8) 6:5 6:5 7:39 8:46 8:46 9:5 22:4 22:20 | | **need**(3) 15:8 25:2 27:1 | | **paragraph**(2) 21:7 22:19 | |
| **kira**(1) 5:13 | | | | **needs**(3) 15:3 15:3 24:23 | | **park**(2) 3:21 6:38 | |
| **kline**(1) 5:31 | | **manges**(1) 7:27 | | **never**(2) 26:8 26:9 | | **parke**(2) 2:39 4:27 | |
| **knight**(1) 4:7 | | **many**(2) 16:22 16:24 | | **new**(6) 2:16 2:29 2:42 3:22 3:43 15:22 | | **part**(4) 20:17 21:8 22:7 24:22 | |
| **know**(11) 14:12 19:5 19:16 20:13 21:15 25:10 25:12 26:10 26:18 27:1 27:14 | | **marbury**(1) 12:1 | | **next**(3) 22:15 24:7 26:4 | | **particular**(1) 22:8 | |
| | | **marc**(2) 4:30 4:36 | | **nicholas**(1) 7:40 | | **parties**(8) 18:17 19:24 21:16 21:20 21:24 23:20 24:20 25:2 | |
| **korpus**(10) 3:40 15:20 15:21 20:4 21:1 21:5 21:12 22:17 23:2 23:5 | | **march**(5) 13:22 14:3 14:13 14:14 14:16 | | **night**(2) 20:13 20:20 | | | |
| | | **marcia**(1) 12:7 | | **nobody**(1) 16:14 | | | |
| | | **marine**(1) 12:4 | | **nomura**(2) 7:43 7:43 | | **partners**(6) 6:25 6:25 6:29 6:29 8:4 8:4 | |
| **kotler**(9) 4:15 18:10 18:11 18:25 19:8 19:10 19:12 19:14 19:21 | | **marino**(1) 2:27 | | **norman**(2) 1:35 10:5 | | **party**(3) 6:37 16:9 20:6 | |
| | | **mark**(1) 9:10 | | **north**(4) 1:42 2:8 2:22 3:33 | | **parver**(1) 5:25 | |
| | | **market**(3) 1:13 2:8 2:35 | | **nos**(1) 13:4 | | **passed**(1) 26:20 | |
| **krakauer**(1) 5:29 | | **marsal**(2) 8:32 8:32 | | **not**(22) 10:10 13:24 13:24 14:16 15:6 16:25 17:1 17:20 17:20 17:22 18:25 19:19 19:20 19:21 21:4 21:24 21:24 22:2 22:10 24:23 25:7 25:23 27:3 | | **paul**(2) 5:12 7:47 | |
| **kramer**(1) 6:45 | | **martin**(2) 3:6 9:27 | | | | **penn**(1) 4:13 | |
| **kuchno**(1) 9:15 | | **maryland**(2) 9:13 9:14 | | | | **pennock**(1) 5:15 | |
| **labor**(1) 26:7 | | **matter**(6) 10:8 10:10 10:18 12:15 28:5 | | **note**(2) 12:2 14:5 | | **pennsylvania**(3) 1:50 17:15 18:11 | |
| **landis**(1) 2:33 | | **matters**(3) 23:23 26:15 26:16 | | **noted**(1) 11:11 | | **pension**(1) 9:14 | |
| | | **matthew**(3) 6:6 7:36 9:44 | | | | **people**(1) 25:14 | |
| | | **mauceri**(1) 8:9 | | | | | |

TRIBUNE 6.28.11.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| performed(1) 14:11 | | recap(1) 16:5 | | saccullo(2) 4:7  4:8 | | special(2) 8:36  23:9 | |
| perhaps(1) 21:18 | | received(1) 17:6 | | said(5) 20:16  22:13  22:13  26:23  27:2 | | spend(1) 26:15 | |
| periodic(1) 21:25 | | recess(1) 27:20 | | samuels(1) 5:41 | | sperling(1) 6:50 | |
| pernick(11) 1:35  10:4  10:5  10:14  10:18 | | recital(1) 21:3 | | saw(1) 27:10 | | spoke(1) 10:7 | |
| 13:8  15:17  27:9  27:16  27:17  27:18 | | recitation(1) 18:14 | | say(3) 18:23  21:3  21:9 | | square(1) 2:21 | |
| | | recites(1) 13:18 | | schedule(3) 12:3  26:15  26:18 | | stand(1) 27:20 | |
| peter(1) 6:18 | | record(4) 18:5  24:22  27:14  27:14 | | scholer(1) 5:20 | | standpoint(1) 22:4 | |
| philadelphia(1) 4:17 | | recorded(1) 1:54 | | school(3) 4:13  17:15  18:12 | | stanley(1) 7:27 | |
| phone(2) 13:10  13:12 | | recording(1) 1:54  28:4 | | schott(1) 6:26 | | start(1) 26:11 | |
| piper(1) 2:26 | | records(1) 10:16 | | schotz(2) 1:33  10:5 | | state(9) 9:13  9:14  10:25  16:23  17:23  18:2 | |
| pitching(1) 22:9 | | recovery(1) 13:2 | | schulte(1) 6:37 | | 18:2  18:20  22:12 | |
| plaintiff(1) 16:9 | | redo(1) 15:6 | | schuylkill(1) 1:49 | | | |
| plaintiffs(1) 15:24 | | reed(1) 7:20 | | scott(1) 7:5 | | states(1) 1:3  1:21 | |
| plan(2) 20:17  23:14 | | referred(2) 18:13  25:3 | | seal(8) 10:19  10:21  10:24  11:13  11:16 | | status(1) 23:13 | |
| plaza(3) 2:7  2:41  3:34 | | reflected(1) 17:10 | | 11:18  13:5  27:11 | | stay(7) 11:20  16:6  16:20  16:25  17:1  17:5 | |
| please(1) 10:2 | | regard(1) 25:4 | | | | 18:4 | |
| pleasure(1) 22:22 | | related(2) 15:7  25:6 | | seated(1) 10:2 | | | |
| plvtz(1) 12:11 | | relating(1) 23:14 | | second(1) 10:9 | | ste(2) 1:36  3:48 | |
| point(3) 7:35  7:35  15:7 | | relayed(1) 19:16 | | securities(4) 7:8  7:9  7:43  7:43 | | stearn(1) 2:20 | |
| polk(2) 2:13  6:17 | | relief(12) 15:12  16:15  16:17  16:19  17:9 | | see(2) 20:25  22:7 | | stefanie(1) 9:48 | |
| portions(1) 11:14 | | 19:23  21:17  21:19  22:2  22:6  22:19  23:4 | | seeing(1) 22:21 | | stein(1) 9:44 | |
| possibility(2) 16:23  16:24 | | | | seek(2) 18:4  18:18 | | stephanie(1) 13:11 | |
| post-trial(2) 25:8  25:8 | | remaining(1) 24:5 | | seen(2) 17:4  19:6 | | stephen(1) 8:5 | |
| posture(1) 16:12 | | remove(1) 17:9 | | seife(1) 4:38 | | steve(1) 3:19 | |
| potential(1) 23:14 | | rendered(1) 18:16 | | selber(1) 2:5 | | steven(1) 12:13 | |
| potentially(1) 22:7 | | repeat(1) 26:23 | | sense(3) 16:11  16:18  22:5 | | still(1) 26:24 | |
| potter(1) 2:4 | | repetitive(1) 26:21 | | separated(1) 15:8 | | stipulation(2) 12:6  12:15 | |
| ppearances(4) 1:23  2:1  3:2  4:1 | | reply(1) 25:8 | | serengeti(2) 7:39  7:39 | | stores(1) 12:20 | |
| prefer(1) 21:7 | | report(1) 23:13 | | service(2) 1:48  1:55 | | straight(2) 10:16  27:14 | |
| prejudice(1) 17:19 | | representation(1) 18:4 | | services(5) 1:48  11:23  12:18  13:3  14:11 | | strauss(3) 3:18  6:9  25:19 | |
| prepared(3) 14:9  14:13  15:12 | | request(2) 21:18  24:14 | | set(2) 17:14  26:13 | | street(10) 1:13  1:49  2:8  2:22  2:35  2:47 | |
| preparing(1) 14:14 | | requested(1) 15:13  17:9  21:17  22:3 | | settled(1) 12:8 | | 3:7  3:14  3:33  4:16 | |
| prerogative(1) 22:11 | | required(1) 16:21 | | settlement(3) 12:6  12:21  19:15 | | | |
| prerogatives(1) 22:10 | | resolution(3) 16:3  19:4  22:6 | | shachar(1) 8:12  8:13 | | stuff(1) 25:14 | |
| pretty(1) 26:12 | | resolve(4) 15:11  23:24  24:5  26:19 | | shall(1) 13:7 | | subject(2) 20:19  24:10 | |
| previously(1) 14:6 | | resolved(1) 21:4 | | shamah(1) 5:5 | | submission(1) 16:18 | |
| primarily(1) 15:1 | | respect(22) 10:20  10:22  10:25  11:4  11:13 | | shannon(1) 5:15 | | submitted(3) 10:10  23:3  24:23 | |
| primoff(1) 5:23 | | 11:16  11:19  11:23  12:1  12:11  12:13  12:18 | | sharing(1) 22:17 | | submitting(1) 12:8 | |
| probably(1) 24:6 | | 12:25  13:2  13:10  16:8  17:17  21:6  21:7 | | shawn(1) 5:39 | | substantially(1) 16:2 | |
| problem(1) 22:1 | | 22:12  25:1  27:10 | | shaya(1) 5:10 | | substantive(1) 10:8 | |
| proceed(1) 24:8 | | | | sheron(2) 3:40  15:20 | | sued(1) 17:18 | |
| proceedings(3) 1:19  1:54  28:5 | | respects(1) 16:7 | | shorten(1) 11:2 | | suisse(2) 9:9  9:9 | |
| process(3) 17:25  20:15  20:17 | | respond(1) 17:3 | | shorter(1) 16:3 | | suit(1) 18:19 | |
| produced(1) 1:55 | | responded(1) 20:7 | | shortly(1) 24:15 | | suite(2) 2:35  3:14 | |
| project(1) 15:8 | | response(6) 16:4  17:4  20:15  20:23  24:18 | | should(2) 10:12  18:23 | | sullivan(1) 3:11 | |
| promise(1) 26:8 | | 24:19 | | sides(1) 26:24 | | superfluous(1) 18:16 | |
| promptly(1) 23:4 | | | | sidley(1) 1:25  5:23 | | supplemental(1) 21:19 | |
| proof(2) 12:14  12:21 | | responses(1) 15:11 | | sieg(1) 8:25 | | supplemented(1) 21:10 | |
| proponents(2) 23:14  25:21 | | rest(2) 10:15  21:14 | | siegel(2) 3:6  9:27 | | support(1) 17:7 | |
| propose(1) 24:8 | | result(2) 21:16  26:19 | | sieger(1) 7:15 | | supported(1) 16:17 | |
| proposed(8) 10:20  11:14  19:6  19:14  19:19 | | ret(1) 4:14 | | signed(2) 10:11  15:15 | | sure(4) 10:15  10:17  13:8  22:20 | |
| 20:25  24:13  24:15 | | retention(1) 11:12 | | silver(2) 7:35  7:35 | | suttonbrook(2) 8:45  8:46 | |
| | | retirees(2) 4:4  17:11 | | silverstein(1) 2:5 | | sys(1) 4:14 | |
| proposing(1) 12:16 | | retirement(4) 9:13  9:14  17:16  18:12 | | simes(1) 9:33 | | system(4) 9:14  14:8  17:16  18:12 | |
| proskauer(1) 9:22  9:22 | | return(1) 21:24  24:14 | | simply(1) 26:22 | | tabak(2) 7:7  7:8 | |
| provided(1) 18:3 | | revised(3) 17:11  19:19  19:21 | | single(1) 15:8 | | take(4) 16:2  17:1  22:14  23:16 | |
| pryor(2) 8:16  8:16 | | revisions(2) 17:13  23:3 | | skadden(1) 8:37 | | taken(1) 14:1 | |
| pser's(1) 19:1 | | richards(1) 2:5 | | slate(1) 8:37 | | takes(2) 17:15  17:23 | |
| psers(6) 17:15  17:17  17:20  18:1  18:5 | | rid(1) 21:22 | | slater(1) 6:50 | | talk(1) 22:10 | |
| pursue(1) 19:3 | | rifkind(2) 5:12  7:47 | | slcfc(2) 15:25  21:9 | | tasks(1) 15:8 | |
| put(3) 20:15  25:25  27:14 | | right(9) 13:7  13:9  14:2  14:19  15:11  20:21 | | slept(1) 26:22 | | technically(1) 12:7  12:22 | |
| | | 24:16  26:12  27:7 | | snr(4) 9:47  9:47  13:10  13:12 | | telephonic(7) 4:20  5:1  6:1  7:1  8:1  9:1 | |
| question(1) 24:3 | | | | solve(1) 21:25 | | 13:10 | |
| questions(2) 10:13  15:12  18:7 | | rms(1) 13:2 | | some(9) 14:12  17:1  17:8  18:9  19:25  20:13 | | tell(1) 22:10 | |
| quicker(1) 26:19 | | robby(1) 11:24 | | 25:1  25:2  26:15 | | tells(1) 21:22 | |
| | | robert(2) 2:20  7:12 | | | | temptation(1) 26:20 | |
| rachel(1) 8:9 | | roberts(2) 7:7  7:8 | | somebody(1) 21:21 | | ten(1) 26:7 | |
| raised(1) 20:14 | | robin(1) 3:32 | | someone(1) 13:9 | | tenth(1) 11:22 | |
| rath(2) 2:33  2:34 | | rochester(1) 6:10 | | something(3) 10:16  26:18  26:23 | | terms(2) 17:10  17:14 | |
| rather(1) 22:21 | | rockefeller(1) 2:41 | | sometimes(2) 14:14  27:1 | | than(3) 21:10  23:21  25:22 | |
| re-file(1) 17:21 | | rodney(1) 2:21 | | somewhat(2) 16:19  18:16 | | thank(12) 14:19  15:14  15:16  20:3  20:21 | |
| re-filed(1) 18:2 | | roitman(1) 4:36 | | sooner(1) 26:17 | | 21:2  23:2  23:5  24:16  27:17  27:18  27:21 | |
| re-filing(1) 17:21 | | rose(2) 9:22  9:22 | | sorry(3) 18:21  19:1  19:10 | | | |
| reach(1) 24:4 | | rosenman(1) 7:14 | | sottile(6) 4:45  23:8  23:8  23:19  24:14  25:3 | | | |
| reached(3) 12:21  16:3  23:21 | | roth(1) 6:37 | | sound(2) 1:54  28:4 | | | |
| read(1) 21:7 | | rudnick(3) 3:5  8:20  9:26 | | south(2) 1:29  4:16 | | | |
| really(3) 16:14  18:18  21:19 | | run(1) 10:14 | | spaeder(2) 4:42  23:9 | | | |
| reason(1) 26:5 | | rushabh(1) 8:29 | | spare(1) 22:21 | | | |
| reasons(2) 26:24  27:4 | | saavedra(1) 7:32 | | | | | |
| recall(1) 23:11 | | | | | | | |

| Word | Page:Line |
| --- | --- |
| that(117) | 10:10 10:12 10:13 10:15 10:19 11:6 11:6 12:9 12:15 12:16 12:23 13:6 13:18 13:22 13:23 13:25 13:25 14:8 14:16 14:16 14:17 14:18 14:22 15:9 15:12 15:15 15:17 16:9 16:13 16:14 16:14 16:15 16:18 16:25 17:3 17:5 17:6 17:11 17:15 17:18 17:19 17:21 17:22 17:23 18:4 18:4 18:5 18:14 18:17 18:17 18:20 18:22 18:21 18:24 19:2 19:3 19:4 19:5 19:5 19:8 19:15 19:23 19:23 19:25 20:1 20:15 20:16 20:16 20:16 20:19 21:3 21:9 21:12 21:17 21:17 21:20 21:23 22:5 22:8 22:14 22:15 22:18 22:18 22:21 23:15 23:20 23:24 23:25 24:2 24:6 24:8 24:10 24:14 24:25 25:1 25:3 25:4 25:6 25:11 25:13 25:13 25:15 25:23 25:25 26:3 26:6 26:7 26:10 26:23 26:23 27:2 27:3 28:3 |
| that's(8) | 15:13 17:10 18:6 20:1 22:2 22:3 24:7 25:11 |
| thau(1) | 7:10 |
| the(265) | 1:3 1:4 1:20 2:28 10:2 10:3 10:5 10:10 10:11 10:12 10:15 10:15 10:17 10:19 10:21 10:22 10:23 11:3 11:5 11:7 11:8 11:9 11:10 11:12 11:14 11:17 11:18 11:19 11:20 11:22 11:25 12:4 12:12 12:13 12:17 12:20 12:24 13:1 13:2 13:5 13:7 13:9 13:9 13:10 13:12 13:13 13:15 13:18 13:18 13:21 13:24 13:25 14:4 14:7 14:7 14:8 14:9 14:10 14:10 14:11 14:17 14:19 14:21 14:21 14:23 14:25 14:25 15:5 15:6 15:7 15:11 15:12 15:15 15:18 15:23 15:24 16:4 16:6 16:6 16:8 16:10 16:11 16:12 16:13 16:14 16:14 16:15 16:17 16:19 16:21 16:21 16:23 16:24 16:25 16:25 17:1 17:5 17:6 17:7 17:7 17:7 17:8 17:10 17:11 17:11 17:12 17:13 17:14 17:14 17:14 17:15 17:20 17:24 18:1 18:3 18:5 18:8 18:8 18:9 18:11 18:17 18:19 18:23 19:2 19:3 19:6 19:6 19:9 19:11 19:13 19:14 19:15 19:18 19:19 19:19 19:21 19:22 19:23 19:24 20:3 20:6 20:11 20:13 20:14 20:15 20:17 20:19 20:21 20:24 20:24 20:25 21:3 21:13 21:21 21:6 21:21 21:18 21:24 21:14 21:22 21:23 21:24 21:25 22:2 22:4 22:6 22:7 22:21 22:18 22:23 23:1 23:3 23:3 23:4 23:6 23:9 23:11 23:11 23:11 23:12 23:13 23:13 23:14 23:17 23:18 23:20 23:22 24:2 24:3 24:7 24:8 24:9 24:10 24:13 24:16 24:19 24:20 24:20 24:21 24:22 24:25 25:2 25:3 25:5 25:5 25:6 25:7 25:7 25:7 25:8 25:9 25:9 25:10 25:11 25:13 25:15 25:17 25:20 25:22 25:23 25:25 26:2 26:3 26:5 26:5 26:6 26:8 26:13 26:16 26:17 26:16 26:20 26:20 27:1 27:5 27:7 27:11 27:14 27:14 27:15 27:17 27:19 27:22 27:38 28:3 28:4 28:4 28:5 |
| their(7) | 12:25 17:9 17:23 22:9 22:14 22:15 26:25 |
| them(5) | 11:7 17:12 19:3 21:23 27:13 |
| then(2) | 11:22 19:18 |
| there(15) | 12:21 13:21 14:22 16:22 16:23 16:24 19:3 19:23 20:3 23:6 25:12 25:16 26:25 27:3 27:7 |
| there's(4) | 10:9 11:5 25:1 26:18 |
| there's(1) | 24:25 |
| they(4) | 17:3 17:8 17:9 21:22 |
| thing(3) | 14:21 20:18 26:4 |
| things(2) | 20:13 21:20 |
| think(15) | 12:2 16:13 18:25 19:1 19:2 21:3 22:3 24:6 25:1 25:3 25:4 26:1 26:2 26:2 26:4 |
| third(1) | 19:24 |
| thirty-fourth(1) | 11:3 |

| Word | Page:Line |
| --- | --- |
| thirty-third(1) | 12:10 |
| this(24) | 13:11 14:7 14:14 14:17 15:7 16:12 16:20 19:15 19:16 19:18 20:4 20:8 20:24 21:10 21:18 23:15 24:6 24:11 24:20 26:3 26:4 26:13 27:17 27:19 |
| thomas(2) | 3:47 4:34 |
| those(7) | 11:24 15:11 17:12 24:1 25:15 27:4 27:11 |
| three(1) | 16:22 |
| through(4) | 10:15 25:2 25:9 25:15 |
| till(1) | 26:3 |
| time(17) | 11:2 13:19 13:22 13:23 14:8 14:10 14:14 14:14 14:16 14:16 14:23 15:3 23:25 26:16 26:25 27:3 27:3 |
| timekeeper(1) | 14:25 |
| timing(1) | 20:1 |
| timothy(1) | 4:7 |
| tina(1) | 8:17 |
| today(3) | 19:22 23:7 27:8 |
| today's(1) | 10:7 |
| togut(1) | 12:11 |
| told(1) | 16:1 |
| took(1) | 17:8 |
| torres(3) | 3:38 9:42 15:21 |
| traci(1) | 28:9 |
| transcriber(1) | 28:9 |
| transcript(5) | 1:19 1:55 25:10 25:10 28:4 |
| transcription(2) | 1:48 1:55 |
| treatment(1) | 16:10 |
| trehan(1) | 9:35 |
| trial(1) | 26:14 |
| tribune(5) | 1:10 1:40 5:28 5:44 10:6 |
| trust(11) | 3:5 8:8 8:20 9:26 10:19 13:5 15:19 15:22 15:22 15:23 27:11 |
| trustee(1) | 12:7 |
| trustees(1) | 15:24 |
| try(2) | 24:1 25:11 |
| trying(1) | 25:14 |
| tuesday(1) | 10:1 |
| twenty-fourth(1) | 11:25 |
| twenty-seventh(1) | 12:5 |
| two(7) | 11:24 13:4 16:7 24:25 25:7 25:15 25:22 |
| typographica(1) | 25:12 |
| um-hum(1) | 13:20 |
| unable(1) | 24:3 |
| under(2) | 22:3 23:3 |
| underlying(1) | 15:25 |
| understand(3) | 20:3 20:16 22:18 |
| understandab(1) | 25:13 |
| united(1) | 3:6 |
| unless(1) | 18:6 |
| unsecured(3) | 2:33 4:27 23:10 |
| update(1) | 23:17 |
| usa(1) | 8:28 |
| usdr(1) | 12:25 |
| use(2) | 23:14 23:22 |
| used(1) | 13:25 |
| vail(1) | 6:34 |
| view(2) | 21:21 22:14 |
| viewing(1) | 22:9 |
| violate(1) | 17:5 |
| visit(1) | 22:24 |
| von(1) | 12:1 |
| vora(1) | 8:29 |
| walker(1) | 12:19 |
| want(2) | 17:4 22:20 |
| wanted(4) | 14:21 17:11 20:16 21:22 |
| wardwell(2) | 2:13 6:17 |
| warranted(1) | 22:3 |

| Word | Page:Line |
| --- | --- |
| was(23) | 10:9 10:10 10:19 11:6 11:7 12:21 13:21 13:24 13:24 13:24 14:1 14:10 14:13 14:22 17:17 19:15 19:15 19:16 20:16 21:17 25:11 27:13 27:22 |
| way(2) | 14:7 21:24 |
| we'll(5) | 12:8 12:22 24:14 26:3 26:18 |
| we're(6) | 13:11 13:17 21:1 21:5 |
| we've(2) | 25:4 25:9 |
| week(4) | 16:20 26:3 26:4 26:13 |
| weil(1) | 7:27 |
| weiss(3) | 5:12 7:47 9:39 |
| weitman(1) | 5:45 |
| welcome(1) | 14:20 |
| well(8) | 13:23 18:25 19:6 19:18 20:24 21:22 22:23 26:9 |
| wells(3) | 7:4 8:42 11:24 |
| were(9) | 10:23 13:4 14:11 14:17 17:6 21:3 25:6 27:11 27:13 |
| wharton(2) | 5:12 7:47 |
| what(9) | 14:2 14:17 16:5 18:12 21:10 21:16 22:8 22:13 24:23 |
| what's(1) | 21:15 |
| when(4) | 21:21 22:23 25:25 27:1 |
| where(1) | 14:12 |
| whereupon(1) | 27:22 |
| whether(1) | 17:20 23:12 |
| which(13) | 10:10 11:6 12:6 13:4 14:9 14:10 15:18 16:11 17:8 17:9 17:17 21:19 26:14 |
| while(2) | 26:24 27:13 |
| white(2) | 7:4 8:42 |
| whittman(1) | 8:33 |
| who(2) | 16:4 20:6 |
| why(2) | 13:22 22:18 |
| will(17) | 12:22 14:13 15:9 16:13 17:21 17:22 17:22 18:3 20:5 21:12 22:10 23:11 25:3 25:25 26:10 27:20 |
| willette(1) | 12:7 |
| wilmington(19) | 1:14 1:37 2:10 2:23 2:36 2:48 3:5 3:15 3:28 3:35 3:49 8:20 9:26 10:1 10:19 13:4 15:19 15:22 27:11 |
| wilson(1) | 6:22 |
| wineman(1) | 8:39 |
| winfree(1) | 3:26 |
| wish(4) | 20:7 20:22 24:9 24:17 |
| with(55) | 10:19 10:22 10:25 11:3 11:11 11:13 11:16 11:18 11:23 11:25 12:10 12:13 12:17 12:24 13:2 13:5 13:6 13:10 14:10 15:9 15:12 15:17 16:3 16:8 16:24 16:25 17:1 17:10 17:13 17:14 17:17 18:4 18:14 19:8 20:13 20:19 21:6 21:6 21:8 21:14 22:6 22:11 22:12 22:18 23:3 23:23 24:4 24:9 24:12 24:13 24:15 24:21 24:22 25:1 27:10 |
| withdraw(2) | 27:12 27:13 |
| withdrawing(1) | 18:6 |
| withdrawn(2) | 10:18 27:12 |
| within(1) | 14:16 24:7 |
| without(1) | 17:19 |
| womble(1) | 3:46 |
| wonderful(1) | 22:23 |
| woods(1) | 8:24 |
| work(3) | 20:12 25:2 25:14 |
| worked(1) | 26:9 |
| working(5) | 14:2 25:9 26:11 26:16 27:2 |
| works(2) | 14:7 14:8 |
| would(10) | 10:14 13:6 18:5 18:16 19:23 21:10 22:6 23:17 23:25 24:8 |

| Word | Page:Line |
| --- | --- |
| wowchuk(15) | 9:48 13:11 13:12 13:14 13:17 13:20 13:23 14:5 14:20 14:24 15:2 15:5 15:9 15:14 15:16 |
| wrap(2) | 24:6 26:4 |
| www.diazdata.com(1) | 1:52 |
| years(1) | 26:8 |
| yes(4) | 13:11 13:17 21:1 21:5 |
| yesterday(5) | 10:7 16:1 23:12 23:20 26:20 |
| yet(3) | 17:20 19:7 22:8 |
| york(6) | 2:16 2:29 2:42 3:22 3:43 15:22 |
| you(43) | 10:14 13:15 13:16 14:5 14:12 14:19 15:6 15:14 15:16 16:1 18:23 19:5 19:9 19:11 19:16 19:19 20:3 20:10 20:13 20:16 20:16 20:21 21:2 22:10 22:17 22:19 22:20 22:21 22:21 22:23 23:2 23:5 24:16 25:12 26:1 26:10 26:18 27:1 27:3 27:17 27:18 27:21 |
| you'll(1) | 26:19 |
| you're(1) | 14:20 |
| young(2) | 9:38 11:12 |
| your(34) | 10:4 10:4 12:15 13:8 13:11 13:15 13:16 15:17 15:20 16:1 18:7 18:10 18:14 19:8 19:22 20:2 20:4 20:8 21:1 21:5 21:12 22:21 23:2 23:5 23:8 23:19 24:6 24:11 24:14 24:24 25:18 27:5 27:9 27:21 |
| zabel(1) | 6:37 |
| zatz(1) | 8:43 |
| zeke(1) | 3:13 |
| zell(1) | 23:21 |
| zell's(2) | 23:24 24:4 |
| zloto(1) | 6:6 |
| zuckerman(2) | 4:42 23:9 |