# LANDIS RATH & COBB LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Adam G. Landis
Direct Dial: (302) 467-4410
Email: landis@lrclaw.com

Telephone: (302) 467-4400
Facsimile: (302) 467-4450

August 8, 2011

**VIA HAND DELIVERY**
The Honorable Kevin J. Carey
United States Bankruptcy Judge
United States Bankruptcy Court
 for the District of Delaware
824 N. Market Street
Wilmington, DE 19801

Re: In re: Tribune Company, *et al.*
Chapter 11 Case No. 08-13141 (KJC) (Jointly Administered)

Dear Judge Carey:

On behalf of the DCL Plan Proponents in the above-referenced case, I write to advise the Court that the DCL Plan Proponents have no further comment on the Proposed Order Concerning Admissibility of Certain Trial Exhibits for Canvassing Purposes and Precluding use of Findings of Fact and Conclusions of Law In Other Matters (the "Order") and request that the Order be entered at the Court's earliest convenience.

Respectfully,

Adam G. Landis

AGL/cdl

cc: All counsel entitled to notice pursuant to Paragraph 35 of the CMO (via email)

{698.001-W0015938.}