# JENNER&BLOCK

August 8, 2011

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel 312-222-9350
www.jenner.com

Chicago
Los Angeles
New York
Washington, DC

VIA HAND DELIVERY

David J. Bradford
Tel (312) 923-2975
Fax (312) 840-7375
dbradford@jenner.com

The Honorable Kevin J. Carey
United States Bankruptcy Judge
United States Bankruptcy Court
 for the District of Delaware
824 N. Market Street
Wilmington, DE 19801

Re:  In re Tribune Company, et al.
     Chapter 11 Case No. 08-13141 (KJC) (Jointly Administered)

Dear Judge Carey:

Mr. Zell and EGI-TRB LLC have no further comment on the Proposed Order Concerning Admissibility of Certain Trial Exhibits for Canvassing Purposes and Precluding use of Findings of Fact and Conclusions of Law In Other Matters (the "Order"), but adopt and reserve the objections set forth in their prior submissions related to this matter.

Sincerely,

*[signature]*

David J. Bradford

DJB:lms

cc:    All counsel entitled to notice pursuant to Paragraph 35 of the COM (via email)