IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al., | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related Docket No.: 9476** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION REGARDING THE FIRST MONTHLY
FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION
OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
SPECIAL LITIGATION COUNSEL FOR THE PERIOD
<u>DECEMBER 6, 2010 THROUGH FEBRUARY 29, 2011</u>**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1.  Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members (the "Administrative Order") [Docket No. 215], Campbell & Levine, LLC ("Campbell & Levine"), submitted on July 15, 2011, a monthly application (the "Application") [Docket No. 9476] for services rendered and reimbursement of expenses incurred for the period of December 6, 2010 through February 28, 2011 as Special Litigation Counsel to the Debtors and Debtors in Possession in the above-referenced cases.

2.  Objections to the Application were to be filed and served on or before August 4, 2011 at 4:00 P.M.  As of this date no objections to the Application have been received by the undersigned.  Moreover, the undersigned further certifies that he has reviewed the Court's docket in this case and that no objections to the Application were

{D0209791.1 }

filed. In accordance with the Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Campbell & Levine eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

Dated: August 8, 2011

                                               CAMPBELL & LEVINE, LLC

                                               */s/ Mark T. Hurford*
                                               Mark T. Hurford (I.D. #3299)
                                             800 N. King Street, Suite 300
                                             Wilmington, DE  19899
                                             Telephone:  (302) 426-1900
                                             Facsimile:  (302) 426-9947
                                             mhurford@camlev.com

                                             *Special Litigation Counsel to the Debtors*
                                             *and Debtors in Possession*