IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| | **Related Docket No.: 9477** |

**CERTIFICATION OF NO OBJECTION REGARDING THE FIRST INTERIM FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE PERIOD <u>DECEMBER 6, 2010 THROUGH FEBRUARY 29, 2011</u>**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1.  Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members (the "Administrative Order") [Docket No. 215], Campbell & Levine, LLC ("Campbell & Levine"), submitted on July 15, 2011, an interim application (the "Application") [Docket No. 9477] for services rendered and reimbursement of expenses incurred for the period of December 6, 2010 through February 28, 2011 as Special Litigation Counsel to the Debtors and Debtors in Possession in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{D0209796.1 }

2. Objections to the Application were to be filed and served on or before August 4, 2011 at 4:00 P.M. As of this date no objections to the Application have been received by the undersigned. Moreover, the undersigned further certifies that he has reviewed the Court's docket in this case and that no objections to the Application were filed.

Dated: August 8, 2011

                                  CAMPBELL & LEVINE, LLC

                                  */s/ Mark T. Hurford*
                                  Mark T. Hurford (I.D. #3299)
                                  800 N. King Street, Suite 300
                                  Wilmington, DE  19899
                                  Telephone:  (302) 426-1900
                                  Facsimile:  (302) 426-9947
                                  mhurford@camlev.com

                                  *Special Litigation Counsel to the Debtors and Debtors in Possession*