# EXHIBIT A

# Declaration of Christopher L. Meazell

46429/0001-7811884v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Twenty-Fifth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period June 1, 2011 through June 30, 2011 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Twenty-Fifth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

46429/0001-7811884v1

4.    There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.    No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 9th day of August, 2011.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## JUNE 1 - JUNE 30, 2011

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 18.6 | 10,230.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 730 | 27.7 | 20,221.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 370 | 18.0 | 6,660.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 600 | 9.3 | 5,580.00 |
| | Travel time at 1/2 rate | 300 | 8.0 | 2,400.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 11.6 | 7,540.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | 4.9 | 1,347.50 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 450 | 8.7 | 3,915.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 460 | 1.1 | 506.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 640 | 4.5 | 2,880.00 |
| Henry H. Wendel | Paralegal (2011); Communications; n/a | 150 | | 0.00 |

**TOTALS**      112.4      61,279.50

**BLENDED RATE**      545.1912811

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2011 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $730 per hour.

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM**
**JUNE 1 - JUNE 30, 2011**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 68.9 | 43,024.50 |
| Fee Applications 08656.0101 | 8.7 | 3,915.00 |
| Broadcast Contracts 08656.0104 | 26.8 | 11,940.00 |
| Travel Time  08656.0102 (with 50% discount) | 8.0 | 2,400.00 |
| **TOTAL** | **112.4** | **61,279.50** |

# ꝺ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

T 202.776.2000 F 202.776.2222

---

July 25, 2011                                                                                    Page 1

Tribune Company                                                                       Invoice 542897
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL  60611


Our File # 08656.0100            For Services Through June 30, 2011
FCC/Broadcast Matters


| | | |
|---|---|---|
| 06/01/11 | Review revisions to findings of fact and conclusions of law (1.7); correspondence with Sidley and senior lender's FCC counsel re same (0.9); review issues re Oaktree additional interests (0.6); correspondence with Sidley and senior lender's FCC counsel re same (0.9). | |
| | C. Burrow | 4.10 hrs. |
| 06/01/11 | Telephone conference with D. Eldersveld re possible media interest (0.2); review FCC and other regulatory issues (0.4); review changes to FCC letter (0.3); review FCC filings (0.2). | |
| | J. Feore | 1.10 hrs. |
| 06/01/11 | Review JP Morgan filing re release of FCC confidentiality claims re former Media News interest (0.4); review revisions from FCC counsel to committee for unsecured creditors re proposed update letter on Oaktree interests (0.4); review correspondence from Oaktree counsel re revised Millennium update letter addressing newspaper-broadcast cross-ownership (0.3); review revised FCC insert from R. Flagg (Sidley counsel) re proposed findings of fact and conclusions of law (0.7). | |
| | J. Logan | 1.80 hrs. |
| 06/02/11 | Review revisions to findings of fact and conclusions of law (0.8); correspondence with Sidley and senior lender's FCC counsel re same (0.8). | |
| | C. Burrow | 1.60 hrs. |
| 06/02/11 | Review FCC changes to proposed findings and conclusions re court (0.6); telephone conference with counsel for creditors' committee re possible changes and issues (0.4). | |

|  |  | J. Feore | 1.00 hrs. |

06/02/11 Rev        iew correspondence from J. Stenger re Millennium update letter changes (0.4); telephone conference with T. Davidson (Oaktree) re final revisions to FCC update letter (0.2).

|  |  | J. Logan | 0.60 hrs. |

06/03/11        Review further comments and proposed changes from creditors' committee re FCC findings and conclusions.

|  |  | J. Feore | 0.70 hrs. |

06/06/11        Review noteholder's findings of fact and conclusions of law for FCC discrepancies.

|  |  | C. Burrow | 2.30 hrs. |

06/06/11 Prep        aration of materials for E. Washburn regarding update on FCC matters including next steps for FCC transfer applications and FCC ownership and spectrum proceedings.

|  |  | J. Rademacher | 0.90 hrs. |

06/06/11        Work on FCC legal issues re filing of amendments and Section 1.65 obligation to update applications (0.5); review timing of restructuring pro forma applications and timing issues (0.3).

|  |  | J. Feore | 0.80 hrs. |

06/06/11        Telephone conference with E. Washburn re FCC application status and preparation of amendments (0.2); review re previous question list (0.3); review FCC Enforcement Bureau chart (0.3); prepare outline for E. Washburn re FCC issues (0.8).

|  |  | M. Swanson | 1.60 hrs. |

06/07/11        Review FCC issues re noteholder's findings of fact and conclusions of law (1.4); correspondence with Sidley and senior lender's FCC counsel re same (0.8).

|  |  | C. Burrow | 2.20 hrs. |

06/07/11        Research regarding financial information requirements for failing station waiver request regarding applications to FCC to assign broadcast licenses in bankruptcy.

|  |  | J. Rademacher | 0.20 hrs. |

06/07/11        Review FCC analysis of Aurelius filings with court and impact on FCC applications (0.8); research re possible media affiliations and need to amend waiver requests (0.6).

|  |  | J. Feore | 1.40 hrs. |

06/07/11        Review and analyze correspondence from R. Flagg (Sidley) re open issues from NPP findings of fact and conclusions of law.

|  |  | J. Logan | 0.80 hrs. |

06/07/11        Prepare FCC issues list and email to E. Washburn (0.4); review Enforcement Bureau staff email re due diligence request (0.1).

|  |  |  |
|---|---|---|
|  | M. Swanson | 0.50 hrs. |
| 06/08/11 | Review analysis of noteholder's findings of fact and conclusions of law for additional FCC issues (2.4); correspondence with Sidley and senior lender's FCC counsel re same (0.5). | |
|  | C. Burrow | 2.90 hrs. |
| 06/08/11 | Meeting with N. Larsen, S. Sheehan and D. Leach re DC reporting issues, pending TV matters, applications and review of proceedings (1.7); review proposed findings and conclusions and FCC legal issues raised (0.8). | |
|  | J. Feore | 2.50 hrs. |
| 06/08/11 | Review correspondence from JP Morgan counsel and FCC counsel to Unsecured Creditors Committee re attribution issues raised in NPP proposed findings of fact and conclusions of law (0.6); analyze NPP arguments re combined attributable/non-attributable interests in NPP findings of fact and conclusions of law (0.5). | |
|  | J. Logan | 1.10 hrs. |
| 06/08/11 | Revise due diligence requests. | |
|  | M. Swanson | 0.60 hrs. |
| 06/09/11 | Telephone conference with S. Sheehan re DC efforts on pending applications and ownership issues (0.3); review impact of FCC media report on pending applications, appeals and waivers (0.9). | |
|  | J. Feore | 1.20 hrs. |
| 06/09/11 Rev | iew procedures for reflecting satellite internal transfer in exit applications (0.4); analyze counter arguments to NPP attribution position (0.3). | |
|  | J. Logan | 0.70 hrs. |
| 06/09/11 Rev | iew materials from client relating to earth station licenses (0.4); telephone call with J. Roberts regarding correspondence to FCC staff regarding same (1.2); prepare and send correspondence to FCC staff re same (0.8); prepare draft assignment of license applications for new earth station facilities (0.6); edit exhibits for same (0.3). | |
|  | L. McCarty (Practice Group Professional) | 3.30 hrs. |
| 06/10/11 | Telephone conference with FCC staff re pending applications and filing of earth station applications (0.2); review status of application amendments (0.4). | |
|  | J. Feore | 0.60 hrs. |
| 06/10/11 | Review and analyze alternate approach from FCC staff re separate satellite applications (0.7); review status of Millennium update (0.2). | |
|  | J. Logan | 0.90 hrs. |
| 06/11/11 | Review refiled applications and timing issues for FCC staff (0.4); research re pro forma restructuring applications and FCC limits re filing processing (0.4). | |

Tribune Company

| | | |
|---|---|---|
| | J. Feore | 0.80 hrs. |
| 06/13/11 Telephon | e conference with D. Eldersveld re FCC and communications regulatory issues (0.9); review latest draft letter to FCC (0.4); conference with counsel to creditors' committee re FCC filings (0.4). | |
| | J. Feore | 1.70 hrs. |
| 06/13/11 | Prepare memorandum re Millennium transaction and Oaktree update letter. | |
| | J. Logan | 0.90 hrs. |
| 06/13/11 | Telephone conference with D. Eldersveld re Fox affiliation and distribution issues (1.0); prepare for and follow-up on call with D. Eldersveld (0.5). | |
| | K. Latek | 0.50 hrs. |
| 06/14/11 | Review docket updates for FCC and timing issues. | |
| | C. Burrow | 1.10 hrs. |
| 06/14/11 | Review possible media additions and current waiver requests (0.5). Review FCC's media report re issues for pending Tribune applications and possible changes to waiver requests (1.0). (Move to 9999) | |
| | J. Feore | 1.50 hrs. |
| 06/15/11 | Review FCC media studies re cross-ownership and pending waivers. | |
| | J. Feore | 0.60 hrs. |
| 06/15/11 Telephon | e conference with E. Washburn re GAO inquiry. | |
| | M. Swanson | 0.10 hrs. |
| 06/16/11 | Review media ownership waiver showing for Los Angeles and issues raised by additional media (0.8); telephone conference with S. Sheehan re waivers and Hill issues (0.2). | |
| | J. Feore | 1.00 hrs. |
| 06/16/11 | Review draft satellite applications (0.7); prepare introductory exhibit for satellite applications (0.6). | |
| | J. Logan | 1.30 hrs. |
| 06/16/11 | Finalize draft earth station assignment applications (0.4); prepare correspondence regarding same (0.1); telephone call re same (0.1). | |
| | L. McCarty (Practice Group Professional) | 0.60 hrs. |
| 06/16/11 | Review GAO survey questions (0.9); telephone conference with E. Washburn re same (0.7). | |
| | M. Swanson | 1.60 hrs. |
| 06/17/11 | Review outline and issues list re oral argument on FCC issues (0.8); research re possible media addition to cross-owned markets and FCC response (1.2). | |
| | J. Feore | 2.00 hrs. |

July 25, 2011                                                                Page 5

Tribune Company                                                       Invoice 542897

| | | |
|---|---|---|
| 06/17/11 | Review revised transfer applications for satellite earth stations.<br>J. Logan | 0.60 hrs. |
| 06/17/11 | Edit draft exhibit for assignment applications.<br>L. McCarty (Practice Group Professional) | 0.40 hrs. |
| 06/18/11 | Review pending cross-ownership waiver requests re newspaper ownership and additional ownership re permit waiver (0.7); research FCC decisions re two newspaper ownerships (0.8).<br>J. Feore | 1.50 hrs. |
| 06/20/11 | Review outlines of FCC section of oral argument (2.4); correspondence with senior lender's FCC counsel re same (0.5); review Oaktree ownership issues (0.5).<br>C. Burrow | 3.40 hrs. |
| 06/20/11 | Review draft oral argument re FCC issues and proposed changes (0.4); review Oaktree IPO proposal and possible impact on pending applications (0.6).<br>J. Feore | 1.00 hrs. |
| 06/20/11 | Prepare correspondence to R. Flagg (Sidley) re counter-arguments to potential Aurelius argument re FCC-based plan (0.9); review revised outline for oral argument from FCC counsel to Official Committee of Unsecured Creditors (0.3); prepare correspondence to FCC counsel to Oaktree re status of Millennium notice filing and impact on exit application reporting of planned Oaktree limited public offering (0.3); review comments from FCC counsel to JP Morgan on oral argument draft (0.3).<br>J. Logan | 1.80 hrs. |
| 06/20/11 | Prepare correspondence to client regarding new earth station assignment applications.<br>L. McCarty (Practice Group Professional) | 0.20 hrs. |
| 06/21/11 | Review docket for FCC and timing issues (0.7); review Oaktree FCC filing (0.3).<br>C. Burrow | 1.00 hrs. |
| 06/21/11 | Telephone conference with S. Sheehan re FCC and Hill timing issues and contacts (0.2); work on possible waiver updates for FCC (0.6); research re additional newspaper interests and FCC issues (0.5).<br>J. Feore | 1.30 hrs. |
| 06/21/11 | Review filing by Oaktree re Millennium interest.<br>J. Logan | 0.20 hrs. |
| 06/22/11 | Review Oaktree filing and memorandum to company (0.4); research re amendment requirements and need to update FCC application and timing of amendments (0.6). | |

Tribune Company

|            |                                                                                                                                                                                    |            |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            | J. Feore                                                                                                                                                                            | 1.00 hrs.  |
| 06/23/11   | Review Oaktree letter filing and follow-up with counsel (0.3); telephone conference with FCC Media Bureau re additional updates (0.4); conference with S. Sheehan re Hill issues (0.3). |            |
|            | J. Feore                                                                                                                                                                            | 1.00 hrs.  |
| 06/23/11   | Prepare correspondence to R. Flagg (Sidley) re further information on FCC issues for oral argument.                                                                                   |            |
|            | J. Logan                                                                                                                                                                            | 0.30 hrs.  |
| 06/24/11 Rev | iew application exhibit and issues re updating/amending and timing of FCC filings.                                                                                                |            |
|            | J. Feore                                                                                                                                                                            | 0.40 hrs.  |
| 06/24/11   | Prepare correspondence to L. Washburn re draft applications for additional and assigned satellite authorizations.                                                                    |            |
|            | J. Logan                                                                                                                                                                            | 0.30 hrs.  |
| 06/24/11   | Review and reply to email relating to exhibits for draft assignment APRS.                                                                                                          |            |
|            | L. McCarty (Practice Group Professional)                                                                                                                                            | 0.40 hrs.  |
| 06/25/11   | Research re pending waivers and extent of amendment/updates required, possible impact of further FCC/court rulings and pending company ownership applications (0.8); review possible waiver changes (0.4). |            |
|            | J. Feore                                                                                                                                                                            | 1.20 hrs.  |
| 06/27/11   | Review revised draft filing for FCC applications (0.2); telephone conference with Wiley re court agreement and FCC issues (0.2); memorandum re media issues and impact on company (0.7). |            |
|            | J. Feore                                                                                                                                                                            | 1.10 hrs.  |
| 06/28/11   | Telephone conference with Wiley re oral argument and FCC issues raised (0.2); review additional satellite application filings (0.3); review recent Oaktree filings re media issues (0.3). |            |
|            | J. Feore                                                                                                                                                                            | 0.80 hrs.  |
| 06/28/11   | Telephone conference with FCC counsel to JP Morgan re timing issues for FCC proceeding following oral argument.                                                                       |            |
|            | J. Logan                                                                                                                                                                            | 0.30 hrs.  |
| 06/30/11   | Meeting with S. Sheehan and review of FCC issues, Hill efforts, timing and additional considerations re grant of FCC applications (0.9); review ownership and waiver issues in light of court challenges (0.6). |            |
|            | J. Feore                                                                                                                                                                            | 1.50 hrs.  |
| 06/30/11   | Email exchange with D. Sokolov re IP closed captioning inquiry and email client re same.                                                                                            |            |
|            | M. Swanson                                                                                                                                                                          | 0.10 hrs.  |

July 25, 2011                                                          Page 7

Tribune Company                                                   Invoice 542897

BILLING                              SUMMARY

|  | Hours |
|---|---|
| BURROW | 18.60 |
| FEORE | 27.70 |
| LATEK | 0.50 |
| LOGAN | 11.60 |
| SWANSON | 4.50 |
| RADEMACHER | 1.10 |
| MCCARTY | 4.90 |
| TOTAL | 68.90 |

Fees         for Professional Services ............................................................... $          43,024.50

| | | | |
|---|---|---|---|
| FACSIMILE | | $ | 29.75 |
| REPROD                UCTION | | $ | 29.20 |
| TELEPHONE | | $ | 11.28 |
| 05/25/11 | EXP#ERJRF052511 J. Feore - 05/31/11 - Lunch meeting with S. Sheehan (Tribune) re FCC and Hill lobbying efforts | $ | 135.77 |
| 06/08/11 | EXP#ERJRF060811 J. Feore - 06/08/11 - Lunch with N. Larsen, S. Sheehan and D. Leach (Tribune) re FCC and Hill issues | $ | 163.60 |

Total Reimbursable Costs ............................................................. $          369.60
Total Current Billing for This File ................................................ $       43,394.10


Our File # 08656.0101              For Services Through June 30, 2011
Retention and Fee Applications


| 06/02/11 | Preparation of 24th monthly fee application (1.5); correspondence with fee examiner regarding 23d monthly fee application (0.2). | |
|---|---|---|
| | C. Meazell | 1.70 hrs. |
| 06/06/11 | Preparation of 24th monthly fee application. | |
| | C. Meazell | 1.10 hrs. |
| 06/13/11 | Preparation of 24th monthly fee application. | |
| | C. Meazell | 0.90 hrs. |
| 06/14/11 | Preparation of 24th monthly fee application. | |
| | C. Meazell | 1.40 hrs. |

July 25, 2011                                                                Page 8

Tribune Company                                                    Invoice 542897

| 06/21/11 | Research regarding scope of retention issues. | |
|---|---|---|
| | C. Meazell | 0.30 hrs. |
| 06/27/11 | Preparation of quarterly fee application. | |
| | C. Meazell | 0.40 hrs. |
| 06/30/11 | Preparation of 24th monthly fee application (1.3); preparation of 8th interim fee application (1.2); correspondence with Delaware counsel regarding 24th monthly fee application (0.2); correspondence with fee examiner regarding 24th monthly fee application (0.2). | |
| | C. Meazell | 2.90 hrs. |

BILLING                          SUMMARY

|  | Hours |
|---|---|
| MEAZELL | 8.70 |
| TOTAL | 8.70 |

Fees    for Professional Services ......................................................... $    3,915.00
        Total Current Billing for This File................................................. $    3,915.00

Our File # 08656.0102            For Services Through June 30, 2011
Non-Working Travel Time

| 06/14/11 | Travel to Chicago, IL for meetings with client and distributors. | |
|---|---|---|
| | K. Latek | 4.00 hrs. |
| 06/15/11 | Return travel from Chicago, IL. | |
| | K. Latek | 4.00 hrs. |

BILLING                          SUMMARY

|  | Hours |
|---|---|
| LATEK | 8.00 |
| TOTAL | 8.00 |

Fees    for Professional Services ......................................................... $    2,400.00
        Total Current Billing for This File................................................. $    2,400.00

July 25, 2011                                                                      Page 9

Tribune Company                                                      Invoice 542897


Our File # 08656.0104              For Services Through June 30, 2011
Broadcast Contracts


| | | |
|---|---|---|
| 06/01/11 | Exchange correspondence with K. Connor and C. Sennet re new form agreements and missing copies of existing agreements (0.5); telephone conference with K. Connor re same, convention meetings and network issues in retransmission consent (0.6). | |
| | K. Latek | 1.10 hrs. |
| 06/07/11 | Analyze Armstrong markup of retransmission agreement (0.2); telephone call with K. Connor re Armstrong markup (0.3). | |
| | R. Folliard III | 0.50 hrs. |
| 06/08/11 | Conference with N. Larsen re retransmission, distribution and network strategies. | |
| | K. Latek | 2.00 hrs. |
| 06/08/11 | Prepare response to Armstrong markup of retransmission consent agreement (0.5); prepare email to K. Connor re same (0.1); prepare email to K. Connor re response to Armstrong request to modify representations about right to grant consent for content (0.3). | |
| | R. Folliard III | 0.90 hrs. |
| 06/13/11 | Review and comment on draft proposal for AT&T (0.4); telephone conference with K. Connor re same (0.5); review and revise proposal for AT&T (0.3). | |
| | K. Latek | 1.20 hrs. |
| 06/13/11 Analy | ze retransmission proposal for AT&T (0.2); analyze WGN distribution agreement for Dish Network (0.7); prepare summary of Dish Network agreements (0.2); prepare email to K. Connor re Dish Network (0.1) | |
| | R. Folliard III | 1.20 hrs. |
| 06/14/11 | Prepare email re summary of Dish Network agreement with WGN America (0.2); analyze counter-offer from Northland Cable re retransmission agreement (0.5); prepare email to K. Connor re changes to Northland retransmission agreement and suggested response (0.7). | |
| | R. Folliard III | 1.40 hrs. |
| 06/15/11 | Conferences with client and AT&T re renewal of existing agreements (2.0); conference with D. Eldersveld, J. Marenghi and K. Connor re status of distribution and retransmission consent deals (0.7); conference and email exchanges with C. Sennet re DBS distribution and retransmission consent agreements (0.5). | |

Tribune Company

|  |  |  |
|---|---|---|
|  | K. Latek | 3.20 hrs. |
| 06/15/11 | Research re additional side letters to DirecTV agreements for broadcast stations and WGN America (0.2); prepare email to C. Sennett re DirecTV side letters (0.1); analyze Dish retransmission agreements for broadcast stations (1.3); prepare summary of Dish retransmission agreements for broadcast stations (0.9). |  |
|  | R. Folliard III | 2.50 hrs. |
| 06/21/11 | Prepare counter proposal for Northland retransmission agreement (0.5); prepare email to K. Connor re Northland (0.2); prepare summary of RCN retransmission and WGN America agreements (0.8). |  |
|  | R. Folliard III | 1.50 hrs. |
| 06/22/11 | Telephone call with K. Connor re Northland retransmission agreement (0.5); review Northland agreements for conference call (0.2). |  |
|  | R. Folliard III | 0.70 hrs. |
| 06/23/11 | Analyze Northland markup of WGN America distribution agreement (0.4); prepare counter for WGN America agreement for Northland (0.7); prepare email to K. Connor re revised WGN America agreement and broadcast retransmission agreements for Northland (0.4). |  |
|  | R. Folliard III | 1.50 hrs. |
| 06/24/11 | Telephone conference with K. Connor re strategy for open retransmission consent and distribution agreements. |  |
|  | K. Latek | 0.30 hrs. |
| 06/25/11 | Prepare response to N. Larson email message re Viacom/Time Warner Cable rights dispute. |  |
|  | K. Latek | 0.50 hrs. |
| 06/27/11 Analy | ze RCN retransmission agreements and WGN America agreements (0.5); prepare summary of retransmission and WGN agreements for RCN (0.5); prepare email to K. Connor re same (0.1). |  |
|  | R. Folliard III | 1.10 hrs. |
| 06/28/11 | Telephone conference with K. Connor re RCN carriage issues and strategy. |  |
|  | K. Latek | 0.50 hrs. |
| 06/28/11 | Analyze RCN material in preparation for call with K. Connor (0.2); conference call with K. Connor re RCN and other small operators (0.5); analyze 2009 retransmission agreement with SureWest for KTXL(TV) (1.8); prepare updated retransmission agreement for SureWest on new Tribune form agreement (1.1); prepare email to K. Connor re SureWest (0.5); revise retransmission agreements and WGN distribution agreements for Northland (0.9); prepare emails to |  |

July 25, 2011                                    Page 11

Tribune Company                                  Invoice 542897

|  |  |  |
|---|---|---|
| K. Connor re Northland (0.4). | | |
| R. Folliard III | 5.40 hrs. | |

06/29/11 Rev            ise assignment provisions in SureWest retransmission consent
                        agreement.
          R. Folliard III                                    0.20 hrs.

06/30/11 Prep           are revised retransmission agreement with SureWest to require
                        payment of past due fees (0.3); prepare email to K. Connor re
                        SureWest (0.1); analyze Charter MFN for potential to permit small
                        cable operators to drop WGN America upon winding down business
                        (0.4); revise Greene County WGN America agreement (0.2); prepare
                        email to K. Connor re Greene County WGN America agreement
                        (0.1).
          R. Folliard III                                    1.10 hrs.


BILLING                          SUMMARY

|  | Hours |
|---|---|
| LATEK | 8.80 |
| FOLLIARD III | 18.00 |
| TOTAL | 26.80 |


Fees        for Professional Services ............................................................. $        11,940.00

| REPROD            UCTION | $ | 5.00 |
|---|---|---|
| TELEPHONE | $ | 8.40 |
| 06/14/11   Travel expenses to Chicago by K. Latek on 06/14/11 - 06/15/11 to Meet with Tribune Officers | $ | 1,321.82 |

Total Reimbursable Costs ............................................................ $        1,335.22
Total Current Billing for This File.................................................. $        13,275.22


Total Current Billing for This Invoice............................................. $        62,984.32

# ☼ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

July 25, 2011

Tribune Company                                          Invoice 542897
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100        For Services Through June 30, 2011
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................. $        43,394.10

Our File # 08656.0101        For Services Through June 30, 2011
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................. $         3,915.00

Our File # 08656.0102        For Services Through June 30, 2011
Non-Working Travel Time
    Total Current Billing for This Invoice ............................................. $         2,400.00

Our File # 08656.0104        For Services Through June 30, 2011
Broadcast Contracts
    Total Current Billing for This Invoice ............................................. $        13,275.22

    Total Current Billing for This Invoice ............................................. $        62,984.32

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JUNE 1 - JUNE 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 565.40 |
| Duplicating Charges (1) | | 34.20 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 29.75 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 135.25 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 329.58 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 0.00 |
| Telephone Tolls | | 19.68 |
| Travel/Lodging | | 590.96 |
| Westlaw Research Service | | 0.00 |

**Total**                                              **1,704.82**

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.