IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE ) 
                              ) SS
NEW CASTLE COUNTY )

       Frances A. Panchak being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 9th day of August, 2011, she caused a copy of the following:

**Order Concerning Admissibility of Certain Trial Exhibits for Canvassing Purposes and Precluding Use of Findings of Fact and Conclusions of Law in Other Matters**
**[D.I. 9647]**

to be served upon the parties identified on the attached list via electronic mail.

*Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 9th day of August, 2011.

*Cassandra D. Lewicki*
Notary Public

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012

{698.001-W0015995.}

**TRIBUNE COMPANY, et al.**
**08-13141 (KJC)**

**PLAN SERVICE LIST**
**VIA ELECTRONIC MAIL**

Plan Benefits Security Division
Elizabeth Goldberg, Esq.
Leonard H. Gerson, Esq.
Christine Heri, Esq.
Michael Schloss, Esq.
**United States Department of Labor**
P.O. Box 1914
Washington, D.C. 20013

Goldberg.elizabeth@dol.gov
Gerson.leonard@dol.gov
Heri.christine@dol.gov
Schloss.michael@dol.gov

Robert Stark, Esq.
Jared A. Ellias, Esq.
Gordon Z. Novod, Esq.
Kate Bromberg, Esq.
Martin Siegel, Esq.
**Brown Rudnick**
Seven Times Square
New York, NY 10036

rstark@brownrudnick.com
jellias@brownrudnick.com
gnovod@brownrudnick.com
kbromberg@brownrudnick.com
msiegel@brownrudnick.com

Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
**Zuckerman Spaeder LLP**
1800 M Street, NW, Suite 1000
Washington, D.C. 20036

gbush@zuckerman.com
jsottile@zuckerman.com
agoldfarb@zuckerman.com

698.001-W0014805.}

| | |
|---|---|
| Andrew W. Hammond, Esq.<br>Brian E. Fritz, Esq.<br>David Hille, Esq.<br>**White & Case LLP**<br>1155 Avenue of the Americas<br>New York, NY  10036 | ahammond@whitecase.com<br>bfritz@whitecase.com<br>dhille@whitecase.com |
| Andrew N. Goldman, Esq.<br>Charles C. Platt, Esq.<br>Dawn M. Wilson, Esq.<br>**Wilmer Hale, Esq.**<br>399 Park Avenue<br>New York, NY  10022 | Andrew.goldman@wilmerhale.com<br>Charles.platt@wilmerhale.com<br>Dawn.wilson@wilmerhale.com |
| Abid Qureshi, Esq.<br>Daniel H. Golden, Esq.<br>Deborah Newman, Esq.<br>David Zensky, Esq.<br>Phillip Dublin, Esq.<br>Jason Goldsmith, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | aqureshi@akingump.com<br>dgolden@akingump.com<br>djnewman@akingump.com<br>dzensky@akingump.com<br>jgoldsmith@akingump.com<br>pdublin@akingump.com |
| Mitchell Hurley, Esq.<br>Nancy Chung, Esq.<br>Sunny Gulati, Esq.<br>Christine Doniak, Esq.<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036 | mhurley@akingump.com<br>nchung@akingump.com<br>sgulati@akingump.com<br>cdoniak@akingump.com |

| | |
|---|---|
| Bryan Krakauer, Esq.<br>Colleen M. Kenney, Esq.<br>James F. Conlan, Esq.<br>James W. Ducayet, Esq.<br>Jen Peltz, Esq.<br>Dale E. Thomas, Esq.<br>Patrick Wackerly, Esq.<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago, IL  60603 | Bkrakauer@sidley.com<br>Ckenney@sidley.com<br>jconlan@sidley.com<br>jducayet@sidley.com<br>jpeltz@sidley.com<br>dthomas@sidley.com<br>pwackerly@sidley.com |
| Daniel L. Cantor, Esq.<br>Daniel Shamah, Esq.<br>**O'Melveny & Myers LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | dcantor@omm.com<br>dshamah@omm.com |
| Howard J. Kaplan, Esq.<br>Johnny Yeh, Esq.<br>**Arkin Kaplan Rice LLP**<br>590 Madison Avenue, 35th Floor<br>New York, NY 10022 | hkaplan@arkin-law.com<br>jyeh@arkin-law.com |
| Katharine L. Mayer, Esq.<br>**McCarter & English, LLP**<br>Renaissance Centre<br>405 N. Market Street, 8th Floor<br>Wilmington, DE  19801 | kmayer@mccarter.com |

698.001-W0014805.}

Kevin T. Lantry, Esq.
**Sidley Austin LLP**
555 West Fifth Street
Los Angeles, CA 90013

klantry@sidley.com

Laurie Silverstein, Esq.
R. Stephen McNeill, Esq.
**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

lsilverstein@potteranderson.com
rmcneill@potteranderson.com

David Rosner, Esq.
Sheron Korpus, Esq.
Christine A. Montenegro
Matthew B. Stein, Esq.
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, NY 10019

drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com

James O. Johnston, Esq.
Joshua Mester, Esq.
**Dewey LeBoeuf LLP**
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

jjohnston@deweyleboeuf.com
jmester@deweyleboeuf.com

Alitia Faccone, Esq.
Joseph T. Boccassini, Esq.
**McCarter & English**
100 Mulberry Street
Newark, NJ 07102

afaccone@mccarter.com
jboccassini@mccarter.com

Andrew Gordon, Esq.
David W. Brown, Esq.
Elizabeth McColm, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

agordon@paulweiss.com
dbrown@paulweiss.com
emccolm@paulweiss.com

Andrew J. Puglia Levy, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison**
2001 K Street, NW
Washington, DC 20006

alevy@paulweiss.com

Brad B. Erens, Esq.
David A. Hall, Esq.
**Jones Day**
77 West Wacker
Chicago, IL 60601

bberens@jonesday.com
dhall@jonesday.com

698.001-W0014805.}

Steven M. Bierman, Esq
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY 10019

sbierman@sidley.com

David Adler, Esq.
**McCarter & English**
245 Park Avenue, 27th Floor
New York, NY 10167

dadler@mccarter.com

Evan D. Flaschen, Esq.
**Bracewell & Giuliani LLP**
25 Asylum Street, Suite 2600
Hartford, CT 06103

Evan.flaschen@bgllp.com

Joseph M. Drayton, Esq.
Jonathan Agudelo, Esq.
Jane Parver, Esq.
Madlyn Primoff, Esq.
**Kaye Scholer LLP**
425 Park Avenue
New York, NY 10022

jdrayton@kayescholer.com
jonathan.agudelo@kayescholer.com
jparver@kayescholer.com
mprimoff@kayescholer.com

698.001-W0014805.}

Norman L. Pernick
J. Kate Stickles, Esq.
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

npernick@coleschotz.com
kstickles@coleschotz.com

Lynn DiPaola Marvin, Esq.
**Jones Day**
222 East 41st Street
New York, NY  10017

lmarvin@jonesday.com

John Henry Schanne, II, Esq.
David Stratton, Esq.
**Pepper Hamilton LLP**
1313 Market St.
P.O. Box 1709
Wilmington, DE  19899

schannej@pepperlaw.com
strattond@pepperlaw.com

Damian Schaible, Esq.
Elliott Moskowitz, Esq.
Michael Russano, Esq.
Dennis Glazer, Esq.
Donald Bernstein, Esq.
Karen Luftglass, Esq.
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY  10017

Damian.schaible@dpw.com
Elliott.moskowitz@davispolk.com
Michael.russano@davispolk.com
dglazer@davispolk.com
Donald.bernstein@davispolk.com
Karen.luftglass@davispolk.com

698.001-W0014805.}

| | |
|---|---|
| Charles Jackson, Esq.<br>Theodore M. Becker, Esq.<br>Deborah S. Davidson, Esq.<br>**Morgan Lewis & Bockius LLP**<br>77 West Wacker Dr.<br>Chicago, IL 60601-5094 | Charles.jackson@morganlewis.com<br>tbecker@morganlewis.com<br>ddavidson@morganlewis.com |
| Menachem Zelmanovitz, Esq.<br>**Morgan, Lewis & Bockius LLP**<br>101 Park Avenue<br>New York, NY 10178 | mzelmanovitz@morganlewis.com |
| David M. Miles, Esq.<br>Ronald Flagg, Esq.<br>James F. Bendernagel, Jr.<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, DC 20005 | dmiles@sidley.com<br>rflagg@sidley.com<br>jbendern@sidley.com |
| A. Brent Truitt, Esq.<br>**Hennigan Bennett & Dorman LLP**<br>245 Park Ave., 39th Floor<br>New York, NY | truittb@hbdlawyers.com |

698.001-W0014805.}

Rachel Jaffe Mauceri, Esq.
**Morgan Lewis**
1701 Market Street
Philadelphia, PA 19103

rmauceri@morganlewis.com

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

rwriley@duanemorris.com

Michael Dockertman, Esq.
Jonathan W. Young, Esq.
Patrick Frye, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606

dockterman@wildman.com
young@wildman.com
frye@wildman.com

Jeffrey C. Wisler, Esq.
Marc Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

jwisler@cblh.com
mphillips@cblh.com

698.001-W0014805.}

| | |
|---|---|
| John McCambridge, Esq.<br>George Dougherty, Esq.<br>Grippo & Elden LLC<br>111 S. Wacker Drive<br>Chicago, IL 60606 | Jmccambridge@grippoelden.com<br>gdougherty@grippoelden.com<br>mkazan@grippoelden.com |
| Kathleen M. Miller, Esq,<br>Smith Katzenstein & Jenkins LLP<br>800 Delaware Avenue<br>Suite 1000<br>Wilmington, DE 19801 | kmiller@skfdelaware.com |
| Richard A. Saldinger, Esq.<br>Kimberly Bacher, Esq.<br>Shaw Gussis Fishman Glantz Wolfson & Toubin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | rsaldinger@shawgussis.com<br>kbacher@shawgussis.com |
| David W. Carickhoff, Jr., Esq.<br>Blank Rome LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801 | carickhoff@blankrome.com |

| | |
|---|---|
| David Bradford, Esq.<br>Catherine Steege, Esq.<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654 | dbradford@jenner.com<br>csteege@jenner.com |
| Bradley J. Butwin, Esq.<br>Evan M. Jones, Esq.<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | bbutwin@omm.com<br>ejones@omm.com |
| Joel Friedlander, Esq.<br>Sean Brennecke, Esq.<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | jfriedlander@bmf-law.com<br>sbrennecke@bmf-law.com |
| Jeffrey M. Schlerf, Esq.<br>Eric M. Sutty, Esq.<br>Fox Rothschild LLP<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE 19899 | jschlerf@foxrothschild.com<br>esutty@foxrothschild.com<br>jbird@foxrothschild.com |

| | |
|---|---|
| Thomas E. Lauria, Esq.<br>Scott Greissman, Esq.<br>White and Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 | tlauria@whitecase.com<br>sgreissman@whitecase.com |
| Adam Hiller, Esq.<br>Donna L. Harris, Esq.<br>Pinckney, Harris & Weidinger LLC<br>1220 North Market Street<br>Suite 950<br>Wilmington, DE 19801 | ahiller@phw-law.com<br>dharris@phw-law.com |
| William D. Sullivan, Esq.<br>Elihu Allinson, Esq.<br>Sullivan Hazeltine & Allinson LC<br>824 Market Street<br>Wilmington, DE 19801 | bsullivan@sha-llc.com<br>zallinson@shaw-llc.com |
| R. Baskin, Esq.<br>Jay Teitelbaum, Esq.<br>Teitelbaum & Baskin LLP<br>3 Barker Avenue, Third Floor<br>White Plains, NY 10601 | rbaskin@tblawllp.com<br>jteitelbaum@tblawllp.com |

Mark E. Felger, Esq.  
Cozen O'Connor  
1201 North Market Street  
Suite 1400  
Wilmington, DE 19801

mfelger@cozen.com

William P. Bowden, Esq.  
Amanda Winfree, Esq.  
Leigh-Anne Raport, Esq.  
Ashby & Geddes  
500 Delaware Avenue  
Wilmington, DE 19801

wbowden@ashby-geddes.com  
awinfree@ashby-geddes.com  
lraport@ashby-geddes.com

Edward A. Friedman, Esq.  
William P. Weintraub, Esq.  
Eamonn O'Hagan, Esq.  
Friedman Kaplan Seiler & Adelman LLP  
7 Times Square  
New York, NY 10036

efriedman@fklaw.com  
wweintraub@fklaw.com  
eohagan@fklaw.com

John P. Sieger, Esq.  
Joshua A. Gadharf, Esq.  
Katten Muchin Rosenman LLP  
525 West Monroe Street  
Chicago, IL 60661

John.sieger@kattenlaw.com  
Joshua.gadharf@kattenlaw.com

698.001-W0014805.}

Steven C. Florsheim, Esq.
Bruce S. Sperling, Esq.
Daniel Shmikler, Esq.
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

sflorsheim@sperling-law.com
bss@sperling-law.com
dshmikler@sperling-law.com

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 North King Street, Plaza Level
Wilmington, DE 19801

gmcdaniel@bglaw.com

Robert S. Brady, Esq.,
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor
100 West Street, 17th Floor
Wilmington, DE 19801

rbrady@ycst.com
mbcleary@ycst.com

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Collins@rlf.com

698.001-W0014805.}