# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JUNE 1, 2011 THROUGH JUNE 30, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Miller, Steven A. | Partner.  Joined firm in 2006. Member of IL bar since 1979. | $690.00 | 5.40 | $3,726.00 |
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $560.00 | 39.30 | $14,347.00 |
| Lewis, Richard P., Jr. | Partner.  Joined Firm in 2008. Member of CA since 1992. Member of DC bar since 1995. Member of NY bar since 1996. | $645.00 | 18.80 | $12,126.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $535.00 | 1.90 | $1,016.50 |
| Moss, J Andrew. | Partner.  Joined firm in 2003. Member of IL Bar since 1999. Member of CA since 2003 | $520.00 | 30.80 | $16,016.00 |
| Law, Timothy P. | Partner.  Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $465.00 | .80 | $372.00 |
| Raines, Lana J. | Associate.  Joined firm in 2003. Member of IL bar since 2002. | $450.00 | 18.50 | $8.325.00 |
| J. Cory Falgowski | Associate.  Joined firm as associate in 2004.  Member of DE bar since 2004. | $410.00 | .40 | $164.00 |
| Crosier, Clint M. | Associated.  Joined firm in 2010. IL bar membership pending. | $345.00 | 20.50 | $7,072.50 |
| Rosenfeld, David | Associate.  Joined firm in 2007. Member of IL bar since 2005. | $325.00 | 1.90 | $617.50 |
| Callahan, Eileen | Paralegal since 1992.  Joined firm in 1992. | $285.00 | 5.00 | $1,425.00 |
| Lord, John B. | Paralegal.  Joined Firm in 2000. | $270.00 | .70 | $189.00 |
| Livingston, Judith M. | Litigation Support Analyst. Joined firm in 1997. | $260.00 | .40 | $104.00 |
| Lankford, Lisa A. | Practice Group Specialist.  Joined Firm in 2000. | $170.00 | 21.90 | $3,723.00 |
| Somoza, Silvia | Paralegal since 2007.  Joined Firm in 2007. | $130.00 | 1.90 | $247.00 |
| Hamilton, Lamont D. | Case Assistant.  Joined Firm in 2002. | $105.00 | 3.90 | $409.50 |
| Grand Total: | | | 172.10 | $77,541.00 |
| Blended Rate: | | | | $450.56 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $516.58 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 4.00 | $1,512.00 |
| Insurance Counseling – 00005 | 119.10 | $59,939.00 |
| Marsh – 00008 | 3.40 | $866.00 |
| Fee Applications – 00009 | 34.60 | $9,857.00 |
| HR Investigation – 00011 | 11.00 | $5,367.00 |
| **TOTAL:** | **172.10** | **$77,541.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2148070
Invoice Date: July 18, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through June 30, 2011

| **NON-BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror | | | |
| | 503842.00004 | $1,512.00 | $0.00 | $1,512.00 |
| RE: | Insurance Counseling | | | |
| | 503842.00005 | $45,905.00 | $617.04 | $46,522.04 |
| RE: | Marsh | | | |
| | 503842.00008 | $866.00 | $0.00 | $866.00 |
| | **Current Invoice Total:** | **$48,283.00** | **$617.04** | **$48,900.04** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling | | | |
| | 503842.00005 | $14,034.00 | $0.00 | $14,034.00 |
| RE: | Fee Applications | | | |
| | 503842.00009 | $9,857.00 | $230.35 | $10,087.35 |
| RE: | HR Investigation | | | |
| | 503842.00011 | $5,367.00 | $26.40 | $5,393.40 |
| | **Current Invoice Total:** | **$29,258.00** | **$256.75** | **$29,514.75** |

**INVOICE TOTAL:    $78,414.79**

## REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2148070)

July 18, 2011                                                          Invoice: 2148070
RE:        Reliance/Times Mirror                                      Page 2
           (503842.00004)

## NON-BANKRUPTCY/REORGANIZATION
### RE:    Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/06/11 | PRW | Telephone conference with G. Collins (Locke Lord) regarding CIGA claims (.1); conferred with J. Shugrue regarding same (.1). | 0.20 |
| 06/06/11 | JDS | Analyzed email from client regarding California claims and conferred with P. Walker-Bright regarding follow up concerning same. | 0.30 |
| 06/08/11 | PRW | Emails with client regarding California claims and telephone conference with CIGA counsel. | 0.20 |
| 06/08/11 | JDS | Analyzed emails between P. Walker-Bright and client regarding issues related to pending California claims. | 0.20 |
| 06/10/11 | TPL | Emails with J. Shugrue regarding status of case. | 0.20 |
| 06/10/11 | JDS | E-mails with T. Law regarding claim and case status. | 0.20 |
| 06/16/11 | TPL | Revised letter to Reliance (.3); telephone call with J. Shugrue regarding same (.1). | 0.40 |
| 06/16/11 | JDS | Analyzed draft letter to Liquidator's counsel and conferred with T. Law regarding same. | 0.20 |
| 06/20/11 | PRW | Met with J. Shugrue regarding NODs and prepared email to client regarding same. | 0.30 |
| 06/20/11 | JDS | Analyzed NODs received from Reliance Liquidator and conferred with P. Walker-Bright regarding follow up with client concerning same. | 0.20 |
| 06/23/11 | TPL | Follow-up regarding letter to Reliance. | 0.20 |
| 06/27/11 | SS | Reviewed and catalogued case files. | 0.10 |
| 06/30/11 | LH | Reviewed and cataloged case files. | 1.30 |

TOTAL FEES:                    $1,512.00

Fees & Disbursements        $1,512.00

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|-----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 1.10 | 560.00 | 616.00 |
| PRW | P.R. Walker-Bright | 0.70 | 535.00 | 374.50 |
| TPL | T.P. Law | 0.80 | 465.00 | 372.00 |
| SS | S. Somoza | 0.10 | 130.00 | 13.00 |
| LH | L. Hamilton | 1.30 | 105.00 | 136.50 |
| | | 4.00 | | 1,512.00 |

July 18, 2011
RE:        Insurance Counseling
           (503842.00005)

Case 08-13141-BLS    Doc 9651-3    Filed 08/10/11    Page 7 of 24

Invoice: 2148070
Page 4

## NON-BANKRUPTCY/REORGANIZATION
### RE:    Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/02/11 | AJM | Worked on strategic issues with respect to FLI coverage and potential Neil settlement (.6); reviewed research on subrogation issues (.1); telephone call with C. Crosier regarding same (.3). | 1.00 |
| 06/02/11 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 06/02/11 | CMC | Phone call with A. Moss regarding subrogation analysis (0.3); analysis of case law regarding insurer's ability to subrogate against its own insured (1.2); conducted research and analysis of authority regarding  same (5.1). | 6.60 |
| 06/02/11 | JDS | Analyzed and exchanged emails with client, defense counsel, bankruptcy counsel regarding ongoing settlement negotiations regarding Neil suit (.3). | 0.30 |
| 06/03/11 | AJM | Reviewed substantive email from insurer representatives regarding Neil settlement (.1); reviewed email from client representatives, defense counsel and J. Shugrue regarding same (.2). | 0.30 |
| 06/03/11 | CMC | Continued analysis of authority regarding subrogation from insured. | 1.90 |
| 06/03/11 | JDS | Telephone conference with counsel for GreatBanc regarding insurance issues relating to settlement discussions regarding pending Neil suit (.3); analyzed and exchanged emails with client, defense counsel, bankruptcy counsel regarding same (.3); prepared email to insurer counsel regarding same (.1). | 0.70 |
| 06/04/11 | JDS | Analyzed communication from insurers regarding ongoing settlement negotiations regarding Neil and various other pending suits/matters and prepared email to client, bankruptcy counsel and defense counsel regarding analysis/evaluation of same (.7); analyzed and exchanged emails regarding proposed settlement meeting with underlying plaintiffs/claimants, insurers (.2); analyzed draft agreement regarding litigation issues and prepared email to bankruptcy counsel regarding same (.5). | 1.40 |
| 06/06/11 | LJR | Reviewed ongoing email correspondence related to potential settlement of ERISA-related matter (.4). | 0.40 |
| 06/06/11 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel and defense counsel regarding settlement meeting on Neil and other claims/matters (.7); telephone conference with defense counsel regarding same (.2); telephone conferences with counsel for GreatBanc regarding same (.5); prepared email to insurers/insurers counsel regarding same (.2). | 1.60 |

July 18, 2011 Invoice: 2148070
RE:    Insurance Counseling Page 5
       (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/07/11 | LJR | Further analysis of coverage issues related to pending ERISA-related matters (.4); followed up regarding subrogation-related issue (.3). | 0.70 |
| 06/07/11 | AJM | Communications with J. Shugrue regarding mediation of Neil class action (.2); communications with C. Crosier regarding same (.1) | 0.30 |
| 06/07/11 | CMC | Conferred with J. Shugrue regarding analysis of subrogation claims (0.2); finalized analysis of authority regarding insurer subrogation (5.9); began drafting client memorandum regarding subrogation issues (1.9); corresponded with L. Raines regarding the relevant insurance policies (0.2); corresponded with A. Moss regarding Neil settlement meeting (0.1). | 8.30 |
| 06/07/11 | JDS | Participated in settlement meeting regarding Neil lawsuit and other pending matters (5.7); analyzed and exchanged emails with client, bankruptcy counsel and defense counsel regarding proposed term sheet regarding same (.3); analyzed insurance coverage issues related to same (.3); conferred with C. Crosier regarding subrogation issues (.2). | 6.50 |
| 06/08/11 | AJM | Telephone call with J. Shugrue (.2); reviewed insurance policies (.5); communications with L. Raines (.2); reviewed Neil settlement term sheet (.3); reviewed substantive email from J. Shugrue and FLI insurers (.2); worked on comments and revisions to Neil settlement term sheet (1.1); communications with client representatives regarding same (.1). | 2.60 |
| 06/08/11 | JDS | Analyzed and exchanged emails regarding draft term sheet concerning settlement of Neil suit and other pending matters (.6); telephone conference with A. Moss regarding same (.2). | 0.80 |
| 06/09/11 | AJM | Telephone calls with J. Shugrue regarding Neil settlement issues (.3); reviewed ERISA class action MOU and comments on same from J. Shugrue and client representatives (.2); reviewed and analyzed comments on term sheet with insurance carriers (.3); worked on revisions to same (.9); communications with client representatives regarding same (.2). | 1.90 |
| 06/09/11 | JDS | Worked on revising term sheet involving insurance aspects of underlying claims settlement and conferred with A. Moss regarding same (.5); analyzed and exchanged emails with client, bankruptcy counsel and defense counsel regarding term sheet concerning settlement of various underlying suits/claims/matters (.7). | 1.20 |

July 18, 2011                                                          Invoice: 2148070
RE:       Insurance Counseling                                        Page 6
          (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/10/11 | AJM | Communications with bankruptcy counsel regarding term sheet with insurers (.3); reviewed and finalized same (.4); communications with representatives of GreatBanc and insurers regarding same (.3); reviewed email from client and defense counsel regarding MOU in underlying Neil claim (.2). | 1.20 |
| 06/10/11 | JDS | Analyzed various drafts of term sheet for settlement of underlying suits/claims and exchanged emails with client, bankruptcy counsel and defense counsel regarding same. | 1.30 |
| 06/11/11 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel and defense counsel regarding settlement term sheet concerning various underlying suits/matters. | 0.20 |
| 06/13/11 | JDS | Telephone conference with insurer counsel regarding settlement in principle with Neil plaintiffs (.2). | 0.20 |
| 06/14/11 | LJR | Further analysis of coverage for pending ERISA-related matters (.4); followed up with BK and defense counsel regarding same (.2). | 0.60 |
| 06/14/11 | AJM | Communications with J. Shugrue regarding Neil settlement term sheet (.3). | 0.30 |
| 06/14/11 | RPL | Analyzed proposed changes to property coverage form. | 4.40 |
| 06/14/11 | JDS | Analyzed and exchanged emails with A. Moss regarding proposed revisions to settlement term sheet regarding Neil and other matters (.3); analyzed email from client regarding questions concerning renewal of certain insurance coverages (.2). | 0.50 |
| 06/15/11 | LJR | Reviewed ongoing email correspondence related to settlement of pending ERISA-related matters (.4). | 0.40 |
| 06/15/11 | AJM | Preparatory conference call with client, defense counsel and J. Shugrue regarding Neil settlement (.5); communications with defense counsel regarding proposal for carriers (.4); reviewed revisions to same (.1); teleconference with client, defense counsel and insurer representatives to discuss Neil settlement (.9); communications with L. Raines regarding same (.3); worked on proposed language for settlement documents (.2); reviewed insurer revisions to Neil settlement MOU (.6); communications with client representatives regarding same (.2); worked on revisions to settlement document (.4). | 3.60 |
| 06/15/11 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 06/15/11 | RPL | Drafted memorandum on proposed changes to property coverage form. | 6.40 |

July 18, 2011                                                                                    Invoice: 2148070
RE:         Insurance Counseling                                                          Page 7
            (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/15/11 | JDS | Prepared for, telephone conference with client, bankruptcy counsel, defense counsel and A. Moss regarding issues related to term sheet for settlement with Neil plaintiffs (.5); analyzed and exchanged emails with same regarding same (1.4). | 1.90 |
| 06/16/11 | AJM | Reviewed correspondence from insurers on Neil settlement MOU (.2); reviewed email from GreatBanc counsel regarding same (.2); communications with J. Shugrue regarding same (.1); reviewed proposed settlement language from insurer (.2); communications with bankruptcy counsel (.1); communications with various insurer representatives regarding Neil MOU and insurance settlement documents (.3). | 1.10 |
| 06/16/11 | RPL | Drafted memo to client regarding property coverage renewal. | 5.50 |
| 06/16/11 | JDS | Analyzed and exchanged emails with client, defense counsel, bankruptcy counsel, insurers and insurers' counsel and GreatBanc counsel regarding settlement terms and term sheet relating to Neil suit and other pending matters. | 0.70 |
| 06/17/11 | RPL | Finalized draft memo to client regarding property insurance issues. | 1.10 |
| 06/20/11 | AJM | Telephone call with J. Shugrue regarding Neil settlement term sheet (.3); reviewed correspondence from insurers regarding Neil settlement (.1); reviewed draft MOU in same (.1); communications with bankruptcy counsel regarding same (.1). | 0.60 |
| 06/20/11 | SS | Reviewed and prepared files for storage. | 0.20 |
| 06/20/11 | PRW | Telephone conference with J. Shugrue regarding insurance notice issue  (0.3); reviewed policy regarding same (0.4); prepared e-mail to client regarding same (0.1) | 0.80 |
| 06/20/11 | JDS | Analyzed and exchanged e-mails with client and P. Walker-Bright regarding insurance issues related to contribution claim in connection with pending lawsuit against former officer (.50); analyzed draft term sheet documents related to Neil settlement negotiation and conferred with A. Moss regarding same (.30). | 0.80 |
| 06/21/11 | LJR | Reviewed ongoing correspondence related to settlement of Neil matter (.3). | 0.30 |
| 06/21/11 | AJM | Telephone call with bankruptcy counsel regarding Neil settlement documents (.2); communications with J. Shugrue regarding Neil settlement documents (.5); worked on revisions to Neil insurance settlement term sheet (.5). | 1.20 |
| 06/21/11 | JDS | Analyzed and revised draft memorandum regarding property policy renewal issues (.40); analyzed and exchanged e-mails with client, bankruptcy counsel and A. Moss regarding settlement term sheets with respect to Neil and other matters (.50). | 0.90 |

July 18, 2011 Invoice: 2148070
RE: Insurance Counseling Page 8
(503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/22/11 | LJR | Reviewed correspondence related to settlement of pending Neil claim (.2). | 0.20 |
| 06/22/11 | AJM | Reviewed client comments on Neil insurance term sheet (.3); worked on revisions to same (1.0); reviewed comments from Neil carriers on Neil class action MOU (.2). | 1.50 |
| 06/22/11 | JDS | Telephone conference with client and bankruptcy counsel regarding memorandum of understanding regarding possible Neil suit settlement (.90); analyzed and worked on revisions to draft term sheet with insurers pertaining to same (.50); telephone conference and exchanged e-mails with client regarding same (.40). | 1.80 |
| 06/23/11 | AJM | Reviewed Neil MOU in preparation for call with client and defense counsel (.2); analyzed and revised insurance settlement term sheet (.3); conferred with J. Shugrue regarding same (.4); teleconference with client representatives, bankruptcy counsel and defense counsel to discuss Neil class action MOU (.8). | 1.70 |
| 06/23/11 | RPL | Analyzed J. Shugrue edits to memo regarding property insurance coverage (.3); call with same regarding same (.2). | 0.50 |
| 06/23/11 | JDS | Analyzed and exchanged e-mails, followed up with A. Moss regarding settlement term sheet concerning Neil, etc. (.4); telephone conference with R. Lewis regarding revisions to property insurance memo (.2). | 0.60 |
| 06/24/11 | AJM | Reviewed email from insurer regarding Neil settlement (.1); reviewed insurer comments on Neil term sheet (.2). | 0.30 |
| 06/24/11 | PRW | Prepared draft of letter to insurer enclosing third-party request for indemnity in connection with pending lawsuits (.2); conferred with J. Shugrue regarding same (.2). | 0.40 |
| 06/24/11 | RPL | Final revisions to memo regarding property insurance issues. | 0.90 |
| 06/24/11 | JDS | Analyzed draft notice letter to insurers regarding contribution claim and conferred with P. Walker-Bright regarding same (.20). | 0.20 |
| 06/27/11 | LJR | Reviewed correspondence related to settlement of pending Neil and other claims (.2); conferred with J. Shugrue regarding status and follow up in connection with same (.2). | 0.40 |
| 06/27/11 | JDS | Analyzed and revised memo to client regarding property insurance renewal (.4); analyzed insurer revisions to term sheet related to proposed Neil case settlement (.3); met with L. Raines regarding follow-up regarding same (.2). | 0.90 |
| 06/28/11 | LJR | Conferred with J. Shugrue regarding status of settlement of pending claims (.3); followed up with A. Moss regarding same (.3); reviewed ongoing correspondence related to same (.3). | 0.90 |

July 18, 2011
RE:     Insurance Counseling
        (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/28/11 | AJM | Communications with J. Shugrue regarding Neil term sheet (.4); worked on revisions to Neil insurance settlement term sheet (1.5); teleconference with client representatives, GreatBanc representatives and defense counsel to discuss Neil MOU (.2); reviewed list of proposed revisions to same from GreatBanc counsel (.2); reviewed comments on MOU from insurers (.2); communications with GreatBanc counsel (.2); worked on revisions to settlement term sheet (.5); communications with client regarding same (.1). | 3.30 |
| 06/28/11 | JDS | Analyzed revised draft insurance term sheet in connection with Neil settlement and conferred with A. Moss regarding same (.60); analyzed issues regarding memorandum of understanding regarding Neil etc. settlement, reviewed e-mail from GreatBanc counsel regarding same and conferred with A. Moss regarding same (.50); met with L. Raines regarding same (.30). | 1.40 |
| 06/29/11 | LJR | Reviewed email correspondence related to settlement of pending claims (.2). | 0.20 |
| 06/29/11 | AJM | Teleconference with client representatives, defense and bankruptcy counsel and GreatBanc counsel to discuss Neil settlement MOU (.3); reviewed insurance policies in connection with same (.5). | 0.80 |
| 06/29/11 | JDS | Analyzed emails from A. Moss, bankruptcy counsel, GreatBanc counsel regarding term sheet with respect to possible settlement of Neil suit (.3). | 0.30 |
| 06/30/11 | JDS | Telephone conference with client regarding status, proposed terms and conditions of possible settlement of Neil action (.8); emails with A. Moss regarding same (.1). | 0.90 |

TOTAL FEES:            $45,905.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2011 | Duplicating/Printing/Scanning | 10.80 |
| 06/30/2011 | Outside Duplicating | 594.24 |
| 06/30/2011 | Taxi Expense | 12.00 |
| | Total Disbursements | 617.04 |
| | Fees & Disbursements | $46,522.04 |

## NON-BANKRUPTCY-REORGANIZATION
## Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| RPL | R.P. Lewis | 18.80 | 645.00 | 12,126.00 |
| JDS | J.D. Shugrue | 25.10 | 560.00 | 14,056.00 |
| AJM | A.J. Moss | 21.70 | 520.00 | 11,284.00 |
| PRW | P.R. Walker-Bright | 1.20 | 535.00 | 642.00 |
| LJR | L.J. Raines | 4.10 | 450.00 | 1,845.00 |
| CMC | C.M. Crosier | 16.80 | 345.00 | 5,796.00 |
| SS | S. Somoza | 1.20 | 130.00 | 156.00 |
| | | 88.90 | | 45,905.00 |

July 18, 2011                                                                                    Invoice: 2148070
RE:        Marsh                                                                                 Page 11
           (503842.00008)

## NON- BANKRUPTCY/REORGANIZATION
   **RE:    Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/14/11 | DR | Worked on submission to Marsh and corresponded with client regarding status of requested documentation requested by Marsh. | 0.60 |
| 06/15/11 | DR | Drafted letter to Marsh. | 0.40 |
| 06/20/11 | DR | Corresponded with client regarding status of providing requested back-up documentation to Marsh. | 0.20 |
| 06/21/11 | DR | Corresponded with client and Marsh's counsel regarding status of requested information. | 0.50 |
| 06/27/11 | DR | Emails with J. Shugrue regarding Marsh submission. | 0.20 |
| 06/27/11 | JDS | Exchanged emails with D. Rosenfield regarding letter/submission to Marsh per prior agreement. | 0.20 |
| 06/30/11 | LH | Reviewed and cataloged case correspondence. | 1.30 |

TOTAL FEES:          <u>$866.00</u>

Fees & Disbursements          $866.00

## NON- BANKRUPTCY/REORGANIZATION
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| Init | Timekeeper | Hours | Rate | Amount |
| JDS | J.D. Shugrue | 0.20 | 560.00 | 112.00 |
| DR | D. Rosenfield | 1.90 | 325.00 | 617.50 |
| LH | L. Hamilton | 1.30 | 105.00 | 136.50 |
| | | 3.40 | | 866.00 |

## BANKRUPTCY/REORGANIZATION
### RE:      Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/11 | LL | Drafted RS's 27th Monthly Fee Application (.7); e-mail correspondence with J. Shugrue, L. Raines regarding RS's 26th Monthly Fee Application Invoice (.3); phone conference with L. Raines regarding same (.3); conferred with C. Falgowski regarding status update regarding invoices (.3). | 1.60 |
| 06/01/11 | JCF | Met with L. Lankford regarding invoices for submission with fee applications. | 0.30 |
| 06/01/11 | LJR | Reviewed L. Lankford revisions to April invoice (March time) (.4); telephone conference with L. Lankford regarding same (.3). | 0.70 |
| 06/01/11 | JDS | Analyzed and exchanged emails with L. Lankford, L. Raines regarding preparation, formatting of 26th, 27th monthly fee applications (.3); analyzed draft of 26th monthly fee application (.5). | 0.80 |
| 06/03/11 | LJR | Reviewed updated invoice and sent same to L. Lankford for further revision. | 0.20 |
| 06/07/11 | LL | Revised invoice per L. Raines instructions. | 2.00 |
| 06/07/11 | JDS | Analyzed and revised draft of 26th Monthly fee application. | 1.00 |
| 06/08/11 | LL | E-mail correspondence with J. Shugrue regarding invoices (.2); reviewed edits to fee applications (.4). | 0.60 |
| 06/08/11 | JDS | Analyzed and exchanged emails with L. Lankford regarding revising and finalizing 26th Monthly fee application. | 0.20 |
| 06/10/11 | LL | Revisions to RS's 26th Monthly Fee Application. | 0.50 |
| 06/13/11 | LJR | Reviewed revised invoice for March time and further revised and finalized same per client instructions. | 2.40 |
| 06/14/11 | LL | E-mail correspondence with J. Shugrue regarding RS's 26th Monthly Fee Application (.2); conferred with C. Falgowski regarding same (.1); reviewed invoice and revisions to RS's 26th Monthly Fee Application (2.5); drafted CNO to RS's 25th Monthly Fee Application (.6). | 3.50 |
| 06/14/11 | JCF | Met with L. Lankford regarding 26th Monthly Fee Application. | 0.10 |
| 06/14/11 | JDS | Analyzed and exchanged emails with L. Lankford regarding 26th and 27th Monthly Fee Applications and invoices, filings related to same. | 0.60 |
| 06/15/11 | LJR | Reviewed and revised May invoice for April time and called client in connection with same. | 0.40 |

July 18, 2011
RE:    Fee Applications
       (503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/15/11 | JDS | Analyzed fee application filings and invoice for 27th monthly fee application. | 0.20 |
| 06/16/11 | LL | Reviewied, revised and edited fee application spreadsheet. | 6.00 |
| 06/16/11 | JDS | Analyzed revised draft invoice for inclusion in 27th Monthly fee application. | 0.20 |
| 06/17/11 | LL | Follow-up work and analysis regarding invoices for submission with fee applications. | 0.50 |
| 06/21/11 | LL | Emails with J. Shugrue regarding fee application status. | 0.30 |
| 06/21/11 | JDS | Analyzed and exchanged e-mails with L. Lankford regarding fee application status and follow up issues. | 0.30 |
| 06/22/11 | LL | Reviewed e-mails and applications to allocate monthly's to quarterly's per J. Shugrue (.4); additions/revisions to fee application spreadsheet (Sept. '10 to March '11) (2.5). | 2.90 |
| 06/22/11 | JDS | Analyzed status of preparation of monthly and quarterly fee applications. | 0.20 |
| 06/23/11 | LL | Worked on preparing list of timekeepers in case; drafting list of timekeepers. | 1.50 |
| 06/27/11 | LL | Reviewed invoices for submission with fee applications. | 0.70 |
| 06/27/11 | LJR | Met with J. Shugrue regarding fee applications. | 0.20 |
| 06/27/11 | JDS | Conferred with L. Raines regarding status of fee applications and related invoices (.2); analyzed and revised invoices in connection with same (.5). | 0.70 |
| 06/28/11 | LJR | Revised invoice for April time per client instructions and forwarded same to J. Shugrue. | 1.80 |
| 06/28/11 | JDS | Analyzed and revised invoice in connection with preparing monthly fee application. | 0.20 |
| 06/29/11 | LL | Reviewed April 2011 Invoice. | 0.50 |
| 06/29/11 | LJR | Revised and finalized invoice for April time (.5); met with J. Shugrue regarding same (.1). | 0.60 |
| 06/29/11 | JDS | Conferred with L. Raines regarding various issues related to fee applications and invoices accompanying same. | 0.10 |
| 06/30/11 | JBL | Reviewed and revised monthly fee application. | 0.70 |
| 06/30/11 | LL | E-mail correspondence to J. Shugrue and L. Raines regarding RS's 27th Monthly Fee Application (.3); revisions to RS's 27th Monthly Fee Application (1.0). | 1.30 |
| 06/30/11 | LJR | Followed up regarding preparation/filing of invoice for May time. | 0.20 |

July 18, 2011                                                                 Invoice: 2148070
RE:        Fee Applications                                          Page 14
           (503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/30/11 | JDS | Prepared narrative text for 27th Monthly Fee Application. | 0.60 |

TOTAL FEES:            $9,857.00

## CURRENT DISBURSEMENTS

| | | |
|--|--|--|
| 06/30/2011 | Duplicating/Printing/Scanning | 21.30 |
| 06/30/2011 | Courier Service - Outside | 79.50 |
| 06/30/2011 | Outside Duplicating | 129.55 |

Total Disbursements        230.35

Fees & Disbursements        $10,087.35

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 5.10 | 560.00 | 2,856.00 |
| JCF | J.C. Falgowski | 0.40 | 410.00 | 164.00 |
| LJR | L.J. Raines | 6.50 | 450.00 | 2,925.00 |
| JBL | J.B. Lord | 0.70 | 270.00 | 189.00 |
| LL | L. Lankford | 21.90 | 170.00 | 3,723.00 |
| | | 34.60 | | 9,857.00 |

July 18, 2011
RE:    HR Investigation
      (503842.00011)

## BANKRUPTCY/REORGANIZATION
### RE:   HR Investigation

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/03/11 | SAM | Conference with paralegal regarding documents for presentation (1.0); attention to "Talking Points" memo for client (2.8). | 3.80 |
| 06/03/11 | EMC | Conferred with S. Miller regarding client presentation. | 1.00 |
| 06/06/11 | SAM | Met with E. Callahan and reviewed documents for presentation. | 0.80 |
| 06/06/11 | JML | Performed searches in Relativity database for documents requested by S. Miller. | 0.40 |
| 06/06/11 | EMC | Obtained materials requested by S. Miller to use as exhibits for meeting with client (2.0); organized same and reviewed with S. Miller (1.6). | 3.60 |
| 06/08/11 | SAM | Telephone conference with J. Shugrue regarding project status. | 0.20 |
| 06/08/11 | EMC | Refiled documents used to create client presentation. | 0.40 |
| 06/08/11 | JDS | Telephone conference with S. Miller regarding status of investigation, next steps. | 0.20 |
| 06/22/11 | SAM | Final editing to client memorandum (.3); telephone conference with client (.3). | 0.60 |

TOTAL FEES:        <u>$5,367.00</u>

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2011 | Duplicating/Printing/Scanning | 10.40 |
| 06/30/2011 | Taxi Expense | 16.00 |
| | Total Disbursements | 26.40 |
| | Fees & Disbursements | $5,393.40 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: HR Investigation**

| ID | Names | Hours | Rate | Amount |
|-----|-----------|-------|--------|----------|
| Init | Timekeeper | Hours | Rate | Amount |
| SAM | S.A. Miller | 5.40 | 690.00 | 3,726.00 |
| JDS | J.D. Shugrue | 0.20 | 560.00 | 112.00 |
| EMC | E.M. Callahan | 5.00 | 285.00 | 1,425.00 |
| JML | J.M. Livingston | 0.40 | 260.00 | 104.00 |
|     |           | 11.00 |        | 5,367.00 |

July 18, 2011                                                        Invoice: 2148070
RE:      Insurance Counseling                                        Page 17
         (503842.00005)

## BANKRUPTCY/REORGANIZATION
### RE:    Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/02/11 | LJR | Further analysis of pending matters and follow up in connection with same. | 0.60 |
| 06/02/11 | JDS | Analyzed issues related to insurance coverage for various pending claims/suits, actions items and follow up regarding same (.6). | 0.60 |
| 06/03/11 | LJR | Drafted follow up email regarding pending litigation and communicated with J. Shugrue regarding same (.4); followed up with bankruptcy counsel regarding DOL matter (.1); reviewed emails received from bankruptcy counsel regarding DOL matter (.3); followed up with J. Shugrue regarding communications with insurers regarding DOL matter (.3). | 1.10 |
| 06/03/11 | JDS | Analyzed and exchanged emails regarding insurance issues related to newly filed state court suits (.2); telephone conference with bankruptcy counsel regarding same (.2); exchanged emails with bankruptcy counsel, L. Raines regarding follow up on obtaining additional documents regarding certain underlying matters (.1). | 0.50 |
| 06/05/11 | LJR | Followed up with team regarding preference lawsuits. | 0.20 |
| 06/06/11 | LJR | Followed up regarding preference lawsuits (.3). | 0.30 |
| 06/06/11 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 06/06/11 | JDS | Analyzed insurance coverage issues relating to newly filed third-party suits (.2); analyzed and exchanged emails with client, bankruptcy counsel regarding options with respect to insurer denial of coverage for various pending lawsuits (.2). | 0.40 |
| 06/07/11 | LJR | Followed up regarding conference call with Tribune team to discuss preference lawsuits (.3); finalized email to Tribune team regarding status of various pending matters and sent same (.2). | 0.50 |
| 06/07/11 | JDS | Analyzed insurance issues related to newly filed third-party suits (.2). | 0.20 |
| 06/08/11 | AJM | Reviewed research on core/non-core matters (.3); communications with client representatives regarding coverage denial (.1). | 0.40 |
| 06/09/11 | LJR | Followed up with team regarding legal fee report filed in connection with BK order. | 0.10 |

July 18, 2011                                                                                              Invoice: 2148070
RE:        Insurance Counseling                                                                  Page 18
             (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/09/11 | AJM | Reviewed research on core/non-core coverage litigation (.2); teleconference with client representatives and bankruptcy counsel to discuss coverage issues (.5); communications with L. Raines regarding status of coverage dispute (.2); communications with J. Shugrue regarding same (.2). | 1.10 |
| 06/09/11 | JDS | Analyzed and exchanged emails with client and bankruptcy counsel regarding potential next steps relating to insurance coverage denial regarding underlying suits and conferred with A. Moss regarding same (.4); analyzed and exchanged emails with client regarding insurance coverage issues related to pending claims (.2). | 0.60 |
| 06/13/11 | LJR | Communications with client regarding recently-filed state lawsuits and preparation of notice to insurance carriers regarding same. | 0.30 |
| 06/13/11 | JDS | Analyzed recently filed lawsuits and evaluated insurance coverage related to same (.5). | 0.50 |
| 06/14/11 | LJR | Followed up regarding recently-filed lawsuits and coverage analysis in connection with same (.6); reviewed notice correspondence for same (.2). | 0.80 |
| 06/14/11 | AJM | Communications with C. Crosier regarding research project (.2); reviewed analysis of preference complaints (.1). | 0.30 |
| 06/14/11 | CMC | Conferred with A. Moss regarding research project (.2); reviewed complaints filed in bankruptcy court and created spreadsheet regarding same (1.9). | 2.10 |
| 06/14/11 | JDS | Analyzed issues involving insurer coverage denial regarding pending lawsuits and options for addressing same (.6); analyzed and exchanged emails with client regarding draft notices to insurers regarding recently filed lawsuits (.2). | 0.80 |
| 06/15/11 | LJR | Followed up regarding issues related to DOL matters (.4); followed up with counsel for individual defendant regarding report regarding legal fees filed in BK court (.3). | 0.70 |
| 06/15/11 | AJM | Reviewed research regarding coverage issues (.5); reviewed primary policy (.2). | 0.70 |
| 06/15/11 | JDS | Analyzed issues related to coverage denial regarding pending suits (.3); analyzed coverage issues regarding newly filed suits (.2). | 0.50 |
| 06/21/11 | LJR | Followed up regarding status of various pending insurance claim matters (.4). | 0.40 |
| 06/21/11 | AJM | Analyzed coverage issues (.3); reviewed recently filed claims against former directors/officers (.3). | 0.60 |
| 06/21/11 | SS | Reviewed and catalogued case files. | 0.30 |

July 18, 2011
RE:      Insurance Counseling
         (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/21/11 | JDS | Analyzed pending insurance coverage issues and strategy for addressing same (.90). | 0.90 |
| 06/22/11 | LJR | Called counsel for individual defendants in pending lawsuits regarding status (.2); met with J. Shugrue regarding same (.3); drafted email to client regarding information received from counsel for individual defendant and follow up with respect to same (.3); followed up with counsel for individual defendant regarding insurance notice correspondence (.2). | 1.00 |
| 06/22/11 | JDS | Conferred with L. Raines regarding issues concerning coverage denial by insurer regarding pending suits in BK court (.30). | 0.30 |
| 06/23/11 | LJR | Followed up regarding call from counsel for individual defendant in pending lawsuit and conference call with client to discuss same (.3); call to counsel for individual defendant regarding status (.1). | 0.40 |
| 06/23/11 | AJM | Reviewed and analyzed D&O policies in connection with newly filed suits (.5). | 0.50 |
| 06/24/11 | LJR | Follow up regarding conference call with client to discuss further action in connection with coverage for pending lawsuits. | 0.20 |
| 06/24/11 | AJM | Analyzed D&O policies in connection with newly filed suits (.5); worked on email to J. Shugrue and L. Raines regarding same (.5); reviewed recently filed underlying matters (.4); teleconference with client and defense and bankruptcy counsel to discuss coverage issues regarding coverage denial (1.1); telephone call with with J. Shugrue regarding coverage denial (.4). | 2.90 |
| 06/24/11 | JDS | Analyzed issues related to possible action against insurer related to claim denial (with A. Moss) (.40). | 0.40 |
| 06/28/11 | LJR | Followed up with defense counsel for individual defendant regarding submission of invoices to insurer (.3). | 0.30 |
| 06/28/11 | AJM | Met with C. Crosier to discuss motion for approval and comfort order regarding Neil settlement (.3); teleconference with bankruptcy counsel and C. Crosier to discuss same (.5); communications with J. Shugrue (.2); reviewed analysis of motion for approval and comfort order (.5). | 1.50 |
| 06/28/11 | CMC | Met with A. Moss to discuss motion for approval and comfort order regarding Neil settlement (.3); teleconference with bankruptcy counsel and A. Moss to discuss same (.5). | 0.80 |
| 06/28/11 | JDS | Analyzed issues related to bankruptcy court filing concerning settlement of Neil etc. (.20). | 0.20 |

July 18, 2011
RE:        Insurance Counseling                                   Page 20
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/29/11 | LJR | Conferred with J. Shugrue regarding submission of defense invoice to insurers and reviewed follow-up correspondence related to same (.3); followed up with counsel for individual defendant regarding status (.2); drafted email to counsel for individual defendants regarding submission of defense invoices (.3); followed up on service list for email (.2). | 1.00 |
| 06/29/11 | JDS | Telephone conference with bankruptcy counsel regarding DOL issues and exchanged emails with client regarding same (.3); telephone conference with bankruptcy counsel regarding options for pursuing coverage with respect to insurer denial as to pending BK lawsuits and exchanged emails with client, conferred with L. Raines regarding same (.4); telephone conference with counsel for individual defendant regarding same (.2). | 0.90 |
| 06/30/11 | AJM | Reviewed comfort motions and motions for approval (.4); reviewed insurance policy (.2); substantive emails with C. Crosier (.4); communications with J. Shugrue (.1). | 1.10 |
| 06/30/11 | LH | Reviewed and cataloged case correspondence. | 1.30 |
| 06/30/11 | CMC | Communications with A. Moss regarding comfort motion (0.4) and reviewed materials necessary to draft inserts to comfort motion (0.4). | 0.80 |
| 06/30/11 | JDS | Telephone conference with client regarding issues pertaining to insurer coverage denial with respect to pending BK lawsuits (.7); analyzed and exchanged emails with L. Raines related to submission of defense invoices to insurer related to same (.1). | 0.80 |

TOTAL FEES:        $14,034.00

Fees & Disbursements    $14,034.00

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 7.60 | 560.00 | 4,256.00 |
| AJM | A.J. Moss | 9.10 | 520.00 | 4,732.00 |
| LJR | L.J. Raines | 7.90 | 450.00 | 3,555.00 |
| CMC | C.M. Crosier | 3.70 | 345.00 | 1,276.50 |
| SS | S. Somoza | 0.60 | 130.00 | 78.00 |
| LH | L. Hamilton | 1.30 | 105.00 | 136.50 |
| | | 30.20 | | 14,034.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2148070
Invoice Date: July 18, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through June 30, 2011

| NON-BANKRUPTCY/REORGANIZATION | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror 503842.00004 | $1,512.00 | $0.00 | $1,512.00 |
| RE: Insurance Counseling 503842.00005 | $45,905.00 | $617.04 | $46,522.04 |
| RE: Marsh 503842.00008 | $866.00 | $0.00 | $866.00 |
| **Current Invoice Total:** | **$48,283.00** | **$617.04** | **$48,900.04** |

| BANKRUPTCY/REORGANIZATION | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Insurance Counseling 503842.00005 | $14,034.00 | $0.00 | $14,034.00 |
| RE: Fee Applications 503842.00009 | $9,857.00 | $230.35 | $10,087.35 |
| RE: HR Investigation 503842.00011 | $5,367.00 | $26.40 | $5,393.40 |
| **Current Invoice Total:** | **$29,258.00** | **$256.75** | **$29,514.75** |

**INVOICE TOTAL:    $78,414.79**

**INVOICE IS PAYABLE UPON RECEIPT**