# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Printing/Duplicating/Scanning | | $42.50 |
| Outside-Duplicating | IKON | $723.79 |
| Courier | | $79.50 |
| Taxi Expenses | | $28.00 |
| **TOTAL:** | | **$873.79** |

US_ACTIVE-106727233.1-JCFALGOW

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror - 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications - 00009 | HR Investigatio n – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Printing/Duplicating/Scanning | | | $10.80 | | $21.30 | $10.40 | $42.50 |
| Outside-Duplicating | IKON | | $594.24 | | $129.55 | | $723.79 |
| Courier | | | | | $79.50 | | $79.50 |
| Taxi Expenses | | | 12.00 | | | $16.00 | $28.00 |
| **TOTAL:** | | $0.00 | $617.04 | $0.00 | $230.35 | $26.40 | $873.79 |

US_ACTIVE-106727233.1-JCFALGOW

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/28/11 | AJM | Communications with J. Shugrue regarding Neil term sheet (.4); worked on revisions to Neil insurance settlement term sheet (1.5); teleconference with client representatives, GreatBanc representatives and defense counsel to discuss Neil MOU (.2); reviewed list of proposed revisions to same from GreatBanc counsel (.2); reviewed comments on MOU from insurers (.2); communications with GreatBanc counsel (.2); worked on revisions to settlement term sheet (.5); communications with client regarding same (.1). | 3.30 |
| 06/28/11 | JDS | Analyzed revised draft insurance term sheet in connection with Neil settlement and conferred with A. Moss regarding same (.60); analyzed issues regarding memorandum of understanding regarding Neil etc. settlement, reviewed e-mail from GreatBanc counsel regarding same and conferred with A. Moss regarding same (.50); met with L. Raines regarding same (.30). | 1.40 |
| 06/29/11 | LJR | Reviewed email correspondence related to settlement of pending claims (.2). | 0.20 |
| 06/29/11 | AJM | Teleconference with client representatives, defense and bankruptcy counsel and GreatBanc counsel to discuss Neil settlement MOU (.3); reviewed insurance policies in connection with same (.5). | 0.80 |
| 06/29/11 | JDS | Analyzed emails from A. Moss, bankruptcy counsel, GreatBanc counsel regarding term sheet with respect to possible settlement of Neil suit (.3). | 0.30 |
| 06/30/11 | JDS | Telephone conference with client regarding status, proposed terms and conditions of possible settlement of Neil action (.8); emails with A. Moss regarding same (.1). | 0.90 |

|  |  |
|---|---|
| TOTAL FEES: | $45,905.00 |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2011 | Duplicating/Printing/Scanning | 10.80 |
| 06/30/2011 | Outside Duplicating | 594.24 |
| 06/30/2011 | Taxi Expense | 12.00 |
| | Total Disbursements | 617.04 |
| | Fees & Disbursements | $46,522.04 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/30/11 | JDS | Prepared narrative text for 27th Monthly Fee Application. | 0.60 |

|  |  |
|---|---|
| TOTAL FEES: | $9,857.00 |

### CURRENT DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 06/30/2011 | Duplicating/Printing/Scanning | 21.30 |
| 06/30/2011 | Courier Service - Outside | 79.50 |
| 06/30/2011 | Outside Duplicating | 129.55 |
|  | Total Disbursements | 230.35 |
|  | Fees & Disbursements | $10,087.35 |

**BANKRUPTCY/REORGANIZATION**
Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 5.10 | 560.00 | 2,856.00 |
| JCF | J.C. Falgowski | 0.40 | 410.00 | 164.00 |
| LJR | L.J. Raines | 6.50 | 450.00 | 2,925.00 |
| JBL | J.B. Lord | 0.70 | 270.00 | 189.00 |
| LL | L. Lankford | 21.90 | 170.00 | 3,723.00 |
|  |  | 34.60 |  | 9,857.00 |

## BANKRUPTCY/REORGANIZATION
### RE: HR Investigation

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/03/11 | SAM | Conference with paralegal regarding documents for presentation (1.0); attention to "Talking Points" memo for client (2.8). | 3.80 |
| 06/03/11 | EMC | Conferred with S. Miller regarding client presentation. | 1.00 |
| 06/06/11 | SAM | Met with E. Callahan and reviewed documents for presentation. | 0.80 |
| 06/06/11 | JML | Performed searches in Relativity database for documents requested by S. Miller. | 0.40 |
| 06/06/11 | EMC | Obtained materials requested by S. Miller to use as exhibits for meeting with client (2.0); organized same and reviewed with S. Miller (1.6). | 3.60 |
| 06/08/11 | SAM | Telephone conference with J. Shugrue regarding project status. | 0.20 |
| 06/08/11 | EMC | Refiled documents used to create client presentation. | 0.40 |
| 06/08/11 | JDS | Telephone conference with S. Miller regarding status of investigation, next steps. | 0.20 |
| 06/22/11 | SAM | Final editing to client memorandum (.3); telephone conference with client (.3). | 0.60 |

TOTAL FEES: $5,367.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2011 | Duplicating/Printing/Scanning | 10.40 |
| 06/30/2011 | Taxi Expense | 16.00 |
| | Total Disbursements | 26.40 |
| | Fees & Disbursements | $5,393.40 |