# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Cases No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors. | Ref. Nos. 9012 and 9256 |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED THIRD ORDER AMENDING DEFINITION OF "TERMINATION EVENT" IN ORDERS GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS STANDING AND AUTHORITY TO COMMENCE, PROSECUTE, SETTLE AND RECOVER CERTAIN CAUSES OF ACTION ON BEHALF OF THE DEBTORS' ESTATES

I, Matthew B. McGuire, counsel for the Official Committee of Unsecured Creditors (the "Committee") of Tribune Company hereby certify as follows:

1. On June 16, 2011, the Court issued the Order Granting Second Motion to Amend Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates (the "Stay Extension Order") [D.I. 9256].

2. The Stay Extension Order provides that the proponents of the Competing Plans[1] may further extend the definition of Termination Event in subsection (iii) of the Standing Orders for a period not to exceed sixty (60) days by submission of an agreed proposed order under certification of counsel.

3. Pursuant to the Stay Extension Order, the proponents of the Competing Plans have agreed to modify subsection (iii) of the definition of Termination Event in the Standing Orders by 60 days, to October 14, 2011.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Second Motion to Amend Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates, dated May 27, 2011 [D.I. 9012].

{698.001-W0016031.}

4. Undersigned counsel certifies that the proposed order attached hereto as Exhibit A is in a form acceptable to the proponents of the Competing Plans and respectfully requests that the Court enter the Order at its convenience.

5. Pursuant to the Stay Extension Order, notice of this proposed order will be given to all parties who have requested notice in these cases pursuant to Fed. R. Bankr. P. 2002.

Dated: August 11, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M. Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*