

# SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871617
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through June 30, 2011

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/01/11 | N. Riesco | L250 | 0 | Draft motion for extension of time and notice of motion. | 1.20 | 480.00 |
| 06/02/11 | N. Riesco | L190 | 0 | Call to P. Bender concerning motion for extension (.20); edit and file motion (.10). | 0.30 | 120.00 |
| 06/08/11 | N. Riesco | L240 | 0 | Conference call with J. Ludwig concerning bankruptcy-related arguments for motion for summary judgment. | 0.30 | 120.00 |
| 06/23/11 | N. Riesco | L243 | 0 | Review and analyze plaintiff's deposition (3.00); draft statement of facts (.50); draft memorandum of law in support of motion for summary judgment (.90). | 4.40 | 1,760.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/27/11 | N. Riesco | L120 | 0 | Review and analyze deposition testimony of plaintiff, Harris, G. Silva and E. Glassberg and prepare motion for summary judgment and related materials (5.50); communications with G. Silva concerning E. Glassberg employment positions and dates (.20). | 5.70 | 2,280.00 |
| 06/28/11 | G. Pauling II | L243 | 0 | Review/devise strategy for motion for summary judgment regarding bankruptcy as defense to termination claim (.80); follow up regarding same (.20). | 1.00 | 570.00 |
| 06/28/11 | N. Riesco | L120 | 0 | Prepare motion for summary judgment and related materials (5.20); communications with G. Pauling to discuss strategy (.50); conduct research concerning exhaustion of administrative remedies argument (.60); communication with A. Jubelirer concerning E. Glassberg declaration (.30). | 6.60 | 2,640.00 |
| 06/29/11 | N. Riesco | L190 | 0 | Abstract plaintiff's deposition. | 3.50 | 1,400.00 |
| 06/30/11 | N. Riesco | L190 | 0 | Abstract plaintiff's deposition (3.30); draft declaration of E. Glassberg (1.20). | 4.50 | 1,800.00 |

| | | |
|---|---|---|
| **Total Hours** | 27.50 | |
| **Total Fees** | | $11,170.00 |
| **Less Discount** | | (<u>$1,117.00</u>) |
| **Total Fees After Discount** | | $10,053.00 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 1.00 | hours at | $570.00 | per hour | |
| N. Riesco | Associate | - | 26.50 | hours at | $400.00 | per hour | |



Chicago Tribune Company

| **Disbursements** | **Value** | |
| --- | --- | --- |
| Online Research | 61.72 | |
| Meals | 110.00 | |
| **Total Disbursements** | | <u>171.72</u> |
| **Total Amount Due** | | <u>$10,224.72</u> |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1871617
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $11,170.00 |
| Less Discount | ($1,117.00) |
| Total Fees after Discount | $10,053.00 |
| Total Disbursements | 171.72 |
| Total Fees and Disbursements This Statement | $10,224.72 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871858
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through June 30, 2011

### Labor-General 0000001174

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/03/11 | J. Sherman | C300 | 0 | Telephone conference with A. Barnes regarding labor law issue related to cafeteria service vendor. | 0.50 | 347.50 |
| 06/06/11 | J. Sherman | C300 | 0 | E-mail correspondence from client relating to food vendor negotiations (.10); communication to client related to same (.30); transmit research to client relating to food vendor issue (.20). | 0.60 | 417.00 |
| 06/08/11 | J. Sherman | C300 | 0 | Review correspondence to vendor relating to food service contract (.20); review draft correspondence to Unions giving notice of vendor's discontinuance of food service at Calvert Street and Sun Park cafeterias and edit same (.30). | 0.50 | 347.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1871858

Page 2

Baltimore Sun

| | |
|---|---|
| **Total Hours** | 1.60 |
| **Total Fees** | $1,112.00 |
| **Less Discount** | ($111.20) |
| **Total Fees After Discount** | $1,000.80 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.60 | hours at | $695.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Online Research | 5.13 |
| **Total Disbursements** | 5.13 |
| **Total Amount Due** | $1,005.93 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1871858
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,112.00 |
| Less Discount | ($111.20) |
| Total Fees after Discount | $1,000.80 |
| Total Disbursements | 5.13 |
| Total Fees and Disbursements This Statement | $1,005.93 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871861
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through June 30, 2011

**Guild Labor Matters 0000001483**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/27/11 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding possible discipline of reporter. | 0.40 | 232.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.40 | |
| **Total Fees** | | $232.00 |
| **Less Discount** | | ($23.20) |
| **Total Fees After Discount** | | $208.80 |

**Timekeeper Summary**

| K. Michaels | Partner | - | 0.40 | hours at | $580.00 | per hour |
|---|---|---|---|---|---|---|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1871861

Page 2

Baltimore Sun

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                   $208.80



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1871861
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $232.00 |
| Less Discount | ($23.20) |
| Total Fees after Discount | $208.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $208.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871860
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through June 30, 2011

**Photographer(s) Recall Grievance: Case No. 16 300 00214 11**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/09/11 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding outline of preparation needed for arbitration hearing. | 0.70 | 406.00 |
| 06/13/11 | K. Michaels | L110 | 0 | Review of e-mail correspondence from A. Barnes containing historical staff photography information. | 0.30 | 174.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.00 | |
| **Total Fees** | | $580.00 |
| **Less Discount** | | ($58.00) |
| **Total Fees After Discount** | | $522.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1871860

Page 2

Baltimore Sun

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | – | 1.00 | hours at | $580.00 | per hour |

**Total Disbursements**                                         0.00

**Total Amount Due**                                         $522.00



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1871860
0276 12575 / 12575-000301
Photographer(s) Recall Grievance: Case No. 16 300
00214 11

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $580.00 |
| Less Discount | ($58.00) |
| Total Fees after Discount | $522.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $522.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**

Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871866
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through June 30, 2011

**Bankruptcy Fee Application 0000001891**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/10/11 | J. Sherman | L120 | 0 | Review and edit statements for privilege redaction of Eighteenth Monthly Fee Application (.50); review and edit Eighteenth Monthly Fee Application (.30). | 0.80 | 556.00 |
| 06/10/11 | J. McManus | B110 | 0 | Revise/assemble Eighteenth Monthly Fee Application for filing (.50); prepare Nineteenth Monthly Fee Application (.80); confer with J. Sherman regarding fee payments (.10); prepare Seventh Quarterly Fee Application (.60). | 2.00 | 550.00 |
| 06/13/11 | J. McManus | B110 | 0 | Prepare Nineteenth Monthly Fee Application. | 1.00 | 275.00 |
| 06/15/11 | J. McManus | B110 | 0 | Review/revise Nineteenth Monthly Fee Application. | 1.00 | 275.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH SHAW LLP
**ATTORNEYS**

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/15/11 | A. Shepro | B160 | 0 | Compile Nineteenth Monthly Fee Application (2.00); compile invoices for same fee application (.10). | 2.10 | 210.00 |
| 06/17/11 | J. McManus | B110 | 0 | Finalize Nineteenth Monthly Fee Application (.80); draft Seventh Quarterly Fee Application (.80). | 1.60 | 440.00 |
| 06/20/11 | J. Sherman | L120 | 0 | Review and execute Nineteenth Monthly Fee Application. | 0.40 | 278.00 |
| 06/20/11 | J. McManus | B110 | 0 | Confer with local counsel regarding filing Nineteenth Monthly Fee Application (.10); prepare Seventh Quarterly Fee Application (.60). | 0.70 | 192.50 |
| 06/29/11 | J. McManus | B110 | 0 | Review time detail for Twentieth Monthly Fee Application. | 0.40 | 110.00 |

| | | |
|---|---|---|
| **Total Hours** | 10.00 | |
| **Total Fees** | | $2,886.50 |
| **Less Discount** | | ($288.65) |
| **Total Fees After Discount** | | $2,597.85 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.20 | hours at | $695.00 | per hour |
| J. McManus | Paralegal | - | 6.70 | hours at | $275.00 | per hour |
| A. Shepro | Legal Asst. | - | 2.10 | hours at | $100.00 | per hour |

| Date | Disbursements | Value |
|------|--------------|-------|
| | **Copying** | |
| 04/21/11 | Copying | 18.20 |
| 06/15/11 | Copying | 6.70 |



Invoice No. 1871866

Page 3

Tribune Company/Sherman

**Total Disbursements**                                        24.90

**Total Amount Due**                                        $2,622.75


**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1871866
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,886.50 |
| Less Discount | ($288.65) |
| Total Fees after Discount | $2,597.85 |
| Total Disbursements | 24.90 |
| Total Fees and Disbursements This Statement | $2,622.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871864
0276 36377 / 36377-000009
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through June 30, 2011

### Project Media

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|------------|------|----------|-------------|-------|-------|
| 06/03/11 | J. Sherman | C300 | | Multiple conferences with J. Osick regarding analysis of labor contracts. | 0.50 | 347.50 |
| 06/06/11 | J. Sherman | C300 | | Review of multiple collective bargaining agreements in connection with project. | 4.00 | 2,780.00 |
| 06/09/11 | J. Sherman | C300 | | Prepare memorandum to file summarizing review of labor contracts (1.00); research various successorship scenarios (1.00). | 2.00 | 1,390.00 |
| 06/10/11 | J. Sherman | C300 | | Meeting with J. Osick, D. Eldersveld, and D. Kazan to review facts and discuss preliminary approach to project. | 1.50 | 1,042.50 |

**Total Hours**                                                                   8.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1871864

Page 2

Tribune Company/Sherman

| | | |
|---|---|---|
| **Total Fees** | | $5,560.00 |
| **Less Discount** | | ($556.00) |
| **Total Fees After Discount** | | $5,004.00 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | – | 8.00 | hours at | $695.00 | per hour | |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $5,004.00 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1871864
0276 36377 / 36377-000009
Project Media

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,560.00 |
| Less Discount | ($556.00) |
| Total Fees after Discount | $5,004.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $5,004.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name:  Bank of America |
| Chicago, IL 60693 | Account Name:  Seyfarth Shaw LLP Operating Account |
| | Account Number:  5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



**SEYFARTH**
**SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871618
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through June 30, 2011

### Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/14/11 | G. Pauling II | L120 | 0 | Attention to order partially granting motion for summary judgment (1.00); revise analysis for client (.50). | 1.50 | 855.00 |
| 06/14/11 | N. Riesco | L120 | 0 | Review and analyze court order on motion for summary judgment (.40); communications with G. Pauling regarding same (.10); compose email and communications with A. Jubelirer regarding same (.40). | 0.90 | 360.00 |
| 06/23/11 | G. Pauling II | L120 | 0 | Strategy call with client and follow-up regarding same. | 1.00 | 570.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/23/11 | N. Riesco | L190 | 0 | Conference call with G. Pauling, A. Jubelirer, G. Silva, T. Street and B. Delo concerning case status and handling in preparation for hearing to set trial date (.60); review and analyze correspondence concerning pay differential allegation (.50); conference call with opposing counsel to discuss potential settlement (.40); compose email to G. Pauling concerning same (.60). | 2.10 | 840.00 |
| 06/27/11 | N. Riesco | C300 | 0 | Conference call with A. Jubelirer concerning settlement (.30); compose email to A. Jubelirer concerning settlement discussion with opposing counsel (.30). | 0.60 | 240.00 |
| 06/28/11 | N. Riesco | L120 | 0 | Conference call with opposing counsel concerning settlement and review of key provisions. | 0.50 | 200.00 |
| 06/29/11 | N. Riesco | L230 | 0 | Attend status hearing before Judge Kennelly (2.60); compose email to J. Osick regarding same (.30). | 2.90 | 1,160.00 |

**Total Hours**     9.50

**Total Fees**     $4,225.00

**Less Discount**     ($422.50)

**Total Fees After Discount**     $3,802.50

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 2.50 | hours at | $570.00 | per hour |
| N. Riesco | Associate | - | 7.00 | hours at | $400.00 | per hour |

**Total Disbursements**     0.00

**Total Amount Due**     $3,802.50



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1871618
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,225.00 |
| Less Discount | ($422.50) |
| Total Fees after Discount | $3,802.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,802.50 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

### IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871619
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through June 30, 2011

### Allen v. am New York

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/01/11 | A. Warshaw | L160 | 0 | Email with D. Palmer (.20) and C. Klein (.20) regarding settlement agreement. | 0.40 | 142.00 |
| 06/09/11 | E. Cerasia II | L160 | 0 | Telephone conference with D. Warner (counsel for Mitchell's) regarding revisions to latest draft of settlement agreement. | 0.20 | 146.00 |
| 06/13/11 | E. Cerasia II | L160 | 0 | Review D. Warner's revisions to Settlement Agreement (.40); revise latest drafts of claim form and notice of class (.50). | 0.90 | 657.00 |
| 06/14/11 | E. Cerasia II | L160 | 0 | Email correspondence with C. Kline regarding revisions to settlement agreement and schedule for same (.20); review/comment on D. Warner's revisions to settlement agreement (.50). | 0.70 | 511.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|------------|------|----------|-------------|-------|-------|
| 06/14/11 | A. Warshaw | L160 | 0 | Revise notice forms to be submitted to court per settlement agreement (.60); email with counsel for Mitchell's regarding forms (.20). | 0.80 | 284.00 |
| 06/15/11 | E. Cerasia II | L160 | 0 | Telephone conference with C. Kline regarding D. Warner's suggested revisions to Settlement Agreement (.40); revise settlement agreement (1.60); email correspondence with M. Palmer regarding his ability to locate certain clients, and follow-up emails with C. Kline and D. Warner regarding same (.20). | 2.20 | 1,606.00 |
| 06/15/11 | A. Warshaw | L160 | 0 | Revise claim forms to be submitted to bankruptcy court in furtherance of settlement agreement. | 0.70 | 248.50 |
| 06/17/11 | E. Cerasia II | L160 | 0 | Email correspondence with D. Warner regarding revisions to settlement agreement (.10); review revisions (.10). | 0.20 | 146.00 |
| 06/20/11 | E. Cerasia II | L160 | 0 | Review C. Kline's most recent revisions to settlement agreement (.20); revise Agreement (.80). | 1.00 | 730.00 |
| 06/20/11 | A. Warshaw | L160 | 0 | Email with Seyfarth wage-and-hour litigation group regarding strategy in drafting settlement agreement with missing named plaintiffs and opt-in claimants. | 0.20 | 71.00 |
| 06/21/11 | E. Cerasia II | L160 | 0 | Telephone conference and email correspondence with C. Kline regarding revisions to latest draft of settlement agreement (.30), revise agreement (.70). | 1.00 | 730.00 |
| 06/22/11 | E. Cerasia II | L190 | 0 | Draft/revise summary for response to audit letter (.10); email correspondence and telephone conference with C. Kline regarding new revisions to settlement agreement (.90). | 1.00 | 730.00 |


**SEYFARTH SHAW** LLP
**ATTORNEYS**

Invoice No. 1871619

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/23/11 | E. Cerasia II | L160 | 0 | Continue to revise latest draft of settlement agreement (.20); email correspondence with C. Kline and with D. Warner regarding same (.20). | 0.40 | 292.00 |
| 06/23/11 | A. Warshaw | L160 | 0 | Revise notice forms to be submitted to bankruptcy court per additional information provided by C. Kline. | 0.40 | 142.00 |
| 06/28/11 | E. Cerasia II | L160 | 0 | Review D. Warner's comments/revisions to latest draft of settlement agreement and Notices, and C. Kline's comments as to same (.40); respond to C. Kline (.20). | 0.60 | 438.00 |
| 06/28/11 | A. Warshaw | L160 | 0 | Revise settlement agreement per revisions by E. Cerasia, C. Kline and M. Palmer. | 1.30 | 461.50 |
| 06/30/11 | E. Cerasia II | L160 | 0 | Email correspondence with C. Kline regarding revisions to Settlement Agreement. | 0.10 | 73.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 12.10 | |
| **Total Fees** | | | $7,408.00 |
| **Less Discount** | | | ($740.80) |
| **Total Fees After Discount** | | | $6,667.20 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 8.30 | hours at | $730.00 | per hour |
| A. Warshaw | Associate | - | 3.80 | hours at | $355.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Deposition Transcripts - VERITEXT/ NY REPORTING CO. | 122.00 |
| Deposition Transcripts - VERITEXT/ NY REPORTING CO. | 343.74 |



Invoice No. 1871619

Page 4

Tribune Company

| | |
|---|---|
| **Total Disbursements** | <u>465.74</u> |
| **Total Amount Due** | <u>$7,132.94</u> |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871619
0276 68308 / 68308-000002
Allen v. am New York

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $7,408.00 |
| Less Discount | ($740.80) |
| Total Fees after Discount | $6,667.20 |
| Total Disbursements | 465.74 |
| Total Fees and Disbursements This Statement | $7,132.94 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871620
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through June 30, 2011

### Karen Scott v. WPIX

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/02/11 | E. Cerasia II | L240 | 0 | Review court order regarding scheduling of pre-motion conference on June 24, and email correspondence with A. Jubelirer regarding same. | 0.10 | 73.00 |
| 06/07/11 | J. Chylinski | L120 | 0 | Revise response to plaintiff's discovery letter. | 0.30 | 109.50 |
| 06/07/11 | A. Balint | C100 | 0 | Review and forward letter from EEOC in response to FOIA request. | 0.10 | 23.00 |
| 06/16/11 | A. Cabrera | L330 | 0 | Review deposition digest of K. Scott and highlight admissions and testimony to raise at pre-motion conference. | 0.50 | 220.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/20/11 | E. Cerasia II | L240 | 0 | Review K. Tong's errata sheet, her deposition and M. Scott's deposition in preparation for pre-motion conference with court and summary judgment motion (1.80); review letter from K. Rubinstein to court seeking conference to discuss amended complaint to assert a retaliation claim (.10); strategize regarding response to same (.20). | 2.10 | 1,533.00 |
| 06/20/11 | A. Cabrera | L120 | 0 | Review K. Tong's errata sheet (.10); compare to testimony to analyze changes and determine if they are material (.40). | 0.50 | 220.00 |
| 06/20/11 | A. Ianni | C200 | 0 | Review K. Rubinstein's letter regarding retaliation claim (.10); legal research regarding post-termination retaliation (.50). | 0.60 | 213.00 |
| 06/21/11 | A. Ianni | C200 | 0 | Legal research regarding post-employment retaliation. | 1.70 | 603.50 |
| 06/22/11 | E. Cerasia II | L190 | 0 | Draft/revise summary for response to audit letter (.10); review case law regarding Scott's proposed retaliation claim and strategize regarding response to proposed claim (.90). | 1.00 | 730.00 |
| 06/22/11 | A. Cabrera | L250 | 0 | Draft Rule 56.1 statement using K. Scott's deposition testimony. | 7.00 | 3,080.00 |
| 06/22/11 | A. Ianni | C200 | 0 | Legal research regarding retaliation (2.00); meeting with E. Cerasia regarding same (.30); prepare email memorandum to E. Cerasia regarding same (.50). | 2.80 | 994.00 |



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/24/11 | E. Cerasia II | L230 | 0 | Prepare for court conference to address WPIX's proposed summary judgement motion and Scott's motion for leave to amend complaint to add retaliation claim (1.40); represent WPIX at pre-motion conference before Judge Pauley (2.30); email correspondence with A. Jubelirer and A. Foran regarding outcome on court conference and briefing schedule (.10); emails with A. Jubelirer and Tribune's insurance counsel regarding Scott's D&O coverage and indemnification claim (.10). | 3.90 | 2,847.00 |
| 06/24/11 | A. Cabrera | L450 | 0 | Review notes of deposition transcript for the alleged inconsistencies plaintiff purports bar Summary Judgment in preparation of pre-motion conference (.80); attend pre-motion conference before Judge Pauley (2.00). | 2.80 | 1,232.00 |
| 06/27/11 | E. Cerasia II | L240 | 0 | Work on outline of arguments for summary judgment motion (.90); review court's scheduling order and email correspondence with A. Jubelirer and A. Foran regarding same (.10). | 1.00 | 730.00 |
| 06/29/11 | A. Cabrera | L250 | 0 | Draft Rule 56.1 statement using K. Scott's deposition. | 0.80 | 352.00 |
| 06/30/11 | E. Cerasia II | L330 | 0 | Review M. Scott's errata sheet and email correspondence with A. Jubelirer and A. Foran regarding same. | 0.10 | 73.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 25.30 | |
| **Total Fees** | | | $13,033.00 |
| **Less Discount** | | | ($1,303.30) |
| **Total Fees After Discount** | | | $11,729.70 |



Invoice No. 1871620

Page 4

Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 8.20 | hours at | $730.00 | per hour |
| J. Chylinski | Associate | - | 0.30 | hours at | $365.00 | per hour |
| A. Cabrera | Associate | - | 11.60 | hours at | $440.00 | per hour |
| A. Ianni | Associate | - | 5.10 | hours at | $355.00 | per hour |
| A. Balint | Paralegal | - | 0.10 | hours at | $230.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Deposition Transcripts - VERITEXT/ NY REPORTING CO. | 467.47 |
| Docketing Services-5/16/11-Documents to Honorable Judge Pauley of the Southern District | 75.00 |
| Docketing Services-5/20/11-Filed Summons of Third Party Complaint with Clerk of Court | 75.00 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON KEYCITE | 1.07 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON KEYCITE | 3.25 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 11.96 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 30.17 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL SEARCHES | 24.27 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON WESTLAW DOCUMENTS | 6.23 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON WESTLAW DOCUMENTS | 21.83 |

**Total Disbursements**                                716.25

**Total Amount Due**                                $12,445.95



ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1871620
0276 68308 / 68308-000003
Karen Scott v. WPIX

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $13,033.00 |
| Less Discount | ($1,303.30) |
| Total Fees after Discount | $11,729.70 |
| Total Disbursements | 716.25 |
| Total Fees and Disbursements This Statement | $12,445.95 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871621
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through June 30, 2011

### Sal Marchiano v. Betty Ellen Berlamino

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/07/11 | L. Sapigao | L140 | 0 | Review electronic document production SM 0222 - SM 0229 and Marchiano Medical Records SS-TRIBUNE-001293 - SS-TRIBUNE-001595 (1.30); assemble for further attorney review (.20). | 1.50 | 195.00 |
| 06/09/11 | A. Ianni | L320 | 0 | Review and analyze plaintiff's document production. | 0.50 | 177.50 |
| 06/14/11 | A. Ianni | L320 | 0 | Review documents. | 0.50 | 177.50 |
| 06/17/11 | E. Cerasia II | L210 | 0 | Review letter from K. Rubinstein seeking indemnification on behalf of K. Scott, and email with A. Jubelirer regarding same (.10); begin to review/analyze Scott's motion to dismiss third-party complaint (.10). | 0.20 | 146.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1871621

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/17/11 | A. Ianni | L430 | 0 | Memorandum to A. Jubelirer regarding motion to dismiss K. Scott third-party complaint. | 0.10 | 35.50 |
| 06/20/11 | E. Cerasia II | L110 | 0 | Review portion of Mets pre-game video. | 0.10 | 73.00 |
| 06/20/11 | A. Ianni | L430 | 0 | Review motion to dismiss claims against K. Scott (.30); review cases cited in motion to dismiss (1.0). | 1.30 | 461.50 |
| 06/21/11 | A. Ianni | L120 | 0 | Update audit response. | 0.10 | 35.50 |
| 06/22/11 | E. Cerasia II | L190 | 0 | Draft/revise summary for responses to audit letter. | 0.10 | 73.00 |
| 06/24/11 | A. Ianni | L430 | 0 | Direct I. Rose regarding research (.10); draft opposition to motion to dismiss (.70). | 0.80 | 284.00 |
| 06/27/11 | A. Ianni | C200 | 0 | Legal research regarding opposition to motion to dismiss. | 1.40 | 497.00 |
| 06/27/11 | I. Rose | C200 | 0 | Researching cases that deny motion to dismiss third-party contribution complaint. | 2.30 | 644.00 |
| 06/28/11 | A. Ianni | L430 | 0 | Review Tribune by-laws (.30); legal research regarding opposition to motion to dismiss (1.70); draft opposition to motion to dismiss (3.0). | 5.00 | 1,775.00 |
| 06/29/11 | A. Ianni | L430 | 0 | Draft opposition to motion to dismiss. | 4.30 | 1,526.50 |
| 06/30/11 | E. Cerasia II | L210 | 0 | Draft/revise B. Berlamino's brief in opposition to Scott's motion to dismiss third-party complaint. | 0.30 | 219.00 |
| 06/30/11 | A. Ianni | L430 | 0 | Revise opposition to motion to dismiss. | 1.00 | 355.00 |
| 06/30/11 | I. Rose | C200 | 0 | Researching standard for defeating motion to dismiss for non-specific complaint requiring further discovery. | 2.80 | 784.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 22.30 | |
| **Total Fees** | | | $7,459.00 |
| **Less Discount** | | | ($745.90) |



Tribune Company

**Total Fees After Discount**                                                        $6,713.10

<u>**Timekeeper Summary**</u>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.70 | hours at | $730.00 | per hour |
| A. Ianni | Associate | - | 15.00 | hours at | $355.00 | per hour |
| L. Sapigao | ITStaff | - | 1.50 | hours at | $130.00 | per hour |
| I. Rose | Staff Attorney | - | 5.10 | hours at | $280.00 | per hour |

| <u>Disbursements</u> | <u>Value</u> |
|---|---|
| Inv#: 1106001863 User: IANNI, ALLISON LEXIS LEGAL SERVICES DOCUMENT PRINTING | 10.74 |
| Inv#: 1106001863 User: IANNI, ALLISON LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 10.74 |
| Inv#: 1106001863 User: ROSE, ISRAEL LEXIS LEGAL SERVICES COMBINED SEARCH COMPONENT | 28.36 |
| Inv#: 1106001863 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SEARCHES | 132.34 |
| Inv#: 1106001863 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SEARCHES | 16.32 |
| Inv#: 1106001863 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 24.15 |
| Inv#: 1106001863 User: ROSE, ISRAEL SHEPARD'S SERVICE LEGAL CITATION SERVICES | 4.69 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON KEYCITE | 2.17 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON KEYCITE | 5.42 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON MULTI-SEARCH TRANSACTIONAL SEARCHES | 17.78 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON PREMIER RESERVE TRANSACTIONAL ONLINE FINDS | 78.66 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON PREMIER RESERVE TRANSACTIONAL ONLINE FINDS | 157.33 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON PREMIER RESERVE WESTLAW DOCUMENTS | 20.23 |


**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

Invoice No. 1871621

Page 4

Tribune Company

| Disbursements | Value |
|---|---|
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 2.60 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 14.56 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 7.80 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL SEARCHES | 18.21 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL SEARCHES | 36.40 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON WESTLAW DOCUMENTS | 6.23 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON WESTLAW DOCUMENTS | 9.36 |
| Postage | 2.76 |

| | |
|---|---|
| **Total Disbursements** | 606.85 |
| **Total Amount Due** | $7,319.95 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1871621
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $7,459.00 |
| Less Discount | ($745.90) |
| Total Fees after Discount | $6,713.10 |
| Total Disbursements | 606.85 |
| Total Fees and Disbursements This Statement | $7,319.95 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871622
0276 68308 / 68308-000008
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through June 30, 2011

### Watkins v. WPIX, Inc.

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/20/11 | E. Cerasia II | L110 | 0 | Discussion with A. Cabrera regarding EEOC's request for witness interviews. | 0.20 | 146.00 |
| 06/21/11 | E. Cerasia II | L110 | 0 | Email correspondence with A. Jubelirer regarding witness interviews requested by EEOC (.10); email correspondence with EEOC investigators (.10); review email correspondence between Watkins and WPIX, and between A. Jubelirer and Watkins' counsel (.60). | 0.80 | 584.00 |
| 06/27/11 | E. Cerasia II | L190 | 0 | Telephone conferences with O. Brinson (EEOC) regarding witness interview (.30); email correspondence with C. Davis and B. Berlamino regarding EEOC interviews (.10); telephone conference with J. Houseman regarding background facts and availability for interview with EEOC (.20). | 0.60 | 438.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1871622

Page 2

Tribune Company

| | |
|---|---|
| **Total Hours** | 1.60 |
| **Total Fees** | $1,168.00 |
| **Less Discount** | ($116.80) |
| **Total Fees After Discount** | $1,051.20 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | – | 1.60 | hours at | $730.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,051.20 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1871622
0276 68308 / 68308-000008
Watkins v. WPIX, Inc.

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,168.00 |
| Less Discount | ($116.80) |
| Total Fees after Discount | $1,051.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,051.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871981
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through June 30, 2011

**Larry Hoff v. WPIX, et al.**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 06/02/11 | E. Cerasia II | L160 | 0 | Direction to A. Ianni regarding mediation statement. | 0.10 | 73.00 |
| 06/03/11 | E. Cerasia II | L160 | 0 | Draft/revise mediation statement. | 1.20 | 876.00 |
| 06/03/11 | A. Ianni | L160 | 0 | Draft mediation statement. | 2.50 | 887.50 |
| 06/06/11 | A. Cabrera | L250 | 0 | Review and revise mediation letter. | 0.30 | 132.00 |
| 06/06/11 | A. Ianni | C200 | 0 | Legal research regarding age discrimination for mediation statement (1.0); review mediation statement (.50); memorandum to A. Jubelirer and B. Berlamino regarding mediation statement (.20). | 1.70 | 603.50 |
| 06/07/11 | A. Cabrera | L250 | 0 | Revise mediation statement to reflect facts about Ms. Matteo's role. | 0.30 | 132.00 |
| 06/08/11 | A. Ianni | L160 | 0 | Revise mediation statement. | 0.20 | 71.00 |
| 06/13/11 | E. Cerasia II | L160 | 0 | Email correspondence with A. Jubelirer regarding mediation. | 0.10 | 73.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS
SHAW LLP

Invoice No. 1871981

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/14/11 | E. Cerasia II | L160 | 0 | Discussions with A. Cabrera regarding mediation strategy and email correspondence with B. Berlamino regarding mediation (.10); draft/revise document request to L. Hoff (.40). | 0.50 | 365.00 |
| 06/14/11 | A. Cabrera | L440 | 0 | Strategize regarding points for mediation (.30); review all pleadings and mediation statement in preparation of mediation (.80). rategize regarding points for mediation (.30). | 1.10 | 484.00 |
| 06/14/11 | A. Ianni | L160 | 0 | E-mail with B. Berlamino regarding mediation (.20); prepare opening statement for mediation (1.30); meeting with A. Cabrera regarding mediation (.30); review documents in preparation for mediation (1.30); memorandum to A. Jubelirer regarding initial disclosures (.20); e-mail with C. Davis regarding meeting with A. Waldman (.20). | 3.50 | 1,242.50 |
| 06/15/11 | E. Cerasia II | L160 | 0 | Meeting with A. Cabrera and A. Ianni regarding outcome of mediation and next steps to develop facts. | 0.20 | 146.00 |
| 06/15/11 | A. Cabrera | L450 | 0 | Attend court-ordered mediation. | 2.80 | 1,232.00 |
| 06/16/11 | A. Ianni | L110 | 0 | E-mail with C. Davis regarding meeting with A. Waldman. | 0.20 | 71.00 |
| 06/17/11 | E. Cerasia II | L210 | 0 | Review letter from K. Rubinstein seeking indemnification on behalf of K. Scott, and email with A. Jubelirer regarding same (.10); begin to review/analyze Scott's motion to dismiss third-party complaint (.10); email with A. Waldman regarding interview on June 20 (.10). | 0.30 | 219.00 |
| 06/17/11 | A. Cabrera | L120 | 0 | Review motion to dismiss filed by K. Scott. | 0.30 | 132.00 |

# SEYFARTH SHAW LLP
**ATTORNEYS**

Invoice No. 1871981

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/17/11 | A. Ianni | L110 | 0 | Communications with A. Waldman regarding Hoff complaint (.30); e-mail with A. Jubelirer regarding motion to dismiss K. Scott third-party complaint (.10). | 0.40 | 142.00 |
| 06/20/11 | A. Ianni | L430 | 0 | Review motion to dismiss claims against K. Scott (.30); correspondence with E. Cerasia regarding memorandum from K. Scott concerning L. Hoff regarding not renewing his contract (.20); review documents regarding same (.30). | 0.80 | 284.00 |
| 06/21/11 | A. Ianni | L120 | 0 | Update audit response. | 0.20 | 71.00 |
| 06/22/11 | E. Cerasia II | L190 | 0 | Draft/revise summary for response to audit letter. | 0.10 | 73.00 |
| 06/24/11 | A. Ianni | L430 | 0 | Direct I. Rose regarding research (.10); draft opposition to motion to dismiss (.70). | 0.80 | 284.00 |
| 06/28/11 | E. Cerasia II | L190 | 0 | Review of Tribune by-laws regarding Scott's claim for indemnification. | 0.10 | 73.00 |
| 06/29/11 | A. Ianni | L430 | 0 | Draft opposition to motion to dismiss. | 1.00 | 355.00 |
| 06/30/11 | E. Cerasia II | L210 | 0 | Draft/revise brief in opposition to Scott's motion to dismiss third-party complaint. | 0.30 | 219.00 |
| 06/30/11 | A. Ianni | L430 | 0 | Revise opposition to motion to dismiss. | 0.20 | 71.00 |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | | 19.20 | |
| **Total Fees** | | | | $8,311.50 |
| **Less Discount** | | | | ($831.15) |
| **Total Fees After Discount** | | | | $7,480.35 |

## Timekeeper Summary

| | | | | | |
|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 2.90 | hours at $730.00 | per hour |
| A. Cabrera | Associate | - | 4.80 | hours at $440.00 | per hour |
| A. Ianni | Associate | - | 11.50 | hours at $355.00 | per hour |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1871981

Page 4

Tribune Company

| Disbursements | Value |
|---|---|
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON KEYCITE | 4.34 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 44.20 |
| Inv#: 823056349 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL SEARCHES | 36.40 |

**Total Disbursements**                                           84.94

**Total Amount Due**                                         $7,565.29



**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBO N
SUITE 24 0
CHICAGO, ILLINOIS 60603-55 7
(312) 460-5 00
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1871981
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $8,311.50 |
| Less Discount | ($831.15) |
| Total Fees after Discount | $7,480.35 |
| Total Disbursements | 84.94 |
| Total Fees and Disbursements This Statement | $7,565.29 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO.
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871623
0276 68308 / 68308-000010
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through June 30, 2011

**Vanessa Tyler v. WPIX and B.E. Berlamino**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/21/11 | A. Ianni | L120 | 0 | Prepare audit response. | 0.20 | 71.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.20 | |
| **Total Fees** | | $71.00 |
| **Less Discount** | | ($7.10) |
| **Total Fees After Discount** | | $63.90 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| A. Ianni | Associate | - | 0.20 | hours at | $355.00 | per hour |

**Total Disbursements**        0.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Tribune Company

**Total Amount Due**                                                    $63.90



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202.

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1871623
0276 68308 / 68308-000010
Vanessa Tyler v. WPIX and B.E. Berlamino

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $71.00 |
| Less Discount | ($7.10) |
| Total Fees after Discount | $63.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $63.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

PAYMENT BY CHECK VIA STANDARD MAIL:
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY CHECK VIA OVERNIGHT MAIL:
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY WIRE TO:

Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871930
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through June 30, 2011

**East Coast Properties**

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 06/01/11 | T. Haley | C300 | | Prepare for and participate in conference with circulation executives regarding single copy agreement. | 1.70 | 1,139.00 |
| 06/02/11 | T. Haley | C300 | | Revise single copy agreement and draft related warehouse license and device lease (4.20); telephone conference with T. Thomas regarding same (.40). | 4.60 | 3,082.00 |
| 06/03/11 | T. Haley | C300 | | Revise single company agreement, warehouse license and device lease (5.50); telephone conference with T. Thomas regarding same (.30). | 5.80 | 3,886.00 |
| 06/06/11 | T. Haley | C300 | | Revise single copy agreement (1.50); correspondence with D. Bralow and T. Thomas regarding same (.30). | 1.80 | 1,206.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Olson

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/11/11 | T. Haley | L120 | 0 | Review returns exhibits and proposed changes to single copy agreement (.40); correspondence with circulation executives and D. Bralow regarding same (.40). | 0.80 | 536.00 |
| 06/13/11 | T. Haley | L120 | 0 | Prepare for (.20) and telephone conference with circulation executives and D. Bralow regarding revisions to single copy agreement and related issues (.80). | 1.00 | 670.00 |
| 06/14/11 | T. Haley | L120 | 0 | Revise single copy agreement (.20); correspondence with T. Thomas, D. Bralow and B. Amberg regarding same (.50). | 0.70 | 469.00 |
| 06/15/11 | T. Haley | L120 | 0 | Correspondence with D. Bralow regarding providing subscriber lists to home delivery contractors for free. | 0.20 | 134.00 |
| 06/16/11 | T. Haley | L120 | 0 | Review materials regarding mandatory arbitration policy in light of AT&T Mobility and draft memorandum to D. Bralow regarding same. | 1.50 | 1,005.00 |
| 06/16/11 | T. Haley | L120 | 0 | Revise single copy agreement. | 0.50 | 335.00 |
| 06/16/11 | T. Haley | L120 | 0 | Telephone conference with D. Bralow regarding Hartford unemployment insurance and late newspapers issues. | 0.30 | 201.00 |
| 06/17/11 | T. Haley | L120 | 0 | Revise single copy agreement and exhibits to same. | 4.40 | 2,948.00 |
| 06/17/11 | T. Haley | L120 | 0 | Revise sample arbitration policy and correspondence with D. Bralow regarding same. | 1.40 | 938.00 |
| 06/17/11 | T. Haley | L120 | 0 | Revise memorandum analyzing pros and cons of implementing arbitration policy and correspondence with D. Bralow regarding same. | 1.20 | 804.00 |



Tribune Company/Olson

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/17/11 | T. Haley | L120 | 0 | Correspondence with T. Thomas, D. Bralow and D. Amberg regarding multiple issues relating to single copy agreement (.20); telephone conference with T. Thomas and B. Amberg regarding issues with information contained by syncronex and handheld (.50). | 0.70 | 469.00 |
| 06/20/11 | T. Haley | L120 | 0 | Draft revisions to single copy agreement and related exhibits. | 4.60 | 3,082.00 |
| 06/20/11 | T. Haley | L120 | 0 | Telephone conference with D. Bralow and T. Thomas analyzing issues regarding limiting Company discretion. | 0.60 | 402.00 |
| 06/20/11 | T. Haley | L120 | 0 | Correspondence to T. Thomas and D. Bralow analyzing and proposing change to single copy agreement to limit Company discretion. | 0.70 | 469.00 |
| 06/20/11 | T. Haley | L120 | 0 | Correspondence with D. Bralow regarding concerns raised by Company documentation. | 0.30 | 201.00 |
| 06/20/11 | T. Haley | L120 | 0 | Correspondence with T. Thomas and D. Bralow regarding single copy contract revisions. | 0.30 | 201.00 |
| 06/21/11 | A. Hawley | L120 | 0 | Research/review decisions regarding ABC test for unemployment compensation and newspaper carriers. | 2.50 | 762.50 |
| 06/21/11 | T. Haley | L120 | 0 | Review single copy agreement. | 0.70 | 469.00 |
| 06/21/11 | T. Haley | L120 | 0 | Correspondence with J. Turner regarding arbitration issue. | 0.20 | 134.00 |
| 06/21/11 | T. Haley | L120 | 0 | Correspondence with A. George, T. Thomas and D. Bralow regarding status of training materials and agenda. | 0.30 | 201.00 |
| 06/21/11 | T. Haley | L120 | 0 | Telephone conference with D. Bralow regarding arbitration and waiver provisions. | 0.30 | 201.00 |
| 06/21/11 | T. Haley | L120 | 0 | Review (.30) and revise independent contractor training materials (1.50). | 1.80 | 1,206.00 |



Tribune Company/Olson

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/22/11 | A. Hawley | L120 | 0 | Draft memorandum summarizing research into ABC test and newspaper carriers. | 2.40 | 732.00 |
| 06/22/11 | P. Drizner | C300 | 0 | Review and analyze tax provisions of independent contractor home delivery distribution training materials. | 0.30 | 171.00 |
| 06/22/11 | T. Haley | L120 | 0 | Revise home delivery contract. | 0.40 | 268.00 |
| 06/22/11 | T. Haley | L120 | 0 | Correspondence with T. Thomas regarding contracts and training materials. | 0.40 | 268.00 |
| 06/22/11 | T. Haley | L120 | 0 | Prepare materials for training in Orlando, Florida. | 7.60 | 5,092.00 |
| 06/23/11 | A. Hawley | L120 | 0 | Draft memorandum regarding ABC test for unemployment benefits in Connecticut. | 3.00 | 915.00 |
| 06/23/11 | T. Haley | L120 | 0 | Revise training materials and correspondence with T. Thomas regarding same. | 2.80 | 1,876.00 |
| 06/24/11 | T. Haley | C300 | 0 | Telephone conference with circulation executives and D. Bralow regarding training in Orlando, Florida. | 0.40 | 268.00 |
| 06/24/11 | T. Haley | C300 | 0 | Prepare for independent contractor training Orlando, Florida. | 0.50 | 335.00 |
| 06/26/11 | T. Haley | C300 | 0 | Prepare for independent contractor training in Orlando, Florida. | 2.20 | 1,474.00 |
| 06/27/11 | T. Haley | C300 | 0 | Prepare for and conduct Independent Contractor training in Orlando, Florida. | 10.30 | 6,901.00 |
| 06/27/11 | T. Haley | C300 | 0 | Conference with D. Bralow and circulation executives regarding single copy issues. | 0.40 | 268.00 |
| 06/28/11 | T. Haley | C300 | 0 | Prepare for and conduct independent contractor training in Orlando, Florida. | 10.30 | 6,901.00 |
| 06/29/11 | A. Hawley | C300 | 0 | Research interpretations of Connecticut's ABC test for unemployment benefits. | 1.00 | 305.00 |



Tribune Company/Olson

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/29/11 | T. Haley | L120 | 0 | Review memo regarding Connecticut unemployment insurance independent contractor standards (1.00); analyze issues regarding same (.80). | 1.80 | 1,206.00 |
| 06/30/11 | T. Haley | C300 | 0 | Revise single copy agreement. | 0.70 | 469.00 |
| 06/30/11 | T. Haley | C300 | 0 | Correspondence to T. Thomas regarding issues raised with respect to single copy agreement. | 0.30 | 201.00 |

| | | |
|---|---|---|
| **Total Hours** | 83.70 | |
| **Total Fees** | | $52,800.50 |
| **Less Discount** | | ($5,280.05) |
| **Total Fees After Discount** | | $47,520.45 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| A. Hawley | Associate | - | 8.90 | hours at | $305.00 | per hour |
| P. Drizner | Partner | - | 0.30 | hours at | $570.00 | per hour |
| T. Haley | Sr Partner I | - | 74.50 | hours at | $670.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Copying | 1.20 |
| Facsimile | 14.00 |
| Inv#: 823056349 Office: CHICAGO User: HAWLEY, ALEXIS TRANSACTIONAL ONLINE FINDS | 2.58 |
| Inv#: 823056349 Office: CHICAGO User: HAWLEY, ALEXIS TRANSACTIONAL ONLINE FINDS | 7.74 |
| Inv#: 823056349 Office: CHICAGO User: HAWLEY, ALEXIS TRANSACTIONAL SEARCHES | 24.16 |
| Inv#: 823056349 Office: CHICAGO User: HAWLEY, ALEXIS TRANSACTIONAL SEARCHES | 24.16 |



Tribune Company/Olson

| Disbursements | Value |
|---|---|
| Inv#: 823056349 Office: CHICAGO User: HAWLEY, ALEXIS TRANSACTIONAL SEARCHES | 87.48 |
| Inv#: 823056349 Office: CHICAGO User: HAWLEY, ALEXIS WESTLAW DOCUMENTS | 3.10 |
| Inv#: 823056349 Office: CHICAGO User: HAWLEY, ALEXIS WESTLAW DOCUMENTS | 37.16 |
| Local Travel - T. Haley mileage - meeting w/client 05/16/11 | 7.75 |
| Local Travel - T. Haley mileage - meeting w/client 05/17/11 | 7.75 |
| Travel - C. Olson | 1,256.28 |
| Meals - T. Haley Lunch while in Orlando, FL for meeting | 16.06 |
| Meals - T. Haley lunch @ Obriens - meeting w/client 05/16/11 | 12.18 |
| Other - T. Haley Additional charge on cab fee | 3.50 |
| Taxi - T. Haley taxi - meeting w/client 05/16/11 | 52.00 |
| Travel - T. Haley courtyard - meeting w/client 05/16/11 | 178.88 |
| Travel - T. Haley parking - meeting w/client 05/16/11 | 34.00 |
| Travel - T. Haley parking - meeting w/client 05/17/11 | 50.00 |

**Total Disbursements**                                             1,819.98

**Total Amount Due**                                             $49,340.43



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 1871930
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $52,800.50 |
| Less Discount | ($5,280.05) |
| Total Fees after Discount | $47,520.45 |
| Total Disbursements | 1,819.98 |
| Total Fees and Disbursements This Statement | $49,340.43 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871934
0276 15827 / 15827-000019
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

For legal services rendered through June 30, 2011

### Jeff Apodaca v. KTLA5, Tribune Company, Case No. BC448838

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/03/11 | L. Shelby | L310 | 0 | Review plaintiff's discovery responses and case status with D. Sable. | 0.50 | 287.50 |
| 06/03/11 | D. Sable | L190 | 0 | Analyze plaintiff's discovery responses. | 0.30 | 102.00 |
| 06/07/11 | D. Sable | L190 | 0 | E-mail correspondence with J. Powers regarding plaintiff's discovery responses and internal correspondence relating to plaintiff from T. Arce. | 0.30 | 102.00 |
| 06/09/11 | D. Sable | L190 | 0 | Prepare subpoenas and document requests to Entravision Communications Corporation for plaintiff's employment records and corresponding consumer notices to plaintiff. | 1.30 | 442.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/10/11 | D. Sable | L190 | 0 | Analyze plaintiff's responses to form interrogatories, special interrogatories, requests for admission, requests for production of documents and corresponding production of documents. | 1.20 | 408.00 |
| 06/10/11 | D. Sable | L190 | 0 | Prepare letter to D. Blumberg regarding plaintiff's failure to provide verifications for discovery responses and failure to provide dates for plaintiff's deposition. | 0.40 | 136.00 |
| 06/10/11 | D. Sable | L190 | 0 | E-mail correspondence with L. Shelby regarding plaintiff's discovery responses, letter to plaintiff regarding discovery verifications and deposition scheduling, summary judgment research and analysis, third party subpoenas and strategy. | 0.80 | 272.00 |
| 06/10/11 | D. Sable | L190 | 0 | Research regarding probability for prevailing on motion for summary judgment in light of e-mails produced by plaintiff purporting to confirm his alleged interpretation of employment contract and discovery responses disputing defendants' interpretation of contract. | 0.80 | 272.00 |
| 06/10/11 | D. Sable | L190 | 0 | Prepare notice of deposition to plaintiff (.30); e-mail correspondence regarding deposition officer in Albuquerque, New Mexico (.10). | 0.30 | 102.00 |
| 06/13/11 | D. Sable | L190 | 0 | E-mail correspondence with L. Shelby and G. Maatman regarding subpoena to Entravision Communications. | 0.50 | 170.00 |
| 06/14/11 | D. Sable | L190 | 0 | E-mail correspondence with J. Powers regarding deposition scheduling, discovery verifications, and motion for summary judgment research and analysis. | 0.30 | 102.00 |
| 06/15/11 | D. Sable | L190 | 0 | Telephone conference with GC of Entravision Communications regarding subpoena. | 0.30 | 102.00 |


**SEYFARTH SHAW** LLP
ATTORNEYS

Invoice No. 1871934

Page 3

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/15/11 | D. Sable | L310 | 0 | Prepare subpoenas to Univision Management Company and Univision Communications, Inc. for plaintiff's past employment records. | 0.40 | 136.00 |
| 06/16/11 | D. Sable | L190 | 0 | Analyze letter from B. Blumberg objecting to subpoena to Entravision (.30); respond to same (.40). | 0.70 | 238.00 |
| 06/16/11 | D. Sable | L190 | 0 | E-mail correspondence with L. Shelby regarding subpoenas to Entravision and Univision and B. Blumberg's objections. | 0.30 | 102.00 |
| 06/20/11 | D. Sable | L190 | 0 | E-mail correspondence with T. Ruche regarding subpoena to Univision. | 0.10 | 34.00 |
| 06/20/11 | D. Sable | L190 | 0 | E-mail correspondence with J. Powers regarding deposition scheduling for depositions of Messrs. Apodaca, Corsini and Kincaid. | 0.10 | 34.00 |
| 06/20/11 | D. Sable | L190 | 0 | Analyze deposition notices and documents demands propounded to Messrs. Kincaid and Corsini. | 0.20 | 68.00 |
| 06/20/11 | D. Sable | L190 | 0 | Prepare amended notice of deposition to J. Apodaca. | 0.10 | 34.00 |
| 06/22/11 | D. Sable | L190 | 0 | Prepare audit response. | 0.40 | 136.00 |
| 06/23/11 | D. Sable | L190 | 0 | E-mail correspondence with L. Shelby regarding deposition scheduling. | 0.20 | 68.00 |
| 06/24/11 | D. Sable | L190 | 0 | Prepare letter to B. Blumberg regarding deposition scheduling. | 0.30 | 102.00 |
| 06/24/11 | D. Sable | L190 | 0 | E-mail and telephone conference with J. Powers regarding deposition scheduling. | 0.30 | 102.00 |

| | | |
|---|---|---|
| **Total Hours** | 10.10 | |
| **Total Fees** | | $3,551.50 |
| **Less Discount** | | ($355.15) |
| **Total Fees After Discount** | | $3,196.35 |



KTLA-TV

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. Shelby | Partner | - | 0.50 | hours at | $575.00 | per hour |
| D. Sable | Associate | - | 9.60 | hours at | $340.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 6.40 |
| Copying | 0.90 |
| Copying | 7.80 |
| Courier/Messenger Inv#: 753125650 Date Sent: 06/14/2011 Sender: Valerie Norris Airbill: 982650720658 Mitch Rosen - David J. Blumber Rosen & Blumberg 4405 Riverside Drive BURBANK, CA 91505 | 9.93 |
| Courier/Messenger Inv#: 753911029 Date Sent: 06/15/2011 Sender: Valerie Norris Airbill: 982650720923 Mitch Rosen - David J. Blumber Rosen & Blumberg 4405 Riverside Drive BURBANK, CA 91505 | 9.93 |
| Facsimile | 7.50 |
| Facsimile | 2.00 |

**Total Disbursements**     44.46

**Total Amount Due**     $3,240.81



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

Invoice No. 1871934
0276 15827 / 15827-000019
Jeff Apodaca v. KTLA5, Tribune Company, Case No.
BC448838

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,551.50 |
| Less Discount | ($355.15) |
| Total Fees after Discount | $3,196.35 |
| Total Disbursements | 44.46 |
| Total Fees and Disbursements This Statement | $3,240.81 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871936
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through June 30, 2011

### Clement, Jayne v. Los Angeles Times, et al. 0000001656

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/15/11 | M. Sank | L430 | 0 | Review plaintiff's motion for reconsideration of court's May 31, 2011 ruling dismissing complaint. | 1.80 | 702.00 |
| 06/15/11 | T. Hix | L120 | 0 | Review Motion for Reconsideration (.2); email exchange with client regarding same (.1). | 0.30 | 150.00 |
| 06/16/11 | M. Sank | L430 | 0 | Review plaintiff's motion for reconsideration of court's May 31, 2011 ruling dismissing complaint. | 1.30 | 507.00 |
| 06/21/11 | T. Hix | L190 | 0 | Prepare audit response. | 0.10 | 50.00 |
| 06/22/11 | M. Sank | L430 | 0 | Prepare opposition to motion to reconsider court's dismissal of action. | 0.10 | 39.00 |
| 06/25/11 | M. Sank | L430 | 0 | Prepare opposition to plaintiff's motion for reconsideration of the court's order dismissing plaintiff's complaint. | 1.80 | 702.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/26/11 | M. Sank | L430 | 0 | Prepare opposition to plaintiff's motion for reconsideration of the court's order dismissing plaintiff's complaint. | 3.20 | 1,248.00 |
| 06/27/11 | T. Hix | L250 | 0 | Revise Opposition to motion for reconsideration. | 0.60 | 300.00 |
| 06/28/11 | M. Sank | L430 | 0 | Prepare opposition to plaintiff's motion for reconsideration of the court's order dismissing plaintiff's complaint. | 0.10 | 39.00 |
| 06/29/11 | M. Sank | L430 | 0 | Prepare opposition to plaintiff's motion for reconsideration of the court's order dismissing plaintiff's complaint. | 0.10 | 39.00 |

**Total Hours**      9.40

**Total Fees**      $3,776.00

**Less Discount**      ($377.60)

**Total Fees After Discount**      $3,398.40

**Timekeeper Summary**

| M. Sank | Associate | - | 8.40 | hours at | $390.00 | per hour |
|---------|-----------|---|------|----------|---------|----------|
| T. Hix | Partner | - | 1.00 | hours at | $500.00 | per hour |

| Date | Disbursements | Value |
|------|--------------|-------|
| | **Courier/Messenger** | |
| 06/29/11 | Courier/Messenger Inv#: 755492934 Date Sent: 06/29/2011 Sender: MAX SANK ESQ Airbill: 871501695527 CARNEY SHEGERIAN ESQ SHEGARIAN & ASSOC 225 ARIZONA AVE STE 400 SANTA MONICA, CA 90401 | 11.02 |
| | **Online Research** | |
| 06/15/11 | Inv#: 823056349 Office: LOS ANGELES User: SANK, MAX S KEYCITE | 0.99 |



Los Angeles Times (Sherman)

| | | |
|---|---|---|
| 06/15/11 | Inv#: 823056349 Office: LOS ANGELES User: SANK, MAX S WESTLAW DOCUMENTS | 20.11 |
| 06/15/11 | Inv#: 823056349 Office: LOS ANGELES User: SANK, MAX S TRANSACTIONAL ONLINE FINDS | 26.34 |
| 06/16/11 | Inv#: 823056349 Office: LOS ANGELES User: SANK, MAX S KEYCITE | 4.00 |
| 06/16/11 | Inv#: 823056349 Office: LOS ANGELES User: SANK, MAX S TRANSACTIONAL ONLINE FINDS | 35.91 |
| 06/25/11 | Inv#: 823056349 Office: LOS ANGELES User: SANK, MAX S KEYCITE | 0.99 |
| 06/25/11 | Inv#: 823056349 Office: LOS ANGELES User: SANK, MAX S WESTLAW DOCUMENTS | 5.74 |
| 06/25/11 | Inv#: 823056349 Office: LOS ANGELES User: SANK, MAX S TRANSACTIONAL ONLINE FINDS | 33.52 |
| 06/27/11 | Inv#: 823056349 Office: LOS ANGELES User: SANK, MAX S TRANSACTIONAL ONLINE FINDS | 4.79 |

**Local Travel**

| | | |
|---|---|---|
| 06/13/11 | Local Travel - M. Sank mileage - hearing @ Los Angeles Superior Court - 05/31/11 | 14.27 |

**Travel**

| | | |
|---|---|---|
| 06/13/11 | Travel - M. Sank parking - hearing @ Los Angeles Superior Court - 05/31/11 | 18.00 |

**Total Disbursements** — 175.68

**Total Amount Due** — $3,574.08



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1871936
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,776.00 |
| Less Discount | ($377.60) |
| Total Fees after Discount | $3,398.40 |
| Total Disbursements | 175.68 |
| Total Fees and Disbursements This Statement | $3,574.08 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871616
0276 33175 / 33175-000025
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

---

For legal services rendered through June 30, 2011

### Jose Luis Velazquez v. California Community News Corporation; Case No. KC060599

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/01/11 | J. Anthony | L120 | 0 | Review case file (.10); conduct case analysis to ensure compliance with all deadlines and strategic goals (.20). | 0.30 | 123.00 |
| 06/01/11 | J. Anthony | L230 | 0 | Email opposing counsel regarding mandated meet-and-confer teleconference prior to mandatory case management conference. | 0.10 | 41.00 |
| 06/06/11 | L. O'Hara | L330 | 0 | Review issues for plaintiff's deposition. | 0.50 | 287.50 |
| 06/06/11 | J. Anthony | L320 | 0 | Review plaintiff's supplemental discovery responses. | 0.80 | 328.00 |
| 06/06/11 | J. Anthony | L330 | 0 | Email with L. O'Hara regarding deposition strategy. | 0.10 | 41.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/08/11 | L. O'Hara | L120 | 0 | Review documents in preparation for plaintiff's deposition (1.60); direction to J. Anthony regarding plaintiff's supplemental responses to discovery, contacting company workers' compensation lawyer and subpoenaing plaintiff's medical records (.60). | 3.20 | 1,840.00 |
| 06/08/11 | J. Anthony | L330 | 0 | Prepare materials for depositions of plaintiff, R. Klein, H. Casas and M. Michel. | 5.80 | 2,378.00 |
| 06/08/11 | J. Anthony | L330 | 0 | Email with L. O'Hara regarding deposition strategy. | 0.10 | 41.00 |
| 06/08/11 | J. Anthony | L330 | 0 | Conference with L. O'Hara regarding preparation for depositions of Plaintiff, R. Klein, H. Casas and M. Michel. | 1.40 | 574.00 |
| 06/09/11 | J. Anthony | L330 | 0 | Prepare documents and strategy for depositions of plaintiff, R. Klein, H. Casas and M. Michel. | 5.60 | 2,296.00 |
| 06/09/11 | J. Anthony | L330 | 0 | Email with A. Foran regarding deposition strategy. | 0.10 | 41.00 |
| 06/10/11 | J. Anthony | L120 | 0 | Prepare timeline of events for future analysis. | 1.00 | 410.00 |
| 06/10/11 | J. Anthony | L230 | 0 | Telephone conference with opposing counsel to comply with California Rule of Court 3.724 requiring meet-and-confer prior to case management conference. | 0.40 | 164.00 |
| 06/10/11 | J. Anthony | L230 | 0 | Email with L. O'Hara regarding meet-and-confer with opposing counsel. | 0.10 | 41.00 |
| 06/10/11 | J. Anthony | L330 | 0 | Prepare documents and strategy for depositions of plaintiff, H. Casas, M. Michel and R. Klein. | 2.20 | 902.00 |
| 06/13/11 | J. Anthony | L120 | 0 | Conduct case analysis and assessment to ensure compliance with strategic plan and all deadlines. | 0.60 | 246.00 |
| 06/13/11 | J. Anthony | L190 | 0 | Coordinate document management. | 0.30 | 123.00 |
| 06/13/11 | J. Anthony | L190 | 0 | Compile and assimilate documents for file management. | 0.80 | 328.00 |



Invoice No. 1871616

Page 3

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/14/11 | L. O'Hara | L330 | 0 | Communicate with opposing counsel and A. Foran regarding deposition confirmation and plaintiff's purported need for an interpreter. | 0.30 | 172.50 |
| 06/15/11 | L. O'Hara | L230 | 0 | Review and revise CMC statement and communicate with J. Anthony regarding same. | 0.40 | 230.00 |
| 06/15/11 | J. Anthony | L230 | 0 | Email with L. O'Hara regarding CMC Statement. | 0.20 | 82.00 |
| 06/16/11 | L. O'Hara | L120 | 0 | Review workers' compensation deposition transcripts and other documents in preparation for plaintiff's deposition (2.60); direction to J. Anthony regarding subpenas for medical records, follow up litigation check and bankruptcy check, follow up with company workers' compensation counsel and contacting officer who allegedly took policy report (.50). | 3.10 | 1,782.50 |
| 06/16/11 | J. Anthony | L110 | 0 | Telephone conference with Irwindale Police Department regarding plaintiff's alleged report of incident at work. | 0.30 | 123.00 |
| 06/16/11 | J. Anthony | L110 | 0 | Obtain documents regarding plaintiff's background and medical records. | 0.40 | 164.00 |
| 06/16/11 | J. Anthony | L120 | 0 | Telephone conference with L. O'Hara regarding documents, deposition preparation and case strategy. | 0.70 | 287.00 |
| 06/16/11 | J. Anthony | L120 | 0 | Conduct research regarding parameters of global settlement of workers' compensation claim. | 0.30 | 123.00 |
| 06/16/11 | B. Bernstein | L110 | 0 | Litigation research on J. Velasquez for J. Anthony. | 1.00 | 180.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/17/11 | L. O'Hara | L310 | 0 | Review plaintiff's discovery responses and other case documents and prepare for plaintiff's deposition (3.70); direction to J. Anthony regarding follow up regarding workers' compensation documents and medical restrictions and incomplete documents produced by plaintiff and subpenas for plaintiff's medical records (.30). | 4.00 | 2,300.00 |
| 06/17/11 | J. Anthony | L110 | 0 | Oversee service of medical record subpoenas. | 0.20 | 82.00 |
| 06/17/11 | J. Anthony | L110 | 0 | Coordinate obtaining plaintiff's back ground investigation and medical records. | 0.80 | 328.00 |
| 06/17/11 | J. Anthony | L110 | 0 | Review information obtained in plaintiff's background check. | 1.00 | 410.00 |
| 06/17/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding status and strategy. | 0.50 | 205.00 |
| 06/17/11 | J. Anthony | L120 | 0 | Leave voicemail with Workers Compensation Counsel A. Bani regarding status and strategy. | 0.20 | 82.00 |
| 06/17/11 | J. Anthony | L120 | 0 | Email with workers' compensation counsel A. Bani regarding status and strategy. | 0.20 | 82.00 |
| 06/17/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding status and strategy. | 0.20 | 82.00 |
| 06/17/11 | J. Anthony | L320 | 0 | Telephone conference with opposing counsel regarding obtaining supplemental document production. | 0.10 | 41.00 |
| 06/17/11 | M. Halperin | L310 | 0 | Review and respond to communication from J. Anthony regarding the preparation of medical records subpoenas. | 0.10 | 28.50 |



Invoice No. 1871616

Page 5

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/17/11 | M. Halperin | L310 | 0 | Research Internet for service addresses for and preparation of notice to consumer or employee and objection, deposition subpoena for production of business records and document request for medical records from J. Donahue, MD, U.S. HealthWorks Medical Group, G. Musher, MD, D. Pechman, MD, M. Nair, MD, and I. Boyarsky, MD and arrange for service of same. | 3.80 | 1,083.00 |
| 06/18/11 | L. O'Hara | L330 | 0 | Prepare for plaintiff's deposition. | 5.20 | 2,990.00 |
| 06/18/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding status and strategy. | 0.20 | 82.00 |
| 06/19/11 | L. O'Hara | L330 | 0 | Review medical documentation regarding plaintiff's alleged work injuries and summarize work restrictions (2.30); prepare for plaintiff's deposition (4.80). | 7.10 | 4,082.50 |
| 06/19/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding status and strategy. | 0.20 | 82.00 |
| 06/19/11 | A. Zaletel | C300 | 0 | Communicate with L. O'Hara regarding California law governing disclosure of confidential medical information. | 0.20 | 93.00 |
| 06/20/11 | J. Anthony | L110 | 0 | Oversee service of medical records subpoenas. | 0.10 | 41.00 |
| 06/20/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding status and strategy. | 0.10 | 41.00 |
| 06/20/11 | J. Anthony | L320 | 0 | Email with opposing counsel regarding supplemental production of documents. | 0.10 | 41.00 |
| 06/20/11 | M. Halperin | L310 | 0 | Preparation of communication to the deposition officer providing them with copies of the six subpoenas to be served on Wednesday. | 0.10 | 28.50 |
| 06/21/11 | L. O'Hara | L190 | 0 | Prepare audit inquiry response. | 0.40 | 230.00 |
| 06/21/11 | L. O'Hara | L230 | 0 | Review revised CMC statement. | 0.10 | 57.50 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/21/11 | L. O'Hara | L330 | 0 | Communicate with A. Foran and L. Bugarin regarding deposition schedule and logistics (.30); further preparation for plaintiff's deposition (1.80). | 2.10 | 1,207.50 |
| 06/21/11 | J. Anthony | L110 | 0 | Telephone conference with L. Bugarin regarding fact investigation. | 0.20 | 82.00 |
| 06/21/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding status and strategy. | 0.40 | 164.00 |
| 06/21/11 | J. Anthony | L230 | 0 | Prepare/edit CMC Statement. | 0.40 | 164.00 |
| 06/22/11 | L. O'Hara | L330 | 0 | Prepare for deposition preparation meetings (.60); one way travel to Irwindale (1.30); and meet with M. Michel, R. Klein and H. Casas in preparation for their depositions (6.20). | 8.10 | 4,657.50 |
| 06/22/11 | J. Anthony | L110 | 0 | Email with L. O'Hara regarding findings of further fact investigation regarding past lawsuits against CCNC in advance of defending depositions. | 0.20 | 82.00 |
| 06/22/11 | J. Anthony | L110 | 0 | Email with L. Bugarin to obtain additional facts in advance of deposition on June 22, 2011. | 0.10 | 41.00 |
| 06/22/11 | J. Anthony | L110 | 0 | Email with L. O'Hara regarding further fact investigation in advance of defending depositions on June 23, 2011. | 0.10 | 41.00 |
| 06/22/11 | J. Anthony | L110 | 0 | Further email with L. Bugarin regarding fact gathering in advance of depositions. | 0.10 | 41.00 |
| 06/22/11 | J. Anthony | L110 | 0 | Review information from L. Bugarin regarding past claims against CCNC in advance of defending depositions. | 0.30 | 123.00 |
| 06/22/11 | J. Anthony | L230 | 0 | Prepare final edits to mandatory Case Management Statement for filing with Superior Court on June 23, 2011. | 0.20 | 82.00 |
| 06/22/11 | B. Bernstein | C100 | 0 | Litigation research on Lexis for J. Anthony. | 0.20 | 36.00 |
| 06/23/11 | L. O'Hara | L330 | 0 | Representation at depositions of R. Klein, H. Casas and M. Michel. | 7.50 | 4,312.50 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 06/23/11 | J. Anthony | L110 | 0 | Email with L. Bugarin regarding obtaining information in preparation for defending depositions. | 0.10 | 41.00 |
| 06/23/11 | J. Anthony | L190 | 0 | Conduct case analysis to ensure compliance with all deadlines. | 0.10 | 41.00 |
| 06/23/11 | J. Anthony | L330 | 0 | Telephone conference with L. O'Hara regarding strategy during defending deposition on 6/23/2011. | 0.10 | 41.00 |
| 06/23/11 | M. Halperin | L310 | 0 | Review the deposition officer's on-line system to ensure the subpoenas were issued. | 0.10 | 28.50 |
| 06/24/11 | L. O'Hara | L160 | 0 | Communications regarding mediation scheduling (.20); direction to J. Anthony regarding follow up with opposing counsel regarding journals and tapes (.20). | 0.40 | 230.00 |
| 06/24/11 | L. O'Hara | L330 | 0 | Prepare for representation at plaintiff's deposition. | 8.20 | 4,715.00 |
| 06/24/11 | J. Anthony | L120 | 0 | Conference with L. O'Hara regarding deposition strategy. | 0.50 | 205.00 |
| 06/24/11 | J. Anthony | L160 | 0 | Conference with L. O'Hara regarding mediation. | 0.10 | 41.00 |
| 06/24/11 | J. Anthony | L330 | 0 | Attend deposition of plaintiff. | 2.80 | 1,148.00 |
| 06/24/11 | J. Anthony | L350 | 0 | Conduct case analysis regarding possible motion to compel documents. | 0.30 | 123.00 |
| 06/24/11 | J. Anthony | L350 | 0 | Review past correspondence and document requests to obtain documents Plaintiff disclosed he possessed during his deposition but previously indicated in discovery responses he did not have. | 0.30 | 123.00 |
| 06/25/11 | L. O'Hara | L160 | 0 | Communicate with client and mediator regarding scheduling mediation. | 0.20 | 115.00 |
| 06/25/11 | J. Anthony | L160 | 0 | Email with L. O'Hara and mediator L. Krakow regarding mediation. | 0.10 | 41.00 |
| 06/27/11 | J. Anthony | L160 | 0 | Telephone conference with opposing counsel regarding mediation. | 0.10 | 41.00 |


**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

Invoice No. 1871616

Page 8

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/27/11 | J. Anthony | L190 | 0 | Oversee providing plaintiff's former medical care providers with plaintiff's release of medical information form. | 0.20 | 82.00 |
| 06/27/11 | J. Anthony | L230 | 0 | Receive and review plaintiff's CMC statement. | 0.20 | 82.00 |
| 06/29/11 | J. Anthony | L160 | 0 | Email with L. O'Hara regarding mediation. | 0.10 | 41.00 |
| 06/29/11 | J. Anthony | L160 | 0 | Email with opposing counsel regarding mediation. | 0.10 | 41.00 |
| 06/29/11 | J. Anthony | L310 | 0 | Email with M. Halperin, Paralegal, to obtain plaintiff's medical records. | 0.10 | 41.00 |
| 06/29/11 | M. Halperin | L310 | 0 | Review and respond to communication from J. Anthony regarding our receipt of an Authorization signed by the plaintiff for the release of his medical records. | 0.10 | 28.50 |
| 06/29/11 | M. Halperin | L310 | 0 | Preparation of communication to the deposition officer providing an electronic copy of the authorization to release records signed by the plaintiff and instructions regarding same. | 0.10 | 28.50 |
| 06/30/11 | L. O'Hara | L310 | 0 | Communicate with J. Anthony regarding his meet and confer with opposing counsel regarding journals and tapes. | 0.10 | 57.50 |
| 06/30/11 | J. Anthony | L310 | 0 | Email with L. O'Hara regarding case status including discovery issues with plaintiff. | 0.10 | 41.00 |
| 06/30/11 | J. Anthony | L310 | 0 | Email with opposing counsel regarding documents disclosed during plaintiff's deposition. | 0.10 | 41.00 |

| | | |
|---|---|---|
| **Total Hours** | 89.50 | |
| **Total Fees** | | $44,291.00 |
| **Less Discount** | | ($4,429.10) |
| **Total Fees After Discount** | | $39,861.90 |



Los Angeles Times (Sherman)

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 50.90 | hours at | $575.00 | per hour |
| J. Anthony | Associate | - | 32.90 | hours at | $410.00 | per hour |
| M. Halperin | Paralegal | - | 4.30 | hours at | $285.00 | per hour |
| B. Bernstein | Librarian | - | 1.20 | hours at | $180.00 | per hour |
| A. Zaletel | Partner | - | 0.20 | hours at | $465.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 228.00 |
| Long Distance Telephone | 3.15 |
| Online Research | 250.98 |
| **Total Disbursements** | 482.13 |
| **Total Amount Due** | $40,344.03 |


**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1871616
0276 33175 / 33175-000025
Jose Luis Velazquez v. California Community News
Corporation; Case No. KC060599

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $44,291.00 |
| Less Discount | ($4,429.10) |
| Total Fees after Discount | $39,861.90 |
| Total Disbursements | 482.13 |
| Total Fees and Disbursements This Statement | $40,344.03 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Invoice No. 1871932
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through June 30, 2011

### Country Club Matter 0000001901

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/06/11 | S. Carlson | L120 | 0 | Preparation for conference call with client regarding preservation issues. | 0.70 | 399.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.70 | |
| **Total Fees** | | $399.00 |
| **Less Discount** | | ($39.90) |
| **Total Fees After Discount** | | $359.10 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| S. Carlson | Partner | - | 0.70 | hours at | $570.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1871932

Page 2

Los Angeles Times

**Total Disbursements**                                          0.00

**Total Amount Due**                                          $359.10



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 11, 2011

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA 90012

Invoice No. 1871932
0276 17832 / 17832-000034
Country Club Matter 0000001901

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $399.00 |
| Less Discount | ($39.90) |
| Total Fees after Discount | $359.10 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $359.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |