# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

jaaron@shearman.com  August 17, 2011
212-848-4450

<u>Via U.S. Mail</u>

United States Bankruptcy Court-District of Delaware
824 North Market Street 3rd Floor
Wilmington, Delaware 19801
Attn: Clerk's Office

**Re: In re Tribune Company, *et al.*, Case No. 08-13141; Adv. Pro. No. 10-54010**

To Whom It May Concern:

Please take notice that our firm is no longer involved in the above referenced proceeding. I respectfully request that Lindi L. Beaudreault and I be removed from any and all service and mailing lists. Thank you for your attention to this matter.

Respectfully submitted,

Jaculin Aaron

*/s/ Jaculin Aaron*

cc: Adam G. Landis, Esq.
    Landis, Rath, & Cobb, LLP
    (by U.S. mail)

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MILAN | MUNICH | NEW YORK
PALO ALTO | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

NYDOCS04/536618.1