STATE OF NEW YORK
DEPARTMENT OF LABOR
Unemployment Insurance Division
Governor W. Averell Harriman State Office Building Campus
Building 12, Room 256
Albany, New York 12240

DATED: 08/17/11

ARRANGEMENT #08-13187

EMPLOYER REG. NO.: 45-48020 1

## LIQUIDATED ADMINISTRATIVE EXPENSE
## CLAIM FOR UNEMPLOYMENT INSURANCE

CLERK OF THE COURT
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET ST.
WILMINGTON, DE. 19801-0000

IN THE MATTER OF:
LOS ANGELES TIMES NEWSPAPERS, INC.

Debbie Anziano is an agent of the New York State Department of Labor, Unemployment Insurance Division, and is authorized to make this claim on behalf of the Commissioner of Labor of the State of New York pursuant to Article 18 of the Labor Law of the State of New York.

The debtor is liable to the New York State Department of Labor in the sum of $326.35 representing unpaid unemployment insurance taxes.

| PERIOD FROM/TO | A/E | Contributions | Section 581D Assessment | Accrued Interest | Posted Interest | Penalty |
|---|---|---|---|---|---|---|
| 10/01/09-09/30/10 | A | | $326.35 | | | |
| | | Total: | | $326.35 | | |

A - Actual Returns Filed    E - Estimated, no return filed

No part of this debt has been paid.  There are no set-offs or counterclaims.

All contributions set forth in the Administrative Expense Claim arose subsequent to the date of petition to wit 12/08/08

All checks in satisfaction of this claim should be made payable to NYS Unemployment Insurance and forwarded to the NYS Department of Labor, Insolvency Unit, at the address indicated above.

Commissioner of Labor

Indicate Acknowledgement Date

By: Debbie Anziano
Tax Compliance Agent 2
Unemployment Insurance Division

Claim Number Assigned _____

Telephone (518) 457-1738                    debbie.anziano@labor.state.ny.us                    Fax (518) 457-3256

IA37.1AEC (9-01)