**EXHIBIT A**



## Three Year Preferred Pricing Plan for DNBI Order for D&B Risk Management Solutions (11-05)

This Order is subject to the Terms and Conditions set forth below in addition to the existing D&B Master Agreement between Customer and D&B. Customer, by signing below, acknowledges receipt of the D&B Product & Service Pricing Guide. Notwithstanding anything to the contrary contained in the Master Agreement, this Order constitutes a binding commitment for the term of this Order, and neither party may terminate this Order for convenience.

Effective Date        JANUARY 1,
                      2006

**Terms and Conditions**

1. The term of this Order is 3 years from the Effective Date ("Initial Term"). Each 12 month period beginning on the Effective Date is referred to herein as a "Contract Year." After this Initial Term, this Order shall automatically renew for successive three (3) year periods (each 3 year period a "Renewal Term"), unless either party gives the other written notice of its intent not to renew at least 30 days prior to the end of the Initial Term or any subsequent Renewal Term. Such written notice may take the form of an email from a party's authorized representative sent from such representative's corporate e-mail address.

2. In consideration of Customer's payment of the fee for each Contract Year as set forth below ("PPP Fee"), Customer shall have unlimited access to all products and services listed on attached Appendix A ("Included Services"), subject to usage limits on selected products and services included within the Included Services (which limits are referred to as "Product Usage Limits"), determined by reference to the applicable pricing and band discount set forth below. In addition, Customer shall have unlimited access to the products and services listed on attached Appendix B ("RMS Transitional Products") for the first 90 days of Contract Year 1 of the Initial term, after which, Customer's access to such RMS Transitional Products shall automatically terminate.

3. Any use of Included Services in excess of the applicable Product Usage Limits during a particular Contract Year shall be billed to Customer at the above referenced pricing, including applicable band discount.

4. The use of Included Services under this Agreement applies to Customer as it exists today, and may be used only to support Customer's U.S. business, and may be used by Customer's U.S. divisions and wholly owned subsidiaries that are identified on a "Schedule of Affiliates" attached hereto and executed by the parties and that are not currently eligible to receive Included Services under an existing agreement with D&B ("Included Entities"), to support their respective U.S. businesses; provided Customer is liable for such Included Entities' compliance with this Order and Master Agreement. Any change to Customer via merger or acquisition (including the acquisition of a portfolio), shall require a written addendum between D&B and Customer to reflect such change, which addendum shall include the applicable revised PPP Fee schedule. Future acquisitions by Customer of, or future acquisitions of Customer by, companies with a D&B credit information contract ("Acquired/Acquiring Companies") shall not be included in this Order. Acquired/Acquiring Companies shall continue to receive D&B services pursuant to the terms and conditions of the respective D&B credit information contract ("Credit Contract") and shall not be included as an Included Entity under this Order, until the expiration of such Credit Contract and the execution of an addendum to this Order as referenced above.

5. Any use of Included Services by Customer's affiliates other than Included Entities shall be the subject of a separate, mutually agreed amendment to this Order; and Customer's use of D&B products and services other than Included Services, if any, shall be the subject of separate Orders executed by the parties, each of which shall be subject to, and incorporate by reference therein, the terms of the Master Agreement.

| PPP Fee | Band Discount: 0 | Product Usage Limits (per Contract Year) |
|---|---|---|
| Contract Year 1: $80,702. | | |
| Contract Year 2: $118,439. | Applicable Pricing: | |
| Contract Year 3: $131,467. | D&B's published pricing for 2006 | International Reports Fee    15% of PPP |

*handwritten left margin:* # 600K pulled in 2009

*handwritten right margin:* 1yr - 20% 15yr - 43% ... 1yr - 20% 15yr - 43%

1. The PPP Fee for any Contract Year during the Renewal Term shall be equal to (a) 112% of the PPP Fee for the immediately preceding Contract Year.

2. Any unused amounts of PPP Fee may not be carried over to subsequent Contract Years.

3. In the event Customer elects not to renew this Order as permitted above, Customer may continue to access Included Services for up to 60 days after the expiration of the applicable term, provided that Customer will pay D&B's then current published pricing (subject to Customer's band discount set forth herein) for such Included Services for the sixty day period following the expiration date.

Feb. 3. 2006 11:27AM
Jan-30-06   04:02pm   From-Chicago Tribune                3122220260        No.6324   P. 2
                                                                           1-610  P.002/000  F-600

---

Payment Terms:  Due upon Receipt of Invoice

---

**AGREED TO BY:**

| DUN & BRADSTREET, INC. | CUSTOMER |
|---|---|
| APPROVED: | COMPANY NAME: TRIBUNE COMPANY |
| AUTHORIZED SIGNATURE: _Steve Sullivan_ | AUTHORIZED SIGNATURE: _Mark Stepuszek_ |
| NAME (PLEASE PRINT): STEVE SULLIVAN | NAME (PLEASE PRINT): Mark Stepuszek |
| TITLE: AVP-GMC MIDWEST | TITLE: Credit Mgr. |
| DATE: 1/30/06 | DATE: 1/30/2006 |

---

**CUSTOMER STREET ADDRESS:**

COMPANY NAME: TRIBUNE COMPANY
ADDRESS: 435 N. MICHIGAN AVE. 3RD FLOOR
CITY: CHICAGO                STATE: IL                ZIP: 60611
ATTENTION: MARK STEPUSZEK
TELEPHONE #: 312-222-3670                FAX #: 312-222-2599
D&B D-U-N-S #: 04-630-4367        E-MAIL: _____        PURCHASE ORDER #: _____
SUBSCRIBER #: 023-000004

**CUSTOMER BILL TO ADDRESS:** —

COMPANY NAME: TRIBUNE COMPANY
ADDRESS*: 435 N. MICHIGAN AVE. 3RD FLOOR
CITY: CHICAGO                STATE: IL                ZIP: 60611
ATTENTION: MARK STEPUSZEK
RM NAME: DAVE MLSNA                RM #: 101680        CENTER #: 3124
RM TELEPHONE #: 630-717-2031                EXT: _____        E-MAIL: MLSNAD@DNB.COM
RM FAX 866-725-3657

N 2%

*Attach usage address, if different (Attach Schedule of Affiliates for participating points.)

Bill as followed

① Tribune Company              $ 64,869.00
② Morning Call                 $  9,730.00
③ Newsday                      $  3,780.00
④ Baltimore Sun                $ 10,800.00
⑤ Hartford Current             $ 14,850.00
⑥ Tribune Media Services       $ 10,800.00
⑦ WGN TV                       $  1,630.00
⑧ Tribune Direct               $  2,000.00
                               $118,439

RMS 3 YR PPP DNBI (11-05)                        11/21/05
                                                 Page 2 of 4

Feb. 3. 2006 11:27AM
Jan-30-06   04:03pm   From-Chicago Tribune                    3122220256          No. 6324  P. 3   F-600
                                                                                 I-219  r.004/000  3  F-600

## Appendix A

### Included Services

| DNBI Service | International Reports (subject to usage limit; excludes Country Risk) |
|---|---|
| RMS Data Integration Packets (excludes Patriot Act) | Public Records |
| DunsLink Standard Packets | Standard Investigations (other than priority) |
| Global DecisionMaker Reports | SBRI Reports *(for SBRI participants only)* |

Note: Small Business Risk Account Score (SBRAS) and Small Business Risk Portfolio Score (SBRPS) are not included in your PPP for DNBI Fee.

Feb. 3. 2006 11:28AM
Jan-30-06   04:03pm   From-Chicago Tribune                    3122220288              No.6324   P. 4

## Appendix B

### RMS Transitional Products

| | |
|---|---|
| Business Background Report | dnb.com Custom Reports |
| Business Information Report | DUNS Financial Profile |
| Commercial Credit Score Report | Financial Stress Score Report |
| Comprehensive Report | Payment Analysis Report |
| Credit Check Report | Report Refresh Service |
| D&B ID and Rating Lookup | |

*Includes all report sections in the following categories: Identification & Summary, Payment Information, Credit Profiles, Public Filings, Financial and Banking Information, History & Operations and Special Events.

Feb. 3. 2006 11:28AM    No.6324   P. 5



Schedule For Site#023-000004

## SCHEDULE OF LOCATIONS

### SCHEDULE OF LOCATIONS OF SERVICE & CUSTOMER RELATED COMPANIES

To be attached to the Master Agreement or Order Form

| | |
|---|---|
| DUNS # | 00-516-7542 |
| COMPANY NAME | Tribune Company |
| SUB # | 023-000004 |
| SIGNER | Mr Mark Sluywczek |
| SIGNER TITLE | Credit Manager |
| LATEST OPTION / STATUS / Effective / Active | |

| TOTAL COMMITMENT | $111,438.00 |
|---|---|
| Down Prairing | |
| Mnly Download | |

**X DNBi Plan**

**NUMBER OF LOCATIONS** 110

Information, Software and other Services provided pursuant to the Master Agreement may also be made available to U.S. companies that are subsidiaries, divisions or affiliates, wholly-owned or controlled by Customer and that are identified on this Schedule as Customer-Related Companies ("Customer-Related Companies"). Such Customer-Related Companies will be bound by the same obligations as Customer under the Master Agreement. Customer is responsible and shall remain liable for all uses of the Software and information derived from the Master Agreement. Customer represents and warrants that no such Customer-Related Company is or intends to engage in Services and are compatible to any Service offered by DnB, that Customer has authority to bind the Customer-Related Companies to the Master Agreement and Customer guarantee their performance of the Master Agreement.

For the purposes of determining the Customer-Related Companies' obligations to DNB and the limitations on their rights regarding DNB, the Customer-Related Companies listed in this Schedule are included in the definition of "Customer" as that term is used in the Master Agreement, except Customer-Related Companies shall not have the authority to execute Orders, renew, make payments, terminate, amend, or modify, the Master Agreement.

### DUN & BRADSTREET

Signature:
Print Name: STEVE SULLIVAN
Title: AVI-GMS MIDWEST
Date: 12/31/06

### CUSTOMER

Signature:
Print Name: Mark Stefancic
Title: Credit Mgr.
Date: 1/31/2006

Note: Hold the Alt Key down and hit Enter to Carriage Return within a Cell

| COMPANY NAME MAILING ADDRESS | IMAGE TO ADDRESS | CONTACT NAME |
|---|---|---|
| Tribune Company | Tribune Company | |
| 435 N Michigan Ave 3rd FL | 435 N Michigan Ave 3rd FL | Attn: Mark Sluywczek |
| Chicago, IL 60611-4000 | Chicago, IL 60611-4000 | Tel#: 312-222-3670 |
| Attn: Mark Sluywczek | Attn: Mark Sluywczek | |
| Tel#: 312-222-3670 | Tel#: 312-222-3670 | |

**EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF RICHARD STONE, DIRECTOR AT
## ALVAREZ & MARSAL NORTH AMERICA, LLC

I, RICHARD STONE, declare under penalty of perjury pursuant to 28 U.S.C.

§ 1746 as follows:

　　　1.　　　I am a Director at Alvarez & Marsal North America, LLC ("A&M"), a

limited liability corporation.  A&M was retained by the above-captioned debtors and debtors in

possession (collectively, the "Debtors") to advise them in connection with their restructuring

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

with the approval of this Court on February 11, 2009. I am generally familiar with the work performed by A&M for the Debtors and am competent to testify to the facts set forth herein. I have over ten (10) years of financial restructuring and bankruptcy experience and have been working with the Debtors since November 2008. A&M is a leading independent global professional services firm with significant experience in advising debtors in complex bankruptcy cases, including its current retention in the Lehman Brothers bankruptcy.

2.      I am familiar with the Debtors' books and records, including the payments made and transactions entered into by the Debtors during the Payment Period (as defined herein). I also am familiar with the Debtors' businesses and invoicing and vouchering process. If called as a witness, I would testify competently to the facts herein.

3.      On behalf of the Debtors, A&M has undertaken a comprehensive review of the payments made to Dun & Bradstreet ("D&B") in connection with the Contract[2] during 2009 (the "Payment Period") and has compiled the chart attached hereto as Exhibit A (the "Payment Chart"), which sets forth the dates that Tribune Company ("Tribune") was invoiced for D&B's services under the Contract during 2009 and the dates on which Tribune paid those invoices.

I.  **2009 Invoices**

4.      The Payment Chart lists March 24, 2009, as the date on which Tribune was invoiced for the bulk of the payments due under the Contract. Prior to March 24, 2009, D&B had invoiced the wrong Debtor-entity for the services provided under the Contract, and Tribune, pursuant to its invoicing and vouchering approval process, was unable to process the invoices for payment. Tribune contacted D&B to address the incorrect invoices and D&B issued

---

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in Debtor Tribune Company's Reply to the Response of Dun & Bradstreet to the Debtors' Forty-Fifth Omnibus Objection (Substantive) to Certain Claims.

new, cumulative invoices for amounts due under the Contract on March 24, 2009 (the "March Invoices"). A true and accurate copy of the March Invoices are attached hereto as Exhibit B. As set forth in the Payment Chart, Tribune paid the outstanding invoices for the Contract between April 29, 2009, and June 19, 2009.

5.     Based on my review of Tribune's books and records and my work with Tribune during 2009, it is my understanding that D&B did not demand at any time during 2009 payment of a higher, overrun rate because Tribune did not pay the installments under the Contract on January 1, 2009, February 1, 2009, and March 1, 2009, respectively.

**II. 2010 Invoices**

6.     Tribune was improperly invoiced in 2010 in the same manner. In 2010, D&B invoiced the wrong Debtor-entity for the services provided under the Contract, and Tribune, pursuant to its invoicing and vouchering approval process, was unable to process the invoices for payment. Tribune contacted D&B to address the incorrect invoices and D&B issued new, cumulative invoices for amounts due under the Contract on March 17, 2010 (the "2010 Invoices"). A true and accurate copy of the 2010 Invoices is attached to the Response as Exhibit D. Tribune was unable to pay any invoices in 2010 until it received the corrected 2010 Invoices in March. A true and accurate copy of the cover email to the 2010 Invoices received from D&B is attached hereto as Exhibit C. However, because Tribune was in the process of rejecting the Contract, Tribune did not pay the 2010 Invoices.

7.     Based on my review of Tribune's books and records and my work with Tribune during 2010, it is my understanding that D&B did not demand at any time during 2010 payment of a higher, overrun rate because Tribune did not pay the installments under the Contract on January 1, 2010, February 1, 2010, and March 1, 2010, respectively.

### III. Calculation of Administrative Expense Claim

8.       In connection with the Debtors' claims resolution process, A&M calculated the amount owed to D&B for services rendered postpetition.  A true and accurate copy of A&M's calculation of D&B's administrative claim is attached hereto as Exhibit D (the "Damage Calculation").  In the Damage Calculation, A&M reduced D&B's claim to a pro rata share of the annual unlimited usage rate set forth in the Contract from January 1, 2010 through May 14, 2010, to reflect the value conferred on Tribune's estates from D&B's services.  In addition, certain of the Debtors' employees inadvertently used D&B's services under the Contract after the date the Contract was rejected.  Such post-rejection use was minor and the Damage Calculation assumes that Tribune will pay the costs assessed for such usage by D&B.  All told, A&M has calculated the total amount of D&B's administrative expense claim at $73,034.16.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed this 22nd day of August, 2011

Richard Stone
Director
Alvarez & Marsal North America, LLC

5

**EXHIBIT A**

**Tribune Company**
**2009 Dun & Bradstreet Payments**

| Invoice | Invoice Date | Amount Due | BU | Voucher | Vendor ID | Amt Paid | Pmt Date | Entered A/P |
|---|---|---|---|---|---|---|---|---|
| 9444760-lC | 3/24/2009 | $ 9,265.68 | 17000 | 11046854 | 000013446 | $ 9,265.68 | 5/1/2009 | 3/31/2009 |
| 9444760-1D | 3/24/2009 | 2,231.71 | 21030 | 00021008 | 0000013446 | 2,231.71 | 4/30/2009 | 3/27/2009 |
| 9444760-1E | 3/24/2009 | 2,752.44 | 11050 | A2335860 | 000003200 | 2,752.44 | 4/29/2009 | 4/21/2009 |
| 9444760-1A | 3/24/2009 | 11,944.53 | 35000 | 11048396 | 000003200 | 11,944.53 | 5/1/2009 | 4/2/2009 |
| 9444760-1B | 3/24/2009 | 20,432.56 | 15001 | 11051984 | 000003200 | 20,432.56 | 5/1/2009 | 4/13/2009 |
| 9444760-01 | 3/24/2009 | 118,285.27 | 90040 | 11051594 | 000003200 | 39,428.42 | 5/1/2009 | 4/10/2009 |
| 9444760-02 | 2/1/2009 | 78,856.85 | 90040 | 11081259 | 000003200 | 78,856.85 | 6/19/2009 | 6/18/2009 |
| | | | | | | $ 164,912.19 | | |

**EXHIBIT B**

Print Document

*Vendor ID*
*0000013446*
*paid 5/1/09*

*Enter A/P on*
*3/31/09*

*17000/I1046854*

**D&B**
Decide with Confidence

| ACCOUNT # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3141-0230007354 | 11-867-1486 | 9444760-1C | 03/24/2009 | $9,265.68 | |

TRIBUNE MEDIA SERVICES
MARY WOOD   *Requestor.*
435 N MICHIGAN AVE
STE 1500
CHICAGO        IL        60611-0000

TO INSURE PROPER CREDIT - Please return this portion with payment. Also be sure to include your account number on check.

MAIL YOUR REMITTANCE TO:   *Psd A Vendor #: 13446*
*Add. Seq #2*

**D&B**
Decide with Confidence

P.O. Box 75434
Chicago IL 60675-5434

FOR INTERNAL USE
ORG Subscriber #:   023000004    Offer #:   007575737
Sales Rep:   DAVID WALLACE / 117737

The above address is for payment of bills only.
For payment matters call: RECEIVABLE SERVICES at Tel (800)872-4224
For all other matters call: CUSTOMER SERVICE at Tel (800)234-3867

D&B FED ID# 22-3582368

**D&B**
Decide with Confidence

## INVOICE

MAIL YOUR REMITTANCE TO:
Dun & Bradstreet
P.O. Box 75434
Chicago, IL 60675-5434

The above address is for payment of bills only.
For payment matters call: RECEIVABLE SERVICES at Tel (800)872-4324
For all other matters call: CUSTOMER SERVICE at Tel (800)234-3867

| SUBSCRIBER # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3141-0230007354 | 11-867-1486 | 9444760-1 | 03/24/2009 | $9,265.68 | |

| Description | | | Payable Amount |
|---|---|---|---|
| SUBSCRIPTION FEE* | $9,265.68 | | $9,265.68 |
| ADDITIONAL PRODUCT COMMITMENT | $0.00 | | |
| ADVANCE SALES TAX DEPOSIT | $0.00 | | |
| TOTAL ANNUAL SERVICE AMOUNT | $9,265.68 | | |
| | | | |
| INSTALLMENT 1 DUE ON 01/01/2009 | $3,088.56 | | |
| INSTALLMENT 2 DUE ON 02/01/2009 | $3,088.56 | | |
| INSTALLMENT 3 DUE ON 03/01/2009 | $3,088.56 | | |

| Pay Current Amount Due | | |
|---|---|---|
| Or | | |
| Pay Total Amount Due | | $9,265.68 |
| | AMOUNT DUE | $9,265.68 |

OFFER SIGNED BY:        MARK STEPUSZEK

**PAYMENT DUE UPON RECEIPT**

*17000 - 763 200 - 92330*

*Thank you* for doing business
with **Dun & Bradstreet**

*In Chicago 3/25/01*

Please retain this portion for your records

Print Document                                                                Page 1 of 1

**D&B**
Decide with Confidence

*[handwritten]* vendor ID
00000 12446
paid 4/30/09

*[handwritten]* entered A/p · 3/27/09

*[handwritten]* 21030/21008

| ACCOUNT # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3141-023043132 | 00-693-3121 | 9444760-1D | 03/24/2009 | $2,231.71 | |

WGN TV
BARBARA WILSON
2501 W BRADLEY PLACE

CHICAGO          IL          60618-0000

FOR INTERNAL USE

TO INSURE PROPER CREDIT - Please return this portion with payment. Also be sure to include your account number on check.
MAIL YOUR REMITTANCE TO:

**D&B**
Decide with Confidence

P.O. Box 75434
Chicago IL 60675-5434

The above address is for payment of bills only.
For payment matters call: RECEIVABLE SERVICES at Tel (800)872-4324
For all other matters call: CUSTOMER SERVICE at Tel (800)234-3867

ORG Subscriber #:  023000004    Offer#:  007575737
Sales Rep:          DAVID WALLACE / 117737

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

D&B FED ID# 22-3582360

**D&B**
Decide with Confidence

**INVOICE**

MAIL YOUR REMITTANCE TO:
Dun & Bradstreet
P.O. Box 75434
Chicago, IL 60675-5434

The above address is for payment of bills only.
For payment matters call: RECEIVABLE SERVICES at Tel (800)872-4324
For all other matters call: CUSTOMER SERVICE at Tel (800)234-3867

| SUBSCRIBER # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3141-023043132 | 00-693-3121 | 9444760-1 | 03/24/2009 | $2,231.71 | |

| Description | | Payable Amount |
|---|---|---|
| | | $2,231.71 |
| SUBSCRIPTION FEE* | $2,231.71 | |
| ADDITIONAL PRODUCT COMMITMENT | $0.00 | |
| ADVANCE SALES TAX DEPOSIT | $0.00 | |
| TOTAL ANNUAL SERVICE AMOUNT | $2,231.71 | |
| | | |
| INSTALLMENT 1 DUE ON 01/01/2009 | $743.90 | |
| INSTALLMENT 2 DUE ON 02/01/2009 | $743.90 | |
| INSTALLMENT 3 DUE ON 03/01/2009 | $743.91 | |

*[stamp]*
FSC – ACCOUNT
MAR 2 6 2009
PAYABLE

*[handwritten]* Vendor # 13446 -2

*[handwritten]* 21030 - 696000- 90330

*[signature]* Encha Janene
Erland Jeune - Garcia

| Pay Current Amount Due Or Pay Total Amount Due | | |
|---|---|---|
| | | $2,231.71 |
| | AMOUNT DUE | $2,231.71 |

OFFER SIGNED BY:        MARK STEPUSZEK                    PAYMENT DUE UPON RECEIPT

*Thank you* for doing business
with **Dun & Bradstreet**

Please retain this portion for your records

Print Document

**D&B**
Decide with Confidence

*paid 4/25/09*  ·  Vendor #P  6600000 3200  (S)  1105D  —A2335860  *entered A/P  4/21/07*

| ACCOUNT # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3141-023000004 | 00-516-1542 | 94444760-1E | 03/24/2009 | $2,752.44 | |

TRIBUNE DIRECT
JUDY FABIAN
505 NORTHWEST AVE

MELROSE PARK    IL    60164-0000

FOR INTERNAL USE

ORG Subscriber #:  023000004    Offer #:    007575737
Sales Rep:    DAVID WALLACE / 117737

**TO INSURE PROPER CREDIT** - Please return this portion with payment. Also be sure to include your account number on check.
MAIL YOUR REMITTANCE TO:

**D&B**
Decide with Confidence
P.O. Box 75434
Chicago IL 60675-5434

ACCOUNTS
MAR 30 2009
PAYABLE

The above address is for payment of bills only.
For payment matters call: RECEIVABLE SERVICES at Tel (800)879-2548
For all other matters call: CUSTOMER SERVICE at Tel (800)234-3867

---

D&B FED ID# 22-3582360

**D&B**
Decide with Confidence

**INVOICE**

MAIL YOUR REMITTANCE TO:

**Dun & Bradstreet**
P.O. Box 75434
Chicago, IL 60675-5434

The above address is for payment of bills only.
For payment matters call: RECEIVABLE SERVICES at Tel(800)879-4324
For all other matters call: CUSTOMER SERVICE at Tel (800)234-3867

| SUBSCRIBER # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3141-023000004 | 00-516-1542 | 94444760-1 | 03/24/2009 | $2,752.44 | |

| Description | | Payable Amount |
|---|---|---|
| SUBSCRIPTION FEE* | $2,752.44 | $2,752.44 |
| ADDITIONAL PRODUCT COMMITMENT | $0.00 | |
| ADVANCE SALES TAX DEPOSIT | $0.00 | |
| TOTAL ANNUAL SERVICE AMOUNT | $2,752.44 | |
| | | |
| INSTALLMENT 1 DUE ON 01/01/2009 | $917.48 | |
| INSTALLMENT 2 DUE ON 02/01/2009 | $917.48 | |
| INSTALLMENT 3 DUE ON 03/01/2009 | $917.48 | |

P.O.#_____ JOB #_____
BILLED AMT._____ % MARKUP_____
☐ CAPITAL
GL# 1105D-696000-80330 ☐ EXPENSE

AUTHORIZED SIGNATURE  *Robert P Dole*
*4/21/2009*

| Pay Current Amount Due Or Pay Total Amount Due | | $2,752.44 |
|---|---|---|
| | AMOUNT DUE | $2,752.44 |

OFFER SIGNED BY:    MARK STEPUSZEK    PAYMENT DUE UPON RECEIPT

*Thank you* for doing business
with **Dun & Bradstreet**

Please retain this portion for your records

Print Document

03/27/2009 FRI 2:41 FAX 610 820 6650 Morning Call - Finance          ☑006/013

*Vendor ID*     *35000/I1048396*
*0000003200*     *entered A/P 4/2/09*



**D&B**
Decide with Confidence

| ACCOUNT # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3141-004018181 | 00-239-4666 | 9444780-1A | 03/24/2009 | $11,944.53 | |

THE MORNING CALL INC
*GLENN W ADAMS - REO*
101 N 6TH ST
*BU - 35000*
ALLENTOWN    PA    18101-0000

FOR INTERNAL USE

ORG Subscriber #: 023000004   Offer#: 007575737
Sales Rep:    DAVID WALLACE / 117737

TO INSURE PROPER CREDIT - Please return this portion with payment. Also be sure to include your account number on check.

**MAIL YOUR REMITTANCE TO:**

**D&B**
Decide with Confidence

P.O. Box 75434
Chicago IL 60675-5434

The above address is for payment of bills only.
For payment matters call: RECEIVABLE SERVICES at Tel (800)872-4324
For all other matters call: CUSTOMER SERVICE at Tel (800)234-3867

---

D&B FED ID# 22-3582360

**D&B**
Decide with Confidence

# INVOICE

MAIL YOUR REMITTANCE TO:

Dun & Bradstreet
P.O. Box 75434
Chicago, IL 60675-5434

The above address is for payment of bills only.
For payment matters call: RECEIVABLE SERVICES at Tel(800)872-4324
For all other matters call: CUSTOMER SERVICE at Tel (800)234-3867

| SUBSCRIBER # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3141-004018181 | 00-239-4666 | 9444780-1 | 03/24/2009 | $11,944.53 | |

| Description | | Payable Amount |
|---|---|---|
| SUBSCRIPTION FEE* | $11,944.53 | $11,944.53 |
| ADDITIONAL PRODUCT COMMITMENT | $0.00 | |
| ADVANCE SALES TAX DEPOSIT | $0.00 | |
| TOTAL ANNUAL SERVICE AMOUNT | $11,944.53 | |
| | | |
| INSTALLMENT 1 DUE ON 01/01/2009 | $3,981.51 | |
| INSTALLMENT 2 DUE ON 02/01/2009 | $3,981.51 | |
| INSTALLMENT 3 DUE ON 03/01/2009 | $3,981.51 | |

*35000 - 106660 - 81500*
*35000 - 706700 - 80320*

| Pay Current Amount Due | | |
|---|---|---|
| Or | | |
| Pay Total Amount Due | | $11,944.53 |
| | AMOUNT DUE | $11,944.53 |

OFFER SIGNED BY:     MARK STEPUSZEK        PAYMENT DUE UPON RECEIPT

*Thank you* for doing business
with Dun & Bradstreet

Please retain this portion for your records



Print Document                                                                    Page 1 of 1



Vendor ID
0 000003200

90040/I 1051594
entered A/P 4/10/09

| ACCOUNT # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3141-023000004 | 00-516-1542 | 9444760-01 | 03/24/2009 | $118,285.27 | |

TRIBUNE COMPANY
MARK STEPUSZEK
435 N MICHIGAN AVE FL 3

CHICAGO          IL        60611-4026

PSC
90040

**TO INSURE PROPER CREDIT** - Please return this portion with payment. Also be sure to include your account number on check.

**MAIL YOUR REMITTANCE TO:**

Decide with Confidence

P.O. Box 75434
Chicago IL 60675-5434

FOR INTERNAL USE

ORG Subscriber #:   023000004       Offer#:      007575737
Sales Rep:          DAVID WALLACE / 117737

The above address is for payment of bills only.
For payment matters call: RECEIVABLE SERVICES at Tel (800)872-4324
For all other matters call: CUSTOMER SERVICE at Tel (800)234-3867

---

D&B FED ID# 22-3582360

**MAIL YOUR REMITTANCE TO:**

# INVOICE

Decide with Confidence

Dun & Bradstreet
P.O. Box 75434
Chicago, IL 60675-5434

The above address is for payment of bills only.
For payment matters call: RECEIVABLE SERVICES at Tel (800)872-4324
For all other matters call: CUSTOMER SERVICE at Tel (800)234-3867

| SUBSCRIBER # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3141-023000004 | 00-516-1542 | 9444760-01 | 03/24/2009 | $118,285.27 | |

| Description | | Payable Amount |
|---|---|---|
| SUBSCRIPTION FEE* | $118,285.27 | $118,285.27 |
| ADDITIONAL PRODUCT COMMITMENT | $0.00 | |
| ADVANCE SALES TAX DEPOSIT | $0.00 | |
| TOTAL ANNUAL SERVICE AMOUNT | $118,285.27 | |
| INSTALLMENT 1 DUE ON 01/01/2009 | $39,428.42 | |
| INSTALLMENT 2 DUE ON 02/01/2009 | $39,428.42 | |
| INSTALLMENT 3 DUE ON 03/01/2009 | $39,428.43 | |

39,428.43

Mark Stepuszek
3-27-09

| Pay Current Amount Due | | |
|---|---|---|
| Or | | |
| Pay Total Amount Due | | $118,285.27 |
| | AMOUNT DUE | $118,285.27 |

OFFER SIGNED BY:        MARK STEPUSZEK                        **PAYMENT DUE UPON RECEIPT**

*Thank you* for doing business
with **Dun & Bradstreet**

Please retain this portion for your records

Print Document

*Vader ID*
*0000003200*

*90040/I|081259*

*entered A/P 6/18/09*

**D&B**
Decide with Confidence

| ACCOUNT # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|-----------|--------|-----------|--------------|------------|------------------|
| 3141-023000004 | 00-516-1542 | 9444760-02 | 02/01/2009 | $78,856.85 | |

*Company*    *90040*
*PX*

Tribune Group
Mark Stepuszek
435 N Michigan Ave Fl 3
Chicago         IL        60611-4026

FOR INTERNAL USE

ORG Subscriber #:   023000004    Offer#:    7575737
Sales Rep:                    David Wallace

**TO INSURE PROPER CREDIT - Please return this portion with payment. Also be sure to include your account number on check.**

**MAIL YOUR REMITTANCE TO:**

**D&B**
Decide with Confidence

P.O. Box 75434
Chicago IL 60675-5434

The above address is for payment of bills only.
For payment matters call: RECEIVABLE SERVICES at Tel (800)872-4324
For all other matters call: CUSTOMER SERVICE at Tel (800)234-3867

D&B FED ID# 22-3582360

**D&B**
Decide with Confidence

# INVOICE

**MAIL YOUR REMITTANCE TO:**

Dun & Bradstreet
P.O. Box 75434
Chicago, IL 60675-5434

The above address is for payment of bills only.
For payment matters call: RECEIVABLE SERVICES at Tel(800)872-4324
For all other matters call: CUSTOMER SERVICE at Tel (800)234-3867

| SUBSCRIBER # | DUNS # | INVOICE # | INVOICE DATE | AMOUNT DUE | PURCHASE ORDER # |
|--------------|--------|-----------|--------------|------------|------------------|
| 3141-023000004 | 00-516-1542 | 9444760-02 | 02/01/2009 | $78,856.85 | |
| Description | | | | | Payable Amount |
| | | | | | $78,856.85 |

PPA Agreement

Installment 2 due on 02/02/2009 for $39,428.42
Installment 3 due on 03/01/2009 for $39,428.43

*A/c. 90040-106000-91000*

*Mark 5.29.09*

| Pay Current Amount Due | | | | | |
| Or | | | | | |
| Pay Total Amount Due | | | | | $78,856.85 |
| | | | | AMOUNT DUE | $78,856.85 |

OFFER SIGNED BY:        Mark Stepuszek

**PAYMENT DUE UPON RECEIPT**

*Thank you for doing business
with Dun & Bradstreet*

Please retain this portion for your records

**EXHIBIT C**

## Stepuszek, Mark S

| | |
|---|---|
| **From:** | Velez, Mayra [VelezM@DNB.com] |
| **Sent:** | Wednesday, March 17, 2010 3:46 PM |
| **To:** | Stepuszek, Mark S |
| **Subject:** | D&B Revised Inv: TRIBUNE COMPANY   sub# 023000004 |
| **Attachments:** | Tribune Company 023000004 inv 9814976-01.pdf |

**Importance:**      High


Hello Mark-
Attached you will find the revised invoice # 9814976-01.

Please review and return the call with payment information or any questions and/or
concerns at 800-872-4324.

Thank You.

**EXHIBIT D**

**Tribune Company**
**D&B Administrative Claim (1/1/10-5/14/10)**
May 14, 2010 Rejection Order

| | |
|---|---|
| 2010 Contract Full Year Amount | $ 184,701.66 |
| Number of Days in 2010 | 365 |
| Contract Rejection Date | 5/14/2010 |
| Days Pro-rated Prior to Rejection (1) | 134 |
| % of Contract Pro-rated as Administrative | 36.71% |
| | |
| Pro-rated Amount as Administrative | $ 67,808.28 |
| Add: Post Rejection Order Date D&B Usage | 5,225.88 |
| **Total Administrative Payment** | **$ 73,034.16** |

(1) Days pro-rated prior to rejection includes 5/14/10 as part of the contract term prior to rejection.