# EXHIBIT 1

## Tribune Twenty-Fourth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Mercer Health & Benefits LLC<br>155 North Wacker Drive, Suite 1500<br>Chicago, IL 60605 | Health &Benefits Consultant | $48,000.00 |

46429/0001-7844392v1