## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[2] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |

### EXHIBIT "A" TO AUGUST 25, 2011 HEARING AGENDA

1.  Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Fourth Interim Fee Period (Filed July 21, 2011) (Docket No. 9520)

**Fee Applications:**

A.  Cole, Schotz, Meisel, Forman & Leonard, P.A.

   1.  Fourth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2009 through November 30, 2009 (Filed January 15, 2010) (Docket No. 3120)

   2.  Certification of No Objection Regarding Fourth Interim Fee Application (Filed February 8, 2010) (Docket No. 3337)

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

**EXHIBIT A**

3.    Ninth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2009 through September 30, 2009 (Filed November 25, 2009) (Docket No. 2672)

4.    Certification of No Objection Regarding Ninth Monthly Fee Application (Filed December 17, 2009) (Docket No. 2883)

5.    Tenth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2009 through October 31, 2009 (Filed November 25, 2009) (Docket No. 2673)

6.    Certification of No Objection Regarding Tenth Monthly Fee Application (Filed December 17, 2009) (Docket No. 2884)

7.    Eleventh Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2009 through November 30, 2009 (Filed December 23, 2009) (Docket No. 2905)

8.    Certification of No Objection Regarding Eleventh Monthly Fee Application (Filed January 14, 2010) (Docket No. 3106)

9.    Fee Examiner's Final Report Regarding Fourth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed February 14, 2011) (Docket No. 7925)

B.    Sidley Austin LLP

1.    Fourth Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2009 through November 30, 2009 (Filed January 15, 2010) (Docket No. 3130)

2.    Certification of No Objection Regarding Fourth Quarterly Fee Application (Filed February 8, 2010) (Docket No. 3341)

3.    Ninth Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2009 through September 30, 2009 (Filed October 27, 2009) (Docket No. 2443)

4.    Certification of No Objection Regarding Ninth Monthly Fee Application (Filed November 19, 2009) (Docket No. 2591)

**EXHIBIT A**

5.    Tenth Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of October 1, 2009 through October 31, 2009 (Filed November 25, 2009) (Docket No. 2660)

6.    Certification of No Objection Regarding Tenth Monthly Fee Application (Filed December 17, 2009) (Docket No. 2880)

7.    Eleventh Monthly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of November 1, 2009 through November 30, 2009 (Filed December 23, 2009) (Docket No. 2909)

8.    Certification of No Objection Regarding Eleventh Monthly Fee Application (Filed January 14, 2010) (Docket No. 3107)

9.    Fee Examiner's Final Report Regarding Fourth Quarterly Fee Application of Sidley Austin LLP (Filed August 15, 2011) (Docket No. 9659)

C.    Alvarez & Marsal North America

1.    Fourth Interim Fee Application of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2009 through November 30, 2009 (Filed January 14, 2010) (Docket No. 3110)

2.    Certification of No Objection Regarding Fourth Interim Fee Application (Filed February 5, 2010) (Docket No. 3325)

3.    Ninth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from September 1, 2009 through September 30, 2009 (Filed November 6, 2009) (Docket No. 2512)

4.    Certification of No Objection Regarding Ninth Monthly Fee Statement (Filed December 2, 2009) (Docket No. 2716)

5.    Tenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from October 1, 2009 through October 31, 2009 (Filed January 4, 2010) (Docket No. 3007)

6.    Certification of No Objection Regarding Tenth Monthly Fee Statement (Filed January 27, 2010) (Docket No. 3245)

**EXHIBIT A**

7.     Eleventh Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from November 1, 2009 through November 30, 2009 (Filed January 13, 2010) (Docket No. 3071)

8.     Certification of No Objection Regarding Eleventh Monthly Fee Statement (Filed February 4, 2010) (Docket No. 3312)

9.     Fee Examiner's Final Report Regarding Fourth Interim Fee Application of Alvarez & Marsal North America, LLC (Filed September 17, 2010) (Docket No. 5727)

D.     <u>Daniel J. Edelman, Inc.</u>

1.     Third Quarterly Fee Application of Daniel J. Edelman, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession for the Period September 1, 2009 through November 30, 2009 (Filed January 15, 2010) (Docket No. 3121)

2.     Certification of No Objection Regarding Third Quarterly Application (Filed February 8, 2010) (Docket No. 3338)

3.     Seventh Monthly Application of Daniel J. Edelman, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from September 1, 2009 through September 30, 2009 (Filed October 29, 2009) (Docket No. 2458)

4.     Certification of No Objection Regarding Seventh Monthly Application (Filed November 20, 2009) (Docket No. 2604)

5.     Eighth Monthly Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate Communications and Investor Relations Consultants for the Debtors and Debtors in Possession, for Services Rendered and Expenses Incurred for the Period October 1, 2009 through October 31, 2009 (Filed December 4, 2009) (Docket No. 2746)

6.     Certification of No Objection Regarding Eighth Monthly Application (Filed December 30, 2009) (Docket No. 2992)

**EXHIBIT A**

7.   Ninth Monthly Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate Communications and Investor Relations Consultants for the Debtors and Debtors in Possession, for Services Rendered and Expenses Incurred for the Period November 1, 2009 through November 30, 2009 (Filed January 7, 2010) (Docket No. 3040)

8.   Certification of No Objection Regarding Ninth Monthly Application (Filed February 9, 2010) (Docket No. 3350)

9.   Fee Examiner's Final Report Regarding Third Quarterly Fee Application of Daniel J. Edelman, Inc. (Filed December 6, 2010) (Docket No. 7036)

E.   <u>Dow Lohnes PLLC</u>

1.   Second Interim Fee Application of Dow Lohnes PLLC, Special Regulatory Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2009 through November 30, 2009 (Filed January 13, 2010) (Docket No. 3072)

2.   Certification of No Objection Regarding Second Interim Application (Filed February 4, 2010) (Docket No. 3313)

3.   Fourth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Regulatory Counsel to Debtors and Debtors in Possession for the Period of September 1, 2009 through September 30, 2009 (Filed October 26, 2009) (Docket No. 2417)

4.   Certification of No Objection Regarding Fourth Monthly Application (Filed November 16, 2009) (Docket No. 2574)

5.   Fifth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Regulatory Counsel to Debtors and Debtors in Possession for the Period of October 1, 2009 through October 31, 2009 (Filed November 23, 2009) (Docket No. 2614)

6.   Certification of No Objection Regarding Fifth Monthly Application (Filed December 16, 2009) (Docket No. 2870)

7.   Sixth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Regulatory Counsel to Debtors and Debtors in Possession for the Period of November 1, 2009 through November 30, 2009 (Filed December 30, 2009) (Docket No. 2978)

8.   Certification of No Objection Regarding Sixth Monthly Application (Filed January 21, 2010) (Docket No. 3161)

**EXHIBIT A**

9.    Fee Examiner's Final Report Regarding Second Interim Fee Application of Dow Lohnes PLLC (Filed April 1, 2010) (Docket No. 3907)

F.    <u>Deloitte & Touche LLP</u>

1.    Second Interim Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial and Accounting Advisors to the Debtors and Debtors in Possession for the Period of September 1, 2009 through November 30, 2009 (Filed January 15, 2010) (Docket No. 3116)

2.    Certification of No Objection Regarding Second Interim Fee Application (Filed February 8, 2010) (Docket No. 3336)

3.    Second Monthly Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial and Accounting Advisors to the Debtors and Debtors in Possession for the Period of August 1, 2009 through October 31, 2009 (Filed November 24, 2009) (Docket No. 2628)

4.    Certification of No Objection Regarding Second Monthly Application (Filed December 16, 2009) (Docket No. 2869)

5.    Fee Examiner's Final Report Regarding Second Interim Fee Application of Deloitte & Touche LLP (Filed July 22, 2010) (Docket No. 5106)

G.    <u>Ernst & Young LLP</u>

1.    Second Quarterly Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from September 1, 2009 through November 31, 2009 (Filed June 30, 2010) (Docket No. 4912)

2.    Certification of No Objection Regarding Second Quarterly Fee Application (Filed July 23, 2010) (Docket No. 5109)

3.    Fourth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from September 1, 2009 through September 30, 2009 (Filed October 29, 2009) (Docket No. 2459)

4.    Certification of No Objection Regarding Fourth Monthly Application (Filed November 20, 2009) (Docket No. 2605)

**EXHIBIT A**

5.    Fifth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from October 1, 2009 through October 31, 2009 (Filed January 8, 2010) (Docket No. 3047)

6.    Certification of No Objection Regarding Fifth Monthly Application (Filed February 4, 2010) (Docket No. 3316)

7.    Sixth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from November 1, 2009 through November 30, 2009 (Filed March 15, 2010) (Docket No. 3728)

8.    Certification of No Objection Regarding Sixth Monthly Application (Filed April 8, 2010) (Docket No. 3971)

9.    Fee Examiner's Final Report Regarding Second Quarterly Fee Application of Ernst & Young LLP (Filed January 14, 2011) (Docket No. 7500)

H.    Jenner & Block LLP

1.    Amended Fourth Quarterly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2009 through November 30, 2009 (Filed January 20, 2010) (Docket No. 3153)

2.    Certification of No Objection Regarding Amended Fourth Quarterly Application (Filed February 12, 2010) (Docket No. 3399)

3.    Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2009 through September 30, 2009 (Filed November 9, 2009) (Docket No. 2530)

4.    Certification of No Objection Regarding Monthly Application (Filed December 2, 2009) (Docket No. 2717)

5.    Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2009 through October 31, 2009 (Filed January 4, 2010) (Docket No. 3008)

6.    Certification of No Objection Regarding Monthly Application (Filed January 27, 2010) (Docket No. 3246)

**EXHIBIT A**

7.    Monthly Application of Jenner Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2009 through November 30, 2009 (Filed January 14, 2010) (Docket No. 3111)

8.    Certification of No Objection Regarding Monthly Application (Filed February 5, 2010) (Docket No. 3326)

9.    Fee Examiner's Final Report Regarding Amended Fourth Quarterly Application of Jenner & Block LLP (Filed August 23, 2010) (Docket No. 5475)

I.    Lazard Frères & Co. LLC

1.    Fourth Interim Fee Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2009 through November 30, 2009 (Filed January 15, 2010) (Docket No. 3134)

2.    Certification of No Objection Regarding Fourth Interim Fee Application (Filed February 8, 2010) (Docket No. 3345)

3.    Ninth Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2009 through September 30, 2009 (Filed January 15, 2010) (Docket No. 3131)

4.    Certification of No Objection Regarding Ninth Monthly Application (Filed February 8, 2010) (Docket No. 3342)

5.    Tenth Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2009 through October 31, 2009 (Filed January 15, 2010) (Docket No. 3132)

6.    Certification of No Objection Regarding Tenth Monthly Application (Filed February 8, 2010) (Docket No. 3343)

7.    Eleventh Monthly Application of Lazard Frères & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2009 through November 30, 2009 (Filed January 15, 2010) (Docket No. 3133)

8.    Certification of No Objection Regarding Eleventh Monthly Application (Filed February 8, 2010) (Docket No. 3344)

8

**EXHIBIT A**

9.  Fee Examiner's Final Report Regarding Fourth Interim Fee Application of Lazard Frères & Co. LLC (Filed August 8, 2011) (Docket No. 9634)

J.  McDermott Will & Emery

1.  Fourth Quarterly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2009 through November 30, 2009 (Filed June 11, 2010) (Docket No. 4761)

2.  Certification of No Objection Regarding Fourth Quarterly Fee Application (Filed July 6, 2010) (Docket No. 4941)

3.  Monthly Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2009 through September 30, 2009 (Filed December 11, 2009) (Docket No. 2821)

4.  Certification of No Objection Regarding Monthly Application (Filed January 6, 2010) (Docket No. 3023)

5.  Monthly Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2009 through October 31, 2009 (Filed April 1, 2010) (Docket No. 3914)

6.  Certification of No Objection Regarding Monthly Application (Filed April 27, 2010) (Docket No. 4177)

7.  Monthly Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2009 through November 30, 2009 (Filed April 1, 2010) (Docket No. 3915)

8.  Certification of No Objection Regarding Monthly Application (Filed April 27, 2010) (Docket No. 4178)

9.  Fee Examiner's Final Report Regarding Fourth Quarterly Application of McDermott Will & Emery LLP (Filed February 9, 2011) (Docket No. 7873)

K.  Paul, Hastings, Janofsky & Walker LLP

1.  Fourth Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP for the Period September 1, 2009 through November 30, 2009 (Filed January 13, 2010) (Docket No. 3073)

**EXHIBIT A**

2.  Certification of No Objection Regarding Fourth Interim Fee Application Request (Filed February 4, 2010) (Docket No. 3314)

3.  Ninth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from September 1, 2009 through September 30, 2009 (Filed October 29, 2009) (Docket No. 2460)

4.  Certification of No Objection Regarding Ninth Monthly Application (Filed November 20, 2009) (Docket No. 2606)

5.  Tenth Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from October 1, 2009 through October 31, 2009 (Filed December 3, 2009) (Docket No. 2727)

6.  Certification of No Objection Regarding Tenth Monthly Application (Filed December 28, 2009) (Docket No. 2945)

7.  Eleventh Monthly Application of Paul, Hastings, Janofsky & Walker LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Period from November 1, 2009 through November 30, 2009 (Filed December 28, 2009) (Docket No. 2944)

8.  Certification of No Objection Regarding Eleventh Monthly Application (Filed January 21, 2010) (Docket No. 3160)

9.  Fee Examiner's Final Report Regarding Fourth Interim Fee Application of Paul, Hastings, Janofsky & Walker LLP (Filed August 3, 2011) (Docket No. 9598)

L.  PricewaterhouseCoopers LLP

1.  Fourth Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period September 1, 2009 through November 30, 2009 (Filed January 15, 2010) (Docket No. 3129)

2.  Certification of No Objection Regarding Fourth Interim Fee Application (Filed February 8, 2010) (Docket No. 3340)

10

**EXHIBIT A**

3.   Ninth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period September 1, 2009 through September 30, 2009 (Filed December 3, 2009) (Docket No. 2730)

4.   Certification of No Objection Regarding Ninth Monthly Application (Filed December 28, 2009) (Docket No. 2946)

5.   Tenth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period October 1, 2009 through October 31, 2009 (Filed December 4, 2009) (Docket No. 2745)

6.   Certification of No Objection Regarding Tenth Monthly Application (Filed December 30, 2009) (Docket No. 2991)

7.   Eleventh Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period November 1, 2009 through November 30, 2009 (Filed January 15, 2010) (Docket No. 3127)

8.   Certification of No Objection Regarding Eleventh Monthly Application (Filed February 8, 2010) (Docket No. 3339)

9.   Fee Examiner's Final Report Regarding Fourth Interim Fee Application of PricewaterhouseCoopers LLP (Filed June 23, 2011) (Docket No. 9314)

M.   Reed Smith LLP

1.   Fourth Interim Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period September 1, 2009 through November 30, 2009 (Filed January 14, 2010) (Docket No. 3105)

2.   Eighth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period September 1, 2009 through September 30, 2009 (Filed October 30, 2009) (Docket No. 2462)

3.   Certification of No Objection Regarding Eighth Monthly Fee Application (Filed December 4, 2009) (Docket No. 2733)

11

**EXHIBIT A**

4.     Ninth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period October 1, 2009 through October 31, 2009 (Filed December 4, 2009) (Docket No. 2740)

5.     Certification of No Objection Regarding Ninth Monthly Fee Application (Filed February 18, 2010) (Docket No. 3471)

6.     Tenth Monthly Application of Reed Smith LLP, Special Counsel for Certain Insurance Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period November 1, 2009 through November 30, 2009 (Filed January 14, 2010) (Docket No. 3104)

7.     Certification of No Objection Regarding Tenth Monthly Fee Application (Filed February 8, 2010) (Docket No. 3472)

8.     Fee Examiner's Final Report Regarding Fourth Interim Fee Application of Reed Smith LLP (Filed August 18, 2010) (Docket No. 5417)

N.     <u>Mercer (US) Inc.</u>

1.     Fourth Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of September 1, 2009 through November 30, 2009 (Filed January 14, 2010) (Docket No. 3115)

2.     Certification of No Objection Regarding Fourth Quarterly Fee Application (Filed August 12, 2010) (Docket No. 5355)

3.     Ninth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of September 1, 2009 through September 30, 2009 (Filed January 14, 2010) (Docket No. 3112)

4.     Certification of No Objection Regarding Ninth Monthly Fee Application (Filed August 12, 2010) (Docket No. 5352)

5.     Tenth Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of October 1, 2009 through October 31, 2009 (Filed January 14, 2010) (Docket No. 3113)

6.     Certification of No Objection Regarding Tenth Monthly Fee Application (Filed August 12, 2010) (Docket No. 5353)

12

**EXHIBIT A**

7.    Eleventh Monthly Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period of November 1, 2009 through November 30, 2009 (Filed January 14, 2010) (Docket No. 3114)

8.    Certification of No Objection Regarding Eleventh Monthly Fee Application (Filed August 12, 2010) (Docket No. 5354)

9.    Fee Examiner's Final Report Regarding Fourth Quarterly Fee Application of Mercer (US) Inc. (Filed August 5, 2011) (Docket No. 9624)

O.    <u>Seyfarth Shaw LLP</u>

1.    First Quarterly Fee Application of Seyfarth Shaw LLP for Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors in the Ordinary Course of Business for the Period of October 1, 2009 through November 30, 2009 (Filed April 22, 2010) (Docket No. 4138)

2.    Certification of No Objection Regarding First Quarterly Application (Filed May 18, 2010) (Docket No. 4454)

3.    Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors in the Ordinary Course of Business for the Period of October 1, 2009 through October 31, 2009 (Filed November 25, 2009) (Docket No. 2667)

4.    Certification of No Objection Regarding Monthly Fee Application (Filed December 17, 2009) (Docket No. 2882)

5.    Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors in the Ordinary Course of Business for the Period of November 1, 2009 through November 30, 2009 (Filed January 25, 2010) (Docket No. 3195)

6.    Certification of No Objection Regarding Monthly Fee Application (Filed February 18, 2010) (Docket No. 3485)

7.    Fee Examiner's Final Report Regarding First Quarterly Fee Application of Seyfarth Shaw LLP (Filed February 3, 2011) (Docket No. 7771)

P.    <u>Stuart Maue</u>

1.    Third Interim Quarterly Fee Request as Fee Examiner for September 1, 2009 through November 30, 2009 (Filed January 13, 2010) (Docket No. 3069)

13

**EXHIBIT A**

2.      Certification of No Objection Regarding Third Interim Application (Filed February 12, 2010) (Docket No. 3381)

3.      Sixth Monthly Fee Application for Compensation for period September 1, 2009 through September 30, 2009 (Filed October 28, 2009) (Docket No. 2454)

4.      Certification of No Objection Regarding Sixth Monthly Fee Application (Filed November 18, 2009) (Docket No. 2582)

5.      Seventh Monthly Application for Compensation for period October 1, 2009 through October 31, 2009 (Filed December 1, 2009) (Docket No. 2687)

6.      Certification of No Objection Regarding Seventh Monthly Fee Application (Filed December 22, 2009) (Docket No. 2892)

7.      Eighth Monthly Application for Compensation for period October 1, 2009 through October 31, 2009 (Filed December 28, 2009) (Docket No. 2943)

8.      Certification of No Objection Regarding Eighth Monthly Fee Application (Filed January 22, 2010) (Docket No. 3168)

Q.    Chadbourne & Parke LLP

1.      Fourth Interim Application for Compensation for September 1, 2009 through November 30, 2009 (Filed January 14, 2010) (Docket No. 3101)

2.      Ninth Monthly Application for Compensation for period September 1, 2009 through September 30, 2009 (Filed October 26, 2009) (Docket No. 2430)

3.      Certification of No Objection Regarding Ninth Monthly Fee Application (Filed November 18, 2009) (Docket No. 2583)

4.      Tenth Monthly Application for Compensation for period October 1, 2009 through October 31, 2009 (Filed November 25, 2009) (Docket No. 2634)

5.      Certification of No Objection Regarding Tenth Monthly Fee Application (Filed December 17, 2009) (Docket No. 2876)

6.      Eleventh Monthly Application for Compensation for period November 1, 2009 through November 30, 2009 (Filed December 28, 2009) (Docket No. 2936)

7.      Certification of No Objection Regarding Eleventh Monthly Fee Application (Filed January 21, 2010) (Docket No. 3162)

14

**EXHIBIT A**

8.  Fee Examiner's Final Report Regarding Fourth Interim Application of Chadbourne & Parke LLP (Filed January 10, 2011) (Docket No. 7443)

R.  Landis Rath & Cobb LLP

1.  Fourth Interim Application for Compensation for September 1, 2009 through November 30, 2009 (Filed January 14, 2010) (Docket No. 3102)

2.  Ninth Monthly Application for Compensation for period September 1, 2009 through September 30, 2009 (Filed October 26, 2009) (Docket No. 2431)

3.  Certification of No Objection Regarding Ninth Monthly Fee Application (Filed November 18, 2009) (Docket No. 2585)

4.  Tenth Monthly Application for Compensation for period October 1, 2009 through October 31, 2009 (Filed November 25, 2009) (Docket No. 2635)

5.  Certification of No Objection Regarding Tenth Monthly Fee Application (Filed December 17, 2009) (Docket No. 2877)

6.  Eleventh Monthly Application for Compensation for period November 1, 2009 through November 30, 2009 (Filed December 28, 2009) (Docket No. 2937)

7.  Certification of No Objection Regarding Eleventh Monthly Fee Application (Filed January 21, 2010) (Docket No. 3163)

8.  Fee Examiner's Final Report Regarding Fourth Interim Fee Application of Landis Rath & Cobb LLP (Filed August 2, 2010) (Docket No. 5233)

S.  AlixPartners, LLP

1.  Fourth Interim Application for Compensation for September 1, 2009 through November 30, 2009 (Filed January 14, 2010) (Docket No. 3103)

2.  Ninth Monthly Application for Compensation for period September 1, 2009 through September 30, 2009 (Filed October 26, 2009) (Docket No. 2432)

3.  Certification of No Objection Regarding Ninth Monthly Fee Application (Filed November 18, 2009) (Docket No. 2586)

4.  Tenth Monthly Application for Compensation for period October 1, 2009 through October 31, 2009 (Filed November 25, 2009) (Docket No. 2636)

5.  Certification of No Objection Regarding Tenth Monthly Fee Application (Filed December 17, 2009) (Docket No. 2878)

15

**EXHIBIT A**

6.  Eleventh Monthly Application for Compensation for period November 1, 2009 through November 30, 2009 (Filed December 28, 2009) (Docket No. 2938)

7.  Certification of No Objection Regarding Eleventh Monthly Fee Application (Filed January 21, 2010) (Docket No. 3164)

8.  Fee Examiner's Final Report Regarding Fourth Interim Fee Application of AlixPartners, LLP (Filed August 18, 2010) (Docket No. 5416)

T.  Moelis & Company LLC

1.  Fourth Interim Application for Compensation for September 1, 2009 through November 30, 2009 (Filed February 3, 2010) (Docket No. 3301)

2.  Ninth Monthly Application for Compensation for period September 1, 2009 through September 30, 2009 (Filed November 9, 2009) (Docket No. 2524)

3.  Certification of No Objection Regarding Ninth Monthly Fee Application (Filed December 2, 2009) (Docket No. 2714)

4.  Tenth Monthly Application for Compensation for period October 1, 2009 through October 31, 2009 (Filed December 15, 2009) (Docket No. 2862)

5.  Certification of No Objection Regarding Tenth Monthly Fee Application (Filed January 6, 2010) (Docket No. 3021)

6.  Eleventh Monthly Application for Compensation for period November 1, 2009 through November 30, 2009 (Filed January 5, 2010) (Docket No. 3018)

7.  Certification of No Objection Regarding Eleventh Monthly Fee Application (Filed January 27, 2010) (Docket No. 3244)

8.  Fee Examiner's Final Report Regarding Fourth Interim Fee Application of Moelis & Company LLC (Filed September 14, 2010) (Docket No. 5695)

U.  Zuckerman Spaeder LLP

1.  First Interim Application for Compensation for August 6, 2009 through November 30, 2009 (Filed January 15, 2010) (Docket No. 3124)

2.  First Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for period August 6, 2009 through August 31, 2009 (Filed October 1, 2009) (Docket No. 2255)

**EXHIBIT A**

3.     Certification of No Objection Regarding First Monthly Fee Application (Filed October 23, 2009) (Docket No. 2410)

4.     Second Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for period September 1, 2009 through September 30, 2009 (Filed November 5, 2009) (Docket No. 2499)

5.     Certification of No Objection Regarding Second Monthly Fee Application (Filed December 9, 2009) (Docket No. 2786)

6.     Third Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for period October 1, 2009 through October 31, 2009 (Filed November 25, 2009) (Docket No. 2633)

7.     Certification of No Objection Regarding Third Monthly Fee Application (Filed December 17, 2009) (Docket No. 2885)

8.     Fourth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for period November 1, 2009 through November 30, 2009 (Filed January 8, 2010) (Docket No. 3044)

9.     Certification of No Objection Regarding Fourth Monthly Fee Application (Filed February 2, 2010) (Docket No. 3293)

10.    Fee Examiner's Final Report Regarding First Interim Fee Application of Zuckerman Spaeder LLP (Filed January 13, 2011) (Docket No. 7493)

V.    Committee Members

1.     Seventh Monthly Application for Compensation of Committee Members for Reimbursement of Expenses (Filed October 26, 2009) (Docket No. 2433)

2.     Certification of No Objection Regarding Application (Filed November 18, 2009) (Docket No. 2587)

3.     Eighth Monthly Application for Compensation of Committee Members for Reimbursement of Expenses (Filed December 28, 2009) (Docket No. 2939)

4.     Certification of No Objection Regarding Application (Filed January 21, 2010) (Docket No. 3165)

5.     Fee Auditor's Final Report for Official Committee of Unsecured Creditors Seventh and Eighth Monthly Applications (Filed March 1, 2010) (Docket No. 3546)

**EXHIBIT A**