# EXHIBIT A

# FEE AND EXPENSE DETAIL

# PHELPS DUNBAR LLP

——— C O U N S E L O R S   A T   L A W ———

POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

WGNO-TV
Attn: Mr. Vanessa Gutierrez
One Galleria Blvd., Suite 850
Metairie, LA 70001

September 14, 2010
Invoice Number: 777219

## REMITTANCE ADVICE

Description Of Matter:  adv. R.C.I. Construction

Our File Number: 10972-0011

Total For Invoice Dated September 14, 2010:

| | | |
|---|---|---|
| Total Fees | $ | 5,430.00 |
| Total Disbursements | | 136.46 |
| Total Of Invoice | $ | 5,566.46 |

Please enclose this Remittance Advice with your payment.

If payment is made by wire transfer, please remit payment to:    JP Morgan Chase Bank, N.A.
New Orleans, Louisiana
ABA Number: 065400137
Account Number: 707716080
International SWIFT Code: CHASUS33

INVOICE DUE UPON RECEIPT

# PHELPS DUNBAR LLP
### — COUNSELORS AT LAW —
POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

WGNO-TV
Attn: Mr. Vanessa Gutierrez
One Galleria Blvd., Suite 850
Metairie, LA  70001

September 14, 2010
Invoice Number: 777219

For Professional Services Rendered Through August 31, 2010

Description Of Matter:   adv. R.C.I. Construction

**Our File Number: 10972-0011**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 07/30/10 | M. E. Roy | Telephone conference with Mr. Sennet re: new case. | 0.30 |
| 07/30/10 | M. E. Roy | Study and review of Petition against Tribune Television. | 0.30 |
| 07/30/10 | M. E. Roy | Receipt and review of e-mail from Mr. Sennet re: service date. | 0.10 |
| 07/30/10 | M. E. Roy | E-mail to Mr. Sennet re: deadline for filing responsive pleadings. | 0.10 |
| 08/02/10 | M. E. Roy | Study and review of web story and script; analyze strategy; left detailed voice message for opposing counsel; telephone conference with Mr. Alfortish; letter to Mr. Alfortish confirming extension of time; e-mail to Mr. Sennet re: extension of time. | 1.60 |
| 08/02/10 | M. E. Roy | Comparing Petition to scripts and analyzing Petition for possible exceptions; receipt and review of e-mail from Mr. Sennet re: discussions with Plaintiff's lawyer; respond; reply. | 0.70 |
| 08/05/10 | M. E. Roy | Receipt and review of DVD of news story; compare to script. | 0.90 |
| 08/05/10 | D. Zimmerman | Review video of news report; meet with Ms. Roy re: same | 0.60 |
| 08/06/10 | M. E. Roy | Telephone conference with Mr. Sennet re: facts, legal issues, strategy. | 0.30 |

# PHELPS DUNBAR LLP

Our File Number: 10972-0011                                        September 14, 2010
Invoice Number: 777219                                                      Page Number 2

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/06/10 | D. Zimmerman | Research re: Mr. Normand, RCI Construction; transmit same to Mr. Senett | 1.10 |
| 08/06/10 | M. E. Roy | Study and review of research re: R.C.I. Construction, Mr. Normand, and plaintiff's attorney (Alfortish); analyze strategy. | 0.70 |
| 08/12/10 | M. E. Roy | Receipt and review of e-mail from Mr. Sennet re: facts, strategy, meeting; respond. | 0.30 |
| 08/13/10 | M. E. Roy | Receipt and review of e-mail from Mr. Sennet re: various issues, including meeting with reporter and news director; respond. | 0.20 |
| 08/19/10 | D. Zimmerman | Case review with Ms. Roy; prepare for meeting with client | 0.50 |
| 08/19/10 | M. E. Roy | Confer with Mr. Zimmerman re: meeting with WGNO. | 0.30 |
| 08/20/10 | D. Zimmerman | Prepare for and attend meeting with Mr. Ehrbach and Mr. Fox | 2.40 |
| 08/20/10 | M. E. Roy | Reviewing Petition, script, e-mail correspondence in preparation for meeting with Mr. Fox and station personnel; go to station and meeting with Mr. Fox and Mr. Erbach (news director); go to 2330 Iberville to inspect property; left detailed voice mail for Mr. Sennet; receipt and review of e-mail from Mr. Sennet. | 3.80 |
| 08/24/10 | M. E. Roy | E-mail to Mr. Sennet re: conversation with Sheldon Fox, visit to house that is subject matter of suit; confer with Mr. Zimmerman re: online research re: lawsuits filed by and against Wanda Garner and plaintiff; receipt and review of e-mail from Mr. Sennet. | 0.50 |
| 08/25/10 | M. E. Roy | Receipt and review of e-mail re: litigation involving plaintiffs and Wanda Garner. | 0.10 |
| 08/25/10 | D. Zimmerman | Review court records re: Mr. Normand, Ms. Garner and RCI in CDC, Criminal District Court, 19th JDC, 22nd JDC and 24th JDC; draft report to Ms. Roy re: same | 2.20 |
| 08/26/10 | M. E. Roy | Study and review of memo re: lawsuits by or against plaintiffs or Wanda Garner; e-mail to Mr. Sennet answering his questions and sending information re: other lawsuits; confer with Mr. Zimmerman re: obtaining copy of Petition in Garner's lawsuit against contractor; confer with Mr. Zimmerman re: contacting Ms. Garner; study and review of Garner v. RCI case file. | 1.10 |
| 08/26/10 | A. Robinson | Obtain copy of the entire record from Civil District Court case# 2009-12426 and return to the office. | 1.50 |
| 08/26/10 | D. Zimmerman | Arrange for copying of CDC file in Garner v. RCI | 0.20 |

# PHELPS DUNBAR LLP

Our File Number: 10972-0011
Invoice Number: 777219

September 14, 2010
Page Number 3

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | Contractors; review same | |
| 08/26/10 | D. Zimmerman | Telephone conference with Ms. Garner, prepare for same | 0.60. |
| 08/27/10 | M. E. Roy | Confer with Mr. Zimmerman re: telephone conference with Ms. Garner and preparing memo to file. | 0.20 |
| 08/30/10 | D. Zimmerman | Review notes of conversation with Ms. Garner; report to Ms. Roy re: same | 0.50 |
| 08/30/10 | M. E. Roy | Confer with Mr. Zimmerman re: preparing summary of conversation with Ms. Garner; receipt and review of memo from Mr. Zimmerman re: conversation with homeowner Wanda Garner; e-mail to Mr. Sennet re: interview with Ms. Garner, lawsuit against contractor, and steps going forward. | 0.40 |
| 08/31/10 | M. E. Roy | Review script and analyze strategy. | 0.30 |
| 08/31/10 | M. E. Roy | Telephone conference with Mr. Sennet re: strategy for responsive pleadings, facts, legal issues, possible special motion to strike. | 0.30 |
| 08/31/10 | M. E. Roy | Confer with Mr. Zimmerman re: preparing Wanda Garner affidavit. | 0.10 |

TOTAL FEES                                                    $      5,430.00

## Summary By Timekeeper

| Timekeeper | Hours | Billed Per Hour | Billed Amount |
|---|---|---|---|
| M. E. Roy | 12.60 | 285.00 | 3,591.00 |
| D. Zimmerman | 8.10 | 215.00 | 1,741.50 |
| A. Robinson | 1.50 | 65.00 | 97.50 |
| Totals | 22.20 | | $   5,430.00 |

Disbursements Through August 31, 2010

| | |
|---|---|
| Court Document Copies | 19.00 |
| Digital Images | 5.25 |
| Photocopies Internal | 9.50 |
| Postage | 0.88 |
| Telephone Long Distance | 29.41 |
| Westlaw Research Database Charge | 72.42 |

TOTAL DISBURSEMENTS                              $       136.46

TOTAL FEES AND DISBURSEMENTS              $     5,566.46

# PHELPS DUNBAR LLP

Our File Number: 10972-0011                    September 14, 2010
Invoice Number: 777219                              Page Number 4

Please include the enclosed Remittance Advice with your payment, and if you are paying any of the past
due invoices listed above, please include the Remittance Advice for each of those invoices.

# PHELPS DUNBAR LLP

—— COUNSELORS AT LAW ——

POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

WGNO-TV
Attn: Mr. Vanessa Gutierrez
One Galleria Blvd., Suite 850
Metairie, LA 70001

October 15, 2010
Invoice Number: 781079

## REMITTANCE ADVICE

Description Of Matter:  adv. R.C.I. Construction

Our File Number: 10972-0011

Total For Invoice Dated October 15, 2010:

| | | |
|---|---|---|
| Total Fees | $ | 10,563.50 |
| Total Disbursements | | 930.26 |
| Total Of Invoice | $ | 11,493.76 |

Other Outstanding Invoices For This Matter As Of October 15, 2010:

| Invoice Date | Invoice Number | Balance |
|---|---|---|
| 09/14/10 | 777219 | 5,566.46 |

| | | |
|---|---|---|
| TOTAL DUE FOR THIS MATTER | $ | 17,060.22 |

If payment has been made on any of these invoices, please disregard the listing of such invoice(s) above.

Please enclose this Remittance Advice with your payment.

If payment is made by wire transfer, please remit payment to:  JP Morgan Chase Bank, N.A.
New Orleans, Louisiana
ABA Number: 065400137
Account Number: 707716080
International SWIFT Code: CHASUS33

INVOICE DUE UPON RECEIPT

# PHELPS DUNBAR LLP

— COUNSELORS AT LAW —

POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

WGNO-TV
Attn: Mr. Vanessa Gutierrez
One Galleria Blvd., Suite 850
Metairie, LA  70001

October 15, 2010
Invoice Number: 781079

For Professional Services Rendered Through September 30, 2010

Description Of Matter:   adv. R.C.I. Construction

Our File Number: 10972-0011

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/01/10 | M. E. Roy | Confer with Mr. Zimmerman re: Ms. Garner's lawsuit against contractor. | 0.10 |
| 09/01/10 | M. E. Roy | Preparing Wanda Garner Affidavit. | 0.70 |
| 09/01/10 | M. E. Roy | Research re: Judge Kovach. | 1.20 |
| 09/01/10 | M. E. Roy | Telephone conference with Mr. Fox re: interview of Wanda Garner, preparation of affidavits, Garner's lawsuit against contractor, and strategy going forward. | 0.20 |
| 09/01/10 | D. Zimmerman | Review petition, Garner v. RCI Construction lawsuit, script and video; draft Affidavit of Wanda Garner; draft Affidavit of Sheldon Fox; legal search re: Judge Kovach and defamation | 4.60 |
| 09/02/10 | M. E. Roy | Confer with Mr. Zimmerman re: preparing Special Motion to Strike and Exception of No Cause of Action. | 0.10 |
| 09/02/10 | M. E. Roy | Preparing e-mail to Mr. Sennet re: Judge Kovach. | 0.70 |
| 09/02/10 | M. E. Roy | Legal research re: Judge Kovach's cases as an employment lawyer. | 0.50 |
| 09/02/10 | M. E. Roy | Preparing Affidavits of Ms. Garner and Mr. Fox. | 0.90 |
| 09/02/10 | M. E. Roy | E-mail to Mr. Sennet re: draft affidavit of homeowner, Wanda Garner. | 0.10 |

# PHELPS DUNBAR LLP

Our File Number: 10972-0011
Invoice Number: 781079

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 09/02/10 | M. E. Roy | Telephone conference with Mr. Fox re: pinning down dates. | 0.20 |
| 09/02/10 | M. E. Roy | E-mail to Mr. Sennet re: Sheldon Fox affidavit. | 0.10 |
| 09/02/10 | M. E. Roy | Receipt and review of e-mails from Mr. Sennet re: Kovach defamation suit. | 0.10 |
| 09/02/10 | M. E. Roy | Receipt and review of e-mail from Mr. Sennet re: Sheldon Fox affidavit. | 0.10 |
| 09/02/10 | D. Zimmerman | Draft affidavits of Mr. Fox and Ms. Garner | 0.30 |
| 09/07/10 | M. E. Roy | Left detailed message for Stephen Rue, counsel for homeowner, Wanda Gardner. | 0.10 |
| 09/07/10 | M. E. Roy | Supervision of file organization. | 0.10 |
| 09/07/10 | M. E. Roy | E-mail to Mr. Sennet re: Judge Kovach's defamation lawsuit against then-Judge Sassone. | 0.10 |
| 09/07/10 | M. E. Roy | Receipt and review of e-mail from Mr. Sennet re: Kovach defamation suit and affidavits. | 0.10 |
| 09/07/10 | M. E. Roy | E-mail to Mr. Sennet re: Kovach defamation suit. | 0.10 |
| 09/07/10 | M. E. Roy | Confer with Mr. Zimmerman re: strategy for Exception of No Cause of Action and Special Motion to Strike (Petition's allegations, legal issues, no state Fifth Circuit authority). | 0.30 |
| 09/07/10 | M. E. Roy | Online research re: Judge Kovach's defamation lawsuit against Judge Sassone. | 0.40 |
| 09/07/10 | D. Zimmerman | Draft special motion to strike, memorandum in support, affidavit of Ms. Garner; affidavit of Mr. Fox; legal research re: same | 3.60 |
| 09/08/10 | M. E. Roy | Confer with Mr. Zimmerman re: preparing Memorandum In Support of Special Motion to Strike and Exception of No Cause of Action and status of Affidavits. | 0.20 |
| 09/08/10 | M. E. Roy | Receipt and review of memo from Mr. Zimmerman re: conversation with Wanda Garner's lawyer, Stephen Rue. | 0.20 |
| 09/08/10 | D. Zimmerman | Legal research and draft memorandum in support of special motion to strike; telephone calls and e-mails to/from Mr. Rue re: affidavit of Ms. Garner | 8.70 |
| 09/09/10 | M. E. Roy | Confer with Mr. Zimmerman re: conversation with Stephen Rue and preparing Memorandum in Support of Special Motion to Strike. | 0.20 |
| 09/09/10 | M. E. Roy | E-mail to Mr. Sennet re: Stephen Rue and Affidavits. | 0.10 |

# PHELPS DUNBAR LLP

Our File Number: 10972-0011
Invoice Number: 781079

October 15, 2010
Page Number 3

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/09/10 | D. Zimmerman | Draft memorandum in support of special motion to strike | 4.20 |
| 09/10/10 | M. E. Roy | Telephone conference with Mr. Sennet re: comments on and revisions to Affidavits. | 0.40 |
| 09/10/10 | M. E. Roy | Edit and revise Affidavits based on Mr. Sennet's comments. | 0.40 |
| 09/10/10 | M. E. Roy | Telephone conference with Mr. Fox re: additional facts. | 0.10 |
| 09/10/10 | M. E. Roy | Telephone conference with Mr. Sennet re: additional facts obtained from Mr. Fox. | 0.10 |
| 09/10/10 | M. E. Roy | E-mail to Mr. Fox and Mr. Erbach re: Affidavits. | 0.10 |
| 09/14/10 | M. E. Roy | Confer with Mr. Zimmerman re: status of affidavits. | 0.10 |
| 09/14/10 | M. E. Roy | Telephone conference with Mr. Fox re: his affidavit. | 0.10 |
| 09/15/10 | D. Zimmerman | Telephone call and e-mail to Mr. Rue re: Wanda Garner affidavit | 0.30 |
| 09/15/10 | D. Zimmerman | Draft memorandum in support of special motion to strike and exceptions | 1.40 |
| 09/15/10 | M. E. Roy | Confer with Mr. Zimmerman re: communications with Mr. Rue re: revisions to affidavit. | 0.10 |
| 09/15/10 | M. E. Roy | Edit Memorandum in Support of Special Motion to Strike. | 1.50 |
| 09/15/10 | M. E. Roy | Edit e-mail to Mr. Rue re: Ms. Garner's affidavit. | 0.10 |
| 09/15/10 | M. E. Roy | Edit Special Motion to Strike. | 0.20 |
| 09/15/10 | M. E. Roy | Edit Peremtory Exception of No Cause of Action. | 0.10 |
| 09/15/10 | M. E. Roy | Study and review of draft Rule to Show Cause. | 0.10 |
| 09/15/10 | M. E. Roy | Receipt and review of e-mail re: hearing dates for Special Motion to Strike and Exception of No Cause of Action. | 0.10 |
| 09/15/10 | M. E. Roy | Confer with Mr. Zimmerman re: next steps. | 0.10 |
| 09/16/10 | M. E. Roy | Study and review of e-mail correspondence re: Garner Affidavit, Special Motion to Strike, possible answer. | 0.10 |
| 09/16/10 | M. E. Roy | Receipt and review of e-mail from Mr. Erbach re: Garner Affidavit; e-mail to Mr. Zimmerman re: Garner Affidavit; study and review of e-mail correspondence re: Garner Affidavit; receipt and review of Sheldon Fox Affidavit. | 0.30 |
| 09/16/10 | D. Zimmerman | Revise memorandum in support of special motion to strike, to remove references to Ms. Garner; telephone conference with Mr. Fox re: his affidavit | 2.70 |
| 09/17/10 | M. E. Roy | Study and review of e-mail correspondence re: Special | 0.20 |

# PHELPS DUNBAR LLP

Our File Number: 10972-0011                                          October 15, 2010
Invoice Number: 781079                                                   Page Number 4

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| | | Motion to Strike and Garner Affidavit. | |
| 09/17/10 | D. Zimmerman | Review and respond to Mr. Erbach's e-mail re: Ms. Garner's affidavit | 0.20 |
| 09/20/10 | M. E. Roy | Study and review of e-mail correspondence re: Special Motion to Strike. | 0.20 |
| 09/20/10 | D. Zimmerman | Final revisions to special motion to strike, exception of no cause of action and memorandum in support; arrange for filing same | 3.70 |
| 09/21/10 | M. E. Roy | Confer with Mr. Zimmerman re: Special Motion to Strike. | 0.20 |
| 09/21/10 | M. E. Roy | Receipt and review of e-mail re: budget. | 0.10 |
| 09/21/10 | D. Zimmerman | Follow up to fax filing; telephone conference with Mr. Sennet re: special motion to strike | 0.40 |
| 09/22/10 | M. E. Roy | Confer with Mr. Zimmerman re: contacting Steven Rue re: Garner Affidavit; analyze need for transcript of broadcast. | 0.20 |
| 09/22/10 | D. Zimmerman | Prepare for case review; case review with Ms. Roy | 0.20 |
| 09/23/10 | M. E. Roy | Preparing budget. | 1.80 |
| 09/23/10 | D. Zimmerman | E-mail to and telephone conference with Mr. Rue re: Ms. Garner's affidavit | 0.20 |
| 09/24/10 | A. Zeisloft | Travel to 24th JDC to inquire on Motion to Dismiss. (No Charge) | 0.40 |
| 09/24/10 | A. Zeisloft | Research status of litigation and inquire on Motion to Dismiss. (No Charge) | 0.30 |
| 09/24/10 | M. E. Roy | E-mail to Mr. Sennet re: budget. | 0.10 |
| 09/24/10 | M. E. Roy | Confer with Mr. Zimmerman re: Plaintiff's apparent Motion to Dismiss. | 0.10 |
| 09/24/10 | D. Zimmerman | Review website docket re: hearing date; telephone call to court re: same | 0.40 |
| 09/27/10 | A. Zeisloft | Inquire on Motion to Dismiss filed under wrong case number and inquire on status of Motion to Strike to determine if hearing has been set. | 1.00 |
| 09/27/10 | M. E. Roy | Confer with Mr. Zimmerman re: Motion to Dismiss being misfiled. | 0.10 |
| 09/27/10 | M. E. Roy | Receipt and review of e-mail from Mr. Sennet re: budget. | 0.10 |

TOTAL FEES                                              $        10,563.50

# PHELPS DUNBAR LLP

Our File Number: 10972-0011                                              October 15, 2010
Invoice Number: 781079                                                    Page Number 5

---

### Summary By Timekeeper

| Timekeeper | Hours | Billed Per Hour | | Billed Amount |
|------------|-------|-----------------|---|---------------|
| M. E. Roy | 9.00 | 285.00 | | 2,565.00 |
| M. E. Roy | 5.00 | 250.00 | | 1,250.00 |
| D. Zimmerman | 30.90 | 215.00 | | 6,643.50 |
| A. Zeisloft | 1.00 | 105.00 | | 105.00 |
| Totals | 45.90 | | $ | 10,563.50 |

### Disbursements Through September 30, 2010

| | | |
|---|---|---|
| Courier | | 11.82 |
| Court Filing Fees and Costs paid on acc | | 5.50 |
| Digital Images | | 11.10 |
| Filing Fees | | 233.00 |
| Photocopies Internal | | 57.75 |
| Postage | | 7.06 |
| Telephone Long Distance | | 16.19 |
| Westlaw Research Database Charge | | 587.84 |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 930.26 |
| TOTAL FEES AND DISBURSEMENTS | $ | 11,493.76 |

Please include the enclosed Remittance Advice with your payment, and if you are paying any of the past
due invoices listed above, please include the Remittance Advice for each of those invoices.

# PHELPS DUNBAR LLP

—— COUNSELORS AT LAW ——

POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

WGNO-TV                                                                November 12, 2010
Attn: Ms. Vanessa Gutierrez                                  Invoice Number: 784219
One Galleria Blvd., Suite 850
Metairie, LA  70001

---

### REMITTANCE ADVICE

Description Of Matter:  adv. R.C.I. Construction

Our File Number: 10972-0011

Total For Invoice Dated November 12, 2010:

| | | |
|---|---|---|
| Total Fees | $ | 1,761.00 |
| Total Disbursements | | 7.49 |
| Total Of Invoice | $ | 1,768.49 |

Other Outstanding Invoices For This Matter As Of November 12, 2010:

| Invoice Date | Invoice Number | | Balance |
|---|---|---|---|
| 09/14/10 | 777219 | | 5,566.46 |
| 10/15/10 | 781079 | | 11,493.76 |
| TOTAL DUE FOR THIS MATTER | | $ | 18,828.71 |

If payment has been made on any of these invoices, please disregard the listing of such invoice(s) above.

Please enclose this Remittance Advice with your payment.

If payment is made by wire transfer, please remit payment to:    JP Morgan Chase Bank, N.A.
New Orleans, Louisiana
ABA Number: 065400137
Account Number: 707716080
International SWIFT Code: CHASUS33

INVOICE DUE UPON RECEIPT

# PHELPS DUNBAR LLP
### ——— COUNSELORS AT LAW ———
POST OFFICE BOX 974798
DALLAS, TEXAS 75397-4798
(504) 566-1311
TAX IDENTIFICATION NUMBER: 72-0358621

WGNO-TV
Attn: Ms. Vanessa Gutierrez
One Galleria Blvd., Suite 850
Metairie, LA 70001

November 12, 2010
Invoice Number: 784219

For Professional Services Rendered Through October 31, 2010

Description Of Matter:   adv. R.C.I. Construction

Our File Number: 10972-0011

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/04/10 | M. E. Roy | Confer with Mr. Zimmerman re: whether hearing has been set. | 0.10 |
| 10/04/10 | D. Zimmerman | Case review with Ms. Roy; review court docket re: date for hearing; telephone call to docket clerk re: same | 0.30 |
| 10/06/10 | M. E. Roy | Preparing Affidavit (Ordinary Course Professional); study and review of bankruptcy paperwork; telephone conference with Ms. Mariella. | 0.80 |
| 10/06/10 | M. E. Roy | Confer with Mr. Zimmerman re: setting of Special Motion to Strike for hearing and communicating with clients; study and review of e-mail from Mr. Zimmerman to clients; receipt and review of response from Mr. Erbach. | 0.20 |
| 10/06/10 | D. Zimmerman | Review court order setting hearing date; draft e-mail to Mr. Erbach and Mr. Fox re: same | 0.20 |
| 10/07/10 | M. E. Roy | Work on Affidavit; receipt and review of e-mails re: re: Affidavit. | 0.30 |
| 10/08/10 | M. E. Roy | Confer with Ms. Flaherty re: Affidavit; preparing revised Affidavit; review Tribune pre-petition bills. | 0.80 |
| 10/15/10 | D. Zimmerman | Prepare for case review; case review with Ms. Roy; follow up with Mr. Rue re: Wanda Garner | 0.30 |
| 10/15/10 | M. E. Roy | Confer with Mr. Zimmerman re: determining when Plaintiff's brief is due, contacting Mr. Rue re: Ms. Garner's | 0.10 |

# PHELPS DUNBAR LLP

Our File Number: 10972-0011
Invoice Number: 784219

November 12, 2010
Page Number 2

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | Affidavit. | |
| 10/20/10 | M. E. Roy. | Left detailed voice mail for Ms. Ludwig; telephone conference with Ms. Ludwig re: bankruptcy affidavit; telephone conference with Ms. Flaharty re: conflicts check. | 0.30 |
| 10/20/10 | M. E. Roy | Preparing Affidavit of Ordinary Course Professional. | 0.20 |
| 10/21/10 | M. E. Roy | Preparing engagement letter. | 0.40 |
| 10/21/10 | M. E. Roy | E-mail to Mr. Sennet re: engagement letter. | 0.10 |
| 10/22/10 | M. E. Roy | Study and review of legal research re: Special Motion to Strike. | 0.10 |
| 10/25/10 | M. E. Roy | Study and review of conflicts report for Affidavit. (No Charge). | 2.40 |
| 10/26/10 | M. E. Roy | Preparing Affidavit of Ordinary Counsel Professional. | 0.40 |
| 10/26/10 | M. E. Roy | E-mail to Mr. Sennet re: engagement letter. | 0.10 |
| 10/26/10 | M. E. Roy | Receipt and review of detailed message from Mr. Alfortish; telephone conference with Mr. Alfortish's office; telephone conference with Mr. Alfortish; confer with Mr. Zimmerman re: whether Mr. Rue has returned phone and e-mail messages re: Garner Affidavits; memo to Mr. Zimmerman and legal assistant re: Alfortish request for continuance and request for him to get dates from Court to re-set date; receipt and review of e-mail from Mr. Zimmerman re: reply memo. | 0.50 |
| 10/28/10 | M. E. Roy | Telephone conference with Mr. Alfortish and Court clerk re: continuance of November 3 hearing date to December 8; confer with Mr. Zimmerman re: continuance; e-mail to Mr. Sennet re: continuance; receipt and review of response from Mr. Sennet re: Opposition Memorandum; respond re: Opposition and Reply Brief. | 0.70 |
| 10/29/10 | D. Zimmerman | Case review with Ms. Roy | 0.10 |
| 10/29/10 | M. E. Roy | File organization. | 0.30 |
| 10/29/10 | M. E. Roy | Confer with Mr. Zimmerman re: briefing schedule. | 0.10 |

TOTAL FEES                                    $        1,761.00

Summary By Timekeeper

| Timekeeper | Hours | Billed Per Hour | Billed Amount |
|-----------|-------|-----------------|---------------|
| M. E. Roy | 5.50 | 285.00 | 1,567.50 |
| D. Zimmerman | 0.90 | 215.00 | 193.50 |

# PHELPS DUNBAR LLP

Our File Number: 10972-0011
Invoice Number: 784219

November 12, 2010
Page Number 3

| Timekeeper | Hours | Billed Per Hour | | Billed Amount |
|---|---|---|---|---|
| Totals | 6.40 | | $ | 1,761.00 |

Disbursements Through October 31, 2010

| | | |
|---|---|---|
| Digital Images | | 2.55 |
| Photocopies Internal | | 2.00 |
| Telephone Long Distance | | 2.94 |
| TOTAL DISBURSEMENTS | $ | 7.49 |
| TOTAL FEES AND DISBURSEMENTS | $ | 1,768.49 |

Please include the enclosed Remittance Advice with your payment, and if you are paying any of the past due invoices listed above, please include the Remittance Advice for each of those invoices.

# EXHIBIT B

# FEE SUMMARY

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
AUGUST 1, 2010 THROUGH OCTOBER 31, 2010**

| Name of Professional/ Individual | Position, Number of Years in the Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Mary Ellen Roy | Partner, 18 years, 1984, commercial litigation | $285 $250 | 7.10 5.00 | $7,723.50 $1,250.00 |
| Dan Zimmerman | Staff Attorney, 4 years, 1979, commercial litigation | $215 | 39.90 | $8,578.50 |
| Anne Robinson | Paralegal | $65 | 1.50 | $ 97.50 |
| Adrienne Zeisloft | Senior Paralegal | $105 | 1.00 | $ 105.00 |
| | | | | |
| | | | | |
| **Grand Total:** | | | | **$17,754.50** |
| **Blended Rate:** | | | | **$** |

# EXHIBIT C

# EXPENSE SUMMARY

**EXPENSE SUMMARY FOR THE PERIOD FROM
AUGUST 1, 2010 THROUGH OCTOBER 31, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $660.26 |
| Facsimile (with rates) | | $0 |
| Long Distance Telephone | | $48.54 |
| In-House Reproduction | | $88.15 |
| Outside Reproduction | District Court | $19.00 |
| Outside Research | | $0 |
| Filing/Court Fees | | $238.50 |
| Local Travel | | $0 |
| Out-of-Town Travel | | $0 |
| Courier & Express Carriers | | $11.82 |
| Postage | | $7.94 |
| **Total** | | **$1,074.21** |