# EXHIBIT A

# FEE AND EXPENSE DETAIL

\*\* Certain invoices have been redacted for confidentiality purposes. \*\*

# SNR DENTON 러

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

April 19, 2011

**Invoice No. 1288404**

Client/Matter: 09721775-0001

M. Higgins Subpoena - Missner v. Clifford

Payment Due Upon Receipt

Total This Invoice                                         $          172.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

April 19, 2011

**Invoice No. 1288404**

Client/Matter: 09721775-0001

M. Higgins Subpoena - Missner v. Clifford

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/02/11 | N. Spears | 0.30 | | | Phone call and e-mail to T. Koessel re: subpoena. |
| Total Hours | | 0.30 | | | |
| Fee Amount | | | | | $172.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.30 | $172.50 |
| Totals | | 0.30 | $172.50 |

| | | |
|---|---|---|
| Fee Total | $ | 172.50 |
| Invoice Total | $ | 172.50 |

2

# SNR DENTON �⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

April 20, 2011

**Invoice No. 1288823**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

Payment Due Upon Receipt

Total This Invoice                                    $          195.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

April 20, 2011

**Invoice No. 1288823**

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/04/11 | J. Klenk | 0.30 | L120 | | Teleconference K. Flax, J. Ludwig. |
| Total Hours | | 0.30 | | | |
| Fee Amount | | | | | $195.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.30 | $195.00 |
| Totals | | 0.30 | $195.00 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 195.00 | |
| Invoice Total | $ | 195.00 | |

2

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

April 19, 2011

**Invoice No. 1288407**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

---

Total This Invoice                                        $      16,043.60

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON 🔟

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

April 19, 2011

**Invoice No. 1288407**

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/01/11 | G. Naron | 1.30 | L240 | | Review file, opposition to motion to dismiss (.3), draft reply in support of motion (1.0). |
| 03/01/11 | K. Rodriguez | 0.60 | L120 | | Confer with N. Spears re: strategy for motion to extend discovery cut off date (.2); Confer with counsel for Sun Times regarding same (.2); Prepare materials for hearing on motion to extend discovery cut off date on 3/2 (.2). |
| 03/01/11 | N. Spears | 0.40 | L120 | | Prepare for hearing on Motion to Extend Discovery (.20); work on reply brief (.20). |
| 03/02/11 | N. Spears | 1.50 | L450 | | Attend court on motion to extend discovery schedule. |
| 03/02/11 | G. Naron | 1.50 | L240 | | Review file, cases (.7), draft reply in support of motion to dismiss (.8). |
| 03/04/11 | K. Rodriguez | 0.10 | L120 | | Correspondence with co-defendants' counsel in advance of strategy discussion▓▓▓▓▓ |
| 03/07/11 | G. Naron | 1.60 | L120 | | Review file, edit draft reply (.6); further consideration of cases, recent S. Ct. decision (.7); teleconferences, emails N. Spears, D. Dunn re: same (.3). |

BRYAN AND CYNTHIA LINDGREN

April 19, 2011

Matter: 09721775-0066
Invoice No.: 1288407

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/07/11 | K. Rodriguez | 2.40 | L240 | | Research potential change of judge in municipal court (.2); Confer with counsel for Sun Times ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ Cite check reply brief in support of motion to dismiss (1.5); Review new Supreme Court decision regarding First Amendment defense to intrusion and emotional distress claims (.3). |
| 03/07/11 | N. Spears | 1.40 | L120 | | Read and revise reply brief and phone conference w/G.Naron re: same (.50); phone conference w/D. Dunn et al re: reply briefs, US Supreme Court Decision in Phelps and Municipal Court Judge (.50); conference w/K. Rodriguez re: cite checking and finalizing reply brief for filing on Wednesday, March 9 (.30); phone conference and email to K. Flax re: same (.10). |
| 03/08/11 | G. Naron | 0.90 | L250 | | Review file; edit draft reply (.5); review draft of Sun-Times brief; further consideration of constitutional arguments (.3); emails N. Spears, K. Rodriguez re: same (.1). |
| 03/08/11 | K. Rodriguez | 3.30 | L240 | | Review revised reply brief in support of motion to dismiss (.2); Review draft reply brief from Sun-Times (.8); Confer with N. Spears regarding additional edits to brief (.1); Edit reply brief in response to plaintiffs' technical deficiency argument (.4); Draft letter to judge enclosing courtesy copies (.3); Finalize cite check and proofread of reply brief (1.5). |
| 03/08/11 | N. Spears | 1.00 | L120 | | Read SunTimes' draft reply brief and our revised reply brief (.50); email w/K. Flax re: same (.20); edit our reply brief (.30). |
| 03/09/11 | N. Spears | 0.50 | L210 | | Review and edit and finalize reply brief on motion to dismiss. |

3

BRYAN AND CYNTHIA LINDGREN

April 19, 2011

Matter: 09721775-0066
Invoice No.: 1288407

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/09/11 | K. Rodriguez | 0.50 | L240 | | Confer with counsel for Sun-Times regarding coordination of courtesy copies of case (.1); Confer with N. Spears regarding final edits to reply brief (.2); Finalize reply brief for filing (.2). |
| 03/10/11 | K. Rodriguez | 0.30 | L240 | | Correspondence with counsel for Sun Times regarding courtesy copies of key cases cited in briefs (.2); Review draft of cover letter to judge enclosing courtesy copies of cases (.1). |
| 03/11/11 | K. Rodriguez | 2.80 | L240 | | Correspondence with counsel for Sun-Times regarding joint submission of courtesy copies of key cases (.2); Select and categorize key cases for inclusion into courtesy copy case packet for judge (1.0); Revise courtesy copy cover letter to judge (.2); Finalize courtesy copies of motion to dismiss briefing and key cases for judge (.3); Review and analyze newly decided Northern District of Illinois case citing Snyder (.8); Confer with counsel for Sun-Times regarding new case citing Snyder to determine where it should be added as supplemental authority to briefing (.3). |
| 03/15/11 | K. Rodriguez | 0.10 | L240 | | Correspondence with opposing counsel regarding delivery of courtesy copies to chambers. |
| 03/16/11 | K. Rodriguez | 0.10 | L240 | | Prepare materials for motion to dismiss hearing. |
| 03/18/11 | K. Rodriguez | 0.60 | L240 | | Confer with co-defendants' counsel regarding strategy for presentation of motions to dismiss during hearing on 3/21 (.4); Confer with N. Spears re: same (.2). |
| 03/18/11 | N. Spears | 1.00 | L120 | | Preparation call w/other co-defendants for argument on Monday, 3/21 (.50); prepare for hearing (.50). |

4

BRYAN AND CYNTHIA LINDGREN

April 19, 2011

Matter: 09721775-0066
Invoice No.: 1288407

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/19/11 | K. Rodriguez | 0.30 | L101 | | Find and review WLS-TV footage concerning plaintiffs (.2); Prepare overview of contents of same to N. Spears (.1). |
| 03/20/11 | N. Spears | 2.50 | L120 | | Read all briefs of defendant Tribune, SunTimes and Advocate for dismissal in preparation for oral argument and key case law (2.0); prepare notes for argument (.50). |
| 03/21/11 | K. Rodriguez | 3.10 | L240 | | Attend hearing on motion to dismiss (3.0); Draft overview of hearing for K. Flax (.1). |
| 03/21/11 | N. Spears | 2.70 | L120 | | Attend oral argument and argue for Tribune (2.50); email re: same (.20). |
| 03/25/11 | N. Spears | 0.10 | L120 | | Follow up email w/Judge Dunford. |
| 03/28/11 | N. Spears | 1.00 | L120 | | Read and analyze Judge Dunford's ruling on privacy claims and motion to dismiss (.50); phone conference w/G. Naron re: strategy for motion for recon or appeal (.20); email to K. Flax re: same and digest of ruling (.30). |
| 03/28/11 | G. Naron | 0.50 | L120 | | Review, analyze ruling on motion to dismiss (.3); memo re: same; emails N. Spears, J. Klenk, K. Rodriguez re: same (.2). |
| 03/28/11 | K. Rodriguez | 0.40 | L240 | | Review and analyze decision issued on motion to dismiss. |
| 03/31/11 | G. Naron | 2.20 | L250 | | Review file, cases (.5); draft motion for reconsideration (1.6); emails N. Spears re: same (.1). |

Total Hours     34.70

Fee Amount                                                                $16,008.50

BRYAN AND CYNTHIA LINDGREN

April 19, 2011

Matter: 09721775-0066
Invoice No.: 1288407

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 12.10 | $6,957.50 |
| G. Naron | $520.00 | 8.00 | $4,160.00 |
| K. Rodriguez | $335.00 | 14.60 | $4,891.00 |
| Totals | | 34.70 | $16,008.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Color Copies | | 6.00 |
| | | SUBTOTAL | 6.00 |
| | Document reproduction | | 28.70 |
| | | SUBTOTAL | 28.70 |
| | Mics. Duplicating | | 0.40 |
| | | SUBTOTAL | 0.40 |
| | Total Disbursements | | $35.10 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 16,008.50 |
| Disbursement Total | $ | 35.10 |
| Invoice Total | $ | 16,043.60 |

6

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

April 19, 2011

**Invoice No. 1288405**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

---

Total This Invoice                                        $          483.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

April 19, 2011

**Invoice No. 1288405**

Client/Matter:  09803290-0004

EDITORIAL

For Professional Services Rendered through April 18, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/31/11 | K. Rodriguez | 0.70 | L120 | | Review subpoenaing attorney's letter regarding the subpoena ▇▇▇ (.3); Review article at issue (.3); Confer with N. Spears re: strategy in responding to letter (.1). |
| 04/05/11 | K. Rodriguez | 0.20 | L190 | | Confer with N. Spears regarding strategy in responding to letter regarding subpoena ▇▇▇ |
| 04/08/11 | N. Spears | 0.20 | L120 | | Update w/K. Flax re: next steps. |
| 04/08/11 | K. Rodriguez | 0.20 | L190 | | Confer with K. Flax and N. Spears regarding strategy in responding to subpoena ▇▇▇ |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 1.30 | | | |
| Fee Amount | | | | | $483.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $575.00 | 0.20 | $115.00 |
| K. Rodriguez | $335.00 | 1.10 | $368.50 |
| Totals | | 1.30 | $483.50 |

| | | |
|---|---|---|
| Fee Total | $ | 483.50 |
| Invoice Total | $ | 483.50 |

2

# SNR DENTON 규

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

April 19, 2011

**Invoice No. 1288412**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                                    $        20,545.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

April 19, 2011

**Invoice No. 1288412**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/25/11 | N. Spears | 0.50 | L120 | | Tara Malone subpoena: Phone conference w/K. Flax and K. Rodriguez re: letter to defendants' counsel (.30); review draft of same (.20). |
| 03/02/11 | N. Spears | 0.20 | L190 | | Phone conference with K. Flax re: retraction request ▮▮▮▮▮▮ |
| 03/02/11 | N. Spears | 2.20 | L120 | | Tara Malone subpoena: Phone conference with K. Rodriguez re: Judge Gettleman order for Tara Malone's deposition at 9 am the following day (.3); phone conference with K. Flax and P. Kendall re: same (.4); edit motion to quash and discuss same with K. Rodriguez (1.0); review articles at issue and prepare for deposition (.5). |
| 03/02/11 | K. Rodriguez | 6.80 | L250 | | Tara Malone subpoena: Call with defense counsel regarding order issued this afternoon for Malone's deposition the next day (.3); Call with plaintiffs' counsel regarding same (.3); Confer with N. Spears regarding strategy for responding to order (.3); Confer with P. Kendall, K. Flax, and N. Spears regarding same (.4); Review Malone articles at issue (.3); Draft, limited research/cite checking and revise motion to quash deposition and trial subpoenas (4.7); Prepare materials for hearing and deposition (.5). |

EDITORIAL-GENERAL
0000001492

April 19, 2011

Matter: 09721775-1003
Invoice No.: 1288412

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/03/11 | N. Spears | 1.30 | L120 | | Various email and phone conferences w/K. Flax, M. Flessner, G. Kern, G. Papa John, D. Jackson ▮ |
| 03/03/11 | M. Flessner | 1.20 | L120 | | Conference call with N. Spears and conference call with D. Jackson, N. Spears and K. Flax ▮ |
| 03/03/11 | N. Spears | 3.60 | L120 | | Tara Malone subpoena:  Prepare for deposition of T. Malone, including review of articles and complaint in case (.70); meeting w/T. Malone prior to court (1.30); attend court hearing before Judge Gettleman and then defend T. Malone deposition (1.50); email from court reporter (.10). |
| 03/04/11 | M. Flessner | 1.10 | L110 | | Multiple conference calls with D. Jackson ▮ ▮ e-mails regarding same. |
| 03/09/11 | S. Fifer | 0.40 | L120 | | Analyze possible source and ethics issues ▮ |
| 03/09/11 | S. Fifer | 0.70 | L110 | | Telecon (w/NXS) K. Flax re analysis and strategy ▮ |
| 03/09/11 | N. Spears | 3.10 | L120 | | Read and vet three-party story ▮ (1.10); various phone conferences with K. Flax re: same (.7); phone conference with G. Naron ▮ (.10); phone conference with K. Flax ▮ (.30); phone conference and e-mail with S. Fifer ▮ (.20); phone conference and meeting with S. Fifer and K. Flax ▮ (.70) |

3

EDITORIAL-GENERAL
0000001492

April 19, 2011

Matter: 09721775-1003
Invoice No.: 1288412

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/09/11 | G. Naron | 0.10 | L110 | | Teleconference N. Spears ▓▓▓▓▓ |
| 03/11/11 | G. Naron | 0.90 | L120 | | Teleconferences N. Spears, K. Flax re: possible defenses ▓▓▓▓ (.40); review articles, cases re: same (.50). |
| 03/11/11 | K. Rodriguez | 0.80 | L120 | | Confer with N. Spears regarding letter to judge concerning release of recordings played during trial of Marni Yang in Lake County (.5); Review news articles concerning case to understand underlying facts (.3). |
| 03/11/11 | N. Spears | 1.30 | L120 | | Email and phone conference w/K. Flax and G. Naron re ▓▓▓▓ story (.50); review updated story briefing (.30); phone conference w/K. Flax, P. Kendall, D. Jackson ▓▓▓▓ (.50). |
| 03/11/11 | N. Spears | 1.20 | L120 | | Email and conference w/K. Flax re: Lake County Marni Yang trial and tape evidence (.30); analyze letter for same and case law to cite in letter (.50); conference w/K. Rodriguez re: draft of letter for K. Flax's signature to Judge (.40). |
| 03/13/11 | K. Rodriguez | 1.10 | L120 | | Draft letter to Judge Stride regarding release of recordings and transcripts in Marni Yang trial (.80); Review applicability ▓▓▓▓ (.3). |
| 03/14/11 | G. Naron | 0.70 | L250 | | Draft second letter to judge in Yang case re: access to jury names. |

EDITORIAL-GENERAL
0000001492

April 19, 2011

Matter: 09721775-1003
Invoice No.: 1288412

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/14/11 | N. Spears | 1.70 | L120 | | Edit M. Yang letter re: tapes evidence and send to K. Flax (.40); discuss same w/K. Flax (.20); email and conference w/K. Flax re: access to juror names in Lake County for M. Yang case (.40); calls w/Lake County PD ███████ (.40); conference w/G. Naron re: draft letter for K. Flax to send on juror names to judge (.20); review G. Naron draft of same and send to K. Flax (.10). |
| 03/14/11 | N. Spears | 0.30 | L120 | | Conference w/K. Flax re: subpoena ███████ (.30). |
| 03/14/11 | K. Rodriguez | 0.20 | L120 | | Review local rules in Lake Country regarding release of juror names in preparation for adding insert to letter to judge in trial of Mami Yang regarding release of juror names. |
| 03/15/11 | K. Rodriguez | 0.60 | L120 | | Review subpoena issued by one of the defendants in Jamal Miller case to Steve Mills and Louise Kieman (Miller v. Kozel) (.2); Confer with N. Spears re: strategy in responding to same (.3); Correspondence with K. Flax regarding same (.1). |
| 03/15/11 | N. Spears | 0.70 | L120 | | Conference w/K. Flax re: Hirsh subpoena (.10); conference call w/K. Flax re: S. Mills subpoena in Miller case (.20); conference w/K. Rodriguez and analyze same (.40). |
| 03/16/11 | N. Spears | 0.30 | L120 | | E-mail with K. Flax and M. O'Connor re: vetting ███████ story. |
| 03/17/11 | N. Spears | 2.50 | L120 | | Read and vet ███████ article (.60); conference w/S. Fifer re: same (.40); email and phone conference w/M. O'Connor ███████ (.50); review near-final copy ███████ (.60); email and phone conference w/M. O'Connor ███████ (.40). |

5

EDITORIAL-GENERAL
0000001492

April 19, 2011

Matter: 09721775-1003
Invoice No.: 1288412

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/17/11 | N. Spears | 0.20 | L120 | | Review docket sheet for case ████████ and follow up for same (.20). |
| 03/17/11 | N. Spears | 1.10 | L120 | | Read ████████ article ████ (.70); phone conference w/P. Kendall re: same (.40). |
| 03/17/11 | S. Fifer | 0.60 | L120 | | Review and annotate draft ████ story and forward copy to NXS. |
| 03/18/11 | N. Spears | 0.40 | L120 | | Read fina███████ story. |
| 03/19/11 | K. Rodriguez | 0.90 | L190 | | Draft objections to subpoena in Jamal Miller case (Miller v. Kozel) (.4); Draft and revise letter concerning objections to subpoenaing party (.5). |
| 03/21/11 | K. Rodriguez | 0.20 | L190 | | Confer with ████████ counsel in Jamal Miller matter regarding ████ subpoena. |
| 03/22/11 | K. Rodriguez | 0.10 | L190 | | Correspondence with subpoenaing party in Jamal Miller case regarding Tribune's objections to subpoena. |
| 03/23/11 | K. Rodriguez | 2.80 | L120 | | Research ███████████████████████████████████ ...egulations to vet article ███████████ |
| 03/23/11 | N. Spears | 0.50 | L120 | | Email re: ███████████████ research (.20); conference w/K. Rodriguez re: same (.30). |
| 03/24/11 | N. Spears | 1.00 | L120 | | Read and vet ███████ article, including multiple reads given layout of article (.60); conference call w/K. Flax and K. Rodriguez re: same and re: K. Rodriguez research ████████ (.40). |
| 03/25/11 | N. Spears | 0.10 | L120 | | Follow up email w/K. Flax. |
| 03/29/11 | N. Spears | 0.10 | L120 | | Conference call w/K. Flax ███████████ |

| Total Hours | | 41.50 | | | |

6

EDITORIAL-GENERAL
0000001492

April 19, 2011

Matter: 09721775-1003
Invoice No.: 1288412

Fee Amount

$20,545.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Flessner | $545.00 | 2.30 | $1,253.50 |
| N. Spears | $575.00 | 22.30 | $12,822.50 |
| S. Fifer | $625.00 | 1.70 | $1,062.50 |
| G. Naron | $520.00 | 1.70 | $884.00 |
| K. Rodriguez | $335.00 | 13.50 | $4,522.50 |
| .Totals | | 41.50 | $20,545.00 |

| | | |
|---|---|---|
| Fee Total | $ | 20,545.00 |
| Invoice Total | $ | 20,545.00 |

7

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

Invoice No. 1287130

Client/Matter: 09722405-0001

UST GLOBAL INC.
TRIBUNE CONTACT: RITA DeBOER

Payment Due Upon Receipt

---

Total This Invoice                                        $        572.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

Invoice No. 1287130

Client/Matter:  09722405-0001

UST GLOBAL INC.
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 3/2/11 | M. Petry | 0.80 | Update and distribute agreement to UST. |
| 3/18/11 | M. Petry | 0.30 | Review proposed final UST agreement. |
| Total Hours | | 1.10 | |
| Fee Amount | | | $572.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Petry | $520.00 | 1.10 | $572.00 |
| Totals | | 1.10 | $572.00 |

| | | |
|---|---|---|
| Fee Total | $ | 572.00 |
| Invoice Total | $ | 572.00 |

2

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6305

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

**Invoice No. 1287132**

Client/Matter: 09722405-0002

*projekt202*, CONTRACT WITH
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

---

Total This Invoice                                $        1,756.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

**Invoice No. 1287132**

Client/Matter:  09722405-0002

projekt202, CONTRACT WITH
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/1/11 | R. Gullikson | 1.30 | Emails to and from D. Schuster re best practices re due diligence efforts with respect to the designs (0.3); call with C. A. Been re same (0.2); revise Master Services Agreement accordingly (0.8). |
| 3/1/11 | C. Been | 0.30 | Communications with client and opposing counsel regarding date and suspension. |
| 3/2/11 | R. Gullikson | 0.50 | Review emails and draft Master Services Agreement from projekt202 (0.2); emails to K. Jurgeto re Statement of Work (0.1); revise Master Services Agreement and distribute to Tribune (0.2). |
| 3/7/11 | R. Gullikson | 1.30 | Call with B. Healey re media insurance issues (0.3); revise Master Services Agreement accordingly (0.5); revise Statement of Work per D. Schuster emails and send to Tribune (0.5). |
| Total Hours | | 3.40 | |
| Fee Amount | | | $1,756.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| C. Been | $480.00 | 0.30 | $144.00 |
| R. Gullikson | $520.00 | 3.10 | $1,612.00 |
| Totals | | 3.40 | $1,756.00 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

**Invoice No. 1287141**

Client/Matter: 09722405-0006

Noble Systems Contract Review
Tribune Contact: Rita DeBoer

Payment Due Upon Receipt

---

Total This Invoice                                      $        8,268.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
| --- | --- | --- |
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

**Invoice No. 1287141**

Client/Matter: 09722405-0006

Noble Systems Contract Review
Tribune Contact: Rita DeBoer

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/25/11 | M. Petry | 7.00 | 3,640.00 | (Tribune/Noble Systems) Review and revise Noble systems agreement. |
| 03/04/11 | M. Petry | 1.50 | 780.00 | Prepare for and participate in negotiations with Noble Systems. |
| 03/13/11 | M. Petry | 0.30 | 156.00 | Review revisions to Noble Agreement. |
| 03/14/11 | M. Petry | 2.50 | 1,300.00 | Prepare for and participate in conference calls re Noble negotiations. |
| 03/15/11 | M. Petry | 1.30 | 676.00 | Discuss issues with Banks Neil re Noble Agreement; review redline. |
| 03/18/11 | M. Petry | 2.00 | 1,040.00 | Review Noble draft and prepare redline. |
| 03/21/11 | M. Petry | 0.30 | 156.00 | Review updated agreement from Noble and request updated execution version. |
| 03/25/11 | M. Petry | 0.50 | 260.00 | Review updated document from Noble. |
| 03/28/11 | M. Petry | 0.50 | 260.00 | Review and distribute proposed final agreement with Noble systems. |

| | | | |
|---|---|---|---|
| Total Hours | | 15.90 | |
| Fee Amount | | | $8,268.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 15.90 | $8,268.00 |
| Totals | | 15.90 | $8,268.00 |

Noble Systems Contract Review
Tribune Contact: Rita DeBoer

April 14, 2011

Matter: 09722405-0006
Invoice No.: 1287141

| | | |
|---|---|---|
| Fee Total | $ | 8,268.00 |
| Invoice Total | $ | 8,268.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

**Invoice No. 1287144**

Client/Matter: 09722405-0058

INFOSYS TECHNOLOGIES LIMITED
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

---

Total This Invoice                                      $          1,508.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

**Invoice No. 1287144**

Client/Matter:  09722405-0058

INFOSYS TECHNOLOGIES LIMITED
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/06/11 | M. Petry | 0.30 | 156.00 | Review and comment on Infosys email describing remaining issues. |
| 03/08/11 | M. Petry | 1.30 | 676.00 | Discuss and prepare proposed final draft to Infosys Agreement. |
| 03/17/11 | M. Petry | 0.80 | 416.00 | Review and comment on Infosys's updated draft and final 2 issues. |
| 03/18/11 | M. Petry | 0.50 | 260.00 | Finalize Infosys agreement. |
| Total Hours | | 2.90 | | |
| Fee Amount | | | | $1,508.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 2.90 | $1,508.00 |
| Totals | | 2.90 | $1,508.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 1,508.00 | |
| Invoice Total | $ | 1,508.00 | |

2

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 13, 2011

**Invoice No. 1286492**

Client/Matter: 09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                              $          4,940.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 13, 2011

**Invoice No. 1286492**

Client/Matter:  09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/1/11 | R. Gullikson | 0.70 | Call with Microsoft and Tribune re open issues in Scout Promotion Agreement. |
| 3/2/11 | R. Gullikson | 0.30 | Review Microsoft changes to Promotion (Scout) Agreement and to Addendum (.10); emails to Tribune re same (.20). |
| 3/3/11 | R. Gullikson | 0.30 | Brief call with B. Healey re insurance issue in the Master Services Agreement and open issues in Microsoft Scout Promotion Agreement. |
| 3/9/11 | R. Gullikson | 0.80 | Call with S. Okizaki, K. Jurgeto and B. Healey re open issues in Microsoft Promotion Agreement and Addendum. |
| 3/17/11 | R. Gullikson | 1.50 | Review Amendment to Master Consulting Agreement from Microsoft (.30); call with K. Jurgeto re intent of Tribune and issues (.20); revise Amendment accordingly (1.00). |
| 3/18/11 | R. Gullikson | 0.30 | Call with B. Healey re revisions to Amendment to Microsoft Master Consulting Services Agreement (.10); made changes discussed and sent to Tribune (.20). |
| 3/23/11 | R. Gullikson | 0.50 | Call with Emmy, S. Okizaki and B. Healey re status of Mosaic project and outstanding agreements with Microsoft. |
| 3/25/11 | R. Gullikson | 0.30 | Review Microsoft changes to AZURE Statement of Work and Work Order (.20); prepared email to Tribune re same (.10). |
| 3/28/11 | R. Gullikson | 0.50 | Reviewed Amendment draft from Microsoft and drafted email summarizing issues. |
| 3/30/11 | R. Gullikson | 1.30 | Call with B. Healy, S. Okizaki, B. Healey, K. Jurgeto re open issues in Microsoft amendment and AZURE Statement of Work (.50); revised Statement of Work per emails with comments from Tribune business team (.50); call with B. Healey re infringement indemnity issues in Amendment (.10); revised Amendment accordingly (.20). |
| 3/31/11 | R. Gullikson | 2.50 | Review and revise TAP Agreement; draft email summarizing issues (2.40); emails with K. Jurgeto re Non-Disclosure Agreement with nPhase (.10). |

2

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

April 13, 2011

Matter: 09722405-0060
Invoice No.: 1286492

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/31/11 | M. Petry | 0.50 | Review and discuss ancillary purchases and documents re the MicroSoft Select program. |
| Total Hours |  | 9.50 |  |
| Fee Amount |  |  | $4,940.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 0.50 | $260.00 |
| R. Gullikson | $520.00 | 9.00 | $4,680.00 |
| Totals |  | 9.50 | $4,940.00 |

| | | |
|---|---|---|
| Fee Total | $ | 4,940.00 |
| Invoice Total | $ | 4,940.00 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 13, 2011

**Invoice No. 1286495**

Client/Matter: 09722405-0062

CLARITY CONSULTING, INC. , CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                              $          624.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 13, 2011

**Invoice No. 1286495**

Client/Matter:  09722405-0062

CLARITY CONSULTING, INC. , CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/23/11 | R. Gullikson | 0.70 | Review and revise Clarity Statement of Work 2. |
| 3/30/11 | R. Gullikson | 0.50 | Call with K. Jurgeto re scope of deliverables in Statement of Work #2 (.10); revise Statement of Work #2 per comments from Tribune and create execution copies (.40). |

| | | | |
|---|---|---|---|
| Total Hours | | 1.20 | |
| Fee Amount | | | $624.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $520.00 | 1.20 | $624.00 |
| Totals | | 1.20 | $624.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 624.00 | |
| Invoice Total | $ | 624.00 | |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 North Michigan Avenue
Chicago, IL 60611
USA

April 14, 2011

**Invoice No. 1287146**

Client/Matter: 09722405-0063

MARKETZONE
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

---

Total This Invoice                                $         416.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 North Michigan Avenue
Chicago, IL 60611
USA

April 14, 2011

**Invoice No. 1287146**

Client/Matter:  09722405-0063

MARKETZONE
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/08/11 | M. Petry | 0.80 | 416.00 | Prepare issues list. |
| Total Hours | | 0.80 | | |
| Fee Amount | | | | $416.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 0.80 | $416.00 |
| Totals | | 0.80 | $416.00 |

| | | |
|---|---|---|
| Fee Total | $ | 416.00 |
| Invoice Total | $ | 416.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

**Invoice No. 1287140**

Client/Matter: 09722405-0005

Audimation Contract Negotiations
Tribune Contact: Rita DeBoer

Payment Due Upon Receipt

Total This Invoice                                    $        2,756.00

---

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON 大

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 14, 2011

**Invoice No. 1287140**

Client/Matter:  09722405-0005

Audimation Contract Negotiations
Tribune Contact:  Rita DeBoer

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/01/11 | M. Petry | 0.80 | 416.00 | Review Auditmation and Caseware agreements. |
| 03/03/11 | M. Petry | 4.50 | 2,340.00 | Prepare redline to Audimation agreement and Caseware license. |

| | | | |
|---|---|---|---|
| Total Hours | | 5.30 | |
| Fee Amount | | | $2,756.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $520.00 | 5.30 | $2,756.00 |
| Totals | | 5.30 | $2,756.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,756.00 |
| Invoice Total | $ | 2,756.00 |

2

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

April 21, 2011

**Invoice No. 1289115**

Client/Matter: 09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

Payment Due Upon Receipt

---

Total This Invoice        $     1,919.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

April 21, 2011

**Invoice No. 1289115**

Client/Matter:  09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/09/11 | G. Naron | 0.30 | L110 | | Review, analyze order on summary judgment (.20); teleconference N. Spears, client re: same (.10). |
| 03/10/11 | N. Spears | 0.30 | L120 | | Email w/B. Healey re: next steps and conference call. |
| 03/11/11 | N. Spears | 0.70 | L120 | | Phone conference w/B. Healey, K. Flax, G. Naron and Ester from D. Craven's office re: strategy and next steps for FOIA case and documents from U of I (.50); follow up call w/K. Flax and email from B. Healey ▓▓▓ (.20). |
| 03/11/11 | G. Naron | 0.80 | L120 | | Review file, analyze order on summary judgment (.2); teleconferences N. Spears, client, co-counsel re: strategy going forward (.6). |
| 03/14/11 | G. Naron | 0.60 | L120 | | Review file and teleconference N. Spears, client, co-counsel re: litigation strategy. |
| 03/14/11 | N. Spears | 0.60 | L120 | | Phone conference w/K. Flax, D. Craven et al re: strategy ▓▓▓ |
| 03/15/11 | N. Spears | 0.20 | L120 | | Email re: pleadings. |
| Total Hours | | 3.50 | | | |
| Fee Amount | | | | | $1,919.00 |

UNIVERSITY OF ILLINOIS - FOIA MATTER

April 21, 2011

Matter: 09721775-0060
Invoice No.: 1289115

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 1.80 | $1,035.00 |
| G. Naron | $520.00 | 1.70 | $884.00 |
| Totals | | 3.50 | $1,919.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,919.00 |
| Invoice Total | $ | 1,919.00 |

3

# SNR DENTON 大

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281359**

Client/Matter: 09721775-0071

CC Event Productions, Inc.

Payment Due Upon Receipt

---

Total This Invoice                                    $        5,943.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

March 16, 2011

**Invoice No. 1281359**

Client/Matter:  09721775-0071

CC Event Productions, Inc.

For Professional Services Rendered through March 16, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/20/10 | N. Spears | 0.10 | L120 | | Email w/B. Healey re: response deadline. |
| 01/06/11 | N. Spears | 0.60 | L110 | | Discuss next steps with K. Flax and e-mail with B. Healey (.3); discuss same with J. Klenk (.2); review WGN website (.1). |
| 01/06/11 | J. Klenk | 1.10 | L120 | | Review recap data (.2); teleconference with N. Spears (.1); review contract (.2); teleconference with K. Flax (.3); email re: settlement strategy (.3). |
| 01/07/11 | J. Klenk | 0.30 | L120 | | Teleconference with B. Healey (.3). |
| 01/10/11 | J. Klenk | 0.40 | L120 | | Teleconference with B. Healey re: settlement strategy and answer (.2); teleconference with A. Brown re: appearance and extension (.2). |
| 01/12/11 | J. Klenk | 0.20 | L120 | | Teleconference with B. Healey (.1); teleconference with A. Brown re: appearance and jury demand (.1). |
| 01/12/11 | A. Brown | 2.00 | L430 | | Phone call with opposing counsel for extension of time to answer (20 minutes); email correspondence (20 minutes); draft motion for agreed extension of time to answer (45 minutes); file motion (15 minutes); file notice of appearance (20 minutes) |
| 01/25/11 | J. Klenk | 0.60 | L120 | | Teleconference with K. Flax (.2); teleconference with B. Healey (.2); review spreadsheet (.2). |
| 01/28/11 | J. Klenk | 0.20 | L120 | | Teleconference with B. Healey. |
| 02/01/11 | J. Klenk | 0.20 | L120 | | Email from T. Waters. |

CC Event Productions, Inc.

March 16, 2011

Matter: 09721775-0071
Invoice No.: 1281359

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 02/07/11 | J. Klenk | 0.10 | L120 | | Email A. Brown. |
| 02/07/11 | A. Brown | 1.00 | L190 | | Draft letter to opposing counsel regarding breach of contract claims |
| 02/08/11 | J. Klenk | 0.20 | L120 | | Email opposing counsel re: settlement. |
| 02/09/11 | J. Klenk | 0.60 | L160 | | Teleconference with T. Waters re: settlement (.3); emails B. Healey, K. Flax (.2); teleconference with B. Healey (.1). |
| 02/11/11 | J. Klenk | 0.40 | L160 | | Teleconference with T. Waters re: settlement (.2); emails client, A. Brown (.2). |
| 02/14/11 | J. Klenk | 0.30 | L160 | | Revise settlement agreement (.1); teleconference with A. Brown (.1); email B. Healey (.1). |
| 02/14/11 | A. Brown | 1.50 | L250 | | Draft settlement agreement and mutual general release |
| 02/14/11 | A. Brown | 0.20 | L160 | | Final revisions to Settlement Agreement and Mutual General Release |
| 02/15/11 | J. Klenk | 0.50 | L160 | | Teleconference with B. Healey (.2); review Healey revisions to settlement agreement and revise same (.3). |
| 02/16/11 | J. Klenk | 0.10 | L160 | | Email T. Waters. |
| 02/21/11 | J. Klenk | 0.10 | L160 | | Email B. Healey. |
| 02/22/11 | J. Klenk | 0.20 | L160 | | Email B. Healey (.1); email T. Waters (.1). |
| 03/01/11 | J. Klenk | 0.30 | L160 | | Emails and teleconference with B. Healey re: W-9s. |
| 03/03/11 | J. Klenk | 0.20 | L160 | | Emails re: W-9s with T. Waters and B. Healey. |
| 03/09/11 | J. Klenk | 0.10 | L160 | | Letter re: settlement check and dismissal. |

Total Hours     11.50

Fee Amount     $5,510.00

CC Event Productions, Inc.

March 16, 2011

Matter: 09721775-0071
Invoice No.: 1281359

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $625.00 | 6.10 | $3,812.50 |
| N. Spears | $545.00 | 0.70 | $381.50 |
| A. Brown | $280.00 | 4.70 | $1,316.00 |
| Totals | | 11.50 | $5,510.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 1/12/2011 | Court Costs - - | DOCKET PETTY CASH COURT COSTS | 433.00 |
| | | SUBTOTAL | 433.00 |
| | Total Disbursements | | $433.00 |

Fee Total                        $         5,510.00

Disbursement Total          $             433.00

Invoice Total                    $         5,943.00

4

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

BALTIMORE SUN
ATTN:  RITA DEBOER
C/O TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

April 13, 2011

**Invoice No. 1286496**

Client/Matter: 09112486-0001

CRUMBLING CONCRETE

Payment Due Upon Receipt

Total This Invoice                                     $        2,497.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

BALTIMORE SUN
ATTN: RITA DEBOER
C/O TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

April 13, 2011

Invoice No. 1286496

Client/Matter: 09112486-0001

CRUMBLING CONCRETE

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 3/1/11 | M. Dajani | 4.50 | Review construction contract and revise same. |
| Total Hours | | 4.50 | |
| Fee Amount | | | $2,497.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Dajani | $555.00 | 4.50 | $2,497.50 |
| Totals | | 4.50 | $2,497.50 |

| | | |
|--|--|--|
| Fee Total | $ | 2,497.50 |
| Invoice Total | $ | 2,497.50 |

2

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

May 10, 2011

**Invoice No. 1292786**

Client/Matter: 09722405-0001

UST GLOBAL INC.
TRIBUNE CONTACT: RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                    $        110.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

May 10, 2011

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

Invoice No. 1292786

Client/Matter:  09722405-0001

UST GLOBAL INC.
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/1/11 | M. Petry | 0.20 | Review and discuss project status with K.Jurgeto. |
| Total Hours | | 0.20 | |
| Fee Amount | | | $110.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $550.00 | 0.20 | $110.00 |
| Totals | | 0.20 | $110.00 |

| | | |
|---|---|---|
| Fee Total | $ | 110.00 |
| Invoice Total | $ | 110.00 |

2

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

May 24, 2011

Invoice No. 1296622

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

Total This Invoice                                    $        4,325.20

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

May 24, 2011

Invoice No. 1296622

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/05/11 | N. Spears | 1.00 | L190 | | Read and edit motion for reconsideration (.4); phone conference with D. Dunn re: Rule 308 interlocutory appeal motion and motion for reconsideration (.5); e-mail to K. Flax re: same (.1). |
| 04/05/11 | G. Naron | 0.30 | L120 | | Teleconference N. Spears re: reconsideration, appeal issues (.10); draft motion for reconsideration (.20). |
| 04/05/11 | K. Rodriguez | 0.80 | L240 | | Confer with counsel for Advocate regarding potential motion for reconsideration (.1); Review draft of motion for reconsideration (.2); Conference call with counsel for Sun Times re: strategy on motion for reconsideration and certification of questions (.5). |
| 04/07/11 | K. Rodriguez | 0.40 | L240 | | Review Sun-Times' motion for certification pursuant to Rule 308 (.3); Confer with N. Spears regarding same (.1). |
| 04/08/11 | N. Spears | 0.50 | L120 | | Discuss next steps w/K. Flax and K. Rodriguez (.30); email re: same (.10); email from plaintiff's counsel (.10). |
| 04/08/11 | K. Rodriguez | 0.30 | L240 | | Correspondence with counsel for Sun Times regarding motion for reconsideration and hearing set for 4/14 (.2); Confer with K. Flax and N. Spears regarding same (.1). |

BRYAN AND CYNTHIA LINDGREN                                          May 24, 2011

Matter: 09721775-0066
Invoice No.: 1296622

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/11/11 | K. Rodriguez | 1.80 | L250 | | Confer with co-defendants' counsel regarding motion for reconsideration strategy (.3); Revise motion for reconsideration or in the alternative to join motion for certification pursuant to Rule 308 (1.5). |
| 04/11/11 | G. Naron | 0.20 | L120 | | Review, analyze Sun-Times draft Rule 308 submission, Advocate reconsideration motion; e-mails N. Spears, K. Rodriguez re: same; edit motion for reconsideration. |
| 04/12/11 | N. Spears | 1.40 | L120 | | Review and finalize motion for reconsideration (.50); read Sun Times final R.308 motion (.30); read Advocate's motion for reconsideration (.30); brief review of discovery by plaintiffs (.30). |
| 04/12/11 | K. Rodriguez | 0.30 | L250 | | Edit and finalize motion for reconsideration and in the alternative for Rule 308 certification for filing. |
| 04/14/11 | K. Rodriguez | 0.00 | L450 | | Attend status hearing following court's ruling on motion to dismiss. (No charge.) |
| 04/14/11 | N. Spears | 1.20 | L120 | | Prepare for and attend hearing on motion for reconsideration. |
| 04/29/11 | K. Rodriguez | 1.30 | L240 | | Review questions for certification posed by Advocate (.2); Review motion for reconsideration (.2); Draft outline of arguments in preparation for hearing on motion for reconsideration set on 5/3 (.9). |

| | | | |
|---|---|---|---|
| Total Hours | 9.50 | | |
| Fee Amount | | | $4,259.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 4.10 | $2,357.50 |
| G. Naron | $520.00 | 0.50 | $260.00 |

3

BRYAN AND CYNTHIA LINDGREN                                                May 24, 2011

Matter: 09721775-0066
Invoice No.: 1296622

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| K. Rodriguez | $335.00 | 4.90 | $1,641.50 |
| Totals | | 9.50 | $4,259.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 66.20 |
| | | SUBTOTAL | 66.20 |
| | Total Disbursements | | $66.20 |

| | | |
|---|---|---|
| Fee Total | $ | 4,259.00 |
| Disbursement Total | $ | 66.20 |
| Invoice Total | $ | 4,325.20 |

4

# SNR DENTON ⫣

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

April 19, 2011

Invoice No. 1288405

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

Total This Invoice                        $        483.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⼛

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

April 19, 2011

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

**Invoice No. 1288405**

Client/Matter:  09803290-0004

EDITORIAL

For Professional Services Rendered through April 18, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 03/31/11 | K. Rodriguez | 0.70 | L120 | | Review subpoenaing attorney's letter regarding the subpoena ███████ (.3); Review article at issue (.3); Confer with N. Spears re: strategy in responding to letter (.1). |
| 04/05/11 | K. Rodriguez | 0.20 | L190 | | Confer with N. Spears regarding strategy in responding to letter regarding subpoena ██████ |
| 04/08/11 | N. Spears | 0.20 | L120 | | Update w/K. Flax re: next steps. |
| 04/08/11 | K. Rodriguez | 0.20 | L190 | | Confer with K. Flax and N. Spears regarding strategy in responding to subpoena ███████ |

Total Hours          1.30

Fee Amount                                                          $483.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.20 | $115.00 |
| K. Rodriguez | $335.00 | 1.10 | $368.50 |
| Totals | | 1.30 | $483.50 |

Fee Total          $      483.50

Invoice Total          $      483.50

2

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

May 24, 2011

**Invoice No. 1296626**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

Total This Invoice                                    $        1,168.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⫟

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

May 24, 2011

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

Invoice No. 1296626

Client/Matter:  09803290-0004

EDITORIAL

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/05/11 | N. Spears | 0.40 | L190 | | Review and analyze letter on ▮▮▮ subpoena (.3); e-mail K. Flax re: same (.10). |
| 04/13/11 | K. Rodriguez | 0.30 | L190 | | Call to attorney issuing subpoena ▮▮▮.1); Confer with N. Spears regarding strategy in responding to same (.2). |
| 04/20/11 | N. Spears | 0.40 | L120 | | Phone conference with plaintiff's counsel re: ▮▮▮ subpoena. |
| 04/20/11 | K. Rodriguez | 0.40 | L120 | | Confer with counsel issuing subpoena ▮▮▮ matter regarding our objections to subpoena. |
| 04/25/11 | K. Rodriguez | 0.90 | L190 | | Draft and revise follow up letter to counsel issuing subpoena▮▮▮ |
| 04/25/11 | N. Spears | 0.30 | L120 | | Edit letter to plaintiffs' counsel. |
| Total Hours | | 2.70 | | | |
| Fee Amount | | | | | $1,168.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.10 | $632.50 |
| K. Rodriguez | $335.00 | 1.60 | $536.00 |
| Totals | | 2.70 | $1,168.50 |

EDITORIAL                                                                May 24, 2011

Matter: 09803290-0004
Invoice No.: 1296626

|                | | |
|----------------|---|------------|
| Fee Total      | $ | 1,168.50 |
| Invoice Total  | $ | 1,168.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

May 13, 2011

**Invoice No. 1293805**

Client/Matter: 09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                              $        1,760.00

Please return this page with your payment

| In the case of mail deliveries to:<br>SNR Denton US LLP<br>Dept. 3078<br>Carol Stream, IL 60132-3078 | OR | In the case of overnight deliveries to:<br>SNR Denton US LLP<br>Attention: Accounting<br>233 South Wacker Drive<br>Chicago, IL  60606-6306 |
|---|---|---|

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

May 13, 2011

**Invoice No. 1293805**

Client/Matter:  09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/11/11 | M. Petry | 0.50 | Review Samsung SOW. |
| 4/12/11 | M. Petry | 0.40 | Correspond with Tribune re Samsung SOW and MSA. |
| 4/21/11 | M. Petry | 1.50 | Draft Samsung Services Agreement. |
| 4/27/11 | M. Petry | 0.30 | Review and discuss Samsung contractual structure; review revisions. |
| 4/28/11 | M. Petry | 0.50 | Discuss and review Samsung Agreement changes; begin reviewing Apple-Samsung litigation filings. |
| Total Hours | | 3.20 | |
| Fee Amount | | | $1,760.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $550.00 | 3.20 | $1,760.00 |
| Totals | | 3.20 | $1,760.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,760.00 |
| Invoice Total | $ | 1,760.00 |

# SNR DENTON ⅎ

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

May 13, 2011

**Invoice No. 1293804**

Client/Matter: 09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                                    $        14,470.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

May 13, 2011

**Invoice No. 1293804**

Client/Matter:  09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT: RITA DEBOER

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/3/11 | R. Gullikson | 1.80 | Review Agreements associated with Microsoft (1.20), IPhone 7 Application Development and draft Summary of terms and issues (.60). |
| 4/4/11 | R. Gullikson | 0.30 | Call with K. Jurgeto regarding open issues in agreements for I Phone Marketplace. |
| 4/5/11 | R. Gullikson | 0.80 | Call with B. Healey regarding issues raised in Microsoft Phone Application Agreement and Addendum (.40); call with B. Healey and K. Jurgeto regarding same (.30); e-mail to K. Jurgeto with relevant provisions (.10). |
| 4/6/11 | R. Gullikson | 0.30 | Revising Addendum to Phone Application Development Agreement. |
| 4/7/11 | R. Gullikson | 1.00 | Revise Addendum to Microsoft Phone 7 Application Agreement (.90); call with B. Healey re same (.10). |
| 4/8/11 | R. Gullikson | 3.80 | Completed revisions to the Addendum for development of the Los Angeles Times Application for the Windows Phone (2.80); reviewed Microsoft revisions to Amendment to Master Consulting Services Agreement (in connection with Azure project) (.50); drafted summary of terms for Tribune (.50). |
| 4/11/11 | R. Gullikson | 1.80 | Calls with B. Healey re open issues in Amendment to Master Consulting Service Agreement and Addendums relating to development of MS Phone Applications (.30); prepare execution copy of Amendment for Tribune (.50); revised Addendum and send to Tribune for release to Microsoft (1.00). |
| 4/11/11 | C. Been | 1.30 | Review Clarity master services agreement and SOW no. 1 regarding preparation of letter agreement to accompany shared source agreement with Microsoft. |
| 4/12/11 | M. Petry | 0.40 | Attention to emails re Azure related documents |
| 4/12/11 | C. Been | 1.00 | Draft cover letter to Microsoft to accompany Shared Source Exchange document regarding e-reader (.90); forward to client for review (.10). |

2

MICROSOFT CORPORATION
TRIBUNE CONTACT: RITA DEBOER

May 13, 2011

Matter: 09722405-0060
Invoice No.: 1293804

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/13/11 | C. Been | 1.50 | Conference call with client regarding e-Reader Microsoft "gentlemen's agreement" and revise cover letter regarding same (1.25); review other projects (.25). |
| 4/13/11 | M. Petry | 0.40 | Participate in Mosaic telecon. |
| 4/14/11 | C. Been | 4.50 | Communications with client regarding Microsoft Clarity shared source exchange and Microsoft Windows 7 phone application development and marketplace agreement (1.50); revise agreement and revise addenda for LA Times and Mosaic (3.00). |
| 4/15/11 | C. Been | 2.00 | Revise LA Times addendum after review of Application Developer agreement and forward to client for review. |
| 4/20/11 | C. Been | 2.20 | Review changes to LA Times addendum and communications with B. Healey regarding same (1.10); review and revise MS Store Agreement regarding Mosaic on Microsoft Signature and communications with client regarding same (1.10). |
| 4/22/11 | C. Been | 1.00 | Conference call with client and Microsoft regarding LA Times Addendum to MS Store Agreement. |
| 4/28/11 | C. Been | 0.80 | Review Microsoft's proposed changes to LA Times Addendum to Windows Phone Marketplace APA. |
| 4/29/11 | C. Been | 0.30 | Communications with Tribune regarding Microsoft call regarding LA Times Addendum. |
| Total Hours | | 25.20 | |
| Fee Amount | | | $14,470.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Been | $575.00 | 14.60 | $8,395.00 |
| M. Petry | $550.00 | 0.80 | $440.00 |
| R. Gullikson | $575.00 | 9.80 | $5,635.00 |
| Totals | | 25.20 | $14,470.00 |

3

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

May 13, 2011

Matter: 09722405-0060
Invoice No.: 1293804

| | | | |
|---|---|---|---|
| Fee Total | | $ | 14,470.00 |
| Invoice Total | | $ | 14,470.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 North Michigan Avenue
Chicago, IL 60611
USA

May 10, 2011

**Invoice No. 1292795**

Client/Matter: 09722405-0063

MARKETZONE
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                    $           990.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⫠

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com .

May 10, 2011

TRIBUNE COMPANY
Rita DeBoer
435 North Michigan Avenue
Chicago, IL 60611
USA

**Invoice No. 1292795**

Client/Matter:  09722405-0063

MARKETZONE
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/05/11 | M. Petry | 0.80 | 440.00 | Revise and finalize Infogroup Schedule #6 based on business input and resolution of select issues. |
| 04/13/11 | M. Petry | 0.40 | 220.00 | Review vendor's revisions to Schedule #6. |
| 04/14/11 | M. Petry | 0.20 | 110.00 | Review and confirm final schedule #6 from InfoGroup. |
| 04/29/11 | M. Petry | 0.40 | 220.00 | Review and discuss Infogroup Schedule 6 and potential termination options. |

Total Hours                                    1.80

Fee Amount                                                              $990.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $550.00 | 1.80 | $990.00 |
| Totals | | 1.80 | $990.00 |

Fee Total                    $        990.00

Invoice Total                $        990.00

# SNR DENTON 저

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

May 10, 2011

Invoice No. 1292792

Client/Matter: 09722405-0058

INFOSYS TECHNOLOGIES LIMITED
TRIBUNE CONTACT: RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                        $          1,155.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

May 10, 2011

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

**Invoice No. 1292792**

Client/Matter: 09722405-0058

INFOSYS TECHNOLOGIES LIMITED
TRIBUNE CONTACT: RITA DeBOER

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/19/11 | M. Petry | 1.10 | 605.00 | Review and provide comments on Infosys SOW. |
| 04/29/11 | M. Petry | 1.00 | 550.00 | Participate in conference call regarding rate card and payment terms; prepare updated MSA. |

| | | | |
|---|---|---|---|
| Total Hours | | 2.10 | |
| Fee Amount | | | $1,155.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Petry | $550.00 | 2.10 | $1,155.00 |
| Totals | | 2.10 | $1,155.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,155.00 |
| Invoice Total | $ | 1,155.00 |

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

May 24, 2011

**Invoice No. 1296629**

Client/Matter: 09721775-0003

Joseph Mahr

Payment Due Upon Receipt

---

Total This Invoice                                          $        2,561.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6308

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

May 24, 2011

Invoice No. 1296629

Client/Matter: 09721775-0003

Joseph Mahr

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 04/25/11 | K. Rodriguez | 0.50 | L190 | | Mahr Administrative Action - Review complaint and motion for protective order (.3); Confer with N. Spears and B. Healey regarding strategy in responding to motion for protective order (.2). |
| 04/25/11 | N. Spears | 1.00 | L120 | | Email and review materials from B. Healey re: City Administration re: FOIA denial (.50); phone conference w/B. Healey and K. Rodriguez re: same (.30); conference w/K. Rodriguez re: same (.20).. |
| 04/26/11 | K. Rodriguez | 3.40 | L250 | | Revise and finalize opposition to motion for protective order in City of Chicago v. Mahr administrative review matter (1.3); prepare for hearing set on 4/27 (2.1). |
| 04/26/11 | N. Spears | 0.30 | L120 | | Conference w/K. Rodriguez re: Tribune filing and discussion w/AG's office. |
| 04/27/11 | N. Spears | 0.30 | L120 | | Update re: Mahr FOIA matter from court. |
| 04/27/11 | K. Rodriguez | 1.00 | L450 | | Attend hearing in City of Chicago v. Mahr matter concerning City's motion for protective order (.8); Confer with N. Spears re: same (.2). |

| | | | |
|---|---|---|---|
| Total Hours | 6.50 | | |
| Fee Amount | | | $2,561.50 |

Joseph Mahr

May 24, 20'

Matter: 09721775-0003
Invoice No.: 1296629

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 1.60 | $920.00 |
| K. Rodriguez | $335.00 | 4.90 | $1,641.50 |
| Totals | | 6.50 | $2,561.50 |

| | | |
|---|---|---|
| Fee Total | $ | 2,561.50 |
| Invoice Total | $ | 2,561.50 |

3

# SNR DENTON ◱

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

May 24, 2011

**Invoice No. 1296627**

Client/Matter: 09721775-0002

Kevin McAndrew  Subpoena

Payment Due Upon Receipt

Total This Invoice                                    $        1,192.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

May 24, 2011

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

Invoice No. 1296627

Client/Matter:  09721775-0002

Kevin McAndrew  Subpoena

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 04/28/11 | N. Spears | 0.70 | L110 | | Read K. McAndrews motion to divest and e-mail re: same (.5); phone conference with K. Flax re: same (.2). |
| 04/28/11 | K. Rodriguez | 0.80 | L120 | | Review subpoena issued in People v. McAndrew (.1); Review application to divest reporter's privilege (.4); Retrieve and review articles at issue (.3). |
| 04/29/11 | K. Rodriguez | 0.70 | L120 | | Review indictment and applications to divest reporter's privilege issued to other media outlets (.4); Calls to ASAs on case (.1); Develop regarding strategy in responding to subpoena (.2). |
| 04/29/11 | N. Spears | 0.50 | L120 | | Review subpoena, motion to divest (.40); conference w/K. Rodriguez re: preservation memo to K. Flax (.10). |

| | | | |
|---|---|---|---|
| Total Hours | | 2.70 | |
| Fee Amount | | | $1,192.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 1.20 | $690.00 |
| K. Rodriguez | $335.00 | 1.50 | $502.50 |
| Totals | | 2.70 | $1,192.50 |

Kevin McAndrew  Subpoena

May 24, 20

Matter: 09721775-0002
Invoice No.: 1296627

|  |  |  |
|---|---|---|
| Fee Total | $ | 1,192.50 |
| Invoice Total | $ | 1,192.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

May 24, 2011

**Invoice No. 1296625**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                                                  $        1,293.40

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

May 24, 2011

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

**Invoice No. 1296625**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/20/11 | N. Spears | 0.30 | L110 | | Confer with K. Rodriguez re: new subpoena from second Miller defendant (.1); e-mail re: same (.2). |
| 04/20/11 | K. Rodriguez | 0.30 | L120 | | Confer with subpoenaing issuing service regarding new subpoena in Jamal Miller service (.1); Review new subpoena (.1) Confer with N. Spears regarding same (.1). |
| 04/25/11 | K. Rodriguez | 0.70 | L190 | | Draft and revise letter to counsel for defendant issuing subpoena ▮▮▮▮▮ (.4); Draft and revise objections concerning same (.3). |
| 04/25/11 | N. Spears | 0.30 | L120 | | Review letter re: second Jamal/Cheryl Miller subpoena and edit same. |
| 04/27/11 | K. Rodriguez | 0.10 | L190 | | Correspondence concerning return date of second subpoena issued in Miller v. Kozel matter. |
| 04/28/11 | N. Spears | 0.10 | L110 | | Phone conference with K. Flax re: ▮▮▮▮ subpoena (.1). |
| 04/29/11 | N. Spears | 0.40 | L120 | | Email and phone conference w/K. Flax re: TribLocal article ▮▮▮▮ |
| 04/30/11 | N. Spears | 0.50 | L120 | | Review Trib Local article ▮▮▮ (.30); email to K. Flax re: analysis of same (.20). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 2.70 | | | |
| Fee Amount | | | | | $1,288.50 |

EDITORIAL-GENERAL
0000001492

May 24, 20'

Matter: 09721775-1003
Invoice No.: 1296625

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 1.60 | $920.00 |
| K. Rodriguez | $335.00 | 1.10 | $368.50 |
| Totals | | 2.70 | $1,288.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 4/26/2011 | Document reproduction | | 4.90 |
| | | SUBTOTAL | 4.90 |
| | Total Disbursements | | $4.90 |

| | | |
|---|---|---|
| Fee Total | $ | 1,288.50 |
| Disbursement Total | $ | 4.90 |
| Invoice Total | $ | 1,293.40 |

# SNR DENTON ⫐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

**CHICAGO TRIBUNE COMPANY**
**TRIBUNE TOWER**
**435 NORTH MICHIGAN AVENUE**
**CHICAGO, ILLINOIS 60611**
**ATTN: PHILIP DOHERTY**
**CHIEF FINANCIAL OFFICER**

May 24, 2011

Invoice No. 1296607

Client/Matter: 09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

Payment Due Upon Receipt

---

Total This Invoice                                       $        15,132.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60806-6306

snrdenton.com

May 24, 2011

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

**Invoice No. 1296607**

Client/Matter:  09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 04/04/11 | G. Naron | 0.40 | L250 | | Review, analyze defendant's motion to clarify judgment; review file re: same (.2); email memo to team re: same (.2). |
| 04/04/11 | N. Spears | 0.50 | L190 | | Review motion by U of I to amend/modify judgment and e-mail with G. Naron re: same. |
| 04/05/11 | N. Spears | 0.40 | L190 | | E-mail re: strategy call and prepare for same. |
| 04/05/11 | G. Naron | 0.10 | L120 | | Teleconference N. Spears re: litigation strategy, meeting with University, defendant's motion to clarify judgment. |
| 04/06/11 | G. Naron | 1.00 | L120 | | Teleconferences N. Spears, client re: strategy for meeting with University. |
| 04/06/11 | N. Spears | 1.30 | L190 | | Meeting to develop strategy for U of I meeting (1.0); follow up with G. Naron (.3). |
| 04/07/11 | N. Spears | 1.00 | L120 | | Prepare for meeting including reviewing recent U of I FOIA decision by L. Madigan and Gottschall decision, briefs and motion to amend. |
| 04/08/11 | N. Spears | 2.60 | L120 | | Conference w/C. Kennedy, S. Skinner et al re: FOIA decision and appeal (1.80); conference w/G. Naron re: same and University of Illinois' motion to amend (.30); email w/B. Healey re: D. Craven (.20); phone conference w/K. Flax re: debrief from meeting (.30). |

UNIVERSITY OF ILLINOIS - FOIA MATTER

May 24, 20'

Matter: 09721775-0060
Invoice No.: 1296807

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/08/11 | G. Naron | 0.80 | L120 | | Review file, review motion to clarify, e-mails re: same (.2); teleconferences N. Spears re: meeting with University, litigation strategy (.1); consideration of possible settlement strategies, research, e-mail N. Spears re: same (.5). |
| 04/11/11 | G. Naron | 0.10 | L120 | | Review defendant's motion to clarify, e-mails N. Spears, K. Rodriguez re: same. |
| 04/11/11 | N. Spears | 0.30 | L120 | | Review amended order issue and analysis of plaintiffs' language from G. Naron. |
| 04/12/11 | N. Spears | 3.60 | L120 | | Phone conference w/Plaintiffs' counsel and w/Gottschall's clerk re: amended order (.40); review of U of I motion to stay and analyze same (.70); discuss same w/J. Klenk (.20); conference call w/D. Craven re: impact of stay and state court litigation (.40); review prior pleadings and develop arguments for opposition to stay (1.0); conference w/G. Naron via phone conference and email re: same (.50); read U of I press release and phone conference w/K. Flax re: same (.40). |
| 04/12/11 | G. Naron | 3.00 | L250 | | Teleconferences, emails N. Spears re: motion to stay, strategy for federal and state cases (.3); review filings, further consideration of opposition to stay (.3); draft opposition to stay motion (2.4). |
| 04/13/11 | G. Naron | 2.00 | L250 | | Review file, cases re: opposition to stay (.5); draft opposition to stay motion (1.5). |
| 04/13/11 | N. Spears | 0.50 | L120 | | Conference w/G.Naron via email re: opposition to University's motion to stay (.20); brief review of same (.30). |
| 04/13/11 | J. Klenk | 0.40 | L250 | | Review motions (.20); teleconference with N. Spears (.20). |
| 04/14/11 | G. Naron | 0.50 | L250 | | Review file, draft opposition to stay motion, emails N. Spears re: same. |

UNIVERSITY OF ILLINOIS - FOIA MATTER

May 24, 20'

Matter: 09721775-0060
Invoice No.: 1296607

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/15/11 | G. Naron | 0.60 | L250 | | Review file, draft opposition to stay motion, teleconferences N. Spears, K. Flax, D. Craven re: same. |
| 04/15/11 | N. Spears | 0.90 | L120 | | Review revised opposition (.30); phone conference to discuss strategy and email re: same (.60). |
| 04/16/11 | G. Naron | 0.20 | L250 | | Review file, further consideration of draft opposition to stay motion, emails N. Spears re: same. |
| 04/17/11 | G. Naron | 0.10 | L250 | | Review file, emails N. Spears, D. Craven, K. Flax re: draft opposition to stay motion. |
| 04/17/11 | N. Spears | 0.50 | L120 | | Various email re: opposition to motion to stay language with K. Flax, P. Kendall and D. Craven. |
| 04/18/11 | K. Rodriguez | 2.10 | L250 | | Revise, proof read and cite check opposition to motion to stay (1.8); and finalize for filing (.3). |
| 04/18/11 | G. Naron | 0.50 | L250 | | Review file, edit draft opposition to stay motion, teleconferences, emails N. Spears, K. Rodriguez re: same. |
| 04/18/11 | N. Spears | 0.50 | L120 | | Finalize opposition to motion to stay including conferences w/G. Naron and K. Rodriguez. |
| 04/19/11 | N. Spears | 0.70 | L120 | | Email re: University representation about new FOIA's (.20); prepare for hearing on motion to stay (.50). |
| 04/19/11 | K. Rodriguez | 0.50 | L250 | | Compile key cases in motion to stay briefing to assist N. Spears in preparation for hearing scheduled on 4/20. |
| 04/19/11 | G. Naron | 0.20 | L250 | | Review file, e-mails re opposition to stay motion, other FOI requests to University of Illinois. |
| 04/20/11 | G. Naron | 0.30 | L250 | | Review file, teleconferences with N. Spears re hearing on University stay motion, litigation strategy. |
| 04/20/11 | K. Rodriguez | 0.00 | L450 | | Attend hearing on University's motion to stay (No charge). |

4

UNIVERSITY OF ILLINOIS - FOIA MATTER

May 24, 20'

Matter: 09721775-0060
Invoice No.: 1296607

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/20/11 | N. Spears | 2.00 | L120 | | Prepare for court including review motion, opposition and limited key case law from summary judgment briefs (1.0); attend court on motion (1.0); update to G. Naron (.20). |
| 04/28/11 | G. Naron | 0.30 | L120 | | Review file, complaint in state court litigation. |
| 04/29/11 | K. Rodriguez | 0.20 | L190 | | Review appellate briefing deadlines (.1); Correspondence with B. Healey concerning same (.1). |
| 04/29/11 | N. Spears | 0.30 | L120 | | Email re: appeal notice schedule. |
| Total Hours | | 28.40 | | | |
| Fee Amount | | | | | $15,132.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.40 | $260.00 |
| N. Spears | $575.00 | 15.10 | $8,682.50 |
| G. Naron | $520.00 | 10.10 | $5,252.00 |
| K. Rodriguez | $335.00 | 2.80 | $938.00 |
| Totals | | 28.40 | $15,132.50 |

Fee Total            $    15,132.50

Invoice Total        $    15,132.50

# SNR DENTON 大

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DOBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

May 10, 2011

**Invoice No. 1292791**

Client/Matter: 09722405-0011

EPIPHEO STUDIOS
TRIBUNE CONTACT: RITA DEBOER

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 1,705.00 |

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DOBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

May 10, 2011

**Invoice No. 1292791**

Client/Matter:  09722405-0011

EPIPHEO STUDIOS
TRIBUNE CONTACT: RITA DEBOER

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/07/11 | M. Petry | 1.50 | 825.00 | Review and revise Epipheo Agreement. |
| 04/08/11 | M. Petry | 1.00 | 550.00 | Review and update Epipheo Agreement and discuss confidentiality issues. |
| 04/12/11 | M. Petry | 0.30 | 165.00 | Review and respond to emails re Epipheo SOW |
| 04/13/11 | M. Petry | 0.20 | 110.00 | Attention to emails and provide suggested counter proposal. |
| 04/18/11 | M. Petry | 0.10 | 55.00 | Review updated Agreement re arbitration and choice of law. |
| Total Hours | | 3.10 | | |
| Fee Amount | | | | $1,705.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $550.00 | 3.10 | $1,705.00 |
| Totals | | 3.10 | $1,705.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,705.00 |
| Invoice Total | $ | 1,705.00 |

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

May 10, 2011

**Invoice No. 1292789**

Client/Matter: 09722405-0005

AUDIMATION CONTRACT NEGOTIATIONS
TRIBUNE CONTACT: RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                            $        1,265.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

May 10, 2011

**Invoice No. 1292789**

Client/Matter:  09722405-0005

AUDIMATION CONTRACT NEGOTIATIONS
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/29/11 | M. Petry | 2.30 | 1,265.00 | Review and revise Caseware license. |
| Total Hours | | 2.30 | | |
| Fee Amount | | | | $1,265.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $550.00 | 2.30 | $1,265.00 |
| Totals | | 2.30 | $1,265.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,265.00 |
| Invoice Total | $ | 1,265.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306 USA

Natalie J. Spears
Partner
natalie.spears@snrdenton.com
D  +1 312 876 2556
T  +1 312 876 8000
F  +1 312 876 7934
snrdenton.com

April 22, 2011

**BY EMAIL and U.S. MAIL**

Karen H. Flax
Chicago Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611

Re:    Blagojevich – Juror Issues – Motion For Retrial

Dear Karen:

Enclosed please find an invoice for $2,790, which represents the Tribune's portion of the fixed fee for this matter.

If you have any questions, please do not hesitate to contact me or Jim Klenk.

Very truly yours,

SNR Denton US LLP

By: _____

Natalie J. Spears

NXS:dh:14950665
Enclosure

cc:    James Klenk

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 21, 2011

Invoice No. 1289211

Client/Matter: 09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

Payment Due Upon Receipt

Total This Invoice to Chicago Tribune Company
Regarding Juror Issues Motion for Retrial

$         2,790.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000



SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306 USA

Natalie J. Spears
Partner
natalie.spears@snrdenton.com
D  +1 312 876 2556
T  +1 312 876 8000
F  +1 312 876 7934
snrdenton.com

April 26, 2011

**BY EMAIL and U.S. MAIL**

Karen H. Flax
Chicago Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611

Re:  Blagojevich - Motion to Object to Wholesale Sealed Filings

Dear Karen:

Enclosed please find an invoice for $7,500, which represents the fixed fee for this matter.

If you have any questions, please do not hesitate to contact me or Jim Klenk.

Very truly yours,

SNR Denton US LLP

By:

Natalie J. Spears

NXS:dh:14950666
Enclosure

cc:    James Klenk

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

April 26, 2011

Invoice No. 1289216

Client/Matter: 09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

Payment Due Upon Receipt

Total This Invoice to Chicago Tribune Company
Regarding Motion to Object to Wholesale Sealed Filings

$     7,500.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

Invoice No. ******

Client/Matter: 09721775-0057

CELLINUBLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/24/11 | G. Naron | 0.20 | 104.00 | Review file, e-mails NJSpears re motion to intervene re juror questionnaires, etc. |
| 01/26/11 | N. Spears | 0.50 | 287.50 | E-mail to K. Flax and D. Craven re: new motion for second trial and review and revise same. |
| 01/26/11 | G. Naron | 2.23 | 1,161.00 | Teleconferences, emails N. Spears re: motion for access to juror questionnaires (.2); review file, research, further consideration of issues re: same (1.1); revise motion re: same (1.0). |
| 01/26/11 | G. Naron | 0.07 | 35.00 | Teleconferences, emails N. Spears re: motion for access to juror questionnaires (.2); review file, research, further consideration of issues re: same (1.1); revise motion re: same (1.0). |

| | | | |
|---|---|---|---|
| Total Hours | | 3.00 | |
| Fee Amount | | | $1,587.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $575.00 | 0.50 | $287.50 |
| G. Naron | $520.00 | 2.50 | $1,300.00 |
| Totals | | 3.00 | $1,587.50 |
| Fee Total | | $1,587.50 | |
| Invoice Total | | $1,587.50 | |

These are the time entries associated with the two fixed fee matters for certain First Amendment access motions -- Invoices No. 1289211 and 1289216.

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

Invoice No. ******

Client/Matter:  09721775-0057

CELLINUBLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/04/11 | N. Spears | 0.40 | 230.00 | Phone conference with INBA (.3); e-mail K. Flax and D. Craven (.1). |
| 02/07/11 | J. Klenk | 0.10 | 65.00 | Teleconference with N. Spears re: Judge Zagel and filing. |
| 02/07/11 | K. Rodriguez | 0.19 | 62.00 | Cite check motion to intervene and for access to juror names post-retrial and finalize for filing. |
| 02/07/11 | K. Rodriguez | 0.81 | 273.00 | Cite check motion to intervene and for access to juror names post-retrial and finalize for filing. |
| 02/08/11 | G. Naron | 0.50 | 260.00 | Review, analyze District Court order on jurors (.2); teleconferences, emails N. Spears re:  same (.1); review, edit motion to intervene (.2). |
| 02/08/11 | N. Spears | 0.20 | 115.00 | Review new court order and email re: same. |
| 02/10/11 | G. Naron | 2.20 | 1,144.00 | Review file, cases, order re:  juror issues (.5); draft motion to intervene/objections to juror service order (1.6); emails re:  same (.1). |
| 02/11/11 | G. Naron | 0.20 | 104.00 | Review file, draft motion to intervene/objections to juror service order. |
| 02/14/11 | G. Naron | 1.00 | 520.00 | Review file, draft motion to intervene/objections to juror service order; email N. Spears re:  same. |
| 02/15/11 | N. Spears | 0.50 | 287.50 | Read new defense brief and rewrite w/same. |

| 02/15/11 | G. Naron | 2.00 | 1,040.00 | Review file, review, analyze defendant's filing on jury issue (.5); draft motion to intervene/objections to juror service order (1.5); teleconferences, emails N. Spears re: same (.1). |
| 02/16111 | G. Naron | 1.37 | 712.50 | Review file, draft motion to intervene/objections to juror service order (1.0); teleconferences, emails N. Spears re:  same (.2). |
| 02/16111 | N. Spears | 0.30 | 172.50 | Phone conference with K. Flax, P. Kendall, M. O'Connor. |
| 02/16/11 | G. Naron | 0.03 | 15.50 | Review file, draft motion to intervene/objections to juror service order (1.0); teleconferences, emails N. Spears re:  same (.2). |
| 02/17/11 | N. Spears | 0.50 | 287.50 | Edit brief and file. |
| 02/17/11 | G. Naron | 0.10 | 52.00 | Teleconferences, emails N. Spears re: motion to intervene/objections to juror service order. |
| 02/17/11 | K. Rodriguez | 1.00 | 335.00 | Review and finalize motion to intervene. |
| 02/22/11 | G. Naron | 0.90 | 468.00 | Review, analyze Governments brief on juror issues (.6); email J. Klenk, N. Spears re:  same (.3)- |
| 02/22/11 | K. Rodriguez | 0.90 | 301.50 | Review government response to press intervenors' motion. |
| 02/23/11 | K. Rodriguez | 0.40 | 134.00 | Gather and review outside sources cited in government's response for J. Klenk in preparation for hearing on motion to intervene. |
| 02/23/11 | J. Klenk | 1.93 | 1,252.00 | Appear before Judge Zagel (.7); conference with K. Flax (.3); prepare for motion (1.1). |
| 02/23/11 | G. Naron | 0.10 | 52.00 | Teleconference J. Klenk re:  hearing on juror issues; review marshal's report re: same. |
| 02/23/11 | J. Klenk | 0.17 | 113.00 | Appear before Judge Zagel (.7); conference with K. Flax (.3); prepare for motion (1.1). |
| 02/24/11 | J. Klenk | 1.90 | 1,235.00 | Appear at hearing before Judge Zagel (.8); prepare for same (.8); conferences |

These are the  time entries associated with the two fixed fee matters for certain First Amendment access motions – Invoices No. 1289211 and  1289216.

|  |  |  |  | K. Flax, M. O'Connor (.3). |
|---|---|---|---|---|
| 02/28/11 | G. Naron | 0.30 | 156.00 | Review Judge Zagel order on juror issues; email J. Klenk, N. Spears re: same. |

| Total Hours | 18.00 |  |
|---|---|---|
| Fee Amount |  | $9,387.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 4.10 | $2,665.00 |
| N. Spears | $575.00 | 1.90 | $1,092.50 |
| G. Naron | $520.00 | 8.70 | $4,524.00 |
| K. Rodriguez | $335.00 | 3.30 | $1,105.50 |
| Totals |  | 18.00 | $9,387.00 |

| Fee Total | $9,387.00 |
|---|---|
| Invoice Total | $9,387.00 |

These are the time entries associated with the two fixed fee matters for certain First Amendment access motions -- Invoices No. 1289211 and 1289216.

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

Invoice No. ******

Client/Matter:  09721775-0057

CELLINUBLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/02/11 | K. Rodriguez | 0.30 | 100.50 | Review docket and Zagel's calendar to determine if any new rulings have been issued regarding jury procedures, per K. Flax's inquiry. |
| 03/21/11 | N. Spears | 0.80 | 460.00 | Analyze recent motions filed under seal in Blago case and email w/K. Flax re: same (.80). |
| 03/22/11 | M. Flessner | 0.20 | 131.00 | Review docket sheet regarding motions filed under seal; conference call with N. Spears regarding same. |
| 03/22/11 | N. Spears | 0.30 | 172.50 | Update to K. Flax re:  new sealed filings in Blago. |
| Total Hours |  | 1.60 |  |  |
| Fee Amount |  |  |  | $3,578.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Flessner | $655.00 | 0.20 | $131.00 |
| N. Spears | $575.00 | 1.10 | $632.50 |
| K. Rodriguez | $335.00 | 0.30 | $100.50 |
| Totals |  | 1.60 | $864.00 |
| | Fee Total | $3,578.00 | |
| | Invoice Total | $3,578.00 | |

These are the  time entries associated with the two fixed fee matters for certain First Amendment access motions -- Invoices No. 1289211 and  1289216.

# SNR DENTON �ᓚ

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

Invoice No. ******

Client/Matter:  09721775-0057

CELLINUBLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/08/11 | N. Spears | 0.20 | 115.00 | Conference and email w/K. Flax re: Blago motions under seal. |
| 04/12/11 | G. Naron | 1.60 | 832.00 | Teleconferences, emails N. Spears re: sealed documents (.1); review file, docket, precedents re: same (.3); draft motion to intervene and challenging sealing (1.2). |
| 04/12/11 | K. Rodriguez | 0.70 | 234.50 | Review and edit motion to object to wholesale sealing of filed documents. |
| 04/13/11 | G. Naron | 0.20 | 104.00 | Review file, further consideration of motion to challenge sealing).10); emails N. Spears re:  same (.10). |
| 04/13/11 | N. Spears | 0.90 | 517.50 | Prepare for hearing on motion to object to wholesale sealing (.50); phone conferences w/AUSA and R. Schar re: same (.20); email w/M. O'Connor re: new sealed motion (.20). |
| 04/14/11 | N. Spears | 3.00 | 1,725.00 | Attend Court on motion to object to wholesale sealing of pleadings. |
| 04/19/11 | N. Spears | 0.40 | 230.00 | Call w/R. Schar re:  sealed motion and email w/K. Flax and M. O'Connor re: same. |
| 04/25/11 | N. Spears | 0.30 | 172.50 | Email re:  compliance. |
| Total Hours | | 7.30 | | |
| Fee Amount | | | $3,930.50 | |

These are the  time entries associated with the two fixed fee matters for certain First Amendment access motions -- Invoices No. 1289211 and  1289216.

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 4.80 | $2,760.00 |
| G. Naron | $520.00 | 1.80 | $936.00 |
| K. Rodriguez | $335.00 | 0.70 | $234.50 |
| Totals | | 7.30 | $3,930.50 |

| | | |
|---|---|---|
| Fee Total | $3,930.50 | |
| Invoice Total | $3,930.50 | |

- 2 -

These are the time entries associated with the two fixed fee matters for certain First Amendment access motions -- Invoices No. 1289211 and 1289216.

# **EXHIBIT B**

# **FEE SUMMARY**

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
MARCH 1, 2011 THROUGH MARCH 31, 2011**

| Name of Professional/Individual | Year of Admission | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Carol Anne Been | 1983 | Partner/Intellectual Property | $480.00 | 0.3 | $144.00 |
| Mona Dajani | 1996 | Partner/Real Estate | $555.00 | 4.50 | $2,497.50 |
| Sam Fifer | 1974 | Partner/Intellectual Property | $625.00 | 1.7 | $1,062.50 |
| Mark Flessner | 1987 | Partner/Litigation | $545.00 | 2.3 | $1,253.50 |
| Rosemary Gullikson | 1994 | Partner/Corporate | $520.00 | 13.3 | $6,916.00 |
| James Klenk | 1974 | Partner/Intellectual Property | $625.00 | 0.9 | $570.00 |
| Mark Petry | 2002 | Partner/Corporate | $520.00 | 19.5 | $10,140.00 |
| Natalie Spears | 1995 | Partner/Litigation | $575.00 | 36 | $20,699.50 |
| Kristin Rodriguez | 2009 | Associate/Litigation | $335.00 | 28.8 | $9,648.00 |
| **TOTAL** | | | | **118.7** | **$58,859.50** |
| **BLENDED RATE** | | | **$531.11** | | |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
APRIL 1, 2011 THROUGH APRIL 30, 2011**

| Name of Professional/Individual | Year of Admission | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Carol Anne Been | 1983 | Partner/Intellectual Property | $575.00 | 14.60 | $8,395.00 |
| Rosemary Gullikson | 1994 | Partner/Corporate | $575.00 | 9.80 | $5,635.00 |
| James Klenk | 1974 | Partner/Intellectual Property | $650.00 | 0.40 | $260.00 |
| Greg Naron | 1991 | Counsel | $520.00 | 10.60 | $5,512.00 |
| Mark Petry | 2002 | Partner/Corporate | $550.00 | 13.50 | $7,425.00 |
| Natalie Spears | 1995 | Partner/Litigation | $575.00 | 24.90 | $14,317.50 |
| Kristin Rodriguez | 2009 | Associate/Litigation | $335.00 | 17.20 | $5,762.00 |
| **SUBTOTAL** | | | | **91.00** | **$47,306.50** |
| **BLENDED RATE** | | | **$540.00** | | |
| Add Cellini/Blagojevich-Access to Pre-Trial (Fixed Fee Matters) | | | | | $10,290.00 |
| **TOTAL** | | | | | **$57,596.50** |

## COMPENSATION BY PROJECT CATEGORY
## MARCH 1, 2011 THROUGH MARCH 31, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| UST Global, Inc. | 1.10 | $572.00 |
| Editorial | 0.70 | $234.50 |
| Bryan and Cynthia Lindgren | 34.70 | $16,008.50 |
| Editorial-General | 41.00 | $20,257.50 |
| M. Higgins Subpoena - Missner v Clifford | 0.30 | $172.50 |
| CC Event Productions, Inc. | 0.60 | $375.00 |
| Eddie Johnson | 0.30 | $195.00 |
| Noble Systems Contract Review | 8.90 | $4,628.00 |
| Microsoft Corporation | 9.50 | $4,940.00 |
| Clarity Consulting Inc. | 1.20 | $624.00 |
| Marketzone | 0.80 | $416.00 |
| Infosys Technologies Ltd. | 2.90 | $1,508.00 |
| Projekt202 | 3.40 | $1,756.00 |
| Audimation Contract Negotiations | 5.30 | $2,756.00 |
| University of Illinois - FOIA Matter | 3.50 | $1,919.00 |
| Install Generators | 4.50 | $2,497.50 |
| **TOTAL** | **118.70** | **$58,859.50** |

## COMPENSATION BY PROJECT CATEGORY
### APRIL 1, 2011 THROUGH APRIL 30, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Bryan and Cynthia Lindgren | 9.50 | $4,259.00 |
| Editorial (1288405) | 0.60 | $249.00 |
| Editorial (1296626) | 2.70 | $1,168.50 |
| Editorial-General | 2.70 | $1,288.50 |
| UST Global, Inc. | 0.20 | $110.00 |
| Infosys Technologies Ltd. | 2.10 | $1,155.00 |
| Joseph Mahr | 6.50 | $2,561.50 |
| Marketzone | 1.80 | $990.00 |
| Microsoft Corporation | 25.20 | $14,470.00 |
| Samsung Electronics | 3.20 | $1,760.00 |
| Kevin McAndrew Subpoena | 2.70 | $1,192.50 |
| University of Illinois - FOIA Matter | 28.40 | $15,132.50 |
| Epipheo Studios | 3.10 | $1,705.00 |
| Audimation Contract Negotiations | 2.30 | $1,265.00 |
| Cellini/Blagojevich -- Access to Pretrial (FIXED FEE MATTER) | N/A | $10,290.00 |
| **TOTAL** | **91.0** | **$57,596.50** |

# **EXHIBIT C**

# **EXPENSE DETAIL**

**EXPENSE SUMMARY FOR THE PERIOD FROM**
**MARCH 1, 2011 THROUGH APRIL 30, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| In-House Reproduction | | $94.90 |
| Color Copies | | $6.00 |
| Misc. Duplicating | | $0.40 |
| **Total** | | **$101.30** |