# TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit "A" to Omnibus Order Approving Fee Applications for the Compensation Period September 1, 2009 - November 30, 2009

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 3120 | $234,288.50 | $17,104.51 | $251,393.01 |
| Sidley Austin LLP (Counsel to Debtors) | 3130 | $5,275,754.14 | $220,748.76 | $5,496,502.90 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 3110 | $1,628,919.50 | $5,000.46 | $1,633,919.96 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 3121 | $6,764.29 | $0.00 | $6,764.29 |
| Dow Lohnes PLLC (Special Regulatory Counsel) | 3072 | $737,424.50 | $4,783.46 | $742,207.96 |
| Deloitte & Touche LLP (Financial and Accounting Advisors) | 3116* | $49,992.50 | $0.00 | $49,992.50 |
| Ernst & Young LLP (Valuation and Business Modeling, and Marketing Survey Services) | 4912 | $58,285.00 | $100.00 | $58,385.00 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 3153 | $173,616.21 | $2,498.60 | $176,114.81 |
| Lazard Frères & Co. LLC (Investment Bankers to Debtors) | 3134 | $600,000.00 | $22,584.71 | $622,584.71 |
| McDermott Will & Emery LLP (Special Counsel for General Domestic Legal Matters for Debtors) | 4761 | $361,032.75 | $2,423.55 | $363,456.30 |
| Paul, Hastings, Janofsky & Walker LLP (Special Counsel for General Real Estate for Debtors) | 3073 | $180,848.50 | $657.68 | $181,506.18 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 3129 | $376,721.50 | $1,701.50 | $378,423.00 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 3105 | $48,685.00 | $747.49 | $49,432.49 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) | 3115 | $101,779.50 | $7,201.57 | $108,981.07 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 4138* | $174,329.15 | $7,049.75 | $181,378.90 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 3069 | $186,710.00 | $503.15 | $187,213.15 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Counsel to Committee) | 3101 | $4,533,419.75 | $155,883.43 | $4,689,303.18 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 3102 | $228,919.25 | $9,749.62 | $238,668.87 |
| AlixPartners, LLP (Financial Advisor to Committee) | 3103 | $1,156,176.00 | $12,710.56 | $1,168,886.56 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 3301 | $600,000.00 | $3,171.56 | $603,171.56 |
| Zuckerman Spaeder LLP (Special Counsel to Committee) | 3124 | $1,259,242.25 | $34,803.77 | $1,294,046.02 |
| **Committee Members** | | | | |
| Committee Members [William Niese; Warner Brothers, Wayne M. Smith; Washington-Baltimore Newspaper Guild, Local 32035, William Salganik; Counsel to Washington-Baltimore Newspaper Guild, Local 32035, Robert E. Paul, Esquire] | 2433 2939 | $0.00 | $4,570.03 | $4,570.03 |

#7045689.1

* The Interim Period for (i) Deloitte Touche LLP is August 3-12, 2009; (ii) Seyfarth Shaw LLP is October 1, 2009 through November 30, 2009; and (iii) Zuckerman Spaeder LLP is August 6, 2009 through November 30, 2009.

1