## EXHIBIT A
### TRIBUNE COMPANY, et al.
### SUMMARY OF SERVICES BY PROJECT CATEGORY
### July 1, 2011 through July 31, 2011

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 33.20 | $14,522.00 |
| Committee Meetings | 003 | 74.70 | 44,953.50 |
| Creditor Communications | 004 | 2.60 | 1,495.00 |
| Business Operations | 007 | 69.20 | 41,248.00 |
| Claims Administration/Bar Date | 009 | 30.90 | 14,947.50 |
| Fee/Retention Applications | 010 | 48.40 | 19,104.00 |
| Avoidance Issues | 013 | 27.10 | 16,615.50 |
| Employee Issues | 014 | 64.70 | 43,229.50 |
| Relief From Stay Issues | 015 | 12.30 | 6,557.50 |
| General Litigation | 017 | 9.70 | 7,206.50 |
| Travel * | 018 | 3.40 | 722.50 |
| Shareholder Claims | 020 | 46.40 | 27,381.00 |
| Plan Litigation | 021 | 373.50 | 218,777.00 |
| **Total** | | **796.10** | **$456,759.50** |

* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through July 31, 2011

Our Matter #19804.002
          BANKRUPTCY GENERAL


07/01/11   D. BAVA          Review and analysis of docket          1.30 hrs.
                            sheets, including Neil district
                            court litigation and Delaware
                            adversary proceedings re: daily
                            case activity (.80); review,
                            revise and finalize case calendar
                            based on current docket entries
                            (.50).

07/05/11   D. BAVA          Review and analysis of docket          0.60 hrs.
                            sheets, including Neil district
                            court litigation and Delaware
                            adversary proceedings re: daily
                            case activity (.40); review,
                            revise and finalize case calendar
                            based on current docket entries
                            (.20).

07/05/11   D. E. DEUTSCH    Review last three daily reports,       0.60 hrs.
                            pleadings therein and court
                            calendar (.6).

07/06/11   D. E. DEUTSCH    Review yesterday and today's daily     0.40 hrs.
                            pleading report, pleadings therein
                            and court calendar (.4).

07/06/11   D. BAVA          Review and analysis of docket          1.20 hrs.
                            sheets, including Neil district
                            court litigation and Delaware
                            adversary proceedings re: daily
                            case activity (.60); review,
                            revise and finalize case calendar
                            based on current docket entries
                            (.20); post certain materials to
                            Intralinks (.40).

07/07/11   D. BAVA          Review and analysis of docket          1.40 hrs.
                            sheets, including Neil district
                            court litigation and Delaware
                            adversary proceedings re: daily
                            case activity (.80); review,
                            revise and finalize case calendar
                            based on current docket entries
                            (.40); post certain materials to
                            Intralinks (.20).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 07/08/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.40). | 1.60 hrs. |
|---|---|---|---|
| 07/08/11 | D. E. DEUTSCH | Review yesterday's daily report, pleadings therein and case calendar (.4); discuss new pleading issue with Jessica Marrero (.1). | 0.50 hrs. |
| 07/11/11 | D. M. LeMAY | Review all latest court filings. | 1.30 hrs. |
| 07/11/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30). | 0.90 hrs. |
| 07/12/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 07/12/11 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 07/13/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.40). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/13/11 | D. E. DEUTSCH | Call with Kevin Lantry to discuss numerous open issues including claim matters, D&O issues, application schedule and other matters (.7). | 0.70 hrs. |
| 07/14/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.70). | 1.90 hrs. |
| 07/15/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.50). | 1.30 hrs. |
| 07/15/11 | D. E. DEUTSCH | E-mail Jess Marrero re: Intralinks posting item (.1); e-mail Marc Roitman re: second Intralinks posting item (.1); review last three pleading reports, pleadings therein and court calendar (.4); draft memorandum to Howard Seife re: status of various case projects/matters (.4). | 1.00 hrs. |
| 07/18/11 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.4); prepare updates to case calendar in accordance with same (.4). | 1.00 hrs. |
| 07/19/11 | H. LAMB | Review Court dockets (.2); prepare daily report of new pleadings filed (.3). | 0.50 hrs. |
| 07/19/11 | D. M. LeMAY | Review all latest court filings (1.5). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/20/11 | H. LAMB | Review court dockets (.3); prepare daily report of new pleadings filed (.3); prepare updates to case calendar in accordance with same (.2). | 0.80 hrs. |
| 07/21/11 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.5); prepare updates to case calendar in accordance with same (.3). | 1.00 hrs. |
| 07/22/11 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.3); prepare updates to case calendar in accordance with same (.3). | 0.80 hrs. |
| 07/25/11 | H. LAMB | Review court dockets (.3); prepare daily report of new pleadings filed (.4); prepare updates to case calendar in accordance with same (.4). | 1.10 hrs. |
| 07/25/11 | M. ROITMAN | Meet with D. Deutsch and J. Marrero re: open case matters (0.5); Review docket in Neil adversary proceeding (0.1). | 0.60 hrs. |
| 07/25/11 | D. E. DEUTSCH | Review last week's pleading reports, pleadings therein and court calendar (.9). | 0.90 hrs. |
| 07/25/11 | D. M. LeMAY | Review all latest court filings. | 1.40 hrs. |
| 07/26/11 | J. MARRERO | Review July 26 agenda and draft email re: same to M.Roitman (0.2); draft email re: proposed order re: evidentiary matters to M.Roitman (0.2) | 0.40 hrs. |
| 07/26/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| 07/27/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.40). | 1.60 hrs. |
|---|---|---|---|
| 07/28/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 07/29/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); review files re: unredacted 2010 Mercer Report (.40); post certain materials to Intralinks (.30). | 1.50 hrs. |
| 07/30/11 | D. E. DEUTSCH | Review this week's pleading reports, pleadings therein and court calendar (1.1). | 1.10 hrs. |

Total Fees for Professional Services.............  $14,522.00


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 4.20 | 3759.00 |
| D. E. DEUTSCH | 725.00 | 5.60 | 4060.00 |
| D. BAVA | 280.00 | 17.20 | 4816.00 |
| H. LAMB | 285.00 | 5.20 | 1482.00 |
| J. MARRERO | 375.00 | .40 | 150.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page      6
CHICAGO, IL 60611


M. ROITMAN                        425.00      .60         255.00
                     TOTALS                 33.20       14522.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                            For Services Through July 31, 2011

Our Matter #19804.003
            COMMITTEE MEETINGS


| 07/05/11 | J. MARRERO | Draft June 23, 2011 meeting minutes (0.9). | 0.90 hrs. |
|---|---|---|---|
| 07/05/11 | D. E. DEUTSCH | Preliminary review and edits of June 23, 2011 meeting minutes (1.1). | 1.10 hrs. |
| 07/06/11 | J. MARRERO | Draft email to D.Deutsch re: Committee meeting (0.1); draft email to the Committee re: same (0.1) | 0.20 hrs. |
| 07/08/11 | J. MARRERO | Revise June 23 meeting minutes (0.2); draft posting to Committee re: same (0.2) | 0.40 hrs. |
| 07/11/11 | J. MARRERO | Email correspondence with D.Deutsch re: Committee professionals meeting and Committee meeting (0.2); draft email to Committee professionals re: meeting (0.2); draft email to Committee Co-Chairs re: Committee meeting (0.2); draft June 30 minutes (1.5) | 2.10 hrs. |
| 07/11/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero option on this week's Committee professional meeting and Committee meeting (.4); exchange e-mails with Howard Seife re: possible presentation to Committee on FCC issue (.2); review e-mails to Committee co-chairs re: upcoming Committee meetings (.2). | 0.80 hrs. |
| 07/12/11 | J. MARRERO | Draft email to Committee re: Committee meeting (0.3); draft June 30 meeting minutes (2.2) | 2.50 hrs. |
| 07/12/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: upcoming Committee meetings (.2); review materials and draft agenda items for Thursday's Committee professional meeting (.2). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         August 23, 2011
435 N. MICHIGAN AVENUE                               Page    2
CHICAGO, IL 60611

| 07/13/11 | A. ROSENBLATT | Review agenda for committee professional call. | 0.20 hrs. |
|---|---|---|---|
| 07/13/11 | H. SEIFE | Preparation for call with Committee professionals. | 0.80 hrs. |
| 07/13/11 | J. MARRERO | Draft agenda for Committee professionals re: meeting (0.4); email correspondence with C&P team re: same (0.2); draft email to Committee professionals re: same (0.4);  draft email to Committee professionals re: rescheduling same (0.3) | 1.30 hrs. |
| 07/13/11 | D. E. DEUTSCH | Review and revise memorandum for tomorrow's Committee meeting (.3). | 0.30 hrs. |
| 07/14/11 | D. E. DEUTSCH | Review e-mail (.1) and hold call with Gordon Novod re: change to Committee minutes (.2); e-mail Jess Marrero on same (.1); prepare for Committee meeting (.4); participate in Committee meeting (.8); participate in post meeting with Chadbourne team (.7); exchange e-mails with Jess Marrero re: next week's Committee meeting (.2). | 2.50 hrs. |
| 07/14/11 | J. MARRERO | Review materials in preparation for Committee professionals meeting (0.3); draft June 30 minutes (1.5); revise June 23 minutes (0.9); review materials in preparation for Committee professionals meeting (0.4); attend Committee professionals meeting (0.9). | 4.00 hrs. |
| 07/14/11 | M. ROITMAN | Conference call with Committee Professionals (0.7); confer with C&P team following call (0.8) | 1.50 hrs. |
| 07/14/11 | D. GALLAI | Attended conf. call with Committee professionals re 2011 MIP motion. | 0.30 hrs. |
| 07/14/11 | H. SEIFE | Conference call with Committee professionals. | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/14/11 | A. ROSENBLATT | Participate on Committee professional's only call (.8); attend post call meeting with team (.7). | 1.50 hrs. |
| 07/14/11 | D. M. LeMAY | Attend Committee professionals weekly call. | 0.80 hrs. |
| 07/15/11 | M. ROITMAN | Meet with D. Deutsch and J. Marrero re: open case matters and preparations for Committee meeting (0.5) | 0.50 hrs. |
| 07/15/11 | J. MARRERO | Draft agenda for Committee Professionals meeting (0.4); draft agenda for July 21 Committee meeting (0.3); conference with D.Deutsch re: revisions to June 23 minutes (0.2); edit June 23 minutes (0.5); draft email to G.Novod re: same (0.2); conference with M.Roitman and D.Deutsch re: Committee-related matters (0.6). | 2.20 hrs. |
| 07/15/11 | D. E. DEUTSCH | Review and edit draft agenda for Committee professional meeting (.2) and Committee meeting (.2); meeting with Jess Marrero and Marc Roitman to discuss numerous outstanding issues and preparation for Committee/Committee professionals on same (.8). | 1.20 hrs. |
| 07/18/11 | M. ROITMAN | Revise agenda for Committee professionals meeting (0.2); correspond with H. Seife and M. Ashley re: same (0.2) | 0.40 hrs. |
| 07/19/11 | M. ROITMAN | Attend Committee professional meeting (0.6); confer with A. Rosenblatt following meeting (0.2); Draft agenda for 7/21 Committee meeting (0.5); Correspond with H. Seife re: same (0.2); Correspond with Committee co-chairs re: same (0.1). | 1.60 hrs. |
| 07/19/11 | D. M. LeMAY | Attend Committee professionals meeting regarding pending matters (.7). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/19/11 | A. ROSENBLATT | Attend Committee professional meeting (.5); follow-up meeting with M.Roitman (.2). | 0.70 hrs. |
| 07/19/11 | H. SEIFE | Attend Committee professional meeting. | 0.60 hrs. |
| 07/20/11 | H. SEIFE | Preparation for Committee meeting presentation. | 0.80 hrs. |
| 07/20/11 | A. ROSENBLATT | Prepare outline presentation re: telephonic hearing on state law constructive fraudulent transfer actions for upcoming Committee meeting. | 0.60 hrs. |
| 07/20/11 | H. LAMB | Prepare materials for 7/21 Committee meeting. | 1.00 hrs. |
| 07/20/11 | M. ROITMAN | Draft internal agenda for 7/21 Committee meeting (0.2); Confer with H. Lamb re: matters on agenda (0.1) | 0.30 hrs. |
| 07/21/11 | M. ROITMAN | Take detailed minutes at Committee Meeting (1.1); Confer with C&P team following meeting (0.2); begin drafting 7/21 Official Meeting Minutes (0.2). | 1.50 hrs. |
| 07/21/11 | A. ROSENBLATT | Prepare for (.3) and attend Committee meeting (1.0). | 1.30 hrs. |
| 07/21/11 | D. M. LeMAY | Prepare for (.7) and participate in (1.1) telephonic meeting of the Committee. | 1.80 hrs. |
| 07/21/11 | H. SEIFE | Preparation for Committee meeting (.7); telephonic meeting with Committee (1.0). | 1.70 hrs. |
| 07/21/11 | J. A. STENGER | Prepare presentation for Committee meeting regarding FCC exit applications (1.5); particiate in telephonic Committee meeting (1.3). | 2.80 hrs. |
| 07/21/11 | D. GALLAI | Attended weekly Committee meeting. | 1.10 hrs. |
| 07/21/11 | A. K. NELLOS | Participate in portion of Committee call re: trial evidentiary issues (.6). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 23, 2011
435 N. MICHIGAN AVENUE      Page   5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/22/11 | M. ROITMAN | Draft 7/21 Official Meeting Minutes (0.8). | 0.80 hrs. |
| 07/25/11 | M. ROITMAN | Draft 7/21 Official Meeting Minutes (1.8); Confer with D. LeMay re: same (0.1) | 1.90 hrs. |
| 07/25/11 | D. E. DEUTSCH | Review and edit draft Committee professional meeting agenda (.2); meeting with Jessica Marrero and Marc Roitman re: agenda and action items (.6); exchange e-mails with Jessica Marrero re: Thursday's Committee meeting (.1); discuss Thursday Committee meriting with Howard Seife (.2); review and edit draft agenda (.2); review and edit Committee minutes for June 30 (1.1). | 2.40 hrs. |
| 07/25/11 | J. MARRERO | Conference with D.Deutsch re: Committee professionals meeting (0.5); draft agenda for Committee professionals meeting (0.4); revise same (0.3); draft email to C&P team re: same (0.1); draft email to Committee professionals re: same (0.1) draft Committee meeting agenda (0.3) | 1.70 hrs. |
| 07/26/11 | J. MARRERO | Revise Committee meeting agenda (0.2); draft email to internal team re: same (0.1); draft email to Committee Co-Chairs re: same (0.4) | 0.70 hrs. |
| 07/27/11 | J. MARRERO | Review materials in preparation for Committee Professionals meeting (0.3); Review Clement matter in preparation for meeting (0.1); revise June 30 meeting minutes (0.5); attend Committee Professionals meeting (0.8) | 1.70 hrs. |
| 07/27/11 | D. E. DEUTSCH | Review materials and make notes to prepare for today's Committee professional meeting (1.1); participate in related meeting (.8); review and edit revised June 30th minutes (.3). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 23, 2011
435 N. MICHIGAN AVENUE                               Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/27/11 | H. SEIFE | Preparation for Committee meeting. | 0.90 hrs. |
| 07/27/11 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for weekly Committee professionals' meeting (.7); attended weekly Committee professionals' meeting (.6); team meeting regarding status of confirmation proceedings (.2). | 1.50 hrs. |
| 07/27/11 | R. J. GAYDA | Prepare for Committee professionals meeting (.5) and attendance at same (.6). | 1.10 hrs. |
| 07/27/11 | D. GALLAI | Attended weekly meeting of professional advisors. | 0.70 hrs. |
| 07/27/11 | H. LAMB | Prepare materials for 7/28 Committee meeting. | 0.60 hrs. |
| 07/27/11 | M. ROITMAN | Attend Committee Professionals conference call (0.7); confer with C&P team following call (0.2) | 0.90 hrs. |
| 07/28/11 | M. ROITMAN | Attend telephonic Committee Meeting (1.6); Confer with C&P team following call (0.5). | 2.10 hrs. |
| 07/28/11 | D. GALLAI | Reviewed Committee presentation re 2011 MIP (0.3). Participated in weekly Committee call (1.4). | 1.70 hrs. |
| 07/28/11 | H. SEIFE | Preparation for Committee meeting (.9); telephonic meeting with Committee (1.4). | 2.30 hrs. |
| 07/28/11 | D. E. DEUTSCH | E-mail James Sottile re: presentation for today's Committee meeting (.1); prepare outline of discussion points for today's Committee meeting (.6); participate in today's Committee meeting (1.6). | 2.30 hrs. |
| 07/28/11 | D. M. LeMAY | Prepare for (.4) and participate in (1.4) telephone meeting of Committee.  Follow up conference on to-do issues w/C&P team (.6). | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611


| 07/28/11 | J. MARRERO | Review materials in preparation for Committee meeting (0.3); attend Committee meeting and take minutes (1.6); begin drafting minutes (0.2) | 2.10 hrs. |
|---|---|---|---|
| 07/29/11 | D. E. DEUTSCH | Review and respond to request from counsel to co-chair re: next week's Committee meeting (.2); e-mail Marc Roitman re: related follow-up with co-chair (.1); exchange additional related e-mails (.1). | 0.40 hrs. |
| 07/30/11 | J. MARRERO | Work on June 30 meeting minutes (0.2); draft posting to Committee re: same (0.2) | 0.40 hrs. |


**Total Fees for Professional Services..............  $44,953.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 5.70 | 5101.50 |
| H. SEIFE | 985.00 | 8.00 | 7880.00 |
| J. A. STENGER | 495.00 | 2.80 | 1386.00 |
| M. D. ASHLEY | 675.00 | 1.50 | 1012.50 |
| A. ROSENBLATT | 725.00 | 4.30 | 3117.50 |
| D. E. DEUTSCH | 725.00 | 13.60 | 9860.00 |
| A. K. NELLOS | 645.00 | .60 | 387.00 |
| D. GALLAI | 685.00 | 3.80 | 2603.00 |
| R. J. GAYDA | 625.00 | 1.10 | 687.50 |
| H. LAMB | 285.00 | 1.60 | 456.00 |
| J. MARRERO | 375.00 | 20.20 | 7575.00 |
| M. ROITMAN | 425.00 | 11.50 | 4887.50 |
| TOTALS | | 74.70 | 44953.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                            Page    1


                                For Services Through July 31, 2011
Our Matter #19804.004
              CREDITOR COMMUNICATIONS


07/05/11   M. ROITMAN      Call with D. Matthews re: outcome      0.10 hrs.
                           of 6/27 hearing (0.1)

07/14/11   D. E. DEUTSCH   Review and respond to e-mail from      0.20 hrs.
                           Committee member Bill Salganik
                           (.2).

07/15/11   D. E. DEUTSCH   Call with counsel to JPMorgan          0.40 hrs.
                           (Damian Schaible) re: various case
                           matters including FCC matters and
                           certain claims matters (.4).

07/20/11   M. ROITMAN      Correspond with J. Dittman re:         0.10 hrs.
                           general unsecured claim against
                           The Baltimore Sun Company (0.1)

07/27/11   D. E. DEUTSCH   Review inquiry from Wayne Smith        0.50 hrs.
                           (Warner) re: SLFC lawsuit matter
                           (.1); e-mail C&P team re: same
                           (.1); review inquiry from case
                           creditor (RBS) re: tax issues
                           (.1); review related
                           research/response from Marc
                           Roitman (.2).

07/27/11   E. DAUCHER      Research and draft response re:        1.10 hrs.
                           creditor inquiry on tax
                           implications of reorganization.

07/28/11   D. E. DEUTSCH   E-mail Wayne Smith re: response to     0.20 hrs.
                           inquiry on state law constructive
                           fraud actions (.2).


          Total Fees for Professional Services.............   $1,495.00



                          TIMEKEEPER SUMMARY

    Timekeeper's Name            Rate     Hours         Amount

    D. E. DEUTSCH               725.00     1.30          942.50
    E. DAUCHER                  425.00     1.10          467.50
    M. ROITMAN                  425.00      .20           85.00
                        TOTALS             2.60         1495.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                                 For Services Through July 31, 2011

Our Matter #19804.007
          BUSINESS OPERATIONS


| Date | Name | Description | Hours |
|---|---|---|---|
| 07/06/11 | D. E. DEUTSCH | Review weekly Moelis report (.1). | 0.10 hrs. |
| 07/06/11 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |
| 07/07/11 | H. SEIFE | Review of Moelis weekly report. | 0.30 hrs. |
| 07/07/11 | D. E. DEUTSCH | Review weekly AlixPartners' business report on Debtors (.2). | 0.20 hrs. |
| 07/08/11 | D. E. DEUTSCH | Review multiple articles re: new Third Circuit decision on FCC rulemaking (.5); provide analysis to Howard Seife on likely-incorrect news report on same (.4); e-mail James Stenger re: providing related detailed analysis (.2). | 1.10 hrs. |
| 07/08/11 | H. SEIFE | Review of report on Third Circuit opinion of FCC issues (1.0); emails with D.Deutsch and FCC counsel (.6). | 1.60 hrs. |
| 07/09/11 | H. SEIFE | Review of J.Stenger summary of FCC Third Circuit opinion. | 0.80 hrs. |
| 07/09/11 | D. E. DEUTSCH | Review preliminary analysis from James Stenger on new Third Circuit FCC decision (.4). | 0.40 hrs. |
| 07/11/11 | J. A. STENGER | Review Prometheus II decision (1.1) and office correspondence with D.Deutsch regarding same (.4); research regarding impact on Tribune and potential responses to same (2.7); telephone conference with Debtors' FCC counsel regarding same (0.7); prepare draft memo to Committee regarding Prometheus II decision (1.5). | 6.40 hrs. |
| 07/11/11 | M. ROITMAN | Correspond with H. Seife and D. Deutsch re: Third Circuit FCC Opinion (0.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/11/11 | D. E. DEUTSCH | Review FCC (Prometheus) decision (1.6); exchange e-mails with James Stenger re: memorandum to Committee on same (.3). | 1.90 hrs. |
| 07/11/11 | H. SEIFE | Review of 3rd Circuit FCC Prometheus decision. | 0.50 hrs. |
| 07/12/11 | D. E. DEUTSCH | Review commentators analyses of recent Third Circuit FCC (Prometheus) decision (.8); discuss FCC analysis with Howard Seife (.2); exchange multiple e-mails with James Stenger re: new FCC issues and related analysis (.4); review materials and draft insert for memorandum to Committee on FCC issues (1.2); review Moelis weekly report (.1). | 2.70 hrs. |
| 07/12/11 | M. STRAND | Calls w/ J. Stenger RE: 3d Cir. decision and memo to committee RE: same (.6); research RE: same (1.1); review and revise draft memo (1.6). | 3.30 hrs. |
| 07/12/11 | J. A. STENGER | Research options to respond to Prometheus II and impact of FCC approval of Tribune FCC exit applications (4.5); telephone conference with Debtors' FCC counsel regarding same (0.7); prepare draft memo to Committee regarding same (2.7). | 7.90 hrs. |
| 07/13/11 | J. A. STENGER | Further research regarding response to Prometheus II (2.3); Revise memo to committee regarding same (2.7). | 5.00 hrs. |
| 07/13/11 | J. MARRERO | Review AlixPartners' report on Publishing Reorganization (0.3) | 0.30 hrs. |
| 07/13/11 | D. E. DEUTSCH | Multiple e-mails with James Stenger re: FCC matters (.3); review memorandum from Brad Hall on meeting with Debtors and various business operations and MIP matters (.3); draft memorandum to Brad Hall re: proposed follow-up on same (.2); review and edit lengthy memorandum to | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                            |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | Committee on new opinion in Third Circuit on FCC issues (1.1); review materials and draft two related inserts for same (1.5).                                                                                              |            |
| 07/13/11   | H. SEIFE       | Review of AlixPartners weekly report.                                                                                                                                                                                     | 0.30 hrs.  |
| 07/14/11   | H. SEIFE       | Review of Moelis weekly report (.3); review of AlixPartners report on publishing reorganizations (.4).                                                                                                                    | 0.70 hrs.  |
| 07/14/11   | D. E. DEUTSCH  | Review weekly AlixPartners' business operations report (.2); review and draft numerous additional revisions and inserts to FCC memorandum to Committee (1.9); review draft memorandum to Committee on management/business changes and edit same (.3). | 2.40 hrs.  |
| 07/14/11   | J. MARRERO     | Review materials and draft email to the Committee re: Publishing Reorganization (0.6); draft email to AlixPartners re: same (0.3); revise email to Committee re: same (0.2)                                                | 1.10 hrs.  |
| 07/14/11   | J. A. STENGER  | Research regarding Third Circuit decision and revise memo regarding same (1.9); research regarding petition for rehearing on same (1.6).                                                                                   | 3.50 hrs.  |
| 07/15/11   | D. E. DEUTSCH  | Review additional articles and other materials on FCC decision (1.7); exchange numerous e-mails with James Stenger re: changes to draft Committee memorandum to address same and other items (.5).                         | 2.20 hrs.  |
| 07/15/11   | J. A. STENGER  | Further review and revision to memo regarding Third Circuit FCC decision.                                                                                                                                                 | 1.70 hrs.  |
| 07/16/11   | H. SEIFE       | Review of draft FCC memo regarding 3rd Circuit decision.                                                                                                                                                                  | 0.40 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            August 23, 2011
435 N. MICHIGAN AVENUE                                  Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/18/11 | M. ROITMAN | Revise memo re: Third Circuit Opinion on FCC Issues (0.5); Draft email to Committee re: same (0.5); Confer/correspond with H. Seife, D. Deutsch, J. Stenger re: same (0.3). | 1.30 hrs. |
| 07/18/11 | J. A. STENGER | Further revisions to Committee memo regarding FCC exit applications. | 1.00 hrs. |
| 07/18/11 | D. E. DEUTSCH | Exchange e-mails with Brad Hall re: business matters (.2); exchange multiple e-mails with Marc Roitman re: FCC issues and required follow-up on same (.4); | 0.60 hrs. |
| 07/18/11 | M. ROITMAN | Draft email to Committee re: publishing reorganization press release (0.6); | 0.60 hrs. |
| 07/19/11 | J. A. STENGER | Research regarding Third Circuit rehearing petition and FCC exit applications. | 3.60 hrs. |
| 07/19/11 | H. SEIFE | Conference with E&Y regarding publishing reorganization (.5); review of E&Y email report regarding same (.6). | 1.10 hrs. |
| 07/19/11 | M. ROITMAN | Draft email to Committee re: printing agreement with Chicago Sun-Times (0.2) | 0.20 hrs. |
| 07/20/11 | H. SEIFE | Review of AlixPartners weekly report (.3); review articles regarding LA Times sale (.3); email E&Y regarding same (.3). | 0.90 hrs. |
| 07/21/11 | H. SEIFE | Review of Moelis report. | 0.20 hrs. |
| 07/21/11 | J. A. STENGER | Telephone conference (.4) and correspondence (.3) with Debtors' counsel regarding FCC exit applications (.6). | 1.30 hrs. |
| 07/22/11 | J. A. STENGER | Office conference with M.Strand regarding research memo on FCC exit applications. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 23, 2011
435 N. MICHIGAN AVENUE                               Page    5
CHICAGO, IL 60611

| 07/22/11 | M. STRAND | Research 3rd Circuit case law RE: APA notice requirements (.8); office conference with J.Stenger RE same (.4). | 1.20 hrs. |
|---|---|---|---|
| 07/25/11 | M. STRAND | Research RE: certain definition issues in conjunction with next steps on 3d Cir. Prometheus decision. | 1.70 hrs. |
| 07/25/11 | D. E. DEUTSCH | Review multiple e-mails and attachments from AlixPartners re: various business changes/report (.7); e-mail Marc Roitman re: Committee review of same (.1); review news article re: Chicago Sun-Times publishing deal (.2); review last week's AlixPartners' business report (.2). | 1.20 hrs. |
| 07/25/11 | H. SEIFE | Review of Moelis weekly update. | 0.30 hrs. |
| 07/25/11 | J. MARRERO | Draft posting for Moelis media update to Committee | 0.30 hrs. |
| 07/25/11 | M. ROITMAN | Correspond with D. Deutsch re: Tribune's agreement to print Sun-Times newspapers (0.2). | 0.20 hrs. |
| 07/25/11 | J. A. STENGER | Research regarding memo on FCC exit applications. | 0.90 hrs. |
| 07/27/11 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |
| 07/27/11 | M. ROITMAN | Review Debtors' Financial Projections and General Disclosure Statement re: tax implications of fresh start accounting (0.7); Draft email memorandum to D. Deutsch re: same (0.4) | 1.10 hrs. |
| 07/29/11 | M. STRAND | Research RE: definitional issues to determine possible next steps RE:3d Cir. Prometheus decision. | 1.30 hrs. |
| 07/29/11 | M. ROITMAN | Call with J. Ludwig re: Debtors' proposed sale of warehouse in Hollywood, FL (0.3); Confer with D. Deutsch re: same (0.2); Correspond with A. Leung re: same (0.2); | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 23, 2011
435 N. MICHIGAN AVENUE                              Page    6
CHICAGO, IL 60611


**Total Fees for Professional Services.............. $41,248.00**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | 7.70 | 7584.50 |
| J. A. STENGER | 495.00 | 31.80 | 15741.00 |
| D. E. DEUTSCH | 725.00 | 16.20 | 11745.00 |
| J. MARRERO | 375.00 | 1.70 | 637.50 |
| M. ROITMAN | 425.00 | 4.30 | 1827.50 |
| M. STRAND | 495.00 | 7.50 | 3712.50 |
| TOTALS | | 69.20 | 41248.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through July 31, 2011

Our Matter #19804.009
         CLAIMS ADMINISTRATION/BAR DATE

07/06/11   J. MARRERO          Conference with D.Deutsch re:          3.30 hrs.
                               motion re: D&O claims (0.2); email
                               correspondence with Debtors'
                               counsel re: same (0.2); conference
                               with D.Deutsch re: stipulation re:
                               D&O claims (0.2); email
                               correspondence with D.Deutsch re:
                               same (0.3); conference call with
                               D.Deutsch and Debtors' counsel re:
                               same (0.7); revise motion re: D&O
                               claims (0.9); revise stipulation
                               (0.8).

07/06/11   D. E. DEUTSCH       Review proposed stipulation and       2.10 hrs.
                               order with certain former
                               directors and officers and mark-up
                               same (.5); conference with Jess
                               Marrero to discuss next steps to
                               address with opposing counsel
                               (.3); review draft motion re:
                               treatment of current Debtors and
                               Officer indemnity claims (.5);
                               related call with Kevin Lantry
                               (.6); meeting with Jessica Marrero
                               to discuss next steps on same (.2).

07/07/11   J. MARRERO          Review comments and revisions re:     2.30 hrs.
                               stipulation re: D&O claims (0.2);
                               call with counsel to D&O Claimants
                               re: same (0.6); revise stipulation
                               re: same (0.2); conference with
                               D.Deutsch re: same (0.3);
                               conference with D.Deutsch re:
                               motion re: D&O claims (0.2);
                               revise motion re: same (0.8)

07/07/11   D. E. DEUTSCH       Draft lengthy insert for new bar      1.60 hrs.
                               date order motion (1.1); discuss
                               other edits to motion with Jessica
                               Marrero (.3); meeting with Jessica
                               Marrero to discuss stipulation on
                               allowance of certain employee
                               claims (.2).

07/08/11   J. MARRERO          Revise motion re: D&O claims          3.60 hrs.
                               (3.0); draft email to Debtors'
                               counsel re: same (0.2); revise
                               stipulation re: D&O claims (0.4)

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 07/11/11 | J. MARRERO | Revise stipulation re: D&O claimants (0.4) | 0.40 hrs. |
| 07/12/11 | J. MARRERO | Conference with D.Deutsch re: D&O stipulation (0.2); email correspondence with M.Solis re: D&O stipulation (0.6); revise D&O stipulation (2.4); draft email to Debtors counsel re: D&O motion (0.3). | 3.50 hrs. |
| 07/12/11 | D. E. DEUTSCH | Review and respond to e-mails from counsel to former directors and officers re: stipulation matters (.4); related call with counsel (Maile Solis) re: same (.2); review additional related e-mails (.2); review revised draft stipulation and edit same (.4); meeting with Jessica Marrero to discuss revising draft claim pleading for Kevin Lantry (.2). | 1.40 hrs. |
| 07/12/11 | D. E. DEUTSCH | Review and analyze report from Debtors on Harris settlement (.2); draft memorandum e-mail to Debtors (Ken Kansa et al.) on questions re: same (.2). | 0.40 hrs. |
| 07/13/11 | J. MARRERO | Revise D&O motion according to Debtors' edits (0.7); conference with D.Deutsch re: D&O stipulation (0.1); conference with D.Deutsch re: D&O motion (0.1); review Debtors' email re: Harris Corp. settlement (0.2); draft email to J.Frank re: D&O motion (0.2). | 1.30 hrs. |
| 07/13/11 | D. E. DEUTSCH | Review proposed revisions to motion and order on filing of current officer claims (.5); draft detailed e-mail to Kevin Lantry re: edits to same and addressing related issues (.3). | 0.80 hrs. |
| 07/14/11 | D. E. DEUTSCH | Review multiple e-mails from Debtors re: proposed Harris settlement (.4); e-mail Debtors' counsel (Keriann Mills) re: same (.1). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 23, 2011
435 N. MICHIGAN AVENUE                               Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/14/11 | J. MARRERO | Draft email to counsel to current officers (J.Frank) re: D&O motion (0.2) | 0.20 hrs. |
| 07/15/11 | J. MARRERO | Draft email summary to D.LeMay re: D&O matters (0.8); discuss revisions to stipulation with K.Lantry (0.2); revise stipulation (0.5); discuss revisions to same with D.Deutsch (0.2); discuss revisions to motion with D.Deutsch and K.Kansa (0.3) | 2.00 hrs. |
| 07/15/11 | D. E. DEUTSCH | Telephonic meeting with Kevin Lantry and Jess Marrero re: numerous claim matters, MIP and other case matters (.4); review and revise part of draft pleading related to D&O claims (.2). | 0.60 hrs. |
| 07/25/11 | D. E. DEUTSCH | Preliminary review of draft stipulation for late-filed claims (.4). | 0.40 hrs. |
| 07/25/11 | J. MARRERO | Review revisions to stipulation re D&O claims (0.5); review revisions to motion re: D&O claims (0.5) | 1.00 hrs. |
| 07/26/11 | J. MARRERO | Draft email to Debtors' counsel re: Clement matter | 0.20 hrs. |
| 07/27/11 | D. E. DEUTSCH | Call with Kevin Lantry re: various claim related matters (.3); review e-mail from Mailie Solis re: proposed claim stipulation (.2); e-mail Kevin Lantry, Mailie Solis and others re: proposed next steps on same (.2). | 0.70 hrs. |
| 07/28/11 | J. MARRERO | Revise stipulation re: D&O claims (0.6); draft email to Stipulation parties re: same (0.2) | 0.80 hrs. |
| 07/29/11 | J. MARRERO | Review edits to stipulation re: D&O claims (0.3); Draft email re: same to stipulation parties (0.3); conference with D.Deutsch re same (0.2) | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 23, 2011
435 N. MICHIGAN AVENUE                              Page    4
CHICAGO, IL 60611


| 07/30/11 | J. MARRERO | Draft posting to Committee re: stipulation and motion re: D&O claims | 1.90 hrs. |
| 07/30/11 | D. E. DEUTSCH | Review numerous referenced prior motions and related orders granting officer late-filed claims (.4); e-mail Kevin Lantry re: concerns with same (.3); e-mail Mailie Solis on questions regarding proposed change (.2); review and revise Committee posting note on draft stipulation and draft motion re: employee claims (.2). | 1.10 hrs. |


            **Total Fees for Professional Services.............   $14,947.50**



                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 725.00 | 9.60 | 6960.00 |
| J. MARRERO | 375.00 | 21.30 | 7987.50 |
| TOTALS | | 30.90 | 14947.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                     Page    1

                              For Services Through July 31, 2011
Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


| | | | |
|---|---|---|---|
| 07/05/11 | D. E. DEUTSCH | Review last week's ordinary course report (.3); discuss issue in same with Jessica Marrero (.1). | 0.40 hrs. |
| 07/06/11 | J. MARRERO | Draft ordinary course professionals report | 0.30 hrs. |
| 07/06/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: analysis of fee application filings (.2). | 0.20 hrs. |
| 07/06/11 | D. BAVA | Prepare and revise ninth quarterly fee summary (2.80). | 2.80 hrs. |
| 07/06/11 | M. ROITMAN | Review and comment on Ninth Quarterly Fee Summary (0.2); Confer/correspond with D. Bava and D. Deutsch re: same (0.1) | 0.30 hrs. |
| 07/07/11 | H. LAMB | Begin review of billing proformas/daily time detail in preparation of June fee application. | 3.40 hrs. |
| 07/07/11 | M. ROITMAN | Revise 9th Interim Fee Summary (0.4); Confer/correspond with D. Deutsch and D. Bava re: same (0.3) | 0.70 hrs. |
| 07/07/11 | H. SEIFE | Review of Zuckerman email regarding replacement for Delaware counsel (.4). | 0.40 hrs. |
| 07/07/11 | D. BAVA | Revise and update fee summary to include additional professionals (.70); review and analysis of previous fee applications re: totals for additional professionals (1.1). | 1.80 hrs. |
| 07/07/11 | D. E. DEUTSCH | Review ninth fee application period summary for Committee (.4); discuss edits to same with Marc Roitman (.2); review materials on Sitrick fee applications (.2); e-mails Jessica Marrero re: required analysis related to same (.2). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                Page    2
CHICAGO, IL 60611

| 07/07/11 | D. E. DEUTSCH | Review draft posting note to the Committee by Andrew Goldfarb re: conflicts counsel issue (.2); exchange e-mails related to same (.2). | 0.40 hrs. |
| 07/07/11 | H. SEIFE | Review of ninth quarterly professional fee summary. | 0.30 hrs. |
| 07/08/11 | J. MARRERO | Revise case professionals fee report (0.4); revise ordinary course professionals report (0.3); review Sitrick fee application (0.2); review order and Committee objection re: Sitrick retention (0.8); draft summary re: same (0.4). | 2.10 hrs. |
| 07/08/11 | H. LAMB | Continue review of billing proformas/daily time detail in preparation of June fee application. | 3.70 hrs. |
| 07/09/11 | H. LAMB | Continue review of billing proformas/daily time detail in preparation of June fee application. | 3.50 hrs. |
| 07/11/11 | H. LAMB | Preparation of Tenth Interim Fee Application. | 1.70 hrs. |
| 07/12/11 | D. E. DEUTSCH | Review and edit tenth interim fee application (.4); review analysis of Sitrick's fee application (.2) and related original retention order (.2). | 0.80 hrs. |
| 07/13/11 | H. LAMB | Further review of June daily time detail in preparation of monthly fee application. | 2.40 hrs. |
| 07/13/11 | J. MARRERO | Revise Professional Fee Report (0.5); draft email to D.Deutsch re: same (0.1) | 0.60 hrs. |
| 07/14/11 | J. MARRERO | Revise Professional Fee Report | 0.40 hrs. |
| 07/15/11 | J. MARRERO | Prepare ordinary course professionals report. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/15/11 | H. LAMB | Begin preparation of work summaries for monthly fee application. | 2.70 hrs. |
| 07/19/11 | H. LAMB | Further research and preparation of work summary descriptions for monthly fee application. | 1.80 hrs. |
| 07/20/11 | H. LAMB | Continue research and preparation of work summary descriptions for monthly fee application. | 2.10 hrs. |
| 07/22/11 | H. LAMB | Research and prepare litigation work summaries for fee application. | 2.30 hrs. |
| 07/23/11 | H. LAMB | Continue research and prepare litigation work summaries for fee application. | 1.80 hrs. |
| 07/23/11 | D. E. DEUTSCH | Review and mark-up draft June fee statement (4.3). | 4.30 hrs. |
| 07/25/11 | D. E. DEUTSCH | Review e-mail from Kevin Lantry re: next fee hearing (.1); review updated fee professional report from Jessica Marrero (.2); review last two weekly ordinary course professional fee reports (.4). | 0.70 hrs. |
| 07/25/11 | J. MARRERO | Review Debtors' ordinary course professionals report (0.3); Review docket for fee applications and orders re: ordinary course professionals (0.6); revise ordinary course professinals report (0.4); Review docket for professional fee applications (0.4); update Professional Fee report (0.3). | 2.00 hrs. |
| 07/27/11 | D. E. DEUTSCH | Review June 2011 fee application and edit same (1.6). | 1.60 hrs. |
| 07/28/11 | H. LAMB | Review comments from D.Deutsch on draft fee application (.2); finalize fee application in accordance with same (.8). | 1.00 hrs. |
| 07/30/11 | J. MARRERO | Revise ordinary course professionals report. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 23, 2011
435 N. MICHIGAN AVENUE       Page   4
CHICAGO, IL 60611


**Total Fees for Professional Services.............. $19,104.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | .70 | 689.50 |
| D. E. DEUTSCH | 725.00 | 9.40 | 6815.00 |
| D. BAVA | 280.00 | 4.60 | 1288.00 |
| H. LAMB | 285.00 | 26.40 | 7524.00 |
| J. MARRERO | 375.00 | 6.30 | 2362.50 |
| M. ROITMAN | 425.00 | 1.00 | 425.00 |
| TOTALS | | 48.40 | 19104.00 |