TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

For Services Through July 31, 2011

Our Matter #19804.013
          AVOIDANCE ISSUES


07/05/11   T. J. MCCORMACK   Review Zuckerman draft motion         0.20 hrs.
                             concerning extending deadlines for
                             service (0.2).

07/05/11   M. D. ASHLEY      Reviewed draft Committee motion       0.30 hrs.
                             for extension of time to serve
                             defendants (.3).

07/06/11   M. D. ASHLEY      Reviewed drafts of Committee          2.30 hrs.
                             motion to extend time to serve
                             defendants and related pleadings
                             and correspondence (1.8); emails
                             with Zuckerman regarding revisions
                             to and posting of draft motion
                             (.5).

07/06/11   A. ROSENBLATT     Review proposed Committee motion      0.50 hrs.
                             to extend service deadlines in
                             avoidance actions brought by
                             Committee (.4) and review
                             Intralinks update describing same
                             (.1).

07/06/11   D. E. DEUTSCH     Review proposed motion re: service    1.30 hrs.
                             of complaints (.4); exchange
                             e-mails with Andrew Goldfarb re:
                             edits to same (.2); review related
                             e-mails from Marc Ashley (.2);
                             review proposed memorandum to
                             Committee related to proposed
                             motion and edit same (.5).

07/07/11   D. E. DEUTSCH     Review notes on preference actions    0.60 hrs.
                             against employees (.2); draft
                             e-mail to Aurelius (Danny Golden)
                             re: proposal related to certain
                             preference actions against
                             employees (.2); related call with
                             Danny Golden (.2).

07/07/11   Y. YOO            Discussed with D.Deutsch              0.30 hrs.
                             application of Threshold Amount to
                             Insider Preference Actions (.3).

07/08/11   Y. YOO            Drafted and revised Committee         3.70 hrs.
                             memorandum re: application of
                             Threshold Amount to Insider
                             Preference Actions (3.7).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                August 23, 2011
435 N. MICHIGAN AVENUE                                       Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/08/11 | D. E. DEUTSCH | Exchange e-mails with James Sottile re: tasks related to various adversary actions (.3). | 0.30 hrs. |
| 07/11/11 | D. E. DEUTSCH | Review last week's pleading reports on numerous state law fraudulent claim actions (.9); e-mail Marc Roitman re: required additional research on same (.2). | 1.10 hrs. |
| 07/12/11 | D. E. DEUTSCH | Preliminary review of analysis on dismissal of certain preference claims (.6); review and edit memorandum to Committee re: proposal on threshold for claims against D&Os (.8). | 1.40 hrs. |
| 07/12/11 | Y. YOO | Discussed draft Committee memorandum re: application of Threshold Amount to Insider Preference Actions with Douglas Deutsch (.3); continued drafting and revising same (6.1). | 6.40 hrs. |
| 07/13/11 | Y. YOO | Continued drafting and revising Committee memorandum re: application of Threshold Amount to Insider Preference Actions (.8); corresponded by email with Douglas Deutsch re: comments to same (.4). | 1.20 hrs. |
| 07/13/11 | D. E. DEUTSCH | Research and edit draft memorandum to Committee re: new floor for certain avoidance claims (.9); draft related new insert for same (.8); review and revise related posting note (.3); exchange e-mails with co-chair Wayne Smith on same (.2); exchange e-mails with co-chair Ann Kurinskas re: same (.2). | 2.40 hrs. |
| 07/14/11 | D. E. DEUTSCH | Call with Bob Paul re: changing proposed threshold amount (.2); draft e-mail to co-chairs re: same (.2); work on related memorandum to Committee on changing threshold (.4); exchange multiple e-mails with Wayne Smith re: threshold concerns and questions (.5); call with Bob Paul re: same (.1); exchange multiple additional | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 23, 2011
435 N. MICHIGAN AVENUE      Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| | | e-mails with Wayne Smith re: same (.6). | |
| 07/14/11 | Y. YOO | Corresponded by email with Douglas Deutsch re: comments on threshold amount (.1). | 0.10 hrs. |
| 07/15/11 | Y. YOO | Attended conference call with Douglas Deutsch and clients, Wayne Smith and Bob Paul re: threshold amount negotiations with Aurelius (.4); follow-up discussion with Douglas Deutsch (.2). | 0.60 hrs. |
| 07/15/11 | D. E. DEUTSCH | Prepare for (.3) and conference call with Committee members Wayne Smith and Bob Paul to discuss options on avoidance action threshold issue (.5). | 0.80 hrs. |
| 07/19/11 | M. ROITMAN | Confer/correspond with Y. Yoo and D. Deutsch re: preference threshold (0.1) | 0.10 hrs. |
| 07/27/11 | D. E. DEUTSCH | Review and analysis of insider preference data (.3); draft e-mail to Danny Golden related to possible dismissal of certain insider preference claims (.2); conference with Young Yoo re: possible insert for same (.2); research and draft insert for e-mail to Danny Golden (.2). | 0.90 hrs. |
| 07/27/11 | Y. YOO | Corresponded by email with Douglas Deutsch re: followup email with Aurelius' counsel on proposed threshold amounts (.3). | 0.30 hrs. |
| 07/29/11 | D. E. DEUTSCH | Review preference file (.2); e-mail Danny Golden re: required next steps related to same (.1). | 0.30 hrs. |

**Total Fees for Professional Services.............. $16,615.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| T. J. MCCORMACK | 855.00 | .20 | 171.00 |
| M. D. ASHLEY | 675.00 | 2.60 | 1755.00 |
| A. ROSENBLATT | 725.00 | .50 | 362.50 |
| D. E. DEUTSCH | 725.00 | 11.10 | 8047.50 |
| M. ROITMAN | 425.00 | .10 | 42.50 |
| Y. YOO | 495.00 | 12.60 | 6237.00 |
| TOTALS | | 27.10 | 16615.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                    For Services Through July 31, 2011

Our Matter #19804.014
          EMPLOYEE ISSUES


| 07/07/11 | H. SEIFE | Review of AlixPartners email regarding MIP 2011. | 0.30 hrs. |
|---|---|---|---|
| 07/07/11 | D. E. DEUTSCH | Review e-mail from Brad Hall re: next steps with 2011 MIP (.2); draft e-mail to AlixPartners and Chadbourne team re: proposed review and analysis for Committee on same (.2); review (.2) and respond to e-mail from Brad Hall re: restructuring of certain senior management positions and presentation to Committee on same (.2); call with counsel to numerous current employees re: dismissal of certain claims and various other matters (.3). | 1.10 hrs. |
| 07/14/11 | D. E. DEUTSCH | Review materials provided by AlixPartners on MIP program plans (.2); e-mail David Gallai re: review related to same (.1). | 0.30 hrs. |
| 07/14/11 | H. SEIFE | Review of report from D.Deutsch on senior executive settlement (.4); review of MIP issues (.5). | 0.90 hrs. |
| 07/15/11 | D. GALLAI | Confs. w/ D. Deutsch re 2011 MIP motion. | 0.20 hrs. |
| 07/15/11 | J. MARRERO | Conference with K.Lantry and D.Deutsch re: Michaels settlement and MIP. | 0.40 hrs. |
| 07/15/11 | D. E. DEUTSCH | Call with David Gallai re: MIP matters (.2); review e-mail from Debtors re: MIP motion (.1) and respond to same (.1). | 0.40 hrs. |
| 07/18/11 | D. GALLAI | Reviewed MIP-related documents (3.1).  Confs. w/ R. Kurth and M. Roitman re ssame (0.2). | 3.30 hrs. |
| 07/18/11 | M. ROITMAN | Review pleadings and Committee minutes re: Debtors' 2010 MIP (0.3); confer/correspond with D. Gallai re: same (0.2). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 23, 2011
435 N. MICHIGAN AVENUE                             Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/19/11 | M. ROITMAN | Confer/correspond with R. Kurth re: 2010 MIP Materials (0.2); Confer/correspond with D. Gallai and D. LeMay re: 2010 MIP process (0.3); Correspond with B. Hall and D. Gallai re: call on proposed 2011 MIP (0.3); Call with D. Schaible re: senior executive severance (0.1); Correspond with D. Deutsch and B. Hall re: same (0.3); Review materials re: same (0.3). | 1.50 hrs. |
| 07/19/11 | D. GALLAI | Conference with D.LeMay and M.Roitman re 2010 MIP (0.3); emails with B.Hall re 2011 MIP (0.3); conference with H.Seife re MIP issues (0.6); conference with Debtors' counsel re MIP and senior executive matters (0.4); review MIP summary prepared by R.Kurth (0.5). | 2.10 hrs. |
| 07/19/11 | R. KURTH | Reviewed proposed 2011 MIP as compared against prior MIPs and drafted summary re: same for D. Gallai. | 2.60 hrs. |
| 07/19/11 | H. SEIFE | Conference with D.Gallai regarding MIP and employee issues (.6); conference with AlixPartners regarding MIP (.4). | 1.00 hrs. |
| 07/19/11 | D. M. LeMAY | Call with K. Lantry and D. Gallai regarding senior executive severance. | 0.40 hrs. |
| 07/19/11 | D. E. DEUTSCH | Review and respond to e-mail inquiry from Marc Roitman on executive departure issue (.2); exchange additional related e-mails (.2). | 0.40 hrs. |
| 07/20/11 | H. SEIFE | Review of MIP issues (.5); review of issues regarding senior executive departure (.4). | 0.90 hrs. |
| 07/20/11 | M. ROITMAN | Review severance agreement for departing executive (0.3); Review 2011 MIP proposal (0.2); Call with D. Gallai, B. Hall and A. Leung re: employee and business matters | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|            |               | to be addressed at 7/21 Committee meeting (0.5); Draft email memorandum to H. Seife and D. LeMay re: same (0.6). | |
|------------|---------------|---------------------------------------------------------------|-----------|
| 07/20/11   | D. GALLAI     | Reviewed separation agreement (0.9). Conf. w/ M. Roitman and AlixPartners re same (0.5). | 1.40 hrs. |
| 07/21/11   | M. ROITMAN    | Draft email to Committee re: Mercer Report on 2011 MIP (0.3)  | 0.30 hrs. |
| 07/21/11   | D. GALLAI     | Reviewed MIP proposal summary.                                | 0.30 hrs. |
| 07/21/11   | H. SEIFE      | Review of AlixPartners report on MIP (1.1); review of Mercer report (1.2). | 2.30 hrs. |
| 07/21/11   | D. M. LeMAY   | Review 2011 MIP report (.8); review Mercer Report (.9).       | 1.70 hrs. |
| 07/21/11   | D. M. LeMAY   | Review severance proposal for senior executive.              | 0.70 hrs. |
| 07/25/11   | D. GALLAI     | Confs. w/ D. Deutsch and M. Roitman re severance agreement.  | 0.20 hrs. |
| 07/25/11   | M. ROITMAN    | Review terms of senior executive severance and Debtors' summary email to U.S. Trustee (0.2); Call with D. Gallai re: same (0.1); confer with D. LeMay re: same (0.1); Correspond with K. Lantry re: restrictive covenants in severance agreement of senior executive (0.2). | 0.60 hrs. |
| 07/25/11   | D. E. DEUTSCH | Review letter from employee re: termination (.3); e-mails (.1) and call with David Gallai re: same (.1); e-mail Kevin Lantry re: question on senior executive issue (.1); review internal memorandum from Marc Roitman and David Gallai re: status of various employee/MIP/severance issues (.4). | 1.00 hrs. |
| 07/25/11   | D. M. LeMAY   | Review several open due diligence issues regarding separation agreement. of senior executive. | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     August 23, 2011
435 N. MICHIGAN AVENUE                            Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/27/11 | H. SEIFE | Review of Roitman report on MIP issues (.8); review of AlixPartners preliminary report on MIP addendum (1.4). | 2.20 hrs. |
| 07/27/11 | D. E. DEUTSCH | Two conferences with Howard Seife re: 2011 MIP issue (.4); research materials related to same (1.1); related meeting with Marc Roitman to discuss additional research issues (.3). | 1.80 hrs. |
| 07/27/11 | M. ROITMAN | Review trial and deposition transcripts re: evidence in record related to potential exclusion of certain of Debtors' executives from 2011 MIP (2.1); correspond with H. Seife re: same (0.3); confer/correspond with D. Deutsch and A. Nellos re: same (0.4) | 2.80 hrs. |
| 07/28/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: research on MIP issue (.2); review transcripts, disclosure statement and other materials re: MIP-related question on senior executive's actions (2.2); meeting with Howard Seife and Marc Roitman re: presentation to Committee on same (.5); exchange e-mails with Brad Hall re: required follow-up on MIP issue (.2); review e-mails from Maile Solis (counsel to former officers) re: various pending employee-related motions (.2); e-mail Jessica Marrero re: required next steps on same (.1); review transcript re: new MIP issue (1.4); call with Marc Roitman to discuss same (.2). | 5.00 hrs. |
| 07/28/11 | H. SEIFE | Review of MIP issues (.9); review of disclosure issues regarding officer (.8); review of officer MIP qualifications (1.2). | 2.90 hrs. |
| 07/28/11 | J. MARRERO | Review Examiner's Report re: Kazan and Bigelow (1.5); conference with D.Deutsch re: same (0.3); conference with M.Roitman re: 2011 MIP (0.2); research Mercer reports | 4.80 hrs. |

|            |              | and testimony re: MIP (2.8)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |            |
|------------|--------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 07/28/11   | M. ROITMAN   | Review trial and deposition transcripts re: evidence in record related to potential exclusion of certain of Debtors' executives from 2011 MIP (1.6); Confer/correspond with D. Deutsch re: same (0.2); Meet with D. Deutsch and H. Seife re: same (0.5); Review DCL Post-Trial Brief and trial exhibits re: disclosure of conflicts of senior management (0.9); confer with H. Seife and D. Deutsch re: same (0.2); Confer/correspond with A. Nellos and F. Panchak re: exhibit lists (0.3); Confer with J. Marrero re: review of Dempsey testimony on MIP (0.2). | 3.90 hrs.  |
| 07/28/11   | D. GALLAI    | Correspondence w/ Sidley re severance agreements (0.4).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 0.40 hrs.  |
| 07/29/11   | M. ROITMAN   | Call with A. Leung re: 2011 MIP participants (0.1); Call with W. Smith re: proposed call with JPMorgan on 2011 MIP (0.1); Correspond with D. Deutsch and Committee Co-Chairs re: same (0.2)                                                                                                                                                                                                                                                                                                                                                | 0.40 hrs.  |
| 07/29/11   | D. GALLAI    | Correspondence with D.Deutsch and M.Roitman re separation agreements and 2011 MIP (0.4). Reviewed related documents (1.4).                                                                                                                                                                                                                                                                                                                                                                                                                | 1.80 hrs.  |
| 07/29/11   | J. MARRERO   | Review Mercer report and testimony re: MIP calculation in re: equity issue                                                                                                                                                                                                                                                                                                                                                                                                                                                                | 3.70 hrs.  |
| 07/29/11   | H. SEIFE     | Telephone conference with J.Conlan regarding MIP issues (.3); conference with D.Deutsch regarding specific MIP recipient issues (.3); review of MIP officer disclosure issues (1.4).                                                                                                                                                                                                                                                                                                                                                       | 2.00 hrs.  |
| 07/29/11   | D. M. LeMAY  | Work on 2011 MIP open issues.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 1.80 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     August 23, 2011
435 N. MICHIGAN AVENUE                        Page   6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/29/11 | D. E. DEUTSCH | Review materials from Debtors re: severance agreements (.2); review of analysis of same from David Gallai (.2); two calls with Joe Frank re: draft employee-related motion (.2); meeting with Jessica Marrero to discuss same (.2); exchange e-mails (.1) and hold meeting with Howard Seife to discuss new MIP issue and next steps on same (.2); exchange e-mails with Jessica Marrero re: update on Maile Solis request on former employee stipulation/new motion and related next steps (.3); call with Alan Holtz (AlixPartners) to discuss new MIP issues and next steps related to same (.4); call with Brad Hall to discuss research on MIP matter (.2). | 2.00 hrs. |
| 07/30/11 | D. E. DEUTSCH | E-mail Howard Seife re: MIP-related issue (.2); review revised proposed draft stipulation with former officers (.3). | 0.50 hrs. |
| 07/30/11 | J. MARRERO | Review Mercer MIP reports re: equity calculations | 1.00 hrs. |

**Total Fees for Professional Services.............. $43,229.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 5.90 | 5280.50 |
| H. SEIFE | 985.00 | 12.50 | 12312.50 |
| D. E. DEUTSCH | 725.00 | 12.50 | 9062.50 |
| D. GALLAI | 685.00 | 9.70 | 6644.50 |
| J. MARRERO | 375.00 | 9.90 | 3712.50 |
| M. ROITMAN | 425.00 | 11.60 | 4930.00 |
| R. KURTH | 495.00 | 2.60 | 1287.00 |
| TOTALS | | 64.70 | 43229.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                               For Services Through July 31, 2011

   Our Matter #19804.015
              RELIEF FROM STAY ISSUES


| Date | Timekeeper | Description | Time |
|---|---|---|---|
| 07/06/11 | M. ROITMAN | Review Clement Motion for Relief from Stay (0.3); Correspond with D. Deutsch re: same (0.1) | 0.40 hrs. |
| 07/06/11 | D. E. DEUTSCH | Review new lift stay motion (.2); exchange e-mails with Marc Roitman regarding memorandum to Committee on same (.2). | 0.40 hrs. |
| 07/07/11 | M. ROITMAN | Review Clement motion for relief from stay (0.6) | 0.60 hrs. |
| 07/11/11 | J. MARRERO | Review proposed stipulation and prior filings re: Jewel Foods (0.7). | 0.70 hrs. |
| 07/13/11 | D. E. DEUTSCH | Review, research and analysis of proposal and related stipulation on Jewel claim (.7); draft detailed e-mail to Debtors' counsel re: same (.3). | 1.00 hrs. |
| 07/14/11 | D. E. DEUTSCH | Call with Matt Martinez re: Jewel claim (.3); review related e-mail (.1). | 0.40 hrs. |
| 07/14/11 | J. MARRERO | Conference call with D.Deutsch and M.Martinez re: Jewel stipulation (0.3); draft memo to file re: same (0.6). | 0.90 hrs. |
| 07/19/11 | M. ROITMAN | Call with J. Ludwig re: Clement motion for relief from stay (0.3); Call with C. Brown re: proposed Jewel Food stipulation (0.3); Review draft Jewel Food stipulated order (0.2); draft email memorandum to D. Deutsch and D. LeMay re: same (0.9); correspond with D. Deutsch re: same (0.1). | 1.80 hrs. |
| 07/19/11 | D. E. DEUTSCH | Exchange multiple e-mails with Marc Roitman re: Jewel Foods compromise options/issues (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/20/11 | A. ROSENBLATT | Conference with Roitman re: proposed stipulation resolving relief from stay motion filed by Jewel (.4); call with Sidley and Roitman re: same (.3). | 0.70 hrs. |
| 07/20/11 | M. ROITMAN | Call with M. Martinez re: proposed settlement with Jewel Food (0.2); confer/correspond with A. Rosenblatt re: same (0.4); Call with A. Rosenblatt and M. Martinez re: same (0.3); Review proposed stipulated order (0.2); correspond with C. Brown re: same (0.1). | 1.20 hrs. |
| 07/21/11 | M. ROITMAN | Meet with A. Rosenblatt re: proposed stipulation with Jewel Food (0.3); Confer/correspond with M. Martinez re: same (0.2); Draft email to D. Deutsch re: status of negotiations with Jewel and Tribune (0.6); Confer with A. Rosenblatt re: same (0.2); Correspond with D. Deutsch re: same (0.2). | 1.50 hrs. |
| 07/21/11 | A. ROSENBLATT | Meet with Roitman re: Jewel stay issue (.3); email from Sidley re: same (.1); review Roitman email re: status of negotiations on same (.2). | 0.60 hrs. |
| 07/22/11 | A. ROSENBLATT | Meet with Roitman and agree on final position re: Jewel relief from stay motion (.3); review email from Sidley re: same (.1). | 0.40 hrs. |
| 07/22/11 | D. E. DEUTSCH | Exchange multiple e-mails with Marc Roitman re: Jewel Foods settlement issues (.4); Review claim file (.1) and e-mail Joe Frank re: status of review of motion (.1); exchange e-mails with Jessica Marrero re: inquiry on ECDG motion (.2). | 0.80 hrs. |
| 07/22/11 | M. ROITMAN | Confer with A. Rosenblatt re: Committee position on stipulated order with Jewel Food (0.3); Calls with M. Martinez re: same (0.2) | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611


**Total Fees for Professional Services..............    $6,557.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. ROSENBLATT | 725.00 | 1.70 | 1232.50 |
| D. E. DEUTSCH | 725.00 | 3.00 | 2175.00 |
| J. MARRERO | 375.00 | 1.60 | 600.00 |
| M. ROITMAN | 425.00 | 6.00 | 2550.00 |
| TOTALS | | 12.30 | 6557.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                        Page    1


                                  For Services Through July 31, 2011

  Our Matter #19804.017
              GENERAL LITIGATION


07/05/11   M. ROITMAN        Review pleadings filed in Neil          0.30 hrs.
                             adversary proceeding and update
                             summary (0.3)

07/07/11   D. E. DEUTSCH     Review weekly adversary proceeding      0.30 hrs.
                             report (.3).

07/18/11   M. ROITMAN        Review dockets in Neil and Beatty       0.20 hrs.
                             adversary proceedings (0.2)

07/25/11   D. E. DEUTSCH     Review and analysis of revised          1.80 hrs.
                             memorandum of understanding and
                             related side letter for
                             Neil/GreatBanc/DOL litigation
                             (1.1); related call with Bryan
                             Krakauer and Damian Schaible (.5);
                             review last two weekly adversary
                             pleading reports (.1); follow-up
                             on SLFC weekly report (.1).

07/26/11   J. MARRERO        Draft email to D.Deutsch re: Neil       0.10 hrs.
                             mediation and settlement

07/27/11   J. MARRERO        Draft email to D.Deutsch re:            0.30 hrs.
                             materials provided to Committee
                             re: Neil mediation/settlement

07/27/11   D. E. DEUTSCH     Call with Richard Leder re:             1.40 hrs.
                             possible parameters for Neil
                             litigation-related IRS settlement
                             (.3); t/c with Bryan Krakauer
                             regarding
                             Neil/DOL/GreatBanc/Debtor/insurer
                             settlement (.2) and IRS related
                             issues (.2); discuss research
                             issue on Neil litigation with
                             Jessica Marrero (.2); exchange
                             e-mails with counsel to Centerview
                             (Josh Mester) and counsel to
                             JPMorgan (Damian Schiable)
                             comments on proposed Neil
                             settlement issues (.5).

07/29/11   H. SEIFE          Review of report on potential          1.90 hrs.
                             Neil/IRS settlement (.9);
                             conference with Deutsch regarding
                             settlement (.4); revised memo to
                             Committee regarding settlement
                             (.6).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/29/11 | D. E. DEUTSCH | Review e-mail from McDermott Will (Andrea Whiteway) re: ERISA-related IRS settlement (.2); research issues related to same (.4); draft response to Andrea Whiteway (.2); review mark-up of Neil MOU document (.5); draft e-mail to James Sottile and Marc Ashley on same (.1); draft memorandum to Committee regarding Neil/IRS settlements (1.1); call with James Sottile re: Neil settlement issue (.4); review and respond to e-mail from Bryan Krakauer re: IRS settlement matter (.2); related call with Bryan Krakauer (.2). | 3.30 hrs. |
| 07/30/11 | M. ROITMAN | Review dockets in Neil and Beatty adversary proceedings (0.1) | 0.10 hrs. |

                 **Total Fees for Professional Services**.............  **$7,206.50**


                              TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | 1.90 | 1871.50 |
| D. E. DEUTSCH | 725.00 | 6.80 | 4930.00 |
| J. MARRERO | 375.00 | .40 | 150.00 |
| M. ROITMAN | 425.00 | .60 | 255.00 |
| TOTALS | | 9.70 | 7206.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

For Services Through July 31, 2011

Our Matter #19804.018
          TRAVEL


.07/26/11   M. ROITMAN         Non-working travel to Wilmington        3.40 hrs.
                               (2.3) and back to New York (1.1)
                               for attendance at hearing on use
                               of proposed findings and
                               conclusions .


          **Total Fees for Professional Services.............   $1,445.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. ROITMAN | 425.00 | 3.40 | 1445.00 |
| TOTALS | | 3.40 | 1445.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                For Services Through July 31, 2011

Our Matter #19804.020
          SHAREHOLDER CLAIMS


| | | | |
|---|---|---|---|
| 07/01/11 | D. BAVA | Review and analysis of docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 07/06/11 | H. SEIFE | Review draft motion to extend service deadline. | 0.30 hrs. |
| 07/06/11 | T. J. MCCORMACK | Review materials on motion to adjourn certain dates re: serving breach of fiduciary duty claims (0.7); review Zuckerman comments re: same (0.2). | 0.90 hrs. |
| 07/07/11 | D. BAVA | Review and analysis of docket sheets in state law fraudulent conveyance actions re: case activity (.80). | 0.80 hrs. |
| 07/07/11 | T. J. MCCORMACK | Review issues in state court arising from fraudulent conveyance actions and Delaware bankruptcy court order re:  same (0.7). | 0.70 hrs. |
| 07/07/11 | A. ROSENBLATT | Review update on state law fraudulent conveyance lawsuits brought by noteholders and J. Teitelbaum. | 0.40 hrs. |
| 07/08/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.30). | 0.30 hrs. |
| 07/13/11 | J. MARRERO | Review BOA letter to court requesting emergency hearing (0.6); review SLCFC report (0.2) | 0.80 hrs. |
| 07/13/11 | D. E. DEUTSCH | Review letter to Court from BOA re: state law action issue (.3); e-mail Marc Roitman re: required follow-up for Committee on same (.1). | 0.40 hrs. |
| 07/13/11 | A. ROSENBLATT | Review Bank of America letter (and attachments) to court re: request for hearing related to creditor state law fraud conveyance claims. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2011
Page    2

| 07/13/11 | H. SEIFE | Review of BofA letter to Court requesting conference (.4); review of memo regarding litigation against current officers and directors (.5). | 0.90 hrs. |
|---|---|---|---|
| 07/13/11 | T. J. MCCORMACK | Review correspondence from B of A on state fraudulent conveyance issues (0.2) and respond to inquiries from team re: same (0.2). | 0.40 hrs. |
| 07/13/11 | M. ROITMAN | Review Bank of America letter to Judge Carey (0.3); Correspond with D. Deutsch re: same (0.1) | 0.40 hrs. |
| 07/13/11 | D. BAVA | Review and analysis of docket sheets in state law fraudulent conveyance actions re: case activity (4.30). | 4.30 hrs. |
| 07/14/11 | M. ROITMAN | Draft email to Committee re: stay of avoidance actions (0.6); Confer with D. LeMay re: same (0.1); call with J. Teitelbaum re: same (0.1); Review Aurelius's letter in response to Bank of America's letter re: stay of avoidance actions (0.2) | 1.00 hrs. |
| 07/14/11 | H. SEIFE | Emails with Committee members regarding D&O litigation thresholds (.7); review of Aurelius response to BofA letter (.4). | 1.10 hrs. |
| 07/14/11 | J. MARRERO | Conference with M.Roitman re: BOA letter to Court (0.2); draft email to Committee re: same (0.8) | 1.00 hrs. |
| 07/14/11 | D. E. DEUTSCH | Review BOA letter to Bankruptcy Court for presentation to Committee professionals on next steps with same (.3). | 0.30 hrs. |
| 07/15/11 | C. L. RIVERA | Review dockets, recent motions to dismiss, filed in similar LBO lawsuit. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 23, 2011
435 N. MICHIGAN AVENUE                        Page   3
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 07/15/11 | M. ROITMAN | Telephonic appearance at bankrupcy court hearing re: state law avoidance actions (0.5); confer with C&P team following hearing (0.2); Draft email to Committee reporting on hearing (0.5); Confer with D. LeMay re: same (0.2). | 1.40 hrs. |
| 07/15/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
| 07/15/11 | H. SEIFE | Preparation for court hearing (.5); hearing before Judge Carey on BofA motion (.6). | 1.10 hrs. |
| 07/15/11 | T. J. MCCORMACK | Appear on telephonic hearing re: state fraudulent conveyance claims and related topics (0.6). | 0.60 hrs. |
| 07/15/11 | A. ROSENBLATT | Review Plaintiffs' reply letter to court in opposition to Bank of America letter (.4); attend telephonic hearing in Tribune re: same (.6); post-call discussion with Seife and LeMay and Roitman (.4); review transcript issue (.2) and call with McCormack re: same (.2);  review Roitman summary of telephonic hearing to be sent to Committee members (.3). | 2.10 hrs. |
| 07/17/11 | M. D. ASHLEY | Reviewed parties' correspondence regarding state fraudulent conveyance actions (.5). | 0.50 hrs. |
| 07/22/11 | C. L. RIVERA | Review papers filed in related LBO/shareholder lawsuit. | 0.20 hrs. |
| 07/28/11 | T. J. MCCORMACK | Confer D. LeMay and M. Ashley re: discovery issues on identity of equity distributees (0.7). | 0.70 hrs. |
| 07/28/11 | D. BAVA | Review and analysis of docket sheets in state law fraudulent conveyance actions re: case activity (2.60). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 07/28/11 | A. GALE | Call with T. McCormack re shareholder discovery issues (.3); research and analysis re same (.9) | 1.20 hrs. |
| 07/28/11 | D. M. LeMAY | Telephone conference w/Landis (.2) and McCormack (.7) regarding Schultze Asset Management litigation. | 0.90 hrs. |
| 07/28/11 | H. SEIFE | Conference with D.LeMay regarding discovery issue. | 0.40 hrs. |
| 07/28/11 | M. D. ASHLEY | Meeting with D. LeMay, T. McCormack regarding adversary proceeding shareholder discovery issues (.6); meeting with R. Kirby regarding same (.2); reviewed materials relating to shareholder discovery issues (.7); emails with A. Gale, R. Kirby regarding same (.2). | 1.70 hrs. |
| 07/29/11 | M. D. ASHLEY | Conference call with D. LeMay, Landis Rath regarding adversary proceeding shareholder discovery issues (.7); reviewed pleadings and correspondence relating to same (.5); meeting with D. LeMay regarding shareholder discovery issues (.2); meeting with A. Gale, R. Kirby regarding shareholder discovery (.6); emails with team regarding same (.2). | 2.20 hrs. |
| 07/29/11 | H. SEIFE | Conference with D.LeMay regarding SDNY discovery issue. | 0.40 hrs. |
| 07/29/11 | D. M. LeMAY | Review documents and memo from LRC re: Schultze Asset Management Litigation issues (2.5). Conference w/M. Ashley and LRC re: same (.6); conference w/H. Seife regarding same (.4). | 3.50 hrs. |
| 07/29/11 | A. GALE | Meeting with M. Ashley and R. Kirby re shareholder discovery issues (.6); analysis of same (.8); draft of email to M. Ashley re same (.8) | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 07/29/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.60); continued review and analysis of docket sheets in state law fraudulent conveyance actions re: case activity (1.80). | 2.40 hrs. |
| 07/29/11 | R. M. KIRBY | Meeting w/M. Ashley and A. Gale concerning discovery under FRCP 34 in pending shareholder adversary proceeding. | 0.60 hrs. |
| 07/29/11 | C. L. RIVERA | Review dockets for related LBO/shareholder lawsuits. | 0.10 hrs. |
| 07/30/11 | M. ROITMAN | Review dockets in state law fraudulent conveyance actions and draft summary of pleadings (5.3) | 5.30 hrs. |
| 07/30/11 | D. E. DEUTSCH | Review part of weekly state law constructive trust update report (.5); e-mail Marc Roitman on same (.1). | 0.60 hrs. |

        **Total Fees for Professional Services..............  $27,381.00**


                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 4.40 | 3938.00 |
| H. SEIFE | 985.00 | 4.20 | 4137.00 |
| T. J. MCCORMACK | 855.00 | 3.30 | 2821.50 |
| A. GALE | 695.00 | 3.40 | 2363.00 |
| M. D. ASHLEY | 675.00 | 4.40 | 2970.00 |
| A. ROSENBLATT | 725.00 | 3.10 | 2247.50 |
| D. E. DEUTSCH | 725.00 | 1.30 | 942.50 |
| D. BAVA | 280.00 | 11.20 | 3136.00 |
| C. L. RIVERA | 645.00 | .60 | 387.00 |
| R. M. KIRBY | 535.00 | .60 | 321.00 |
| J. MARRERO | 375.00 | 1.80 | 675.00 |
| M. ROITMAN | 425.00 | 8.10 | 3442.50 |
| TOTALS | | 46.40 | 27381.00 |