TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     August 23, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611     Page   1

For Services Through July 31, 2011

Our Matter #19804.021
     PLAN LITIGATION

| | | | |
|---|---|---|---|
| 07/01/11 | A. K. NELLOS | Review final DCL response to errata sheet to ensure all Committtee changes are incorporated. | 1.40 hrs. |
| 07/01/11 | M. D. ASHLEY | Reviewed proposed confirmation hearing transcript errata and related factual materials (2.2); reviewed correspondence and pleadings relating to confirmation hearing evidentiary issues (.7). | 2.90 hrs. |
| 07/01/11 | H. SEIFE | Review of issues regarding appeal of confirmation order/stays. | 2.10 hrs. |
| 07/01/11 | T. J. MCCORMACK | E-mails with DCL group re: hearing transcript review/corrections (0.2); review current stipulation on post-trial evidentiary admissions (0.2); comment re: same (0.2). | 0.60 hrs. |
| 07/05/11 | T. J. MCCORMACK | Confer M. Ashley re: stipulation on evidentiary issues (0.2); review current draft of stipulation re: same (0.2); review e-mails on stipulation from DCL (0.2); review status of trial transcript corrections (0.4). | 1.00 hrs. |
| 07/05/11 | R. A. SCHWINGER | Various e-mails w/DCL counsel re Noteholder plan proponents' latest proposed revisions to stipulated order re trial exhibits (1.3) including brief research re legal issues raised by same (1.1); e-mails with Tom Ross re trial transcript errata (0.4). | 2.80 hrs. |
| 07/05/11 | M. D. ASHLEY | Meeting with R. Schwinger regarding confirmation hearing evidentiary issues (.2); reviewed draft order and other materials relating to disputed evidentiary issues (1.5); emails with DCL counsel regarding same (.3); reviewed transcript errata and related factual materials (1.1); emails with DCL counsel regarding | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                      |            |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | proposed errata (.2).                                                                                                                                                                                                                 |            |
| 07/06/11   | M. D. ASHLEY   | Reviewed materials relating to proposed confirmation hearing transcript errata (.7).                                                                                                                                                 | 0.70 hrs.  |
| 07/07/11   | M. ROITMAN     | Research re: bankruptcy appeals process (2.2); Meet with D. Deutsch re: same (0.2)                                                                                                                                                   | 2.40 hrs.  |
| 07/07/11   | H. SEIFE       | Review of issues on plan confirmation appeal (.9).                                                                                                                                                                                   | 0.90 hrs.  |
| 07/07/11   | M. D. ASHLEY   | Reviewed correspondence regarding disputed evidentiary issues (.4); reviewed hearing transcript errata (.6); emails with DCL counsel regarding post-hearing issues (.3).                                                             | 1.30 hrs.  |
| 07/07/11   | D. E. DEUTSCH  | Preliminary research on appeal process/issues (.6); meeting with Marc Roitman to discuss research and analysis for Committee on same (.3).                                                                                            | 0.90 hrs.  |
| 07/07/11   | T. J. MCCORMACK| Review e-mails from defense team on evidentiary stipulation and trial transcript issues (0.4); confer team re: same (0.2).                                                                                                           | 0.60 hrs.  |
| 07/08/11   | T. J. MCCORMACK| Review e-mail from J. Sottile on Akin evidentiary stipulation issues (0.2); t/c J. Sottile re: same and related procedural questions (0.2); review transcript correction chart (0.4) and confer A. Nellos re: same (0.2); t/c M. Russario re: procedural issues on Chase documents (0.3). | 1.30 hrs.  |
| 07/11/11   | T. J. MCCORMACK| Review status of trial/deposition transcript corrections (0.2); review current draft of evidentiary order (0.1).                                                                                                                    | 0.30 hrs.  |
| 07/11/11   | A. ROSENBLATT  | Review review objection in similar large case and Stern case re: standing of court to approve settlement.                                                                                                                           | 1.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/11/11 | H. SEIFE | Review of objection in similar large case re Stern decision. | 0.80 hrs. |
| 07/11/11 | A. K. NELLOS | Review/comment on changes to DCL changes to trial transcript (5.7); review email correspondence from DCL parties regarding transcript and other issues from past week (.6). | 6.30 hrs. |
| 07/12/11 | H. SEIFE | Review of issues to be researched regarding appeal process (.8); review of issues raised by Sup. Ct. in Stern regarding settlement (1.2). | 2.00 hrs. |
| 07/12/11 | T. J. MCCORMACK | Review Akin e-mail and revisions on evidentiary stipulation (0.2); confer R. Schwinger re: same (0.1). | 0.30 hrs. |
| 07/12/11 | R. J. GAYDA | Meeting with D. Deutsch re Stern case (.4); begin detailed review of case law (1.1). | 1.50 hrs. |
| 07/12/11 | D. E. DEUTSCH | Review materials on confirmation appeals (.5); meeting with Marc Roitman to discuss related additional research issues (.4); preliminary review of related case plan objection based on recent higher court rulings (1.1); discuss research and analysis on same with Robert Gayda (.3). | 2.30 hrs. |
| 07/12/11 | D. M. LeMAY | Work on memo regarding appellate issues. | 2.90 hrs. |
| 07/12/11 | M. ROITMAN | Research re: appeals of confirmation orders and equitable mootness (0.6); Meet with D. Deutsch re: same (0.3) | 0.90 hrs. |
| 07/12/11 | R. A. SCHWINGER | Review latest drafts of order re trial exhibits (0.6); e-mails to DCL counsel re same (0.4); conference with T.McCormack re draft order (0.1). | 1.10 hrs. |
| 07/13/11 | R. A. SCHWINGER | Further e-mails w/DCL counsel re latest drafts of order re trial exhibits. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611


07/13/11    Y. YOO              Attended meeting with Robert Gayda        9.20 hrs.
                                re: analysis of Stern v. Marshall
                                decision (.2); corresponded by
                                email with Robert Gayda re: same
                                (.3); reviewed new objections in
                                recent large based on same (2.1);
                                reviewed Debtors' Response to same
                                (1.3); corresponded by email with
                                Robert Gayda re: same (.3);
                                drafted and revised summary brief
                                of Stern v. Marshall decision
                                (4.8); discussed same with Robert
                                Gayda (.2).

07/13/11    M. DISTEFANO        Researched equitable mootness in          5.40 hrs.
                                appeals context (4.7); researched
                                effect of Stern v. Marshall on
                                plan confirmation (.7).

07/13/11    M. ROITMAN          Research re: appeals of                   1.40 hrs.
                                confirmation orders and equitable
                                mootness (1.1); confer with M.
                                Distefano re: same (0.3)

07/13/11    D. BAVA             Review and analysis of similar            0.40 hrs.
                                large chapter 11 case re:
                                materials related to appeal of
                                confirmation order and direct
                                appeal to circuit court of appeals
                                (.40).

07/13/11    R. J. GAYDA         Detailed review of jurisdictional         9.50 hrs.
                                issues in similar large case
                                raised by Stern decision (1.6);
                                detailed review of case law
                                associated with decision (3.7);
                                discuss case with Y. Yoo (.3) and
                                email correspondence with Y.Yoo re
                                same (.8); review Debtors'
                                response to objection in similar
                                large case (1.1); email
                                correspondence with team re
                                confirmation hearing in similar
                                large case (.7); review Gerber
                                decision re Stern (1.3).

07/13/11    T. J. MCCORMACK     Review Zell request for schedule          0.50 hrs.
                                on objections as to consequence of
                                findings of fact/conclusions of
                                law (0.2); review/analyze issues
                                concerning Akin objections to
                                evidentiary use of exhibits and

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | potential hearing re: same (0.3). |  |
| 07/13/11 | A. K. NELLOS | Review emails relating to errata sheets for trial transcripts. | 0.20 hrs. |
| 07/13/11 | D. E. DEUTSCH | Discuss pending project on standing issue with Robert Gayda (.2). | 0.20 hrs. |
| 07/14/11 | E. DAUCHER | Meeting with R. Gayda and Y. Yoo re: analysis of potential impact of Stern decision on plan confirmation (.2); initial research re: same (2.7) | 2.90 hrs. |
| 07/14/11 | R. J. GAYDA | Further review of Stern case, associated case law and pleadings (3.6); meeting with D. Deutsch and Y. Yoo re Stern issues (1.0); meeting with E. Daucher re Stern issues (.6). | 5.20 hrs. |
| 07/14/11 | A. ROSENBLATT | Meet with Roitman and discuss memorandum on appeals process (.4); review email to Committee re staffing changes at Tribune and related issues (.4); discussion with B. Gayda re: analysis of Stern case and WaMu objection as it relates to facts of Tribune settlement and Tribune claims (.3). | 1.10 hrs. |
| 07/14/11 | M. ROITMAN | Review order granting Committee standing (0.2); Confer with H. Seife re: same (0.1); Research re: appeals of confirmation orders (0.9); meet with A.Rosenblatt re: same (0.4); Draft outline of memorandum re: confirmation appeals (0.8). | 2.40 hrs. |
| 07/14/11 | M. DISTEFANO | Researched certain appeal issues (1.8). | 1.80 hrs. |
| 07/14/11 | D. E. DEUTSCH | Conference with Robert Gayda and Young Yoo re: research and analysis on Supreme Court case and plan issue in similar large case (.9); review part of related case filing (.6). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 23, 2011
435 N. MICHIGAN AVENUE                                        Page   6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/14/11 | Y. YOO | Continued drafting and revising summary brief of Stern v. Marshall decision (.8); corresponded by email with Robert Gayda re: same (.2); discussed same with Robert Gayda (.1); attended meeting with Douglas Deutsch and Robert Gayda re: Stern v. Marshall, application to WaMu and implications in Tribune (1.0); discussed drafting Committee memorandum re: same with Robert Gayda (.3); drafted and revised Committee memorandum re: Stern v. Marshall and WaMu objection (7.1); corresponded by email with Robert Gayda re: same (.4). | 9.90 hrs. |
| 07/15/11 | Y. YOO | Continued drafting and revised Committee memorandum re: Stern v. Marshall and related cases (4.2); corresponded by email with Robert Gayda re: same (.4); discussed same with Douglas Deutsch (.2); attended meeting with Robert Gayda and Eric Daucher re: Stern v. Marshall, application to similar large case and implications in Tribune (.3); attended meeting with Douglas Deutsch and Robert Gayda re: comments to Committee memorandum (.4); followup discussion with Robert Gayda re: same (.2); corresponded by email with Howard Seife and David LeMay re: comments to same (.2). | 5.90 hrs. |
| 07/15/11 | R. A. SCHWINGER | Further e-mails w/DCL counsel, litigation team re latest Noteholder proposal regarding order re trial exhibits. | 0.60 hrs. |
| 07/15/11 | D. E. DEUTSCH | Review and provide some edits to draft memorandum to Committee re: Stern opinion (.9); research and draft insert on Title III court issues (1.6); meeting with Young Yoo and Robert Gayda to discuss related required follow-up analysis (.5). | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2011
Page    7

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/15/11 | M. ROITMAN | Draft outline of memorandum re: bankruptcy appeals (1.4). | 1.40 hrs. |
| 07/15/11 | A. ROSENBLATT | Review transcript issue (.2) and call with McCormack re: same (.2); further review of Supreme Court Stern decision and WaMu papers re: lack of jurisdiction of court to approve settlement (.8); review outline of memorandum re: appeals process and provide comments to M. Roitman (.5). | 1.70 hrs. |
| 07/15/11 | R. J. GAYDA | Review WaMu transcript (.7) and discuss same with Y. Yoo (.2); draft, review and revise memorandum to committee re Stern case (3.8); discussion with D. Deutsch and Y. Yoo re analysis of decision (.5); discussion with E.Daucher re related research (.3). | 5.50 hrs. |
| 07/15/11 | E. DAUCHER | Research re: potential impact of Stern decision on plan confirmation (5.1); conference with R.Gayda and Y.Yoo re same (.3). | 5.40 hrs. |
| 07/15/11 | A. K. NELLOS | Review additional exhibits proposed for different treatment by Noteholders to ensure no Committee concerns (.9); email exchange with DCL group regarding same (.3). | 1.20 hrs. |
| 07/15/11 | H. SEIFE | Review and revise draft outline for memo regarding appeal process (1.3). | 1.30 hrs. |
| 07/15/11 | T. J. MCCORMACK | Review correspondence on transcript designations (0.1); review Akin's current proposal on exhibits (0.2). | 0.30 hrs. |
| 07/16/11 | H. SEIFE | Review and revise preliminary memo on Stern decision to Committee. | 0.50 hrs. |
| 07/17/11 | M. D. ASHLEY | Reviewed communications with DCL counsel and related materials regarding open evidentiary issues (1.7); reviewed draft motion for protective order and related | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                          |           |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | communications (.7).                                                                                                                                                                                                                                                                                                                                                                                     |           |
| 07/18/11   | M. D. ASHLEY   | Reviewed transcripts of recent discovery-related court hearings (.5); emails with A.Nellos regarding confirmation hearing transcript errata (.1); reviewed issues relating to transcript errata (.2); reviewed Committee memorandum regarding recent related Supreme Court decision and related pleadings and decision (1.2); emails with R. Gayda regarding analysis of Supreme Court decision (.2); reviewed Committee memorandum regarding FCC issues (.3). | 2.50 hrs. |
| 07/18/11   | R. J. GAYDA    | Review and revise memorandum regarding Stern case (1.1); discuss same with Y. Yoo (.2); review WaMu transcript (.7); email correspondence with M. Ashley and R. Kirby re Stern issues (.6).                                                                                                                                                                                                               | 2.60 hrs. |
| 07/18/11   | Y. YOO         | Corresponded by email with Howard Seife re: Committee memorandum re: Stern v. Marshall and WaMu objection (.2); continued drafting and revising same (.9); discussed same with Robert Gayda (.2); drafted and revised Intralinks posting re: same (.5); corresponded by email with Robert Gayda re: same (.2); discussed memorandum comments with Howard Seife (.1); researched issue re: timeliness of jurisdictional challenges (2.9). | 5.00 hrs. |
| 07/18/11   | A. ROSENBLATT  | Review memorandum to Committee on Stern case and WaMu objection.                                                                                                                                                                                                                                                                                                                                         | 0.80 hrs. |
| 07/18/11   | R. M. KIRBY    | E-mails to R. Gayda and M. Ashley concerning Committee derivative complaints.                                                                                                                                                                                                                                                                                                                            | 0.20 hrs. |
| 07/18/11   | M. ROITMAN     | Revise outline of memorandum re: bankruptcy appeals (0.5)                                                                                                                                                                                                                                                                                                                                                | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         August 23, 2011
435 N. MICHIGAN AVENUE                                Page    9
CHICAGO, IL 60611


| 07/18/11 | E. DAUCHER | Research re: impact of Stern decision on feasibility of DCL plan. | 2.70 hrs. |

| 07/18/11 | H. SEIFE | Review and revised outline regarding appeal process (1.3); review and revise memo to Committee on FCC developments (1.5); review and revised memo to Committee on Stern v. Marshall Sup. Ct. decision (.9). | 3.70 hrs. |

| 07/19/11 | H. SEIFE | Review and revise outline on appeal issues (1.1); conference with R.Gayda on research memo on Stern (.5); conference with R.Schwinger on evidentiary issues regarding plan (.3); review and comment on revised FCC memo (.8). | 2.70 hrs. |

| 07/19/11 | M. ROITMAN | Work on draft memo re: bankruptcy appeals process and legal issues (1.3) | 1.30 hrs. |

| 07/19/11 | M. DISTEFANO | Research for appeals memo (3.8); | 3.80 hrs. |

| 07/19/11 | Y. YOO | Continued researching issue re: jurisdictional challenges (3.3); corresponded by email with Robert Gayda re: same (.4); discussed followup Committee memorandum re: Stern v. Marshall and Objection in similar large case with Robert Gayda (.2); drafted outline of same (2.0); corresponded by email with Robert Gayda re: same (.3). | 6.20 hrs. |

| 07/19/11 | R. A. SCHWINGER | Emails with Chadbourne litigation team to address status of evidentiary issues from plan confirmation hearing (0.4); conference with H.Seife re: same (0.2). | 0.60 hrs. |

| 07/19/11 | M. D. ASHLEY | Reviewed correspondence and pleadings regarding open confirmation hearing evidentiary issues (.5); emails with DCL counsel regarding same (.2). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2011
Page   10

| | | | |
|---|---|---|---|
| 07/19/11 | R. J. GAYDA | Review Lender complaint and counts included therein (3.3); email correspondence and meeting with Y. Yoo re open issues (.4); review and revise outline prepared by Y. Yoo (1.1); email correspondence with Y. Yoo re subject matter and personal jurisdiction (.3); research re same (.8). | 5.90 hrs. |
| 07/19/11 | E. DAUCHER | Research and drafting memorandum insert re: impact of Stern decision on confirmation (7.1); meeting with R. Gayda re: same (.2). | 7.30 hrs. |
| 07/20/11 | R. J. GAYDA | Review and revise Stern memorandum outline (1.3); discuss same with Y. Yoo (.3); review case law and research related to same (2.1); detailed review of D&O Complaint and causes of action (2.6); review skeleton draft of memorandum prepared by Y. Yoo (.6). | 6.90 hrs. |
| 07/20/11 | Y. YOO | Continued researching issue re: timeliness of jurisdictional challenges (.7); corresponded by email with Robert Gayda re: same (.3); reviewed July 18 WaMu hearing transcript for developments in jurisdictional challenge (.5); drafted and revised followup Committee memorandum re: Stern v. Marshall (4.2); corresponded by email with Robert Gayda re: same (.3).- | 6.00 hrs. |
| 07/20/11 | A. ROSENBLATT | Review limited objection filed by Zell/EGI to proposed order re: use of findings of fact/conclusions of law (.3); review draft outline re: Stern issue (.4). | 0.70 hrs. |
| 07/20/11 | R. A. SCHWINGER | E-mails w/DCL counsel re Akin's latest proposed revisions/addendum to order on trial exhibits (0.6); review Zell objection to trial exhibit order (0.4). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           August 23, 2011
435 N. MICHIGAN AVENUE                                  Page   11
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/20/11 | M. ROITMAN | Review Zell's limited objection to the Committee's proposed order precluding the use of findings of fact and conclusions of law in other matters (0.2); Correspond with C&P team re: same (0.1); Review research re: stay pending appeal and supersedeas bonds (0.2); Confer with M. Distefano re: same (0.2); | 0.70 hrs. |
| 07/20/11 | M. DISTEFANO | Research for appeals memo (2.2); | 2.20 hrs. |
| 07/20/11 | E. DAUCHER | Research and finalize chart re: potential impact of Stern on plan confirmation (1.4); discuss same with R. Gayda (.3); begin drafting memo insert re: same (1.0). | 2.70 hrs. |
| 07/20/11 | T. J. MCCORMACK | Review emails with DCL group on use of evidentiary discovery (0.2). | 0.20 hrs. |
| 07/20/11 | H. SEIFE | Review of Zell objection to proposed order (.4); review and revise memo outline regarding issues on appeal (.9); review of revised Stern outline (.7). | 2.00 hrs. |
| 07/20/11 | M. D. ASHLEY | Reviewed draft proposed order regarding findings of fact and conclusions of law (.3); emails with DCL counsel regarding same (.2); reviewed Zell's objection to proposed order regarding findings of facts and related pleadings (.8). | 1.30 hrs. |
| 07/20/11 | A. K. NELLOS | Review recent pleadings relating to exhibits. | 0.40 hrs. |
| 07/21/11 | A. K. NELLOS | Review confidential exhibit lists (and corresponding exhibits) particularly with regard to Committee documents cited therein (5.5); Confer with T. Ross regarding exhibit questions (.2); confer with R.Schwinger regarding exhibit issues (.3); review Zell brief re: effect of decisions by Judge Carey (.7). | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 23, 2011
435 N. MICHIGAN AVENUE                             Page   12
CHICAGO, IL 60611

| 07/21/11 | R. J. GAYDA | Review insert prepared by E. Daucher and cases related to same (2.2); review transcripts in similar case for Stern issues (.5); finalize and circulate outline to H. Seife (.7). | 3.40 hrs. |
|---|---|---|---|
| 07/21/11 | D. M. LeMAY | Review research regarding possible bankruptcy jurisdiction challenge. | 2.20 hrs. |
| 07/21/11 | H. SEIFE | Review of issues raised by Stern decision. | 0.80 hrs. |
| 07/21/11 | M. D. ASHLEY | Reviewed lists of potential confidential confirmation hearing exhibits (.8); emails with R. Schwinger and A. Nellos regarding same (.3); emails with DCL counsel relating to Zell's objection to proposed order regarding findings of fact and conclusions of law (.2). | 1.30 hrs. |
| 07/21/11 | T. J. MCCORMACK | Review Debtor listings of confidential documents from admitted exhibits and analysis of issues relating to Committee documents (0.5); review Zell submission on use of evidence (0.1); review transcript designation issues (0.3). | 0.90 hrs. |
| 07/21/11 | E. DAUCHER | Draft memorandum insert on settlements as final adjudication under Stern (3.6); further research re: same (.4); further revisons to memo (.6); discussion with R. Gayda re: same (.1). | 4.70 hrs. |
| 07/21/11 | R. A. SCHWINGER | E-mails w/DCL counsel and Chadbourne litigation team re Debtors' proposal to seek confidential treatment for certain trial exhibits (0.6); conference call w/ DCL counsel re proposed response to Zell objection re trial exhibits order (0.5); meeting w/A. Nellos re Debtors' proposal to seek confidential treatment for certain trial exhibits (0.3). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page   13
CHICAGO, IL 60611


| 07/22/11 | D. M. LeMAY | Review and comment on proposed reply memo to Zell Objection concerning use of findings and conclusions. | 1.20 hrs. |
| 07/22/11 | E. DAUCHER | Review and revise part of analysis on impact of Stern decision. | 1.80 hrs. |
| 07/22/11 | T. J. MCCORMACK | E-mails with team re: confidentiality designations of Committee exhibits, Tribune position re: same and issues for resolution (0.4); e-mails with Debtors' counsel re: same (0.1); review Zell objections on stipulation for evidentiary use (0.2); review issues on opposition/transcript designations (0.2). | 0.90 hrs. |
| 07/22/11 | M. D. ASHLEY | Emails with A. Nellos regarding proposed list of confidential confirmation hearing exhibits (.2); reviewed related correspondence regarding confirmation hearing exhibits (.4); reviewed draft DCL response to Zell objection to proposed order regarding findings and conclusions (.3); emails with J. Sottile and DCL counsel regarding draft response (.4); reviewed materials relating to confidential deposition designations (.3). | 1.60 hrs. |
| 07/22/11 | R. A. SCHWINGER | Review revised draft of response to Zell objection to order re trial exhibits (0.5); e-mail to Michael Hynes re confidentiality issues as to Thane Carlston deposition transcript (0.2); meeting w/A. Nellos re confidentiality issues (0.4); various e-mails w/DCL counsel and w/A. Nellos, M. Ashley re resolution of confidentiality and other remaining issues on exhibits (0.7). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page    14
CHICAGO, IL 60611

| 07/22/11 | A. K. NELLOS | Discuss exhibit issue with T. Ross (.2); Discuss same with R. Schwinger (.3); Exchange various emails with DCL group regarding exhibit issue (.4); Begin to review transcript excerpts regarding confidentiality issues (4.3). | 5.20 hrs. |
|---|---|---|---|
| 07/22/11 | R. J. GAYDA | Detailed review of Granfinanciera and Northern Pipeline cases (2.4); review and revise memorandum re Stern case (1.1). | 3.50 hrs. |
| 07/22/11 | P. DEZIL | Prepare relevant deposition designations for A.Nellos review. | 1.80 hrs. |
| 07/23/11 | T. J. MCCORMACK | Review final version of the response to Zell's objection to the proposed order on use of evidentiary evidence (0.3). | 0.30 hrs. |
| 07/23/11 | M. ROITMAN | Draft email to Committee re: Draft Response to Zell Objection to Use of Findings and Conclusions (0.6) | 0.60 hrs. |
| 07/24/11 | T. J. MCCORMACK | Review revised order on use of evidence (0.1). | 0.10 hrs. |
| 07/24/11 | M. D. ASHLEY | Reviewed draft proposed order regarding findings of fact (.2); emails with DCL counsel regarding same (.2). | 0.40 hrs. |
| 07/25/11 | M. D. ASHLEY | Meeting with A. Nellos regarding confirmation hearing deposition designations (.2); reviewed materials regarding confirmation hearing confidentiality issues (.6); emails with A. Nellos regarding same (.2). | 1.00 hrs. |
| 07/25/11 | R. J. GAYDA | Draft, review and revise memorandum re Stern v. Marshall decision and application to Tribune case (7.5); review transcript from recent case where issues were raised (.6). | 8.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page   15
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/25/11 | Y. YOO | Continued drafting and revising followup Committee memorandum re: Stern v. Marshall (2.6); corresponded by email with Robert Gayda re: same (.3); reviewed recent case where Stern issue raised developments in jurisdictional challenge (.6); corresponded by email with Robert Gayda re: same (.4); discussed followup Committee memorandum with Robert Gayda (.3); discussed same with Jessica Marrero and Eric Daucher (.2); drafted and revised outline chart of litigation claims in context of Stern v. Marshall decision (1.0). | 5.40 hrs. |
| 07/25/11 | R. A. SCHWINGER | E-mails with DCL team re confidential documents and deposition designations (0.7); meeting with A. Nellos re deposition designations (0.3). | 1.00 hrs. |
| 07/25/11 | H. SEIFE | Review of Noteholder response to Zell objection (.4); review of DCL proponents response to Zell (.4). | 0.80 hrs. |
| 07/25/11 | J. MARRERO | Review agenda for July 26 hearing (0.3); Draft email to local counsel re: July 26, 2011 hearing (0.2); follow up call with D.LeMay re: same (0.1) | 0.60 hrs. |
| 07/25/11 | J. MARRERO | Review certain testimony in recent similar case re: Stern related issue. | 3.70 hrs. |
| 07/25/11 | P. DEZIL | Prepare summary index of designations and counter-designations, as per A. Nellos | 5.60 hrs. |
| 07/25/11 | A. K. NELLOS | Continue review/analysis of transcripts (7.1); Confer with R. Schwinger (.4) and M. Ashley (.3) regarding transcripts; exchange emails with Sidley regarding confidentiality of exhibits and of transcripts (.3). | 8.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 23, 2011
435 N. MICHIGAN AVENUE                               Page   16
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/25/11 | T. J. MCCORMACK | Review Noteholder's response to Zell filing on use of evidence (0.1). | 0.10 hrs. |
| 07/25/11 | M. ROITMAN | Research re: appeal process issues (2.6) | 2.60 hrs. |
| 07/25/11 | E. DAUCHER | Review and update analysis re: impact of Stern decision (1.9); discussions with Y. Yoo re: same (.2). | 2.10 hrs. |
| 07/26/11 | A. K. NELLOS | Continue to review/analyze issues with proposed public transcript and related materials (6.1); conference with R.Schwinger re same (.4). | 6.50 hrs. |
| 07/26/11 | M. ROITMAN | Attendance at hearing in Bankruptcy Court on use of proposed findings and conclusions (0.7); preparation for same (1.3); Draft memorandum to Committee Reporting on hearing (1.1); Review and comment on Draft Confirmation Order (1.9). | 5.00 hrs. |
| 07/26/11 | M. DISTEFANO | Work on draft appeals memo (2.7) | 2.70 hrs. |
| 07/26/11 | E. DAUCHER | In-depth review of causes of action outstanding and application of Stern analysis. | 4.30 hrs. |
| 07/26/11 | J. MARRERO | Conference with Y.Yoo re: Stern decision memo (0.4); research and review related news articles and commentator analyses (1.0); review testimony re: same (4.6). | 6.00 hrs. |
| 07/26/11 | A. ROSENBLATT | Review draft confirmation order from Sidley (.8); review hearing summary analysis provided by M. Roitman (.2). | 1.00 hrs. |
| 07/26/11 | H. SEIFE | Preparation for hearing on motion regarding plan (.8); hearing before Judge Carey (.9); review of draft confirmation order (1.6); email D.LeMay regarding proposed order (.3); review and revised draft report to Committee on hearing (.4). | 4.00 hrs. |

| 07/26/11 | R. A. SCHWINGER | Meeting with A. Nellos re deposition designation issues. | 0.60 hrs. |
|---|---|---|---|
| 07/26/11 | Y. YOO | Continued drafting and revising outline chart of litigation claims to analyze in context of Stern decision (5.3); discussed same with Jessica Marrero (.3); corresponded by phone with Eric Daucher re: same (.1); corresponded by email with Robert Kirby and special counsel, Andrew Goldfarb, re: final filed Committee complaints (.2); discussed same with Eric Daucher (.2); researched issue re: applicability of waiver/implied consent to bankruptcy court's jurisdiction (2.2). | 8.30 hrs. |
| 07/26/11 | R. J. GAYDA | Review similar case docket where Stern issues were raised (.3) and related transcripts (.9); review and revise memorandum re Stern v. Marshall case (2.3). | 3.50 hrs. |
| 07/26/11 | M. D. ASHLEY | Reviewed pleadings and correspondence relating to confirmation hearing evidentiary issues (.6); telephonically attended court hearing regarding evidentiary issues (.7); reviewed materials regarding confirmation hearing confidentiality issues (.4); emails with DCL counsel regarding proposed findings order (.2). | 1.90 hrs. |
| 07/27/11 | M. D. ASHLEY | Reviewed draft proposed findings order and related correspondence (.6); emails with DCL counsel regarding same (.3); emails with A. Nellos regarding confirmation hearing confidentiality issues (.2). | 1.10 hrs. |
| 07/27/11 | R. J. GAYDA | Review and revise memorandum re Stern v. Marshall case (1.6). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page   18
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/27/11 | Y. YOO | Continued drafting and revising outline chart of litigation claims (3.3); discussed same with Robert Gayda (.2); corresponded by phone with Eric Daucher re: same (.1); corresponded by email with Eric Daucher re: same (.3); continued researching issue re: applicability of waiver/implied consent to bankruptcy court's jurisdiction (2.8). | 6.70 hrs. |
| 07/27/11 | J. MARRERO | Review certain testimony in similar large case where Stern issues were raised. | 3.00 hrs. |
| 07/27/11 | J. MARRERO | Conference with M.Roitman re: proposed confirmation order (0.4); review proposed confirmation order (1.7) | 2.10 hrs. |
| 07/27/11 | E. DAUCHER | Analysis of insider claims vis-a-vis Stern decision. | 1.70 hrs. |
| 07/27/11 | M. DISTEFANO | Drafted appeals memo (.8); | 0.80 hrs. |
| 07/27/11 | M. ROITMAN | Revise memorandum to Committee re: Report on 7/26 Hearing (0.2); confer/correspond with D. Deutsch and J. Sottile re: same (0.2); work on draft memorandum re: Bankruptcy Appeals (3.1). | 3.50 hrs. |
| 07/27/11 | A. K. NELLOS | Exchange emails with M. Ashley regarding confidentiality designation issues (.3); Confer with Sidley regarding questions about deposition transcript excerpts (.3); Review/analyze deposition transcripts (3.4); Confer with M. Roitman regarding issues relating to Third-Party Complaint and parties sued therein (.4). | 4.40 hrs. |
| 07/27/11 | D. E. DEUTSCH | Review draft memorandum to Committee regarding yesterday's hearing (.2); provide Marc Roitman comments/questions on same (.1); Exchange e-mails (.1) and hold call with Robert Gayda re: research/legal analysis on related | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page   19
CHICAGO, IL 60611

|            |                 | case (.1).                                                                                                                                                                                                                    |            |
|------------|-----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 07/27/11   | T. J. MCCORMACK | Review/comment on issues raised by Zell and others on stipulations (0.2); confer Ashley re: same (0.1).                                                                                                                        | 0.30 hrs.  |
| 07/28/11   | M. DISTEFANO    | Drafted Appeals memo (1.6).                                                                                                                                                                                                    | 1.60 hrs.  |
| 07/28/11   | T. J. MCCORMACK | Review Sottile e-mails on status of miscellaneous procedural questions (0.2).                                                                                                                                                 | 0.20 hrs.  |
| 07/28/11   | L. F. MOLONEY   | Confer with A. Nellos re. trial exhibits issues; deactivating non-active user ID's (.4); Reviewed Relativity for trial exhibits (.6) and reviewed Trial Graphix ftp site for missing exhibits (.4).                            | 1.40 hrs.  |
| 07/28/11   | A. K. NELLOS    | Continue review of transcripts (.7); Discuss status of same with R. Schwinger (.3); Review/analyze exhibit issues (.6); Confer with M. Roitman regarding various document questions (.4); confer with L.Moloney regarding trial exhibit and Relativity issues (.3). | 2.30 hrs.  |
| 07/28/11   | E. DAUCHER      | Analysis of Debtors' third-party claims vis-a-vis Stern (1.6); review of case law concerning bankruptcy court jurisdiction (.6); discussion with Y. Yoo re: same (.3).                                                         | 2.50 hrs.  |
| 07/28/11   | D. M. LeMAY     | Begin review of draft confirmation order.                                                                                                                                                                                     | 1.90 hrs.  |
| 07/28/11   | H. SEIFE        | Review of issues regarding Potential appeal (.7); review issues regarding impact of US S.Ct. decision on plan confirmation (1.1).                                                                                              | 1.80 hrs.  |
| 07/28/11   | Y. YOO          | Continued drafting and revising outline chart of litigation claims (3.6); corresponded by email with Eric Daucher re: same (.3).                                                                                               | 3.90 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2011
435 N. MICHIGAN AVENUE                                 Page   20
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 07/28/11 | M. D. ASHLEY | Emails with DCL counsel regarding revisions to proposed findings order (.2); reviewed issues relating to proposed findings order (.3); emails with DCL counsel regarding confirmation hearing confidentiality issues (.2); reviewed materials relating to confidentiality issues (.2). | 0.90 hrs. |
| 07/29/11 | M. D. ASHLEY | Emails with DCL counsel regarding revisions to proposed findings order (.4). | 0.40 hrs. |
| 07/29/11 | H. SEIFE | Review of Rakoff decision regarding impact on Committee complaints (2.1); review of Zell letter to J.Carey with proposed order (.4); review of Zuckerman letter to J. Carey (.3). | 2.80 hrs. |
| 07/29/11 | T. J. MCCORMACK | Review final stipulation provisions (0.2). | 0.20 hrs. |
| 07/29/11 | E. DAUCHER | Research and drafting re: potential further challenges to plan confirmation. | 2.10 hrs. |
| 07/29/11 | A. K. NELLOS | Continue review/analysis of transcripts (3.6) and relay comments and changes to Sidley (1.1); Review submissions to Judge Carey (.4). | 5.10 hrs. |
| 07/29/11 | P. DEZIL | Review and prepare pagination designations of deposition transcripts, per A.Nellos. | 1.70 hrs. |
| 07/30/11 | J. MARRERO | Review proposed confirmation order in re: terms of Creditors Trust and Litigation Trust. | 1.10 hrs. |

**Total Fees for Professional Services.............. $218,777.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    August 23, 2011
435 N. MICHIGAN AVENUE                                          Page    21
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 8.20 | 7339.00 |
| H. SEIFE | 985.00 | 26.20 | 25807.00 |
| R. A. SCHWINGER | 795.00 | 11.70 | 9301.50 |
| T. J. MCCORMACK | 855.00 | 8.10 | 6925.50 |
| M. D. ASHLEY | 675.00 | 23.70 | 15997.50 |
| A. ROSENBLATT | 725.00 | 6.90 | 5002.50 |
| D. E. DEUTSCH | 725.00 | 8.40 | 6090.00 |
| D. BAVA | 280.00 | .40 | 112.00 |
| P. DEZIL | 260.00 | 9.10 | 2366.00 |
| A. K. NELLOS | 645.00 | 47.80 | 30831.00 |
| E. DAUCHER | 425.00 | 40.20 | 17085.00 |
| R. J. GAYDA | 625.00 | 57.20 | 35750.00 |
| R. M. KIRBY | 535.00 | .20 | 107.00 |
| J. MARRERO | 375.00 | 16.50 | 6187.50 |
| L. F. MOLONEY | 320.00 | 1.40 | 448.00 |
| M. DISTEFANO | 375.00 | 18.30 | 6862.50 |
| M. ROITMAN | 425.00 | 22.70 | 9647.50 |
| Y. YOO | 495.00 | 66.50 | 32917.50 |
| TOTALS | | 373.50 | 218777.00 |