# EXHIBIT B

## TRIBUNE COMPANY, et al.
## SUMMARY OF EXPENSES INCURRED
### July 1, 2011 through July 31, 2011

| DISBURSEMENT | AMOUNT |
| --- | --- |
| Long Distance Travel [1] | $ 257.48 |
| Business Meals/Catering<br>    Late Night/Weekend Meals   $439.41<br>    Travel Meals [2]              $ 23.63 | $463.04 |
| Carfare (Late Night/Weekends) | 254.25 |
| Federal Express | 8.59 |
| Court Reporter | 1,421.10 |
| Lexis Legal Research | 961.43 |
| Westlaw Legal Research | 1,804.15 |
| Reproduction | 185.30 |
| Telephone Charges [3] | 2,056.32 |
| Telephone Reimbursement | 388.64 |
| Outside Professional Services<br>(Complete Document Source Inc.) [4] | 52,660.24 |
| Managing Clerk Services (PACER) [5] | 37.84 |
| **TOTAL** | **$60,498.38** |

1. Represents travel on Amtrak to Wilmington, Delaware on July 26, 2011 to attend a hearing in Bankruptcy Court.

2. Represents meals while traveling.

3. Total includes charges ($2,006.58) for conference call services for Creditors' Committee meetings held on June 9, June 23 and June 30, 2011.

4. Represents charge for electronic data discovery services (as described in the Application).

5. Due to the voluminous nature of the computerized records listing each PACER charge, Chadbourne has not electronically filed said copies. The computerized records will be made available to the Fee Examiner in the required format and, upon request, will be made available to any party in interest upon request to the undersigned counsel.

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/28/2011 | | | LDTRAN | 1.00 | 257.48 | 257.48 | TRANSPORTATION - LONG DISTANCE TRAVEL - Vendor: | 28466364 |
| | | | | | | | MARC ROITMAN 7/26-726/11 WILMINGTON, DELAWARE | |
| | | | | | | | FOR TRIBUNE HEARING | |
| | | | | | | | Vendor=MARC ROITMAN  Balance= .00  Amount= 281.11 | |
| | | | | | | | Check #334833  07/28/2011 | |
| | | UNBILLED TOTALS:  WORK | | | | 257.48 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 257.48 | | |
| | | GRAND TOTAL:    WORK: | | | | 257.48 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 257.48 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/06/2011 | | | MEALH | 1.00 | 29.80 | 29.80 | MEALS<br>Names of Diners: MARRERO, JESSICA<br>Reference No: 208284204<br>Name of Restaurant: AMMA<br>Approved by: JESSICA MARRERO<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 2955.83<br>Check #334362  07/15/2011 | 28401940 |
| 07/08/2011 | | | MEALH | 1.00 | 27.34 | 27.34 | MEALS - Vendor: CHADBOURNE & PARKE LLP 06/15 & 22/11 - PRONTO PIZZA & LENNY'S - REIMB. FOR MEALS WHILE WORKING LATE - DOUGLAS DEUTSCH.<br>Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1750.78<br>Check #334281  07/12/2011 | 28397415 |
| 07/12/2011 | | | MEALH | 1.00 | 23.62 | 23.62 | MEALS<br>Names of Diners: ROITMAN, MARC<br>Reference No: 209161845<br>Name of Restaurant: CALISTA SUPERFOODS<br>Approved by: MARC ROITMAN<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 5149.35<br>Check #334966  08/08/2011 | 28425262 |
| 07/13/2011 | | | MEALH | 1.00 | 30.63 | 30.63 | MEALS<br>Names of Diners: ROITMAN, MARC<br>Reference No: 209349105<br>Name of Restaurant: HATSUHANA<br>Approved by: MARC ROITMAN<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 5149.35<br>Check #334966  08/08/2011 | 28425263 |
| 07/13/2011 | | | MEALH | 1.00 | 27.28 | 27.28 | MEALS<br>Names of Diners: YOO, YOUNG<br>Reference No: 209413644<br>Name of Restaurant: TADKA<br>Approved by: YOUNG YOO<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 5149.35<br>Check #334966  08/08/2011 | 28425264 |
| 07/14/2011 | | | MEALH | 1.00 | 22.00 | 22.00 | MEALS<br>Names of Diners: ROITMAN, MARC<br>Reference No: 209560107<br>Name of Restaurant: PURE THAI SHOPHOUSE<br>Approved by: MARC ROITMAN<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 5149.35<br>Check #334966  08/08/2011 | 28425265 |
| 07/19/2011 | | | MEALH | 1.00 | 28.05 | 28.05 | MEALS<br>Names of Diners: ROITMAN, MARC<br>Reference No: 210269736<br>Name of Restaurant: WU LIANG YE<br>Approved by: MARC ROITMAN<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 4338.21<br>Check #334766  07/29/2011 | 28455343 |
| 07/19/2011 | | | MEALH | 1.00 | 28.05 | 28.05 | MEALS<br>Names of Diners: YOO, YOUNG<br>Reference No: 210269736<br>Name of Restaurant: WU LIANG YE<br>Approved by: MARC ROITMAN<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 4338.21<br>Check #334766  07/29/2011 | 28455344 |
| 07/19/2011 | | | MEALH | 1.00 | 30.63 | 30.63 | MEALS<br>Names of Diners: DISTEFANO, MICHAEL<br>Reference No: 210283797<br>Name of Restaurant: HATSUHANA<br>Approved by: MICHAEL DISTEFANO<br>Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= 4338.21 | 28455345 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Check #334766 07/29/2011 | |
| 07/21/2011 | | | MEALH | 1.00 | 27.17 | 27.17 | MEALS | 28455346 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 210633894 | |
| | | | | | | | Name of Restaurant: FRESH BASIL'S | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00 Amount= 4338.21 | |
| | | | | | | | Check #334766 07/29/2011 | |
| 07/25/2011 | | | MEALH | 1.00 | 21.94 | 21.94 | MEALS | 28467380 |
| | | | | | | | Names of Diners: NELLOS, ALEXANDRA | |
| | | | | | | | Reference No: 211231434 | |
| | | | | | | | Name of Restaurant: WU LIANG YE | |
| | | | | | | | Approved by: ALEXANDRA NELLOS | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00 Amount= 4024.11 | |
| | | | | | | | Check #334923 08/05/2011 | |
| 07/25/2011 | | | MEALH | 1.00 | 30.95 | 30.95 | MEALS | 28467382 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 211199091 | |
| | | | | | | | Name of Restaurant: SUSHI KO | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00 Amount= 4024.11 | |
| | | | | | | | Check #334923 08/05/2011 | |
| 07/25/2011 | | | MEALH | 1.00 | 30.95 | 30.95 | MEALS | 28467383 |
| | | | | | | | Names of Diners: YOO, YOUNG | |
| | | | | | | | Reference No: 211199091 | |
| | | | | | | | Name of Restaurant: SUSHI KO | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00 Amount= 4024.11 | |
| | | | | | | | Check #334923 08/05/2011 | |
| 07/26/2011 | | | MEALH | 1.00 | 11.25 | 11.25 | MEALS - Vendor: CHADBOURNE & PARKE LLP 07/18/11 - CHIPOTLE - REIMB. FOR LATE NIGHT DINNER - YOUNG YOO. | 28431700 |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00 Amount= 700.36 | |
| | | | | | | | Check #334605 07/28/2011 | |
| 07/26/2011 | | | MEALH | 1.00 | 21.94 | 21.94 | MEALS | 28467379 |
| | | | | | | | Names of Diners: NELLOS, ALEXANDRA | |
| | | | | | | | Reference No: 211395762 | |
| | | | | | | | Name of Restaurant: WU LIANG YE | |
| | | | | | | | Approved by: ALEXANDRA NELLOS | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00 Amount= 4024.11 | |
| | | | | | | | Check #334923 08/05/2011 | |
| 07/27/2011 | | | MEALH | 1.00 | 25.92 | 25.92 | MEALS | 28467381 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 211586061 | |
| | | | | | | | Name of Restaurant: CALISTA SUPERFOODS | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00 Amount= 4024.11 | |
| | | | | | | | Check #334923 08/05/2011 | |
| 07/30/2011 | | | MEALH | 1.00 | 21.89 | 21.89 | MEALS | 28467378 |
| | | | | | | | Names of Diners: MARRERO, JESSICA | |
| | | | | | | | Reference No: 212019789 | |
| | | | | | | | Name of Restaurant: WU LIANG YE | |
| | | | | | | | Approved by: JESSICA MARRERO | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00 Amount= 4024.11 | |
| | | | | | | | Check #334923 08/05/2011 | |
| | | UNBILLED TOTALS: WORK: | | | | 439.41 | 17 records | |
| | | UNBILLED TOTALS: BILL: | | | | 439.41 | | |
| | | GRAND TOTAL: WORK: | | | | 439.41 | 17 records | |
| | | GRAND TOTAL: BILL: | | | | 439.41 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/28/2011 | | | MEALLD | 1.00 | 23.63 | 23.63 | MEALS - LONG DISTANCE TRAVEL (Breakfast and | 28466363 |
| | | | | | | | Lunch) - Vendor: MARC ROITMAN 7/26-726/11 | |
| | | | | | | | WILMINGTON, DELAWARE FOR TRIBUNE HEARING | |
| | | | | | | | Vendor=MARC ROITMAN  Balance= .00  Amount= 281.11 | |
| | | | | | | | Check #334833  07/28/2011 | |
| | | UNBILLED TOTALS:  WORK: | | | | 23.63 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 23.63 | | |
| | | GRAND TOTAL:  WORK: | | | | 23.63 | 1 records | |
| | | GRAND TOTAL:  BILL: | | | | 23.63 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                          Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/08/2011 | | | CAR | 1.00 | 8.37 | 8.37 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 28396867 |
| | | | | | | | 07/07/11 - REIMB. FOR TAXI FARE HOME FROM | |
| | | | | | | | OFFICE - JESSICA MARRERO. | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1750.78 | |
| | | | | | | | Check #334281 07/12/2011 | |
| 07/08/2011 | | | CAR | 1.00 | 32.00 | 32.00 | CARFARE - Vendor: CHADBOURNE & PARKE LLP | 28397416 |
| | | | | | | | 06/15,22 & 27/11 - REIMB. FOR TAXI FARES WHILE | |
| | | | | | | | WORKING LATE - DOUGLAS DEUTSCH. | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1750.78 | |
| | | | | | | | Check #334281 07/12/2011 | |
| 07/13/2011 | | | CAR | 1.00 | 126.23 | 126.23 | CARFARE | 28434047 |
| | | | | | | | Bava David | |
| | | | | | | | 49 W 49 ST | |
| | | | | | | | 8 NORTHWOOD CIRCLE | |
| | | | | | | | 0031813 | |
| | | | | | | | 523250 | |
| | | | | | | | Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 11006.39 | |
| | | | | | | | Check #334844 08/02/2011 | |
| 07/25/2011 | | | CAR | 1.00 | 16.00 | 16.00 | CARFARE - Vendor: CHADBOURNE & PARKE LLP 07/17 | 28430309 |
| | | | | | | | & 23/11 - REIMB. FOR CAB FARE (WEEKEDN HOURS) - | |
| | | | | | | | HELEN LAMB (NO RECEIPTS). | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 1268.36 | |
| | | | | | | | Check #334495 07/25/2011 | |
| 07/26/2011 | | | CAR | 1.00 | 71.65 | 71.65 | CARFARE | 28469906 |
| | | | | | | | Passenger: ROJAS,ADRIANNA | |
| | | | | | | | From: 30 ROCKEFELLER PLAZA, MANHATTAN | |
| | | | | | | | To: QU | |
| | | | | | | | 102178 | |
| | | | | | | | Vendor=VITAL TRANSPORTATION INC  Balance= .00  Amount= | |
| | | | | | | | 656.93 | |
| | | | | | | | Check #334998 08/10/2011 | |
| | | UNBILLED TOTALS: WORK | | | | 254.25 | 5 records | |
| | | UNBILLED TOTALS: BILL: | | | | 254.25 | | |
| | | GRAND TOTAL: WORK: | | | | 254.25 | 5 records | |
| | | GRAND TOTAL: BILL: | | | | 254.25 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/28/2011 | | | FEDEXH | 1.00 | 8.59 | 8.59 | FEDERAL EXPRESS | 28467619 |
| | | | | | | | HOWARD SEIFE | |
| | | | | | | | Landis Rath & Cobb | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON   DE19801   US | |
| | | | | | | | 410791096116 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= .00  Amount= 1836.99 | |
| | | | | | | | Check #334937  08/08/2011 | |
| | | UNBILLED TOTALS:   WORK | | | | 8.59 | 1 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 8.59 | | |
| | | GRAND TOTAL:   WORK: | | | | 8.59 | 1 records | |
| | | GRAND TOTAL:   BILL: | | | | 8.59 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                              Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/14/2011 | | | CRTRPT | 1.00 | 376.05 | 376.05 | COURT REPORTER - Vendor: TSG REPORTING INC | 28402015 |
| | | | | | | | COURT REPORTING PROCEEDINGS RE:TRIBUNE COMPANY | |
| | | | | | | | Vendor=TSG REPORTING INC  Balance= .00  Amount= 376.05 | |
| | | | | | | | Check #334852  08/02/2011 | |
| 07/15/2011 | | | CRTRPT | 1.00 | 1,045.05 | 1,045.05 | Court Reporter - Vendor: TSG REPORTING INC | 28402713 |
| | | | | | | | CERTIFIED TRANSCRIPT RE: TRIBUNE COMPANY | |
| | | | | | | | Vendor=TSG REPORTING INC  Balance= .00  Amount= 1045.05 | |
| | | | | | | | Check #334852  08/02/2011 | |
| | | UNBILLED TOTALS:  WORK: | | | | 1,421.10 | 2 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 1,421.10 | | |
| | | GRAND TOTAL:    WORK: | | | | 1,421.10 | 2 records | |
| | | GRAND TOTAL:    BILL: | | | | 1,421.10 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                          Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/11/2011 | | | .EXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 28461539 |
| 07/11/2011 | | | .EXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 2144<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 28461540 |
| 07/11/2011 | | | .EXIS | 1.00 | 39.46 | 39.46 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 2.00<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 28461541 |
| 07/11/2011 | | | .EXIS | 1.00 | 59.19 | 59.19 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 3.00<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 28461542 |
| 07/11/2011 | | | .EXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 0<br>100245<br>ID No.: 4FR1MDY<br>LEXIS LEGAL SERVICES | 28461543 |
| 07/13/2011 | | | .EXIS | 1.00 | 4.93 | 4.93 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461544 |
| 07/13/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 32<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461545 |
| 07/13/2011 | | | LEXIS | 1.00 | 24.07 | 24.07 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461546 |
| 07/18/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 900<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461547 |
| 07/18/2011 | | | LEXIS | 1.00 | 4.94 | 4.94 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461548 |
| 07/19/2011 | | | LEXIS | 1.00 | 59.18 | 59.18 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 12.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461549 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                              Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/19/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 7864<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461550 |
| 07/19/2011 | | | LEXIS | 1.00 | 56.05 | 56.05 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 2.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461551 |
| 07/19/2011 | | | LEXIS | 1.00 | 108.52 | 108.52 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 22.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461552 |
| 07/19/2011 | | | LEXIS | 1.00 | 11.44 | 11.44 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 4.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28461553 |
| 07/19/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 55<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28461554 |
| 07/20/2011 | | | LEXIS | 1.00 | 49.33 | 49.33 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 10.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461555 |
| 07/20/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 13712<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461556 |
| 07/20/2011 | | | LEXIS | 1.00 | 133.36 | 133.36 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 2.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461557 |
| 07/20/2011 | | | LEXIS | 1.00 | 167.70 | 167.70 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 34.00<br>100245<br>ID No.: TGGJBBJ<br>LEXIS LEGAL SERVICES | 28461558 |
| 07/20/2011 | | | LEXIS | 1.00 | 20.01 | 20.01 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 7.00<br>100245<br>ID No.: TGGJBBJ<br>SHEPARD'S SERVICE | 28461559 |
| 07/20/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: YOO, YOUNG<br>CNCT (HMS) or No. of Searches: 1 138<br>100245<br>ID No.: TGGJBBJ | 28461560 |

Case 08-13141-BLS   Doc 9701-5   Filed 08/25/11   Page 12 of 20

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                    Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | SHEPARD'S SERVICE | |
| 07/25/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28461561 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 07/25/2011 | | | LEXIS | 1.00 | 4.94 | 4.94 | LEXIS | 28461562 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 07/25/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28461563 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 373 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 07/25/2011 | | | LEXIS | 1.00 | 39.47 | 39.47 | LEXIS | 28461564 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 2.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 07/25/2011 | | | LEXIS | 1.00 | 19.72 | 19.72 | LEXIS | 28461565 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 07/25/2011 | | | LEXIS | 1.00 | 13.79 | 13.79 | LEXIS | 28461566 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 07/25/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28461567 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 103 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 07/25/2011 | | | LEXIS | 1.00 | 14.80 | 14.80 | LEXIS | 28461568 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 3.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 07/25/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28461569 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1791 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | MATTHEW BENDER SERVICE | |
| 07/25/2011 | | | LEXIS | 1.00 | 35.53 | 35.53 | LEXIS | 28461570 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 2.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | MATTHEW BENDER SERVICE | |
| 07/25/2011 | | | LEXIS | 1.00 | 35.52 | 35.52 | LEXIS | 28461571 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 2.00 | |
| | | | | | | | 100245 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 4
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | MATTHEW BENDER SERVICE | |
| 07/25/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28461572 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 2808 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 07/25/2011 | | | LEXIS | 1.00 | 31.96 | 31.96 | LEXIS | 28461573 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 07/25/2011 | | | LEXIS | 1.00 | 24.67 | 24.67 | LEXIS | 28461574 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 5.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 07/25/2011 | | | LEXIS | 1.00 | 2.85 | 2.85 | LEXIS | 28461575 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| 07/25/2011 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 28461576 |
| | | | | | | | User Name: YOO, YOUNG | |
| | | | | | | | CNCT (HMS) or No. of Searches: 23 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: TGGJBBJ | |
| | | | | | | | SHEPARD'S SERVICE | |
| | | UNBILLED TOTALS: WORK | | | | 961.43 | 38 records | |
| | | UNBILLED TOTALS: BILL: | | | | 961.43 | | |
| | | GRAND TOTAL: WORK: | | | | 961.43 | 38 records | |
| | | GRAND TOTAL: BILL: | | | | 961.43 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/11/2011 | | | WEST | 1.00 | 90.25 | 90.25 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 28399113 |
| 07/12/2011 | | | WEST | 1.00 | 104.94 | 104.94 | INFORMATION RETRIEVAL<br>User Name: STRAND,MEGAN<br>CNNT(HMS):0:00:00<br>Westlaw ID:6682661<br>ACCT NO:1000715053<br>Included | 28399786 |
| 07/13/2011 | | | WEST | 1.00 | 154.10 | 154.10 | INFORMATION RETRIEVAL<br>User Name: DISTEFANO,MICHAEL<br>CNNT(HMS):0:00:00<br>Westlaw ID:10204933<br>ACCT NO: 1000813306<br>Included | 28401238 |
| 07/14/2011 | | | WEST | 1.00 | 105.97 | 105.97 | INFORMATION RETRIEVAL<br>User Name: DISTEFANO,MICHAEL<br>CNNT(HMS):0:00:00<br>Westlaw ID:10204933<br>ACCT NO: 1000813306<br>Included | 28403789 |
| 07/15/2011 | | | WEST | 1.00 | 47.43 | 47.43 | INFORMATION RETRIEVAL<br>User Name: GAYDA,ROBERT J<br>CNNT(HMS):0:00:00<br>Westlaw ID:5016565<br>ACCT NO: 1000813306<br>Included | 28403810 |
| 07/18/2011 | | | WEST | 1.00 | 521.30 | 521.30 | INFORMATION RETRIEVAL<br>User Name: DAUCHER,ERIC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7220058<br>ACCT NO: 1000813306<br>Included | 28404324 |
| 07/19/2011 | | | WEST | 1.00 | 7.91 | 7.91 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 28405927 |
| 07/19/2011 | | | WEST | 1.00 | 185.10 | 185.10 | INFORMATION RETRIEVAL<br>User Name: DAUCHER,ERIC<br>CNNT(HMS):0:00:00<br>Westlaw ID:7220058<br>ACCT NO: 1000813306<br>Included | 28405928 |
| 07/19/2011 | | | WEST | 1.00 | 476.82 | 476.82 | INFORMATION RETRIEVAL<br>User Name: DISTEFANO,MICHAEL<br>CNNT(HMS):0:00:00<br>Westlaw ID:10204933<br>ACCT NO: 1000813306<br>Included | 28405929 |
| 07/20/2011 | | | WEST | 1.00 | 5.39 | 5.39 | INFORMATION RETRIEVAL<br>User Name: DISTEFANO,MICHAEL<br>CNNT(HMS):0:00:00<br>Westlaw ID:10204933<br>ACCT NO: 1000813306<br>Included | 28425883 |
| 07/25/2011 | | | WEST | 1.00 | 45.21 | 45.21 | INFORMATION RETRIEVAL<br>User Name: STRAND,MEGAN<br>CNNT(HMS):0:00:00<br>Westlaw ID:6682661<br>ACCT NO:1000715053<br>Included | 28431977 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]     Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/27/2011 | | | WEST | 1.00 | 18.41 | 18.41 | INFORMATION RETRIEVAL | 28469598 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 07/27/2011 | | | WEST | 1.00 | 5.39 | 5.39 | INFORMATION RETRIEVAL | 28469599 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 07/28/2011 | | | WEST | 1.00 | 35.93 | 35.93 | INFORMATION RETRIEVAL | 28459739 |
| | | | | | | | User Name: DISTEFANO,MICHAEL | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:10204933 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| | | UNBILLED TOTALS:  WORK: | | | | 1,804.15 | 14 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 1,804.15 | | |
| | | GRAND TOTAL:    WORK: | | | | 1,804.15 | 14 records | |
| | | GRAND TOTAL:    BILL: | | | | 1,804.15 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/01/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>463912<br>Pender, Sheila<br>3504653<br>Print | 28446194 |
| 07/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>464854<br>Pender, Sheila<br>3772773<br>Print | 28446195 |
| 07/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>464826<br>Pender, Sheila<br>3772773<br>Print | 28446196 |
| 07/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>464827<br>Pender, Sheila<br>3772773<br>Print | 28446197 |
| 07/05/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>464269<br>Marrero, Jessica<br>4032226<br>Print | 28443206 |
| 07/05/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>464271<br>Marrero, Jessica<br>4032226<br>Print | 28443207 |
| 07/05/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>464274<br>Lamb, Helen<br>4043627<br>Print | 28443213 |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>465696<br>Lamb, Helen<br>1811405<br>Print | 28443214 |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>465732<br>Bava, David<br>4054570<br>Print | 28443215 |
| 07/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>465937<br>Bava, David<br>4031332<br>Print | 28443216 |
| 07/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>465884<br>Bava, David<br>4031332<br>Print | 28443217 |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>465656<br>Smith, Angela<br>4054062<br>Print | 28443242 |
| 07/06/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION<br>466321<br>Marrero, Jessica<br>4034120 | 28443208 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL] Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443229 |
| | | | | | | | 465363 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28443218 |
| | | | | | | | 465885 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4031332 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28443219 |
| | | | | | | | 466021 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4031332 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443236 |
| | | | | | | | 465346 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443237 |
| | | | | | | | 465281 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443238 |
| | | | | | | | 465299 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443239 |
| | | | | | | | 465699 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443240 |
| | | | | | | | 465711 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443241 |
| | | | | | | | 465733 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443230 |
| | | | | | | | 465376 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443231 |
| | | | | | | | 465398 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443232 |
| | | | | | | | 465843 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443233 |
| | | | | | | | 465323 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                                        Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443234 |
| | | | | | | | 465332 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443235 |
| | | | | | | | 465344 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28446223 |
| | | | | | | | 466206 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28446224 |
| | | | | | | | 465306 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28446225 |
| | | | | | | | 465239 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28446220 |
| | | | | | | | 465795 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28446221 |
| | | | | | | | 465806 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28446222 |
| | | | | | | | 465817 | |
| | | | | | | | Smith, Angela | |
| | | | | | | | 4054062 | |
| | | | | | | | Print | |
| 07/06/2011 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 28395574 |
| | | | | | | | User Name: Deutsch, Douglas E. | |
| | | | | | | | Time of Day: (H:M:S): 10:45 | |
| | | | | | | | 288551 | |
| 07/06/2011 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28395575 |
| | | | | | | | User Name: Marrero, Jessica | |
| | | | | | | | Time of Day: (H:M:S): 16:31 | |
| | | | | | | | 288707 | |
| 07/07/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28398153 |
| | | | | | | | User Name: Roitman, Marc | |
| | | | | | | | Time of Day: (H:M:S): 10:45 | |
| | | | | | | | 291786 | |
| 07/07/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28443224 |
| | | | | | | | 466718 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4031332 | |
| | | | | | | | Print | |
| 07/07/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28443220 |
| | | | | | | | 467206 | |
| | | | | | | | Bava, David | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                          Page 4
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
|      |          |                      |      |          |      |        | 4031332     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/07/2011 | |                      | REPRO | 1.00    | 0.20 | 0.20   | REPRODUCTION | 28443221 |
|      |          |                      |      |          |      |        | 467207      |            |
|      |          |                      |      |          |      |        | Bava, David |            |
|      |          |                      |      |          |      |        | 4056255     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/07/2011 | |                      | REPRO | 2.00    | 0.20 | 0.40   | REPRODUCTION | 28443222 |
|      |          |                      |      |          |      |        | 467223      |            |
|      |          |                      |      |          |      |        | Roitman, Marc |          |
|      |          |                      |      |          |      |        | 4031332     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/07/2011 | |                      | REPRO | 2.00    | 0.20 | 0.40   | REPRODUCTION | 28443223 |
|      |          |                      |      |          |      |        | 466717      |            |
|      |          |                      |      |          |      |        | Roitman, Marc |          |
|      |          |                      |      |          |      |        | 4031332     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/07/2011 | |                      | REPRO | 22.00   | 0.20 | 4.40   | REPRODUCTION | 28443197 |
|      |          |                      |      |          |      |        | 467360      |            |
|      |          |                      |      |          |      |        | Bava, David |            |
|      |          |                      |      |          |      |        | 1504907     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/08/2011 | |                      | REPRO | 1.00    | 0.20 | 0.20   | REPRODUCTION | 28443198 |
|      |          |                      |      |          |      |        | 468253      |            |
|      |          |                      |      |          |      |        | Marrero, Maria |         |
|      |          |                      |      |          |      |        | 4057331     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/08/2011 | |                      | REPRO | 1.00    | 0.20 | 0.20   | REPRODUCTION | 28443199 |
|      |          |                      |      |          |      |        | 468261      |            |
|      |          |                      |      |          |      |        | Marrero, Maria |         |
|      |          |                      |      |          |      |        | 4057331     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/08/2011 | |                      | REPRO | 11.00   | 0.20 | 2.20   | REPRODUCTION | 28443212 |
|      |          |                      |      |          |      |        | 467825      |            |
|      |          |                      |      |          |      |        | Marrero, Jessica |       |
|      |          |                      |      |          |      |        | 4034120     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/08/2011 | |                      | REPRO | 11.00   | 0.20 | 2.20   | REPRODUCTION | 28443209 |
|      |          |                      |      |          |      |        | 467791      |            |
|      |          |                      |      |          |      |        | Marrero, Jessica |       |
|      |          |                      |      |          |      |        | 4034120     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/08/2011 | |                      | REPRO | 11.00   | 0.20 | 2.20   | REPRODUCTION | 28443210 |
|      |          |                      |      |          |      |        | 468200      |            |
|      |          |                      |      |          |      |        | Pender, Sheila |          |
|      |          |                      |      |          |      |        | 4034120     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/08/2011 | |                      | REPRO | 12.00   | 0.20 | 2.40   | REPRODUCTION | 28443211 |
|      |          |                      |      |          |      |        | 468440      |            |
|      |          |                      |      |          |      |        | Pender, Sheila |          |
|      |          |                      |      |          |      |        | 4034120     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/08/2011 | |                      | REPRO | 1.00    | 0.20 | 0.20   | REPRODUCTION | 28443200 |
|      |          |                      |      |          |      |        | 468272      |            |
|      |          |                      |      |          |      |        | Marrero, Maria |         |
|      |          |                      |      |          |      |        | 4057331     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/08/2011 | |                      | REPRO | 1.00    | 0.20 | 0.20   | REPRODUCTION | 28443201 |
|      |          |                      |      |          |      |        | 468274      |            |
|      |          |                      |      |          |      |        | Marrero, Maria |         |
|      |          |                      |      |          |      |        | 4057331     |            |
|      |          |                      |      |          |      |        | Print       |            |
| 07/08/2011 | |                      | REPRO | 1.00    | 0.20 | 0.20   | REPRODUCTION | 28443202 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                          Page 5
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 468317 | |
| | | | | | | | Sigman, Shaun | |
| | | | | | | | 4057331 | |
| | | | | | | | Print | |
| 07/08/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443203 |
| | | | | | | | 468296 | |
| | | | | | | | Marrero, Maria | |
| | | | | | | | 4057331 | |
| | | | | | | | Print | |
| 07/08/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443204 |
| | | | | | | | 468300 | |
| | | | | | | | Marrero, Maria | |
| | | | | | | | 4057331 | |
| | | | | | | | Print | |
| 07/08/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28443205 |
| | | | | | | | 468309 | |
| | | | | | | | Marrero, Maria | |
| | | | | | | | 4057331 | |
| | | | | | | | Print | |
| 07/08/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28443225 |
| | | | | | | | 468417 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 3388974 | |
| | | | | | | | Print | |
| 07/08/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28443226 |
| | | | | | | | 468343 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4057575 | |
| | | | | | | | Print | |
| 07/08/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28443227 |
| | | | | | | | 468381 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4057620 | |
| | | | | | | | Print | |
| 07/08/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28443228 |
| | | | | | | | 468383 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4057620 | |
| | | | | | | | Print | |
| 07/11/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28399507 |
| | | | | | | | User Name: Temps, Secretarial (NY) | |
| | | | | | | | Time of Day: (H:M:S): 11:38 | |
| | | | | | | | Scan File 294773 | |
| 07/11/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28446211 |
| | | | | | | | 469410 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4042412 | |
| | | | | | | | Print | |
| 07/11/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28446212 |
| | | | | | | | 469439 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4042412 | |
| | | | | | | | Print | |
| 07/11/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28446198 |
| | | | | | | | 469760 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 07/11/2011 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28446208 |
| | | | | | | | 469950 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4057076 | |
| | | | | | | | Print | |