Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                              Page 6
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/11/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28446210 |
| | | | | | | | 469387 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 07/11/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28446199 |
| | | | | | | | 469762 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 07/12/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28446215 |
| | | | | | | | 470956 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4057575 | |
| | | | | | | | Print | |
| 07/12/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28446216 |
| | | | | | | | 470976 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4057575 | |
| | | | | | | | Print | |
| 07/12/2011 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28446209 |
| | | | | | | | 470278 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4057076 | |
| | | | | | | | Print | |
| 07/12/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28446204 |
| | | | | | | | 470505 | |
| | | | | | | | Stenger, James | |
| | | | | | | | 4061113 | |
| | | | | | | | Print | |
| 07/12/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28446213 |
| | | | | | | | 470163 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4042412 | |
| | | | | | | | Print | |
| 07/12/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28446217 |
| | | | | | | | 471049 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4057575 | |
| | | | | | | | Print | |
| 07/12/2011 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 28399875 |
| | | | | | | | User Name: Deutsch, Douglas E. | |
| | | | | | | | Time of Day: (H:M:S): 17:21 | |
| | | | | | | | 300580 | |
| 07/12/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28399876 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 14:35 | |
| | | | | | | | 300508 | |
| 07/13/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28446218 |
| | | | | | | | 471780 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4057575 | |
| | | | | | | | Print | |
| 07/13/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28446219 |
| | | | | | | | 472185 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4057575 | |
| | | | | | | | Print | |
| 07/13/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28446214 |
| | | | | | | | 472327 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4042412 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 7
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/13/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>472352<br>Yoo, Young<br>4065268<br>Print | 28446226 |
| 07/13/2011 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION<br>471443<br>Stenger, James<br>4061113<br>Print | 28446205 |
| 07/13/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION<br>471891<br>Stenger, James<br>4061113<br>Print | 28446206 |
| 07/13/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>471409<br>Bava, David<br>4063084<br>Print | 28446200 |
| 07/13/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>471794<br>Bava, David<br>4063084<br>Print | 28446201 |
| 07/13/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>472003<br>Bava, David<br>4063084<br>Print | 28446202 |
| 07/13/2011 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION<br>User Name: Yoo, Young<br>Time of Day: (H:M:S): 10:51<br>303271 | 28401363 |
| 07/14/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>User Name: Grossman, Jason<br>Time of Day: (H:M:S): 11:39<br>306189 | 28402909 |
| 07/14/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>User Name: Grossman, Jason<br>Time of Day: (H:M:S): 11:30<br>Scan File 303558 | 28403573 |
| 07/14/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>472821<br>Marrero, Jessica<br>4043823<br>Print | 28446203 |
| 07/14/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION<br>472782<br>Pender, Sheila<br>4061113<br>Print | 28446207 |
| 07/14/2011 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION<br>472588<br>Yoo, Young<br>4065268<br>Print | 28446227 |
| 07/14/2011 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION<br>472600<br>Yoo, Young<br>4065268<br>Print | 28446228 |
| 07/14/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28449183 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                               Page 8
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 473105 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4043823 | |
| | | | | | | | Print | |
| 07/14/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION | 28449172 |
| | | | | | | | 473690 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/14/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28449184 |
| | | | | | | | 473253 | |
| | | | | | | | Marrero, Jessica | |
| | | | | | | | 4032226 | |
| | | | | | | | Print | |
| 07/14/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28449185 |
| | | | | | | | 473478 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4043823 | |
| | | | | | | | Print | |
| 07/14/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28449202 |
| | | | | | | | 473345 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4066153 | |
| | | | | | | | Print | |
| 07/14/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28449198 |
| | | | | | | | 473696 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4067409 | |
| | | | | | | | Print | |
| 07/14/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28449199 |
| | | | | | | | 473808 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4067409 | |
| | | | | | | | Print | |
| 07/14/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28449200 |
| | | | | | | | 473811 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4067409 | |
| | | | | | | | Print | |
| 07/14/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28449201 |
| | | | | | | | 473852 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4067409 | |
| | | | | | | | Print | |
| 07/14/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28449187 |
| | | | | | | | 473235 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4061113 | |
| | | | | | | | Print | |
| 07/15/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28449188 |
| | | | | | | | 474150 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4068262 | |
| | | | | | | | Print | |
| 07/15/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28449189 |
| | | | | | | | 474804 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4068262 | |
| | | | | | | | Print | |
| 07/15/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28449191 |
| | | | | | | | 474156 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                             Page 9
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/15/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>474157<br>Lamb, Helen<br>1811405<br>Print | 28449192 |
| 07/15/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>474300<br>Marrero, Jessica<br>3388974<br>Print | 28449193 |
| 07/15/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION<br>474707<br>Lamb, Helen<br>4042412<br>Print | 28449194 |
| 07/15/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION<br>474708<br>Lamb, Helen<br>4042412<br>Print | 28449195 |
| 07/15/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>474675<br>Yoo, Young<br>4067409<br>Print | 28449203 |
| 07/15/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>474677<br>Yoo, Young<br>4069008<br>Print | 28449204 |
| 07/15/2011 | | | REPRO | 12.00 | 0.20 | 2.40 | REPRODUCTION<br>474691<br>Yoo, Young<br>4066153<br>Print | 28449205 |
| 07/15/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>474727<br>Yoo, Young<br>4067409<br>Print | 28449206 |
| 07/15/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>474742<br>Yoo, Young<br>4069100<br>Print | 28449207 |
| 07/15/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION<br>474709<br>Lamb, Helen<br>4042412<br>Print | 28449196 |
| 07/15/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>475094<br>Yoo, Young<br>4067409<br>Print | 28449208 |
| 07/15/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>475120<br>Yoo, Young<br>4067409<br>Print | 28449209 |
| 07/15/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>475011<br>Roitman, Marc | 28449210 |

Case 08-13141-BLS    Doc 9701-6    Filed 08/25/11    Page 5 of 19

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                    Page 10
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4069374 | |
| | | | | | | | Print | |
| 07/15/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28449211 |
| | | | | | | | 475017 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4069374 | |
| | | | | | | | Print | |
| 07/15/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28449212 |
| | | | | | | | 475027 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4069374 | |
| | | | | | | | Print | |
| 07/15/2011 | | | REPRO | 75.00 | 0.20 | 15.00 | REPRODUCTION | 28403008 |
| | | | | | | | User Name: Daucher, Eric | |
| | | | | | | | Time of Day: (H:M:S): 09:38 | |
| | | | | | | | 308901 | |
| 07/17/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28449197 |
| | | | | | | | 475297 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4027458 | |
| | | | | | | | Print | |
| 07/17/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28449173 |
| | | | | | | | 475290 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1505060 | |
| | | | | | | | Print | |
| 07/17/2011 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 28449174 |
| | | | | | | | 475291 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/18/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28449175 |
| | | | | | | | 476103 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1505060 | |
| | | | | | | | Print | |
| 07/18/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28449176 |
| | | | | | | | 476111 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1505060 | |
| | | | | | | | Print | |
| 07/18/2011 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28449177 |
| | | | | | | | 476179 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/18/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28449213 |
| | | | | | | | 475456 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4067409 | |
| | | | | | | | Print | |
| 07/18/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28449214 |
| | | | | | | | 475795 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4067409 | |
| | | | | | | | Print | |
| 07/18/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28449190 |
| | | | | | | | 475909 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4068262 | |
| | | | | | | | Print | |
| 07/18/2011 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28449178 |
| | | | | | | | 476180 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]    Page 11
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/19/2011 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28449179 |
| | | | | | | | 477526 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/19/2011 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28449180 |
| | | | | | | | 477527 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/19/2011 | | | REPRO | 25.00 | 0.20 | 5.00 | REPRODUCTION | 28449181 |
| | | | | | | | 477528 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/19/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28449182 |
| | | | | | | | 477532 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1505060 | |
| | | | | | | | Print | |
| 07/19/2011 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 28449186 |
| | | | | | | | 476688 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4068591 | |
| | | | | | | | Print | |
| 07/19/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28453702 |
| | | | | | | | 477599 | |
| | | | | | | | Yoo, Young | |
| | | | | | | | 4074771 | |
| | | | | | | | Print | |
| 07/19/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28453663 |
| | | | | | | | 477810 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4068591 | |
| | | | | | | | Print | |
| 07/20/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28453703 |
| | | | | | | | 478098 | |
| | | | | | | | Daucher, Eric | |
| | | | | | | | 4074359 | |
| | | | | | | | Print | |
| 07/20/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28453704 |
| | | | | | | | 478685 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4069374 | |
| | | | | | | | Print | |
| 07/20/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28453648 |
| | | | | | | | 478007 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3100964 | |
| | | | | | | | Print | |
| 07/20/2011 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 28453649 |
| | | | | | | | 478921 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1505060 | |
| | | | | | | | Print | |
| 07/20/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION | 28453650 |
| | | | | | | | 478941 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                    Page 12
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/20/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION<br>478943<br>Lamb, Helen<br>1504907<br>Print | 28453651 |
| 07/21/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>480071<br>Lamb, Helen<br>1505060<br>Print | 28453652 |
| 07/21/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION<br>480092<br>Lamb, Helen<br>1504907<br>Print | 28453653 |
| 07/21/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION<br>480093<br>Lamb, Helen<br>1504907<br>Print | 28453654 |
| 07/21/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>479898<br>Pender, Sheila<br>3504653<br>Print | 28453655 |
| 07/21/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>479914<br>Pender, Sheila<br>3452135<br>Print | 28453656 |
| 07/21/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>479568<br>Lamb, Helen<br>3832928<br>Print | 28453667 |
| 07/21/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>479572<br>Lamb, Helen<br>3832928<br>Print | 28453668 |
| 07/21/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>479574<br>Lamb, Helen<br>3832928<br>Print | 28453669 |
| 07/21/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>479716<br>Lamb, Helen<br>3832928<br>Print | 28453670 |
| 07/21/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>479732<br>Lamb, Helen<br>3832928<br>Print | 28453671 |
| 07/21/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>479738<br>Lamb, Helen<br>3832928<br>Print | 28453672 |
| 07/21/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>479740<br>Lamb, Helen<br>3832928 | 28453673 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 13
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Print | |
| 07/21/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>479752<br>Lamb, Helen<br>3832928<br>Print | 28453674 |
| 07/22/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>480471<br>Lamb, Helen<br>1812138<br>Print | 28453675 |
| 07/22/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>480473<br>Lamb, Helen<br>1812138<br>Print | 28453676 |
| 07/22/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>480479<br>Lamb, Helen<br>1812138<br>Print | 28453677 |
| 07/22/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>480481<br>Lamb, Helen<br>1812138<br>Print | 28453678 |
| 07/22/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION<br>480809<br>Lamb, Helen<br>4060279<br>Print | 28453679 |
| 07/22/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>481193<br>Lamb, Helen<br>4010147<br>Print | 28453680 |
| 07/22/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>481081<br>Lamb, Helen<br>1505060<br>Print | 28453657 |
| 07/22/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION<br>481098<br>Lamb, Helen<br>1504907<br>Print | 28453658 |
| 07/22/2011 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION<br>480842<br>Daucher, Eric<br>4074880<br>Print | 28453705 |
| 07/22/2011 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION<br>480543<br>Daucher, Eric<br>4074880<br>Print | 28453706 |
| 07/22/2011 | | | REPRO | 42.00 | 0.20 | 8.40 | REPRODUCTION<br>User Name: Houston, Alisa<br>Time of Day: (H:M:S): 12:41<br>323136 | 28429199 |
| 07/25/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>482110<br>Roitman, Marc | 28453664 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 14
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4087537 | |
| | | | | | | | Print | |
| 07/25/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28453659 |
| | | | | | | | 482393 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1505060 | |
| | | | | | | | Print | |
| 07/25/2011 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 28453660 |
| | | | | | | | 482440 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/25/2011 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 28453661 |
| | | | | | | | 482441 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/25/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28453681 |
| | | | | | | | 482302 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/25/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28453682 |
| | | | | | | | 482306 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/25/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28453683 |
| | | | | | | | 482524 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/25/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28453665 |
| | | | | | | | 482114 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4087537 | |
| | | | | | | | Print | |
| 07/25/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28453666 |
| | | | | | | | 482115 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4087537 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28453684 |
| | | | | | | | 482922 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28453685 |
| | | | | | | | 482923 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28453686 |
| | | | | | | | 483287 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28453687 |
| | | | | | | | 483483 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28453688 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                Page 15
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 483484 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 28453697 |
| | | | | | | | 483613 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 4092085 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 17.00 | 0.20 | 3.40 | REPRODUCTION | 28453698 |
| | | | | | | | 483644 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 4092085 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION | 28453699 |
| | | | | | | | 483690 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 4092085 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28453700 |
| | | | | | | | 483857 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 4092085 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28453689 |
| | | | | | | | 483489 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28453690 |
| | | | | | | | 483495 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28453691 |
| | | | | | | | 483498 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4060279 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28453692 |
| | | | | | | | 483671 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4060279 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28453693 |
| | | | | | | | 483672 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4060279 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28453694 |
| | | | | | | | 483674 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/26/2011 | | | REPRO | 29.00 | 0.20 | 5.80 | REPRODUCTION | 28433785 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 15:35 | |
| | | | | | | | Scan File 323756 | |
| 07/26/2011 | | | REPRO | 31.00 | 0.20 | 6.20 | REPRODUCTION | 28433786 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 15:36 | |
| | | | | | | | Scan File 323757 | |
| 07/26/2011 | | | REPRO | 32.00 | 0.20 | 6.40 | REPRODUCTION | 28433787 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 16
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 15:37 | |
| | | | | | | | Scan File 323758 | |
| 07/27/2011 | | | REPRO | 92.00 | 0.20 | 18.40 | REPRODUCTION | 28432594 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 17:09 | |
| | | | | | | | 332183 | |
| 07/27/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28453695 |
| | | | | | | | 484144 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4060279 | |
| | | | | | | | Print | |
| 07/27/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28453696 |
| | | | | | | | 485050 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 3105973 | |
| | | | | | | | Print | |
| 07/27/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28453707 |
| | | | | | | | 484057 | |
| | | | | | | | Gayda, Robert | |
| | | | | | | | 4066153 | |
| | | | | | | | Print | |
| 07/27/2011 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 28453708 |
| | | | | | | | 484077 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4069374 | |
| | | | | | | | Print | |
| 07/27/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28453709 |
| | | | | | | | 484078 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4075185 | |
| | | | | | | | Print | |
| 07/27/2011 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 28453710 |
| | | | | | | | 484213 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4075185 | |
| | | | | | | | Print | |
| 07/27/2011 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 28453662 |
| | | | | | | | 484118 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 3100964 | |
| | | | | | | | Print | |
| 07/27/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28453701 |
| | | | | | | | 484552 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 4092085 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION | 28465729 |
| | | | | | | | 486085 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28465730 |
| | | | | | | | 485833 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3501370 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28465731 |
| | | | | | | | 485836 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3501370 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 26.00 | 0.20 | 5.20 | REPRODUCTION | 28456548 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]     Page 17
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 10:09 | |
| | | | | | | | 335005 | |
| 07/28/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28456549 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 09:43 | |
| | | | | | | | 334992 | |
| 07/28/2011 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 28465744 |
| | | | | | | | 485716 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4017149 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28465738 |
| | | | | | | | 485374 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28465739 |
| | | | | | | | 485423 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28465740 |
| | | | | | | | 485430 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28465732 |
| | | | | | | | 485969 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 3504653 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28465733 |
| | | | | | | | 485943 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4060279 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 28465734 |
| | | | | | | | 485946 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28465735 |
| | | | | | | | 485955 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 19.00 | 0.20 | 3.80 | REPRODUCTION | 28465736 |
| | | | | | | | 485366 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4060279 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 28465737 |
| | | | | | | | 485367 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 07/28/2011 | | | REPRO | 228.00 | 0.20 | 45.60 | REPRODUCTION | 28456550 |
| | | | | | | | User Name: Nasta, Frances | |
| | | | | | | | Time of Day: (H:M:S): 09:41 | |
| | | | | | | | 335000 | |
| 07/29/2011 | | | REPRO | 86.00 | 0.20 | 17.20 | REPRODUCTION | 28459060 |
| | | | | | | | User Name: Pender, Sheila | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 18
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Time of Day: (H:M:S): 16:09 | |
| | | | | | | | 337724 | |
| 07/29/2011 | | | REPRO | 12.00 | 0.20 | 2.40 | REPRODUCTION | 28459061 |
| | | | | | | | User Name: Marrero, Jessica | |
| | | | | | | | Time of Day: (H:M:S): 17:58 | |
| | | | | | | | 337769 | |
| 07/29/2011 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 28465741 |
| | | | | | | | 486669 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 4092085 | |
| | | | | | | | Print | |
| 07/29/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28465742 |
| | | | | | | | 486467 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 4092085 | |
| | | | | | | | Print | |
| 07/29/2011 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 28465743 |
| | | | | | | | 486836 | |
| | | | | | | | Nellos, Alexandra | |
| | | | | | | | 4092085 | |
| | | | | | | | Print | |
| | | UNBILLED TOTALS:  WORK: | | | | 370.60 | 223 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 185.30 | | |
| | | GRAND TOTAL:    WORK: | | | | 370.60 | 223 records | |
| | | GRAND TOTAL:    BILL: | | | | 185.30 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/09/2011 | | | TEL | 805.00 | 0.58 | 467.45 | TELEPHONE CHARGES<br>CALLER: Howard Seife<br>CNCT : 805<br>NUMBER of CALLERS:: 22<br>TIME of DAY: 10:28 | 28429672 |
| 06/14/2011 | | | TEL | 203.00 | 0.08 | 15.58 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 203<br>NUMBER of CALLERS:: 11<br>TIME of DAY: 09:55 | 28429673 |
| 06/21/2011 | | | TEL | 129.00 | 0.08 | 9.90 | TELEPHONE CHARGES<br>CALLER: Young Yoo<br>CNCT : 129<br>NUMBER of CALLERS:: 5<br>TIME of DAY: 13:58<br>Not E.nte > MAT | 28429807 |
| 06/22/2011 | | | TEL | 73.00 | 0.08 | 5.60 | TELEPHONE CHARGES<br>CALLER: Marc Roitman<br>CNCT : 73<br>NUMBER of CALLERS:: 3<br>TIME of DAY: 10:58<br>9804..021 > MAT | 28429825 |
| 06/23/2011 | | | TEL | 1363.00 | 0.47 | 638.82 | TELEPHONE CHARGES<br>CALLER: Howard Seife<br>CNCT : 1363<br>NUMBER of CALLERS:: 26<br>TIME of DAY: 11:13 | 28429674 |
| 06/30/2011 | | | TEL | 2089.00 | 0.43 | 900.31 | TELEPHONE CHARGES<br>CALLER: Howard Seife<br>CNCT : 2089<br>NUMBER of CALLERS:: 30<br>TIME of DAY: 10:45 | 28429675 |
| 07/01/2011 | | | TEL | 113.00 | 0.08 | 8.68 | TELEPHONE CHARGES<br>CALLER: Thomas J. McCormack<br>CNCT : 113<br>NUMBER of CALLERS:: 3<br>TIME of DAY: 09:28 | 28429676 |
| 07/05/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:36<br>NUM CALLED: 7037390800<br>285972 | 28396036 |
| 07/05/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 1<br>TIME of DAY: (H:M:S): 10:18<br>NUM CALLED: 7049452140<br>285323 | 28396039 |
| 07/06/2011 | | | TEL | 13.00 | 0.02 | 0.30 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 13<br>TIME of DAY: (H:M:S): 15:41<br>NUM CALLED: 3129602707<br>287677 | 28396037 |
| 07/06/2011 | | | TEL | 33.00 | 0.02 | 0.76 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 33<br>TIME of DAY: (H:M:S): 16:37<br>NUM CALLED: 2138966022<br>287870 | 28396038 |
| 07/07/2011 | | | TEL | 10.00 | 0.02 | 0.23 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 10<br>TIME of DAY: (H:M:S): 17:54 | 28398468 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]      Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | NUM CALLED: 3122761402 | |
| | | | | | | | 291590 | |
| 07/07/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28398469 |
| | | | | | | | EXT: 265204 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:19 | |
| | | | | | | | NUM CALLED: 3127047764 | |
| | | | | | | | 290552 | |
| 07/08/2011 | | | TEL | 63.00 | 0.08 | 4.84 | TELEPHONE CHARGES | 28429677 |
| | | | | | | | CALLER: Thomas J. McCormack | |
| | | | | | | | CNCT : 63 | |
| | | | | | | | NUMBER of CALLERS:: 2 | |
| | | | | | | | TIME of DAY: 10:00 | |
| 07/13/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28401550 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:42 | |
| | | | | | | | NUM CALLED: 2138966000 | |
| | | | | | | | 302652 | |
| 07/14/2011 | | | TEL | 7.00 | 0.02 | 0.16 | TELEPHONE CHARGES | 28403185 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 7 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:35 | |
| | | | | | | | NUM CALLED: 2028575000 | |
| | | | | | | | 304636 | |
| 07/14/2011 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES | 28403186 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:34 | |
| | | | | | | | NUM CALLED: 2028575000 | |
| | | | | | | | 305698 | |
| 07/15/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28403361 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 08:57 | |
| | | | | | | | NUM CALLED: 3023566621 | |
| | | | | | | | 307353 | |
| 07/15/2011 | | | TEL | 2.00 | 0.05 | 0.09 | TELEPHONE CHARGES | 28403362 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:32 | |
| | | | | | | | NUM CALLED: 6314701866 | |
| | | | | | | | 308201 | |
| 07/15/2011 | | | TEL | 19.00 | 0.02 | 0.44 | TELEPHONE CHARGES | 28403363 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 19 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:27 | |
| | | | | | | | NUM CALLED: 2138966022 | |
| | | | | | | | 308594 | |
| 07/19/2011 | | | TEL | 16.00 | 0.02 | 0.37 | TELEPHONE CHARGES | 28406575 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 16 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:06 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 314587 | |
| 07/19/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28406576 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:26 | |
| | | | | | | | NUM CALLED: 3023566621 | |
| | | | | | | | 314607 | |
| 07/19/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28406577 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 19:05 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | NUM CALLED: 3128530826 | |
| | | | | | | | 314926 | |
| 07/20/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28425607 |
| | | | | | | | EXT: 265559 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:47 | |
| | | | | | | | NUM CALLED: 3128530826 | |
| | | | | | | | 317006 | |
| 07/21/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28426799 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:31 | |
| | | | | | | | NUM CALLED: 2029745682 | |
| | | | | | | | 319282 | |
| 07/21/2011 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES | 28426800 |
| | | | | | | | EXT: 261189 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:00 | |
| | | | | | | | NUM CALLED: 2027368374 | |
| | | | | | | | 320389 | |
| 07/22/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28429326 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:12 | |
| | | | | | | | NUM CALLED: 3128530826 | |
| | | | | | | | 321820 | |
| 07/22/2011 | | | TEL | 7.00 | 0.02 | 0.16 | TELEPHONE CHARGES | 28429327 |
| | | | | | | | EXT: 261189 | |
| | | | | | | | CNCT: 7 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:39 | |
| | | | | | | | NUM CALLED: 2027368374 | |
| | | | | | | | 321745 | |
| 07/27/2011 | | | TEL | 11.00 | 0.02 | 0.25 | TELEPHONE CHARGES | 28433272 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 11 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:00 | |
| | | | | | | | NUM CALLED: 3128537515 | |
| | | | | | | | 330508 | |
| 07/27/2011 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES | 28433273 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:29 | |
| | | | | | | | NUM CALLED: 8182162033 | |
| | | | | | | | 330571 | |
| 07/27/2011 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES | 28433274 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:39 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 331059 | |
| 07/28/2011 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES | 28456752 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:23 | |
| | | | | | | | NUM CALLED: 2027781822 | |
| | | | | | | | 334369 | |
| 07/29/2011 | | | TEL | 18.00 | 0.04 | 0.77 | TELEPHONE CHARGES | 28459211 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 18 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:10 | |
| | | | | | | | NUM CALLED: 9739942303 | |
| | | | | | | | 337228 | |
| 07/29/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28459212 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]     Page 4
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | TIME of DAY: (H:M:S): 13:57 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 336828 | |
| 07/29/2011 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES | 28459205 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:04 | |
| | | | | | | | NUM CALLED: 2622854940 | |
| | | | | | | | 336385 | |
| 07/29/2011 | | | TEL | 12.00 | 0.02 | 0.28 | TELEPHONE CHARGES | 28459206 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 12 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:59 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 336847 | |
| 07/29/2011 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 28459207 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:19 | |
| | | | | | | | NUM CALLED: 3122761402 | |
| | | | | | | | 337040 | |
| 07/29/2011 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 28459208 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:22 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 337046 | |
| 07/29/2011 | | | TEL | 4.00 | 0.02 | 0.09 | TELEPHONE CHARGES | 28459209 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:40 | |
| | | | | | | | NUM CALLED: 3122761402 | |
| | | | | | | | 337100 | |
| 07/29/2011 | | | TEL | 10.00 | 0.02 | 0.23 | TELEPHONE CHARGES | 28459210 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 10 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:00 | |
| | | | | | | | NUM CALLED: 4158480308 | |
| | | | | | | | 337182 | |
| | | UNBILLED TOTALS: WORK: | | | | 2,056.32 | 40 records | |
| | | UNBILLED TOTALS: BILL: | | | | 2,056.32 | | |
| | | GRAND TOTAL: WORK: | | | | 2,056.32 | 40 records | |
| | | GRAND TOTAL: BILL: | | | | 2,056.32 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/29/2011 | | | TELH | 1.00 | 388.64 | 388.64 | TELEPHONE CHARGES - Vendor: HOWARD SEIFE | 28457265 |
| | | | | | | | 6/14-7/13/11 BLACKBERY PHONE REIMBURSEMENT(out | |
| | | | | | | | of country) | |
| | | | | | | | Vendor=HOWARD SEIFE  Balance= .00  Amount= 615.36 | |
| | | | | | | | Check #334815  07/29/2011 | |
| | | UNBILLED TOTALS:   WORK | | | | 388.64 | 1 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 388.64 | | |
| | | GRAND TOTAL:      WORK: | | | | 388.64 | 1 records | |
| | | GRAND TOTAL:      BILL: | | | | 388.64 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   8/22/2011 4:37:09 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/28/2011 | | | PROFSVS | 1.00 | 24,494.28 | 24,494.28 | OUTSIDE PROFESSIONAL SERVICES - Vendor: | 28443889 |
| | | | | | | | COMPLETE DISCOVERY SOURCE RELATIVITY LOADING, | |
| | | | | | | | MONTHLY HOSTING, PROJECT MGMT, TECH TIME & USER | |
| | | | | | | | LICENSE | |
| | | | | | | | Vendor=COMPLETE DISCOVERY SOURCE  Balance= .00  Amount= | |
| | | | | | | | 24494.28 | |
| | | | | | | | Check #334665  07/29/2011 | |
| 07/28/2011 | | | PROFSVS | 1.00 | 28,165.96 | 28,165.96 | OUTSIDE PROFESSIONAL SERVICES - Vendor: | 28445385 |
| | | | | | | | COMPLETE DISCOVERY SOURCE MONTHLY HOSTING, USER | |
| | | | | | | | LICENSE | |
| | | | | | | | Vendor=COMPLETE DISCOVERY SOURCE  Balance= .00  Amount= | |
| | | | | | | | 28165.96 | |
| | | | | | | | Check #334665  07/29/2011 | |
| | | UNBILLED TOTALS:  WORK: | | | | 52,660.24 | 2 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 52,660.24 | | |
| | | GRAND TOTAL:  WORK: | | | | 52,660.24 | 2 records | |
| | | GRAND TOTAL:  BILL: | | | | 52,660.24 | | |