# EXHIBIT "A"

{698.001-W0016209.}

## EXHIBIT "A" – SUMMARY SHEET

July 1, 2011 through and including July 31, 2011

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $690.00 | 8.80 | $6,072.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $610.00 | 50.80 | $30,988.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $610.00 | 27.30 | $16,653.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $475.00 | 38.30 | $18,192.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $425.00 | 18.30 | $7,777.50 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $385.00 | 69.40 | $26,719.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $295.00 | 30.70 | $9,056.50 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $295.00 | 8.50 | $2,507.50 |
| Frances A. Panchak | Paralegal | N/A | $225.00 | 61.10 | $13,747.50 |
| Linda M. Rogers | Paralegal | N/A | $200.00 | 65.50 | $13,100.00 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Cathy A. Adams | Paralegal | N/A | $200.00 | 4.10 | $820.00 |
| Anthony C. Dellose | Paralegal | N/A | $190.00 | 7.80 | $1,482.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 7.80 | $975.00 |
| | | | Total | 398.4 | $148,090.50 |

**Blended Rate: $371.71**

{698.001-W0016209.}