# EXHIBIT "C"

August 25, 2011
Account No: 698-001
Statement No: 14064

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Postage | 9.96 |
| Copying | 266.70 |
| Courier Fees | 32.50 |
| Online research | 11.01 |
| Outside Duplication Services | 8,122.17 |
| Electronic Filing - PACER | 40.96 |
| Court Reporter fees | 399.05 |
| Client meals | 110.00 |
| Conference Call Service | 210.00 |
| Professional Consultant Fees | 46.00 |
| **Total Expenses Thru 07/31/2011** | **$9,248.35** |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 07/01/2011 | AGL | U | B100 | E102 | | 940.95 Outside printing Digital Legal, LLC - Invoice 58827 | 181 |
| 698.001 | 07/01/2011 | AGL | U | B100 | E101 | 0.100 | 0.80 Copying | 183 |
| 698.001 | 07/01/2011 | AGL | U | B100 | E101 | 0.100 | 10.20 Copying | 186 |
| Subtotal for Transaction Date 07/01/2011 | | | | | Billable | 951.95 | | |
| 698.001 | 07/05/2011 | AGL | U | B100 | E101 | 0.100 | 2.60 Copying | 183 |
| 698.001 | 07/05/2011 | AGL | U | B100 | E101 | 0.100 | 12.70 Copying | 187 |
| Subtotal for Transaction Date 07/05/2011 | | | | | Billable | 15.30 | | |
| 698.001 | 07/06/2011 | AGL | U | B100 | E101 | 0.100 | 0.20 Copying | 183 |
| 698.001 | 07/06/2011 | AGL | U | B100 | E101 | 0.100 | 1.10 Copying | 187 |
| Subtotal for Transaction Date 07/06/2011 | | | | | Billable | 1.30 | | |
| 698.001 | 07/07/2011 | AGL | U | B100 | E101 | 0.100 | 0.20 Copying | 183 |
| 698.001 | 07/07/2011 | AGL | U | B100 | E101 | 0.100 | 0.50 Copying | 187 |
| Subtotal for Transaction Date 07/07/2011 | | | | | Billable | 0.70 | | |
| 698.001 | 07/08/2011 | AGL | U | B100 | E102 | | 1,353.03 Outside printing Digital Legal, LLC - Invoice 58922 | 182 |
| 698.001 | 07/08/2011 | AGL | U | B100 | E101 | 0.100 | 0.20 Copying | 183 |
| 698.001 | 07/08/2011 | AGL | U | B100 | E101 | 0.100 | 7.60 Copying | 187 |
| Subtotal for Transaction Date 07/08/2011 | | | | | Billable | 1,360.83 | | |
| 698.001 | 07/11/2011 | AGL | U | B100 | E101 | 0.100 | 0.40 Copying | 183 |
| 698.001 | 07/11/2011 | AGL | U | B100 | E101 | 0.100 | 6.00 Copying | 187 |
| Subtotal for Transaction Date 07/11/2011 | | | | | Billable | 6.40 | | |
| 698.001 | 07/12/2011 | AGL | U | B100 | E101 | 0.100 | 4.40 Copying | 181 |
| 698.001 | 07/12/2011 | AGL | U | B100 | E101 | 0.100 | 0.30 Copying | 183 |
| 698.001 | 07/12/2011 | AGL | U | B100 | E101 | 0.100 | 0.90 Copying | 187 |
| Subtotal for Transaction Date 07/12/2011 | | | | | Billable | 5.60 | | |
| 698.001 | 07/13/2011 | AGL | U | B100 | E101 | 0.100 | 0.10 Copying | 183 |
| 698.001 | 07/13/2011 | AGL | U | B100 | E101 | 0.100 | 4.00 Copying | 187 |
| Subtotal for Transaction Date 07/13/2011 | | | | | Billable | 4.10 | | |
| 698.001 | 07/14/2011 | AGL | U | B100 | E101 | 0.100 | 0.10 Copying | 183 |
| 698.001 | 07/14/2011 | AGL | U | B100 | E101 | 0.100 | 0.80 Copying | 187 |
| 698.001 | 07/14/2011 | AGL | U | B100 | E226 | | 180.00 Litigation support vendors - CourtCall ID 4341672, 4341728, 4341821, 4341746, 4341814, 4343133 | 188 |
| Subtotal for Transaction Date 07/14/2011 | | | | | Billable | 180.90 | | |
| 698.001 | 07/15/2011 | AGL | U | B100 | E217 | | 190.45 Court Reporter fee Diaz Data Services - Invoice 8065 | 18 |
| 698.001 | 07/15/2011 | AGL | U | B100 | E216 | | 6.50 Courier Fees Digital Legal, LLC - Invoice 41488 | 18 |
| 698.001 | 07/15/2011 | AGL | U | B100 | E102 | | 2,644.48 Outside printing Digital Legal, LLC - Invoice 59006 | 18 |
| 698.001 | 07/15/2011 | AGL | U | B100 | E102 | | 2,042.26 Outside printing Digital Legal, LLC - Invoice 59009 | 18 |
| 698.001 | 07/15/2011 | AGL | U | B100 | E102 | | 93.15 Outside printing Digital Legal, LLC - Invoice 59027 | 18 |
| 698.001 | 07/15/2011 | AGL | U | B100 | E101 | 0.100 | 0.70 Copying | 18 |
| 698.001 | 07/15/2011 | AGL | U | B100 | E108 | | 5.04 Postage | 18 |
| 698.001 | 07/15/2011 | AGL | U | B100 | E108 | | 0.88 Postage | 18 |
| 698.001 | 07/15/2011 | AGL | U | B100 | E101 | 0.100 | 21.00 Copying | 18 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref |
|---|---|---|---|---|---|---|---|---|

Client ID 698.001 Official Committee of Unsecured Creditors

| | Subtotal for Transaction Date 07/15/2011 | | | | Billable | 5,004.46 | | |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 07/18/2011 | AGL | U | B100 E101 | 0.100 | 1.20 | Copying | 184 |
| 698.001 | 07/18/2011 | AGL | U | B100 E101 | 0.100 | 27.70 | Copying | 187 |
| | Subtotal for Transaction Date 07/18/2011 | | | | Billable | 28.90 | | |
| 698.001 | 07/19/2011 | AGL | U | B100 E101 | 0.100 | 0.60 | Copying | 184 |
| 698.001 | 07/19/2011 | AGL | U | B100 E101 | 0.100 | 16.60 | Copying | 188 |
| | Subtotal for Transaction Date 07/19/2011 | | | | Billable | 17.20 | | |
| 698.001 | 07/20/2011 | AGL | U | B100 E101 | 0.100 | 0.40 | Copying | 184 |
| 698.001 | 07/20/2011 | AGL | U | B100 E102 | | 49.10 | Outside printing Digital Legal, LLC - Invoice 59078 | 185 |
| 698.001 | 07/20/2011 | AGL | U | B100 E101 | 0.100 | 13.60 | Copying | 188 |
| | Subtotal for Transaction Date 07/20/2011 | | | | Billable | 63.10 | | |
| 698.001 | 07/21/2011 | AGL | U | B100 E101 | 0.100 | 0.40 | Copying | 184 |
| 698.001 | 07/21/2011 | AGL | U | B100 E102 | | 599.29 | Outside printing Digital Legal, LLC - Invoice 59089 | 185 |
| 698.001 | 07/21/2011 | AGL | U | B100 E102 | | 43.94 | Outside printing Digital Legal, LLC - Invoice 59095 | 185 |
| 698.001 | 07/21/2011 | AGL | U | B100 E101 | 0.100 | 14.00 | Copying | 188 |
| | Subtotal for Transaction Date 07/21/2011 | | | | Billable | 657.63 | | |
| 698.001 | 07/22/2011 | AGL | U | B100 E101 | 0.100 | 0.20 | Copying | 184 |
| 698.001 | 07/22/2011 | AGL | U | B100 E101 | 0.100 | 2.90 | Copying | 188 |
| | Subtotal for Transaction Date 07/22/2011 | | | | Billable | 3.10 | | |
| 698.001 | 07/25/2011 | AGL | U | B100 E101 | 0.100 | 0.80 | Copying | 184 |
| 698.001 | 07/25/2011 | AGL | U | B100 E102 | | 172.22 | Outside printing Digital Legal, LLC - Invoice 59118 | 185 |
| 698.001 | 07/25/2011 | AGL | U | B100 E107 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 41697 | 185 |
| 698.001 | 07/25/2011 | AGL | U | B100 E101 | 0.100 | 24.30 | Copying | 188 |
| | Subtotal for Transaction Date 07/25/2011 | | | | Billable | 203.82 | | |
| 698.001 | 07/26/2011 | AGL | U | B100 E101 | 0.100 | 2.20 | Copying | 184 |
| 698.001 | 07/26/2011 | AGL | U | B100 E217 | | 208.60 | Court Reporter fee Diaz Data Services - Invoice 8107 | 18 |
| 698.001 | 07/26/2011 | AGL | U | B100 E107 | | 13.00 | Courier Fees Digital Legal, LLC - Invoice 41697 | 18 |
| 698.001 | 07/26/2011 | AGL | U | B100 E111 | | 110.00 | Meals Lunch for 6 (LRC (3), Chadbourne (1) Zuckerman (2)) - Sugarfoot Fine Food Invoice 446552/446710 | 18 |
| 698.001 | 07/26/2011 | AGL | U | B100 E101 | 0.100 | 50.70 | Copying | 18 |
| 698.001 | 07/26/2011 | AGL | U | B100 E226 | | 30.00 | Conference Call Service - CourtCall ID 4358853 | 18 |
| 698.001 | 07/26/2011 | AGL | U | B100 E118 | | 46.00 | Litigation support Westlaw research - Invoice 823282456 | 18 |
| | Subtotal for Transaction Date 07/26/2011 | | | | Billable | 460.50 | | |
| 698.001 | 07/27/2011 | AGL | U | B100 E101 | 0.100 | 0.30 | Copying | 18 |
| 698.001 | 07/27/2011 | AGL | U | B100 E108 | | 1.88 | Postage | 18 |
| 698.001 | 07/27/2011 | AGL | U | B100 E102 | | 78.04 | Outside printing Digital Legal, LLC - Invoice 59162 | 18 |
| 698.001 | 07/27/2011 | AGL | U | B100 E101 | 0.100 | 4.30 | Copying | 18 |
| | Subtotal for Transaction Date 07/27/2011 | | | | Billable | 84.52 | | |
| 698.001 | 07/28/2011 | AGL | U | B100 E101 | 0.100 | 0.30 | Copying | 18 |
| 698.001 | 07/28/2011 | AGL | U | B100 E108 | | 2.16 | Postage | 18 |
| 698.001 | 07/28/2011 | AGL | U | B100 E102 | | 105.71 | Outside printing Digital Legal, LLC - | 18 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | Invoice 59168 | |
| 698.001 | 07/28/2011 | AGL | U | B100 E101 | 0.100 | 21.90 | Copying | 1887 |
| Subtotal for Transaction Date 07/28/2011 | | | | | Billable | 130.07 | | |
| 698.001 | 07/29/2011 | AGL | U | B100 E101 | 0.100 | 0.60 | Copying | 1849 |
| 698.001 | 07/29/2011 | AGL | U | B100 E107 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 41697 | 1861 |
| 698.001 | 07/29/2011 | AGL | U | B100 E101 | 0.100 | 8.90 | Copying | 1888 |
| Subtotal for Transaction Date 07/29/2011 | | | | | Billable | 16.00 | | |
| 698.001 | 07/31/2011 | AGL | U | B100 E106 | | 11.01 | Online research LexisNexis - Invoice 1107143517 | 1863 |
| 698.001 | 07/31/2011 | AGL | U | B100 E208 | | 40.96 | Electronic Filing PACER | 1864 |
| Subtotal for Transaction Date 07/31/2011 | | | | | Billable | 51.97 | | |
| Total for Client ID 698.001 | | | | | Billable | 9,248.35 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

| | GRAND TOTALS | |
|---|---|---|
| | Billable | 9,248.35 |