# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141KJC

**COURTROOM LOCATION:** 5
**DATE:** August 25, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Brady | Young Conaway | Oaktree/Angelo Gordon |
| Paul Sloan | Richards Layton & Finger | JP Morgan |
| R. Stephen McNeill | Potter Anderson & Corroon | Merrill Lynch |
| Dan Rath | Landis Rath & Cobb | Creditors Committee |
| David Leman | Chadbourne & Parke | " |
| James Sottile | Zuckerman Spaeder | " |
| Kris Hansen | Sidley Austin | " |
| Kate Stickles | Cole Schotz | " |
| Don Liebentritt | Tribune Co | " |
| Abid Qureshi | Akin Gump | Aurelius Capital |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 08/25/2011
Calendar Time: 02:30 PM ET

Amended Calendar 08/25/2011 08:03 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4212746 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4415772 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4415775 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4416062 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4416351 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4416465 | Donald R. Blast | (312) 235-3301 | True Partners Consulting | Interested Party, True Partners Consulting / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4213696 | Joseph T. Boccassini | 973-639-6935 | McCarter & English | Creditor, Deutsche Bank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4416103 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4415794 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4415805 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4416137 | Edward Cerasia II | 212-218-5611 | Seyfarth Shaw, LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4417213 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4416380 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4415742 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4420060 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4416055 | Maureen A. Dombeck | (773) 871-5755 | Maureen A. Dombeck - In Pro Per/Pro | Plaintiff(s), Maureen Dombeck / LIVE |

CourtConfCal2009

Peggy Drasal                                         Page 2 of 7

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4415234 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, Former Directors & Officers / LIVE |
| Tribune Company | 08-13141 | Hearing | 4418789 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4417309 | Laura J. Eisele | (248) 204-0675 | AlixPartners, LLC (ALL OFFICES) | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4416431 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4418240 | Patrick Fleming | (212) 309-6614 | Morgan Lewis & Bockius | Interested Party, GreatBanc Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4208794 | Joseph Frank | 312-276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4417324 | Matthew Frank | (312) 371-9955 | Alvarez & Marsal LLC | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4418339 | Joshua A Gadharf | (312) 902-5208 | Katten Muchin Rosenman LLP | Interested Party, Katten & Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4415801 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4415256 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4208835 | Reed Heiligman | (312) 276-1400 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4417320 | Alan D. Holtz | 312-551-3268 | AlixPartners, LLC (ALL OFFICES) | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4417455 | James O. Johnston | 213-621-6030 | Dewey & LeBoeuf LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 4417251 | Arthur Kavalis | (212) 667-2370 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4416369 | Candice Kline | 312-853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4416359 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4416344 | Kevin Lantry | 213-896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4415748 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4417343 | Albert Leung | (212) 490-2500 | AlixPartners, LLC (ALL OFFICES) | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4416422 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4254031 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4416396 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4415762 | Lynne Marek | (312) 649-5328 | Crain's Chicago Business | Other Prof., Crain's Chicago Business / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tribune Company | 08-13141 | Hearing | 4415765 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4416404 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4416388 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4417591 | Elliot Moskowitz | (212) 450-4241 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank NA / LIVE |
| Tribune Company | 08-13141 | Hearing | 4416413 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4414799 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4419421 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4417034 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4415774 | Jane Parver | 212-836-8510 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4415759 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4419987 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4254018 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4415737 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4416494 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4417349 | Sandhya Sistla | (212) 883-3832 | Moelis & Company | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4415790 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4417302 | Alan Stone | 212-530-8978 | Milbank, Tweed, Hadley & McCloy | Creditor, Amalgamated Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4415334 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities, LLC LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4208556 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4362830 | John W. Weiss | (212) 210-9412 | Alston & Bird, LLP | Interested Party, Ernst & Young LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4416437 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4417332 | Sam Yospe | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4414103 | Roland Young | (212) 492-4327 | Deloitte & Touche, LLP | Interested Party, Deloitte / LIVE |