# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Tribune Company |
| **Case Number:** | 08-13141-KJC    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 25, 2011 02:30 PM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | AL LUGANO |

### Matters:

1) Omnibus  (Time Changed by Court from 1 p.m. to 2:30 p.m.)
   **R / M #:**    0 / 0

2) Fees
   **R / M #:**    0 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

Agenda Item
#1 through 8 - Continued
#9, 10 - Orders Entered
#11- Order Due
#12 - Order Signed
#13 - Order Entered