# EXHIBIT A

**Tribune Co.** 
Time Log

Moelis & Company
**Summary of Hours Worked**
**July 1, 2011 - July 31, 2011**

| **Name** | **Position** | **Hours Worked** |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 7.5 |
| Ashish Ajmera | Vice President | 13.0 |
| Jens Olson | Associate | 11.5 |
| Sandhya Sistla | Analyst | 21.0 |
| | **Total Moelis Team Hours** | **53.0** |

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 7.5 |
| Ashish Ajmera | Vice President | 13.0 |
| Jens Olson | Associate | 11.5 |
| Sandhya Sistla | Analyst | 21.0 |
| **Total** | | **53.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 7/5/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 7/5/2011 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 7/5/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Ashish Ajmera | 7/11/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 7/11/2011 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 7/11/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 7/14/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 7/14/2011 | 1.0 | Weekly UCC Advisor Call |
| Jens Olson | 7/14/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 7/14/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 7/18/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Jens Olson | 7/18/2011 | 2.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 7/18/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 7/19/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Ashish Ajmera | 7/19/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Jens Olson | 7/19/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Sandhya Sistla | 7/19/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Zul Jamal | 7/21/2011 | 2.0 | Review of Mercer & Alix Partners MIP reports |
| Ashish Ajmera | 7/21/2011 | 2.0 | Review of Mercer & Alix Partners MIP reports |
| Jens Olson | 7/21/2011 | 2.0 | Review of Mercer & Alix Partners MIP reports |
| Sandhya Sistla | 7/21/2011 | 2.0 | Review of Mercer & Alix Partners MIP reports |
| Zul Jamal | 7/21/2011 | 1.0 | UCC Meeting |
| Ashish Ajmera | 7/21/2011 | 1.0 | UCC Meeting |
| Jens Olson | 7/21/2011 | 1.0 | UCC Meeting |
| Sandhya Sistla | 7/21/2011 | 1.0 | UCC Meeting |
| Ashish Ajmera | 7/25/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 7/25/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 7/27/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 7/27/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 7/27/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 7/28/2011 | 1.5 | UCC Meeting |
| Sandhya Sistla | 7/28/2011 | 1.5 | UCC Meeting |
| Zul Jamal | 7/29/2011 | 1.0 | Review of AlixPartners addendum to MIP report |
| Ashish Ajmera | 7/29/2011 | 1.0 | Review of AlixPartners addendum to MIP report |
| Sandhya Sistla | 7/29/2011 | 1.0 | Review of AlixPartners addendum to MIP report |
| | **Total** | **53.0** | |