# EXHIBIT B

# Tribune Co.

Moelis & Company - July 2011 Expense Summary

|  | July 2011 |
|---|---:|
| Airfare | $ - |
| Lodging | - |
| Travel / Overtime / Weekend meals | - |
| Taxi / Transportation / Parking | - |
| Telephone | - |
| Presentations | - |
| Other | 47,725.59 |
| **Total** | **$ 47,725.59** |

**Tribune Co.**
Moelis & Company - July 2011 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **OTHER** | | | | | | |
| | 12/10/2010 | LEGAL | DLA Piper Legal Services - Invoice #2523730 | Various | $4,010.00 | $4,010.00 |
| | 8/3/2011 | LEGAL | DLA Piper Legal Services - Invoice #2472258 | Various | 43,715.59 | 43,715.59 |
| | | | | **Total Requested** | | **$47,725.59** |
| | | | | **Month Total** | **$** | **47,725.59** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
   - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location