## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket No. 9690** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On August 23, 2011, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on August 25, 2011 at 1:00 p.m. before the Honorable Kevin J. Carey," dated August 23, 2011 [Docket No. 9690], by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii.    enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit B,

    iii.    delivered via electronic mail to those parties listed on the annexed Exhibit C, and

    iv.    delivered via facsimile those parties listed on the annexed Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
25th day of August, 2011

Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

-2-

**EXHIBIT A**

**TRB AGENDA 8-23-11**
Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

**TRB AGENDA 8-23-11**
Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AGENDA 8-23-11**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 8-23-11**
Mr. Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AGENDA 8-23-11**
Stephen K. Gallagher. Esq.
Kristen E. Burgers, Esq.
Venable LLP
8010 towers Crescent Drive, Suite 300
Vienna, VA 22182

**TRB AGENDA 8-23-11**
Mr Herbert E. Eye
HC 72 Box 36
Franklin, WV 26807

**TRB – AGENDA – 8-23-11**

WILMINGTON TRUST COMPANY
ATTN: PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890

**TRB – AGENDA – 8-23-11**

ADAM HILLER, ESQUIRE
HILLER & ARBAN, LLC
1500 NORTH FRENCH STREET, 2ND FLOOR
WILMINGTON, DE 19801

**TRB – AGENDA – 8-23-11**

ROBERT J. STARK, ESQUIRE
MARTIN S. SIEGEL, ESQUIRE
GORDON Z. NOVOD, ESQUIRE
KATHERINE S. BROMBERG, ESQUIRE
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY  10036

**TRB – AGENDA – 8-23-11**

MICHAEL D. PALMER, ESQUIRE
CHARLES JOSEPH, ESQUIRE
JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP
757 THIRD AVENUE, 25TH FLOOR
NEW YORK, NY  10017

**TRB – AGENDA – 8-23-11**

JOY L. MONAHAN, ESQUIRE
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-1229

**TRB – AGENDA – 8-23-11**

JEREMY SHERMAN, ESQUIRE
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL  60603-5577
ASHBY & GEDDES, P.A.
500 DELAWARE AVENUE, 8TH FLOOR
PO BOX 1150
WILMINGTON, DE 19899

**TRB – AGENDA – 8-23-11**

STEPHEN J. SHIMSHAK, ESQUIRE
ANDREW GORDON, ESQUIRE
PAUL, WEISS, RIFKIND,WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

**TRB – AGENDA – 8-23-11**

BRIAN TRUST, ESQUIRE
AMIT K. TREHAN, ESQUIRE
BARBARA YAN, ESQUIRE
MAYER BROWN LLP
1675 BROADWAY
NEW YORK, NY  10019-5820

**TRB – AGENDA – 8-23-11**

IAN CONNOR BIFFERATO, ESQUIRE
THOMAS F. DRISCOLL, III, ESQUIRE
KEVIN G. COLLINS, ESQUIRE
J. ZACHARY HAUPT, ESQUIRE
BIFFERATO LLC
800 N. KING STREET, FIRST FLOOR
WILMINGTON, DE 19801

**EXHIBIT B**

**TRB – AGENDA – 8-23-11**

Ms. Maureen Dombeck
4923 N. Wolcott, Unit GA
Chicago, IL 60640

**EXHIBIT C**

**TRIBUNE COMPANY**
EMAIL SERVICE LIST

maureendombeck@yahoo.com
mvbbvb@comcast.net
chriseyec@aol.com
stevewalkergolf@gmail.com
skgallagher@venable.com
keburgers@venable.com
david.klauder@usdoj.gov
collins@rlf.comstearn@rlf.com
lsilverstein@potteranderson.com
khill@svglaw.com
wmk@elliottgreenleaf.com
wmk@elliottgreenleaf.com
rosner@teamrosner.com
leonhardt@teamrosner.com
skaufman@coochtaylor.com
mfelger@cozen.com
jfiorella@archerlaw.com
cbrown@archerlaw.com
strattond@pepperlaw.com
raportl@pepperlaw.com
schannej@pepperlaw.com
cbifferato@bifferato.com
tdriscoll@bifferato.com
kcollins@bifferato.com
jhaupt@bifferato.com
mlastowski@duanemorris.com
slross@duanemorris.com
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
kskomrucha@ashby-geddes.com
rwriley@duanemorris.com
slross@duanemorris.com
whazeltine@sha-llc.com
bsullivan@sha-llc.com
zallinson@sha-llc.com
chowc@ballardspahr.com
heilmanl@ballardspahr.com
cconnolly@morganlewis.com
myurkewicz@klehr.com
jcp@pgslaw.com
jhuggett@margolisedelstein.com
ams@saccullolegal.com
kovach@saccullolegal.com
hseife@chadbourne.com
dlemay@chadbourne.com
mprimoff@kayescholer.com
fhyman@mayerbrown.com
atrehan@mayerbrown.com
byan@mayerbrown.com
rstark@brownrudnick.com

msiegel@brownrudnick.com
msenter@lermansenter.com
sbuckman@lermansenter.com
efriedman@fklaw.com
wweintraub@fklaw.com
drosner@kasowitz.com
aglenn@kasowitz.com
dadler@mccarter.com
sshimshak@paulweiss.com
agordon@paulweiss.com
dbrown@paulweiss.com l
shumejda@paulweiss.com
smcphail@paulweiss.com
etrybantelser@cityofchicago.org
ronald.rowland@rmsna.com
dbradford@jenner.com
csteege@jenner.com
jmcmanus@seyfarth.com

**EXHIBIT D**

# TRIBUNE COMPANY
FAX LIST

| Name | Fax |
|---|---|
| Office of the United States Trustee  Attn: David M Klauder | 302-573-6497 |
| Landis Rath & Cobb LLP  Attn: Adam G Landis | 302-467-4450 |
| Landis Rath & Cobb LLP  Attn: Matthew B McGuire | 302-467-4450 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-651-7701 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-651-7701 |
| U. S. Attorney's Office  Attn: Ellen W Slights | 302-573-6431 |
| DLA Piper LLP (US)  Attn: Stuart M Brown | 302-394-2341 |
| DLA Piper LLP (US)  Attn: R.Craig Martin | 302-394-2341 |
| DLA Piper LLP (US)  Attn: Michelle E. Marino | 302-394-2341 |
| Potter Anderson & Corroon LLP  Attn: Laurie Silverstein | 302-658-1192 |
| McCarter & English, LLP  Attn: Katherine L Mayer | 302-984-6399 |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Seitz, van Ogtrop & Green, P.A.  Attn: R Karl Hill | 302-888-0606 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-656-3714 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-384-9399 |
| The Rosner Law Group LLC  Attn: Frederick B Rosner | 302-351-8010 |
| The Rosner Law Group LLC  Attn: Scott J Leonhardt | 302-351-8010 |
| Cooch and Taylor, P.A.  Attn: Susan E Kaufman | 302-984-3939 |
| Cross & Simon, LLC  Attn: Christopher P Simon | 302-777-4224 |
| Cross & Simon, LLC  Attn: Joseph Grey | 302-777-4224 |
| Cozen O'Connor  Attn: Mark E Felger | 302-295-2013 |
| Archer & Greiner, P.C.  Attn: John V Fiorella | 302-777-4352 |
| Archer & Greiner, P.C.  Attn: Charles J Brown | 302-777-4352 |
| Brown Stone Nimeroff LLC  Attn: Jami B Nimeroff | 302-351-2744 |
| Pepper Hamilton LLP  Attn: David B Stratton | 302-421-8390 |
| Pepper Hamilton LLP  Attn: John H Schanne II | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC  Attn: Margaret F England | 302-425-0432 |
| Eckert, Seamans, Cherin & Mellott, LLC  Attn: Margaret F England | 302-984-3939 |
| Monzack Mersky McLaughlin & Browder, P.A.  Attn: Rachel B Mersky | 302-656-2769 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Hiller & Arban, LLC  Attn: Adam Hiller | 302-442-7045 |
| Bifferato LLC  Attn: Ian Connor Bifferato | 302-254-5383 |
| Bifferato LLC  Attn: Kevin G Collins | 302-254-5383 |
| Bifferato LLC  Attn: Thomas F Driscoll | 302-254-5383 |
| Bifferato LLC  Attn: J Zachary Haupt | 302-254-5383 |
| Duane Morris LLP  Attn: Michael R Lastowski | 302-657-4901 |
| Duane Morris LLP  Attn: Sommer L Ross | 302-657-4901 |
| Ashby & Geddes, P.A.  Attn: William Bowden | 302-654-2067 |

**TRIBUNE COMPANY**
FAX LIST

| | |
|---|---|
| Ashby & Geddes, P.A.  Attn: Amanda M Winfree | 302-654-2067 |
| Ashby & Geddes, P.A.  Attn: Karen B Skomorucha | 302-654-2067 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Laura Davis Jones | 302-652-4400 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Timothy P Cairns | 302-652-4400 |
| Young Conaway Stargatt & Taylor, LLP  Attn: Robert S Brady | 302-571-1253 |
| Young Conaway Stargatt & Taylor, LLP  Attn: M Blake Cleary | 302-571-1253 |
| Barnes & Thornburg LLP  Attn: David M Powlen | 317-231-7433 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Joseph L Christensen | 302-655-4420 |
| Fox Rothschild LLP  Attn: Jeffrey M Schlerf | 302-656-8920 |
| Fox Rothschild LLP  Attn: John H Strock | 302-656-8920 |
| Greenberg Traurig, LLP  Attn: Dennis A Meloro | 302-661-7360 |
| Bifferato Gentilotti LLC  Attn: Garvan F McDaniel | 302-429-8600 |
| Blank Rome LLP  Attn: David W Carickhoff | 302-425-6464 |
| Duane Morris LLP  Attn: Richard W Riley | 302-657-4901 |
| Sullivan Hazeltine Allinson LLC  Attn: William Hazeltine | 302-428-8195 |
| Sullivan Hazeltine Allinson LLC  Attn: William D Sullivan | 302-428-8195 |
| Sullivan Hazeltine Allinson LLC  Attn: Elihu E Allinson III | 302-428-8195 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott | 302-658-3989 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Curtis S Miller | 302-658-3989 |
| Ballard Spahr LLP  Attn: Christopher S Chow | 302-252-4466 |
| Ballard Spahr LLP  Attn: Leslie C Heilman | 302-252-4466 |
| Duane Morris LLP  Attn: Lawrence J Kotler | 302-657-4901 |
| Morgan, Lewis & Bockius LLP  Attn: Colm F Connolly | 302-574-3001 |
| Klehr Harrison Harvey Branzburg LLP  Attn: Michael W Yurkewicz | 302-426-9193 |
| Eckert Seamans Cherin & Mellott, LLC  Attn: Tara L Lattomus | 302-425-0432 |
| Loizides, P.A.  Attn: Christopher D Loizides | 302-654-0728 |
| Bayard, P.A.  Attn: Justin R Alberto | 302-658-6395 |
| Polsinelli Shughart PC  Attn: Christopher A Ward | 302-252-0921 |
| Tybout Redfearn and Pell  Attn: Sherry Ruggiero Fallon | 302-658-4018 |
| Phillips, Goldman & Spence, P.A.  Attn: John C Phillips | 302-655-4210 |
| Silverman McDonald & Friedman  Attn: Brian E Lutness | 302-888-2923 |
| Margolis Edelstein  Attn: James E Huggett | 302-888-1119 |
| A.M. Sacculo Legal, LLC  Attn: Anthony M Sacculo | 302-836-8787 |
| A.M. Sacculo Legal, LLC  Attn: Thomas H Kovach | 302-836-8787 |
| Ciardi Ciardi & Astin  Attn: Daniel K Astin | 302-658-1300 |
| Ciardi Ciardi & Astin  Attn: John D McLaughlin | 302-658-1300 |
| Sidley Austin LLP  Attn: James F Conlan | 312-853-7036 |
| Sidley Austin LLP  Attn:  Bryan Krakauer | 312-853-7036 |
| Sidley Austin LLP  Attn: Kevin T Lantry | 213-896-6600 |
| Chadbourne & Parke LLP  Attn: Howard Seife | 212-541-5369 |
| Chadbourne & Parke LLP  Attn: David M LeMay | 212-541-5369 |

**TRIBUNE COMPANY**
FAX LIST

| | |
|---|---|
| Chadbourne & Parke LLP  Attn: Douglas E Deutsche | 212-541-5369 |
| Zuckerman Spaeder LLP  Attn: Graeme W Bush | 202-822-8106 |
| Zuckerman Spaeder LLP  Attn: James  Sottile | 202-822-8106 |
| Davis Polk & Wardwell  Attn: Dennis E Glazer | 212-607-7999 |
| Davis Polk & Wardwell  Attn: Elliot Moskowitz | 212-607-7999 |
| Davis Polk & Wardwell  Attn: Michael Russano | 212-607-7999 |
| Kaye Scholer LLP  Attn: Madlyn Gleich Primoff | 212-836-6525 |
| Kaye Scholer LLP  Attn: Jane W Parver | 212-836-6525 |
| Kaye Scholer LLP  Attn: Joseph W Drayton | 212-836-6525 |
| Mayer Brown LLP  Attn: Frederick D Hyman | 212-262-1910 |
| Mayer Brown LLP  Attn: Brian Trust | 212-262-1910 |
| Mayer Brown LLP  Attn: Amit K Trehan | 212-262-1910 |
| Mayer Brown LLP  Attn: Barbara Yan | 212-262-1910 |
| Brown Rudnick LLP  Attn: Robert J Stark | 212-209-4801 |
| Brown Rudnick LLP  Attn: Martin S Siegel | 212-209-4801 |
| Brown Rudnick LLP  Attn: Gordon Z Novod | 212-209-4801 |
| Brown Rudnick LLP  Attn: Katherine S Bromberg | 212-209-4801 |
| Lerman Senter, PLLC  Attn: Meredith S Senter Jr | 202-429-4618 |
| Lerman Senter, PLLC  Attn: Sally A Buckman | 202-429-4618 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Daniel H Golden | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: David M Zensky | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Abid Qureshi | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Deborah J Newman | 212-872-1002 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: Edward A Friedman | 212-833-1250 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: William P Weintraub | 212-833-1250 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: David S Rosner | 212-506-1800 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: Andrew K Glenn | 212-506-1800 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: Sheron Korpus | 212-506-1800 |
| McCarter & English, LLP  Attn: David Adler | 212-609-6921 |
| Dewey & Leboeuf LLP  Attn: Bruce Bennett | 213-621-6100 |
| Dewey & Leboeuf LLP  Attn: James O Johnston | 213-621-6100 |
| Dewey & Leboeuf LLP  Attn: Joshua M Mester | 213-621-6100 |
| Wilmer Cutler Pickering Hale and Dorr LLP  Attn: Andrew Goldman | 212-230-8888 |
| Paul, Weiss, Rifkind,Wharton & Garrison LLP  Attn: Stephen J Shimshak | 212-757-3990 |
| Paul, Weiss, Rifkind,Wharton & Garrison LLP  Attn: Andrew Gorden | 212-492-0543 |
| O'Melveny & Myers LLP  Attn: Bradley Butwin | 212-326-2061 |
| O'Melveny & Myers LLP  Attn: Daniel S Shamah | 212-326-2061 |
| O'Melveny & Myers LLP  Attn: Evan M Jones | 213-430-6407 |
| Joseph, Herzfeld, Hester & Kirschenbaum LLP  Attn: Michael D Palmer | 212-688-2548 |
| Joseph, Herzfeld, Hester & Kirschenbaum LLP  Attn: Charles Joseph | 212-688-2548 |
| Littler Mendelson  Attn: David Warner | 212-832-2719 |

# TRIBUNE COMPANY
## FAX LIST

| | |
|---|---|
| Reed Smith LLP  Attn: Aaron N Chapin | 312-207-6400 |
| City of Chicago; Dept. of Law  Attn: Esther Tryban Telser | 312-744-6798 |
| City of Chicago; Dept. of Law  Attn: Esther Tryban Telser | 312-744-3832 |
| United States Debt Recovery III LP  Attn: Nathan E Jones | 775-832-5085 |
| Wildman, Harrold, Allen & Dixon LLP  Attn: Joy L Monahan | 312-416-4823 |
| Receivable Management Services Corporation  Attn: Ronald L Rowland | 410-242-4218 |
| Jenner & Block LLP  Attn: David J Bradford | 312-527-0484 |
| Jenner & Block LLP  Attn: Catherine L Steege | 312-527-0484 |
| Jenner & Block LLP  Attn: Andrew W Vail | 312-527-0484 |
| PricewaterhouseCoopers LLP  Attn: Shonda M Finseth | 813-637-4271 |
| PricewaterhouseCoopers LLP  Attn: William T England | 813-637-4271 |
| Sidley Austin LLP  Attn: Kenneth P Kansa | 312-853-7036 |
| Sidley Austin LLP  Attn: Jillian K Ludwig | 312-853-7036 |
| Alvarez & Marsal North America LLC  Attn: Brian Whittman | 312-803-1875 |
| Alvarez & Marsal North America LLC  Attn: Matthew Frank | 312-277-7562 |
| Burke, Warren, MacKay & Serritella, PC  Attn: Edward J Lesniak | 312-840-7900 |
| Daniel J. Edelman, Inc.  Attn: Jeffrey R Zilka | 312-240-2905 |
| Jenner & Block LLP   Attn: Landon S Raiford | 312-840-8763 |
| Lazard Frères & Co. LLC  Attn: Bradley Dunn | 212-332-1757 |
| McDermott Will & Emery  Attn: Jared Zajac | 212-547-5444 |
| Freeborn & Peters, LLP  Attn: Aaron L Hammer | 312-360-6995 |
| Paul Hastings LLP   Attn: Katie A Traxler | 213-627-0705 |
| Reed Smith LLP  Attn: J Cory Falgowski | 302-778-7575 |
| ALIXPARTNERS, LLP  Attn: Alan D. Holtz | 212-490-1344 |
| Moelis & Company LLC  Attn: Sandhya Sistla | 212-880-4260 |
| Moelis & Company LLC  Attn: Jens Olson | 212-880-4260 |
| Stuart Maue  Attn: Andrews Dalton | 314-291-6546 |
| Dow Lohnes PLLC  Attn: Christopher L Meazell | 770-730-6188 |
| Deloitte & Touche LLP   Attn: Sean Conroy | 312-247-3513 |
| Alston & Bird LLP   Attn: Leslie Salcedo | 212-210-9444 |
| Seyfarth Shaw LLP  Attn: Jennifer M McManus | 312-460-7360 |
| Seyfarth Shaw LLP  Attn: Jeremy Sherman | 312-460-4360 |
| Zuckerman Spaeder LLP  Attn: Virginia Whitehill Guldi | 302-427-8242 |