```
            IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF DELAWARE


IN RE:                      )   Case No. 08-13141(KJC)
                            )   (Jointly Administered)
                            )
TRIBUNE COMPANY, et al.,    )   Chapter 11
                            )   Courtroom 5
                            )   824 Market Street
          Debtors.          )   Wilmington, Delaware
                            )
                            )   August 25, 2011
                            )   2:30 p.m.


                 TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
            UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor:                 Sidley Austin, LLP
                            BY: KEN KANSA, ESQ.
                            One South Dearborn
                            Chicago, IL  60603
                            (312) 853-7000

                            Cole, Schotz, Meisel, Forman
                            & Leonard, P.A.
                            BY: KATE STICKLES, ESQ.
                            500 Delaware Avenue, Suite 410
                            Wilmington, DE  19801
                            (302) 652-3131

                            Tribune Company
                            BY:  DON LIEBENTRITT, ESQ.
                            435 North Michigan St.
                            Chicago, IL  60611
                            (312) 222-9100

ECRO:                       AL LUGANO

Transcription Service:      DIAZ DATA SERVICES
                            331 Schuylkill Street
                            Harrisburg, Pennsylvania 17110
                            (717) 233-6664
                            www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For JP Morgan:                          Richards Layton & Finger
                                        BY: DREW SLOAN, ESQ.
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, DE  19801
                                        (302) 651-7700

For Official Committee                  Landis, Rath & Cobb
of Unsecured Creditors:                  BY: DANIEL B. RATH, ESQ.
                                        919 Market Street, Suite 1800
                                        Wilmington, DE 19801
                                        (302) 467-4400

                                        Chadbourne & Parke, LLP
                                        BY: DAVID LEMAR, ESQ.
                                        30 Rockefeller Plaza
                                        New York, NY 10112
                                        (212) 408-5100

                                        Zuckerman Spaeder
                                        BY: JAMES SOTTILE, ESQ.
                                        1800 M Street, NW
                                        Suite 1000
                                        Washington, DC 20036
                                        (202) 778-1800

For Aurelius:                           Akin Gump Strauss Hauer & Feld
                                        BY: ABID QURESHI, ESQ.
                                        One Bryant Park
                                        New York, NY 10036
                                        (212) 872-1000

For Oaktree/Angelo Gordon:              Young Conaway Stargatt
                                        & Taylor
                                        BY: ROBERT BRADY, ESQ.
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, DE  19801
                                        (302) 571-6600

TELEPHONIC APPEARANCES:

For SuttonBrook Capital:                SuttonBrook Capital
                                        Management, LP
                                        BY: CAROL L. BALE, ESQ.
                                        (212) 588-6640

TELEPHONIC APPEARANCES:
(Continued)

For George Dougherty:          Grippo & Elden, LLC
                               BY: GEORGE DOUGHERTY, ESQ.
                               (312) 704-7700

For Official Committee of      Chadbourne & Park, LLP
Unsecured Creditors:           BY: MARC ASHLEY, ESQ.
                               (212)408-5194
                               BY: DOUGLAS DEUTSCH, ESQ.
                               (212) 408-5169
                               BY: HOWARD SEIFE, ESQ.
                               (212) 408-5361
                               BY: THOMAS MCCORMACK, ESQ.
                               (212) 408-8100
                               BY: MARC ROITMAN, ESQ.
                               (212) 408-5271

                               Zuckerman & Spaeder, LLP
                               BY: GRAEM BUSH, ESQ.
                               BY: ANDREW GOLDFARB, ESQ.
                               (202) 778-1800
                               BY: ANDREW CARIDAS, ESQ.
                               (202) 778-1855

                               Alix Partners, LLC
                               BY: ALAN D. HOLTZ, ESQ.
                               (312) 551-3268
                               BY: ALBERT LEUNG, ESQ.
                               (212) 490-2500

                               Moelis & Company
                               BY: SANDHYA SUSTIA, ESQ.
                               (212) 883-3832

For Bank of America:           Bank of America
                               BY: ESTHER CHUNG, ESQ.
                               (646) 855-6705

                               O'Melveny & Myers (New York)
                               BY:  DANIEL S. SHAMAH, ESQ.
                               (212) 326-2138

For Citigroup:                 Paul Weiss Rifkind Wharton
                               BY: SAM YOSPE, ESQ.

TELEPHONIC APPEARANCES:
(Continued)

For Tribune:                    Sidley Austin
                                BY: BRYAN KRAKAUER, ESQ.
                                (312)853-7515
                                BY: KEVIN LANTRY, ESQ.
                                (213) 896-6022
                                BY: CANDICE KLINE, ESQ.
                                (312) 853-7778
                                BY: JILLIAN LUDWIG, ESQ.
                                (312) 853-7523
                                BY: DAVID MILES, ESQ.
                                (202) 736-8556

                                Sidley Austin
                                BY: BRET MYRICK, ESQ.
                                (312) 853-1049
                                BY: THOMAS E. ROSS, ESQ.
                                (202) 736-8374
                                BY: JAMES BENDERNAGEL, ESQ.
                                (202) 736-8136
                                BY: GREG DEMO, ESQ.
                                (312) 853-7758
                                BY: KERRIANN MILLS, ESQ.
                                (312) 853-0035

                                Tribune Company
                                BY: GARY WEITMAN, ESQ.
                                (312) 222-3394
                                BY: DAVE ELDERSVELD, ESQ.
                                (312) 222-4707
                                BY: MICHAEL O'NEAL, ESQ.
                                (312) 222-3490

                                Alix Partners, LLC
                                BY: LAURA EISELE, ESQ.
                                (248) 204-0675

For Merrill Lynch:              Kaye Scholer, LLP
                                BY: JANE PARVER, ESQ.
                                (212) 836-8510
                                BY: JONATHAN AGUDELO, ESQ.
                                (212) 836-8360

For Nomura Securities:          Nomura Securities
                                BY: ARTHUR KAVALIS, ESQ.
                                (212) 667-2370

TELEPHONIC APPEARANCES:
(Continued)

For Wells Fargo:                White & Case
                                BY: SCOTT GREISSMAN, ESQ.
                                (212) 819-8567

For Arrowgrass Capital:         Arrowgrass Capital Services
                                BY: DAVID DUNN, ESQ.
                                (212) 584-5946

For Morgan Stanley:             Weil, Gotshal & Manges, LLP
                                BY: ANDREA SAAVEDRA, ESQ.
                                (212) 310-8544
                                BY: DAVID LITVACK, ESQ.
                                (212) 310-8361

For Employee Compensation       Frank Gecker, LLP
Group:                          BY: REED HELLIGMAN, ESQ.
                                (312) 276-1400
                                BY: JOSEPH FRANK, ESQ.
                                (312) 276-1400

For Deutsche Bank:              McCarter & English
                                BY: DAVID ADLER, ESQ.
                                (212) 609-6847
                                BY: JOSEPH BOCCASSINI, ESQ.
                                (973) 639-6935

For Dow Jones News Wires:       Dow Jones & Co.
                                BY: PEG BRICKLEY, ESQ.
                                (215) 462-0953

For Davidson & Kempner:         DK Partners
                                BY: EPHRAIM DIAMOND, ESQ.
                                (646) 282-5841

For Wilmington Trust:           Brown Rudnick, LLP
                                BY: GORDON NOVOD, ESQ.
                                (212) 209-4940

For EGI-TRB:                    Jenner & Block, LLP
                                BY: ANDREW VAIL, ESQ.
                                (312) 840-8688

For Great Banc Trust Co.:       Morgan Lewis & Brockius, LLP
                                BY: PATRICK FLEMING, ESQ.
                                (212) 309-6614

TELEPHONIC APPEARANCES:
(Continued)

For Credit Lenders:              Dewey & LeBoeuf, LLP
                                 BY: JAMES O. JOHNSTON, ESQ.
                                 (213) 621-6030

For Matthew Frank:               Alvarez & Marsal, LLC
                                 BY: MATTHEW FRANK, ESQ.
                                 (312) 371-9955

For Katten Munchen &             BY:  JOSHUA A. GADHARF, ESQ.
Rosenman, LLP:                   (312) 902-5208

For Crain's Chicago Business:    BY: LYNNE MAREK, ESQ.
                                 (312) 649-5328

For Amalgamated Bank:            Milbank Tweed Hadley & McCloy
                                 BY: ALAN STONE, ESQ.
                                 (212) 530-8978

For Miller Taback Roberts        BY: ANDREW M. THAU, ESQ.
Securities, LLC:                 (212) 692-8178

For Ernest & Young:              Alston & Bird, LLP
                                 BY: JOHN W. WEISS, ESQ.
                                 (212) 210-9412

For Deloitte & Touche, LLP:      BY: ROLAND YOUNG, ESQ.
                                 (212) 492-4327

For Maureen Dombeck:             BY:  MAUREEN DOMBECK
                                 (773) 871-5755

1

1    WILMINGTON, DELAWARE, THURSDAY, AUGUST 25, 2011, 2:31 P.M.

2                THE COURT:  Good afternoon, everyone.

3                ALL:  Good afternoon, Your Honor.

4                MR. KANSA:  Good afternoon, Your Honor.  Ken

5    Kansa of Sidley Austin on behalf of the debtors.

6                This is the matter of Tribune Company, 08-13141.

7    Your Honor, this is our monthly omnibus hearing and I'm

8    happy to take us through the agenda very briefly.  We only

9    have, I believe, two matters in total that are going forward

10   today.

11               To start with the agenda very briefly, Your

12   Honor, Items 1 through 8 are continued matters, all of which

13   will go to, I believe the September omnibus hearing.

14               We have three matters on which the Court has

15   already entered orders.  Those are agenda Items 9, the True

16   Partners Consulting application for compensation as an

17   ordinary course professional.  Item 10, the motion to

18   approve a settlement agreement, grant class certification,

19   and schedule a final fairness hearing.  And Item 13 which

20   are the fee applications for the fourth interim period.  We

21   thank the Court for entering all of those orders.

22               That leaves us with two items going forward,

23   Agenda Items 11 and 12, and I will address Item 11 very

24   briefly, which is the debtors' request for a status

25   conference with respect to the debtors' twenty-fourth

1  omnibus objection to claims as it relates to the claim of

2  Maureen Dombeck.

3          Your Honor, the debtors have requested a status

4  conference respecting this claim.  And I understand that Ms.

5  Dombeck is registered for Court Call, and we have confirmed

6  that she was at least intending to appear today, so I'll

7  pause and let the Court inquire if she is on the phone.

8          THE COURT:  I'll ask for the record, is Maureen

9  Dombeck on the phone?

10          MS. DOMBECK:  Yes, Honorable Judge, Maureen

11  Dombeck, pro se, from Chicago.

12          THE COURT:  Good afternoon.

13          MS. DOMBECK:  Good afternoon.

14          MR. KANSA:  Your Honor, the debtors have asked

15  for this conference given an impasse between the parties as

16  to how to proceed with the objection to Ms. Dombeck's claim.

17  The Court held an initial hearing on the debtors' objection

18  to Ms. Dombeck's claim on November 23 of 2010.  Stated

19  briefly, the debtors' objection to Ms. Dombeck's claim is a

20  no liability claim.  We believe that she has not satisfied

21  the standard under Section 502 of the Bankruptcy Code to

22  articulate a cognizable claim, let alone establish such a

23  claim through the articulation or demonstration of facts.

24          As the debtors have explained to Ms. Dombeck, her

25  papers in the debtors' view simply don't provide an

1    understanding to the debtors or to any parties as to why she

2    is entitled to a payment from the debtors.  At the November

3    23 hearing, Ms. Dombeck requested an evidentiary hearing

4    before the Court, and the Court directed that debtors'

5    counsel prepare a form of order setting out a discovery

6    timetable and setting a date for the evidentiary hearing.

7        The debtors transmitted a form of order embodying the

8    Court's ruling to Ms. Dombeck on December 10 of last year.

9    Ms. Dombeck rejected the debtors' order on December 17 in an

10   email that was copied to chambers, and advised that in her

11   view, discovery was moot and that she, herself, was the only

12   witness in respect of her claim.

13           In light of this view, the debtors have reached

14   out to Ms. Dombeck on numerous subsequent occasions to try

15   and schedule even an informal session with her and any

16   counsel she may retain to understand the basis for her claim

17   further and to try and figure out a way to proceed with

18   respect to this claim.  Ms. Dombeck has advised that she

19   will look only to this Court to schedule any further

20   proceedings with respect to her claim, although it appears

21   now that she does not intend to submit any evidence in

22   support of her claim.

23           Most recently, Ms. Dombeck sent a letter to Your

24   Honor's chambers, copy to debtors' counsel, on July 9 of

25   this year that purports, on its face, to be the evidence in

1    support of her claim.  However, the letter contained no

2    evidence in the debtors' view.  Instead, it contained a

3    lengthy list of grievances relating to Ms. Dombeck's

4    employment with Tribune Company.  And the debtors have

5    accordingly asked for this status conference to really

6    figure out the way forward given that we're back at square

7    one with respect to her claim.

8            If there is no evidence that Ms. Dombeck intends

9    to submit in support of her claim, the debtors are prepared

10   for the Court to rule on her claim, on the papers that have

11   been submitted, because we continue to believe that even

12   taking her most recent submissions, generously as pleadings

13   and being mindful of her pro se status, she has not

14   articulated a claim that rises over the 502 threshold for a

15   cognizable claim.

16           If on the other hand, Ms. Dombeck does wish to

17   proceed to an evidentiary hearing, we would ask the Court to

18   schedule that hearing and we are happy to talk through a

19   timetable with the Court, or otherwise, that would make

20   sense for Ms. Dombeck.  There are, if we go to an

21   evidentiary proceeding, there are, I believe supplemental

22   materials that the debtors would seek to introduce in

23   connection with the claim.

24           And with that, I will turn things over to the

25   Court for any questions, or to Ms. Dombeck.

1          THE COURT:  All right.  Ms. Dombeck, this is

2   Judge Carey.  Tell me what's going on here.

3          MS. DOMBECK:  Well, actually, Judge Carey, I felt

4   that my rendition that I wrote on Saturday, July 9, to

5   yourself and Jillian Ludwig and Ken Kansa was actually

6   evidence in regards to what I was looking for from Tribune.

7   I'm looking for justice and closure in regards to my missing

8   401(k).  And I did try to contact their human resources

9   department, I believe it was Mike Bergon [ph] and never got

10  any numbers in regards to what my 401(k) should have been at

11  the point of me leaving.  I never did receive any of the

12  benefit of the Cub's sale.  My money actually funded the

13  Zell deal.  I was not paid out until March of '08, when I

14  left in July of '07, as a forced buyout.

15          And I also -- I believe that the company spit on

16  and stepped on ERISA in regards to trying to protect the

17  retirees.  And it's not something that I feel -- and I feel

18  that what -- all the information that I wrote was evidence

19  in itself in regards to what Tribune did to the employees

20  and to the retirees.

21          THE COURT:  Okay.  Let me drill down a little bit

22  on that and ask --

23          MS. DOMBECK:  Sure.

24          THE COURT:  -- is it your request that the Court

25  make a decision on the claims of objection based upon that

1   which has already been submitted without additional hearing

2   or information?

3           MS. DOMBECK:  Well, I mean, what would you

4   suggest, Judge?  I know you had told me once before that I

5   could plead on, you know, on the Courts for help.  But I

6   just don't feel that you can refute evidence from over 4,000

7   people.

8           THE COURT:  Well what I suggested was that the

9   parties confer and enter into an order which dealt with

10  discovery and other scheduling matters.  And the debtor

11  informs me that you've declined to do so.

12          MS. DOMBECK:  Um-hum.

13          THE COURT:  But in the absence of that, in order

14  for the Court to determine whether the objection should be

15  sustained --

16          MS. DOMBECK:  Um-hum.

17          THE COURT:  -- I either, by agreement, might

18  consider it on the written submissions by the parties,

19  otherwise, I'll schedule an evidentiary hearing.  And as a

20  contested matter, the parties are entitled to take

21  discovery.  Whether you choose to do so is up to you, but

22  the debtor's entitled to it if it wishes to do so.

23          MS. DOMBECK:  Um-hum.

24          THE COURT:  And so -- and with respect to any

25  evidentiary hearing if you would intend to testify, you

1  would need to appear in person.  I do not hear testimony by

2  telephone.

3            MS. DOMBECK:  Okay.

4            THE COURT:  So --

5            MS. DOMBECK:  Well I just don't see how they --

6  how the defense could refute all these items that I listed

7  from all upstanding magazines and upstanding business papers

8  from the Chicago area because it's a --

9            THE COURT:  Well, Ms. Dombeck, I -- let me ask

10 you to pause for a minute --

11           MS. DOMBECK:  Sure.

12           THE COURT:  -- and tell you that as a policy

13 matter, and really according to local rule, at least, I do

14 not consider -- I'll put it this way, I don't make decisions

15 based upon letters that I get.

16           MS. DOMBECK:  Uh-huh.

17           THE COURT:  Now I do, as you might know and

18 others may know, sometimes when I receive a letter, have it

19 docketed and consider it a pleading whether as a motion or

20 an objection to a motion or response to a claim objection,

21 something of that nature, but that's not how we do business

22 generally.

23           MS. DOMBECK:  Um-hum.

24           THE COURT:  If a matter needs to be decided by

25 the Court, we do it in the courtroom, on the record.  And

1  what gets admitted into evidence is that which the rules say

2  can be admitted into evidence or as otherwise agreed by the

3  parties.

4            MS. DOMBECK:  Okay.

5            THE COURT:  So there's a process involved here.

6  And what I'm trying to get to is are you amenable to

7  engaging in the process or are you telling me that you'd

8  like me to take what you've already submitted and I'll have

9  the debtor compile it and send it in with a copy to you, of

10 course, and decide it on the papers, if I can.  I don't know

11 if I can or can't.  Frankly, I did not read your July 9

12 letter.

13           MS. DOMBECK:  Um-hum.

14           THE COURT:  Again because the form of

15 communication is not generally appropriate with the Court.

16           MS. DOMBECK:  Well if it pleases you, Honorable

17 Judge, should I set this a motion, put it in template as a

18 motion as opposed to a letter?  Would that be preferable to

19 you?

20           THE COURT:  Well it depends.

21           MS. DOMBECK:  Um-hum.

22           THE COURT:  And it depends, if you can find a way

23 to answer my question.  The debtor apparently has no

24 objection to my considering that which you've submitted --

25           MS. DOMBECK:  Um-hum.

1          THE COURT:  -- in determining whether the claim

2   objection should be sustained.  And if that's the case, you

3   need do nothing more.

4          MS. DOMBECK:  Okay.

5          THE COURT:  Okay.

6          MS. DOMBECK:  Well then --

7          THE COURT:  But if you wish to offer testimony --

8          MS. DOMBECK:  Um-hum.

9          THE COURT:  -- you will need to come to

10  Wilmington and testify under oath.  So you --

11          MS. DOMBECK:  Okay.  Well I mean I feel as me

12  being on the phone with you now, I am under oath so.

13          THE COURT:  Well --

14          MS. DOMBECK:  So let's just go there.

15          THE COURT:  -- you could technically be under

16  oath on the telephone.

17          MS. DOMBECK:  Um-hum, right.

18          THE COURT:  But I don't know how, and maybe some

19  Judges can, I don't find it -- I can't judge credibility --

20          MS. DOMBECK:  Right.

21          THE COURT:  -- without looking at somebody eye-

22  to-eye.

23          MS. DOMBECK:  Um-hum.

24          THE COURT:  And that's why I require your

25  presence if you wish to testify.

1          MS. DOMBECK:  Sure.  And well let's -- I believe

2  my letter states everything that I would probably bring to

3  you in person in the courtroom because I feel it stands on

4  its own and that, as I said before, I put my trust in

5  yourself and I'm looking for justice and closure in regards

6  to this.  So I believe you have capable hands and you're

7  able to take care of this from this point on.  And I don't

8  know if it would be feasible for me to come to Delaware.

9  I'm not sure if I'd be able to do that so -- at this point

10 in time.

11          THE COURT:  All right.  Thank you.

12          MS. DOMBECK:  Yes, sir.

13          THE COURT:  Mr. Kansa, based on that response,

14 what would the debtor like to do?

15          MR. KANSA:  Based on that response, Your Honor,

16 the debtors are happy to have Ms. Dombeck's July 9 letter to

17 the Court which we're happy to include in a bundle of

18 materials to be submitted to the Court with a copy to Ms.

19 Dombeck, as the Court suggests.  We are happy to provide

20 that to the Court and have it considered, in effect, as an

21 informal supplement to her proof of claim.  We don't believe

22 it can be considered as statements of fact, but the

23 allegations therein we are happy to have considered as a

24 supplement to our proof of claim and considered by the

25 Court.  And on that basis, we're happy to have the matter

1  decided by the Court on the papers without further

2  submission from the parties.

3          THE COURT:  Okay.  Submit a binder with all of

4  the relevant materials and a form of order that provides,

5  after discussion with the parties, the parties have agreed

6  to have the Court decide the objection based upon the

7  submissions that are contained in the binder.  Okay.

8          MR. KANSA:  We will do that, Your Honor.

9          THE COURT:  All right.  Ms. Dombeck is that okay

10  with you?

11          MS. DOMBECK:  That is okay with me.  I do

12  appreciate your time, Honorable Judge.

13          THE COURT:  All right.  The debtor will send you

14  a copy of the submission --

15          MS. DOMBECK:  Yes.

16          THE COURT:  -- when it files it with the Court.

17          MS. DOMBECK:  Thank you, Mr. Kansa.

18          THE COURT:  All right.  Now, thank you, if -- you

19  may, Ms. Dombeck, remain on the phone, if you like, for the

20  remainder of the hearing.

21          MS. DOMBECK:  Okay.

22          THE COURT:  It won't take long, but you're also

23  welcome to excuse yourself at this point, if you like.

24          MS. DOMBECK:  Okay, sure.  I think I'll probably

25  learn something if I sit in for a bit.  And I just want you

1    to know that that letter was written with my head and my

2    heart.

3            THE COURT:  All right, thank you very much.

4            MS. DOMBECK:  Thank you.

5            THE COURT:  I have to make the decision, however,

6    just with my head.  Let's go to the next matter.

7            MR. KANSA:  Thank you, Your Honor.  That brings

8    us to Item 12 on the agenda which is the certification of

9    counsel regarding the proposed third order amending the

10   definition of termination event in orders granting the

11   committee standing and authority to commence actions.  And I

12   will turn the podium over to Mr. Sottile on this matter.

13           THE COURT:  All right.

14           MR. SOTTILE:  Good afternoon, Your Honor.  James

15   Sottile of Zuckerman Spaeder, special counsel to the

16   official committee of unsecured creditors.

17           As the Court is aware, this is the most recent

18   proposed order that would effectively further extend the

19   stay of the adversary proceedings in this case through

20   October 14, 2011, pursuant to a procedure that was set forth

21   in the second order that essentially provided the previous

22   extension of the stay of those adversaries.  And that

23   procedure was that we would submit a certification of

24   counsel with a proposed order to the Court.  The Court

25   excused us from the necessity of proceeding by motion.  And

1    then Mr. Zell had the ability, if he chose to do so, to

2    submit an objection.  He has submitted a limited objection

3    that, as I understand it from discussions with Mr. Zell's

4    counsel, is simply intended to preserve their position.  I

5    understand, and they are on the phone and can confirm, that

6    they do not wish at this time to reargue the point.  The

7    Court has heard both sides several times on these issues.

8                   So unless the Court has questions or would like

9    to hear from us further, I don't think there's anything more

10   that needs to be said at this point in time.

11                  THE COURT:  All right.  Let me just ask if anyone

12   else wishes to be heard in connection with this motion?

13                        (No audible response.)

14                  THE COURT:  All right.  I hear no response.  I

15   will overrule the objection for the same reasons that I had

16   with respect to the previous motions.  I have -- I do have

17   the form of order that was submitted with the certification,

18   and unless it's changed, I'm prepared to enter it.

19                  MR. SOTTILE:  It has not changed, Your Honor, and

20   we'd be grateful if the Court could sign that form of order.

21                  THE COURT:  Okay.  The only thing I might suggest

22   is, should the certification procedure again be undertaken,

23   you might mention in the certification that there's an

24   opportunity for people to object.  You know, I -- something

25   triggered in my head that I probably set up that process in

1  the order, and I had but, you know, these things sometimes

2  get buried deeply in the recesses of my mind, and any help

3  counsel could provide in refreshing me when they file a

4  certification would be appreciated.

5           MR. SOTTILE:  Thank you, Your Honor.  We will

6  make sure that we do so if the need arises in the future.

7           THE COURT:  All right, thank you.

8           MR. SOTTILE:  Thank you, Your Honor.

9           THE COURT:  Is there anything further for today?

10          MR. KANSA:  Your Honor, just one brief matter off

11  the agenda.  I understand Mr. Liebentritt would like to say

12  something very briefly.

13          THE COURT:  All right.

14          MR. LIEBENTRITT:  Good afternoon, Your Honor.

15  Don Liebentritt, the Chief Restructuring Officer of Tribune

16  Company.

17          And your recent comment about maybe a process

18  needed to deal with an October 14 extension of this recent

19  deadline starts to answer my question, but I come before you

20  certainly with -- well first of all, I haven't told anybody

21  I'm doing this.  I haven't told my counsel --

22          THE COURT:  You know --

23          MR. LIEBENTRITT:  -- but I get a lot of --

24          THE COURT:  -- that's the way to scare your

25  lawyer you know.

1                    (Laughter)

2           MR. KANSA:  Indeed it is, Your Honor.

3           MR. LIEBENTRITT:  I think many in this -- people

4  in this proceeding understand that I do what I think is

5  right, but I come because I get asked a lot of questions at

6  the company about what's going on in Delaware, when we might

7  expect a decision.  I approach you with all due respect and

8  deference.  I understand that we've given you some complex

9  issues and a fair number of challenges in the issues before

10 the Court.

11          THE COURT:  Gently put, sir.

12          MR. LIEBENTRITT:  But if there's anything that

13 you can provide to me that I might take back to the rank and

14 file at Tribune Company, it would be appreciated.

15          THE COURT:  Well sure there is.  And first I'll

16 tell you, and I tell counsel this from time to time when

17 they put aside their timidity and ask why the heck I haven't

18 decided something yet.  As I understand that you do have

19 people asking you questions about what's going on, not just

20 employees but people with whom the company does business.

21 I've also learned during my time on the bench that -- to

22 offer a deadline by which I will make a decision generally

23 does not work out well for me.  I will tell you, however,

24 that since submission of this matter, it's consumed, I would

25 say, pretty much 90 percent of the time of my law clerk, who

1  continues to work on a draft opinion.  It's consumed, in

2  part, the time of other interns, and consumed some of my

3  time, while I continue to do other business that comes

4  before me.  So what you can tell people is that I am working

5  very hard.  And while you can't see the use of judicial

6  resources that are being put to this matter, believe me,

7  they are being put to this matter.  And I understand the

8  importance of the matter to you and to others.

9          MR. LIEBENTRITT:  Thank you very much, Your

10  Honor.

11          THE COURT:  You're very welcome.  That wasn't so

12  bad was it, Mr. Kansa?

13                    (Laughter)

14          MR. KANSA:  Indeed it was not, Your Honor.

15  I am much relieved.  With that, Your Honor, I believe that

16  takes us through the agenda for today and we are concluded

17  unless the Court has anything further.

18          THE COURT:  I do not.  Thank you all very much.

19  That concludes this hearing.  Court will stand in recess.

20          MR. KANSA:  Thank you, Your Honor.

21

1    (Whereupon, at 2:51 p.m., the hearing was adjourned.)

2

3                          CERTIFICATION

4        I certify that the foregoing is a correct

5    transcript from the electronic sound recording of the

6    proceedings in the above-entitled matter.

7

8

9    _____          25 August 2011

10   Traci L. Calaman, Transcriber                  Date

11

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**08-13141(kjc**(1) 1:5

**abid**(1) 2:31
**ability**(1) 19:1
**able**(2) 16:7 16:9
**about**(3) 20:17 21:6 21:19
**aboveentitled** (1) 23:6
**absence**(1) 12:13
**according**(1) 13:13
**accordingly**(1) 10:5
**actions**(1) 18:11
**actually**(3) 11:3 11:5 11:12
**additional**(1) 12:1
**address**(1) 7:23
**adjourned**(1) 23:1
**adler**(1) 5:25
**administered**(1) 1:6
**admitted**(2) 14:1 14:2
**adversaries**(1) 18:22
**adversary**(1) 18:19
**advised**(2) 9:10 9:18
**after**(1) 17:5
**afternoon**(7) 7:2 7:3 7:4 8:12 8:13 18:14 20:14

**again**(2) 14:14 19:22
**agenda**(7) 7:8 7:11 7:15 7:23 18:8 20:11 22:16

**agreed**(2) 14:2 17:5
**agreement**(2) 7:18 12:17
**agudelo**(1) 4:43
**akin**(1) 2:30
**alan**(2) 3:28 6:19
**albert**(1) 3:30
**alix**(2) 3:27 4:36
**all**(21) 7:3 7:12 7:21 11:1 11:18 13:6 13:7 16:11 17:3 17:9 17:13 17:18 18:3 18:13 19:11 19:14 20:7 20:13 20:20 21:7 22:18

**allegations**(1) 16:23
**alone**(1) 8:22
**already**(3) 7:15 12:1 14:8
**also**(3) 11:15 17:22 21:21
**alston**(1) 6:25
**although**(1) 9:20
**alvarez**(1) 6:8
**amalgamated**(1) 6:18
**amenable**(1) 14:6
**amending**(1) 18:9
**america**(2) 3:37 3:37
**and**(86) 7:7 7:19 7:19 7:23 7:23 8:4 8:5 8:7 9:4 9:6 9:10 9:11 9:15 9:15 9:17 9:17 10:4 10:13 10:18 10:24 11:5 11:5 11:7 11:8 11:9 11:15 11:16 11:17 11:17 11:20 11:22 12:9 12:10 12:10 12:19 12:24 12:24 13:7 13:12 13:13 13:17 13:19 13:25 14:8 14:8 14:9 14:10 14:22 15:2 15:10 15:18 15:24 16:1 16:4 16:5 16:5 16:6 16:7 16:8 16:20 16:24 16:25 17:4 17:25 18:1 18:11 18:11 18:22 18:25 19:5 19:5 19:18 19:19 20:1 20:2 20:17 21:7 21:9 21:13 21:15 21:16 21:17 22:2 22:5 22:7 22:8 22:16

**andrea**(1) 5:13
**andrew**(4) 3:22 3:24 5:43 6:22
**answer**(2) 14:23 20:19
**any**(9) 9:1 9:15 9:19 9:21 10:25 11:10 11:11 12:24 20:2

**anybody**(1) 20:20
**anyone**(1) 19:11
**anything**(4) 19:9 20:9 21:12 22:17
**apparently**(1) 14:23
**appear**(2) 8:6 13:1
**appearances**(5) 2:44 3:1 4:1 5:1 6:1
**appears**(1) 9:20
**application**(1) 7:16
**applications**(1) 7:20
**appreciate**(1) 17:12

**appreciated**(2) 20:4 21:14
**approach**(1) 21:7
**appropriate**(1) 14:15
**approve**(1) 7:18
**are**(19) 7:9 7:12 7:15 7:20 10:9 10:18 10:20 10:21 12:20 14:6 14:7 16:16 16:19 16:23 17:7 19:5 22:6 22:7 22:16

**area**(1) 13:8
**arises**(1) 20:6
**arrowgrass**(2) 5:8 5:8
**arthur**(1) 4:47
**articulate**(1) 8:22
**articulated**(1) 10:14
**articulation**(1) 8:23
**ashley**(1) 3:9
**aside**(1) 21:17
**ask**(6) 8:8 10:17 11:22 13:9 19:11 21:17
**asked**(3) 8:14 10:5 21:5
**asking**(1) 21:19
**audible**(1) 19:13
**august**(3) 1:13 7:1 23:9
**aurelius**(1) 2:30
**austin**(4) 1:23 4:4 4:16 7:5
**authority**(1) 18:11
**avenue**(1) 1:32
**aware**(1) 18:17
**back**(2) 10:6 21:13
**bad**(1) 22:12
**bale**(1) 2:48
**banc**(1) 5:46
**bank**(4) 3:37 3:37 5:24 6:18
**bankruptcy**(3) 1:1 1:19 8:21
**based**(5) 11:25 13:15 16:13 16:15 17:6
**basis**(2) 9:16 16:25
**because**(5) 10:11 13:8 14:14 16:3 21:5
**been**(3) 10:11 11:10 12:1
**before**(7) 1:18 9:4 12:4 16:4 20:19 21:9 22:4

**behalf**(1) 7:5
**being**(4) 10:3 15:12 22:6 22:7
**believe**(12) 7:9 7:13 8:20 10:11 10:21 11:9 11:15 16:1 16:6 16:21 22:6 22:15

**bench**(1) 21:21
**bendernagel**(1) 4:21
**benefit**(1) 11:12
**bergon**(1) 11:9
**between**(1) 8:5
**binder**(2) 17:3 17:7
**bird**(1) 6:25
**bit**(2) 11:21 17:25
**block**(1) 5:42
**boccassini**(1) 5:27
**both**(1) 19:7
**brady**(1) 2:38
**brandywine**(1) 2:39
**bret**(1) 4:17
**brickley**(1) 5:31
**brief**(1) 20:10
**briefly**(5) 7:8 7:11 7:24 8:19 20:12
**bring**(1) 16:2
**brings**(1) 18:7
**brockius**(1) 5:46
**brown**(1) 5:38
**bryan**(1) 4:5
**bryant**(1) 2:32
**building**(1) 2:39
**bundle**(1) 16:17
**buried**(1) 20:2
**bush**(1) 3:21
**business**(5) 6:15 13:7 13:21 21:20 22:3
**but**(14) 12:5 12:13 12:21 13:21 15:7 15:18 16:22 17:22 20:1 20:19 20:23 21:5 21:12 21:20
**buyout**(1) 11:14
**calaman**(1) 23:10
**call**(1) 8:5

**can**(10) 12:6 14:2 14:10 14:11 14:22 15:19 16:22 19:5 21:13 22:4
**can't**(3) 14:11 15:19 22:5
**candice**(1) 4:9
**capable**(1) 16:6
**capital**(4) 2:46 2:46 5:8 5:8
**care**(1) 16:7
**carey**(3) 1:18 11:2 11:3
**caridas**(1) 3:24
**carol**(1) 2:48
**case**(4) 1:5 5:4 15:2 18:19
**certainly**(1) 20:20
**certification**(8) 7:18 18:8 18:23 19:17 19:22 19:23 20:4 23:3

**certify**(1) 23:4
**chadbourne**(2) 2:17 3:8
**challenges**(1) 7:9
**chambers**(2) 9:10 9:24
**changed**(2) 19:18 19:19
**chapter**(1) 1:8
**chicago**(5) 1:26 1:39 6:15 8:11 13:8
**chief**(1) 20:15
**choose**(1) 12:21
**chose**(1) 19:1
**chung**(1) 3:38
**citigroup**(1) 3:45
**claim**(24) 8:1 8:4 8:16 8:18 8:19 8:20 8:22 8:23 9:12 9:16 9:18 9:20 9:22 10:1 10:7 10:9 10:10 10:14 10:15 10:23 13:20 15:1 16:21 16:24

**claims**(2) 8:1 11:25
**class**(1) 7:18
**clerk**(1) 21:25
**closure**(2) 11:7 16:5
**cobb**(1) 2:11
**code**(1) 8:21
**cognizable**(2) 8:22 10:15
**cole**(1) 1:29
**come**(4) 15:9 16:8 20:19 21:5
**comes**(1) 22:3
**commence**(1) 18:11
**comment**(1) 20:17
**committee**(4) 2:11 3:8 18:11 18:16
**communication**(1) 14:15
**company**(10) 1:8 1:36 3:33 4:28 7:6 10:4 11:15 20:16 21:6 21:14 21:20

**compensation**(2) 5:18 7:16
**compile**(1) 14:9
**complex**(1) 21:8
**conaway**(1) 2:36
**concluded**(1) 22:16
**concludes**(1) 22:19
**confer**(1) 12:9
**conference**(4) 7:25 8:4 8:15 10:5
**confirm**(1) 19:5
**confirmed**(1) 8:5
**connection**(2) 10:23 19:12
**consider**(3) 12:18 13:14 13:19
**considered**(4) 16:20 16:22 16:23 16:24
**considering**(1) 14:24
**consulting**(1) 7:16
**consumed**(3) 21:24 22:1 22:2
**contact**(1) 11:8
**contained**(3) 10:1 10:2 17:7
**contested**(1) 12:20
**continue**(2) 10:11 22:3
**continued**(6) 2:2 3:2 4:2 5:2 6:2 7:12
**continues**(1) 22:1
**copied**(1) 19:10
**copy**(4) 9:24 14:9 16:18 17:14
**correct**(1) 23:4
**could**(5) 12:5 13:6 15:15 19:20 20:3
**counsel**(10) 9:5 9:16 9:24 18:9 18:15 18:24 19:4 20:3 20:21 21:16

**course**(2) 7:17 14:10
**court**(85) 1:1 7:2 7:14 7:21 8:5 8:7 8:8 8:12 8:17 9:4 9:4 9:19 10:10 10:17 10:19 10:25 11:1 11:21 11:24 11:24 12:8 12:13 12:14 12:17 12:24 13:4 13:9 13:12 13:17 13:24 13:25 14:5 14:14 14:15 14:20 14:22 15:1 15:5 15:7 15:9 15:13 15:15 15:18 15:21 15:24 16:11 16:13 16:17 16:18 16:19 16:20 16:25 17:1 17:3 17:6 17:9 17:13 17:16 17:16 17:18 17:22 18:3 18:5 18:13 18:17 18:24 18:24 19:7 19:8 19:11 19:14 19:20 19:21 20:7 20:9 20:13 20:22 20:24 21:10 21:11 21:15 22:11 22:17 22:18 22:19

**court's**(1) 9:8
**courtroom**(3) 1:9 13:25 16:3
**courts**(1) 12:5
**crain's**(1) 6:15
**credibility**(1) 15:19
**credit**(1) 6:4
**creditors**(3) 2:12 3:9 18:16
**cub's**(1) 11:12
**daniel**(2) 2:12 3:42
**data**(1) 1:44
**date**(2) 9:6 23:10
**dave**(1) 4:31
**david**(5) 2:18 4:13 5:9 5:15 5:25
**davidson**(1) 5:34
**deadline**(2) 20:19 21:22
**deal**(2) 11:13 20:18
**dealt**(1) 12:9
**dearborn**(1) 1:25
**debtor**(6) 1:23 12:10 14:9 14:23 16:14 17:13

**debtors**(20) 1:11 7:5 7:24 7:25 8:3 8:14 8:24 8:25 9:1 9:2 9:4 9:7 9:9 9:13 9:24 10:2 10:4 10:9 10:22 16:16

**debtors'**(2) 8:17 8:19
**debtor's**(1) 12:22
**december**(2) 9:8 9:9
**decide**(2) 14:10 17:6
**decided**(3) 13:24 17:1 21:18
**decision**(4) 11:25 18:5 21:7 21:22
**decisions**(1) 13:14
**declined**(1) 12:11
**deeply**(1) 20:2
**defense**(1) 13:6
**deference**(1) 21:18
**definition**(1) 18:10
**delaware**(6) 1:2 1:11 1:32 7:1 16:8 21:6
**deloitte**(1) 6:29
**demo**(1) 4:23
**demonstration**(1) 8:23
**department**(1) 11:9
**depends**(2) 14:20 14:22
**determine**(1) 12:14
**determining**(1) 15:1
**deutsch**(1) 3:11
**deutsche**(1) 5:24
**dewey**(1) 6:4
**diamond**(1) 5:35
**diaz**(1) 1:44
**did**(4) 11:8 11:11 11:19 14:11
**directed**(1) 9:4
**discovery**(4) 9:5 9:11 12:10 12:21
**discussion**(1) 17:5
**discussions**(1) 19:3
**district**(1) 1:2
**docketed**(1) 13:19
**does**(4) 9:21 10:16 21:20 21:23
**doing**(1) 20:21

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| dombeck(56) 6:32 6:32 8:2 8:5 8:9 8:10 8:11 8:13 8:24 9:3 9:8 9:9 9:14 9:18 9:2 10:8 10:16 10:20 10:25 11:1 11:3 11:23 12:3 12:12 12:16 12:23 13:3 13:5 13:9 13:11 13:16 13:23 14:4 14:13 14:16 14:2 14:25 15:4 15:6 15:8 15:11 15:14 15:17 15:20 15:23 16:1 16:12 16:19 17:9 17:11 17:15 17:17 17:19 17:21 17:24 18:4 | | facts(1) 8:23 | | harrisburg(1) 1:46 | | judge(9) 1:18 1:19 8:10 11:2 11:3 12:4 14:17 15:19 17:12 | |
| | | fair(1) 7:21 | | has(1) 7:14 8:20 9:18 10:13 12:1 14:23 19:2 19:7 19:8 19:19 22:17 | | | |
| | | fairness(1) 7:19 | | | | judges(1) 15:19 | |
| | | fargo(1) 5:4 | | | | judiciak(1) 22:5 | |
| | | feasible(1) 16:8 | | hauer(1) 2:30 | | july(5) 9:24 11:4 11:14 14:11 16:16 | |
| | | fee(1) 7:20 | | have(23) 7:9 7:14 8:3 8:5 8:14 8:24 9:13 10:4 10:10 11:10 13:18 14:8 16:6 16:16 16:20 16:23 16:25 17:5 17:6 18:5 19:16 19:16 21:18 | | just(8) 12:6 13:5 15:14 17:25 18:6 19:11 20:10 21:19 | |
| | | feel(5) 11:17 11:17 12:6 15:11 16:3 | | | | | |
| dombeck's(5) 8:16 8:18 8:19 10:3 16:16 | | feld(1) 2:30 | | | | justice(2) 11:7 16:5 | |
| don(2) 1:37 20:15 | | felt(1) 11:3 | | | | kansa(15) 1:24 7:4 7:5 8:14 11:5 16:13 16:15 17:8 17:17 18:7 20:10 21:2 22:12 22:14 22:20 | |
| don't(10) 8:25 12:6 13:5 13:14 14:10 15:18 15:19 16:7 16:21 19:9 | | figure(2) 9:17 10:6 | | haven't(3) 20:20 20:21 21:17 | | | |
| | | file(2) 20:3 21:14 | | head(3) 18:1 18:6 19:25 | | | |
| | | files(1) 17:16 | | hear(3) 13:1 19:9 19:14 | | kate(1) 1:31 | |
| dougherty(2) 3:4 3:5 | | final(1) 7:19 | | heard(2) 19:7 19:12 | | katten(1) 6:12 | |
| douglas(1) 3:11 | | find(2) 14:22 15:19 | | hearing(15) 7:7 7:13 7:19 8:17 9:3 9:3 9:6 10:17 10:18 12:1 12:19 12:25 17:20 22:19 23:1 | | kavalis(1) 4:47 | |
| dow(2) 5:30 5:30 | | finger(1) 2:4 | | | | kaye(1) 4:40 | |
| down(1) 11:21 | | first(2) 20:20 21:15 | | | | kempner(1) 5:34 | |
| draft(1) 22:1 | | fleming(1) 5:47 | | heart(1) 18:2 | | ken(3) 1:24 7:4 11:5 | |
| drew(1) 2:5 | | floor(1) 2:40 | | heck(1) 21:17 | | kerriann(1) 4:25 | |
| drill(1) 11:21 | | for(61) 1:2 1:23 2:4 2:11 2:30 2:36 2:46 3:4 3:8 3:37 3:45 4:4 4:40 4:46 5:4 5:8 5:12 5:18 5:24 5:30 5:34 5:38 5:42 5:46 6:4 6:8 6:12 6:15 6:18 6:22 6:25 6:29 6:32 7:16 7:20 7:21 7:24 8:5 8:8 8:15 9:6 9:16 10:5 10:10 10:14 10:20 10:25 11:6 11:7 12:5 12:14 13:10 16:5 16:8 17:19 17:25 19:15 19:24 20:9 21:23 22:16 | | helligman(1) 5:19 | | kevin(2) 1:18 4:7 | |
| due(1) 21:7 | | | | help(2) 12:5 20:2 | | king(1) 2:7 | |
| dunn(1) 5:9 | | | | her(14) 8:24 9:10 9:12 9:15 9:16 9:20 9:22 10:1 10:7 10:9 10:10 10:12 10:13 16:21 | | kline(1) 4:9 | |
| during(1) 21:21 | | | | | | know(12) 12:4 12:5 13:17 13:18 14:10 15:18 16:8 18:1 19:24 20:1 20:22 20:25 | |
| ecro(1) 1:42 | | | | here(2) 11:2 14:5 | | | |
| effect(1) 16:20 | | | | herself(1) 9:11 | | | |
| effectively(1) 18:18 | | | | holtz(1) 3:28 | | krakauer(1) 4:5 | |
| egi-trb(1) 5:42 | | forced(1) 11:14 | | honor(20) 7:3 7:4 7:7 7:12 8:3 8:14 16:15 17:8 18:7 18:14 19:19 20:5 20:8 20:10 20:14 21:2 22:10 22:14 22:15 22:20 | | landis(1) 2:11 | |
| eisele(1) 4:37 | | foregoing(1) 23:4 | | | | lantry(1) 4:7 | |
| either(1) 12:17 | | form(6) 9:5 9:7 14:14 17:4 19:17 19:20 | | | | last(1) 9:8 | |
| elden(1) 3:4 | | forman(1) 1:29 | | | | laughter(2) 21:1 22:13 | |
| eldersveld(1) 4:31 | | forth(1) 18:20 | | honor's(1) 9:24 | | laura(1) 4:37 | |
| else(1) 19:12 | | forward(3) 7:9 7:22 10:6 | | honorable(4) 1:18 8:10 14:16 17:12 | | law(1) 21:25 | |
| email(1) 9:10 | | fourth(1) 7:20 | | how(5) 8:16 13:5 13:6 13:21 15:18 | | lawyer(1) 20:25 | |
| embodying(1) 9:7 | | frank(4) 5:18 5:21 6:8 6:9 | | howard(1) 3:13 | | layton(1) 2:4 | |
| employee(1) 5:18 | | frankly(1) 14:11 | | however(3) 10:1 18:5 21:23 | | learn(1) 17:25 | |
| employees(2) 11:19 21:20 | | from(13) 8:11 9:2 11:6 12:6 13:7 13:8 16:7 17:2 18:25 19:3 19:9 21:16 23:5 | | human(1) 11:9 | | learned(1) 21:21 | |
| employment(1) 10:4 | | | | i'd(1) 16:9 | | least(2) 8:6 13:13 | |
| engaging(1) 14:7 | | | | i'll(7) 8:6 8:8 12:19 13:14 14:8 17:24 17:24 | | leaves(1) 7:22 | |
| english(1) 5:24 | | funded(1) 11:12 | | i'm(7) 7:7 11:7 14:6 16:5 16:9 19:18 | | leaving(1) 11:11 | |
| enter(2) 12:9 19:18 | | further(7) 9:17 9:19 17:1 18:18 19:9 20:9 22:17 | | i've(1) 21:21 | | leboeuf(1) 6:4 | |
| entered(1) 7:15 | | | | impasse(1) 8:15 | | left(1) 11:14 | |
| entering(1) 7:21 | | | | importance(1) 22:8 | | lemar(1) 2:18 | |
| entitled(3) 9:2 12:20 12:22 | | future(1) 20:6 | | include(1) 16:17 | | lenders(1) 6:4 | |
| ephraim(1) 5:35 | | gadhark(1) 6:12 | | indeed(2) 21:2 22:14 | | lengthy(1) 10:3 | |
| erisa(1) 11:16 | | gary(1) 4:29 | | informal(2) 9:15 16:21 | | leonard(1) 1:30 | |
| esq(63) 1:24 1:31 1:37 2:5 2:12 2:18 2:24 2:31 2:38 2:48 3:5 3:9 3:11 3:13 3:15 3:17 3:21 3:22 3:24 3:28 3:30 3:34 3:38 3:42 3:46 4:5 4:7 4:9 4:11 4:13 4:17 4:19 4:21 4:23 4:25 4:29 4:31 4:33 4:37 4:41 4:43 4:47 5:5 5:9 5:13 5:15 5:19 5:21 5:25 5:27 5:31 5:35 5:39 5:43 5:47 6:5 6:9 6:12 6:15 6:19 6:22 6:26 6:29 | | gecker(1) 5:18 | | information(2) 11:18 12:2 | | let(5) 8:7 8:22 11:21 13:9 19:11 | |
| | | generally(3) 13:22 14:15 21:22 | | informs(1) 12:11 | | let's(3) 15:14 16:1 18:6 | |
| | | generously(1) 10:12 | | initial(1) 8:17 | | letter(8) 9:23 10:1 13:18 14:12 14:18 16:2 16:16 18:1 | |
| | | gently(1) 21:11 | | inquire(1) 8:7 | | | |
| | | george(2) 3:4 3:5 | | instead(1) 10:2 | | | |
| | | get(5) 13:15 14:6 20:2 20:23 21:5 | | intend(2) 9:21 12:25 | | letters(1) 13:15 | |
| essentially(1) 18:21 | | gets(1) 14:1 | | intended(1) 19:4 | | leung(1) 3:30 | |
| establish(1) 8:22 | | given(3) 8:15 10:6 21:8 | | intending(1) 8:6 | | lewis(1) 5:46 | |
| esther(1) 3:38 | | going(5) 7:9 7:22 11:2 21:6 21:19 | | intends(1) 10:8 | | liability(1) 8:20 | |
| even(2) 9:15 10:11 | | goldfarb(1) 3:22 | | interim(1) 7:20 | | liebentritt(8) 1:37 20:11 20:14 20:15 20:23 21:3 21:12 22:9 | |
| event(1) 18:10 | | good(7) 7:2 7:3 7:4 8:12 8:13 18:14 20:14 | | interns(1) 22:2 | | | |
| everyone(1) 7:2 | | gordon(2) 2:36 5:39 | | into(3) 12:9 14:1 14:2 | | | |
| everything(1) 16:2 | | got(1) 11:9 | | introduce(1) 10:22 | | light(1) 9:13 | |
| evidence(9) 9:21 9:25 10:2 10:8 11:6 11:18 12:6 14:1 14:2 | | gotshal(1) 5:12 | | involved(1) 14:5 | | like(6) 14:8 16:14 17:19 17:23 19:8 20:11 | |
| | | graem(1) 3:21 | | issues(3) 19:7 21:9 21:9 | | limited(1) 19:2 | |
| | | grant(1) 7:18 | | it's(5) 11:17 13:8 19:18 21:24 22:1 | | list(1) 10:3 | |
| evidentiary(6) 9:3 9:6 10:17 10:21 12:19 12:25 | | granting(1) 18:10 | | item(4) 7:17 7:19 7:23 18:8 | | listed(1) 13:6 | |
| | | grateful(1) 19:20 | | items(5) 7:12 7:15 7:22 7:23 13:6 | | little(1) 11:21 | |
| | | great(1) 5:46 | | its(2) 9:25 16:4 | | litvack(1) 5:15 | |
| excuse(1) 17:23 | | greg(1) 4:23 | | itself(1) 11:19 | | llc(5) 3:4 3:27 4:36 6:8 6:23 | |
| excused(1) 18:25 | | greissman(1) 5:5 | | james(4) 2:24 4:11 6:5 18:14 | | llp(14) 1:23 2:17 3:8 3:20 4:40 5:12 5:18 5:38 5:42 5:46 6:4 6:13 6:25 6:29 | |
| expect(1) 21:7 | | grievances(1) 10:3 | | jane(1) 4:41 | | | |
| explained(1) 8:24 | | grippo(1) 3:4 | | jenner(1) 5:42 | | | |
| extend(1) 18:18 | | group(1) 5:19 | | jillian(2) 4:11 11:5 | | local(1) 13:13 | |
| extension(2) 18:22 20:18 | | gump(1) 2:30 | | john(1) 6:26 | | long(1) 17:22 | |
| eye(1) 15:21 | | had(4) 12:4 19:1 19:15 20:1 | | johnston(1) 6:5 | | look(1) 9:19 | |
| face(1) 9:25 | | hadley(1) 6:18 | | jointly(1) 1:6 | | looking(4) 11:6 11:7 15:21 16:5 | |
| fact(1) 16:22 | | hand(1) 10:16 | | jonathan(1) 4:43 | | lot(2) 20:23 21:5 | |
| | | hands(1) 16:6 | | jones(2) 5:30 5:30 | | ludwig(2) 4:11 11:5 | |
| | | happy(7) 7:8 10:18 16:16 16:17 16:19 16:23 16:25 | | joseph(2) 5:21 5:27 | | lugano(1) 1:42 | |
| | | hard(1) 22:5 | | joshua(1) 6:12 | | lynch(1) 4:40 | |
| | | | | | | lynne(1) 6:15 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| magazines(1) 13:7 | | oaktree/angelo(1) 2:36 | | proceed(3) 8:16 9:17 10:17 | | rules(1) 14:1 | |
| make(6) 10:19 11:25 13:14 18:5 20:6 | | oath(1) 15:10 15:12 15:16 | | proceeding(3) 10:21 18:25 21:4 | | ruling(1) 9:8 | |
| management(1) 2:47 | | object(1) 19:24 | | proceedings(5) 1:17 1:51 9:20 18:19 23:6 | | saavedra(1) 5:13 | |
| manges(1) 5:12 | | objection(14) 8:1 8:16 8:17 8:19 11:25 | | process(4) 14:5 14:7 19:25 20:17 | | said(2) 16:4 19:10 | |
| many(1) 21:3 | | 12:14 13:20 13:20 14:24 15:2 17:6 19:2 | | produced(1) 1:52 | | sale(1) 11:12 | |
| marc(2) 3:9 3:17 | | 19:2 19:15 | | professional(1) 7:17 | | sam(1) 3:46 | |
| march(1) 11:13 | | | | proof(2) 16:21 16:24 | | same(1) 19:15 | |
| marek(1) 6:15 | | occasions(1) 9:14 | | proposed(3) 18:9 18:18 18:24 | | sandhya(1) 3:34 | |
| market(2) 1:10 2:13 | | october(2) 18:20 20:18 | | protect(1) 11:16 | | saturday(1) 11:4 | |
| marsal(1) 6:8 | | off(1) 20:10 | | provide(4) 8:25 16:19 20:3 21:13 | | satisfied(1) 8:20 | |
| materials(3) 10:22 16:18 17:4 | | offer(2) 15:7 21:22 | | provided(1) 18:21 | | say(3) 14:1 20:11 21:25 | |
| matter(13) 7:6 12:20 13:13 13:24 16:25 | | officer(1) 20:15 | | provides(1) 17:4 | | scare(1) 20:24 | |
| 18:6 18:12 20:10 21:24 22:6 22:7 22:8 | | official(3) 2:11 3:8 18:16 | | purports(1) 9:25 | | schedule(5) 7:19 9:15 9:19 10:18 12:19 | |
| 23:6 | | okay(13) 11:21 13:3 14:4 15:4 15:5 15:11 | | pursuant(1) 18:20 | | scheduling(1) 12:10 | |
| matters(4) 7:9 7:12 7:14 12:10 | | 17:3 17:7 17:9 17:11 17:21 17:24 19:21 | | put(7) 13:14 14:17 16:4 21:11 21:17 22:6 | | scholer(1) 4:40 | |
| matthew(2) 6:8 6:9 | | | | 22:7 | | scholer(1) 4:40 | |
| maureen(5) 6:32 6:32 6:32 8:2 8:8 8:10 | | omnibus(3) 7:7 7:13 8:1 | | | | schotz(1) 1:29 | |
| may(3) 9:16 13:18 17:19 | | once(1) 12:4 | | question(2) 14:23 20:19 | | schuylkill(1) 1:45 | |
| maybe(2) 15:18 20:17 | | one(5) 1:25 2:6 2:32 10:7 20:10 | | questions(4) 10:25 19:8 21:5 21:19 | | scott(1) 5:5 | |
| mccarter(1) 5:24 | | only(4) 7:8 9:11 9:19 19:21 | | qureshi(1) 2:31 | | second(1) 18:21 | |
| mccloy(1) 6:18 | | opinion(1) 22:1 | | | | section(1) 8:21 | |
| mccormack(1) 3:15 | | opportunity(1) 19:24 | | rank(1) 21:13 | | securities(3) 4:46 4:46 6:23 | |
| mean(2) 12:3 15:11 | | opposed(1) 14:18 | | rath(2) 2:11 2:12 | | see(2) 13:5 22:5 | |
| meisel(1) 1:29 | | order(13) 9:5 9:7 9:9 12:9 12:13 17:4 | | reached(1) 9:13 | | seek(1) 10:22 | |
| mention(1) 19:23 | | 18:9 18:18 18:21 18:24 19:17 19:20 20:1 | | read(1) 14:11 | | seife(1) 3:13 | |
| merrill(1) 4:40 | | | | really(2) 10:5 13:13 | | send(2) 14:9 17:13 | |
| michael(1) 4:33 | | orders(3) 7:15 7:21 18:10 | | reargue(1) 19:6 | | sense(1) 10:20 | |
| michigan(1) 1:38 | | ordinary(1) 7:17 | | reasons(1) 19:15 | | sent(1) 9:23 | |
| might(6) 12:17 13:17 19:21 19:23 21:6 | | other(4) 10:16 12:10 22:2 22:3 | | receive(2) 11:11 13:18 | | september(1) 7:13 | |
| 21:13 | | others(3) 13:18 22:8 | | recent(4) 10:12 18:17 20:17 20:18 | | service(2) 1:44 1:52 | |
| | | otherwise(3) 10:19 12:19 14:2 | | recently(1) 9:23 | | services(2) 1:44 5:8 | |
| mike(1) 11:9 | | our(2) 7:7 16:24 | | recess(1) 22:19 | | session(1) 9:15 | |
| milbank(1) 6:18 | | out(6) 9:5 9:14 9:17 10:16 11:13 21:23 | | recesses(1) 20:2 | | set(3) 14:17 18:20 19:25 | |
| miles(1) 4:13 | | over(1) 10:14 10:24 12:6 18:12 | | record(2) 8:8 13:25 | | setting(2) 9:5 9:6 | |
| miller(1) 6:22 | | overrule(1) 19:15 | | recorded(1) 1:51 | | settlement(1) 7:18 | |
| mills(1) 4:25 | | own(1) 16:4 | | recording(2) 1:51 23:5 | | several(1) 19:7 | |
| mind(1) 20:2 | | | | reed(1) 5:19 | | shamah(1) 3:42 | |
| mindful(1) 10:13 | | p.a(1) 1:30 | | refreshing(1) 20:3 | | she(9) 8:6 8:7 8:20 9:1 9:11 9:16 9:18 | |
| minute(1) 13:10 | | p.m(3) 1:14 7:1 23:1 | | refute(2) 12:6 13:6 | | 9:21 10:13 | |
| missing(1) 11:7 | | paid(1) 11:13 | | regarding(1) 18:9 | | | |
| moelis(1) 3:33 | | papers(5) 8:25 10:10 13:7 14:10 17:1 | | regards(6) 11:6 11:7 11:10 11:16 11:19 | | should(5) 11:10 12:14 14:17 15:2 19:22 | |
| money(1) 11:12 | | park(2) 2:32 3:8 | | 16:5 | | sides(1) 19:7 | |
| monthly(1) 7:7 | | parke(1) 2:17 | | | | sidley(4) 1:23 4:4 4:16 7:5 | |
| moot(1) 9:11 | | part(1) 22:2 | | registered(1) 8:5 | | sign(1) 19:20 | |
| more(2) 15:3 19:9 | | parties(9) 8:15 9:1 12:9 12:18 12:20 14:3 | | rejected(1) 9:9 | | simply(2) 8:25 19:4 | |
| morgan(2) 2:4 5:12 5:46 | | 17:2 17:5 17:5 | | relates(1) 8:1 | | since(1) 21:24 | |
| most(3) 9:23 10:12 18:17 | | | | relating(1) 10:3 | | sir(2) 16:12 21:11 | |
| motion(7) 7:17 13:19 13:20 14:17 14:18 | | partners(4) 3:27 4:36 5:34 7:16 | | relevant(1) 17:4 | | sit(1) 17:25 | |
| 18:25 19:12 | | parver(1) 4:41 | | relieved(1) 22:15 | | sloan(1) 2:5 | |
| | | patrick(1) 5:47 | | remain(1) 17:19 | | some(3) 15:18 21:8 22:2 | |
| motions(1) 19:16 | | paul(1) 3:45 | | remainder(1) 17:20 | | somebody(1) 15:21 | |
| much(5) 18:3 21:25 22:9 22:15 22:18 | | pause(2) 8:7 13:10 | | rendition(1) 11:4 | | something(6) 11:17 13:21 17:25 19:24 | |
| munchen(1) 6:12 | | payment(1) 9:2 | | request(2) 7:24 11:24 | | 20:12 21:18 | |
| myers(1) 3:41 | | peg(1) 5:31 | | requested(2) 8:3 9:3 | | | |
| myrick(1) 4:17 | | pennsylvania(1) 1:46 | | require(1) 15:24 | | sometimes(2) 13:18 20:1 | |
| nature(1) 13:21 | | people(6) 12:7 19:24 21:3 21:19 21:20 | | resources(1) 11:8 22:6 | | sottile(7) 2:24 18:12 18:14 18:15 19:19 | |
| necessity(1) 18:25 | | percent(1) 21:25 | | respect(8) 7:25 9:12 9:18 9:20 10:7 12:24 | | 20:5 20:8 | |
| need(4) 13:1 15:3 15:9 20:6 | | period(1) 7:20 | | 19:16 21:7 | | | |
| needed(1) 20:18 | | person(2) 13:1 16:3 | | | | sound(2) 1:51 23:5 | |
| needs(2) 13:24 19:10 | | phone(5) 8:7 8:9 15:12 17:19 19:5 | | respecting(1) 8:4 | | south(1) 1:25 | |
| never(2) 11:9 11:11 | | plaza(1) 2:19 | | response(5) 13:20 16:13 16:15 19:13 19:14 | | spaeder(3) 2:23 3:20 18:15 | |
| new(3) 2:20 2:33 3:41 | | plead(1) 12:5 | | restructuring(1) 20:15 | | special(1) 18:15 | |
| news(1) 5:30 | | pleading(1) 13:19 | | retain(1) 9:16 | | spit(1) 11:15 | |
| next(1) 18:6 | | pleadings(1) 10:12 | | retirees(2) 11:17 11:20 | | square(2) 2:6 10:6 | |
| nomura(2) 4:46 4:46 | | pleases(1) 14:16 | | richards(1) 2:4 | | stand(1) 22:19 | |
| north(2) 1:38 2:7 | | podium(1) 18:12 | | rifkind(1) 3:45 | | standard(1) 8:21 | |
| not(17) 8:20 9:21 10:13 11:13 11:17 13:1 | | point(6) 11:11 16:7 16:9 17:23 19:6 19:10 | | right(14) 11:1 15:17 15:20 16:11 17:9 | | standing(1) 18:11 | |
| 13:14 13:21 14:11 14:15 16:9 19:6 19:19 | | policy(1) 13:12 | | 17:13 17:18 18:3 18:13 19:11 19:14 20:7 | | stands(1) 16:3 | |
| 21:19 21:23 22:14 22:18 | | position(1) 19:4 | | 20:13 21:5 | | stanley(1) 5:12 | |
| | | ppearances(2) 1:21 2:1 | | rises(1) 10:14 | | stargatt(1) 2:36 | |
| nothing(1) 15:3 | | preferable(1) 14:18 | | robert(1) 2:38 | | start(1) 7:11 | |
| november(2) 8:18 9:2 | | prepare(1) 9:5 | | roberts(1) 6:22 | | starts(1) 20:19 | |
| novod(1) 5:39 | | prepared(2) 10:9 19:18 | | rockefeller(1) 2:19 | | stated(1) 8:18 | |
| now(4) 9:21 13:17 15:12 17:18 | | presence(1) 15:25 | | rodney(1) 2:6 | | statements(1) 16:22 | |
| number(1) 21:9 | | preserve(1) 19:4 | | roitman(1) 3:17 | | states(3) 1:1 1:19 16:2 | |
| numbers(1) 11:10 | | pretty(1) 21:25 | | roland(1) 6:29 | | status(4) 7:24 8:3 10:5 10:13 | |
| numerous(1) 9:14 | | previous(2) 18:21 19:16 | | rosenman(1) 6:13 | | stay(2) 18:19 18:22 | |
| o'melveny(1) 3:41 | | pro(2) 8:11 10:13 | | ross(1) 4:19 | | stepped(1) 19:6 | |
| o'neal(1) 4:33 | | probably(3) 16:2 17:24 19:25 | | rudnick(1) 5:38 | | stickles(1) 1:31 | |
| | | procedure(3) 18:20 18:23 19:22 | | rule(2) 10:10 13:13 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

stone(1) 6:19
strauss(1) 2:30
street(6) 1:10 1:45 2:7 2:13 2:25 2:40
submission(3) 17:2 17:14 21:24
submissions(3) 10:12 12:18 17:7
submit(5) 9:21 10:9 17:3 18:23 19:2
submitted(7) 10:11 12:1 14:8 14:24 16:18 19:2 19:17

subsequen(1) 9:14
such(1) 8:22
suggest(2) 12:4 19:21
suggested(1) 12:8
suggests(1) 16:19
suite(3) 1:32 2:13 2:26
supplement(2) 16:21 16:24
supplementa(1) 10:21
support(3) 9:22 10:1 10:9
sure(7) 11:23 13:11 16:1 16:9 17:24 20:6 21:15

sustained(2) 12:15 15:2
sustia(1) 3:34
suttonbrook(2) 2:46 2:46
taback(1) 6:22
take(6) 7:8 12:20 14:8 16:7 17:22 21:13
takes(1) 22:16
taking(1) 10:12
talk(1) 10:18
taylor(1) 2:37
technically(1) 15:15
telephone(2) 13:2 15:16
telephonic(5) 2:44 3:1 4:1 5:1 6:1
tell(6) 11:2 13:12 21:16 21:23 22:4
telling(1) 14:7
template(1) 14:17
termination(1) 18:10
testify(3) 12:25 15:10 15:25
testimony(2) 13:1 15:7
thank(13) 7:21 16:11 17:17 17:18 18:3 18:4 18:7 20:5 20:7 20:8 22:9 22:18 22:20
that(88) 7:9 7:22 8:4 8:6 8:20 9:4 9:10 9:10 9:11 9:18 9:21 9:25 10:6 10:8 10:11 10:14 10:18 10:19 10:22 10:24 11:4 11:4 11:15 11:17 11:18 11:18 11:22 11:24 11:25 12:4 12:6 12:8 12:11 12:13 13:6 13:12 13:15 13:21 14:1 14:7 14:18 14:24 16:2 16:4 16:9 16:13 16:15 16:20 16:25 17:4 17:7 17:8 17:9 17:11 18:1 18:1 18:7 18:18 18:20 18:21 18:22 18:23 19:3 19:5 19:10 19:15 19:17 19:20 19:23 19:25 19:25 20:6 21:4 21:8 21:12 21:13 21:18 21:21 21:24 22:3 22:4 22:6 22:11 22:15 22:15 22:19 23:4

that's(4) 13:21 15:2 15:24 20:24
thau(1) 6:22

the(235) 1:1 1:2 1:18 2:39 7:2 7:5 7:6 7:11 7:13 7:14 7:15 7:17 7:20 7:20 7:21 7:24 7:25 8:1 8:3 8:7 8:7 8:8 8:8 8:9 8:12 8:14 8:15 8:16 8:17 8:17 8:19 8:21 8:21 8:23 8:24 8:25 9:1 9:2 9:2 9:4 9:4 9:6 9:7 9:7 9:9 9:11 9:13 9:16 9:25 10:1 10:2 10:4 10:6 10:9 10:10 10:10 10:14 10:16 10:17 10:19 10:22 10:23 10:24 11:11:11 11:11 11:12 11:12 11:15 11:16 11:18 11:19 11:20 11:21 11:24 11:24 11:25 12:5 12:8 12:8 12:10 12:13 12:13 12:14 12:14 12:17 12:18 12:18 12:20 12:22 12:24 13:4 13:6 13:8 13:9 13:12 13:17 13:24 13:25 13:25 13:25 14:1 14:2 14:5 14:7 14:9 14:10 14:14 14:14 14:15 14:20 14:22 14:23 15:1 15:1 15:2 15:5 15:7 15:9 15:12 15:13 15:15 15:16 15:18 15:21 15:24 16:3 16:11 16:13 16:14 16:16 16:17 16:18 16:19 16:20 16:22 16:24 16:25 17:1 17:1 17:2 17:3 17:4 17:5 17:5 17:6 17:6 17:6 17:7 17:9 17:13 17:13 17:14 17:16 17:16 17:18 17:19 17:19 17:20 17:22 18:3 18:5 18:5 18:6 18:8 18:8 18:9 18:9 18:10 18:12 18:13 18:15 18:17 18:17 18:18 18:19 18:21 18:21 18:22 18:24 18:24 18:25 19:1 19:5 19:6 19:6 19:8 19:11 19:14 19:15 19:15 19:16 19:17 19:17 19:20 19:21 19:21 19:22 19:23 20:1 20:2 20:6 20:6 20:7 20:9 20:11 20:13 20:15 20:22 20:24 20:24 21:9 21:10 21:11 21:13 21:15 21:17 21:20 21:21 21:25 22:2 22:5 22:7 22:8 22:11 22:16 22:17 22:18 23:1 23:4 23:5 23:5 23:6

their(3) 11:8 19:4 21:17
then(2) 15:6 19:1
there(6) 10:8 10:20 10:21 15:14 20:9
there's(4) 14:5 19:9 19:23 21:12
therein(1) 16:23
these(3) 13:6 19:7 20:1
they(6) 13:5 19:5 19:6 20:3 21:17 22:7
thing(1) 19:21
things(2) 10:24 20:1
think(4) 17:24 19:9 21:3 21:4
third(1) 18:9
this(32) 7:6 7:7 8:4 8:15 9:13 9:18 9:19 9:25 10:5 11:1 13:14 14:17 16:6 16:7 16:7 16:9 17:23 18:12 18:19 19:6 19:10 19:22 20:18 20:21 21:3 21:4 21:16 21:24 22:2 22:17 22:19

thomas(2) 3:15 4:19
those(3) 7:15 7:21 18:22
three(1) 7:14
threshold(1) 10:14
through(6) 7:8 7:12 8:23 10:18 18:19
thursday(1) 7:1
time(10) 16:10 17:12 19:6 19:10 21:16 21:16 21:21 21:25 22:2 22:3

times(1) 19:7
timetable(2) 9:6 10:19
timidity(1) 21:17
to-eye(1) 15:22
today(4) 7:10 8:6 20:9 22:16
told(3) 12:4 20:20 20:21
total(1) 7:9
touche(1) 6:29
traci(1) 23:10
transcriber(1) 23:10
transcript(3) 1:17 1:52 23:5
transcription(2) 1:44 1:52
transmitted(1) 9:7
tribune(10) 1:8 1:36 4:4 4:28 7:6 10:4 11:6 11:19 20:15 21:14

triggered(1) 19:25
true(1) 7:15
trust(5) 5:38 5:46 16:4

try(3) 9:14 9:17 11:8
trying(2) 11:4 11:6
turn(2) 10:24 18:12
tweed(1) 6:18
twenty-fourth(1) 7:25
two(2) 7:9 7:22
uh-huh(1) 13:16
um-hum(10) 12:12 12:16 12:23 13:23 14:13 14:21 14:25 15:8 15:17 15:23

under(4) 8:21 15:10 15:12 15:15
understand(9) 8:4 9:16 19:3 19:5 20:11 21:4 21:8 21:18 22:7

understanding(1) 9:1
undertaken(1) 19:22
united(2) 1:1 1:19
unless(3) 19:8 19:18 22:17
unsecured(3) 2:12 3:9 18:16
until(1) 11:13
upon(3) 11:25 13:15 17:6
upstanding(2) 13:7 13:7
use(1) 22:5
vail(1) 5:43
very(9) 7:8 7:11 7:23 18:3 20:12 22:5 22:9 22:11 22:18

view(4) 8:25 9:11 9:13 10:2
want(1) 17:25
was(17) 8:6 9:10 9:11 9:11 11:5 11:6 11:9 11:13 11:18 12:8 18:1 18:20 18:23 19:17 22:12 22:14 23:1

washington(1) 2:27
wasn't(1) 21:17
way(5) 9:17 10:6 13:14 14:22 20:24
we'd(1) 19:20
we're(3) 10:6 16:17 16:25
we've(1) 21:8
weil(1) 5:12
weiss(2) 3:45 6:26
weitman(1) 4:29
welcome(2) 17:23 22:11
well(14) 11:3 12:3 12:8 13:5 13:9 14:16 14:20 15:6 15:11 15:13 16:1 20:20 21:15 21:23

wells(1) 5:4
west(1) 2:40
wharton(1) 3:45
what(12) 11:6 11:10 11:18 11:19 12:3 12:8 14:1 14:6 14:8 16:14 21:4 22:4

what's(3) 11:2 21:6 21:19
when(6) 11:13 13:18 17:16 20:3 21:6
whereupon(1) 23:1
whether(4) 12:14 12:21 13:19 15:1
which(11) 7:12 7:14 7:19 7:24 12:1 12:9 14:1 14:24 16:17 18:8 21:22

while(2) 22:3 22:5
white(1) 5:4
who(1) 21:25
whom(1) 21:20
why(3) 9:1 15:24 21:17
will(13) 7:13 7:23 9:19 10:24 15:9 17:8 17:13 18:12 19:15 20:5 21:22 21:23 22:19

wilmington(8) 1:11 1:33 2:8 2:14 2:41 5:38 7:1 15:10

wires(1) 5:30
wish(4) 10:16 15:7 15:25 19:6
wishes(2) 12:22 19:12
with(35) 7:11 7:22 7:25 8:16 9:15 9:17 9:20 10:4 10:7 10:19 10:23 10:24 12:9 12:24 14:9 14:15 15:12 16:18 17:3 17:5 17:10 17:11 17:16 18:1 18:6 18:24 19:3 19:12 19:16 19:17 20:18 20:20 21:7 21:20 22:15

without(3) 12:1 15:21 17:1
witness(1) 9:12
won't(1) 17:22
work(2) 21:23 22:1
working(2) 22:4
would(17) 10:17 10:19 10:22 12:3 12:25 13:1 14:18 16:2 16:8 16:14 18:18 18:23 19:8 20:4 20:11 21:14 21:24

written(2) 12:18 18:1
wrote(2) 11:4 11:18
www.diazdata.com(1) 1:48
year(2) 9:8 9:25
yes(3) 8:10 16:12 17:15
yet(1) 21:18
york(3) 2:20 2:33 3:41
yospe(1) 3:46
you(60) 12:3 12:4 12:5 12:6 12:21 12:21 12:25 12:25 13:10 13:12 13:17 14:6 14:7 14:9 14:16 14:19 14:22 15:2 15:7 15:9 15:10 15:12 15:15 15:25 16:3 16:6 16:11 17:10 17:13 17:17 17:18 17:18 17:19 17:23 17:25 18:3 18:4 18:7 19:23 19:24 20:1 20:5 20:7 20:8 20:19 20:22 20:25 21:7 21:8 21:13 21:16 21:18 21:19 21:23 22:4 22:5 22:8 22:9 22:18 22:20

you'd(1) 14:7
you're(3) 16:6 17:22 22:11
you've(3) 12:11 14:8 14:24
your(27) 7:3 7:4 7:7 7:11 8:3 8:14 9:23 11:24 14:11 15:24 16:15 17:8 17:12 18:7 18:14 19:19 20:5 20:8 20:10 20:14 20:17 20:24 21:2 22:9 22:14 22:15 22:20

yourself(3) 11:5 16:5 17:23
zell(2) 11:13 19:1
zell's(1) 19:3
zuckerman(3) 2:23 3:20 18:15