# Notice Recipients

District/Off: 0311−1          User: MichaelM          Date Created: 8/26/2011
Case: 08−13141−KJC          Form ID: ntcBK          Total: 22

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |
| aty | Patricia K. Smoots | psmoots@mcguirewoods.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Tribune Company | 435 N. Michigan Avenue        Chicago, IL 60611 |
| aty | Carl D. Neff | Ciardi Ciardi &Astin        919 N. Market Street        Suite 700        Wilmington, DE 19801 U.S.A. |
| aty | Carl D. Neff | Ciardi Ciardi &Astin        919 N. Market Street        Suite 700        Wilmington, DE 19801 U.S.A. |
| aty | Edward Cerasia, II | Seyfarth Shaw LLP        620 Eighth Avenue        32nd Floor        New York, NY 10018 |
| aty | George R. Dougherty | Grippo &Elden LLC        111 S. Wacker Drive        Chicago, IL 60606 |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,        500 Delaware Avenue, Suite 1410        Wilmington, DE 19801 |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,        500 Delaware Avenue, Suite 1410        Wilmington, DE 19801 |
| aty | James F. Conlan | Sidley Austin LLP        One South Dearborn Street        Chicago, IL 60603 |
| aty | Jared D. Zajac | McDermott Will &Emery LLP        340 Madison Avenue        New York, NY 10173−0002 |
| aty | John H. Strock, III | Fox Rothschild LLP        919 N. Market St., Suite 1300        P.O Box 2323        Wilmington, DE 19899−2323 |
| aty | John R. McCambridge | Grippo &Elden        111 S. Wacker Drive        Chicago, IL 60606 |
| aty | Michael W. kazan | Grippo &Elden LLC        111 S. Wacker Drive        Chicago, IL 60606 |
| aty | Norman L. Pernick | Cole, Schotz, Meisel, Forman &Leonard,        500 Delaware Avenue,Suite 1410        Wilmington, DE 19801 |
| aty | Patrick J. Reilley | Cole, Schotz, Meisel, Forman &Leonard,        500 Delaware Avenue, Suite 1410        Wilmington, DE 19801 |
| aty | Patrick T. Nash | Grippo &Elden        111 S. Wacker Drive        Chicago, IL 60606 |
| aty | Patrick Theodore Garvey | Johnson &Bell, Ltd        33 W. Monroe, Suite 2700        Chicago, IL 60603 |
| aty | Robert S. Brady | Young, Conaway, Stargatt &Taylor        The Brandywine Bldg.        1000 West Street, 17th Floor        PO Box 391        Wilmington, DE 19899−0391 |
| aty | Stephen Novack | Novack and Macey LLP        100 North Riverside Plaza        Chicago, IL 312−419−6900 312−419−6928 |

TOTAL: 18