# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

July 1, 2011 through and including July 31, 2011

| Project Code | Description | Hour | Amount |
|---|---|---|---|
| 5735.00001 | Business Analysis | 2.2 | 1,419.00 |
| 5735.00004 | Current Financials | 70.4 | 41,030.00 |
| 5735.00005 | Prospective Financials | 19.3 | 11,097.00 |
| 5735.00007 | Employee Issues | 107.5 | 64,702.00 |
| 5735.00008 | Plan of Reorganization | 4.5 | 2,571.00 |
| 5735.00015 | UCC Meetings | 6.3 | 3,825.50 |
| 5735.00017 | Billing and Retention | 11.9 | 7,673.00 |
| | | **222.1** | **$132,317.50** |

Re: Business Analysis
Client/Matter # 005735.00001

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/06/11 | BH | Review and analyze information on Scripps status of potential sale of assets and its impact on the Food TV Network joint venture. | 0.60 |
| 07/06/11 | BH | Review and analyze the Moelis Media Update. | 0.50 |
| 07/14/11 | BH | Review and analyze Moelis Media Update. | 0.60 |
| 07/26/11 | BH | Review and analyze Moelis Media Update | 0.50 |
| | | **Total Hours** | **2.20** |

Re: Business Analysis
Client/Matter # 005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 2.20 | 645.00 | 1,419.00 |
| **Total Hours & Fees** | **2.20** | | **1,419.00** |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/01/11 | ANL | Reviewed weekly revenue and cash reports. | 2.10 |
| 07/01/11 | ANL | Reviewed Tribune board minutes. | 0.70 |
| 07/05/11 | ANL | Reviewed weekly revenue and cash reports. | 2.10 |
| 07/05/11 | ANL | Prepared weekly status report. | 1.80 |
| 07/06/11 | YK | Reviewed and revised weekly status report. | 1.30 |
| 07/06/11 | BH | Review and analyze the weekly financial performance compared to Plan and revise report on same. | 2.60 |
| 07/11/11 | ANL | Reviewed weekly revenue and cash reports. | 2.10 |
| 07/12/11 | ANL | Prepared weekly status update to UCC. | 2.20 |
| 07/12/11 | ANL | Reviewed weekly revenue and cash reports. | 1.60 |
| 07/13/11 | ANL | Prepared weekly status update to UCC. | 1.60 |
| 07/13/11 | ANL | Reviewed weekly revenue and cash reports. | 2.20 |
| 07/13/11 | ANL | Reviewed June 2011 preliminary results. | 1.30 |
| 07/13/11 | BH | Review and analyze 6 month results of actual to planned performance. | 2.90 |
| 07/13/11 | BH | Analyze current weekly financial performance compared to Plan and revise report to Committee on same. | 2.10 |
| 07/13/11 | MPM | Reviewed June 2011 results. | 0.70 |
| 07/14/11 | BH | Participate in financial advisors call hosted by Tribune advisors to discuss current financial results. | 0.60 |
| 07/14/11 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 07/14/11 | ANL | Reviewed weekly revenue and 13 week cash flow forecast. | 2.60 |
| 07/14/11 | ANL | Reviewed June 2011 preliminary results. | 1.30 |
| 07/14/11 | ANL | Participated in monthly conference call with Tribune re June 2011 results. | 0.70 |
| 07/15/11 | ANL | Reviewed June 2011 results. | 1.30 |
| 07/15/11 | ANL | Prepared weekly status update to UCC and summary of June results. | 2.50 |
| 07/15/11 | BH | Call with Tribune advisors to discuss opportunities for additional contract printing revenue. | 1.00 |
| 07/18/11 | ANL | Reviewed June 2011 operating report. | 1.80 |
| 07/18/11 | ANL | Prepared summary of June 2011 publishing and broadcasting results. | 2.10 |
| 07/18/11 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 07/19/11 | ANL | Reviewed June 2011 management operating report. | 2.20 |
| 07/20/11 | BH | Review and analyze weekly actual results compared to Plan and revise report to UCC on same. | 2.40 |
| 07/21/11 | BH | Prepare verbal comments for presentation of weekly results an 2011 MIP program to the UCC. | 1.50 |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/21/11 | ANL | Reviewed June 2011 management operating report. | 1.30 |
| 07/21/11 | ANL | Prepared weekly status update to UCC. | 2.20 |
| 07/21/11 | MPM | Reviewed June 2011 management report. | 0.50 |
| 07/22/11 | ANL | Reviewed weekly revenue flash reports and cash reports. | 1.60 |
| 07/22/11 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 07/22/11 | BH | Review updated information on Publishing Advertising results. | 0.50 |
| 07/25/11 | BH | Review and analyze weekly actual results compared to Plan and revise report to UCC on same. | 2.20 |
| 07/25/11 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 07/26/11 | ANL | Revised weekly status update to UCC. | 0.80 |
| 07/26/11 | ANL | Reviewed historical national ad trends for Chicago, LA, and S. Florida | 1.30 |
| 07/28/11 | ANL | Reviewed weekly revenue flash reports. | 1.50 |
| 07/28/11 | ANL | Prepared weekly status update to UCC. | 2.30 |
| 07/29/11 | ANL | Prepared weekly status update to UCC. | 1.70 |
| | | **Total Hours** | **70.40** |

Re: Current Financials  
Client/Matter # 005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Michael P Murphy | 1.20 | 855.00 | 1,026.00 |
| Albert Leung | 52.10 | 560.00 | 29,176.00 |
| Brad Hall | 15.80 | 645.00 | 10,191.00 |
| Young Kim | 1.30 | 490.00 | 637.00 |
| **Total Hours & Fees** | **70.40** | | **41,030.00** |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/06/11 | BH | Call with Tribune advisors to discuss Project Eagle and Scripps motivation in potential asset sales. | 0.80 |
| 07/13/11 | ANL | Reviewed 2011 budget details. | 2.30 |
| 07/15/11 | ANL | Reviewed 2011 budget details. | 1.60 |
| 07/18/11 | ANL | Reviewed 2011 budget details. | 2.20 |
| 07/19/11 | ANL | Reviewed 2011 budget details. | 1.60 |
| 07/19/11 | BH | Review and analyze contract work to be done for the Chicago Sun-Times and draft memo to Chadbourne on same. | 2.60 |
| 07/20/11 | ANL | Reviewed 2011 budget details and year to date results. | 2.30 |
| 07/21/11 | ANL | Reviewed 2011 budget details and year to date results. | 1.10 |
| 07/22/11 | ANL | Reviewed 2011 budget details and year to date results. | 2.10 |
| 07/25/11 | ANL | Reviewed 2011 budget details and year to date results. | 1.50 |
| 07/26/11 | ANL | Reviewed 2011 budget details and year to date results. | 1.20 |
| | | **Total Hours** | **19.30** |

Re: Prospective Financials
Client/Matter # 005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 15.90 | 560.00 | 8,904.00 |
| Brad Hall | 3.40 | 645.00 | 2,193.00 |
| **Total Hours & Fees** | **19.30** | | **11,097.00** |

Re:              Employee Issues
Client/Matter #  005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/06/11 | BH | Draft memo to Chadbourne on Publishing Reorganization. | 0.70 |
| 07/06/11 | BH | Draft memo to Chadbourne on status of 2011 MIP. | 0.40 |
| 07/07/11 | BH | Review MIP status. | 0.30 |
| 07/07/11 | ANL | Reviewed Randy Michaels deposition and related documents. | 2.20 |
| 07/12/11 | ANL | Reviewed 2010 MIP information and proposed 2011 MIP summary. | 2.20 |
| 07/12/11 | BH | Review and analyze information on Publishing Reorganization cost benefit. | 0.60 |
| 07/12/11 | BH | Review summary cost impact of 2011 MIP | 0.40 |
| 07/13/11 | BH | Participate in conference call hosted by Debtor (Hartenstein) to discuss Publishing Reorganization and 2011 MIP | 0.80 |
| 07/13/11 | BH | Draft memo to Chadbourne on Publishing Reorganization | 1.40 |
| 07/13/11 | ANL | Participated in conference call with E. Hartenstein and Tribune advisors re 2011 MIP and RIF. | 0.80 |
| 07/14/11 | ANL | Reviewed 2010 MIP information and proposed 2011 MIP summary. | 3.10 |
| 07/14/11 | BH | Revise memo to Committee on Publishing Reorganization. | 0.40 |
| 07/15/11 | BH | Draft Summary presentation to UCC on 2011 MIP as proposed by Debtor. | 3.80 |
| 07/15/11 | ANL | Reviewed 2010 MIP information and proposed 2011 MIP summary. | 2.10 |
| 07/18/11 | BH | Review Mercer report on compensation. | 3.40 |
| 07/18/11 | BH | Review Jerry Kersting separation agreement. | 1.00 |
| 07/18/11 | BH | Review Tribune press release on Publishing Reorganization and forward to counsel. | 0.30 |
| 07/18/11 | ANL | Reviewed 2010 MIP information and proposed 2011 MIP summary. | 1.50 |
| 07/19/11 | ANL | Prepared 2011 MIP presentation to UCC. | 3.80 |
| 07/19/11 | ANL | Reviewed J. Kersting separation agreement. | 0.60 |
| 07/19/11 | ANL | Reviewed employee detail for 2011 MIP. | 2.30 |
| 07/19/11 | ANL | Reviewed 2010 MIP information and proposed 2011 MIP summary. | 1.60 |
| 07/19/11 | BH | Call with Tribune advisors on 2011 MIP | 0.70 |
| 07/19/11 | BH | Draft presentation to UCC on 2011 MIP as proposed by Debtor. | 3.10 |
| 07/19/11 | BH | Review and analyze Mercer report comparable company analysis. | 1.30 |
| 07/19/11 | BH | Review Jerry Kersting separation agreement draft. | 0.40 |
| 07/19/11 | MPM | Reviewed 2011 MIP materials. | 1.30 |

Re: Employee Issues
Client/Matter # 005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/20/11 | BH | Call with Chadbourne to discuss Publishing Reorganization and 2011 MIP | 0.50 |
| 07/20/11 | BH | Review and analyze detail schedule of employees impacted by Publishing Reorganization. | 0.70 |
| 07/20/11 | BH | Draft presentation to UCC on preliminary report on 2011 MIP as proposed by Tribune. | 3.70 |
| 07/20/11 | ANL | Prepared 2011 MIP presentation to UCC. | 3.20 |
| 07/20/11 | ANL | Reviewed 2010 and 2009 MIP details. | 2.50 |
| 07/20/11 | ANL | Reviewed employee detail for 2011 MIP. | 1.70 |
| 07/20/11 | ANL | Reviewed Mercer report on 2011 MIP. | 2.10 |
| 07/21/11 | ANL | Reviewed employee detail for 2011 MIP. | 2.30 |
| 07/21/11 | ANL | Reviewed Mercer report on 2011 MIP. | 2.10 |
| 07/21/11 | BH | Review and analyze Mercer report for comparable company analysis. | 1.50 |
| 07/21/11 | BH | Call with Tribune advisors to provide feedback from UCC on preliminary report of 2011 MIP. | 0.50 |
| 07/22/11 | BH | Review Proxy statements on companies senior executive compensation for businesses identified in Mercer report as comparable entities. | 1.80 |
| 07/22/11 | BH | Review letter referenced in the Jerry Kersting separation agreement. | 0.40 |
| 07/22/11 | ANL | Reviewed Mercer report on 2011 MIP. | 2.10 |
| 07/22/11 | MPM | Reviewed 2011 MIP detail information. | 0.60 |
| 07/25/11 | ANL | Reviewed comparable proxy statements per Mercer report. | 2.30 |
| 07/25/11 | ANL | Reviewed Mercer report on 2011 MIP. | 2.10 |
| 07/25/11 | BH | Review and respond to inquiry from UCC member on 2011 MIP issues. | 0.60 |
| 07/25/11 | BH | Draft addendum to 2011 MIP presentation for UCC. | 2.50 |
| 07/26/11 | ANL | Reviewed comparable proxy statements per Mercer report. | 2.30 |
| 07/26/11 | ANL | Reviewed Mercer report on 2011 MIP. | 2.20 |
| 07/26/11 | MPM | Reviewed Mercer report and 2011 MIP proposal. | 1.60 |
| 07/27/11 | MPM | Reviewed MIP report to UCC. | 0.60 |
| 07/27/11 | ANL | Reviewed comparable proxy statements per Mercer report. | 3.10 |
| 07/27/11 | ANL | Prepared supplemental report to UCC on 2011 MIP. | 3.50 |
| 07/27/11 | ANL | Reviewed Mercer reports on 2009, 2010 and 2011 MIP. | 2.80 |
| 07/27/11 | BH | Draft addendum to 2011 MIP report to UCC | 1.90 |
| 07/28/11 | BH | Prepare verbal comments for presentation of addendum report to UCC on 2011 MIP | 1.90 |
| 07/28/11 | BH | Draft memo to Tribune advisors on status of MIP | 0.30 |

Re: Employee Issues
Client/Matter # 005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | deliberation by UCC | |
| 07/28/11 | ANL | Reviewed comparable proxy statements per Mercer report. | 1.50 |
| 07/28/11 | ANL | Reviewed Mercer reports on 2009, 2010 and 2011 MIP. | 2.10 |
| 07/28/11 | AH | Call w/ D. Deutsche re: MIP and general case matters | 0.50 |
| 07/29/11 | ANL | Reviewed comparable proxy statements per Mercer report. | 2.10 |
| 07/29/11 | ANL | Reviewed comparable bankruptcy incentive plans. | 3.20 |
| 07/29/11 | ANL | Reviewed Mercer reports on 2009, 2010 and 2011 MIP. | 2.50 |
| 07/29/11 | BH | Call with Tribune advisors to discuss status of 2011 MIP issues. | 0.80 |
| 07/29/11 | BH | Call with Chadbourne to discuss follow-up items on 2011 MIP proposal. | 0.30 |
| 07/29/11 | BH | Review available information on bankrupt companies and cash bonus compensation and compare to Tribune 2011 MIP proposal. | 0.60 |
| | | **Total Hours** | **107.50** |

Re:             Employee Issues
Client/Matter # 005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Michael P Murphy | 4.10 | 855.00 | 3,505.50 |
| Alan Holtz | 0.50 | 855.00 | 427.50 |
| Albert Leung | 65.90 | 560.00 | 36,904.00 |
| Brad Hall | 37.00 | 645.00 | 23,865.00 |
| **Total Hours & Fees** | **107.50** | | **64,702.00** |

Re: Plan of Reorganization
Client/Matter # 005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/01/11 | ANL | Reviewed closing argument outline and DCL plan. | 1.80 |
| 07/11/11 | ANL | Reviewed closing argument outline and DCL plan. | 2.10 |
| 07/13/11 | BH | Review memo from Chadbourne on threshold amounts in avoidance actions against insiders. | 0.60 |
| | | **Total Hours** | **4.50** |

Re:                      Plan of Reorganization
Client/Matter #      005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 3.90 | 560.00 | 2,184.00 |
| Brad Hall | 0.60 | 645.00 | 387.00 |
| **Total Hours & Fees** | **4.50** | | **2,571.00** |

Re: UCC Meetings
Client/Matter # 005735.00015

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/14/11 | BH | Participate in Professionals call hosted by Chadbourne. | 0.40 |
| 07/21/11 | BH | Participate in UCC meeting and make presentation on weekly results and MIP proposal. | 1.10 |
| 07/21/11 | ANL | Participated in telephonic UCC Meeting | 1.20 |
| 07/27/11 | ANL | Participated in UCC professionals call. | 0.50 |
| 07/27/11 | BH | Participate in Professionals call hosted by Chadbourne | 0.40 |
| 07/28/11 | BH | Participate in UCC meeting and provide report on financial results and 2011 MIP | 1.60 |
| 07/28/11 | ANL | Participated in telephonic UCC meeting. | 1.10 |
| | | **Total Hours** | **6.30** |

Re: UCC Meetings
Client/Matter # 005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 2.80 | 560.00 | 1,568.00 |
| Brad Hall | 3.50 | 645.00 | 2,257.50 |
| **Total Hours & Fees** | **6.30** | | **3,825.50** |

Re: Billing and Retention
Client/Matter # 005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/12/11 | ANL | Prepared 10th interim fee application. | 1.80 |
| 07/13/11 | ANL | Prepared 10th interim fee application. | 0.80 |
| 07/13/11 | BH | Review 10th Fee Application | 1.30 |
| 07/14/11 | ANL | Prepared June 2011 fee application. | 0.50 |
| 07/14/11 | MPM | Reviewed 10th interim fee application and exhibits. | 0.80 |
| 07/15/11 | ANL | Prepared June 2011 fee application. | 0.60 |
| 07/18/11 | MPM | Reviewed June 2011 publishing and broadcasting results. | 1.20 |
| 07/22/11 | ANL | Prepared June 2011 fee application. | 1.20 |
| 07/25/11 | ANL | Prepared June 2011 fee application. | 1.20 |
| 07/25/11 | BH | Revise June fee application. | 1.20 |
| 07/25/11 | MPM | Reviewed June 2011 fee application. | 0.70 |
| 07/26/11 | ANL | Prepared June 2011 fee application. | 0.60 |
| | | Total Hours | 11.90 |

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 2.70 | 855.00 | 2,308.50 |
| Albert Leung | 6.70 | 560.00 | 3,752.00 |
| Brad Hall | 2.50 | 645.00 | 1,612.50 |
| **Total Hours & Fees** | **11.90** | | **7,673.00** |