# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

July 1, 2011 through and including July 31, 2011

| Expenses | Amount |
| --- | ---: |
| Cab Fare/Ground Transportation | 98.40 |
| Meals & Tips | 42.99 |
| Parking & Tolls | 32.00 |
| Postage/Messenger/Courier | 6.15 |
| **Total Disbursements** | **179.54** |

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 05/09/11 | Cab Fare/Ground Transportation - - VENDOR: Amm's Limousine Service A. Leung - Chicago to MDW | 76.40 |
| 05/25/11 | Postage/Messenger/Courier - - VENDOR: Federal Express Corporation 1 Package - Brad Hall to John Decker | 6.15 |
| 06/14/11 | Meals & Tips Albert Leung - Dinner | 26.99 |
| 07/12/11 | Meals & Tips Albert Leung - Dinner | 16.00 |
| 07/19/11 | Cab Fare/Ground Transportation Albert Leung Home Office | 11.00 |
| 07/28/11 | Cab Fare/Ground Transportation Albert Leung Office Home | 11.00 |
| 07/28/11 | Parking & Tolls Brad Hall | 32.00 |
| | **Total Disbursements** | **179.54** |