**EXHIBIT D**

**Redacted Mercer Report**

# MERCER

Consulting. Outsourcing. Investments.

REDACTED
VERSION

www.mercer.com

August 26, 2011

# Tribune Company
## 2011 MIP & Relative Compensation

John Dempsey          john.dempsey@mercer.com

This report is confidential to Tribune Company restructuring. It may not be used for any other purpose. Receipt of and use of this document in connection with Tribune's restructuring shall serve as acceptance of the confidentiality of the material herein.

# Introduction & Background

- Mercer was retained to assist with the development and evaluation of the Management Incentive Plan ("MIP") for 2011

- Tribune strives to deliver competitive compensation in order to motivate key management employees
  - Consistent with historic practice, the MIP supports Tribune's performance-oriented culture and provides opportunities for key managers across the organization to earn incentive awards tied to operating performance
  - The program is similar to the ordinary course 2009 MIP and 2010 MIP, which were approved by the Bankruptcy Court on January 27, 2010 and November 10, 2010, respectively, as well as prior years' MIP programs
  - The 2011 MIP is funded based on consolidated operating cash flow ("OCF") and allocated based on a blend of financial, operational and strategic metrics and management discretion

- To assess the appropriate level of awards under the proposed MIP, Mercer benchmarked Tribune's 2011 target compensation levels against market for key executives

- As a result of restructuring and other staffing changes, several key executives have received promotions and/or a substantial increase in responsibilities; this report reflects these changes

- The following pages include a summary of Mercer's analysis and findings

1

Mercer

REDACTED

# Introduction & Background

- The market data presented throughout this report is based on 2010 proxy and survey data according to the following position matches[1]:

| Incumbent | Position Title | Business Unit | Position Match | 2011 Plan Revenue |
|---|---|---|---|---|
| | CEO | Corporate Office | Proxy Match - CEO | 3.1B |
| | EVP/Chief Financial Officer | Corporate Office | Proxy Match - CFO | 3.1B |
| | President/Publishing[2] | Tribune Publishing Company | Group (Multi-Profit Center) Head | |
| | EVP/General Counsel | Corporate Office | Top Legal Executive | 3.1B |

[1] See page 10 for detailed methodology
[2] All newspapers except LA Times

Mercer

2

# 2011 Management Incentive Plan

# Summary of 2011 MIP

| Recommendations | Rationale for Recommendations |
|---|---|
| **Eligibility:** | ▪ Align employee focus with key financial measures |
| ▪ Consistent with 2010 participation | ▪ Providing incentives based on financial and strategic measures is consistent with Tribune's past practice and market practice in the media industry, and is generally considered a best practice |
| ▪ The 2011 MIP would have approximately 640 management employees | |
| ▪ New participants may be added, including any new hires or employees promoted to management whose target bonus opportunity is at least 15% of base salary (excluding those participating in sales incentive program) | |
|    – Consistent with 2009 and 2010, any participant additions will not increase the aggregate threshold, target, and maximum payouts ($16.4M, $32.4M and $42.5M, respectively) | |
| **Incentive Opportunities:** | ▪ Provide market competitive incentive opportunities for key management |
| ▪ Threshold: awards would be set at 50% of target |    – In the absence of an annual incentive plan, total compensation for the 7 participants covered in our market comparison will fall below market, at 29% of market median total direct compensation (base + bonus + long term incentives) |
| ▪ Target: 2010 target opportunities for majority of plan participants are generally unchanged | |
|    – Target payout requires above plan performance | |
|    – Individual participant target bonus opportunities generally are the same as they were in 2010, other than adjustments made in connection with promotions or other increased responsibilities, internal or market comparability, exceptional performance or contractual requirements | ▪ A maximum of 130% is consistent with the 2009 MIP and 2010 MIP, and below Tribune's past practice of using a maximum of 200% under the MIP as well as the prevailing practice among Tribune's peers |
| ▪ Maximum: awards would be capped at 130% of target | |
| ▪ At target, the total pool for 2011 is approximately $32.4M, which is a decrease of approximately $0.6M from the approved 2010 target pool | |

4

REDACTED

# Summary of 2011 MIP

## Performance Goals and Payouts

- Consistent with the ordinary course 2009 MIP and 2010 MIP, the 2011 MIP is funded based on OCF performance and allocated to each business unit based on a blend of financial, operational and strategic measures, as well as management discretion

  – The OCF metric is consistent with Company and industry practice and motivates strong operational performance

- OCF goals include the impact of payouts, making the plan "self-funding"

  – Ensure no cash outlay occurs without underlying operational funding

- For all plan participants, awards are earned as follows:

  – Threshold – $450M set at 91% of plan results in funding at 50% of target

  – Target – $525M results in funding at 100% of target

    ▪ Target performance is approximately $28M greater than Tribune's 2011 planned performance (106% of $497M)

  – Maximum – $700M set at 141% of plan results in funding capped at 130% of target

- Payouts will be interpolated based on actual results

- There is no funding below threshold for Corporate or Segment management and only limited funding opportunities for individual business units that exceed their threshold (see page 7)



**Annual OCF Goals**
(% in millions)

| ($ Millions) | Threshold | Target | Maximum |
|---|---|---|---|
| Operating Cash Flow | $450 | $525 | $700 |
| Payout as % of Target | 50% | 100% | 130% |
| Total Payout | $16.4 | $32.4 | $42.5 |
| Payout as % of OCF | 3.6% | 6.2% | 6.1% |

All Plan Participants Payout[1]

[1] In connection with his promotion to President and Chief Executive Officer, _____ must lead the company to above-target performance for him to be eligible to receive a target-level MIP payout. Accordingly, at target performance, he receives a below-target MIP payout.

REDACTED

# Summary of 2011 MIP – Allocation Methodology

- In order to maintain management focus on operating cash flow in addition to other critical goals, any achieved bonus pool will be allocated based on a blend of operational and strategic metrics, business unit specific 2011 OCF goals and management discretion
  - 50-60% of the bonus pool will be allocated based on OCF
  - 20-25% will be reserved for management discretion to recognize other measures of success and value creation, as shown below
  - Remaining 20-25% will be allocated based on other financial and operational goals

- Consistent with prior years, Publishing and Broadcasting group office pools will be determined based on consolidated segment OCF and the corporate office pool will be based on consolidated company-wide OCF

| Metric | Definition | Weighting |
|---|---|---|
| Operating Cash Flow[1] | ▪ Annual consolidated OCF excluding equity compensation, ESOP expense, non-operating items and special items, reorganization costs and discontinued operations | 50-60% |
| BU Financial & Operational Goals | Including but not limited to:<br>▪ Broadcasting:<br><br>▪ Publishing: | 20-25% |
| Discretionary | ▪ Including but not limited to: leadership, innovation, change management, new business initiatives, management of discretionary expenses, etc. | 20-25% |

[1] Excludes income from equity investments

6

# Summary of 2011 MIP

- If threshold consolidated OCF is not achieved, the 2011 MIP provides for partial funding at the business unit level, for those business units/operations that achieve at least threshold performance (as specified on pages 17-18)
  - Ensures ability to reward top performers
  - Provides additional incentive to achieve goals at each business unit level

- Funding will be based on level of achievement at the business unit level multiplied by 40% (this provides an incentive for individual operations to generate OCF even if the overall company falls short of threshold performance)

|  | Threshold | Target | Max |
|---|---|---|---|
| MIP Payout | 50% | 100% | 130% |
| BU Payout | 20% | 40% | 52% |

- A participant generally must be employed on the date of payment to receive a MIP award, except in cases of death, disability, retirement or termination without cause, which would result in a pro-rated payment based on length of service during the year

# Relative Compensation – 2011 MIP

REDACTED

# Methodology

- Mercer reviewed and assessed the competitiveness of the 2011 MIP for 7 top executives

- Mercer compared Tribune compensation to market at different levels of performance, as follows:

  – Threshold: all plan participants earn 50% of target incentive opportunity (assumes $450M in OCF)

    □ Compared to *market target* TCC and TDC (defined on following page)

  – Target: all plan participants earn 100% of target incentive opportunity[1] (requires above planned performance and assumes $525M in OCF)

    □ Compared to *market target* TCC and TDC (defined on following page)

  – Maximum: all plan participants earn 130% of target opportunity (assumes $700M in OCF)

    □ Compared to *market maximum* TCC and TDC (maximum TCC and TDC data are calculated as base plus two-times target annual and long-term incentives, respectively)

- Mercer assessed the competitiveness of the 2011 MIP for participants below the top 7 executives based on its prior analyses of their MIP payouts and compensation completed in 2009 and 2010, the overall similarity of the 2011 MIP to prior years' MIP programs, and the reasonableness of the compensation opportunities for the top 7 executives

---

[1] In connection with his promotion to President and Chief Executive Officer, _____ must lead the company to above-target performance for him to be eligible to receive a target-level MIP payout. Accordingly, at target performance, he receives a below-target MIP payout

Mercer

9

REDACTED

# Methodology

- The market data on the following pages is based on 2010 proxy and survey data

  - Data for the CEO, EVP/Chief Restructuring Officer, and EVP/CFO is based on 2010 proxy data and for the remaining positions, survey data was collected from the Towers Perrin 2010 U.S. CDB Media Survey

  - To determine the position rankings of comparator proxy executives (i.e., Rank 4), Mercer examined target total direct compensation, based on target annual incentive opportunities

| Compensation Element | Tribune – Target[1] | Proxy Comparator Group | Survey Data |
|---|---|---|---|
| **Base Salary** | FY11 base salary | Most recent base salary[2], adjusted for unpaid furloughs or other reductions disclosed in the proxy | Base Salary, unaged (effective 03/01/2010) |
| **Annual Incentive** *(% of salary)* | 100% of target MIP applied to most recent base salary | Target percentage[2] used where available, otherwise 3-year average actual bonus as a % of base salary applied to most recent base salary | |
| **Total Cash Compensation (TCC)[4]** | Base salary + 100% of target MIP | Base salary + target annual incentive (or 3-year average actual when target is not available) | Base salary + target annual incentive [3] |
| **Long-Term Incentive (LTI)** *(% of salary)* | n/a | 2010 value of LTI, including restricted shares, cash plans (at target) and Black-Scholes value of options | 2010 LTI |
| **Total Direct Compensation (TDC)[4]** | TCC | TCC + 2010 LTI | TCC + 2010 LTI |

[1] In connection with his promotion to President and Chief Executive Officer, he receives a below-target MIP payout. Accordingly, at target performance, he receives a below-target MIP payout

[2] 2010 or 2011 data, where available – see page 20 for details

[3] Survey data reflects target total cash compensation, as reported by survey participants, regressed for company specific size and other relevant scope measures (e.g., circulation for publishing and markets for broadcasting)

[4] TCC and TDC for Tribune are adjusted to reflect earned payouts for each level of performance (e.g., TCC and TDC for participants at threshold reflects an incentive payout of 50% of target )

must lead the company to above-target performance for him to be eligible to receive a target-level MIP

Mercer

10

REDACTED

# Gap to Market – Impact of 2011 MIP

- Overall, implementing the 2011 MIP helps to close the gap to market TCC

  – At Threshold, the 2011 MIP brings TCC for key executives closer to market competitive levels, falling at 90% of market median TCC overall

  – At Target, the 2011 MIP brings TCC for key executives in the study to market competitive levels, falling at 118% of market median TCC overall

  – At Maximum, the 2011 MIP brings TCC for key executives in the study to market competitive levels, falling at 96% of market median maximum TCC overall

- The MIP also helps close the gap to market median TDC created primarily by a current lack of long-term incentive opportunities for plan participants (i.e., equity compensation); however, TDC remains below market for all participants in the market study, at all levels of performance

| | Market Index | | | | | | | |
| | Without 2011 MIP[1] | | At Threshold[2] | | At Target[3] | | At Maximum[4] | |
| | TCC | TDC | TCC | TDC | TCC | TDC | TCC | TDC |
|---|---|---|---|---|---|---|---|---|
| Aggregate - 7 Key Executives | 61% | 29% | 90% | 42% | 118% | 55% | 96% | 37% |

1  Base salary compared to market target TCC and TDC
2  All participants earn 50% of target incentive opportunity; compared to market target TCC and TDC
3  Participants earn 100% of target incentive opportunity for above planned performance; in connection with his promotion to President and Chief Executive
   Officer         must lead the company to above-target performance for him to be eligible to receive a target-level MIP payout. Accordingly, at target
   performance, he receives a below-target MIP payout; compared to market target TCC and TDC
4  All participants earn 130% of target incentive opportunity; assumes achievement of OCF of $700M; compared to market maximum TCC and TDC

11

REDACTED

# Top Management Compared to Market – at 2011 MIP Threshold

- Assuming the 2011 MIP is approved, threshold TDC (50% of target) for all Tribune participants covered in the market comparison falls at 42% of market median TDC, due primarily to a lack of long-term incentive opportunities
  - TCC for the key executives is below market overall, at 90% of the market median TCC
- In the absence of an annual incentive plan, TDC for key executives would fall at 29% of market median TDC

*All Compensation Data in $000s*

| Position | Base | 2011 Total Compensation at Threshold | | | | Market Data | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Target MIP | MIP $ at Threshold[1] | Threshold TCC[2] | Threshold TDC[2] | TCC 50th | TDC 50th | Index to TCC 50th | Index to TDC 50th |
| CEO | | | | | | | | |
| EVP/Chief Financial Officer | | | | | | | | |
| President/Publishing | | | | | | | | |
| EVP/General Counsel | | | | | | | | |

1 MIP at threshold reflects a 50% payout for all plan participants
2 Threshold TCC and TDC for all participants in the study equals base plus 50% of target MIP

REDACTED

# Top Management Compared to Market – at 2011 MIP Target

- Assuming the 2011 MIP is approved, at target, TDC for all Tribune participants covered in the market comparison falls at 55% of market median TDC and has been substantially below market since Tribune's bankruptcy filing, due primarily to a lack of long-term incentive opportunities; TCC falls at 118% of the market median

- Mercer generally considers total compensation to be competitive if it falls within 15% of market median, as competitive pay is generally defined as a range, not a point, due to inherent variations in market data; however, it is typical for actual pay to vary from incumbent to incumbent, and at times may exceed the nominal 15% range, based on multiple factors including pay required to initially attract the candidate to the organization, prior pay, individual performance and other factors

- While TCC at target performance for key executives in the aggregate falls at 118% of the market median and slightly above the nominal +/-15% range, this market positioning is justified:

  – This slightly higher market competitive position is reasonable and appropriate given the promotions and/or substantial additional responsibilities being undertaken by several of these executives

  – Additionally, the executives are leading a large and complex enterprise through a period of extraordinary change while also navigating the challenges and uncertainties inherent in a difficult restructuring process, during which there has been a prolonged absence of any long-term incentives and substantial uncertainty as to when and whether any long-term incentives will be offered

  – Above planned performance is required for participants to receive the MIP target payout; assuming planned performance (resulting in an 81% of target pool), TCC at plan performance for key executives in the aggregate falls at 108% of the market median and well within the competitive range[1]

*All Compensation Data in $000s*

| Position | Base | 2011 Total Compensation at Target | | | | Market Data | | | |
| | | Target MIP | MIP $ at Target[1] | Target TCC[2] | Target TDC[2] | TCC 50th | TDC 50th | Index to TCC 50th | Index to TDC 50th |
|---|---|---|---|---|---|---|---|---|---|
| CEO | | | | | | | | | |
| EVP/Chief Financial Officer | | | | | | | | | |
| President/Publishing[2] | | | | | | | | | |
| EVP/General Counsel | | | | | | | | | |

1 MIP at target reflects a 100% payout for participants and requires above plan performance; in connection with his promotion to President and Chief Executive Officer, must lead the company to above-target performance for him to be eligible to receive a target-level MIP payout. Accordingly, at target performance, he receives a below-target MIP payout

2 Target TCC and TDC for all participants in the study equals base plus MIP at target; assumes above plan performance and achievement of target OCF of $525M

Mercer

REDACTED

# Top Management Compared to Market – at 2011 MIP Maximum

- Assuming the 2011 MIP is approved, at maximum performance (141% of plan), TDC for all Tribune participants covered in the market comparison falls at 37% of market median maximum TDC
  - Maximum TCC for key executives falls below the market median, at 96% of market median maximum TCC

- Mercer considers the relationship between Tribune's maximum TDC to market maximum TDC to be the most appropriate comparison; however, we also compared Tribune maximum TDC to market target TDC (i.e., median base salary plus target annual incentives and 2010 LTI) which is akin to comparing very strong performance by Tribune to target performance at other companies
  - Overall, Tribune maximum TDC for key executives falls below market, at 63% of market median target TDC

*All Compensation Data in $000s*

| Position | 2011 Maximum Compensation | | | | Market Target Data [2] | | Market Maximum Data [3] | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Base | Target MIP | MIP $ at Max | Max TCC/TDC [1] | TDC 50th | Index to TDC 50th | Max TCC 50th | Max TDC 50th | Index to TCC 50th | Index to TDC 50th |
| EVP/Chief Restructuring Officer | | | | | | | | | | |
| EVP/Chief Financial Officer | | | | | | | | | | |
| President/Tribune Broadcasting & Chief Investment Officer | | | | | | | | | | |
| EVP/Chief Technology Officer | | | | | | | | | | |

1 Max TCC/TDC reflects 130% payouts under the MIP for all participants in the study; assumes achievement of maximum OCF of $700M
2 Market target data reflects target TCC plus 2010 LTI
3 Market maximum TCC and TDC data is calculated as base plus two-times target annual and long-term incentives, respectively

Mercer

14

## Conclusions
Providing an annual incentive plan continues to be a prevailing market practice

- Mercer's analysis indicates that the incentive opportunities provided by the 2011 MIP are reasonable at threshold, target and maximum performance levels for the top 7 executives included in the study

- Based on the analyses completed in 2009 and 2010 of other MIP participants below the top 7 executives, the overall similarity of the 2011 MIP to prior years' MIP plans, and the reasonableness of the compensation opportunities for the top 7 executives, Mercer believes that the incentive opportunities provided by the 2011 MIP remain competitive for all participants

- The overall plan structure of the 2011 MIP, including the relationship between target and maximum incentive payouts, is consistent with competitive practice, with proposed maximum opportunities falling below the median peer group maximum of 200% of target

15

Mercer

# Appendix I: 2011 MIP Operating Cash Flow Goals

REDACTED

# Summary of 2011 MIP – Publishing OCF Goals by Property

- The level of threshold, target, and maximum achievement targets vary by business unit

| | 2011 Bonus Achievement Targets(1) | |
| --- | --- | --- |
| Threshold | Target/Plan(2) | Max |
| 50% | 100% | 130% |

1  Los Angeles
2  Chicago

3  South Florida
4  Orlando
5  Baltimore
6  Hartford
7  Allentown
8  Newport News
9  Sub-total for T-6

10  Tribune Media Services
11  TD Central/FSBO
12  Group Office/Other(3)
13  Total Publishing

(1) Excludes equity compensation, ESOP expense, special items, non-operating items, reorganization costs and discontinued operations.

(2) Represents 2011 operating plan amounts consistent with the 2011 operating plan submitted to and approved by the Board of Directors at the February board meeting.

(3) Group office goals are based on total segment operating cash flow.

REDACTED

# Summary of 2011 MIP – Broadcasting OCF Goals by Property

- The level of threshold, target, and maximum achievement targets vary by business unit

|  | 2011 Bonus Achievement Targets(1) | | |
|--|--|--|--|
|  | Threshold | Target/Plan (2) | Max |
|  | 50% | 100% | 130% |

1 New York (WPIX)
2 Los Angeles (KTLA)
3 Chicago (WGN & CLTV) (3)
4 Philadelphia (WPHL)
5 Dallas (KDAF)
6 Washington (WDCW)
7 Houston (KIAH)
8 Seattle (KCPQ, KMYQ) & Portland (KRCW) (4)
9 Miami (WSFL)
10 Sacramento (KTXL)
11 Indianapolis (WXIN, WTTV)
12 San Diego (KSWB)
13 Hartford (WTIC, WTXX)
14 Harrisburg (WPMT)
15 Grand Rapids (WXMI)
16 New Orleans (WGNO, WNOL)
17 WGN America (Includes Tower Distribution)
18 WGN-Radio
19 TBC Group Office / Other (5)
20 Total excluding LMA stations
    *Local Marketing Agreements:*
21 Denver (KWGN) and St. Louis (KPLR) (6)
22 Total Broadcasting

(1) Excludes equity compensation, ESOP expense, special items, non-operating items, reorganization costs and discontinued operations.

(2) Represents 2011 operating plan amounts consistent with the 2011 operating plan submitted to and approved by the Board of Directors at the February board meeting.

(3) Includes WGN-TV and CLTV combined as businesses are co-located and co-managed.

(4) Includes Seattle (KCPQ/KMYQ) and Portland (KRCW) station as there is a single management team for three stations.

(5) Group office goals are based on total segment operating cash flow.

(6) In October 2008, the Denver and St. Louis stations entered into operating agreements with Local TV.

18



Appendix II: Top Management
Position Analysis Detail

# Methodology – Proxy Analysis

- To ensure the proxy analysis is reflective of current compensation levels, Mercer incorporated 2011 base salary and/or target annual incentives, when disclosed

- The table below summarizes when 2010 compensation data of Tribune's industry peers were used by Mercer

| Industry Peers | Base Salary | | Annual Incentive | |
|---|---|---|---|---|
| | 2010 Actual | 2011 Actual | 2010 Target | 2011 Target |
| Cablevision Systems | ‡ | ✓ | | ✓ |
| CC Media Holdings | ✓ | | ✓ | |
| McClatchy | ‡ | ✓ | ✓ | |
| Lee Enterprises Inc. | ✓ | | ✓ | |
| Washington Post | ✓ | | ✓ | |

‡ Per Compensation Discussion & Analysis ("CD&A") of 2010 Proxy Statement

× A new annual incentive plan was established in 2010. For 2010, the target opportunity for all NEOs, excluding the CEO, was reduced to 25% (from 50%). 2011 target incentive opportunity of 50% was disclosed for the CEO.

Mercer

20

# Peer Group Maximum Annual Incentive Opportunities

- The table below summarizes the relationship between target and maximum award opportunities for the peer group

## 2010 Annual Incentive Plan Leverage

| Company | Maximum Bonus | |
|---|---|---|
| | CEO (% of target) | NEOs (% of target) |
| Cablevision Systems | 200% | 200% |
| CC Media Holdings | 200% | 200% |
| New York Times | 200% | 200% |
| Meredith | 250% | 250% |
| E.W. Scripps [6] | 150% | 150% |
| Tribune | 130% | 130% |
| 75th percentile | 200% | 210% |
| 50th percentile | 200% | 200% |
| 25th percentile | 185% | 188% |
| Average | 196% | 199% |

*See following page for notes

Mercer

21

# Peer Group Maximum Annual Incentive Opportunities – Notes

1. Bonus opportunities for Gannett's NEOs are determined at the discretion of the Board and were not disclosed.

2. The CEO of Washington Post only participates in the Performance Units portion of the company's annual incentive plan and has therefore been excluded from the exhibit.

3. McClatchy did not provide annual incentive opportunities to executives in 2009 and leverage was not disclosed.

4. In January 2010, an incentive plan was established for the CEO, with a maximum incentive opportunity of 170%.

5. Lee Enterprises suspended their annual incentive plan in 2010. Mercer has disclosed the 2010 plan leverage. For NEOs, 70% of bonus opportunity is based on financial performance and 30% of target bonus is based on specific individual performance goals. Participants can receive up to 250% of the financial bonus target and 150% of the individual performance targets. For the purposes of this analysis, a weighted average was calculated.

6. In 2009, the annual incentive opportunity for executives was eliminated. The 2010 annual incentive program focused solely on attaining an annual free cash flow target and has a maximum equal to 150% of target incentive opportunity.

22

MERCER

REDACTED

# CEO Compared to CEO

*All values in USD '000s (except where noted)*

| Company | Revenue (MM USD) | Incumbent | Title | Base Salary | Target STI | | Total | | 2010 LTI | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | As a % of Base | As a USD Amount | Cash Comp | | As a % of Base | As a USD Amount | Direct Comp |
| Gannett | 5,439 | ‡,§ Dubow, C. | Chairman and CEO | | | | | | | | |
| | | | | | | | | | | | |
| New York Times | 2,393 | § Robinson, J. | Pres. & CEO | | | | | | | | |
| | 3,371 | | | | | | | | | | |
| Meredith | 1,388 | Lacy, S. | Chairman & CEO | | | | | | | | |
| | 794 | | | | | | | | | | |
| E.W. Scripps | 777 | ‡,†,‡ Boehne, R. | President & CEO | | | | | | | | |

*Prevalence*

*Analysis Summary Statistics*

| | | |
|---|---|---|
| *75th Percentile* | 5,545 | |
| *50th Percentile* | 1,881 | |
| *25th Percentile* | 1,227 | |
| *Average* | 3,156 | |

| Tribune Company | 3,107 | | Chief Executive Officer |
|---|---|---|---|
| | | | |

- Washington Post CEO is excluded from summary statistics due to a high level of stock ownership (approximately 36.5%)

- must lead the company to above-target performance for him to be eligible to receive a target-level MIP

(‡) *Bonus and total cash compensation reflect 3-yr avg. bonus*

§ *Please see the following page for notes*

** *In connection with his promotion to President and Chief Executive Officer, he receives a below-target MIP payout payout. Accordingly, at target performance, he receives a below-target MIP payout*

Mercer

23

REDACTED

# CEO Compared to CEO – Notes

1. Reflective of 2011 base salary levels and target annual incentive opportunities, as disclosed in the Proxy statement. Mr. Dolan's base salary in 2010 was approximately          and was increased at the discretion of the Compensation Committee under his employment agreement.

2. Reflective of 2011 base salary levels, as disclosed in the Proxy statement. Mr. Dubow voluntarily reduced his base salary from provided in his employment contract to          beginning November 1, 2008 and continuing through 2011. Several executives also participated in a 1 week furlough in 2010.

3. Bonuses determined by Board at their discretion.

4. Pursuant to his employment contract, Mr. Mays is entitled to a base salary of          and a target bonus of

5. Base salaries were reduced by 5% from April 1, 2009, through December 31, 2009 (which had remained frozen from 2006-2008). For 2010 and 2011, compensation for Mr. Robinson returned to 2006-2008 levels, as disclosed in the Proxy statement.

6. Reflective of 2011 base salary levels, a 2% increase from 2010 base salary, as disclosed in the Proxy statement.

7. No LTI awards were made in 2010. Historically, the Committee made LTI grants at its December meetings as part of the compensation package for the following year. However, in 2010 the Committee elected to make LTI grants in February of the current compensation year. McClatchy resumed grants in February 2011, and Mr. Pruitt received restricted stock units valued at          For the purposes of this analysis, Mercer has conservatively excluded these grants.

8. NEO salaries were frozen at 2008 levels for 2009 and 2010. Actual salaries paid to each NEO were reduced 1.9% from the 2008 level due to unpaid time off taken by each NEO in 2010.

9. For 2010, Lee Enterprises continued the suspension of all annual cash incentives implemented in 2009.

10. Lee Enterprises did not grant long-term incentives under their LTIP in 2009 or 2010. In 2011, Lee granted options to Ms. Junck valued at          and will be included in the Company's 2012 proxy statement. For the purposes of this analysis, Mercer has conservatively excluded these grants.

11. In 2010, all NEOs agreed to an additional base pay reduction equal to five days. For 2011, the Company approved a new employment agreement for Mr. Boehne which continues his base salary at          and increases his target annual incentive opportunity to 50% (from 30%), as disclosed in the proxy.

12. In 2010, EW Scripps reduced long term incentive targets by approximately 25% compared to 2009 in an effort to align to market typical levels.

13. Mr. Graham requested not to receive an annual bonus and did not receive an LTI grant in 2010.

14. Mr. Graham's equity ownership is uncharacteristically high; therefore, he was excluded from the summary statistics.

24

Mercer

REDACTED

# EVP/Chief Restructuring Officer Compared to Proxy Rank 4

All values in USD '000s (except where noted)

| Company | Revenue (MM USD) | Incumbent | Title | 2010 Base Salary | 2010 Target STI As a % of Base | As a USD Amount | Total Cash Comp | 2010 Total LTI As a % of Base | As a USD Amount | Total Direct Comp |
|---|---|---|---|---|---|---|---|---|---|---|
| Gannett | 5,439 | Dickey, R. | President/USCP | | | | | | | |
| | | | | | | | | | | |
| Washington Post | 4,724 | Rosberg, G. | SVP Planning & Dev. | | | | | | | |
| | 293 | | | | | | | | | |
| McClatchy | 1,375 | Talamantes, P. | VP Finance & CFO | | | | | | | |
| | 988 | | | | | | | | | |
| Lee Enterprises Inc. | 781 | Mowbray, K. | VP Publishing | | | | | | | |
| | 772 | | | | | | | | | |

Prevalence

Analysis Summary Statistics
| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 75th Percentile | 5,439 | | | | | | | | | |
| 50th Percentile | 2,383 | | | | | | | | | |
| 25th Percentile | 1,375 | | | | | | | | | |
| Average | 3,330 | | | | | | | | | |

| Tribune Company | 3,107 | | EVP/Chief Restructuring Officer | | | | | | | |

(‡) Bonus and total cash compensation reflect 3-yr avg. bonus

*Please see the following page for notes

25

REDACTED

# EVP/Chief Restructuring Officer Compared to Proxy Rank 4 – Notes

1. Reflective of 2011 base salary levels and target annual incentive opportunities, as disclosed in the Proxy statement.  Mr. Seibert's base salary in 2010 was approximately

2. Reflective of 2011 base salary levels, as disclosed in the Proxy statement.  Mr. Dickey will take a reduction in base salary equivalent to a one-week furlough during the first quarter of 2011.

3. Bonuses determined by Board at their discretion.

4. Pursuant to his employment agreement, Mr. Walls is entitled to an annual base salary of            and a target bonus of

5. Mr. Rosberg did not receive an LTI grant for 2010.

6. Base salaries were reduced by 5% from April 1, 2009, through December 31, 2009 (which had remained frozen from 2006-2008). For 2010 and 2011, compensation for Mr. Goldman returned to 2006-2008 levels, as disclosed in the Proxy statement.

7. Reflective of 2011 base salary levels, a 2% increase from 2010 base salary, as disclosed in the Proxy statement.

8. No LTI awards were made in 2010.  Historically, the Committee made LTI grants as part of the compensation package for the following year.  However, in 2010 the Committee elected to make LTI grants in February of the current compensation year. McClatchy resumed grants in February 2011: Mr. Talamantes was granted restricted stock units valued at            and Stock Appreciation Rights valued at            For the purposes of this analysis, Mercer has conservatively excluded these grants.

9. NEO salaries were frozen at 2008 levels for 2009 and 2010. Actual salaries paid to each NEO were reduced 1.9% from the 2008 level due to unpaid time off taken by each NEO in 2010.

10. For 2010, Lee Enterprises continued the suspension of all annual cash incentives implemented in 2009.

11. Lee Enterprises did not grant long-term incentives under their LTIP in 2009 or 2010.  In 2011, Lee granted options to Mr. Mowbray valued at            and will be included in the Company's 2012 proxy statement.  For the purposes of this analysis, Mercer has conservatively excluded these grants.

12. In 2009, Mr. Appleton voluntarily reduced his base salary by 10%. Additionally, he and the other NEOs agreed to an additional base pay reduction equal to five days. In 2010, his base salary was frozen at this reduced level, and will remain frozen for 2011.

13. In 2010, a new annual incentive plan was established base on free cash flow, which reduced target incentive opportunities to 25% of base salary (from 50%).

14. In 2010, EW Scripps reduced long term incentive targets by approximately 25% compared to 2009 in an effort to align to market typical levels.

26

REDACTED

# CFO Compared to CFO

*All values in USD '000s (except where noted)*

| Company | Revenue (MM USD) | Incumbent | Title | Base Salary | Target STI — As a % of Base | Target STI — As a USD Amount | Total — Cash Comp | 2010 LTI — As a % of Base | 2010 LTI — As a USD Amount | Total — Direct Comp |
|---|---|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | 7,▮▮▮ | ▮▮▮ | ▮▮▮▮ | | | | | | | |
| Gannett | 5,439 | Saleh, P. | SVP & CFO | | | | | | | |
| ▮▮▮▮ | 5,8▮▮ | ▮▮▮ | EVP & CFO | | | | | | | |
| Washington Post | 4,724 | Jones, H. | SVP- Finance and CFO | | | | | | | |
| New York Times | 2,3▮▮ | ▮▮▮ | EVP & CFO | | | | | | | |
| McClatchy | 1,375 | Talamantes, P. | VP Finance & CFO | | | | | | | |
| ▮▮▮▮ | 1,3▮▮ | ▮▮▮ | VP ▮▮▮ | | | | | | | |
| Lee Enterprises Inc. | 781 | Schmidt, C. | VP, CFO & Treasurer | | | | | | | |
| ▮▮▮▮ | 777 | ▮▮▮ | ▮▮▮ | | | | | | | |

**Prevalence**

*Analysis Summary Statistics*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 75th Percentile | 5,439 | | | | | | | | | |
| 50th Percentile | 2,383 | | | | | | | | | |
| 25th Percentile | 1,375 | | | | | | | | | |
| *Average* | 3,330 | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Tribune Company** | 3,107 | | **EVP/CFO** | | | | | | | |

(1) *Bonus and total cash compensation reflect 3-yr avg. bonus*

*Please see the following page for notes

Mercer

REDACTED

# CFO Compared to CFO – Notes

1.  Reflective of 2011 base salary levels and target annual incentive opportunities, as disclosed in the Proxy statement.  Mr. Huseby's base salary in 2010 was approximately

2.  Reflective of 2011 base salary levels, as disclosed in the Proxy statement; Mr. Saleh joined Gannett on November 15, 2010.

3.  Bonuses determined by Board at their discretion.

4.  Pursuant to his employment agreement, Mr. Casey is entitled to an annual base salary of          and a target bonus of

5.  Reflective of 2011 base salary levels; Mr. Follo received a 3% increase from 2010 base salary levels, as disclosed in the proxy statement.

6.  Reflective of 2011 base salary levels, a 2% increase from 2010 base salary, as disclosed in the Proxy statement.

7.  No LTI awards were made in 2010. Historically, the Committee made LTI grants at its December meetings as part of the compensation package for the following year. However, in 2010 the Committee elected to make LTI grants in February of the current compensation year. McClatchy resumed grants in February 2011; Mr. Talamantes was granted restricted stock units valued at `          and Stock Appreciation Rights valued at          For the purposes of this analysis, Mercer has conservatively excluded these grants.

8.  Mr. Ceryanec's employment began October 20, 2008.  Pursuant to his employment agreement, Mr. Ceryanec's salary increased to          effective July 1, 2009.

9.  NEO salaries were frozen at 2008 levels for 2009 and 2010. Actual salaries paid to each NEO were reduced 1.9% from the 2008 level due to unpaid time off taken by each NEO in 2010.

10. For 2010, Lee Enterprises continued the suspension of all annual cash incentives implemented in 2009.

11. Lee Enterprises did not grant long-term incentives under their LTIP in 2009 or 2010.  In 2011, Lee granted options to Mr. Schmidt valued at          and will be included in the Company's 2012 proxy statement.  For the purposes of this analysis, Mercer has conservatively excluded these grants.

12. In 2009, Mr. Stautberg voluntarily reduced his base salary by 10%. Additionally, he and the other NEOs agreed to an additional base pay reduction equal to five days. In 2010, his base salary was frozen at this reduced level, and will remain frozen for 2011.

13. In 2010, a new annual incentive plan was established base on free cash flow, which reduced target incentive opportunities to 25% of base salary (from 50%).

14. In 2010, EW Scripps reduced long term incentive targets by approximately 25% compared to 2009 in an effort to align to market typical levels.

Mercer



www.mercer.com