# EXHIBIT B

## Excerpts of Transcript of August 11, 2009 Hearing

46429/0001-7858033V1

1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

Case No. 08-13141-kjc

- - - - - - - - - - - - - - - - - - -x

In the Matter of:


TRIBUNE COMPANY ET AL.,


       Debtors.


- - - - - - - - - - - - - - - - - - -x

                EXCERPT FROM TRANSCRIPT

        United States Bankruptcy Court

        824 Market Street

        Wilmington, Delaware


        August 11, 2009

        10:03 AM


B E F O R E:

HON. KEVIN J. CAREY

U.S. BANKRUPTCY JUDGE

ECRO: AL LUGANO

2

```
 1
 2   HEARING re Motion of the Debtors for an order authorizing the
 3   debtors to implement a 2009 management incentive plan and to
 4   pay earned 2008 management incentive plan awards to certain
 5   executives.
 6
 7   HEARING re Motion of the Debtors to file under seal an exhibit
 8   to motion of the Debtors authorizing the debtors to implement a
 9   2009 management incentive plan and to pay earned 2008
10   management incentive plan awards to certain executives.
11
12   HEARING re Motion of Debtors and Debtors-in-Possession for a
13   protective order with regard to discovery propounded by the
14   Washington Baltimore Newspaper Guild.
15
16
17
18
19
20
21
22
23
24
25   Transcribed by:  Penina Wolicki
```

```
                                                              3
 1    A P P E A R A N C E S :
 2
 3    JONATHAN LOTSOFF, ESQ.
 4    KEVIN LANTRY, ESQ.
 5    CANDICE KLINE, ESQ. (TELEPHONICALLY)
 6    BRYAN KRAKAUER, ESQ. (TELEPHONICALLY)
 7    SIDLEY AUSTIN
 8    REPRESENTING:  THE DEBTORS
 9
10    KATE STICKLES, ESQ.
11    COLE SCHOTZ
12    REPRESENTING:  THE DEBTORS
13
14    JOHN STROCK, ESQ.
15    WOMBLE CARLYLE
16    REPRESENTING:  GREAT BONE TRUST
17
18    DAVID LEMAY, ESQ.
19    CHADBOURNE & PARKE
20    REPRESENTING:  CREDITORS' COMMITTEE
21
22    ADAM LANDIS, ESQ.
23    LANDIS RATH & COBB
24    REPRESENTING:  CREDITORS' COMMITTEE
25
```

```
                                                                    4
 1
 2      MICHAEL JOYCE, ESQ.
 3      CROSS & SIMON
 4      REPRESENTING:  WASHINGTON-BALT NEWSPAPER GUILD
 5
 6      JOSEPH J. MCMAHON, JR, ESQ.
 7      UNITED STATES DEPARTMENT OF JUSTICE
 8      OFFICE OF THE U.S. TRUSTEE
 9
10      DAMIAN SCHAIBLE, ESQ. (TELEPHONICALLY)
11      DAVIS POLK & WARDWELL
12      REPRESENTING:  JPMORGAN CHASE BANK, N.A.
13
14      ALSO PRESENT:
15          CHANDLER BIGELOW, Tribune Company (TELEPHONICALLY)
16          PEG BRICKLEY, Dow Jones News Wires (TELEPHONICALLY)
17          DAVE ELDERSVELD, Tribune Company (TELEPHONICALLY)
18          DON LEIBENTRITT, Tribune Company (TELEPHONICALLY)
19          JENNIFER SHARRET, ESQ., Kramer Levin Naftalis & Frankel
20      LLP (TELEPHONICALLY)
21
22
23
24
25
```

```
                                                                    20
 1           MR. JOYCE:  Understood, Your Honor.
 2           THE COURT:  Okay.  Anyone else wish to be heard
 3   preliminarily?  All right.  Mr. Lotsoff, I'm inclined to take a
 4   short break to permit such discussions to occur and then
 5   proceed from there.
 6           MR. LOTSOFF:  Your Honor, just -- and I appreciate
 7   that.  Are we also going to address the motion to seal the
 8   Mercer report, or does your ruling on these issues effectively
 9   deal with that issue --
10           THE COURT:  I --
11           MR. LOTSOFF:  -- since the Mercer report encapsulates
12   a lot of the information?
13           THE COURT:  I was expecting that it would.
14           MR. LOTSOFF:  Okay.
15           THE COURT:  If that's not the case, somebody can tell
16   me.  It's already been, now, widely disseminated in redacted
17   form, and the redactions looked principled to me, I'll put it
18   that way.  So the answer is, yes, I'm hopeful both get wrapped
19   into the one.  But that's not meant to preclude any further
20   argument that the U.S. Trustee may want to make in connection
21   with that --
22           MR. LOTSOFF:  Thank you, Your Honor.
23           THE COURT:  -- if any.
24           THE COURT:  Okay.  We'll take a short break.
25           MR. LOTSOFF:  Thank you, Your Honor.
```

```
                                                            33
 1
 2                    C E R T I F I C A T I O N
 3
 4    I, Penina Wolicki, certify that the foregoing transcript is a
 5    true and accurate record of the proceedings.
 6
      Penina Wolicki  Digitally signed by Penina Wolicki
                      DN: cn=Penina Wolicki, o, ou,
                      email=digital1@veritext.com, c=US
 7                    Date: 2009.09.02 09:15:35 -04'00'

 8    Penina Wolicki
 9
10    Veritext LLC
11    200 Old Country Road
12    Suite 580
13    Mineola, NY 11501
14
15    Date:   September 1, 2009
16
17
18
19
20
21
22
23
24
25
```