**EXHIBIT C**

**Excerpts of Transcript of November 10, 2010 Hearing**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | ) Chapter 11 |
|  | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
|  | ) |
|  | ) Courtroom 5 |
|  | ) 824 Market Street |
| _____Debtors._____ | ) Wilmington, Delaware |

November 10, 2010
10:05 a.m.

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                    Sidley Austin LLP
                                BY: JONATHAN LOTSOFF, ESQ.
                                BY: KEVIN LANTRY, ESQ.
                                BY: JAMES BENDERNAGEL, JR., ESQ.
                                BY: BRIAN J. GOLD, ESQ.
                                One South Dearborn
                                Chicago, IL 60603
                                (213) 896-6022

                                Cole, Schotz, Meisel, Forman &
                                Leonard, PA
                                BY:  KATE STICKLES, ESQ.
                                1000 North West Street
                                Suite 1200
                                Wilmington, DE 19801
                                (302) 652-3131

ECRO:                           AL LUGANO

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664
                                www.diazdata.com

Proceedings recorded by electronic sound recording; transcript
produced by transcription service

APPEARANCES:
(Continued)

| | |
|---|---|
| For Tribune<br>Debtors: | Mercer<br>BY:  JOHN DEMPSEY<br>155 North Wacker Drive<br>15th Floor<br>Chicago, IL 60606<br>(312) 917-9900 |
| | Tribune Company<br>BY:  NILS LARSEN<br>BY:  EDDY HARTENSTEIN |
| For The Creditors Committee: | Landis Rath & Cobb<br>BY:  ADAM G. LANDIS, ESQ.<br>BY:  KIMBERLY BROWN, ESQ.<br>919 Market Street Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19899<br>(302) 467-4400 |
| | Chadbourne & Parke LLP<br>BY:  DOUGLAS DEUTSCH, ESQ.<br>BY:  DAVID LEMAY, ESQ.<br>BY:  THOMAS MCCORMACK, ESQ.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-5100 |
| | Zuckerman Spaeder LLP<br>BY:  JAMES SOTTILE, ESQ.<br>1800 M Street<br>Suite 1000<br>Washington, DC 20036-5807<br>(202) 778-1800 |
| For Great Banc: | Womble Carlyle<br>BY:  THOMAS M. HORAN, ESQ.<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>(302) 252-4320 |
| For Merrill Lynch: | Potter Anderson & Corroon LLP<br>BY: LAURIE SELBER SILVERSTEIN<br>Hercules Plaza<br>1313 North Market Street<br>6th Floor<br>Wilmington, DE 19801<br>(302) 984-6000 |

APPEARANCES:

(Continued)

| | |
|---|---|
| For Aurelius Capital Management: | Akin Gump Strauss Hauer & Feld<br>BY:   DANIEL H. GOLDEN, ESQ.<br>BY:   DAVID M. ZENSKY, ESQ.<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000 |
| For U.S. Trustee: | Office of the U.S. Trustee<br>BY:  DAVID KLAUDER, ESQ.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 |
| For Credit Agreement Lenders: | Young Conaway Stargatt & Taylor<br>BY:  BLAKE CLEARY, ESQ.<br>The Brandywine Building<br>1000 West Street 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19801<br>(302) 571-6600 |
| For Wells Fargo As Bridge Agent: | Fox Rothschild LLP<br>BY:   JEFFREY M. SCHLERF, ESQ.<br>Citizens Bank Center<br>919 North Market Street<br>Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>(302) 654-7444 |
| | White & Case LLP<br>BY:   ANDREW W. HAMMOND, ESQ.<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>(212) 819-8200 |
| For Step One Lenders: | Morris Nichols Arsht & Tunnell<br>BY:  DEREK C. ABBOTT, ESQ.<br>1201 North Market Street<br>18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200 |

TELEPHONIC APPEARANCES:

4

```
For Debtor:                      Tribune Company
                                 BY:  CHANDLER BIGELOW
                                 BY:  DAVID ELDERSVEID
                                 BY:  DON LIEBENTRITT
                                 BY:  MICHAEL D. O'NEAL
                                 (312) 853-7778

                                 Sidley Austin
                                 BY:  JILLIAN LUDWIG, ESQ.
                                 BY:  GARY WEITMAN, ESQ.
                                 BY:  BRIAN KRAKAUER, ESQ.
                                 BY:  CANDACE KLINE, ESQ.
                                 BY:  KERIANN MILLS, ESQ.
                                 BY:  DAVID MILES, ESQ.
                                 (312) 853-7030

For Bank of America:             O'Melveny & Myers
                                 BY:  DANIEL SHAMAH, ESQ.
                                 (212) 326-2000

For Wilmington Trust             Brown Rudnick LLP
Company:                         BY:  JARED ELLIAS, ESQ.
                                 BY:  MARTIN SIEGEL, ESQ.
                                 BY:  GORDON NOVOD, ESQ.
                                 (212) 209-4811

For Anna Kalenchits:             BY:  ANNA KALENCHITS
                                 (212) 723-1808

For The Creditors Committee:     Chadbourne & Parke LLP
                                 BY:  HOWARD SEIFE, ESQ.
                                 BY:  MARC ROITMAN, ESQ.
                                 (212) 408-5169

For Citigroup:                   Paul Weiss Rifkind Wharton &
                                 Garrison LLP
                                 BY:  ANDREW LEVY, ESQ.
                                 BY:  ANDREW GORDON, ESQ.
                                 BY:  OKSANA LASHKO, ESQ.
                                 BY:  ELIZABETH MCCOLM, ESQ.
                                 (212) 373-3543

For JPMorgan Chase Bank:         BY:  KEVIN C. KELLEY
                                 BY:  SHACHAR MINKOVE
                                 (212) 648-0427

                                 Davis Polk & Wardwell LLP
                                 BY:  DONALD S. BERNSTEIN, ESQ.
                                 (212) 450-4092
```

5

TELEPHONIC APPEARANCES:
(Continued)

For Morgan Stanley:                 Weil Gotshal & Manges LLP
                                    BY:  EVAN LEDERMAN, ESQ.
                                    (212) 310-8948


For Barclays:                       Mayer Brown LLP
                                    BY:  MICHAEL L. SIMES, ESQ.
                                    BY:  AMIT K. TREHAN, ESQ.
                                    BY:  JEAN-MARIE ATAMIAN, ESQ.
                                    (212) 506-2607


For Kramer Levin:                   BY:  DAVID E. BLABEY, JR., ESQ.
                                    (212) 715-9100


For David & Kempner:                DK Partners
                                    BY:  EPHRAIM DIAMOND
                                    (646) 282-5841


For Aurelius Capital                Akin Gump Strauss Hauer & Feld
Management:                         BY:  JASON GOLDSMITH, ESQ.
                                    BY:  PHILLIP DUBLIN, ESQ.
                                    (212) 872-1000


For Jefferies & Company:            BY:  JUSTIN BRASS
                                    (203) 708-5847


For Perry Capital:                  BY:  JAMES FREEMAN
                                    (212) 583-4000


For Schulte Roth & Zabel:           BY:  KAREN S. PARK
                                    (212) 756-2036


For Dennis A. Prieto:               Aurelius Capital Management
                                    BY:  MATTHEW A. ZLOTO
                                    (646) 445-6516


For Law Debenture Trust             Kasowitz Benson Torres &
Company of New York:                Friedman
                                    BY:  MATTHEW STEIN, ESQ.
                                    (212) 506-1726


For Miller Tabak Roberts            BY:  ANDREW M. THAU
Securities:                         (212) 692-5178


For Alvarez & Marsal Inc.:          BY:  BRIAN WHITTMAN
                                    (312) 601-4227

TELEPHONIC APPEARANCES:
(Continued)

For Dow Jones News Wires:    Dow Jones & Company
                                       BY:  PEG BRICKLEY
                                       (215) 462-0953

For Credit Agreement        Hennigan Bennett & Dorman LLP
Lenders:                         BY:  JAMES O. JOHNSTON, ESQ.
                                       (213) 694-1030

For Neil S. Losquadro:      Brigade Capital Management
                                       BY:  NEIL S. LOSQUADRO, PRO SE
                                     (212) 745-9758

For Merrill Lynch:           Kaye Scholer LLP
                                         BY:  MADLYN G. PRIMOFF, ESQ.
                                     (212) 836-7042

For Deutsche Bank National   MCCARTER & ENGLISH
Trust Company:              BY:  DAVID J. ADLER, ESQ.
                                     (212) 609-6800

For George Dougherty:       BY:  GEORGE DOUGHERTY
                                     (312) 704-7700

Special Committee of the    Jones Day
Board of Directors:        BY:  BRAD ERENS, ESQ.
                                     BY:  DAVID HALL, ESQ.
                                     BY:  DAVID HEIMAN, ESQ.
                                     (312) 269-4050

For Wells Fargo Bank:       White & Case LLP
                                     BY:  SCOTT GREISSMAN, ESQ.
                                   (212) 819-8567

For Royal Bank of Scotland:  BY:  COURTNEY ROGERS
                                     (203) 897-4815

For EGI-TRB, LLC:           Jenner & Block LLP
                                     BY:  ANDREW VAIL, ESQ.
                                     (312) 840-8688

7

1                          INDEX

2                                                   Further

3     WITNESSES FOR THE        Direct Cross Redirect Recross Redirect

4       DEBTORS:

5     Eddy Hartenstein          23

6

7       EXHIBITS:                                Marked Received

8       DEBTORS:

9     Exhibit 1                                          31

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8

1    WILMINGTON, DELAWARE, WEDNESDAY, NOVEMBER 10, 2010, 10:05 A.M.

2              THE CLERK:  All rise.  Be seated, please.

3              THE COURT:  Good morning, everyone.

4              THE ATTORNEYS:  Good morning, Your Honor.

5              THE COURT:  Is the debtor ready?  Well, don't

6    everybody run up at once.

7         (Laughter)

8              MR. LOTSOFF:  Good morning, Your Honor.  Jonathan

9    Lotsoff on behalf of the debtors.  I believe the first item on

10   the agenda is the motion to seal the unredacted copies of the

11   May and July 2010 Mercer report.  The redacted copies, of

12   which, were filed in support of the 2010 MIP motion.  We

13   understand that there are no objections to that motion by the

14   U.S. Trustee, the bridge agent or the committee of unsecured

15   creditors.  And so, consistent with what was done at the 2008

16   and 2009 MIP hearings, we would ask that the Court enter that

17   order.

18             THE COURT:  Does anyone wish to be heard in

19   connection with that matter?

20              I hear no response.  Do you have a form of order for

21   me?

22             MR. LOTSOFF:  I do, Your Honor.

23             THE COURT:  That order's been signed.  Should we

24   deal next with the tolling agreement?

25             MR. LOTSOFF:  There was one more related --

1          THE COURT:  I'm sorry.  Go ahead.

2          MR. LOTSOFF:  Oh.  At the last hearing, as the Court

3     is aware, there are likely to be some exhibits that encompass

4     information that's comparable to what is in the redacted

5     versions of the Mercer reports, so we would ask that consistent

6     with the Court's treatment of those exhibits, which we can

7     identify in the course of the hearing at the '09 MIP hearing

8     that such exhibits also be filed under seal and maintained

9     confidential consistent with what was done last time.

10          THE COURT:  Anyone wish to weigh in on that subject?

11          I hear no response.  Okay.

12          MR. LOTSOFF:  Thank you, Your Honor.

13          MR. LANTRY:  Good morning, Your Honor.  Kevin Lantry

14    on behalf of the debtors regarding the motion for the tolling

15    agreement involving the inter-company parties.  We don't

16    believe anyone has objected, but I sense Your Honor may want to

17    address something?

18          THE COURT:  I do.  The agreement and the form of

19    order -- well, the agreement is designed to put in place a

20    tolling agreement between and among the debtor and its

21    subsidiaries to preserve statutes of limitation to the extent

22    they apply and without waiving any rights or safe harbors there

23    may be under other applicable law for the purpose of avoidance

24    actions and actions which may concern inter-company claims; is

25    that --

1  scheduled for the 23rd.  At this point, what does the debtor

2  anticipate will be considered at that time?

3              MR. LANTRY:  Nothing at this point, Your Honor.

4  We do have quite a backlog of claims, objections, and those

5  types of more ministerial things to tend to, but beyond

6  that, nothing that's specifically scheduled.

7              THE COURT:  Well, it's now November 10th.  Is it

8  anticipated that --

9              MR. LANTRY:  We would be happy to give way on

10  that omnibus, Your Honor, if that's where you're going.

11             THE COURT:  Oh, I can have a day back?

12             MR. LANTRY:  Yes.

13             THE COURT:  Oh, it's like a gift.  Thank you.

14  Okay.  Anything further for today?  I'll take a look at my

15  calendar.  I'll, understanding that the parties are

16  generally looking toward March, figure out what fits where

17  and when.  And I'm sure we'll have further discussions on

18  it.

19             Thank you all very much.  That concludes this

20  hearing.  Court is adjourned.

21         (Whereupon at 12:09 p.m., the hearing was adjourned)

22

23

24

25

69

1                          <u>CERTIFICATION</u>

2          I   certify   that   the   foregoing   is   a   correct

3   transcript   from   the   electronic   sound   recording   of   the

4   proceedings in the above-entitled matter.

5

6

7   *Stephanie McMeel*                    November 11, 2010

8   Stephanie McMeel

9   AAERT Cert. No. 452

10  Certified Court Transcriptionist