TRIBUNE COMPANY, et al (Case 08-13141)  Exhibit A

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Project
For the Period July 1, 2011 through July 31, 2011

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 284.30 | $180,000.00 |
| **Subtotal - Fixed Fee Services** | **284.30** | **$180,000.00** |
| **Hourly Services** | | |
| Fresh Start | 13.00 | $5,750.00 |
| **Subtotal - Hourly Services** | **13.00** | **$5,750.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 8.00 | $3,245.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **8.00** | **$3,245.00** |
| **Total Hours and Compensation** | **305.30** | **$188,995.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**  **Exhibit B**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period July 1, 2011 through July 31, 2011**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 284.30 | $180,000.00 |
| **Subtotal - Fixed Fee Services** | 284.30 | $180,000.00 |
| **Total Hours and Compensation** | **284.30** | **$180,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2011 Consolidated Audit
Summary of Professionals, Hours and Payments For the
Period July 1, 2011 through July 31, 2011

| Professional | Professional's Position | Hours |
|---|---|---|
| Grant E Hellwarth | Partner | 1.00 |
| John A Sandmeier | Partner | 2.00 |
| William T England | Partner | 8.00 |
| Betsy J Smith | Director | 3.50 |
| Thomas L Koops | Director | 32.00 |
| Justin A Spahn | Manager | 53.50 |
| Laura Alonso | Manager | 0.30 |
| Emily Busch | Senior Associate | 15.40 |
| Lydia Kuebler | Senior Associate | 2.00 |
| Sheri L York | Senior Associate | 35.00 |
| Carl Rocco Comstock | Associate | 2.00 |
| Emily Busch | Associate | 1.00 |
| James Richard Colwell | Associate | 54.10 |
| Melissa Mary Kirby | Associate | 73.00 |
| Rashmi Singh | Associate | 0.50 |
| Michael Lawrence Komro | Professional Assistant | 1.00 |
| **Total Hours Incurred during Compensation Period** | | **284.30** |
| Total Hours Incurred prior to July 1, 2011 | | 738.10 |
| **Total Hours Incurred through July 31, 2011** | | **1,022.40** |

TRIBUNE COMPANY, et al (Case 08-13141)  Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2011 Consolidated Audit
Summary of Professionals, Hours and Payments For the
Period July 1, 2011 through July 31, 2011

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| Total Fees - Payments Previously Requested for 2011 Consolidated Audit | | | $360,000.00 |
| Remaining Payments for 2011 Consolidated Audit | | | $1,335,000.00 |
| Total Fixed Fee for 2011 Consolidated Audit | | | $1,695,000.00 |
| Requested Payment - 2011 Consolidated Audit | | 284.30 | $180,000.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory
Summary of Hours - July 1, 2011 through July 31, 2011

| Category | Hours |
| --- | --- |
| 0200 - Audit Strategy and Meetings with Management | 57.30 |
| 3650 - Benefits Process | 0.50 |
| 3700 - Income Tax Process | 5.50 |
| 9200 - Q1 Interim Review Procedures | 5.00 |
| 9201 - Q2 Interim Review Procedures | 165.10 |
| 2900 - Information Technology General Controls | 3.00 |
| TBC Group Office Fieldwork | 29.70 |
| TPC Group Office Fieldwork | 16.70 |
| WGN Fieldwork | 1.50 |
| **Total Hours Incurred for the 2011 Consolidated Audit** | **284.30** |

TRIBUNE COMPANY, et al (Case 08-13141)                                                    Exhibit C-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Professionals - Hourly Professional Services
For the Period July 1, 2011 through July 31, 2011

| Professional by Billing Category | Position | Rate | Total Hours | Compensation |
|---|---|---|---|---|
| **Fresh Start** | | | | |
| Betsy J Smith | Director | $475 | 8.90 | $4,227.50 |
| Philip Yosafat | Director | $475 | 1.60 | $760.00 |
| Justin A Spahn | Manager | $305 | 2.50 | $762.50 |
| **Subtotal - Fresh Start** | | | **13.00** | **$5,750.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 0.30 | $165.00 |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 7.70 | $3,080.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **8.00** | **$3,245.00** |
| **Total Hours and Compensation** | | | **21.00** | **$8,995.00** |

Page 1 of 1

Thursday, August 25, 2011

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period July 1, 2011 through July 31, 2011

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Fresh Start** | | | | | | |
| 7/5/2011 | Betsy J Smith | Director | 0710H0001: Meeting with M. Deloian (Tribune) regarding definition of liabilities in Section 1017 for reduction in basis of assets Cancellation of Debt ("COD") income. | $475.00 | 0.30 | $142.50 |
| 7/6/2011 | Betsy J Smith | Director | 0710H0002: Research reduction in basis of assets for Section 1017 upon emergence. | $475.00 | 2.00 | $950.00 |
| 7/12/2011 | Betsy J Smith | Director | 0710H0003: Review accounting under Section 1017 for reduction in asset basis for COD income. | $475.00 | 0.50 | $237.50 |
| 7/12/2011 | Philip Yosafat | Director | 0710H0004: Research liabilities for Section 1017. | $475.00 | 0.50 | $237.50 |
| 7/13/2011 | Philip Yosafat | Director | 0710H0005: Research liabilities for Section 1017. | $475.00 | 1.10 | $522.50 |
| 7/14/2011 | Betsy J Smith | Director | 0710H0006: Review research from P. Yosafat (PwC) regarding Section 1017 liabilities and inclusion of total liabilities or only those with tax basis. | $475.00 | 0.50 | $237.50 |
| 7/26/2011 | Justin A Spahn | Manager | 0710H0007: Discuss treatment of COD upon emergence and impact to tax basis with P. Shanahan and M. Deloian (both Tribune). | $305.00 | 1.00 | $305.00 |
| 7/26/2011 | Betsy J Smith | Director | 0710H0008: Research Section 1017 liability floor questions received from P. Shanahan and M. Deloian (both Tribune). | $475.00 | 2.50 | $1,187.50 |
| 7/27/2011 | Justin A Spahn | Manager | 0710H0009: Research treatment of COD upon emergence and impact to tax basis. | $305.00 | 1.00 | $305.00 |
| 7/27/2011 | Betsy J Smith | Director | 0710H0010: Review various Section 1017 issues. | $475.00 | 2.30 | $1,092.50 |
| 7/28/2011 | Justin A Spahn | Manager | 0710H0011: Research treatment of COD upon emergence and impact to tax basis. | $305.00 | 0.50 | $152.50 |
| 7/28/2011 | Betsy J Smith | Director | 0710H0012: Teleconference with P. Shanahan and M. Deloian (both Tribune) regarding Section 1017 items. | $475.00 | 0.80 | $380.00 |
| **Subtotal - Hours and Compensation for Fresh Start** | | | | | **13.00** | **$5,750.00** |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period July 1, 2011 through July 31, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 7/21/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0710H0013: Prepare the June 2011 Monthly Fee Application for submission to the Court. | $400.00 | 3.00 | $1,200.00 |
| 7/21/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0710H0014: Prepare the June 2011 Monthly Fee Application Narrative for submission to the Court. | $400.00 | 0.80 | $320.00 |
| 7/21/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0710H0015: Review the June 2011 Monthly Fee Application exhibits. | $400.00 | 2.30 | $920.00 |
| 7/22/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0710H0016: Review June 2011 fee application, including narrative and exhibits and provide feedback for compliance with compensation guidelines. | $550.00 | 0.30 | $165.00 |
| 7/28/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0710H0017: Finalize the June 2011 Monthly Fee Application and distribute to Counsel for filing. | $400.00 | 1.60 | $640.00 |
| Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications | | | | | 8.00 | $3,245.00 |
| **Total Hours and Compensation** | | | | | 21.00 | $8,995.00 |

TRIBUNE COMPANY, et al (Case 08-13141) — Exhibit D-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Expenditures by Project and Type
For the Period July 1, 2011 through July 31, 2011

| Transaction Type | Total Expenditures |
| --- | --- |
| **2011 Consolidated Audit** | |
| Research | $1,250.00 |
| **Subtotal - 2011 Consolidated Audit** | **$1,250.00** |
| **Total Expenditures** | **$1,250.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Thursday, August 25, 2011

TRIBUNE COMPANY., et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Detail of Expenditures by Project and Date  
For the Period July 1, 2011 through July 31, 2011

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2011 Consolidated Audit** | | | | |
| 7/31/2011 | PricewaterhouseCoopers | Research | 0711E0001: MARKET RESEARCH - FOR Q2 2011 COMPILATION REPORT ON TELEVISION REVENUE SURVEY. | $1,250.00 |
| Subtotal - 2011 Consolidated Audit | | | | $1,250.00 |
| **Total Expenditures** | | | | **$1,250.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.