IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 9695 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Rescheduled Omni Hrg_DI 9695_Aff_8-24-11 - 8-25-11.doc

2. I caused to be served the "Notice of Rescheduled Hearing Time for August 25, 2011 Omnibus Hearing," dated August 24, 2011 [Docket No. 9695], by causing true and correct copies to be:

    i. delivered via facsimile to those parties listed on the annexed Exhibit A, on August 24, 2011,
    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, on August 24, 2011, and
    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, on August 25, 2011.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
26th day of August, 2011

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\TRIBUNE\Affidavits\Rescheduled Omni Hrg_DI 9695_Aff_8-24-11 - 8-25-11.doc

# EXHIBIT A

| Name | Fax |
|---|---|
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Eckert, Seamans, Cherin & Mellott, LLC  Attn: Margaret F England | 302-425-0432 |
| Eckert, Seamans, Cherin & Mellott, LLC  Attn: Margaret F England | 302-984-3939 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Hiller & Arban, LLC  Attn: Adam Hiller | 302-442-7045 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott | 302-658-3989 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Curtis S Miller | 302-658-3989 |
| Silverman McDonald & Friedman  Attn: Brian E Lutness | 302-888-2923 |
| Joseph, Herzfeld, Hester & Kirschenbaum LLP  Attn: Michael D Palmer | 212-688-2548 |
| Joseph, Herzfeld, Hester & Kirschenbaum LLP  Attn: Charles Joseph | 212-688-2548 |
| Reed Smith LLP  Attn: Aaron N Chapin | 312-207-6400 |
| Wildman, Harrold, Allen & Dixon LLP  Attn: Joy L Monahan | 312-416-4823 |
| PricewaterhouseCoopers LLP  Attn: Shonda M Finseth | 813-637-4271 |
| Daniel J. Edelman, Inc.  Attn: Jeffrey R Zilka | 312-240-2905 |
| Freeborn & Peters, LLP  Attn: Aaron L Hammer | 312-360-6995 |
| ALIXPARTNERS, LLP  Attn: Alan D. Holtz | 212-490-1344 |
| Seyfarth Shaw LLP  Attn: Jeremy Sherman | 312-460-4360 |
| Zuckerman Spaeder LLP  Attn: Virginia Whitehill Guldi | 302-427-8242 |

**EXHIBIT B**

*Email*

aglenn@kasowitz.com
agordon@paulweiss.com
ahiller@phw-law.com
ams@saccullolegal.com
Andrew.goldman@wilmerhale.com
atrehan@mayerbrown.com
avail@jenner.com
awinfree@ashby-geddes.com
bbennett@dl.com
bennettb@hbdlawyers.com
bkrakauer@sidley.com
Bradley.dunn@lazard.com
brian@silverman-mcdonald.psemail.com
bsullivan@sha-llc.com
btrust@mayerbrown.com
Bwhittman@alvarezandmarsal.com
byan@mayerbrown.com
carickhoff@blankrome.com
cbifferato@bifferato.com
cconnolly@morganlewis.com
chowc@ballardspahr.com
chriseyec@aol.com
cmeazell@dowlohnes.com
Collins@RLF.com
Craig.martin@dlapiper.com
csimon@crosslaw.com
csteege@jenner.com
cward@polsinelli.com
dadler@mccarter.com
dastin@ciardilaw.com
david.klauder@usdoj.gov
david.powlen@btlaw.com
dbradford@jenner.com
dbrown@paulweiss.com
dgolden@akingump.com
dlemay@chadbourne.com
dlemay@chadbourne.com
drosner@kasowitz.com
dsaval@brownrudnick.com
dshamah@omm.com
DWarner@littler.com
efriedman@fklaw.com
ejones@omm.com
elesniak@burkelaw.com
ellen.slights@usdoj.gov
etrybantelser@cityofchicago.org
Evan.Glucoft@moelis.com
fhyman@mayerbrown.com
gbush@zuckerman.com
gmcdaniel@bglawde.com
heilmanl@ballardspahr.com
hseife@chadbourne.com
hseife@chadbourne.com
jalberto@bayardlaw.com
jchristensen@paulweiss.com
jconlan@sidley.com
jcp@pgslaw.com
jfalgowski@reedsmith.com
jfiorella@archerlaw.com
jgrey@crosslaw.com
jhaupt@bifferato.com
jhuggett@margolisedelstein.com
jillian.ludwig@sidley.com
jjohnston@dl.com
jmclaughlin@ciardilaw.com
Jmcmanus@Seyfarth.Com
jmester@dl.com
jnimeroff@bsnlawyers.com
johnstonj@hbdlawyers.com
jschlerf@foxrothschild.com
jsottile@zuckerman.com
jstrock@foxrothschild.com
jzajac@mwe.com
katietraxler@paulhastings.com
kbromberg@brownrudnick.com
kcollins@bifferato.com
keburgers@Venable.com
khill@svglaw.com
kkansa@sidley.com
Kkansa@sidley.com
klantry@sidley.com
kmayer@mccarter.com
kovach@saccullolegal.com
kskomrucha@ashby-geddes.com
landis@lrclaw.com
landis@lrclaw.com
leonhardt@teamrosner.com
leslie.salcedo@alston.com
LJKotler@duanemorris.com
ljones@pszjlaw.com
loizides@loizides.com
LRaiford@jenner.com
lshumejda@paulweiss.com
lsilverstein@potteranderson.com
maureendombeck@yahoo.com
mbcleary@ycst.com
mbillion@pszjlaw.com
mcguire@lrclaw.com
mcguire@lrclaw.com
melorod@gtlaw.com
mengland@eckertseamans.com

mfelger@cozen.com
mfrank@alvarezandmarsal.com
Michelle.marino@dlapiper.com
mlastowski@duanemorris.com
morsej@hbdlawyers.com
mprimoff@kayescholer.com
msenter@lermansenter.com
msiegel@brownrudnick.com
mvbbvb@comcast.net
myurkewicz@klehr.com
nate@usdrllc.com
pdublin@akingump.com
raportl@pepperlaw.com
rbrady@ycst.com
rmersky@monlaw.com
Ronald.Rowland@rmsna.com
rosner@teamrosner.com
rstark@brownrudnick.com
rwriley@duanemorris.com
sandhya.sistla@moelis.com
sbuckman@lermansenter.com
schannej@pepperlaw.com
seconroy@deloitte.com
sfallon@trplaw.com
skatona@polsinelli.com
skaufman@coochtaylor.com
skaufman@coochtaylor.com
skgallagher@Venable.com
slross@duanemorris.com
slross@duanemorris.com
smcphail@paulweiss.com
sshimshak@paulweiss.com
stearn@RLF.com
stevewalkergolf@gmail.com
strattond@pepperlaw.com
stuart.brown@dlapiper.com
tcairns@pszjlaw.com
tdriscoll@bifferato.com
tlattomus@eckertseamans.com
tribunebkr@smmj.com
Tribuneco.routing@dpw.com
wbowden@ashby-geddes.com
whazeltine@sha-llc.com
wmk@elliottgreenleaf.com
wweintraub@fklaw.com
zallinson@sha-llc.com

*<u>Email</u>*

andrea.clark.smith@us.pwc.com
cbrown@archerlaw.com
vguldi@zuckerman.com
zhaupt@bifferato.com

**EXHIBIT C**

**TRB Notice 8-25-11**

MR. ROBBY S. WELLS
P.O. BOX 345
SAUNEMIN, IL  61769

**TRB Notice 8-25-11**

MR. ROBERT WELLS
54 CENTER STREET
SAUNEMIN, IL  61769-0345