## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors | Jointly Administered |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned law firms of Connolly Bove Lodge & Hutz LLP and Grippo & Elden LLC hereby **withdraw** their appearances as counsel to Durham Monsma in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that the undersigned law firms of Steptoe & Johnson and Michael P. Morton, P.A. hereby **enter** their appearance as counsel to Durham Monsma in the above-captioned cases.

**CONNOLLY BOVE
LODGE & HUTZ LLP**

Jeffrey C. Wisler (#2795)
Marc J. Phillips (# 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-0380
Email: jwisler@cblh.com
mphillips@cblh.com

John R. McCambridge
George R. Dougherty
Patrick T. Nash
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
Email: jmccambridge@grippoelden.com
gdougherty@grippoelden.com
pnash@grippoelden.com

**MICHAEL P. MORTON, P.A.**

Michael P. Morton (#2492)
1203 North Orange Street
Wilmington, DE 19801
Telephone: (302) 426-1313
Facsimile: (302)-426-1300
Email: mmorton@michaelpmorton.com

Mark A. Neubauer
Steptoe & Johnson
Suite 2800
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 734-3200
Facsimile: (310) 734-3300
Email: mneubauer@steptoe.com

#4426463