# **EXHIBIT A**

# JONES DAY

Plan of Reorganization Matters                                                                                           Page 1

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 07/01/11 | D G HEIMAN | 0.50 | 487.50 |
| | Conference with Shapiro regarding status of case. | | |
| 07/05/11 | D G HEIMAN | 0.20 | 195.00 |
| | Conference with Sherman and Erens regarding status. | | |
| 07/06/11 | D M HIRTZEL | 0.20 | 55.00 |
| | Review court docket on Pacer and e-mail new docket entries to team for review. | | |
| 07/08/11 | D M HIRTZEL | 0.20 | 55.00 |
| | Review court docket on Pacer and e-mail new docket entries to team for review. | | |
| 07/13/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 07/14/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 07/15/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 07/18/11 | D M HIRTZEL | 0.20 | 55.00 |
| | Review court docket on Pacer and e-mail new docket entries to team for review. | | |
| 07/22/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 07/25/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| 07/27/11 | A C FARRINGTON | 0.10 | 27.50 |
| | Review, update and distribute the internal court docket update of Tribune. | | |
| **TOTAL** | | **1.90** | **USD 1,012.50** |

# JONES DAY

| Committee Matters/Meetings | | | Page 1 |
|---|---|---|---|
| 07/05/11    D G HEIMAN<br>Conference with Shapiro regarding Committee meeting. | 0.80 | | 780.00 |
| 07/06/11    D G HEIMAN<br>Conference with Shapiro regarding meetings and status. | 0.50 | | 487.50 |
| 07/20/11    D G HEIMAN<br>Attend meetings with Shapiro regarding case status and special committee issues pending decision. | 3.50 | | 3,412.50 |
| **TOTAL** | **4.80** | **USD** | **4,680.00** |

# JONES DAY

| Fee Applications/Retention Preparation | | Page 1 |
|---|---|---|

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 07/01/11 | AK DENTON | 0.70 | 175.00 |

Review May 2011 fee application (.20); communicate with Marvin regarding same (.10); prepare Exhibits to fee application (.20); communicate with Tiller regarding fee application and exhibits (.10); communicate with Stano regarding expense on bill (.10).

| 07/01/11 | L M MARVIN | 0.60 | 330.00 |

Review and revise fee application (.50); communicate with Sobczak regarding same (.10).

| 07/06/11 | B B ERENS | 0.30 | 240.00 |

Review and revise fee applications.

| 07/07/11 | AK DENTON | 3.20 | 800.00 |

Draft, review and revise 3rd interim fee application (2.70); transmit to Tiller for review (.10); prepare May 2011 fee application for e-filing (.30); communicate with Cole Shotz regarding same (.10).

| 07/08/11 | J M TILLER | 1.00 | 500.00 |

Review and revise 3rd interim fee application.

| 07/12/11 | AK DENTON | 0.20 | 50.00 |

Communicate with Cole Schotz regarding interim fee application filing (.10); update electronic files regarding same (.10).

| 07/13/11 | AK DENTON | 1.20 | 300.00 |

Review and revise June 2011 bill (1.00); transmit same to Soffer (financial services) (.10); update electronic files (.10).

| 07/13/11 | J M TILLER | 0.50 | 250.00 |

Communicate with Sobczak and Erens regarding fee application correspondence with Tribune and review documents regarding same.

| 07/14/11 | AK DENTON | 1.40 | 350.00 |

Review and revise June 2011 bill (.20); communicate with Soffer (financial services) regarding same (.10); draft, review and revise June 2011 fee application and exhibits (1.00); communicate with Marvin and Buonome regarding same (.10).

| 07/22/11 | AK DENTON | 0.20 | 50.00 |

Review notice of hearing regarding fee applications (.10); transmit same to Buonome (.10).

| 07/25/11 | AK DENTON | 1.20 | 300.00 |

Draft, review and revise June 2011 fee application (.80); draft exhibits to fee application (.30); transmit to Tiller for review (.10).

| 07/25/11 | L M MARVIN | 0.30 | 165.00 |

Review and revise fee application.

| 07/27/11 | AK DENTON | 0.20 | 50.00 |

Communicate with Tiller regarding June fee application and exhibits (.10); transmit same to Erens for review (.10).

| 07/28/11 | B B ERENS | 0.20 | 160.00 |

Review and revise fee application.

| TOTAL | | 11.20 | USD 3,720.00 |

# JONES DAY

| Bankruptcy Travel | | | Page 1 |
|---|---|---|---|
| 07/20/11   D G HEIMAN | 1.50 | | 731.25 |
| Travel to New York for meeting with Shapiro regarding case status. | | | |
| **TOTAL** | **1.50** | **USD** | **731.25** |

# JONES DAY

Litigation Matters                                                                                                Page 1

| Date | Timekeeper | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 07/14/11 | L M MARVIN | Review correspondence regarding deficiency letter. | 0.20 | | 110.00 |
| 07/25/11 | L M MARVIN | Review correspondence regarding deposition designation and exhibits. | 0.20 | | 110.00 |
| 07/26/11 | H O AJUDUA | Review and analyze deposition designations of Wilderotter and Shapiro testimony for confidential material. | 0.70 | | 297.50 |
| 07/26/11 | L M MARVIN | Review deposition designation. | 0.30 | | 165.00 |
| 07/29/11 | L M MARVIN | Review submissions to court. | 0.20 | | 110.00 |
| **TOTAL** | | | **1.60** | **USD** | **792.50** |

# **EXHIBIT B**

CHI-1510731v1

# JONES DAY

Special Committee of the Board of Directors of _____ Page 1

Plan of Reorganization Matters

**DISBURSEMENT DETAIL - July 31, 2011**

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 07/14/11 | L M BUONOME | NYC | 0.88 | |
| | Computerized research services Receipt #3 PACER Service usage from 4/1/11 through 6/30/11 06-Jul-2011 | | | |
| 07/31/11 | D M HIRTZEL | NYC | 75.20 | |
| | Computerized research services - PACER SERVICE CENTER 2nd quarter 2011 | | | |
| | **Computerized research services Subtotal** | | | 76.08 |
| **CONFERENCE CALL CHARGES** | | | | |
| 07/28/11 | A K DENTON | CHI | 30.00 | |
| | Conference Call Charges - NATIONAL CITY BANK COURT CALL 6/10/11 | | | |
| | **Conference Call Charges Subtotal** | | | 30.00 |
| **CONFERENCE CHARGES** | | | | |
| 07/21/11 | D G HEIMAN | CLE | 9.73 | |
| | Conference charges 05-Apr-2011 | | | |
| | **Conference Charges Subtotal** | | | 9.73 |
| **IMAGING SERVICES** | | | | |
| 07/22/11 | L M MARVIN | NYC | 183.29 | |
| | Imaging services - ALPHA SYSTEMS May 2011 e-direct hosting | | | |
| 07/22/11 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - ALPHA SYSTEMS May 2011 e-direct hosting | | | |
| | **Imaging services Subtotal** | | | 261.08 |
| **LONG DISTANCE CHARGES** | | | | |
| 07/21/11 | D G HEIMAN | CLE | 2.85 | |
| | Long distance charges 25-May-2011 | | | |
| | **Long distance charges Subtotal** | | | 2.85 |
| **TAXI FARE** | | | | |
| 07/07/11 | L M MARVIN | NYC | 10.00 | |
| | Taxi fare Trip to/from Court for hearing in DE. 07-Mar-2011 | | | |
| | **Taxi Fare Subtotal** | | | 10.00 |
| | **Total** | | USD | 389.74 |
| | **Grand Total** | | USD | 389.74 |

# **EXHIBIT C**

CHI-1806822v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1.      I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. I have read the Eleventh Monthly Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from July 1, 2011 Through July 31, 2011 (the "Application").

3. A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: September 1, 2011   */s/Brad B. Erens*
             Brad B. Erens