# EXHIBIT A



ZUCKERMAN SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

August 31, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:279080
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through July 31, 2011.

| | | |
|---|---|---|
| By Graeme W. Bush<br>1.00 hours at $850.00 per hour | $ | 850.00 |
| By James Sottile<br>73.50 hours at $725.00 per hour | $ | 53,287.50 |
| By Andrew N. Goldfarb<br>51.00 hours at $600.00 per hour | $ | 30,600.00 |
| By P. Andrew Torrez<br>13.40 hours at $585.00 per hour | $ | 7,839.00 |
| By Andrew Caridas<br>91.80 hours at $340.00 per hour | $ | 31,212.00 |
| By Lisa Medoro<br>71.10 hours at $265.00 per hour | $ | 18,841.50 |
| By Jeanne Trahan Faubell<br>12.90 hours at $175.00 per hour | $ | 2,257.50 |
| By Monica Daly Welham<br>18.50 hours at $175.00 per hour | $ | 3,237.50 |

BALTIMORE        NEW YORK        TAMPA        WASHINGTON, DC

August 31, 2011                                                                    Page 2

| | | |
|---|---|---|
| TOTAL FEES | $ | 148,125.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 148,125.00 |

August 31, 2011                                                                    Page 3

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 07/05/11 | 0.20 | Review Noteholders' revisions to draft proposed order on evidentiary issues and findings and conclusions. |
| 07/05/11 | 0.20 | E-mail correspondence with M. Hurley (Akin) re issues on draft proposed order re evidentiary issues and findings and conclusions. |
| 07/05/11 | 0.20 | Teleconference with M. Hurley (Akin) re issues on draft proposed order re evidentiary issues and findings and conclusions. |
| 07/05/11 | 2.10 | Work on revisions to third party complaint. |
| 07/05/11 | 1.80 | Review key documents and testimony relevant to revisions to third party complaint. |
| 07/05/11 | 0.70 | Review proposed corrections to trial transcripts. |
| 07/05/11 | 1.20 | Research and review decisions on use of findings and conclusions in later actions. |
| 07/05/11 | 0.10 | Draft e-mail to DCL counsel re same. |
| 07/06/11 | 0.50 | Draft memo to Committee re retention of replacement Delaware counsel in lender adversary proceeding. |
| 07/06/11 | 2.10 | Analyze legal arguments and review key case law re potential defensive motions on third party complaint. |
| 07/06/11 | 2.30 | Review trial transcript for factual record on defenses to third party complaint. |
| 07/07/11 | 0.30 | Revise, finalize and post memo re retention of replacement Delaware counsel in lender litigation for Committee |
| 07/07/11 | 2.30 | Evaluate potential responses depending on Court's decision on various confirmation issues, including scope of releases and bar order. |
| 07/07/11 | 1.20 | Review and analyze recent decisions on settlement payment defense for implications for confirmation proceedings. |
| 07/07/11 | 0.80 | Review confirmation hearing testimony re release and bar order issues. |
| 07/08/11 | 1.20 | Work on potential revisions to Bar Order depending on Court's decision. |

| | | |
|---|---|---|
| 07/08/11 | 0.90 | Review case law re bar orders in connection with potential revisions. |
| 07/08/11 | 1.90 | Outline key issues highlighted by parties and positions argued in June 27 closing arguments. |
| 07/11/11 | 0.40 | Review revised draft of evidence order from Noteholders and e-mail correspondence with DCL counsel re same. |
| 07/12/11 | 0.40 | Circulate further revisions to proposed order re evidence and findings and conclusions to Paragraph 35 group. |
| 07/12/11 | 2.10 | Further research re initial transferee fraudulent conveyance claims and analyze factual background relevant to claims for defendants in lender and third party adversary proceedings. |
| 07/12/11 | 1.50 | Review/analyze key sections of Examiner's report and documents and testimony relied on re intentional fraudulent conveyance claims in connection with third party adversary proceeding. |
| 07/13/11 | 0.20 | E-mail correspondence with counsel for DCL Proponents re Zell objection to order on findings and conclusions. |
| 07/13/11 | 0.40 | Teleconference with J. Bendernagel (Sidley) re issues on exhibits, Zell objection to findings and conclusions. |
| 07/13/11 | 0.40 | Edit certification of counsel re order on Exhibit Motions and findings and conclusions. |
| 07/13/11 | 2.90 | Further analysis of claims against Zell and EGI-TRB including review of relevant case law, testimony, exhibits and Examiner's report. |
| 07/14/11 | 0.50 | Participate in weekly professionals' call re outstanding issues in bankruptcy, confirmation proceedings and litigation. |
| 07/14/11 | 0.30 | Teleconference with M. Hurley and S. Gulati (Akin Gump) re issues on certification of counsel concerning order on exhibit motions. |
| 07/14/11 | 0.70 | Draft multiple revisions to certification of counsel re exhibits motions and findings and conclusions. |
| 07/14/11 | 0.80 | Review materials related state to law actions, including correspondence to court, motions, and hearing transcript. |
| 07/14/11 | 1.40 | Review corrections to trial transcript. |
| 07/15/11 | 0.40 | Participate in telephonic hearing re stay of state law claims. |
| 07/15/11 | 0.30 | Teleconference with J. Bendernagel (Sidley) re confirmation issues and strategy in light of potential decisions. |

| | | |
|---|---|---|
| 07/15/11 | 0.20 | E-mail correspondence with Noteholders' counsel re resolving remaining exhibit issues. |
| 07/15/11 | 0.30 | Teleconference with M. Hurley and S. Gulati (Akin) re resolving remaining exhibit issues. |
| 07/15/11 | 0.90 | Complete review of corrections to trial transcripts. |
| 07/15/11 | 0.30 | E-mail to DCL counsel re Noteholders' proposal to resolve remaining exhibit issues. |
| 07/15/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) re Noteholders' proposal to resolve remaining exhibit issues. |
| 07/15/11 | 2.10 | Work on strategy to respond to different potential confirmation decisions, including consideration of appeals and revision of plan. |
| 07/18/11 | 1.80 | Review Noteholders' state law actions against shareholders and major shareholders sued to consider implications for and coordination with Committee action. |
| 07/19/11 | 0.10 | E-mail correspondence with M. Hurley (Akin) re admissibility of exhibits not cited in post-trial briefs. |
| 07/19/11 | 0.90 | Review/analyze recent decisions re bankruptcy court jurisdiction over third party claims. |
| 07/20/11 | 0.40 | Revise draft order to reflect agreement on remaining disputed exhibits. |
| 07/20/11 | 0.20 | E-mail correspondence with DCL counsel re agreement on remaining disputed exhibits. |
| 07/20/11 | 1.40 | Evaluate and draft potential revisions to shareholder claims. |
| 07/20/11 | 1.60 | Legal research re potential revisions to shareholder claims. |
| 07/21/11 | 0.50 | Review/analyze Zell objection to proposed order re findings and conclusions, including cases cited therein. |
| 07/21/11 | 0.40 | Teleconference with DCL counsel re response to Zell objection to findings and conclusions. |
| 07/21/11 | 0.30 | Teleconference with D. Zensky, M. Hurley and S. Gulati (Akin) re Zell objection to proposed order on findings and conclusions. |
| 07/21/11 | 3.30 | Continued review/analysis of trial transcript and post-trial briefing to evaluate confirmation issues and issues re adversary proceedings. |
| 07/22/11 | 2.70 | Draft/edit response to Zell objection to proposed order on findings and conclusions. |

| 07/22/11 | 1.10 | Legal research re Zell objection to proposed order on findings and conclusions. |
|----------|------|---------------------------------------------------------------------------------|
| 07/22/11 | 0.40 | Teleconferences with J. Bendernagel (Sidley) re Zell objection to proposed order re findings and conclusions and response. |
| 07/22/11 | 0.30 | Teleconference with Noteholders' counsel re responses to Zell objection to proposed order on findings and conclusions. |
| 07/22/11 | 2.10 | Continued review of trial transcript and post-trial issues to evaluate confirmation issues and issues for third party litigation. |
| 07/23/11 | 0.30 | Draft posting note for Committee re response to Zell objection to proposed order re findings and conclusions and email correspondence with D. Lemay (Chadbourne) re same. |
| 07/25/11 | 0.60 | Revisions to amended proposed order on evidence issues with certification of counsel re same. |
| 07/25/11 | 0.40 | Revise and finalize for filing response to Zell objection to proposed order re findings and conclusions. |
| 07/25/11 | 0.10 | Teleconference with M. Hurley (Akin) re amended proposed evidence order. |
| 07/25/11 | 0.20 | Teleconference with J. Bendernagel (Sidley) re amended proposed order re evidence issues. |
| 07/26/11 | 1.40 | Prepare for hearing on Zell objection to proposed order re evidentiary issues and findings and conclusions by reviewing briefs and case law and outlining argument. |
| 07/26/11 | 0.70 | Participate in omnibus hearing and argument on Zell objection to proposed order re evidentiary issues and findings and conclusions. |
| 07/26/11 | 0.70 | Review/analyze objections to discovery in third party adversary proceeding from various parties including Schultze Asset Management. |
| 07/26/11 | 0.60 | Draft/edit alternative versions of proposed order re findings and conclusions. |
| 07/26/11 | 0.30 | E-mail correspondence with DCL counsel re proposed order on findings and conclusions. |
| 07/27/11 | 0.60 | Participate in weekly professionals call re current issues on bankruptcy and confirmation. |
| 07/27/11 | 0.50 | Draft/edit revisions to proposed order on use of findings and conclusions. |

| 07/27/11 | 0.30 | Teleconferences with J. Bendernagel (Sidley) re revisions to proposed order on use of findings and conclusions. |
| 07/27/11 | 2.40 | Review/analyze evidence re Step One solvency issues, including deposition transcripts, financial analyses and key sections of Examiner's report. |
| 07/27/11 | 1.10 | Review/analyze draft confirmation order and key issues to address. |
| 07/28/11 | 0.30 | Teleconference with D. Bradford re objection to proposed order on findings and conclusions. |
| 07/28/11 | 1.30 | Participate in telephonic meeting of Creditors Committee. |
| 07/28/11 | 0.40 | E-mail correspondence with counsel for Noteholders and third parties re revised proposed order on findings and conclusions. |
| 07/28/11 | 0.30 | Review transcript of July 26 hearing re findings and conclusions and evidence issues. |
| 07/28/11 | 0.20 | Review Grippo & Elden proposed changes to proposed order on findings and conclusions and e-mail to DCL counsel re same. |
| 07/28/11 | 2.10 | Complete review and analysis of Noteholders' proposed findings and conclusions in light of revised proposed order re same to assess effect of proposed order on same. |
| 07/29/11 | 0.90 | Draft/edit letter to the court re revisions to proposed order on findings and conclusions. |
| 07/29/11 | 0.30 | E-mail correspondence with DCL counsel re revisions to proposed order on findings and conclusions. |
| 07/29/11 | 0.30 | E-mail correspondence with counsel for third parties re issues on revised proposed order re findings and conclusions. |
| 07/29/11 | 0.20 | Teleconferences with M. Hurley and S. Gulati (Akin) re issues on revisions to proposed order re findings and conclusions. |
| 07/29/11 | 0.40 | Revised proposed order re findings and conclusions. |
| 07/29/11 | 0.40 | Review settlement term sheet on Neil settlement, including proposed revisions. |
| 07/29/11 | 0.20 | Teleconference with D. Deutsch (Chadbourne & Parke) re potential revisions to Neil settlement term sheet. |
| 07/29/11 | 1.80 | Further review of Noteholders' proposed findings and conclusions in light of proposed order. |

August 31, 2011                                                               Page 8
P. Andrew Torrez

| | | |
|---|---|---|
| 07/01/11 | 0.60 | Review correspondence and filed pleadings. |
| 07/05/11 | 0.40 | Review notice of motion for entry extending time. |
| 07/06/11 | 0.40 | Review filed pleadings including various notices. |
| 07/07/11 | 1.30 | Review motion to extend service deadline. |
| 07/11/11 | 0.90 | Review correspondence and filed pleadings including notice of motion for extension of time, and motion for relief from stay. |
| 07/13/11 | 1.10 | Review committee memorandum regarding proposed threshold amount for insider actions. |
| 07/13/11 | 0.50 | Review e-mail correspondence and filed pleadings. |
| 07/14/11 | 1.20 | Draft e-mail memorandum and review proposed motion for protective order regarding shareholder defendants. |
| 07/14/11 | 0.40 | Review e-mail correspondence and filed pleadings. |
| 07/26/11 | 1.20 | Legal research and review of Washington Mutual bankruptcy cases in connection with accompanying memorandum. |
| 07/26/11 | 0.30 | Review Prometheus Radio Project v. FCC. |
| 07/26/11 | 0.60 | Review correspondence and filed pleadings including various fee applications of other parties. |
| 07/26/11 | 0.20 | Fact research and review press release regarding reorganization of Tribune publishing division. |
| 07/27/11 | 0.80 | Review Sam Zell's objection to proposed order. |
| 07/27/11 | 0.60 | Review draft response to Zell's Objection by DCL proponents. |
| 07/27/11 | 0.40 | Review correspondence and filed pleadings. |
| 07/28/11 | 0.40 | Review correspondence and filed pleadings. |
| 07/28/11 | 0.20 | Review news and status update. |
| 07/28/11 | 0.60 | Review Chadbourne & Parke's report on 2011 Management Incentive Program. |
| 07/29/11 | 0.90 | Review draft pleadings including:  (a) stipulation and order to treat late-filed claims as timely; and (b) motion to clarify bar date order. |
| 07/29/11 | 0.40 | Review entered orders including order extending time to file notices of removal and orders approving various stipulations. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 07/01/11 | 2.00 | Review, analyze, revise and edit draft motion on Rule 4(m) extension. |
| 07/01/11 | 0.50 | Meet with A. Caridas regarding status of ongoing Tribune projects. |
| 07/05/11 | 0.50 | Meeting with L. Medoro and A. Caridas regarding service project status. |
| 07/05/11 | 0.30 | Call with LRC and A. Caridas regarding protective order and Rule 4(m) issues. |
| 07/05/11 | 0.20 | Confer with A. Caridas regarding Tribune shareholder discovery, motions and service projects. |
| 07/05/11 | 2.20 | Review, analyze and revise draft protective order motion. |
| 07/05/11 | 0.20 | Confer with J. Sottile regarding Tribune projects. |
| 07/05/11 | 1.00 | Review and revise draft protective order including analysis of Lyondell order in connection with same. |
| 07/05/11 | 0.20 | Emails to D. Rosenzweig (Northern Trust) regarding shareholder discovery status. |
| 07/05/11 | 0.20 | Email Grippo & Elden regarding Rule 34 requests. |
| 07/05/11 | 0.10 | Email to J. Sottile regarding potential settlement issue with defendant in shareholder action. |
| 07/05/11 | 0.40 | Revise draft Rule 4(m) extension motion. |
| 07/05/11 | 0.10 | Serve shareholder discovery on counsel for Aurelius, retirees, debtors. |
| 07/05/11 | 0.10 | Call with Northern Trust counsel (D. Rosenzweig) regarding draft protective order. |
| 07/05/11 | 0.30 | Emails to LRC regarding protective order and Rule 4(m) extension motions. |
| 07/05/11 | 0.10 | Email to SVG regarding Rule 4(m) extension motion. |
| 07/05/11 | 0.20 | Email Zuckerman Spaeder researchers regarding lender complaint service project. |
| 07/05/11 | 0.20 | Email to Chadbourne & Parke with draft of Rule 4(m) motion. |
| 07/06/11 | 0.10 | Review Chadbourne & Parke comments on draft Rule 4(m) motion. |
| 07/06/11 | 0.80 | Draft note for UCC to accompany posting on Rule 4(m) motions. |
| 07/06/11 | 1.30 | Review and revise draft Rule 4(m) motion. |

| | | |
|---|---|---|
| 07/06/11 | 0.20 | Review and respond to LRC email regarding protective order and Rule 4(m) motion. |
| 07/06/11 | 0.40 | Draft email on SVG local counsel retention for UCC. |
| 07/06/11 | 0.20 | Email J. Faubell regarding lender party searching and review spreadsheets in connection with same. |
| 07/06/11 | 0.10 | Email D. Rosenzweig regarding Rule 34 requests. |
| 07/06/11 | 1.30 | Review Beron transcript and NPP proposed corrections thereto. |
| 07/06/11 | 0.20 | Email US Bank regarding Rule 34 requests, shareholder discovery, party research regarding same. |
| 07/06/11 | 0.10 | Respond to L. Medoro query regarding LBO lender. |
| 07/06/11 | 0.30 | Confer with A. Caridas regarding revisions to Rule 4(m) brief. |
| 07/07/11 | 0.10 | Call D. Rosenzweig (Northern Trust counsel) regarding protective order and impact on production of shareholder information. |
| 07/07/11 | 0.20 | Review Northern Trust redline to draft protective order. |
| 07/07/11 | 0.10 | Call with LRC regarding draft protective order. |
| 07/07/11 | 0.20 | Call with LRC regarding Rule 4(m) motion and filing logistics. |
| 07/07/11 | 0.20 | Meeting with A. Caridas to discuss filings. |
| 07/07/11 | 0.20 | Email to Chadbourne & Parke regarding Intralinks posting with draft cover note for same. |
| 07/07/11 | 0.10 | Revise summons, email J. Sottile regarding same. |
| 07/07/11 | 0.20 | Call with counsel to LBO lender defendant regarding case status. |
| 07/07/11 | 0.10 | Review/edit memorandum for Intralinks posting on local counsel. |
| 07/07/11 | 0.10 | Call with D. Rosenzweig and P. Garguis (Northern Trust) regarding draft protective order. |
| 07/07/11 | 1.20 | Review 2 draft Rule 4(m) motions. |
| 07/07/11 | 0.30 | Review 2nd Circuit decision on Sec. 546(e). |
| 07/07/11 | 0.10 | Call with J. Green Sr. (SVG) regarding filing of Rule 4(m) motion. |
| 07/07/11 | 0.10 | Review Rule 4(m) proposed order. |

| | | |
|---|---|---|
| 07/07/11 | 0.50 | Review and revise drafts of Rule 26 motion. |
| 07/07/11 | 0.20 | Review and revise draft of Rule 26 draft order. |
| 07/07/11 | 1.50 | Complete review of Beron transcript for substantive and other errors. |
| 07/07/11 | 0.10 | Emails with J. Green (SVG) regarding service of Rule 4(m) motion. |
| 07/07/11 | 0.20 | Emails with J. Green (SVG) over Rule 4(m) filing. |
| 07/08/11 | 1.10 | Final read through and revision of Rule 4(m) motions. |
| 07/08/11 | 0.30 | Emails to coordinate filing of Rule 4(m) motions. |
| 07/08/11 | 1.00 | Multiple emails and phone communications polling UCC members regarding retention of SVG as local counsel in lender action. |
| 07/08/11 | 0.20 | Email T. Ross (Sidley) proposed edits to Beron transcript. |
| 07/11/11 | 0.20 | Review Rule 4(m) motions as filed. |
| 07/11/11 | 0.10 | Email A. Oettinger (M&I Bank counsel) re shareholder discovery subpoena. |
| 07/11/11 | 0.20 | Review lender complaint service lists. |
| 07/11/11 | 0.10 | Email A. Caridas re JPM shareholder discovery productions. |
| 07/12/11 | 0.20 | Review revised draft of stipulated order re admission and use of confirmation trial exhibits. |
| 07/13/11 | 0.10 | Email T. Daluz (Ballard) seeking any comments to draft protective order. |
| 07/13/11 | 0.20 | Review and circulate latest draft of protective order motion and proposed order to Zuckerman Spaeder and LRC for final review. |
| 07/13/11 | 0.10 | Confer with A. Caridas about response to question from party with shareholder information about timing of discovery response. |
| 07/14/11 | 0.10 | Call with Northern Trust counsel (P. Garguis, Fulbright) re status of shareholder discovery against Northern Trust. |
| 07/14/11 | 0.60 | Participate in weekly professionals' call re status of bankruptcy and confirmation proceedings. |
| 07/14/11 | 0.20 | Review revisions to protective order motion. |
| 07/14/11 | 0.30 | Draft email to Chadbourne & Parke regarding posting of draft protective order motion for Committee. |

| | | |
|---|---|---|
| 07/14/11 | 0.10 | Confer with A. Caridas re confidentiality agreement changes for party subject to shareholder discovery requests. |
| 07/14/11 | 0.20 | Call with C. Montenegro (Kasowitz) re shareholder discovery question in connection with Deutsche Bank state law action. |
| 07/14/11 | 0.10 | Email exchange with T. Johnson (US Bank) re production of shareholder defendant information pursuant to subpoena. |
| 07/15/11 | 0.80 | Finalize review and comment on proposed transcript revisions. |
| 07/15/11 | 0.10 | Email T. Ross (Sidley) re proposed transcript revisions. |
| 07/15/11 | 0.40 | Review litigation status of certain Tribune-related parties and defendants. |
| 07/15/11 | 0.20 | Email J. Sottile and J. Nace re same. |
| 07/15/11 | 0.10 | Review and respond to emails about HM Payson email responding to shareholder discovery requests. |
| 07/15/11 | 0.20 | Review DCL emails re negotiations with NPP re treatment of confirmation exhibits. |
| 07/18/11 | 0.70 | Review Intralinks postings with related Supreme Court decision on scope of bankruptcy court authority. |
| 07/18/11 | 0.10 | Confer with J. Sottile re preparation for 7/26 omnibus hearing. |
| 07/18/11 | 0.20 | Confer with A. Caridas re ongoing Tribune service and research projects. |
| 07/18/11 | 0.70 | Review fact research and cases on Hague Convention provisions re service on foreign defendants. |
| 07/18/11 | 0.10 | Send copies of protective order motion to counsel for JPMorgan (DPW) and Northern Trust (Fulbright ). |
| 07/19/11 | 0.20 | Call with J. Lively (Cadwalader) re RBS, NV production in response to UCC subpoena on shareholder information. |
| 07/19/11 | 0.40 | Analyze lender action service spreadsheet. |
| 07/19/11 | 0.40 | Research related to certain lender defendants in connection with service. |
| 07/19/11 | 0.20 | Email to L. Medoro with suggestions for accomplishing additional service on lender action defendants. |
| 07/20/11 | 0.30 | Call with J. Green (LRC) and A. Caridas re shareholder discovery and service strategy. |

| | | |
|---|---|---|
| 07/20/11 | 0.20 | Confer with A. Caridas re service on foreign defendants in lender action. |
| 07/20/11 | 0.50 | Call with J. Lively (Cadwalader) re RBS production in response to UCC subpoena. |
| 07/20/11 | 0.30 | Review redline to draft order resolving confirmation exhibit disputes and information re exhibits at issue. |
| 07/20/11 | 0.10 | Email exchange with P. Garguis (Fulbright) re Northern Trust activity on shareholder discovery. |
| 07/20/11 | 0.10 | Confer with L. Medoro re Tribune UCC lender action service project activity and next steps. |
| 07/20/11 | 0.10 | Review email responses from L. Medoro re lender action service matters. |
| 07/20/11 | 0.20 | Email J. Johnston (Dewey) in connection with service on certain lender action defendants formerly represented by HBD. |
| 07/20/11 | 0.10 | Review email from J. Green (LRC) re proposed course of action on third party discovery and service. |
| 07/21/11 | 0.50 | Telephonic court conference. |
| 07/21/11 | 2.70 | Prepare for potential argument on protective order motion, including reviewing pleadings, analysis of party spreadsheets and relevant cases. |
| 07/21/11 | 1.00 | Begin outline of argument for 7/26 hearing on protective order motion. |
| 07/21/11 | 0.30 | Emails with J. Green (LRC) regarding background information for protective order motion argument. |
| 07/21/11 | 0.10 | Email to A. Oettinger (M & I Bank counsel) re shareholder discovery update. |
| 07/21/11 | 0.20 | Email to J. Green (LRC) and J. Green Sr. (SVG) re filing of CNOs on Rule 4(m) motions. |
| 07/21/11 | 0.20 | Emails to J. Johnston (Dewey) re accepting service on Avenue defendants in lender action. |
| 07/22/11 | 0.10 | Review draft UCC response to Zell objection on proposed order re treatment of confirmation evidence. |
| 07/22/11 | 0.20 | Coordinate service of lender complaint on LBO defendants. |
| 07/25/11 | 2.00 | Prepare for 7/26 hearing, including review of papers and relevant case law. |
| 07/25/11 | 0.10 | Call with D. Zensky (Akin) re UCC protective order. |

| 07/25/11 | 0.40 | Call with D. Rath re shareholder discovery update. |
| 07/25/11 | 0.20 | Call and email with D. Rosenzweig (Fulbright) re protective order changes. |
| 07/25/11 | 0.40 | Email to NPP counsel (Akin and Friedman Kaplan) re comments to protective order. |
| 07/25/11 | 0.20 | Confer with J. Sottile and LRC via email re NPP comments to protective order. |
| 07/25/11 | 0.20 | Email NPP counsel (Akin and Friedman Kaplan) re response to email on protective order modifications. |
| 07/25/11 | 0.40 | Follow up emails on Rule 4(m) motions and CNO filings with LRC and SVG. |
| 07/25/11 | 0.10 | Review Amalgamated Bank response to UCC protective order motion. |
| 07/25/11 | 0.10 | Confer with J. Sottile re various ongoing Tribune projects and hearing. |
| 07/25/11 | 0.20 | Review and analyze Patton Boggs letter to A. Caridas on shareholder discovery. |
| 07/25/11 | 0.10 | Email to A. Caridas re response to shareholder discovery inquiry. |
| 07/26/11 | 0.90 | Prepare for hearing on protective order motion and Rule 4(m) motion, including review of briefs and cases. |
| 07/26/11 | 0.30 | Multiple email communications with R. Lack (Friedman Kaplan) re NPP comments to proposed protective order. |
| 07/26/11 | 0.30 | Conference call with D. Rath and A. Landis (LRC), and J. Sottile and counsel for subpoenaed party re shareholder discovery. |
| 07/26/11 | 0.40 | Revise and circulate redline of revised proposed protective order. |
| 07/26/11 | 0.10 | Emails with D. Zensky (Akin) re tabling protective order motion. |
| 07/26/11 | 1.00 | Attend and participate in omnibus hearing. |
| 07/26/11 | 0.20 | Confer with A. Landis and D. Rath (LRC) and J. Sottile re case status and various projects. |
| 07/26/11 | 0.20 | Review Buettell deposition excerpts designated by NPP. |
| 07/26/11 | 0.10 | Exchange of emails with A. Nellos (Chadbourne & Parke) re deposition excerpts and intended purpose/form thereof. |

| | | |
|---|---|---|
| 07/26/11 | 0.10 | Send materials to Y. Yoo (Chadbourne & Parke) upon request. |
| 07/27/11 | 0.20 | Confer with A. Caridas via email on shareholder discovery issues. |
| 07/27/11 | 0.30 | Review drafts of revised language on non-preclusive effects of Court's findings and conclusions. |
| 07/27/11 | 0.20 | Call with A. Oettinger (M&I Bank counsel) re response to UCC subpoena seeking shareholder information. |
| 07/27/11 | 0.10 | Email P. Garguis (Fulbright) re status of protective order filing. |
| 07/27/11 | 0.50 | Weekly professionals' call re status of bankruptcy and confirmation matters. |
| 07/28/11 | 0.20 | Confer with A. Caridas re shareholder discovery approach to international 13F parties. |
| 07/28/11 | 0.10 | Review and analyze JPM production in response to UCC subpoena. |
| 07/28/11 | 0.10 | Email Akin and Friedman Kaplan re NPP comments on UCC proposed protective order. |
| 07/28/11 | 0.10 | Review Channing Capital written response to UCC Rule 34 request. |
| 07/28/11 | 0.10 | Call Baker & Hostetler re response to Rule 34 request. |
| 07/28/11 | 0.10 | Email J. Sottile re strategy re UCC Rule 34 requests. |
| 07/28/11 | 0.10 | Prepare for motion to compel v. shareholder discovery subpoena recipient. |
| 07/29/11 | 1.70 | Prepare, revise and finalize DCL cover letter and attachments for filing with Court. |
| 07/29/11 | 0.30 | Confer via email with J. Sottile and LRC (multiple) re preparation of cover letter and attached proposed order. |
| 07/29/11 | 0.20 | Exchange emails with R. Cobb and J. Green (LRC) re strategy on Rule 34 requests and service of third-party complaint. |
| 07/29/11 | 0.10 | Review Zell filing with Court re order on exhibits and use of findings in other proceedings. |
| 07/29/11 | 0.10 | Email Akin and Friedman Kaplan re UCC proposed protective order. |
| 07/29/11 | 1.50 | Begin drafting motion to compel production in response to UCC subpoena. |

August 31, 2011                                                                        Page 16

07/29/11        0.10   Review articles on Tribune developments.

Graeme W. Bush

07/14/11        0.40   Review pleadings and correspondence regarding Bank of
                       America request for hearing on state law avoidance actions.

07/15/11        0.20   Review Chadbourne & Parke report on court conference
                       regarding Bank of America correspondence on state law
                       avoidance actions.

07/26/11        0.20   Review Chadbourne & Parke report on court hearing
                       regarding effect of Court ruling.

07/29/11        0.20   Review correspondence with Court from S. Zell and UCC
                       regarding admissibility of exhibits.

Andrew Caridas

07/01/11        4.70   Revise and recirculate draft motions.

07/01/11        1.20   Confer with A. Goldfarb regarding discovery shareholder
                       progress.

07/05/11        3.80   Revise draft motions for extension of time to serve.

07/05/11        0.70   Confer with A. Goldfarb and L. Medoro regarding lender
                       complaint service progress.

07/05/11        2.40   Discuss reviewed responses to discovery requests with
                       responding parties.

07/05/11        0.50   Confer with local counsel regarding shareholder discovery
                       progress and motion to extend time.

07/05/11        0.80   Contact court clerk regarding service issue.

07/06/11        1.70   Review and discuss responses to discovery requests with
                       producing parties.

07/06/11        3.20   Incorporate co-counsel comments on draft motions and
                       recirculate.

07/06/11        0.40   Consult re: same with A. Goldfarb.

07/07/11        1.30   Research service format for new complaints.

07/07/11        5.00   Bifurcate and revise motions for extension of time.

07/07/11        0.70   Confer with A. Goldfarb re same.

07/07/11        0.90   Correspond with discovery target regarding objections and
                       confidentiality agreement.

| 07/07/11 | 0.20 | Circulate revised extension motions to appropriate local counsel. |
| 07/08/11 | 2.60 | Finalize motions for filing. |
| 07/08/11 | 0.40 | Confer with R. Butcher (LRC) regarding timing. |
| 07/08/11 | 0.50 | Correspond with discovery target regarding objections and confidentiality agreement. |
| 07/08/11 | 2.90 | Review and revise draft protective order motion. |
| 07/11/11 | 0.30 | Discuss service rejection with party. |
| 07/11/11 | 0.20 | Confer with A. Goldfarb and L. Medoro re same. |
| 07/11/11 | 0.60 | Confer with M. Cogen and M. Miller (Davis Polk & Wardwell) regarding JPM subpoena responses. |
| 07/12/11 | 1.80 | Review and revise draft protective order motion. |
| 07/12/11 | 4.10 | Update discovery tracking chart on discovery responses. |
| 07/12/11 | 2.20 | Correspond with discovery targets regarding shareholder discovery. |
| 07/13/11 | 2.90 | Correspond with discovery targets regarding shareholder discovery. |
| 07/13/11 | 1.70 | Revise protective order motion. |
| 07/13/11 | 1.20 | Review and revise confidentiality agreement. |
| 07/14/11 | 1.10 | Correspond with discovery targets regarding shareholder discovery. |
| 07/15/11 | 3.60 | Correspond with discovery targets regarding shareholder discovery. |
| 07/18/11 | 1.30 | Correspond with discovery targets regarding shareholder discovery. |
| 07/19/11 | 3.30 | Research discovery timing with regard to class members. |
| 07/19/11 | 1.90 | Correspond with discovery targets regarding shareholder discovery. |
| 07/19/11 | 0.40 | Consult with A. Goldfarb regarding case status and discovery timing. |
| 07/19/11 | 0.60 | Consult with J. Green (LRC) regarding discovery timing and shareholder discovery responses. |
| 07/20/11 | 3.10 | Correspond with discovery targets regarding shareholder discovery. |

| 07/21/11 | 2.40 | Correspond with discovery targets regarding shareholder discovery. |
| 07/21/11 | 0.40 | Confer with J. Green (LRC) regarding shareholder discovery tracking. |
| 07/22/11 | 1.80 | Correspond with discovery targets regarding shareholder discovery. |
| 07/22/11 | 2.20 | Confer with A. Goldfarb, J. Sottile and J. Green (LRC) regarding sanctions and motion to terminate briefing. |
| 07/24/11 | 1.60 | Review and revise response to objection. |
| 07/25/11 | 2.40 | Correspond with discovery targets regarding shareholder discovery. |
| 07/25/11 | 1.30 | Confer with A. Goldfarb regarding responses to shareholder discovery. |
| 07/26/11 | 2.50 | Correspond with discovery targets regarding shareholder discovery. |
| 07/26/11 | 1.40 | Confer with local counsel regarding adversary proceeding docketing. |
| 07/26/11 | 2.10 | Prepare for and attend court hearing. |
| 07/27/11 | 3.30 | Correspond with discovery targets regarding shareholder discovery. |
| 07/27/11 | 1.50 | Confer with A. Goldfarb regarding responses to shareholder discovery. |
| 07/28/11 | 1.80 | Correspond with discovery targets regarding shareholder discovery. |
| 07/29/11 | 2.90 | Correspond with discovery targets regarding shareholder discovery. |

Lisa Medoro

| 07/01/11 | 3.30 | Prepare and review list of defendants that have been served and not served for A. Caridas review in preparation for motion to extend. |
| 07/01/11 | 0.10 | E-mail correspondence with A. Caridas regarding the same. |
| 07/05/11 | 0.40 | Call with A. Goldfarb and A. Caridas regarding status of service of complaint. |
| 07/05/11 | 0.30 | Prepare list of defendants whose complaint service packages were refused or had incorrect addresses. |

| 07/06/11 | 7.50 | Review, edit and revise spreadsheet with defendants that previously had no address and compare to exhibits to complaint and defendants already served in preparation for mailings. |
| 07/07/11 | 0.30 | Review and finalize list of defendants for mail merge. |
| 07/07/11 | 4.30 | Prepare and finalize complaint packages for mailing to certain defendants. |
| 07/07/11 | 0.10 | Prepare summonses for mailing of complaint packages to certain defendants. |
| 07/07/11 | 0.30 | E-mail correspondence with A. Goldfarb and A. Caridas regarding revisions to summonses for the same. |
| 07/07/11 | 2.50 | Prepare address labels and certified mail return receipts address labels for mailing of complaint packages to certain defendants. |
| 07/08/11 | 3.30 | Continue to prepare and finalize complaint packages for mailing to certain defendants. |
| 07/08/11 | 0.20 | E-mail correspondence with Office Services regarding delivery of complaint packages to post office and receipts for the same. |
| 07/08/11 | 4.00 | Edit and revise complaint tracking spreadsheet. |
| 07/11/11 | 2.50 | Continue to edit and revise complaint tracking spreadsheet. |
| 07/14/11 | 0.20 | Call with A. Caridas regarding status of complaint packages mailed to certain defendants on July 7 and July 8, 2011. |
| 07/14/11 | 0.40 | Edit and revise complaint tracking spreadsheet to account for return receipts received from certain defendants mailed on July 7 and July 8, 2011. |
| 07/15/11 | 4.00 | Edit and revise complaint tracking spreadsheet to account for return receipts received. |
| 07/15/11 | 0.20 | Call with D. Gillig regarding receipt of packages relating to the service of complaints. |
| 07/15/11 | 0.10 | Call with D. Gillig regarding return of complaint packages. |
| 07/15/11 | 0.20 | Confer with A. Goldfarb regarding service of complaint packages and strategies for the same. |
| 07/18/11 | 0.70 | Revise complaint tracking spreadsheet to account for additional return receipts received. |

| 07/19/11 | 3.70 | Research and record on complaint tracking spreadsheet addresses for remaining defendants to be served for whom packages have been returned and service rejected. |
| 07/20/11 | 0.20 | E-mail correspondence with A. Goldfarb regarding status of complaint packages and tracking spreadsheet. |
| 07/20/11 | 0.30 | Call with assistant general counsel from Harbert Management Corporation regarding notice of hearing received. |
| 07/20/11 | 0.10 | E-mail correspondence with A. Goldfarb regarding call with assistant general counsel from Harbert Management Corporation regarding notice of hearing received. |
| 07/20/11 | 5.10 | Edit and revise complaint tracking spreadsheet to account for defendant complaint packages returned and research addresses for the remaining defendants. |
| 07/22/11 | 0.50 | Prepare and organize summonses and complaint packages for Avenue CLO entities and mail the same. |
| 07/22/11 | 0.20 | E-mail correspondence with A. Goldfarb regarding preparation of complaint packages for Avenue CLO entities and update to status of service of remaining defendants. |
| 07/22/11 | 0.30 | Edit and revise complaint tracking spreadsheet to reflect mailing to Avenue CLO entities and addresses for remaining defendants. |
| 07/25/11 | 0.20 | Prepare list of defendants with no address and request assistance from the library department regarding the same. |
| 07/25/11 | 5.60 | Search for and retrieve addresses for defendants for which service was rejected and revise complaint tracking spreadsheet to reflect the same. |
| 07/26/11 | 4.50 | Continue to search for and retrieve addresses for defendants for which service was rejected and revise complaint tracking spreadsheet to reflect the same. |
| 07/27/11 | 7.00 | Continue to search for and retrieve addresses for defendants for which service was rejected and packages returned and revise complaint tracking spreadsheet to reflect the same. |
| 07/28/11 | 2.50 | Continue to search for and retrieve addresses for defendants for which service was rejected and packages returned and revise complaint tracking spreadsheet to reflect the same. |
| 07/29/11 | 6.00 | Continue to search for and retrieve addresses for defendants for which service was rejected and packages returned and revise complaint tracking spreadsheet to reflect the same. |

Jeanne Trahan Faubell

| 07/06/11 | 0.50 | Examining earlier spreadsheets and discussions with library staff to answer A. Goldfarb's query about information sources for address or registered agent searches for lenders. |
| 07/25/11 | 0.20 | Retrieve and format 4 cases from Lexis for A. Goldfarb. |
| 07/25/11 | 3.20 | Research in various sources to attempt to locate current address information for lender defendants. |
| 07/26/11 | 2.50 | Research in various databases to locate address or registered agent information for lender defendants. |
| 07/27/11 | 2.50 | Continue research in various resources to locate service of process address information for lender defendants. |
| 07/28/11 | 4.00 | Research in Lexis Accurint database and in other resources to locate service of process address information for lender defendants. |

Monica Daly Welham

| 07/25/11 | 3.50 | Searching for registered agents and corporate information for lender defendants. |
| 07/26/11 | 3.50 | Searching for registered agents and corporate information for lender defendants. |
| 07/27/11 | 4.00 | Searching for registered agents and corporate information for lender defendants. |
| 07/28/11 | 4.00 | Searching for registered agents and corporate information for lender defendants. |
| 07/29/11 | 3.50 | Searching for registered agents and corporate information for lender defendants. |

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

August 31, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:279081
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

### STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through July 31, 2011.

| | | |
|---|---|---:|
| By Graeme W. Bush | | |
| 2.30 hours at $850.00 per hour | $ | 1,955.00 |
| By Andrew N. Goldfarb | | |
| 27.80 hours at $600.00 per hour | $ | 16,680.00 |
| TOTAL FEES | $ | 18,635.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 18,635.00 |

August 31, 2011                                                                           Page 2

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                MATTER: 0002


Andrew N. Goldfarb

| | | |
|---|---|---|
| 07/01/11 | 0.20 | Calls with J. Goldin regarding Goldin Associates' invoice. |
| 07/01/11 | 0.70 | Review of Tribune billing status, email J. Sottile regarding same. |
| 07/07/11 | 1.30 | Review May 2011 proformas for 22nd monthly fee application. |
| 07/08/11 | 1.10 | Begin preparation of documents for 22nd monthly fee application. |
| 07/08/11 | 0.80 | Complete review of pro formas for 22nd monthly fee application to ensure compliance with the local Rules. |
| 07/08/11 | 1.00 | Draft narrative for 7th interim fee application. |
| 07/08/11 | 1.20 | Begin preparation of documents for 7th interim application. |
| 07/08/11 | 0.10 | Review, research, respond to communications from J. Goldin. |
| 07/08/11 | 0.20 | Confer with T. Macauley regarding preparation of fee applications. |
| 07/10/11 | 0.80 | Prepare documents in connection with 7th interim fee application. |
| 07/10/11 | 0.10 | Email J. Clark regarding preparation of 22nd monthly application. |
| 07/10/11 | 0.40 | Prepare documents in connection with 22nd monthly application. |
| 07/11/11 | 0.70 | Coordinate preparation of 7th interim and 22nd monthly fee apps. |
| 07/12/11 | 2.20 | Review timesheets for May 2011 to ensure compliance with local rules. |
| 07/12/11 | 0.40 | Revise and draft 7th interim fee application. |
| 07/12/11 | 0.20 | Review hour and fee total spreadsheets prepared by Zuckerman Spaeder accounting department. |
| 07/12/11 | 0.20 | Confer with J. Clark regarding expense compilations to prepare for fee applications. |
| 07/13/11 | 0.70 | Review revised timesheets for compliance with local rules. |

August 31, 2011

| 07/13/11 | 0.60 | Review expense spreadsheets for inclusion in the 22nd monthly and 7th interim fee applications. |
| 07/13/11 | 0.40 | Revise and edit monthly and interim fee applications. |
| 07/14/11 | 0.70 | Revise 7th interim application. |
| 07/14/11 | 1.40 | Revise 22nd monthly application. |
| 07/14/11 | 0.10 | Confer with J. Clark re expense itemization for 22nd monthly fee application. |
| 07/14/11 | 0.30 | Email fee applications to LRC for filing, with explanatory information. |
| 07/15/11 | 0.70 | Review and finalize for filing Zuckerman Spaeder 7th interim fee application. |
| 07/15/11 | 0.90 | Review and finalize for filing Zuckerman Spaeder 22nd monthly fee apps. |
| 07/18/11 | 1.50 | Review timesheets for 23rd monthly (June 2011) fee application for compliance with local rules. |
| 07/19/11 | 0.30 | Review outstanding Navigant billing and invoice situation. |
| 07/20/11 | 0.20 | Confer with J. Clark re expense reports and preparation of 23rd monthly fee application. |
| 07/21/11 | 0.20 | Review invoice for inclusion in 23rd monthly fee application. |
| 07/25/11 | 0.20 | Review fee examiner's materials and email re 2nd interim application. |
| 07/26/11 | 0.80 | Review time records for 24th monthly fee application to ensure compliance with Local Rules. |
| 07/26/11 | 0.20 | Confer via email with G. Bush re comments on 2nd interim fee application. |
| 07/27/11 | 1.70 | Research and draft memo to fee examiner re 2nd interim fee application. |
| 07/27/11 | 0.40 | Confer with LRC (D. Rath, McGuire) re fee application procedure and substantive questions. |
| 07/27/11 | 0.90 | Review invoices and retention letters related to second interim fee application. |
| 07/27/11 | 0.20 | Review interim compensation order and fee examiner order for confidentiality question. |
| 07/28/11 | 0.40 | Review multiple NERA invoices to facilitate response to fee examiner on 2nd interim application. |

August 31, 2011                                                                                          Page 4

| | | |
|---|---|---|
| 07/28/11 | 0.30 | Confer with G. Bush and J. Sottile via email and phone about NERA retention to respond to fee examiner on 2nd interim application. |
| 07/28/11 | 0.30 | Prepare for call with fee examiner to discuss 2nd interim fee application. |
| 07/28/11 | 0.20 | Call with fee examiner re outstanding issues for 2nd interim application. |
| 07/28/11 | 0.30 | Confer with G. Bush and J. Sottile via email re approach to 2nd and other outstanding fee applications. |
| 07/28/11 | 0.20 | Revise letter to fee examiner re outstanding issues for 2nd interim application. |
| 07/28/11 | 0.20 | Review interim compensation order and fee examiner appointment order in connection with response to fee examiner on 2nd interim application. |
| 07/28/11 | 0.40 | Review time entries for 23rd monthly fee application for compliance with local rules. |
| 07/29/11 | 0.50 | Revise, edit and finalize 23rd monthly fee application for filing. |
| 07/29/11 | 0.50 | Revise and finalize letter to fee examiner re remaining issues on 2nd interim fee application. |
| 07/29/11 | 0.50 | Begin review to respond to preliminary reports on 3rd and 4th interim applications. |

Graeme W. Bush

| | | |
|---|---|---|
| 07/14/11 | 0.30 | E-mails with LRC and Andrew Goldfarb regarding fee applications. |
| 07/25/11 | 0.20 | E-mails with Andrew Goldfarb regarding fee examiner questions. |
| 07/26/11 | 0.60 | Review e-mail and materials from Andrew Goldfarb regarding fee examiner's question and respond to same. |
| 07/28/11 | 0.90 | Confer with Messrs. Sottile and Goldfarb regarding fee examiner questions on fee applications. |
| 07/29/11 | 0.30 | Review e-mail and filing regarding fee examiner inquiries. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

August 31, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:279082
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

### STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through July 31, 2011.

| | | |
|---|---|---|
| By James Sottile | | |
| 3.80 hours at $725.00 per hour | $ | 2,755.00 |
| By Andrew N. Goldfarb | | |
| 2.00 hours at $600.00 per hour | $ | 1,200.00 |
| TOTAL FEES | $ | 3,955.00 |
| Less Professional Courtesy | $ | -1,977.50 |
| TOTAL FEES | $ | 1,977.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 1,977.50 |

BALTIMORE            NEW YORK            TAMPA            WASHINGTON, DC

August 31, 2011                                                           Page 2

DESCRIPTION OF SERVICES                                    CLIENT: 12464
                                                           MATTER: 0003

James Sottile
07/26/11           3.80  Travel to and from Wilmington for omnibus hearing.

Andrew N. Goldfarb
07/26/11           2.00  Travel to and from Wilmington, DE for omnibus hearing.