# EXHIBIT B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
24th Monthly Fee Application
Period 7/1/11-7/31/11

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| | | | | |
| TRAVEL | $ 255.00 | 7/28/2011 | JS | |
| | | | | |
| Total | $ 255.00 | | | $ 255.00 |
| | | | | |
| TAXI/SUBWAY SERVICE | $ 20.00 | 7/28/2011 | JS | |
| | | | | |
| Total | $ 20.00 | | | $ 20.00 |
| | | | | |
| | | | | |
| COURT REPORTERS | | | | |
| - TSG REPORTING | $ 1,141.80 | 6/27/2011 | | |
| | | | | |
| Total | $ 1,141.80 | | | $ 1,141.80 |
| | | | | |
| FILING FEES - | | | | |
| Parcels, Inc. (E-filing) | $ 1,270.00 | 7/20/2011 | GWB | |
| | | | | |
| Total | $ 1,270.00 | | | $ 1,270.00 |
| | | | | |
| COURIER | | | | |
| Parcels, Inc. | $ 7.50 | 7/19/2011 | | |
| Washington Express LLC | $ 548.99 | 7/20/2011 | | |
| Lasership Inc. | $ 24.28 | 7/21/2011 | | |
| | | | | |
| Total | $ 580.77 | | | $ 580.77 |
| | | | | |
| DOCKET RESEARCH | | | | |
| Pacer Service Center | $ 27.60 | 3/30/2011 | | |
| | $ 42.72 | 7/28/2011 | | |
| | | | | |
| Total | $ 70.32 | | | $ 70.32 |
| | | | | |
| TELEPHONE CONFERENCING | | | | |
| SOUNDPATH | $ 459.58 | 7/28/2011 | | |
| | | | | |
| Total | $ 459.58 | | | $ 459.58 |
| | | | | |
| LONG DISTANCE CALLS | $ 0.24 | 7/1/2011 | | |
| | $ 0.72 | 7/5/2011 | | |
| | $ 0.36 | 7/5/2011 | | |
| | $ 0.12 | 7/6/2011 | | |
| | $ 0.60 | 7/6/2011 | | |
| | $ 0.96 | 7/7/2011 | | |
| | $ 0.24 | 7/7/2011 | | |
| | $ 0.12 | 7/7/2011 | | |
| | $ 0.12 | 7/7/2011 | | |
| | $ 0.48 | 7/7/2011 | | |
| | $ 0.72 | 7/8/2011 | | |
| | $ 0.24 | 7/8/2011 | | |
| | $ 0.12 | 7/8/2011 | | |
| | $ 0.12 | 7/8/2011 | | |
| | $ 1.44 | 7/8/2011 | | |
| | $ 0.24 | 7/8/2011 | | |
| | $ 0.12 | 7/8/2011 | | |
| | $ 0.12 | 7/8/2011 | | |
| | $ 0.12 | 7/8/2011 | | |
| | $ 1.08 | 7/11/2011 | | |
| | $ 0.12 | 7/13/2011 | | |
| | $ 0.12 | 7/13/2011 | | |
| | $ 0.12 | 7/13/2011 | | |
| | $ 0.12 | 7/13/2011 | | |
| | $ 0.12 | 7/13/2011 | | |

Zuckerman Spaeder LLP
24th Monthly Fee Application
Period 7/1/11-7/31/11

| | | | | |
|---|---|---|---|---|
| | $ | 0.12 | 7/13/2011 | |
| | $ | 0.36 | 7/14/2011 | |
| | $ | 0.84 | 7/14/2011 | |
| | $ | 0.36 | 7/14/2011 | |
| | $ | 0.24 | 7/15/2011 | |
| | $ | 0.12 | 7/15/2011 | |
| | $ | 0.60 | 7/15/2011 | |
| | $ | 0.12 | 7/15/2011 | |
| | $ | 0.72 | 7/15/2011 | |
| | $ | 1.20 | 7/19/2011 | |
| | $ | 1.80 | 7/19/2011 | |
| | $ | 0.24 | 7/19/2011 | |
| | $ | 0.12 | 7/19/2011 | |
| | $ | 2.76 | 7/20/2011 | |
| | $ | 3.12 | 7/20/2011 | |
| | $ | 0.24 | 7/20/2011 | |
| | $ | 1.68 | 7/20/2011 | |
| | $ | 0.12 | 7/20/2011 | |
| | $ | 0.12 | 7/21/2011 | |
| | $ | 0.12 | 7/22/2011 | |
| | $ | 0.60 | 7/22/2011 | |
| | $ | 0.48 | 7/22/2011 | |
| | $ | 0.12 | 7/25/2011 | |
| | $ | 0.12 | 7/25/2011 | |
| | $ | 0.12 | 7/25/2011 | |
| | $ | 0.12 | 7/25/2011 | |
| | $ | 0.60 | 7/25/2011 | |
| | $ | 0.72 | 7/25/2011 | |
| | $ | 4.08 | 7/27/2011 | |
| | $ | 0.72 | 7/27/2011 | |
| | $ | 0.60 | 7/27/2011 | |
| | $ | 0.12 | 7/28/2011 | |
| | $ | 2.04 | 7/28/2011 | |
| | $ | 0.12 | 7/28/2011 | |
| | $ | 0.60 | 7/28/2011 | |
| | $ | 1.32 | 7/28/2011 | |
| | $ | 2.04 | 7/28/2011 | |
| | $ | 0.12 | 7/28/2011 | |
| | $ | 0.60 | 7/29/2011 | |
| | $ | 0.24 | 7/29/2011 | |
| **Total** | $ | 39.36 | | $ | 39.36 |
| **WESTLAW RESEARCH** | $ | 13.34 | 6/30/2011 | |
| **Total** | $ | 13.34 | | $ | 13.34 |
| **POSTAGE** | | | | |
| | $ | 593.84 | 7/7/2011 | |
| | $ | 1,267.90 | 7/8/2011 | |
| | $ | 18.35 | 7/22/2011 | |
| **Total** | $ | 1,880.09 | | $ | 1,880.09 |
| **GRAND TOTAL** | | | | $ | 5,730.26 |