# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JULY 1, 2011 THROUGH JULY 31, 2011**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $560.00 | 26.20 | $14,672.00 |
| Lewis, Richard P., Jr. | Partner. Joined Firm in 2008. Member of CA since 1992. Member of DC bar since 1995. Member of NY bar since 1996. | $645.00 | .40 | $258.00 |
| Moss, J Andrew. | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003 | $520.00 | 18.40 | $9,568.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $450.00 | 6.30 | $2,835.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $410.00 | .50 | $205.00 |
| Crosier, Clint M. | Associated. Joined firm in 2010. IL bar membership pending. | $345.00 | 8.20 | $2,829.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $325.00 | 2.60 | $845.00 |
| Lord, John B. | Paralegal. Joined Firm in 2000. | $270.00 | .90 | $243.00 |
| Lankford, Lisa A. | Practice Group Specialist. Joined Firm in 2000. | $170.00 | 8.20 | $1,394.00 |
| Hamilton, Lamont D. | Case Assistant. Joined Firm in 2002. | $105.00 | 7.55 | $792.75 |
| Grand Total: | | - | 79.25 | $33,641.75 |
| Blended Rate: | | | | $424.50 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $498.59 |

US_ACTIVE-106985582.1-JCFALGOW

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Insurance Counseling – 00005 | 59.30 | $27,411.00 |
| Marsh – 00008 | 4.75 | $1,480.25 |
| Fee Applications – 00009 | 15.20 | $4,750.50 |
| **TOTAL:** | **79.25** | **$33,641.75** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2160138
Invoice Date: August 18, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through July 31, 2011

| **NON-BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Insurance Counseling 503842.00005 | $21,688.50 | $62.24 | $21,750.74 |
| RE: | Marsh 503842.00008 | $1,480.25 | $20.14 | $1,500.39 |
| | **Current Invoice Total:** | **$23,168.75** | **$82.38** | **$23,251.13** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling 503842.00005 | $5,722.50 | $0.00 | $5,722.50 |
| RE: | Fee Applications 503842.00009 | $4,750.50 | $385.05 | $5,135.55 |
| | **Current Invoice Total:** | **$10,473.00** | **$385.05** | **$10,858.05** |
| | | | **TOTAL:** | **$34,109.18** |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2160138)

**NON-REORGANIZATION/BANKRUPTCY**
**RE:     Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/01/11 | LH | Reviewed and cataloged case correspondence. | 1.30 |
| 07/08/11 | AJM | Reviewed comments on Neil settlement terms from client (.1); communications with J. Shugrue regarding coverage analysis (.1); reviewed email from bankruptcy counsel regarding status of Neil settlement (.1). | 0.30 |
| 07/08/11 | JDS | Prepared for and participated in telephone conference with client, defense counsel and bankruptcy counsel regarding status, evaluation, next steps regarding settlement efforts concerning Neil and other pending matters. | 1.50 |
| 07/11/11 | AJM | Reviewed correspondence from counsel and revisions to draft Neil settlement MOU (.3); telephone call with J. Shugrue to discuss Neil settlement MOU and insurance settlement term sheet (.2). | 0.50 |
| 07/11/11 | JDS | Conferred with A. Moss regarding Neil settlement issues (.2); worked on insurance term sheet related to Neil settlement (.5). | 0.70 |
| 07/12/11 | AJM | Reviewed emails from BK counsel and J. Shugrue regarding Neil settlement. | 0.10 |
| 07/12/11 | JDS | Worked on insurance term sheet related to Neil settlement (.3); emails with BK counsel regarding same (.2). | 0.50 |
| 07/13/11 | AJM | Reviewed comments on draft insurance term sheet regarding Neil settlement (.2); worked on revisions to insurance term sheet (.3); communications with J. Shugrue regarding same (.1); communications with client representatives regarding same (.1). | 0.70 |
| 07/13/11 | JDS | Emails with client, BK counsel and A. Moss regarding possible follow up settlement meeting regarding Neil suit. | 0.20 |
| 07/14/11 | JDS | Analyzed and exchanged emails with client regarding insurance term sheet related to Neil settlement. | 0.20 |
| 07/15/11 | AJM | Communications with J. Shugrue to discuss analysis and logistics regarding insurance term sheet regarding Neil settlement (.4); worked on revisions to insurance settlement term sheet (.7); communications with client representatives regarding same (.1); reviewed emails from client and outside counsel regarding same (.3). | 1.50 |
| 07/15/11 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel and A. Moss regarding insurance term sheet in connection with Neil settlement. | 0.40 |

August 18, 2011  
RE:  Insurance Counseling  
(503842.00005)

Invoice: 2160138  
Page 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/18/11 | AJM | Finalized draft of insurance term sheet regarding Neil settlement (.5); communications with client regarding same (.1); communications with client, J. Shugrue, GB counsel and BK counsel regarding same (.4). | 1.00 |
| 07/18/11 | JDS | Followed up regarding draft term sheet regarding insurance coverage in connection with Neil settlement. | 0.30 |
| 07/19/11 | AJM | Telephone call with J. Shugrue to prepare for meeting regarding Neil (.2); reviewed current draft MOU and insurance term sheet (.2); participated in teleconference with Tribune outside counsel and GreatBanc counsel to prepare for meeting with Neil plaintiffs and insurers (.4); further communications with J. Shugrue regarding same (.4); finalized draft revised insurance term sheet (.1); communications with insurer representatives regarding same (.6). | 1.90 |
| 07/19/11 | JDS | Prepared for meeting with Neil plaintiffs, GreatBanc and insurers regarding settlement documentation issues and conferred with A. Moss regarding same (.6); exchanged emails with A. Moss, insurer counsel regarding term sheet with insurer related to same (.2). | 0.80 |
| 07/20/11 | AJM | Communications with J. Shugrue (.4); reviewed comments on insurance term sheet from insurer counsel (.3); email from counsel regarding Neil MOU (.2); communications with BK counsel (.2); reviewed Chartis fiduciary liability policy (.7); worked on substantive email to J. Shugrue regarding same (.3); reviewed IL Ins. Code Section 155 (.1); communications with J. Shugrue and C. Crosier regarding same (.2); reviewed analysis of same (.3); further communications with J. Shugrue (.1). | 2.80 |
| 07/20/11 | CMC | Corresponded with J. Shugrue, A. Moss regarding Ill. Ins. Code Section 155 (0.2); reviewed IL Ins. Code Section 155 (0.1); communications with J. Shugrue and A. Moss regarding the same (0.2); reviewed analysis of Section 155 (0.4). | 0.90 |
| 07/20/11 | JDS | Prepared for and participated in settlement meeting with Neil plaintiffs' counsel, GreatBanc, insurers, client and BK counsel (4.2); analyzed and exchanged emails with A. Moss, insurers regarding term sheet related to same (.3). | 4.50 |
| 07/21/11 | AJM | Communications with J. Shugrue regarding Neil settlement (.3); reviewed, analyzed and commented on revised Neil settlement MOU (.7); reviewed email from Tribune and GreatBanc counsel regarding same (.2). | 1.20 |
| 07/21/11 | CMC | Corresponded with J. Shugrue regarding Section 155 (0.1); met with J. Shugrue to discuss the same (0.3); drafted memo regarding the same (2.9); met with J. Shugrue to discuss revisions (0.4); revised memo per J. Shugrue's comments (0.5). | 4.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/21/11 | JDS | Analyzed revised draft memo of understanding regarding Neil settlement (1.1); participated in meeting/teleconference with Neil plaintiffs counsel, bankruptcy counsel, GreatBanc counsel and insurer counsel regarding same (2.3); emails with A. Moss regarding status and necessary follow up in connection with same (.2); worked on memo regarding insurance coverage issues pertinent to Neil settlement and conferred with C. Crosier regarding same (.7). | 4.30 |
| 07/22/11 | AJM | Communications with BK counsel (.2); reviewed email from client representatives regarding Section 155 memo (.1); worked on revisions to same (.4); communications with Neil plaintiffs' counsel regarding same (.1); analyzed insurance term sheet (.3); communications with insurer counsel regarding same (.3); communications with J. Shugrue regarding same (.5); reviewed correspondence from client, GreatBanc, Neil plaintiffs and insurer counsel regarding MOU (.4); reviewed and analyzed revised MOU (.4). | 2.70 |
| 07/22/11 | RPL | Reviewed memo and call with client regarding property insurance renewal. | 0.40 |
| 07/22/11 | JDS | Analyzed revised draft memo of understanding regarding Neil settlement and exchanged emails with plaintiffs' counsel, client, GreatBanc counsel, bankruptcy counsel and insurer counsel regarding same (.5); communications with A. Moss regarding follow up concerning same (.5); analyzed and exchanged emails with A. Moss, BK counsel regarding memo on insurance issues prepared in connection with same (.2). | 1.20 |
| 07/23/11 | AJM | Reviewed email from insurance carriers regarding Neil settlement (.2); telephone call with J. Shugrue to discuss revisions to insurance term sheet (.2); reviewed revised Neil MOU and worked on proposed revisions to insurance term sheet (.4). | 0.80 |
| 07/23/11 | JDS | Telephone conference with A. Moss regarding follow up on insurance agreements related to Neil settlement. | 0.20 |
| 07/24/11 | AJM | Reviewed email from insurer counsel regarding insurance term sheet (.1); communications with J. Shugrue regarding same (.1); reviewed email from BK counsel (.1); worked on insurance term sheet (.3). | 0.60 |
| 07/24/11 | JDS | Emails with insurer counsel regarding term sheet in connection with Neil settlement. | 0.20 |

August 18, 2011 Invoice: 2160138
RE:     Insurance Counseling                                        Page 5
        (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/25/11 | AJM | Communications with BK counsel regarding Neil settlement (.2); worked on revisions to insurance settlement term sheet (.5); reviewed communications from GreatBanc representatives regarding same (.2); telephone call with insurer counsel (.2); communications with J. Shugrue (.4); communications with Tribune and defense counsel regarding side letter agreement (.1). | 1.60 |
| 07/25/11 | JDS | Analyzed and exchanged emails with client, BK counsel, A. Moss regarding term sheet regarding insurance coverage in connection with Neil settlement (.9); telephone conferences with A. Moss regarding status and follow up on same (.4). | 1.30 |
| 07/26/11 | LJR | Reviewed most recent communications regarding settlement of Neil matter. | 0.20 |
| 07/26/11 | AJM | Communication with J. Shugrue regarding Neil settlement(.2); reviewed email from BK counsel regarding same (.1); communications with L. Raines regarding same (.2). | 0.50 |
| 07/26/11 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel, A. Moss regarding Neil settlement documents (.3). | 0.30 |
| 07/27/11 | AJM | Reviewed substantive email regarding Neil MOU and term sheet (.2); communications with J. Shugrue regarding same (.2). | 0.40 |
| 07/27/11 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel, insurers/insurer counsel and A. Moss regarding Neil settlement issues and documentation (1.0). | 1.00 |
| 07/28/11 | LH | Reviewed and cataloged case correspondence. | 2.00 |
| 07/28/11 | JDS | Conferred with A. Moss regarding Neil settlement documents. | 0.10 |
| 07/28/11 | AJM | Conferred with J. Shugrue regarding Neil settlement. | 0.10 |
| 07/29/11 | AJM | Met with J. Shugrue to analyze coverage issues (.2); reviewed substantive correspondence to Tribune counsel (.2). | 0.40 |
| 07/29/11 | LH | Reviewed and cataloged case correspondence. | 2.50 |
| 07/29/11 | JDS | Analyzed status of Neil settlement and met with A. Moss regarding same (.2); email to client, bankruptcy counsel regarding same (.1). | 0.30 |

                                    TOTAL FEES:              $21,688.50

### CURRENT DISBURSEMENTS

| 07/31/2011 | Taxi Expense | 17.00 |
|---|---|---|
| 07/31/2011 | Telephone - Outside | 45.24 |

August 18, 2011        Invoice: 2160138
RE:    Insurance Counseling        Page 6
       (503842.00005)

|  |  |
|---|---|
| Total Disbursements | 62.24 |
| Fees & Disbursements | $21,750.74 |

**NON-REORGANIZATION/BANKRUPTCY**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| RPL | R.P. Lewis | 0.40 | 645.00 | 258.00 |
| JDS | J.D. Shugrue | 18.00 | 560.00 | 10,080.00 |
| AJM | A.J. Moss | 17.10 | 520.00 | 8892.00 |
| LJR | L.J. Raines | 0.20 | 450.00 | 90.00 |
| CMC | C.M. Crosier | 5.10 | 345.00 | 1,759.50 |
| LH | L. Hamilton | 5.80 | 105.00 | 609.00 |
|  |  | 46.60 |  | 21,688.50 |

Case 08-13141-BLS   Doc 9750-3   Filed 09/06/11   Page 10 of 16

August 18, 2011  
Invoice: 2160138  
RE:    Marsh  
        (503842.00008)  
Page 7

**NON-REORGANIZATION/BANKRUPTCY**
**RE:   Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/01/11 | LH | Reviewed and cataloged case correspondence. | 1.25 |
| 07/05/11 | DR | Corresponded with J. Shugrue and client regarding Marsh correspondence. | 0.40 |
| 07/05/11 | JDS | Analyzed correspondence from Marsh's counsel and exchanged emails with D. Rosenfield regarding response to same (.2); analyzed D. Rosenfield email to client regarding same (.1). | 0.30 |
| 07/20/11 | DR | Corresponded with client regarding response to Marsh. | 0.40 |
| 07/20/11 | JDS | Analyzed email from Marsh counsel regarding submission pursuant to parties' agreement. | 0.20 |
| 07/22/11 | DR | Corresponded with client and Marsh's counsel regarding recent reimbursement request and status of Tribune's Response to Marsh's proposal regarding security issue. | 0.50 |
| 07/26/11 | JDS | Analyzed and exchanged emails with client, D. Rosenfield regarding follow up on Marsh communications. | 0.20 |
| 07/27/11 | DR | Reviewed Settlement Agreement for purposes of responding to Marsh request regarding security issue (1.1); corresponded with client regarding same (.2). | 1.30 |
| 07/27/11 | JDS | Analyzed and exchanged emails with D. Rosenfield regarding status and approach for addressing issues raised by Marsh related to security provisions in prior agreement between parties. | 0.20 |

                           TOTAL FEES:                $1,480.25

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/2011 | Courier Service - Outside | 20.14 |
| | Total Disbursements | 20.14 |
| | Fees & Disbursements | $1,500.39 |

August 18, 2011 — Invoice: 2160138
RE:  Marsh (503842.00008) — Page 8

## NON-REORGANIZATION/BANKRUPTCY
**Fee Summary: Marsh**

| ID  | Names          | Hours | Rate   | Amount   |
|-----|----------------|-------|--------|----------|
| JDS | J.D. Shugrue   | 0.90  | 560.00 | 504.00   |
| DR  | D. Rosenfield  | 2.60  | 325.00 | 845.00   |
| LH  | L. Hamilton    | 1.25  | 105.00 | 131.25   |
|     |                | 4.75  |        | 1,480.25 |

**REORGANIZATION/BANKRUPTCY**
**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
| --- | --- | --- | --- |
| 06/13/11 | JCF | Reviewed fee applications and docket items relating to fee applications. | 0.10 |
| 06/15/11 | JCF | Reviewed fee applications. | 0.20 |
| 07/05/11 | JBL | Revised, e-filed and coordinated service of RS April monthly fee application. | 0.90 |
| 07/05/11 | JCF | Reviewed fee applications. | 0.20 |
| 07/06/11 | JDS | Analyzed and revised invoices for 28th monthly fee application. | 0.60 |
| 07/11/11 | LL | Updated Final Fee Spreadsheet (.4); drafted RS's 28th Monthly Fee Application (.4); e-mail correspondence with J. Shugrue regarding same (.2); drafted RS's 10th Interim Fee Application (.4); additions/calculations to RS's 28th Monthly Fee Application (1.0); revisions to RS's 10th Interim Fee Application (.4). | 2.80 |
| 07/11/11 | JDS | Worked on preparing 28th Monthly fee application and revising invoices for inclusion with same (2.0); worked on preparing 10th Quarterly fee application (.2); emails with L. Lankford regarding same (.2). | 2.40 |
| 07/12/11 | JDS | Prepared narrative text for 28th Monthly fee application. | 0.50 |
| 07/13/11 | LL | Drafted RS's 29th Monthly Fee Application (.8); e-mail correspondence with J. Shugrue regarding RS's 26th Monthly & 10th Interim Fee Applications (.1); revisions to same (.7). | 1.60 |
| 07/13/11 | JDS | Emails with L. Lankford regarding status of finalizing and filing monthly and quarterly fee applications. | 0.20 |
| 07/14/11 | LL | Revisions to RS's 28th Monthly Fee Application (.3); e-file and service of same (.4); revisions to RS's 10th Interim Fee Application (.2); e-file and service of same (.4). | 1.30 |
| 07/14/11 | JDS | Analyzed emails from L. Lankford regarding fee application filings. | 0.10 |
| 07/15/11 | LL | Research regarding CNO's (.5); drafted CNO's to RS's 9th Interim & 26th Monthly Fee Applications (.8). | 1.30 |
| 07/18/11 | LL | E-mail correspondence with client regarding April 2011 invoice. | 0.20 |
| 07/20/11 | LL | E-mail correspondence with J. Shugrue regarding June 2011 invoice (.3); revisions to CNO's (.2); prepared service labels for same (.1); E-filed and served same (.4). | 1.00 |

Case 08-13141-BLS   Doc 9750-3   Filed 09/06/11   Page 13 of 16

August 18, 2011  
RE: Fee Applications  
(503842.00009)

Invoice: 2160138  
Page 10

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/20/11 | JDS | Emails with L. Lankford regarding 29th Monthly fee application. | 0.20 |
| 07/29/11 | LH | Reviewed and cataloged monthly fee applications. | 0.50 |
| 07/29/11 | JDS | Analyzed and prepared invoices for 29th Monthly fee application. | 1.10 |

|  |  | TOTAL FEES: | $4,750.50 |

### CURRENT DISBURSEMENTS

| 07/31/2011 | Duplicating/Printing/Scanning | | 20.00 |
|---|---|---|---|
| 07/31/2011 | Courier Service - Outside | | 365.05 |
| | | Total Disbursements | 385.05 |
| | | Fees & Disbursements | $5,135.55 |

**REORGANIZATION/BANKRUPTCY**  
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 5.10 | 560.00 | 2,856.00 |
| JCF | J.C. Falgowski | 0.50 | 410.00 | 205.00 |
| JBL | J.B. Lord | 0.90 | 270.00 | 243.00 |
| LH | L. Hamilton | 0.50 | 105.00 | 52.50 |
| LL | L. Lankford | 8.20 | 170.00 | 1,394.00 |
| | | 15.20 | | 4,750.50 |

August 18, 2011  Invoice: 2160138
RE: Insurance Counseling  Page 11
(503842.00005)

**REORGANIZATION/BANKRUPTCY**
**RE: Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/01/11 | AJM | Communications with C. Crosier regarding comfort motion. | 0.20 |
| 07/01/11 | CMC | Drafted insurance inserts for inclusion into the motion to approve/comfort motion for Neil Settlement. | 2.30 |
| 07/05/11 | CMC | Revised Comfort Motion per A. Moss edits. | 0.80 |
| 07/07/11 | AJM | Reviewed email from client regarding potential coverage litigation (.1); reviewed substantive response from J. Shugrue regarding same (.1). | 0.20 |
| 07/07/11 | JDS | Telephone conference with bankruptcy counsel regarding insurance issues related to pending suits filed in BK court. | 0.40 |
| 07/11/11 | LJR | Further analysis of issues related to defense costs related to preference lawsuits (.4); emailed defense counsel for individual defendants regarding same (.3); conferred with J. Shugrue regarding follow up related to defense costs incurred by individual defendants (.3). | 1.00 |
| 07/11/11 | AJM | Worked on analysis of claw-back litigation. | 0.50 |
| 07/11/11 | JDS | Conferred with A. Moss, L. Raines regarding Preference Action insurance issues (.3); analyzed insurer correspondence regarding fraudulent conveyance suits (.1). | 0.40 |
| 07/19/11 | LJR | Reviewed and analyzed defense invoices for defense costs incurred by individual defendants in pending lawsuits (.9); drafted correspondence to insurer regarding same (.8). | 1.70 |
| 07/20/11 | AJM | Reviewed insurance insert to comfort motion (.2). | 0.20 |
| 07/21/11 | LJR | Conferred with J. Shugrue regarding need for follow up with counsel for individual defendants (.2); called counsel for individual defendants regarding communication received from insurer in connection with pending lawsuits (.2); follow up with J. Shugrue regarding same (.2); emailed Tribune regarding communications with counsel for individual defendants (.3); followed up regarding payment of defense invoices for individual defendants (.3). | 1.20 |
| 07/21/11 | JDS | Analyzed and exchanged emails with L. Raines, counsel for individual defendants regarding defense costs issues (.3). | 0.30 |
| 07/22/11 | LJR | Reviewed correspondence related to insurance coverage for pending lawsuits (.2); conferred with J. Shugrue regarding same (.1); followed up with counsel for individual defendants regarding communications with insurers (.1). | 0.40 |

August 18, 2011                                                                                          Invoice: 2160138
RE:        Insurance Counseling                                                                          Page 12
           (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/22/11 | JDS | Analyzed and exchanged emails with L. Raines, client regarding issues related to insurer payment of defense costs regarding pending suits in BK court (.2). | 0.20 |
| 07/25/11 | LJR | Reviewed information from defense counsel regarding submission of invoices to insurance carrier (5); revised demand letter to insurance carrier in connection with pending litigation and followed up with J. Shugrue regarding same (.6); followed up regarding call from bankruptcy counsel (.2). | 1.30 |
| 07/26/11 | LJR | Call with bankruptcy counsel regarding pending fraudulent conveyance matters and follow up on same. | 0.50 |
| 07/26/11 | JDS | Telephone conference with bankruptcy counsel, L. Raines regarding insurance issues related to new fraudulent conveyance suits. | 0.60 |
| 07/27/11 | JDS | Analyzed draft memo of understanding regarding potential DOL settlement. | 0.20 |
| 07/28/11 | LH | Reviewed and cataloged case correspondence. | 2.00 |
| 07/28/11 | JDS | Emails with client regarding fraudulent conveyance suits. | 0.10 |
| 07/29/11 | AJM | Communications with bankruptcy counsel regarding comfort motion for insurance payment. | 0.20 |

                                          TOTAL FEES:                          $5,722.50

## REORGANIZATION/BANKRUPTCY
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.20 | 560.00 | 1,232.00 |
| AJM | A.J. Moss | 1.30 | 520.00 | 676.00 |
| LJR | L.J. Raines | 6.10 | 450.00 | 2,745.00 |
| CMC | C.M. Crosier | 3.10 | 345.00 | 1,069.50 |
|  |  | 12.70 |  | 5,722.50 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2160138
Invoice Date: August 18, 2011

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through July 31, 2011

| **NON-BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Insurance Counseling 503842.00005 | $21,688.50 | $62.24 | $21,750.74 |
| RE: | Marsh 503842.00008 | $1,480.25 | $20.14 | $1,500.39 |
| | **Current Invoice Total:** | **$23,168.75** | **$82.38** | **$23,251.13** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Insurance Counseling 503842.00005 | $5,722.50 | $0.00 | $5,722.50 |
| RE: | Fee Applications 503842.00009 | $4,750.50 | $385.05 | $5,135.55 |
| | **Current Invoice Total:** | **$10,473.00** | **$385.05** | **$10,858.05** |
| | | | **TOTAL:** | **$34,109.18** |

**INVOICE IS PAYABLE UPON RECEIPT**