# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Printing/Duplicating/Scanning | | $20.00 |
| Telephone | | $45.24 |
| Courier | | $385.19 |
| Taxi Expenses | | $17.00 |
| **TOTAL:** | | **$467.43** |

US_ACTIVE-106985582.1-JCFALGOW

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications - 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Printing/Duplicating/Scanning | | | | | $20.00 | | $20.00 |
| Telephone | | | $45.24 | | | | $45.24 |
| Courier | | | | $20.14 | $365.05 | | $385.19 |
| Taxi Expenses | | | $17.00 | | | | $17.00 |
| TOTAL: | | $0.00 | $62.24 | $20.14 | $385.05 | $0.00 | $467.43 |

US_ACTIVE-106985582.1-JCFALGOW

August 18, 2011                                                                                                          Invoice: 2160138
RE:       Insurance Counseling                                                                            Page 5
          (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/25/11 | AJM | Communications with BK counsel regarding Neil settlement (.2); worked on revisions to insurance settlement term sheet (.5); reviewed communications from GreatBanc representatives regarding same (.2); telephone call with insurer counsel (.2); communications with J. Shugrue (.4); communications with Tribune and defense counsel regarding side letter agreement (.1). | 1.60 |
| 07/25/11 | JDS | Analyzed and exchanged emails with client, BK counsel, A. Moss regarding term sheet regarding insurance coverage in connection with Neil settlement (.9); telephone conferences with A. Moss regarding status and follow up on same (.4). | 1.30 |
| 07/26/11 | LJR | Reviewed most recent communications regarding settlement of Neil matter. | 0.20 |
| 07/26/11 | AJM | Communication with J. Shugrue regarding Neil settlement(.2); reviewed email from BK counsel regarding same (.1); communications with L. Raines regarding same (.2). | 0.50 |
| 07/26/11 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel, A. Moss regarding Neil settlement documents (.3). | 0.30 |
| 07/27/11 | AJM | Reviewed substantive email regarding Neil MOU and term sheet (.2); communications with J. Shugrue regarding same (.2). | 0.40 |
| 07/27/11 | JDS | Analyzed and exchanged emails with client, bankruptcy counsel, insurers/insurer counsel and A. Moss regarding Neil settlement issues and documentation (1.0). | 1.00 |
| 07/28/11 | LH | Reviewed and cataloged case correspondence. | 2.00 |
| 07/28/11 | JDS | Conferred with A. Moss regarding Neil settlement documents. | 0.10 |
| 07/28/11 | AJM | Conferred with J. Shugrue regarding Neil settlement. | 0.10 |
| 07/29/11 | AJM | Met with J. Shugrue to analyze coverage issues (.2); reviewed substantive correspondence to Tribune counsel (.2). | 0.40 |
| 07/29/11 | LH | Reviewed and cataloged case correspondence. | 2.50 |
| 07/29/11 | JDS | Analyzed status of Neil settlement and met with A. Moss regarding same (.2); email to client, bankruptcy counsel regarding same (.1). | 0.30 |

                                        TOTAL FEES:                           $21,688.50

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/2011 | Taxi Expense | 17.00 |
| 07/31/2011 | Telephone - Outside | 45.24 |

|  |  | Total Disbursements | 62.24 |
|---|---|---|---|
|  |  | Fees & Disbursements | $21,750.74 |

**NON-REORGANIZATION/BANKRUPTCY**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| RPL | R.P. Lewis | 0.40 | 645.00 | 258.00 |
| JDS | J.D. Shugrue | 18.00 | 560.00 | 10,080.00 |
| AJM | A.J. Moss | 17.10 | 520.00 | 8892.00 |
| LJR | L.J. Raines | 0.20 | 450.00 | 90.00 |
| CMC | C.M. Crosier | 5.10 | 345.00 | 1,759.50 |
| LH | L. Hamilton | 5.80 | 105.00 | 609.00 |
|  |  | 46.60 |  | 21,688.50 |

## NON-REORGANIZATION/BANKRUPTCY
RE:   Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/01/11 | LH | Reviewed and cataloged case correspondence. | 1.25 |
| 07/05/11 | DR | Corresponded with J. Shugrue and client regarding Marsh correspondence. | 0.40 |
| 07/05/11 | JDS | Analyzed correspondence from Marsh's counsel and exchanged emails with D. Rosenfield regarding response to same (.2); analyzed D. Rosenfield email to client regarding same (.1). | 0.30 |
| 07/20/11 | DR | Corresponded with client regarding response to Marsh. | 0.40 |
| 07/20/11 | JDS | Analyzed email from Marsh counsel regarding submission pursuant to parties' agreement. | 0.20 |
| 07/22/11 | DR | Corresponded with client and Marsh's counsel regarding recent reimbursement request and status of Tribune's Response to Marsh's proposal regarding security issue. | 0.50 |
| 07/26/11 | JDS | Analyzed and exchanged emails with client, D. Rosenfield regarding follow up on Marsh communications. | 0.20 |
| 07/27/11 | DR | Reviewed Settlement Agreement for purposes of responding to Marsh request regarding security issue (1.1); corresponded with client regarding same (.2). | 1.30 |
| 07/27/11 | JDS | Analyzed and exchanged emails with D. Rosenfield regarding status and approach for addressing issues raised by Marsh related to security provisions in prior agreement between parties. | 0.20 |

TOTAL FEES:                                    $1,480.25

### CURRENT DISBURSEMENTS

| 07/31/2011 | Courier Service - Outside | | 20.14 |
|---|---|---|---|
|  |  | Total Disbursements | 20.14 |
|  |  | Fees & Disbursements | $1,500.39 |

August 18, 2011
RE: Fee Applications
(503842.00009)

Case 08-13141-BLS   Doc 9750-4   Filed 09/06/11   Page 7 of 7

Invoice: 2160138
Page 10

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/20/11 | JDS | Emails with L. Lankford regarding 29th Monthly fee application. | 0.20 |
| 07/29/11 | LH | Reviewed and cataloged monthly fee applications. | 0.50 |
| 07/29/11 | JDS | Analyzed and prepared invoices for 29th Monthly fee application. | 1.10 |

TOTAL FEES: $4,750.50

## CURRENT DISBURSEMENTS

| 07/31/2011 | Duplicating/Printing/Scanning | 20.00 |
|---|---|---|
| 07/31/2011 | Courier Service - Outside | 365.05 |
| | Total Disbursements | 385.05 |
| | Fees & Disbursements | $5,135.55 |

**REORGANIZATION/BANKRUPTCY**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 5.10 | 560.00 | 2,856.00 |
| JCF | J.C. Falgowski | 0.50 | 410.00 | 205.00 |
| JBL | J.B. Lord | 0.90 | 270.00 | 243.00 |
| LH | L. Hamilton | 0.50 | 105.00 | 52.50 |
| LL | L. Lankford | 8.20 | 170.00 | 1,394.00 |
| | | 15.20 | | 4,750.50 |