# EXHIBIT A

## Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## <u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Twenty-Sixth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period July 1, 2011 through July 31, 2011 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Twenty-Sixth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 6th day of September, 2011.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# ⊘ Dow**Lohnes**

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

September 6, 2011                                                            Page 1

Tribune Company                                                    Invoice 545310
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100            For Services Through July 31, 2011
FCC/Broadcast Matters

| | | |
|---|---|---|
| 07/01/11 | Research pending Tribune applications and timing on filing updates, renewals and amendments re court case and waivers. | |
| | J. Feore | 0.80 hrs. |
| 07/01/11 | Research and prepare chart of renewal information for Tribune stations. | |
| | S. Anderson (Practice Group Professional) | 0.80 hrs. |
| 07/05/11 | Research re FCC pending complaints and possible hold on applications (0.4); review timing issues for court and FCC actions (0.3); telephone conference with S. Sheehan re timing issues (0.1). | |
| | J. Feore | 0.80 hrs. |
| 07/05/11 | Email exchange with E. Washburn re FCC inquiry on closed captioning info (0.1); telephone conference with E. Washburn re same (0.2); email exchange with FCC staff (0.1). | |
| | M. Swanson | 0.40 hrs. |
| 07/06/11 | Research re need to amend pending FCC applications and waiver requests (0.7); telephone conference with Media Bureau re status report (0.2). | |
| | J. Feore | 0.90 hrs. |
| 07/06/11 | Review Third Circuit opinion on FCC media ownership review re effect on timing for exit applications. | |
| | J. Logan | 0.90 hrs. |
| 07/06/11 | Telephone conference with D. Sokolow (FCC) re TMS. | |
| | M. Swanson | 0.10 hrs. |
| 07/07/11 | Review Third Circuit decision and impact on pending FCC waiver | |

Tribune Company

requests (1.2); telephone conference with S. Sheehan re decision (0.3); review and revise Tribune releases re decision and conference with Larsen and counsel (0.3).

| | |
|---|---|
| J. Feore | 1.80 hrs. |

07/08/11   Review court decision re newspaper/broadcast cross-ownership rule for impact on FCC timing (0.8); correspondence with Sidley and Alvarez re same (0.6).

| | |
|---|---|
| C. Burrow | 1.40 hrs. |

07/08/11   Review court decision on cross-ownership and issues raised for pending waivers (0.8); telephone conference with counsel for Oaktree re decision and FCC applications (0.3); telephone conference with S. Sheehan re issues raised by court (0.3).

| | |
|---|---|
| J. Feore | 1.40 hrs. |

07/08/11   Review Third Circuit decision re effect of judicial review on pending waiver requests.

| | |
|---|---|
| J. Logan | 0.60 hrs. |

07/08/11   Telephone conference with E. Washburn re Third Circuit decision re newspaper/broadcast cross-ownership rule and waivers.

| | |
|---|---|
| M. Swanson | 0.30 hrs. |

07/09/11   Review possible changes to waiver requests for cross-owned markets and FCC statements to be applied to pending applications.

| | |
|---|---|
| J. Feore | 0.40 hrs. |

07/09/11   Review Third Circuit decision re newspaper/broadcast cross-ownership rule.

| | |
|---|---|
| M. Swanson | 1.00 hrs. |

07/11/11   Analysis of issues regarding updates to newspaper/broadcast cross-ownership waiver requests.

| | |
|---|---|
| J. Rademacher | 0.50 hrs. |

07/11/11   Telephone conference with J. Stenger (counsel for Creditors Committee) re court decision, FCC applications and waivers, amendments and meetings (0.6); review factual and legal issues raised by court decision on waivers (0.8).

| | |
|---|---|
| J. Feore | 1.40 hrs. |

07/11/11   Review re Third Circuit decision effect on waivers.

| | |
|---|---|
| M. Swanson | 0.10 hrs. |

07/12/11   Review FCC timing issues re Third Circuit media ownership decision (0.7); telephone conference with senior lenders' FCC counsel re same (0.9); correspondence with Sidley re same (0.8).

| | |
|---|---|
| C. Burrow | 2.40 hrs. |

07/12/11   Telephone conference with J. Bayes and E. Reed (lenders' counsel) regarding Third Circuit media ownership decision and updates to newspaper/broadcast cross-ownership waiver requests (0.6); analysis

Tribune Company

|  |  |  |
|---|---|---|
|  | of issues regarding updates to newspaper/broadcast cross-ownership waiver requests (1.9). |  |
|  | J. Rademacher | 2.50 hrs. |
| 07/12/11 | Telephone conference with J. Stenger (counsel for creditors committee) re impact of Third Circuit decision on applications (0.7); telephone conference with D. Wiley re pending applications and FCC issues (0.3); review FCC reporting obligations and memorandum re next steps (0.9). |  |
|  | J. Feore | 1.90 hrs. |
| 07/12/11 | Review Third Circuit opinion in media ownership proceeding (1.4); analyze amendments required to pending exit applications at FCC to respond to Third Circuit decision on media ownership rules (0.6); telephone call from D. Roberts (FCC) re additional amendments expected by FCC staff (0.3); telephone conference with E. Reed and J. Bayes (FCC counsel to JP Morgan) re amendments in response to Third Circuit decision (0.5). |  |
|  | J. Logan | 2.80 hrs. |
| 07/12/11 | Prepare for and telephone conference with Wiley lawyers re same (0.7); review Third Circuit briefing and compare to waiver showing (1.0). |  |
|  | M. Swanson | 1.70 hrs. |
| 07/13/11 | Review FCC attribution issues (0.4); correspondence with Sidley re foreign ownership issues (0.3). |  |
|  | C. Burrow | 0.70 hrs. |
| 07/13/11 | Telephone conference with J. Stenger (counsel for creditors committee) re media rules and appeals (0.5); telephone conference with T. Davidson (counsel for Oaktree) re FCC proceedings (0.3); review foreign ownership certifications and updates and issues at FCC re Board nominations (0.8). |  |
|  | J. Feore | 1.60 hrs. |
| 07/13/11 | Telephone conference with J. Bayes (FCC counsel to JP Morgan) re amendments requested by FCC staff (0.3); review and revise correspondence to J. Boelter (Sidley) re JP Morgan position on effect of Third Circuit order (0.3); review issues re attribution via nomination authority (0.4). |  |
|  | J. Logan | 1.00 hrs. |
| 07/13/11 | Prepare for and telephone conference with E. Washburn, S. Karottki, J. Fehnel and J. Kelleher re FCC request for meeting on implementation of closed captioning/video description legislation (1.0); email participants list for June 14 meeting to D. Sokolov (FCC) (0.1). |  |
|  | M. Swanson | 1.10 hrs. |
| 07/14/11 | Attend FCC meeting regarding captioning of Internet video (1.5); prepare for FCC meeting regarding captioning of Internet video |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | (2.4). | |
|  | D. Teslik | 3.90 hrs. |
| 07/14/11 | Review FCC filings re Board nomination rights and attributable ownership of Oaktree, JP Morgan and Angelo Gordon (0.9); work on FCC letter update issues and information to report (0.6). | |
|  | J. Feore | 1.50 hrs. |
| 07/14/11 | Analyze issues and FCC-related steps following issuance of consummation order. | |
|  | J. Logan | 1.20 hrs. |
| 07/14/11 | Prepare for and attend FCC meeting re implementation of closed captioning/video description legislation. | |
|  | M. Swanson | 1.60 hrs. |
| 07/15/11 | Revise outline of FCC activities post-confirmation. | |
|  | C. Burrow | 1.60 hrs. |
| 07/15/11 | Telephone conference with T. Davidson re filing with FCC following court decision on ownership (0.3); review issues raised by additional media in certain markets and waiver requests (0.4); research re changes in applications and FCC waivers and reporting obligations (0.7). | |
|  | J. Feore | 1.40 hrs. |
| 07/15/11 | Research and analyze FCC actions required in connection with issuance of consummation order (1.2); prepare memorandum on FCC-related tasks and order of proceeding upon issuance (1.8). | |
|  | J. Logan | 3.00 hrs. |
| 07/15/11 | Review re VPAAC developments (0.2); email E. Washburn re same (0.1). | |
|  | M. Swanson | 0.30 hrs. |
| 07/16/11 | Research re cross-ownership ruling impact on waiver requests and additional showings required for FCC. | |
|  | J. Feore | 0.60 hrs. |
| 07/18/11 | Revise outline of FCC steps required post-confirmation. | |
|  | C. Burrow | 1.30 hrs. |
| 07/18/11 | Work on outline of issues and timing for post-bankruptcy FCC filings (0.9); telephone conference with FCC re timing issues (0.2). | |
|  | J. Feore | 1.10 hrs. |
| 07/19/11 | Research re post-bankruptcy restructuring applications and filings required by FCC (0.5); review memorandum re timing issues (0.3). | |
|  | J. Feore | 0.80 hrs. |
| 07/19/11 | Revise memorandum re timetable and issues in FCC-related actions between issuance of confirmation order and emergence from bankruptcy (0.9); prepare correspondence to J. Boelter (Sidley) re | |

Tribune Company

|  |  |  |
|---|---|---|
|  | memorandum on post-confirmation issues from FCC (0.3). | |
|  | J. Logan | 1.20 hrs. |
| 07/20/11 | Research re possible FCC issues from additional media ownership in waiver markets. | |
|  | J. Feore | 1.00 hrs. |
| 07/21/11 | Telephone conference with D. Eldersveld, D. Kazan, S. Sheehan, J. Xanders and E. Washburn re issues related to media and ownership waivers (0.9); work on talking points re possible response (0.9). | |
|  | J. Feore | 1.80 hrs. |
| 07/21/11 | Telephone conference with J. Stenger (FCC counsel to unsecured creditors committee) re prospects for appeal of Third Circuit decision on FCC newspaper/broadcast cross-ownership rules (0.4); prepare correspondence to J. Stenger (FCC counsel to unsecured creditors committee) re issues in connection with challenge to Third Circuit decision reviewing FCC ownership rules (0.4). | |
|  | J. Logan | 0.80 hrs. |
| 07/22/11 | Correspondence with Sidley re post-confirmation issues. | |
|  | C. Burrow | 0.40 hrs. |
| 07/22/11 | Research re FCC review of ownership waivers re additional media and issue of permanent versus temporary waivers (0.9); review possible issues on L.A. coverage and waiver requests (0.6). | |
|  | J. Feore | 1.50 hrs. |
| 07/25/11 | Review FCC ownership filings re cross-ownership and impact of court decision on waiver requests. | |
|  | J. Feore | 0.80 hrs. |
| 07/26/11 | Review cross-ownership court issues and updates per Creditors Committee's counsel. | |
|  | J. Feore | 0.50 hrs. |
| 07/26/11 | Respond to correspondence relating to submission of regulatory fees and waiver for same. | |
|  | L. McCarty (Practice Group Professional) | 0.10 hrs. |
| 07/27/11 | Telephone conferences with Sidley re outstanding FCC issues post-confirmation (1.1); review materials re same (0.8); review docket re same (0.7). | |
|  | C. Burrow | 2.60 hrs. |
| 07/27/11 | Review and update outline of post-bankruptcy FCC filings (0.6); research re combining long form and pro forma applications as exit to court proceeding (0.5). | |
|  | J. Feore | 1.10 hrs. |
| 07/27/11 | Prepare for telephone conference with Sidley re FCC-related actions to be taken upon issuance of confirmation order and timetable for tasks (1.2); telephone conference with J. Boelter and J. Langdon | |

September 6, 2011                                                        Page 6

Tribune Company                                                    Invoice 545310

|  |  |  |
|---|---|---|
|  | (Sidley) re coordination of FCC-related steps to be taken after issuance of confirmation order (0.8); review and analyze issues re restructuring applications and timing for actions (1.1).<br>J. Logan | 3.10 hrs. |
| 07/28/11 | Research re need to update foreign ownership proposal for FCC applications re changes in plan proposals (0.6); telephone conference with counsel for FCC applicant re FCC position on directors and impact on pending applications (0.3).<br>J. Feore | 0.90 hrs. |
| 07/28/11 | Review draft of applications for transfer of satellite authorizations.<br>J. Logan | 0.50 hrs. |
| 07/28/11 | Revise draft earth station assignment applications (2.0); upload exhibits to same (0.8); prepare correspondence to client re same (0.1); prepare correspondence to FCC staff regarding name change for WCCT, Inc. (0.1).<br>L. McCarty (Practice Group Professional) | 3.00 hrs. |
| 07/29/11 | Telephone conference with Creditors Committee counsel re timing on court and FCC actions (0.3); review possible FCC delay in waiver requests or need to amend re possible new interests and statements (0.6).<br>J. Feore | 0.90 hrs. |
| 07/29/11 | Review and revise comprehensive exhibit for restructuring applications.<br>J. Logan | 1.60 hrs. |
| 07/30/11 | Review re changes in status of possible AllVid rulemaking.<br>M. Swanson | 0.20 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 10.40 |
| FEORE | 24.90 |
| LOGAN | 16.70 |
| SWANSON | 6.80 |
| RADEMACHER | 3.00 |
| TESLIK | 3.90 |
| ANDERSON | 0.80 |
| MCCARTY | 3.10 |
| TOTAL | 69.60 |

Fees for Professional Services ..................................................................... $      42,823.50

INFORMATION SERVICES                              $          1.52

September 6, 2011                                     Page 7

Tribune Company                                         Invoice 545310
            REPRODUCTION                        $       33.10
            TELEPHONE                           $       12.48
05/20/11    EXP#ERJRF052011- 6/30/11:  Lunch with   $   134.15
            S. Sheehan re Tribune lobbying efforts

        Total Reimbursable Costs ..................................................... $       181.25
        Total Current Billing for This File................................................. $   43,004.75


Our File # 08656.0101           For Services Through July 31, 2011
Retention and Fee Applications


07/01/11        Preparation of 8th interim fee application.
                C. Meazell                              0.80 hrs.

07/07/11        Preparation of 25th monthly fee application.
                C. Meazell                              0.80 hrs.

07/11/11        Preparation of 8th interim fee application.
                C. Meazell                              0.60 hrs.

07/14/11        Preparation of 8th interim fee application (0.6); correspondence with
                Delaware counsel regarding same (0.2).
                C. Meazell                              0.80 hrs.

07/25/11        Preparation of 25th monthly fee application.
                C. Meazell                              0.80 hrs.

07/29/11        Preparation of 25th monthly fee application.
                C. Meazell                              0.40 hrs.


                        BILLING SUMMARY
                                        Hours
                        MEAZELL             4.20
                        TOTAL               4.20


        Fees for Professional Services ........................................................ $   1,890.00
        Total Current Billing for This File................................................. $       1,890.00


Our File # 08656.0104           For Services Through July 31, 2011
Broadcast Contracts

September 6, 2011

Page 8

Invoice 545310

Tribune Company

| | | |
|---|---|---|
| 07/05/11 | Review reply comments filed by C. Sennet for Tribune Broadcasting Company in FCC retransmission consent rulemaking. | |
| | K. Latek | 0.30 hrs. |
| 07/07/11 | Analyze proposed markup of WGN agreement by KMTelecom (0.2); telephone call with K. Connor re James Cable and KMTelecom agreements (0.4); revise WGN agreement for James Cable (0.5); prepare email to K. Connor re James Cable (0.1). | |
| | R. Folliard III | 1.20 hrs. |
| 07/11/11 | Review and exchange correspondence with K. Connor re comments from Portland telco concerning KRCW retransmission agreement. | |
| | K. Latek | 0.20 hrs. |
| 07/11/11 | Analyze proposed changes to KMTelecom agreement for WGN America (0.4); prepare counter offer for KMTelecom (1.4); prepare email to K. Connor re KMTelecom agreement (0.1). | |
| | R. Folliard III | 1.90 hrs. |
| 07/22/11 | Exchange correspondence with K. Connor re potential DirecTV sub-distribution to Nebraska cable operator (0.1); analyze DirecTV/Tribune agreement re same (0.2). | |
| | K. Latek | 0.30 hrs. |
| 07/25/11 | Telephone call with K. Mullane re retransmission agreement with Blue Ridge Cable. | |
| | R. Folliard III | 0.30 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| LATEK | 0.80 |
| FOLLIARD III | 3.40 |
| TOTAL | 4.20 |

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,738.00 |
| CONFERENCE CALL (SOUNDPATH) | $ | 4.14 |
| REPRODUCTION | $ | 2.60 |
| TELEPHONE | $ | 1.44 |
| Total Reimbursable Costs | $ | 8.18 |
| Total Current Billing for This File | $ | 1,746.18 |

September 6, 2011                                                Page 9

Tribune Company                                          Invoice 545310

Our File # 08656.0104:001       For Services Through July 31, 2011
Fox and Network Agreements


07/21/11          Telephone conference with G. Mazzaferri re nondisclosure
                  agreement with Fox Network.
                  K. Latek                              0.10 hrs.

                        BILLING SUMMARY
                                      Hours
                  LATEK                 0.10
                  TOTAL                 0.10


Fees for Professional Services ........................................................... $        60.00
Total Current Billing for This File................................................. $        60.00


Total Current Billing for This Invoice........................................... $     46,700.93

# ☾ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

# DUE UPON RECEIPT

### Please make checks payable to:
### Dow Lohnes PLLC
### Attention Finance Department
### 1200 New Hampshire Avenue, NW, Suite 800
### Washington, DC  20036-6802

September 6, 2011

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Invoice 545310

Our File # 08656.0100          For Services Through July 31, 2011
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................ $          43,004.75

Our File # 08656.0101          For Services Through July 31, 2011
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................ $          1,890.00

Our File # 08656.0104          For Services Through July 31, 2011
Broadcast Contracts
    Total Current Billing for This Invoice ............................................................ $          1,746.18

Our File # 08656.0104:001          For Services Through July 31, 2011
Fox and Network Agreements
    Total Current Billing for This Invoice ............................................................ $          60.00

    Total Current Billing for This Invoice ............................................................ $          46,700.93

Wire Instructions:

        Bank Name: Wachovia Bank, A Division of Wells Fargo Bank, N.A.
        ABA Routing #:  0540-0122-0
               1300 1 Street, NW
               Washington, DC  20005
        Account Name: Dow Lohnes Main Operating Account
        Account #: 2000026604103
        Swift Code: PNBPUS33
        Reference: Client/Matter # and Invoice#

# REMITTANCE COPY

## EXHIBIT B

### FEE SUMMARY FOR THE PERIOD FROM
### JULY 1 - JULY 31, 2011

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 0.8 | 200.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 10.4 | 5,720.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 730 | 24.9 | 18,177.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 370 | 3.4 | 1,258.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 600 | 0.9 | 540.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 16.7 | 10,855.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | 3.1 | 852.50 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK); | 450 | 4.2 | 1,890.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 460 | 3.0 | 1,380.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 640 | 6.8 | 4,352.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC (2009) | 330 | 3.9 | 1,287.00 |

**TOTALS**        78.1     46,511.50

**BLENDED RATE**        595.5377721

[1] The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period. The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2011 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $730 per hour.

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## JULY 1 - JULY 31, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 69.6 | 42,823.50 |
| Fee Applications 08656.0101 | 4.2 | 1,890.00 |
| Broadcast Contracts 08656.0104 | 4.2 | 1,738.00 |
| Fox and Network Agreements | 0.1 | 60.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **78.1** | **46,511.50** |

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JULY 1 - JULY 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---:|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 35.70 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 134.15 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 1.52 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 4.14 |
| Telephone Tolls | | 13.92 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **189.43** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.