# EXHIBIT 1

## Tribune Twenty-Fifth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Baker Donelson Bearman, Caldwell & Berkowitz, PC<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170 | Real Estate and Finance Attorneys | $5,000.00 |