**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

January 31, 2011
Invoice No. 5947507

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:       0026175-000004
General/Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 12/01/10 | J. Glasser | 0.20 | Correspondence with Ms. Goller regarding bringing writ petition seeking access to personnel files and related review of records |
| 12/02/10 | J. Glasser | 1.70 | Draft verified writ petition directed to LA Superior Court and related review of records |
| 12/03/10 | J. Glasser | 0.10 | Correspondence with K. Sager regarding denial of request for personnel files of terminated public information officers at LA Superior Court |
| 12/07/10 | K. Sager | 0.30 | Discussion with Ms. Goller and communicate with J. Glasser regarding response letter |
| 12/07/10 | J. Glasser | 2.60 | Research and draft letter to Los Angeles Superior Court seeking access to termination records |
| 12/07/10 | R. London | 0.10 | Review FTC advanced notice of proposed rulemaking regarding potential changes to Telemarketing Sales Rule to strengthen caller ID provisions, draft e-memo to client regarding same |
| 12/08/10 | J. Glasser | 1.20 | Research and draft letter seeking access to termination records held by Los Angeles Superior Court concerning terminations of Mr. Parachini and Ms. Bronson |
| 12/29/10 | J. Glasser | 2.20 | Research and draft motion to intervene and for order denying request to close proceedings and seal records in In regarding Marriage of Dorn |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage      New York       Seattle
Bellevue       Portland       Shanghai
Los Angeles    San Francisco  Washington, D.C.

www.dwt.com


## Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
|      | Total Hours Worked | 8.40 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,530.43 |
| Less Agreed Discount | (253.04) |
| Adjusted Current Services | 2,277.39 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $2,277.39 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|-------------|-------------|----------------|-------------|
| **Partner** | | | |
| Sager, K. | 0.30 | 470.48 | 141.14 |
| Total | 0.30 | | 141.14 |
| **Associate** | | | |
| Glasser, J. | 8.00 | 261.90 | 2,095.20 |
| Total | 8.00 | | 2,095.20 |
| **Of_Counsel** | | | |
| London, R. | 0.10 | 410.52 | 41.05 |
| Total | 0.10 | | 41.05 |
| Total All Classes | 8.40 | | $2,277.39 |

### PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington. D.C. |

www.dwt.com



**Davis Wright
Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $7,508.65 |
| Less Payments Received as of 12/20/10 - TRIBUNE CO - ACH | ($3,204.81) |
| Current Invoice | $2,277.39 |
| | --------------------- |
| Total Balance Due This Matter | $6,581.23 |

PLEASE REMIT WITH PAYMENT

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |


**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

January 31, 2011
Invoice No. 5947508

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000366
Littlefield
0000001918

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 12/08/10 | J. Glasser | 1.70 | Prepare for and attend hearing on order to show cause re Littlefield's failure to serve the complaint and related correspondence with Ms. Goller and K. Sager |
| 12/10/10 | K. Sager | 0.20 | Review and revise notice of dismissal |
| 12/10/10 | J. Glasser | 0.20 | Draft notice of entry of order dismissing without prejudice Mr. Littlefield's complaint and related review of docket |
| | Total Hours Worked | 2.10 | |

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Filing fee - - NATIONWIDE LEGAL INC - 11/1/10 LASC per C. Solano | 1 | 79.20 |
| Outside delivery service - - NATIONWIDE LEGAL INC - 10/19/10 LASC per C. Solano | 1 | 10.00 |
| Outside delivery service - - NATIONWIDE LEGAL INC - 11/2/10 LASC per C. Solano | 1 | 10.00 |
| Parking  -- Jeffrey Glasser 11/08/2010 | 1 | 18.00 |
| Parking -- Jeffrey Glasser 12/08/2010 | 1 | 18.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.

www.dwt.com

 **Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| Total Current Disbursements | $135.20 |
|---|---|

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $657.46 |
| Less Agreed Discount | (65.75) |
| Adjusted Current Services | 591.71 |
| Total Current Disbursements | 135.20 |
| | ---------------- |
| Total Current Invoice | $726.91 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.20 | 470.48 | 94.10 |
| | ------------ | | ---------------- |
| Total | 0.20 | | 94.10 |
| **Associate** | | | |
| Glasser, J. | 1.90 | 261.90 | 497.61 |
| | ------------ | | ---------------- |
| Total | 1.90 | | 497.61 |
| | ------------ | | ---------------- |
| Total All Classes | 2.10 | | $591.71 |

PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.                www.dwt.com

 Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $4,742.68 |
| Less Payments Received as of 12/20/10 - TRIBUNE CO - ACH | ($235.05) |
| Current Invoice | $726.91 |
| | ---------------------- |
| Total Balance Due This Matter | $5,234.54 |

PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.

www.dwt.com


**Davis Wright
Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

January 31, 2011
Invoice No. 5947509

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000368
Beverly Hills Surgery Center
0000001927

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 12/15/10 | L. Kohn | 1.00 | Research procedure for providing notice to the court that plaintiff voluntarily dismissed and improperly refiled case in order to obtain a different judge |
| 12/16/10 | J. Glasser | 1.00 | Research remedies for plaintiff's failure to pay monetary sanctions and draft letter regarding this issue and plaintiffs' filing of two new lawsuits this week derived from the same claims |
| 12/16/10 | L. Kohn | 0.20 | Confer with J. Glasser regarding letter to plaintiffs' counsel concerning payment of attorneys' fees award |
| 12/17/10 | K. Sager | 0.30 | Review and revise letter to plaintiff's counsel regarding fees award |
| 12/17/10 | A. Wickers | 0.20 | Edit letter to Mr. Weisse regarding non-payment of sanctions (.2) |
| 12/17/10 | J. Glasser | 0.20 | Revise letter and related call with Ms. Goller and correspondence with K. Sager and A. Wickers |
| 12/27/10 | K. Sager | 0.20 | Review letter from plaintiff's counsel and communicate with Ms. Goller regarding same |
| | Total Hours Worked | 3.10 | |

### DISBURSEMENT DETAIL

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Filing fee - - NATIONWIDE LEGAL INC - 10/26/10 LASC per C. Solano | 1 | 49.80 |
| Filing fee - - NATIONWIDE LEGAL INC - 10/28/10 LASC per C. Solano | 1 | 45.00 |
| Parking  -- Kelli Sager 10/27/2010 | 1 | 12.00 |
| Total Current Disbursements | | $106.80 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,042.53 |
| Less Agreed Discount | (104.25) |
| Adjusted Current Services | 938.28 |
| Total Current Disbursements | 106.80 |
| | ---------------- |
| Total Current Invoice | $1,045.08 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.50 | 470.48 | 235.24 |
| Wickers, A. | 0.20 | 424.35 | 84.87 |
| | ------------ | | ---------------- |
| Total | 0.70 | | 320.11 |
| **Associate** | | | |
| Glasser, J. | 1.20 | 261.90 | 314.28 |
| Kohn, L. | 1.20 | 253.24 | 303.89 |
| | ------------ | | ---------------- |
| Total | 2.40 | | 618.17 |
| | ------------ | | ---------------- |
| Total All Classes | 3.10 | | $938.28 |

### PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue     Portland    Shanghai
Los Angeles  San Francisco  Washington, D.C.                www.dwt.com



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

---

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| Balance from Previous Statement | $21,577.41 |
| Less Payments Received as of 12/20/10 -<br>   TRIBUNE CO - ACH | ($1,025.80) |
| Current Invoice | $1,045.08 |
| | -------------------- |
| Total Balance Due This Matter | $21,596.69 |

PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington. D.C. |

www.dwt.com



**Davis Wright
Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

January 31, 2011
Invoice No. 5947510
**SENT ELECTRONICALLY**

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Matter No.      0026175-000369
DCFS
0000001920

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 12/08/10 | J. Glasser | 0.10 | Correspondence with Ms. Goller and K. Sager regarding lawsuit seeking access to SB39 records |
| 12/10/10 | K. Sager | 0.30 | Discussion with J. Glasser regarding SB39 issues |
| 12/10/10 | J. Glasser | 0.10 | Confer with K. Sager and related correspondence with Ms. Goller and Mr. Therolf concerning access to SB39 records |
| 12/16/10 | J. Glasser | 1.10 | Meeting at Los Angeles Times with Mr. Therolf and Ms. Goller regarding SB39 (1.0); correspondence with K. Sager regarding SB39 (.1) |
| 12/23/10 | J. Glasser | 0.50 | Review records sent by Mr. Therolf concerning SB39 |
|  | Total Hours Worked | 2.10 |  |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com


# Davis Wright
## Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $680.62 |
| Less Agreed Discount | (68.06) |
| Adjusted Current Services | 612.56 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $612.56 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.30 | 470.48 | 141.14 |
| | ------------ | | ---------------- |
| Total | 0.30 | | 141.14 |
| **Associate** | | | |
| Glasser, J. | 1.80 | 261.90 | 471.42 |
| | ------------ | | ---------------- |
| Total | 1.80 | | 471.42 |
| | ------------ | | ---------------- |
| Total All Classes | 2.10 | | $612.56 |

### PLEASE REMIT WITH PAYMENT

Anchorage       New York        Seattle
Bellevue        Portland        Shanghai
Los Angeles     San Francisco   Washington, D.C.                    www.dwt.com


**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $6,117.43 |
| Less Payments Received as of 11/30/10 -<br>    TRIBUNE CO - ACH PAYMENT | ($6,117.43) |
| Current Invoice | $612.56 |
| | -------------------- |
| Total Balance Due This Matter | $612.56 |

### PLEASE REMIT WITH PAYMENT

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.                                www.dwt.com


# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

January 31, 2011
Invoice No. 5947511

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:        0026175-000379
Bankruptcy
0000001932

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 12/01/10 | K. Sager | 0.30 | Communications with J. Waggoner regarding creditor committee issues |
| | Total Hours Worked | 0.30 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $156.82 |
| Less Agreed Discount | (15.68) |
| Adjusted Current Services | 141.14 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $141.14 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

 **Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.30 | 470.48 | 141.14 |
| Total | 0.30 | | 141.14 |
| Total All Classes | 0.30 | | $141.14 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $7,638.61 |
| Current Invoice | $141.14 |
| Total Balance Due This Matter | $7,779.75 |

## PLEASE REMIT WITH PAYMENT

 **Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn. Julie Xanders
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

January 31, 2011
Invoice No. 5947512
**SENT ELECTRONICALLY**

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

**ELECTRONIC BILLING - DO NOT MAIL
FOR FILING PURPOSES ONLY**

Matter No.          0026175-000380
Ad Development

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 12/20/10 | A. Wickers | 0.20 | Review Super Bowl advertising issues and communicate with Ms. Xanders regarding same (.2) |
| 12/21/10 | A. Wickers | 0.70 | Telephone call with Ms. Xanders, Mr. Bluestein, and Ms. Marquez regarding issues relating to Super Bowl directory and related advertising, including brief research about same and review of proposed copy (.7) |
| | Total Hours Worked | 0.90 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $424.36 |
| Less Agreed Discount | (42.44) |
| Adjusted Current Services | 381.92 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $381.92 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 0.90 | 424.35 | 381.92 |
| | ------------ | | ---------------- |
| Total | 0.90 | | 381.92 |
| | ------------ | | ---------------- |
| Total All Classes | 0.90 | | $381.92 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $381.92 |
| | --------------------- |
| Total Balance Due This Matter | $381.92 |

### PLEASE REMIT WITH PAYMENT



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC                    January 31, 2011
Attn: Julie Xanders, Esq.                               Invoice No. 5947513
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:            0026175-000383
Adjudication Matters

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 12/01/10 | K. Henry | 1.30 | Review and analyze revised adjudication questionnaires for La Canada Valley Sun, Daily Pilot - Costa Mesa, Daily Pilot - Newport Beach, and Burbank Review, including research on Section 6006's grandfather provision |
| 12/03/10 | K. Henry | 0.30 | Communications with clients regarding adjudications for La Canada Valley Sun, Daily Pilot (Newport Beach and Costa Mesa), and Burbank Leader |
| 12/10/10 | K. Henry | 0.30 | Communications with Ms. Gamino regarding completion of proof of service by publication of summons in Becerra v. Roberson (.2); communications with Ms. Xanders (.1) |
| 12/10/10 | K. Henry | 0.70 | Draft adjudication petition and notice of intention |
| 12/14/10 | K. Henry | 1.00 | Communications with Mr. Davis regarding publication schedule of the Glendale News Press and the Burbank Leader (.4); finalize adjudication petition and notice of intention for La Canada Valley Sun (.6) |
| 12/17/10 | K. Henry | 0.60 | Finalize Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, Adjudication Petition, and Notice of Intention for filing |
| | Total Hours Worked | 4.20 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,414.89 |
| Less Agreed Discount | (141.49) |
| Adjusted Current Services | 1,273.40 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $1,273.40 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Associate** | | | |
| Henry, K. | 4.20 | 303.19 | 1,273.40 |
| | ------------ | | ---------------- |
| Total | 4.20 | | 1,273.40 |
| | ------------ | | ---------------- |
| Total All Classes | 4.20 | | $1,273.40 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $9,707.04 |
| Current Invoice | $1,273.40 |
| | ---------------------- |
| Total Balance Due This Matter | $10,980.44 |

### PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

January 31, 2011
Invoice No. 5947514
**SENT ELECTRONICALLY**

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Matter No.       0026175-000385
Long Beach Police Association

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 12/29/10 | K. Sager | 0.40 | Communications with Ms. Goller regarding temporary restraining order |
| 12/30/10 | J. Glasser | 0.30 | Review temporary restraining order issued by court against Long Beach regarding release of names of officers involved in critical shooting incidents as well as supporting papers filed by union and related correspondence with K. Sager |
| | Total Hours Worked | 0.70 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage     New York      Seattle
Bellevue      Portland      Shanghai
Los Angeles   San Francisco Washington, D.C.

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $296.40 |
| Less Agreed Discount | (29.64) |
| Adjusted Current Services | 266.76 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $266.76 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.40 | 470.48 | 188.19 |
| | ------------ | | ---------------- |
| Total | 0.40 | | 188.19 |
| **Associate** | | | |
| Glasser, J. | 0.30 | 261.90 | 78.57 |
| | ------------ | | ---------------- |
| Total | 0.30 | | 78.57 |
| | ------------ | | ---------------- |
| Total All Classes | 0.70 | | $266.76 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $266.76 |
| | ---------------------- |
| Total Balance Due This Matter | $266.76 |

### PLEASE REMIT WITH PAYMENT

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

January 31, 2011
Invoice No. 5947515
**SENT ELECTRONICALLY**

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

**ELECTRONIC BILLING - DO NOT MAIL**
**FOR FILING PURPOSES ONLY**

Matter No.        0026175-000386
Michael Omidi, M.D.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 12/15/10 | K. Sager | 0.50 | Review complaint and communicate with Ms. Goller, J. Glasser and L. Kohn |
| 12/16/10 | K. Sager | 0.30 | Communications with Ms. Goller regarding lawsuit against Michael Hiltzik |
| 12/16/10 | J. Glasser | 0.40 | Meeting with Ms. Goller regarding defamation lawsuit against Mr. Hiltzik |
| | Total Hours Worked | 1.20 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

Anchorage        New York        Seattle
Bellevue         Portland        Shanghai
Los Angeles      San Francisco   Washington, D.C.

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $534.60 |
| Less Agreed Discount | (53.46) |
| Adjusted Current Services | 481.14 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $481.14 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.80 | 470.48 | 376.38 |
| | ------------ | | ---------------- |
| Total | 0.80 | | 376.38 |
| **Associate** | | | |
| Glasser, J. | 0.40 | 261.90 | 104.76 |
| | ------------ | | ---------------- |
| Total | 0.40 | | 104.76 |
| | ------------ | | ---------------- |
| Total All Classes | 1.20 | | $481.14 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $481.14 |
| | --------------------- |
| Total Balance Due This Matter | $481.14 |

## PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

 **Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

January 31, 2011
Invoice No. 5947516
**SENT ELECTRONICALLY**

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Matter No.          0026175-000387
Dorn

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 12/20/10 | K. Sager | 0.40 | Communicate with Ms. Goller regarding hearing Wednesday and communicate with J. Glasser regarding same |
| 12/20/10 | J. Glasser | 0.20 | Review articles concerning Abbie Dorn's request for parental visitation rights and related correspondence with K. Sager and Ms. Goller |
| 12/21/10 | J. Glasser | 2.00 | Call and correspondence with Ms. Goller and Ms. Sager regarding Abbie Dorn hearing and defense counsel's threatened move to close proceedings (.2); call with Ms. LaGanga regarding tomorrow's hearing (.1); prepare for Dorn hearing on access to family law proceedings and records (1.7) |
| 12/22/10 | K. Sager | 0.30 | Communications with J. Glasser regarding hearing this morning and regarding briefing schedule |
| 12/22/10 | J. Glasser | 1.70 | Attend hearing on access to family law court proceedings and records involving Abbie Dorn and related conferring and correspondence with cilent and K. Sager (1.5); correspondence with counsel for the parties requesting redacted copies of ex parte |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

 **Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | applications (.2) |
| 12/27/10 | J. Glasser | 2.40 | Research and draft motion to intervene and for order denying request to close proceedings and seal records in In regarding Marriage of Dorn |
| 12/30/10 | J. Glasser | 2.20 | Research and draft motion to intervene and for order denying request to close proceedings and seal records in In regarding Marriage of Dorn (2.1); correspondence with Ms. Meyers regarding sealing orders in the case (.1) |
| | Total Hours Worked | 9.20 | |

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Parking -- Jeffrey Glasser 12/22/2010 | 1 | 14.00 |
| Total Current Disbursements | | $14.00 |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,839.42 |
| Less Agreed Discount | (283.94) |
| Adjusted Current Services | 2,555.48 |
| Total Current Disbursements | 14.00 |
| | ---------------- |
| Total Current Invoice | $2,569.48 |

### SUMMARY BY PROFESSIONAL

| Professional Partner | Hours Worked | Billed Per Hour | Bill Amount |
|---------------------|--------------|-----------------|-------------|

### PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

# Davis Wright
# Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| | | | |
|---|---|---|---|
| Sager, K. | 0.70 | 470.48 | 329.33 |
| Total | 0.70 | | 329.33 |
| **Associate** | | | |
| Glasser, J. | 8.50 | 261.90 | 2,226.15 |
| Total | 8.50 | | 2,226.15 |
| Total All Classes | 9.20 | | $2,555.48 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $2,569.48 |
| Total Balance Due This Matter | $2,569.48 |

PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



# Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA  90012

January 31, 2011
Invoice No. 5947517
**SENT ELECTRONICALLY**

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Matter No.        0026175-000388
1 800 GET THIN, LLC

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 12/15/10 | K. Sager | 0.20 | Communicate with Ms. Goller |
|  | Total Hours Worked | 0.20 |  |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $104.56 |
| Less Agreed Discount | (10.46) |
| Adjusted Current Services | 94.10 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $94.10 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.20 | 470.48 | 94.10 |
| Total | 0.20 | | 94.10 |
| Total All Classes | 0.20 | | $94.10 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $94.10 |
| Total Balance Due This Matter | $94.10 |

## PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

Tribune Co.
Attn: David Eldersveld, Esq.
General Counsel
435 N. Michigan Ave.
Chicago, IL 60611

January 12, 2011
Invoice No. 5942576

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:          0041033-000020
Los Angeles General Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 12/07/10 | R. London | 0.10 | Review FTC advanced notice of proposed rulemaking regarding potential changes to Telemarketing Sales Rule to strengthen caller ID provisions, draft e-memo to client regarding same |
| 12/28/10 | R. London | 0.80 | Teleconference with Mr. Bralow regarding letter from Pennsylvania AG regarding telemarketing complaint, review related e-correspondence and other materials, including client's draft response to state, and draft and transmit email to Mr. Bralow with proposed revisions to response |
| | Total Hours Worked | 0.90 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com



**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $410.52 |
| Less Agreed Discount | (41.05) |
| Adjusted Current Services | 369.47 |
| Total Current Disbursements | 0.00 |
| | ---------------- |
| Total Current Invoice | $369.47 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| **Of_Counsel** | | | |
| London, R. | 0.90 | 410.52 | 369.47 |
| | ------------ | | ---------------- |
| Total | 0.90 | | 369.47 |
| | ------------ | | ---------------- |
| Total All Classes | 0.90 | | $369.47 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $1,853.34 |
| Current Invoice | $369.47 |
| | --------------------- |
| Total Balance Due This Matter | $2,222.81 |

### PLEASE REMIT WITH PAYMENT

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com