# EXHIBIT A



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

August 1, 2011                                                        Invoice 1071    MDS

In Reference To: 00499-003 - Mitchell v. Baltimore Sun

Client: Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 07/25/11 | MDS | Telephone conference with client regarding status of Mitchell case and review records regarding same. | 0.20 445.00/hr | 89.00 |
| 07/27/11 | MDS | Inquire regarding probate status of plaintiff's estate and review pleadings, orders and memoranda regarding litigation against Sun and its reporters. | 1.40 445.00/hr | 623.00 |
| 07/28/11 | JPB | Obtain records from P. Mitchell probate case. | 0.10 195.00/hr | 19.50 |
| 07/28/11 | MDS | Obtain records from Baltimore City Orphan's Court. | 0.10 445.00/hr | 44.50 |
| 07/29/11 | MDS | Review materials from Orphan's Court for Baltimore City. | 0.40 445.00/hr | 178.00 |

|  |  | **For professional services rendered** | **2.20** | **$954.00** |
|--|--|----------------------------------------|----------|-----------|
|  |  | **Total Amount of this Bill** |  | **$954.00** |

## Levine Sullivan Koch & Schulz, L.L.P.

I.D. 00499-003 - MDS
Re: Mitchell v. Baltimore Sun

August 1, 2011
Invoice  1071
Page  2

### Timekeeper Summary

|  | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Michael D. Sullivan | | 2.10 | 445.00 | 934.50 |
| Jennifer P. Burke | | 0.10 | 195.00 | 19.50 |
| | **Totals** | **2.20** | | **$954.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

August 1, 2011                                                      Invoice  1028      RP

In Reference To:  00499-077 - Journal Publ. v. Hartford Courant

Client:  Tribune Company

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 07/01/11 | CPB | Telephone conference with N. Hazell and D. Bralow regarding discovery issues (1.0); revise and finalize discovery responses (1.0); continue reviewing documents (1.5). | 3.50<br>420.00/hr | 1,470.00 |
| 07/01/11 | SB | Review document database (.2); exchange email with litigation support vendor regarding database (.2). | 0.40<br>195.00/hr | 78.00 |
| 07/01/11 | MXB | Review documents. | 2.90<br>290.00/hr | 841.00 |
| 07/01/11 | RP | Review final interrogatory responses (.5); review discovery issues (.9); telephone conferences with client regarding same (.4). | 1.80<br>445.00/hr | 801.00 |
| 07/05/11 | CPB | Review discovery issues (.5); further review of discovery issues (.3); exchange email with client regarding same (.2). | 1.00<br>420.00/hr | 420.00 |
| 07/05/11 | MXB | Review documents. | 0.10<br>290.00/hr | 29.00 |
| 07/05/11 | RP | Review documents. | 2.00<br>445.00/hr | 890.00 |
| 07/06/11 | CPB | Continue reviewing discovery issues and documents. | 2.30<br>420.00/hr | 966.00 |
| 07/07/11 | CPB | Continue reviewing discovery issues and documents and exchange email with client regarding same. | 2.70<br>420.00/hr | 1,134.00 |
| 07/07/11 | MXB | Review documents. | 1.20<br>290.00/hr | 348.00 |
| 07/07/11 | RP | Review discovery issues (.5); analyze document issues (1.0). | 1.50<br>445.00/hr | 667.50 |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP
Re: Journal Publ. v. Hartford Courant

August 1, 2011
Invoice 1028
Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 07/08/11 | CPB | Continue review of discovery issues and documents (1.7); telephone conference with client regarding factual issues and background (.5); exchange email with client and litigation support vendor regarding discovery (.3). | 2.50 420.00/hr | 1,050.00 |
| 07/08/11 | RP | Analyze discovery issues. | 0.40 445.00/hr | 178.00 |
| 07/11/11 | CPB | Follow up regarding discovery issues (.4); telephone conference with client regarding same (.5); review documents (.7). | 1.60 420.00/hr | 672.00 |
| 07/11/11 | MXB | Redact privileged and protected documents. | 1.20 290.00/hr | 348.00 |
| 07/11/11 | RP | Review documents (2.2); analyze discovery issues (1.0); telephone conference with client regarding discovery issues (.4). | 3.60 445.00/hr | 1,602.00 |
| 07/12/11 | CPB | Review witness materials. | 0.30 420.00/hr | 126.00 |
| 07/12/11 | MXB | Review documents and discovery issues (.4); redact privilege documents (.1). | 0.50 290.00/hr | 145.00 |
| 07/13/11 | MXB | Review documents and discovery issues. | 0.60 290.00/hr | 174.00 |
| 07/14/11 | RP | Review correspondence from plaintiff regarding discovery. | 0.30 445.00/hr | 133.50 |
| 07/15/11 | CPB | Continue review of documents collected from client. | 1.00 420.00/hr | 420.00 |
| 07/15/11 | SB | Telephone conferences and exchange email with litigation support vendor regarding processing of documents. | 0.30 195.00/hr | 58.50 |
| 07/15/11 | MXB | Review newly received documents. | 3.00 290.00/hr | 870.00 |
| 07/15/11 | RP | Telephone conference with client regarding discovery and strategy issues (.4); review discovery issues (.5); review new documents (1.0); review deposition notices received from plaintiff (.4); draft status report to client (.4). | 2.70 445.00/hr | 1,201.50 |
| 07/17/11 | CPB | Continue review of discovery materials and exchange email with litigation support vendor regarding document database. | 2.00 420.00/hr | 840.00 |
| 07/17/11 | MXB | Continue reviewing additional documents. | 3.20 290.00/hr | 928.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP
Re: Journal Publ. v. Hartford Courant

August 1, 2011
Invoice 1028
Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 07/17/11 | RP | Review documents and discovery issues. | 1.00 445.00/hr | 445.00 |
| 07/18/11 | SB | Review draft set of production documents for completeness and accuracy (.6); telephone conferences and exchange email with vendor regarding same (.3). | 0.90 195.00/hr | 175.50 |
| 07/18/11 | CPB | Telephone conferences with clients regarding discovery issues and continue document review as to same. | 1.50 420.00/hr | 630.00 |
| 07/18/11 | RP | Review discovery issues (.5); review documents (1.3). | 1.80 445.00/hr | 801.00 |
| 07/19/11 | SB | Prepare draft production set and transmit to client for review. | 0.20 195.00/hr | 39.00 |
| 07/19/11 | RP | Review documents received from client. | 2.80 445.00/hr | 1,246.00 |
| 07/20/11 | SB | Prepare backup of draft production set for client review. | 0.20 195.00/hr | 39.00 |
| 07/20/11 | CPB | Telephone conference with client regarding discovery issues. | 0.30 420.00/hr | 126.00 |
| 07/20/11 | RP | Telephone conference with client regarding documents and discovery issues (.4); review documents (1.1). | 1.50 445.00/hr | 667.50 |
| 07/21/11 | CPB | Review documents and discovery issues, discuss same with client (3.5); exchange email with vendor regarding instruction for creating initial production set (.3). | 3.80 420.00/hr | 1,596.00 |
| 07/21/11 | RP | Review discovery issues. | 0.50 445.00/hr | 222.50 |
| 07/22/11 | CPB | Telephone conference with client regarding document production (.3); review and revise discovery materials (.5); draft transmittal letter to opposing counsel regarding document production (.5); confer with vendor regarding document production (.5); review new documents (.7). | 2.50 420.00/hr | 1,050.00 |
| 07/22/11 | SB | Prepare defendant's first set of documents for production. | 0.70 195.00/hr | 136.50 |
| 07/22/11 | RP | Review discovery issues (1.1); draft correspondence to plaintiff (.3); review production issues (.7). | 2.10 445.00/hr | 934.50 |
| 07/23/11 | CPB | Revise discovery responses and draft email instructions to vendor | 5.50 420.00/hr | 2,310.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

I.D. 00499-077 - RP
Re: Journal Publ. v. Hartford Courant

August 1, 2011
Invoice  1028
Page 4

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| | | regarding same (2.5); prepare privilege log (2.0); review second set of documents for client review and correspond with vendor regarding same (1.0). | | |
| 07/23/11 | RP | Review discovery issues. | 0.50 445.00/hr | 222.50 |
| 07/25/11 | CPB | Review documents for second production set and exchange email with client regarding same (1.3); exchange email with vendor regarding second production (.2). | 1.50 420.00/hr | 630.00 |
| 07/25/11 | SB | Prepare documents for production. | 0.60 195.00/hr | 117.00 |
| 07/25/11 | MXB | Review additional documents. | 1.20 290.00/hr | 348.00 |
| 07/25/11 | RP | Review discovery issues. | 0.40 445.00/hr | 178.00 |
| 07/25/11 | RP | Review invoices for privilege. | 0.40 445.00/hr | 178.00 |
| 07/26/11 | RP | Review discovery issues (.4); correspondence with plaintiff counsel (.1). | 0.50 445.00/hr | 222.50 |
| 07/28/11 | SB | Process additional documents received. | 0.30 195.00/hr | 58.50 |
| 07/28/11 | MXB | Review documents. | 0.20 290.00/hr | 58.00 |
| 07/29/11 | RP | Analyze copyright issue for client. | 0.20 445.00/hr | 89.00 |
| 07/31/11 | CPB | Review issue concerning discovery (.3); review stipulated revision to discovery schedule (.4). | 0.70 420.00/hr | 294.00 |

| | | **For professional services rendered** | **74.40** | **$29,205.00** |

### Disbursements

| Description | Amount |
|-------------|--------|
| Electronic Document Management Services | 3,935.36 |
| Travel | 194.32 |
| **Total Disbursements** | **$4,129.68** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | |
|---|---|
| | August 1, 2011 |
| I.D. 00499-077 - RP | Invoice  1028 |
| Re: Journal Publ. v. Hartford Courant | Page  5 |
| **Total Amount of this Bill** | **$33,334.68** |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | August 1, 2011 |
|---|---|
| I.D. 00499-077 - RP | Invoice 1028 |
| Re: Journal Publ. v. Hartford Courant | Page 6 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Robert Penchina | | 24.00 | 445.00 | 10,680.00 |
| Christopher P. Beall | | 32.70 | 420.00 | 13,734.00 |
| Scott Bailey | | 3.60 | 195.00 | 702.00 |
| Michael Beylkin | | 14.10 | 290.00 | 4,089.00 |
| | **Totals** | **74.40** | | **$29,205.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

August 1, 2011                                                        Invoice  1066      SDB

In Reference To:  00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client:  Tribune Company

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 07/08/11 | SDJ | Review fourth quarterly fee application and communicate with local counsel regarding service and filing. | 0.40 290.00/hr | 116.00 |
| 07/25/11 | SDJ | Correspond with local counsel and client regarding certificate of no objection. | 0.40 290.00/hr | 116.00 |
| 07/27/11 | SDJ | Draft eleventh monthly fee application for fees and expenses and review invoices regarding same. | 2.80 290.00/hr | 812.00 |
| 07/28/11 | JPB | Review and revise eleventh monthly fee application for accuracy. | 0.80 195.00/hr | 156.00 |
| 07/31/11 | SDB | Review and revise eleventh monthly fee application and exhibits to same. | 0.40 445.00/hr | 178.00 |

| **For professional services rendered** | **4.80** | **$1,378.00** |
|---|---|---|

| **Total Amount of this Bill** | **$1,378.00** |
|---|---|

## Levine Sullivan Koch & Schulz, L.L.P.

| | August 1, 2011 |
|---|---|
| I.D. 00499-080 - SDB | Invoice 1066 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | Page 2 |

### Timekeeper Summary

| | **Hours** | **Rate/Hour** | **Amount** |
|---|---|---|---|
| Seth D. Berlin | 0.40 | 445.00 | 178.00 |
| Shaina D. Jones | 3.60 | 290.00 | 1,044.00 |
| Jennifer P. Burke | 0.80 | 195.00 | 156.00 |
| **Totals** | **4.80** | | **$1,378.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

August 1, 2011                                                                    Invoice  1093      NES
In Reference To:  00499-084 - Sunplus Litter Citations
Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 07/11/11 | AMD | Draft statutory construction argument (1.7); research limiting constructions, void for vagueness doctrine, overbreadth doctrine, and adjudication and rule making cases (5.5). | 7.20 290.00/hr | 2,088.00 |
| 07/12/11 | AMD | Draft facts section for bench memorandum and statutory construction argument. | 5.60 290.00/hr | 1,624.00 |
| 07/13/11 | NES | Review agency response to Sun's discovery request and forward same to client. | 0.90 445.00/hr | 400.50 |
| 07/13/11 | AMD | Revise bench memorandum (4.1); research limiting constructions and agency authority to impose them unilaterally on ordinances (3.1). | 7.20 290.00/hr | 2,088.00 |
| 07/14/11 | AMD | Research agency authority to impose limiting construction on ordinance. | 5.90 290.00/hr | 1,711.00 |
| 07/15/11 | NES | Revise memorandum of law for hearing. | 1.50 445.00/hr | 667.50 |
| 07/15/11 | AMD | Expand statutory construction argument in bench memorandum. | 6.60 290.00/hr | 1,914.00 |
| 07/18/11 | NES | Correspondence with agency and client to clarify substance of consolidated hearing (1.0); prepare for and conduct telephone conference with clients regarding facts and strategy for hearing (1.7). | 2.70 445.00/hr | 1,201.50 |
| 07/19/11 | NES | Revise memorandum of law (4.0); prepare examination outlines and exhibits for meeting with clients (4.5); review citations to identify | 9.60 445.00/hr | 4,272.00 |

**Levine Sullivan Koch & Schulz, L.L.P.**

| | | | | |
|---|---|---|---|---|
| I.D. 00499-084 - NES | | | | August 1, 2011 |
| Re: Sunplus Litter Citations | | | | Invoice 1093 |
| | | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| | | patterns and contradictions in what was issued (1.1). | | |
| 07/20/11 | NES | Prepare and meet with clients to prepare for hearing (2.0); draft discovery response to agency (1.5); drive by Orleans Street location (.5); begin preparing outlines for hearing (1.8). | 5.80 445.00/hr | 2,581.00 |
| 07/20/11 | AMD | Research excessive fines and single violation of ordinance under Maryland law. | 4.50 290.00/hr | 1,305.00 |
| 07/21/11 | NES | Prepare cross-examination outline and exhibits for hearing (3.5); telephone conference with K. Byrne regarding possible settlement and follow up regarding same (.8); exchange email and telephone conference with client regarding same (.9). | 5.20 445.00/hr | 2,314.00 |
| 07/21/11 | AMD | Draft portion of bench memorandum regarding excessive fines and definition of single violation under Baltimore's littering ordinance. | 2.50 290.00/hr | 725.00 |
| 07/27/11 | NES | Draft agreement to settle matter. | 0.60 445.00/hr | 267.00 |
| | **For professional services rendered** | | **65.80** | **$23,158.50** |

## Disbursements

| Description | Amount |
|---|---|
| Outside Copying/Printing | 84.80 |
| **Total Disbursements** | **$84.80** |
| **Total Amount of this Bill** | **$23,243.30** |
| Previous Balance | $5,113.00 |
| **Total Amount Due** | **$28,356.30** |

## Levine Sullivan Koch & Schulz, L.L.P.

| | August 1, 2011 |
|---|---|
| I.D. 00499-084 - NES | Invoice 1093 |
| Re: Sunplus Litter Citations | Page 3 |

### Timekeeper Summary

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Nathan E. Siegel | | 26.30 | 445.00 | 11,703.50 |
| Amba M. Datta | | 39.50 | 290.00 | 11,455.00 |
| | **Totals** | **65.80** | | **$23,158.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605