## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141-KJC<br>Jointly Administered<br><br>Related to Docket Nos. 4091, 4230, 4156 and 9500 |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' TWENTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS AS IT RELATES TO CLAIM NO. 3060 OF MAUREEN DOMBECK

1. On April 16, 2010, the Debtors filed the Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Docket No. 4091) (the "Objection"), by which the Debtors requested the Court to disallow and expunge, among other proofs of claim, Claim No. 3060 asserted by Maureen A. Dombeck against Tribune Company, on the basis that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

no liability for such claim was reflected in the Debtors' books and records. On April 26, 2010, Ms. Dombeck filed a response to the Objection (Docket No. 4156) (the "Response").

2. An initial hearing on the Objection and the Response was held before the Court on November 23, 2010, at which the Debtors and Ms. Dombeck participated. At the initial hearing, the Debtors presented oral argument in support of the Objection and the Debtors' position that Claim No. 3060 failed to state a cognizable claim or cause of action, as required by section 502 of the Bankruptcy Code and Bankruptcy Rule 3001(f). Ms. Dombeck presented oral argument in support of the claim. After hearing the arguments of the parties, the Court offered the parties the opportunity to participate in an evidentiary hearing to present evidence on the Objection and the Response. (See Hrg. Tr. 11/23/10 at 19:14-24.) The Bankruptcy Court requested that the Debtors submit to the Court a form of order, agreed upon by the parties, scheduling the hearing and establishing deadlines and procedures for taking discovery in connection therewith. (See Hrg. Tr. 11/23/10 at 20:23-25, 21:1-3.) The parties were unable to reach an agreement on a scheduling and discovery order.

3. A status conference on the Objection and the Response was held before the Court on August 25, 2011, at which the Debtors and Ms. Dombeck participated. At the status conference, the parties consented to the Court's consideration of additional documentation and communications from Ms. Dombeck concerning Claim No. 3060, as a supplement to the Response, for the sole purpose of permitting the Court to adjudicate whether Claim No. 3060 states a cognizable claim or cause of action. The Debtors otherwise rely on the Objection and the oral argument made at the November 23, 2010 and August 25, 2011 hearings.

4. Consistent with the Court's directive to the Debtors at the August 25, 2011 hearing, the Debtors are submitting herewith a binder to chambers, with a copy to Ms. Dombeck, containing the following documents for the Court's consideration:

- a. a copy of Claim No. 3060;
- b. a copy of the Objection;
- c. a copy of the Response;
- d. a copy of the email communications from Ms. Dombeck to the Court, docketed by the Clerk of the Court on October 28, 2010 (Docket No. 6205);
- e. a copy of the November 23, 2010 hearing transcript;
- f. a copy of Ms. Dombeck's July 9, 2011 letter to the Court and counsel for the Debtors; and
- g. a copy of the August 25, 2011 hearing transcript.

5. Attached hereto as <u>Exhibit A</u> is a proposed form of order regarding (i) the submission of documents in connection with the Court's adjudication of the Debtors' Objection as it relates to the to Claim No. 3060 of Ms. Dombeck and (ii) the parties' reservation of rights in the event that the Court determines that further substantive proceedings are necessary for the adjudication of the Objection.

46429/0001-7894295v1

Dated: September 13, 2011

        SIDLEY AUSTIN LLP
        James F. Conlan
        Bryan Krakauer
        Kenneth P. Kansa
        Jillian K. Ludwig
        One South Dearborn Street
        Chicago, IL 60603
        Telephone: (312) 853-7000

        -and-

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

By: ___/s/_____
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        Telephone: (302) 652-3131

        ATTORNEYS FOR DEBTORS
        AND DEBTORS IN POSSESSION