# EXHIBIT 1

## Tribune Twenty-Sixth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Tarley Robinson, PLC<br>4808 Courthouse Street, Suite 102<br>Williamsburg, VA 23188 | Legal Editorial Review | $10,000.00 |
| Grier & Waranch LLC<br>102 W Pennsylvania Ave # 202<br>Baltimore, MD 21204 | Collections | $5,000.00 |