# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket No. 9768** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Cancelled Agenda_DI 9768_Aff_9-12-11.doc

2. On September 12, 2011, I caused to be served the "*[Cancelled]* Notice of Agenda of Matters Scheduled for Hearing on September 14, 2011 at 2:00 P.M. before the Honorable Kevin J. Carey," dated September 12, 2011 [Docket No. 9768], by causing true and correct copies to be:

    i.    delivered via facsimile to those parties listed on the annexed Exhibit A, and

    ii.    delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
13th day of September, 2011

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

-2-

**EXHIBIT A**

| **Name** | **Fax** |
|---|---|
| Office of the United States Trustee  Attn: David M Klauder | 302-573-6497 |
| Landis Rath & Cobb LLP  Attn: Adam G Landis | 302-467-4450 |
| Landis Rath & Cobb LLP  Attn: Matthew B McGuire | 302-467-4450 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Mark D Collins | 302-651-7701 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-498-7531 |
| Richards, Layton & Finger, P.A.  Attn: Robert J Stern Jr | 302-651-7701 |
| U. S. Attorney's Office  Attn: Ellen W Slights | 302-573-6431 |
| DLA Piper LLP (US)  Attn: Stuart M Brown | 302-394-2341 |
| DLA Piper LLP (US)  Attn: R.Craig Martin | 302-394-2341 |
| DLA Piper LLP (US)  Attn: Michelle E. Marino | 302-394-2341 |
| Potter Anderson & Corroon LLP  Attn: Laurie Silverstein | 302-658-1192 |
| McCarter & English, LLP  Attn: Katherine L Mayer | 302-984-6399 |
| Wilmington Trust Company  Attn: Patrick J Healy Vice President | 302-636-4148 |
| Seitz, van Ogtrop & Green, P.A.  Attn: R Karl Hill | 302-888-0606 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-656-3714 |
| Elliott Greenleaf  Attn: William M Kelleher | 302-384-9399 |
| The Rosner Law Group LLC  Attn: Frederick B Rosner | 302-351-8010 |
| The Rosner Law Group LLC  Attn: Scott J Leonhardt | 302-351-8010 |
| Cooch and Taylor, P.A.  Attn: Susan E Kaufman | 302-984-3939 |
| Cross & Simon, LLC  Attn: Christopher P Simon | 302-777-4224 |
| Cross & Simon, LLC  Attn: Joseph Grey | 302-777-4224 |
| Cozen O'Connor  Attn: Mark E Felger | 302-295-2013 |
| Archer & Greiner, P.C.  Attn: John V Fiorella | 302-777-4352 |
| Archer & Greiner, P.C.  Attn: Charles J Brown | 302-777-4352 |
| Brown Stone Nimeroff LLC  Attn: Jami B Nimeroff | 302-351-2744 |
| Pepper Hamilton LLP  Attn: David B Stratton | 302-421-8390 |
| Pepper Hamilton LLP  Attn: John H Schanne II | 302-421-8390 |
| Eckert, Seamans, Cherin & Mellott, LLC  Attn: Margaret F England | 302-425-0432 |
| Monzack Mersky McLaughlin & Browder, P.A.  Attn: Rachel B Mersky | 302-656-2769 |
| Pinckney, Harris & Weidinger, LLC  Attn: Donna Harris | 302-442-7046 |
| Hiller & Arban, LLC  Attn: Adam Hiller | 302-442-7045 |
| Bifferato LLC  Attn: Ian Connor Bifferato | 302-254-5383 |
| Bifferato LLC  Attn: Kevin G Collins | 302-254-5383 |
| Bifferato LLC  Attn: Thomas F Driscoll | 302-254-5383 |
| Bifferato LLC  Attn: J Zachary Haupt | 302-254-5383 |
| Duane Morris LLP  Attn: Michael R Lastowski | 302-657-4901 |
| Duane Morris LLP  Attn: Sommer L Ross | 302-657-4901 |
| Ashby & Geddes, P.A.  Attn: William Bowden | 302-654-2067 |
| Ashby & Geddes, P.A.  Attn: Amanda M Winfree | 302-654-2067 |
| Ashby & Geddes, P.A.  Attn: Karen B Skomorucha | 302-654-2067 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Laura Davis Jones | 302-652-4400 |
| Pachulski Stang Ziehl & Jones LLP  Attn: Timothy P Cairns | 302-652-4400 |
| Young Conaway Stargatt & Taylor, LLP  Attn: Robert S Brady | 302-571-1253 |
| Young Conaway Stargatt & Taylor, LLP  Attn: M Blake Cleary | 302-571-1253 |
| Barnes & Thornburg LLP  Attn: David M Powlen | 317-231-7433 |

| | |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP  Attn: Joseph L Christensen | 302-655-4420 |
| Fox Rothschild LLP  Attn: Jeffrey M Schlerf | 302-656-8920 |
| Fox Rothschild LLP  Attn: John H Strock | 302-656-8920 |
| Greenberg Traurig, LLP  Attn: Dennis A Meloro | 302-661-7360 |
| Bifferato Gentilotti LLC  Attn: Garvan F McDaniel | 302-429-8600 |
| Blank Rome LLP  Attn: David W Carickhoff | 302-425-6464 |
| Duane Morris LLP  Attn: Richard W Riley | 302-657-4901 |
| Sullivan Hazeltine Allinson LLC  Attn: William Hazeltine | 302-428-8195 |
| Sullivan Hazeltine Allinson LLC  Attn: William D Sullivan | 302-428-8195 |
| Sullivan Hazeltine Allinson LLC  Attn: Elihu E Allinson III | 302-428-8195 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Derek C Abbott | 302-658-3989 |
| Morris, Nichols, Arsht & Tunnell LLP  Attn: Curtis S Miller | 302-658-3989 |
| Ballard Spahr LLP  Attn: Christopher S Chow | 302-252-4466 |
| Ballard Spahr LLP  Attn: Leslie C Heilman | 302-252-4466 |
| Duane Morris LLP  Attn: Lawrence J Kotler | 302-657-4901 |
| Morgan, Lewis & Bockius LLP  Attn: Colm F Connolly | 302-574-3001 |
| Klehr Harrison Harvey Branzburg LLP  Attn: Michael W Yurkewicz | 302-426-9193 |
| Eckert Seamans Cherin & Mellott, LLC  Attn: Tara L Lattomus | 302-425-0432 |
| Loizides, P.A.  Attn: Christopher D Loizides | 302-654-0728 |
| Bayard, P.A.  Attn: Justin R Alberto | 302-658-6395 |
| Polsinelli Shughart PC  Attn: Christopher A Ward | 302-252-0921 |
| Tybout Redfearn and Pell  Attn: Sherry Ruggiero Fallon | 302-658-4018 |
| Phillips, Goldman & Spence, P.A.  Attn: John C Phillips | 302-655-4210 |
| Silverman McDonald & Friedman  Attn: Brian E Lutness | 302-888-2923 |
| Margolis Edelstein  Attn: James E Huggett | 302-888-1119 |
| A.M. Saccullo Legal, LLC  Attn: Anthony M Saccullo | 302-836-8787 |
| A.M. Saccullo Legal, LLC  Attn: Thomas H Kovach | 302-836-8787 |
| Sidley Austin LLP  Attn: James F Conlan | 312-853-7036 |
| Sidley Austin LLP  Attn:  Bryan Krakauer | 312-853-7036 |
| Sidley Austin LLP  Attn: Kevin T Lantry | 213-896-6600 |
| Chadbourne & Parke LLP  Attn: Howard Seife | 212-541-5369 |
| Chadbourne & Parke LLP  Attn: David M LeMay | 212-541-5369 |
| Chadbourne & Parke LLP  Attn: Douglas E Deutsche | 212-541-5369 |
| Zuckerman Spaeder LLP  Attn: Graeme W Bush | 202-822-8106 |
| Zuckerman Spaeder LLP  Attn: James  Sottile | 202-822-8106 |
| Davis Polk & Wardwell  Attn: Dennis E Glazer | 212-607-7999 |
| Davis Polk & Wardwell  Attn: Elliot Moskowitz | 212-607-7999 |
| Davis Polk & Wardwell  Attn: Michael Russano | 212-607-7999 |
| Kaye Scholer LLP  Attn: Madlyn Gleich Primoff | 212-836-6525 |
| Kaye Scholer LLP  Attn: Jane W Parver | 212-836-6525 |
| Kaye Scholer LLP  Attn: Joseph W Drayton | 212-836-6525 |
| Mayer Brown LLP  Attn: Frederick D Hyman | 212-262-1910 |
| Mayer Brown LLP  Attn: Brian Trust | 212-262-1910 |
| Mayer Brown LLP  Attn: Amit K Trehan | 212-262-1910 |
| Mayer Brown LLP  Attn: Barbara Yan | 212-262-1910 |
| Brown Rudnick LLP  Attn: Robert J Stark | 212-209-4801 |
| Brown Rudnick LLP  Attn: Martin S Siegel | 212-209-4801 |

| | |
|---|---|
| Brown Rudnick LLP  Attn: Gordon Z Novod | 212-209-4801 |
| Brown Rudnick LLP  Attn: Katherine S Bromberg | 212-209-4801 |
| Lerman Senter, PLLC  Attn: Meredith S Senter Jr | 202-429-4618 |
| Lerman Senter, PLLC  Attn: Sally A Buckman | 202-429-4618 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Daniel H Golden | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: David M Zensky | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Abid Qureshi | 212-872-1002 |
| Akin Gump Strauss Hauer & Feld LLP  Attn: Deborah J Newman | 212-872-1002 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: Edward A Friedman | 212-833-1250 |
| Friedman Kaplan Seiler & Adelman LLP  Attn: William P Weintraub | 212-833-1250 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: David S Rosner | 212-506-1800 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: Andrew K Glenn | 212-506-1800 |
| Kasowitz, Benson, Torres & Friedman LLP  Attn: Sheron Korpus | 212-506-1800 |
| McCarter & English, LLP  Attn: David Adler | 212-609-6921 |
| Dewey & Leboeuf LLP  Attn: Bruce Bennett | 213-621-6100 |
| Dewey & Leboeuf LLP  Attn: James O Johnston | 213-621-6100 |
| Dewey & Leboeuf LLP  Attn: Joshua M Mester | 213-621-6100 |
| Wilmer Cutler Pickering Hale and Dorr LLP  Attn: Andrew Goldman | 212-230-8888 |
| Paul, Weiss, Rifkind,Wharton & Garrison LLP  Attn: Stephen J Shimshak | 212-757-3990 |
| Paul, Weiss, Rifkind,Wharton & Garrison LLP  Attn: Andrew Gorden | 212-492-0543 |
| O'Melveny & Myers LLP  Attn: Bradley Butwin | 212-326-2061 |
| O'Melveny & Myers LLP  Attn: Daniel S Shamah | 212-326-2061 |
| O'Melveny & Myers LLP  Attn: Evan M Jones | 213-430-6407 |
| Jenner & Block LLP  Attn: David J Bradford | 312-527-0484 |
| Jenner & Block LLP  Attn: Catherine L Steege | 312-527-0484 |
| Jenner & Block LLP  Attn: Andrew W Vail | 312-527-0484 |
| Meites, Mulder, Mollica & Glink  Attn: Paul W. Mollica | 312-263-2942 |
| Lewis, Feinberg, Lee, et al.  Attn: Angelica K. Jongco | 510-839-7839 |
| Lewis, Feinberg, Lee, et al.  Attn: Nina Wasow | 510-839-7839 |

**EXHIBIT B**

### *Email Address*

andrea.saavedra@weil.com
avail@jenner.com
bankruptcy@potteranderson.com
bdewitt@chubb.com
brown@lrclaw.com
bth@hannafanlaw.com
carickhoff@blankrome.com
cbifferato@bifferato.com
cconnolly@morganlewis.com
charles.harper@quarles.com
charles.jackson@morganlewis.com
csimon@crosslaw.com
csteege@jenner.com
daniel.polatsek@kattenlaw.com
dbradford@jenner.com
dfeinberg@lewisfeinberg.com
dlynch@hcc-global.com
dneier@winston.com
doug.hinson@alston.com
douglas.noah@wilsonelser.com
dshmikler@sperling-law.com
fmonaco@wcsr.com
frye@wildman.com
gcarver@travelers.com
gdougherty@grippoelden.com
gerson.leonard@dol.gov
gerson.leonard@dol.gov
ggsmith@chubb.com
gina.spiegelman@kirkland.com
goldberg.elizabeth@dol.gov
goldberg.elizabeth@dol.gov
gzweig@llf-law.com
heri.christine@dol.gov
hlevi@llf-law.com
jcp@pgslaw.com
jeff.rich@klgates.com
jessica.lermond@chartisinsurance.com
john.hockenbury@dbr.com
jonathan.polkes@weil.com
joseph.bailey@dbr.com
joshua.gadharf@kattenlaw.com
jschlerf@foxrothschild.com
jteitelbaum@tblawllp.com
kcollins@bifferato.com
kmelvin@wileyrein.com
lauren.casazza@kirkland.com
leonard.shifflett@quarles.com
meltzere@pepperlaw.com
michael.hynes@dlapiper.com
mjoyce@crosslaw.com

mmartin@wileyrein.com
mminer@winston.com
mmmulder@mmmglaw.com
mpullos@winston.com
mzelmanovitz@morganlewis.com
pgregory@cpmlegal.com
pomalley@cpmlegal.com
ray.rezner@bfkn.com
rmauceri@morganlewis.com
schloss.michael@dol.gov
schloss.michael@dol.gov
sflorsheim@sperling-law.com
tbecker@morganlewis.com
tdriscoll@bifferato.com
thomas.labuda@snrdenton.com
thoran@wcsr.com
tjackson@lewisfeinberg.com
tnohos@dl.com
trmeites@mmmglaw.com
vherron@abelsonherron.com
victorhendrickson@dwt.com
vincent.ansiaux@wilsonelser.com
yonatan.gelblum@usdoj.gov
zhaupt@bifferato.com

| Name | Email Address | Firm |
|---|---|---|
| Adam H. Friedman, Esquire | afriedman@olshanlaw.com | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Andrew K. Glenn, Esquire | aglenn@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Andrew W. Hammond, Esquire | ahammond@whitecase.com | White & Case |
| Andrew Goldman, Esquire | andrew.goldman@wilmerhale.com | WilmerHale |
| Allison Ross, Esquire | aross@sidley.com | Sidley Austin LLP |
| Amanda Winfree, Esquire | awinfree@ashby-geddes.com | Ashby & Geddes |
| Brad Erens, Esquire | bberens@jonesday.com | Jones Day |
| Bruce Bennett, Esquire | bbennett@dl.co | Dewey & Leboeuf LLP |
| Bryan Krakauer, Esquire | bkrakauer@sidley.com | Sidley Austin LLP |
| David W. Carickhoff, Esquire | carickhoff@blankrome.com | Blank Rome LLP |
| Mark D. Collins, Esquire | collins@rlf.com | Richards, Layton & Finger, P.A. |
| Mark Collins, Esquire, Esquire | collins@rlf.com | Richards, Layton & Finger,  P.A. |
| Derek Abbott, Esquire | dabbott@mnat.com | Morris Nichols Arsht & Tunnell LLP |
| David Adler, Esquire | dadler@mccarter.com | McCarter & English LLP |
| Damian S. Schaible, Esquire | damian.schaible@davispolk.com | Davis Polk & Wardwell LLP |
| David M. Klauder, Trial Attorney | david.klauder@usdoj.gov | Office of the United States Trustee |
| David J. Bradford, Esquire | dbradford@jenner.com | Jenner & Block LLP |
| Deanna Davidian, Esquire | ddavidian@arkin-law.com | Arkin Kaplan Rice LLP |
| Douglas E. Deutsch, Esquire | ddeutsch@chadbourne.com | Chadbourne & Parke LLP |
| D. Eldersveld | deldersveld@tribune.com | Tribune Company |
| Dennis E. Glazer, Esquire | dennis.glazer@davispolk.com | Davis Polk & Wardwell LLP |
| Daniel A. Fliman, Esquire | dfliman@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| David G. Heiman, Esquire | dgheiman@jonesday.com | Jones Day |
| Daniel H. Golden, Esquire | dgolden@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| David G. Hille, Esquire | dhille@whitecase.com | White & Case |
| David M. LeMay, Esquire | dlemay@chadbourne.com | Chadbourne & Parke LLP |
| Don Liebentritt, Executive VP/GC | dliebentritt@tribune.com | Tribune Company |
| Donald S. Bernstein, Esquire | donald.bernstein@davispolk.com | Davis Polk & Wardwell LLP |
| David S. Rosner, Esquire | drosner@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Drew Sloan, Esquire | dsloan@rlf.com | Richards, Layton & Finger, P.A. |
| Edward Friedman, Esquire | efriedman@fklaw.com | Friedman Kaplan Seiler & Adelman LLP |
| Eli Vonnegut, Esquire | eli.vonnegut@davispolk.com | Davis Polk & Wardwell LLP |
| Elihu E. Allinson, III, Esquire | zallinson@sha-llc.com | Sullivan Hazeltine Allinson LLC |
| Elliott Moskowitz, Esquire | elliott.moskowitz@davispolk.com | Davis Polk & Wardwell LLP |
| Eric M. Sutty, Esquire | esutty@foxrothschild.com | Fox Rothschild LLP |
| Fredrick J. Levy, Esquire | flevy@olshanlaw.com | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Graeme Bush, Esquire | gbush@zuckerman.com | Zuckerman Spaeder LLP |
| Gregory Demo, Esquire | gdemo@sidley.com | Sidley Austin LLP |
| Garvan McDaniel, Esquire | gmcdaniel@bglawde.com | Bifferato Gentilotti |
| G. Novod. Esquire | gnovod@brownrudnick.com | Brown Rudnick LLP |
| Howard J. Kaplan, Esquire | hkaplan@arkin-law.com | Arkin Kaplan Rice LLP |
| Howard Seife, Esquire | hseife@chadbourne.com | Chadbourne & Parke LLP |
| James Bendernagel, Esquire | jbendernagel@sidley.com | Sidley Austin LLP |
| Jessica Boelter, Esquire | jboelter@sidley.com | Sidley Austin LLP |
| James F. Conlan, Esquire | jconlan@sidley.com | Sidley Austin LLP |
| James O. Johnston, Esquire | jjohnston@dl.com | Dewey & Leboeuf LLP |
| Jeffrey Schlerf, Esquire | jschlerf@foxrothschild.com | Fox Rothschild LLP |
| James Sottile, Esquire | jsottile@zuckerman.com | Zuckerman Spaeder LLP |
| Katherine S. Bromberg, Esquire | kbromberg@brownrudnick.com | Brown Rudnick LLP |
| Kenneth Kansa | kkansa@sidley.com | Sidley Austin LLP |
| K. Landtry, Esquire | klantry@sidley.com | Sidley Austin LLP |
| Katherine L. Mayer, Esquire | kmayer@mccarter.com | McCarter & English LLP |
| Kerriann Mills, Esquire | kmills@sidley.com | Sidley Austin LLP |
| Kate Stickles, Esquire | kstickles@coleschotz.com | Cole, Schotz, Meisel, Forman & Leonard, P.A. |
| Kristina Wesch, Esquire | kwesch@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| Adam Landis, Esquire | landis@lrclaw.com | Landis, Rath & Cobb |
| Laurie E. Hutchins, Esquire | lhutchins@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| M. Blake Cleary, Esquire | mbcleary@ycst.com | Young Conaway Stargatt & Taylor LL |
| J. Mester, Esquire | jmester@dl.com | Dewey & Leboeuf LLP |
| Michael Russano, Esquire | michael.russano@davispolk.com | Davis Polk & Wardwell LLP |
| Martin S. Siegel, Esquire | msiegel@brownrudnick.com | Brown Rudnick LLP |
| Matthew B. Stein, Esquire | mstein@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Norman Pernick, Esquire | npernick@coleschotz.com | Cole, Schotz, Meisel, Forman & Leonard, P.A. |
| Philip C. Dublin, Esquire | pdublin@akingump.com | Akin Gump Strauss Hauer & Feld LLP |
| Robert S. Brady, Esquire | rbrady@ycst.com | Young Conaway Stargatt & Taylor LLP |
| Robert J. Stark, Esquire | rstark@brownrudnick.com | Brown Rudnick LLP |
| Scott Greissman, Esquire | sgreissman@whitecase.com | White & Case |
| Sheron Korpus, Esquire | skorpus@kasowitz.com | Kasowitz, Benson, Torres & Friedman LLP |
| Robert Stearn, Esquire, Esquire | stearn@rlf.com | Richards, Layton & Finger,  P.A. |
| Steve Wolosky, Esquire | swolosky@olshanlaw.com | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Thomas E. Lauria, Esquire | tlauria@whitecase.com | White & Case |
| Thomas MacCauley, Esquire | tmacauley@zuckerman.com | Zuckerman Spaeder LLP |
| William Bowden, Esquire | wbowden@ashby-geddes.com | Ashby & Geddes |
| William D. Sullivan, Esquire | bsullivan@sha-llc.com | Sullivan Hazeltine Allinson LLC |
| William P. Weintraub, Esquire | wweintraub@fklaw.com | Friedman Kaplan Seiler & Adelman LLP |