# EXHIBIT "A"

81117 v1

## EXHIBIT "A" – SUMMARY SHEET

June 1, 2011 through and including June 30, 2011

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $490.00 | 6.7 | $3,283.00 |
| R. Karl Hill | Partner; admitted DE 1989 | 1989 | $350.00 | 2.05 | $717.50 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $325.00 | 2.70 | $877.50 |
| Susan Pappa | Paralegal | N/A | $110.00 | 1.5 | $165.00 |
| | | | Total | 12.95 | $5,043.00 |

**Blended Rate: $389.42**

81117 v1