# EXHIBIT "B"

81117 v1

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

| | |
|---|---|
| Offi Comm of Unsecured Cred Tribune Company et al | Page: 1<br>September 14, 2011<br>Account No:     30402-001M<br>Statement No:         26850 |

Tribune

Draft Statement

For Services Rendered Through 06/30/2011

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/02/2011 | JSG | Review and finalize Entry of Appearance; e-mails regarding same (Case Admin.) | 0.50 |
| 06/03/2011 | SLP | File Entry of Appearance; E-mail(s) re service; Teleconference with Parcels; Serve Entry of Appearance on 2002 list (Case Admin.) | 0.50 |
| 06/04/2011 | JSG | Review filings regarding findings of fact and conclusions of law (Case Admin.) | 0.50 |
| 06/09/2011 | JSG | Review summons and notice of pretrial conference in an adversary proceeding (Case Admin.) | 0.50 |
| 06/10/2011 | JSG | Review multiple notices of service of summons and notice of pretrial (Case Admin.) | 0.30 |
| 06/13/2011 | JSG | Review numerous filings (Case Admin.) | 0.20 |
| 06/16/2011 | RKH | Motion re: admission of documents into evidence [Dkt. 9150] (0.55); Noteholders Proposed Finding of Fact and Conclusions of law (FCC Supp.) (0.75) (Case Admin.) | 2.05 |
| 06/21/2011 | PPM | Receipt and review email from Mr. Caridas re: assistance with filing certificates of service re: lender complaint; Conference with Mr. Green re: same; Emails to/from Mr. Green and Mr. Cardias re: logistics for service of same (Case Admin.) | 0.60 |
| | JSG | Review emails regarding service of summons and notice of pretrial; | |

Offi Comm of Unsecured Cred Tribune Company et al

Tribune

Page: 2
September 14, 2011
Account No:   30402-001M
Statement No:   26850

| | | Hours | |
|---|---|---:|---:|
| | Teleconference with LRC regarding same; Legal research regarding local counsel duties (Case Admin.) | 0.70 | |
| SLP | Conference with Patricia McGonigle regarding e-mail from Andrew Caridas; Reviewing Bankruptcy Administrative Procedures; Conference with James S. Green; E-mails from Mr. Caridas; Teleconference with Victor Schwaiger/Parcels (Case Admin.) | 0.50 | |
| 06/22/2011 | | | |
| PPM | Emails with Mr. Green and Mr. Caridas re: service issues (Case Admin.) | 0.40 | |
| PPM | Receipt and review multiple emails from Mr. Green re: assistance to be provided to Zuckerman office and additional work for Committee; Receipt and review Summons and Notices of Pretrial Conferences to be filed; Draft Certificate of Service (Case Admin.) | 1.50 | |
| SLP | Teleconference with Victor Schwaiger/Parcels; E-mail from Mr. Schwaiger enclosing documents to be filed; E-mail to Mr. Schwaiger providing Certificate of Service (Case Admin.) | 0.30 | |
| JSG | Emails with James Sotille and Alan Landis regarding service as local counsel to Zuckerman Spaeder; Review and file notices of service of summons, Complaint and Notice of Pretrial (Case Admin.) | 1.50 | |
| 06/23/2011 | | | |
| SLP | Voice mail from Victor Schwaiger/Parcels regarding Certification; E-mail to same (Case Admin.) | 0.10 | |
| 06/24/2011 | | | |
| PPM | Receipt and review update from Parcel's re: filings (Case Admin.) | 0.20 | |
| SLP | Teleconference with and e-mail from Victor Schwaiger regarding Summons not filed; E-mail from Patricia McGonigle (Case Admin.) | 0.10 | |
| 06/27/2011 | | | |
| JSG | Review fee applications; Draft fee application (Fee App.) | 1.00 | |
| 06/30/2011 | | | |
| JSG | Review petitions of LRC and Zuckerman Spaeder for compensation; Draft SVG application for compensation for April and May (1st application) Review time records (Fee App.) | 1.50 | |
| | For Current Services Rendered | 12.95 | 5,043.00 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| James S. Green | 6.70 | $490.00 | $3,283.00 |
| R. Karl Hill | 2.05 | 350.00 | 717.50 |
| Patricia P. McGonigle | 2.70 | 325.00 | 877.50 |
| Susan L. Pappa | 1.50 | 110.00 | 165.00 |

### Expenses

Paid to Parcels for document service (624 Bankruptcy Service copies, 208

Page: 3
Offi Comm of Unsecured Cred Tribune Company et al                                      September 14, 2011
                                                                        Account No:        30402-001M
                                                                        Statement No:          26850
Tribune

| | |
|---|---:|
| Envelopes, $178.20 postage and 29 hand deliveries) | 321.72 |
| Photocopies | 2.90 |
| Courier fees | 195.00 |
| <u>Reimbursable Costs</u> Thru 06/30/2011 | 519.62 |
| Total Current Work | 5,562.62 |
| Balance Due | $5,562.62 |

Billing History
| <u>Fees</u> | <u>Expenses</u> | <u>Finance Charge</u> | <u>Payments</u> |
|---|---|---|---|
| 5,043.00 | 519.62 | 0.00 | 0.00 |

Please Remit                                                                                     $5,562.62

*Remittance is due and payable upon receipt. Thank you.*