# EXHIBIT "C"

### STATEMENT OF EXPENSE

| | |
|---|---|
| Paid to Parcels for document service (624 Envelopes, $178.20 postage and 29 hand deliveries) | $321.72 |
| Photocopies | $ 2.90 |
| Courier fees | $195.00 |
| TOTAL: | $519.62 |

81117 v1