IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al.*,<br>　　　　　　　　　　　Debtors. | Chapter 11<br>Cases No. 08-13141 (KJC)<br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　)
　　　　　　　　　　　) SS
NEW CASTLE COUNTY　)

　　　Susan Pappa, being duly sworn according to law, deposes and says that she is employed by the law firm of Seitz, Van Ogtrop & Green, P.A., special conflicts counsel to the Official Committee of Unsecured Creditors in the above referenced case, and on the 15th day of September, 2011, she caused a copy of the following:

**SECOND MONTHLY APPLICATION OF SEITZ, VAN OGTROP & GREEN, P.A.,
SPECIAL CONFLICTS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331**

to be served upon the parties identified on the attached list in the manner indicated.

　　　　　　　　　　　　　　　　　　　　　　_Susan H Pappa_
　　　　　　　　　　　　　　　　　　　　　　Susan Pappa

SWORN TO AND SUBSCRIBED before me this 15th day of September, 2011.

　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　JAMES S. GREEN, SR. (DE0481)
　　　　　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　　　　Notary Public, State of Delaware
　　　　　　　　　　　　　　　　　　　　　　My Commission Has No Expiration Date
　　　　　　　　　　　　　　　　　　　　　　29 Del. C. §4323(a)(3)

81220 v1

# Tribune Company, et al.
# 08-13141 (KJC)

## Service List

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

*Via First Class Mail*
(Counsel to JPMorgan Chase Bank, N.A.)
Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Alicia Llosa Chang, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

*Via Hand Delivery*
(Counsel to Barclays Bank PLC)
Stuart M. Brown, Esq.
R. Craig Martin, Esq.
Michelle E. Marino, Esq.
DLA Piper LLP (US)
919 N. Market Street, Suite 1500
Wilmington, DE  19801

*Via Hand Delivery*
(Counsel to JPMorgan Chase Bank, N.A.)
Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, PA
920 North King Street
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Barclays)
Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019

*Via Hand Delivery*
David Klauder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

*Via First Class Mail*
(Fee Examiner)
W. Andrew Dalton, Esq.
Stuart Maue
3840 McKelvey Road
St. Louis, MO  63044

*Via First Class Mail*
(Debtors)
Mr. Vince Garlati
Tribune Company
435 N. Michigan Avenue
Chicago, IL  60611

*Via First Class Mail*
(Counsel to the Official Committee
of Unsecured Creditors)
Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

*Via Hand Delivery*
(Co-Counsel to the Official Committee
of Unsecured Creditors)
Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Kimberly A. Brown, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801