TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| 4X SOLUTIONS, INC.<br>305 WEST BROADWAY # 241<br>NEW YORK, NY 10013 | | Claim Number: 5105<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $23,170.00 | | | |
| 900 UNIVERSITY AVENUE<br>STUDENT SERVICES BUILDING 2103<br>RIVERSIDE, CA 92521 | | Claim Number: 3213<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $245.00 | | | |
| ABATEMARCO, FRED A.<br>25 CHAPEL PLACE, 3E<br>GREAT NECK, NY 11021 | | Claim Number: 3968<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $105,156.30 | Scheduled: | $58,175.00 UNLIQ | |
| ABBEY CAREGIVERS, LLC<br>2872 ARBELLA LN<br>THOUSAND OAKS, CA 91362-1757 | | Claim Number: 2962<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $325.00 | | | |
| ABOVENET COMMUNICATIONS, INC.<br>ATTN: THOMAS L. KELLY<br>360 HAMILTON AVENUE<br>WHITE PLAINS, NY 10601 | | Claim Number: 4983<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED | Claimed: | $12,697.72 | | Allowed: | $10,883.78 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| ACACIA MEDIA TECHNOLOGIES<br>500 NEWPORT CENTER DR   STE 700<br>NEWPORT NEWS, CA 92660 | | Claim Number: 2591<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
| UNSECURED | Claimed: | $58,951.09 |
| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | | Claim Number: 3625<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
| UNSECURED | Claimed: | $400.00 |
| ACCOUNTEMPS<br>2613 CAMINO RAMON #3<br>SAN RAMON, CA 94583-9128 | | Claim Number: 5976<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
| UNSECURED | Claimed: | $400.00 |
| ACE AMERICAN INSURANCE COMPANY<br>C/O MARGERY N. REED, ESQ<br>DUANE MORRIS LLP<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | | Claim Number: 5642<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
| SECURED | Claimed: | $33,334,456.00   UNLIQ CONT |
| ADP INC<br>ATTN: ANA SENZIG, MAIL STOP 110<br>400 COVINA BLVD<br>SAN DIMAS, CA 91773 | | Claim Number: 3097<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $237.10 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | | Claim Number: 6166<br>Claim Date: 08/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,129.66 | | |
| ADVANCED BOILER CONTROL SERVICE<br>8730 CLINE AVE<br>CROWN POINT, IN 46307 | | Claim Number: 2970<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,069.00 | Scheduled: | $2,069.85 |
| ADVOCATE FITNESS<br>OCCUPATIONAL HEALTH<br>PO BOX 70003<br>CHICAGO, IL 60673 | | Claim Number: 4658<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $27,423.07 | Scheduled: | $27,423.07 |
| AIG CASUALTY COMPANY ET AL<br>MICHELLE A. LEVITT AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | | Claim Number: 5017<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |
| AKBAR OMAR INC DEFINED BENEFIT PLAN TR<br>U-A 10-01-84<br>222 NORTH SUNSET AVE STE C<br>WEST COVINA, CA 91790-2278 | | Claim Number: 6532<br>Claim Date: 06/16/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $3,400.00 | Scheduled: | $3,400.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

ALCANTA, GERALD J.
5445 SELMARINE DR.
CULVER CITY, CA 90230

Claim Number: 3967
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,811.29 |
|---|---|---|

ALFANO, RICHARD S.
403 BRYN MEADOWS
SOUTHLAKE, TX 76092

Claim Number: 3966
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $56,537.94 | Scheduled: | $22,262.00  UNLIQ |
|---|---|---|---|---|

ALL DIRECT MAIL SERVICES INC
15392 COBALT ST
SYLMAR, CA 91342

Claim Number: 3384
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $300.00 |

ALLEN, JAMES
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4911
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

ALLEN, JAMES, ET AL
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4939
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

| UNSECURED | Claimed: | $1,500,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| ALLIANCE MAINTENANCE SERVICES<br>855 MORSE AVE<br>ELK GROVE VILLAGE, IL 60007 | Claim Number: 2147<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,243.25 | Scheduled: $41,243.25 |

| AMBROSE,JOHN DBA HOME RUN<br>DISTRIBUTIONS, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5857<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $109,749.64 | Scheduled: $0.00 UNLIQ |

| AMERICAN DOOR AND DOCK<br>2125 HAMMOND DRIVE<br>SCHAUMBURG, IL 60173 | Claim Number: 1949<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $342.25 | Scheduled: $342.25 |

| AMERICAN FEDERATION OF TELEVISION AND<br>RADIO ARTISTS HEALTH & RETIREMENT FUNDS<br>ATTN: JOE HARRIS<br>261 MADISON AVENUE<br>NEW YORK, NY 10016 | Claim Number: 4886<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

| AMERICAN FEDERATION OF TELEVISION AND<br>RADIO ARTISTS<br>ATTN: DEBRA OSOFSKY<br>261 MADISON AVENUE<br>NEW YORK, NY 10016 | Claim Number: 4891<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

AMERICAN TOWER CORPORATION
ATTENTION: DREW GALVIN
116 HUNTINGTON AVENUE
BOSTON, MA 02116

Claim Number: 3478
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| UNSECURED | Claimed: | $79,679.75 | Scheduled: | $64,463.19 |
|---|---|---|---|---|

AMINCO INTERNATIONAL
20571 CRESCENT BAY DRIVE
LAKE FOREST, CA 92630

Claim Number: 6671
Claim Date: 11/08/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 5913 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $1,959.00 |
|---|---|---|

AMMERDALE TRUST
C/O DAVID KISSI
PO BOX 77878
ONE MASSACHUSETTS AVE NE
WASHINGTON, DC 20013

Claim Number: 940
Claim Date: 02/13/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

AMORIM, KEVIN C.
5 DAWN DR.
EAST NORTHPORT, NY 11731

Claim Number: 5326
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

AMSDEN, HARRY
72 ROSE PLACE
CLARENDON HILLS, IL 60514

Claim Number: 3284
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $208,333.33 |
|---|---|---|

---

| AMSDEN, HARRY<br>72 ROSE PLACE<br>CLARENDON HILLS, IL 60514 | | Claim Number: 3287<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $391.48 | Scheduled: | $391.48 |
| ANDERSON, PATRICK<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4908<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| ANGEL COVERS<br>PO BOX 6891<br>BROOMFIELD, CO 80021 | | Claim Number: 5791<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| ANNAPOLIS WEST LIMITED PARTNERSHIP<br>RE: ANNAPOLIS 60 WEST ST<br>C/O THE LOUGHLIN MANAGEMENT GROUP<br>60 WEST ST., SUITE 204<br>ANNAPOLIS, MD 21401 | | Claim Number: 5933<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7791 (02/04/2011) | | |
| UNSECURED | Claimed: | $226,037.00 | | |
| ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | | Claim Number: 4117<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) | | |
| UNSECURED | Claimed: | $8,895.59 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

APERTA INC
DEPT 77534
PO BOX 77000
DETROIT, MI 48277-0534

Claim Number: 2024
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

ARAMARK UNIFORM & CAREER APPAREL, LLC
ET AL. - C/O SHEILA R. SCHWAGER
HAWLEY TROXELL ENNIS & HAWLEY LLP
PO BOX 1617
BOISE, ID 83701

Claim Number: 4645
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,696.26 |

ARAMARK UNIFORM & CAREER APPAREL, LLC
ET AL. - C/O SHEILA R. SCHWAGER
HAWLEY TROXELL ENNIS & HAWLEY LLP
PO BOX 1617
BOISE, ID 83701

Claim Number: 4648-02
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $813.37 |

ARANETA, VICTOR H
514 S HARVARD 307
LOS ANGELES, CA 90020-3559

Claim Number: 6706
Claim Date: 02/28/2011
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11.34 | Scheduled: | $11.34 |

ARIZONA REPUBLIC, THE
200 E VAN BUREN ST.
PHOENIX, AZ 85004

Claim Number: 2259
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,767.86 |

| | | | | |
|---|---|---|---|---|
| ARMSTRONG, MICHAEL C.<br>1683 GALLEON DRIVE<br>NAPLES, FL 34102 | | Claim Number: 3961<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $195,890.45 | Scheduled: | $180,694.35 |
| ARNOLD, GARY M.<br>910 FAR OAKS DR<br>CASEYVILLE, IL 62232 | | Claim Number: 3962<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $103,730.01 | Scheduled: | $80,634.46  UNLIQ |
| ARROW MESSENGER SERVICE<br>1322 W WALTON STREET<br>CHICAGO, IL 60642-5340 | | Claim Number: 5931<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $83.31 | Scheduled: | $50.61 |
| ARTHUR, JOHN M.<br>1506 GRANT STREET<br>SANTA MONICA, CA 90405 | | Claim Number: 3963<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $78,075.76 | Scheduled: | $47,352.09  UNLIQ |
| ARTINI-ZAK CORPORATION, INC.<br>ARTINI FINE JEWELRY, INC.<br>100 PLAZA REAL SOUTH, SUITE B<br>BOCA RATON, FL 33432 | | Claim Number: 838<br>Claim Date: 03/24/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5832<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,869.04 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: EASTLAKE STUDIO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1549<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 1270 (05/29/2009) | | |
| UNSECURED | Claimed: | $3,900.00 | Scheduled: | $3,900.00 |
| ASPELIN, JOHN<br>220 MONTGOMERY ST # 1009<br>SAN FRANCISCO, CA 94104 | | Claim Number: 3358<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $6,000.00   UNLIQ | | |
| ASSOCIATED LIBRARY SERVICE<br>500 N MICHIGAN AVE STE 300<br>CHICAGO, IL 60611-3775 | | Claim Number: 1762<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
| AT & T CORP<br>JAMES GRUDUS, ESQ<br>AT & T SERVICES, INC.<br>ONE AT & T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6309<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6641<br>This claim amends claim 6191 | | |
| UNSECURED | Claimed: | $620,015.62 | Scheduled: | $253,631.81 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| AT&T<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 618<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $88,507.96 |
| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 4104<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $1,000,773.25 |
| AT&T CORP.<br>AT&T SERVICE, INC.<br>ATTN: JOHN JACKSON, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6009<br>Claim Date: 07/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED | Claimed: | $992,488.01 |
| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6191<br>Claim Date: 09/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED | Claimed: | $1,011,939.62 |
| AT&T CORP.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6641<br>Claim Date: 08/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6309 |
| UNSECURED | Claimed: | $650,334.33 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AT&T DBA BELLSOUTH ADVERTISING & PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | | Claim Number: 619<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | | | |
| UNSECURED | Claimed: | $16,132.10 | | | | | |
| AT&T DBA BELLSOUTH ADVERTISING & PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | | Claim Number: 6198<br>Claim Date: 09/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 619 | | | | | |
| UNSECURED | Claimed: | $70,911.30 | | | | | |
| ATALA, ONALA M.<br>157 THOREAU DR<br>PLAINSBORO, NJ 08536 | | Claim Number: 5966<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| UNSECURED | Claimed: | $20,299.20 | | | | | |
| AUDIO IMPLEMENTS/GKC<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | | Claim Number: 424<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | | | |
| UNSECURED | Claimed: | $85.53 | | | | | |
| AUERBACH, ALEXANDER<br>C/O ALEXANDER AUEBACH & CO INC<br>3887 DIXIE CANYON AVE<br>SHERMAN OAKS, CA 91423-4839 | | Claim Number: 6487<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $952.00 | Allowed: | $952.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

| AUGUGULIARO, JOSEPH, INC. | Claim Number: 5862 | | |
|---|---|---|---|
| CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO | Claim Date: 06/18/2009 | | |
| 80-02 KEW GARDENS ROAD | Debtor: TRIBUNE COMPANY | | |
| KEW GARDENS, NY 11415 | Comments: EXPUNGED | | |
| | DOCKET: 4774 (06/14/2010) | | |

| UNSECURED | Claimed: | $106,108.10 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| AUTOMATED SOLUTIONS CORPORATION | Claim Number: 2991 |
|---|---|
| 3401 BRECKSVILLE ROAD | Claim Date: 05/20/2009 |
| RICHFIELD, OH 44286 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 4099 (04/19/2010) |

| UNSECURED | Claimed: | $580.00 |
|---|---|---|

| AUTOMATED SOLUTIONS CORPORATION | Claim Number: 3002 |
|---|---|
| 3402 BRECKSVILLE ROAD | Claim Date: 05/20/2009 |
| RICHFIELD, OH 44287 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 4099 (04/19/2010) |

| UNSECURED | Claimed: | $292.50 |
|---|---|---|

| AUTOMATED SOLUTIONS CORPORATION | Claim Number: 3005 |
|---|---|
| 3401 BRECKVILLE RD | Claim Date: 05/20/2009 |
| RICHFIELD, OH 44286 | Debtor: TRIBUNE COMPANY |
| | Comments: DOCKET: 4099 (04/19/2010) |

| UNSECURED | Claimed: | $1,582.50 |
|---|---|---|

| AVAYA INC. DBA EXPANETS | Claim Number: 15 |
|---|---|
| C/O RMS BANKRUPTCY SERVICES | Claim Date: 12/19/2008 |
| PO BOX 5126 | Debtor: TRIBUNE COMPANY |
| TIMONIUM, MD 21094 | |

| UNSECURED | Claimed: | $17.21 | Scheduled: | $73.74 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: WORLDNOW<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 4313-24<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $2,176.56 | Scheduled: | $2,176.56 | |
| AZIM FAKIR, DBA Z DISTRIBUTION, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5854<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $112,118.32 | Scheduled: | $0.00 UNLIQ | |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 595<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | | |
| UNSECURED | Claimed: | $228.99 | Scheduled: | $228.99 | |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 596<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | | |
| UNSECURED | Claimed: | $170.95 | | | |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 599<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | | |
| UNSECURED | Claimed: | $218.26 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

BAHNER, PETER G CUST PETER L BAHNER UTMA OH
1703 DEVONWOOD DR
ROCHESTER HILLS, MI 48306-3109

Claim Number: 6491
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |

---

BAILIS, KAREN
35-36 76TH ST.
#520
JACKSON HEIGHTS, NY 11372

Claim Number: 5122
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

BAKER & DANIELS LLP
ATTN: JAY JAFFE
600 EAST 96TH STREET, SUITE 600
INDIANAPOLIS, IN 46240

Claim Number: 315
Claim Date: 01/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,401.31 | |
| TOTAL | Claimed: | $8,401.50 | |

---

BAKER & DANIELS LLP
ATTN: JAY JAFFE
600 EAST 96TH STREET, SUITE 600
INDIANAPOLIS, IN 46240

Claim Number: 952
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 315

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,040.50 | Scheduled: | $6,935.00 |

---

BALAZS, JEFFREY
10330 MARLOU DRIVE
MUNSTER, IN 46321

Claim Number: 2741
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5,050.98 | |

---

| | | |
|---|---|---|
| BALLINGER, BRENT<br>5804 WOODLAND RD<br>BARTLESVILLE, OK 74006 | | Claim Number: 6032<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $1,014,960.00 |
| BANK OF AMERICA PENSION PLAN<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | | Claim Number: 1326<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
| UNSECURED | Claimed: | $535,857.00   UNLIQ |
| BANK OF INDIA<br>227 PARK AVENUE<br>NEW YORK, NY 10172-0083 | | Claim Number: 3105<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $3,940,000.00   UNLIQ |
| BANNON, MARIE L<br>7515 NANTUCKET DR<br>#102<br>DARIEN, IL 60561 | | Claim Number: 2730<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY |
| SECURED | Claimed: | $445.33 |
| BANNON, MICHAEL<br>1022 4TH AVE<br>PROSPECT PARK, PA 19076 | | Claim Number: 5695<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

BARBER, ALLEEN
85-29 121ST ST.
KEW GARDENS, NY 11415

Claim Number: 5311
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

BARLOW, WILLIAM H.
15507 SADDLEBACK RD.
SANTA CLARITA, CA 91387

Claim Number: 3964
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $30,213.16 |
|---|---|---|

---

BARNBY, NANCY W.
CHARLES SCHWAB & CO. INC. CUSTODIAN
IRA ROLLOVER
169 SPRUCE AVE
MENLO PARK, CA 94025-3039

Claim Number: 6025
Claim Date: 07/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $45,673.20 |
|---|---|---|

---

BARNHARDT, VELMA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4916
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

BARRETT, DAVID S.
257 OXFORD STREET
HARTFORD, CT 06105-2249

Claim Number: 3965
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $4,685.88 | Scheduled: | $4,477.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| BARRETT, J LARRE<br>14 DRYPETES COURT EAST<br>HOMOSASSA, FL 34446 | | Claim Number: 6022<br>Claim Date: 07/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $7,496.00 | | | |
| BARRIERE, JOSE M<br>1363 W. 39TH STREET<br>LOS ANGELES, CA 90062 | | Claim Number: 2343<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $14,124.20 | | | |
| BARRY COUNTY TREASURER<br>220 W. STATE ST.<br>HASTINGS, MI 49058 | | Claim Number: 1617<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | Claim out of balance | |
| PRIORITY<br>SECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $423.62<br>$423.62<br>$423.62 | | | |
| BARTZ, JAROLD M.<br>650 AURORA AVE.<br>SANTA BARBARA, CA 93109 | | Claim Number: 5810<br>Claim Date: 06/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $202,992.00 | | | |
| BARWICK, BRUCE E.<br>3913 HAWTHORN RD<br>ELLICOTT CITY, MD 21042 | | Claim Number: 3932<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $46,913.69 | Scheduled: | $21,985.00  UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| BATES, IVAN J.<br>BRIAN K. TELFAIR, ESQUIRE<br>THE TELFAIR LAW FIRM<br>3007 BROOK ROAD<br>RICHMOND, VA 23227 | | Claim Number: 6643<br>Claim Date: 08/25/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 6251 (11/08/2010) |

| UNSECURED | Claimed: | $0.00  CONT | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| BAUMBACH, JAMES<br>355 S WELLWOOD AVE<br>LINDENHURST, NY 11757 | | Claim Number: 5069<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| BAXTER, TODD<br>2121 W. DIVISION ST. # 5<br>CHICAGO, IL 60622 | | Claim Number: 6648<br>Claim Date: 09/10/2010<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $2,500.00 |
|---|---|---|

| | | |
|---|---|---|
| BEARD, ARTHUR<br>3569 KARIYA DR<br>MISSISSAUGA, ON L5B 3J2<br>CANADA | | Claim Number: 5805<br>Claim Date: 06/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $241.81/month for life |

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $241.81 |
|---|---|---|---|---|

| | | |
|---|---|---|
| BEARD, ARTHUR<br>3569 KARIYA DR<br>MISSISSAUGA, ON L5B 3J2<br>CANADA | | Claim Number: 5806<br>Claim Date: 06/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 5805<br>Claimant asserts $241.81 per month for life. |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| BECKER, TODD A.<br>1539 CREST DR<br>ALTADENA, CA 91001-1838 | | Claim Number: 3933<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $130,317.53 | Scheduled: | $114,039.34 |
| BELL, GEORGE<br>240 DUDLEY ST.<br>BROOKLINE, MA 02455 | | Claim Number: 3934<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $21,758.70 | | |
| BELL, SUSAN P.<br>14081 MONTGOMERY DR.<br>WESTMINSTER, CA 92683 | | Claim Number: 3935<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $43,290.37 | | |
| BERGMANN, HORST A.<br>4261 PRESERVE PARKWAY SOUTH<br>GREENWOOD VILLAGE, CO 80121-2188 | | Claim Number: 3936<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $5,868,608.14 | Scheduled: | $4,111,376.00  UNLIQ |
| BERNZWEIG, JASON<br>12 FERN DRIVE<br>COMMACK, NY 11725 | | Claim Number: 5085<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $60,000.00 | | |

| BIRKENTALL, ROBERT<br>947 NORTH HUMPHREY AVENUE<br>OAK PARK, IL 60302 | Claim Number: 5881<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) | | | | | |

| PRIORITY | Claimed: | $10,950.00 | | | | |
| UNSECURED | Claimed: | $22,350.00 | | | | |

| BIRMAN, BATHSHEBA<br>6000 N CICERO AVE NO. 308<br>CHICAGO, IL 60646 | Claim Number: 5284<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | | | |

| PRIORITY | Claimed: | $1,284.00 | | | | |

| BIRMINGHAM, JOHN<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE WILDMAN, HARROLD, ALLEN<br>225 W. WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 6744<br>Claim Date: 04/08/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8748 (04/25/2011) | | | | | |

| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

| BLEIMAN, ANDREW & BLEIMAN JT TEN<br>1610 MONTGOMERY RD<br>DEERFIELD, IL 60015-2631 | Claim Number: 6486<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |

| BLOCK, DUANE L., DR.<br>BENEFICIARY CONTROLLED IRA<br>3699 BROOKSIDE DRIVE<br>BLOOMFIELD HILLS, MI 48302 | Claim Number: 5567<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |

| SECURED | Claimed: | $50,767.81 | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

BLOOD, EDWARD L.
5310 E. HELENA DRIVE
SCOTTSDALE, AZ 85254-7526

Claim Number: 3937
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $85,974.55 | Scheduled: | $61,646.00 UNLIQ |
|---|---|---|---|---|

BOIGER, ELISABETH C.
PATER-PETRUS ST. 18
ROSENHEIM, 83022
GERMANY

Claim Number: 3242
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $21,102.86 |
|---|---|---|

BOLLING, C.B.
410 PINE GROVE RD
ROSWELL, GA 30075

Claim Number: 5971
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $60,897.60 |
|---|---|---|

BOLLINGER & GARVEY BOLLINGER
ATTN: JAMES R. PRENDERGAST, CFO
500 W MADISON ST NO. 2300
CHICAGO, IL 60661

Claim Number: 3424
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,631.25 |
|---|---|---|

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3725
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $513.95 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| BOLTON, PERRY J.<br>200 S BEACH RD.<br>HOBE SOUND, FL 33455 | | Claim Number: 887<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|---|
| UNSECURED | Claimed: | $80,000.00 |
| BONAR, SAMANTHA<br>1922 GARFIAS DR<br>PASADENA, CA 91104 | | Claim Number: 2437<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| BONARDI, DOROTHY A.<br>580 BALDWIN DRIVE<br>WEST HEMPSTEAD, NY 11552 | | Claim Number: 5068<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| BOND, CURTIS<br>101 RIVERMEADE CT., APT D<br>YORKTOWN, VA 23690 | | Claim Number: 1153<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| SECURED | Claimed: | $500.00 |
| UNSECURED | Claimed: | $240.00 |
| BORGARDT, JEFF<br>4250 N MARINE STE 2934<br>CHICAGO, IL 60613 | | Claim Number: 5436<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| PRIORITY | Claimed: | $1,750.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

BORRESEN, CARYN L
525 N. ADA
#37
CHICAGO, IL 60622

Claim Number: 3734
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,584.20 | |

---

BOUDAKIAN, AGNES
83-25 VIETOR AVENUE #5F
ELMHURST, NY 11373

Claim Number: 2603
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for retiree pension benefits

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

BOWEN, SHARON
15 NIGHTINGALE WAY C-11
LUTHERVILLE, MD 21093-7321

Claim Number: 6517
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 |

---

BOWEN, SHARON M.
15 NIGHTINGALE WAY
APT. C11
LUTHERVILLE, MD 21093

Claim Number: 3939
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,928.66 | |

---

BOWLIN, GREGORY L.
6152 S. JERICHO WAY
CENTENNIAL, CO 80016-1275

Claim Number: 3940
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $548.59 | Scheduled: | $507.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

BRAITSCH, RICHARD G JR
2139 WHISTLER AVE
BALTIMORE, MD 21230

Claim Number: 5015
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| PRIORITY | Claimed: | $9,342.14 |
|---|---|---|

BRAMSON, ROBERT, MD. - IRA
PMB 169
139 CHARLES ST #A
BOSTON, MA 02114-3282

Claim Number: 5927
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $92,000.00 |
|---|---|---|

BRANDT, PATRICIA
681 GRAND AVE
LINDENHURST, NY 11757

Claim Number: 5071
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

BRANDT, ROBERT F.
PO BOX 519
ST. MICHAELS, MD 21663-0519

Claim Number: 3941
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $51,409.08 | Scheduled: | $32,238.00  UNLIQ |
|---|---|---|---|---|

BRANECKI, PHILLIP J
12219 BAKER TERR.
WOODSTOCK, IL 60098

Claim Number: 1501
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| PRIORITY | Claimed: | $2,612.23 |
|---|---|---|
| SECURED | Claimed: | $2,612.23 |
| TOTAL | Claimed: | $2,612.23 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| BRASS RING LLC<br>343 WINTER STREET<br>WALTHAM, MA 02451 | | Claim Number: 5440<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $19,526.00 | | |
| BRAUER, ALAN L.<br>3506 SWEET CLOVER STREET<br>THOUSAND OAKS, CA 91362 | | Claim Number: 3942<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $27,545.56 | Scheduled: | $17,386.00  UNLIQ |
| BREECE, DENNIS J.<br>1641 E. MARTHA DR.<br>MARION, IN 46952-9065 | | Claim Number: 3753<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $25,000.00 | | |
| BRENNAN, LEO<br>3825 TEESDALE CT.<br>ATLANTA, GA 30350 | | Claim Number: 3943<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $650,642.48 | Scheduled: | $600,169.23 |
| BRIDGEPORT U.S.A. CORPORATION<br>D/B/A POLO CAFE & CATERING<br>BRDGEPORT USA<br>3322 S. MORGAN ST.<br>CHICAGO, IL 60608 | | Claim Number: 6304<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $5,512.28 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

BRIEF, KENNETH H.
4 KENNEBEC LANE
BRUNSWICK, ME 04011

Claim Number: 3944
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $79,868.36 | Scheduled: | $73,672.61 |

BRIGHT STAR COURIERS LLC
70 W 36TH ST    STE 301
NEW YORK, NY 10018

Claim Number: 2289
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,300.50 | |

BRINK, JENNY L.
STONERIDGE RETIREMENT CENTER
186 JERRY BROWNE ROAD, UNIT # 5406
MYSTIC, CT 06355

Claim Number: 5898
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY
Comments:
Claimant asserts $1,233.48 monthly pension

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

BRINK, JENNY L.
STONERIDGE RETIREMENT CENTER
186 JERRY BROWNE ROAD, UNIT # 5406
MYSTIC, CT 06355

Claim Number: 5899
Claim Date: 06/19/2009
Debtor: TRIBUNE COMPANY
Comments:
Claimant asserts monthly pension amount of $1,233.46

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $67,116.00  UNLIQ |

BRINKS INC.
555 DIVIDEND DR., STE 100
COPPELL, TX 75019

Claim Number: 476
Claim Date: 02/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,160.80 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| BRISCO, ROBERT N.<br>1 FLYING MANE LANE<br>ROLLING HILLS, CA 90274 | | Claim Number: 3945<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $55,918.19 | Scheduled: | $17,881.00  UNLIQ |
| BROADSPIRE SERVICES INC.<br>1001 SUMMIT BOULEVARD<br>ATLANTA, GA 30319 | | Claim Number: 5335<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8523 (03/30/2011)<br>Third Party Admin. of Insurance Programs | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 265<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| SECURED | Claimed: | $276,729.21  UNLIQ | | |
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 889<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| SECURED | Claimed: | $113,357.20 | | |
| BROWN, RENEE<br>42 CATOONA LANE<br>STAMFORD, CT 06902 | | Claim Number: 4846<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| BROZA, CLARK<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | | Claim Number: 448<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $55,199.24 |
| BROZA, CLARK<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | | Claim Number: 3257<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $55,199.24 |
| BROZA, CLARK & KATZ-BROZA, VALERIE L.<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | | Claim Number: 3256<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $7,025.36 |
| BROZA, CLARK & VALERIE L. KATZ-BROZA<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | | Claim Number: 449<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $7,025.36 |
| BRUCE, DONALD W.<br>3 RED OAK DR<br>BOILING SPRINGS, PA 17007 | | Claim Number: 5953<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $15,224.40 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| BRUGGEMAN, DAN R.<br>126 E CHURCH ST<br>ADRIAN, MI 49221 | | Claim Number: 5969<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $91,346.40 | | | |
| BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | | Claim Number: 3236<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $3,832.53 | | | |
| BRUNO, LISA<br>9 SCHERER ST.<br>BETHPAGE, NY 11714 | | Claim Number: 5061<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| BRYSON, JOHN E.<br>SOUTHERN CALIFORNIA EDISON, RM. 101<br>2244 WALNUT GROVE AVE, P.O.BOX 976<br>ROSEMEAD, CA 91770 | | Claim Number: 3946<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $966,473.57 | Scheduled: | $891,499.89 | |
| BUCKINGHAM, JIM J<br>CUST JUSTIN BUCKINGHAM UTMA OH<br>2600 SPRINGMILL RD<br>FINDLAY, OH 45840-2860 | | Claim Number: 6691<br>Claim Date: 02/10/2011<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $204.00 | Scheduled: | $3.24 | |

BUCKINGHAM, JIM J
2600 SPRINGMILL RD
FINDLAY, OH 45840-2860

Claim Number: 6692
Claim Date: 02/10/2011
Debtor: TRIBUNE COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $1.80 | | |

BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM
UTMA OH
2600 SPRINGMILL RD
FINDLAY, OH 45840-2860

Claim Number: 6593
Claim Date: 07/15/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |

BULL, DEBBY
208 N MADISON ST
ST CROIX FLS, WI 54024-9134

Claim Number: 3489
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,526.00 |

BULLOCK, LOREN E. - TRUSTEE OF
THE LOREN E. BULLOCK REVOCABLE TRUST
U/A 05/08/98
2469 CAVALIER DRIVE
SALT LAKE CITY, UT 84121-3916

Claim Number: 3481
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,000.00  UNLIQ |

BURKE, DIANE E.
1506 SADDLE ROCK RD
HOLBROOK, NY 11741-4822

Claim Number: 5328
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BURNETT, MARY L<br>730 NORTH WHITNALL HWY<br>APT 107<br>BURBANK, CA 91505-5400 | | Claim Number: 3690<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Tribune Co Cash Balance Plan | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| BURNS, BETTY<br>1422 N. GORDON APT 5<br>HOLLYWOOD, CA 90028 | | Claim Number: 4284<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Retiree medical benefits & life insurance | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| BURSON, PATRICIA L.<br>48 S. LONG BEACH AVE., APT 2E<br>FREEPORT, NY 11520 | | Claim Number: 5318<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| BUSY BEE PROMOTIONS<br>211 E OHIO NO. 2624<br>CHICAGO, IL 60611 | | Claim Number: 5299<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3426 (02/16/2010) | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $1,125.00<br>$12,292.25 | Scheduled: | $1,315.00 | | |
| BUTHMAN, JANE M<br>1340 CARIBOU TRAIL<br>CAROL STREAM, IL 60188-9080 | | Claim Number: 6511<br>Claim Date: 06/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $34.00 | Allowed: | $34.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| CADAVID-RUIZ, ESPERANZA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 6114<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $150,732.00 |

| | | |
|---|---|---|
| CAGNEY, MONICA<br>10 FOREST ST<br>BAYVILLE, NY 11709-1948 | | Claim Number: 6484<br>Claim Date: 05/21/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $136.00 | | | | |
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 | Allowed: | $136.00 |
| TOTAL | Claimed: | $136.00 | | | | $0.00 |

| | | |
|---|---|---|
| CALIANESE, ANTHONY J.<br>824 ELLIS PL<br>ORADELL, NJ 07649-1918 | | Claim Number: 1650<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $143,055.00 | | |
| UNSECURED | | | Scheduled: | $54,033.00  UNLIQ |

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES<br>REVENUE SERVICES SUPPORT UNIT<br>PO BOX 825341<br>SACRAMENTO, CA 94232-5341 | | Claim Number: 4462<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,175.00 |

| | | |
|---|---|---|
| CALIFORNIA STATE CONTROLLER'S OFFICE<br>300 CAPITOL MALL, SUITE 1850<br>SACRAMENTO, CA 95814 | | Claim Number: 6707<br>Claim Date: 03/01/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $456,272.52 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | | Claim Number: 1212<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
| PRIORITY | Claimed: | $9,000.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $9,000.00 |
| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | | Claim Number: 1213<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
| PRIORITY | Claimed: | $9,000.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $9,000.00 |
| CAMERA DYNAMICS, INC.<br>709 EXECUTIVE BLVD<br>VALLEY COTTAGE, NY 10989 | | Claim Number: 4120<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) |
| UNSECURED | Claimed: | $1,501.55 |
| CAMPBELL, BRIAN<br>418 MEADOW BROOK LANE<br>BIRMINGHAM, AL 35213 | | Claim Number: 5439<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,369.95 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

CAMPBELL, JEREMY D
519 COFFEETOWN RD
LANGSTON, AL 35755-8019

Claim Number: 6502
Claim Date: 05/28/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $171.36 | Scheduled: | $171.36 |

CAMPBELL, PATRICIA .
1765 NARROWS HILL RD.
UPPER BLACK EDDY, PA 18972

Claim Number: 3947
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $102,312.38 |

CAMPBELL, RAMSEY L
2947 ALDRICH ST.
EUSTIS, FL 32726

Claim Number: 1533
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,851.63 |

CAMPOS, ALFONSO
801 BURR OAKS DR APT 303
WEST CHICAGO, IL 60185-2951

Claim Number: 2123
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,000.00 |

CAMPOS, TRACY
4703 SAILBOAT BAY APT 2D
LISLE, IL 60532-1473

Claim Number: 2108
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| CANZONERI MCCORMICK, JO ANNA<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | | Claim Number: 5844<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3186 (01/25/2010) |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $50,000,000,000.00   UNLIQ |
| CARANNANTE, GREGORY<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | | Claim Number: 5286<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $223,018.00 |
| CARANNANTE, GREGORY V<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | | Claim Number: 5285<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $1,021.22   UNLIQ |
| CARANNANTE, GREGORY V<br>2108 N 31ST ROAD<br>HOLLYWOOD, FL 33021 | | Claim Number: 5287<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $2,773.55 |
| CARAWAY, AMY L.<br>IRA FBO<br>1656 ALGONQUIN TRAIL<br>MAITLAND, FL 32751 | | Claim Number: 4633<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $16,057.96 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| CARBAJAL, ROSA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 6164<br>Claim Date: 08/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $98,000.00 | | | |
| CARPENTER, DIAN S.<br>P.O. BOX 810<br>INVERNESS, CA 94937 | | Claim Number: 3948<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $703,514.32 | Scheduled: | $528,632.00 UNLIQ | |
| CARROLL, JOHN S.<br>223 QUEENSWAY DRIVE<br>LEXINGTON, KY 40502 | | Claim Number: 3949<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,523,628.61 | Scheduled: | $1,322,513.44 UNLIQ | |
| CASEY, EDITH<br>2 THORPE DR 4B<br>SPARKILL, NY 10976 | | Claim Number: 3342<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $30,450.00 | | | |
| CASEY, KATHLEEN M.<br>2703 DE SOTO DR<br>AUSTIN, TX 78733-1309 | | Claim Number: 3950<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $111,836.75 | Scheduled: | $87,551.03 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| CASEY, LINDA J. AND MICHAEL D.<br>23 MEADOW LN.<br>NORWOOD, NJ 07648 | | Claim Number: 3343<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $232,400.00 |
| CASEY, MICHAEL D. IRA<br>23 MEADOW LN<br>NORWOOD, NJ 07648 | | Claim Number: 3344<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $50,700.00 |
| CASEY, PETER A.<br>ROTH IRA<br>212 PROSPECT AVE #21B<br>HACKENSACK, NJ 07601 | | Claim Number: 4125<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $6,011.37 |
| CASEY, PETER A.<br>212 PROSPECT AVE #2B<br>HACKENSACK, NJ 07601 | | Claim Number: 4126<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $89,798.42 |
| CASEY, PETER A.<br>TRADITIONAL IRA<br>212 PROSPECT AVE # 2B<br>HACKENSACK, NJ 07601 | | Claim Number: 4185<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $1,001.90 |

| | | | | |
|---|---|---|---|---|
| CASSIDY, DAVID<br>3 LINCOLN STREET<br>GARDEN CITY, NY 11530 | | Claim Number: 5330<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| CASSIO, KEVIN T<br>7300 NW 93RD AVE<br>TAMARAC, FL 33321-3042 | | Claim Number: 6533<br>Claim Date: 06/17/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $544.00 | Scheduled: | $544.00 |
| CASTANON, DAVID A.<br>21 CASTANO COURT<br>NEEDHAM, MA 02494 | | Claim Number: 4288<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $43,900.00 | | |
| CASTELLUZZO, RENEE<br>728 W JACKSON BLVD APT 1205<br>CHICAGO, IL 60661-5476 | | Claim Number: 2588<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY<br>UNSECURED | Claimed: | $191.75 | Scheduled: | $191.75 |
| CATANIA, ROBERT<br>P.O. BOX 1486<br>AGOURA HILLS, CA 91376-1486 | | Claim Number: 5900<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $174.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| CAVALIERE, PETER<br>161 BLUE HERON DR.<br>SECAUCUS, NJ 07094 | | Claim Number: 951<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| SECURED | Claimed: | $20,000.00 |
| CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD #175<br>LISLE, IL 60532 | | Claim Number: 5785<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5071 (07/19/2010) |
| UNSECURED | Claimed: | $75,649.06 |
| CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD # 175<br>LISLE, IL 60532 | | Claim Number: 5830<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $75,649.06 |
| CBS RADIO EAST INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | | Claim Number: 4868<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $11,751.25 |
| CBS RADIO INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | | Claim Number: 4873<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $50,303.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

CCI EUROPE INTERNATIONAL INC
3550 GEORGE BUSBEE PRKWAY
KENNESAW, GA 30144

Claim Number: 3541
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $235,474.58 | Scheduled: | $162,683.83 |

CDW CORPORATION
C/O RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 582
Claim Date: 02/20/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,656.29 |

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 624
Claim Date: 03/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $155,538.53 |

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 1755
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $146,233.64 |

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 2211
Claim Date: 05/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $144,359.05 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 6291<br>Claim Date: 10/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | | |
| UNSECURED          Claimed: | $93,012.48 | | | |
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 6292<br>Claim Date: 10/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | | |
| UNSECURED          Claimed: | $16,458.46 | | | |
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 6310<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | | |
| UNSECURED          Claimed: | $34,888.11 | | | |
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET<br>CNPT 46 ROOM 4661<br>ATTN: ROBERT CLAUDE<br>HOUSTON, TX 77002 | Claim Number: 6377<br>Claim Date: 01/19/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends Claim 6291. | | | |
| UNSECURED          Claimed: | $61,202.87 | Scheduled: | $75,693.39 | |
| CF 4242 BRYN MAWR LLC<br>C/O COLLEEN E. MCMANUS<br>MUCH SHELIST DENENBERG AMENT RUBENSTEIN<br>191 N WACKER DR, STE 1800<br>CHICAGO, IL 60646 | Claim Number: 4666<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED          Claimed: | $36,179.81 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

CHANDHOK, RAJENDER K.
273 MABERY RD
SANTA MONICA, CA 90402-1205

Claim Number: 3951
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,874.04 | Scheduled: | $27,997.00 UNLIQ |
|---|---|---|---|---|

CHANDLER, BETTINA W.
1013 SHOKAT DRIVE
OJAI, CA 93023

Claim Number: 3952
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,089,878.63 | Scheduled: | $767,501.00 UNLIQ |
|---|---|---|---|---|

CHANSKY, KATHERINE M.
12001 FALCON RIDGE WAY
NORTHRIDGE, CA 91326

Claim Number: 3251
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $134.00 |
|---|---|---|

CHAPMAN, WILLIAM G. & MARGARET ELAINE
REVOCABLE TRUST
810 RIO GRANDE NW
ALBUQUERQUE, NM 87114

Claim Number: 5571
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $101,535.63 |
|---|---|---|

CHARLES & MILDRED HILBORN REVOCABLE
TRUST - CHARLES GENE HILBORN JR. &
CHARLES GENE HILBORN TRUSTEES
1306 W 59TH AVE
PINE BLUFF, AR 71603

Claim Number: 5703
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

CHARLES SCHWAB FBO LYNDEE KUZNIAR
4A KINGERY QUARTER APT 203
WILLOWBROOK, IL 60527-6574

Claim Number: 6506
Claim Date: 06/01/2010
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $2,142.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,142.00 |

---

CHARLES, CLIFTON SR
9602 SOUTH CALUMET AVE
CHICAGO, IL 60628

Claim Number: 4188
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $50,000.00 |
|---|---|---|

---

CHARLES, RANDOLPH R.
1032 SPRUCE ST. UNIT 200
PHILADELPHIA, PA 19107

Claim Number: 3953
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $53,190.66 | Scheduled: | $19,087.00 UNLIQ |
|---|---|---|---|---|

---

CHASE BANK USA, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 5104
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
First USA Commercial Card Master Agreement

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CHASE, PETER
2555 N. CLARK STREET , #1006
CHICAGO, IL 60614

Claim Number: 5338
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Certain Compensation and benefits in certain scenarios

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| CHATOW, MARK<br>11 TROUVILLE<br>NEWPORT COAST, CA 92657 | | Claim Number: 3746<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $171.85 | | | |
| CHAVEZ, LISA<br>883 MAGNOLIA AVE APT 10<br>PASADENA, CA 91106-4618 | | Claim Number: 6729<br>Claim Date: 03/10/2011<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,428.00 | Scheduled: | $1,428.00 | |
| CHECK CASHING STORE, THE<br>6340 N.W. 5TH WAY<br>FORT LAUDERDALE, FL 33309 | | Claim Number: 869<br>Claim Date: 04/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| UNSECURED | Claimed: | $1,590.86 | | | |
| CHEN, MARIA & CHONG, DANIEL<br>7 PANDAN VALLEY<br>#07-502 POINCIANA TOWER<br> 597631<br>SINGAPORE | | Claim Number: 6193<br>Claim Date: 09/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $16,239.36 | | | |
| CHEUNG, JESSICA<br>2336 WEST 13TH STREET, THIRD FLOOR<br>BROOKLYN, NY 11223 | | Claim Number: 293<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $2,682.50 | | | |

| | | | |
|---|---|---|---|
| CHICAGOLAND PUBLISHING COMPANY<br>3 WESTBROOK CORPORATE CTR # 800<br>WESTCHESTER, IL 60154-5703 | | Claim Number: 3394<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3466 (02/17/2010) | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| CHIN, CINDY<br>621 6TH ST.<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5121<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| CHRISTENSEN. LUCILLE<br>164 BARRYPOINT ROAD<br>RIVERSIDE, IL 60546 | | Claim Number: 3735<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $855.59   UNLIQ | |
| CICCOTTO, WILLIAM, DBA WDC<br>C/O GIAIMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5858<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
| UNSECURED | Claimed: | $104,777.46 | Scheduled: | $0.00  UNLIQ |
| CIOLLI, RITA<br>5 GREENWAY LANE<br>HUNTINGTON, NY 11743 | | Claim Number: 5037<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | | Claim Number: 4108<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| ADMINISTRATIVE | Claimed: | $1,097,030.46 |
| CIT<br>1162 E SONTERRA BLVD STE 130<br>SAN ANTONIO, TX 78258-4048 | | Claim Number: 3631<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $181,272.00 |
| TOTAL | Claimed: | $181,272.62 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 437<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $682.52 |
| UNSECURED | Claimed: | $26.70 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 438<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $157,260.43 |
| UNSECURED | Claimed: | $8,596.85 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 440<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $674,939.02 |
| UNSECURED | Claimed: | $164,064.90 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 443<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $59,369.28 |
| UNSECURED | Claimed: | $6,042.54 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 727<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $31,591.63 |
| UNSECURED | Claimed: | $7,778.40 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | | Claim Number: 728<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5434 (08/19/2010) |
| PRIORITY | Claimed: | $19,095.99 |
| UNSECURED | Claimed: | $96.00 |
| CITY OF NEW YORK - DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | | Claim Number: 3021<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| PRIORITY | Claimed: | $837,000.00   UNLIQ |
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | | Claim Number: 2870<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $132,000.00   UNLIQ |

| | | | | |
|---|---|---|---|---|
| CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | | Claim Number: 255<br>Claim Date: 01/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $4,066.97   UNLIQ | | |
| CLARK STEVENS<br>2215 SANTA ANITA AVENUE<br>SIERRA MADRE, CA 91024 | | Claim Number: 5597<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $3,671.09 | | |
| CLASSIFIED VENTURES, LLC<br>ATTN: CHIEF LEGAL OFFICER<br>175 W. JACKSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | | Claim Number: 5610<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $3,781,470.00 | | |
| CLAYTON, JANET T.<br>655 S RIMPAU BLVD<br>LOS ANGELES, CA 90005 | | Claim Number: 3954<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $137,253.11 | Scheduled: | $54,907.48  UNLIQ |
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | | Claim Number: 4981<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) | | |
| UNSECURED | Claimed: | $1,182,144.41 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| CLEMENT, JAYNE<br>C/O SHEGERIAN & ASSOCIATES, INC.<br>ATTN: CARNEY R. SHEGERIAN<br>225 ARIZONA AVENUE<br>SANTA MONICA, CA 90401 | | Claim Number: 3263<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ | |
| CLEMENT, JAYNE<br>C/O SHEGERIAN & ASSOCIATES, INC.<br>ATTN: CARNEY R. SHEGERIAN<br>225 ARIZONA AVENUE<br>SANTA MONICA, CA 90401 | | Claim Number: 3265<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 3263 | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00  UNLIQ | |
| CLENDENIN, MICHAEL<br>328 CAROLINA MEADOWS VILLA<br>CHAPEL HILL, NC 27517 | | Claim Number: 1013<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $6,235.00  UNLIQ | |
| CLIFFORD, PATRICK A.<br>1185 PARK AVENUE APT 3E<br>NEW YORK, NY 10128 | | Claim Number: 3956<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,161,516.02 | Scheduled: | $871,862.00  UNLIQ | |
| CLURMAN, ANDREW W.<br>6936 BASELINE RD.<br>BOULDER, CO 80303-3142 | | Claim Number: 3957<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $50,625.17 | Scheduled: | $17,285.00  UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| COAPSTICK, LOUISE G.<br>22809 W ACACIA COURT<br>SAUGUS, CA 91350 | | Claim Number: 3958<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$36,061.00 | Scheduled: | $24,855.60  UNLIQ |
| COASTAL SYSTEMS, INC.<br>13687 NEWPORT AVE<br>UNIT 8361<br>TUSTIN, CA 92780 | | Claim Number: 541<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,294.65 | | |
| COASTAL SYSTEMS, INC.<br>13681 NEWPORT AVE STE 8<br>TUSTIN, CA 92780-7815 | | Claim Number: 542<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $419.89 | | |
| COASTAL SYSTEMS, INC.<br>13687 NEWPORT AVE<br>UNIT 8361<br>TUSTIN, CA 92780 | | Claim Number: 543<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,543.88 | | |
| COASTAL SYSTEMS, INC.<br>13687 NEWPORT AVE<br>UNIT 8361<br>TUSTIN, CA 92780 | | Claim Number: 544<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $6,904.70 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COFFEY, SHELBY C. III<br>897 CHINQUAPIN ROAD<br>MC LEAN, VA 22102 | | Claim Number: 3959<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $239,849.60 | Scheduled: | $160,125.00 UNLIQ | | | |
| COLEMAN, SANDRA B<br>50 LEVEL ACRES RD<br>ATTLEBORO, MA 02703-6842 | | Claim Number: 6678<br>Claim Date: 11/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $102.00 | Allowed: | $102.00 |
| COLLINS, KEVIN P.<br>5 NIBLICK LANE<br>LITTLETON, CO 80123 | | Claim Number: 2451<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $14,494.00 | Scheduled: | $14,494.00 UNLIQ | | | |
| COLLINS, MICHAEL E<br>6351 FARRAGUT ST<br>HOLLYWOOD, FL 33024-2115 | | Claim Number: 6504<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,054.00 | Scheduled: | $1,054.00 | | | |
| COLSTON, JAMES WILLARD<br>61 THOMAS STREET<br>PORTLAND, ME 04102 | | Claim Number: 3909<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $341,112.31 | Scheduled: | $314,650.70 UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| | | |
|---|---|---|
| COMED CO.<br>ATTN: BANKRUPTCY SECTION/REVENUE MGMT<br>2100 SWIFT DRIVE<br>OAK BROOK, IL 60523 | Claim Number: 366-03<br>Claim Date: 01/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | |

| UNSECURED | Claimed: | $31,130.22 |
|---|---|---|

---

| | | |
|---|---|---|
| COMGRAPHICS INCORPORATION<br>329 W 18TH STREET<br>10TH FLOOR<br>CHICAGO, IL 60616 | Claim Number: 1097<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

| | | |
|---|---|---|
| COMMUNITY ANESTHESIA ASSOCIATE P.C.<br>PROFIT SHARING PLAN<br>C/O LOUIS BOJAB TTEE<br>13379 WEST SHERBORN<br>CARMEL, IN 46032 | Claim Number: 5632<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| SECURED | Claimed: | $71,157.63 |
|---|---|---|

---

| | | |
|---|---|---|
| COMMUNITY HOUSE PRESERVATION FUND, THE<br>380 SOUTH BATES<br>BIRMINGHAM, MI 48009-3366 | Claim Number: 5636<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| SECURED | Claimed: | $25,413.44 |
|---|---|---|

---

| | | |
|---|---|---|
| COMPTROLLER OF MARYLAND<br>301 WEST PRESTON STREET ROOM 409<br>BALTIMORE, MD 21201 | Claim Number: 2257<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | |

| PRIORITY | Claimed: | $6,355,300.00 |
|---|---|---|
| UNSECURED | Claimed: | $402,528.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | | Claim Number: 4138<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5745 (09/20/2010) | | | |
| PRIORITY | Claimed: | $250.00 | | | |
| CONNER, LAURIE<br>5966 MEMPHIS ST<br>NEW ORLEANS, LA 70124-2942 | | Claim Number: 6633<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $1,768.00 | | | |
| UNSECURED | | | Scheduled: | $1,768.00 | |
| CONSOLIDATED EDISON COMPANY OF<br>NEW YORK, INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003 | | Claim Number: 187<br>Claim Date: 12/30/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| UNSECURED | Claimed: | $15,419.92 | | | |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS<br>PO BOX 489<br>LEMONT, IL 60439-0489 | | Claim Number: 937<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | | |
| UNSECURED | Claimed: | $777.00 | | | |
| CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | | Claim Number: 5117<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE | Claimed: | $316,586.03 | | | |
| UNSECURED | Claimed: | $192,676.71 | Scheduled: | $269,599.16 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | | Claim Number: 6683<br>Claim Date: 12/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8204 (03/01/2011) | | |
| PRIORITY | Claimed: | $1,286,329.03 | | |
| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | | Claim Number: 6687<br>Claim Date: 01/19/2011<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $1,519,196.85 | | |
| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | | Claim Number: 6694<br>Claim Date: 02/18/2011<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $570,207.39 | | |
| COOK, STANTON<br>222 RALEIGH ROAD<br>KENILWORTH, IL 60043 | | Claim Number: 5788<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,225,000.00 | Scheduled: | $830,177.18  UNLIQ |
| COPELAND, LLOYD & DEBORAH<br>139 BOONE RIDGE<br>MOUNTAIN CITY, TN 37683 | | Claim Number: 3204<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $121,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| COPELAND, LOYD & DEBORAH<br>139 BOONE RIDGE<br>MOUNTAIN CITY, TN 37683 | | Claim Number: 3443<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $121,000.00 | | | |
| COPPENS, STUART K.<br>726 MAYBANK LOOP<br>THE VILLAGES, FL 32162 | | Claim Number: 3910<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $22,713.20 | Scheduled: | $22,165.00 UNLIQ | |
| CORNER LLC<br>C/O PENELOPE PARMES<br>RUTAN & TUCKER LLP<br>611 ANTON BLVD., 14TH FLOOR<br>COSTA MESA, CA 92626 | | Claim Number: 6054<br>Claim Date: 07/10/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $25,480.00 | | | |
| COSGROVE, JAMES T.<br>C/O WINEGAR, WILHELM, GLYNN & ROEMER<br>ATTN: SCOTT M. WILHELM<br>3005 ROSEBERRY STREET, P.O. BOX 800<br>PHILLIPSBURG, NJ 08865 | | Claim Number: 2238<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $150,000.00 | Scheduled: | $0.00 UNLIQ | |
| COSTELLO, DANIEL J<br>2060 CONTINENTAL AVE<br>APT 3<br>BRONX, NY 10461 | | Claim Number: 1767<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $17,260.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

| COTLIAR, GEORGE J.<br>1618 ANITA LANE<br>NEWPORT BEACH, CA 92660 | | Claim Number: 3911<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $239,050.32 | Scheduled: | $175,144.00  UNLIQ |

| COUSINS, ROBERT R AND MILDRED L COUSINS<br>3581 FROST ROAD<br>SHRUB OAK, NY 10588 | | Claim Number: 6634<br>Claim Date: 07/30/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $2,437.52 | | |
| UNSECURED | Claimed: | $10,000.00 | | |

| COUSINS, ROBERT R. & MILDRED L.<br>3581 FROST ROAD<br>SHRUB OAK, NY 10588 | | Claim Number: 6628<br>Claim Date: 07/28/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $2,437.52 | | |
| UNSECURED | Claimed: | $10,000.00 | | |

| COVA, ANNE M<br>7 TRANQUILITY PLACE<br>LADERA RANCH, CA 92694 | | Claim Number: 1551<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40.58 | | |

| CRABHOUSE OF DOUGLASTON, INC.<br>D/B/A DOUGLASTON MANOR<br>CO GIAIMO ASSOCIATES LLP, ATTN: J GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5851<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $255,000.00 | Scheduled: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

CRAWFORD, WILLIAM
3509 B AVENIDA MADERA
BRADENTON, FL 34210

Claim Number: 3167
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,619.33   UNLIQ | Scheduled: | $81,779.00  UNLIQ |

CROWDER, GRACE E.
499 B&F ROAD
GETTYSBURG, PA 17325

Claim Number: 3913
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $328,983.31 |

CRUM, RAYMOND
3508 PARRIS BRIDGE ROAD
BOILING SPRINGS, SC 29316

Claim Number: 3030
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,749.38 |

CRUZ, VICTOR
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4915
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

CS STARS LLC
500 W MONROE ST
CHICAGO, IL 60661

Claim Number: 4990
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,390.87 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| CSC HOLDINGS, INC., ET AL<br>ATTN: GENERAL COUNSEL<br>1111 STEWART AVENUE<br>BETHPAGE, NY 11714 | Claim Number: 4277<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $0.00  UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| CURCIO WEBB LLC<br>100 BUSH ST   STE 2400<br>SAN FRANCISCO, CA 94104 | Claim Number: 2452<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $1,750.00 | Scheduled: | $1,750.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| CURL, CAROL D<br>8233 LOWER RIVER ROAD<br>GRANTS PASS, OR 97526 | Claim Number: 3202<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $267,125.97 |
|---|---|---|

| | | |
|---|---|---|
| CVS CAREMARK<br>2211 SAUNDERS ROAD<br>NBT10<br>NORTHBROOK, IL 60062 | Claim Number: 3051<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $149,912.87 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| CWA/ITU NEGOTIATED PENSION PLAN<br>MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | Claim Number: 2896<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | |

| UNSECURED | Claimed: | $329,569.00  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| CZADZECK, GERALD H.<br>3279 E. BRECKENRIDGE LN.<br>BLOOMFIELD, MI 48301-4149 | | Claim Number: 2625<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $62,944.01 | | | |
| CZARK, RICHARD<br>44 WATERFORD DR<br>BLUFTON, SC 29910 | | Claim Number: 2210<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $45,778.23  UNLIQ | Scheduled: | $40,189.83 | |
| DALLAS COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON,<br>LLP; ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 5981<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| ADMINISTRATIVE | Claimed: | $44,895.89  UNLIQ | | | |
| SECURED | Claimed: | $0.00  UNLIQ | | | |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201-2691 | | Claim Number: 6018<br>Claim Date: 06/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $44,895.89  UNLIQ | | | |
| SECURED | Claimed: | $0.00  UNLIQ | | | |
| DALMAU, BARBARA A<br>12 TILDEN DR<br>NOVATO, CA 94947-4625 | | Claim Number: 6503<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| DANIEL J. HURLEY RESID. TRUST<br>W.A. BAKER, TRUSTEE<br>83 EAGLE RUN<br>S. WINDSOR, CT 06074 | | Claim Number: 5908<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $15,224.40 | | | |
| DANIELS, DIANE<br>5 JUNIPER ST.<br>HICKSVILLE, NY 11801 | | Claim Number: 5323<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| DANIELS, SARAH<br>43 ROYAL CRESCENT WAY<br>FREDERICKSBRG, VA 22406-7296 | | Claim Number: 1532<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $3,565.38 | | | |
| DARNALL, JOHN<br>6378 LADA AVE.<br>CAMARILLO, CA 93012 | | Claim Number: 3915<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $12,067.23 | | | |
| DARR, THOMAS<br>7808 CAUSEWAY DR APT 107<br>CHARLOTTE, NC 28227-6770 | | Claim Number: 3445<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is $15/weekly | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00  UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| DARR, THOMAS<br>7808 CAUSEWAY DR APT 107<br>CHARLOTTE, NC 28227-6770 | | Claim Number: 3446<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is $75/weekly | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET | |
| DARR, THOMAS<br>7808 CAUSEWAY DR APT 107<br>CHARLOTTE, NC 28227-6770 | | Claim Number: 3447<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is $30/weekly | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET | |
| DARR, THOMAS<br>7808 CAUSEWAY DR APT 107<br>CHARLOTTE, NC 28227-6770 | | Claim Number: 3448<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is $30/weekly | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET | |
| DATABANK IMX LLC<br>PO BOX 62286<br>BALTIMORE, MD 21264 | | Claim Number: 5009<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE | Claimed: | $5.98 | | | |
| UNSECURED | Claimed: | $26.50 | Scheduled: | $5.98 | |
| DAVIS, KENNETH<br>400 PLUMBRIDGE CT., UNIT 101<br>TIMONIUM, MD 21093 | | Claim Number: 3917<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $85,588.75 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| DAVISON, GEORGE<br>3169 WARREN RD<br>CLEVELAND, OH 44111 | | Claim Number: 3041<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $15,365.63 |
| DAY PITNEY LLP<br>PO BOX 33300<br>HARTFORD, CT 06150-3300 | | Claim Number: 2657-02<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
| UNSECURED | Claimed: | $662.50 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>STEELCASE FINANCAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | | Claim Number: 3327<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
| SECURED | Claimed: | $2,041,319.96 |
| UNSECURED | Claimed: | $0.00 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>STEELCASE FINANCAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | | Claim Number: 3328<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $143,069.28 |
| DE MARTINI, THOMAS<br>529 COLLEGE DR<br>ALLENTOWN, PA 18104-6137 | | Claim Number: 304<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| PRIORITY | Claimed: | $1,500.00 |
| UNSECURED | | Scheduled: $300.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER

Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

| DEADLINE CLUB | | | | |
|---|---|---|---|---|
| 47  5TH AVENUE | Claim Number: 5310 | | | |
| NEW YORK, NY 10003-4303 | Claim Date: 06/12/2009 | | | |
| | Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $660.00 | | |
|---|---|---|---|---|

| DECAPRIO, DARCIE | Claim Number: 4463 | | | |
|---|---|---|---|---|
| 116 TERRI COURT | Claim Date: 06/11/2009 | | | |
| MANHATTAN, IL 60442 | Debtor: TRIBUNE COMPANY | | | |

| PRIORITY | Claimed: | $964.71 | | |
|---|---|---|---|---|

| DEE, ELIZABETH | Claim Number: 6100 | | | |
|---|---|---|---|---|
| 1217 DUBOIS CT. | Claim Date: 07/20/2009 | | | |
| KIRKWOOD, MO 63122 | Debtor: TRIBUNE COMPANY | | | |
| | Comments: EXPUNGED | | | |
| | DOCKET: 3013 (01/05/2010) | | | |

| PRIORITY | Claimed: | $17,000.00 | UNLIQ | |
|---|---|---|---|---|
| SECURED | Claimed: | $17,000.00 | UNLIQ | |
| TOTAL | Claimed: | $17,000.00 | UNLIQ | |

| DELUCA, SOUTH SHORE NEWS, INC. | Claim Number: 5865 | | | |
|---|---|---|---|---|
| C/O GIAMO ASSOCIATES LLP | Claim Date: 06/18/2009 | | | |
| ATTN: JOSEPH O. GIAIMO | Debtor: TRIBUNE COMPANY | | | |
| 80-02 KEW GARDENS ROAD | Comments: EXPUNGED | | | |
| KEW GARDENS, NY 11415 | DOCKET: 4774 (06/14/2010) | | | |

| UNSECURED | Claimed: | $140,760.86 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| DELUGACH, ALBERT L | Claim Number: 2422 | | | |
|---|---|---|---|---|
| 4313 PRICE | Claim Date: 05/04/2009 | | | |
| LOS ANGELES, CA 90027 | Debtor: TRIBUNE COMPANY | | | |

| UNSECURED | Claimed: | $1,105.75 | UNLIQ | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| DEMANUEL, KIM | | Claim Number: 5079 |
| 20 IVY LEAGUE LN | | Claim Date: 06/12/2009 |
| STONY BROOK, NY 11790-2714 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| DEMMA, JOSEPH | | Claim Number: 2160 |
| 1912 N 56TH AVE | | Claim Date: 04/30/2009 |
| HOLLYWOOD, FL 33021-3906 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |
| | | DOCKET: 8523 (03/30/2011) |

| PRIORITY | Claimed: | $200.00   UNLIQ |

---

| DENNISTON, LYLE W | | Claim Number: 3340 |
| 301 PINE ROAD | | Claim Date: 06/01/2009 |
| FORT WASHINGTON, MD 20744-6612 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | Claim is for retiree pension benefit |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| DEPARTMENT OF HOMELAND SECURITY | | Claim Number: 2771 |
| SVC | | Claim Date: 05/14/2009 |
| 222 S RIVERSIDE PLZ NO. 2300 | | Debtor: TRIBUNE COMPANY |
| C/O ZULKIE PARTNERS LLC | | Comments: EXPUNGED |
| CHICAGO, IL 60606-6101 | | DOCKET: 2665 (11/25/2009) |

| UNSECURED | Claimed: | $1,583.50 |

---

| DEPARTMENT OF THE TREASURY | | Claim Number: 6254 |
| INTERNAL REVENUE SERVICE | | Claim Date: 09/24/2009 |
| P.O. BOX 21126 | | Debtor: TRIBUNE COMPANY |
| PHILADELPHIA, PA 19114 | | |

| PRIORITY | Claimed: | $314,482,945.74 |
| SECURED | Claimed: | $34,201,261.49 |
| UNSECURED | Claimed: | $3,004,586.75 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

DEROY TESTAMENTARY FOUNDATION
26999 CENTRAL PARK BLVD., STE 166 N
SOUTHFIELD, MI 48076

Claim Number: 5630
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $254,134.38 | | |
|---|---|---|---|---|

---

DESOLA, JOSEPH
C/O BINDER & BINDER, P.C.
PATRICK BUSSE
300 RABRO DR SUITE 101
HAUPPAUGE, NY 11788

Claim Number: 5442
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $64,000.00 | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

---

DEUTSCHE BANK NATIONAL TRUST COMPANY
100 PLAZA ONE FL 3
JERSEY CITY, NJ 07311-3934

Claim Number: 3525
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $83,702,999.21 | Scheduled: | $83,702,999.21 UNLIQ |
|---|---|---|---|---|

---

DEUTSCHE BANK NATIONAL TRUST COMPANY
100 PLAZA ONE FL 3
JERSEY CITY, NJ 07311-3934

Claim Number: 3526
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $120,500.00 | Scheduled: | $120,500.00 UNLIQ |
|---|---|---|---|---|

---

DEUTSCHE BANK NATIONAL TRUST COMPANY
100 PLAZA ONE FL 3
JERSEY CITY, NJ 07311-3934

Claim Number: 3527
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $335,486,250.00 | Scheduled: | $335,486,250.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3528<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $456,946,875.00 | Scheduled: | $456,946,875.00  UNLIQ |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3529<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $148,715,333.33 | Scheduled: | $148,715,333.33  UNLIQ |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3530<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $86,270,366.40 | Scheduled: | $86,270,366.40  UNLIQ |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3531<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $102,000,520.83 | Scheduled: | $102,000,520.83  UNLIQ |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3532<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $69,812,899.00 | Scheduled: | $69,812,899.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| DEYOUNG, BARBARA R.<br>4 STONEY CLOVER LANE<br>PITTSFORD, NY 14534-4601 | | Claim Number: 3918<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $140,144.34 | Scheduled: | $121,735.77 |
| DIETER, SHARON L<br>1016 HAZEL LANE<br>BEL AIR, MD 21014 | | Claim Number: 5722<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Life insurance policy | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | |
| DIETER, SHARON L.<br>1016 HAZEL LANE<br>BEL AIR, MD 21014 | | Claim Number: 5723<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Retiree medical benefits | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | |
| DIETZ PARK<br>RE: DEKALB 328 DIETZ AVE.<br>120 N. ANNIE GLIDDEN RD.<br>DEKALB, IL 60114 | | Claim Number: 2416<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 1196 (05/12/2009) | | |
| UNSECURED | Claimed: | $1,282.51 | | |
| DIKEMAN, FORREST L.<br>3264 NE 156TH AVE.<br>PORTLAND, OR 97230 | | Claim Number: 3316<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $150,000.00    UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

DILL, JOHN F.
1001 ARBOR LAKE DR., #408
NAPLES, FL 34110-7083

Claim Number: 3919
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $109,100.04 | Scheduled: | $79,385.00 UNLIQ | | |

DILWORTH, ANN E.
101 PASEO ENCANTADO NE
SANTA FE, NM 87506

Claim Number: 3920
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $184,998.00 | Scheduled: | $114,930.00 UNLIQ | | |

DIXON, KATHYE D
2040 W JACKSON ST
ORLANDO, FL 32805-2110

Claim Number: 6529
Claim Date: 06/15/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $102.00 | Allowed: | $102.00 |

DLC INC
21800 OXNARD STREET  SUITE 980
WOODLAND HILLS, CA 91367

Claim Number: 6549
Claim Date: 06/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $32,915.00 | Scheduled: | $21,965.00 | Allowed: | $21,965.00 |

DOESCHER, CLIFFORD
557 ARIS AVE
METAIRE, LA 70005-2905

Claim Number: 6544
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| DOOR SYSTEMS<br>751 EXPRESSWAY DR<br>ITASCA, IL 60143 | | Claim Number: 3598<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $5,634.00<br>$670.73 | | | |
| DOROTHY DZIADZIO<br>516 W BRIAR PL APT 2-A<br>CHICAGO, IL 60657-4637 | | Claim Number: 5790<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| UNSECURED | Claimed: | $12,000.00 | | | |
| DOWNES, BRIAN P.<br>PO BOX 518<br>WINTERSET, IA 50273 | | Claim Number: 6031<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $419.20/month for life | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00  UNLIQ<br>$0.00  UNLIQ | | | |
| DOWNES, MARY M.<br>9650 SHORE DR., MAISON SUR MER, NO. 2202<br>MYRTLE BEACH, SC 29572 | | Claim Number: 3922<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $107,609.85 | | | |
| DOWNEY, MICHAEL<br>32 OAKMONT DR.<br>RANCHO MIRAGE, CA 92270 | | Claim Number: 2019<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $448.63 | Scheduled: | $448.63 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

DOWNING, KATHRYN M.
121 VIA ALICIA
SANTA BARBARA, CA 93108

Claim Number: 3923
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,350,233.65 | Scheduled: | $675,965.00 UNLIQ | | |
|---|---|---|---|---|---|---|

DRACHLIS, TIMOTHY
150 MAPLE HILL RD
HUNTINGTON, NY 11743-2113

Claim Number: 5123
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

DREHER, BEVERLY A.
6301 ACACIA HILL DR
YORBA LINDA, CA 92886-5810

Claim Number: 3924
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $58,882.23 | Scheduled: | $34,808.00 UNLIQ | | |
|---|---|---|---|---|---|---|

DREWRY, ELIZABETH V.
100 RIDGE PASS WAY
LANDRUM, SC 29356

Claim Number: 3925
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $159,351.22 | Scheduled: | $91,219.00 UNLIQ | | |
|---|---|---|---|---|---|---|

DRUMMEY, SARAH J
10 FREELAND DR
SPRINGVALE, ME 04083-1968

Claim Number: 6519
Claim Date: 06/08/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,972.00 | Allowed: | $1,972.00 |
|---|---|---|---|---|---|---|

---

| DRYDEN IX-SENIOR LOAN FUND 2005<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3439<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|
| SECURED          Claimed: | $1,703,125.00 |
| DRYDEN V - LEVERAGED LOAN CDO 2003<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3441<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
| SECURED          Claimed: | $2,962,500.00 |
| DRYDEN VII-LEVERAGED LOAN CDO 2004<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3442<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
| SECURED          Claimed: | $3,950,000.00 |
| DRYDEN VIII-LEVERAGE<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3438<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
| SECURED          Claimed: | $2,950,000.00 |
| DRYDEN XI-LEVERAGED LOAN CDO 2006<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3436<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
| SECURED          Claimed: | $3,937,500.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| DRYDEN XVI-LEVERAGED LOAN CDO 2006<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | | Claim Number: 3435<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
| SECURED | Claimed: | $2,962,500.00 | | | |
| DRYDEN XVIII LEVERAGED LOAN 2007 LTD.<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, FLOOR 10<br>NEWARK, NJ 07102 | | Claim Number: 3440<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
| SECURED | Claimed: | $3,209,375.00 | | | |
| DUBESTER, MICHAEL S.<br>27 TAPPANWOOD DR<br>LOCUST VALLEY, NY 11560 | | Claim Number: 3926<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $38,404.01 | Scheduled: | $23,518.00 UNLIQ | |
| DUBRIEL, DAWN<br>5901 NW 71ST AVE<br>TAMARAC, FL 33321 | | Claim Number: 3737<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| PRIORITY | Claimed: | $450.00 | | | |
| DUCHARME, NANCY K.<br>P.O. BOX 222<br>TINLEY PARK, IL 60477-0222 | | Claim Number: 5295<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $4,250.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

DUDLEY, SHAMEKA N.
185 FELLER DR
CENTRAL ISLIP, NY 11722-1211

Claim Number: 5124
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

DUN & BRADSTREET
C/O RMS BANKRUPTCY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 6624
Claim Date: 07/26/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| ADMINISTRATIVE | Claimed: | $184,701.66 |
|---|---|---|

---

DUN & BRADSTREET
C/O RMS BANKRUPTCY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 6627
Claim Date: 07/26/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

| ADMINISTRATIVE | Claimed: | $184,701.66 |
|---|---|---|

---

DUN & BRADSTREET
C/O RMS BANKRUPTCY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 6668
Claim Date: 10/29/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 9347 (06/24/2011)

| ADMINISTRATIVE | Claimed: | $195,268.79 |
|---|---|---|

---

DUNAWAY, HILDEGARD M.
3500 HOLLINGSWORTH
WILLIAMSBURG, VA 23188

Claim Number: 3260
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| DUNAWAY, JOHN A., JR.<br>3500 HOLLINGSWORTH<br>WILLIAMSBURG, VA 23188 | | Claim Number: 3261<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| PRIORITY | Claimed: | $10,000.00 | | | |
| DUNAWAY, JOHN A., JR.<br>3500 HOLLINGSWORTH<br>WILLIAMSBURG, VA 23188 | | Claim Number: 3262<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| PRIORITY | Claimed: | $10,000.00 | | | |
| DUONG, PAUL<br>13925 DALTREY LN<br>CHARLOTTE, NC 28277 | | Claim Number: 6740<br>Claim Date: 04/01/2011<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,870.00 | Scheduled: | $1,870.00 | |
| DURIE, MARCIA W.<br>1880 BAY ROAD #219<br>VERO BEACH, FL 32963 | | Claim Number: 6023<br>Claim Date: 07/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $39,108.40 | | | |
| DUTTON, DOUGLAS<br>240 SOUTHPORT ST.<br>RONKONKOMA, NY 11779 | | Claim Number: 5125<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| DVORAK, HEIDI<br>9126 GRUNDY LANE<br>CHATSWORTH, CA 91311 | | Claim Number: 1033<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| PRIORITY | Claimed: | $5,023.45 | | |
| UNSECURED | Claimed: | $5,023.45 | | |
| TOTAL | Claimed: | $5,023.45 | | |
| DYER, JOHN<br>980 FENIMORE CIRCLE<br>ATLANTA, GA 30350 | | Claim Number: 3927<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $592,605.17 | Scheduled: | $546,634.13 |
| DYMSKI, GARY M.<br>14 SWEET BRIAS PATH<br>LAKE GROVE, NY 11755-1849 | | Claim Number: 5006<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Penion benefits | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| DYSON, JOHN W.<br>8770 HERITAGE CT.<br>REDDING, CA 96001 | | Claim Number: 3313<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $50,403.00 | | |
| E Z BUY & E Z SELL RECYCLER CORPORATION<br>C/O TARGET MEDIA PARTNERS<br>ATTN SUSAN M. HUMPHREVILLE<br>5900 WILSHIRE BLVD, STE 550<br>LOS ANGELES, CA 90036 | | Claim Number: 4332<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | |
| SECURED | Claimed: | $1,700,000.00 | | |
| UNSECURED | Claimed: | $1,300,000.00 | | |
| TOTAL | Claimed: | $3,069,497.23 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

EDELSTEIN, ANDREW
5 COLONY CT
GREENLAWN, NY 11740

Claim Number: 5099
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

EDLUND, RICK
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST
2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3271
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,644.00 |
| TOTAL | Claimed: | $21,644.00 |

EDMONDS, DOROTHY M.
141 PATTERSON AVE.
HEMPSTEAD, NY 11550

Claim Number: 5067
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

EGAN, PAUL H.
5926 SE IRIS COURT
MILWAUKIE, OR 97267-1851

Claim Number: 3929
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,494.71 |

EGI-TRB, L.L.C
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6395
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 4654

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $167,047,531.55   UNLIQ | Scheduled: | $167,047,531.55 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| EGI-TRB, L.L.C.<br>TWO NORTH RIVERSIDE DRIVE<br>SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 4654<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED | Claimed: | $167,026,386.62   UNLIQ |
| EHLMANN, TOM E.<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE WILDMAN, HARROLD, ALLEN<br>225 W. WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 6745<br>Claim Date: 04/08/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8747 (04/25/2011) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | | Claim Number: 575<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
| UNSECURED | Claimed: | $12,047.28 |
| ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | | Claim Number: 1079<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
| ADMINISTRATIVE | Claimed: | $10,125.17 |
| UNSECURED | Claimed: | $1,922.11 |
| EMC CORPORATION<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 6781<br>Claim Date: 06/09/2011<br>Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE | Claimed: | $24,595.51 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | | |
|---|---|---|---|---|---|---|
| ENGLER, JOY<br>RR 2 BOX 137<br>KUNKLETOWN, PA 18058 | | Claim Number: 2099<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | | |
| UNSECURED | Claimed: | $14,000.00 | | | | |
| ENRIQUEZ, RODGER, MANAGER<br>BUSINESS MAIL ENTRY - L.A. DISTRICT<br>UNITED STATES POSTAL SERVICE<br>7001 S. CENTRAL AVENUE<br>LOS ANGELES, CA 90052-9614 | | Claim Number: 5432<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $625.00 | | | | |
| ENSTAD, PAUL O CUST KELLY ENSTAD UGMA IL<br>1102 PEPPERSTREE<br>PALATINE, IL 60067-2742 | | Claim Number: 6540<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | | |
| ENTERPRISE GROUP<br>A DIVISION OF DOMTAR COMPANY<br>6461 SAGUARO COURT<br>INDIANAPOLIS, IN 46268 | | Claim Number: 914<br>Claim Date: 04/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | | |
| UNSECURED | Claimed: | $1,687.72 | Scheduled: | $1,687.72 | | |
| ENTERPRISE VISION TECHNOLOGIES, INC<br>201 WILSHIRE BLVD. A9<br>SANTA MONICA, CA 90401 | | Claim Number: 6476<br>Claim Date: 05/17/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |
| UNSECURED | Claimed: | $9,031.38 | Scheduled: | $3,646.04 | Allowed: | $3,646.04 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

EQUITY GROUP INVESTMENTS LLC
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3711
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $4,931.68   UNLIQ |
|---|---|---|

EQUITY OVERLAY FUND, LLC
DEREK C. ABBOTT, ESQ.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET ST., P.O. BOX 1347
WILMINGTON, DE 19899

Claim Number: 1325
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $327,368.10   UNLIQ |
|---|---|---|

ERBURU, ROBERT F.
1518 BLUE JAY WAY
LOS ANGELES, CA 90069

Claim Number: 3930
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,976,796.34 | Scheduled: | $6,866,105.23  UNLIQ |
|---|---|---|---|---|

ERICSSON INC.
6300 LEGACY DRIVE
PLANO, TX 75024

Claim Number: 2547
Claim Date: 05/07/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $118,397.84 |
|---|---|---|

ERNIE BANKS INTERNATIONAL INC
578 WASHINGTON BLVD, SUITE 284
MARINA DEL REY, CA 90242

Claim Number: 6551
Claim Date: 06/30/2010
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 5606 (09/02/2010)

| UNSECURED | Claimed: | $63,969.62 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

ERNST, VINCENT C.
2717 NW CLIFFVIEW
LEES SUMMIT, MO 64081

Claim Number: 5699
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

ESGRO, DAVID A.
9415 LA ALBA DR
WHITTIER, CA 90603-1229

Claim Number: 3931
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $32,602.00 |
|---|---|---|

ESPOSITO, ROGER
20 MAYWOOD PLACE
KINGS PARK, NY 11754

Claim Number: 3250
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments:
Claimant asserts $880 per month workers' comp payments

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

ESTATE OF EUGENE L. FALK
C/O SHANNON LYNN MOORE, P.R.
14340 SALMON RIVER RD.
CALDWELL, ID 83607-7813

Claim Number: 3892
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,425.50 |
|---|---|---|

ESTATE OF JOHN VANDENHEUVEL, THE
3543 LADONIA STREET
SEAFORD, NY 11783-3024

Claim Number: 3186
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for total amount of future pension & retiree spousal

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| ETHICS & EXCELLENCE IN JOURNALISM FOUNDATION<br>OKLAHOMA TOWER<br>210 PARK AVE<br>OKLAHOMA CITY, OK 73102 | | Claim Number: 4395<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $140,000.00 | | | |
| EVANS, CHARLES<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4907<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| EVANS, PEARL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4905<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| EYER, RODERICK<br>2 WALLING FORD DRIVE<br>MELVILLE, NY 11747 | | Claim Number: 5126<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: CHRISTIE PARKER HALE, LLP<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | | Claim Number: 5938<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $3,265.22 | Scheduled: | $3,265.22 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

FALK, JOANNE K.
161 ROYAL LONDON COURT
THOUSAND OAKS, CA 91361

Claim Number: 3893
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $133,983.00 | Scheduled: | $135,622.00 | UNLIQ |

---

FASHION CENTRE AT PENTAGON
C/O SIMON PROPERTY GROUP
ATTN: PATTY SUMMERS
225 W. WASHINGTON STREET
INDIANAPOLIS, IN 46204

Claim Number: 356
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $110,999.00 |
| UNSECURED | Claimed: | $1.00 |

---

FAULLER, BILLY L. III
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST., 2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3274
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,224.00 |
| UNSECURED | Claimed: | $4,224.00 |
| TOTAL | Claimed: | $4,224.00 |

---

FAY, DONALD
712 30TH AVE
SAN MATEO, CA 94403

Claim Number: 5944
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,149.60 |

---

FEDCOM CREDIT UNION
150 ANN ST NW
GRAND RAPIDS, MI 49505

Claim Number: 5991
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $515,505.21 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | | Claim Number: 4818-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $1,542.18 | Scheduled: | $1,143.92 | | Allowed: | $1,542.18 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | | Claim Number: 4819-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $25.66 | | | | Allowed: | $25.66 |
| FEE, WALTER M.<br>761 NORTH 29TH STREET<br>#204<br>MILWAUKEE, WI 53208 | | Claim Number: 6664<br>Claim Date: 10/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) | | | | | |
| PRIORITY | Claimed: | $8,972.50 | | | | | |
| UNSECURED | | | | | | Allowed: | $5,434.95 |
| FERNALD, PETER J.<br>1338 GLEN OAKS BLVD<br>PASADENA, CA 91105 | | Claim Number: 3894<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $174,235.31 | Scheduled: | $132,911.00 UNLIQ | | | |
| FERNANDEZ, LARRY<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4902<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| FERRARO, MICHAEL<br>1255 LAKESHORE DRIVE<br>MASSAPEQUA PARK, NY 11762 | Claim Number: 5681<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY | | |

| PRIORITY | Claimed: | $5,459.83 | |

---

| FERRELL, BRADLEY S.<br>3949 MAIN STREET<br>PERRY, OH 44081 | Claim Number: 4766<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |

| UNSECURED | Claimed: | $32,925.00 | |

---

| FILM MUSICIANS SECONDARY MARKET FUND<br>ATTN: KAREN L. TUCKER<br>12001 VENTURA PLACE, 5TH FLOOR<br>STUDIO CITY, CA 91604 | Claim Number: 6530<br>Claim Date: 06/15/2010<br>Debtor: TRIBUNE COMPANY | | |

| PRIORITY | Claimed: | $1,000.00   UNLIQ | |
| UNSECURED | Claimed: | $49,000.00   UNLIQ | |

---

| FIRST QUALITY MAINTENANCE<br>70 WEST 36TH STREET<br>NEW YORK, NY 10018 | Claim Number: 892<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |

| UNSECURED | Claimed: | $4,425.42 | |

---

| FISHER, GAIL L<br>4025 CONNECTICUT AVE NW<br>APT 102<br>WASHINGTON, DC 20008 | Claim Number: 6493<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | |

| PRIORITY | Claimed: | $204.00 | |
| UNSECURED | | Scheduled: | $204.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| FITZGERALD, JAMES E.<br>93 5TH STREET<br>GARDEN CITY, NY 11530 | | Claim Number: 3895<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $133,437.04 | Scheduled: | $117,342.00 UNLIQ |
| FITZSIMONS, DENNIS<br>MCCORMICK TRIBUNE FOUNDATION<br>435 N. MICHIGAN AVENUE<br>CHICAGO, IL 60601 | | Claim Number: 5149<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $11,636.56 UNLIQ | | |
| FITZSIMONS, DENNIS<br>MCCORMICK TRIBUNE FOUNDATION<br>435 N. MICHIGAN AVENUE<br>CHICAGO, IL 60601 | | Claim Number: 5639<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $11,636.56 UNLIQ | | |
| FLICK, JOHN E.<br>31 SEAVIEW DR<br>SANTA BARBARA, CA 93108 | | Claim Number: 3896<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $465,665.58 | Scheduled: | $365,927.00 UNLIQ |
| FMT CO CUST IRA<br>FBO BERNARD PEARLMAN<br>11 FIFTH AVE, APT 12D<br>NEW YORK, NY 10003-4342 | | Claim Number: 3248<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $203,063.42 | | |

| | | |
|---|---|---|
| FMT CO CUST IRA<br>FBO ALLAN R. PEARLMAN<br>11 FIFTH AVE, APT 12D<br>NEW YORK, NY 10003-4342 | Claim Number: 3249<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED         Claimed: | $86,530.21 | |
| FMTC CUSTODIAN - ROTH IRA<br>FBO PETER B. BLEICHER<br>PMB 171<br>13492 RESEARCH BLVD STE 120<br>AUSTIN, TX 78750-2254 | Claim Number: 4181<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED         Claimed: | $10,975.00 | |
| FMTC CUSTODIAN - ROTH IRA<br>FBO JOANA L TABA<br>41-525 FLAMINGO ST<br>WAIMANALO, HI 96795-1134 | Claim Number: 5916<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED         Claimed: | $2,029.92 | |
| FMTC CUSTODIAN- ROTH IRA<br>FBO DAVID LLOYD TAYLOR<br>966 WILDFLOWER WAY<br>LONGWOOD, FL 32750-4045 | Claim Number: 3593<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED         Claimed: | $1,000,000.00 | |
| FMTC, CUSTODIAN FOR ROBERT A. MCKEAN III<br>ROTH IRA<br>3 COLBY LANE<br>BYFIELD, MA 01922 | Claim Number: 3747<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| PRIORITY         Claimed: | $40,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| FMTC/NFSC FBO TENIYA FARNANDIS IRA <A/C CHT-087572> 1140 W 112TH STREET CHICAGO, IL 60643 | | Claim Number: 6731 Claim Date: 03/24/2011 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $331.74 | Scheduled: | $331.74 | |
| FOLEY, MARY BETH 31 GROVE ST NORTHPORT, NY 11768-2905 | | Claim Number: 5056 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| FONG, PHILLIP 4512 N DELTA ST ROSEMEAD, CA 91770 | | Claim Number: 5727 Claim Date: 06/15/2009 Debtor: TRIBUNE COMPANY Comments: Retiree medical benefits & life insurance | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| FORGIONE, MICHAEL J. 185 CAMBRIDGE DRIVE EAST COPIAGUE, NY 11726 | | Claim Number: 3897 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $44,838.32 | Scheduled: | $35,090.00 UNLIQ | |
| FORST, DONALD P O BOX 2 LIVINGSTON, NY 12541 | | Claim Number: 3898 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $115,977.12 | Scheduled: | $82,669.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

FORYS, JOSEPH V.
9 DAELL LANE
CENTEREACH, NY 11720

Claim Number: 5081
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

FOX, DOUGLAS B.
223 WALL STREET #318
HUNTINGTON, NY 11743

Claim Number: 3899
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $154,934.21 | Scheduled: | $55,799.00  UNLIQ |
|---|---|---|---|---|

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3558
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| PRIORITY | Claimed: | $51,750,072.01   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $27,782,334.00   UNLIQ |

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 6716
Claim Date: 03/04/2011
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 3558

| SECURED | Claimed: | $33,191,055.53 |
|---|---|---|

FRANZESE, PHILIP C.
55 OCEANVIEW DRIVE
MASTIC BEACH, NY 11951

Claim Number: 604
Claim Date: 03/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| PRIORITY | Claimed: | $218,750.25 |
|---|---|---|

---

| FREDERICK, KAREN L<br>343 GREENWOOD DR<br>PO BOX 1070<br>LAKE SHERWOOD, MO 63357 | | Claim Number: 6536<br>Claim Date: 06/18/2010<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |

| FREEDOM OF EXPRESSION FOUNDATN<br>171B CLAREMONT AVENUE<br>LONG BEACH, CA 90803 | | Claim Number: 1804<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 |

| FREY, VINCENT<br>891 N LACROSSE ST<br>ALLENTOWN, PA 18109-1953 | | Claim Number: 1859<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | |
| PRIORITY | Claimed: | $1,183.86 | |
| SECURED | Claimed: | $1,183.86 | |
| TOTAL | Claimed: | $1,183.86 | |

| FRIEDLANDER, H. JOE<br>1026 OLYMPIA RD.<br>BELLMORE, NY 11710 | | Claim Number: 5080<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

FROST, DANIEL F.
PO BOX 7285
KENNEWICK, WA 99336-0617

Claim Number: 3900
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $247,414.15 | Scheduled: | $123,521.00 UNLIQ |
|---|---|---|---|---|

FURUKAWA, VANCE
5 MEADOW RIDGE CIRCLE
POMONA, CA 91766

Claim Number: 3226
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $318,241.94 | Scheduled: | $293,487.92 |
|---|---|---|---|---|

GAGE SPENCER & FLEMING LLP
410 PARK AVE STE 900
NEW YORK, NY 10022

Claim Number: 3509
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $7,462.00 |
|---|---|---|

GALBO, CAMILLA
1416 S WASHINGTON
PARK RIDGE, IL 60068

Claim Number: 4279
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $10,429.28 |
|---|---|---|

GALLANT, JOHN
EMPLOYMENT LAWYERS GROUP
KARL GERBER
13418 VENTURA BLVD
SHERMAN OAKS, CA 91423

Claim Number: 5706
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| PRIORITY | Claimed: | $2,500,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

GARCIA, GARY W.
C/O SIEBEN & SIEBEN, LLP
90 EAST MAIN STREET
BAY SHORE, NY 11706

Claim Number: 4127
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00  UNLIQ | |

GARRETT, F. WALKER
787 BROADOAK LOOP
LAKE FOREST, FL 32771

Claim Number: 5970
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $40,598.40 | | | |

GARY, JESSE M
330 FIELD COURT
SUN PRAIRIE, WI 53590

Claim Number: 6516
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,020.00 | Scheduled: | $1,020.00 | |

GARY, KAMILLA M
1303 COOL MIST CT
FORT MILL, SC 29707-7736

Claim Number: 6489
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |

GASTLER, DEBRA A.
4236 BAKMAN AVENUE
STUDIO CITY, CA 91602

Claim Number: 3901
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $105,061.35 | Scheduled: | $51,528.00  UNLIQ | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN JR<br>LAW OFFICES OF RONALD K. BROWN JR<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | Claim Number: 3461<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| ADMINISTRATIVE          Claimed: | $15,108.96 | |
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K BROWN, JR., LAW OFFICES OF<br>RONALD K BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | Claim Number: 6010<br>Claim Date: 07/01/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $171,906.50 | |
| GE CAPITAL FLEET SERVICES<br>C/O AARON N. CHAPIN<br>REED SMITH LLP<br>10 S. WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 5579<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 2561 (11/13/2009) | |
| UNSECURED          Claimed: | $53,069.48 | |
| GECKER, FRANCES - AS CHAPTER 7 TRUSTEE<br>FOR ILLINOIS BATTERY CO.<br>FRANK/GECKER LLP<br>325 W. LASALLE ST., SUITE 625<br>CHICAGO, IL 60654 | Claim Number: 4195<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED          Claimed: | $10,000.00 | |
| GELLMAN, STEVEN<br>C/O LESLIE COHEN<br>LESLIE COHEN LAW PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 | Claim Number: 6669<br>Claim Date: 11/01/2010<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE          Claimed: | $1,750,000.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GENESYS<br>ATTN: MELODY LOHR<br>11808 MIRACLE HILLS DR.<br>OMAHA, NE 68154 | | Claim Number: 198-02<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $537.74 | Scheduled: | $161.61 | Allowed: | | $537.74 |
| GEORGE LIBERMAN ENTERPRISES, INC.<br>C/O MERHAB ROBINSON & JACKSON<br>ATTN: JAMES T. JACKSON, ESQ.<br>1551 N. TUSTIN AVE., STE. 910<br>SANTA ANA, CA 92705 | | Claim Number: 2974<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 7455 (01/11/2011) | | | | | |
| SECURED | Claimed: | $138,557.54   CONT | | | | | |
| UNSECURED | Claimed: | $861,442.50   CONT | Scheduled: | $0.00  UNLIQ | | | |
| TOTAL | Claimed: | $1,000,000.00   CONT | | | | | |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 995<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | | | |
| PRIORITY | Claimed: | $17.30 | | | | | |
| SECURED | Claimed: | $143,243.00 | | | | | |
| UNSECURED | Claimed: | $1.00 | | | | | |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 6235<br>Claim Date: 09/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 995 | | | | | |
| PRIORITY | Claimed: | $17.30 | | | | | |
| SECURED | Claimed: | $780,789.00 | | | | | |
| UNSECURED | Claimed: | $1.00 | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| GESCHELIN, EDWARD V.<br>67 PARK ST.<br>SOMERVILLE, MA 02143 | | Claim Number: 3320<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $400,000.00 | | | |
| GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | | Claim Number: 1375<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $205.00 | | | |
| GIANNONE, LISA<br>P O BOX 75<br>HICKSVILLE, NY 11801 | | Claim Number: 2867<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |
| GILLESKI, JOSEPH J.<br>110 ELMBROOK DRIVE<br>STAMFORD, CT 06906 | | Claim Number: 955<br>Claim Date: 04/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED | Claimed: | $3,931.14 | | | |
| GILMARTIN, JOHN<br>293 MURRAY HILL TERR<br>APT 318<br>BERGENFIELD, NJ 07621 | | Claim Number: 6311<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $436.00 | | | |
| UNSECURED | Claimed: | $436.00 | Scheduled: | $436.00  UNLIQ | |
| TOTAL | Claimed: | $436.00 | | | |

| | | | | |
|---|---|---|---|---|
| GIORDANO, THOMAS<br>146 HIGH ST<br>APT 110<br>MILFORD, CT 06460 | | Claim Number: 3007<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $124.74   UNLIQ | | |
| GLAVIN SECURITY HARDWARE<br>SPECIALIST 1010 W JACKSON BLVD<br>CHICAGO, IL 60607 | | Claim Number: 1477<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| SECURED | Claimed: | $1,141.63 | | |
| GLAVIN SECURITY SPECIALISTS<br>1010 W JACKSON BLVD<br>CHICAGO, IL 60607 | | Claim Number: 1478<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
| SECURED | Claimed: | $1,141.63 | | |
| GLENDALE BUSINESS CENTER, LLC<br>RE: GLENDALE 6631 N SIDNEY PL<br>CARE OF CLOVERLEAF GROUP, INC.<br>666 DUNDEE ROAD, SUITE 901<br>NORTHBROOK, IL 60062 | | Claim Number: 3408<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $990.95 | | |
| GLOBAL CROSSING TELECOMMUNICATIONS INC<br>PO BOX 741276<br>CINCINNATI, OH 45274-1276 | | Claim Number: 3149<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) | | |
| UNSECURED | Claimed: | $2,203.33 | Scheduled: | $1,300.45 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| GODBEY, TERRY<br>830 ELLWOOD AVE<br>ORLANDO, FL 32804 | | Claim Number: 3672<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8988 (05/25/2011) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $4,717.77 | | | |
| GOLD, LOUIS<br>13801 YORK RD APT C9<br>COCKEYSVILLE, MD 21030-1826 | | Claim Number: 2411<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $73,207.00 | Scheduled: | $72,566.00 UNLIQ | |
| GOLDENBERG, BARRY<br>RUSKIN MOSCOU FALTISCHEK, PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 4294<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $350,000.00 | | | |
| GOLDENBERG, MARIE<br>RUSKIN MOSCOU FALTISCHEK, PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 4293<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $350,000.00 | Scheduled: | $5,833.34 | |
| GOLDSTEIN, GARY P.<br>15 LONG ACRE LANE<br>DIX HILLS, NY 11746 | | Claim Number: 3902<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $217,241.76 | Scheduled: | $121,945.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GOMEZ, CHRISTINE MARIE<br>793 BONNIE DR<br>BALDWIN, NY 11510-4522 | | Claim Number: 6481<br>Claim Date: 05/20/2010<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | | | |
| GOODMAN, THEODORE A.<br>THEODORE A. GOODMAN MD SEP-IRA<br>4348 BERRENDO DR.<br>SACRAMENTO, CA 95864 | | Claim Number: 5935<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| UNSECURED | Claimed: | $131,944.80 | | | | | |
| GOODMAN, THEODORE A. - TTEE<br>THEODORE A. GOODMAN MD DBPP<br>4348 BERRENDO DR.<br>SACRAMENTO, CA 95864 | | Claim Number: 5028<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| UNSECURED | Claimed: | $109,615.68 | | | | | |
| GOOGLE, INC.<br>BINDER & MALTER, LLP<br>C/O WENDY W. SMITH<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | | Claim Number: 810<br>Claim Date: 03/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 6192 (11/01/2010) | | | | | |
| UNSECURED | Claimed: | $167,362.00 | Scheduled: | $88,082.82 | Allowed: | $146,881.83 |
| GOTTSMAN, EDWARD<br>235 EAST 22ND STREET,APARTMENT 3A<br>NEW YORK, NY 10010 | | Claim Number: 1777<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| PRIORITY | Claimed: | $181,031.90 | | | | | |
| UNSECURED | | | Scheduled: | $181,031.90 | | | |

| | | | | | |
|---|---|---|---|---|---|
| GRAHAM, CHARLES<br>1003 SPARKS ST SW<br>ATLANTA, GA 30310-3311 | | Claim Number: 6705<br>Claim Date: 02/28/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) | | | |
| SECURED<br>UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $120.96 | Allowed: | $120.96 |

| | | | | | |
|---|---|---|---|---|---|
| GRAHAM, KENNETH<br>44 VIA PAUSA<br>RCHO STA MARG, CA 92688-4950 | | Claim Number: 3903<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $14,288.91 | Scheduled: | $10,893.00  UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| GRANT, ERNESTINE W<br>220 MANHATTAN AVE<br>#6M<br>NEW YORK, NY 10025-2666 | | Claim Number: 6632<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $714.00 | Scheduled: | $714.00 | |

| | | | | | |
|---|---|---|---|---|---|
| GRANT, GARY<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4912<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| GRANT, LORETTA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4937<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 6450 (11/15/2010) | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |

| GRANT, ROBERT T. | | | | |
|---|---|---|---|---|
| 3166 BUTLER BAY DR. N | | Claim Number: 3904 | | |
| WINDERMERE, FL 34786 | | Claim Date: 06/09/2009 | | |
| | | Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $37,899.74 | Scheduled: | $23,140.00 UNLIQ |

| GREGORAC, ROBERT J. | | | |
|---|---|---|---|
| 1722 BUCHANAN DR. | | Claim Number: 6050 | |
| AMES, IA 50010 | | Claim Date: 07/09/2009 | |
| | | Debtor: TRIBUNE COMPANY | |
| | | Comments: EXPUNGED | |
| | | DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $25,374.00 | |

| GRENESKO, DONALD C | | | |
|---|---|---|---|
| 130 THORN TREE LANE | | Claim Number: 5426 | |
| WINNETKA, IL 60093 | | Claim Date: 06/12/2009 | |
| | | Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $0.00 UNDET | |

| GRINSTEAD, MILDRED H, IRRA | | | |
|---|---|---|---|
| 211 BELMEAD LN. | | Claim Number: 5572 | |
| TYLER, TX 75701-5443 | | Claim Date: 06/12/2009 | |
| | | Debtor: TRIBUNE COMPANY | |
| | | Comments: EXPUNGED | |
| | | DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $50,767.81 | |

| GRIPPO & ELDEN | | | |
|---|---|---|---|
| 3476 EAGLE WAY | | Claim Number: 4984 | |
| CHICAGO, IL 60678 | | Claim Date: 06/12/2009 | |
| | | Debtor: TRIBUNE COMPANY | |
| | | Comments: WITHDRAWN | |
| | | DOCKET: 7588 (01/20/2011) | |
| UNSECURED | Claimed: | $24,823.39 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| GROGAN, WILLIAM R<br>275 SIMSBURY ROAD<br>WEST HARTFORD, CT 06117 | | Claim Number: 4851<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 4852 | | | |
| UNSECURED | Claimed: | $150,000.00   UNLIQ | | | |
| GRONEMANN, URI F.<br>11/1 HASARGEL ST.<br>HOD HASHARON, 45284<br>ISRAEL | | Claim Number: 3698<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,975.00 | | | |
| GUARDSMARK LLC<br>22 SOUTH SECOND ST.<br>MEMPHIS, TN 38103-2695 | | Claim Number: 511<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED | Claimed: | $61,475.35 | | | |
| GUERRERO, RICHARD<br>46 SAINT MICHAEL<br>DANA POINT, CA 92629 | | Claim Number: 3905<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 5 | | | |
| UNSECURED | Claimed: | $569,312.18 | Scheduled: | $525,148.08 | |
| GUIDICE, NICHOLAS<br>1708 DEVONSHIRE RD<br>HAUPPAUGE, NY 11788-4505 | | Claim Number: 5078<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| GUILLEN, CHRISTOPHER J<br>7451 W MADISON ST<br>FOREST PARK, IL 60130 | | Claim Number: 2008<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | |
| UNSECURED | Claimed: | $1,000.00 | | |
| GUITTAR, LEE J.<br>3750 GAUT OCEAN DRIVE<br>APT #401<br>FORT LAUDERDALE, FL 33308 | | Claim Number: 3906<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $126,217.54 | Scheduled: | $94,125.00 UNLIQ |
| GUNTER, WANDA<br>185 CORNELL STREET<br>HEMPSTEAD, NY 11550 | | Claim Number: 5682<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $8,937.93 | | |
| GUTHRIE, JAMES F.<br>205 COSTA BELLA DR.<br>AUSTIN, TX 78734 | | Claim Number: 3907<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $577,807.24 | Scheduled: | $391,972.00 UNLIQ |
| GUTMAN, E. MICHAEL, M.D.<br>711 WEST COLONIAL DRIVE<br>ORLANDO, FL 32804 | | Claim Number: 870<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| GUTMAN, E. MICHAEL, MD, MIKE GUTMAN MD (MPAC)PA & GUTMAN PAIN/ACCIDENT CTR, INC AKA/DBA BACK PAIN INSTITUTE OF ORLANDO 711 WEST COLONIAL DRIVE ORLANDO, FL 32804 | | Claim Number: 2488 Claim Date: 05/06/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4407 (05/14/2010) | | | |
| UNSECURED | Claimed: | $38,634.25   UNLIQ CONT | | | |
| GUTTRY, DELYNN 1135 SCENIC WAY LOS OSOS, CA 93402 | | Claim Number: 3908 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $70,638.34 | Scheduled: | $53,464.00  UNLIQ | |
| HABERSTROH, JOSEPH K. 75 S. PENATAQUIT AV BAY SHORE, NY 11706 | | Claim Number: 5127 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| HALAJIAN, KENNETH L. 21 HIGH RIDGE RD OSSINING, NY 10562-1969 | | Claim Number: 3869 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $279,880.66 | Scheduled: | $217,824.53  UNLIQ | |
| HALL, CHARLOTTE H. 219 CORNERSTONE DRIVE NEWTOWN SQUARE, PA 19073 | | Claim Number: 3870 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $532,387.27 | Scheduled: | $419,111.34 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| HALL, GARY D.<br>350 LONGWOOD PLACE<br>JONESBORO, GA 30236 | | Claim Number: 5936<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $40,598.40 | | | |
| HALL, JOSEPH<br>1144 NORTH STRICKER STREET<br>BALTIMORE, MD 21217 | | Claim Number: 1505<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | | |
| PRIORITY | Claimed: | $9,000.00 | | | |
| SECURED | Claimed: | $80,000.00 | | | |
| TOTAL | Claimed: | $80,000.00 | | | |
| HALLE, JEAN<br>11536 PEBBLECREEK DR.<br>LUTHERVILLE TIMONIUM, MD 21093 | | Claim Number: 3871<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $45,477.17 | Scheduled: | $18,057.00  UNLIQ | |
| HAMMETT & EDISON<br>470 THIRD ST. WEST<br>SONOMA, CA 95476 | | Claim Number: 2965<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| UNSECURED | Claimed: | $4,756.30 | | | |
| HANDELSMAN, WALT<br>37 HARVARD DR.<br>WOODBURY, NY 11797 | | Claim Number: 5040<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| HARMER ASSOCIATES<br>ATTN RANDY  HARMER<br>100 S WACKER DRIVE  SUITE 1950<br>CHICAGO, IL 60606 | Claim Number: 2001<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $30,000.00 | Allowed: | $30,000.00 |
|---|---|---|---|---|---|---|

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON     STE 652<br>HOUSTON, TX 77002 | Claim Number: 292<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $35,200.63  UNLIQ |

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON     STE 652<br>HOUSTON, TX 77002 | Claim Number: 311<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $35,200.63  UNLIQ |

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON     STE 652<br>HOUSTON, TX 77002 | Claim Number: 1706<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 292 |
|---|---|

| ADMINISTRATIVE | Claimed: | $35,200.63  UNLIQ |
|---|---|---|

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON     STE 652<br>HOUSTON, TX 77002 | Claim Number: 2262<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $35,200.63  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

HARRIS, JILL CUST NATHAN G HARRIS UTMA
PA.,
474 JEFFERSON DR
PITTSBURG, PA 15228-2117

Claim Number: 6520
Claim Date: 06/09/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |
|---|---|---|---|---|

HARTFORD MEDICAL GROUP
PO BOX 1086
WILBRAHAM, MA 01089

Claim Number: 6673
Claim Date: 11/12/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

| UNSECURED | Claimed: | $722.00 |
|---|---|---|

HARTNEY, MARY
221 W. LANVALE ST. APT. 3F
BALTIMORE, MD 21217

Claim Number: 3201
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $746.40 |
|---|---|---|

HASENOHR, PETER
420 MONROE DR
CENTERPORT, NY 11721

Claim Number: 2079
Claim Date: 04/29/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $26,399.94 |
|---|---|---|

HASSELL, PAMELA M.
269 MILL CREEK CT
ACWORTH, GA 30101

Claim Number: 5965
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $20,299.20 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| HATTENBACH, LINDA<br>1236 LITTLE CREEK CIRC<br>BREINIGSVILLE, PA 18031 | | Claim Number: 2342<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| HAUGH, MICHAEL J.<br>106 BEACON BLVD.<br>SEA GIRT, NJ 08750 | | Claim Number: 3872<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $173,043.24 | Scheduled: | $119,301.00  UNLIQ | |
| HAYNES, KEVIN L<br>15450 NISQUALLI RD APT O208<br>VICTORVILLE, CA 92395-9317 | | Claim Number: 6483<br>Claim Date: 05/20/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 | |
| HAYWOOD, JOHN<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4934<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| HEALTH CONCEPTS/DOLPHIN CAPITAL CORP<br>566 WEST LAKE STREET, LOWER LEVEL<br>CHICAGO, IL 60661 | | Claim Number: 685<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $260.75 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

HEAPHY, JANIS
25 HIGHLAND PARK VILLAGE, #100-340
DALLAS, TX 75205

Claim Number: 3873
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $116,041.17 | Scheduled: | $63,061.00 UNLIQ |

HECK-MEAD, JOULE
820 ONEIDA ST
JOLIET, IL 60435-7311

Claim Number: 6542
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 |

HEIMBERG, ERIC
6233 S MAJOR
CHICAGO, IL 60638

Claim Number: 4421
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,673.60 |
| UNSECURED | Claimed: | $2,673.60 |
| TOTAL | Claimed: | $2,673.60 |

HELIN, JAMES D.
12156 LA CASA LANE
LOS ANGELES, CA 90049

Claim Number: 3874
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,404.38 | Scheduled: | $24,238.72 UNLIQ |

HENDERSON, LAURA W.
106 GREAT LAKE DR.
CARY, NC 27519

Claim Number: 6271
Claim Date: 09/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,224.40 |

| HENDRY, WILLIAM T.<br>1000 MIDNIGHT PASS<br>ROCKWALL, TX 75087 | | Claim Number: 5885<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $30,460.78 | | | |
| HENSON, PAMELA D.<br>552 ALTA WAY<br>MILL VALLEY, CA 94941-3900 | | Claim Number: 3875<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $3,863.68 | Scheduled: | $3,222.00 UNLIQ | |
| HERMAN, ROBIN<br>770 29TH ST APT 717<br>BOULDER, CO 80303-2342 | | Claim Number: 534<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $925.00 | | | |
| HERNANDEZ, IRENE<br>9100 DUARTE RD APT 233<br>SAN GABRIEL, CA 91775-2053 | | Claim Number: 4593<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $24,972.81 | | | |
| HESSLER, CURTIS A.<br>570 BRADSFORD ST.<br>PASADENA, CA 91105-2409 | | Claim Number: 3876<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,022,521.60 | Scheduled: | $684,712.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

HEWITT ASSOCIATES, LLC
ATTN: GENERAL COUNSEL
100 HALF DAY ROAD
LINCOLNSHIRE, IL 60069-3342

Claim Number: 3165
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,180.00 | Scheduled: | $8,180.00 |
|---|---|---|---|---|

HIANIK, MARK W.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6742
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8749 (04/25/2011)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

HIGBY, JAMES H.
51 KEELERS RIDGE RD.
WILTON, CT 06897

Claim Number: 3877
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $57,086.86 |
|---|---|---|

HIGBY, LAWRENCE
218 VIA LIDO NORD
NEWPORT BEACH, CA 92663

Claim Number: 1506
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| PRIORITY | Claimed: | $126,183.00 |
|---|---|---|

HIGBY, LAWRENCE M.
218 VIA LIDO NORD
NEWPORT BEACH, CA 92663

Claim Number: 3878
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 1506

| UNSECURED | Claimed: | $191,250.95 | Scheduled: | $126,183.00  UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| HILBORN, GENE<br>R/O IRA E*TRADE CUSTODIAN<br>13191 TRIPLE CROWN LOOP<br>GAINESVILLE, VA 20155 | | Claim Number: 5702<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $40,598.40 | | |
| HIRAM ELECTRICAL CONTRACTOR<br>1351 WEST FOSTER AVENUE<br>CHICAGO, IL 60640-2214 | | Claim Number: 3130<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $36,107.97 | Scheduled: | $35,027.84 |
| HIRAM ELECTRICAL CONTRACTOR<br>1351 W FOSTER AVE<br>CHICAGO, IL 60640 | | Claim Number: 5983<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $6,970.93 | | |
| HOARD, ROBERT<br>2333 VILLARET DR.<br>HUNTSVILLE, AL 35803 | | Claim Number: 5794<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $10,149.60 | | |
| HOFFNER, CONRAD C.<br>2430 SODERBLOM AVE<br>SAN DIEGO, CA 92122 | | Claim Number: 6034<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $8,119.68 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HOGAN & HARTSON LLP<br>COLUMBIA SQUARE<br>555 13TH STREET, NW<br>WASHINGTON, DC 20004-1109 | | Claim Number: 3477<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $12,935.23 | | | | | |
| HOLLAND & KNIGHT LLP<br>1 EAST BROWARD BLVD, STE 1300<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 2260<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $6,849.12 | | | | | |
| HOLT, VANESSA<br>3019 JOE LOUISE DR<br>ORLANDO, FL 32805-2954 | | Claim Number: 6545<br>Claim Date: 06/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| PRIORITY | Claimed: | $68.00 | | | | | |
| SECURED | Claimed: | $68.00 | | | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | Allowed: | $68.00 |
| TOTAL | Claimed: | $68.00 | | | | | $0.00 |
| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | | Claim Number: 50<br>Claim Date: 12/26/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | | | |
| PRIORITY | Claimed: | $79,699.55 | | | | | |
| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | | Claim Number: 3879<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 50 | | | | | |
| UNSECURED | Claimed: | $86,402.16 | Scheduled: | $79,699.55 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

HOME INSURANCE CO. IN LIQUIDATION, THE
KAREN TISDELL
55 SOUTH COMMERCIAL STREET
MANCHESTER, NH 03101

Claim Number: 3643
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Insurance premiums

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

HOMFINDER, LLC
ATTN: TIMOTHY FAGAN, PRESIDENT & CEO
175 W. JAKCSON BLVD., 8TH FL
CHICAGO, IL 60604

Claim Number: 5640
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $186,901.00 |
|---|---|---|

HONORWAY INVESTMENT CORPORATION
RE: SAN FRANCISCO 388 MARKET
388 MARKET STREET SUITE 1568
SAN FRANCISCO, CA 94111

Claim Number: 6799
Claim Date: 09/06/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $80,039.54 |
|---|---|---|

HOOGHKIRK, BARRY
27 SALEM ST.
PATCHOGUE, NY 11772

Claim Number: 5083
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

HOPKINS, ELIZABETH
1014 N. 3RD ST.
CLINTON, IA 52732

Claim Number: 6146
Claim Date: 08/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $5,243.75 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| HOPKINS, ELIZABETH<br>1014 N. 3RD ST.<br>CLINTON, IA 52732 | | Claim Number: 6202<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,487.50 | | |
| HORN, KAREN LAUKKA<br>50 RIDGECREST COURT<br>LAFAYETTE, CA 94549-3690 | | Claim Number: 3880<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $329,826.52 | Scheduled: | $304,240.40 |
| HORTON, INEZ<br>4 E 107TH ST, # 12B<br>NEW YORK, NY 10029-3870 | | Claim Number: 6548<br>Claim Date: 06/23/2010<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $306.00 | | |
| UNSECURED | | | Scheduled: | $306.00 |
| HOTCHKISS PEACOCK RANCH INC.<br>5990 SAN SIMEON CK RD<br>CAMBRIA, CA 93428 | | Claim Number: 5679<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $5,000.00 | | |
| HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | | Claim Number: 5818<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $135.55 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 5819<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $15.88 |

| HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 5820<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $573.68 |

| HOWARD COUNTY, MARYLAND<br>MARGARET ANN NOLAN & CAMELA J. SANDMANN<br>ESQ., HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 6591<br>Claim Date: 07/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| SECURED | Claimed: | $37,168.48 |
|---|---|---|

| HOWARD COUNTY, MARYLAND<br>MARAGARET ANN NOLAN & CAMELA J. SANDMANN<br>HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 6600<br>Claim Date: 07/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |
|---|---|

| SECURED | Claimed: | $37,168.48 |
|---|---|---|

| HOWARD COUNTY, MARYLAND<br>HOWARD COUNTY OFFICE OF LAW - MARGARET<br>ANN NOLAN, ESQ. CAMELA J. SANDMANN, ESQ.<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 6709<br>Claim Date: 03/03/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $511.99 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| HOWARD, LESLIE M.<br>2737 GRANDVIEW PLACE<br>ENDICOTT, NY 13760 | | Claim Number: 3881<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $145,496.90 | Scheduled: | $134,210.05 |
| HOWE, MARK E.<br>8 PINEVIEW LANE<br>EAST GREENBUSH, NY 12061 | | Claim Number: 3882<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $187,208.77 | Scheduled: | $172,686.14 |
| HOWLAND, VAUGHAN A.<br>4205 STATE HWY UNIT 5B<br>EASTHAM, MA 02642-2165 | | Claim Number: 5726<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $20,299.20 | | |
| HUGHES, JOSEPH M.<br>9596 E ROADRUNNER DR<br>SCOTTSDALE, AZ 85262 | | Claim Number: 3883<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $188,913.12 | Scheduled: | $177,168.28 UNLIQ |
| HUNDT, PAUL L<br>5105 LEANNE LN<br>MC FARLAND, WI 53558-8403 | | Claim Number: 6501<br>Claim Date: 05/27/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

| | | |
|---|---|---|
| HUNIHAN, DOROTHY A.<br>200 DIPLOMAT DR. 5L<br>MT. KISCO, NY 10549 | | Claim Number: 3341<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $30,400.00 |
| HUNTING, SUSAN K.<br>764 GLEN DR.<br>PO BOX 803<br>MOVILLE, IA 51039 | | Claim Number: 5920<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $7,210.90 |
| HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ.<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | | Claim Number: 2841<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) |
| UNSECURED | Claimed: | $1,147.04 |
| HURT, ALBERT L<br>18032 JASON LN<br>LANSING, IL 60438-1500 | | Claim Number: 1575<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $10,745.21 |
| HUTCHINSON, JOYCE F.<br>121 W CHESTNUT ST APT 3304<br>CHICAGO, IL 60610-3457 | | Claim Number: 6384<br>Claim Date: 01/26/2010<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $300,000.00   UNLIQ |

| HUTCHINSON, JOYCE F.<br>16851 HARLEM AVENUE, UNIT 225<br>TINLEY PARK, IL 60477 | | Claim Number: 6385<br>Claim Date: 01/27/2010<br>Debtor: TRIBUNE COMPANY | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $300,000.00   UNLIQ | | | | | |
| HUTCHISON, GLEN<br>3827 E 3RD ST #59<br>TUCSON, AZ 85716 | | Claim Number: 6318<br>Claim Date: 10/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | | | |
| HYLAND-SAVAGE,GAILR.<br>24 VIA CAPRI<br>RANCHO PALOS VERDES, CA 90275 | | Claim Number: 5875<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $5,779.00 | Scheduled: | $5,779.00  UNLIQ | | | |
| IKON OFFICE SOLUTIONS<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN: BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | | Claim Number: 3678-01<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $5,720.78 | Scheduled: | $5,543.25 | Allowed: | $5,720.78 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT<br>SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | | Claim Number: 6213<br>Claim Date: 09/04/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments:<br>Amends claim 478 | | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | | Claim Number: 6214<br>Claim Date: 09/04/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments:<br>Amends claim 411 |
| PRIORITY | Claimed: | $0.00 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | | Claim Number: 6215<br>Claim Date: 09/04/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments:<br>Amends claim 403 |
| PRIORITY | Claimed: | $0.00 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | | Claim Number: 6216<br>Claim Date: 09/04/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments:<br>Amends claim 413 |
| PRIORITY | Claimed: | $0.00 |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 752<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $102,617.06 |
| UNSECURED | Claimed: | $100.00 |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 784<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $20,583,890.06 |
| UNSECURED | Claimed: | $3,141,111.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | | Claim Number: 2332 Claim Date: 05/04/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $20,303,924.06 |
| UNSECURED | Claimed: | $2,092,721.00 |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | | Claim Number: 2370 Claim Date: 05/04/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2270 (10/02/2009) |
| PRIORITY | Claimed: | $46,523,550.00 |
| UNSECURED | Claimed: | $4,924,196.00 |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | | Claim Number: 3081 Claim Date: 05/22/2009 Debtor: TRIBUNE COMPANY Comments: Replaces claim number 2370 |
| PRIORITY | Claimed: | $46,523,550.00 |
| UNSECURED | Claimed: | $4,924,196.00 |
| ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., # 7-400 CHICAGO, IL 60601 | | Claim Number: 3196 Claim Date: 05/26/2009 Debtor: TRIBUNE COMPANY Comments: Replaces claim number 2332 |
| PRIORITY | Claimed: | $20,303,924.06 |
| UNSECURED | Claimed: | $2,092,721.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

IMBRIACO, JAMES
8 ACORN LANE
LEBANON, NJ 08833

Claim Number: 3884
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $63,028.95 | Scheduled: | $24,863.00 UNLIQ |
|---|---|---|---|---|

INASMUCH FOUNDATION
OKLAHOMA TOWER
210 PARK AVE
OKLAHOMA CITY, OK 73102

Claim Number: 4392
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $300,000.00 |
|---|---|---|

INDIANA AMERICAN WATER (IN AMERICAN WATE
1410 DISCOVERY PARKWAY
PO BOX 578
ALTON, IL 62002

Claim Number: 5841
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $116.16 |
|---|---|---|

INDIANA AMERICAN WATER (IN AMERICAN WATE
1410 DISCOVERY PARKWAY
PO BOX 578
ALTON, IL 62002

Claim Number: 5842
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $168.88 |
|---|---|---|

INDUSTRIAL DOOR CO.
1555 LANDMEIER RD.
ELK GROVE VILLAGE, IL 60007

Claim Number: 6652
Claim Date: 09/16/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

| UNSECURED | Claimed: | $5,163.58 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

INNES, MICHAEL A & DEBRA JT TEN
50 REDBUD RIDGE PL
THE WOODLANDS, TX 77380-3411

Claim Number: 6482
Claim Date: 05/20/2010
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | |

INSTY PRINTS OF PALATINE, INC.
DBA ALLEGRA PRINT & IMAGING
510 E. NORTHWEST HWY
PALATINE, IL 60074

Claim Number: 2380
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,265.54 | | | |

INTERCALL
ATTN: MELODY LOHR
11808 MIRACLE HILLS DR.
OMAHA, NE 68154

Claim Number: 512
Claim Date: 02/23/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,507.40 | Scheduled: | $245.21 | |

IRON MOUNTAIN INFORMATION MANAGEMENT INC
C/O R FREDERICK LINFESTY, ESQ
745 ATLANTIC AVENUE, 10TH FLOOR
BOSTON, MA 02111

Claim Number: 862
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $36,743.00 | | | |
| UNSECURED | Claimed: | $1,171.21 | Scheduled: | $2,708.09 | |

ISAKSEN INVESTMENTS LLC
RE: ARLETA 9351 LAUREL CANYON
7250 FRANKLIN AVE, STE 1108
LOS ANGELES, CA 90046

Claim Number: 6113
Claim Date: 07/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4777 (06/14/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $94,047.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| ISAKSEN INVESTMENTS, LLC<br>C/O J. BENNETT FRIEDMAN, ESQ.<br>FRIEDMAN LAW GROUP<br>1900 AVENUE OF THE STARS, SUITE 1800<br>LOS ANGELES, CA 90067 | | Claim Number: 6467<br>Claim Date: 04/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim no. 6113 | | | |
| UNSECURED | Claimed: | $125,253.75 | | | |
| ISENBERG, STEVEN L.<br>151 CENTRAL PARK WEST, 3N<br>NEW YORK, NY 10023 | | Claim Number: 3885<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $577,618.26 | Scheduled: | $282,310.00 | UNLIQ |
| ISINGER, WILLIAM R.<br>26682 COUNTRY CREEK LN<br>CALABASAS, CA 91302-3587 | | Claim Number: 3886<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $298,855.71 | Scheduled: | $229,594.00 | UNLIQ |
| JACKSON, CHERYL<br>3264 NE 156TH AVE<br>PORTLAND, OR 97230 | | Claim Number: 3317<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,000.00   UNLIQ | | | |
| JACKSON, MARK<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4933<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

JACOBSEN, CLARICE
5623 N OLCOTT
CHICAGO, IL 60631

Claim Number: 2333
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

---

JAGOE, THOMAS ANTHONY
18028 W ANNES CIRCLE
APT 103
CANYON COUNTRY, CA 91387

Claim Number: 6646
Claim Date: 09/03/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $295.84 | Allowed: | $295.84 |

---

JANSEN, RAYMOND A. JR.
24 DOCKSIDE LANE, #422
KEY LARGO, FL 33037

Claim Number: 3887
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $6,439,394.24 | Scheduled: | $4,350,612.00 UNLIQ | |

---

JANUS, KENNETH C
924 S COURTLAND AVE
PARK RIDGE, IL 60068

Claim Number: 1820
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for $285/month for life

| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

JCPENNEY CORPORATION, INC.
C/O ANGIE JENSEN, MS 1122
LEGAL DEPT
6501 LEGACY DRIVE
PLANO, TX 75024

Claim Number: 5834
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $33,583.32 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1389<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,110.00 | Scheduled: | $4,869.43 | Allowed: | $4,869.43 |
| JENKINS, JOHN B.<br>3575 E. 135TH CT<br>THORNTON, CO 80241 | | Claim Number: 3252<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| UNSECURED | Claimed: | $5,000.00 | | | | |
| JM MCGANN & COMPANY<br>2230 S BLUE ISLAND AVE<br>CHICAGO, IL 60608 | | Claim Number: 2966<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $5,956.05 | Scheduled: | $5,956.05 | | |
| JM MCGANN & COMPANY<br>2230 SOUTH BLUE ISLAND AVE<br>CHICAGO, IL 60608 | | Claim Number: 2967<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $3,025.00 | Scheduled: | $3,025.00 | | |
| JOHN B. DOLVEN IRA<br>281 SOUTH PLAZA COURT<br>MT. PLEASANT, SC 29464 | | Claim Number: 5633<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | | |
| SECURED | Claimed: | $50,826.88 | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| JOHNSON, EDWARD ARNETT "EDDIE"<br>ROBERT H. ROSENFELD, ESQ.<br>6703 N. CICERO AVE.<br>LINCOLNWOOD, IL 60712 | | Claim Number: 536<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED | Claimed: | $10,000,000.00 | | | |
| JOHNSON, EDWARD E.<br>4418 OAKWOOD AVE.<br>LA CANADA FLINTRIDGE, CA 91011-3414 | | Claim Number: 3888<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,183,611.96 | Scheduled: | $804,881.00 UNLIQ | |
| JOHNSON, PHIL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4930<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| JOHNSON, ROBERT M.<br>7348 ARBOR PINES DR.<br>P.O.BOX 485<br>GLEN ARBOR, MI 49636 | | Claim Number: 3889<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $314,859.81 | Scheduled: | $204,647.00 UNLIQ | |
| JOHNSON, RUSSELL<br>1360 WATERSIDE DRIVE<br>BOLINGBROOK, IL 60490 | | Claim Number: 2621<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $139,000.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

JOHNSON, W. THOMAS, JR.
3280 RILMAN ROAD, NW
ATLANTA, GA 30327

Claim Number: 3890
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,091,151.24 | Scheduled: | $1,447,300.00 UNLIQ | |

JOSEFAK, JOHN C.
23 RALPH AVE.
LAKE GROVE, NY 11755

Claim Number: 5076
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

JOSEPH B. WORTMAN IRA
21400 HOOVER ROAD
WARREN, MI 48089

Claim Number: 5629
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $50,826.88 | |

JPMORGAN CHASE BANK, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4957
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $355,602.54 UNLIQ CONT | |

JPMORGAN CHASE BANK, N.A. & J.P. MORGAN
SECURITIES INC.
ATTN: MIRIAM KULNIS
383 MADISON AVENUE, 23RD FLOOR
NEW YORK, NY 10017

Claim Number: 6645
Claim Date: 08/27/2010
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ CONT | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4464
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37   UNLIQ CONT | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | Scheduled: | $8,571,192,475.83  UNLIQ | |

JUDD, LIAM R.
IRREVOCABLE TRUST
C/O A.R. JUDD TRUSTEE
1592 REDDING
BIRMINGHAM, MI 48009

Claim Number: 5569
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $25,383.91 |

JUN-WEN CAI, WENDY
67 PARK ST.
SOMERVILLE, MA 02143

Claim Number: 3321
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $20,000.00   UNLIQ |

JUNCK, MARY E.
18475 DEER HILL ROAD
P.O. BOX 20
PLEASANT VALLEY, IA 52767

Claim Number: 3891
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $687,471.28 | Scheduled: | $179,436.00  UNLIQ |

K&D FACTORY SERVICES INC
1833-41 N CARMEN ST
HARRISBURG, PA 17103

Claim Number: 1594
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $43,500.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

KABAK, SCOTT W.
15 MEADOW LANE
MANHASSET, NY 11030

Claim Number: 3848
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $135,856.56 | Scheduled: | $61,785.00  UNLIQ |
|---|---|---|---|---|

KACHARABA, ROSEMARIE
210 UTICA AVENUE
NORTH MASSAPEQUA, NY 11758

Claim Number: 3084
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $661.28 | | |
|---|---|---|---|---|

KALLET, JUDITH S.
7949 CRANES POINTE WAY
WEST PALM BEACH, FL 33412

Claim Number: 3849
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $86,874.62 | Scheduled: | $57,462.00  UNLIQ |
|---|---|---|---|---|

KAMAKAZEE KIWI CORP.
3835-R EAST THOUSAND OAKS BLVD
SUITE 343
WESTLAKE VILLAGE, CA 91362

Claim Number: 6704
Claim Date: 02/28/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

KAMINSKY, NEIL I.
IRA TRUST UAD 1-21-2000
4109 SILVERY MINNOW NW
ALBUQUERQUE, NM 87120

Claim Number: 5570
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $35,537.47 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| KAY, JOHN M., DBA KAY DELIVERY, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5863<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $122,899.23 | Scheduled: | $0.00  UNLIQ |
| KAZAN, DANIEL<br>1715 FALLING LEAF LANE<br>NORTHBROOK, IL 60062 | | Claim Number: 6690<br>Claim Date: 02/09/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| KEATING, JOHN<br>610 BREAD & CHEESE HOLLOW RD<br>NORTHPORT, NY 11768 | | Claim Number: 5128<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| KEBIR, LORE O<br>2424 ESTHER VIEW DR<br>LOMITA, CA 90717-2313 | | Claim Number: 6538<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
| KEELER, ROBERT F.<br>18 MAGNET ST.<br>STONY BROOK, NY 11790 | | Claim Number: 5038<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

KELLER, WILLIAM
7916 W. HILLSIDE ROAD ROUTE 3
CRYSTAL LAKE, IL 60012

Claim Number: 3850
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $43,819.77 | Scheduled: | $34,580.00 UNLIQ | | | |

KELLERMANN, DONALD S.
2750 UNICORN LANE
WASHINGTON, DC 20015

Claim Number: 3851
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $202,942.77 | Scheduled: | $107,003.00 UNLIQ | | | |

KELLOGG, VALERIE
108 LA RUE DRIVE
HUNTINGTON, NY 11743

Claim Number: 5094
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

KELLY CREWS INC.
1823 QUARTER HORSE DR.
WOODSTOCK, MD 21163

Claim Number: 340
Claim Date: 01/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $8,116.00 | |

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-01
Claim Date: 01/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $278.02 | Scheduled: | $704.80 | Allowed: | $278.02 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | |
|---|---|---|---|
| KELLY, JAMES C.<br>20154 ZIMMERMAN PL.<br>SANTA CLARITA, CA 91390 | | Claim Number: 4978<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |
| KELLY, MARGARET<br>8250 BRENTWOOD CT<br>ARVADA, CO 80005 | | Claim Number: 5957<br>Claim Date: 06/25/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $10,149.60 | |
| KEMPER INSURANCE COMPANIES<br>SHERRI L. PATTERSON<br>MANAGED ACCOUNTS, 13NW0348<br>ONE KEMPER DRIVE<br>LONG GROVE, IL 60049 | | Claim Number: 1005<br>Claim Date: 04/14/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| SECURED | Claimed: | $0.00  UNLIQ | |
| KEMPSTER, NORMAN<br>7505 DEMOCRACY BLVD<br>APT 114<br>BETHESDA, MD 20817 | | Claim Number: 3740<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Medigap reimbursement | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |
| KENDRICK-MCCANN LP<br>RE: SANTA FE 12236 MCCANN DR<br>C/O T C COLLINS & ASSOCIATES<br>3600 BIRCH ST SUITE NO.100<br>NEWPORT BEACH, CA 92660 | | Claim Number: 2728<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | |
| UNSECURED | Claimed: | $2,375.44 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| KENNEDY, TIMOTHY 2075 CHARLES DRIVE HELLERTOWN, PA 18055 | | Claim Number: 5685 Claim Date: 06/15/2009 Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | | |
| KENNEDY, TIMOTHY 2075 CHARLES DRIVE HELLERTOWN, PA 18055 | | Claim Number: 5686 Claim Date: 06/15/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $383.49 | Scheduled: | $383.49 |
| KENNEY, CRANE 1021 CHERRY ST WINNETKA, IL 60093-2112 | | Claim Number: 5337 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: Certain Compensation and benefits in certain scenarios | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ |
| KENT, DAVID H. 22347 KENT LANE GRAND RAPIDS, MN 55744 | | Claim Number: 5874 Claim Date: 06/18/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) | | |
| ADMINISTRATIVE | Claimed: | $209.44 | | |
| UNSECURED | Claimed: | $14,000.00 | | |
| KENT, ROBERT W. & ELIZABETH A., TRUSTEES KENT FAMILY REVOCABLE TRUST U/A DATED 03/09/07 13084 FERNTAILS ST. LOUIS, MO 63141 | | Claim Number: 5909 Claim Date: 06/19/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $5,238.95   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| KING FEATURES SYNDICATE<br>ALAN LEWIS, ESQ.<br>OFFICE OF GENERAL COUNSEL, HEARST CORP.<br>300 WEST 57TH STREET, 40TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 529<br>Claim Date: 02/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED | Claimed: | $97,111.95 | | | |
| KING, VICTORIA<br>515 EAST 14TH STREET,#3B<br>NEW YORK, NY 10009 | | Claim Number: 3852<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $74,235.11 | Scheduled: | $68,476.36 | |
| KING-COHEN, SYLVIA ELIZABETH<br>225 KOHR RD<br>KINGS PARK, NY 11754 | | Claim Number: 5065<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| KISSI, DAVID<br>PO BOX 77878<br>ONE MASSACHUSETTS AVE NE<br>WASHINGTON, DC 20013 | | Claim Number: 1334<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ | |
| KITSAP COUNTY TREASURER<br>614 DIVISION ST MS-32<br>PORT ORCHARD, WA 98366-4614 | | Claim Number: 1042<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| SECURED | Claimed: | $5,109.82 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

KLEIN, JASON E.
6 TANGLEWILD PLACE
CHAPPAQUA, NY 10514-2528

Claim Number: 3853
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $113,350.42 | Scheduled: | $40,676.00  UNLIQ |
|---|---|---|---|---|

KLEIN, JEFFREY S.
18778 HILLSBORO ROAD
NORTHRIDGE, CA 91326

Claim Number: 3854
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $214,771.81 | Scheduled: | $103,115.00  UNLIQ |
|---|---|---|---|---|

KLEINER, ARNOLD J.
7575 MULHOLLAND DR.
LOS ANGELES, CA 90046

Claim Number: 3856
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,428,807.91 | | |
|---|---|---|---|---|

KLUTNICK, SUSAN  K.
17582 BERLARK CIRCLE
HUNTINGTON BCH, CA 92649

Claim Number: 3857
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $381,723.02 | Scheduled: | $352,111.05 |
|---|---|---|---|---|

KNAPP, PETER A.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6743
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8750 (04/25/2011)

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| KNIGHT, TIMOTHY P. | | | | |
|---|---|---|---|---|
| C/O BLAKE T. HANNAFAN | | Claim Number: 6776 | | |
| HANNAFAN & HANNAFAN, LTD. | | Claim Date: 06/07/2011 | | |
| ONE EAST WACKER DR., SUITE 2800 | | Debtor: TRIBUNE COMPANY | | |
| CHICAGO, IL 60601 | | Comments: DOCKET: 8996 (05/25/2011) | | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | |
|---|---|---|---|---|

| KNORR, THOMAS H., DCD | | | | |
|---|---|---|---|---|
| 506 C RIDGE ROAD | | Claim Number: 5437 | | |
| WILMETTE, IL 60091 | | Claim Date: 06/12/2009 | | |
| | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 3013 (01/05/2010) | | |

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

| KOPPER, JAMES L. | | | | |
|---|---|---|---|---|
| 7768 LAKESIDE BLVD | | Claim Number: 3858 | | |
| APT 531 | | Claim Date: 06/09/2009 | | |
| BOCA RATON, FL 33434 | | Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $353,362.22 | Scheduled: | $217,809.00  UNLIQ |
|---|---|---|---|---|

| KRANTZ, RANDI | | | | |
|---|---|---|---|---|
| 100 BEEKMAN STREET 9J | | Claim Number: 4330 | | |
| NEW YORK, NY 10038 | | Claim Date: 06/10/2009 | | |
| | | Debtor: TRIBUNE COMPANY | | |

| PRIORITY | Claimed: | $6,239.42 | | |
|---|---|---|---|---|

| KRENEK, DEBBY | | | | |
|---|---|---|---|---|
| 361  72ND ST | | Claim Number: 5088 | | |
| BROOKLYN, NY 11209 | | Claim Date: 06/12/2009 | | |
| | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: | | |
| | | Pension Plan, ESOP, Cash Balance Plan | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

KROPINSKI, MIKE
1530 HAMMAN DR
TROY, MI 48085

Claim Number: 5705
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,074.80 | | |

KUCERA, PHILIP E.
1700 S BAYSHORE LANE APT 4B
MIAMI, FL 33133

Claim Number: 3859
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $295,403.76 | Scheduled: | $199,781.00 UNLIQ |

KUEKES, SALLY
BENEFICIARY FOR KUEKES, GEORGE
10671 E SAN SALVADOR
SCOTTSDALE, AZ 85258

Claim Number: 3860
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,664.99 | Scheduled: | $65,963.52 UNLIQ |

KURTICH, MARK H.
81593 CAMINO VALLECITA
INDIO, CA 92203

Claim Number: 3861
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $90,448.02 | Scheduled: | $44,754.00 UNLIQ |

KUSTER, JOHN
5 SEBURN DRIVE
BLUFFTON, SC 29909

Claim Number: 3750
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| KUTZ, MATTHEW P<br>3960 CLEVELAND AVE<br>SAINT LOUIS, MO 63110-4032 | | Claim Number: 2606<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| PRIORITY | Claimed: | $500.00 | | |
| UNSECURED | Claimed: | $25.00 | | |
| KUXHAUSEN, STEVE & MICHELE<br>13219 MISTY HILLS DR<br>CYPRESS, TX 77429 | | Claim Number: 4452<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $29,457.24 | | |
| KWON, DAEWON<br>10531 EDGELEY PL<br>LOS ANGELES, CA 90024 | | Claim Number: 1585<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,088.00 | Scheduled: | $2,088.00 |
| L MILLER & SON LUMBER CO INC<br>1815-25 W DIVISION ST<br>CHICAGO, IL 60622 | | Claim Number: 3604<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $926.66 | | |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 693<br>Claim Date: 03/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $13,230.99 | | |
| SECURED | Claimed: | $3,061.32 | | |
| UNSECURED | Claimed: | $13,230.99 | | |
| TOTAL | Claimed: | $16,292.31 | | |

| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 768<br>Claim Date: 03/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,230.99 | | |
| SECURED | Claimed: | $3,061.32 | | |
| UNSECURED | Claimed: | $13,230.99 | | |
| TOTAL | Claimed: | $16,292.31 | | |
| LAFRANCE, KIMBERLY MCCLEARY<br>1540 11TH ST<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 3862<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $44,006.64 | Scheduled: | $21,602.59 UNLIQ |
| LAGUNA BEACH PATRIOTS DAY<br>PARADE ASSOCIATION<br>PO BOX 5147<br>LAGUNA BEACH, CA 92652 | | Claim Number: 1173<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00 | | |
| LANESEY, WILLIAM<br>7730 ANNESDALE DRIVE<br>CINCINNATI, OH 45243 | | Claim Number: 4318<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $431.18 | Scheduled: | $431.18 |
| LANESEY, WILLIAM A.<br>7730 ANNESDALE DRIVE<br>CINCINNATI, OH 45243 | | Claim Number: 4317<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $83,400.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

LANKEY, JEFFREY W.
4829 BURGOYNE LANE
LA CANADA, CA 91011

Claim Number: 3863
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,600.23 |
| --- | --- | --- |

LARSON, CHARLES E.
1401 WOODBINE COURT
ARLINGTON, TX 76012-4236

Claim Number: 6696
Claim Date: 02/22/2011
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 9346 (06/24/2011)

| UNSECURED | Claimed: | $17,465.00 |
| --- | --- | --- |

LASALLE NETWORK, THE
MARTIN J. WASSERMAN
MUCH SHELIST DENENBERG AMENT RUBENSTEIN
191 N. WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606

Claim Number: 3279
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,285.00 |
| --- | --- | --- |

LASER LINE INC
1025 W NURSEY RD  STE 122
LINTHICUM, MD 21090

Claim Number: 1066-01
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| UNSECURED | Claimed: | $418.15 | | | Allowed: | $418.15 |
| --- | --- | --- | --- | --- | --- | --- |

LAUGHLIN, JOAN MC
201 FIVE CITIES DR
SPACE # 62
PISMO BEACH, CA 93449-3085

Claim Number: 6524
Claim Date: 06/10/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3,230.00 | Allowed: | $3,230.00 |
| --- | --- | --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| LAURENCE FURNELL, DBA LAURENCE FURNELL, INC.<br>C/O GIAMO ASSOCIATES LLP; ATTN: J GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5855<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $330,593.00 | Scheduled: | $0.00  UNLIQ |

| LAURENCE P. SKENDZEL IRA ROLLOVER<br>10338 WESTERN HILLS DR.<br>TRAVERSE CITY, MI 49864 | Claim Number: 5628<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| SECURED | Claimed: | $40,661.50 | |

| LAVENTHOL, DAVID A.<br>870 UNITED NATIONS PLAZA<br>#31B<br>NEW YORK, NY 10017 | Claim Number: 3864<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,598,937.76 | Scheduled: | $2,606,945.00  UNLIQ |

| LAVU, NIRMALA<br>5554 E. RIO VERDE VISTA DR<br>TUCSON, AZ 85750 | Claim Number: 3283<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | |

| LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 994<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,541.01 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| LAW OFFICES OF GERALD S. SACK, LLC<br>GERALD S. SACK<br>836 FARMINGTON AVE.<br>SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 1091<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| UNSECURED | Claimed: | $8,541.01 |
| LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 6663<br>Claim Date: 10/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 994 | |
| UNSECURED | Claimed: | $16,791.01 |
| LAWRENCE S. LOESEL IRA ROLLOVER<br>324 WATER WARH LANE<br>TRAVERSE CITY, MI 49686-1079 | Claim Number: 5627<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED | Claimed: | $25,413.44 |
| LEE, DENNIS M.<br>IRA FBO<br>3153 ORLEANS WAY S.<br>APOPKA, FL 32703-5920 | Claim Number: 4632<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $25,090.56 |
| LEE, JEFFRY<br>278 STEELE ROAD<br>WEST HARTFORD, CT 06117 | Claim Number: 2624<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $10,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| LEESCHNEIDER, R. MARILYN<br>2124 BAGLEY AVENUE<br>LOS ANGELES, CA 90034 | | Claim Number: 3865<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $63,947.25 | Scheduled: | $37,556.00 UNLIQ | |
| LEFEBVRE, SUSAN<br>1 CHELSEA PLACE<br>FARMINGTON, CT 06032 | | Claim Number: 267<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| LEFEBVRE, SUSAN<br>1 CHELSEA PLACE<br>FARMINGTON, CT 06032 | | Claim Number: 1531<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $45,000.00 UNLIQ | | | |
| LEGER, LISA<br>C/O DALEY, DEBOFSKY & BRYANT<br>55 W. MONROE STREET<br>SUITE 2440<br>CHICAGO, IL 60603 | | Claim Number: 3689<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $38,973.35 | Scheduled: | $0.00 UNLIQ | |
| LEO, JAMES<br>93 ISLIP BLVD.<br>ISLIP, NY 11751 | | Claim Number: 5073<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

LEONARD, JOSEPH J.
26 LAPEER ST.
DEER PARK, NY 11729

Claim Number: 295
Claim Date: 01/21/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $36,267.00 |
|----------|----------|------------|

LEONE, MARK
19 STRUM ST.
BRENTWOOD, NY 11717

Claim Number: 5084
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

LEPE, JOSE M
455 NORTH DAHLIA AVENUE
ONTARIO, CA 91762

Claim Number: 2566
Claim Date: 05/07/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $11,369.51 |
|----------|----------|------------|

LEVIN, MARTIN P.
221 KIRBY LANE
RYE, NY 10580

Claim Number: 3866
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $103,195.50 | Scheduled: | $105,518.00  UNLIQ |
|-----------|----------|-------------|------------|--------------------|

LEVINE, JESSE E.
1255 OWOSSO AVENUE
HERMOSA BEACH, CA 90254

Claim Number: 3867
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,524.89 | Scheduled: | $25,872.00  UNLIQ |
|-----------|----------|------------|------------|-------------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| LEVINE, NED<br>301 FRANKEL BLVD.<br>MERRICK, NY 11566 | | Claim Number: 5329<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| LEVINE, STANLEY H.<br>1209 MARSALIS WAY<br>CARY, NC 27519-7070 | | Claim Number: 5923<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $20,299.20 | | | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 660<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $979.31 | Scheduled: | $363.85 | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 663<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $506.53 | | | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 670<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | |
| UNSECURED | Claimed: | $443.63 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| LI, TAO<br>234 BRENRICH CV N<br>MEMPHIS, TN 38117-2834 | | Claim Number: 3731<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $24,713.71 | | | |
| SECURED | Claimed: | $24,713.71 | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| TOTAL | Claimed: | $24,713.71 | | | |
| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | | Claim Number: 4443<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | | |
| UNSECURED | Claimed: | $19,844,866.20   CONT | | | |
| LICHTMAN, RONALD<br>16-28 RADBURN ROAD<br>FAIR LAWN, NJ 07410 | | Claim Number: 2718<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $29,673.00 | | | |
| UNSECURED | | | Scheduled: | $29,673.00  UNLIQ | |
| LIEBL, ALFRED R.<br>2820 ANTIOCH CHURCH ROAD<br>WATKINSVILLE, GA 30677 | | Claim Number: 6103<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $4,059.84 | | | |

| | | | | | |
|---|---|---|---|---|---|
| LILLICRAF, VIRGINIA C & ROME JT TEN 137 ELM ST FAIRFIELD, CT 06824-5105 | | Claim Number: 6539 Claim Date: 06/21/2010 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |
| LINDSAY, JOHN P. 1147 EL MEDIO AVENUE PACIFIC PALISADES, CA 90272 | | Claim Number: 3868 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $23,066.77 | Scheduled: | $21,758.00 UNLIQ | |
| LIONHEART ENGINEERING 1004 TRAKK LANE WOODSTOCK, IL 60098 | | Claim Number: 1903 Claim Date: 04/27/2009 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $775.00 | Scheduled: | $775.00 | |
| LIPINSKI, ANNMARIE 4919 S. WOODLAWN AVE. CHICAGO, IL 60615 | | Claim Number: 3484 Claim Date: 06/04/2009 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $462.99 | Scheduled: | $462.99 | |
| LIPTON, RICHARD CUST THOMAS S LIPTON UTM IL 235 WARWICK KENILWORTH, IL 60043-1141 | | Claim Number: 6492 Claim Date: 05/24/2010 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SIRVA RELOCATION LLC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3396
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,775.00 | Scheduled: | $16,775.00 |

---

LOAN FUNDING V, LLC, ET AL
C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC
ATTN: FRANK JONES
GATEWAY CENTER 2, 10TH FLOOR
NEWARK, NJ 07102

Claim Number: 3437
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $3,950,000.00 |

---

LOBDELL, NANCY
620 SAND HILL RD, APT. 301C
PALO ALTO, CA 94304

Claim Number: 3828
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $115,583.28 | Scheduled: | $89,882.00 UNLIQ |

---

LOISELLE, PAUL
640 S BROADVIEW ST
ANAHEIM, CA 92804-2649

Claim Number: 4189
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $588.14   UNLIQ |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ENTERCOM COMM. NEW ORLEANS
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 63
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,969.40 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: HEXAWARE TECHNOLOGIES INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 2464<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $21,480.22 | Scheduled: | $21,480.22 | |
| LORETONI, RICHARD<br>18 BRADISH LANE<br>BABYLON, NY 11702 | | Claim Number: 5129<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| LUBIN, MARSHALL<br>314 NEPTUNE AVENUE<br>WEST BABYLON, NY 11704 | | Claim Number: 5130<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| LUFRANO, MICHAEL R.<br>5707 N. RAVENSWOOD<br>CHICAGO, IL 60660 | | Claim Number: 5281<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Certain Compensation and benefits in certain scenarios | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| LUNDQUIST, MARGARET<br>208 FARHAN LANE<br>NORTH BABYLON, NY 11703 | | Claim Number: 5063<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| LUTHER, MARYLOU<br>35 PARK AVE<br>11H<br>NEW YORK, NY 10016 | | Claim Number: 2033<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |
| LYLE, JOHN<br>361 E 50TH ST<br>APT 3H<br>NEW YORK, NY 10022-7953 | | Claim Number: 6508<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $306.00 | Scheduled: | $306.00 | |
| MACGOWAN, CARL<br>211-01 85TH AVENUE<br>HOLLIS HILLS, NY 11427 | | Claim Number: 4976<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| MACMUNNIS INC.<br>1840 OAK AVENUE<br>SUITE 300<br>EVANSTON, IL 60201 | | Claim Number: 1616<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $4,590.00 | | | |
| MADISON CORPORATE GROUP, INC., AS AGENT<br>OF CRYSTAL LAKE LIMITED PARTNERSHIP<br>650 ROOSEVELT ROAD, SUITE 204<br>GLEN ELLYN, IL 60137 | | Claim Number: 6165<br>Claim Date: 08/07/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $99,168.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| MAGELLAN HEALTH SERVICES<br>125 SOUTH WACKER DR<br>SUITE 1450<br>CHICAGO, IL 60606 | | Claim Number: 4673<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9400 (06/30/2011) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $184,803.00 | Scheduled: | $765.00 | Allowed: | | $49,803.00 |
| MAGID GLOVE & SAFETY MFG. CO. LLC.<br>2060 N. KOLMAR AVENUE<br>CHICAGO, IL 60639 | | Claim Number: 645-02<br>Claim Date: 03/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | | | |
| UNSECURED | Claimed: | $603.44 | | | | | |
| MAGNUSON, ROBERT G.<br>374 FLORA ST.<br>LAGUNA BEACH, CA 92651 | | Claim Number: 3829<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $230,074.32 | Scheduled: | $117,314.00 UNLIQ | | | |
| MALLORY, R. MARK<br>3312 LAKEWOOD COURT<br>GLENVIEW, IL 60026 | | Claim Number: 5014<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| MANCINI, JOHN<br>64-14  847TH ST.<br>MIDDLE VILLAGE, NY 11379-2424 | | Claim Number: 5089<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |

| MANGO, CONSTANCE<br>29 EAST STREET<br>MIDDLE ISLAND, NY 11953-1712 | | Claim Number: 5314<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| --- | --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| MANN, LAURA E.<br>249-11  61ST AVE<br>LITTLE NECK, NY 11362 | | Claim Number: 5060<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| MANRESA JESUIT RETREAT ENDOWMENT FUND<br>C/O THOMAS HCIRLEY<br>1390 QUARTON ROAD<br>BLOOMFIELD HILLS, MI 48034 | | Claim Number: 5634<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $25,413.44 | | | |
| MANSI, MATTHEW M.<br>539 DOWNING STREET<br>DENVER, CO 80218 | | Claim Number: 4988<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $42,500.00 | | | |
| MARAS, JEFFREY J & AMY K MARAS JT TEN<br>BOX 205<br>GRAYSLAKE, IL 60030-0205 | | Claim Number: 6567<br>Claim Date: 07/09/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

MARCUS, ERICA
88 WYCKOFF ST
BROOKLYN, NY 11201

Claim Number: 5093
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

---

MARIMOW,  WILLIAMK.
1942 PANAMA STREET
PHILADELPHIA, PA 19103

Claim Number: 3830
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,443.28 | Scheduled: | $22,775.00  UNLIQ | | |

---

MARK 1 RESTORATION COMPANY
1021 MARYLAND AVENUE
DOLTON, IL 60419

Claim Number: 820
Claim Date: 03/27/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $47,450.10 | Scheduled: | $47,450.10 | | |

---

MARRO, ANTHONY J.
10 WEST RD, PO BOX 944
OLD BENNINGTON, VT 05201

Claim Number: 3831
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $324,038.35 | Scheduled: | $220,893.00  UNLIQ | | |

---

MARSCH, CHRISTINE SHANEL CUST WILLIAM
KENNETH MARSCH UGMA IL
596 WHARTON DR
LAKE FOREST, IL 60045-4827

Claim Number: 6543
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | | | Scheduled: | $1,360.00 | Allowed: | $1,360.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

MARSH USA, INC.
ATTN: MITCHELL AUSLANDER & CHRISTOPHER
JEANOS C/O WILKIE FARR & GALLAGHER LLP
787 SEVENTH AVE
NEW YORK, NY 10019

Claim Number: 4396
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Confidential Settlement Agreement

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MASON, WILLIAM
46 EAST 21 ST.
HUNTINGTON STATION, NY 11746

Claim Number: 5007
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension benefits

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MASSARO, JEFFREY M.
78 ROOT AVE.
ISLIP, NY 11751-2416

Claim Number: 5036
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MATHIAS WASHINGTON COUNTY CHARITABLE
TRUST, THE
12019 BAYER DRIVE
SMITHSBURG, MD 21783

Claim Number: 5992
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $1,051,498.56 |
|---|---|---|

MATILLA SURVIVOR TRUST, THE
C/O PATRICIA MORRIS
DANNING GILL DIAMOND & KOLLITZ, LLP
2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CA 90067

Claim Number: 6139
Claim Date: 07/24/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $8,937.53 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| MATILLA SURVIVORS TRUST<br>SHIRLEY MATILLA AS SOLE TRUSTEE<br>ERIC P ISRAEL / DANNIN GILL DIAMOND<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 900678 | | Claim Number: 6118<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | | |
| UNSECURED | Claimed: | $159,162.04 | | | |
| MATILLA SURVIVORS TRUST<br>SHIRLEY MATILLA AS SOLE TRUSTEE<br>ERIC P ISRAEL ESQ / DANNING GILL DIAMOND<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 90067 | | Claim Number: 6635<br>Claim Date: 08/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 6118 | | | |
| UNSECURED | Claimed: | $171,673.07 | | | |
| MATILLA SURVIVORS TRUST-SHIRLEY MATILLA<br>AS SOLE TRUSTEE, C/O ERIC P. ISRAEL, ESQ<br>DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 90067 | | Claim Number: 6637<br>Claim Date: 08/03/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | | |
| UNSECURED | Claimed: | $171,673.07 | | | |
| MAXWELL, DONALD S.<br>2160 LE FLORE DRIVE<br>LA HABRA HEIGHT, CA 90631 | | Claim Number: 3832<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $375,385.65 | Scheduled: | $302,117.00  UNLIQ | |
| MAY, LIISA M.<br>15 SARATOGA ST<br>COMMACK, NY 11725 | | Claim Number: 5427<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | |
| SECURED | Claimed: | $0.00  UNDET | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| MAYER, MOSES TRUST<br>FBO ELIZABETH F. LIPPER<br>370 COOK STREET<br>DENVER, CO 80206 | | Claim Number: 5573<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $35,537.47 | | | |
| MAZURKEWICZ, DANIAL<br>NICHOLS & CANE, LLP<br>REGINA C. NICHOLS, ESQ.<br>6800 JERICHO TPKE, STE 120 W<br>SYOSSET, NY 11791 | | Claim Number: 2920<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $10,000,000.00 | Scheduled: | $0.00 UNLIQ | |
| MC CRORY, JOHN J<br>187 DOLPHIN COVE QUAY<br>STAMFORD, CT 06902 | | Claim Number: 5302<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $248,000.00 | Scheduled: | $219,546.00 UNLIQ | |
| MCCORMICK, JO ANNA CANZONERI<br>342 N ATLANTIC BLVD<br>ALHAMBRA, CA 91801-2217 | | Claim Number: 6647<br>Claim Date: 09/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | | |
| SECURED | Claimed: | $10,000,000,000.00   CONT | | | |
| UNSECURED | Claimed: | $40,000,000,000.00   CONT | | | |
| MCCROHON, NANCY<br>2101 CONNECTICUT AV<br>WASHINGTON, DC 20008 | | Claim Number: 4389<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension and survivor benefits | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

MCDOWELL, CURTIS
166 JONES CREEK ACRES DR
FRANKLIN, NC 28734

Claim Number: 2092
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $417.45   UNLIQ | | |
|---|---|---|---|---|

MCGUINNESS, KATHLEEN G.
PO BOX 169
FAIRFIELD, IA 52556

Claim Number: 3833
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,800,192.32 | Scheduled: | $1,713,849.82  UNLIQ |
|---|---|---|---|---|

MCGUIRE, MARK E.
519 ORCHARD LANE
WINNETKA, IL 60093

Claim Number: 5340
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Certain Compensation and benefits in certain scenarios

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

MCINERNEY, MAUREEN
19 WAYSIDE LANE
SELDEN, NY 11784

Claim Number: 5313
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

MCKEON, JOHN C.
3522 GILLESPIE ST
DALLAS, TX 75219-4832

Claim Number: 3834
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $96,928.56 | Scheduled: | $38,521.00  UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

MCLAUGHLIN, DONALD
2632 NE 201ST AVENUE
UNIT 30
FAIRVIEW, OR 97024-8706

Claim Number: 2273
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments:
Attached letter refers to retiree life insurance policy

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MCLAUGHLIN, VICTORIA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4929
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

MCLOUGHLIN, ANTOINETTE
266 RIDER AVE.
MALVERNE, NY 11565

Claim Number: 5131
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MCNAIR, BILL
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4926
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

MEADOWS, JACK E.
2225 TWELVE OAKS DR
FAYETTEVILLE, AR 72703

Claim Number: 3836
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $108,100.07 | Scheduled: | $86,230.00 UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| MEANEY, THOMAS<br>124 REMSEN ST APT 13<br>BROOKLYN, NY 11201-4228 | | Claim Number: 1112<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $400.00 | | | |
| MEBT HOLDING LLC<br>2 GRAPEVINE LANE<br>BLOOMINGTON, IL 61704 | | Claim Number: 5897<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $54,000.00 | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| MEIER, ANDREW<br>430 HENRY ST NO.2<br>BROOKLYN, NY 11231 | | Claim Number: 6263<br>Claim Date: 10/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $500.00 | | | |
| MEIER, ANDREW<br>430 HENRY STREET., # 2<br>BROOKLYN, NY 11231 | | Claim Number: 6264<br>Claim Date: 10/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $500.00 | | | |
| MEIER, STEPHEN C.<br>1512 BEECH STREET<br>SO PASADENA, CA 91030 | | Claim Number: 3837<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $232,480.68 | Scheduled: | $126,084.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| MEISSNER, ROSEMARIE<br>134 SACKETT HILL RD<br>WARREN, CT 06754 | | Claim Number: 3355<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $12,073.14 | | | |
| MERCER, INC.<br>PO BOX 730182<br>DALLAS, TX 75373-0182 | | Claim Number: 240<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 8091 (02/22/2011) | | | |
| UNSECURED | Claimed: | $35,596.00 | Scheduled: | $18,026.98 | |
| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | | Claim Number: 797<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED | Claimed: | $15,634.45 | | | |
| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | | Claim Number: 935<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 797 | | | |
| UNSECURED | Claimed: | $16,041.31 | Scheduled: | $16,041.31 | |
| MERRILL LYNCH CAPITAL CORPORATION<br>ATTN: MICHAEL O'BRIEN<br>4 WORLD FINANCIAL CENTER<br>250 VESEY STREET<br>NEW YORK, NY 10080 | | Claim Number: 4331<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,619,060,109.29   UNLIQ | Scheduled: | $1,619,506,849.32 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| MERRITT GB1 LLC<br>2066 LORD BALTIMORE DR<br>BALTIMORE, MD 21244 | | Claim Number: 3644<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | | |
| UNSECURED | Claimed: | $395.92 | | | |
| MET TESTING (CALVERT ST.)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | | Claim Number: 2114<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| UNSECURED | Claimed: | $2,445.00 | | | |
| MET TESTING (SUN PARK)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | | Claim Number: 2115<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| UNSECURED | Claimed: | $2,277.00 | | | |
| METCALFE, FRIEDA A.<br>MYRON B. DEWITT, ESQ.<br>DEWITT & CORDNER<br>PO BOX 244<br>SUSQUEHANNA, PA 18847 | | Claim Number: 6518<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>CLAIM AMOUNT IS $190.68 PER MONTH | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| METHOT, PAUL B<br>1357 S INDIANA PKWY<br>CHICAGO, IL 60605-2619 | | Claim Number: 6495<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $3,808.00 | Scheduled: | $3,808.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

MEUSER, MEGAN LOUISE
1328 S PARK AVE
SPRINGFIELD, IL 62704-3462

Claim Number: 6603
Claim Date: 07/23/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $68.00 | Allowed: | $68.00 |

MEYER, DANNY & KELLY
8891 LEE REEVES RD
TALLAHASSEE, FL 32309

Claim Number: 5967
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60,897.60 |

MICROSOFT CORPORATION
ATTN: MARC BARRECA
K&L GATES LLP
925 FOURTH AVE, SUITE 2900
SEATTLE, WA 98104

Claim Number: 4672
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,494,101.15   CONT |

MICROSOFT CORPORATION AND MICROSOFT
LICENSING, GP
C/O MARIA ANN MILANO - RIDDELL WILLIAMS
1001  4TH AVE STE 4500
SEATTLE, WA 98154-1192

Claim Number: 4296
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,214,723.11   CONT | Scheduled: | $366,800.30 |

MIKE ANTHONY PHOTO LLC
MICHAEL ANTHONY MOFFA
1003 CORKWOOD DRIVE
OVIEDO, FL 32765

Claim Number: 490
Claim Date: 02/17/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 2123 (09/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $150.00 |

| | | | | |
|---|---|---|---|---|
| MIKLISH, BRENDA<br>415 ARCH AVE<br>GREENSBURG, PA 15601 | | Claim Number: 24<br>Claim Date: 12/22/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| PRIORITY | Claimed: | $360.00 | | |
| MILAN, JOHN M., AS TRUSTEE<br>THE JOHN M. MILAN AND DIANE N. MILAN<br>LIVING TRUST<br>7520 CARMENITA LN<br>WEST HILLS, CA 91304 | | Claim Number: 4848<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $10,975.00 | | |
| MILAN, JOHN M., AS TRUSTEE<br>THE JOHN M. MILAN AND DIANE N. MILAN<br>LIVING TRUST<br>7520 CARMENITA LN<br>WEST HILLS, CA 91304 | | Claim Number: 5822<br>Claim Date: 06/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $10,975.00 | | |
| MILLARD CHICAGO WINDOW CLEANING<br>ATTN: MARISELL ACUESTA<br>7301 N. CICERO AVE<br>LINCOLONWOOD, IL 60712 | | Claim Number: 3193<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $5,071.00 | Scheduled: | $5,071.00 |
| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 526<br>Claim Date: 01/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) | | |
| UNSECURED | Claimed: | $250,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 688<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) |
| UNSECURED | Claimed: | $250,000.00   UNLIQ |
| MILLER, JERRY H.<br>924 MOUNTAIN TERRACE<br>HURST, TX 76053 | | Claim Number: 5877<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $202,992.00 |
| MILLER, SANDRA H.<br>1 PERKINS AVE.<br>AMITYVILLE, NY 11701 | | Claim Number: 5332<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension |
| UNSECURED | Claimed: | $0.00   UNDET |
| MILLROD, JACK<br>56 AMERICAN AVE<br>CORAM, NY 11727 | | Claim Number: 5087<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | | Claim Number: 200<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $993.96 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | Claim Number: 6672<br>Claim Date: 11/08/2010<br>Debtor: TRIBUNE COMPANY | | | | | |

| PRIORITY | Claimed: | $9,514.58 | | | | |
| UNSECURED | Claimed: | $16,930.59 | | | | |

| MITCHEL & STRANGE LLP BOOTH<br>SETH W. WHITAKER<br>707 WILSHIRE BOULEVARD<br>SUITE 4450<br>LOS ANGELES, CA 90017 | Claim Number: 3331<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | | | |

| UNSECURED | Claimed: | $4,559.45 | | | Allowed: | $4,164.85 |

| MITCHELL, SR., KEIFFER J., AS PR OF THE<br>ESTATE OF PARREN J. MITCHELL<br>LARRY GIBSON, ESQ. & JOHN LEIDIG, ESQ.<br>36 SO. CHARLES ST., SUITE 2000<br>BALTIMORE, MD 21201 | Claim Number: 878<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY | | | | | |

| UNSECURED | Claimed: | $20,000,000.00 | | | | |

| MITTLEMAN, ILEENE H<br>525 EAST 82ND ST APT 9H<br>NEW YORK, NY 10028-7158 | Claim Number: 6594<br>Claim Date: 07/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $170.00 | Allowed: | $170.00 |

| MLRP PENNY LANE LLC, A DELAWARE LLC<br>RE: SCHAUMBURG 1717 PENNY LN.<br>C/O ML REALTY PARTNERS, LLC<br>ONE PIERCE PLACE, SUITE 450<br>ITASCA, IL 60143 | Claim Number: 2650<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | | | |

| UNSECURED | Claimed: | $100,493.27   CONT | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

MOLINET, JASON A.
50 GILBERT ST.
NORTHPORT, NY 11768

Claim Number: 5043
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MOLINET, VIRGINIA A (NEE DUNLEAVEY)
50 GILBERT ST.
NORTHPORT, NY 11768

Claim Number: 5044
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MOLVAR, JANIE
17625 PALADIN DR
BEND, OR 97701-9132

Claim Number: 3838
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $843,787.40 | Scheduled: | $778,331.03 |
|---|---|---|---|---|

MOLVAR, ROGER H.
13113 SOUTH ECHO LAKE ROAD
SNOHOMISH, WA 98296

Claim Number: 3839
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $560,764.12 | Scheduled: | $213,621.00  UNLIQ |
|---|---|---|---|---|

MONEY SERVICE CENTERS OF HAWAII, INC.
4-901 G KUHIO HWY.
KAPAA, HI 96746

Claim Number: 416
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| UNSECURED | Claimed: | $800.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

| MONICA R. MOCERI REVOCABLE TRUST<br>3555 FOREST HILL RD<br>BLOOMFIELD HILLS, MI 48302 | Claim Number: 5635<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $50,826.88 | | | |

| MONROE COUNTY TREASURER<br>100 W KIRKWOOD AVE, COURTHOUSE RM 204<br>BLOOMINGTON, IN 47404-5140 | Claim Number: 783<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $479.98 | | | |

| MONSMA, DURHAM J.<br>10305 WYSTONE AVE.<br>PORTER RANCH, CA 91326 | Claim Number: 3840<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $107,492.11 | Scheduled: | $66,079.00 UNLIQ | |

| MONSTER INC.<br>5 CLOCK TOWER PLACE<br>SUITE 500<br>MAYNARD, MA 01754 | Claim Number: 1544<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35,000.00 | | Allowed: | $3,164.38 |

| MOORE, DARRYL<br>155 EAST GREENWICH ST.<br>APT 314<br>HEMPSTEAD, NY 11550 | Claim Number: 1790<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,084.61 | |
| PRIORITY | Claimed: | $5,084.61 | |
| TOTAL | Claimed: | $5,084.61 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

MOORE, ELIZABETH K.
75 S. PENATAQUIT AVE
BAY SHORE, NY 11706

Claim Number: 5132
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MOORE, NEVILLE
161 SHERIDAN AVE
ALBANY, NY 12210-2406

Claim Number: 6794
Claim Date: 07/29/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $102.00 | Scheduled: | $102.00 |
|---|---|---|---|---|

MORGAN STANLEY & CO., INC
ATTN: STEPHEN O'CONNOR / GENERAL COUNSEL
1585 BROADWAY, 3RD FL
NEW YORK, NY 10036

Claim Number: 5034
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MORGAN STANLEY & CO., INCORPORATED
ATTN: MATTHEW MORNINGSTAR
1221 AVENUE OF THE AMERICAS, 35TH FL
NEW YORK, NY 10020

Claim Number: 6708
Claim Date: 03/02/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,000,511.87 UNLIQ |
|---|---|---|

MORGAN STANLEY CAPITAL SERVICES, INC
ATTN: SIMON PLATEL, GENERAL COUNSEL
1585 BROADWAY, 3RD FLOOR
NEW YORK, NY 10036

Claim Number: 5027
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Various claims including protective claim of $41+million for 7.5%

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | | |
|---|---|---|
| MORGAN, MARY T<br>1 LAFAYETTE ST<br>HUDSON FALLS, NY 12839 | | Claim Number: 6033<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| MORITSUGU, HENRY O.<br>92 CLAYDON ROAD<br>GARDEN CITY, NY 11530-1807 | | Claim Number: 5133<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| MORNINGSTAR, COLLEEN<br>1460 NE 57TH CT<br>FT. LAUDERDALE, FL 33334 | | Claim Number: 6471<br>Claim Date: 05/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |

| SECURED | Claimed: | $10,005.64 |
|---|---|---|

| | | |
|---|---|---|
| MORTON S. COX, JR. IRA<br>P.O. BOX 590<br>PINCKNEY, MI 48169 | | Claim Number: 5637<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $76,151.72 |
|---|---|---|

| | | |
|---|---|---|
| MOSS, GERALD<br>7030 N PENNSYLVANIA STREET<br>INDIANAPOLIS, IN 46220 | | Claim Number: 6527<br>Claim Date: 06/11/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) |

| PRIORITY | Claimed: | $55,012.94 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

MULLOOLY, PATRICK
153 CHESTNUT STREET
GARDEN CITY, NY 11530

Claim Number: 5321
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

MUNGARIAN, JOHN M. - SEP-IRA
FIDELITY MANAGEMENT TRUST CO - CUSTODIAN
4460 LA JOLLA
PENSACOLA, FL 32504

Claim Number: 897
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $20,000.00 |
|---|---|---|

---

MURPHY, JENNIFER
418 N PINE LAKE DR
PATCHOGUE, NY 11772

Claim Number: 6460
Claim Date: 04/07/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,775.26  DISP CONT | Allowed: | $1,775.26 |
|---|---|---|---|---|---|---|

---

MURPHY, JOHN R.
P.O. BOX 30927
SEA ISLAND, GA 31561

Claim Number: 3842
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,259,218.77 |
|---|---|---|

---

MURRAY, CARYN EVE
2 WALLINGFORD DRIVE
MELVILLE, NY 11747

Claim Number: 5134
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

MUSSMAN, KRISTIN L
36 WILDROSE AVE
SOUTH PORTLAND, ME 04106-6618

Claim Number: 6505
Claim Date: 06/01/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,406.00 | Scheduled: | $5,406.00 |

MYERS, SIDNEY
7842 FISHER ISLAND DR
FISHER ISLAND, FL 33109

Claim Number: 6602
Claim Date: 07/23/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $102.00 |

NAGEL, CONRAD F. III
2841 APPLE BLOSSOM DR.
ALVA, FL 33920

Claim Number: 3369
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $18,000.00   UNLIQ |

NAKELSKI, CHESTER, DBA C.J. NAKELSKI,
INC.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5864
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $57,044.00 | Scheduled: | $0.00  UNLIQ |

NAPER SMALL BUSINESS, LLC
1805 HIGH GROVE LANE
NAPERVILLE, IL 60540

Claim Number: 6081
Claim Date: 07/13/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,636.70 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

NASH, JOHN T.
HC 1 BOX 126
KAUNAKAKAI, HI 96748-8603

Claim Number: 3843
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $373,594.11 | Scheduled: | $344,612.74 |

NATIONAL DECORATING SERVICE INC
2210 CAMDEN COURT
ATTN: LEO HART
OAK BROOK, IL 60523-1272

Claim Number: 1405
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,400.00 |

NATIONAL FINANCIAL SERVICES
FBO PAUL M MOHME
709 LAKE STREET
SAN FRANCISCO, CA 94118

Claim Number: 3370
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,153.02 |

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

Claim Number: 4290
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $387,987.70 |

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

Claim Number: 6550
Claim Date: 06/29/2010
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $387,987.70 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1233<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $27,000.00 | Scheduled: | $27,000.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1234<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1235<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1236<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1237<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1238<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,400.00 | Scheduled: | $10,400.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1239<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $7,100.00 | Scheduled: | $7,100.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1240<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $6,900.00 | Scheduled: | $6,900.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1241<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1242<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $32,000.00 | Scheduled: | $32,000.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1243<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,617.00 | Scheduled: | $11,617.00 | | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1244<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $7,745.00 | Scheduled: | $7,745.00 | | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1245<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 | | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1246<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | |
| UNSECURED | Claimed: | $2,900.00 | Scheduled: | $2,900.00 | Allowed: | $1,299.52 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1247<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $2,800.00 | Scheduled: | $2,800.00 | | |

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1248<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $60,294.00 | Scheduled: | $60,294.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1249<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $104,000.00 | Scheduled: | $104,000.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1250<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1251<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,855.64 | Scheduled: | $1,855.64 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1252<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,029.16 | Scheduled: | $2,029.16 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1253<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,413.10 | Scheduled: | $2,413.10 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1254<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1255<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,140.41 | Scheduled: | $2,140.41 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1256<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,420.02 | Scheduled: | $1,420.02 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1257<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,815.06 | Scheduled: | $1,815.06 |

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355 | | Claim Number: 1258
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,698.47 | Scheduled: | $1,698.47 |
| NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355 | | Claim Number: 1259
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,407.62 | Scheduled: | $1,407.62 |
| NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355 | | Claim Number: 1260
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $40,196.00 | Scheduled: | $40,196.00 |
| NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355 | | Claim Number: 1261
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $19,200.00 | Scheduled: | $19,200.00 |
| NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355 | | Claim Number: 1262
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $62,400.00 | Scheduled: | $62,400.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1263<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1266<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $12,200.00 | Scheduled: | $12,200.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1267<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $11,400.00 | Scheduled: | $11,400.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1268<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $14,000.00 | Scheduled: | $14,000.00 |
| NEELY, JACK W<br>41121 BRYN BACH LN<br>LEESBURG, VA 20175-8747 | | Claim Number: 3845<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $8,957.24 | Scheduled: | $7,597.50  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

NEIBERGALL, BRENDAN DOUGLAS
1328 S PARK AVE
SPRINGFIELD, IL 62704-3462

Claim Number: 6604
Claim Date: 07/23/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $68.00 | Allowed: | $68.00 |

NEIBERGALL, GABRIEL HANSEN
3201 58TH ST S
APT 159
GULFPORT, FL 33707-6041

Claim Number: 6552
Claim Date: 07/02/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

NEIGHBORS, THOMAS F &
GWEN C WINTER-NEIGHBORS JT TEN
26 CHARTERHOUSE AVE
PIEDMONT, SC 29673-9139

Claim Number: 6534
Claim Date: 06/18/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

NEILSON, LAURA
160 E 3RD ST APT 4F
NEW YORK, NY 10009-7735

Claim Number: 1026
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $75.00 |

NELSON, GARY H.
9299 MOORING CIRCLE
FORT MYERS, FL 33967

Claim Number: 5719
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,299.20 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5720<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $19,284.24 | | | |
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5721<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $18,269.28 | | | |
| NETTIMI, SOUMYA<br>2941 GRAY ST<br>OAKTON, VA 22124 | | Claim Number: 4896<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,149.60 | | | |
| NEUMAN, CHRIS<br>C/O MOSKOWITZ LAW GROUP, KAREN MOSKOWITZ<br>JUDITH SALKOW SHAPIRO, PC<br>1010 LEXINGTON ROAD<br>BEVERLY HILLS, CA 90210 | | Claim Number: 4859<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4892 (06/28/2010) | | | |
| UNSECURED | Claimed: | $1,500,000.00  UNLIQ | Scheduled: | $0.00  UNLIQ | |
| NEW JERSEY DEPARTMENT OF THE TREASURY<br>PROPERTY ADMINISTRATION<br>CN 214<br>TRENTON, NJ 08646 | | Claim Number: 3113<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 67<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|---|
| PRIORITY | Claimed: | $0.79 |
| UNSECURED | Claimed: | $761.56 |

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 950<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|---|
| PRIORITY | Claimed: | $322,942.07   UNLIQ |
| UNSECURED | Claimed: | $96,661.64   UNLIQ |

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3462<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|---|
| PRIORITY | Claimed: | $323,473.78   UNLIQ |
| UNSECURED | Claimed: | $96,986.64   UNLIQ |

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3600<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $23.62 |

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 4895<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
|---|---|---|
| PRIORITY | Claimed: | $2,681,770.78 |
| UNSECURED | Claimed: | $262,294.64 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6442<br>Claim Date: 03/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |
| PRIORITY | Claimed: | $2,681,770.78 |
| UNSECURED | Claimed: | $292,587.78 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6568<br>Claim Date: 07/12/2010<br>Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE | Claimed: | $1,251.73   UNLIQ |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6684<br>Claim Date: 01/14/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
| PRIORITY | Claimed: | $2,681,770.78 |
| UNSECURED | Claimed: | $291,926.14 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6741<br>Claim Date: 04/07/2011<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $618,496.78 |
| UNSECURED | Claimed: | $126,618.14 |
| NEWSDAY LLC ATTN: DAVID KNIFFIN 235 PINELAWN RD MELVILLE, NY 11747 | | Claim Number: 5765<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $43,313.54 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | | Claim Number: 5766<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $35,400.97 | | | |
| NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | | Claim Number: 5767<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $13,249.87 | | | |
| NIESE, WILLIAM A.<br>6061 LAKE VISTA DRIVE<br>BONSALL, CA 92003 | | Claim Number: 3846<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,894,702.51 | Scheduled: | $1,451,433.00 UNLIQ | |
| NILES, NICHOLAS H.<br>THE BLOOMING GROVE CLUB<br>123 OLD FIELD ROAD<br>HAWLEY, PA 18428 | | Claim Number: 3847<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $43,691.01 | Scheduled: | $30,236.00 UNLIQ | |
| NOLLIE, YOLANDA<br>814 MARGARET SQUARE<br>WINTER PARK, FL 32789 | | Claim Number: 1579<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $13,375.00 | | | |
| SECURED | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $2,425.00 | | | |
| TOTAL | Claimed: | $13,375.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| NOLLIE, YOLANDA<br>814 MARGARET SQUARE<br>WINTER PARK, FL 32789 | | Claim Number: 1580<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | |
| ADMINISTRATIVE | Claimed: | $13,375.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $2,425.00 | | |
| TOTAL | Claimed: | $13,375.00 | | |
| NORRIS, JAMES<br>121 TAFT CRESCENT<br>CENTERPORT, NY 11721 | | Claim Number: 3814<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $244,398.59 | Scheduled: | $170,700.58 |
| NORTH DALLAS BANK & TRUST CO.<br>ATTN: KELLY L. GREEN<br>12900 PRESTON RD.<br>DALLAS, TX 75230 | | Claim Number: 2261<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 266 | | |
| UNSECURED | Claimed: | $41,457.84 | | |
| NORTH HILLS INDUSTRIAL PARK, INC<br>RE: NORTH HILLS 16715 SCHOENB<br>C/O CASTLE ARCH REAL ESTATE INVESTMENTS<br>9595 WILSHIRE BLVD STE 1000<br>BEVERLY HILLS, CA 90212 | | Claim Number: 4665<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $6,826.62 | | |
| NORTHERN TRUST COMPANY, THE<br>ATTN: TREASURY MANAGEMENT SERVICES<br>50 S. LASALLE STREET<br>CHICAGO, IL 60603 | | Claim Number: 839-02<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $2,181.94 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| NORTHERN TRUST COMPANY, THE<br>ATTN: JOHN A. PILIPONIS<br>50 SOUTH LASALLE STREET, M-9<br>CHICAGO, IL 60603 | | Claim Number: 3479<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $150,895.94 | | |
| NORTHWESTERN MUTUAL LIFE INSURANCE CO<br>C/O E. KEITH HARWELL<br>SEEFRIED PROPERTIES INC.<br>7101 PRESIDENTS DRIVE, SUITE 105<br>ORLANDO, FL 32809 | | Claim Number: 888<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY | | |
| SECURED | Claimed: | $4,428.00 | | |
| UNSECURED | Claimed: | $56,185.63 | | |
| NOYES, SUSAN BLANKENBAKER<br>BOX 51<br>WILMETTE, IL 60091-0051 | | Claim Number: 6654<br>Claim Date: 09/27/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |
| NUCKOLS, JAMES<br>1740 DYLAN WAY<br>ENCINITAS, CA 92024-6201 | | Claim Number: 3815<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $159,526.04 | Scheduled: | $146,820.84  UNLIQ |
| NUCOMM, INC.<br>200 INTERNATIONAL DR #1<br>BUDD LAKE, NJ 07828-4304 | | Claim Number: 4122<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| UNSECURED | Claimed: | $4,778.51 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| NULSEN, JOHN<br>ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER<br>1221 LOCUST ST., 2ND FL<br>SAINT LOUIS, MO 63103 | | Claim Number: 3273<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,286.00 | | | |
| UNSECURED | Claimed: | $1,286.00 | | | |
| TOTAL | Claimed: | $1,286.00 | | | |
| NYC DEPT. OF FINANCE, AUDIT DIVISION<br>ATTN: BANKRUPTCY UNIT<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 5972<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 3021 | | | |
| PRIORITY | Claimed: | $1,830,123.00   UNLIQ | | | |
| O'NEILL, MICHAEL<br>23 CAYUGA RD<br>SCARSDALE, NY 10583-6941 | | Claim Number: 2717<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| PRIORITY | Claimed: | $96,070.00 | | | |
| SECURED | Claimed: | $96,070.00 | | | |
| TOTAL | Claimed: | $96,070.00 | | | |
| O'NEILL, MICHAEL<br>23 CAYUGA ROAD<br>SCARSDALE, NY 10583 | | Claim Number: 2937<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $118,284.00 | | | |
| SECURED | Claimed: | $118,284.00 | | | |
| UNSECURED | | | Scheduled: | $126,509.00 UNLIQ | |
| TOTAL | Claimed: | $118,284.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

O'NEILL, NANCY
4 CORTE LAS CASAS
TIBURON, CA 94920-2012

Claim Number: 3817
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $473,600.44 | Scheduled: | $417,791.44 |
|---|---|---|---|---|

O'SULLIVAN, ROBERT
304 JEFFERSON CT.
EDGEWATER, NJ 07020

Claim Number: 3818
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $317,971.62 | Scheduled: | $293,305.13 |
|---|---|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587-01
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $150,948,822.00 |

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4587-05
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4587-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | |
| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
| OFFOR, KINGSLEY<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | Claim Number: 1133<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |
| UNSECURED | Claimed: | $12,985.00 |
| OFFOR, KINGSLEY N<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | Claim Number: 2378<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |
| UNSECURED | Claimed: | $29,827.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

OGLESBY, ROGER D
117 E LOUISA ST # 342
SEATTLE, WA 98102-3203

Claim Number: 3816
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $47,034.01 | Scheduled: | $27,386.00  UNLIQ |
|---|---|---|---|---|

OHIO DEPARTMENT OF TAXATION
CHARLES W. RHILINGER JR.
30 EAST BROAD STREET
COLUMBUS, OH 43215

Claim Number: 241
Claim Date: 01/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

---

| PRIORITY | Claimed: | $26,219.18 |
|---|---|---|

OHIO DEPARTMENT OF TAXATION
REBECCA L DAUM, ATTORNEY-BANKRUPTCY DIV.
PO BOX 530
COLUMBUS, OH 43216-0530

Claim Number: 6626
Claim Date: 07/27/2010
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $10,115.07 |
|---|---|---|

OHIO DEPARTMENT OF TAXATION
REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530

Claim Number: 6656
Claim Date: 10/04/2010
Debtor: TRIBUNE COMPANY

---

| ADMINISTRATIVE | Claimed: | $10,112.88 |
|---|---|---|

OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
P.O. BOX 530
COLUMBUS, OH 43216

Claim Number: 6657
Claim Date: 10/04/2010
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 241

---

| PRIORITY | Claimed: | $6,110.48 |
|---|---|---|
| UNSECURED | Claimed: | $1,124.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| OMNITURE, INC.<br>KYLE PANKRATZ,<br>550 EAST TIMPANOGOS CIRCLE<br>OREM, UT 84097 | Claim Number: 4987<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | |
| UNSECURED          Claimed: | $11,500.00 | |
| ON TIME SOLUTIONS, INC.<br>CLAUDINE MCCARTHY<br>40 HASTINGS LANE<br>BOYNTON BEACH, FL 33426 | Claim Number: 291<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | |
| UNSECURED          Claimed: | $65.00 | |
| ORACLE USA, INC.<br>BUCHALTER NEMER P.C.<br>SHAWN CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>SAN FRANCISCO, CA 94105 | Claim Number: 3275<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $8,560.19 | |
| ORANGE COUNTY TAX COLLECTOR<br>EARL K. WOOD<br>200 SOUTH ORANGE AVENUE<br>POST OFFICE BOX 2551<br>ORLANDO, FL 32802 | Claim Number: 487<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY | |
| SECURED          Claimed: | $577.42   UNLIQ | |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | Claim Number: 2214<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY | |
| ADMINISTRATIVE          Claimed: | $891,563.33   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | Claim Number: 2249<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $557.51 |
| SECURED | Claimed: | $0.00 |

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | Claim Number: 2628<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $557.51 |
| SECURED | Claimed: | $0.00 |

| OREGON DEPARTMENT OF REVENUE<br>MARIA E. ROYSTON, BANKRUPTCY<br>REVENUE BUILDING<br>955 CENTER STREET NE<br>SALEM, OR 97301-2555 | Claim Number: 6787<br>Claim Date: 07/05/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $23,373.88 |

| ORLANDO MAGIC, LTD.<br>ZACHARY J. BANCROFT, ESQ.;<br>LOWNDES DROSDICK, ET AL.;<br>P.O. BOX 2809<br>ORLANDO, FL 32802 | Claim Number: 2845<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $13,059.68 |

| ORTEZ, ALBERTO M. JR.<br>22 FLORAL AVE.<br>HUNTINGTON, NY 11743 | Claim Number: 5324<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| OTIS ELEVATOR COMPANY, ET AL<br>ATTN: TREASURY SERVICES - J. PARENT<br>1 FARMS SPRINGS, 3RD FLOOR<br>FARMINGTON, CT 06032 | | Claim Number: 237<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $3,679.60 | | | |
| OWEN, JOHN R. - SEP-IRA<br>840 S. COLLIER BLVD #1104<br>MARCO ISLAND, FL 34145 | | Claim Number: 3023<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $6,595.00 | | | |
| OXENDINE, JACQUELYN ESQ<br>1327 PRESCOTT ST. SO.<br>SAINT PETERSBURG, FL 33712 | | Claim Number: 5012<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $10,000,000.00 | Scheduled: | $0.00 UNLIQ | |
| PADGETT, TANIA<br>68-36  108TH ST., APT. B51<br>FOREST HILLS, NY 11375 | | Claim Number: 5046<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| PALAGANO, THOMAS<br>4242 EAST-WEST HWY #817<br>CHEVY CHASE, MD 20815 | | Claim Number: 5593<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $71,047.20 | | | |

PALERMINI, ROBERT
1816 ORCHARD AVE UNIT 2
GLENDALE, CA 91206

Claim Number: 2999
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $359.62 | Scheduled: | $359.62 | | |

PALKA, EDWARD & KATHRYN E.
2893 SLEEPY HOLLOW DRIVE
GREEN BAY, WI 54311-6535

Claim Number: 6535
Claim Date: 06/18/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $170.00 | Allowed: | $170.00 |

PANDOLFI, FRANCIS P.
168 WATER STREET
STONINGTON, CT 06378-1210

Claim Number: 1546
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $172,194.00 | Scheduled: | $172,194.00 UNLIQ | |

PARAMOUNT RODEO REALTY, INC.
600 N SEPULVEDA BLVD
BEL AIR, CA 90049

Claim Number: 2426
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $65.45 | Scheduled: | $65.45 | |

PARKS, MICHAEL
1211 S EUCLID AVENUE
PASADENA, CA 91106

Claim Number: 3819
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,963,183.90 | Scheduled: | $1,680,463.58 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

PARO, JEFFREY N.
30 QUAKER ROAD
SHORT HILLS, NJ 07078-1955

Claim Number: 3820
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $57,050.82 | Scheduled: | $23,486.00  UNLIQ |

PARSONS, LEIF
223 MONITOR ST  2ND FLOOR
BROOKLYN, NY 11222

Claim Number: 4282
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

PARSONS, WILLIAM H
4444 BRENDENWOOD RD
APT 207
ROCKFORD, IL 61107-2266

Claim Number: 6553
Claim Date: 07/02/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |

PASTIER, JOHN
241 S 12TH ST
SAN JOSE, CA 95112

Claim Number: 6499
Claim Date: 05/25/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,904.00 | Scheduled: | $1,904.00 |

PATINELLA, JOHN F.
13061 PEBBLEBROOK POINT CIR # 202
FORT MYERS, FL 33905-6305

Claim Number: 3821
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150,001.24 | Scheduled: | $97,381.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| PATSCHKE, RONALD B. IRA<br>GUARANTEE & TRUST CO.<br>2801 COOL RIVER LOOP<br>ROUND ROCK, TX 78665 | | Claim Number: 4847<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| PATTISHALL MCAULIFFE NEWBERRY HILLIARD<br>AND GERALDSON<br>311 S WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 2255<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $1,280.57 | | | |
| PAYNE, JANETTE O.<br>27 BUTTONWOOD DR.<br>DIX HILLS, NY 11746 | | Claim Number: 3822<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $35,393.07 | Scheduled: | $23,117.00  UNLIQ | |
| PECHA, FRANK J. & CAMILLE A.<br>JT TEN<br>21300 BRUSH LAKE DR<br>CRESTHILL, IL 60403 | | Claim Number: 6693<br>Claim Date: 02/14/2011<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY<br>UNSECURED | Claimed: | $7,072.00 | Scheduled: | $7,072.00 | |
| PELIZZA, ELLEN<br>5300 EMERYWOOD DR<br>BUENA PARK, CA 90621 | | Claim Number: 3823<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $67,546.24 | Scheduled: | $30,930.00  UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| PELLINO, LOUIS<br>P.O. BOX 75<br>HICKSVILLE, NY 11802 | | Claim Number: 2078<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |
| PENNINGTON, STEPHEN<br>3005B HIRTER RD<br>ST JOSEPH, MO 64506-1552 | | Claim Number: 6507<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |
| PENNSYLVANIA TREASURY<br>BUREAU OF UNCLAIMED PROPERTY<br>P.O. BOX 1837<br>HARRISBURG, PA 17105 | | Claim Number: 4728<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | | Claim Number: 4799<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE | Claimed: | $749,700,000.00   UNLIQ CONT | | | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | | Claim Number: 4800<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4801<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4802<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $33,000,000.00   UNLIQ CONT |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4803<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4804<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4805<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $4,500,000.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4806<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|
| ADMINISTRATIVE          Claimed: | $0.00   UNLIQ CONT |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4807<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE          Claimed: | $0.00   UNLIQ CONT |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4808<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE          Claimed: | $5,500,000.00   UNLIQ CONT |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4809<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE          Claimed: | $0.00   UNLIQ CONT |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4810<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| ADMINISTRATIVE          Claimed: | $0.00   UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4811<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $200,000.00   UNLIQ CONT |
| --- | --- | --- |

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4812<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
| --- | --- | --- |

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4813<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
| --- | --- | --- |

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4814<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
| --- | --- | --- |

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4815<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4816
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ CONT | | |
|---|---|---|---|---|

PEOPLES GAS LIGHT & CO.
NORTH SHORE GAS CO.
130 E. RANDOLPH DR
CHICAGO, IL 60601

Claim Number: 6187
Claim Date: 08/25/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $49,607.51 | | |
|---|---|---|---|---|

PEOPLES GAS LIGHT AND COKE CO.
NORTH SHORE GAS CO.
130 E. RANDOLPH DR.
CHICAGO, IL 60601

Claim Number: 6270
Claim Date: 09/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $52,809.15 | | |
|---|---|---|---|---|

PEPER, GEORGE F.
9A GIBSON PLACE
ST ANDREWS, KY169JE
UNITED KINGDOM

Claim Number: 3010
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $102,842.00 | Scheduled: | $102,842.00 UNLIQ |
|---|---|---|---|---|

PEPER, GEORGE F.
9A GIBSON
ST ANDREWS, KY169JE
UNITED KINGDOM

Claim Number: 3011
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PERELLE & GRANVILLE LIVING TRUST<br>DIANE GRANVILLE TTEE<br>601 E. BRANCH RD<br>PATTERSON, NY 12563 | | Claim Number: 4980<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,500.00 | | | |
| PEREZ, ROBERT<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 5661<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| UNSECURED | Claimed: | $68,701.71 | | | |
| PERRUSO, CAROL<br>376 ULTIMO AVENUE<br>LONG BEACH, CA 90814 | | Claim Number: 3824<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $93,718.73 | Scheduled: | $3,500.00 UNLIQ | |
| PERRY, VICTOR A.<br>115 17TH STREET, NE<br>ATLANTA, GA 30309 | | Claim Number: 3825<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $32,377.21 | | | |
| PERSONAL PLUS, INC.<br>SQUIRE, SANDERS & DEMPSEY LLP<br>C/O KELLY SINGER<br>40 N. CENTRAL AVE., # 2700<br>PHOENIX, AZ 85004 | | Claim Number: 5606<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3526 (02/24/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

---

PETERSON, MAUREEN G.
7 BARNES RD W
STAMFORD, CT 06902-1243

Claim Number: 3826
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $594,751.05 | Scheduled: | $762,066.00 UNLIQ |
|---|---|---|---|---|

PETRY, LYNN A.
70 ROY AVE.
MASSAPEQUA, NY 11758

Claim Number: 5317
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

PETTY, MARTHA A.
5933 SEABIRD DRIVE SOUTH
GULFPORT, FL 33707

Claim Number: 3827
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $149,885.51 | Scheduled: | $73,760.00 UNLIQ |
|---|---|---|---|---|

PHELPS, CAROLE
175 TIMROD ROAD
MANCHESTER, CT 06040

Claim Number: 5951
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| PRIORITY | Claimed: | $11,457.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,488,543.00 |

PITNEY BOWES CREDIT CORP
ATTN: RECOVERY DEPT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 885
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $4,294.97 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

PITNEY BOWES CREDIT CORPORATION
27 WATERVIEW DRIVE
ATTN: RECOVERY DEPARTMETN
SHELTON, CT 06484

Claim Number: 884
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
SHELTON, CT 06484

Claim Number: 684
Claim Date: 02/27/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 689

| PRIORITY | Claimed: | $211.40 |
|---|---|---|

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
SHELTON, CT 06484

Claim Number: 689
Claim Date: 03/03/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7426 (01/07/2011)
THIS CLAIM HAS BEEN SATISFIED

| PRIORITY | Claimed: | $211.40 |
|---|---|---|

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
SHELTON, CT 06484

Claim Number: 835
Claim Date: 03/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8523 (03/30/2011)

| PRIORITY | Claimed: | $1,356.30 |
|---|---|---|

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
SHELTON, CT 06484

Claim Number: 882
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $351.90 |
|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN: RECOVERY DEPT<br>SHELTON, CT 06484 | Claim Number: 883<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $5,115.33 |
|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 954<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $12,442.88 |
|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN:RECOVERY DEPT.<br>SHELTON, CT 06484 | Claim Number: 3085<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $15,817.25 |
|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 6154<br>Claim Date: 07/31/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $16,282.18 |
|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 6337<br>Claim Date: 11/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $397.80 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6436<br>Claim Date: 03/16/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $3,297.20 | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6444<br>Claim Date: 03/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| UNSECURED | Claimed: | $3,297.20 | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6565<br>Claim Date: 07/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9011 (05/26/2011) | | |
| UNSECURED | Claimed: | $5,136.18 | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6590<br>Claim Date: 07/06/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5869 (10/01/2010) | | |
| UNSECURED | Claimed: | $5,136.18 | | |
| PLANK, JACK L.<br>33522 NANCY JANE COURT<br>DANA POINT, CA 92629-1532 | | Claim Number: 3789<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $316,088.85 | Scheduled: | $254,817.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

PLCS CORPORATION
GREMLEY & BIEDERMANN INC
4505 N ELSTON
CHICAGO, IL 60630

Claim Number: 2436
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,750.00 |

---

POLLARD, DONALD E. LIVING TRUST U/A
DONALD E. POLLARD AND VICKIE E. POLLARD
TRUSTEES
14250 ROYAL HARBOUR COURT #918
FORT MYERS, FL 33908

Claim Number: 5793
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,104.72 |

---

POMMREHN, WILLIAM
202 SETTLERS DR
CEDAR PARK, TX 78613

Claim Number: 5779
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,149.60 |

---

POSEY, JOHN A. JR
5013 EVERGREEN STREET
BELLAIRE, TX 77401-5014

Claim Number: 4159
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $35,000.00   UNLIQ |

---

PPF OFF TWO PARK AVE OWNER, LLC
C/O MORGAN STANLEY INC.
ATTN: MARIA BLAKE
1585 BROADWAY
NEW YORK, NY 10036

Claim Number: 6319
Claim Date: 10/28/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends Claim number 3407 from 6/2/09

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,700,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PPF OFF TWO PARK AVENUE OWNER, LLC<br>C/O MORGAN STANLEY INC.<br>ATTN: MARIA BLAKE<br>1585 BROADWAY<br>NEW YORK, NY 10036 | | Claim Number: 3407<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $43,711.01 UNLIQ | | | | | |
| PROLARMCO INC<br>P O BOX 117<br>GREENVALE, NY 11548 | | Claim Number: 2017<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| ADMINISTRATIVE | Claimed: | $354.00 | | | | | |
| UNSECURED | | | Scheduled: | $350.42 | Allowed: | $350.42 |
| PROTECTION ONE<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374 | | Claim Number: 2960<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $2,679.97 | | | | | |
| PSOMAS<br>555 SOUTH FLOWER STREET  SUITE 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 974<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9400 (06/30/2011) | | | | | |
| UNSECURED | Claimed: | $57,431.59 | Scheduled: | $18,962.22 | Allowed: | $55,283.15 |
| PUBON, GUSTAVO<br>86 FOREST RD.<br>CENTEREACH, NY 11720 | | Claim Number: 5135<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

PULLEY, DAN
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST., 2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3272
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| PRIORITY | Claimed: | $2,276.80 |
| UNSECURED | Claimed: | $2,276.80 |
| TOTAL | Claimed: | $2,276.80 |

---

PURI, SURRINDER K.
865 OAKDALE RD
ATLANTA, GA 30307

Claim Number: 5964
Claim Date: 06/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $25,374.00 |

---

PURJES, DAN
60 SUTTON PLACE SOUTH
NEW YORK, NY 10022

Claim Number: 6135
Claim Date: 07/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,000.00 |

---

QUIGLEY, IRIS
6 O'HARA PL
HUNTINGTON, NY 11743

Claim Number: 3743
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |

---

QUINTANILLA, BLANCA MONICA
8200 BLVD. EAST APT 14 B
NORTH BERGEN, NJ 07047

Claim Number: 5136
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| R.R. DONNELLEY & SONS COMPANY<br>EULER HERMES ACI<br>AGENT OF R.R. DONNELLEY & SONS COMPANY<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | | Claim Number: 482<br>Claim Date: 02/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 411 (02/17/2009) | | | |
| UNSECURED | Claimed: | $478,865.06 | | | |
| RADCLIFFE JEWELERS<br>1848 REISTERSTOWN RD<br>BALTIMORE, MD 21208 | | Claim Number: 3480<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| ADMINISTRATIVE | Claimed: | $5,459.00 | | | |
| RAGNAR BENSON LLC<br>250 S NORTHWEST HIGHWAY<br>ATTN: JEN HAUB<br>PARK RIDGE, IL 60068 | | Claim Number: 1071<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $9,914.12 | Scheduled: | $9,914.12 | |
| RAIA, ALEXANDER J.<br>128 WELLINGTON RD.<br>GARDEN CITY, NY 11530 | | Claim Number: 5064<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| RAIA, JUDITH<br>128 WELLINGTON RD.<br>GARDEN CITY, NY 11530 | | Claim Number: 5072<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| RAISH, JASON<br>3069 COUNTY RD    119<br>CANISTEO, NY 14823 | | Claim Number: 3485<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | |
| RAMIREZ, VICTORIA RIGNER<br>36 HARTFORD STREET<br>LINDENHURST, NY 11757 | | Claim Number: 5320<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| RANGE, MICHAEL S<br>360 KINGSBERY CT<br>HIGHLAND, IL 62249-2924 | | Claim Number: 6488<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 | |
| RAWITCH, ROBERT<br>9730 TUNNEY AVE.<br>NORTHRIDGE, CA 91324 | | Claim Number: 3633<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for retiree medical benefits | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| RAY OHERRON CO<br>523 E ROOSEVELT RD<br>LOMBARD, IL 60148 | | Claim Number: 1385<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,667.50 | Scheduled: | $1,667.50 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| RAYSSES, MICHAEL<br>2729 BARRY AVENUE<br>LOS ANGELES, CA 90064 | Claim Number: 3176<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| REALTY ASSOCIATES FUND VIII LP., THE<br>C/O RONALD K. BROWN JR<br>LAW OFFICES OF RONALD K. BROWN JR<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | Claim Number: 3460<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $44,626.87 | | |
| REDBOURN PARTNERS, LTD<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | Claim Number: 2275<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
| UNSECURED | Claimed: | $2,394,767.45   UNLIQ | | |
| REDMOND, ELIZABETH<br>2198 FAIRHURST DR.<br>LA CANADA, CA 91011 | Claim Number: 3790<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $838,434.21 | Scheduled: | $568,379.00 UNLIQ |
| REDWOOD SOFTWARE<br>3000 AERIAL CENTER PARKWAY<br>SUITE 115<br>MORRISVILLE, NC 27560 | Claim Number: 973<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $19,020.09 | Scheduled: | $19,020.09 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

REICHERT, WAYNE
143 WOODLAWN AVE
SAINT JAMES, NY 11780-2509

Claim Number: 5077
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

REID, DAMION
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4925
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

REILLY, ELIZABETH C
PO BOX 437
WHEATLEY HEIGHTS, NY 11798

Claim Number: 5322
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

RELIANT ENERGY
PO BOX 1409
HOUSTON, TX 77251-1409

Claim Number: 527
Claim Date: 02/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $46,964.18 |
|---|---|---|

REMINICK, JOAN
2 SALISBURY DR. S.
E NORTHPORT, NY 11731

Claim Number: 5048
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| REVENUE COLLECTION DIVISION<br>GOVERNMENTAL CENTER ANNEX<br>ATTN: LITIGATION DEPT<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 2877<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 889 by Broward County | | | |
| SECURED | Claimed: | $1,235,823.67 | | | |
| REYES, ELIEZER<br>444 SCREVIN AVE<br>BRONX, NY 10473 | | Claim Number: 5782<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |
| REYES, YLKA<br>203 PARK AVE. 2ND FL.<br>HUNTINGTON, NY 11743 | | Claim Number: 5137<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| RHEIN, ESTHER<br>RUSKIN MOSCOU FALTISCHEK PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 4292<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $350,000.00 | | | |
| RHOADS, S. KEATING<br>2611 NIDO WAY<br>LAGUNA BEACH, CA 92651 | | Claim Number: 3791<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $98,744.57 | Scheduled: | $21,310.00  UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

| | | | | |
|---|---|---|---|---|
| RICE, CARL<br>615 PARKWOOD AVE<br>PARK RIDGE, IL 60068-2229 | | Claim Number: 5339<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Certain Compensation and benefits in certain scenarios | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| RICHARDSON, RUDOLPH<br>4750 S.W. 151ST PLACE<br>OCALA, FL 34473 | | Claim Number: 2780<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $231.76  UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00  UNDET |

---

| | | | | |
|---|---|---|---|---|
| RICIGLIANO, MICHAEL C<br>3628 EASTWOOD DR.<br>BALTIMORE, MD 21206 | | Claim Number: 3611<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| SECURED | Claimed: | $200.00 | | |
| UNSECURED | | | Scheduled: | $200.00 |

---

| | | | | |
|---|---|---|---|---|
| RICKS, DELTHIA<br>72 PLEASANT ST<br>HUNTINGTON, NY 11743 | | Claim Number: 5138<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| RILEY, JOHN<br>55 MEADOW WAY<br>IRVINGTON, NY 10533 | | Claim Number: 2445<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for pension and ESOP benefits | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

RILEY, MICHAEL
5 AVONDALE DR.
NEWTOWN, PA 18940

Claim Number: 3792
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $123,950.91 | Scheduled: | $64,803.00  UNLIQ |

RINKE, ROGER
REVOCABLE TRUST
C/O KEITH STARK,TRUSTEE
1111 W. LONG LAKE RD #202
TROY, MI 48098

Claim Number: 5568
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $50,767.81 |

RITA L. MARIHERIOI IRA
4633 TWIN FAWN LN
ORCHARD LAKE, MI 48324

Claim Number: 5638
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $101,535.63 |

RIVERSIDE CLAIMS LLC
TRANSFEROR: THOMSON INC DBA GRASS VALLEY
POST OFFICE BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024

Claim Number: 696
Claim Date: 03/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4777 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $99,243.52 |

RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR
WORLDNET INTERNATIONAL COURIERS, INC.
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

Claim Number: 3315
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,196.01 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

RIVERSIDE CLAIMS LLC AS ASSIGNEE OF
STILLWATER TECHNOLOGIES, INC.
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

Claim Number: 3620
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4777 (06/14/2010)

| ADMINISTRATIVE | Claimed: | $8,963.25 |
|---|---|---|

---

RIVERSIDE COUNTY SCHOOLS
CREDIT UNION CUST
GRANT LEE DISMUKE IRA
5 BARQUE DR
CEDAR CREST, NM 87008-9481

Claim Number: 6730
Claim Date: 03/18/2011
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9347 (06/24/2011)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1.08 | Allowed: | $1.08 |
|---|---|---|---|---|---|---|

---

RIZZITANO, FELICE
7 LILLIAN PL
PATCHOGUE, NY 11772-2955

Claim Number: 5074
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

RJ BENNETT REPRESENTS
530 EAST 20TH, # 2B
NEW YORK, NY 10009

Claim Number: 317
Claim Date: 01/26/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN

| UNSECURED | Claimed: | $960.00 |
|---|---|---|

---

ROACH, LEON M. - TRUSTEE OF THE
LEON M. ROACH TRUST
608 BENEDICT DRIVE
LAS VEGAS, NV 89110

Claim Number: 3651
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $11,091.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

ROBERT C WALL, IRA
CHARLES SCHWAB CUSTODIAN
10523 MISTY HILL RD
ORLAND PARK, IL 60462

Claim Number: 6266
Claim Date: 10/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $76,122.00 | | |
|---|---|---|---|---|

ROBERT J TOMEI SR CUST ROBERT J TOMEI JR
UTMA IL
320 BLOSSOM #102
LAKEMOOR, IL 60051

Claim Number: 6661
Claim Date: 10/08/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
|---|---|---|---|---|

ROBERT LANGER CO INC
P O BOX 2075
PATCHOGUE, NY 11772

Claim Number: 2077
Claim Date: 04/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $3,815.50 | | |
|---|---|---|---|---|

ROBERTS, WIDOW
22 WALDEN AVE
JERICHO, NY 11753

Claim Number: 4415
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is stated as $60/bi-weekly

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

ROBERTSON FREILICH BRUNO & COHEN LLC
1 GATEWAY CTR STE 300
NEWARK, NJ 07102-5321

Claim Number: 5303
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,571.36 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

| ROBINS, MARJORIE<br>5 4TH RD.<br>GREAT NECK, NY 11021 | | Claim Number: 5101<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| ROBINSON, WILLIAM E & DOROTHY A<br>JT TEN<br>15500 BUBBLING WELLS RD<br>DESERT HOT SPRINGS, CA 92240-7043 | | Claim Number: 6768<br>Claim Date: 05/09/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $680.00 | | |
| SECURED | Claimed: | $680.00 | | |
| TOTAL | Claimed: | $680.00 | | |

| ROBINSON, WILLIAM E & DOROTHY A.<br>117 RANCHO VERDE CIR<br>ROHNERT PARK, CA 94928-2069 | | Claim Number: 6500<br>Claim Date: 05/26/2010<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $680.00 | Scheduled: | $680.00 |

| ROCKENBACH, PHILIP C.<br>1231 SOUTH 11TH STREET<br>SAINT CHARLES, IL 60174 | | Claim Number: 912<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | | |

| RODGERS, JAMES<br>1913 S TWIN AVENUE<br>SAN GABRIEL, CA 91776 | | Claim Number: 2601<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| SECURED | Claimed: | $400.00   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | |
|---|---|---|---|
| RODRIGUEZ, KRISTINE B.<br>1917 E. ILLINOIS ST<br>WHEATON, IL 60187 | | Claim Number: 84<br>Claim Date: 01/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | |
| PRIORITY | Claimed: | $350.00 | |
| UNSECURED | Claimed: | $10.00 | |
| RODRIGUEZ, NELSON JR.<br>5128 GOLDEN LANE<br>FORT WORTH, TX 76123 | | Claim Number: 5949<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $30,448.80 | |
| ROEDER, EDWARD<br>JAMES B. WILCOX, JR. PLLC<br>JAMES B. WILCOX, JR.<br>2900 P. STREET N.W.<br>WASHINGTON, DC 20007 | | Claim Number: 5886<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
| SECURED | Claimed: | $0.00   UNDET | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| ROESSNER, BARBARA<br>ROME MCGUIGAN PC<br>JOHN F STROTHER<br>ONE STATE ST<br>HARTFORD, CT 06103 | | Claim Number: 5664<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| ROGERS, GARY<br>282 WOODBINE AVE.<br>NORTHPORT, NY 11768 | | Claim Number: 5312<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET | |

| ROSE, MICHAEL G. | | Claim Number: 3793 | | |
| 5170 W 2ND ST. | | Claim Date: 06/09/2009 | | |
| LOS ANGELES, CA 90004 | | Debtor: TRIBUNE COMPANY | | |
| | | | | |
| UNSECURED | Claimed: | $352,557.60 | Scheduled: | $325,154.40 UNLIQ |
| ROSENBERG, RICHARD A | | Claim Number: 5053 | | |
| 235 E 87TH ST # 85 | | Claim Date: 06/12/2009 | | |
| NEW YORK, NY 10128 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: | | |
| | | Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| ROSSO, SALVATORE E. | | Claim Number: 5082 | | |
| 737 7TH ST | | Claim Date: 06/12/2009 | | |
| WEST BABYLON, NY 11704 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: | | |
| | | Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| ROWE, WILLIAM J. | | Claim Number: 3794 | | |
| 15005 PRATOLINO WAY | | Claim Date: 06/09/2009 | | |
| NAPLES, FL 34110 | | Debtor: TRIBUNE COMPANY | | |
| | | | | |
| UNSECURED | Claimed: | $308,021.09 | Scheduled: | $221,819.00 UNLIQ |
| RUBERRY & GARVEY BOLLINGER | | Claim Number: 3425 | | |
| ATTN: JAMES R. PRENDERGAST, CFO | | Claim Date: 06/03/2009 | | |
| 500 W. MADISON ST., SUITE 2300 | | Debtor: TRIBUNE COMPANY | | |
| CHICAGO, IL 60661 | | | | |
| | | | | |
| UNSECURED | Claimed: | $1,315.50 | | |

RUBERRY & GARVEY BOLLINGER
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3426
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,573.28 |
|---|---|---|

RUBERRY & GARVEY BOLLINGER
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST SUITE 2300
CHICAGO, IL 60661

Claim Number: 3427
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $424.80 |
|---|---|---|

RUBERRY & GARVEY BOLLINGER
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3428
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,348.40 |
|---|---|---|

RUBERRY & GARVEY BOLLINGER
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3429
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,689.92 |
|---|---|---|

RUBIN, JEROME S.
15 WEST 53RD ST. APT # 29B
NEW YORK, NY 10019

Claim Number: 3795
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $151,876.68 | Scheduled: | $140,017.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| RUDOLPH, HERBERT<br>4727 186TH LN N.W.<br>ANOKA, MN 55303-8908 | | Claim Number: 3064<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,652.40 |
| RUSSELL, DAVID A & WANDA S, TTEES<br>RUSSELL LIVING TRUST U/D 8-25-97<br>738 LANINA PL<br>KIHEI, HI 96753-9311 | | Claim Number: 5996<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,374.00 |
| RUSSIS, MARTHA<br>2817 KNOLLWOOD<br>GLENVIEW, IL 60025 | | Claim Number: 5625<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $98,000.00 |
| RYDER TRUCK RENTAL, INC.<br>ATTN: JENNIFER MORRIS<br>6000 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005 | | Claim Number: 5824<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $367,503.93 |
| SABIO, WARNER N., SR.<br>441 HALSEY STREET<br>BROOKLYN, NY 11233 | | Claim Number: 5139<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| SACK, MARSHALL R.<br>6011 MARQUESA DRIVE<br>AUSTIN, TX 78731 | | Claim Number: 3372<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $25,000.00 | | |
| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | | Claim Number: 6370<br>Claim Date: 01/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 4443 | | |
| UNSECURED | Claimed: | $19,844,866.20   CONT | | |
| SALAMONE, SALVATOER, DBA S.A.K.<br>DISTRIBUTION, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5861<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $156,087.04 | Scheduled: | $0.00  UNLIQ |
| SAMUELSON, WILLIAM<br>930 CHEYENNE STREET<br>COSTA MESA, CA 92626 | | Claim Number: 1122<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $123.02 | | |
| SANN, ALEXANDER<br>165 EAST 72ND STREET<br>APT. 8K<br>NEW YORK, NY 10021-4342 | | Claim Number: 3796<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,456,012.18 | Scheduled: | $1,230,259.81  UNLIQ |

| | | |
|---|---|---|
| SANZERI, CLAUDIA<br>35 WOODCOCK LANE<br>LEVITTOWN, NY 11756 | | Claim Number: 2111<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7273 (12/22/2010) |
| PRIORITY | Claimed: | $7,680.82 |
| SATKOWSKI, EDWARD<br>69 AUDUBON AVENUE<br>NEWINGTON, CT 06111 | | Claim Number: 3654<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $33,594.77 |
| SAVETZ, BERNARD & LENORE<br>3450 LAWRENCE AVE<br>OCEANSIDE, NY | | Claim Number: 5950<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $152,244.00 |
| SAWCHUK, KENNETH<br>26 TEANECK DRIVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5140<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 3222<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| UNSECURED | Claimed: | $775,371.19 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6475<br>Claim Date: 05/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| UNSECURED | Claimed: | $307,408.72 |
| SBC GLOBAL SERVICES, INC.<br>C/O AT&T INC.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6556<br>Claim Date: 07/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6475 |
| UNSECURED | Claimed: | $321,424.91 |
| SBC LONG DISTANCE, LLC<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 3322<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010)<br>Claim out of balance |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.46 |
| UNSECURED | Claimed: | $0.46 |
| TOTAL | Claimed: | $0.46 |
| SCALA, THEODORE F.<br>123 HINSDALE AVENUE<br>FLORAL PARK, NY 11001 | | Claim Number: 5141<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| SCALLY, GERALDINE<br>16775 SUNSET BLVD.<br>PACIFIC PALISADES, CA 90272 | | Claim Number: 3797<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $28,433.38 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 4856<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 2516 | | | |
| SECURED | Claimed: | $3,541.86 | | | |
| SCHAMBERRY, JEFFREY<br>864 CLEVELAND ST<br>W HEMPSTEAD, NY 11552 | | Claim Number: 5086<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| SCHERB, JEFF<br>945 OAK HILL DRIVE<br>ELMIRA, NY 14905 | | Claim Number: 6429<br>Claim Date: 03/15/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $10,005.66 | Scheduled: | $10,005.66  DISP CONT | |
| SCHINDLER ELEVATOR CORPORATION<br>1530 TIMBERWOLF DRIVE<br>HOLLAND, OH 43528 | | Claim Number: 475<br>Claim Date: 02/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $7,210.75 | | | |
| SCHLOSBERG, RICHARD T. III<br>164 SENDERO VERDE DR.<br>SAN ANTONIO, TX 78261 | | Claim Number: 3798<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $2,760,068.72 | Scheduled: | $1,853,550.00  UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| SCHMID, MIKE<br>14525 S ACUFF CT<br>OLATHE, KS 66062 | | Claim Number: 5701<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $50,748.00 | | |
| SCHMITZ, ANDREW J.<br>9530 DUFFNEY DR<br>CORCORAN, MN 55374 | | Claim Number: 5912<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $18,000.00 | | |
| SCHNALL, HERBERT K.<br>P.O. BOX 9457<br>15102 CAMINITO MARIA<br>RANCHO SANTA FE, CA 92067 | | Claim Number: 3799<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $601,401.39 | Scheduled: | $455,572.00 UNLIQ |
| SCHNEIDER, CHARLES<br>522 NORTH BEVERLY DRIVE<br>BEVERLY HILLS, CA 90210 | | Claim Number: 3800<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $300,413.12 | Scheduled: | $355,878.00 UNLIQ |
| SCHNEIDER, HILARY A.<br>54 CHESTNUT AVENUE<br>LOS GATOS, CA 95030 | | Claim Number: 3801<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $116,920.23 | Scheduled: | $36,718.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

SCHNEIDER, HOWARD
9 BRANDYWINE DRIVE
SETAUKET, NY 11733

Claim Number: 3802
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $111,725.93 | Scheduled: | $72,649.00  UNLIQ |
|---|---|---|---|---|

SCHULER, BARBARA L.
5 HOLDSWORTH DR.
HUNTINGTON, NY 11743

Claim Number: 5102
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SCHUON, JONALYN
8 CRESCENT DR
HUNTINGTON, NY 11743

Claim Number: 5096
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SCW CAPITAL RESOURCES, LP
10 GLENRIDGE DRIVE
BEDFORD, MA 01730

Claim Number: 3490
Claim Date: 06/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $3,300.00 |
|---|---|---|

SEIFERT, LESLIE
318 W 100 ST 16C
NEW YORK, NY 10025

Claim Number: 5039
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

SELLSTROM, BRIAN
PO BOX 1035
RANCHO SANTE FE, CA 92067

Claim Number: 3803
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59,424.51 | Scheduled: | $37,113.00  UNLIQ |

SELZER, CAROLYN
1047 BANGOR LANE
VENTURA, CA 93001

Claim Number: 3805
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,834.93 |

SEMINOLE COUNTY TAX COLLECTOR, THE
RAY VALDES
1101 EAST FIRST STREET
PO BOX 630
SANFORD, FL 32772

Claim Number: 415
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $100.77 |

SERRAO, SEAN
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4922
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 6450 (11/15/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

SHANNON LEE PHOTOGRAPHY
PO BOX 411
MT AIRY, MD 21771

Claim Number: 3195
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $450.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

SHAPE, STEVEN
CUST JASON SHAPE UTMA IL
1308 LINCOLN AVE S
HIGHLAND PARK, IL 60035-3459

Claim Number: 6748
Claim Date: 04/15/2011
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1.26 | Scheduled: | $1.26 |

SHARP, JOHN KEVIN
8650 SPICEWOOD SPRINGS ROAD # 145
AUSTIN, TX 78759

Claim Number: 5291
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,374.00 |

SHARP, LORA LAVERNE
8650 SPICEWOOD SPRINGS RD., # 145
AUSTIN, TX 78759

Claim Number: 5293
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $91,346.40 |

SHARP, RUTH E.
8650 SPICEWOOD SPRINGS RD., # 145
AUSTIN, TX 78759

Claim Number: 5292
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $38,568.48 |

SHAW, JAMES D
228 JEFFERSON'S HUNDRED
WILLIAMSBURG, VA 23185

Claim Number: 3806
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $188,663.28 | Scheduled: | $104,697.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

SHIRLEY, DENNIS
2440 STANLEY
TUSTIN, CA 92782

Claim Number: 3807
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,374,704.51 | Scheduled: | $1,244,089.95  UNLIQ |
|---|---|---|---|---|

SHOPLOCAL
225 N MICHIGAN AVE
SUITE 1600
CHICAGO, IL 60601

Claim Number: 1678
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| UNSECURED | Claimed: | $20,950.00 |
|---|---|---|

SHORES, KIRK R.
464 N. PINE MEADOW DR.
DEBARY, FL 32713-2305

Claim Number: 4844
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $21,000.00 |
|---|---|---|

SHORTS, GARY K.
2940 BEECH LANE
DOYLESTOWN, PA 18902-1941

Claim Number: 3808
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $169,089.46 | Scheduled: | $88,941.00  UNLIQ |
|---|---|---|---|---|

SIDHRA, NILAMBAR K.
1427 VISTA CREEK DRIVE
ROSEVILLE, CA 95661

Claim Number: 5787
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $101,496.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

| SIEMENS BUILDING TECHNOLOGIES<br>580 SLAWIN COURT<br>MOUNT PROSPECT, IL 60056 | | Claim Number: 6161<br>Claim Date: 08/13/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,013.42 | | |
| UNSECURED | Claimed: | $1,835.00 | Scheduled: | $1,835.00 |
| SILVA, REGINA I<br>3508 S FLEMINGTON DR<br>WEST COVINA, CA 91792-2913 | | Claim Number: 6728<br>Claim Date: 03/07/2011<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $137.44 | Scheduled: | $137.44 |
| SIMPSON, JAMES R.<br>5 CRESTWOOD DRIVE<br>NEWPORT BEACH, CA 92660 | | Claim Number: 3809<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $3,924,877.86 | Scheduled: | $2,618,441.00 UNLIQ |
| SINGH, SATNAM<br>P.O. BOX 305<br>LA PUENTE, CA 91747 | | Claim Number: 1676<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $1,222.32 | | |
| SITO, LOUIS<br>5501 HUNTINGTON PKWY<br>BETHESDA, MD 20814-1130 | | Claim Number: 3810<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $100,409.32 | Scheduled: | $63,009.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

SKINNER, MARYANN
10 MEUDON DRIVE
LOCUST VALLEY, NY 11560

Claim Number: 5091
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET | | | | |
|---|---|---|---|---|---|---|

SKYLINE LANDSCAPE INC
1957 EAST PONTO LAKE RD
BACKUS, MN 56435

Claim Number: 3383
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,499.85 | Scheduled: | $1,499.85 | | |
|---|---|---|---|---|---|---|

SKYTEL
PO BOX 2469
JACKSON, MS 39225-2469

Claim Number: 3224
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $6,938.74 | Scheduled: | $5,649.16 | | |
|---|---|---|---|---|---|---|

SMITH BARNEY CUST FBO RACHEL DONELSON
IRA
1115 UNION ST
SAN FRANCISCO, CA 94109

Claim Number: 6537
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3,230.00 | Allowed: | $3,230.00 |
|---|---|---|---|---|---|---|

SMITH, ANNE
63 STAMFORD STREET
LONDON, SE1 9NB
UNITED KINGDOM

Claim Number: 787
Claim Date: 03/20/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $400.00 | | | | |
|---|---|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

SMITH, JAMES S.
15 COVERT ST
PORT WASHINGTON, NY 11050

Claim Number: 5325
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

SMITH, KATHERINE F.
912 JAMES DRIVE
NEWPORT NEWS, VA 23605

Claim Number: 719
Claim Date: 03/11/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $2,508.48 |
|----------|----------|-----------|

SMITH, MIRIAM
282 WOODBINE AVE.
NORTHPORT, NY 11768

Claim Number: 5315
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

SMITH, THERESA, DBA ME-2-U DELIVERY
SERVICE
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5860
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $242,265.28 | Scheduled: | $0.00  UNLIQ |
|-----------|----------|-------------|------------|--------------|

SMUKLER, ANN
600 SHORE ROAD, 3F
LONG BEACH, NY 11561

Claim Number: 5051
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan

| UNSECURED | Claimed: | $0.00  UNDET |
|-----------|----------|--------------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

SODEXO, INC.
C/O ADRIENNE VADELL STURGES
6081 HAMILTON BOULEVARD
ALLENTOWN, PA 18106

Claim Number: 5581-04
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,048.49 | Scheduled: | $989.00 |

SOLLITTO, PATRICIA
931 PARK DRIVE
WANTAGH, NY 11793

Claim Number: 5327
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

SOLOMON, BARRY
12115 SAN VICENTE BLVD. # 109
LOS ANGELES, CA 90049

Claim Number: 6514
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| | | |
|---|---|---|
| SECURED | Claimed: | $15,000.00 |

SOLSTICE CONSULTING, LLC
641 W. LAKE, SUITE 102
CHICAGO, IL 60661

Claim Number: 47
Claim Date: 12/26/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,200.00 |

SOMMELLA, LOUISE
JOSEPH SOMMELLA, DECEASED
325 OAK PARK LOOP
DAVENPORT, FL 33837

Claim Number: 3728
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $246.78 | Scheduled: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| SOUTH SHORE MEDICAL SALES & SVCS LLC PSP<br>2286 BRIGHAM ST APT 2F<br>BROOKLYN, NY 11229-6116 | Claim Number: 5896<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $20,299.60 |
| SOUTHERN CALIFORNIA EDISON COMPANY<br>300 N. LONE HILL AVE.<br>SAN DIMAS, CA 91773 | Claim Number: 407<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3951 (04/06/2010) | |
| UNSECURED | Claimed: | $253,283.68 |
| SPECTRUM ENGINEERING GROUP LLC<br>25 SURREY DR<br>CHESHIRE, CT 06410-2814 | Claim Number: 3628<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $11,633.46 |
| SPIECKER, FRANK<br>100 STREAM CT<br>CHALFONT, PA 18914 | Claim Number: 5700<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $25,374.00 |
| SPRECK CORP., A CALIFORNIA CORPORATION<br>SPRECKELS BUILDING<br>121 BROADWAY, SUITE 600<br>SAN DIEGO, CA 92101 | Claim Number: 6062<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $4,475.66 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | |
|---|---|---|---|---|
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 435<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $199,573.13 | | |
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 3420<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 435 | | |
| UNSECURED | Claimed: | $203,303.59 | Scheduled: | $17,001.95 |
| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 306<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY | Claimed: | $14,866.47 | | |
| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 307<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY | Claimed: | $28,431.58 | | |
| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 308<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY | Claimed: | $20,583.09 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER                                                                        Date: 09/09/2011
Alphabetical Claims Register for The Tribune Company (08-13141)

---

STABILE, KAREW                          Claim Number: 5786
A94 KILBURN RD                          Claim Date: 06/16/2009
GARDEN CITY, NY 11530                    Debtor: TRIBUNE COMPANY
                                        Comments:
                                        Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

STACKLER, RONALD E.                      Claim Number: 3234
6786 SHEARWATER LANE                     Claim Date: 05/28/2009
MALIBU, CA 90265                         Debtor: TRIBUNE COMPANY
                                        Comments: EXPUNGED
                                        DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $150,000.00 | | |
|---|---|---|---|---|

STAMP, MARION N                          Claim Number: 6677
10801 CROOKED RIVER RD                   Claim Date: 11/22/2010
APT 203                                  Debtor: TRIBUNE COMPANY
BONITA SPRINGS, FL 34135-1782

| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 |
|---|---|---|---|---|

STANDARD REGISTER COMPANY                Claim Number: 95
LILLIAN FLATT                            Claim Date: 12/18/2008
600 ALBANY ST                            Debtor: TRIBUNE COMPANY
DAYTON, OH 45408                         Comments: EXPUNGED
                                        DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $4,147.36 | | |
|---|---|---|---|---|

STANFIELD, KATHY R                       Claim Number: 2687
726 SAN PASCUAL AVENUE                   Claim Date: 05/11/2009
APT. #11                                 Debtor: TRIBUNE COMPANY
LOS ANGELES, CA 90042

| PRIORITY | Claimed: | $2,425.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,518.49 | | |

| | | | | | |
|---|---|---|---|---|---|
| STANISZ, JANUSZ<br>11055 NORTH 128 PLACE<br>SCOTTSDALE, AZ 85259 | | Claim Number: 4966<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $162,393.60 | | | |
| STANLEY SECURITY SOLUTIONS INC<br>SAFEMASTERS<br>DEPT CH 14202<br>PALATINE, IL 60055-4202 | | Claim Number: 2172<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE | Claimed: | $1,395.03 | | | |
| UNSECURED | | | Scheduled: | $1,395.03 | |
| STANTON, RICHARD W.<br>1239 MAPLEWOOD DRIVE<br>MAPLE GLEN, PA 91301 | | Claim Number: 3499<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $58,991.00 | Scheduled: | $58,991.00 UNLIQ | |
| STARZYK, KARA<br>13230 SW 32ND COURT<br>FORT LAUDERDALE, FL 33330 | | Claim Number: 729<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| PRIORITY | Claimed: | $1,300.00 | | | |
| STATE OF CONNECTICUT<br>UNCLAIMED PROPERTY DIVISION<br>DEPARTMENT OF TREASURY<br>55 ELM STREET<br>HARTFORD, CT 06106 | | Claim Number: 6494<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $4,862.96 | Scheduled: | $4,862.96 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 3357<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| PRIORITY                 Claimed: | $1,740,043.00 | |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 3464<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | |
| PRIORITY                 Claimed: | $5,190,498.00 | |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 6472<br>Claim Date: 05/07/2010<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY                 Claimed:<br>SECURED                 Claimed: | $4,337,722.06<br>$0.00 | |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6629<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5677 (09/13/2010) | |
| ADMINISTRATIVE          Claimed: | $435,030.42 | |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6630<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5678 (09/13/2010) | |
| ADMINISTRATIVE          Claimed: | $7,251.24 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | | Claim Number: 6631<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5679 (09/13/2010) |
| ADMINISTRATIVE | Claimed: | $120,854.00 |
| STATE OF NEW JERSEY<br>DEPARTMENT OF TREASURY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08646-0245 | | Claim Number: 1059<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $31,024.77 |
| STATE OF NEW YORK, DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURACE DIVISION<br>GOVERNOR W. AVERELL HARRIMAN STATE<br>OFFICE BUILDING CAMPUS - BLDG 12, RM 256<br>ALBANY, NY 12240 | | Claim Number: 3095<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
| ADMINISTRATIVE | Claimed: | $619.48 |
| STAZAK, THOMAS W.<br>3950 SCHOONER RIDGE<br>ALPHARETTA, GA 30004 | | Claim Number: 5968<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |
| STEVENS, THOMAS<br>1801 MICHAELS CT<br>HENDERSON, NV 89014 | | Claim Number: 6058<br>Claim Date: 07/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $2,200.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | |
|---|---|---|
| STEWART, CLETUS C.<br>7733 CLARCONA OCOEE RD<br>ORLANDO, FL 32818-1219 | | Claim Number: 4631<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,090.56 |
| STEWART, HAI<br>#1010, 540-14 AVE. SW<br>CALGARY, AB T2R OM6<br>CANADA | | Claim Number: 6679<br>Claim Date: 12/01/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) |
| UNSECURED | Claimed: | $8,000.00 |
| STEWART, ROBERT<br>PO BOX 3834<br>LAKEWOOD, CA 90711 | | Claim Number: 5773<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| PRIORITY | Claimed: | $468.21 |
| STIMPFCE, LORRAINE E.<br>222 CEDAR AVE.<br>PATCHOGUE, NY 11772 | | Claim Number: 5075<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| STORYTELLERS'S WORKSHOP INC<br>TED SLAMPYAK<br>217 CALLE EVANGELINE<br>BERNALILLO, NM 87004 | | Claim Number: 196<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| PRIORITY | Claimed: | $1,800.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| STRAIN, MARGARET M.<br>1665 SPINNAKER DR<br>ALPHARETTA, GA 30005 | | Claim Number: 5963<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $25,374.00 | | | |
| STRANGE, JENNIFER<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4921<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| STRIEGEL, LAWRENCE W.<br>30 NORTON DRIVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5035<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| STUPIN, DANIEL & CAROL<br>51 VISTA REDONDA<br>SANTA FE, NM 97506 | | Claim Number: 4670<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $1,704.50 | | | |
| SUJKA, JAMES<br>5359 W MARGARET ST<br>PO BOX 474<br>MONEE, IL 60449-8071 | | Claim Number: 6541<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

SULLIVAN, EUGENE
74 COTTONWOOD LANE
WESTBURY, NY 11590

Claim Number: 5333
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4635
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 6593 (11/23/2010)

| PRIORITY | Claimed: | $562,444.74 |
| --- | --- | --- |
| UNSECURED | Claimed: | $438,981.26 |

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4749
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 6593 (11/23/2010)

| ADMINISTRATIVE | Claimed: | $536,316.79 |
| --- | --- | --- |
| UNSECURED | Claimed: | $293,156.21 |

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4748
Claim Date: 06/11/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 6593 (11/23/2010)

| ADMINISTRATIVE | Claimed: | $536,316.79 |
| --- | --- | --- |

SWAN, WOODBURY D.
2606 CIPRIANI BLVD
BELMONT, CA 94002-1404

Claim Number: 3392
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $15,000.00 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| SWARTZ, ALICE<br>2203 E 26TH STREET<br>BROOKLYN, NY 11229 | | Claim Number: 4893<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $82,211.76 | | | |
| SWARTZ, CONRAD<br>12911 NW 25TH COURT<br>VANCOUVER, WA 98685 | | Claim Number: 4892<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $81,196.80 | | | |
| SWARTZ, CONRAD<br>12911 NW 25TH COURT<br>VANCOUVER, WA 98685 | | Claim Number: 5827<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $81,196.80 | | | |
| SWEENEY, JUDITH<br>30937 STEEPLECHASE DR<br>SAN JUAN CAPO, CA 92675-1929 | | Claim Number: 3811<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $37,827.72 | Scheduled: | $16,538.00 UNLIQ | |
| SWEENEY, STENDER E.<br>790 HUNTINGTON GARDEN DRIVE<br>PASADENA, CA 91108-1725 | | Claim Number: 3812<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $92,525.62 | Scheduled: | $64,868.00 UNLIQ | |

| SYSTEM MAINTENANCE SERVICES, INC<br>9013 PERIMITER WOODS, SUITE E<br>CHARLOTTE, NC 28216 | | Claim Number: 3129-01<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $646.46 | | | | Allowed: | $646.46 |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3096<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | | | |
| UNSECURED | Claimed: | $5,528.75 | | | | | |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3098<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | | | |
| UNSECURED | Claimed: | $806.90 | | | | | |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3099<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | | | |
| UNSECURED | Claimed: | $7,896.34 | | | | | |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 375<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $3,080.66 | Scheduled: | $14,552.83 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 376<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $342.66 | | | |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 388<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $43,841.74 | | | |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 393<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $6,465.34 | | | |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 398<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $5,099.99 | | | |
| TABLET & TICKET COMPANY<br>1120 ATLANTIC DRIVE<br>WEST CHICAGO, IL 60185 | | Claim Number: 1155<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY<br>UNSECURED | Claimed: | $98.38 | Scheduled: | $98.38 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TALL OAKS KENNEL, LLC<br>C/O ELAINE PERKINS<br>PO BOX 53<br>ATTN: ELAINE PERKINS<br>WHITMORE LAKE, MI 48189 | | Claim Number: 6133<br>Claim Date: 07/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | | | |
| UNSECURED | Claimed: | $181.60 | | | | | |
| TANNENBAUM, IRVING & JUDITH R JT TEN<br>840 LIONSGATE DR<br>SAINT LOUIS, MO 63130-2848 | | Claim Number: 6531<br>Claim Date: 06/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $2,176.00 | Allowed: | $2,176.00 |
| TARRANT COUNTY<br>C/O LINEBARGER BOGGAN BLAIR & SAMPSON,<br>LLP; ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2691 | | Claim Number: 5979<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4782 (06/14/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $21.05  UNLIQ | | | | | |
| SECURED | Claimed: | $0.00  UNLIQ | | | | | |
| TARRANT COUNTY<br>ATTN: E. WELLER; M. DEEDS; L. SPINDLER<br>LINEBARGER BOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2691 | | Claim Number: 6016<br>Claim Date: 06/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4783 (06/14/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $21.05  UNLIQ | | | | | |
| TAYLOR, DAVID LLOYD, TRUSTEE<br>DAVID LLOYD TAYLOR TRUST, U/A 1/1/01<br>966 WILDFLOWER WAY<br>LONGWOOD, FL 32750-4045 | | Claim Number: 3592<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | | | |
| UNSECURED | Claimed: | $2,050,000.00 | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| TAYLOR, DAVID ROSS C/O GERALD S. SACK, ESQUIRE LAW OFFICES OF GERALD S. SACK, LLC 836 FARMINGTON AVENUE, SUITE 109 WEST HARTFORD, CT 06119 | | Claim Number: 6599 Claim Date: 07/15/2010 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| TELECOMMUNICATION SYSTEMS, INC. 333 N MICHIGAN AVE STE 2700 CHICAGO, IL 60601-4047 | | Claim Number: 2185 Claim Date: 05/01/2009 Debtor: TRIBUNE COMPANY Comments: Claim is for patenet infringement | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ | |
| TEMPLE, EDWARD J. 246 PINE LANE WETHERSFIELD, CT 06109 | | Claim Number: 3613 Claim Date: 06/05/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $8,000.00 | | | |
| TEMPLE, EDWARD J. 246 PINE LANE WETHERSFIELD, CT 06109 | | Claim Number: 3614 Claim Date: 06/05/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $23,000.00 | | | |
| TERPSTRA, JAMES E. 20457 NO. CANYON WHISPER DR. SURPRISE, AZ 85387 | | Claim Number: 3813 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,238.30 | Scheduled: | $872.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| TERRY, ROBERT H.<br>C/O LAUREL TERRY<br>601 MOORELAND AVE.<br>CARLISLE, PA 17013 | | Claim Number: 3691<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension, ESOP and Savings Plan |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| THARP, VAN K. - TRUSTEE<br>11TM TARGET TRUST PLAN<br>337 LOCHSIDE DR<br>CARY, NC 27518 | | Claim Number: 5289<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $512,554.80 |
| THE L & M FAMILY TRUST<br>BRUCE TIEGS OR PAULA TIEGS, CO TRUSTEES<br>PO BOX 429<br>GREEN LEAF, ID 83626 | | Claim Number: 6247<br>Claim Date: 09/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| ADMINISTRATIVE | Claimed: | $748.00 |
| UNSECURED | Claimed: | $50,000.00 |
| THEOBALD, EDWARD<br>5401 215 LANE NE<br>CEDAR, MN 55011 | | Claim Number: 5690<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $30,448.80 |
| THIRD SCREEN MEDIA INC. DBA QUIGO ET AL<br>TIFFANY STRELOW COBB ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET (PO BOX 1008)<br>COLUMBUS, OH 43216-1008 | | Claim Number: 234<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4410 (05/14/2010) |
| UNSECURED | Claimed: | $7,500.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| THOMAS P. YOUNGBLOOD IRA<br>55 FORDCROFT STREET<br>GROSSE POINTE, MI 48236 | | Claim Number: 5631<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $76,240.31 | | | |
| THOMAS, JESSY<br>THE LAW OFFICES OF FRED M. MORELLI, JR.<br>403 W. GALENA<br>AURORA, IL 60506 | | Claim Number: 3673<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $65,000.00 | Scheduled: | $0.00 UNLIQ | |
| THOMAS, WILLIAM F.<br>16025 VALLEY WOOD RD<br>SHERMAN OAKS, CA 91403 | | Claim Number: 3769<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $395,688.06 | | | |
| THOMAS-JOSEPH, LEEMA<br>7 SAGAMORE LANE<br>DIX HILLS, NY 11746 | | Claim Number: 5143<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| THOMPSON, JAMES, DBA J&L AMERICAN<br>ENTERPRISES, LTD.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5856<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $119,080.00 | Scheduled: | $0.00 UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| THOMSON, JEAN<br>2902 FERNAN COURT<br>COEUR D'ALENE, ID 83814 | | Claim Number: 3182<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $54,666.00 | Scheduled: | $54,666.00 | UNLIQ |
| THORPE, CAROLINE<br>11252 GONSALVES ST<br>CERRITOS, CA 90703 | | Claim Number: 3771<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>With claim number 3770, amends claim number 205 | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $49,050.00 | | | |
| THRIFTY OIL CO<br>RE: LOS ANGELES 1201 MATEO ST<br>13116 IMPERIAL HIGHWAY<br>SANTA FE SPRINGS, CA 90670 | | Claim Number: 2915<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $335,687.76 | | | |
| TIERNAN, AUDREY<br>46 NORTH COURT<br>ROSLYN HEIGHTS, NY 11577 | | Claim Number: 5789<br>Claim Date: 06/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| TIGHE, JAMES H<br>2120 SPRINGFIELD AVE<br>FORT WAYNE, IN 46805-1540 | | Claim Number: 6515<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| TIP TOP BRANDING LLC<br>350 W HUBBARD ST #460<br>CHICAGO, IL 60654-5798 | | Claim Number: 3738<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | |
| UNSECURED | Claimed: | $784.18 | | |
| TITAN OUTDOOR<br>850 THIRD AVE.<br>NEW YORK, NY 10022 | | Claim Number: 2996<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $229,157.00 | Scheduled: | $77,651.00 |
| TOEDTMAN, JAMES<br>2604 GENEVA HILL CT<br>OAKTON, VA 22124 | | Claim Number: 3772<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $7,503.51 | Scheduled: | $6,921.42 |
| TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | | Claim Number: 6343<br>Claim Date: 12/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | |
| UNSECURED | Claimed: | $413,581.99 | | |
| TOMLINSON, SAMUEL C.<br>432 TWISTING PINE CIRCLE<br>LONGWOOD, FL 32779 | | Claim Number: 3729<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $10,975.20 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

TOPOREK, VIRGINIA W
106 AIMEE PL
LONGWOOD, FL 32750-2763

Claim Number: 6523
Claim Date: 06/10/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 | Allowed: | $204.00 |
|---|---|---|---|---|---|---|

TOPPING, ROBIN
20 PENFIELD DRIVE
EAST NORTHPORT, NY 11731

Claim Number: 5144
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00    UNDET |
|---|---|---|

TOPPING, ROBIN
20 PENFIELD DRIVE
EAST NORTHPORT, NY 11731

Claim Number: 5331
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00    UNDET |
|---|---|---|

TOWER CH, L.L.C
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6396
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3712

| UNSECURED | Claimed: | $336,143.45    UNLIQ | Scheduled: | $336,143.45 |
|---|---|---|---|---|

TOWER CH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3712
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $336,100.90    UNLIQ |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| TOWER DC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3713<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED | Claimed: | $2,464,739.97   UNLIQ | | |
| TOWER DC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6397<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3713 | | |
| UNSECURED | Claimed: | $2,465,052.00   UNLIQ | Scheduled: | $2,465,052.00 |
| TOWER DL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3714<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED | Claimed: | $373,445.45   UNLIQ | | |
| TOWER DL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGEN<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6398<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3714 | | |
| UNSECURED | Claimed: | $373,492.73   UNLIQ | Scheduled: | $373,492.73 |
| TOWER EH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3715<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED | Claimed: | $2,780,287.18   UNLIQ | | |

TOWER EH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHOIRZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6399
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3715

| UNSECURED | Claimed: | $2,780,639.16   UNLIQ | Scheduled: | $2,780,639.16 |
|---|---|---|---|---|

TOWER GREENSPUN DGSPT, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4769
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25   UNLIQ | Scheduled: | $9,337,318.24 |
|---|---|---|---|---|

TOWER GREENSPUN JGGSTP, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4771
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25   UNLIQ | Scheduled: | $9,337,318.24 |
|---|---|---|---|---|

TOWER GREENSPUN SGFFT, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4772
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25   UNLIQ | Scheduled: | $9,337,318.24 |
|---|---|---|---|---|

TOWER GREENSPUN, L.L.C.
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4770
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.24   UNLIQ | Scheduled: | $9,337,318.24 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | | |
|---|---|---|---|---|---|
| TOWER HZ, L.L.C. | | Claim Number: 6400 | | | |
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | | Claim Date: 03/05/2010 | | | |
| ATTENTION: MARC D. HAUSER | | Debtor: TRIBUNE COMPANY | | | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | | Comments: | | | |
| CHICAGO, IL 60606 | | amends claim 4394 | | | |
| UNSECURED | Claimed: | $746,985.45   UNLIQ | Scheduled: | $746,985.45 | |
| TOWER HZ, LLC | | Claim Number: 4394 | | | |
| ATTN: MARC D. HAUSER | | Claim Date: 06/10/2009 | | | |
| C/O EGI-TRB, LLC, AS AUTHORIZED AGENT | | Debtor: TRIBUNE COMPANY | | | |
| 2 NORTH RIVERSIDE PLAZA, STE 600 | | Comments: EXPUNGED | | | |
| CHICAGO, IL 60606 | | DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $746,890.90   UNLIQ | | | |
| TOWER JB, L.L.C | | Claim Number: 6401 | | | |
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | | Claim Date: 03/05/2010 | | | |
| ATTENTION: MARC D. HAUSER | | Debtor: TRIBUNE COMPANY | | | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | | Comments: | | | |
| CHICAGO, IL 60606 | | amends claim 3717 | | | |
| UNSECURED | Claimed: | $847,081.50   UNLIQ | Scheduled: | $847,081.50 | |
| TOWER JB, L.L.C. | | Claim Number: 3717 | | | |
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | | Claim Date: 06/08/2009 | | | |
| ATTN: MARC D. HAUSER | | Debtor: TRIBUNE COMPANY | | | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | | Comments: EXPUNGED | | | |
| CHICAGO, IL 60606 | | DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $846,974.28   UNLIQ | | | |
| TOWER JK, L.L.C. | | Claim Number: 3719 | | | |
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT | | Claim Date: 06/08/2009 | | | |
| ATTN: MARC D. HAUSER | | Debtor: TRIBUNE COMPANY | | | |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 | | Comments: EXPUNGED | | | |
| CHICAGO, IL 60606 | | DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $3,475,347.59   UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| | | | | |
|---|---|---|---|---|
| TOWER JK, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6402<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3719 | | |
| UNSECURED | Claimed: | $3,475,787.56   UNLIQ | Scheduled: | $3,475,787.56 |
| TOWER JP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3720<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED | Claimed: | $952,285.90   UNLIQ | | |
| TOWER JP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6403<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3720 | | |
| UNSECURED | Claimed: | $952,406.46   UNLIQ | Scheduled: | $952,406.46 |
| TOWER JS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3718<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED | Claimed: | $423,487.14   UNLIQ | | |
| TOWER JS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6404<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3718 | | |
| UNSECURED | Claimed: | $423,540.75   UNLIQ | Scheduled: | $423,540.75 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | |
|---|---|---|---|
| TOWER KS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3721<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED          Claimed: | $336,100.90   UNLIQ | | |
| TOWER KS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6405<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3721 | | |
| UNSECURED          Claimed: | $336,143.65   UNLIQ | Scheduled: | $336,143.65 |
| TOWER LL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3723<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED          Claimed: | $186,722.73   UNLIQ | | |
| TOWER LL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6406<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3723 | | |
| UNSECURED          Claimed: | $186,746.36   UNLIQ | Scheduled: | $186,746.36 |
| TOWER LM, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3724<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED          Claimed: | $74,689.09   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| TOWER LM, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6407<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3724 | | | |
| UNSECURED | Claimed: | $74,698.54   UNLIQ | Scheduled: | $74,698.54 | |
| TOWER LZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3722<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $933,613.62   UNLIQ | | | |
| TOWER LZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6408<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3722 | | | |
| UNSECURED | Claimed: | $933,731.81   UNLIQ | Scheduled: | $933,731.81 | |
| TOWER MH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3702<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $134,440.36   UNLIQ | | | |
| TOWER MH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6409<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3702 | | | |
| UNSECURED | Claimed: | $134,457.38   UNLIQ | Scheduled: | $134,457.38 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| TOWER MS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3703<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |

| UNSECURED | Claimed: | $2,940,882.92   UNLIQ | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| TOWER MS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6410<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3703 | |

| UNSECURED | Claimed: | $2,941,255.22   UNLIQ | Scheduled: | $2,941,255.22 |
|---|---|---|---|---|

| | | |
|---|---|---|
| TOWER MZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3704<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |

| UNSECURED | Claimed: | $1,764,529.75   UNLIQ | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| TOWER MZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6411<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3704 | |

| UNSECURED | Claimed: | $1,764,753.13   UNLIQ | Scheduled: | $1,764,753.13 |
|---|---|---|---|---|

| | | |
|---|---|---|
| TOWER NL, L.L.C.<br>TWO NORTH RIVERSIDE DRIVE<br>SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3705<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |

| UNSECURED | Claimed: | $3,136,941.78   UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| TOWER NL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6412<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3705 | | | |
| UNSECURED | Claimed: | $3,137,338.90   UNLIQ | Scheduled: | $3,137,338.90 | |
| TOWER PH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3716<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $373,445.45   UNLIQ | | | |
| TOWER PH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6413<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3716 | | | |
| UNSECURED | Claimed: | $373,492.73   UNLIQ | Scheduled: | $373,492.73 | |
| TOWER PT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 3706<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $2,352,706.33   UNLIQ | | | |
| TOWER PT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA<br>CHICAGO, IL 60606 | | Claim Number: 6414<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3706 | | | |
| UNSECURED | Claimed: | $2,353,004.18   UNLIQ | Scheduled: | $2,353,004.18 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| TOWER SF, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3707<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $186,722.73   UNLIQ | | |
| TOWER SF, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6415<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3707 | | |
| UNSECURED          Claimed: | $186,746.36   UNLIQ | Scheduled: | $186,746.36 |
| TOWER TT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3708<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED          Claimed: | $746,890.90   UNLIQ | | |
| TOWER TT, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 6416<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3708 | | |
| UNSECURED          Claimed: | $746,985.45   UNLIQ | Scheduled: | $746,985.45 |
| TOWER VC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3709<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED          Claimed: | $235,270.63   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

TOWER VC, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6417
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3709

| UNSECURED | Claimed: | $235,300.42   UNLIQ | Scheduled: | $235,300.42 |
|---|---|---|---|---|

TOWER WP, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3710
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $5,097,185.33   UNLIQ | | |
|---|---|---|---|---|

TOWER WP, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6418
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3710

| UNSECURED | Claimed: | $5,097,830.61   UNLIQ | Scheduled: | $5,097,830.61 |
|---|---|---|---|---|

TRAINOR, ROBERT E.
1412 SHEFFORD RD.
BALTIMORE, MD 21239

Claim Number: 3774
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $74,825.54 | | |
|---|---|---|---|---|

TRANSNATIONAL TRADING INC.
A.A. 85656
BOGOTA,
COLOMBIA

Claim Number: 6295
Claim Date: 10/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $40,598.40 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5534
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | | | |
| SECURED | Claimed: | $108,594.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | | |

---

TREASURER, OKLAHOMA STATE
2401 NW 23RD ST STE 42
OKLAHOMA CITY, OK 73107-2401

Claim Number: 6509
Claim Date: 06/02/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $990.94 | Allowed: | $990.94 |

---

TRIEMER, ISABELL
1301 TOWSON ST
BALTIMORE, MD 21230-5323

Claim Number: 720
Claim Date: 03/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $325.00 |

---

TRIO ASSOCIATES
RE: PASADENA 125 N. VINEDO
PO BOX 757
4778 NORTH STONE ROAD
BETHEL ISLAND, CA 94511

Claim Number: 2900
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,612,205.00 |

---

TRUJILLO, JEAN
365 ROUTE 111 APT C13
SMITHTOWN, NY 11787

Claim Number: 1148
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for $241/week for life

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

TUNSTALL, SHARON S.
2323 FAIRWAY DRIVE
BIRMINGHAM, MI 48009

Claim Number: 3775
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,684.60 | Scheduled: | $7,911.00  UNLIQ |

TV GUIDE ONLINE, INC.
C/O CHRISTOPHER J. HARNETT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

Claim Number: 4900
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| PRIORITY | Claimed: | $5,699,364.00  UNLIQ |

TV GUIDE ONLINE, LLC
C/O CHRISTOPHER J. HARNETT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

Claim Number: 4901
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 4900

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| PRIORITY | Claimed: | $5,699,364.00  UNLIQ |

TW TELECOM INC
10475 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 6306
Claim Date: 10/19/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,641.97 |
| UNSECURED | Claimed: | $17,943.95 |

TW TELECOM INC.
10475 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 330
Claim Date: 01/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,811.52 |

| | | |
|---|---|---|
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 400<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| UNSECURED | Claimed: | $23,811.52 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 745<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
| UNSECURED | Claimed: | $25,127.41 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 832<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| UNSECURED | Claimed: | $25,127.41 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 6313<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
| ADMINISTRATIVE | Claimed: | $11,641.97 |
| UNSECURED | Claimed: | $17,943.95 |
| TWTR, INC., ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | | Claim Number: 188<br>Claim Date: 12/30/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 189 |
| UNSECURED | Claimed: | $13,532.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

TYRRELL, JOIE
189 SPRING RD
HUNTINGTON, NY 11743

Claim Number: 5145
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for pension

| UNSECURED | Claimed: | $0.00 | UNDET |
|---|---|---|---|

TYRRELL, MARK
189 SPRING RD.
HUNTINGTON, NY 11743

Claim Number: 5146
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 | UNDET |
|---|---|---|---|

U.S. DEPARTMENT OF LABOR
ELIZABETH GOLDBERG, OFC OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVENUE, N.W. STE N-4611
WASHINGTON, DC 20210

Claim Number: 3629
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6747
ERISA violations

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

U.S. DEPARTMENT OF LABOR
ELIZABETH GOLDBERG, OFC OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVENUE, N.W. STE N-4611
WASHINGTON, DC 20210

Claim Number: 6747
Claim Date: 04/12/2011
Debtor: TRIBUNE COMPANY
Comments:
Amends claim 3629

| UNSECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

UB PROPERTY LLC
ATTN: KIM NELSON
PO BOX 58746
SEATTLE, WA 98138

Claim Number: 5833
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $488.06 | |
|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

UDOVIC, MICHAEL S.
929 SOUTH OAKLAND AVE.
PASADENA, CA 91106

Claim Number: 3776
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,875.50 | | | |

UGI UTILITIES, INC.
225 MORGANTOWN RD
READING, PA 19612-1949

Claim Number: 5919
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36,994.82 | | | |

UHLMANN, CHARLES O
3-22-24 SAKAE-CHO
TACHIKAWA CITY
TOKYO, 190-0003
JAPAN

Claim Number: 6528
Claim Date: 06/14/2010
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 | |

UNCLAIMED PROPERTY DIVISION DEPARTMENT
OF TREASURY
55 ELM STREET
HARTFORD, CT 06106

Claim Number: 2049
Claim Date: 04/29/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ | |

UNCLAIMED PROPERTY DIVISION OFFICE OF
STATE TREASURER
CAPITOL COMPLEX
CHARLESTON, WV 25305

Claim Number: 3109
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $242.57   UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| UNION BANK OF CALIFORNIA<br>C/O JONES LANG LA SALLE AMERICAS IN<br>ATTN  CORPORATE REAL ESTATE SRVCS<br>PO BOX 45799<br>SAN FRANCISCO, CA 94145-0799 | | Claim Number: 3686<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
| UNSECURED | Claimed: | $1,395.91 |
| UNISYS CORPORATION<br>C/O DANA S. PLON, ESQUIRE<br>SIRLIN GALLOGLY & LESSER, P.C.<br>123 SOUTH BROAD STREET, SUITE 2100<br>PHILADELPHIA, PA 19109 | | Claim Number: 6465<br>Claim Date: 04/06/2010<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $8,368.75 |
| UNSECURED | Claimed: | $1,588.90 |
| UNIVERSAL CITY STUDIOS PRODCUTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | | Claim Number: 4674<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 3191 (01/25/2010) |
| UNSECURED | Claimed: | $0.00 |
| UNIVERSAL PRESS SYNDICATE<br>PO BOX 419149<br>KANSAS CITY, MO 64141-9149 | | Claim Number: 894<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
| UNSECURED | Claimed: | $78,272.36 |
| UNIVISION COMMUNICATIONS INC.<br>MELISSA LOPEZ<br>1777 NE LOOP 410, SUITE 400<br>SAN ANTONIO, TX 78217 | | Claim Number: 2346<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $4,250.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

UNTERMAN, E. THOMAS
1451 AMALFI DR
PACIFIC PALISADES, CA 90272

Claim Number: 3777
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,405,127.79 | Scheduled: | $958,608.42 UNLIQ | | |
|---|---|---|---|---|---|---|

USA MOBILITY
3000 TECHNOLOGY DR STE 400
PLANO, TX 75074

Claim Number: 5663
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $2,018.60 | Scheduled: | $1,568.60 | Allowed: | $1,568.60 |
|---|---|---|---|---|---|---|

USA TODAY
ATTN: PETE GALLO
535 MADISON AVENUE, 27TH FLOOR
NEW YORK, NY 10022

Claim Number: 286
Claim Date: 01/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| UNSECURED | Claimed: | $285,377.36 | Scheduled: | $9,431.99 | | |
|---|---|---|---|---|---|---|

VALENTI, JOHN A. III
44-11 MACNISH STREET, APT 2G
ELMHURST, NY 11373

Claim Number: 5316
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

VALENTI, MICHAEL
400 TAMARAC DR
PASADENA, CA 91105

Claim Number: 3778
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,228,403.25 | Scheduled: | $1,133,110.51 | | |
|---|---|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | | Claim Number: 3969<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VAN HORN, PHILIP D<br>9948 MARNICE AVE.<br>TUJUNGA, CA 91042 | | Claim Number: 5713<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|---|
| PRIORITY | Claimed: | $6,283.77 |
| SECURED | Claimed: | $0.00 |

---

| VAN NESS, SHAWNA<br>355 SOUTH WELLWOOD AVE.<br>LINDENHURST, NY 11757 | | Claim Number: 5070<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| VAN TATENHOVE, JAMES M.<br>8812 CANYON SPRINGS DRIVE<br>LAS VEGAS, NV 89117 | | Claim Number: 3291<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|
| UNSECURED | Claimed: | $23,458.50 |

---

| VANN, BARNITA P.<br>PO BOX 359<br>CHICAGO, IL 60690 | | Claim Number: 5425<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

| VAZOULAS, JEAN | | Claim Number: 3353 | | |
| 798 HIGHVIEW AVE | | Claim Date: 06/01/2009 | | |
| WESTBURY, NY 11590 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: | | |
| | | Claim is for $440/week for life | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |

---

| VELAPOLDI, FRANK M. | | Claim Number: 6051 | |
| 24304 KINTAIL CT | | Claim Date: 07/09/2009 | |
| PORT CHARLOTTE, FL 33980 | | Debtor: TRIBUNE COMPANY | |
| | | Comments: EXPUNGED | |
| | | DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $10,149.60 | |

---

| VERIZON | | Claim Number: 399 | |
| AFNI/VERIZON EAST | | Claim Date: 01/28/2009 | |
| PO BOX 3037 | | Debtor: TRIBUNE COMPANY | |
| BLOOMINGTON, IL 61702-3037 | | Comments: EXPUNGED | |
| | | DOCKET: 4417 (05/14/2010) | |
| UNSECURED | Claimed: | $1,865.17 | |

---

| VERIZON COMMUNICATIONS INC | | Claim Number: 4985 | |
| DARRYL S. LADDIN, ESQ. | | Claim Date: 06/12/2009 | |
| ARNALL GOLDEN GREGORY LLP | | Debtor: TRIBUNE COMPANY | |
| 171  17TH STREET NW, SUITE 2100 | | Comments: EXPUNGED | |
| ATLANTA, GA 30363-1031 | | DOCKET: 2668 (11/25/2009) | |
| UNSECURED | Claimed: | $169,228.13 | |

---

| VERIZON COMMUNICATIONS INC | | Claim Number: 6243 | |
| DARRYL S. LADDIN, ESQ. | | Claim Date: 09/18/2009 | |
| ARNALL GOLDEN GREGORY LLP | | Debtor: TRIBUNE COMPANY | |
| 171  17TH STREET NW, SUITE 2100 | | Comments: | |
| ATLANTA, GA 30363-1031 | | Replaces claim 399 & 4985 | |
| UNSECURED | Claimed: | $66,261.65 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

VERIZON INC.
AFNI/VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL 61701

Claim Number: 3630
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,636.03 | | |
|---|---|---|---|---|

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702

Claim Number: 3308
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 262

| UNSECURED | Claimed: | $22,703.68 | Scheduled: | $22,703.68 |
|---|---|---|---|---|

VERIZON WIRELESS NORTHEAST
PO BOX 3397
BLOOMINGTON, IL 61701

Claim Number: 262
Claim Date: 01/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $100,544.88 | | |
|---|---|---|---|---|

VERTIS, INC.
HUSCH BLACKWELL SANDERS LLP
JOHN J. CRUCIANI
4801 MAIN STREET, SUITE 1000
KANSAS CITY, MO 64112

Claim Number: 52
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7426 (01/07/2011)
THIS CLAIM HAS BEEN SATISFIED

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

VIDA, HERBERT J.
1303 W. 214TH
TORRANCE, CA 90501

Claim Number: 3780
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $45,399.65 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| VOLK, PHYLLIS<br>250 E. PEARSON ST.<br>SUITE 906<br>CHICAGO, IL 60611 | | Claim Number: 4641<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,180.00 | Scheduled: | $7,000.00 |
| VON WEIDING, MARK, DBA PJT DELIVERY<br>SERVICE, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 5859<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $140,753.78 | Scheduled: | $0.00  UNLIQ |
| WADA, KAREN<br>2215 SANTA ANITA<br>SIERRA MADRE, CA 91024 | | Claim Number: 3781<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $277,091.87 | Scheduled: | $108,100.00  UNLIQ |
| WADE, CLAUDIA A.<br>401 AUDRAINE DR.<br>GLENDALE, CA 91202 | | Claim Number: 3782<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $25,214.57 | | |
| WALCOTT, TENISHA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4918<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $10,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| WALKER, CAROL<br>3561 W. HEMLOCK<br>OXNARD, CA 93035 | | Claim Number: 6601<br>Claim Date: 07/19/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6780<br>DOCKET: 8523 (03/30/2011) |
| UNSECURED | Claimed: | $65,000.00 |
| WALKER, CAROL<br>3561 W. HEMLOCK<br>OXNARD, CA 93035 | | Claim Number: 6786<br>Claim Date: 06/16/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6601 |
| UNSECURED | Claimed: | $65,000.00 |
| WALKER, KAROLYN M<br>1457 W. 37TH STREET<br>RIVIERA BEACH, FL 33404 | | Claim Number: 1332<br>Claim Date: 04/22/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7274 (12/22/2010) |
| PRIORITY | Claimed: | $300.00 |
| WALL, ROBERT C. - IRA<br>CHARLES SCHWAB CUSTODIAN<br>10523 MISTY HILL RD<br>ORLAND PARK, IL 60462 | | Claim Number: 5924<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $76,122.00 |
| WALLACE, JAMES W.<br>5822 BRIARTREE DR<br>LA CANADA FLINT, CA 91011 | | Claim Number: 3783<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $319,337.67 | Scheduled: | $239,022.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | |
|---|---|---|
| WALLER, MARTA<br>10490 SANTA MONICA BLVD<br>LOS ANGELES, CA 90025-5033 | | Claim Number: 263<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $5,000,000.00 |
|---|---|---|

| | | |
|---|---|---|
| WALLER, MARTA<br>GERALDINE WEISS, ESQ.<br>LAW OFFICES OF MICHAEL J. PIUZE<br>11755 WILSHIRE BOULEVARD, ST 1170<br>LOS ANGELES, CA 90025 | | Claim Number: 4411<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 263 |

| UNSECURED | Claimed: | $5,000,000.00 |
|---|---|---|

| | | |
|---|---|---|
| WALLER, MICHAEL E.<br>5 FULL SWEEP<br>HILTON HEAD ISLAND, SC 29928 | | Claim Number: 3784<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $1,856,802.57 | Scheduled: | $1,236,765.00  UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| WALLS, MARY LOU TTEE<br>10741 N. GREEN RIVER RD.<br>EVANSVILLE, IN 47725 | | Claim Number: 3367<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| PRIORITY | Claimed: | $13,000.00 |
|---|---|---|

| | | |
|---|---|---|
| WALLS, THOMAS R. TTEE<br>10741 N. GREEN RIVER RD.<br>EVANSVILLE, IN 47725 | | Claim Number: 3366<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| PRIORITY | Claimed: | $12,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WALSH, CONSTANCE<br>430 S. WESTERN AVE.<br>UNIT 202<br>DES PLAINES, IL 60016 | | Claim Number: 2014<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4891 (06/28/2010) | | | | | |
| UNSECURED | Claimed: | $2,090.83 | | | | | |
| WANG, ZHONG<br>7312 RAINBOW DR<br>CUPERTINO, CA 95014 | | Claim Number: 6290<br>Claim Date: 10/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | | | |
| UNSECURED | Claimed: | $1,000.00 | | | | | |
| WANGBERG, LARRY<br>110 ELK VIEW DRIVE<br>HAILEY, ID 83333 | | Claim Number: 3785<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| UNSECURED | Claimed: | $403,201.80 | Scheduled: | $246,543.00 UNLIQ | | | |
| WARD, ELEANORE P<br>186 OAK TREE RD<br>MOORESVILLE, NC 28117-5914 | | Claim Number: 6546<br>Claim Date: 06/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $68.00 | Allowed: | $68.00 | |
| WASHINGTON STATE DEPT OF REVENUE<br>ATTN: SUSAN ROLAND<br>2101 4TH AVE, SUITE 1400<br>SEATTLE, WA 98121-2300 | | Claim Number: 5670<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | | | |
| PRIORITY | Claimed: | $346.72 | | | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| WATER CLOSET MEDIA INC<br>1816 NE ALBERTA ST.<br>PORTLAND, OR 97211 | | Claim Number: 876<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) | | | |
| ADMINISTRATIVE | Claimed: | $1,500.00 | | | |
| WATER DEPARTMENT OF PHILADELPHIA<br>C/O ASHLEY M. CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 | | Claim Number: 6336<br>Claim Date: 11/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| SECURED | Claimed: | $134.80 | | | |
| WEINBERG, JUDY<br>61 RIDGE ROAD<br>SMITHTOWN, NY 11787 | | Claim Number: 5041<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| WEINSTEIN, HOWARD<br>12114 FAULKNER DR.<br>OWINGS MILLS, MD 21117 | | Claim Number: 3786<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $335,073.78 | Scheduled: | $7,415.37  UNLIQ | |
| WEST EAST LIMITED PARTNERSHIP<br>C/O ITSKOWITCH<br>602 NORTH ALPINE DRIVE<br>BEVERLY HILLS, CA 90210 | | Claim Number: 6205<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,149.60 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| WESTERN PREFERRED LIFE INSURANCE LTD.<br>PO BOX 26800<br>AUSTIN, TX 78755-0800 | | Claim Number: 5566<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $50,767.81 | | | |
| WHITEHALL JEWELERS HOLDINGS, INC., ET AL<br>C/O ASK FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | | Claim Number: 6124<br>Claim Date: 07/17/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $29,470.89 | | | |
| WHITEHOUSE, BETH<br>12 VILLAS CIR<br>MELVILLE, NY 11747-3050 | | Claim Number: 5050<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| WIEGAND, WILLIAM<br>PO BOX 655<br>COUPEVILLE, WA 98239 | | Claim Number: 3787<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $348,721.05 | Scheduled: | $299,621.13 | |
| WILD, MARY A.<br>918 W. WOLFENSBERGER RD.<br>CASTLE ROCK, CO 80109-9631 | | Claim Number: 3788<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $36,816.87 | Scheduled: | $17,170.00  UNLIQ | |

| | | | | |
|---|---|---|---|---|
| WILLCOX & SAVAGE PC<br>ATTORNEYS AT LAW<br>ATTN: CONRAD M. SHUMADINE, ESQUIRE<br>1800 BANK OF AMERICA CTR<br>NORFOLK, VA 23510-2197 | | Claim Number: 1502<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $728.09 | | |
| WILLES, MARK H.<br>4343 SHEFFIELD DRIVE<br>PROVO, UT 84604 | | Claim Number: 3767<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $19,534,351.47 | Scheduled: | $14,482,661.38  UNLIQ |
| WILLETTE, MARCIA, AS GUARDIAN AND<br>NATURAL MOTHER OF ZACHERY MITZKOVITZ<br>69 PECAN RUN, STE 5623<br>OCALA, FL 34472 | | Claim Number: 6160<br>Claim Date: 08/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $111,043.24 | | |
| WILLIAMS, JEFFREY LYNN<br>147 CHICHESTER RD.<br>HUNTINGTON, NY 11743 | | Claim Number: 5147<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| WILLIAMS, LANCE<br>2831 PRINCE ST.<br>BERKELEY, CA 94705 | | Claim Number: 584<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| UNSECURED | Claimed: | $539.19 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

WILLIAMS, PHILLIP L.
1156 AMALFI DR.
PACIFIC PALISADES, CA 90272

Claim Number: 3766
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $572,842.71 | Scheduled: | $601,251.00  UNLIQ |
|---|---|---|---|---|

WILLIAMS, SOPHONIE
350 WEST JAMAICA AVE
VALLEY STREAM, NY 11580

Claim Number: 5148
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

WILMINGTON TRUST CORPORATION,
AS INDENTURE TRUSTEE
C/O PATRICK J. HEALY, VP
1100 NORTH MARKET ST - RODNEY SQ NORTH
WILMINGTON, DE 19890

Claim Number: 3523
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,196,823,429.80   UNLIQ | Scheduled: | $758,871,303.23  UNLIQ |
|---|---|---|---|---|

WILSHIRE CLASSIFIEDS LLC
C/O TARGET MEDIA PARTNERS DC, LLC
5900 WILSHIRE BLVD STE 550
LOS ANGELES, CA 90036

Claim Number: 4333
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $1,700,000.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1,300,000.00   UNLIQ |

WILSON, DONALD N., ESQ.
MURRAY, JENSEN & WILSON, ESQ.
101 N. WACKER DR, SUITE 101
CHICAGO, IL 60606

Claim Number: 4656
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $12,812.40 | Scheduled: | $13,401.20 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

WILSON, HAZEL E.
21712 LANAR
MISSION VIEJO, CA 92692

Claim Number: 3765
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,114.05 | | |

WILSON, JULIA C.
1872  8TH AVE.
SACRAMENTO, CA 95818

Claim Number: 3764
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $219,353.70 | Scheduled: | $188,302.12  UNLIQ |

WILSON, ROBERT M.
3556 HAMPSHIRE DR.
BIRMINGHAM, AL 35223

Claim Number: 5878
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,074.80 | |

WINKLER, LEE B., IRA ROLLOVER
15250 VENTURA BLVD
SUITE 710
SHERMAN OAKS, CA 91403

Claim Number: 6513
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | |
| SECURED | Claimed: | $50,000.00 | |

WINTERS, CARLYLE
2205 BELLEAIR ROAD
APT. A25
CLEARWATER, FL 33764-2765

Claim Number: 2805
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| WISS JANNEY ELSTNER ASSOCIATES<br>330 PFINGSTEN RD<br>NORTHBROOK, IL 60062 | | Claim Number: 1428<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 | |
| WOLDT, HAROLD F. JR.<br>6059 WEEPING BANYAN LANE<br>WOODLAND HILLS, CA 91367 | | Claim Number: 3763<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $35,533.16 | Scheduled: | $21,697.00 UNLIQ | |
| WOLFSON, DOUGLAS S<br>11 CROFT PL<br>HUNTINGTON, NY 11743 | | Claim Number: 5090<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| WOLFSON, JAYNE H.<br>11 CROFT PL.<br>HUNTINGTON, NY 11743 | | Claim Number: 5045<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| WOLINSKY, LEO<br>8550 HOLLYWOOD BLVD.<br>LOS ANGELES, CA 90069 | | Claim Number: 3762<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $606,750.39 | Scheduled: | $432,772.56 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

WOOD, JIM - AUDITOR OF STATE
UNCLAIMED PROPERTY DIVISION
PO BOX 251920
LITTLE ROCK, AR 72225-1920

Claim Number: 5866
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

WOODFIELD MALL LLC, A DELAWARE LLC
ANDREW S. CONWAY
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

Claim Number: 1393
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $341,936.00 |
|---|---|---|

WRIGHT, DONALD  F.
P.O. BOX 842
TESUQUE, NM 87574

Claim Number: 3761
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,713,574.92 | Scheduled: | $1,929,418.00  UNLIQ |
|---|---|---|---|---|

WRIGHT,JULIE A
1990 MT. SHASTA DRIVE
SAN PEDRO, CA 90732

Claim Number: 6030
Claim Date: 07/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

WTOP-FM RADIO
C/O SZABO ASSOCIATES, INC.
3355 LENOX ROAD NE, 9TH FLOOR
ATLANTA, GA 30326

Claim Number: 763
Claim Date: 03/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,026.30 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

---

XANDERS, JULIE
1720 HIGHLAND AVENUE
GLENDALE, CA 91202

Claim Number: 4602
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $389.99 | Scheduled: | $389.99 | | | |
|---|---|---|---|---|---|---|---|

XANDERS, JULIE
1720 HIGHLAND AVENUE
GLENDALE, CA 91202

Claim Number: 4603
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,815.00 | Scheduled: | $9,815.00  UNLIQ | | | |
|---|---|---|---|---|---|---|---|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-01
Claim Date: 02/04/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $71,001.06 | Scheduled: | $1,724.12 | Allowed: | $71,001.06 |
|---|---|---|---|---|---|---|

XEROX CORP.
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 409
Claim Date: 02/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,847,137.05 | | | | |
|---|---|---|---|---|---|---|

YAGED, MARTIN
11 APPALOOSA DR.
MANALAPAN, NJ 07726

Claim Number: 3004
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $15,000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| YAHOO! INC.<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL  SUITE 300<br>PALO ALTO, CA 94306 | | Claim Number: 4356<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $4,924.12 | | | |
| UNSECURED | Claimed: | $10,075.52 | | | |
| YAN, ELLEN<br>#B1405<br>61-20 GRAND CENTRAL PKWY<br>FOREST HILLS, NY 11375 | | Claim Number: 5319<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| YEAGER, ROBERT B.<br>1672 RICHLAND RD<br>SPRING VALLEY, OH 45370 | | Claim Number: 6272<br>Claim Date: 10/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
| UNSECURED | Claimed: | $50,186.41 | | | |
| YELLOWBRIX INC<br>200 N GLEBE RD STE 1025<br>ARLINGTON, VA 22203-3759 | | Claim Number: 3409<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $6,856.85 | Scheduled: | $6,856.85 | |
| YIELD STRATEGIES FUND I, LP<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | | Claim Number: 1324<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
| UNSECURED | Claimed: | $664,066.42   UNLIQ | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | |
|---|---|---|---|---|---|
| YIELD STRATEGIES FUND II, LP<br>DEREK C. ABBOTT, ESQ.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. MARKET ST., P.O. BOX 1347<br>WILMINGTON, DE 19899 | | Claim Number: 1327<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
| UNSECURED | Claimed: | $226,951.20  UNLIQ | | | |
| YOON, JOSEPH<br>206 NORTHSHORE XING<br>DALLAS, GA 30157-1641 | | Claim Number: 6510<br>Claim Date: 06/03/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |
| YOST, WILLIAM<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 5659<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| UNSECURED | Claimed: | $45,602.93 | | | |
| YOST, WILLIAM<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 5660<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| UNSECURED | Claimed: | $9,444.35 | | | |
| YOUNG, JOHN W.<br>88 PACE DR S<br>WEST ISLIP, NY 11795-5100 | | Claim Number: 3760<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $73,452.93 | Scheduled: | $25,263.00  UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

| YOUNG, SOMMER, WARD, RITZENBERG, BAKER & MOORE LLC 5 PALISADES DRIVE, SUITE 300 ALBANY, NY 12205 | | Claim Number: 1698 Claim Date: 04/27/2009 Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,307.00 | | |
| YOUNGMAN, OWEN 40 KENMORE AVE. DEERFIELD, IL 60015 | | Claim Number: 3026 Claim Date: 05/21/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $379.97 | Scheduled: | $379.97 |
| ZAKARIAN, JOHN J. 656 RIDGE RD WETHERSFIELD, CT 06109 | | Claim Number: 3757 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $295,629.56 | Scheduled: | $272,696.25 |
| ZAPANTA, NORENE 53 OVERLOOK DR. NEWPORT COAST, CA 92657 | | Claim Number: 3758 Claim Date: 06/09/2009 Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $11,482.47 | Scheduled: | $10,591.72 |
| ZEEK FAMILY TRUST 575 GOLDEN HAWK DR PRESCOTT, AZ 86301 | | Claim Number: 5798 Claim Date: 06/16/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $71,046.20 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

Date: 09/09/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| ZEITLIN, ERICA<br>2662 S. BARRINGTON AVE.<br>LOS ANGELES, CA 90064 | | Claim Number: 6638<br>Claim Date: 08/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | | |
| PRIORITY | Claimed: | | | | | |
| UNSECURED | | $3,405.00 | | | Allowed: | $1,956.17 |
| ZEP MANUFACTURING COMPANY<br>ENGEL, HAIRSTON & JOHANSON, P.C.<br>ATTN: JONATHAN E. RAULSTON<br>P.O. BOX 11405<br>BIRMINGHAM, AL 35202 | | Claim Number: 2258<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | | |
| UNSECURED | Claimed: | $506.04 | | | | |
| ZERWEKH, JAMES D<br>401 CLEARWATER DR<br>PONTE VEDRA, FL 32082-4176 | | Claim Number: 6083<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| PRIORITY | Claimed: | $453.59 | | | | |
| UNSECURED | | | Scheduled: | $453.59 | | |
| ZEZIMA, GERALD R. JR.<br>101 WEDGEWOOD DR.<br>CORAM, NY 11727 | | Claim Number: 5057<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Pension Plan, ESOP, Cash Balance Plan | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| ZIMBALIST, EFREM III<br>216 FIRST ST.<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 3759<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY | | | | |
| UNSECURED | Claimed: | $2,206,657.73 | Scheduled: | $1,070,690.00  UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Alphabetical Claims Register for The Tribune Company (08-13141)

---

ZOLNIER, EDWIN
1407 MIDDLE ROAD
UNIT #14
CALVERTON, NY 11933

Claim Number: 2946
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $1,096.18 | | |
|---|---|---|---|---|

ZULKIE PARTNERS LLC
222 S RIVERSIDE PLAZA    STE 2300
CHICAGO, IL 60606

Claim Number: 2769
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $260.00 | Scheduled: | $260.00 |
|---|---|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5457
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 102

| UNSECURED | Claimed: | $29,494,266.00 | | |
|---|---|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY, ET AL
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 102
Claim Date: 12/29/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

## Summary Page

Total Number of Filed Claims:          1654

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $799,846,632.59 | $0.00 |
| Priority: | $572,051,307.20 | $0.00 |
| Secured: | $18,931,675,258.52 | $0.00 |
| Unsecured: | $94,934,340,953.13 | $439,347.25 |
| Total: | $115,237,914,151.44 | $439,347.25 |