# EXHIBIT A

# FEE AND EXPENSE DETAIL

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

**Invoice No. 1302868**

Client/Matter: 09721775-0002

Kevin McAndrew  Subpoena

Payment Due Upon Receipt

Total This Invoice                                    $        1,593.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫟

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

**Invoice No. 1302868**

Client/Matter:  09721775-0002

Kevin McAndrew Subpoena

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/04/11 | S. Fifer | 0.40 | L110 | | Telecon from Brian Clark, counsel for Loyola Univ. Phoenix re strategy and planning. |
| 05/04/11 | N. Spears | 0.20 | L120 | | Email from D. Dunn re: status on subpoena and call w/defendant's counsel. |
| 05/05/11 | K. Rodriguez | 0.20 | L110 | | Call to ASA on People v. McAndrew matter concerning subpoena issued by defendant. |
| 05/06/11 | K. Rodriguez | 0.20 | L120 | | Confer with N. Spears regarding response to subpoena in People v. McAndrew matter. |
| 05/06/11 | N. Spears | 0.10 | L120 | | Phone conference w/K. Flax re: status of subpoena and checking for any responsive documents. |
| 05/09/11 | K. Rodriguez | 0.20 | L120 | | Confer with counsel for Loyola Phoenix regarding strategy in responding to subpoena and application for divestiture. |
| 05/10/11 | N. Spears | 0.20 | L120 | | Email from B. Kimrey associate (.10); email to K. Flax re: same (.10). |
| 05/11/11 | S. Fifer | 0.10 | L110 | | Reply to B. Clark (Loyola) re request for exhibits. |
| 05/17/11 | N. Spears | 0.30 | L120 | A107 | Phone conference w/D. Dunn, B. Kimrey and other media's counsel for responses to motion to divest. |

Kevin McAndrew  Subpoena

June 21, 2011

Matter: 09721775-0002
Invoice No.: 1302868

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/17/11 | K. Rodriguez | 0.60 | L120 | | Confer with counsel for Loyola Phoenix and Sun Times regarding strategy in responding to divestiture motion (.3); Draft letter to counsel for defendants requesting notice of hearing date and opportunity to brief divestiture application (.3). |
| 05/23/11 | K. Rodriguez | 0.10 | L250 | | Finalize letter to opposing counsel in People v. McAndrew reporter's privilege matter (.1). |
| 05/25/11 | N. Spears | 0.40 | L120 | | Read court order (.10); follow up w/K. Flax re: same and whether documents exist (.20); email from B. Kimrey (.10). |
| Total Hours | | 3.00 | | | |
| Fee Amount | | | | | $1,438.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.20 | $690.00 |
| S. Fifer | $625.00 | 0.50 | $312.50 |
| K. Rodriguez | $335.00 | 1.30 | $435.50 |
| Totals | | 3.00 | $1,438.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 5/2/2011 | Outside Professional Services - - UNITED PROCESSING INC INVOICE # 107143 PROCESS SERVICE | | 155.00 |
| | | SUBTOTAL | 155.00 |
| | Total Disbursements | | $155.00 |

3

Kevin McAndrew  Subpoena

Matter: 09721775-0002
Invoice No.: 1302868

June 21, 2011

| | | |
|---|---|---|
| Fee Total | $ | 1,438.00 |
| Disbursement Total | $ | 155.00 |
| Invoice Total | $ | 1,593.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

**Invoice No. 1302869**

Client/Matter: 09721775-0003

Joseph Mahr

Payment Due Upon Receipt

---

Total This Invoice                                    $          407.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫧

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

**Invoice No. 1302869**

Client/Matter:  09721775-0003

Joseph Mahr

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/02/11 | K. Rodriguez | 0.30 | L120 | | Review record in Mahr matter. |
| 05/09/11 | K. Rodriguez | 0.40 | L120 | | Review full record on appeal. |
| 05/23/11 | N. Spears | 0.30 | L120 | | Edit letter. |
| Total Hours | | 1.00 | | | |
| Fee Amount | | | | | $407.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.30 | $172.50 |
| K. Rodriguez | $335.00 | 0.70 | $234.50 |
| Totals | | 1.00 | $407.00 |

Fee Total     $     407.00

Invoice Total     $     407.00

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: KAREN FLAX

June 21, 2011

**Invoice No. 1302870**

Client/Matter: 09721775-0004

Tahawwur Hussain Rana - Access Motion to Santiago
Proffer and Other Pleadings Under Seal

Payment Due Upon Receipt

---

Total This Invoice                                $        7,500.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

Tahawwur Hussain Rana

June 21, 2011

Matter: 09721775-0004
Invoice No.: 1302870

Client/Matter: 09721775-0004

Tahawwur Hussain Rana

For Professional Services Rendered re: Access Motion
to Santiago Proffer and Other Pleadings Under Seal

| | | |
|---|---|---|
| Fee Total | $ | 7,500.00 |
| Invoice Total | $ | 7,500.00 |

2

# SNR DENTON 

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 15, 2011

Invoice No. ******

Client/Matter:  09721775-0004

Tahawwur Hussain Rana

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/12/11 | G. Naron | 0.40 | 208.00 | Teleconferences, emails N. Spears re: motion for access in Rana case (.20); review background material re: same (.20). |
| 05/13/11 | G. Naron | 3.20 | 1,664.00 | Review background materials, articles (.5); research re: motion for access to Santiago proffer in Rana case (.8); draft motion for access (1.8); emails N. Spears re: same (.1). |
| 05/13/11 | N. Spears | 0.80 | 460.00 | Read draft motion to unseal from G. Naron (.4); analyze docket re: numerous sealed filings and Broader motion given record and timing of motion to unseal (.4). |
| 05/14/11 | N. Spears | 0.30 | 172.50 | E-mail K. Flax re: motion and docket. |
| 05/16/11 | G. Naron | 0.30 | 156.00 | Review file, motion for access to Santiago proffer in Rana case, teleconferences N. Spears re: same. |
| 05/18/11 | G. Naron | 2.20 | 1,144.00 | Review docket, filings in Rana case (.9); revise draft motion for intervention/access (1.3). |
| 05/18/11 | N. Spears | 0.20 | 115.00 | Phone conference with K. Flax re: expanding motion to unseal pleadings and Santiago proffer (.10); phone call to G. Naron re: same (.10). |
| 05/19/11 | G. Naron | 2.20 | 1,144.00 | Review docket, filings in Rana case (.9); revise draft motion for intervention/access (1.2); emails N. Spears, K. Rodriguez re: same (.1). |
| 05/20/11 | G. Naron | 0.50 | 260.00 | Research re: motion for intervention/access (.3); review, revise draft motion, emails N. Spears, K. Rodriguez re: same (.2). |
| 05/20/11 | K. Rodriguez | 0.80 | 268.00 | Research in support of Rana motion (.8). |
| 05/20/11 | N. Spears | 0.50 | 287.50 | Review revised draft brief in support of access (.40); email re: same (.10). |
| 05/20/11 | K. Rodriguez | 1.30 | 435.50 | Review and revise motion to intervene and to object to wholesale sealing in Rana matter |

2

Tahawwur Hussain Rana

August 15, 2011

Matter: 09721775-0004
Invoice No.: ******

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/22/11 | N. Spears | 0.50 | 287.50 | Finish review of revised draft motion and email K. Flax re: revised brief to include unsealing of other pleadings on docket. |
| 05/23/11 | K. Rodriguez | 0.80 | 268.00 | Revise and finalize motion to intervene and to object to wholesale sealing of pleadings in Rana case pending in Northern District of Illinois |
| 05/23/11 | N. Spears | 0.60 | 345.00 | Edit final motion. |
| 05/24/11 | N. Spears | 1.10 | 632.50 | Call from clerk (.10); prepare for court hearing (1.0). |
| 05/24/11 | K. Rodriguez | 0.20 | 67.00 | Research Judge St. Eve CIPA access decision to assist in preparation for hearing on motion to intervene and to object to wholesale sealing in Rana matter. |
| 05/25/11 | N. Spears | 1.60 | 920.00 | Prepare for and attend hearing on motion for access (1.20); email follow up re: same (.30); email re: Santiago Proffer release (.10). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 17.50 | | |
| Fee Amount | | | $7,500.00 | |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 5.60 | $3,220.00 |
| G. Naron | $520.00 | 8.80 | $4,576.00 |
| K. Rodriguez | $335.00 | 3.10 | $1,038.50 |
| Totals | | 17.50 | $8,834.50 |

| | | |
|---|---|---|
| Fee Total | $ | 7,500.00 |
| Invoice Total | $ | 7,500.00 |

3

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

**Invoice No. 1302872**

Client/Matter: 09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

Payment Due Upon Receipt

---

Total This Invoice                              $        9,899.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

Invoice No. 1302872

Client/Matter:  09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/02/11 | G. Naron | 0.10 | L120 | | Teleconferences with N. Spears regarding appeal ▒▒▒▒▒▒. |
| 05/04/11 | G. Naron | 1.50 | L430 | | Review file, consideration of possible issues ▒▒▒▒▒▒▒▒▒▒▒ (.9); draft email re: same (.6). |
| 05/09/11 | G. Naron | 0.70 | L250 | | Analyze possible issues ▒▒▒▒▒ ▒▒▒▒▒▒ email N. Spears re: same. |
| 05/10/11 | N. Spears | 1.10 | L120 | | Review notices of appeal (.30); email w/K. Flax re: U of I press release and review same (.40); email ▒▒▒ ▒▒▒▒ from G. Naron (.40). |
| 05/10/11 | G. Naron | 1.60 | L510 | | Emails re: appeal (.3); review University filings re same (.2); research re: procedures on appeal, ▒▒▒▒▒▒ (.9) emails N. Spears re: same (.2). |
| 05/11/11 | G. Naron | 0.20 | L510 | | Review appeal procedures/timing, emails re: same. |
| 05/11/11 | N. Spears | 0.60 | L120 | | Review appellate filings and docket sheet (.3); e-mail K. Flax, B. Healey re: same (.1); e-mail from F. Lamonte of SPJ re: amicus (.2). |
| 05/12/11 | G. Naron | 0.20 | L510 | | Review file, rules; emails re: appeal procedures/timing (.10); teleconferences N. Spears re: strategy ▒▒▒▒▒▒(.10). |
| 05/12/11 | N. Spears | 0.50 | L120 | | Work on amicus effort (.40); email w/G. Naron re: same, and 7th Cir. filings (.10). |

2

UNIVERSITY OF ILLINOIS - FOIA MATTER

June 21, 2011

Matter: 09721775-0060
Invoice No.: 1302872

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/16/11 | K. Rodriguez | 0.30 | L520 | | Draft disclosure statement. |
| 05/16/11 | G. Naron | 0.30 | L510 | | Review disclosure statement for appeal, emails re: same (.1); review pleadings ▒▒▒▒▒▒▒▒▒ (.2). |
| 05/17/11 | G. Naron | 0.30 | L510 | | Review appellant's docketing statement (.20); review circuit rules; emails re: same, disclosure statement for appeal (.10). |
| 05/17/11 | K. Rodriguez | 0.30 | L510 | | Review and analyze docketing statement filed by University of Illinois to determine if Tribune should file a separate docketing statement. |
| 05/18/11 | G. Naron | 0.70 | L510 | | Review amended complaint in state court action, ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ review statute, cases re: same. |
| 05/23/11 | K. Rodriguez | 0.30 | L120 | | Review and analyze docketing statement filed by University of Illinois. |
| 05/24/11 | N. Spears | 0.10 | L120 | | Review response requirement for docketing statement. |
| 05/25/11 | N. Spears | 0.30 | L120 | | Email re: R 33 notice. |
| 05/25/11 | G. Naron | 3.20 | L120 | | Analysis of state court complaint (.3); research re: privacy exemption, application of new statute (1.7); email memo to N. Spears re: same (1.2). |
| 05/26/11 | G. Naron | 2.60 | L120 | | Review file, research re privacy exemption, application of new statute (1.8); further email memo to N. Spears re: same (.8). |
| 05/27/11 | N. Spears | 0.50 | L120 | | Review notice of R. 33 conference and analyze approach to same (.40); email K. Flax and B. Healey re: same (.10). |
| 05/31/11 | G. Naron | 3.50 | L210 | | Review FOIA, statute and cases (.3); analyze second amended complaint, attached FOIA correspondence re: possible further amendments (1.7); emails to N. Spears re: same (.1); analyze possible third amended complaint (1.4). |
| 05/31/11 | K. Rodriguez | 0.20 | L510 | | Finalize disclosure statement for filing. |

3

UNIVERSITY OF ILLINOIS - FOIA MATTER

June 21, 2011

Matter: 09721775-0060
Invoice No.: 1302872

Total Hours                     19.10

Fee Amount                                                        $9,899.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 3.10 | $1,782.50 |
| G. Naron | $520.00 | 14.90 | $7,748.00 |
| K. Rodriguez | $335.00 | 1.10 | $368.50 |
| Totals | | 19.10 | $9,899.00 |

Fee Total            $    9,899.00

Invoice Total        $    9,899.00

4

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

**Invoice No. 1302873**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

---

Total This Invoice                                $         7,256.30

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

**Invoice No. 1302873**

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/02/11 | N. Spears | 1.00 | L120 | | Prepare for oral argument on motion for reconsideration and Rule 308 motion. |
| 05/03/11 | N. Spears | 1.60 | L190 | | Prepare for oral argument and attend oral argument on motion for reconsideration and in alternative R. 308 appeal language (1.5); call to K. Flax re: same (.1). |
| 05/03/11 | K. Rodriguez | 1.70 | L450 | | Attend hearing on motion to reconsider (1.60) NO CHARGE; draft overview of same for K. Flax (.10). |
| 05/06/11 | K. Rodriguez | 0.10 | L120 | | Correspondence regarding files of reporter M. Riske. |
| 05/06/11 | N. Spears | 0.20 | L120 | | Phone conference w/K. Flax re: status of court hearing and need to interview our reporter. |
| 05/09/11 | N. Spears | 0.30 | L120 | | Email w/K. Flax, P. Kendall re: conference call w/reporter. |
| 05/09/11 | K. Rodriguez | 0.20 | B101 | | Confer with counsel for Sun-Times regarding discovery due date (.1); Confer with counsel for plaintiffs regarding same (.1). |
| 05/10/11 | N. Spears | 1.10 | L120 | | Prepare for call w/reporter, including review of article (.30); call w/K. Flax, M. Riske et al re: investigation/interviews for story (.50); conference w/K. Rodriguez re: drafting declaration and next steps (.30). |
| 05/12/11 | G. Naron | 0.10 | L120 | | Teleconference N. Spears re: litigation strategy. |

BRYAN AND CYNTHIA LINDGREN

June 21, 2011

Matter: 0972 1775-0066
Invoice No.: 1302873

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/12/11 | N. Spears | 0.40 | L120 | | Email to K. Flax re: summary (.30); call to plaintiffs' counsel (.10). |
| 05/16/11 | N. Spears | 0.50 | L120 | | Phone conference w/K. Seday (plaintiffs' counsel) re: request for dismissal of Tribune in exchange for affidavit (.30); conference w/K. Rodriguez re: drafting affidavit for M. Riske and holding off on answer to complaint (.20). |
| 05/19/11 | K. Rodriguez | 0.20 | L210 | | Review correspondence from plaintiffs' counsel regarding release of Tribune from suit; correspondence with N. Spears regarding same. |
| 05/19/11 | N. Spears | 0.50 | L120 | | Read email from Plaintiffs' counsel re: refusal to dismiss on basis of declaration (.20); email to K. Flax re: same (.20); conference w/K. Rodriguez re: preparing pleadings (.10). |
| 05/23/11 | K. Rodriguez | 0.20 | L210 | | Confer with N. Spears regarding strategy in answering second amended complaint. |
| 05/24/11 | N. Spears | 0.20 | L120 | | Follow up on issues w/plaintiff counsel. |
| 05/24/11 | K. Rodriguez | 0.20 | L210 | | Correspondence with opposing counsel regarding answer and discovery. |
| 05/25/11 | K. Rodriguez | 3.90 | L210 | | Draft answer to second amended complaint (1.6); Draft affidavit of reporter Melissa Riske (1.4); Draft letter to opposing counsel reminding her of potential sanctions for pursuing meritless suit to accompany affidavit from reporter (.9). |
| 05/25/11 | N. Spears | 1.00 | L120 | | Review and edit first draft of answer, letter and declaration. |
| 05/26/11 | N. Spears | 2.00 | L120 | | Edit answer, Rule 137 letter, declaration. |

3

BRYAN AND CYNTHIA LINDGREN

June 21, 2011

Matter: 09721775-0066
Invoice No.: 1302873

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/12/11 | N. Spears | 0.40 | L120 | | Email to K. Flax re: summary (.30); call to plaintiffs' counsel (.10). |
| 05/16/11 | N. Spears | 0.50 | L120 | | Phone conference w/K. Seday (plaintiffs' counsel) re: request for dismissal of Tribune in exchange for affidavit (.30); conference w/K. Rodriguez re: drafting affidavit for M. Riske and holding off on answer to complaint (.20). |
| 05/19/11 | K. Rodriguez | 0.20 | L210 | | Review correspondence from plaintiffs' counsel regarding release of Tribune from suit; correspondence with N. Spears regarding same. |
| 05/19/11 | N. Spears | 0.50 | L120 | | Read email from Plaintiffs' counsel re: refusal to dismiss on basis of declaration (.20); email to K. Flax re: same (.20); conference w/K. Rodriguez re: preparing pleadings (.10). |
| 05/23/11 | K. Rodriguez | 0.20 | L210 | | Confer with N. Spears regarding strategy in answering second amended complaint. |
| 05/24/11 | N. Spears | 0.20 | L120 | | Follow up on issues w/plaintiff counsel. |
| 05/24/11 | K. Rodriguez | 0.20 | L210 | | Correspondence with opposing counsel regarding answer and discovery. |
| 05/25/11 | K. Rodriguez | 3.90 | L210 | | Draft answer to second amended complaint (1.6); Draft affidavit of reporter Melissa Riske (1.4); Draft letter to opposing counsel reminding her of potential sanctions for pursuing meritless suit to accompany affidavit from reporter (.9). |
| 05/25/11 | N. Spears | 1.00 | L120 | | Review and edit first draft of answer, letter and declaration. |
| 05/26/11 | N. Spears | 2.00 | L120 | | Edit answer, Rule 137 letter, declaration. |

BRYAN AND CYNTHIA LINDGREN

June 21, 2011

Matter: 09721775-0066
Invoice No.: 1302873

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|------------|-------|------|----------|-----------|
| 05/26/11 | K. Rodriguez | 1.40 | L210 | | Review motion to reconsider filed by Advocate (.3); Confer with N. Spears re: revisions to answer, reporter, and letter to plaintiffs' counsel (.3); Revise answer (.3); Revise affidavit of reporter and letter to plaintiffs' counsel (.4); Correspondence with K. Flax regarding same (.1). |
| 05/31/11 | K. Rodriguez | 0.10 | L210 | | Correspondence with opposing counsel regarding anticipated filing date for answer. |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 16.90 | | | |
| Fee Amount | | | | | $7,792.00 |
| Less Discount | | | | | ($536.00) |
| Fee Total | | | | | $7,256.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $575.00 | 8.80 | $5,060.00 |
| G. Naron | $520.00 | 0.10 | $52.00 |
| K. Rodriguez | $335.00 | 8.00 | $2,680.00 |
| Totals | | 16.90 | $7,792.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Document reproduction | | 0.30 |
| | | SUBTOTAL | 0.30 |
| | Total Disbursements | | $0.30 |

4

BRYAN AND CYNTHIA LINDGREN

June 21, 2011

Matter: 09721775-0066
Invoice No.: 1302873

| | | |
|---|---|---|
| Fee Total | $ | 7,256.00 |
| Disbursement Total | $ | 0.30 |
| Invoice Total | $ | 7,256.30 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

June 21, 2011

**Invoice No. 1302874**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                                    $        2,306.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

June 21, 2011

**Invoice No. 1302874**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/06/11 | N. Spears | 0.60 | L120 | | Conference w/K. Flax re: Rana trial and Santiago proffer issues and letter to Judge (.30); look up case status and judge assigned (.20); email w/G. Naron re: letter as to blackberries in courtroom (.10). |
| 05/07/11 | G. Naron | 0.40 | L250 | | Review correspondence, order in Rana case (.10); draft letter to Judge Leinenweber re: trial procedures (.30). |
| 05/08/11 | N. Spears | 0.40 | L120 | | Email to K. Flax re: Rana trial and edit same. |
| 05/09/11 | G. Naron | 0.10 | L250 | | Review correspondence, emails re: letter to Judge Leinenweber re: trial procedures in Rana case. |
| 05/09/11 | N. Spears | 0.20 | L120 | | Email re: Rana trial procedures. |
| 05/10/11 | N. Spears | 0.30 | L120 | | Phone conference w/K. Flax ▇▇▇ |
| 05/11/11 | N. Spears | 0.80 | L110 | | Phone conference re: internal investigation and follow up re: same in preparation for meeting (.5); ▇▇▇▇▇ ▇▇▇ (.3). |
| 05/12/11 | N. Spears | 0.30 | L120 | | Phone conference w/K. Flax re: Kitchen subpoena. |
| 05/27/11 | N. Spears | 0.60 | L120 | | Phone conferences w/K. Flax re: Blago transcripts issue (.30); follow up calls w/S. Fifer, T. Kost (docket) re: same (.30). |

| Total Hours | | 3.70 | | | |

2

EDITORIAL-GENERAL
0000001492

June 21, 2011

Matter: 09721775-1003
Invoice No.: 1302874

Fee Amount                                                    $2,100.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $575.00 | 3.20 | $1,840.00 |
| G. Naron | $520.00 | 0.50 | $260.00 |
| Totals | | 3.70 | $2,100.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/26/2011 | Miscellaneous Hard - - · DOCKET PETTY CASH Court Cost | | 206.00 |
| | | SUBTOTAL | 206.00 |
| | Total Disbursements | | $206.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 2,100.00 |
| Disbursement Total | $ | 206.00 |
| Invoice Total | $ | 2,306.00 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 22, 2011

**Invoice No. 1303450**

Client/Matter: 09721775-0057

BLAGOJEVICH -OBJECTION TO WHOLESALE
SEALING OF PLEADINGS

Payment Due Upon Receipt

---

Total This Invoice                                           $        7,500.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 22, 2011

**Invoice No. 1303450**

Client/Matter:  09721775-0057

## BLAGOJEVICH - OBJECTION TO WHOLESALE SEALING OF PLEADINGS

For Professional Services Rendered re:
Objection to Wholesale Sealing of Pleadings

$7,500.00

| | | |
|---|---|---|
| Fee Total | $ | 7,500.00 |
| Invoice Total | $ | 7,500.00 |

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

Invoice No. ******

Client/Matter:  09721775-0057

CELLINUBLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/24/11 | G. Naron | 0.20 | 104.00 | Review file, e-mails NJSpears re motion to intervene re juror questionnaires, etc. |
| 01/26/11 | N. Spears | 0.50 | 287.50 | E-mail to K. Flax and D. Craven re: new motion for second trial and review and revise same. |
| 01/26/11 | G. Naron | 2.23 | 1,161.00 | Teleconferences, emails N. Spears re: motion for access to juror questionnaires (.2); review file, research, further consideration of issues re:  same (1.1); revise motion re:  same (1.0). |
| 01/26/11 | G. Naron | 0.07 | 35.00 | Teleconferences, emails N. Spears re: motion for access to juror questionnaires (.2); review file, research, further consideration of issues re:  same (1.1); revise motion re:  same (1.0). |

Total Hours                          3.00

Fee Amount                                                          $1,587.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.50 | $287.50 |
| G. Naron | $520.00 | 2.50 | $1,300.00 |
| Totals | | 3.00 | $1,587.50 |
| Fee Total | | $1,587.50 | |
| Invoice Total | | $1,587.50 | |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

Invoice No. ******

Client/Matter:  09721775-0057

CELLINUBLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 02/04/11 | N. Spears | 0.40 | 230.00 | Phone conference with INBA (.3); e-mail K. Flax and D. Craven (.1). |
| 02/07/11 | J. Klenk | 0.10 | 65.00 | Teleconference with N. Spears re: Judge Zagel and filing. |
| 02/07/11 | K. Rodriguez | 0.19 | 62.00 | Cite check motion to intervene and for access to juror names post-retrial and finalize for filing. |
| 02/07/11 | K. Rodriguez | 0.81 | 273.00 | Cite check motion to intervene and for access to juror names post-retrial and finalize for filing. |
| 02/08/11 | G. Naron | 0.50 | 260.00 | Review, analyze District Court order on jurors (.2); teleconferences, emails N. Spears re:  same (.1); review, edit motion to intervene (.2). |
| 02/08/11 | N. Spears | 0.20 | 115.00 | Review new court order and email re: same. |
| 02/10/11 | G. Naron | 2.20 | 1,144.00 | Review file, cases, order re:  juror issues (.5); draft motion to intervene/objections to juror service order (1.6); emails re:  same (.1). |
| 02/11/11 | G. Naron | 0.20 | 104.00 | Review file, draft motion to intervene/objections to juror service order. |
| 02/14/11 | G. Naron | 1.00 | 520.00 | Review file, draft motion to intervene/objections to juror service order; email N. Spears re:  same. |
| 02/15/11 | N. Spears | 0.50 | 287.50 | Read new defense brief and rewrite w/same. |

| 02/15/11 | G. Naron | 2.00 | 1,040.00 | Review file, review, analyze defendant's filing on jury issue (.5); draft motion to intervene/objections to juror service order (1.5); teleconferences, emails N. Spears re: same (.1). |
| 02/16111 | G. Naron | 1.37 | 712.50 | Review file, draft motion to intervene/objections to juror service order (1.0); teleconferences, emails N. Spears re:  same (.2). |
| 02/16111 | N. Spears | 0.30 | 172.50 | Phone conference with K. Flax, P. Kendall, M. O'Connor. |
| 02/16/11 | G. Naron | 0.03 | 15.50 | Review file, draft motion to intervene/objections to juror service order (1.0); teleconferences, emails N. Spears re:  same (.2). |
| 02/17/11 | N. Spears | 0.50 | 287.50 | Edit brief and file. |
| 02/17/11 | G. Naron | 0.10 | 52.00 | Teleconferences, emails N. Spears re: motion to intervene/objections to juror service order. |
| 02/17/11 | K. Rodriguez | 1.00 | 335.00 | Review and finalize motion to intervene. |
| 02/22/11 | G. Naron | 0.90 | 468.00 | Review, analyze Governments brief on juror issues (.6); email J. Klenk, N. Spears re:  same (.3)- |
| 02/22/11 | K. Rodriguez | 0.90 | 301.50 | Review government response to press intervenors' motion. |
| 02/23/11 | K. Rodriguez | 0.40 | 134.00 | Gather and review outside sources cited in government's response for J. Klenk in preparation for hearing on motion to intervene. |
| 02/23/11 | J. Klenk | 1.93 | 1,252.00 | Appear before Judge Zagel (.7); conference with K. Flax (.3); prepare for motion (1.1). |
| 02/23/11 | G. Naron | 0.10 | 52.00 | Teleconference J. Klenk re:  hearing on juror issues; review marshal's report re: same. |
| 02/23/11 | J. Klenk | 0.17 | 113.00 | Appear before Judge Zagel (.7); conference with K. Flax (.3); prepare for motion (1.1). |
| 02/24/11 | J. Klenk | 1.90 | 1,235.00 | Appear at hearing before Judge Zagel (.8); prepare for same (.8); conferences |

|  |  |  |  | K. Flax, M. O'Connor (.3). |
|---|---|---|---|---|
| 02/28/11 | G. Naron | 0.30 | 156.00 | Review Judge Zagel order on juror issues; email J. Klenk, N. Spears re: same. |

| Total Hours |  | 18.00 |  |  |
|---|---|---|---|---|
| Fee Amount |  |  |  | $9,387.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 4.10 | $2,665.00 |
| N. Spears | $575.00 | 1.90 | $1,092.50 |
| G. Naron | $520.00 | 8.70 | $4,524.00 |
| K. Rodriguez | $335.00 | 3.30 | $1,105.50 |
| Totals |  | 18.00 | $9,387.00 |
| | Fee Total | $9,387.00 | |
| | Invoice Total | $9,387.00 | |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

Invoice No. ******

Client/Matter:  09721775-0057

CELLINUBLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/02/11 | K. Rodriguez | 0.30 | 100.50 | Review docket and Zagel's calendar to determine if any new rulings have been issued regarding jury procedures, per K. Flax's inquiry. |
| 03/21/11 | N. Spears | 0.80 | 460.00 | Analyze recent motions filed under seal in Blago case and email w/K. Flax re: same (.80). |
| 03/22/11 | M. Flessner | 0.20 | 131.00 | Review docket sheet regarding motions filed under seal; conference call with N. Spears regarding same. |
| 03/22/11 | N. Spears | 0.30 | 172.50 | Update to K. Flax re:  new sealed filings in Blago. |

| | | | |
|---|---|---|---|
| Total Hours | | 1.60 | |
| Fee Amount | | | $3,578.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Flessner | $655.00 | 0.20 | $131.00 |
| N. Spears | $575.00 | 1.10 | $632.50 |
| K. Rodriguez | $335.00 | 0.30 | $100.50 |
| Totals | | 1.60 | $864.00 |

| | | |
|---|---|---|
| Fee Total | $3,578.00 | |
| Invoice Total | $3,578.00 | |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

Invoice No. ******

Client/Matter: 09721775-0057

CELLINUBLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/08/11 | N. Spears | 0.20 | 115.00 | Conference and email w/K. Flax re: Blago motions under seal. |
| 04/12/11 | G. Naron | 1.60 | 832.00 | Teleconferences, emails N. Spears re: sealed documents (.1); review file, docket, precedents re: same (.3); draft motion to intervene and challenging sealing (1.2). |
| 04/12/11 | K. Rodriguez | 0.70 | 234.50 | Review and edit motion to object to wholesale sealing of filed documents. |
| 04/13/11 | G. Naron | 0.20 | 104.00 | Review file, further consideration of motion to challenge sealing).10); emails N. Spears re: same (.10). |
| 04/13/11 | N. Spears | 0.90 | 517.50 | Prepare for hearing on motion to object to wholesale sealing (.50); phone conferences w/AUSA and R. Schar re: same (.20); email w/M. O'Connor re: new sealed motion (.20). |
| 04/14/11 | N. Spears | 3.00 | 1,725.00 | Attend Court on motion to object to wholesale sealing of pleadings. |
| 04/19/11 | N. Spears | 0.40 | 230.00 | Call w/R. Schar re: sealed motion and email w/K. Flax and M. O'Connor re: same. |
| 04/25/11 | N. Spears | 0.30 | 172.50 | Email re: compliance. |
| Total Hours | | 7.30 | | |
| Fee Amount | | | $3,930.50 | |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 4.80 | $2,760.00 |
| G. Naron | $520.00 | 1.80 | $936.00 |
| K. Rodriguez | $335.00 | 0.70 | $234.50 |
| Totals | | 7.30 | $3,930.50 |
| | Fee Total | $3,930.50 | |
| | Invoice Total | $3,930.50 | |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

**Invoice No. ******

Client/Matter:  09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 05/09/11 | K. Rodriguez | 1.30 | 435.50 | Draft and revise motion to compel compliance with court's order regarding unsealing previously sealed filings. |
| 05/10/11 | K. Rodriguez | 0.40 | 134.00 | Revise and finalize motion to compel compliance with court's order regarding unsealing of filings. |
| 05/10/11 | N. Spears | 0.20 | 115.00 | File motion to compel. |
| 05/10/11 | G. Naron | 0.10 | 52.00 | Review draft motion to compel sealed documents. |
| 05/12/11 | G. Naron | 0.10 | 52.00 | Review recent filings in second trial. |
| 05/12/11 | N. Spears | 0.30 | 172.50 | Email re: Santiago proffer in Rana. |
| 05/13/11 | G. Naron | 0.20 | 104.00 | Review redacted documents filed by Government. |
| 05/16/11 | G. Naron | 0.20 | 104.00 | Review redacted documents filed by Government (.10); emails N. Spears re: same (.10). |

Total Hours                                        2.80

Fee Amount                                                                          $3,569.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 0.50 | $287.50 |
| G. Naron | $520.00 | 0.60 | $312.00 |
| K. Rodriguez | $335.00 | 1.70 | $569.50 |
| Totals | | 2.80 | $1,169.00 |

2

CELLINI/BLAGOJEVICH – ACCESS TO PRE-TRIAL

August 10, 2011

Matter: 09721775-0057
Invoice No.: ******

| | | |
|---|---|---|
| Fee Total | $ | 3,569.50 |
| Invoice Total | $ | 3,569.50 |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 16, 2011

**Invoice No. 1301547**

Client/Matter: 09722405-0005

AUDIMATION CONTRACT NEGOTIATIONS
TRIBUNE CONTACT:  RITA DeBOER

Payment Due Upon Receipt

Total This Invoice                                                        $          2,805.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DeBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 16, 2011

**Invoice No. 1301547**

Client/Matter:  09722405-0005

AUDIMATION CONTRACT NEGOTIATIONS
TRIBUNE CONTACT:  RITA DeBOER

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/02/11 | M. Petry | 2.50 | 1,375.00 | Revise Caseware license and review emails and documentation regarding the same. |
| 05/11/11 | M. Petry | 0.50 | 275.00 | Provide comments to CaseWare indemnification language. |
| 05/12/11 | M. Petry | 0.20 | 110.00 | Attention to emails regarding CaseWare indemnification |
| 05/16/11 | M. Petry | 0.80 | 440.00 | Review Audimation's redline and provide recommendations to Tribune regarding the same. |
| 05/25/11 | M. Petry | 0.80 | 440.00 | Update Audimation agreement. |
| 05/27/11 | M. Petry | 0.30 | 165.00 | Revise and distribute updated Audimation agreement. |

Total Hours          5.10

Fee Amount                                              $2,805.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $550.00 | 5.10 | $2,805.00 |
| Totals | | 5.10 | $2,805.00 |

Fee Total                        $     2,805.00

Invoice Total                    $     2,805.00

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 22, 2011

**Invoice No. 1303367**

Client/Matter: 09722405-0012

SMARTFOCUS GROUP PLC
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                    $        3,875.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 22, 2011

**Invoice No. 1303367**

Client/Matter:  09722405-0012

SMARTFOCUS GROUP PLC
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/06/11 | M. Petry | 0.50 | 275.00 | Review Smartfocus agreement |
| 05/09/11 | K. Buckley | 4.50 | 2,250.00 | Reviewed diligence and revised draft contract and supplements. |
| 05/10/11 | K. Buckley | 0.50 | 250.00 | Reviewed M. Petry comments and revised contract and supplements. |
| 05/10/11 | M. Petry | 2.00 | 1,100.00 | Review and revise smartFOCUS agreements and schedules. |

| | | | | |
|------|-----------|-------|--------|-----------|
| Total Hours | | 7.50 | | |
| Fee Amount | | | | $3,875.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Petry | $550.00 | 2.50 | $1,375.00 |
| K. Buckley | $500.00 | 5.00 | $2,500.00 |
| Totals | | 7.50 | $3,875.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 3,875.00 | |
| Invoice Total | $ | 3,875.00 | |

2

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 16, 2011

**Invoice No. 1301503**

Client/Matter: 09722405-0013

Brightstar US, Inc.
TRIBUNE CONTACT:  Rita DeBoer

Payment Due Upon Receipt

---

Total This Invoice                                          $          6,325.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 16, 2011

**Invoice No. 1301503**

Client/Matter:  09722405-0013

Brightstar US, Inc.
TRIBUNE CONTACT:  Rita DeBoer

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/11/11 | M. Petry | 1.00 | 550.00 | Review various supply chain agreements and Brightstar's proposed letter agreement. |
| 05/12/11 | M. Petry | 0.40 | 220.00 | Review Brightstar proposed agreement and comment on the same to Tribune. |
| 05/13/11 | M. Petry | 2.80 | 1,540.00 | Begin reviewing and revising Brightstar agreement. |
| 05/15/11 | M. Petry | 4.00 | 2,200.00 | Revise Brightstar agreement and distribute internal draft to Tribune. |
| 05/17/11 | M. Petry | 0.30 | 165.00 | Review agreement |
| 05/20/11 | M. Petry | 1.00 | 550.00 | Participate in conference call regarding Brightline agreement. |
| 05/23/11 | M. Petry | 2.00 | 1,100.00 | Revise Brightstar MSA per prior discussions. |
| Total Hours | | 11.50 | | |
| Fee Amount | | | | $6,325.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $550.00 | 11.50 | $6,325.00 |
| Totals | | 11.50 | $6,325.00 |

Brightstar US, Inc.
TRIBUNE CONTACT:  Rita DeBoer

June 16, 2011

Matter: 09722405-0013
Invoice No.: 1301503

| | | |
|---|---|---|
| Fee Total | $ | 6,325.00 |
| Invoice Total | $ | 6,325.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 15, 2011

**Invoice No. 1301233**

Client/Matter: 09722405-0014

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

Payment Due Upon Receipt

---

Total This Invoice                                      $       1,226.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐┘

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 15, 2011

**Invoice No. 1301233**

Client/Matter:  09722405-0014

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/18/11 | M. Petry | 0.80 | 440.00 | Prepare and distribute MSA. |
| 05/26/11 | R. Gullikson | 0.50 | 302.50 | Call with J. Xanders, B. Healey and S. Karottki re non-compete/restrictive covenant terms. |
| 05/31/11 | R. Gullikson | 0.80 | 484.00 | Review and revise restrictive covenant drafted by B. Healey (.20); brief call with B. Healey (.10); prepare form of Nondisclosure Agreement for vendor employees (.50). |

| | | | |
|---|---|---|---|
| Total Hours | | 2.10 | |
| Fee Amount | | | $1,226.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $550.00 | 0.80 | $440.00 |
| R. Gullikson | $605.00 | 1.30 | $786.50 |
| Totals | | 2.10 | $1,226.50 |

| | | |
|---|---|---|
| Fee Total | $ | 1,226.50 |
| Invoice Total | $ | 1,226.50 |

2

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 16, 2011

**Invoice No. 1301504**

Client/Matter: 09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                                      $        7,705.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 16, 2011

**Invoice No. 1301504**

Client/Matter:  09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/2/11 | C. Been | 4.50 | Conference call with Microsoft regarding LA Times addendum (1.20); revise draft side letter (1.10); meet with client for weekly status review and demo of tablet and Mosaic development (1.10); review materials regarding same (1.10). |
| 5/3/11 | C. Been | 1.00 | Communications with B. Healey regarding Windows Phone 7 collaboration with Microsoft, changes to LAT addendum and side letter (.50); draft changes to LAT addendum and side letter (.50). |
| 5/4/11 | C. Been | 2.50 | Conference call with Microsoft regarding WP7 addendum and side letter (1.0); communications with B. Healey regarding same (.80); revise addendum and side letter (.70). |
| 5/6/11 | C. Been | 0.50 | Forward revisions to LAT Addendum and Side Letter to client for review regarding WP7 Marketplace. |
| 5/9/11 | C. Been | 0.80 | Revise MS Store Agreement for Mosaic on Signature PCs and forward to client. |
| 5/10/11 | C. Been | 1.00 | Review Microsoft documents concerning its request to forgo "gentlemen's agreement" for Mosaic development (.50); communications with client regarding same (.50). |
| 5/11/11 | C. Been | 1.00 | Participate in weekly call to discuss "gentlemen's agreement" for Shared Source Exchange with Microsoft Silverlight. |
| 5/18/11 | C. Been | 0.80 | Participate in weekly call on Tablet and Mosaic issues. |
| 5/19/11 | C. Been | 0.80 | Communications with client and Microsoft lawyer regarding language in LAT Addendum for WP7. |
| 5/25/11 | R. Gullikson | 0.50 | Call with B. Healey re tablet initiatives (.20); call with J. Xanders, B. Healey and K. Jurgeto re status of tablet initiatives (.30). |

Total Hours                    13.40

Fee Amount                                                          $7,705.00

MICROSOFT CORPORATION
TRIBUNE CONTACT: RITA DEBOER

June 16, 2011

Matter: 09722405-0060
Invoice No.: 1301504

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Been | $575.00 | 12.90 | $7,417.50 |
| R. Gullikson | $575.00 | 0.50 | $287.50 |
| Totals | | 13.40 | $7,705.00 |

| | | |
|---|---|---|
| Fee Total | $ | 7,705.00 |
| Invoice Total | $ | 7,705.00 |

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 16, 2011

**Invoice No. 1301505**

Client/Matter: 09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                                $        4,441.42

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 16, 2011

**Invoice No. 1301505**

Client/Matter:  09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 5/2/11 | M. Petry | 1.20 | Participate in conference call regarding ereader initiatives. |
| 5/3/11 | M. Petry | 1.00 | Review Apple Samsung IP issues (0.6); prepare email regarding related risks (0.4). |
| 5/9/11 | M. Petry | 0.50 | Discuss issues regarding e-Reader projects, including Samsung relationship. |
| 5/11/11 | M. Petry | 1.00 | Participate in conference call regarding e-Reader project (0.7); attention to emails regarding Apple-Samsung issues (0.3). |
| 5/13/11 | M. Petry | 1.00 | Prepare draft non-compete and exclusivity language. |
| 5/15/11 | M. Petry | 1.00 | Finalize and distribute draft non-compete and exclusivity language. |
| 5/15/11 | C. Been | 0.80 | Review non-compete language and provide comments to M. Petry. |
| 5/16/11 | M. Petry | 1.50 | Prepare and revise non-compete provision (1.1); discuss issues re non-compete with Tribune, including scope of industry definition (0.4). |

| | | |
|---|---|---|
| Total Hours | 8.00 | |
| Fee Amount | | $4,420.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Been | $575.00 | 0.80 | $460.00 |
| M. Petry | $550.00 | 7.20 | $3,960.00 |
| Totals | | 8.00 | $4,420.00 |

2

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

June 16, 2011

Matter: 09722405-0061
Invoice No.: 1301505

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 2/9/2011 | Miscellaneous Hard - - CONFERENCE CALL | AMERICAN TELECONFERENCING SERVICES | 21.42 |
| | | SUBTOTAL | 21.42 |
| | Total Disbursements | | $21.42 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 4,420.00 | |
| Disbursement Total | $ | 21.42 | |
| Invoice Total | $ | 4,441.42 | |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

August 9, 2011

**Invoice No. 1301273**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

---

Total This Invoice                                    $          1,582.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

August 9, 2011

**Invoice No. 1301273**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/02/11 | K. Rodriguez | 0.10 | L310 | | Review records and correspondence produced from plaintiffs' medical providers. |
| 05/02/11 | N. Spears | 0.40 | L120 | | Releases:  Review at high level draft consultant release and supplement guest release, and confer w/S. Fifer re: same. |
| 05/04/11 | K. Rodriguez | 0.30 | L310 | | Review and respond to inquiry from medical provider concerning subpoena (.1); Review records produced (.2). |
| 05/05/11 | K. Rodriguez | 0.40 | L450 | | Prepare pleadings for hearing set for 5/6. |
| 05/06/11 | N. Spears | 1.00 | L120 | | Attend court status. |
| 05/18/11 | K. Rodriguez | 0.40 | L310 | | Review objections from two of plaintiffs' medical providers to Tribune's subpoena for medical records (.2); Revise request for documents accordingly (.2). |
| 05/19/11 | K. Rodriguez | 0.20 | L310 | | Correspondence with plaintiffs' counsel regarding revised release forms. |
| 05/23/11 | K. Rodriguez | 0.10 | L140 | | Draft discovery hearing status update to L. Washburn. |
| 05/23/11 | N. Spears | 0.20 | L120 | | Update L. Washburn. |
| Total Hours | | 3.10 | | | |
| Fee Amount | | | | | $1,422.50 |

JENNIFER KELLEY, ET AL.

August 9, 2011

Matter: 09723590-0013
Invoice No.: 1301273

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 1.60 | $920.00 |
| K. Rodriguez | $335.00 | 1.50 | $502.50 |
| Totals | | 3.10 | $1,422.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| | | SUBTOTAL | 160.00 |
| | Total Disbursements | | $160.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 1,422.50 | |
| Disbursement Total | $ | 160.00 | |
| Invoice Total | $ | 1,582.50 | |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 27, 2011

**Invoice No. 1310476**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

Total This Invoice                          $       4,430.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫘

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 27, 2011

**Invoice No. 1310476**

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/02/11 | N. Spears | 0.40 | L120 | | Review answer and conference w/K. Rodriguez re: date of reporting issue. |
| 06/02/11 | K. Rodriguez | 0.30 | L390 | | Correspondence with reporter regarding her affidavit. |
| 06/03/11 | K. Rodriguez | 0.40 | L210 | | Review and finalize answer to second amended complaint for filing (.3); Confer with N. Spears re: same (.1). |
| 06/03/11 | N. Spears | 0.30 | L120 | | Conferences w/K. Rodriguez and K. Flax re: finalizing answer. |
| 06/06/11 | K. Rodriguez | 0.20 | L120 | | Correspondence with M. Riske (reporter) regarding finalizing of affidavit. |
| 06/06/11 | N. Spears | 0.30 | L120 | | Review issues w/K. Rodriguez and email w/K. Flax. |
| 06/07/11 | N. Spears | 0.50 | L120 | | Read Advocate motion (.30); conference w/R. Rodriguez re: discovery and letter (.20). |
| 06/07/11 | K. Rodriguez | 0.20 | L310 | | Review Sun-Times' responses to plaintiffs' first set of discovery requests. |
| 06/14/11 | K. Rodriguez | 0.60 | L390 | | Confer with M. Riske ▉▉▉▉ (.2); Advise and strategize with N. Spears regarding lack of of documents (.2); Revise letter and affidavit regarding same (.2). |
| 06/14/11 | N. Spears | 0.80 | L120 | | Revise declaration and R. 137 letter (.40); email w/K. Flax re: same (.10); call w/plaintiffs' counsel (.20); conference w/K. Rodriguez re: same (.10). |

**BRYAN AND CYNTHIA LINDGREN**

July 27, 2011

Matter: 09721775-0066
Invoice No.: 1310476

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/15/11 | N. Spears | 0.30 | L120 | | Phone conference w/plaintiffs' counsel. |
| 06/16/11 | K. Rodriguez | 0.40 | L120 | | Confer with counsel for Advocate concerning their responses to discovery requests as related to Tribune (.2); Correspondence with plaintiffs' counsel regarding Rule 137 letter (.2). |
| 06/16/11 | N. Spears | 0.50 | L120 | | Finalize letter to plaintiffs' counsel. |
| 06/17/11 | K. Rodriguez | 0.10 | L120 | | Call with counsel for Advocate ~~concerning~~. |
| 06/21/11 | K. Rodriguez | 0.30 | L350 | | Review motion to compel discovery responses issued to Advocate (.2); Correspondence with N. Spears regarding same (.1). |
| 06/23/11 | K. Rodriguez | 0.40 | L140 | | Draft Insert for Tribune litigation log regarding the Lindgren matter. |
| 06/23/11 | N. Spears | 0.50 | L120 | | Prepare information for Lit Log (.30); read email re: motion to compel (.20). |
| 06/24/11 | K. Rodriguez | 0.40 | L190 | | Analyze potential cap on damages in municipal division. |
| 06/24/11 | K. Rodriguez | 0.20 | L190 | | Revise and finalize litigation log concerning Lindgren matter. |
| 06/27/11 | K. Rodriguez | 0.20 | L120 | | Confer with N. Spears regarding potential cap on damages in municipal division. |
| 06/27/11 | N. Spears | 0.30 | L120 | A103 | Follow up re: Rule 222 affidavit and plaintiffs' damages. |
| 06/28/11 | K. Rodriguez | 0.20 | L390 | | Confer with plaintiff's counsel in advance of hearing set on 6/29/11 regarding motion to compel. |
| 06/29/11 | K. Rodriguez | 0.80 | L210 | | Confer with counsel for Sun-Times regarding hearing on motion to compel (.2); Review plaintiff's reply to Sun-Times affirmative defenses (.3); Review plaintiff's reply to Tribune's affirmative defenses (.3). |

| | | | | | |
|------|-----------|-------|------|----------|-----------|
| Total Hours | | 8.60 | | | |
| Fee Amount | | | | | $3,817.00 |

3

BRYAN AND CYNTHIA LINDGREN                                              July 27, 2011

Matter: 09721775-0066
Invoice No.: 1310476

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 3.90 | $2,242.50 |
| K. Rodriguez | $335.00 | 4.70 | $1,574.50 |
| Totals | | 8.60 | $3,817.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 4/13/2011 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. Attendance at hearing 3/21/11– no transcript | | 250.00 |
| 3/21/2011 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. 1/3 SHARE OF TRANSCRIPT FOR 3/21/11 HEARING BEFORE JUDGE DUNFORD - RE: BRYAN AND CYNTHINA LINDGREN | | 208.00 |
| 5/10/2011 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. COURT REPORTER FEE FOR ATTENDING AT 5/3/11 HEARING | | 155.00 |
| | | SUBTOTAL | 613.00 |
| | Total Disbursements | | $613.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 3,817.00 | |
| Disbursement Total | $ | 613.00 | |
| Invoice Total | $ | 4,430.00 | |

4

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 22, 2011

**Invoice No. 1310478**

Client/Matter: 09721775-0005

Bruce Smith

Payment Due Upon Receipt

Total This Invoice                                    $        967.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫟

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 22, 2011

**Invoice No. 1310478**

Client/Matter:  09721775-0005

Bruce Smith

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/14/11 | N. Spears | 0.70 | L120 | | Read complaint (.30); email K. Flax re: same ▮▮▮▮ (.10); phone conference w/K. Flax▮▮▮▮▮▮▮d ▮▮▮▮▮▮ (.20); email w/K. Rodriguez ▮▮▮▮▮ (.10). |
| 06/15/11 | N. Spears | 0.40 | L120 | | Review ▮▮▮▮ (.30); email re: same (.10). |
| 06/15/11 | K. Rodriguez | 1.00 | L120 | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

| | | | |
|---|---|---|---|
| Total Hours | 2.10 | | |
| Fee Amount | | | $967.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.10 | $632.50 |
| K. Rodriguez | $335.00 | 1.00 | $335.00 |
| Totals | | 2.10 | $967.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 967.50 | |
| Invoice Total | $ | 967.50 | |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 21, 2011

**Invoice No. 1310479**

Client/Matter: 09721775-0003

Joseph Mahr

Payment Due Upon Receipt

Total This Invoice                                              $           229.30

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:
Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 21, 2011

**Invoice No. 1310479**

Client/Matter:  09721775-0003

Joseph Mahr

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/10/11 | N. Spears | 0.20 | L120 | | Email re: briefing. |
| 06/24/11 | K. Rodriguez | 0.30 | L140 | | Finalize cross motion for judgment on the pleadings and motion to lift seal for filing. |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 0.50 | | | |
| Fee Amount | | | | | $215.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.20 | $115.00 |
| K. Rodriguez | $335.00 | 0.30 | $100.50 |
| Totals | | 0.50 | $215.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/26/2011 | Delivery - - | ARROW MESSENGER SERVICE, INC. Office of IL Atty | 6.90 |
| 4/26/2011 | Delivery - - | ARROW MESSENGER SERVICE, INC. Chief Assistant | 6.90 |
| | | SUBTOTAL | 13.80 |
| Total Disbursements | | | $13.80 |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 21, 2011

**Invoice No. 1310494**

Client/Matter: 09721775-0002

Kevin McAndrew  Subpoena

Payment Due Upon Receipt

Total This Invoice                                    $         9,069.60

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 21, 2011

**Invoice No. 1310494**

Client/Matter:  09721775-0002

Kevin McAndrew  Subpoena

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/02/11 | K. Rodriguez | 0.10 | L120 | | Calls to reporters J. Owens and M. Walberg regarding subpoena in People v. McAndrew matter. |
| 06/06/11 | K. Rodriguez | 1.20 | L120 | | Correspondence with reporter M. Walberg regarding potential documents in his possession responsive to subpoena (.3); Review and analyze documents for responsiveness to subpoena (.5); Confer with N. Spears regarding strategy in drafting motion in opposition to reporter's privilege divestiture application (.4). |
| 06/06/11 | N. Spears | 1.30 | L120 | | Emails from M. Walberg (.30); review and analyze responsive correspondence from reporter M. Walberg (.50); conference w/K. Rodriguez re: same (.40); email w/D. Dunn et al re: same (.10). |
| 06/07/11 | N. Spears | 0.80 | L120 | | Email w/Sun Times and Phoenix counsel (.30); review outline of arguments w/K. Rodriguez for motion to quash (.30). |
| 06/07/11 | K. Rodriguez | 0.60 | L120 | | Call with J. Owens, photo editor, regarding potentially responsive documents to subpoena in his possession (.2); Review initial objections to subpoena from other media entities in preparation for drafting response brief to motion to divest reporter's privilege (.2); Confer with N. Spears re: strategy in drafting response brief (.2). |
| 06/08/11 | K. Rodriguez | 4.40 | L240 | | Draft and revise opposition to defendant's application to divest the reporter's privilege. |

2

Kevin McAndrew  Subpoena

July 21, 2011

Matter: 09721775-0002
Invoice No.: 1310494

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/09/11 | N. Spears | 2.20 | L120 | | Read and revise memo in oppositions of motion to divest (1.30); read Suntimes and Phoenix briefs (.50); email comments re: same w/D. Dunn and B. Kimrey (.30); email w/K. Flax (.10). |
| 06/09/11 | K. Rodriguez | 2.10 | L240 | | Revise and finalize brief in opposition to defendant's application to divest reporter's privilege. |
| 06/10/11 | N. Spears | 0.80 | L120 | | Read and edit final brief for Tribune (.50); email re: same w/B. Kimrey and D. Dunn (.30). |
| 06/10/11 | K. Rodriguez | 0.70 | L120 | | Edit opposition to Defendant's application to divest the reporter's privilege. |
| 06/14/11 | N. Spears | 0.20 | L120 | | Review pleadings filed. |
| 06/20/11 | K. Rodriguez | 3.80 | L120 | | Confer with counsel for Sun-Times and Loyola Phoenix regarding strategy for hearing on 6/21 (.6); Review reply briefs addressed to Sun Times and Loyola's opposition papers (.6); Prepare for hearing on 6/21 (2.6). |
| 06/21/11 | K. Rodriguez | 4.10 | L120 | | Travel to and attend hearing on application to divest reporter's privilege (3.8); Draft summary concerning successful results re: same (.3). |
| 06/21/11 | N. Spears | 0.20 | L120 | | Email w/K. Rodriguez re: hearing. |
| Total Hours | | 22.50 | | | |
| Fee Amount | | | | | $8,857.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 5.50 | $3,162.50 |
| K. Rodriguez | $335.00 | 17.00 | $5,695.00 |
| Totals | | 22.50 | $8,857.50 |

3

Kevin McAndrew  Subpoena

July 21, 2011

Matter: 09721775-0002
Invoice No.: 1310494

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Color Copies | | 22.00 |
| | | SUBTOTAL | 22.00 |
| | Document reproduction | | 40.10 |
| | | SUBTOTAL | 40.10 |
| 6/10/2011 | Outside Professional Services - - UNITED PROCESSING INC INVOICE 112053- FILING FEE | | 150.00 |
| | | SUBTOTAL | 150.00 |
| | Total Disbursements | | $212.10 |


|  |  |  |
|---|---|---|
| Fee Total | $ | 8,857.50 |
| Disbursement Total | $ | 212.10 |
| Invoice Total | $ | 9,069.60 |

4

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 21, 2011

**Invoice No. 1310510**

Client/Matter: 09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

Payment Due Upon Receipt

Total This Invoice                          $        4,292.30

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 21, 2011

**Invoice No. 1310510**

Client/Matter:  09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/01/11 | G. Naron | 1.20 | L120 | A104 | Review file, ▮▮▮▮▮ (1.1); email NJSpears re same (.1). |
| 06/03/11 | N. Spears | 0.20 | L120 | | Email w/K. Flax and B. Healey. |
| 06/06/11 | G. Naron | 0.50 | L120 | | Teleconfs K Flax, NJSpears ▮▮▮▮ (.40); review same (.10). |
| 06/06/11 | N. Spears | 0.40 | L120 | | Conference call w/K. Flax and G. Naron re: 7th Cir. Mediation. ▮▮▮▮ |
| 06/09/11 | N. Spears | 0.50 | L120 | | Email w/K. Flax re: J. Coen and settlement conference (.20); read and send transcript of Gottschall hearing (.20). |
| 06/10/11 | N. Spears | 0.30 | L120 | | Prepare for settlement conference. |
| 06/13/11 | N. Spears | 3.00 | L120 | | Preparation briefly for mandatory mediation (.40); attend same w/K. Flax (2.40); follow up call w/K. Flax (.20). |
| 06/20/11 | N. Spears | 0.20 | L120 | | Review and email K. Flax and B. Healey re: new 7th Cir. briefing schedule. |
| 06/23/11 | N. Spears | 0.80 | L120 | | Email w/F. Lamonte re: amicus effort (.30); email to K. Flax re: same. |
| 06/27/11 | N. Spears | 0.10 | L120 | | Email to K. Flax. |
| 06/27/11 | K. Rodriguez | 0.20 | L120 | | Review redaction rules ▮▮▮▮ |
| 06/29/11 | N. Spears | 0.30 | L120 | | Email and phone conference w/K. Flax re: amicus. |

| Total Hours | | 7.70 | | | |

2

UNIVERSITY OF ILLINOIS - FOIA MATTER

July 21, 2011

Matter: 09721775-0060
Invoice No.: 1310510

Fee Amount                                                                  $4,286.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 5.80 | $3,335.00 |
| G. Naron | $520.00 | 1.70 | $884.00 |
| K. Rodriguez | $335.00 | 0.20 | $67.00 |
| Totals | | 7.70 | $4,286.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 6/9/2011 | Court Costs - - | DOCKET PETTY CASH Court Cost | 6.30 |
| | | SUBTOTAL | 6.30 |
| | Total Disbursements | | $6.30 |

| | | |
|---|---|---|
| Fee Total | $ | 4,286.00 |
| Disbursement Total | $ | 6.30 |
| Invoice Total | $ | 4,292.30 |

3

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

July 27, 2011

**Invoice No. 1311854**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                                    $         890.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 工

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

July 27, 2011

**Invoice No. 1311854**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/14/11 | K. Rodriguez | 0.10 | L120 | | Review pro se complaint of Dr. B. Smith. |
| 06/15/11 | N. Spears | 1.00 | L120 | | Email w/B. Healey and ▬▬▬▬ ▬▬▬▬▬▬ (.80); phone conference w/B. Healey re: same (.20). |
| 06/23/11 | N. Spears | 0.20 | L120 | | Email from K. Flax and M. O'Connor. |
| 06/27/11 | G. Naron | 0.10 | L120 | | Teleconferences N. Spears re: ▬▬▬▬▬▬▬▬▬▬▬ (.1). |
| 06/29/11 | N. Spears | 0.20 | L120 | | Phone conference w/K. Flax re: vetting issue ▬▬▬▬▬▬▬ |

| Total Hours | 1.60 | | |
|-------------|------|--|--|
| Fee Amount | | | $890.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.40 | $805.00 |
| G. Naron | $520.00 | 0.10 | $52.00 |
| K. Rodriguez | $335.00 | 0.10 | $33.50 |
| Totals | | 1.60 | $890.50 |

2

EDITORIAL-GENERAL
0000001492

July 27, 2011

Matter: 09721775-1003
Invoice No.: 1311854

| | | |
|---|---|---|
| Fee Total | $ | 890.50 |
| Invoice Total | $ | 890.50 |

# SNR DENTON ⫣

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 27, 2011

**Invoice No. 1311855**

Client/Matter: 09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

Payment Due Upon Receipt

Total This Invoice         $     1,422.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 27, 2011

**Invoice No. 1311855**

Client/Matter:  09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/14/11 | N. Spears | 0.20 | L120 | | Email w/K. Flax re: Blago verdict question (.10); review prior order and email re: same (.10). |
| 06/24/11 | J. Klenk | 0.30 | L250 | | Emails K. Flax, K. Rodriguez re: motion (.2); review same (.1). |
| 06/24/11 | G. Naron | 1.20 | L250 | | Review file, docket, emails N. Spears, J. Klenk, K. Rodriguez re: motion for access to new sealed documents (.); draft motion for access (.9). |
| 06/24/11 | K. Rodriguez | 0.60 | L250 | | Review and finalize motion regarding sealing of new documents. |
| 06/27/11 | N. Spears | 0.50 | L120 | | Review Zagel order in light of verdict and conference w/K. Flax re: same (.30); review court order (.20). |

Total Hours    2.80

Fee Amount    $1,422.50

| | | |
|---|---|---|
| Fee Total | $ | 1,422.50 |
| Invoice Total | $ | 1,422.50 |

2

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307551**

Client/Matter: 09722405-0012

SMARTFOCUS GROUP PLC
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice        .       $      5,665.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307551**

Client/Matter:  09722405-0012

SMARTFOCUS GROUP PLC
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/08/11 | M. Petry | 2.00 | 1,100.00 | Review and prepare issues list regarding Smart Focus agreements. |
| 06/09/11 | M. Petry | 1.30 | 715.00 | Begin revising contractual documents based on the call. |
| 06/09/11 | M. Petry | 0.20 | 110.00 | Discuss SmartFOCUS agreement with Tribune. |
| 06/10/11 | M. Petry | 4.50 | 2,475.00 | Revise and distribute updated Smart Focus agreement and supplements. |
| 06/15/11 | M. Petry | 2.00 | 1,100.00 | Revise smartFOCUS contract and service level agreement based on new draft from smartFOCUS and discussions with K. Jurgeto. |
| 06/28/11 | M. Petry | 0.30 | 165.00 | Review revised termination for convenience language and provide commentary re the same to K. Jurgeto. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 10.30 | | |
| Fee Amount | | | | $5,665.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Petry | $550.00 | 10.30 | $5,665.00 |
| Totals | | 10.30 | $5,665.00 |

2

SMARTFOCUS GROUP PLC
TRIBUNE CONTACT:  RITA DEBOER

July 15, 2011

Matter: 09722405-0012
Invoice No.: 1307551

| | | |
|---|---|---|
| Fee Total | $ | 5,665.00 |
| Invoice Total | $ | 5,665.00 |

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 13, 2011

**Invoice No. 1306904**

Client/Matter: 09722405-0013

Brightstar US, Inc.
TRIBUNE CONTACT:  Rita DeBoer

Payment Due Upon Receipt

---

Total This Invoice                                          $          287.50

Please return this page with your payment

In the case of mail deliveries to:            In the case of overnight deliveries to:
SNR Denton US LLP                                   SNR Denton US LLP
Dept. 3078                         OR            Attention: Accounting
Carol Stream, IL 60132-3078                         233 South Wacker Drive
                                                    Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 13, 2011

**Invoice No. 1306904**

Client/Matter:  09722405-0013

Brightstar US, Inc.
TRIBUNE CONTACT:  Rita DeBoer

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/01/11 | R. Gullikson | 0.50 | 287.50 | Call with K. Jargeto, B. Healey and J. Xanders re Bright Star Agreement and open issues. |
| Total Hours | | 0.50 | | |
| Fee Amount | | | | $287.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 0.50 | $287.50 |
| Totals | | 0.50 | $287.50 |

| | | |
|---|---|---|
| Fee Total | $ | 287.50 |
| Invoice Total | $ | 287.50 |

2

# SNR DENTON �⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307552**

Client/Matter: 09722405-0014

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

Payment Due Upon Receipt

Total This Invoice                                    $        12,937.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307552**

Client/Matter:  09722405-0014

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/01/11 | R. Gullikson | 0.30 | 172.50 | Revise restructure language and circulate to Tribune team. |
| 06/03/11 | R. Gullikson | 0.50 | 287.50 | Participated on call re status of tablet matters. |
| 06/06/11 | R. Gullikson | 2.30 | 1,322.50 | Review and revise Services Agreement with AgreeYa and focus on provisions that are potentially affected by restrictive covenant language. |
| 06/08/11 | R. Gullikson | 1.00 | 575.00 | Call with Tribune team re issues and direction with AgreeYa, including restrictive covenant. |
| 06/09/11 | R. Gullikson | 0.80 | 460.00 | Multiple emails re issues related to contracting with non-US companies and enforceability of restrictive covenants. |
| 06/10/11 | R. Gullikson | 0.50 | 287.50 | Call with J. Xanders, D. Schuster, B. Healey and K. Jurgeto re contract issues when vendor is a non-US company and enforceability of judgments. |
| 06/14/11 | R. Gullikson | 2.20 | 1,265.00 | Revised Master Services Agreement to address the fact that Services will be performed, in part, off-shore. |
| 06/14/11 | R. Gullikson | 1.00 | 575.00 | Call with B. Healey, K. Jurgeto, J. Xanders and S.  Bruner re scope of work with AgreeYa and AgreeYa Statement of Work and need for license agreement. |
| 06/15/11 | R. Gullikson | 1.30 | 747.50 | Revised Master Services Agreement with AgreeYa to add equitable remedies, notice provision, and changes from J. Xanders. |
| 06/15/11 | R. Gullikson | 0.50 | 287.50 | Emails to and from M. Coxs re Singapore law and enforceability of restrictive covenants and use of arbitration. |

2

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

July 15, 2011

Matter: 09722405-0014
Invoice No.: 1307552

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/16/11 | R. Gullikson | 1.80 | 1,035.00 | Revised AgreeYa Master Services Agreement to provide for definition of Change and to add US AgreeYa entity as a party. |
| 06/16/11 | R. Gullikson | 0.20 | 115.00 | Reviewed multiple emails re US AgreeYa entity. |
| 06/21/11 | R. Gullikson | 2.50 | 1,437.50 | Draft/revise Statement of Work with AgreeYa. |
| 06/22/11 | R. Gullikson | 0.80 | 460.00 | Review Master Services Agreement mark up from AgreeYa and open issue (.30); revise Master Services Agreement and send to Tribune team (.50). |
| 06/22/11 | R. Gullikson | 1.00 | 575.00 | Status call with M. White, K. Jurgeto, J. Xanders and M. Henderson re tablet project. |
| 06/24/11 | R. Gullikson | 0.50 | 287.50 | Review mark up to Master Services Agreement from AgreeYa and draft issues list and emails to client re same. |
| 06/28/11 | R. Gullikson | 0.50 | 287.50 | Call with K. Jurgeto and D. Schuster re Master Services Agreement issues. |
| 06/28/11 | R. Gullikson | 2.30 | 1,322.50 | Revise Master Services Agreement accordingly. |
| 06/29/11 | R. Gullikson | 0.50 | 287.50 | Call with J. Xanders, B. Healey and K. Jurgeto re AgreeYa revisions to Master Services Agreement. |
| 06/29/11 | R. Gullikson | 0.80 | 460.00 | Call with B. Wilson, K. Kupathel of AgreeYa and K. Jurgeto re revised Master Services Agreement sent by Tribune and discussed warranty period and non-compete. |
| 06/29/11 | R. Gullikson | 0.20 | 115.00 | Revised Master Services Agreement per J. Xanders' and B. Healey's comments to non-solicitation provision, limitation of liability and non-compete. |
| 06/29/11 | R. Gullikson | 0.30 | 172.50 | Follow-on call with K. Jurgeto re open non-compete issues. |
| 06/29/11 | R. Gullikson | 0.50 | 287.50 | Draft changes to non-compete and send to Tribune. |
| 06/29/11 | R. Gullikson | 0.20 | 115.00 | Call with J. Xanders and B. Healey re revisions to Master Services Agreement. |

| Total Hours | | 22.50 | | |
|------|------|------|------|------|
| Fee Amount | | | | $12,937.50 |

3

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

July 15, 2011

Matter: 09722405-0014
Invoice No.: 1307552

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Gullikson | $575.00 | 22.50 | $12,937.50 |
| Totals | | 22.50 | $12,937.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 12,937.50 | |
| Invoice Total | $ | 12,937.50 | |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307553**

Client/Matter: 09722405-0015

LOWE'S, CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                                    $            920.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307553**

Client/Matter:  09722405-0015

LOWE'S, CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through June 30, 2011:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 6/8/11 | R. Gullikson | 0.10 | Call with R. DeBoer re same. |
| 6/8/11 | R. Gullikson | 0.20 | Review Lowe's proposed agreement. |
| 6/9/11 | R. Gullikson | 0.50 | Call with R. DeBoer re approach to Lowe's and contracting issues. |
| 6/9/11 | C. Been | 0.30 | Communications with R. Gullikson regarding issues in database licensing. |
| 6/15/11 | C. Been | 0.50 | Provide R. Gullikson with information of data services for list management and enhancement. |

| | | |
|---|---|---|
| Total Hours | 1.60 | |
| Fee Amount | | $920.00 |

TIME AND FEE SUMMARY

| Timekeeper | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| C. Been | $575.00 | 0.80 | $460.00 |
| R. Gullikson | $575.00 | <u>0.80</u> | <u>$460.00</u> |
| Totals | | 1.60 | $920.00 |

Fee Total  $  920.00

Invoice Total  $  920.00

2

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 13, 2011

**Invoice No. 1306906**

Client/Matter: 09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                         $          862.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

·OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 13, 2011

**Invoice No. 1306906**

Client/Matter:  09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/15/11 | R. Gullikson | 1.50 | Revise Consulting Agreement to create template for B. Healey. |
| Total Hours | | 1.50 | |
| Fee Amount | | | $862.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 1.50 | $862.50 |
| Totals | | 1.50 | $862.50 |

|  |  |  |
|--|--|--|
| Fee Total | $ | 862.50 |
| Invoice Total | $ | 862.50 |

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 13, 2011

**Invoice No. 1306909**

Client/Matter: 09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                                      $         632.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐|

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 13, 2011

**Invoice No. 1306909**

Client/Matter:  09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 6/1/11 | C. Been | 0.30 | Review status of Microsoft addenda and side letter. |
| 6/3/11 | C. Been | 0.80 | Participate in weekly call regarding Tablet issues. |
| Total Hours | | 1.10 | |
| Fee Amount | | | $632.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Been | $575.00 | 1.10 | $632.50 |
| Totals | | 1.10 | $632.50 |

| | | |
|---|---|---|
| Fee Total | $ | 632.50 |
| Invoice Total | $ | 632.50 |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307554**

Client/Matter: 09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                    $       6,415.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307554**

Client/Matter:  09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/8/11 | C. Been | 0.50 | Weekly call regarding Tablet matters. |
| 6/14/11 | R. Gullikson | 0.30 | Reviewed draft of Samsung Statement of Work and created summary of discussion points. |
| 6/14/11 | R. Gullikson | 0.20 | Brief call with J. Collins (librarian) re need for financial information on Samsung Telecommunications. |
| 6/15/11 | R. Gullikson | 0.30 | Call with Tribune Team and Statement of Work team re Samsung Statement of Work terms. |
| 6/15/11 | M. Petry | 0.50 | Review Apple litigation filing and notes regarding the same from May. |
| 6/15/11 | R. Gullikson | 1.00 | Call with J. Xanders, B. Healey and K. Jurgeto and M. Petry re Samsung/Apple litigation. |
| 6/15/11 | R. Gullikson | 0.20 | Status call with Tribune team re tablet project. |
| 6/15/11 | C. Been | 0.50 | Provide R. Gullikson with list of potential business issues for Tablet project. |
| 6/15/11 | M. Petry | 0.50 | Participate in conference call with Tribune regarding Samsung issues. |
| 6/17/11 | R. Gullikson | 1.00 | Revised Master Services Agreement per directions on status call and sent to Tribune. |
| 6/21/11 | R. Gullikson | 1.70 | Revise Master Services Agreement per J. Xanders and B. Healey comments and compare to AgreeYa Master Services Agreement and revise accordingly. |
| 6/22/11 | R. Gullikson | 0.20 | Draft transmittal email relating to Samsung Master Services Agreement. |
| 6/22/11 | R. Gullikson | 0.30 | Revise Master Services Agreement per J. Xanders' email and provide redline that can be forwarded to Samsung. |
| 6/24/11 | R. Gullikson | 2.50 | Review and revise Statement of Work with Samsung. |
| 6/28/11 | R. Gullikson | 0.50 | Call with K. Jurgeto and D. Schuster re Statement of Work issues. |

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

July 15, 2011

Matter: 09722405-0061
Invoice No.: 1307554

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/29/11 | R. Gullikson | 0.50 | Call with B. Healey and J. Jurgeto re insurance provision and Employee Confidentiality Agreement and revised Master Services Agreement accordingly. |
| 6/29/11 | R. Gullikson | 0.50 | Revise Statement of Work per D. Schuster's comments and send to Tribune. |
| Total Hours | | 11.20 | |
| Fee Amount | | | $6,415.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| C. Been | $575.00 | 1.00 | $575.00 |
| M. Petry | $550.00 | 1.00 | $550.00 |
| R. Gullikson | $575.00 | 9.20 | $5,290.00 |
| Totals | | 11.20 | $6,415.00 |

|  |  |  |
|------|------|------|
| Fee Total | $ | 6,415.00 |
| Invoice Total | $ | 6,415.00 |

3

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 13, 2011

**Invoice No. 1306910**

Client/Matter: 09722405-0062

CLARITY CONSULTING, INC. , CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                                         $         460.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 13, 2011

**Invoice No. 1306910**

Client/Matter:  09722405-0062

CLARITY CONSULTING, INC. , CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through June 30, 2011:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|------|-----------|-------|-----------|
| 6/20/11 | C. Been | 0.80 | Communications with client regarding Microsoft's request to drop exchange document and side letter for Clarity Mosaic development. |
| Total Hours | | 0.80 | |
| Fee Amount | | | $460.00 |

### TIME AND FEE SUMMARY

| Timekeeper | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|-----------|------|-------|------|
| C. Been | $575.00 | <u>0.80</u> | <u>$460.00</u> |
| Totals | | 0.80 | $460.00 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 460.00 |
| Invoice Total | $ | 460.00 |

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

July 18, 2011

**Invoice No. 1308420**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

Total This Invoice                                    $        2,522.02

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

July 18, 2011

**Invoice No. 1308420**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/01/11 | K. Rodriguez | 0.10 | L120 | | Correspondence with medical provider for one of plaintiffs concerning release of medical information pursuant to subpoena. |
| 06/07/11 | K. Rodriguez | 1.30 | L390 | | Review and analyze documents from plaintiffs' medical records in comparison to plaintiffs' interrogatory responses regarding damages (.5); Update summary judgment outline regarding same (.3); Research regarding battery damages under Illinois law (.5). |
| 06/07/11 | N. Spears | 0.10 | L120 | | Email re: status. |
| 06/08/11 | N. Spears | 0.40 | L120 | | Update call w/L. Washburn. |
| 06/08/11 | K. Rodriguez | 0.40 | L120 | | Confer with L. Washburn and N. Spears regarding discovery status (.2); confer with N. Spears regarding review of documents produced from plaintiffs' medical providers thus far (.2). |
| 06/15/11 | N. Spears | 0.10 | L120 | | Email w/W. Cunningham. |
| 06/16/11 | K. Rodriguez | 0.60 | L120 | | Correspondence with E. Howard concerning status of case and upcoming depositions (.2); Review revised signed releases from plaintiffs as requested by medical provider (.2); Correspondence with opposing counsel regarding incompleteness of same (.2). |
| 06/16/11 | N. Spears | 0.30 | L120 | A106 | Email w/B. Cunningham and L. Washburn re: depositions. |
| 06/17/11 | K. Rodriguez | 0.20 | L120 | | Correspondence with E. Howard regarding deposition preparation. |

2

JENNIFER KELLEY, ET AL.

July 18, 2011

Matter: 09723590-0013
Invoice No.: 1308420

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/20/11 | N. Spears | 0.30 | L120 | | Phone conference w/B. Cunningham re: status and depositions. |
| 06/22/11 | N. Spears | 0.30 | L120 | | Update w/L. Washburn re: status, B. Cunningham and budget. |
| 06/29/11 | K. Rodriguez | 0.20 | L310 | | Correspondence with opposing counsel regarding status of overdue revised medical releases. |
| 06/29/11 | K. Rodriguez | 0.30 | L120 | | Draft update for insurance carriers concerning Tribune Broadcasting/Kelley matter. |
| 06/29/11 | N. Spears | 0.40 | L120 | | Email re: update to insurers (.10); prepare and edit draft of same and email w/K. Rodriguez re: same (.30). |

| | | | | | |
|------|-----------|-------|------|----------|-----------|
| Total Hours | | 5.00 | | | |
| Fee Amount | | | | | $2,131.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.90 | $1,092.50 |
| K. Rodriguez | $335.00 | 3.10 | $1,038.50 |
| Totals | | 5.00 | $2,131.00 |

3

JENNIFER KELLEY, ET AL.

July 18, 2011

Matter: 09723590-0013
Invoice No.: 1308420

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Misc. Postage | | 196.77 |
| | | SUBTOTAL | 196.77 |
| 5/27/2011 | Outside Duplicating THOMAS M KOST DOCUMENT RETRIEVAL | | 29.25 |
| | | SUBTOTAL | 29.25 |
| 6/17/2011 | Outside Professional Services - -        GULF COAST ASTHMA & ALLERGY CLINIC copies of medical records for  Leigh LaCroix | | 165.00 |
| | | SUBTOTAL | 165.00 |
| | Total Disbursements | | $391.02 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 2,131.00 |
| Disbursement Total | $ | 391.02 |
| Invoice Total | $ | 2,522.02 |

4

# **EXHIBIT B**

# **UNPAID INVOICES**

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

**Invoice No. 1302868**

Client/Matter: 09721775-0002

Kevin McAndrew Subpoena

Payment Due Upon Receipt

Total This Invoice                                          $          1,593.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

Invoice No. 1302868

Client/Matter: 09721775-0002

Kevin McAndrew  Subpoena

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/04/11 | S. Fifer | 0.40 | L110 | | Telecon from Brian Clark, counsel for Loyola Univ. Phoenix re strategy and planning. |
| 05/04/11 | * N. Spears | 0.20 | L120 | | Email from D. Dunn re: status on subpoena and call w/defendant's counsel. |
| 05/05/11 | K. Rodriguez | 0.20 | L110 | | Call to ASA on People v. McAndrew matter concerning subpoena issued by defendant. |
| 05/06/11 | K. Rodriguez | 0.20 | L120 | | Confer with N. Spears regarding response to subpoena in People v. McAndrew matter. |
| 05/06/11 | N. Spears | 0.10 | L120 | | Phone conference w/K. Flax re: status of subpoena and checking for any responsive documents. |
| 05/09/11 | K. Rodriguez | 0.20 | L120 | | Confer with counsel for Loyola Phoenix regarding strategy in responding to subpoena and application for divestiture. |
| 05/10/11 | N. Spears | 0.20 | L120 | | Email from B. Kimrey associate (.10); email to K. Flax re: same (.10). |
| 05/11/11 | S. Fifer | 0.10 | L110 | | Reply to B. Clark (Loyola) re request for exhibits. |
| 05/17/11 | N. Spears | 0.30 | L120 | A107 | Phone conference w/D. Dunn, B. Kimrey and other media's counsel for responses to motion to divest. |

2

Kevin McAndrew  Subpoena

June 21, 2011

Matter: 09721775-0002
Invoice No.: 1302868

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/17/11 | K. Rodriguez | 0.60 | L120 | | Confer with counsel for Loyola Phoenix and Sun Times regarding strategy in responding to divestiture motion (.3); Draft letter to counsel for defendants requesting notice of hearing date and opportunity to brief divestiture application (.3). |
| 05/23/11 | K. Rodriguez | 0.10 | L250 | | Finalize letter to opposing counsel in People v. McAndrew reporter's privilege matter (.1). |
| 05/25/11 | N. Spears | 0.40 | L120 | | Read court order (.10); follow up w/K. Flax re: same and whether documents exist (.20); email from B. Kimrey (.10). |
| Total Hours | | 3.00 | | | |
| Fee Amount | | | | | $1,438.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.20 | $690.00 |
| S. Fifer | $625.00 | 0.50 | $312.50 |
| K. Rodriguez | $335.00 | 1.30 | $435.50 |
| Totals | | 3.00 | $1,438.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 5/2/2011 | Outside Professional Services - - UNITED PROCESSING INC INVOICE # 107143 PROCESS SERVICE | | 155.00 |
| | | SUBTOTAL | 155.00 |
| | Total Disbursements | | $155.00 |

3

Kevin McAndrew  Subpoena

June 21, 2011

Matter: 09721775-0002
Invoice No.: 1302868

| | | |
|---|---|---|
| Fee Total | $ | 1,438.00 |
| Disbursement Total | $ | 155.00 |
| Invoice Total | $ | 1,593.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

**Invoice No. 1302869**

Client/Matter: 09721775-0003

Joseph Mahr

Payment Due Upon Receipt

Total This Invoice                                    $            407.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

**Invoice No. 1302869**

Client/Matter:   09721775-0003

Joseph Mahr

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/02/11 | K. Rodriguez | 0.30 | L120 | | Review record in Mahr matter. |
| 05/09/11 | K. Rodriguez | 0.40 | L120 | | Review full record on appeal. |
| 05/23/11 | N. Spears | 0.30 | L120 | | Edit letter. |
| Total Hours | | 1.00 | | | |
| Fee Amount | | | | | $407.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.30 | $172.50 |
| K. Rodriguez | $335.00 | 0.70 | $234.50 |
| Totals | | 1.00 | $407.00 |

Fee Total     $     407.00

Invoice Total     $     407.00

2

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: KAREN FLAX

June 21, 2011

**Invoice No. 1302870**

Client/Matter: 09721775-0004

Tahawwur Hussain Rana - Access Motion to Santiago
Proffer and Other Pleadings Under Seal

Payment Due Upon Receipt

---

Total This Invoice          $     7,500.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

Tahawwur Hussain Rana

June 21, 2011

Matter: 09721775-0004
Invoice No.: 1302870

Client/Matter:  09721775-0004

Tahawwur Hussain Rana

For Professional Services Rendered re:  Access Motion
to Santiago Proffer and Other Pleadings Under Seal

| | | |
|---|---|---|
| Fee Total | $ | 7,500.00 |
| Invoice Total | $ | 7,500.00 |

2

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

August 15, 2011

**Invoice No. ******

Client/Matter:  09721775-0004

Tahawwur Hussain Rana

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/12/11 | G. Naron | 0.40 | 208.00 | Teleconferences, emails N. Spears re: motion for access in Rana case (.20); review background material re: same (.20). |
| 05/13/11 | G. Naron | 3.20 | 1,664.00 | Review background materials, articles (.5); research re: motion for access to Santiago proffer in Rana case (.8); draft motion for access (1.8); emails N. Spears re: same (.1). |
| 05/13/11 | N. Spears | 0.80 | 460.00 | Read draft motion to unseal from G. Naron (.4); analyze docket re: numerous sealed filings and Broader motion given record and timing of motion to unseal (.4). |
| 05/14/11 | N. Spears | 0.30 | 172.50 | E-mail K. Flax re: motion and docket. |
| 05/16/11 | G. Naron | 0.30 | 156.00 | Review file, motion for access to Santiago proffer in Rana case, teleconferences N. Spears re: same. |
| 05/18/11 | G. Naron | 2.20 | 1,144.00 | Review docket, filings in Rana case (.9); revise draft motion for intervention/access (1.3). |
| 05/18/11 | N. Spears | 0.20 | 115.00 | Phone conference with K. Flax re: expanding motion to unseal pleadings and Santiago proffer (.10); phone call to G. Naron re: same (.10). |
| 05/19/11 | G. Naron | 2.20 | 1,144.00 | Review docket, filings in Rana case (.9); revise draft motion for intervention/access (1.2); emails N. Spears, K. Rodriguez re: same (.1). |
| 05/20/11 | G. Naron | 0.50 | 260.00 | Research re: motion for intervention/access (.3); review, revise draft motion, emails N. Spears, K. Rodriguez re: same (.2). |
| 05/20/11 | K. Rodriguez | 0.80 | 268.00 | Research in support of Rana motion (.8). |
| 05/20/11 | N. Spears | 0.50 | 287.50 | Review revised draft brief in support of access (.40); email re: same (.10). |
| 05/20/11 | K. Rodriguez | 1.30 | 435.50 | Review and revise motion to intervene and to object to wholesale sealing in Rana matter |

2

Tahawwur Hussain Rana

August 15, 2011

Matter: 09721775-0004
Invoice No.: \*\*\*\*\*\*

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/22/11 | N. Spears | 0.50 | 287.50 | Finish review of revised draft motion and email K. Flax re: revised brief to include unsealing of other pleadings on docket. |
| 05/23/11 | K. Rodriguez | 0.80 | 268.00 | Revise and finalize motion to intervene and to object to wholesale sealing of pleadings in Rana case pending in Northern District of Illinois |
| 05/23/11 | N. Spears | 0.60 | 345.00 | Edit final motion. |
| 05/24/11 | N. Spears | 1.10 | 632.50 | Call from clerk (.10); prepare for court hearing (1.0). |
| 05/24/11 | K. Rodriguez | 0.20 | 67.00 | Research Judge St. Eve CIPA access decision to assist in preparation for hearing on motion to intervene and to object to wholesale sealing in Rana matter. |
| 05/25/11 | N. Spears | 1.60 | 920.00 | Prepare for and attend hearing on motion for access (1.20); email follow up re: same (.30); email re: Santiago Proffer release (.10). |

Total Hours                          17.50

Fee Amount                                                          $7,500.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 5.60 | $3,220.00 |
| G. Naron | $520.00 | 8.80 | $4,576.00 |
| K. Rodriguez | $335.00 | 3.10 | $1,038.50 |
| Totals | | 17.50 | $8,834.50 |

Fee Total                    $      7,500.00

Invoice Total                $      7,500.00

# SNR DENTON ⅎ

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS  60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

**Invoice No. 1302872**

Client/Matter: 09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

Payment Due Upon Receipt

Total This Invoice      $     9,899.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

Invoice No. 1302872

Client/Matter:  09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/02/11 | G. Naron | 0.10 | L120 | | Teleconferences with N. Spears regarding appeal ▮▮▮▮▮▮▮▮▮▮ |
| 05/04/11 | G. Naron | 1.50 | L430 | | Review file, consideration of possible issues ▮▮▮▮▮▮▮▮▮▮▮▮ (.9); draft email re: same (.6). |
| 05/09/11 | G. Naron | 0.70 | L250 | | Analyze possible issues ▮▮▮▮▮▮▮ email N. Spears re: same. |
| 05/10/11 | N. Spears | 1.10 | L120 | | Review notices of appeal (.30); email w/K. Flax re: U of I press release and review same (.40); email▮▮▮▮- ▮▮▮▮▮▮▮ from G. Naron (.40). |
| 05/10/11 | G. Naron | 1.60 | L510 | | Emails re: appeal (.3); review University filings re same (.2); research re: procedures on appeal, ▮▮▮▮▮▮▮ (.9) emails N. Spears re: same (.2). |
| 05/11/11 | G. Naron | 0.20 | L510 | | Review appeal procedures/timing, emails re: same. |
| 05/11/11 | N. Spears | 0.60 | L120 | | Review appellate filings and docket sheet (.3); e-mail K. Flax, B. Healey re: same (.1); e-mail from F. Lamonte of SPJ re: amicus (.2). |
| 05/12/11 | G. Naron | 0.20 | L510 | | Review file, rules; emails re: appeal procedures/timing (.10); teleconferences N. Spears re: strategy ▮▮▮▮▮ (.10). |
| 05/12/11 | N. Spears | 0.50 | L120 | | Work on amicus effort (.40); email w/G. Naron re: same, and 7th Cir. filings (.10). |

UNIVERSITY OF ILLINOIS - FOIA MATTER

June 21, 2011

Matter: 09721775-0060
Invoice No.: 1302872

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/16/11 | K. Rodriguez | 0.30 | L520 | | Draft disclosure statement. |
| 05/16/11 | G. Naron | 0.30 | L510 | | Review disclosure statement for appeal, emails re: same (.1); review pleadings ████████████ (.2). |
| 05/17/11 | G. Naron | 0.30 | L510 | | Review appellant's docketing statement (.20); review circuit rules, emails re: same, disclosure statement for appeal (.10). |
| 05/17/11 | K. Rodriguez | 0.30 | L510 | | Review and analyze docketing statement filed by University of Illinois to determine if Tribune should file a separate docketing statement. |
| 05/18/11 | G. Naron | 0.70 | L510 | | Review amended complaint in state court action, ████████████ ████████████ review statute, cases re: same. |
| 05/23/11 | K. Rodriguez | 0.30 | L120 | | Review and analyze docketing statement filed by University of Illinois. |
| 05/24/11 | N. Spears | 0.10 | L120 | | Review response requirement for docketing statement. |
| 05/25/11 | N. Spears | 0.30 | L120 | | Email re: R 33 notice. |
| 05/25/11 | G. Naron | 3.20 | L120 | | Analysis of state court complaint (.3); research re: privacy exemption, application of new statute (1.7); email memo to N. Spears re: same (1.2). |
| 05/26/11 | G. Naron | 2.60 | L120 | | Review file, research re privacy exemption, application of new statute (1.8); further email memo to N. Spears re: same (.8). |
| 05/27/11 | N. Spears | 0.50 | L120 | | Review notice of R. 33 conference and analyze approach to same (.40); email K. Flax and B. Healey re: same (.10). |
| 05/31/11 | G. Naron | 3.50 | L210 | | Review FOIA, statute and cases (.3); analyze second amended complaint, attached FOIA correspondence re: possible further amendments (1.7); emails to N. Spears re: same (.1); analyze possible third amended complaint (1.4). |
| 05/31/11 | K. Rodriguez | 0.20 | L510 | | Finalize disclosure statement for filing. |

3

UNIVERSITY OF ILLINOIS - FOIA MATTER

June 21, 2011

Matter: 09721775-0060
Invoice No.: 1302872

Total Hours                          19.10

Fee Amount                                                              $9,899.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 3.10 | $1,782.50 |
| G. Naron | $520.00 | 14.90 | $7,748.00 |
| K. Rodriguez | $335.00 | 1.10 | $368.50 |
| Totals | | 19.10 | $9,899.00 |

| | | |
|---|---|---|
| Fee Total | $ | 9,899.00 |
| Invoice Total | $ | 9,899.00 |

4

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

**Invoice No. 1302873**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

---

Total This Invoice                                    $        7,256.30

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars – Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⏚

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
TRIBUNE TOWER
435 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611
ATTN: PHILIP DOHERTY
CHIEF FINANCIAL OFFICER

June 21, 2011

Invoice No. 1302873

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/02/11 | N. Spears | 1.00 | L120 | | Prepare for oral argument on motion for reconsideration and Rule 308 motion. |
| 05/03/11 | N. Spears | 1.60 | L190 | | Prepare for oral argument and attend oral argument on motion for reconsideration and in alternative R. 308 appeal language (1.5); call to K. Flax re: same (.1). |
| 05/03/11 | K. Rodriguez | 1.70 | L450 | | Attend hearing on motion to reconsider (1.60) NO CHARGE; draft overview of same for K. Flax (.10). |
| 05/06/11 | K. Rodriguez | 0.10 | L120 | | Correspondence regarding files of reporter M. Riske. |
| 05/06/11 | N. Spears | 0.20 | L120 | | Phone conference w/K. Flax re: status of court hearing and need to interview our reporter. |
| 05/09/11 | N. Spears | 0.30 | L120 | | Email w/K. Flax, P. Kendall re: conference call w/reporter. |
| 05/09/11 | K. Rodriguez | 0.20 | B101 | | Confer with counsel for Sun-Times regarding discovery due date (.1); Confer with counsel for plaintiffs regarding same (.1). |
| 05/10/11 | N. Spears | 1.10 | L120 | | Prepare for call w/reporter, including review of article (.30); call w/K. Flax, M. Riske et al re: investigation/interviews for story (.50); conference w/K. Rodriguez re: drafting declaration and next steps (.30). |
| 05/12/11 | G. Naron | 0.10 | L120 | | Teleconference N. Spears re: litigation strategy. |

2

BRYAN AND CYNTHIA LINDGREN

June 21, 2011

Matter: 09721775-0066
Invoice No.: 1302873

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/12/11 | N. Spears | 0.40 | L120 | | Email to K. Flax re: summary (.30); call to plaintiffs' counsel (.10). |
| 05/16/11 | N. Spears | 0.50 | L120 | | Phone conference w/K. Seday (plaintiffs' counsel) re: request for dismissal of Tribune in exchange for affidavit (.30); conference w/K. Rodriguez re: drafting affidavit for M. Riske and holding off on answer to complaint (.20). |
| 05/19/11 | K. Rodriguez | 0.20 | L210 | | Review correspondence from plaintiffs' counsel regarding release of Tribune from suit; correspondence with N. Spears regarding same. |
| 05/19/11 | N. Spears | 0.50 | L120 | | Read email from Plaintiffs' counsel re: refusal to dismiss on basis of declaration (.20); email to K. Flax re: same (.20); conference w/K. Rodriguez re: preparing pleadings (.10). |
| 05/23/11 | K. Rodriguez | 0.20 | L210 | | Confer with N. Spears regarding strategy in answering second amended complaint. |
| 05/24/11 | N. Spears | 0.20 | L120 | | Follow up on issues w/plaintiff counsel. |
| 05/24/11 | K. Rodriguez | 0.20 | L210 | | Correspondence with opposing counsel regarding answer and discovery. |
| 05/25/11 | K. Rodriguez | 3.90 | L210 | | Draft answer to second amended complaint (1.6); Draft affidavit of reporter Melissa Riske (1.4); Draft letter to opposing counsel reminding her of potential sanctions for pursuing meritless suit to accompany affidavit from reporter (.9). |
| 05/25/11 | N. Spears | 1.00 | L120 | | Review and edit first draft of answer, letter and declaration. |
| 05/26/11 | N. Spears | 2.00 | L120 | | Edit answer, Rule 137 letter, declaration. |

BRYAN AND CYNTHIA LINDGREN

June 21, 2011

Matter: 09721775-0066
Invoice No.: 1302873

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/12/11 | N. Spears | 0.40 | L120 | | Email to K. Flax re: summary (.30); call to plaintiffs' counsel (.10). |
| 05/16/11 | N. Spears | 0.50 | L120 | | Phone conference w/K. Seday (plaintiffs' counsel) re: request for dismissal of Tribune in exchange for affidavit (.30); conference w/K. Rodriguez re: drafting affidavit for M. Riske and holding off on answer to complaint (.20). |
| 05/19/11 | K. Rodriguez | 0.20 | L210 | | Review correspondence from plaintiffs' counsel regarding release of Tribune from suit; correspondence with N. Spears regarding same. |
| 05/19/11 | N. Spears | 0.50 | L120 | | Read email from Plaintiffs' counsel re: refusal to dismiss on basis of declaration (.20); email to K. Flax re: same (.20); conference w/K. Rodriguez re: preparing pleadings (.10). |
| 05/23/11 | K. Rodriguez | 0.20 | L210 | | Confer with N. Spears regarding strategy in answering second amended complaint. |
| 05/24/11 | N. Spears | 0.20 | L120 | | Follow up on issues w/plaintiff counsel. |
| 05/24/11 | K. Rodriguez | 0.20 | L210 | | Correspondence with opposing counsel regarding answer and discovery. |
| 05/25/11 | K. Rodriguez | 3.90 | L210 | | Draft answer to second amended complaint (1.6); Draft affidavit of reporter Melissa Riske (1.4); Draft letter to opposing counsel reminding her of potential sanctions for pursuing meritless suit to accompany affidavit from reporter (.9). |
| 05/25/11 | N. Spears | 1.00 | L120 | | Review and edit first draft of answer, letter and declaration. |
| 05/26/11 | N. Spears | 2.00 | L120 | | Edit answer, Rule 137 letter, declaration. |

3

BRYAN AND CYNTHIA LINDGREN

June 21, 2011

Matter: 09721775-0066
Invoice No.: 1302873

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/26/11 | K. Rodriguez | 1.40 | L210 | | Review motion to reconsider filed by Advocate (.3); Confer with N. Spears re: revisions to answer, reporter, and letter to plaintiffs' counsel (.3); Revise answer (.3); Revise affidavit of reporter and letter to plaintiffs' counsel (.4); Correspondence with K. Flax regarding same (.1). |
| 05/31/11 | K. Rodriguez | 0.10 | L210 | | Correspondence with opposing counsel regarding anticipated filing date for answer. |

| | | | | | |
|------|-----------|-------|------|----------|-----------|
| Total Hours | | 16.90 | | | |
| Fee Amount | | | | | $7,792.00 |
| Less Discount | | | | | ($536.00) |
| Fee Total | | | | | $7,256.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 8.80 | $5,060.00 |
| G. Naron | $520.00 | 0.10 | $52.00 |
| K. Rodriguez | $335.00 | 8.00 | $2,680.00 |
| Totals | | 16.90 | $7,792.00 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| | Document reproduction | 0.30 |
| | SUBTOTAL | 0.30 |
| | Total Disbursements | $0.30 |

4

BRYAN AND CYNTHIA LINDGREN

June 21, 2011

Matter: 09721775-0066
Invoice No.: 1302873

| | | |
|---|---|---|
| Fee Total | $ | 7,256.00 |
| Disbursement Total | $ | 0.30 |
| Invoice Total | $ | 7,256.30 |

5

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

June 21, 2011

**Invoice No. 1302874**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                                $        2,306.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⫟

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

June 21, 2011

**Invoice No. 1302874**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/06/11 | N. Spears | 0.60 | L120 | | Conference w/K. Flax re: Rana trial and Santiago proffer issues and letter to Judge (.30); look up case status and judge assigned (.20); email w/G. Naron re: letter as to blackberries in courtroom (.10). |
| 05/07/11 | G. Naron | 0.40 | L250 | | Review correspondence, order in Rana case (.10); draft letter to Judge Leinenweber re: trial procedures (.30). |
| 05/08/11 | N. Spears | 0.40 | L120 | | Email to K. Flax re: Rana trial and edit same. |
| 05/09/11 | G. Naron | 0.10 | L250 | | Review correspondence, emails re: letter to Judge Leinenweber re: trial procedures in Rana case. |
| 05/09/11 | N. Spears | 0.20 | L120 | | Email re: Rana trial procedures. |
| 05/10/11 | N. Spears | 0.30 | L120 | | Phone conference w/K. Flax ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 05/11/11 | N. Spears | 0.80 | L110 | | Phone conference re: internal investigation and follow up re: same in preparation for meeting (.5); ▮▮▮▮▮▮. ▮▮▮▮▮ (.3). |
| 05/12/11 | N. Spears | 0.30 | L120 | | Phone conference w/K. Flax re: Kitchen subpoena. |
| 05/27/11 | N. Spears | 0.60 | L120 | | Phone conferences w/K. Flax re: Blago transcripts issue (.30); follow up calls w/S. Fifer, T. Kost (docket) re: same (.30). |

| Total Hours | | 3.70 | | | |

2

EDITORIAL-GENERAL
0000001492

June 21, 2011

Matter: 09721775-1003
Invoice No.: 1302874

Fee Amount                                                              $2,100.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 3.20 | $1,840.00 |
| G. Naron | $520.00 | 0.50 | $260.00 |
| Totals | | 3.70 | $2,100.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 4/26/2011 | Miscellaneous Hard - - · DOCKET PETTY CASH Court Cost | | 206.00 |
| | | SUBTOTAL | 206.00 |
| | Total Disbursements | | $206.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,100.00 |
| Disbursement Total | $ | 206.00 |
| Invoice Total | $ | 2,306.00 |

3

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 22, 2011

**Invoice No. 1303450**

Client/Matter: 09721775-0057

BLAGOJEVICH -OBJECTION TO WHOLESALE
SEALING OF PLEADINGS

Payment Due Upon Receipt

Total This Invoice                                    $        7,500.00

Please return this page with your payment

In the case of mail deliveries to:                    In the case of overnight deliveries to:
SNR Denton US LLP                                     SNR Denton US LLP
Dept. 3078                    OR                      Attention: Accounting
Carol Stream, IL 60132-3078                           233 South Wacker Drive
                                                      Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

June 22, 2011

**Invoice No. 1303450**

Client/Matter:  09721775-0057

**BLAGOJEVICH - OBJECTION TO WHOLESALE SEALING OF PLEADINGS**

:

For Professional Services Rendered re:
Objection to Wholesale Sealing of Pleadings

$.7,500.00

|  |  |  |
|---|---|---|
| Fee Total | $ | 7,500.00 |
| Invoice Total | $ | 7,500.00 |

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

Invoice No. ******

Client/Matter:  09721775-0057

CELLINUBLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/24/11 | G. Naron | 0.20 | 104.00 | Review file, e-mails NJSpears re motion to intervene re juror questionnaires, etc. |
| 01/26/11 | N. Spears | 0.50 | 287.50 | E-mail to K. Flax and D. Craven re: new motion for second trial and review and revise same. |
| 01/26/11 | G. Naron | 2.23 | 1,161.00 | Teleconferences, emails N. Spears re: motion for access to juror questionnaires (.2); review file, research, further consideration of issues re:  same (1.1); revise motion re:  same (1.0). |
| 01/26/11 | G. Naron | 0.07 | 35.00 | Teleconferences, emails N. Spears re: motion for access to juror questionnaires (.2); review file, research, further consideration of issues re:  same (1.1); revise motion re:  same (1.0). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 3.00 | | |
| Fee Amount | | | | $1,587.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.50 | $287.50 |
| G. Naron | $520.00 | 2.50 | $1,300.00 |
| Totals | | 3.00 | $1,587.50 |

| | | |
|---|---|---|
| Fee Total | $1,587.50 | |
| Invoice Total | $1,587.50 | |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

Invoice No. ******

Client/Matter: 09721775-0057

CELLINUBLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 02/04/11 | N. Spears | 0.40 | 230.00 | Phone conference with INBA (.3); e-mail K. Flax and D. Craven (.1). |
| 02/07/11 | J. Klenk | 0.10 | 65.00 | Teleconference with N. Spears re: Judge Zagel and filing. |
| 02/07/11 | K. Rodriguez | 0.19 | 62.00 | Cite check motion to intervene and for access to juror names post-retrial and finalize for filing. |
| 02/07/11 | K. Rodriguez | 0.81 | 273.00 | Cite check motion to intervene and for access to juror names post-retrial and finalize for filing. |
| 02/08/11 | G. Naron | 0.50 | 260.00 | Review, analyze District Court order on jurors (.2); teleconferences, emails N. Spears re: same (.1); review, edit motion to intervene (.2). |
| 02/08/11 | N. Spears | 0.20 | 115.00 | Review new court order and email re: same. |
| 02/10/11 | G. Naron | 2.20 | 1,144.00 | Review file, cases, order re: juror issues (.5); draft motion to intervene/objections to juror service order (1.6); emails re: same (.1). |
| 02/11/11 | G. Naron | 0.20 | 104.00 | Review file, draft motion to intervene/objections to juror service order. |
| 02/14/11 | G. Naron | 1.00 | 520.00 | Review file, draft motion to intervene/objections to juror service order; email N. Spears re: same. |
| 02/15/11 | N. Spears | 0.50 | 287.50 | Read new defense brief and rewrite w/same. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 02/15/11 | G. Naron | 2.00 | 1,040.00 | Review file, review, analyze defendant's filing on jury issue (.5); draft motion to intervene/objections to juror service order (1.5); teleconferences, emails N. Spears re: same (.1). |
| 02/16111 | G. Naron | 1.37 | 712.50 | Review file, draft motion to intervene/objections to juror service order (1.0); teleconferences, emails N. Spears re: same (.2). |
| 02/16111 | N. Spears | 0.30 | 172.50 | Phone conference with K. Flax, P. Kendall, M. O'Connor. |
| 02/16/11 | G. Naron | 0.03 | 15.50 | Review file, draft motion to intervene/objections to juror service order (1.0); teleconferences, emails N. Spears re: same (.2). |
| 02/17/11 | N. Spears | 0.50 | 287.50 | Edit brief and file. |
| 02/17/11 | G. Naron | 0.10 | 52.00 | Teleconferences, emails N. Spears re: motion to intervene/objections to juror service order. |
| 02/17/11 | K. Rodriguez | 1.00 | 335.00 | Review and finalize motion to intervene. |
| 02/22/11 | G. Naron | 0.90 | 468.00 | Review, analyze Governments brief on juror issues (.6); email J. Klenk, N. Spears re: same (.3)- |
| 02/22/11 | K. Rodriguez | 0.90 | 301.50 | Review government response to press intervenors' motion. |
| 02/23/11 | K. Rodriguez | 0.40 | 134.00 | Gather and review outside sources cited in government's response for J. Klenk in preparation for hearing on motion to intervene. |
| 02/23/11 | J. Klenk | 1.93 | 1,252.00 | Appear before Judge Zagel (.7); conference with K. Flax (.3); prepare for motion (1.1). |
| 02/23/11 | G. Naron | 0.10 | 52.00 | Teleconference J. Klenk re: hearing on juror issues; review marshal's report re: same. |
| 02/23/11 | J. Klenk | 0.17 | 113.00 | Appear before Judge Zagel (.7); conference with K. Flax (.3); prepare for motion (1.1). |
| 02/24/11 | J. Klenk | 1.90 | 1,235.00 | Appear at hearing before Judge Zagel (.8); prepare for same (.8); conferences |

|  |  |  |  | K. Flax, M. O'Connor (.3). |
| --- | --- | --- | --- | --- |
| 02/28/11 | G. Naron | 0.30 | 156.00 | Review Judge Zagel order on juror issues; email J. Klenk, N. Spears re: same. |

| Total Hours | | 18.00 | | |
| Fee Amount | | | | $9,387.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
| --- | --- | --- | --- |
| J. Klenk | $650.00 | 4.10 | $2,665.00 |
| N. Spears | $575.00 | 1.90 | $1,092.50 |
| G. Naron | $520.00 | 8.70 | $4,524.00 |
| K. Rodriguez | $335.00 | 3.30 | $1,105.50 |
| Totals | | 18.00 | $9,387.00 |

| Fee Total | $9,387.00 |
| --- | --- |
| Invoice Total | $9,387.00 |

# SNR DENTON ⅃

SNR Denton US LLP          snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

ATTN:  KAREN FLAX                                      August 10, 2011
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE                          Invoice No. ******
CHICAGO, IL 60611
USA

Client/Matter:  09721775-0057

CELLINUBLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through March 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/02/11 | K. Rodriguez | 0.30 | 100.50 | Review docket and Zagel's calendar to determine if any new rulings have been issued regarding jury procedures, per K. Flax's inquiry. |
| 03/21/11 | N. Spears | 0.80 | 460.00 | Analyze recent motions filed under seal in Blago case and email w/K. Flax re: same (.80). |
| 03/22/11 | M. Flessner | 0.20 | 131.00 | Review docket sheet regarding motions filed under seal; conference call with N. Spears regarding same. |
| 03/22/11 | N. Spears | 0.30 | 172.50 | Update to K. Flax re:  new sealed filings in Blago. |

Total Hours                          1.60

Fee Amount                                                    $3,578.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Flessner | $655.00 | 0.20 | $131.00 |
| N. Spears | $575.00 | 1.10 | $632.50 |
| K. Rodriguez | $335.00 | 0.30 | $100.50 |
| Totals | | 1.60 | $864.00 |

| | | |
|---|---|---|
| Fee Total | $3,578.00 | |
| Invoice Total | $3,578.00 | |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

Invoice No. ******

Client/Matter:  09721775-0057

CELLINUBLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through April 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 04/08/11 | N. Spears | 0.20 | 115.00 | Conference and email w/K. Flax re: Blago motions under seal. |
| 04/12/11 | G. Naron | 1.60 | 832.00 | Teleconferences, emails N. Spears re: sealed documents (.1); review file, docket, precedents re: same (.3); draft motion to intervene and challenging sealing (1.2). |
| 04/12/11 | K. Rodriguez | 0.70 | 234.50 | Review and edit motion to object to wholesale sealing of filed documents. |
| 04/13/11 | G. Naron | 0.20 | 104.00 | Review file, further consideration of motion to challenge sealing).10); emails N. Spears re:  same (.10). |
| 04/13/11 | N. Spears | 0.90 | 517.50 | Prepare for hearing on motion to object to wholesale sealing (.50); phone conferences w/AUSA and R. Schar re: same (.20); email w/M. O'Connor re: new sealed motion (.20). |
| 04/14/11 | N. Spears | 3.00 | 1,725.00 | Attend Court on motion to object to wholesale sealing of pleadings. |
| 04/19/11 | N. Spears | 0.40 | 230.00 | Call w/R. Schar re:  sealed motion and email w/K. Flax and M. O'Connor re: same. |
| 04/25/11 | N. Spears | 0.30 | 172.50 | Email re:  compliance. |
| Total Hours | | 7.30 | | |
| Fee Amount | | | $3,930.50 | |

<u>TIME AND FEE SUMMARY</u>

| **<u>Timekeeper</u>** | **<u>Rate</u>** | **<u>Hours</u>** | **<u>Fees</u>** |
|---|---|---|---|
| N. Spears | $575.00 | 4.80 | $2,760.00 |
| G. Naron | $520.00 | 1.80 | $936.00 |
| K. Rodriguez | $335.00 | <u>0.70</u> | <u>$234.50</u> |
| Totals | | 7.30 | $3,930.50 |
| | Fee Total | $3,930.50 | |
| | Invoice Total | $3,930.50 | |

# SNR DENTON ⅎ

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

August 10, 2011

Invoice No. ******

Client/Matter:  09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 05/09/11 | K. Rodriguez | 1.30 | 435.50 | Draft and revise motion to compel compliance with court's order regarding unsealing previously sealed filings. |
| 05/10/11 | K. Rodriguez | 0.40 | 134.00 | Revise and finalize motion to compel compliance with court's order regarding unsealing of filings. |
| 05/10/11 | N. Spears | 0.20 | 115.00 | File motion to compel. |
| 05/10/11 | G. Naron | 0.10 | 52.00 | Review draft motion to compel sealed documents. |
| 05/12/11 | G. Naron | 0.10 | 52.00 | Review recent filings in second trial. |
| 05/12/11 | N. Spears | 0.30 | 172.50 | Email re: Santiago proffer in Rana. |
| 05/13/11 | G. Naron | 0.20 | 104.00 | Review redacted documents filed by Government. |
| 05/16/11 | G. Naron | 0.20 | 104.00 | Review redacted documents filed by Government (.10); emails N. Spears re: same (.10). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 2.80 | | |
| Fee Amount | | | | $3,569.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.50 | $287.50 |
| G. Naron | $520.00 | 0.60 | $312.00 |
| K. Rodriguez | $335.00 | 1.70 | $569.50 |
| Totals | | 2.80 | $1,169.00 |

2

CELLINI/BLAGOJEVICH – ACCESS TO PRE-TRIAL

Matter: 09721775-0057
Invoice No.: ******

August 10, 2011

| | | |
|---|---|---|
| Fee Total | $ | 3,569.50 |
| Invoice Total | $ | 3,569.50 |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

August 9, 2011

**Invoice No. 1301273**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

---

Total This Invoice                                    $         1,582.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

August 9, 2011

**Invoice No. 1301273**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through May 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 05/02/11 | K. Rodriguez | 0.10 | L310 | | Review records and correspondence produced from plaintiffs' medical providers. |
| 05/02/11 | N. Spears | 0.40 | L120 | | Releases:  Review at high level draft consultant release and supplement guest release, and confer w/S. Fifer re: same. |
| 05/04/11 | K. Rodriguez | 0.30 | L310 | | Review and respond to inquiry from medical provider concerning subpoena (.1); Review records produced (.2). |
| 05/05/11 | K. Rodriguez | 0.40 | L450 | | Prepare pleadings for hearing set for 5/6. |
| 05/06/11 | N. Spears | 1.00 | L120 | | Attend court status. |
| 05/18/11 | K. Rodriguez | 0.40 | L310 | | Review objections from two of plaintiffs' medical providers to Tribune's subpoena for medical records (.2); Revise request for documents accordingly (.2). |
| 05/19/11 | K. Rodriguez | 0.20 | L310 | | Correspondence with plaintiffs' counsel regarding revised release forms. |
| 05/23/11 | K. Rodriguez | 0.10 | L140 | | Draft discovery hearing status update to L. Washburn. |
| 05/23/11 | N. Spears | 0.20 | L120 | | Update L. Washburn. |
| Total Hours | | 3.10 | | | |
| Fee Amount | | | | | $1,422.50 |

JENNIFER KELLEY, ET AL.

August 9, 2011

Matter: 09723590-0013
Invoice No.: 1301273

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 1.60 | $920.00 |
| K. Rodriguez | $335.00 | 1.50 | $502.50 |
| Totals | | 3.10 | $1,422.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| 4/26/2011 | Miscellaneous Hard - - | DOCKET PETTY CASH Court Cost | 20.00 |
| | | SUBTOTAL | 160.00 |
| | Total Disbursements | | $160.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 1,422.50 | |
| Disbursement Total | $ | 160.00 | |
| Invoice Total | $ | 1,582.50 | |

3

# SNR DENTON 卪

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 27, 2011

**Invoice No. 1310476**

Client/Matter: 09721775-0066

BRYAN AND CYNTHIA LINDGREN

Payment Due Upon Receipt

---

Total This Invoice                              $         4,430.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 27, 2011

**Invoice No. 1310476**

Client/Matter:  09721775-0066

BRYAN AND CYNTHIA LINDGREN

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/02/11 | N. Spears | 0.40 | L120 | | Review answer and conference w/K. Rodriguez re: date of reporting issue. |
| 06/02/11 | K. Rodriguez | 0.30 | L390 | | Correspondence with reporter regarding her affidavit. |
| 06/03/11 | K. Rodriguez | 0.40 | L210 | | Review and finalize answer to second amended complaint for filing (.3); Confer with N. Spears re: same (.1). |
| 06/03/11 | N. Spears | 0.30 | L120 | | Conferences w/K. Rodriguez and K. Flax re: finalizing answer. |
| 06/06/11 | K. Rodriguez | 0.20 | L120 | | Correspondence with M. Riske (reporter) regarding finalizing of affidavit. |
| 06/06/11 | N. Spears | 0.30 | L120 | | Review issues w/K. Rodriguez and email w/K. Flax. |
| 06/07/11 | N. Spears | 0.50 | L120 | | Read Advocate motion (.30); conference w/R. Rodriguez re: discovery and letter (.20). |
| 06/07/11 | K. Rodriguez | 0.20 | L310 | | Review Sun-Times' responses to plaintiffs' first set of discovery requests. |
| 06/14/11 | K. Rodriguez | 0.60 | L390 | | Confer with M. Riske ▉▉▉▉▉▉ (.2); Advise and strategize with N. Spears regarding lack of of documents (.2); Revise letter and affidavit regarding same (.2). |
| 06/14/11 | N. Spears | 0.80 | L120 | | Revise declaration and R. 137 letter (.40); email w/K. Flax re: same (.10); call w/plaintiffs' counsel (.20); conference w/K. Rodriguez re: same (.10). |

2

BRYAN AND CYNTHIA LINDGREN

July 27, 2011

Matter: 09721775-0066
Invoice No.: 1310476

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/15/11 | N. Spears | 0.30 | L120 | | Phone conference w/plaintiffs' counsel. |
| 06/16/11 | K. Rodriguez | 0.40 | L120 | | Confer with counsel for Advocate concerning their responses to discovery requests as related to Tribune (.2); Correspondence with plaintiffs' counsel regarding Rule 137 letter (.2). |
| 06/16/11 | N. Spears | 0.50 | L120 | | Finalize letter to plaintiffs' counsel. |
| 06/17/11 | K. Rodriguez | 0.10 | L120 | | Call with counsel for Advocate ~~concerning~~. |
| 06/21/11 | K. Rodriguez | 0.30 | L350 | | Review motion to compel discovery responses issued to Advocate (.2); Correspondence with N. Spears regarding same (.1). |
| 06/23/11 | K. Rodriguez | 0.40 | L140 | | Draft insert for Tribune litigation log regarding the Lindgren matter. |
| 06/23/11 | N. Spears | 0.50 | L120 | | Prepare information for Lit Log (.30); read email re: motion to compel (.20). |
| 06/24/11 | K. Rodriguez | 0.40 | L190 | | Analyze potential cap on damages in municipal division. |
| 06/24/11 | K. Rodriguez | 0.20 | L190 | | Revise and finalize litigation log concerning Lindgren matter. |
| 06/27/11 | K. Rodriguez | 0.20 | L120 | | Confer with N. Spears regarding potential cap on damages in municipal division. |
| 06/27/11 | N. Spears | 0.30 | L120 | A103 | Follow up re: Rule 222 affidavit and plaintiffs' damages. |
| 06/28/11 | K. Rodriguez | 0.20 | L390 | | Confer with plaintiff's counsel in advance of hearing set on 6/29/11 regarding motion to compel. |
| 06/29/11 | K. Rodriguez | 0.80 | L210 | | Confer with counsel for Sun-Times regarding hearing on motion to compel (.2); Review plaintiff's reply to Sun-Times affirmative defenses (.3); Review plaintiff's reply to Tribune's affirmative defenses (.3). |

| | | | | | |
|------|-----------|-------|------|----------|-----------|
| Total Hours | | 8.60 | | | |
| Fee Amount | | | | | $3,817.00 |

BRYAN AND CYNTHIA LINDGREN

July 27, 2011

Matter: 09721775-0066
Invoice No.: 1310476

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 3.90 | $2,242.50 |
| K. Rodriguez | $335.00 | 4.70 | $1,574.50 |
| Totals | | 8.60 | $3,817.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 4/13/2011 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. Attendance at hearing 3/21/11– no transcript | | 250.00 |
| 3/21/2011 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. 1/3 SHARE OF TRANSCRIPT FOR 3/21/11 HEARING BEFORE JUDGE DUNFORD - RE: BRYAN AND CYNTHINA LINDGREN | | 208.00 |
| 5/10/2011 | Outside Professional Services - - VERITEXT NEW YORK REPORTING CO. COURT REPORTER FEE FOR ATTENDING AT 5/3/11 HEARING | | 155.00 |
| | | SUBTOTAL | 613.00 |
| | Total Disbursements | | $613.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 3,817.00 | |
| Disbursement Total | $ | 613.00 | |
| Invoice Total | $ | 4,430.00 | |

4

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 22, 2011

**Invoice No. 1310478**

Client/Matter: 09721775-0005

Bruce Smith

Payment Due Upon Receipt

---

Total This Invoice                              $            967.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

July 22, 2011

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

**Invoice No. 1310478**

Client/Matter: 09721775-0005

Bruce Smith

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 06/14/11 | N. Spears | 0.70 | L120 | | Read complaint (.30); email K. Flax re: same ▮▮▮▮. (.10); phone conference w/K. Flax ▮▮▮▮▮▮▮▮ (.20); email w/K. Rodriguez ▮▮▮▮▮ (.10). |
| 06/15/11 | N. Spears | 0.40 | L120 | | Review ▮▮▮▮▮ (.30); email re: same (.10). |
| 06/15/11 | K. Rodriguez | 1.00 | L120 | | ▮▮▮▮▮▮▮▮▮▮▮▮ |

| Total Hours | 2.10 | |
|---|---|---|
| Fee Amount | | $967.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 1.10 | $632.50 |
| K. Rodriguez | $335.00 | 1.00 | $335.00 |
| Totals | | 2.10 | $967.50 |

| | | |
|---|---|---|
| Fee Total | $ | 967.50 |
| Invoice Total | $ | 967.50 |

2

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 21, 2011

**Invoice No. 1310479**

Client/Matter: 09721775-0003

Joseph Mahr

Payment Due Upon Receipt

---

Total This Invoice                    $        229.30

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 21, 2011

**Invoice No. 1310479**

Client/Matter:  09721775-0003

Joseph Mahr

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/10/11 | N. Spears | 0.20 | L120 | | Email re: briefing. |
| 06/24/11 | K. Rodriguez | 0.30 | L140 | | Finalize cross motion for judgment on the pleadings and motion to lift seal for filing. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.50 | |
| Fee Amount | | | $215.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.20 | $115.00 |
| K. Rodriguez | $335.00 | 0.30 | $100.50 |
| Totals | | 0.50 | $215.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 4/26/2011 | Delivery - - | ARROW MESSENGER SERVICE, INC. Office of IL Atty | 6.90 |
| 4/26/2011 | Delivery - - | ARROW MESSENGER SERVICE, INC. Chief Assistant | 6.90 |
| | | SUBTOTAL | 13.80 |
| | Total Disbursements | | $13.80 |

2

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 21, 2011

**Invoice No. 1310494**

Client/Matter: 09721775-0002

Kevin McAndrew  Subpoena

Payment Due Upon Receipt

Total This Invoice                                    $        9,069.60

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 21, 2011

**Invoice No. 1310494**

Client/Matter:  09721775-0002

Kevin McAndrew  Subpoena

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/02/11 | K. Rodriguez | 0.10 | L120 | | Calls to reporters J. Owens and M. Walberg regarding subpoena in People v. McAndrew matter. |
| 06/06/11 | K. Rodriguez | 1.20 | L120 | | Correspondence with reporter M. Walberg regarding potential documents in his possession responsive to subpoena (.3); Review and analyze documents for responsiveness to subpoena (.5); Confer with N. Spears regarding strategy in drafting motion in opposition to reporter's privilege divestiture application (.4). |
| 06/06/11 | N. Spears | 1.30 | L120 | | Emails from M. Walberg (.30); review and analyze responsive correspondence from reporter M. Walberg (.50); conference w/K. Rodriguez re: same (.40); email w/D. Dunn et al re: same (.10). |
| 06/07/11 | N. Spears | 0.80 | L120 | | Email w/Sun Times and Phoenix counsel (.30); review outline of arguments w/K. Rodriguez for motion to quash (.30). |
| 06/07/11 | K. Rodriguez | 0.60 | L120 | | Call with J. Owens, photo editor, regarding potentially responsive documents to subpoena in his possession (.2); Review initial objections to subpoena from other media entities in preparation for drafting response brief to motion to divest reporter's privilege (.2); Confer with N. Spears re: strategy in drafting response brief (.2). |
| 06/08/11 | K. Rodriguez | 4.40 | L240 | | Draft and revise opposition to defendant's application to divest the reporter's privilege. |

2

Kevin McAndrew  Subpoena

July 21, 2011

Matter: 09721775-0002
Invoice No.: 1310494

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/09/11 | N. Spears | 2.20 | L120 | | Read and revise memo in oppositions of motion to divest (1.30); read Suntimes and Phoenix briefs (.50); email comments re: same w/D. Dunn and B. Kimrey (.30); email w/K. Flax (.10). |
| 06/09/11 | K. Rodriguez | 2.10 | L240 | | Revise and finalize brief in opposition to defendant's application to divest reporter's privilege. |
| 06/10/11 | N. Spears | 0.80 | L120 | | Read and edit final brief for Tribune (.50); email re: same w/B. Kimrey and D. Dunn (.30). |
| 06/10/11 | K. Rodriguez | 0.70 | L120 | | Edit opposition to Defendant's application to divest the reporter's privilege. |
| 06/14/11 | N. Spears | 0.20 | L120 | | Review pleadings filed. |
| 06/20/11 | K. Rodriguez | 3.80 | L120 | | Confer with counsel for Sun-Times and Loyola Phoenix regarding strategy for hearing on 6/21 (.6); Review reply briefs addressed to Sun Times and Loyola's opposition papers (.6); Prepare for hearing on 6/21 (2.6). |
| 06/21/11 | K. Rodriguez | 4.10 | L120 | | Travel to and attend hearing on application to divest reporter's privilege (3.8); Draft summary concerning successful results re: same (.3). |
| 06/21/11 | N. Spears | 0.20 | L120 | | Email w/K. Rodriguez re: hearing. |
| Total Hours | | 22.50 | | | |
| Fee Amount | | | | | $8,857.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 5.50 | $3,162.50 |
| K. Rodriguez | $335.00 | 17.00 | $5,695.00 |
| Totals | | 22.50 | $8,857.50 |

3

Kevin McAndrew  Subpoena

July 21, 2011

Matter: 09721775-0002
Invoice No.: 1310494

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Color Copies | | 22.00 |
| | | SUBTOTAL | 22.00 |
| | Document reproduction | | 40.10 |
| | | SUBTOTAL | 40.10 |
| 6/10/2011 | Outside Professional Services - - UNITED PROCESSING INC INVOICE 112053- FILING FEE | | 150.00 |
| | | SUBTOTAL | 150.00 |
| | Total Disbursements | | $212.10 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 8,857.50 | |
| Disbursement Total | $ | 212.10 | |
| Invoice Total | $ | 9,069.60 | |

# SNR DENTON 🖼

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 21, 2011

**Invoice No. 1310510**

Client/Matter: 09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

Payment Due Upon Receipt

Total This Invoice                                   $        4,292.30

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars – Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 21, 2011

**Invoice No. 1310510**

Client/Matter:  09721775-0060

UNIVERSITY OF ILLINOIS - FOIA MATTER

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/01/11 | G. Naron | 1.20 | L120 | A104 | Review file, ▮▮▮▮▮▮▮▮ (1.1); email NJSpears re same (.1). |
| 06/03/11 | N. Spears | 0.20 | L120 | | Email w/K. Flax and B. Healey. |
| 06/06/11 | G. Naron | 0.50 | L120 | | Teleconfs K Flax, NJSpears ▮▮▮▮▮▮▮▮ (.40); review same (.10). |
| 06/06/11 | N. Spears | 0.40 | L120 | | Conference call w/K. Flax and G. Naron re: 7th Cir. Mediation. ▮▮▮▮▮▮▮ |
| 06/09/11 | N. Spears | 0.50 | L120 | | Email w/K. Flax re: J. Coen and settlement conference (.20); read and send transcript of Gottschall hearing (.20). |
| 06/10/11 | N. Spears | 0.30 | L120 | | Prepare for settlement conference. |
| 06/13/11 | N. Spears | 3.00 | L120 | | Preparation briefly for mandatory mediation (.40); attend same w/K. Flax (2.40); follow up call w/K. Flax (.20). |
| 06/20/11 | N. Spears | 0.20 | L120 | | Review and email K. Flax and B. Healey re: new 7th Cir. briefing schedule. |
| 06/23/11 | N. Spears | 0.80 | L120 | | Email w/F. Lamonte re: amicus effort (.30); email to K. Flax re: same. |
| 06/27/11 | N. Spears | 0.10 | L120 | | Email to K. Flax. |
| 06/27/11 | K. Rodriguez | 0.20 | L120 | | Review redaction rules ▮▮▮▮▮▮▮▮ |
| 06/29/11 | N. Spears | 0.30 | L120 | | Email and phone conference w/K. Flax re: amicus. |

Total Hours        7.70

UNIVERSITY OF ILLINOIS - FOIA MATTER

July 21, 2011

Matter: 09721775-0060
Invoice No.: 1310510

Fee Amount                                                                    $4,286.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 5.80 | $3,335.00 |
| G. Naron | $520.00 | 1.70 | $884.00 |
| K. Rodriguez | $335.00 | 0.20 | $67.00 |
| Totals | | 7.70 | $4,286.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 6/9/2011 | Court Costs - - | DOCKET PETTY CASH Court Cost | 6.30 |
| | | SUBTOTAL | 6.30 |
| | Total Disbursements | | $6.30 |

| | | |
|---|---|---|
| Fee Total | $ | 4,286.00 |
| Disbursement Total | $ | 6.30 |
| Invoice Total | $ | 4,292.30 |

3

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

July 27, 2011

**Invoice No. 1311854**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                                    $         890.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⟍

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

July 27, 2011

**Invoice No. 1311854**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/14/11 | K. Rodriguez | 0.10 | L120 | | Review pro se complaint of Dr. B. Smith. |
| 06/15/11 | N. Spears | 1.00 | L120 | | Email w/B. Healey and ▓▓▓▓▓ ▓▓▓▓▓ (.80); phone conference w/B. Healey re: same (.20). |
| 06/23/11 | N. Spears | 0.20 | L120 | | Email from K. Flax and M. O'Connor. |
| 06/27/11 | G. Naron | 0.10 | L120 | | Teleconferences N. Spears re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.1). |
| 06/29/11 | N. Spears | 0.20 | L120 | | Phone conference w/K. Flax re: vetting issue ▓▓▓▓▓▓▓▓ |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 1.60 | | |
| Fee Amount | | | | $890.50 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.40 | $805.00 |
| G. Naron | $520.00 | 0.10 | $52.00 |
| K. Rodriguez | $335.00 | 0.10 | $33.50 |
| Totals | | 1.60 | $890.50 |

2

EDITORIAL-GENERAL
0000001492

July 27, 2011

Matter: 09721775-1003
Invoice No.: 1311854

| | | |
|---|---|---|
| Fee Total | $ | 890.50 |
| Invoice Total | $ | 890.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 27, 2011

**Invoice No. 1311855**

Client/Matter: 09721775-0057

CELLINI/BLAGOJEVICH - ACCESS TO PRE-TRIAL

Payment Due Upon Receipt

Total This Invoice                                                  $       1,422.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN: KAREN FLAX
CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 27, 2011

**Invoice No. 1311855**

Client/Matter:  09721775-0057

CELLINI/BLAGOJEVICH – ACCESS TO PRE-TRIAL

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 06/14/11 | N. Spears | 0.20 | L120 | | Email w/K. Flax re: Blago verdict question (.10); review prior order and email re: same (.10). |
| 06/24/11 | J. Klenk | 0.30 | L250 | | Emails K. Flax, K. Rodriguez re: motion (.2); review same (.1). |
| 06/24/11 | G. Naron | 1.20 | L250 | | Review file, docket, emails N. Spears, J. Klenk, K. Rodriguez re: motion for access to new sealed documents (.); draft motion for access (.9). |
| 06/24/11 | K. Rodriguez | 0.60 | L250 | | Review and finalize motion regarding sealing of new documents. |
| 06/27/11 | N. Spears | 0.50 | L120 | | Review Zagel order in light of verdict and conference w/K. Flax re: same (.30); review court order (.20). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 2.80 | | | |
| Fee Amount | | | | | $1,422.50 |

| | | |
|---|---|---|
| Fee Total | $ | 1,422.50 |
| Invoice Total | $ | 1,422.50 |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307551**

Client/Matter: 09722405-0012

SMARTFOCUS GROUP PLC
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                           .                      $        5,665.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307551**

Client/Matter:  09722405-0012

SMARTFOCUS GROUP PLC
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/08/11 | M. Petry | 2.00 | 1,100.00 | Review and prepare issues list regarding Smart Focus agreements. |
| 06/09/11 | M. Petry | 1.30 | 715.00 | Begin revising contractual documents based on the call. |
| 06/09/11 | M. Petry | 0.20 | 110.00 | Discuss SmartFOCUS agreement with Tribune. |
| 06/10/11 | M. Petry | 4.50 | 2,475.00 | Revise and distribute updated Smart Focus agreement and supplements. |
| 06/15/11 | M. Petry | 2.00 | 1,100.00 | Revise smartFOCUS contract and service level agreement based on new draft from smartFOCUS and discussions with K. Jurgeto. |
| 06/28/11 | M. Petry | 0.30 | 165.00 | Review revised termination for convenience language and provide commentary re the same to K. Jurgeto. |

| | | | |
|---|---|---|---|
| Total Hours | | 10.30 | |
| Fee Amount | | | $5,665.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Petry | $550.00 | 10.30 | $5,665.00 |
| Totals | | 10.30 | $5,665.00 |

SMARTFOCUS GROUP PLC
TRIBUNE CONTACT:  RITA DEBOER

July 15, 2011

Matter: 09722405-0012
Invoice No.: 1307551

| | | |
|---|---|---|
| Fee Total | $ | 5,665.00 |
| Invoice Total | $ | 5,665.00 |

3

# SNR DENTON ⫐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 13, 2011

**Invoice No. 1306904**

Client/Matter: 09722405-0013

Brightstar US, Inc.
TRIBUNE CONTACT:  Rita DeBoer

Payment Due Upon Receipt

---

Total This Invoice                                $        287.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 13, 2011

**Invoice No. 1306904**

Client/Matter: 09722405-0013

Brightstar US, Inc.
TRIBUNE CONTACT: Rita DeBoer

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/01/11 | R. Gullikson | 0.50 | 287.50 | Call with K. Jargeto, B. Healey and J. Xanders re Bright Star Agreement and open issues. |
| Total Hours | | 0.50 | | |
| Fee Amount | | | | $287.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 0.50 | $287.50 |
| Totals | | 0.50 | $287.50 |

Fee Total          $     287.50

Invoice Total     $        287.50

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307552**

Client/Matter: 09722405-0014

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

Payment Due Upon Receipt

Total This Invoice                                              $        12,937.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
Rita DeBoer
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307552**

Client/Matter:  09722405-0014

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

For Professional Services Rendered through June 30, 2011:

| **Date** | **Timekeeper** | **Hours** | **Amount** | **Narrative** |
|---|---|---|---|---|
| 06/01/11 | R. Gullikson | 0.30 | 172.50 | Revise restructure language and circulate to Tribune team. |
| 06/03/11 | R. Gullikson | 0.50 | 287.50 | Participated on call re status of tablet matters. |
| 06/06/11 | R. Gullikson | 2.30 | 1,322.50 | Review and revise Services Agreement with AgreeYa and focus on provisions that are potentially affected by restrictive covenant language. |
| 06/08/11 | R. Gullikson | 1.00 | 575.00 | Call with Tribune team re issues and direction with AgreeYa, including restrictive covenant. |
| 06/09/11 | R. Gullikson | 0.80 | 460.00 | Multiple emails re issues related to contracting with non-US companies and enforceability of restrictive covenants. |
| 06/10/11 | R. Gullikson | 0.50 | 287.50 | Call with J. Xanders, D. Schuster, B. Healey and K. Jurgeto re contract issues when vendor is a non-US company and enforceability of judgments. |
| 06/14/11 | R. Gullikson | 2.20 | 1,265.00 | Revised Master Services Agreement to address the fact that Services will be performed, in part, off-shore. |
| 06/14/11 | R. Gullikson | 1.00 | 575.00 | Call with B. Healey, K. Jurgeto, J. Xanders and S. Bruner re scope of work with AgreeYa and AgreeYa Statement of Work and need for license agreement. |
| 06/15/11 | R. Gullikson | 1.30 | 747.50 | Revised Master Services Agreement with AgreeYa to add equitable remedies, notice provision, and changes from J. Xanders. |
| 06/15/11 | R. Gullikson | 0.50 | 287.50 | Emails to and from M. Coxs re Singapore law and enforceability of restrictive covenants and use of arbitration. |

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

July 15, 2011

Matter: 09722405-0014
Invoice No.: 1307552

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/16/11 | R. Gullikson | 1.80 | 1,035.00 | Revised AgreeYa Master Services Agreement to provide for definition of Change and to add US AgreeYa entity as a party. |
| 06/16/11 | R. Gullikson | 0.20 | 115.00 | Reviewed multiple emails re US AgreeYa entity. |
| 06/21/11 | R. Gullikson | 2.50 | 1,437.50 | Draft/revise Statement of Work with AgreeYa. |
| 06/22/11 | R. Gullikson | 0.80 | 460.00 | Review Master Services Agreement mark up from AgreeYa and open issue (.30); revise Master Services Agreement and send to Tribune team (.50). |
| 06/22/11 | R. Gullikson | 1.00 | 575.00 | Status call with M. White, K. Jurgeto, J. Xanders and M. Henderson re tablet project. |
| 06/24/11 | R. Gullikson | 0.50 | 287.50 | Review mark up to Master Services Agreement from AgreeYa and draft issues list and emails to client re same. |
| 06/28/11 | R. Gullikson | 0.50 | 287.50 | Call with K. Jurgeto and D. Schuster re Master Services Agreement issues. |
| 06/28/11 | R. Gullikson | 2.30 | 1,322.50 | Revise Master Services Agreement accordingly. |
| 06/29/11 | R. Gullikson | 0.50 | 287.50 | Call with J. Xanders, B. Healey and K. Jurgeto re AgreeYa revisions to Master Services Agreement. |
| 06/29/11 | R. Gullikson | 0.80 | 460.00 | Call with B. Wilson, K. Kupathel of AgreeYa and K. Jurgeto re revised Master Services Agreement sent by Tribune and discussed warranty period and non-compete. |
| 06/29/11 | R. Gullikson | 0.20 | 115.00 | Revised Master Services Agreement per J. Xanders' and B. Healey's comments to non-solicitation provision, limitation of liability and non-compete. |
| 06/29/11 | R. Gullikson | 0.30 | 172.50 | Follow-on call with K. Jurgeto re open non-compete issues. |
| 06/29/11 | R. Gullikson | 0.50 | 287.50 | Draft changes to non-compete and send to Tribune. |
| 06/29/11 | R. Gullikson | 0.20 | 115.00 | Call with J. Xanders and B. Healey re revisions to Master Services Agreement. |

| Total Hours | | 22.50 | | |

Fee Amount                                                                     $12,937.50

3

AgreeYa Solutions
TRIBUNE CONTACT:  Rita DeBoer

July 15, 2011

Matter: 09722405-0014
Invoice No.: 1307552

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Gullikson | $575.00 | 22.50 | $12,937.50 |
| Totals | | 22.50 | $12,937.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 12,937.50 | |
| Invoice Total | $ | 12,937.50 | |

4

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307553**

Client/Matter: 09722405-0015

LOWE'S, CONTRACT WITH
TRIBUNE CONTACT: RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                     $         920.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON 🔲

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307553**

Client/Matter:  09722405-0015

LOWE'S, CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/8/11 | R. Gullikson | 0.10 | Call with R. DeBoer re same. |
| 6/8/11 | R. Gullikson | 0.20 | Review Lowe's proposed agreement. |
| 6/9/11 | R. Gullikson | 0.50 | Call with R. DeBoer re approach to Lowe's and contracting issues. |
| 6/9/11 | C. Been | 0.30 | Communications with R. Gullikson regarding issues in database licensing. |
| 6/15/11 | C. Been | 0.50 | Provide R. Gullikson with information of data services for list management and enhancement. |

| | | |
|---|---|---|
| Total Hours | 1.60 | |
| Fee Amount | | $920.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Been | $575.00 | 0.80 | $460.00 |
| R. Gullikson | $575.00 | 0.80 | $460.00 |
| Totals | | 1.60 | $920.00 |

| | | |
|---|---|---|
| Fee Total | $ | 920.00 |
| Invoice Total | $ | 920.00 |

2

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 13, 2011

**Invoice No. 1306906**

Client/Matter: 09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                                    $           862.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

·OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ATTN:  RITA DEBOER
THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

July 13, 2011

**Invoice No. 1306906**

Client/Matter:  09722405-0030

GENERAL ADVICE
TRIBUNE CONTACT: RITA DEBOER

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/15/11 | R. Gullikson | 1.50 | Revise Consulting Agreement to create template for B. Healey. |
| Total Hours | | 1.50 | |
| Fee Amount | | | $862.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Gullikson | $575.00 | 1.50 | $862.50 |
| Totals | | 1.50 | $862.50 |

| | | |
|---|---|---|
| Fee Total | $ | 862.50 |
| Invoice Total | $ | 862.50 |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 13, 2011

**Invoice No. 1306909**

Client/Matter: 09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

---

Total This Invoice                                             $            632.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 13, 2011

**Invoice No. 1306909**

Client/Matter:  09722405-0060

MICROSOFT CORPORATION
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/1/11 | C. Been | 0.30 | Review status of Microsoft addenda and side letter. |
| 6/3/11 | C. Been | 0.80 | Participate in weekly call regarding Tablet issues. |
| Total Hours | | 1.10 | |
| Fee Amount | | | $632.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Been | $575.00 | 1.10 | $632.50 |
| Totals | | 1.10 | $632.50 |

| | | |
|--|--|--|
| Fee Total | $ | 632.50 |
| Invoice Total | $ | 632.50 |

2

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307554**

Client/Matter: 09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                                    $          6,415.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 15, 2011

**Invoice No. 1307554**

Client/Matter:  09722405-0061

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/8/11 | C. Been | 0.50 | Weekly call regarding Tablet matters. |
| 6/14/11 | R. Gullikson | 0.30 | Reviewed draft of Samsung Statement of Work and created summary of discussion points. |
| 6/14/11 | R. Gullikson | 0.20 | Brief call with J. Collins (librarian) re need for financial information on Samsung Telecommunications. |
| 6/15/11 | R. Gullikson | 0.30 | Call with Tribune Team and Statement of Work team re Samsung Statement of Work terms. |
| 6/15/11 | M. Petry | 0.50 | Review Apple litigation filing and notes regarding the same from May. |
| 6/15/11 | R. Gullikson | 1.00 | Call with J. Xanders, B. Healey and K. Jurgeto and M. Petry re Samsung/Apple litigation. |
| 6/15/11 | R. Gullikson | 0.20 | Status call with Tribune team re tablet project. |
| 6/15/11 | C. Been | 0.50 | Provide R. Gullikson with list of potential business issues for Tablet project. |
| 6/15/11 | M. Petry | 0.50 | Participate in conference call with Tribune regarding Samsung issues. |
| 6/17/11 | R. Gullikson | 1.00 | Revised Master Services Agreement per directions on status call and sent to Tribune. |
| 6/21/11 | R. Gullikson | 1.70 | Revise Master Services Agreement per J. Xanders and B. Healey comments and compare to AgreeYa Master Services Agreement and revise accordingly. |
| 6/22/11 | R. Gullikson | 0.20 | Draft transmittal email relating to Samsung Master Services Agreement. |
| 6/22/11 | R. Gullikson | 0.30 | Revise Master Services Agreement per J. Xanders' email and provide redline that can be forwarded to Samsung. |
| 6/24/11 | R. Gullikson | 2.50 | Review and revise Statement of Work with Samsung. |
| 6/28/11 | R. Gullikson | 0.50 | Call with K. Jurgeto and D. Schuster re Statement of Work issues. |

SAMSUNG ELECTRONICS, CO., LTD.
TRIBUNE CONTACT:  RITA DEBOER

July 15, 2011

Matter: 09722405-0061
Invoice No.: 1307554

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/29/11 | R. Gullikson | 0.50 | Call with B. Healey and J. Jurgeto re insurance provision and Employee Confidentiality Agreement and revised Master Services Agreement accordingly. |
| 6/29/11 | R. Gullikson | 0.50 | Revise Statement of Work per D. Schuster's comments and send to Tribune. |
| Total Hours | | 11.20 | |
| Fee Amount | | | $6,415.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Been | $575.00 | 1.00 | $575.00 |
| M. Petry | $550.00 | 1.00 | $550.00 |
| R. Gullikson | $575.00 | 9.20 | $5,290.00 |
| Totals | | 11.20 | $6,415.00 |

|  |  |  |
|--|--|--|
| Fee Total | $ | 6,415.00 |
| Invoice Total | $ | 6,415.00 |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 13, 2011

**Invoice No. 1306910**

Client/Matter: 09722405-0062

CLARITY CONSULTING, INC. , CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

Payment Due Upon Receipt

Total This Invoice                                    $         460.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
RITA DEBOER
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

July 13, 2011

**Invoice No. 1306910**

Client/Matter:  09722405-0062

CLARITY CONSULTING, INC. , CONTRACT WITH
TRIBUNE CONTACT:  RITA DEBOER

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 6/20/11 | C. Been | 0.80 | Communications with client regarding Microsoft's request to drop exchange document and side letter for Clarity Mosaic development. |

| Total Hours | 0.80 | |
|-------------|------|---|
| Fee Amount | | $460.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Been | $575.00 | 0.80 | $460.00 |
| Totals | | 0.80 | $460.00 |

| | | |
|---|---|---|
| Fee Total | $ | 460.00 |
| Invoice Total | $ | 460.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

July 18, 2011

**Invoice No. 1308420**

Client/Matter: 09723590-0013

JENNIFER KELLEY, ET AL.

Payment Due Upon Receipt

Total This Invoice                          $          2,522.02

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
SNR Denton US LLP                              SNR Denton US LLP
Dept. 3078                    OR                Attention: Accounting
Carol Stream, IL 60132-3078                    233 South Wacker Drive
                                               Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

ELISABETH WASHBURN
ASSISTANT GENERAL COUNSEL
TRIBUNE BROADCASTING COMPANY
435 N. MICHIGAN AVENUE, 6TH FLOOR
CHICAGO, IL 60611

July 18, 2011

**Invoice No. 1308420**

Client/Matter:  09723590-0013

JENNIFER KELLEY, ET AL.

For Professional Services Rendered through June 30, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/01/11 | K. Rodriguez | 0.10 | L120 | | Correspondence with medical provider for one of plaintiffs concerning release of medical information pursuant to subpoena. |
| 06/07/11 | K. Rodriguez | 1.30 | L390 | | Review and analyze documents from plaintiffs' medical records in comparison to plaintiffs' interrogatory responses regarding damages (.5); Update summary judgment outline regarding same (.3); Research regarding battery damages under Illinois law (.5). |
| 06/07/11 | N. Spears | 0.10 | L120 | | Email re: status. |
| 06/08/11 | N. Spears | 0.40 | L120 | | Update call w/L. Washburn. |
| 06/08/11 | K. Rodriguez | 0.40 | L120 | | Confer with L. Washburn and N. Spears regarding discovery status (.2); confer with N. Spears regarding review of documents produced from plaintiffs' medical providers thus far (.2). |
| 06/15/11 | N. Spears | 0.10 | L120 | | Email w/W. Cunningham. |
| 06/16/11 | K. Rodriguez | 0.60 | L120 | | Correspondence with E. Howard concerning status of case and upcoming depositions (.2); Review revised signed releases from plaintiffs as requested by medical provider (.2); Correspondence with opposing counsel regarding incompleteness of same (.2). |
| 06/16/11 | N. Spears | 0.30 | L120 | A106 | Email w/B. Cunningham and L. Washburn re: depositions. |
| 06/17/11 | K. Rodriguez | 0.20 | L120 | | Correspondence with E. Howard regarding deposition preparation. |

2

JENNIFER KELLEY, ET AL.

July 18, 2011

Matter: 09723590-0013
Invoice No.: 1308420

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 06/20/11 | N. Spears | 0.30 | L120 | | Phone conference w/B. Cunningham re: status and depositions. |
| 06/22/11 | N. Spears | 0.30 | L120 | | Update w/L. Washburn re: status, B. Cunningham and budget. |
| 06/29/11 | K. Rodriguez | 0.20 | L310 | | Correspondence with opposing counsel regarding status of overdue revised medical releases. |
| 06/29/11 | K. Rodriguez | 0.30 | L120 | | Draft update for insurance carriers concerning Tribune Broadcasting/Kelley matter. |
| 06/29/11 | N. Spears | 0.40 | L120 | | Email re: update to insurers (.10); prepare and edit draft of same and email w/K. Rodriguez re: same (.30). |

| | | | |
|---|---|---|---|
| Total Hours | | 5.00 | |
| Fee Amount | | | $2,131.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 1.90 | $1,092.50 |
| K. Rodriguez | $335.00 | 3.10 | $1,038.50 |
| Totals | | 5.00 | $2,131.00 |

JENNIFER KELLEY, ET AL.

July 18, 2011

Matter: 09723590-0013
Invoice No.: 1308420

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Misc. Postage | | 196.77 |
| | | SUBTOTAL | 196.77 |
| 5/27/2011 | Outside Duplicating THOMAS M KOST DOCUMENT RETRIEVAL | | 29.25 |
| | | SUBTOTAL | 29.25 |
| 6/17/2011 | Outside Professional Services - -    GULF COAST ASTHMA & ALLERGY CLINIC copies of medical records for  Leigh LaCroix | | 165.00 |
| | | SUBTOTAL | 165.00 |
| | Total Disbursements | | $391.02 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 2,131.00 | |
| Disbursement Total | $ | 391.02 | |
| Invoice Total | $ | 2,522.02 | |

4

# EXHIBIT C

# FEE SUMMARY

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
## MAY 1, 2011 THROUGH MAY 31, 2011

| Name of Professional/Individual | Year of Admission | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Carol Anne Been | 1983 | Partner/Intellectual Property | $575.00 | 13.7 | $7,877.50 |
| Sam Fifer | 1974 | Partner/Intellectual Property | $625.00 | 0.5 | $312.50 |
| Rosemary Gullikson | 1994 | Partner/Corporate | $605.00 | 1.3 | $786.50 |
|  |  |  | $575.00 | 0.5 | $287.50 |
| Greg Naron | 1991 | Counsel/Litigation | $520.00 | 15.5 | $8,060.00 |
| Mark Petry | 2002 | Partner/Corporate | $550.00 | 27.1 | $14,905.00 |
| Natalie Spears | 1995 | Partner/Litigation | $575.00 | 18.2 | $10,465.00 |
| Kate Buckley | 2004 | Associate/Corporate | $500.00 | 5.0 | $2,500.00 |
| Kristin Rodriguez | 2009 | Associate/Litigation | $335.00 | 12.6 | $4,221.00 |
| **SUBTOTAL** |  |  |  | 94.4 | $49,415.00 |
| **BLENDED RATE** |  |  | $540.00 |  |  |
| Add Cellin/Blagojevich - Access to Pre-Trial (Fixed Fee) |  |  |  |  | $7,500.00 |
| Add Tahawwur Hussain Rana (Fixed Fee) |  |  |  |  | $7,500.00 |
| Subtract Discount from Invoice No. 1302873 |  |  |  |  | ($536.00) |
| **TOTAL** |  |  |  | 94.4 | $63,879.00 |

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
## JUNE 1, 2011 THROUGH JUNE 30, 2011

| Name of Professional/Individual | Year of Admission | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Carol Anne Been | 1983 | Partner/Intellectual Property | $575.00 | 3.7 | $2,127.50 |
| Rosemary Gullikson | 1994 | Partner/Corporate | $575.00 | 34.5 | $19,837.50 |
| James Klenk | 1974 | Partner/Intellectual Property | $650.00 | 0.3 | $195.00 |
| Greg Naron | 1991 | Counsel | $520.00 | 3.0 | $1,560.00 |
| Mark Petry | 2002 | Partner/Corporate | $550.00 | 11.3 | $6,215.00 |
| Natalie Spears | 1995 | Partner/Litigation | $575.00 | 20.5 | $11,787.50 |
| Kristin Rodriguez | 2009 | Associate/Litigation | $335.00 | 27.0 | $ 9,045.00 |
| **SUBTOTAL** | | | | **100.3** | **$50,767.50** |
| **BLENDED RATE** | | | **$540.00** | | |
| **TOTAL** | | | | **100.3** | **$50,767.50** |

## COMPENSATION BY PROJECT CATEGORY
## MAY 1, 2011 THROUGH MAY 31, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Kevin McAndrew Subpoena | 3.00 | $1,438.00 |
| Joseph Mahr | 1.00 | $407.00 |
| Tahawwur Hussain Rana | N/A | $7,500.00 |
| University of Illinois - FOIA Matter | 19.10 | $9,899.00 |
| Bryan and Cynthia Lindgren | 16.90 | $7,256.00 |
| Editorial - General. | 3.70 | $2,100.00 |
| Blagojevich - Objection to Wholesale Sealing of Pleadings | N/A | $7,500.00 |
| Audimation Contract Negotiations | 5.10 | $2,805.00 |
| Smartfocus Group PLC | 7.50 | $3,875.00 |
| Brightstar US, Inc. | 11.50 | $6,325.00 |
| AgreeYa Solutions | 2.10 | $1,226.50 |
| Microsoft Corp | 13.40 | $7,705.00 |
| Samsung Electronics Co. | 8.00 | $4,420.00 |
| Jennifer Kelley, et al. | 3.10 | $1,422.50 |
| **TOTAL** | **94.40** | **$63,879.00** |

## COMPENSATION BY PROJECT CATEGORY
### JUNE 1, 2011 THROUGH JUNE 30, 2011

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Bryan and Cynthia Lindgren | 8.60 | $3,817.00 |
| Bruce Smith | 2.10 | $967.50 |
| Joseph Mahr | 0.50 | $215.50 |
| Kevin McAndrew Subpoena | 22.50 | $8,857.50 |
| University of Illinois - FOIA Matter | 7.70 | $4,286.00 |
| Editorial-General. | 1.60 | $890.50 |
| Cellini/Blagojevich-Access to Pre-Trial | 2.80 | $1,422.50 |
| Smartfocus Group PLC | 10.30 | $5,665.00 |
| Brightstar US, Inc. | 0.50 | $287.50 |
| AgreeYa Solutions | 22.50 | $12,937.50 |
| Lowe's | 1.60 | $920.00 |
| General Advice | 1.50 | $862.50 |
| Microsoft Corporation | 1.10 | $632.50 |
| Samsung Electronics Co. | 11.20 | $6,415.00 |
| Clarity Consulting, Inc. | 0.80 | $460.00 |
| Jennifer Kelley, et al. | 5.00 | $2,131.00 |
| **TOTAL** | **100.3** | **$50,767.50** |

# EXHIBIT D

# EXPENSE DETAIL

**EXPENSE SUMMARY FOR THE PERIOD FROM**
**MAY 1, 2011 THROUGH JUNE 30, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| In-House Reproduction | | $ 0.30 |
| Color Copies | | $ 22.00 |
| Misc. Duplicating | | $ 69.35 |
| Misc. Postage | | $196.77 |
| Outside Duplicating | Gulf Coast Asthma & Allergy Clinic | $165.00 |
| Reporting Services | Veritext New York Reporting Co. | $613.00 |
| Messenger Services | Arrow Messenger Service, Inc. | $ 13.80 |
| Process Server | United Processing Inc. | $305.00 |
| Misc. Court Costs | | $372.30 |
| Teleconferencing | American Teleconferencing Services | $ 21.42 |
| **Total** | | **$1,778.94** |