# SCHEDULE 1

**SCHEDULE 1**

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 46: SCHEDULE I

|   | NAME | EXHIBIT |
|---|------|---------|
| 1 | 6M BUILDERS<br>1183 WENTWORTH ROAD<br>YORK, PA 17408 | D |
| 2 | ARMSTEAD, BLISSE<br>225 REFLECTION DRIVE<br>WILLIAMSBURG, VA 23188 | B |
| 3 | BIRDWELL, JERRELL<br>14 DAIRY GAP ROAD<br>ASHEVILLE, NC 28804 | B |
| 4 | BROOK, CAROL A<br>1453 W WINONA STREET<br>CHICAGO, IL 60640 | E |
| 5 | BROWN, JEROLENE<br>3054 JOLLY POND ROAD<br>WILLIAMSBURG, VA 23188 | B |
| 6 | CHERNOK, ELINOR<br>68 THEODORE DRIVE<br>CORAM, NY 11727 | E |
| 7 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | A |
| 8 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | A |
| 9 | ENTERCOM COMMUNICATION - SAN FRANCISCO<br>201 THIRD STREET, 12TH FLOOR<br>SAN FRANCISCO, CA 94103 | D |
| 10 | FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | A |
| 11 | FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | D |
| 12 | GALAUSKAS, JAMES<br>14 N ORCHARD<br>ROUND LAKE, IL 60073 | B |
| 13 | HERMAN, ROBIN<br>770 29TH ST APT 717<br>BOULDER, CO 80303-2342 | E |
| 14 | HONORWAY INVESTMENT CORPORATION<br>RE: SAN FRANCISCO 388 MARKET<br>388 MARKET STREET<br>SUITE 1568<br>SAN FRANCISCO, CA 94111 | A |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 46: SCHEDULE I

|    | NAME | EXHIBIT |
|----|------|---------|
| 15 | KIFM-FM<br>C/O SZABO ASSOCAITES, INC.<br>3355 LENOX ROAD NE, 9TH FL<br>ATLANTA, GA 30326 | D |
| 16 | KSAN, KFOG, KNBR RADIO<br>55 HAWTHORNE ST., 10TH FLOOR<br>SAN FRANCISCO, CA 94105 | D |
| 17 | KVTO-AM<br>ATTN: ACCOUNTING<br>55 HAWTHORNE ST., STE 900<br>SAN FRANCISCO, CA 94105 | D |
| 18 | LEXINGTON GROUP, INC.<br>380 UNION ST.<br>WEST SPRINGFIELD, MA 01089 | D |
| 19 | NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 20 | NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 21 | OREGON DEPARTMENT OF REVENUE<br>MARIA E. ROYSTON, BANKRUPTCY<br>REVENUE BUILDING<br>955 CENTER STREET NE<br>SALEM, OR 97301-2555 | C |
| 22 | PRESSROOM SOLUTIONS INC<br>3700 W 7TH ST<br>FORT WORTH, TX 76107-2536 | A |
| 23 | PRESSROOM SOLUTIONS INC<br>3700 W 7TH ST<br>FORT WORTH, TX 76107-2536 | A |
| 24 | PRUDENTIAL JA&A<br>23925 PARK SORRENTO<br>CALABASAS, CA 91302 | D |
| 25 | PRUDENTIAL JA&A<br>16810 VENTURA BLVD.<br>ENCINO, CA 91436 | D |
| 26 | PRUDENTIAL JA&A<br>8687 MELROSE AVE STE NO.B-110<br>LOS ANGELES, CA 90069 | D |
| 27 | SCHETTINO, MACARIO<br>BELLSARIO DOMINGUEZ 48<br>COL VILLA COYOACAN<br>DF<br>MEXICO, 4000 | A |
| 28 | SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | A |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 46: SCHEDULE I

|    | NAME | EXHIBIT |
|----|------|---------|
| 29 | SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | A |
| 30 | SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | A |
| 31 | UNIVISION COMMUNICATIONS INC.<br>MELISSA LOPEZ<br>1777 NE LOOP 410, SUITE 400<br>SAN ANTONIO, TX 78217 | D |
| 32 | WCCC<br>1039 ASYLUM AVE<br>BOYD ARNOLD<br>HARTFORD, CT 61052432 | D |
| 33 | ZERWEKH, JAMES D<br>401 CLEARWATER DR<br>PONTE VEDRA, FL 32082-4176 | B |