# EXHIBIT A

# Amended Claims

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 46: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE PO BOX 280946 HARRISBURG, PA 17128-0946 | 02/25/2011 | 08-13212 | 6701 | $711.00 | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE PO BOX 280946 HARRISBURG, PA 17128-0946 | 05/16/2011 | 08-13212 | 6769 | $315,077.00 |
| 2 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 07/06/2010 | 08-13145 | 6555 | $2,384.03 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 09/09/2011 | 08-13145 | 6805 | $0.00 |
| 3 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | 08-13223 08-13241 | 4834 [1] Subtotal | $3,204.47 $88.53 $3,293.00 | FEDEX TECHCONNECT AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE RECOVERY/BANKRUPTCY 3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR MEMPHIS, TN 38115 | 07/14/2011 | 08-13223 | 6789 | $3,231.10 |

[1] Debtor was ordered modified to Tribune Broadcasting Company and Tribune Television Company on the 41st Omnibus Objection Exhibit D - Claims Asserted Against No Debtor or Improper Debtor.

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 46: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | HONORWAY INVESTMENT CORPORATION RE: SAN FRANCISCO 388 MARKET 388 MARKET STREET SUITE 1568 SAN FRANCISCO, CA 94111 | 07/10/2009 | 08-13185 | 6052 | $95,448.00 | HONORWAY INVESTMENT CORPORATION RE: SAN FRANCISCO 388 MARKET 388 MARKET STREET SUITE 1568 SAN FRANCISCO, CA 94111 | 09/06/2011 | 08-13141 | 6799 | $80,039.54 |
| 5 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/08/2010 | 08-13254 | 6558 | $1,225.30* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 09/06/2011 | 08-13254 | 6800 | $2,343.90 |
| 6 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 02/03/2011 | 08-13225 | 6688 | $1,411.48* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/18/2011 | 08-13225 | 6790 | $3,781.6 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Case 08-13141-BLS    Doc 9788-3    Filed 09/19/11    Page 4 of 6

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 46: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | PRESSROOM SOLUTIONS INC 3700 W 7TH ST FORT WORTH, TX 76107-2536 | 04/20/2009 | 08-13185 | 1094 | $3,120.56 | PRESSROOM SOLUTIONS, INC. C/O AREYA HOLDER, TRUSTEE LAW OFFICE OF AREYA HOLDER, P.C. 800 W AIRPORT FREEWAY, SUITE 414 IRVING, TX 75062 | 09/09/2011 | 08-13185 | 6803 | $3,120.56 |
| 8 | PRESSROOM SOLUTIONS INC 3700 W 7TH ST FORT WORTH, TX 76107-2536 | 04/20/2009 | 08-13145 | 1136 | $3,259.47 | PRESSROOM SOLUTIONS, INC. C/O AREYA HOLDER, TRUSTEE LAW OFFICE OF AREYA HOLDER, P.C. 800 W AIRPORT FREEWAY, SUITE 414 IRVING, TX 75062 | 09/09/2011 | 08-13145 | 6804 | $3,259.47 |
| 9 | SCHETTINO, MACARIO BELISARIO DOMINGUEZ 48 COL VILLA COYOACAN DF MEXICO, 4000 | 05/01/2009 | 08-13175 | 2212 [2] | $2,850.00 | SCHETTINO, MACARIO BELISARIO DOMINGUEZ 48 COL VILLA COYOACAN MEXICO, 4000 MEXICO | 06/07/2011 | 08-13175 | 6777 | $750.00 |

---

[2] Claim was ordered allowed for $2,850.00 on the 32nd Omnibus Objection Exhibit A - Claims to Reduce and Allow.

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 46: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 06/12/2009 | 08-13148 | 5151 | $241,129.02 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 07/21/2011 | 08-13148 | 6791 | $349,462.35 |
| 11 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 06/12/2009 | 08-13180 | 5154 | $103,580.65 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 07/21/2011 | 08-13180 | 6792 | $188,080.65 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 46: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 06/12/2009 | 08-13241 | 5157 | $235,502.63 | SONY PICTURES TELEVISION INC. KATHLEEN HALLINAN, ESQ. 10202 WEST WASHINGTON BOULEVARD CULVER CITY, CA 90232-3195 | 07/21/2011 | 08-13241 | 6793 | $262,585.96 |
| | | | | TOTAL | $693,915.14 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts