# EXHIBIT C

## Late-Filed Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 46: EXHIBIT C – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | OREGON DEPARTMENT OF REVENUE MARIA E. ROYSTON, BANKRUPTCY REVENUE BUILDING 955 CENTER STREET NE SALEM, OR 97301-2555 | 08-13141 | Tribune Company | 07/05/2011 | 6787 | $23,373.88 | Late-Filed Claim |
| | | | | | TOTAL | $23,373.88 | |

* - Indicates claim contains unliquidated and/or undetermined amounts