## EXHIBIT D

## Modified Debtor Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 46: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 808 | 6M BUILDERS 1183 WENTWORTH ROAD YORK, PA 17408 | 03/23/2009 | $515.00 | 08-13253 | WLVI Inc.[1] | 08-13241 | Tribune Television Company | $515.00 |
| 2 | 748 | ENTERCOM COMMUNICATION - SAN FRANCISCO 201 THIRD STREET, 12TH FLOOR SAN FRANCISCO, CA 94103 | 03/16/2009 | $15,317.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $15,317.00 |
| 3 | 4843 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPT CY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $5,922.08 | 08-13184 08-13252 | KWGN Inc. WGN Continental Broadcasting Company[2] | 08-13184 08-13244 08-13252 | KWGN Inc. Tribune Television New Orleans, Inc. WGN Continental Broadcasting Company Total | $143.53 $875.99 $4,902.56 $5,922.08 |
| 4 | 3303 | KIFM-FM C/O SZABO ASSOCAITES, INC. 3355 LENOX ROAD NE, 9TH FL ATLANTA, GA 30326 | 05/22/2009 | $5,295.50 | 08-13223 | Tribune Broadcasting Company | 08-13182 | KSWB Inc. | $5,295.50 |

[1] Debtor was ordered modified to WLVI Inc. on the 12th Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.

[2] Debtor was ordered modified to KWGN Inc. and WGN Continental Broadcasting Company on the 31st Omnibus Objection Exhibit A Claims Asserted Against No Debtor or Improper Debtor.

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 46: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED DEBTOR(S) | CASE NUMBER(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | KSAN, KFOG, KNBR RADIO 55 HAWTHORNE ST., 10TH FLOOR SAN FRANCISCO, CA 94105 | 03/17/2009 | $30,217.50 | | No Debtor Asserted | Los Angeles Times Communications LLC | 08-13185 | $30,217.50 |
| 6 | KVTO-AM ATTN: ACCOUNTING 55 HAWTHORNE ST., STE 900 SAN FRANCISCO, CA 94105 | 02/26/2009 | $3,060.00 | | No Debtor Asserted | Los Angeles Times Communications LLC | 08-13185 | $3,060.00 |
| 7 | LEXINGTON GROUP, INC. 380 UNION ST. WEST SPRINGFIELD, MA 01089 | 03/06/2009 | $3,012.78 | 08-13211 | The Hartford Courant Company[3] | New Mass. Media, Inc. The Hartford Courant Company Tribune Television Company<br><br>Total | 08-13191 08-13211<br><br>08-13241 | $555.44 $1,132.76<br>$1,324.68<br>_____<br>$3,012.78 |
| 8 | PRUDENTIAL JA&A 23925 PARK SORRENTO CALABASAS, CA 91302 | 05/06/2009 | $50.00 | 08-13185 | Los Angeles Times Communications LLC[4] | Tribune Company | 08-13141 | $50.00 |
| 9 | PRUDENTIAL JA&A 16810 VENTURA BLVD. ENCINO, CA 91436 | 05/06/2009 | $0.00 | 08-13185 | Los Angeles Times Communications LLC[5] | Tribune Company | 08-13141 | $46.20 |

[3] Debtor was ordered modified to The Hartford Courant Company on the 16th Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.

[4] Debtor was ordered modified to Los Angeles Times Communications LLC on the 31st Omnibus Objection Exhibit A – Claims Asserted Against No Debtor or Improper Debtor.

[5] Debtor was ordered modified to Los Angeles Times Communications LLC on the 32nd Omnibus Objection Exhibit B – Claims to Reduce and Allow and Asserted Against No Debtor or Improper Debtor.

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 3

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 46: EXHIBIT D – MODIFIED DEBTOR CLAIMS

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CLAIM AMOUNT | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 2484 | PRUDENTIAL JA&A 8687 MELROSE AVE STE NO.B-110 LOS ANGELES, CA 90069 | 05/06/2009 | $0.00 | 08-13185 | Los Angeles Times Communications LLC [6] | 08-13141 | Tribune Company | $30.80 |
| 11 | 2346 | UNIVISION COMMUNICATIONS INC. MELISSA LOPEZ 1777 NE LOOP 410, SUITE 400 SAN ANTONIO, TX 78217 | 05/04/2009 | $4,250.00 | 08-13141 | Tribune Company | 08-13180 | KIAH Inc. | $4,250.00 |
| 12 | 6209 | WCCC 1039 ASYLUM AVE BOYD ARNOLD HARTFORD, CT 61052432 | 09/10/2009 | $20,871.75 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $20,871.75 |

---

[6] Debtor was ordered modified to Los Angeles Times Communications LLC on the 32nd Omnibus Objection Exhibit B – Claims to Reduce and Allow and Asserted Against No Debtor or Improper Debtor.

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 3