# EXHIBIT A

## No Liability Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 47: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BRINK, JENNY L. STONERIDGE RETIREMENT CENTER 186 JERRY BROWNE ROAD, UNIT # 5406 MYSTIC, CT 06355 | 08-13141 | Tribune Company | 06/19/2009 | 5899 | $1,233.46* | Liability is duplicated in claim 5898, which remains active on claim register. |
| 2 | BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM UTMA OH 2600 SPRINGMILL RD FINDLAY, OH 45840-2860 | 08-13141 | Tribune Company | 02/10/2011 | 6691 | $204.00 | Liability is duplicated in claim 6593, which remains active on claim register. |
| 3 | CASTELLUZZO, RENEE 728 W. JACKSON BLVD #1205 CHICAGO, IL 60661 | 08-13152 | Chicago Tribune Company | 05/08/2009 | 2590 | $4,489.54 | Liability is duplicated in claim 2589, which remains active on claim register. |
| 4 | CHASE, PETER 2555 N. CLARK STREET , #1006 CHICAGO, IL 60614 | 08-13141 | Tribune Company | 06/12/2009 | 5338 | Undetermined | No liability owed to claimant per Debtors books and records. Contingent claim is based on a contract that has expired by its terms. Additionally, liability for this claim, if any, was assigned in connection with the October 2009 Cubs Transaction. |
| 5 | CITY OF NORWALK TAX COLLECTOR 125 EAST AVENUE NORWALK, CT 06851 | 08-13205 | Southern Connecticut Newspapers, Inc. | 07/24/2009 | 6117 | $815.94 | Business was sold to Hearst Soco Newspapers, LLC (affiliate of Hearst Corporation). Transaction closed on November 1, 2007. Liability no longer resides with Debtor. |
| 6 | GIORDANO, THOMAS 146 HIGH ST APT 110 MILFORD, CT 06460 | 08-13141 | Tribune Company | 05/20/2009 | 3007 | $124.74* | No Liability owed to claimant per Debtors books and records. Reimbursement is direct from Medigap. |
| 7 | HARRIS COUNTY TREASURER 1001 PRESTON    STE 652 HOUSTON, TX 77002 | 08-13180 | KIAH Inc. | 06/11/2009 | 4855 | $65,875.49* | Paid pre-petition via check number 0002270357 on 1/24/2008. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 47: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | JAMESON REALTY GROUP<br>425 W NORTH AVE<br>CHICAGO, IL 60610-1139 | 08-13152 | Chicago Tribune Company | 04/23/2009 | 1574 | $98.41 | No liability owed to claimant per Debtors books and records. Claimant included credit amount that was applied to the outstanding balance in account number 007684003. |
| 9 | KEMPSTER, NORMAN<br>7505 DEMOCRACY BLVD<br>APT 114<br>BETHESDA, MD 20817 | 08-13141 | Tribune Company | 06/08/2009 | 3740 | Undetermined | No Liability owed to claimant per Debtors books and records. Reimbursement is direct from Medigap. |
| 10 | LOCHRIDGE, MICHAEL W<br>782 SWAYING PALM DRIVE<br>APOPKA, FL 32712 | 08-13198 | Orlando Sentinel Communications Company | 06/29/2009 | 6000 | $8,105.40 | Liability is duplicated in priority unsecured claim 2028, which remains active on claim register. |
| 11 | MCCANCE, VICKI J<br>PO BOX 81284<br>SIMPSONVILLE, SC 29680-0022 | 08-13208 | Sun-Sentinel Company | 06/02/2009 | 3401 | Undetermined | Claimant indicated unsure of potential liability. Debtors' books and records show no liability. |
| 12 | MCGUIRE, MARK E.<br>519 ORCHARD LANE<br>WINNETKA, IL 60093 | 08-13141 | Tribune Company | 06/12/2009 | 5340 | Undetermined | No liability owed to claimant per Debtors books and records. Contingent claim is based on a contract that has expired by its terms. Additionally, liability for this claim, if any, was assigned in connection with the October 2009 Cubs Transaction. |
| 13 | OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | 08-13236 | Tribune Media Services, Inc. | 10/04/2010 | 6655 | $7,234.48 | Debtor has no liability as Tribune Media Services, Inc. CAT tax included in Tribune Company's consolidated CAT tax quarterly filing. |
| 14 | OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | 08-13215 | Times Mirror Payroll Processing Company, Inc. | 10/04/2010 | 6658 | $7,234.48 | Debtor has no liability as Times Mirror Payroll Processing Company, Inc. CAT tax included in Tribune Company's consolidated CAT tax quarterly filing. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 47: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 08-13220 | Tower Distribution Company | 10/04/2010 | 6659 | $7,234.48 | Debtor has no liability as Tower Distribution Company CAT tax included in Tribune Company's consolidated CAT tax quarterly filing. |
| 16 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 08-13252 | WGN Continental Broadcasting Company | 10/04/2010 | 6660 | $7,234.48 | Debtor has no liability as WGN Continental Broadcasting Company CAT tax included in Tribune Company's consolidated CAT tax quarterly filing. |
| 17 | RICE, CARL 615 PARKWOOD AVE PARK RIDGE, IL 60068-2229 | 08-13141 | Tribune Company | 06/12/2009 | 5339 | Undetermined | No liability owed to claimant per Debtors books and records. Contingent claim is based on a contract that has expired by its terms. Additionally, liability for this claim, if any, was assigned in connection with the October 2009 Cubs Transaction. |
| 18 | WAL-MART STORES, INC. C/O CHARLES B. HENDRICKS CAVAZOS, HENDRICKS, POIROT & SMITHAM, PC 900 JACKSON ST., STE 570 - FOUNDERS SQ DALLAS, TX 75202-4425 | 08-13152 | Chicago Tribune Company | 05/19/2011 | 6770 | $1,226.05 | No Liability owed to claimant per Debtors books and records. Support to claim is a receivable owed to Debtor from claimant. |
| | | | | | TOTAL | $111,110.95 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts