## PROPOSED ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. ____** |

## ORDER SUSTAINING DEBTORS' FORTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("NO LIABILITY CLAIMS")

Upon consideration of the Debtors' Forty-Seventh Omnibus (Substantive) Objection to Claims (the "Objection"), by which the Debtors[2] request entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (9477); KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

3007-1, disallowing and expunging the No Liability Claims set forth on Exhibit A attached hereto; and upon consideration of the Rodden Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the No Liability Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.


Dated: Wilmington, Delaware
        October _____, 2011

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

46429/0001-7911941V1

# EXHIBIT A

## No Liability Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 47: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BRINK, JENNY L. STONERIDGE RETIREMENT CENTER 186 JERRY BROWNE ROAD, UNIT # 5406 MYSTIC, CT 06355 | 08-13141 | Tribune Company | 06/19/2009 | 5899 | $1,233.46* | Liability is duplicated in claim 5898, which remains active on claim register. |
| 2 | BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM UTMA OH 2600 SPRINGMILL RD FINDLAY, OH 45840-2860 | 08-13141 | Tribune Company | 02/10/2011 | 6691 | $204.00 | Liability is duplicated in claim 6593, which remains active on claim register. |
| 3 | CASTELLUZZO, RENEE 728 W. JACKSON BLVD #1205 CHICAGO, IL 60661 | 08-13152 | Chicago Tribune Company | 05/08/2009 | 2590 | $4,489.54 | Liability is duplicated in claim 2589, which remains active on claim register. |
| 4 | CHASE, PETER 2555 N. CLARK STREET, #1006 CHICAGO, IL 60614 | 08-13141 | Tribune Company | 06/12/2009 | 5338 | Undetermined | No liability owed to claimant per Debtors books and records. Contingent claim is based on a contract that has expired by its terms. Additionally, liability for this claim, if any, was assigned in connection with the October 2009 Cubs Transaction. |
| 5 | CITY OF NORWALK TAX COLLECTOR 125 EAST AVENUE NORWALK, CT 06851 | 08-13205 | Southern Connecticut Newspapers, Inc. | 07/24/2009 | 6117 | $815.94 | Business was sold to Hearst Soco Newspapers, LLC (affiliate of Hearst Corporation). Transaction closed on November 1, 2007. Liability no longer resides with Debtor. |
| 6 | GIORDANO, THOMAS 146 HIGH ST APT 110 MILFORD, CT 06460 | 08-13141 | Tribune Company | 05/20/2009 | 3007 | $124.74* | No Liability owed to claimant per Debtors books and records. Reimbursement is direct from Medigap. |
| 7 | HARRIS COUNTY TREASURER 1001 PRESTON      STE 652 HOUSTON, TX 77002 | 08-13180 | KIAH Inc. | 06/11/2009 | 4855 | $65,875.49* | Paid pre-petition via check number 0002270357 on 1/24/2008. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 47: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | DEBTOR NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | JAMESON REALTY GROUP<br>425 W NORTH AVE<br>CHICAGO, IL 60610-1139 | Chicago Tribune Company | 08-13152 | 04/23/2009 | 1574 | $98.41 | No liability owed to claimant per Debtors books and records. Claimant included credit amount that was applied to the outstanding balance in account number 007684003. |
| 9 | KEMPSTER, NORMAN<br>7505 DEMOCRACY BLVD<br>APT 114<br>BETHESDA, MD 20817 | Tribune Company | 08-13141 | 06/08/2009 | 3740 | Undetermined | No Liability owed to claimant per Debtors books and records. Reimbursement is direct from Medigap. |
| 10 | LOCHRIDGE, MICHAEL W<br>782 SWAYING PALM DRIVE<br>APOPKA, FL 32712 | Orlando Sentinel Communications Company | 08-13198 | 06/29/2009 | 6000 | $8,105.40 | Liability is duplicated in priority unsecured claim 2028, which remains active on claim register. |
| 11 | MCCANCE, VICKI J<br>PO BOX 81284<br>SIMPSONVILLE, SC 29680-0022 | Sun-Sentinel Company | 08-13208 | 06/02/2009 | 3401 | Undetermined | Claimant indicated unsure of potential liability. Debtors' books and records show no liability. |
| 12 | MCGUIRE, MARK E.<br>519 ORCHARD LANE<br>WINNETKA, IL 60093 | Tribune Company | 08-13141 | 06/12/2009 | 5340 | Undetermined | No liability owed to claimant per Debtors books and records. Contingent claim is based on a contract that has expired by its terms. Additionally, liability for this claim, if any, was assigned in connection with the October 2009 Cubs Transaction. |
| 13 | OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | Tribune Media Services, Inc. | 08-13236 | 10/04/2010 | 6655 | $7,234.48 | Debtor has no liability as Tribune Media Services, Inc. CAT tax included in Tribune Company's consolidated CAT tax quarterly filing. |
| 14 | OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | Times Mirror Payroll Processing Company, Inc. | 08-13215 | 10/04/2010 | 6658 | $7,234.48 | Debtor has no liability as Times Mirror Payroll Processing Company, Inc. CAT tax included in Tribune Company's consolidated CAT tax quarterly filing. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 47: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 08-13220 | Tower Distribution Company | 10/04/2010 | 6659 | $7,234.48 | Debtor has no liability as Tower Distribution Company CAT tax included in Tribune Company's consolidated CAT tax quarterly filing. |
| 16 | OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 08-13252 | WGN Continental Broadcasting Company | 10/04/2010 | 6660 | $7,234.48 | Debtor has no liability as WGN Continental Broadcasting Company CAT tax included in Tribune Company's consolidated CAT tax quarterly filing. |
| 17 | RICE, CARL 615 PARKWOOD AVE PARK RIDGE, IL 60068-2229 | 08-13141 | Tribune Company | 06/12/2009 | 5339 | Undetermined | No liability owed to claimant per Debtors books and records. Contingent claim is based on a contract that has expired by its terms. Additionally, liability for this claim, if any, was assigned in connection with the October 2009 Cubs Transaction. |
| 18 | WAL-MART STORES, INC. C/O CHARLES B. HENDRICKS CAVAZOS, HENDRICKS, POIROT & SMITHAM, PC 900 JACKSON ST., STE 570 - FOUNDERS SQ DALLAS, TX 75202-4425 | 08-13152 | Chicago Tribune Company | 05/19/2011 | 6770 | $1,226.05 | No Liability owed to claimant per Debtors books and records. Support to claim is a receivable owed to Debtor from claimant. |
| | | | | | TOTAL | $111,110.95 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts