# EXHIBIT "A"

81117 v1

## EXHIBIT "A" – SUMMARY SHEET

July 1, 2011 through and including July 31, 2011

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 9.5 | $5,130.00 |
| R. Karl Hill | Partner; admitted DE 1989 | 1989 | $380.00 | 1.5 | $570.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $375.00 | 3.45 | $1,293.75 |
| Kevin A. Guerke | Partner; admitted DE 2001 | 2001 | $325.00 | .3 | $97.50 |
| Susan Pappa | Paralegal | N/A | $125.00 | 1.9 | $237.50 |
| | | | Total | 16.65 | $7,328.75 |

**Blended Rate: $389.42**

81117 v1