# EXHIBIT "B"

81117 v1

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware  19899
(302) 888-0600  Fax: (302) 888-0606
EIN:  51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
September 19, 2011
Account No:     30402-001M
Statement No:             26870

Tribune

For Services Rendered Through 07/31/2011

Fees

|  |  |  | Hours |
|---|---|---|---|
| **07/05/2011** | | | |
| | JSG | Review various pleadings; Review draft motion for extension of time to complete service; (Case Administration) | 0.50 |
| | PPM | Receipt and review Rule 4(m) motion for extension of time to serve defendants; Emails to/from Mr. Green re: same, service issues, etc.; Receipt and review revised Rule 4(m) motion; Forward comments to same to Mr. Green and Mr. Caridas;  (Case Administration) | 1.75 |
| **07/06/2011** | | | |
| | JSG | Review revised motion to extend time to complete service; Emails regarding same; (Case Administration) | 1.00 |
| | PPM | Emails to/from Mr. Green re: comments to revised 4(m) motion; (Case Administration) | 0.20 |
| | RKH | Review and revise motion to extend 4(m) deadline (Case Administration) | 1.50 |
| **07/07/2011** | | | |
| | KAG | Office conference with James S. Green regarding service of motion to extend time.  Research regarding same. (Case Administration) | 0.30 |
| | JSG | Review and revise motion to extend time to serve; Legal research regarding service issues; Review order; (Case Administration) | 1.50 |
| | PPM | Emails to/from counsel re: revisions to 4(m) motion (separate motions) and service and notice issues re: same; Emails to/from Mr. Green re: same; (Case Administration) | 0.50 |
| **07/08/2011** | | | |
| | JSG | Review, revise and finalize second motion for extension of time to serve defendants; Numerous emails with co-counsel regarding same;  Draft notice of motion; File motion; (Case Administration) | 2.00 |

Page: 2
September 19, 2011
Account No:      30402-001M
Statement No:            26870

Offi Comm of Unsecured Cred Tribune Company et al

Tribune

|  |  |  | Hours |
|---|---|---|---|
| | PPM | Receipt and review "final" motion; Emails to/from Mr. Green, Mr. Caridas and Mr. Goldfarb re: finalization, filing and service of 4(m) motion; (Case Administration) | 0.70 |
| 07/11/2011 | SLP | E-mail from James S. Green requesting "as filed" Motion to be send to Andrew Goldfarb; E-mail Motion to Mr. Goldfarb; (Case Administration) | 0.10 |
| 07/12/2011 | PPM | Receipt and review Order Granting Second Motion to Amend Def'n of "Termination Event" (Standing Orders); (Case Administration) | 0.30 |
| 07/18/2011 | .JSG | Review Interim Application for compensation of Landis, Rath and Cobb and Zuckerman Spaeder; (Fee Application) | 0.30 |
| 07/21/2011 | SLP | Receipt of e-mail from co-counsel; Download and review docket; Draft Certificate of No Objection to the Second Motion of the Official Committee of Unsecured Creditors for Extension of Time to Complete Service (D.I. 658) filed on July 8, 2011 (Case Administration) | 0.50 |
| | JSG | Draft and file certificate of no objection to re-second Motion to Extend Time to Complete Service; (Case Administration) | 0.50 |
| 07/22/2011 | JSG | Emails with Andrew Goldfarb regarding certificate of no objection; (Case Administration) | 0.20 |
| 07/25/2011 | SLP | E-mails from/to co-counsel regarding Motion to Extend not being filed in Lead; Reviewing Rules, submission procedures; Conference with Kevin Guerke and James Green; Download document and format according to Court directions and provide same to Debtor for inclusion on Agenda and in Binder; Prepare Order in format required to be hand delivered to Judge at hearing (Case Administration) | 1.00 |
| | JSG | Emails regarding certificate of no objection and Order; Teleconference with Jim Green, Jr. at Rath, Landis, Cobb regarding procedure;  Review agenda and filings; (Case Administration) | 1.00 |
| 07/26/2011 | SLP | E-mails from/to co-counsel regarding filing notification; Reviewing Court rules, etc.; Conference with James S. Green; Create auto forward rule (Case Administration) | 0.30 |
| | JSG | Review agenda for hearing; Attend hearing before Judge Carey; Motion to Extend Time to Serve Complaint granted; (Hearing) | 1.00 |
| 07/27/2011 | JSG | Prepare fee application for April and May 2011; (Fee Application) | 1.50 |
| | | For Current Services Rendered | 16.65 | 7,328.75 |

Offi Comm of Unsecured Cred Tribune Company et al

Tribune

## Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 9.50 | $540.00 | $5,130.00 |
| R. Karl Hill | 1.50 | 380.00 | 570.00 |
| Patricia P. McGonigle | 3.45 | 375.00 | 1,293.75 |
| Susan L. Pappa | 1.90 | 125.00 | 237.50 |
| Kevin A. Guerke | 0.30 | 325.00 | 97.50 |

Total Current Work                                               7,328.75

Balance Due                                                      $7,328.75

Please Remit                                                     $7,328.75

*Remittance is due and payable upon receipt. Thank you.*