# EXHIBIT "C"

## STATEMENT OF EXPENSE

None                                $0.00

81117 v1