# EXHIBIT A

# FEE AND EXPENSE DETAIL

46429/0001-7910491v1

**Morrison & Head Industrial Division, L.C.**
4210 Spicewood Springs Rd, #211
Austin, TX   78759
(830) 248-1190
Tax ID #20-0103427

# Invoice

| Date | Invoice # |
|---|---|
| 3/2/2011 | 371 |

**Bill To**

The Orlando Sentinel (BU-1400)
P. O. Box 118250
Chicago, IL  60611-8250

| Description | Amount |
|---|---|
| 2010 Property Tax Consulting Services - Performance Fee | 72,295.00 |

Thank you for your business.

**Total** $72,295.00

# Invoice

**Morrison & Head Industrial Division, L.C.**

4210 Spicewood Springs Rd, #211
Austin, TX 78759
(830) 248-1190
Tax ID #20-0103427

| Date | Invoice # |
|---|---|
| 3/2/2011 | 372 |

**Bill To**

The Orlando Sentinel (BU-1400)
P. O. Box 118250
Chicago, IL 60611-8250

| Description | Amount |
|---|---|
| 2011 Property Tax Consulting Services - Performance Fee | 25,955.00 |

Thank you for your business.

**Total** $25,955.00

Orlando Sentinel
2010 - 2011 Property Tax Appeal
Sequence of Events

*Real Estate Account: 26-22-29-9280-024*

| | |
|---|---|
| 9/09 | Filed 2009 petition to VAB seeking a reduction in RE assessment from $26,686,170 to $21,077,587. |
| 2/10 | VAB sustains OCPA value. |
| 4/10 | Filed lawsuit against OCPA on 2009 value. |
| 4/10 thru 8/10 | Met with OCPA multiple times to negotiate a settlement agreement. OCPA offers to reduce 2010 value to $22,941,702. |
| 8/10 | OCPA issues 2010 TRIM consistent with settlement offer. |
| 9/10 | Filed 2010 petition to VAB seeking further reductions as leverage on the TPP appeal. |
| 10/10 thru 2/11 | Met with OCPA multiple times and exchanged additional information to support indicated value. |
| 2/22/11 | OCPA agrees to further reduce value to $21,267,000 for 2011. |