# EXHIBIT "A"

81117 v1

## EXHIBIT "A" – SUMMARY SHEET

August 1, 2011 through and including August 31, 2011

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 2.0 | $1,080.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $375.00 | 1.55 | $581.25 |
| Susan Pappa | Paralegal | N/A | $125.00 | 4.5 | $562.50 |
| | | | Total | 8.05 | $2,223.75 |

**Blended Rate: $276.24**

81117 v1