# EXHIBIT "B"

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
September 20, 2011
Account No:     30402-001M
Statement No:          26906

Tribune

For Services Rendered Through 08/31/2011

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/01/2011 | JSG | Finalize April and May fee application (Fee Matters) | 0.50 |
|  | PPM | Receipt and review draft Fee Application (Fee Matters) | 0.60 |
| 08/02/2011 | SLP | Revising First Monthly Fee Application, Notice, etc.; Reviewing docket, Orders; Draft Service List; Teleconference with Stuart Maue; Conference with Cindy Eckstrand regarding download statement to Excel; Draft correspondence to Stuart Maue; Draft Affidavit of Service (Fee Matters) | 1.50 |
| 08/03/2011 | SLP | E-file First Monthly Application, Notice, Exhibits, Certificate of James S. Green, Affidavit of Service; Prepare service copies and prepare same for first class mail and hand delivery; Scan letter to Stuart Maue and e-mail same with Excel format of Statement; Conference with Crystal Day regarding form of Order for Second Motion to Extend Service (Order provided for hearing pursuant to Rule) (Fee Matters) | 1.50 |
|  | JSG | Emails regarding motion to extend time to serve lender complaint order (Case Administration) | 0.20 |
|  | PPM | Review docket regarding entry of Order regarding 4(m) motion; Telephone conference with Court regarding same (Case Administration) | 0.50 |
| 08/04/2011 | PPM | Receipt and review Order extending time for service; Email same to Mr. Goldfarb (Case Administration) | 0.20 |
| 08/06/2011 | JSG | Review Sidley Austin fee application (.1 Case administration); Memo to staff regarding time keeping requirements (.2 Fee Matters) | 0.30 |

Offi Comm of Unsecured Cred Tribune Company et al

Tribune

Page: 2
September 20, 2011
Account No: 30402-001M
Statement No: 26906

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 08/18/2011 | PPM | Receipt and review Stipulation and Notice of Withdrawal and Substitution of Attorneys of Record; Forward comments to Mr. Green (Case Administration) | 0.25 | |
| 08/23/2011 | SLP | Reviewing Orders, etc.; Draft Certificate of No Objection; Draft Affidavit of Service of CNO; Draft Second Monthly Fee Application (Fee Matters) | 1.50 | |
| 08/26/2011 | JSG | Draft Second Fee Application (Fee Matters) | 1.00 | |
| | | For Current Services Rendered | 8.05 | 2,223.75 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 2.00 | $540.00 | $1,080.00 |
| Patricia P. McGonigle | 1.55 | 375.00 | 581.25 |
| Susan L. Pappa | 4.50 | 125.00 | 562.50 |

### Expenses

| | |
|---|---|
| Postage | 10.08 |
| Photocopies | 61.00 |
| Courier fees | 32.50 |
| Reimbursable Costs Thru 08/31/2011 | 103.58 |
| Total Current Work | 2,327.33 |
| Previous Balance | $26,137.82 |
| Balance Due | $28,465.15 |
| Please Remit | $28,465.15 |

*Remittance is due and payable upon receipt. Thank you.*