# EXHIBIT "C"

## STATEMENT OF EXPENSE

| | |
|---|---|
| Postage | $10.08 |
| Photocopies | $61.00 |
| Courier Fees | $32.50 |
| TOTAL: | $103.58 |

81117 v1