# **Attachment A**

## FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
## DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 14 years. Admitted 1997. | $825 | 30.00 | $24,163.50 |
| Suresh T. Advani | Partner/ Tax/ 19 years. Admitted 1992. | $875 | 31.10 | $27,190.00 |
| Gerald L. Angst | Partner/ Litigation/ 36 years. Admitted 1975. | $725 | 212.00 | $151,376.00 |
| Richard W. Astle | Partner/ Corporate/ 31 years. Admitted 1980. | $775 | 10.50 | $7,949.50 |
| Larry A. Barden | Partner/ Corporate/ 29 years. Admitted 1982. | $900 | 130.40 | $116,055.00 |
| C. Frederick Beckner III | Partner/ Litigation/ 16 years. Admitted 1995. | $850 | 6.90 | $5,865.00 |

---

[1] Hourly Billing Rates reflected herein are those rates in effect as of January 1, 2011.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice[1] | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James F. Bendernagel, Jr. | Partner/ Litigation/ 34 years. Admitted 1977. | $850 | 797.90 | $660,140.00 |
| Steven M. Bierman | Partner/ Litigation/ 34 years. Admitted 1977. | $950 | 215.50 | $203,605.00 |
| Donald E. Bingham | Partner/ Banking/ 13 years. Admitted 1998. | $700 | 2.50 | $1,750.00 |
| Jeffrey E. Bjork | Partner/ Bankruptcy/ 13 years. Admitted 1998. | $775 | 0.30 | $232.50 |
| Kevin F. Blatchford | Partner/ Corporate/ 25 years. Admitted 1986. | $750 | 95.20 | $71,392.50 |
| Jessica C.K. Boelter | Partner/ Bankruptcy/ 9 years. Admitted 2002. | $700 | 560.20 | $379,062.50 |
| James N. Cahan | Partner/ Environmental/ 35 years. Admitted 1976. | $675 | 4.00 | $2,700.00 |
| Li Chen | Partner/ Intellectual Property/ 14 years. Admitted 1997. | $675 | 0.80 | $540.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew A. Clemente | Partner/ Bankruptcy/ 13 years. Admitted 1998. | $775 | 1.00 | $775.00 |
| James F. Conlan | Partner/ Bankruptcy/ 23 years. Admitted 1988. | $975 | 432.30 | $418,555.00 |
| Stephen G. Contopulos | Partner/ Litigation/ 39 years. Admitted 1972. | $775 | 6.40 | $4,950.00 |
| Michael P. Doss | Partner/ Litigation/ 15 years. Admitted 1997. | $725 | 11.80 | $8,555.00 |
| James W. Ducayet | Partner/ Litigation/ 15 years. Admitted 1996. | $750 | 672.20 | $491,228.00 |
| Max C. Fischer | Partner/ Employment/ 16 years. Admitted 1995. | $650 | 2.60 | $1,637.50 |
| Ronald S. Flagg | Partner/ Litigation/ 30 years. Admitted 1981. | $700 | 458.00 | $313,765.00 |
| Cliff Fonstein | Partner/ Litigation/ 17 years. Admitted 1994. | $775 | 3.10 | $2,402.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lawrence R. Fullerton | Partner/ Litigation/ 33 years. Admitted 1978. | $850 | 16.90 | $13,860.00 |
| Brian J. Gold | Partner/ Employment/ 29 years. Admitted 1982. | $750 | 34.80 | $25,585.00 |
| Janet E. Henderson | Partner/ Bankruptcy/ 29 years. Admitted 1982. | $875 | 146.40 | $126,372.50 |
| Scott J. Heyman | Partner/ Tax/ 24 years. Admitted 1987. | $750 | 22.80 | $16,932.50 |
| Robert W. Hirth | Partner/ Litigation/ 32 years. Admitted 1979. | $900 | 40.50 | $35,920.00 |
| Kevin J. Hochberg | Partner/ Banking and Financial Transactions/ 27 years. Admitted 1984. | $775 | 0.70 | $542.50 |
| Michael Hyatte | Partner/ Regulatory/ 32 years. Admitted 1979. | $975 | 0.50 | $487.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew E. Johnson | Partner/ Employee Benefits/ 19 years. Admitted 1992. | $750 | 1.50 | $1,079.50 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 12 years. Admitted 1999. | $750 | 291.80 | $209,792.50 |
| Richard B. Kapnick | Partner/ Litigation/ 29 years. Admitted 1982. | $800 | 310.70 | $237,199.00 |
| John P. Kelsh | Partner/ Corporate/ 15 years. Admitted 1996. | $750 | 0.20 | $150.00 |
| Colleen M. Kenney | Partner/ Litigation/ 20 years. Admitted 1991. | $700 | 951.50 | $653,358.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 29 years. Admitted 1982. | $950 | 486.00 | $449,310.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 20 years. Admitted 1991. | $900 | 573.80 | $496,997.50 |
| Scott R. Lassar | Partner/ Litigation/ 36 years. Admitted 1975. | $850 | 2.60 | $2,210.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura L. Leonard | Partner/ Environmental/ 28 years. Admitted 1983. | $675 | 7.30 | $4,927.50 |
| Robert J. Lewis | Partner/ Banking/ 16 years. Admitted 1995. | $725 | 2.90 | $1,975.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 17 years. Admitted 1994. | $700 | 101.90 | $70,295.00 |
| Brian A. McAleenan | Partner/ Litigation/ 13 years. Admitted 1998. | $650 | 2.30 | $1,495.00 |
| Kara L. McCall | Partner/ Product Liability and Mass Torts Litigation/ 11 years. Admitted 2000. | $650 | 149.40 | $97,110.00 |
| Elizabeth K. McCloy | Partner/ Real Estate/ 27 years. Admitted 1984. | $750 | 5.90 | $4,425.00 |
| Edward R. McNicholas | Partner/ Litigation/ 15 years. Admitted 1996. | $675 | 1.30 | $877.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Maria D. Meléndez | Partner/ Litigation/ 18 years. Admitted 1993. | $750 | 133.90 | $100,425.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 31 years. Admitted 1980. | $975 | 10.80 | $10,492.50 |
| David S. Petron | Partner/ Litigation/ 9 years. Admitted 2002. | $625 | 4.10 | $2,562.50 |
| Adrienne B. Pitts | Partner/ Litigation/ 16 years. Admitted 1995. | $650 | 118.20 | $75,096.00 |
| Alan Charles Raul | Partner/ Litigation/ 29 years. Admitted 1982. | $850 | 0.50 | $425.00 |
| Ellen S. Robbins | Partner/ Litigation/ 20 years. Admitted 1991. | $700 | 379.30 | $260,886.00 |
| Courtney A. Rosen | Partner/ Litigation/ 13 years. Admitted 1998. | $650 | 217.70 | $145,296.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 29 years. Admitted 1982. | $750 | 45.90 | $34,356.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Joel G. Samuels | Partner/ Bankruptcy/ 27 years. Admitted 1984. | $875 | 59.20 | $51,800.00 |
| Mark D. Schneider | Partner/ Communications/ 26 years. Admitted 1985. | $725 | 64.20 | $46,380.00 |
| Virginia A. Seitz | Partner/ Litigation/ 24 years. Admitted 1987. | $900 | 33.50 | $29,250.00 |
| Jeffrey C. Sharer | Partner/ Litigation/ 14 years. Admitted 1997. | $700 | 1.00 | $700.00 |
| Andrew H. Shaw | Partner/ Corporate/ 30 years. Admitted 1981. | $725 | 1.00 | $725.00 |
| Hille R. Sheppard | Partner/ Litigation/ 17 years. Admitted 1994. | $700 | 187.80 | $130,944.00 |
| Jeffrey C. Steen | Partner/ Bankruptcy/ 27 years. Admitted 1984. | $875 | 601.50 | $509,606.25 |
| Dale E. Thomas | Partner/ Litigation/ 36 years. Admitted 1975. | $675 | 198.60 | $133,117.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dennis M. Twomey | Partner/ Bankruptcy/ 11 years. Admitted 2000. | $725 | 381.80 | $269,745.00 |
| Alan M. Unger | Partner/ Litigation/ 32 years. Admitted 1979. | $900 | 305.40 | $272,990.00 |
| Melanie E. Walker | Partner/ Litigation/ 11 years. Admitted 2000. | $625 | 327.30 | $199,702.50 |
| Neil Wyland | Partner/ Litigation/ 16 years. Admitted 1995. | $650 | 248.60 | $160,542.00 |
| James P. Young | Partner/ Litigation/ 18 years. Admitted 1993. | $650 | 11.40 | $7,410.00 |
| Jay H. Zimbler | Partner/ Tax/ 36 years. Admitted 1975. | $900 | 3.50 | $3,135.00 |
| H. Bruce Bernstein | Senior Counsel/ Banking and Financial Transactions/ 43 years. Admitted 1968. | $850 | 3.00 | $2,450.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sally S. Neely | Senior Counsel/ Bankruptcy/ 34 years. Admitted 1977. | $825 | 7.00 | $5,775.00 |
| Robert R. Wootton | Senior Counsel/ Tax/ 32 years. Admitted 1979. | $900 | 10.00 | $9,000.00 |
| Michael L. Lisak | Counsel/ Product Liability and Mass Torts Litigation/ 12 years. Admitted 1999. | $600 | 100.10 | $59,120.00 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 32 years. Admitted 1979. | $725 | 567.70 | $401,662.50 |
| Alan J. Sorkowitz | Counsel/ Insurance and Financial Services/ 30 years. Admitted 1981. | $700 | 28.90 | $19,775.00 |
| Jason M. Adler | Associate/ Insurance/ 3 years. Admitted 2008. | $355 | 21.90 | $7,774.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew J. Altshuler | Associate/ Capital Markets/ 1 year. Admitted 2010. | $425 | 146.60 | $58,005.00 |
| Marcus A. Augustine | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 26.60 | $9,709.00 |
| Bryson L. Bachman | Associate/ Litigation/ 2 years. Admitted 2009. | $450 | 35.30 | $14,557.50 |
| David F. Bacon | Associate/ Litigation/ 2 years. Admitted 2009. | $475 | 56.50 | $26,837.50 |
| Bradley M. Baglien | Associate/ Litigation/ 4 years. Admitted 2007. | $395 | 20.40 | $8,058.00 |
| David M. Baron | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 184.40 | $62,346.00 |
| Megan Nogasky Beer | Associate/ Litigation/ 3 years. Admitted 2008. | $405 | 14.60 | $5,648.00 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 5 years. Admitted 2006. | $525 | 29.20 | $15,330.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Scott M. Berliant | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 271.00 | $93,235.00 |
| Noam Besdin | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $425 | 10.30 | $4,377.50 |
| Adam Blankenheimer | Associate/ Corporate and Finance/ 1 year. Admitted 2010. | $340 | 57.90 | $19,305.00 |
| Peter K. Booth | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 118.30 | $55,967.50 |
| Aaron Brooks | Associate/ Corporate/ 2 years. Admitted 2009. | $405 | 20.30 | $8,221.50 |
| Emily Caveness | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 25.90 | $8,473.50 |
| Elizabeth M. Chiarello | Associate/ Product Liability and Mass Torts Litigation/ 6 years. Admitted 2005. | $525 | 27.00 | $13,233.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Linda H. Cho | Associate/ Litigation/ 6 years. Admitted 2005. | $600 | 11.80 | $7,080.00 |
| Dusan Clark | Associate/ Litigation/ 10 years. Admitted 2001. | $550 | 1.70 | $880.00 |
| Christina E. Coleman | Associate/ Product Liability and Mass Torts Litigation/ 4 years. Admitted 2007. | $450 | 63.80 | $27,472.50 |
| Tara M. Conroy | Associate/ Litigation/ 2 years. Admitted 2009. | $475 | 15.60 | $6,710.00 |
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $425 | 33.60 | $14,280.00 |
| Christina M. Craige | Associate/ Bankruptcy/ 4 years. Admitted 2007. | $575 | 27.40 | $15,608.75 |
| Heather Curlee | Associate/ Litigation/ 4 years. Admitted 2007. | $405 | 49.20 | $19,926.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elizabeth C. Curtin | Associate/ Product Liability and Mass Torts Litigation/ 9 years. Admitted 2002. | $575 | 94.20 | $52,171.50 |
| Gregory V. Demo | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 474.80 | $213,953.75 |
| Bret T. Diskin | Associate/ Corporate/ 2 years. Admitted 2009. | $365 | 43.60 | $14,144.00 |
| William T. Donnell | Associate/ Corporate/ 1 year. Admitted 2010. | $325 | 5.50 | $1,787.50 |
| Joseph R. Dosch | Associate/ Litigation/ 1 year. Admitted 2010. | $325 | 23.70 | $7,702.50 |
| Christian N. Elloie | Associate/ Litigation/ 2 years. Admitted 2009. | $475 | 130.90 | $62,177.50 |
| Jason J. Englund | Associate/ Litigation/ 2 years. Admitted 2009. | $405 | 75.10 | $27,955.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Frank J. Favia, Jr. | Associate/ Litigation/ 5 years. Admitted 2006. | $495 | 100.20 | $49,254.50 |
| Rachel M. Fleischer | Associate/ Employment and Labor Law/ 4 years. Admitted 2007. | $450 | 16.50 | $7,425.00 |
| Tacy F. Flint | Associate/ Litigation/ 6 years. Admitted 2005. | $550 | 11.80 | $6,490.00 |
| James A. Fortosis | Associate/ Litigation/ 3 years. Admitted 2008. | $405 | 31.20 | $12,636.00 |
| Patricia C. Fratto | Associate/ Litigation/ 5 years. Admitted 2006. | $560 | 1.50 | $840.00 |
| Ben Frey | Associate/ Litigation/ 5 years. Admitted 2006. | $495 | 10.30 | $4,708.50 |
| Brian Gale | Associate/ Tax/ 2 years. Admitted 2009. | $365 | 4.90 | $1,788.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher M. Gaul | Associate/ Product Liability and Mass Torts Litigation/ 4 years. Admitted 2007. | $450 | 36.50 | $15,319.50 |
| Stephanie Gentile | Associate/ Tax/ 2 years. Admitted 2009. | $425 | 24.90 | $9,897.50 |
| Daniel Greenfield | Associate/ Litigation/ 3 years. Admitted 2008. | $405 | 50.80 | $20,574.00 |
| Sean C. Griffin | Associate/ Litigation/ 6 years. Admitted 2005. | $525 | 61.00 | $31,125.00 |
| Anna Gumport | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $375 | 341.20 | $127,950.00 |
| Matthew T. Gunnison | Associate/ Litigation/ 4 years. Admitted 2007. | $450 | 2.00 | $900.00 |
| Veena K. Gursahani | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 23.90 | $8,723.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael T. Gustafson | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $375 | 239.40 | $89,775.00 |
| Jamie E. Haney | Associate/ Litigation/ 4 years. Admitted 2007. | $450 | 34.70 | $13,750.50 |
| Andrew D. Hart | Associate/ Litigation/ 5 years. Admitted 2006. | $650 | 150.80 | $94,445.00 |
| Peter R. Hauenstein | Associate/ Litigation/ 4 years/ Admitted 2007. | $575 | 28.00 | $14,965.00 |
| Thomas R. Heisler | Associate/ Litigation/ 3 years. Admitted 2008. | $405 | 153.50 | $59,277.50 |
| Eric G. Hoffman | Associate/ Litigation/ 7 years. Admitted 2004. | $675 | 33.70 | $22,692.50 |
| Claire H. Holland | Associate/ Corporate/ 8 years. Admitted 2003. | $575 | 4.00 | $2,300.00 |
| Kathleen L. Holthaus | Associate/ Litigation/ 4 years. Admitted 2007. | $450 | 39.00 | $16,092.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nathan A. Huey | Associate/ Product Liability and Mass Torts Litigation/ 8 years. Admitted 2003. | $575 | 16.30 | $8,532.50 |
| Erik J. Ives | Associate/ Litigation/ 5 years. Admitted 2006. | $430 | 43.40 | $20,144.00 |
| Dennis Kao | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $425 | 24.30 | $10,327.50 |
| Seth H. Katz | Associate/ Corporate/ 9 years. Admitted 2002. | $530 | 9.90 | $5,247.00 |
| Caroline Y. Kim | Associate/ Financial Institution Regulation/ 10 years. Admitted 2001. | $675 | 97.10 | $62,772.50 |
| Geoffrey M. King | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 504.10 | $209,092.50 |
| Candice L. Kline | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 128.00 | $60,210.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Claire M. Korenblit | Associate/ Litigation/ 5 years. Admitted 2006. | $495 | 67.30 | $31,337.50 |
| Marc A. Korman | Associate/ Litigation/ 1 year. Admitted 2010. | $325 | 36.50 | $11,862.50 |
| Christopher S. Krueger | Associate/ Corporate/ 3 years. Admitted 2008. | $405 | 14.30 | $5,746.50 |
| Susan P. Lagana | Associate/ Litigation/ 2 years. Admitted 2009. | $325 | 199.40 | $71,106.00 |
| Michael J. LaMare | Associate/ Litigation/ 1 year. Admitted 2010. | $365 | 170.00 | $62,050.00 |
| James P. Langdon | Associate/ Corporate/ 5 years. Admitted 2006. | $495 | 219.90 | $105,581.00 |
| Meredith Jenkins Laval | Associate/ Litigation/ 4 years. Admitted 2007. | $450 | 4.10 | $1,845.00 |
| Sara S. Love | Associate/ Litigation/ 5 years. Admitted 2006. | $525 | 64.70 | $31,507.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jillian K. Ludwig | Associate/ Bankruptcy/ 4 years. Admitted 2007. | $535 | 592.40 | $301,731.00 |
| Shawn C. Luna | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 91.00 | $37,320.00 |
| Gabriel R. MacConaill | Associate/ Bankruptcy/ 6 years. Admitted 2005. | $560 | 0.50 | $280.00 |
| Zachary A. Madonia | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 58.10 | $19,251.50 |
| Rachel F. Margolis | Associate/ Employment/ 3 years. Admitted 2008. | $405 | 63.00 | $23,730.00 |
| Ashley K. Martin | Associate/ Litigation/ 3 years. Admitted 2008. | $405 | 92.10 | $34,130.50 |
| Matthew G. Martinez | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 163.10 | $76,212.50 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 6 years. Admitted 2005. | $625 | 467.30 | $283,707.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brian A. Monje | Associate/ Real Estate/ 2 years. Admitted 2009. | $315 | 1.70 | $535.50 |
| Ryan C. Morris | Associate/ Litigation/ 4 years. Admitted 2007. | $525 | 9.50 | $4,987.50 |
| Sophia Park Mullen | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $365 | 146.70 | $78,484.50 |
| Shannon T. Murphy | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 27.10 | $9,891.50 |
| Brett H. Myrick | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 670.90 | $276,952.50 |
| Marissa Alter-Nelson | Associate/ Litigation/ 3 years. Admitted 2008. | $475 | 3.60 | $1,710.00 |
| Jennifer E. Novoselsky | Associate/ Litigation/ 5 years. Admitted 2006. | $495 | 96.60 | $44,099.00 |
| Ariella L. Omholt | Associate/ Tax/ 3 years. Admitted 2008. | $405 | 76.60 | $28,548.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Erica C. Parks | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $375 | 135.90 | $50,962.50 |
| Tom A. Paskowitz | Associate/ Litigation/ 5 years. Admitted 2006. | $625 | 7.50 | $4,453.50 |
| Kevin Pecoraro | Associate/ Litigation/ 7 years. Admitted 2004. | $550 | 93.90 | $50,209.50 |
| Jen Peltz | Associate/ Litigation/ 8 years. Admitted 2003. | $575 | 262.20 | $143,847.00 |
| Rob Porter | Associate/ Litigation/ 1 year. Admitted 2010. | $365 | 3.60 | $1,314.00 |
| Maria R. Post | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 22.60 | $8,249.00 |
| Alison V. Potter | Associate/ Litigation/ 5 years. Admitted 2006. | $495 | 77.80 | $35,092.00 |
| Andrew P. Propps | Associate/ Bankruptcy/ 1 year. Admitted 2010. | $495 | 69.90 | $29,707.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Joan Radovich | Associate/ Environmental Law/ 14 years. Admitted 1997. | $530 | 26.70 | $14,151.00 |
| Michelle A. Ramirez | Associate/ Product Liability and Mass Torts Litigation/ 2 years. Admitted 2009. | $365 | 28.10 | $10,256.50 |
| Scott R. Rauscher | Associate/ Litigation/ 6 years. Admitted 2005. | $525 | 96.60 | $49,407.00 |
| Jennifer C. Rice | Associate/ Litigation/ 3 years. Admitted 2008. | $405 | 20.60 | $8,343.00 |
| Steve W. Robinson | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $425 | 101.80 | $43,265.00 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 7 years. Admitted 2004. | $550 | 0.70 | $363.00 |
| Jeremy E. Rosenthal | Associate/ Bankruptcy/ 9 years. Admitted 2002. | $675 | 0.30 | $202.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jed Rosenkrantz | Associate/ Corporate/ 2 years. Admitted 2009. | $365 | 42.10 | $15,366.50 |
| Ian M. Ross | Associate/ Litigation/ 6 years. Admitted 2005. | $465 | 21.50 | $9,997.50 |
| Thomas E. Ross | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 399.30 | $142,250.25 |
| Brian D. Rubens | Associate/ Litigation/ 6 years. Admitted 2005. | $525 | 69.90 | $35,239.50 |
| Charles K. Schafer | Associate/ Litigation/ 8 years. Admitted 2003. | $575 | 36.90 | $19,333.50 |
| Jeffrey M. Schieber | Associate/ Product Liability and Mass Torts Litigation/ 2 years. Admitted 2009. | $315 | 28.50 | $8,977.50 |
| Caroline L. Schiff | Associate/ Product Liability and Mass Torts Litigation/ 3 years. Admitted 2008. | $405 | 185.40 | $69,957.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Shira A. Selengut | Associate/ Tax/ 3 years. Admitted 2008. | $475 | 48.80 | $21,455.00 |
| Steve E. Sexton | Associate/ Litigation/ 6 years. Admitted 2005. | $525 | 60.50 | $28,438.50 |
| Brian S. Shull | Associate/ Litigation/ 4 years. Admitted 2007. | $450 | 139.70 | $61,088.50 |
| Richard M. Silverman | Associate/ Tax/ 4 years. Admitted 2007. | $450 | 114.50 | $51,453.50 |
| Ariella Thal Simonds | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 19.80 | $8,950.00 |
| John M. Skakun III | Associate/ Litigation/ 3 years. Admitted 2008. | $355 | 3.30 | $1,171.50 |
| Jennifer A. Smith | Associate/ Corporate/ 3 years. Admitted 2008. | $405 | 0.30 | $121.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel A. Spira | Associate/ Product Liability and Mass Torts Litigation/ 2 years. Admitted 2009. | $365 | 18.30 | $6,679.50 |
| Ben Stacke | Associate/ Capital Markets/ 6 years. Admitted 2005. | $575 | 60.70 | $33,597.50 |
| Stuart Z. Stahl | Associate/ Securitization/ 7 years. Admitted 2004. | $625 | 1.00 | $625.00 |
| Brent M. Steele | Associate/ Corporate/ 2 years. Admitted 2009. | $365 | 48.50 | $17,552.50 |
| Kate L. Steffy | Associate/ Real Estate/ 5 years. Admitted 2006. | $495 | 19.20 | $9,504.00 |
| Carly A. Steinbaum | Associate/ Litigation/ 3 years. Admitted 2008. | $380 | 0.50 | $190.00 |
| Allison Ross Stromberg | Associate/ Bankruptcy/ 3 years. Admitted 2008. | $475 | 673.00 | $308,477.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Angelo J. Suozzi | Associate/ Litigation/ 1 year. Admitted 2010. | $325 | 11.50 | $3,737.50 |
| Tim M. Swan | Associate/ Corporate/ 5 years. Admitted 2006. | $430 | 4.90 | $2,107.00 |
| Matthew D. Taksin | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 149.00 | $52,775.00 |
| Shane M. Tattan | Associate/ Bankruptcy/ 2 years. Admitted 2009. | $475 | 3.00 | $1,425.00 |
| DeNae M. Thomas | Associate/ Litigation/ 1 year. Admitted 2010. | $425 | 73.00 | $31,025.00 |
| Nilofer Umar | Associate/ Litigation/ 3 years. Admitted 2008. | $405 | 94.20 | $36,936.00 |
| Kees Vandenberg | Associate/ Litigation/ 2 years. Admitted 2009. | $365 | 348.50 | $120,302.50 |
| Patrick J. Wackerly | Associate/ Litigation/ 4 years. Admitted 2007. | $450 | 630.10 | $273,150.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Megan M. Walsh | Associate/ Litigation/ 5 years. Admitted 2006. | $450 | 26.40 | $11,258.50 |
| Alexa C. Warner | Associate/ Litigation/ 9 years. Admitted 2002. | $450 | 66.00 | $27,351.50 |
| Brian K. Washington | Associate/ Litigation/ 4 years. Admitted 2007. | $470 | 42.90 | $20,163.00 |
| Julie M. Weber | Associate/ Litigation/ 6 years. Admitted 2005. | $525 | 50.50 | $25,084.50 |
| Jacqueline M. Wilson | Associate/ Product Liability and Mass Torts Litigation/ 3 years. Admitted 2008. | $355 | 4.50 | $1,597.50 |
| Elizabeth M. Zito | Associate/ Litigation/ 11 years. Admitted 2000. | $650 | 0.80 | $520.00 |
| Qin Zou | Associate/ Corporate Finance/ 3 years. Admitted 2008. | $380 | 0.90 | $342.00 |
|  |  |  |  |  |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bruno Pierin Furiati | Foreign Attorney/ Capital Markets/ 8 years. Admitted 2003. | $375 | 43.50 | $16,312.50 |
| Angela Eavy | Staff Attorney/ Litigation/ 7 years. Admitted 2004. | $355 | 775.60 | $271,861.00 |
| Matthew S. Jackson | Staff Attorney/ Litigation/ 7 years. Admitted 2004. | $355 | 597.60 | $209,128.50 |
| Richard Bryan | Legal Assistant/ Litigation/ 2 years. | $200 | 1.00 | $200.00 |
| Madeleine Buras | Legal Assistant/ Litigation/ 1 year. | $235 | 1.50 | $352.50 |
| Beryl E. Dennis | Legal Assistant/ Litigation/ 26 years. | $300 | 2.50 | $750.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 9 years. | $240 | 97.70 | $23,140.00 |
| Denise M. Kerschhackl | Senior Legal Assistant/ Corporate/ 11 years. | $260 | 41.70 | $10,624.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kathy J. Kim | Legal Assistant/ Litigation/ 5 years. | $235 | 45.50 | $10,692.50 |
| Megan Scholl Lindberg | Legal Assistant/ Litigation/ 6 years. | $200 | 49.50 | $9,555.00 |
| Danuta A. Lucenko | Legal Assistant/ Litigation/ 16 years. | $220 | 9.00 | $1,980.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 26 years. | $300 | 266.70 | $78,798.00 |
| Eileen A. McDonnell-O'Driscoll | Legal Assistant/ Bankruptcy/ 24 years. | $290 | 4.00 | $1,240.00 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 9 years. | $240 | 12.40 | $2,964.00 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 15 years. | $255 | 140.40 | $35,141.00 |
| Melanie C. Nelson | Legal Assistant/ Bankruptcy/ 24 years. | $235 | 2.00 | $470.00 |
| James P. Platt | Senior Legal Assistant/ Litigation/ 9 years. | $225 | 215.50 | $47,470.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rebecca A. Reitz | Senior Legal Assistant/ Banking/ 23 years. | $255 | 1.00 | $255.00 |
| Karyn L. Sikaitis | Senior Legal Assistant/ 9 years. | $240 | 4.00 | $960.00 |
| Maud Such | Legal Assistant/ Litigation/ 21 years. | $220 | 0.80 | $192.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 19 years. | $200 | 175.00 | $34,421.00 |
| Martha Ocab | Project Assistant/ 24 years. | $85 | 25.80 | $2,193.00 |
| JoAnne Romanovich | Project Assistant/ 27 years. | $110 | 5.30 | $583.00 |
| Jennifer O. Butler | Librarian/ 3 years. | $100 | 2.00 | $200.00 |
| Laura Coleman | Librarian/ 23 years. | $100 | 0.10 | $10.00 |
| Michael J. Fillinger | Librarian/ 4 years. | $125 | 1.00 | $125.00 |
| Eva M. Huber | Librarian/ 17 years. | $100 | 2.20 | $220.00 |
| Ellen J. Kreis | Librarian/ 12 years. | $100 | 0.50 | $50.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Rogers | Librarian/ 13 years. | $100 | 1.50 | $150.00 |
| Amy Weiner | Librarian/ 5 years. | $125 | 0.50 | $62.50 |
| Michael P. Bawden | Litigation Support/ 12 years. | $315 | 4.00 | $980.00 |
| Marc A. Beltran | Litigation Support/ 3 years. | $280 | 41.60 | $11,331.50 |
| Alex Godofsky | Litigation Support/ 1 year. | $195 | 48.30 | $9,200.50 |
| Steven Hlynski | Litigation Support/ 7 years. | $220 | 48.20 | $10,390.00 |
| Daniel H. Lang | Litigation Support/ 7 years. | $195 | 20.50 | $3,982.50 |
| Karin Nakai | Litigation Support Coordinator/ 21 years. | $280 | 154.50 | $41,989.50 |
| Aaron Olen | Litigation Support/ 3 years. | $195 | 17.10 | $3,236.50 |
| John Pan | Litigation Support/ 2 years. | $210 | 8.60 | $1,892.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel Rioja | Litigation Support/ 1 year. | $185 | 0.30 | $66.00 |
| JoAnne SanMateo | Litigation Support/ 8 years. | $265 | 0.20 | $56.00 |
| Olivia Savell | Litigation Support/ 6 years. | $265 | 0.80 | $224.00 |
| Tanya Shim | Litigation Support/ 11 years. | $220 | 23.90 | $5,258.00 |
| Christopher Stavropoulos | Litigation Support/ 1 year. | $195 | 103.80 | $19,474.00 |
| Justin Tebbe | Litigation Support/ 1 year. | $265 | 1.50 | $420.00 |
| Justin Tyrell | Litigation Support/ 6 years. | $330 | 3.00 | $990.00 |
| William U. Geng | Docket Clerk/ 24 years. | $100 | 1.30 | $130.00 |
| Robert Singh | Docket/ 20 years. | $100 | 1.80 | $181.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | | | | |
| **Grand Total** | | | 26,016.00 | $14,478,878.00[2] |
| **Blended Rate** | | $ | | |

---

[2] Sidley has voluntarily waived $11,400.00 in fees sought in the Twenty-Fourth Monthly Fee Application that were billed to the Litigated Matters category. The total fees for which compensation is sought in this Ninth Quarterly Fee Application reflects a reduction by that amount.

**COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD
FROM DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 127.90 | $95,750.00 |
| Fee Applications (30390) | 635.90 | $189,979.00 |
| Executory Contracts and Leases (30410) | 14.00 | $7,552.00 |
| Vendor Matters (30420) | 0.30 | $160.50 |
| Use/Sale/Lease of Assets (30430) | 42.40 | $19,832.50 |
| DIP Financing/Cash Collateral (30440) | 4.80 | $3,325.00 |
| Insurance Matters (30450) | 7.70 | $6,204.00 |
| Committee-Related Matters (30460) | 0.30 | $148.50 |
| Litigated Matters (30470) | 16,735.70 | $9,066,453.00 |
| Travel Time (30480) (with 50% discount) | 217.20 | $75,394.00 |
| Labor Matters (30490) | 46.00 | $35,030.50 |
| Plan and Disclosure Statement (30500) | 6,618.50 | $4,164,623.00 |
| Professional Retention (30510) | 34.50 | $21,642.50 |
| Tax Matters (30520) | 172.40 | $102,616.00 |
| Claims Processing (30530) | 312.00 | $161,563.00 |
| Business Operations (30550) | 600.80 | $314,636.50 |
| Case Administration (30560) | 201.30 | $71,275.00 |
| Creditor Communications (30570) | 1.20 | $942.50 |
| Bankruptcy Schedules (30580) | 7.30 | $3,970.00 |
| Employee Matters (30590) | 230.60 | $134,143.00 |
| 2010 Exit Credit Facility (13700) | 5.20 | $3,637.50 |
| **TOTAL** | **26,016.00** | **$14,478,878.00[1]** |

---

[1] Sidley has voluntarily waived $11,400.00 in fees sought in the Twenty-Fourth Monthly Fee Application that were billed to the Litigated Matters category. The total fees for which compensation is sought in this Ninth Quarterly Fee Application reflects a reduction by that amount.

# Attachment B

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM
DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[1] | | $73,527.53 |
| Court Costs | | $2,272.50 |
| Court Reporter | | $2,383.92 |
| Document Production | | $1,995.00 |
| Duplicating Charges[2] | | $112,412.67 |
| Document Delivery Services | | $3,714.46 |
| Document Services | | $2,233.14 |
| Filing Fees | | $110.00 |
| Ground Transportation | | $14,395.72 |
| Lexis Research Service | Lexis | $83,275.39 |
| Meals Out-of-Town | | $6,022.60 |
| Meals | | $3,772.14 |
| Messenger Services | | $486.30 |
| Other | | $54.61 |
| Overtime | | $7,453.88 |
| Professional Services/Specialists | | $125,204.39 |
| Search Services | | $4,149.37 |
| SEC Document Retrieval Service | | $5.00 |
| Telephone Tolls | | $10,352.61 |
| Travel/Lodging | | $52,871.75 |
| Westlaw Research Service | Westlaw | $93,306.19 |
| **Total** | | **$599,999.17** |

---

[1] Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters. In certain instances where travel was required on short notice, and at particular times, Sidley's professionals reserved fares at first-class rates if no flights were available at economy rates.

[2] Sidley's rate for standard copying is $0.10 per page and is in compliance with the rate as required by Local Rule 2016-2(e)(iii).

LA.1 2069838V.8