IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
WILMINGTON DIVISION

| | |
|---|---|
| IN THE MATTER OF: TIMER MIRROR PAYROLL PROCESSING COMPANY | CASE NO: 08-13215 (KJC) CHAPTER: 11 |
| Debtor(s). | |

### NOTICE OF WITHDRAWAL OF CLAIM

Comes now Creditor, Indiana Department of Revenue (IDR), and hereby files a Notice of Withdrawal of Proof of Claim Number 6183.   Pursuant to Bankruptcy Rule 3006, the Proof of Claim referenced previously in this document is hereby withdrawn.

By:   /s/   Carol Swaffar, Bankruptcy Tax Analyst

Indiana Department of Revenue
Bankruptcy Section
100 North Senate Avenue, MS, 108
Indianapolis, IN 46204
Phone: (317) 232-2190
Fax: (317) 232-2343
E-mail: cswaffar@dor.in.gov



FILED / RECEIVED

SEP 2 0 2011

EPIQ BANKRUPTCY SOLUTIONS, LLC

September 13, 2011

Tribune Company Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

RE: Timer Mirror Payroll Processing Company
CASE NO: 08-13215 (KJC)

Dear Sir or Madame:

Enclosed are the original and copies of Notice of Withdrawal of Claim of the Indiana Department of Revenue for filing in the above referenced case.

Please return a filed-stamped copy for our files to:

Bankruptcy Section, MS #108
Indiana Department of Revenue
100 N Senate Avenue, Room N-240
Indianapolis, IN 46204

Thank you for your courtesy in this matter.


Sincerely,

*Carol Swaffar*

Carol Swaffar, Bankruptcy Tax Analyst
Indiana Department of Revenue
(317) 232-2190