## EXHIBIT A

**List of Threshold Insider Preference Actions**

# EXHIBIT A

## List of Threshold Insider Preference Actions

| Defendant First Name | Defendant Last Name | Adversary Case No. | Amount of Claim |
|---|---|---|---|
| William C. | O'Donovan | 10-55652 | $48,194.11 |
| Justo | Rey | 10-55630 | $48,194.11 |
| Henry M. | Segal | 10-55640 | $43,542.30 |
| John D. | Worthington IV | 10-55670 | $42,693.00 |
| Roger D. | Williams | 10-55662 | $42,003.10 |
| Judith A. | Juds | 10-55748 | $41,682.76 |
| Anne S. | Kelly | 10-55751 | $41,353.21 |
| Michael E. | Weiner | 10-55679 | $39,642.99 |
| Robert | Christie | 10-55728 | $31,091.87 |
| Chris L. | Fricke | 10-55726 | $28,800.17 |
| Cam B. | Trinh | 10-55664 | $28,800.17 |
| Feli M. | Wong | 10-55668 | $28,800.17 |
| Karlene W. | Goller | 10-55739 | $26,440.06 |
| Robin A. | Mulvaney | 10-55789 | $26,440.06 |
| Charles F. | Ray | 10-55626 | $26,440.06 |
| Patricia G. | Cazeaux | 10-55727 | $20,180.64 |
| Sharon A. | Silverman | 10-55649 | $20,180.64 |
| Alice T. | Iskra | 10-55741 | $6,743.75 |
| Laura L. | Tarvainen | 10-55644 | $3,750.00 |