## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING
## FIFTH QUARTERLY APPLICATION OF JENNER & BLOCK LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Fifth Quarterly Application of Jenner & Block LLP* [Docket No. 4066] (the "**Fee Application**").  The Fee Application seeks approval of fees that total $199,975.00 and reimbursement of expenses that total $2,475.20 for the period from December 1, 2009 through

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

February 28, 2010. Jenner & Block LLP ("**Jenner**") serves as special counsel to the Debtors for certain litigation matters.

**Background**

1.     On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.     On December 26, 2008, the Debtors filed the *Application for an Order Authorizing Debtors and Debtors in Possession to Retain Jenner & Block LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to the Petition Date* [Docket No. 142] (the "**Retention Application**"). By order dated February 20, 2009, this Court approved the Retention Application (the "**Initial Retention Order**").

3.     On April 28, 2009, the Court entered an Order (the "**Supplemental Retention Order**") [Docket No. 1097] approving the *Debtors' Supplemental Application for an Order Expanding the Scope of the Retention of Jenner & Block LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to March 5, 2009* (the "**Supplemental Retention Application**"). The Supplemental Retention Application sought clarification of the scope of Jenner's representation to allow Jenner to assist the Debtors with responding to a subpoena issued by the Department of Labor on March 2, 2009. Jenner continues to advise and assist the Debtors in connection with the DOL inquiry.

4.     Jenner submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 15, 2009) [Docket No. 225] (the "**Interim Compensation Order**").

**Applicable Standards**

5.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the

Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and

review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish

uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals

to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and

guidelines." *Fee Examiner Order* ¶¶ 1, 3.

6.      The Fee Examiner reviewed the Fee Application for compliance with sections 330 and

331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of

Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications

for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58,

Appendix A) (the "**UST Guidelines**").  In addition, the Fee Examiner reviewed the Fee Application for

general compliance with legal precedent established by the United States Bankruptcy Court for the

District of Delaware, the United States District Court for the District of Delaware, the Third Circuit

Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

7.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals

"reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*.  In evaluating the

amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and

the value of such services, taking into account all relevant factors, including (A) the time spent on such

services; (B) the rates charged for such services; (C) whether the services were necessary to the

administration of, or beneficial at the time at which the service was rendered toward the completion of,

a case under this title; (D) whether the services were performed within a reasonable amount of time

commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has

demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

8.      A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application.  A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

9.      The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Supplemental Retention Application, the Supplemental Retention Order, the Interim Compensation Order, and all related filings, and provided a Preliminary Report to Jenner for review and comment.  Jenner provided a written response to the Fee Examiner.  After evaluation of the additional information provided by Jenner, the Fee Examiner submits this Final Report for the Court's consideration.  This Final Report is in a format designed to quantify and present factual data relevant to whether the requested fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code and Local Rule 2016-2, and will also inform the Court of all proposed consensual resolutions of the fee and/or expense reimbursement request for the professional and the basis for such proposed consensual resolution.

## DISCUSSION OF FINDINGS

### Technical Requirements

10.      **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the

firm ("**Fees Computed**" and "**Expenses Computed**").   The Fee Examiner determined that the Fees Computed exceed the Fees Requested by $1,650.00, resulting in an apparent undercharge.   The discrepancy was the result of task hours within two entries that do not equal the time billed for the entries as a whole.   In response to the Preliminary Report, Jenner stated that the undercharge was the result of a computational error and requested reimbursement of the correct amount (the Fees Computed).

The Fee Examiner further determined that there is no discrepancy between the Expenses Requested and the Expenses Computed.   The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

11.    **Block Billing.**   The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*.   The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[2]   With minimal exceptions, Jenner did not block bill time entries.

12.    **Time Increments.**   The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.   The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines* ¶(b)(4)(v).    Jenner complied with the applicable rules regarding time increments.

### Review of Fees

13.    **Firm Staffing.**   The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an]

---

[2] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*. The Fee Application provided the names, positions, and hourly rates of the 32 Jenner professionals and paraprofessionals who billed to this matter, consisting of 8 partners, 10 associates, 6 paralegals, and 8 technology support personnel. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit A**.[3]

The firm billed a total of 468.80 hours with associated fees of $201,625.00.[4] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 99.50 | 21% | $ 82,999.50 | 41% |
| Associate | 232.90 | 50% | 89,288.50 | 45% |
| Paralegal | 112.40 | 24% | 22,737.00 | 11% |
| Technology Support | 24.00 | 5% | 6,600.00 | 3% |
| TOTAL | 468.80 | 100% | $201,625.00 | 100% |

The blended hourly rate for the Jenner professionals is $518.32 and the blended hourly rate for professionals and paraprofessionals is $430.09.

14.    **Hourly Rate Increases.**    The Fee Application included time entries from December 1, 2009 through February 28, 2010.    Jenner increased the hourly rates of several firm timekeepers effective January 1, 2010.    The Fee Application did not address or explain the rate increases.

The firm's response to the Preliminary Report included a statement that the rate changes reflected Jenner's yearly evaluation of its rate structure whereby the firm adjusts the rates of certain employees to adequately reflect the fair market value of that employee's services.    Jenner

---

[3] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

[4] This figure reflects the Fees Computed.

asserted that the rate adjustments were reasonable based on customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market. The Fee Examiner makes no recommendation at this time, though notes that Jenner provided no documentation or authority in support of the comparable non-bankruptcy national legal market.

15.    **Timekeepers' Roles.**  A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts. On the whole, each timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. The Fee Examiner requested from Jenner additional information regarding the necessity and scope of the roles performed by three attorneys. **Exhibit B** to the Preliminary Report listed the questioned billing entries.

In response, Jenner provided additional detail regarding the experience, role, and necessity of two of the attorneys in question. The firm agreed to voluntarily waive the fees invoiced by the third, a sum of $187.50, and the Fee Examiner make no recommendation for an additional reduction. Exhibit B is omitted from this report.

16.    **Meetings, Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified only three occasions where multiple Jenner timekeepers attended the same meeting, conference, hearing, or other event, and each instance the time invoiced by any single timekeeper did not exceed 1.50 hours. Given the *de minimis* amount of hours, the Fee Examiner makes no recommendation for a fee reduction, and requests that Jenner continue to limit staffing of events and conferences.

17.    **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Jenner timekeepers describing intraoffice conferences totaling 20.60 hours with $12,360.00 in associated fees, or approximately 6% of the Fees Computed, as displayed in **Exhibit C** to the Preliminary Report. The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more firm personnel total 8.50 hours with $5,297.50 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested that Jenner strive to eliminate unnecessary intraoffice conferencing, and further requested that the firm provide an explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the Preliminary Report, Jenner provided the requested explanation and stated that the firm does attempt to limit the number of intraoffice conference. After consideration of the additional information, the Fee Examiner makes no recommendation for a fee reduction. Exhibit C is omitted from this report.

18.    **Complete and Detailed Task Descriptions.** Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the

subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*. With minimal exceptions, Jenner complied with the applicable rules regarding descriptive time entries.

19.     **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner did not identify any fee entries describing administrative activities.

20.     **Clerical Activities.**  Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel[5] or support tasks for which the firm charged more than the market rate. The Fee Examiner reviewed each timekeeper's billing activities and identified numerous entries describing clerical activities, including but not limited to organizing materials, converting document formats, and uploading documents. The questioned entries were provided to Jenner in **Exhibit D** to the Preliminary Report and totaled 120.20 hours with $26,583.00 in associated fees. The Fee Examiner informed the firm of the intent to recommend that clerical activities be paid at the rate of $80.00 per hour.

Rather than address the specific activities and/or individuals set forth in the exhibit, Jenner responded to the Preliminary Report by incorrectly asserting that the Fee Examiner applied a rule that all time billed by paralegals, no matter how technical, complex or unique, should be charged

---

[5] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates). These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

at $80.00 per hour. Even a superficial review of the Fee Examiner's reports and exhibits (both for Jenner and other case professionals) proves the firm's assertion untrue. The issue is based on the activities described in the fee entries; other factors including the timekeeper's position, role, and hourly rate are also analyzed to provide context to the task description.

The majority of the fee entries in question describe work related to a document database – not the substantive review of documents, but instead the loading and manipulation of documents and data. Loading images and populating data fields is not legal work or traditional paralegal work[6] and should not be compensated at Jenner's paralegal rates. Nor should activities such as "generate OCRs and text load and bates labeled same" or "coordinated imaging and copying of documents with Pitney Bowes" be charged at rates up to $295.00 per hour. Most of the tasks require no legal training or acumen, consist of firm overhead, and from the description provided should not have been billed. However, the Fee Examiner applies a rate of $80.00 per hour rather than recommending a reduction of the entire amount given that certain activities may require a level of training and knowledge of the case.

The burden of proof is always on the fee applicant to prove each component of the fee application, including reasonableness. *E.g., In re Northwest Airlines Corp.*, 382 B.R. 632, 645 (Bankr. S.D.N.Y. 2008) (citation omitted). Through the Fee Application and the firm's response to the Preliminary Report, Jenner did not meet its burden regarding the questioned activities. The Fee Examiner recommends a fee reduction in the amount of $16,967.00, an amount computed by reducing to $80.00 per hour the rate applied to the entries displayed in the attached Exhibit D.

---

[6] The American Bar Association Standing Committee on Legal Assistants defined a paralegal or legal assistant as follows:

[A] person, qualified through education, training, or work experience, who is employed or retained by a lawyer, law office, governmental agency, or other entity in a capacity or function which involves the performance, under the ultimate direction and supervision of an attorney, of specifically-delegated substantive legal work, which work, for the most part, requires a sufficient knowledge of legal concepts that, absent such assistance, the attorney would perform the task. American Bar Association Standing Committee on Legal Assistants: Position paper on the Question of Legal Assistant Licensure or Certification, at 4. December 10, 1985.

21.     **Travel.**  The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. Jenner did not submit time entries describing travel.

22.     **Jenner Retention/Compensation.**  Jenner billed 32.50 hours with associated fees of $9,002.00 to prepare the firm's retention documents and applications for compensation, which computes to approximately 4% of the Fees Computed.    The fee entries describing Jenner's retention/compensation activities are displayed in **Exhibit E**, included with this Final Report for the Court's reference.

**Review of Expenses**

23.     **Itemization of Expenses.**  The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*.  The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*.   Jenner provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

24.     **Computer Assisted Legal Research.**  The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2(e)(iii)*.  Jenner stated in the Fee Application that "[w]ith respect to legal research expenses, charges to Jenner by Lexis/Nexis and Westlaw are based on the actual number and scope of searches."

25.     **Vaguely Described Travel Related Expense.**  Jenner requested reimbursement for a $626.70 out-of-town travel expense dated November 30, 2009, for which the Fee Examiner requested detailed itemization including the individual charges incurred (airfare, lodging, etc.) and the amount of each charge.  In response, Jenner provided the requested breakdown of the charges which consisted of airfare and taxi costs.  The Fee Examiner makes no recommendation for an expense reduction.

## CONCLUSION

The Fee Examiner submits this final report regarding the Application and the fees and expenses discussed above.  The Fee Examiner recommends the approval of fees in the amount of $184,470.50 ($199,975.00 minus $15,504.50) and reimbursement of expenses in the amount of $2,475.20 for the period from December 1, 2009 through February 28, 2010.  The findings are summarized in the attached Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

**APPENDIX A**

**JENNER & BLOCK LLP**

### SUMMARY OF FINDINGS

#### Fifth Quarterly Application (December 1, 2009 through February 28, 2010)

**A.** **Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested | $199,975.00 | |
| Expenses Requested | 2,475.20 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $202,450.20 |
| | | |
| Fees Computed | $201,625.00 | |
| Expenses Computed | 2,475.20 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $204,100.20 |
| | | |
| Discrepancy in Fees | ($ 1,650.00) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($ 1,650.00) |

**B.** **Recommended Fee Allowance and Expense Reimbursement**

| | | |
|---|---|---|
| Fees Requested | $199,975.00 | |
| *Discrepancy in Fees* | | *$ 1,650.00* |
| *Agreed Reduction for Questioned Timekeepers* | | *(187.50)* |
| *Recommended Reduction for Clerical Activities* | | *(16,967.00)* |
| Subtotal | | *($15,504.50)* |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $184,470.50 |
| | | |
| Expenses Requested | $2,475.20 | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 2,475.20 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $186,945.70 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 26th day of September, 2011.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Jeremy P. Sherman, Esq.
Partner
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL  60603-5577

W. Andrew Dalton

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Jenner & Block LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| DJB | Bradford, David J. | PARTNER | $875.00 | $925.00 | 51.80 | $47,020.00 |
| WLS | Scogland, William L. | PARTNER | $850.00 | $850.00 | 20.60 | $17,510.00 |
| BL | Levenstam, Barry | PARTNER | $750.00 | $750.00 | 9.20 | $6,900.00 |
| ASA | Amert, Amanda S. | PARTNER | $555.00 | $555.00 | 8.90 | $4,939.50 |
| MZH | Hankin, Marc B. | PARTNER | $750.00 | $750.00 | 4.00 | $3,000.00 |
| CS | Steege, Catherine L. | PARTNER | $725.00 | $775.00 | 3.20 | $2,430.00 |
| MTW | Wolf, Michael T. | PARTNER | $675.00 | $675.00 | 1.50 | $1,012.50 |
| DLB | Berman, Debbie L. | PARTNER | $625.00 | $625.00 | 0.30 | $187.50 |
| | No. of Billers for Position: 8 | Blended Rate for Position: | $834.17 | | 99.50 | $82,999.50 |
| | | | | % of Total: | 21.22% | % of Total:    41.17% |
| BLD | Dougherty, Brian L. | ASSOCIATE | $325.00 | $325.00 | 69.30 | $22,522.50 |
| RRB | Bajowala, Reena R. | ASSOCIATE | $490.00 | $490.00 | 31.80 | $15,582.00 |
| KAP | Palazzolo, Kyle A. | ASSOCIATE | $325.00 | $325.00 | 36.30 | $11,797.50 |
| JXW | Wenell, Julie A. | ASSOCIATE | $370.00 | $370.00 | 22.40 | $8,288.00 |
| LSR | Raiford, Landon S. | ASSOCIATE | $325.00 | $370.00 | 22.10 | $8,019.50 |
| AAO | Otterberg, April A. | ASSOCIATE | $445.00 | $445.00 | 14.30 | $6,363.50 |
| DAS | Sondgeroth, Douglas A. | ASSOCIATE | $525.00 | $540.00 | 11.60 | $6,144.00 |
| SEB | Biller, Sofia E. | ASSOCIATE | $370.00 | $370.00 | 16.60 | $6,142.00 |
| WAT | Thomson, Wade A. | ASSOCIATE | $510.00 | $510.00 | 5.80 | $2,958.00 |
| MMH | Hinds, Melissa M. | ASSOCIATE | $545.00 | $545.00 | 2.70 | $1,471.50 |
| | No. of Billers for Position: 10 | Blended Rate for Position: | $383.38 | | 232.90 | $89,288.50 |
| | | | | % of Total: | 49.68% | % of Total:    44.28% |
| EJR | Robertson, Eileen J. | PARALEGAL | $230.00 | $230.00 | 54.90 | $12,627.00 |
| PXR | Ramos, Panagiota | PARALEGAL | $170.00 | $170.00 | 37.50 | $6,375.00 |
| MXP | Patterson, Marc A. | PARALEGAL | $170.00 | $170.00 | 16.20 | $2,754.00 |
| MHM | Matlock, Michael H. | PARALEGAL | $270.00 | $270.00 | 2.30 | $621.00 |
| LTY | Yap, Lowell T. | PARALEGAL | $275.00 | $275.00 | 1.00 | $275.00 |
| BJM | Mullenbrock, Brett J. | PARALEGAL | $170.00 | $170.00 | 0.50 | $85.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### Jenner & Block LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| | No. of Billers for Position: 6 | Blended Rate for Position: | $202.29 | | 112.40 | $22,737.00 |
| | | | | % of Total: | 23.98% | % of Total: 11.28% |
| TH | Holloway-Wusu, Tunde | TECH SUPPORT | $275.00 | $275.00 | 10.30 | $2,832.50 |
| MS | Small, Margaret | TECH SUPPORT | $275.00 | $275.00 | 5.00 | $1,375.00 |
| KZL | Laughran, Kelly A. | TECH SUPPORT | $275.00 | $275.00 | 2.30 | $632.50 |
| LIM | Manheimer, Lory I. | TECH SUPPORT | $275.00 | $275.00 | 1.90 | $522.50 |
| DG | Gardner, Daryl | TECH SUPPORT | $275.00 | $275.00 | 1.80 | $495.00 |
| JXA | Anderson, Jennifer | TECH SUPPORT | $275.00 | $275.00 | 1.00 | $275.00 |
| RRO | Ohton Jr., Robert R. | TECH SUPPORT | $275.00 | $275.00 | 1.00 | $275.00 |
| DXW | Wirkiowski, David | TECH SUPPORT | $275.00 | $275.00 | 0.70 | $192.50 |
| | No. of Billers for Position: 8 | Blended Rate for Position: | $275.00 | | 24.00 | $6,600.00 |
| | | | | % of Total: | 5.12% | % of Total: 3.27% |
| | Total No. of Billers: 32 | Blended Rate for Report: | $430.09 | | 468.80 | $201,625.00 |

EXHIBIT D

CLERICAL ACTIVITIES

Jenner & Block LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Anderson, J | 1.00 | 275.00 | 80.00 | 195.00 |
| Gardner, D | 1.80 | 495.00 | 144.00 | 351.00 |
| Holloway-Wusu, T | 10.30 | 2,832.50 | 824.00 | 2,008.50 |
| Laughran, K | 2.30 | 632.50 | 184.00 | 448.50 |
| Manheimer, L | 1.90 | 522.50 | 152.00 | 370.50 |
| Matlock, M | 2.30 | 621.00 | 184.00 | 437.00 |
| Mullenbrock, B | 0.50 | 85.00 | 40.00 | 45.00 |
| Ohton Jr., R | 1.00 | 275.00 | 80.00 | 195.00 |
| Ramos, P | 37.50 | 6,375.00 | 3,000.00 | 3,375.00 |
| Robertson, E | 54.90 | 12,627.00 | 4,392.00 | 8,235.00 |
| Small, M | 5.00 | 1,375.00 | 400.00 | 975.00 |
| Wirkiowski, D | 0.70 | 192.50 | 56.00 | 136.50 |
| Yap, L | 1.00 | 275.00 | 80.00 | 195.00 |
| | 120.20 | $26,583.00 | $9,616.00 | $16,967.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| DOL Subpoena | 98.90 | 22,658.50 | 7,912.00 | 14,746.50 |
| ESOP/Stay Issues | 19.00 | 3,303.50 | 1,520.00 | 1,783.50 |
| Fee Application | 2.30 | 621.00 | 184.00 | 437.00 |
| | 120.20 | $26,583.00 | $9,616.00 | $16,967.00 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: DOL Subpoena |
| Anderson, J | 12/13/09    Sun | 1.00 | 1.00 | 275.00 | 80.00 | 195.00 | | 1 [L140] {A110] PERFORMED LEVEL TWO QUALITY CHECKS ON DATA IMPORT INTO CONCORDANCE AND CONVERSION |
| | 158690-DOL/168 | | | | | | | OF MULTI-PAGE TIFFS TO SINGLE-PAGE TIFFS. |
| | TOTAL FOR TIMEKEEPER: | | 1.00 | $275.00 | $80.00 | $195.00 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| Gardner, D | 02/23/10    Tue | 1.50 | 0.80 | 220.00 | 64.00 | 156.00 | F | 1 [L140] {A110] REMOVED DOCUMENTS FROM (REDACTED) DATABASE TAGGED FOR DELETION (.8); |
| | 164210-DOL/221 | | 0.30 | 82.50 | 24.00 | 58.50 | F | 2 REMOVED CORRESPONDING IMAGES, NATIVE FILES AND TEXT FROM NETWORK (.3); |
| | | | 0.40 | 110.00 | 32.00 | 78.00 | F | 3 PERFORMED QUALITY CHECKS AND RELEASED FOR SECOND LEVEL QUALITY CONTROL CHECK (.4). |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| | 02/24/10    Wed | 0.30 | 0.30 | 82.50 | 24.00 | 58.50 | | 1 [L140] {A110] REMOVED DOCUMENT LEVEL OCR TEXT FROM THE NETWORK FOR THE (REDACTED) DATABASE. |
| | 164210-DOL/224 | | | | | | | |
| | TOTAL FOR TIMEKEEPER: | | 1.80 | $495.00 | $144.00 | $351.00 | | |
| | NUMBER OF ENTRIES: | 2 | | | | | | |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| Holloway-Wusu, T | 12/04/09    Fri | 3.50 | 3.50 | 962.50 | 280.00 | 682.50 | | 1 [L140] {A110] WORKED ON ISSUE RE DOCUMENTS LOADED TO CONCORDANCE. |
| | 158690-DOL/130 | | | | | | | |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| | 12/10/09    Thu | 3.50 | 3.50 | 962.50 | 280.00 | 682.50 | | 1 [L140] {A110] RESOLVED DATA LOAD ISSUE AND GENERATED OCR. |
| | 158690-DOL/155 | | | | | | | |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| | 12/11/09    Fri | 1.30 | 1.00 | 275.00 | 80.00 | 195.00 | F | 1 [L140] {A110] WORKED ON RESOLVING ISSUE WITH PROJECT IN PARTIAL RELEASE (1.0); |
| | 158690-DOL/161 | | 0.30 | 82.50 | 24.00 | 58.50 | F | 2 GENERATED OCRS AND TEXT LOAD AND BATES LABELED SAME (.3). |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| | 12/13/09    Sun | 0.50 | 0.30 | 82.50 | 24.00 | 58.50 | F | 1 [L140] {A110] WORKED ON RESOLVING ISSUE WITH PROJECT IN PARTIAL RELEASE (.3); |
| | 158690-DOL/167 | | 0.20 | 55.00 | 16.00 | 39.00 | F | 2 GENERATED OCRS AND TEXT LOAD AND BATES LABELED SAME (.2). |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| | 12/14/09    Mon | 1.50 | 1.00 | 275.00 | 80.00 | 195.00 | F | 1 [L140] {A110] WORKED ON RESOLVING ISSUE WITH PROJECT IN PARTIAL RELEASE (1.0); |
| | 158690-DOL/172 | | 0.50 | 137.50 | 40.00 | 97.50 | F | 2 GENERATED OCRS AND TEXT LOAD AND BATES LABELED SAME (.5). |
| | TOTAL FOR TIMEKEEPER: | | 10.30 | $2,832.50 | $824.00 | $2,008.50 | | |
| | NUMBER OF ENTRIES: | 5 | | | | | | |

Laughran, K

~ See the last page of exhibit for explanation

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT D

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: DOL Subpoena |
| Laughran, K | 12/10/09   Thu 158690-DOL/154 | 1.30 | 1.30 | 357.50 | 104.00 | 253.50 | | 1 (L140) (A110) WORKED ON LOADING DOCUMENTS ONTO CONCORDANCE FOR ATTORNEY REVIEW. |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| | 01/21/10   Thu 162276-DOL/206 | 0.50 | 0.10 | 27.50 | 8.00 | 19.50 | F | 1 (L140) (A110) CONVERTED MULTIPAGE TIFF TO SINGLE PAGE TIFF (.1); |
| | | | 0.10 | 27.50 | 8.00 | 19.50 | F | 2 GENERATED OCR FOR ALL RECORDS (.1); |
| | | | 0.10 | 27.50 | 8.00 | 19.50 | F | 3 IMPORTED DATA VOLUME INTO (REDACTED) DATABASE (.1); |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 4 QUALITY CHECKED ALL DATA AND IMAGES (.2). |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| | 02/24/10   Wed 164210-DOL/225 | 0.50 | 0.10 | 27.50 | 8.00 | 19.50 | F | 1 (L140) (A110) CONVERTED MULTIPAGE TIFFS TO SINGLE PAGE TIFFS (.1); |
| | | | 0.10 | 27.50 | 8.00 | 19.50 | F | 2 IMPORTED NEW TIFFS INTO DATABASE (.1); |
| | | | 0.10 | 27.50 | 8.00 | 19.50 | F | 3 GENERATED NEW OCR FOR RECORDS (.1); |
| | | | 0.20 | 55.00 | 16.00 | 39.00 | F | 4 QUALITY CHECKED ALL DATA AND IMAGES (.2). |
| | TOTAL FOR TIMEKEEPER: | 2.30 | | $632.50 | $184.00 | $448.50 | | |
| | NUMBER OF ENTRIES: | 3 | | | | | | |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| Manheimer, L | 12/10/09   Thu 158690-DOL/153 | 1.00 | 1.00 | 275.00 | 80.00 | 195.00 | | 1 (L140) (A110) COORDINATED LOADING OF DOCUMENTS FOR ATTORNEY REVIEW. |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| | 02/05/10   Fri 164210-DOL/213 | 0.30 | 0.30 | 82.50 | 24.00 | 58.50 | | 1 (L140) (A110) COORDINATED WITH DATA TEAM (REDACTED). |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| | 02/24/10   Wed 164210-DOL/223 | 0.30 | 0.30 | 82.50 | 24.00 | 58.50 | | 1 (L140) (A110) COORDINATED WITH DATA TEAM REPLACING IMAGES FOR (REDACTED) DOCUMENT PRODUCTION. |
| | | | | | | | | MATTER NAME: DOL Subpoena |
| | 02/25/10   Thu 164210-DOL/227 | 0.30 | 0.30 | 82.50 | 24.00 | 58.50 | | 1 (L140) (A110) COORDINATED WITH DATA TEAM REPLACING IMAGES FOR (REDACTED) DOCUMENT PRODUCTION. |
| | TOTAL FOR TIMEKEEPER: | 1.90 | | $522.50 | $152.00 | $370.50 | | |
| | NUMBER OF ENTRIES: | 4 | | | | | | |
| | | | | | | | | MATTER NAME: Fee Application |
| Matlock, M | 12/08/09   Tue 158692-FA/235 | 2.30 | 2.30 | 621.00 | 184.00 | 437.00 | | 1 (L210 (A104) REVIEWED AND PROOFREAD EXAMINER SUBMISSION DATA FOR CONFORMANCE WITH REDACTIONS. |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT D

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Matlock, M | TOTAL FOR TIMEKEEPER: | | 2.30 | $621.00 | $184.00 | $437.00 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| Mullenbrock, B | 02/12/10    Fri 164209-ESI/105 | 0.50 | 0.50 | 85.00 | 40.00 | 45.00 | | *MATTER NAME: ESOP/Stay Issues* 1 (L140) (A110) REVIEWED AND REVISED (REDACTED) BINDER. |
| | TOTAL FOR TIMEKEEPER: | | 0.50 | $85.00 | $40.00 | $45.00 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| Ohton Jr., R | 01/12/10    Tue 162276-DOL/197 | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) WORKED ON RESOLVING DATA LOAD AND DUPLICATION ISSUES WITHIN THE CONCORDANCE DATABASE (REDACTED). |
| | 01/13/10    Wed 162276-DOL/198 | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) CONTINUED WORKING ON RESOLVING DATA LOAD AND DUPLICATION ISSUES WITHIN THE CONCORDANCE DATABASE. (REDACTED). |
| | TOTAL FOR TIMEKEEPER: | | 1.00 | $275.00 | $80.00 | $195.00 | | |
| | NUMBER OF ENTRIES: | 2 | | | | | | |
| Ramos, P | 12/01/09    Tue 158690-DOL/117 | 2.30 | 2.30 | 391.00 | 184.00 | 207.00 | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) ORGANIZED AND ASSEMBLED (REDACTED) DOCUMENTS INTO BINDERS FOR ATTORNEY REVIEW PER S. MCGEE REQUEST. |
| | 12/03/09    Thu 158689-ESI/12 | 0.80 | 0.80 | 136.00 | 64.00 | 72.00 | | *MATTER NAME: ESOP/Stay Issues* 1 (L140) (A110) GATHERED AND ORGANIZED TRANSCRIPT OF DECEMBER 1, 2009 HEARING FOR ATTORNEY REVIEW. |
| | 12/04/09    Fri 158689-ESI/16 | 2.00 | 2.00 | 340.00 | 160.00 | 180.00 | | *MATTER NAME: ESOP/Stay Issues* 1 (L140) (A110) GATHERED AND ORGANIZED TRANSCRIPT OF DECEMBER 1, 2009 HEARING FOR ATTORNEY REVIEW. |
| | 12/08/09    Tue 158690-DOL/140 | 4.00 | 2.00 2.00 | 340.00 340.00 | 160.00 160.00 | 180.00 180.00 | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) SEARCHED AND RETRIEVED (REDACTED) DOCUMENTS; 2 ORGANIZED AND ASSEMBLED SAME INTO BINDER FOR ATTORNEY REVIEW PER S. MCGEE REQUEST. |
| | 12/10/09    Thu 158690-DOL/151 | 4.00 | 2.00 2.00 | 340.00 340.00 | 160.00 160.00 | 180.00  F 180.00  F | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) SEARCHED AND RETRIEVED (REDACTED) DOCUMENTS (2.0); 2 ORGANIZED AND ASSEMBLED INTO BINDER FOR ATTORNEY REVIEW PER S. MCGEE REQUEST (2.0). |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT D

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Ramos, P | 12/11/09   Fri 158690-DOL/159 | 0.50 | 0.50 | 85.00 | 40.00 | 45.00 | | MATTER NAME: DOL Subpoena 1 {L140} {A110} UPDATED (REDACTED) BINDER AND INDEX PER D. SONDGEROTH REQUEST. |
| | 12/14/09   Mon 158690-DOL/170 | 1.00 | 1.00 | 170.00 | 80.00 | 90.00 | | MATTER NAME: DOL Subpoena 1 {L140} {A110} REVIEWED RECENT PRODUCTION AND ORGANIZED AND ASSEMBLED SAME IN DATABASE FOR ATTORNEY REVIEW PER S. MCGEE REQUEST. |
| | 12/31/09   Thu 158690-DOL/189 | 2.00 | 2.00 | 340.00 | 160.00 | 180.00 | | MATTER NAME: DOL Subpoena 1 {L140} {A110} ORGANIZED AND ASSEMBLED CASE FILE DOCUMENTS AND UPDATED CORRESPONDENCE FILE, SUBJECT FILES, CASE FILE INDEX AND DATABASE. |
| | 01/04/10   Mon 162275-ESI/40 | 1.50 | 1.50 | 255.00 | 120.00 | 135.00 | | MATTER NAME: ESOP/Stay Issues 1 {L140} {A110} UPDATED CORRESPONDENCE FILES AND SUBJECT FILES. |
| | 01/05/10   Tue 162275-ESI/43 | 3.50 | 3.50 | 595.00 | 280.00 | 315.00 | | MATTER NAME: ESOP/Stay Issues 1 {L140} {A110} UPDATED CORRESPONDENCE, COURT FILE, SUBJECT FILES, AND SHAREPOINT SITE. |
| | 01/05/10   Tue 162276-DOL/191 | 2.00 | 2.00 | 340.00 | 160.00 | 180.00 | | MATTER NAME: DOL Subpoena 1 {L140} {A110} UPDATED CORRESPONDENCE FILE AND VARIOUS SUBJECT FILES. |
| | 01/12/10   Tue 162275-ESI/48 | 1.00 | 0.50 0.50 | 85.00 85.00 | 40.00 40.00 | 45.00  F 45.00  F | | MATTER NAME: ESOP/Stay Issues 1 {L140} {A110} SEARCHED AND RETRIEVED VARIOUS DOCUMENTS (.5); 2 ORGANIZED AND ASSEMBLED MOTION TO DISMISS BINDERS PER S. MCGEE REQUEST (.5). |
| | 01/20/10   Wed 162276-DOL/204 | 0.90 | 0.90 | 153.00 | 72.00 | 81.00 | | MATTER NAME: DOL Subpoena 1 {L140} {A110} REVIEWED CD OF (REDACTED) DOCUMENTS AND CREATED LIST OF ALL DOCUMENTS (REDACTED). |
| | 01/21/10   Thu 162276-DOL/205 | 1.00 | 0.40 0.60 | 68.00 102.00 | 32.00 48.00 | 36.00  F 54.00  F | | MATTER NAME: DOL Subpoena 1 {L140} {A110} GATHERED AND ORGANIZED TRANSMITTAL LETTERS AND DELIVERED (REDACTED) TO APPLIED TECHNOLOGY GROUP TO BE UPLOADED TO DATABASE (.4); 2 SEARCHED AND RETRIEVED VARIOUS CASE FILE DOCUMENTS PER S. MCGEE REQUEST (.6). |
| | 01/28/10   Thu 162275-ESI/84 | 1.00 | 1.00 | 170.00 | 80.00 | 90.00 | | MATTER NAME: ESOP/Stay Issues 1 {L140} {A110} GATHERED AND ORGANIZED ALL BRIEFING AND EXHIBITS RE MOTION TO DISMISS AND PREPARED CD OF SAME PER D. SONDGEROTH REQUEST. |
| | 02/01/10   Mon 164209-ESI/87 | 0.30 | 0.30 | 51.00 | 24.00 | 27.00 | | MATTER NAME: ESOP/Stay Issues 1 {L140} {A110} SEARCHED AND RETRIEVED VARIOUS PLEADINGS PER S. MCGEE REQUEST. |
| | 02/02/10   Tue 164209-ESI/89 | 0.50 | 0.50 | 85.00 | 40.00 | 45.00 | | MATTER NAME: ESOP/Stay Issues 1 {L140} {A103} DRAFTED TRANSMITTAL LETTER PER D. SONDGEROTH REQUEST RE (REDACTED). |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Ramos, P | 02/04/10   Thu 164209-ESI/92 | 3.20 | 3.20 | 544.00 | 256.00 | 288.00 | | MATTER NAME: ESOP/Stay Issues 1 (L140) (A103) CREATED AND COMPILED (REDACTED) PER S. MCGEE REQUEST. |
| | 02/11/10   Thu 164209-ESI/102 | 1.50 | 0.80 0.70 | 136.00 119.00 | 64.00 56.00 | 72.00  F 63.00  F | | MATTER NAME: ESOP/Stay Issues 1 (L140) (A110) SEARCHED AND RETRIEVED (REDACTED) PER S. MCGEE REQUEST (.8); 2 ORGANIZED DOCUMENTS AND REVIEWED (REDACTED) PER S. MCGEE REQUEST (.7). |
| | 02/12/10   Fri 164209-ESI/104 | 0.50 | 0.50 | 85.00 | 40.00 | 45.00 | | MATTER NAME: ESOP/Stay Issues 1 (L140) (A110) ORGANIZED AND REVIEWED (REDACTED) PER S. MCGEE REQUEST. |
| | 02/18/10   Thu 164210-DOL/217 | 2.00 | 2.00 | 340.00 | 160.00 | 180.00 | | MATTER NAME: DOL Subpoena 1 (L140) (A110) REVIEWED AND TAGGED VARIOUS DOCUMENTS IN PRODUCTION DATABASE FOR APPLIED TECHNOLOGY GROUP (REDACTED). |
| | 02/19/10   Fri 164209-ESI/114 | 1.50 | 1.50 | 255.00 | 120.00 | 135.00 | | MATTER NAME: ESOP/Stay Issues 1 (L140) (A110) REVIEWED AND ORGANIZED BINDERS RE (REDACTED) AND DISTRIBUTED SAME PER S. MCGEE REQUEST. |
| | 02/25/10   Thu 164209-ESI/115 | 0.50 | 0.50 | 85.00 | 40.00 | 45.00 | | MATTER NAME: ESOP/Stay Issues 1 (L140) (A110) SEARCHED AND RETRIEVED VARIOUS (REDACTED). |
| | TOTAL FOR TIMEKEEPER: | | 37.50 | $6,375.00 | $3,000.00 | $3,375.00 | | |
| | NUMBER OF ENTRIES:      23 | | | | | | | |
| Robertson, E | 12/01/09   Tue 158690-DOL/118 | 1.80 | 1.80 | 414.00 | 144.00 | 270.00 | | MATTER NAME: DOL Subpoena 1 (L140) (A110) POPULATED DESCRIPTIVE FIELDS OF CONCORDANCE, (REDACTED) TO EXPEDITE ATTORNEY REVIEW. |
| | 12/02/09   Wed 158690-DOL/122 | 0.50 | 0.50 | 115.00 | 40.00 | 75.00 | | MATTER NAME: DOL Subpoena 1 (L140) (A110) CONTINUED TO POPULATE DESCRIPTIVE FIELDS OF CONCORDANCE, (REDACTED) TO EXPEDITE ATTORNEY REVIEW. |
| | 12/03/09   Thu 158690-DOL/126 | 1.30 | 1.30 | 299.00 | 104.00 | 195.00 | | MATTER NAME: DOL Subpoena 1 (L140) (A110) CONTINUED TO POPULATE DESCRIPTIVE FIELDS OF CONCORDANCE, (REDACTED) DOCUMENTS TO EXPEDITE ATTORNEY REVIEW. |
| | 12/07/09   Mon 158690-DOL/136 | 2.80 | 2.80 | 644.00 | 224.00 | 420.00 | | MATTER NAME: DOL Subpoena 1 (L140) (A110) POPULATED DESCRIPTIVE FIELDS OF RELEVANT DOCUMENTS IN (REDACTED) FOR ATTORNEY REVIEW. |
| | 12/08/09   Tue 158690-DOL/141 | 3.00 | 3.00 | 690.00 | 240.00 | 450.00 | | MATTER NAME: DOL Subpoena 1 (L140) (A110) CONTINUED TO POPULATE DESCRIPTIVE FIELDS OF RELEVANT DOCUMENTS (REDACTED) FOR ATTORNEY REVIEW. |

~  See the last page of exhibit for explanation

 *  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT F

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Robertson, E | 12/09/09  Wed 158690-DOL/145 | 2.50 | 2.50 | 575.00 | 200.00 | 375.00 | | *MATTER NAME: DOL Subpoena* 1 [L140] {A110] CONTINUED TO POPULATE DESCRIPTIVE FIELDS OF RELEVANT DOCUMENTS (REDACTED) FOR ATTORNEY REVIEW. |
| | 12/10/09  Thu 158690-DOL/152 | 4.30 | 4.30 | 989.00 | 344.00 | 645.00 | | *MATTER NAME: DOL Subpoena* 1 [L140] {A110] CONTINUED TO POPULATE DESCRIPTIVE FIELDS OF RELEVANT DOCUMENTS (REDACTED) FOR ATTORNEY REVIEW. |
| | 12/11/09  Fri 158690-DOL/160 | 3.30 | 3.30 | 759.00 | 264.00 | 495.00 | | *MATTER NAME: DOL Subpoena* 1 [L140] {A110] CONTINUED TO POPULATE DESCRIPTIVE FIELDS OF RELEVANT DOCUMENTS (REDACTED) FOR ATTORNEY REVIEW. |
| | 12/14/09  Mon 158690-DOL/171 | 3.60 | 0.30 | 69.00 | 24.00 | 45.00 | F | *MATTER NAME: DOL Subpoena* 1 [L140] {A110] UPDATED ELECTRONIC AND HARD COPY CASE FILE (.3); |
| | | | 0.60 | 138.00 | 48.00 | 90.00 | F | 2 POPULATED DESCRIPTIVE FIELDS IN FOLDERS CONTAINING NEWLY ADDED MATERIALS IN SHAREPOINT EXTRANET SITE (.6); |
| | | | 2.70 | 621.00 | 216.00 | 405.00 | F | 3 CONTINUED TO POPULATE RELEVANT DESCRIPTIVE FIELDS (REDACTED) FOR ATTORNEY DOCUMENT REVIEW (2.7). |
| | 12/15/09  Tue 158690-DOL/175 | 4.80 | 1.20 | 276.00 | 96.00 | 180.00 | F | *MATTER NAME: DOL Subpoena* 1 [L140] {A110] CONTINUED TO POPULATE DESCRIPTIVE FIELDS IN FOLDERS CONTAINING NEWLY ADDED MATERIALS IN SHAREPOINT EXTRANET SITE (1.2); |
| | | | 3.60 | 828.00 | 288.00 | 540.00 | F | 2 CONTINUED TO POPULATE RELEVENT DESCRIPTIVE FIELDS (REDACTED) FOR ATTORNEY DOCUMENT REVIEW (3.6). |
| | 12/16/09  Wed 158690-DOL/179 | 2.80 | 2.80 | 644.00 | 224.00 | 420.00 | | *MATTER NAME: DOL Subpoena* 1 [L140] {A110] CONTINUED TO POPULATE RELEVENT DESCRIPTIVE FIELDS (REDACTED) FOR ATTORNEY DOCUMENT REVIEW |
| | 12/17/09  Thu 158690-DOL/181 | 3.80 | 3.80 | 874.00 | 304.00 | 570.00 | | *MATTER NAME: DOL Subpoena* 1 [L140] {A110] CONTINUED TO POPULATE RELEVANT DESCRIPTIVE FIELDS IN (REDACTED) FOR ATTORNEY DOCUMENT REVIEW. |
| | 12/28/09  Mon 158690-DOL/186 | 1.30 | 1.30 | 299.00 | 104.00 | 195.00 | | *MATTER NAME: DOL Subpoena* 1 [L140] {A110] POPULATED RELEVANT DESCRIPTIVE FIELDS IN (REDACTED) IN PREPARATION OF ATTORNEY REVIEW. |
| | 12/29/09  Tue 158690-DOL/187 | 2.50 | 2.50 | 575.00 | 200.00 | 375.00 | | *MATTER NAME: DOL Subpoena* 1 [L140] {A110] CONTINUED TO POPULATE RELEVANT DESCRIPTIVE FIELDS (REDACTED) IN PREPARATION OF ATTORNEY REVIEW. |
| | 12/30/09  Wed 158690-DOL/188 | 3.30 | 3.30 | 759.00 | 264.00 | 495.00 | | *MATTER NAME: DOL Subpoena* 1 [L140] {A110] CONTINUED TO POPULATE RELEVANT DESCRIPTIVE FIELDS IN (REDACTED) IN PREPARATION OF ATTORNEY REVIEW. |
| | 01/04/10  Mon 162276-DOL/190 | 3.50 | 0.40 | 92.00 | 32.00 | 60.00 | F | *MATTER NAME: DOL Subpoena* 1 [L140] {A110] UPDATED ELECTRONIC AND HARD COPY CASE FILE (.4); |
| | | | 0.80 | 184.00 | 64.00 | 120.00 | F | 2 POPULATED DESCRIPTIVE FIELDS IN FOLDERS CONTAINING NEWLY ADDED MATERIALS IN SHAREPOINT EXTRANET SITE (.8); |
| | | | 2.30 | 529.00 | 184.00 | 345.00 | F | 3 CONTINUED TO POPULATE RELEVANT DESCRIPTIVE FIELDS IN DUFF & PHELPS DATABASE IN CONCORDANCE IN PREPARATION FOR ATTORNEY DOCUMENT REVIEW (2.3). |

~ See the last page of exhibit for explanation

\* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT D

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Robertson, E | 01/05/10   Tue 162276-DOL/192 | 1.80 | 1.80 | 414.00 | 144.00 | 270.00 | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) CONTINUED TO POPULATE RELEVANT DESCRIPTIVE FIELDS (REDACTED). |
| | 01/06/10   Wed 162276-DOL/193 | 1.00 | 1.00 | 230.00 | 80.00 | 150.00 | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) CONTINUED TO POPULATE RELEVANT DESCRIPTIVE FIELDS (REDACTED). |
| | 02/17/10   Wed 164210-DOL/216 | 2.60 | 2.60 | 598.00 | 208.00 | 390.00 | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) POPULATED RELEVANT DESCRIPTIVE FIELDS IN (REDACTED) TO EXPEDITE ATTORNEY REVIEW. |
| | 02/18/10   Thu 164210-DOL/218 | 1.50 | 1.50 | 345.00 | 120.00 | 225.00 | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) CONTINUED TO POPULATE RELEVANT DESCRIPTIVE FIELDS IN (REDACTED) TO EXPEDITE ATTORNEY REVIEW. |
| | 02/19/10   Fri 164210-DOL/219 | 1.30 | 1.30 | 299.00 | 104.00 | 195.00 | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) CONTINUED TO POPULATE RELEVANT DESCRIPTIVE FIELDS IN (REDACTED) TO EXPEDITE ATTORNEY REVIEW. |
| | 02/23/10   Tue 164210-DOL/220 | 0.50 | 0.20 0.30 | 46.00 69.00 | 16.00 24.00 | 30.00  F 45.00  F | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) OBTAINED DOCUMENTS (REDACTED) (.2). 2 COORDINATED IMAGING AND COPYING OF DOCUMENTS WITH PITNEY BOWES (.3). |
| | 02/24/10   Wed 164210-DOL/222 | 1.10 | 0.10 0.40 0.60 | 23.00 92.00 138.00 | 8.00 32.00 48.00 | 15.00  F 60.00  F 90.00  F | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) DELIVERED COPY SET OF (REDACTED) DOCUMENTS FOR REVIEW BY D. SONDGEROTH (.1); 2 ORGANIZED AND PREPARED ORIGINAL DOCUMENTS PRODUCED BY (REDACTED) FOR HARD COPY CASE FILE (.4); 3 ADDED IMAGED DOCUMENTS TO SHARED ELECTRONIC DATABASE FOR REVIEW BY TEAM (.6). |
| | TOTAL FOR TIMEKEEPER: | 54.90 | | $12,627.00 | $4,392.00 | $8,235.00 | | |
| | NUMBER OF ENTRIES:      23 | | | | | | | |
| Small, M | 12/11/09   Fri 158690-DOL/162 | 1.50 | 0.50 0.50 0.50 | 137.50 137.50 137.50 | 40.00 40.00 40.00 | 97.50  F 97.50  F 97.50  F | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) BEGAN PERFORMING SECOND LEVEL QUALITY CONTROL CHECKS ON PRODUCTION DATA AND ENDORSED IMAGES RECEIVED AND LOADED FOR REVIEW (.5); 2 BEGAN QUALITY CHECKING AND LOADING REVIEW OR ENDORSED DATA AND IMAGES THEN PREPARED SECOND LEVEL QUALITY CHECK REQUEST (.5); 3 BEGAN IMPORTING TIFF FILES, GENERATING OCR USING LAW, LOADING AND QUALITY CHECKING FOR REVIEW (.5). |
| | 12/12/09   Sat 158690-DOL/165 | 1.00 | 1.00 | 275.00 | 80.00 | 195.00 | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) CONTINUED TROUBLESHOOTING AND CORRECTING LOADED DATA AND IMAGES FOR REVIEW. |
| | 12/14/09   Mon 158690-DOL/173 | 0.30 | 0.30 | 82.50 | 24.00 | 58.50 | | *MATTER NAME: DOL Subpoena* 1 (L140) (A110) BEGAN QUALITY CHECKING AND LOADING REVIEW OR ENDORSED DATA AND IMAGES THEN PREPARED SECOND LEVEL QUALITY CHECK REQUEST. |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT D

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Small, M | 12/17/09   Thu 158690-DOL/182 | 1.00 | 1.00 | 275.00 | 80.00 | 195.00 | | MATTER NAME: DOL Subpoena 1 {L140} {A110} BEGAN PERFORMING SECOND LEVEL QUALITY CONTROL CHECKS ON PRODUCTION DATA AND ENDORSED IMAGES RECEIVED AND LOADED FOR REVIEW. |
| | 01/15/10   Fri 162276-DOL/203 | 0.20 | 0.20 | 55.00 | 16.00 | 39.00 | | MATTER NAME: DOL Subpoena 1 {L140} {A110} PERRFORMED SECOND LEVEL QUALITY CONTROL CHECKS ON ISSUES THAT WERE IDENTIFIED AND FIXED IN THE DATABASE. |
| | 01/22/10   Fri 162276-DOL/207 | 0.30 | 0.30 | 82.50 | 24.00 | 58.50 | | MATTER NAME: DOL Subpoena 1 {L140} {A110} PERFORMED SECOND LEVEL QUALITY CONTROL CHECKS ON PRODUCTION DATA AND ENDORSED IMAGES RECEIVED AND LOADED FOR REVIEW. |
| | 02/24/10   Wed 164210-DOL/226 | 0.50 | 0.50 | 137.50 | 40.00 | 97.50 | | MATTER NAME: DOL Subpoena 1 {L140} {A110} BEGAN PERFORMING QUALITY CONTROL CHECKS TO ENSURE THAT DOCUMENTS, IMAGES, NATIVES AND TEXT FILES IDENTIFIED BY THE CASE TEAM ARE DELETED FROM THE DATABASE AND NETWORK. |
| | 02/25/10   Thu 164210-DOL/228 | 0.20 | 0.20 | 55.00 | 16.00 | 39.00 | | MATTER NAME: DOL Subpoena 1 {L140} {A110} BEGAN PERFORMING SECOND LEVEL QUALITY CONTROL CHECKS ON VENDOR DATA LOADED FOR REVIEW. |
| | TOTAL FOR TIMEKEEPER: | 5.00 | | $1,375.00 | $400.00 | $975.00 | | |
| | NUMBER OF ENTRIES: | 8 | | | | | | |
| Wirkiowski, D | 12/03/09   Thu 158689-ESI/13 | 0.70 | 0.70 | 192.50 | 56.00 | 136.50 | | MATTER NAME: ESOP/Stay Issues 1 {L140} {A110} ORGANIZED TRANSCRIPTS RECEIVED FROM S. MCGEE. |
| | TOTAL FOR TIMEKEEPER: | 0.70 | | $192.50 | $56.00 | $136.50 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| Yap, L | 01/15/10   Fri 162276-DOL/202 | 1.00 | 1.00 | 275.00 | 80.00 | 195.00 | | MATTER NAME: DOL Subpoena 1 {L210} {A110} WORKED ON GATHERING PDF COPIES OF CASE DOCKET AND RELEVANT DOCUMENTS REQUESTED BY M. HINDS. |
| | TOTAL FOR TIMEKEEPER: | 1.00 | | $275.00 | $80.00 | $195.00 | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT D

CLERICAL ACTIVITIES

Jenner & Block LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| TOTAL: | | | 120.20 | $26,583.00 | $9,616.00 | $16,967.00 | |
| NUMBER OF ENTRIES | 75 | | | | | | |

EXHIBIT D

CLERICAL ACTIVITIES

Jenner & Block LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Anderson, J | 1.00 | 275.00 | 80.00 | 195.00 |
| Gardner, D | 1.80 | 495.00 | 144.00 | 351.00 |
| Holloway-Wusu, T | 10.30 | 2,832.50 | 824.00 | 2,008.50 |
| Laughran, K | 2.30 | 632.50 | 184.00 | 448.50 |
| Manheimer, L | 1.90 | 522.50 | 152.00 | 370.50 |
| Matlock, M | 2.30 | 621.00 | 184.00 | 437.00 |
| Mullenbrock, B | 0.50 | 85.00 | 40.00 | 45.00 |
| Ohlon Jr., R | 1.00 | 275.00 | 80.00 | 195.00 |
| Ramos, P | 37.50 | 6,375.00 | 3,000.00 | 3,375.00 |
| Robertson, E | 54.90 | 12,627.00 | 4,392.00 | 8,235.00 |
| Small, M | 5.00 | 1,375.00 | 400.00 | 975.00 |
| Wirkiowski, D | 0.70 | 192.50 | 56.00 | 136.50 |
| Yap, L | 1.00 | 275.00 | 80.00 | 195.00 |
| | 120.20 | $26,583.00 | $9,616.00 | $16,967.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| DOL Subpoena | 98.90 | 22,658.50 | 7,912.00 | 14,746.50 |
| ESOP/Stay Issues | 19.00 | 3,303.50 | 1,520.00 | 1,783.50 |
| Fee Application | 2.30 | 621.00 | 184.00 | 437.00 |
| | 120.20 | $26,583.00 | $9,616.00 | $16,967.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT E

JENNER RETENTION/COMPENSATION

Jenner & Block LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bradford, D | 1.00 | 925.00 |
| Matlock, M | 2.30 | 621.00 |
| Patterson, M | 16.20 | 2,754.00 |
| Raiford, L | 13.00 | 4,702.00 |
| | 32.50 | $9,002.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Application | 32.50 | 9,002.00 |
| | 32.50 | $9,002.00 |

EXHIBIT E

JENNER RETENTION/COMPENSATION

Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12/04/09 Fri | Raiford, L 158692-FA/231 | 1.60 | 1.60 | 520.00 | | | MATTER NAME: Fee Application<br>1 (L210) (A103) DRAFTED OCTOBER FEE APPLICATION. |
| 12/08/09 Tue | Matlock, M 158692-FA/235 | 2.30 | 2.30 | 621.00 | | | MATTER NAME: Fee Application<br>1 (L210 (A104) REVIEWED AND PROOFREAD EXAMINER SUBMISSION DATA FOR CONFORMANCE WITH REDACTIONS. |
| 12/08/09 Tue | Patterson, M 158692-FA/234 | 2.30 | 2.30 | 391.00 | | | MATTER NAME: Fee Application<br>1 (L210) (A104) REVIEWED INVOICES AND PREPARED CHARTS FOR JENNER'S FEE APPLICATION EXHIBITS. |
| 12/09/09 Wed | Patterson, M 158692-FA/237 | 1.90 | 1.90 | 323.00 | | | MATTER NAME: Fee Application<br>1 (L210) (A103) WORKED ON PREPARING EXHIBITS TO JENNER'S FEE APPLICATION. |
| 12/09/09 Wed | Raiford, L 158692-FA/239 | 0.20 | 0.20 | 65.00 | | | MATTER NAME: Fee Application<br>1 (L210) (A103) EDITED NOVEMBER FEE APPLICATION. |
| 12/15/09 Tue | Raiford, L 158692-FA/242 | 0.40 | 0.40 | 130.00 | 0.20<br>0.20 | F<br>F | MATTER NAME: Fee Application<br>1 (L190) (A104) REVIEWED OCTOBER TIME FOR REDACTIONS (.2);<br>2 INCORPORATED CHANGES TO FEE APPLICATION BASED ON REDACTIONS (.2). |
| 12/28/09 Mon | Raiford, L 158692-FA/243 | 0.20 | 0.20 | 65.00 | | | MATTER NAME: Fee Application<br>1 (L210) (A104) EDITED OCTOBER FEE APPLICATION. |
| 12/29/09 Tue | Patterson, M 158692-FA/244 | 1.70 | 1.70 | 289.00 | | | MATTER NAME: Fee Application<br>1 (L210) (A103) PREPARED EXHIBITS TO JENNER'S OCTOBER 2009 FEE INVOICE. |
| 01/08/10 Fri | Raiford, L 162278-FA/245 | 0.80 | 0.80 | 296.00 | | | MATTER NAME: Fee Application<br>1 (L210) (A103) EDITED FOURTH QUARTERLY APPLICATION. |
| 01/13/10 Wed | Bradford, D 162278-FA/246 | 0.50 | 0.50 | 462.50 | | | MATTER NAME: Fee Application<br>1 (L190) (A104) WORKED ON LEGAL BILL ISSUES RELATED TO QUARTERLY SUBMISSION. |
| 01/14/10 Thu | Bradford, D 162278-FA/247 | 0.50 | 0.50 | 462.50 | | | MATTER NAME: Fee Application<br>1 (L190) (A103) WORKED ON NOVEMBER FEE APPLICATION. |
| 01/14/10 Thu | Raiford, L 162278-FA/248 | 3.20 | 3.20 | 1,184.00 | | | MATTER NAME: Fee Application<br>1 (L210) (A103) DRAFTED NOVEMBER FEE APPLICATION. |
| 01/14/10 Thu | Raiford, L 162278-FA/249 | 2.40 | 2.40 | 888.00 | | | MATTER NAME: Fee Application<br>1 (L210) (A103) DRAFTED FOURTH QUARTERLY FEE APPLICATION. |

~  See the last page of exhibit for explanation

EXHIBIT E

JENNER RETENTION/COMPENSATION

Jenner & Block LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 01/15/10 Fri | Raiford, L 162278-FA/250 | 0.50 | 0.50 | 185.00 | | 1 | MATTER NAME: Fee Application (L210) (A103) EDITED FOURTH QUARTERLY FEE APPLICATION. |
| 01/19/10 Tue | Raiford, L 162278-FA/251 | 0.30 | 0.30 | 111.00 | | 1 | MATTER NAME: Fee Application (L210) (A103) EDITED FOURTH QUARTERLY FEE APPLICATION. |
| 01/20/10 Wed | Raiford, L 162278-FA/252 | 0.30 | 0.30 | 111.00 | | 1 | MATTER NAME: Fee Application (L210) (A103) EDITED FOURTH QUARTERLY FEE APPLICATION. |
| 01/21/10 Thu | Patterson, M 162278-FA/253 | 3.60 | 3.60 | 612.00 | | 1 | MATTER NAME: Fee Application (L210) (A110) PREPARED EXHIBITS TO JENNER'S FEE APPLICATION. |
| 01/27/10 Wed | Patterson, M 162278-FA/254 | 2.40 | 2.40 | 408.00 | | 1 | MATTER NAME: Fee Application (L210) (A103) WORKED ON REVIEWING FEE INVOICES AND REDACTING EXHIBITS RE JENNER'S FEE APPLICATION. |
| 02/01/10 Mon | Raiford, L 164212-FA/255 | 0.50 | 0.50 | 185.00 | | 1 | MATTER NAME: Fee Application (L210) (A103) DRAFTED EMAIL TO FEE EXAMINER RE SUBMISSION OF FOURTH QUARTERLY FEE APPLICATION. |
| 02/04/10 Thu | Raiford, L 164212-FA/256 | 1.30 | 1.30 | 481.00 | | 1 | MATTER NAME: Fee Application (L210) (A103) DRAFTED DECEMBER FEE APPLICATION. |
| 02/05/10 Fri | Raiford, L 164212-FA/257 | 1.00 | 1.00 | 370.00 | | 1 | MATTER NAME: Fee Application (L210) (A103) CONTINUED DRAFTING DECEMBER FEE APPLICATION. |
| 02/12/10 Fri | Patterson, M 164212-FA/260 | 2.90 | 2.90 | 493.00 | | 1 | MATTER NAME: Fee Application (L210) (A110) WORKED ON PREPARING EXHIBITS TO JENNER'S DECEMBER FEE APPLICATION. |
| 02/15/10 Mon | Patterson, M 164212-FA/261 | 1.40 | 1.40 | 238.00 | | 1 | MATTER NAME: Fee Application (L210) (A110) CONTINUED WORK ON PREPARING EXHIBITS TO JENNER'S DECEMBER FEE APPLICATION. |
| 02/16/10 Tue | Raiford, L 164212-FA/263 | 0.30 | 0.30 | 111.00 | | 1 | MATTER NAME: Fee Application (L210) (A103) DRAFTED DECEMBER FEE APPLICATION. |
| Total | | | 32.50 | $9,002.00 | | | |
| Number of Entries: | 24 | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT E

JENNER RETENTION/COMPENSATION

Jenner & Block LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bradford, D | 1.00 | 925.00 |
| Matlock, M | 2.30 | 621.00 |
| Patterson, M | 16.20 | 2,754.00 |
| Railford, L | 13.00 | 4,702.00 |
| | 32.50 | $9,002.00 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Application | 32.50 | 9,002.00 |
| | 32.50 | $9,002.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL