# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

August 1, 2011 through and including August 31, 2011

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $690.00 | 11.60 | $8,004.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $610.00 | 66.30 | $40,443.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $610.00 | 36.30 | $22,143.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $475.00 | 68.50 | $32,537.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $425.00 | 47.20 | $20,060.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $385.00 | 71.60 | $27,566.00 |
| J. Landon Ellis | Associate; admitted | | $325.00 | 10.40 | $3,380.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $295.00 | 35.20 | $10,384.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $295.00 | 43.80 | $12,921.00 |
| Frances A. Panchak | Paralegal | N/A | $225.00 | 71.10 | $15,997.50 |

{698.001-W0016714.}

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Linda M. Rogers | Paralegal | N/A | $200.00 | 105.30 | $21,060.00 |
| Cathy A. Adams | Paralegal | N/A | $200.00 | 3.40 | $680.00 |
| Anthony C. Dellose | Paralegal | N/A | $190.00 | 10.70 | $2,033.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 14.70 | $1,837.50 |
| | | | Total | 596.1 | $219,046.50 |

**Blended Rate: $367.47**