# EXHIBIT "C"

September 26, 2011
Account No:   698-001
Statement No:      14181

Tribune Company, et al. bankruptcy

## Expenses

| | |
|---|---|
| Overtime Wages | 38.85 |
| Postage | 57.49 |
| Copying | 406.30 |
| Courier Fees | 146.00 |
| Online research | 30.00 |
| Outside Duplication Services | 17,955.45 |
| Electronic Filing - PACER | 73.28 |
| Court Reporter fees | 178.35 |
| Client meals | 48.00 |
| Conference Call Service | 60.00 |
| Professional Consultant Fees | 9,293.21 |
| Telephonic Court Appearance | 90.00 |
| | --------- |
| **TOTAL** | **$28,376.93** |

{698.001-W0016801.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 01/31/2011 | AGL | U | B100 | E227 | | 1,804.50 | Professional Consultant Fee Kurtzman Carson Consultants LLC - Invoice KCC353192 Fees/expenses for January 2011 | 1945 |
| Subtotal for Transaction Date 01/31/2011 | | | | | | Billable | 1,804.50 | |
| 698.001 | 02/28/2011 | AGL | U | B100 | E227 | | 200.00 | Professional Consultant Fee Kurtzman Carson Consultants LLC - Invoice KCC358685 Expenses for February 2011 | 1946 |
| Subtotal for Transaction Date 02/28/2011 | | | | | | Billable | 200.00 | |
| 698.001 | 03/31/2011 | AGL | U | B100 | E227 | | 491.91 | Professional Consultant Fee Kurtzman Carson Consultants LLC - Invoice KCC364071 Expenses for March 2011 | 1947 |
| Subtotal for Transaction of Date 03/31/2011 | | | | | | Billable | 491.91 | |
| 698.001 | 04/30/2011 | AGL | U | B100 | E227 | | 5,171.03 | Professional Consultant Fee Kurtzman Carson Consultants LLC - Invoice KCC369733 Fees and expenses for April 2011 | 1948 |
| Subtotal for Transaction Date 04/30/2011 | | | | | | Billable | 5,171.03 | |
| 698.001 | 05/31/2011 | AGL | U | B100 | E227 | | 1,616.78 | Professional Consultant Fee Kurtzman Carson Consultants LLC - Invoice KCC375574 Fees and expenses for May 2011 | 1949 |
| Subtotal for Transaction Date 05/31/2011 | | | | | | Billable | 1,616.78 | |
| 698.001 | 08/01/2011 | AGL | U | B100 | E102 | | 84.47 | Outside printing Digital Legal, LLC - Invoice 59206 | 186 |
| 698.001 | 08/01/2011 | AGL | U | B100 | E101 | 0.100 | 18.20 | Copying | 191 |
| Subtotal for Transaction Date 08/01/2011 | | | | | | Billable | 102.67 | |
| 698.001 | 08/02/2011 | AGL | U | B100 | E226 | | 60.00 | Conference Call Service - CourtCall ID 4358858, 4358813 | 189 |
| Subtotal for Transaction Date 08/02/2011 | | | | | | Billable | 60.00 | |
| 698.001 | 08/05/2011 | AGL | U | B100 | E107 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 41777 | 186 |
| 698.001 | 08/05/2011 | AGL | U | B100 | E108 | | 5.40 | Postage | 190 |
| 698.001 | 08/05/2011 | AGL | U | B100 | E101 | 0.100 | 24.90 | Copying | 191 |
| Subtotal for Transaction Date 08/05/2011 | | | | | | Billable | 36.80 | |
| 698.001 | 08/08/2011 | AGL | U | B100 | E216 | | 44.00 | Courier Fees Digital Legal, LLC - Invoice 41847 | 189 |
| 698.001 | 08/08/2011 | AGL | U | B100 | E108 | | 5.40 | Postage | 190 |
| 698.001 | 08/08/2011 | AGL | U | B100 | E101 | 0.100 | 11.50 | Copying | 191 |
| Subtotal for Transaction Date 08/08/2011 | | | | | | Billable | 60.90 | |
| 698.001 | 08/09/2011 | AGL | U | B100 | E216 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 41847 | 189 |
| 698.001 | 08/09/2011 | AGL | U | B100 | E102 | | 1,183.87 | Outside printing Digital Legal, LLC - Invoice 59403 | 189 |
| 698.001 | 08/09/2011 | AGL | U | B100 | E108 | | 1.48 | Postage | 190 |
| 698.001 | 08/09/2011 | AGL | U | B100 | E101 | 0.100 | 21.60 | Copying | 191 |
| Subtotal for Transaction Date 08/09/2011 | | | | | | Billable | 1,213.45 | |
| 698.001 | 08/10/2011 | AGL | U | B100 | E101 | 0.100 | 8.20 | Copying | 191 |
| Subtotal for Transaction Date 08/10/2011 | | | | | | Billable | 8.20 | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | | |
| 698.001 | 08/11/2011 | AGL | U | B100 | E216 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 41847 | 1895 |
| 698.001 | 08/11/2011 | AGL | U | B100 | E102 | | 15,229.73 | Outside printing Digital Legal, LLC - Invoice 59426 | 1898 |
| 698.001 | 08/11/2011 | AGL | U | B100 | E102 | | 773.05 | Outside printing Digital Legal, LLC - Invoice 59430 | 1899 |
| 698.001 | 08/11/2011 | AGL | U | B100 | E101 | 0.100 | 39.80 | Copying | 1916 |
| **Subtotal for Transaction Date 08/11/2011** | | | | | | Billable | 16,049.08 | | |
| 698.001 | 08/12/2011 | AGL | U | B100 | E216 | | 30.00 | Courier Fees Digital Legal, LLC - Invoice 41847 | 1896 |
| 698.001 | 08/12/2011 | AGL | U | B100 | E101 | 0.100 | 10.30 | Copying | 1917 |
| 698.001 | 08/12/2011 | AGL | U | B100 | E209 | | 38.85 | Overtime wages - Assist J. Green with subpoena response documents. | 1937 |
| **Subtotal for Transaction Date 08/12/2011** | | | | | | Billable | 79.15 | | |
| 698.001 | 08/15/2011 | AGL | U | B100 | E101 | 0.100 | 37.80 | Copying | 1918 |
| **Subtotal for Transaction Date 08/15/2011** | | | | | | Billable | 37.80 | | |
| 698.001 | 08/16/2011 | AGL | U | B100 | E108 | | 21.25 | Postage | 1903 |
| 698.001 | 08/16/2011 | AGL | U | B100 | E101 | 0.100 | 12.60 | Copying | 1919 |
| **Subtotal for Transaction Date 08/16/2011** | | | | | | Billable | 33.85 | | |
| 698.001 | 08/17/2011 | AGL | U | B100 | E108 | | 5.40 | Postage | 1904 |
| 698.001 | 08/17/2011 | AGL | U | B100 | E101 | 0.100 | 75.40 | Copying | 1920 |
| 698.001 | 08/17/2011 | AGL | U | B100 | E216 | | 26.00 | Courier Fees Digital Legal, LLC - Invoice 41913 | 1933 |
| **Subtotal for Transaction Date 08/17/2011** | | | | | | Billable | 106.80 | | |
| 698.001 | 08/18/2011 | AGL | U | B100 | E108 | | 5.40 | Postage | 190 |
| 698.001 | 08/18/2011 | AGL | U | B100 | E101 | 0.100 | 5.10 | Copying | 192 |
| 698.001 | 08/18/2011 | AGL | U | B100 | E216 | | 6.50 | Courier Fees Digital Legal, LLC - Invoice 41913 | 193 |
| 698.001 | 08/18/2011 | AGL | U | B100 | E216 | | 20.00 | Courier Fees Digital Legal, LLC - Invoice 41913 | 193 |
| 698.001 | 08/18/2011 | AGL | U | B100 | E215 | | 30.00 | Online research - LexisNexis Invoice 2011080062016901 | 193 |
| **Subtotal for Transaction Date 08/18/2011** | | | | | | Billable | 67.00 | | |
| 698.001 | 08/19/2011 | AGL | U | B100 | E108 | | 5.40 | Postage | 190 |
| 698.001 | 08/19/2011 | AGL | U | B100 | E101 | 0.100 | 0.30 | Copying | 192 |
| **Subtotal for Transaction Date 08/19/2011** | | | | | | Billable | 5.70 | | |
| 698.001 | 08/22/2011 | AGL | U | B100 | E101 | 0.100 | 16.70 | Copying | 192 |
| **Subtotal for Transaction Date 08/22/2011** | | | | | | Billable | 16.70 | | |
| 698.001 | 08/23/2011 | AGL | U | B100 | E101 | 0.100 | 9.40 | Copying | 192 |
| **Subtotal for Transaction Date 08/23/2011** | | | | | | Billable | 9.40 | | |
| 698.001 | 08/24/2011 | AGL | U | B100 | E108 | | 5.40 | Postage | 190 |
| 698.001 | 08/24/2011 | AGL | U | B100 | E101 | 0.100 | 10.80 | Copying | 192 |
| **Subtotal for Transaction Date 08/24/2011** | | | | | | Billable | 16.20 | | |
| 698.001 | 08/25/2011 | AGL | U | B100 | E108 | | 1.28 | Postage | 190 |
| 698.001 | 08/25/2011 | AGL | U | B100 | E111 | | 48.00 | Meals lunch for LRC (2), Chadbourne (1) and Zuckerman (1) - Cavanaugh's Restaurant Invoice 132 | 190 |
| 698.001 | 08/25/2011 | AGL | U | B100 | E217 | | 178.35 | Court Reporter fee Diaz Data Services - Invoice 8207 | 191 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | | |
| 698.001 | 08/25/2011 | AGL | U | B100 | E101 | 0.100 | 68.80 | Copying | 1926 |
| 698.001 | 08/25/2011 | AGL | U | B100 | E102 | | 156.93 | Outside printing Digital Legal, LLC - Invoice 59581 | 1935 |
| 698.001 | 08/25/2011 | AGL | U | B100 | E228 | | 90.00 | Telephonic Court Appearance American Express - Courtcall IDs 4415801, 4415742, 4415759 | 1941 |
| | Subtotal for Transaction Date 08/25/2011 | | | | | Billable | 543.36 | | |
| 698.001 | 08/26/2011 | AGL | U | B100 | E101 | 0.100 | 7.30 | Copying | 1927 |
| 698.001 | 08/26/2011 | AGL | U | B100 | E102 | | 457.17 | Outside printing Digital Legal, LLC - Invoice 59606 | 1936 |
| | Subtotal for Transaction Date 08/26/2011 | | | | | Billable | 464.47 | | |
| 698.001 | 08/29/2011 | AGL | U | B100 | E101 | 0.100 | 6.30 | Copying | 1928 |
| | Subtotal for Transaction Date 08/29/2011 | | | | | Billable | 6.30 | | |
| 698.001 | 08/30/2011 | AGL | U | B100 | E101 | 0.100 | 19.60 | Copying | 192 |
| 698.001 | 08/30/2011 | AGL | U | B100 | E102 | | 70.23 | Outside printing Digital Legal, LLC - Invoice 59683 | 194 |
| | Subtotal for Transaction Date 08/30/2011 | | | | | Billable | 89.83 | | |
| 698.001 | 08/31/2011 | AGL | U | B100 | E101 | 0.100 | 1.70 | Copying | 193 |
| 698.001 | 08/31/2011 | AGL | U | B100 | E108 | | 1.08 | Postage | 193 |
| 698.001 | 08/31/2011 | AGL | U | B100 | E118 | | 8.99 | Litigation support vendors LexisNexis Invoice 1108142487 | 193 |
| 698.001 | 08/31/2011 | AGL | U | B100 | E208 | | 73.28 | Electronic Filing PACER | 194 |
| | Subtotal for Transaction Date 08/31/2011 | | | | | Billable | 85.05 | | |
| **Total for Client ID 698.001** | | | | | | Billable | 28,376.93 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

**GRAND TOTALS**

| | | Billable | 28,376.93 |
|---|---|---|---|