# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883890
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through July 31, 2011

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/01/11 | N. Riesco | L190 | 0 | Abstract plaintiff's deposition (3.00); draft, edit and revise E. Glassberg declaration and statement of facts (2.50). | 5.50 | 2,200.00 |
| 07/02/11 | N. Riesco | L240 | 0 | Prepare materials in support of motion for summary judgment including statement of facts, supporting declarations and memorandum of law. | 8.00 | 3,200.00 |
| 07/05/11 | N. Riesco | L240 | 0 | Prepare materials in support of motion for summary judgment including statement of facts, supporting declarations and memorandum of law. | 6.70 | 2,680.00 |
| 07/06/11 | G. Pauling II | L243 | 0 | Review/revise summary judgment materials and conference with N. Riesco regarding summary judgment strategy. | 2.80 | 1,596.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 07/06/11 | N. Riesco | L250 | 0 | Prepare materials in support of motion for summary judgment including statement of facts, supporting declarations and memorandum of law (5.00); various communications with E. Glassberg concerning declaration (.50); various communications with J. Ludwig concerning declaration (.50). | 6.00 | 2,400.00 |
| 07/07/11 | N. Riesco | L243 | 0 | Prepare materials in support of motion for summary judgment (4.30); communications with J. Osick, E. Glassberg and J. Ludwig concerning same (.50). | 4.80 | 1,920.00 |
| 07/08/11 | N. Riesco | L243 | 0 | Edit and finalize summary judgment materials and appendix (3.00); communications with E. Glassberg regarding declaration (.50); communications with J. Osick regarding filing (.50). | 4.00 | 1,600.00 |
| 07/28/11 | N. Riesco | L190 | 0 | Review plaintiff motion for extension of time. | 0.20 | 80.00 |

**Total Hours**    38.00

**Total Fees**    $15,676.00

**Less Discount**    ($1,567.60)

**Total Fees After Discount**    $14,108.40

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 2.80 | hours at | $570.00 | per hour |
| N. Riesco | Associate | - | 35.20 | hours at | $400.00 | per hour |



Chicago Tribune Company

| Disbursements | Value |
|---|---|
| Copying | 18.40 |
| Long Distance Telephone | 1.56 |
| Online Research | 219.45 |
| **Total Disbursements** | 239.41 |
| **Total Amount Due** | $14,347.81 |



**SEYFARTH**
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

Invoice No. 1883890
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $15,676.00 |
| Less Discount | ($1,567.60) |
| Total Fees after Discount | $14,108.40 |
| Total Disbursements | 239.41 |
| Total Fees and Disbursements This Statement | $14,347.81 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883889
0276 12575 / 12575-000301
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through July 31, 2011

## Photographer(s) Recall Grievance: Case No. 16 300 00214 11

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/08/11 | K. Michaels | L160 | 0 | Review draft settlement agreement from A. Barnes. | 0.30 | 174.00 |
| 07/19/11 | K. Michaels | L120 | 0 | Review of e-mail correspondence from A. Barnes regarding new argument raised by Guild and status of case (.10); telephone conference with A. Barnes regarding same (.40); various e-mail correspondence to and from A. Barnes regarding continuing hearing in light of new argument raised by Guild (.20). | 0.70 | 406.00 |
| 07/20/11 | K. Michaels | C300 | 0 | Telephone conference with R. Paul, Guild counsel, regarding continuance of hearing in light of Union's late raising of claim. | 0.30 | 174.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1883889

Page 2

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/20/11 | K. Michaels | L120 | 0 | Review of e-mail correspondence from R. Paul, Guild counsel, to American Arbitration Association, regarding continuance of hearing. | 0.10 | 58.00 |
| 07/20/11 | K. Michaels | L120 | 0 | Review of draft letter from A. Barnes to the Guild regarding additional information request and raising untimeliness of late claim. | 0.20 | 116.00 |
| 07/20/11 | K. Michaels | L120 | 0 | Drafting e-mail correspondence to American Arbitration Association in response to R. Paul e-mail clarifying the need for a continuance. | 0.10 | 58.00 |
| 07/24/11 | K. Michaels | L110 | 0 | Review of abstract of transcript of case in prior arbitrations for arguments by Union regarding Section 1.7 of the contract (2.50); review of arbitral awards regarding same (.50). | 3.00 | 1,740.00 |
| 07/25/11 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes and attached 2009 layoff settlement agreement. | 0.20 | 116.00 |
| 07/25/11 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding responding to Guild counsel's e-mail regarding rescheduling hearing. | 0.20 | 116.00 |
| 07/25/11 | K. Michaels | L120 | 0 | Review letter from American Arbitration Association regarding dates offered by arbitrator for rescheduling of hearing, e-mail correspondence with A. Barnes regarding same, drafting e-mail correspondence to American Arbitration Association regarding Employer availability for hearing. | 0.10 | 58.00 |
| 07/25/11 | K. Michaels | L120 | 0 | Review of e-mail correspondence from American Arbitration Association with attached e-mail from R. Paul, Guild counsel, regarding scheduling hearing. | 0.10 | 58.00 |
| 07/25/11 | K. Michaels | L120 | 0 | Drafting e-mail correspondence to American Arbitration Association regarding Guild representations regarding rescheduling hearing. | 0.20 | 116.00 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1883889

Page 3

Baltimore Sun

| | | |
|---|---|---|
| **Total Hours** | | 5.50 |
| **Total Fees** | | $3,190.00 |
| **Less Discount** | | ($319.00) |
| **Total Fees After Discount** | | $2,871.00 |

**Timekeeper Summary**

| K. Michaels | Partner | - | 5.50 | hours at | $580.00 | per hour |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $2,871.00 |



**SEYFARTH**
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1883889
0276 12575 / 12575-000301
Photographer(s) Recall Grievance: Case No. 16 300
00214 11

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,190.00 |
| Less Discount | ($319.00) |
| Total Fees after Discount | $2,871.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,871.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883898
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through July 31, 2011

### Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/01/11 | J. Sherman | L120 | 0 | Review and redact Twentieth Monthly Fee application for privilege. | 0.50 | 347.50 |
| 07/01/11 | J. McManus | B110 | 0 | Prepare Twentieth Monthly Fee Application. | 0.80 | 220.00 |
| 07/01/11 | A. Shepro | B160 | 0 | Compile 20th Monthly Fee Application (2.80); confer with J. McManus regarding same (.10). | 2.90 | 290.00 |
| 07/06/11 | J. McManus | B110 | 0 | Revise Twentieth Monthly Fee Application (.50); conference with A. Shepro regarding same (.10). | 0.60 | 165.00 |
| 07/06/11 | A. Shepro | B160 | 0 | Edit compensation by category and attorney in Twentieth Monthly Fee Application. | 1.70 | 170.00 |
| 07/08/11 | J. McManus | B110 | 0 | Prepare Seventh Quarterly Fee Application. | 0.80 | 220.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1883898

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/11/11 | J. McManus | B110 | 0 | Review Twentieth Monthly time detail (.60); edit same (.20); review pleading portion of fee application (.20). | 1.00 | 275.00 |
| 07/12/11 | J. Sherman | L120 | 0 | Review and execute Twentieth Monthly Fee Application. | 0.40 | 278.00 |
| 07/12/11 | J. McManus | B110 | 0 | Review/finalize Twentieth Monthly Fee Application (.80); conference with J. Sherman regarding same (.10); review case docket regarding certificates of no objection for Eighteenth and Nineteenth Fee Applications (.10); attend to fee payment matters (.20); revise pleading portion of Seventh Quarterly Fee Application (.90); conference with A. Shepro regarding same (.10). | 2.20 | 605.00 |
| 07/12/11 | A. Shepro | B160 | 0 | Compile details for fees by attorney, compensation by matter, and expenses for the Seventh Quarterly Fee Application. | 3.10 | 310.00 |
| 07/12/11 | A. Shepro | B160 | 0 | Begin to compile fees by attorney section for the Seventh Quarterly Fee Application. | 0.70 | 70.00 |
| 07/12/11 | A. Shepro | B160 | 0 | Compile Eighteenth, Nineteenth and Twentieth Monthly Fee Applications, along with Seventh Quarterly to compile details for Quarterly Fee Application. | 0.30 | 30.00 |
| 07/13/11 | J. Sherman | L120 | 0 | Review and execute Seventh Quarterly Fee Application. | 0.30 | 208.50 |
| 07/13/11 | J. McManus | B110 | 0 | Review/finalize Seventh Quarterly Fee Application (.90); conference with J. Sherman regarding same and regarding fee payment matters (.20). | 1.10 | 302.50 |
| 07/13/11 | A. Shepro | B160 | 0 | Edit compensation by category and general pleading in 7th Quarterly Fee Application. | 2.70 | 270.00 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1883898

Page 3

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/14/11 | J. McManus | B110 | 0 | Assemble Seventh Monthly Fee Application for filing with the court (.20); conference with local counsel regarding filing same (.10). | 0.30 | 82.50 |
| 07/14/11 | A. Shepro | B160 | 0 | Review docket in Tribune for auditors' reports and hearing dates regarding fee applications (.20); draft email to J. McManus regarding same (.10). | 0.30 | 30.00 |
| 07/14/11 | A. Shepro | B160 | 0 | Conference with J. McManus regarding Seventh Quarterly Fee Application. | 0.10 | 10.00 |
| 07/27/11 | J. McManus | B110 | 0 | Examine fee auditor reports (.20); attend to fee payment matters regarding Eighteenth and Nineteenth monthly fee applications (.20). | 0.40 | 110.00 |

| | | |
|---|---|---|
| **Total Hours** | **20.20** | |
| **Total Fees** | | **$3,994.00** |
| **Less Discount** | | **($399.40)** |
| **Total Fees After Discount** | | **$3,594.60** |

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.20 | hours at | $695.00 | per hour |
| J. McManus | Paralegal | - | 7.20 | hours at | $275.00 | per hour |
| A. Shepro | Legal Asst. | - | 11.80 | hours at | $100.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 07/06/11 | Copying | 5.10 |
| **Total Disbursements** | | **5.10** |



Invoice No. 1883898

Page 4

Tribune Company/Sherman

**Total Amount Due**                                                    $3,599.70



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1883898
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,994.00 |
| Less Discount | ($399.40) |
| Total Fees after Discount | $3,594.60 |
| Total Disbursements | 5.10 |
| Total Fees and Disbursements This Statement | $3,599.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883902
0276 11089 / 11089-000001
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through July 31, 2011

**Labor-General 0000000968**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/15/11 | D. Baffa | C300 | 0 | Conference with J. Osick regarding voluntary service plans, options for reductions-in-force and considerations regarding same. | 0.50 | 252.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $252.50 |
| **Less Discount** | | ($25.25) |
| **Total Fees After Discount** | | $227.25 |

**Timekeeper Summary**

| D. Baffa | Partner | - | 0.50 | hours at | $505.00 | per hour |
|----------|---------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1883902

Page 2

Tribune Company

**Total Disbursements**       <u>0.00</u>

**Total Amount Due**       <u>$227.25</u>



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1883902
0276 11089 / 11089-000001
Labor-General 0000000968

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $252.50 |
| Less Discount | ($25.25) |
| Total Fees after Discount | $227.25 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $227.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883906
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through July 31, 2011

**Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/07/11 | N. Riesco | L250 | 0 | Revise court order (.10); corresponding with J. Osick concerning settlement conference (.10). | 0.20 | 80.00 |
| 07/12/11 | N. Riesco | L160 | 0 | Prepare for settlement conference and draft opening statement (1.0); communication with G. Silva (.30); review Judge Kennelly's standing order (.10); correspondence to opposing counsel and draft opening statement (.10). | 1.50 | 600.00 |
| 07/13/11 | N. Riesco | L190 | 0 | Review and analyze motion for reconsideration (.90); communications with G. Pauling regarding same (.20); draft opening statement for settlement conference (.90); compose email to J. Osick concerning motion for reconsideration (.50). | 2.50 | 1,000.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1883906

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/14/11 | G. Pauling II | L160 | 0 | Prepare for settlement conference. | 1.00 | 570.00 |
| 07/14/11 | N. Riesco | L160 | 0 | Conference with G. Pauling to discuss draft opening statement (.20); draft, edit and review opening statement (.70); conduct research concerning standard on motion for reconsideration, compensatory damages and proof needed for garden variety emotional distress (2.00); telephone conference with G. Silva and R. Hoshells to discuss wage differential and focal point review (.70) | 3.60 | 1,440.00 |
| 07/15/11 | N. Riesco | L230 | 0 | Prepare for and attend settlement conference (2.50); draft settlement agreement and communications with G. Pauling concerning same (2.00). | 4.50 | 1,800.00 |
| 07/22/11 | G. Pauling II | L160 | 0 | Review settlement agreement and follow up with N. Riesco regarding same. | 0.80 | 456.00 |
| 07/29/11 | N. Riesco | L160 | 0 | Communications with J. Osick regarding settlement agreement (.20); communications with J. Pittacora concerning settlement agreement (.20); revise agreement (.40). | 0.80 | 320.00 |

**Total Hours**                                                       14.90

**Total Fees**                                                        $6,266.00

**Less Discount**                                                     ($626.60)

**Total Fees After Discount**                                         $5,639.40

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 1.80 | hours at | $570.00 | per hour |
| N. Riesco | Associate | - | 13.10 | hours at | $400.00 | per hour |



Tribune Company

| **Disbursements** | **Value** | |
|---|---|---|
| Copying | 0.40 | |
| Online Research | 206.96 | |
| **Total Disbursements** | | 207.36 |
| **Total Amount Due** | | $5,846.76 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1883906
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,266.00 |
| Less Discount | ($626.60) |
| Total Fees after Discount | $5,639.40 |
| Total Disbursements | 207.36 |
| Total Fees and Disbursements This Statement | $5,846.76 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883919
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through July 31, 2011

### Allen v. am New York

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/05/11 | E. Cerasia II | L160 | 0 | Revise latest draft of settlement agreement to incorporate comments from D. Warner and C. Kline (.50); email correspondence with C. Kline regarding same (.10). | 0.60 | 438.00 |
| 07/05/11 | A. Warshaw | L160 | 0 | Revise settlement agreement per revisions by E. Cerasia, C. Kline and M. Palmer. | 0.50 | 177.50 |
| 07/06/11 | E. Cerasia II | L160 | 0 | Review C. Kline's revisions to latest draft of settlement agreement (.10); revise same (.30); email with D. Warner regarding revisions (.10). | 0.50 | 365.00 |
| 07/07/11 | E. Cerasia II | L160 | 0 | Telephone conference with D. Warner regarding his comments on latest draft of settlement agreement. | 0.40 | 292.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/08/11 | E. Cerasia II | L160 | 0 | E-mail with D. Warner and C. Kline regarding revisions to latest draft of settlement agreement (.40); revise settlement agreement (.20). | 0.60 | 438.00 |
| 07/11/11 | E. Cerasia II | L160 | 0 | Final revisions to latest draft of settlement agreement and notices to class members (.40); e-mail correspondence with M. Palmer regarding settlement agreement (.10); email C. Kline and A. Warshaw regarding Notices (.10). | 0.60 | 438.00 |
| 07/11/11 | A. Warshaw | L160 | 0 | Revise claim forms and notice of settlement (.6); email with C. Kline regarding forms and notice (.2). | 0.80 | 284.00 |
| 07/12/11 | E. Cerasia II | L160 | 0 | E-mail correspondence with D. Warner and discussion with A. Warshaw regarding last known addresses for certain plaintiffs (.10); e-mail with M. Palmer regarding same (.10). | 0.20 | 146.00 |
| 07/12/11 | A. Warshaw | L260 | 0 | Revise claim forms and notice of settlement per C. Kline. | 1.20 | 426.00 |
| 07/12/11 | I. Rose | L110 | 0 | Review of documents relating to personal information for V. Cruz, M. Jackson, and J. Strange. | 1.70 | 476.00 |
| 07/13/11 | E. Cerasia II | L160 | 0 | Revise latest drafts of notices and claim forms (.50); e-mail with C. Kline and A. Warshaw regarding same (.10). | 0.60 | 438.00 |
| 07/13/11 | A. Warshaw | L160 | 0 | Revise claim forms and notice of settlement in furtherance of settlement per E. Cerasia (1.0); with C. Kline and M. Palmer regarding forms (.20). | 1.20 | 426.00 |
| 07/14/11 | E. Cerasia II | L160 | 0 | Email correspondence with D. Warner, C. Klein and A. Warshaw regarding revisions to notice of settlement and claim form. | 0.20 | 146.00 |



Invoice No. 1883919

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/15/11 | A. Warshaw | L160 | 0 | Telephone conference with C. Kline at Sidley Austin regarding strategy and necessary steps in revising and submitting notice forms to bankruptcy court (.30); email with plaintiffs' counsel M. Palmer regarding draft notice forms to be submitted to bankruptcy court in furtherance of settlement (.20). | 0.50 | 177.50 |
| 07/18/11 | E. Cerasia II | L160 | 0 | Emails with all counsel regarding settlement agreement. | 0.20 | 146.00 |
| 07/18/11 | A. Warshaw | L160 | 0 | Emails with E. Cerasia, C. Kline, M. Palmer and D. Warner regarding necessary steps in finalizing settlement agreement. | 0.30 | 106.50 |
| 07/19/11 | E. Cerasia II | L160 | 0 | Emails with M. Palmer, D. Warner, C. Kline and A. Warshaw regarding records, last known addresses, and November 2007 change to employee status (.40); review Epiq's revisions to settlement papers (.20). | 0.60 | 438.00 |
| 07/19/11 | A. Warshaw | L160 | 0 | Email with E. Cerasia, M. Palmer and D. Warner regarding plaintiffs' factual queries in furtherance of settlement agreement. | 0.40 | 142.00 |
| 07/20/11 | E. Cerasia II | L160 | 0 | Email correspondence with C. Kline regarding responses to Epiq's comments/questions (.20); revisions to notices and settlement agreement in light of comments from Epiq (.20). | 0.40 | 292.00 |
| 07/20/11 | A. Warshaw | L160 | 0 | Conference with E. Cerasia regarding response to queries by claims administrator relating to settlement agreement and claims forms (.10); revise settlement agreement and forms per proposed revisions by C. Kline and claims administrator (1.3); email with plaintiffs' and co-defendants' counsel regarding revised settlement papers (.2). | 1.60 | 568.00 |



Invoice No. 1883919

Page 4

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 07/22/11 | E. Cerasia II | L160 | 0 | Review/analyze M. Palmer's proposed revisions to settlement agreement and notices to prepare for telephone conference with all counsel and prepare questions regarding same (1.30; telephone conference with C. Kline and A. Warshaw regarding same (.50); telephone conference with all counsel to discuss revisions to settlement agreement and notices (1.90); follow-up telephone conference with D. Warner, C. Kline and A. Warshaw to discuss M. Palmer's comments to settlement agreement and discuss potential formula for claims (.60); e-mails with P. Drizner and J. Griffin regarding W-9 and tax-related penalties to follow-up on M. Palmer's comments as to requirement for new W-9 forms (.20). | 4.50 | 3,285.00 |
| 07/22/11 | A. Warshaw | L160 | 0 | Telephone conference with E. Cerasia, C. Kline, M. Palmer, and D. Warner negotiating terms to settlement agreement and forms, and prpare for same (2.30); telephone conference with E. Cerasia, C. Kline and D. Warner regarding terms to settlement agreement and forms (.60). | 2.90 | 1,029.50 |
| 07/25/11 | E. Cerasia II | L160 | 0 | Review/analyze delivery defendants' spread sheet to determine appropriate formula for claims. | 0.70 | 511.00 |
| 07/25/11 | A. Warshaw | L160 | 0 | Analyze payment documents provided by co-defendant Mitchells in furtherance of settlement payment formula. | 0.90 | 319.50 |
| 07/26/11 | E. Cerasia II | L160 | 0 | Work on formula for claims to common fund (.60); telephone conference and emails with C. Kline, D. Warner and A. Warshaw regarding same (1.50). | 2.10 | 1,533.00 |



Invoice No. 1883919

Page 5

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/26/11 | A. Warshaw | L160 | 0 | Email with M. Palmer and D. Warner regarding necessary steps in revising settlement agreement (.30); analyze payment spreadsheet provided by Mitchell's defendants per creation of settlement formula (1.20); telephone conference with E. Cerasia, C. Kline and D. Warner to discuss payment formula and related matters per settlement agreement (1.50); legal research regarding basis for submitting IRS Form 1099 to execute settlement agreement (.20); telephone conference with C. Kline regarding strategy and necessary steps in revising settlement papers (.30). | 3.50 | 1,242.50 |
| 07/27/11 | E. Cerasia II | L160 | 0 | Work on formula/revisions to settlement agreement (.50); telephone conference with C. Kline and A. Warshaw regarding same (.30); telephone conference with C. Kline, D. Warner and A. Warshaw regarding same (.50); telephone conference with C. Kline, D. Warner, M. Palmer and A. Warshaw regarding formula for claims and revisions to agreement (1.50); telephone conference with D. Warner to follow-up on formula and next steps (.20); telephone conferences with C. Kline regarding same. (.20). | 3.20 | 2,336.00 |
| 07/27/11 | A. Warshaw | L160 | 0 | Telephone conferences with E. Cerasia and C. Kline (.3); E. Cerasia, C. Kline and D. Warner (.5); E. Cerasia, C. Kline, D. Warner and M. Palmer regarding revisions to settlement papers (1.80); email with E. Cerasia and C. Kline regarding necessary steps in revising settlement papers (.20). | 2.80 | 994.00 |



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/28/11 | E. Cerasia II | L160 | | Review/analyze various spread sheets with new formula weighted for years 2005-2007 (1.20 hrs); telephone conference with J. Osick and C. Kline regarding status of settlement agreement; formula terms and next steps (.20); draft/revise latest drafts of Settlement Agreement, Notices and Claim Form (2.10). | 3.50 | 2,555.00 |
| 07/28/11 | A. Warshaw | L160 | 0 | Telephone conference with D. Warner regarding payment statistics as they relate to settlement payment formula (.2); email with E. Cerasia and C. Kline regarding statistics (.2); revise settlement agreement and settlement papers to reflect agreed-upon changes between all parties (3.90). | 4.30 | 1,526.50 |
| 07/29/11 | E. Cerasia II | L160 | 0 | Review/comment on latest drafts of settlement agreement and notices (.80); telephone conference with C. Kline and A. Warshaw regarding same (.20); telephone conference with all counsel to discuss final formula and steps to finalize settlement (.40). | 1.40 | 1,022.00 |
| 07/29/11 | A. Warshaw | L160 | 0 | Revise settlement agreement and settlement papers to reflect agreed-upon changes between all parties (2.20); analyze changes in payment and minimum wages in support of settlement to bankruptcy court per C. Kline (.70); telephone conference with E. Cerasia and C. Kline (.1); telephone conference with E. Cerasia, C. Kline, D. Warner and M. Palmer regarding revisions to settlement papers (.50). | 3.50 | 1,242.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 46.40 | |
| **Total Fees** | | | $23,957.00 |
| **Less Discount** | | | ($2,395.70) |
| **Total Fees After Discount** | | | $21,561.30 |



Tribune Company

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 20.30 | hours at | $730.00 | per hour |
| A. Warshaw | Associate | - | 24.40 | hours at | $355.00 | per hour |
| I. Rose | Staff Attorney | - | 1.70 | hours at | $280.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Inv#: 823232847 Office: NEW YORK User: WARSHAW, AARON TRANSACTIONAL ONLINE FINDS | 6.04 |
| Inv#: 823232847 Office: NEW YORK User: WARSHAW, AARON WESTLAW DOCUMENTS | 7.25 |
| Long Distance Telephone | 25.26 |
| Long Distance Telephone | 8.07 |

**Total Disbursements**                                                46.62

**Total Amount Due**                                              $21,607.92



**SEYFARTH**
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1883919
0276 68308 / 68308-000002
Allen v. am New York

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $23,957.00 |
| Less Discount | ($2,395.70) |
| Total Fees after Discount | $21,561.30 |
| Total Disbursements | 46.62 |
| Total Fees and Disbursements This Statement | $21,607.92 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW**<sub>LLP</sub>
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883922
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through July 31, 2011

**Karen Scott v. WPIX**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/01/11 | A. Cabrera | L250 | 0 | Draft Rule 56.1 using Scott's testimony (.80); review and analyze deposition transcript of M. Ramirez to use for Rule 56.1 statement support (1.50). | 2.30 | 1,012.00 |
| 07/05/11 | E. Cerasia II | L240 | 0 | Meeting with A. Cabrera and J. Chylinski regarding arguments for summary judgment motion. | 0.80 | 584.00 |
| 07/05/11 | A. Cabrera | L120 | 0 | Strategize outline for motion for summary judgment and documents in support. | 0.80 | 352.00 |
| 07/06/11 | J. Chylinski | L240 | 0 | Review/analyze deposition of K. Scott in preparation to draft motion in support of summary judgment. | 1.70 | 620.50 |
| 07/13/11 | J. Chylinski | L240 | 0 | Review/analyze deposition of S. Charlier for motion for summary judgment. | 1.50 | 547.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/16/11 | J. Chylinski | L240 | 0 | Draft brief in support of motion for summary judgment. | 4.70 | 1,715.50 |
| 07/18/11 | A. Cabrera | L240 | 0 | Draft Rule 56.1 statement. | 3.50 | 1,540.00 |
| 07/19/11 | A. Cabrera | L240 | 0 | Continue draft Rule 56.1 statement. | 4.70 | 2,068.00 |
| 07/20/11 | E. Cerasia II | L240 | 0 | Meeting with A. Cabrera regarding arguments and Rule 56.1 statement for summary judgment motion. | 0.30 | 219.00 |
| 07/20/11 | A. Cabrera | L240 | 0 | Draft revise Rule 56.1 statement. | 6.00 | 2,640.00 |
| 07/21/11 | E. Cerasia II | L240 | 0 | Review/analyze new case law regarding comments and inquiries as to retirement (.30); meeting with A. Cabrera and J. Chylinski regarding summary judgment (.50). | 0.80 | 584.00 |
| 07/21/11 | M. Deker | L120 | 0 | Research law regarding statements made in position statements and use of the statements in later litigation. | 0.80 | 276.00 |
| 07/21/11 | J. Chylinski | L240 | 0 | Review/analyze depositions of B. Berlamino for summary judgment memorandum of law. | 2.80 | 1,022.00 |
| 07/21/11 | A. Cabrera | L240 | 0 | Draft Rule 56.1 statement. | 7.10 | 3,124.00 |
| 07/22/11 | M. Deker | L120 | 0 | Finish research as to use of statements in positions statements. | 1.90 | 655.50 |
| 07/22/11 | J. Chylinski | L240 | 0 | Continue drafting brief in support of motion for summary judgment. | 7.40 | 2,701.00 |
| 07/22/11 | A. Cabrera | L240 | 0 | Draft Rule 56.1 statement. | 7.50 | 3,300.00 |
| 07/25/11 | J. Chylinski | L240 | 0 | Continue drafting brief in support of summary judgment. | 5.90 | 2,153.50 |
| 07/25/11 | A. Cabrera | L240 | 0 | Draft Rule 56.1 statement. | 5.80 | 2,552.00 |
| 07/26/11 | E. Cerasia II | L240 | 0 | Review summary of cases regarding statements in EEOC position papers and use on summary judgment (.10); and discussion with A. Cabrera regarding L.R. 56.1 statement (.10). | 0.20 | 146.00 |



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/26/11 | M. Deker | L120 | 0 | Conduct follow up research in all jurisdictions regarding statements made in positions statements being represented as inconsistencies in later litigation and summary judgment briefing. | 1.10 | 379.50 |
| 07/26/11 | A. Cabrera | L240 | 0 | Draft Rule 56.1 statement. | 6.80 | 2,992.00 |
| 07/27/11 | E. Cerasia II | L240 | 0 | Work on arguments and facts for L.R. 56.1 Statement (.30); discussions with A. Cabrera regarding same (.10). | 0.40 | 292.00 |
| 07/27/11 | M. Deker | L120 | 0 | Finish researching laws related to inconsistencies between positions statement and subsequent briefing. | 1.50 | 517.50 |
| 07/27/11 | A. Cabrera | L240 | 0 | Draft Rule 56.1 statement. | 8.80 | 3,872.00 |
| 07/28/11 | E. Cerasia II | L240 | 0 | Begin to review draft of L.R. 56.1 statement of facts. | 0.30 | 219.00 |
| 07/28/11 | J. Chylinski | L240 | 0 | Revise and brief to include facts from Rule 56.1 (2.20); review/analyze 56.1 statement of undisputed material facts for facts to be used in brief in support of summary judgment (1.30). | 3.50 | 1,277.50 |
| 07/28/11 | A. Cabrera | L240 | 0 | Continue to draft Rule 56.1 statement. | 9.00 | 3,960.00 |
| 07/29/11 | E. Cerasia II | | | Revise L.R. 56.1 statement. | 0.50 | 365.00 |
| 07/29/11 | M. Deker | C200 | 0 | Conduct follow-up research for summary judgment brief regarding potential inconsistent statements and "omissions" in EEOC position statement. | 1.20 | 414.00 |
| 07/29/11 | A. Cabrera | L120 | 0 | Review C. Davis transcript for support of factual statements (1.00); strategize regarding results of research on whether partial statement in a position statement is deemed to be inconsistent with full facts revealed during litigation (.30); review document production to identify additional exhibits for summary judgment (1.50). | 2.80 | 1,232.00 |

**Total Hours**                                                                 102.40



Invoice No. 1883922

Page 4

Tribune Company

| | |
|---|---:|
| **Total Fees** | $43,333.00 |
| **Less Discount** | ($4,333.30) |
| **Total Fees After Discount** | $38,999.70 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 3.30 | hours at | $730.00 | per hour |
| M. Deker | Associate | - | 6.50 | hours at | $345.00 | per hour |
| J. Chylinski | Associate | - | 27.50 | hours at | $365.00 | per hour |
| A. Cabrera | Associate | - | 65.10 | hours at | $440.00 | per hour |

| **Disbursements** | **Value** |
|---|---:|
| Copying | 13.00 |
| Copying | 47.50 |
| Deposition Transcripts - 24 SEVEN DISCOVERE | 306.20 |
| Inv#: 1106001863 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES COMPUTER CONECTN TIME | 3.34 |
| Inv#: 1106001863 User: CHYLINSKI, JEREMI LEXIS LEGAL SERVICES TIER 9 | 27.16 |
| Inv#: 1107001852 User: DEKER, MAAYAN LEXIS LEGAL SERVICES COMBINED SEARCH COMPONENT | 37.23 |
| Inv#: 1107001852 User: DEKER, MAAYAN LEXIS LEGAL SERVICES COMBINED SEARCH COMPONENT | 37.24 |
| Inv#: 1107001852 User: DEKER, MAAYAN LEXIS LEGAL SERVICES SEARCHES | 39.77 |
| Inv#: 1107001852 User: DEKER, MAAYAN LEXIS LEGAL SERVICES SEARCHES | 42.90 |
| Travel - EDWARD CERASIA II train fare - conference 06/24/11 | 4.50 |

| | |
|---|---:|
| **Total Disbursements** | 558.84 |
| **Total Amount Due** | $39,558.54 |



Invoice No. 1883922

Page 5

Tribune Company



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1883922
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $43,333.00 |
| Less Discount | ($4,333.30) |
| Total Fees after Discount | $38,999.70 |
| Total Disbursements | 558.84 |
| Total Fees and Disbursements This Statement | $39,558.54 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883923
0276 68308 / 68308-000007
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through July 31, 2011

**Sal Marchiano v. Betty Ellen Berlamino**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/01/11 | E. Cerasia II | L210 | 0 | Revise latest draft of brief in opposition to Scott's motion to dismiss third-party complaint. | 0.40 | 292.00 |
| 07/01/11 | A. Cabrera | L250 | 0 | Review/revise brief in opposition to motion to dismiss third party complaint. | 0.50 | 220.00 |
| 07/04/11 | A. Ianni | L430 | 0 | Revise brief in opposition to motion to dismiss. | 0.20 | 71.00 |
| 07/07/11 | A. Ianni | L430 | 0 | Revise brief in opposition to motion to dismiss. | 0.20 | 71.00 |
| 07/07/11 | A. Balint | L250 | 0 | Cite-check, shephardize and blue-book brief in opposition to plaintiff's motion to dismiss third-party complaint. | 1.50 | 345.00 |
| 07/08/11 | A. Ianni | L430 | 0 | Prepare brief in opposition to motion to dismiss for filing (.30); prepare letter to J. Sand enclosing courtesy copy (.10). | 0.40 | 142.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1883923

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/08/11 | A. Balint | L250 | 0 | Cite-check, shephardize and blue-book brief in opposition to plaintiff's motion to dismiss third-party complaint. | 0.70 | 161.00 |
| 07/11/11 | A. Ianni | L320 | 0 | Review documents produced by Dr. Bard. | 0.30 | 106.50 |
| 07/11/11 | A. Balint | L320 | 0 | Bates numbering for production. | 0.50 | 115.00 |
| 07/11/11 | L. Sapigao | L140 | 0 | Review electronic documents SS-TRIBUNE-001293 - SS-TRIBUNE-001595 (.40); make available for review by attorney for production to opposing counsel (.10). | 0.50 | 65.00 |
| 07/12/11 | E. Cerasia II | L330 | 0 | Work on scheduling S. Marchiano's deposition and coordinating discovery. | 0.10 | 73.00 |
| 07/12/11 | L. Sapigao | L140 | 0 | Review electronic production documents BARD0000001 - BARD0000302 (.50); prepare for production to opposing counsel (.30). | 0.80 | 104.00 |
| 07/15/11 | A. Ianni | L320 | 0 | Draft letter to L. Pearson enclosing documents produced by Dr. Bard (.10); correspondence with L. Pearson and E. Cerasia regarding depositions (.10). | 0.20 | 71.00 |
| 07/18/11 | E. Cerasia II | L330 | 0 | Emails with B. Berlamino regarding scheduling S. Marchiano's deposition and case status. | 0.30 | 219.00 |
| 07/18/11 | A. Ianni | L330 | 0 | Telephone conference with E. Cerasia regarding depositions (.20); direct I. Rose regarding legal research concerning third-party discovery (.30). | 0.50 | 177.50 |
| 07/18/11 | I. Rose | C200 | 0 | Research project regarding third-party discovery protocol and perform initial searches. | 0.40 | 112.00 |
| 07/19/11 | E. Cerasia II | L330 | 0 | Discussions and email correspondence with A. Ianni regarding discovery scheduling, K. Scott's right to participate in depositions (.20); communications with S. Marchiano's counsel regarding same, and strategy going forward (.10). | 0.30 | 219.00 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1883923

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/19/11 | A. Ianni | C200 | 0 | Review legal research memorandum from I. Rose regarding discovery (.20); telephone conference with L. Pearson regarding same (.30); communications with E. Cerasia regarding same (.10). | 0.60 | 213.00 |
| 07/19/11 | I. Rose | C200 | 0 | Research third-party defendant discovery protocol (4.30); draft memorandum of law relating to research of third-party discovery protocol (1.20). | 5.50 | 1,540.00 |
| 07/22/11 | A. Ianni | L430 | 0 | Review K. Scott reply brief in support of motion to dismiss third-party complaint. | 0.20 | 71.00 |
| 07/28/11 | E. Cerasia II | L390 | 0 | Telephone conference with K. Rubenstein regarding discovery scheduling in light of pending motion and K. Scott's participation in discovery. | 0.10 | 73.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 14.20 | |
| **Total Fees** | | | $4,461.00 |
| **Less Discount** | | | ($446.10) |
| **Total Fees After Discount** | | | $4,014.90 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 1.20 | hours at | $730.00 | per hour |
| A. Cabrera | Associate | - | 0.50 | hours at | $440.00 | per hour |
| A. Ianni | Associate | - | 2.60 | hours at | $355.00 | per hour |
| A. Balint | Paralegal | - | 2.70 | hours at | $230.00 | per hour |
| L. Sapigao | ITStaff | - | 1.30 | hours at | $130.00 | per hour |
| I. Rose | Staff Attorney | - | 5.90 | hours at | $280.00 | per hour |



Tribune Company

| Disbursements | Value |
|---|---|
| Copying | 0.80 |
| Copying | 0.40 |
| Courier/Messenger Inv#: 756971374 Date Sent: 07/15/2011 Sender: Jennifer Berrios Airbill: 492865040726 Thompson Wigdor & Gilly LLP Lawrence M. Pearson 85 Fifth Avenue NEW YORK, NY 10003 | 15.13 |
| Inv#: 1107001852 User: BALINT, ALAYNA AUTO-CITE SERVICE LEGAL CITATION SERVICES | 18.41 |
| Inv#: 1107001852 User: BALINT, ALAYNA LEXIS LEGAL SERVICES DOCUMENT PRINTING | 3.52 |
| Inv#: 1107001852 User: BALINT, ALAYNA LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 31.73 |
| Inv#: 1107001852 User: BALINT, ALAYNA LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 3.52 |
| Inv#: 1107001852 User: BALINT, ALAYNA SHEPARD'S SERVICE LEGAL CITATION SERVICES | 18.40 |
| Inv#: 1107001852 User: ROSE, ISRAEL LAW REVIEWS SEARCHES | 41.19 |
| Inv#: 1107001852 User: ROSE, ISRAEL LEXIS LEGAL SERVICES COMBINED SEARCH COMPONENT | 74.46 |
| Inv#: 1107001852 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SEARCHES | 450.17 |
| Inv#: 1107001852 User: ROSE, ISRAEL LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 21.16 |
| Inv#: 1107001852 User: ROSE, ISRAEL LEXIS LEGAL SERVICES TOC DOCUMENT LINKS | 3.51 |
| Inv#: 1107001852 User: ROSE, ISRAEL MATTHEW BENDER SERVICE SINGLE DOCUMENT RETRIEVAL | 14.10 |
| Inv#: 1107001852 User: ROSE, ISRAEL SHEPARD'S SERVICE LEGAL CITATION SERVICES | 4.09 |
| Inv#: 823232847 Office: NEW YORK User: BALINT, ALAYNA KEYCITE | 3.78 |
| Inv#: 823232847 Office: NEW YORK User: BALINT, ALAYNA TRANSACTIONAL ONLINE FINDS | 9.06 |

**Total Disbursements**                                                            713.43

**Total Amount Due**                                                            $4,728.33



Invoice No. 1883923

Page 5

Tribune Company



# SEYFARTH
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1883923
0276 68308 / 68308-000007
Sal Marchiano v. Betty Ellen Berlamino

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $4,461.00 |
| Less Discount | ($446.10) |
| Total Fees after Discount | $4,014.90 |
| Total Disbursements | 713.43 |
| Total Fees and Disbursements This Statement | $4,728.33 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883924
0276 68308 / 68308-000008
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

---

For legal services rendered through July 31, 2011

<u>Watkins v. WPIX, Inc.</u>

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/06/11 | E. Cerasia II | L110 | 0 | Telephone conference and email correspondence with O. Brinson (EEOC) regarding EEOC's request for witness interviews (.20); email correspondence with B. Berlamino regarding same (.10). | 0.30 | 219.00 |
| 07/11/11 | E. Cerasia II | L390 | 0 | E-mail with A. Foran regarding EEOC's request to interview S. Charlier (.20); e-mail with B. Berlamino regarding EEOC interview-scheduling (.20); e-mail with J. Housman regarding same (.10). | 0.50 | 365.00 |
| 07/12/11 | E. Cerasia II | L110 | 0 | E-mail correspondence with B. Berlamino, J. Housman, EEOC and A. Foran regarding witness interviews. | 0.40 | 292.00 |
| 07/13/11 | A. Cabrera | L120 | 0 | Conference with J. Maye regarding her availability to be interviewed by EEOC and scope of investigation. | 0.30 | 132.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1883924

Page 2

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/14/11 | E. Cerasia II | L390 | 0 | Emails with EEOC, A. Cabrera, A. Foran, J. Houseman and B. Berlamino regarding witness interviews. | 0.40 | 292.00 |
| 07/15/11 | E. Cerasia II | L120 | 0 | Email correspondence with EEOC, A. Foran and A. Cabrera regarding J. Maye and S. Charlier's interviews. | 0.20 | 146.00 |
| 07/15/11 | A. Cabrera | L120 | 0 | Review notes of B. Berlamino's first interview at the EEOC (.30); conference with J. Maye to schedule EEOC interview and preparation meeting (.20). | 0.50 | 220.00 |
| 07/18/11 | E. Cerasia II | L110 | 0 | Emails with B. Berlamino, A. Foran, J. Maye, J. Houseman and EEOC regarding witness interviews. | 0.80 | 584.00 |
| 07/19/11 | E. Cerasia II | L110 | 0 | Prepare for witness preparation meetings with J. Housman, J. Maye and B. Berlamino (1.90); meeting at WPIX with J. Housman and A. Foran (by phone) to prepare for EEOC interview (2.20); telephone conference with B. Berlamino to prepare for EEOC interview (.40); telephone conference with A. Foran regarding EEOC interviews and factual background (.10). | 4.60 | 3,358.00 |
| 07/20/11 | E. Cerasia II | L110 | 0 | Meeting with J. Maye and A. Foran (by phone) to prepare for J. Maye's interview by EEOC (1.20); email correspondence with EEOC, J. Maye and A. Foran regarding July 25 interview (.10); email correspondence with A. Foran regarding disclosing B. Berlamino's April 15, 2010 email to EEOC (.20); prepare email to EEOC enclosing B. Berlamino's April 15 email and highlighting lack of protected activity (.40); prepare for and represent B.E. Berlamino at interview by EEOC (3.30); prepare email memorandum/summary to A. Foran regarding outcome of B. Berlamino's interview with EEOC (.40). | 5.60 | 4,088.00 |


SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 1883924

Page 3

Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/21/11 | E. Cerasia II | L110 | 0 | Represent J. Houseman at interview by EEOC and discussions with J. Houseman regarding same (2.60); prepare email memorandum to A. Foran regarding outcome of interview (.40). | 3.00 | 2,190.00 |
| 07/25/11 | E. Cerasia II | L190 | 0 | Represent J. Maye at interview by EEOC, and follow-up discussion with J. Maye regarding same (1.20); prepare email summary for A. Foran regarding outcome of EEOC interview of J. Maye (.30); email correspondence with S. Charlier regarding EEOC no longer seeking to interview him (.10). | 1.50 | 1,095.00 |
| 07/28/11 | E. Cerasia II | L190 | 0 | Telephone conference with E. Gutierrez regarding Watkins' new retaliation allegations (.30); prepare email to A. Foran regarding the outcome of my telephone conversation with E. Gutierrez and next steps (.40). | 1.20 | 876.00 |

**Total Hours** 19.30

**Total Fees** $13,857.00

**Less Discount** ($1,385.70)

**Total Fees After Discount** $12,471.30

**Timekeeper Summary**

| | | | | | | |
|--|--|--|--|--|--|--|
| E. Cerasia II | Partner | - | 18.50 | hours at | $730.00 | per hour |
| A. Cabrera | Associate | - | 0.80 | hours at | $440.00 | per hour |

**Disbursements** | **Value**
---|---
Long Distance Telephone | 2.50



Tribune Company

**Total Disbursements**                                                                 2.50

**Total Amount Due**                                                              $12,473.80



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1883924
0276 68308 / 68308-000008
Watkins v. WPIX, Inc.

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $13,857.00 |
| Less Discount | ($1,385.70) |
| Total Fees after Discount | $12,471.30 |
| Total Disbursements | 2.50 |
| Total Fees and Disbursements This Statement | $12,473.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**

Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883925
0276 68308 / 68308-000009
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through July 31, 2011

**Larry Hoff v. WPIX, et al.**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/01/11 | E. Cerasia II | L210 | 0 | Revise latest draft of brief in opposition to K. Scott's motion to dismiss third-party complaint. | 0.40 | 292.00 |
| 07/01/11 | A. Cabrera | L120 | 0 | Review/revise brief opposition to motion to dismiss third party complaint. | 0.50 | 220.00 |
| 07/01/11 | A. Ianni | L430 | 0 | Revise brief opposition to motion to dismiss. | 0.90 | 319.50 |
| 07/04/11 | A. Ianni | L430 | 0 | Revise motion to dismiss. | 0.20 | 71.00 |
| 07/07/11 | A. Ianni | L430 | 0 | Draft declaration of E. Cerasia in opposition to K. Scott motion to dismiss (.30); revise opposition to motion to dismiss (.20). | 0.50 | 177.50 |
| 07/07/11 | A. Balint | L241 | 0 | Cite-check, shephardize and blue-book brief in opposition to plaintiff's motion to dismiss third-party complaint (.60); check fact cites in brief (.90). | 1.50 | 345.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/08/11 | A. Ianni | L430 | 0 | Prepare brief opposition to motion to dismiss for filing (.30); letter to J. Sand enclosing courtesy copy (.10). | 0.40 | 142.00 |
| 07/08/11 | A. Balint | L250 | 0 | Cite-check, shephardize and blue-book brief in opposition to plaintiff's motion to dismiss third-party complaint. | 0.60 | 138.00 |
| 07/22/11 | A. Ianni | L430 | 0 | Review K. Scott reply brief in support of motion to dismiss third-party complaint. | 0.20 | 71.00 |

| | | |
|---|---|---|
| **Total Hours** | 5.20 | |
| **Total Fees** | | $1,776.00 |
| **Less Discount** | | ($177.60) |
| **Total Fees After Discount** | | $1,598.40 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 0.40 | hours at | $730.00 | per hour |
| A. Cabrera | Associate | - | 0.50 | hours at | $440.00 | per hour |
| A. Ianni | Associate | - | 2.20 | hours at | $355.00 | per hour |
| A. Balint | Paralegal | - | 2.10 | hours at | $230.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Inv#: 823232847 Office: NEW YORK User: IANNI, ALLISON KEYCITE | 1.26 |
| Inv#: 823232847 Office: NEW YORK User: IANNI, ALLISON KEYCITE | 1.26 |
| Inv#: 823232847 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 6.04 |
| Inv#: 823232847 Office: NEW YORK User: IANNI, ALLISON TRANSACTIONAL ONLINE FINDS | 18.10 |

**Total Disbursements**          26.66



Invoice No. 1883925

Page 3

Tribune Company

**Total Amount Due**                                                                 $1,625.06



# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1883925
0276 68308 / 68308-000009
Larry Hoff v. WPIX, et al.

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,776.00 |
| Less Discount | ($177.60) |
| Total Fees after Discount | $1,598.40 |
| Total Disbursements | 26.66 |
| Total Fees and Disbursements This Statement | $1,625.06 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883913
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through July 31, 2011

### East Coast Properties

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/01/11 | T. Haley | C300 | 0 | Correspondence with Orlando and Sun-Sentinal circulation executives regarding issues related to single copy agreement and related addenda. | 0.70 | 469.00 |
| 07/01/11 | T. Haley | C300 | 0 | Revise single copy agreement and draft addenda to same. | 5.80 | 3,886.00 |
| 07/06/11 | T. Haley | C300 | 0 | Telephone conference with T. Nork and P. Touhey regarding revisions to single copy agreement. | 0.20 | 134.00 |
| 07/06/11 | T. Haley | C300 | 0 | Telephone conference with T. Thomas regarding revisions to single copy agreement. | 0.80 | 536.00 |
| 07/12/11 | T. Haley | C300 | 0 | Revise single copy agreement. | 4.30 | 2,881.00 |
| 07/12/11 | T. Haley | C300 | 0 | Correspondence with T. Thomas regarding revision to single copy agreement. | 0.40 | 268.00 |



Invoice No. 1883913

Page 2

Tribune Company/Olson

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/13/11 | T. Haley | C300 | 0 | Revise home delivery agreement (1.00); correspondence with T. Thomas regarding same (.30). | 1.30 | 871.00 |
| 07/13/11 | T. Haley | C300 | 0 | Revise warehouse license and handheld device agreements (1.50); correspondence with T. Thomas regarding same (.30). | 1.80 | 1,206.00 |
| 07/14/11 | T. Haley | C300 | 0 | Revise home delivery contract (2.50); correspondence with B. Gulick and T. Thomas regarding same (.30). | 2.80 | 1,876.00 |
| 07/14/11 | T. Haley | C300 | 0 | Telephone conference with T. Thomas and B. Gulick regarding home delivery contract. | 0.90 | 603.00 |
| 07/15/11 | T. Haley | C300 | 0 | Draft revisions to home delivery contract. | 4.60 | 3,082.00 |
| 07/15/11 | T. Haley | C300 | 0 | Telephone conference with T. Thomas and B. Gulick regarding home delivery contract issues. | 0.90 | 603.00 |
| 07/18/11 | T. Haley | C300 | 0 | Revise home delivery agreement. | 0.80 | 536.00 |
| 07/18/11 | T. Haley | C300 | 0 | Analyze issues regarding single copy agreement (.20); correspondence with T. Thomas regarding same (.10). | 0.30 | 201.00 |
| 07/19/11 | T. Haley | C300 | 0 | Draft revision to home delivery and single copy contracts. | 1.50 | 1,005.00 |
| 07/19/11 | T. Haley | C300 | 0 | Correspondence with B. Gullick regarding home delivery agreement issues. | 0.40 | 268.00 |
| 07/20/11 | T. Haley | C300 | 0 | Revise home delivery and single copy agreements. | 1.60 | 1,072.00 |
| 07/20/11 | T. Haley | C300 | 0 | Analyze issues regarding single copy, home delivery agreements (.90); correspondence with T. Thomas, B. Gulick and F. Alonso regarding same (.30). | 1.20 | 804.00 |
| 07/21/11 | T. Haley | C300 | 0 | Correspondence with F. Alonso regarding late paper issues. | 0.30 | 201.00 |



Invoice No. 1883913

Page 3

Tribune Company/Olson

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/22/11 | T. Haley | C300 | 0 | Revise single copy and home delivery agreements. | 4.80 | 3,216.00 |
| 07/22/11 | T. Haley | C300 | 0 | Correspondence with B. Gulick, T. Thomas, B. Cowell and D. Brakow regarding revisions to single copy and home delivery agreements. | 0.80 | 536.00 |
| 07/25/11 | T. Haley | C300 | 0 | Revise single copy agreement (.60); draft addendum (.90). | 1.70 | 1,139.00 |
| 07/25/11 | T. Haley | C300 | 0 | Correspondence with T. Thomas and B. Amberg regarding single copy agreement issues. | 0.40 | 268.00 |

**Total Hours**                                                        38.30

**Total Fees**                                                         $25,661.00

**Less Discount**                                                      ($2,566.10)

**Total Fees After Discount**                                          $23,094.90

**Timekeeper Summary**

| T. Haley | Sr Partner I | - | 38.30 | hours at | $670.00 | per hour |
|----------|-------------|---|-------|----------|---------|----------|

| Disbursements | Value |
|---------------|-------|
| Meals -  TIMOTHY F. HALEY dinner @ starbucks - meetings @ client during business hour 06/28/11 | 10.74 |
| Meals -  TIMOTHY F. HALEY food @ courtyard marriott - meetings @ client during business hour 06/28/11 | 11.90 |
| Taxi -  TIMOTHY F. HALEY taxi - meetings @ client during business hour 06/26/11 | 83.55 |
| Taxi -  TIMOTHY F. HALEY taxi - meetings @ client during business hour 06/28/11 | 40.40 |



Invoice No. 1883913

Page 4

Tribune Company/Olson

| Disbursements | Value |
|---|---|
| Travel - AMERICAN EXPRESS Haley/Timothy F Chicago/O'Hare-Orlando/Intl -Chicago/O'Hare 05/16/2011 | 797.40 |
| Travel - T. Haley Airline fee | 29.00 |
| Travel - TIMOTHY F. HALEY courtyard marriott - meetings @ client during business hour 06/28/11 | 459.00 |

**Total Disbursements**      1,431.99

**Total Amount Due**      $24,526.89


**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY  10017
Attn: David S. Bralow, Esq.

Invoice No. 1883913
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $25,661.00 |
| Less Discount | ($2,566.10) |
| Total Fees after Discount | $23,094.90 |
| Total Disbursements | 1,431.99 |
| Total Fees and Disbursements This Statement | $24,526.89 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883891
0276 15827 / 15827-000019
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

For legal services rendered through July 31, 2011

### Jeff Apodaca v. KTLA5, Tribune Company, Case No. BC448838

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/05/11 | D. Sable | L190 | 0 | Telephone conference with M. Beolke regarding Entravision subpoena (.60); telephone conference with D. Blumberg regarding same and deposition scheduling (.20); e-mail correspondence with L. Shelby regarding same (.20). | 1.00 | 340.00 |
| 07/06/11 | L. Shelby | L120 | 0 | Telephone conference with M. Boelke regarding Entravision subpoena. | 0.30 | 172.50 |

| | | |
|---|---|---|
| **Total Hours** | 1.30 | |
| **Total Fees** | | $512.50 |
| **Less Discount** | | ($51.25) |
| **Total Fees After Discount** | | $461.25 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1883891

Page 2

KTLA-TV

## Timekeeper Summary

| L. Shelby | Partner | - | 0.30 | hours at | $575.00 | per hour |
| D. Sable | Associate | - | 1.00 | hours at | $340.00 | per hour |

## Disbursements

|  | Value |
| --- | --- |
| Copying | 0.20 |
| Copying | 0.20 |
| **Total Disbursements** | 0.40 |
| **Total Amount Due** | $461.65 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

Invoice No. 1883891
0276 15827 / 15827-000019
Jeff Apodaca v. KTLA5, Tribune Company, Case No.
BC448838

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $512.50 |
| Less Discount | ($51.25) |
| Total Fees after Discount | $461.25 |
| Total Disbursements | 0.40 |
| Total Fees and Disbursements This Statement | $461.65 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
**ATTORNEYS  SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883926
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through July 31, 2011

**Clement, Jayne v. Los Angeles Times, et al. 0000001656**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/08/11 | T. Hix | L120 | 0 | Review/analyze motion to lift stay (.30); email exchange with Bankruptcy counsel regarding same (.10). | 0.40 | 200.00 |
| 07/11/11 | M. Sank | L430 | 0 | Review plaintiff's motion for relief from the automatic stay filed in the United States Bankruptcy Court. | 0.20 | 78.00 |
| 07/12/11 | M. Sank | L430 | 0 | Prepare for telephone conference regarding strategy concerning plaintiff's motion for relief from the automatic stay filed in the United States Bankruptcy Court (.90); participate in telephone conference regarding strategy concerning plaintiff's motion for relief from the automatic stay filed in the United States Bankruptcy Court (.60). | 1.50 | 585.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1883926

Page 2

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/12/11 | M. Sank | L430 | 0 | Prepare for hearing on plaintiff's motion for reconsideration of court's May 31, 2011 ruling dismissing plaintiff's complaint. | 1.10 | 429.00 |
| 07/12/11 | T. Rusche | L120 | 0 | Prepare for telephone conference with bankruptcy counsel regarding plaintiff's motion to lift stay (.30); participate in call (.70). | 1.00 | 460.00 |
| 07/13/11 | M. Sank | L430 | 0 | Prepare for and attend hearing on plaintiff's motion for reconsideration (2.30); prepare memorandum to file regarding hearing (.40). | 2.70 | 1,053.00 |
| 07/14/11 | M. Sank | L430 | 0 | Prepare email to A. Jubelirer regarding hearing on plaintiff's motion for reconsideration of court's May 31, 2011 ruling dismissing plaintiff's complaint (.20); prepare notice of ruling regarding hearing on motion for reconsideration (.40). | 0.60 | 234.00 |
| 07/15/11 | M. Sank | L430 | 0 | Prepare notice of ruling regarding plaintiff's motion for reconsideration of court's May 31, 2011 ruling dismissing plaintiff's complaint. | 0.30 | 117.00 |
| 07/18/11 | M. Sank | L430 | 0 | Prepare notice of ruling regarding plaintiff's motion for reconsideration of court's May 31, 2011 ruling dismissing plaintiff's complaint. | 0.10 | 39.00 |
| 07/25/11 | M. Sank | L430 | 0 | Analysis regarding opposition to plaintiff's motion for relief to bankruptcy stay. | 0.10 | 39.00 |

**Total Hours**                                                                     8.00

**Total Fees**                                                                              $3,234.00

**Less Discount**                                                                           ($323.40)

**Total Fees After Discount**                                                               $2,910.60



Los Angeles Times (Sherman)

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M. Sank | Associate | - | 6.60 | hours at | $390.00 | per hour |
| T. Hix | Partner | - | 0.40 | hours at | $500.00 | per hour |
| T. Rusche | Partner | - | 1.00 | hours at | $460.00 | per hour |

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| | **Attorney Services** | |
| 07/19/11 | Attorney Services - NATIONWIDE LEGAL, LLC Note: This was for delivery of the Notice of Ruling to be filed with court. | 59.50 |
| | **Copying** | |
| 07/18/11 | Copying | 1.40 |
| | **Online Research** | |
| 07/12/11 | Inv#: 823232847 Office: LOS ANGELES User: SANK, MAX S WESTLAW DOCUMENTS | 3.33 |
| 07/12/11 | Inv#: 823232847 Office: LOS ANGELES User: SANK, MAX S KEYCITE | 4.64 |
| 07/12/11 | Inv#: 823232847 Office: LOS ANGELES User: SANK, MAX S TRANSACTIONAL ONLINE FINDS | 25.02 |
| | **Local Travel** | |
| 07/27/11 | Local Travel - MAX SANK Mileage Expense - Attend hearing at Los Angeles Superior Court regarding Plaintiff's Motion for Reconsideration of 03/31/11 Ruling 07/13/11 | 14.27 |
| | **Travel** | |
| 07/27/11 | Travel - MAX SANK Parking Expense - Attend hearing at Los Angeles Superior Court regarding Plaintiff's Motion for Reconsideration of 03/31/11 Ruling 07/13/11 | 18.00 |

**Total Disbursements**                                                                 126.16

**Total Amount Due**                                                                 $3,036.76



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1883926
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,234.00 |
| Less Discount | ($323.40) |
| Total Fees after Discount | $2,910.60 |
| Total Disbursements | 126.16 |
| Total Fees and Disbursements This Statement | $3,036.76 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL: | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883892
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through July 31, 2011

<u>Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 - 0000001813</u>

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/21/11 | T. Hix | L190 | 0 | Prepare audit response. | 0.10 | 50.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.10 | |
| **Total Fees** | | $50.00 |
| **Less Discount** | | ($5.00) |
| **Total Fees After Discount** | | $45.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| T. Hix | Partner | - | 0.10 | hours at | $500.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
## ATTORNEYS SHAW LLP

Los Angeles Times (Sherman)

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $45.00 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1883892
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $50.00 |
| Less Discount | ($5.00) |
| Total Fees after Discount | $45.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $45.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883894
0276 33175 / 33175-000025
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through July 31, 2011

### Jose Luis Velazquez v. California Community News Corporation; Case No. KC060599

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/01/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding status of discovery dispute after telephone conference with opposing counsel. | 0.10 | 41.00 |
| 07/01/11 | J. Anthony | L320 | 0 | Email with opposing counsel regarding producing documents disclosed during plaintiff's deposition, but which were not previously produced in discovery (.10); email with opposing counsel regarding agreement to extend deadline to file motion to compel based on his agreement to produce further documents (.10). | 0.20 | 82.00 |
| 07/03/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding status and strategy concerning impending case management conference. | 0.10 | 41.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/07/11 | L. O'Hara | L120 | 0 | Direction to J. Anthony regarding case management conference. | 0.20 | 115.00 |
| 07/07/11 | J. Anthony | L120 | 0 | Telephone conference with L. O'Hara regarding strategy for case management conference. | 0.20 | 82.00 |
| 07/07/11 | J. Anthony | L120 | 0 | Review judicial profile of Judge D. Oki in advance of appearing at case management conference. | 0.10 | 41.00 |
| 07/07/11 | J. Anthony | L230 | 0 | Telephone conference with opposing counsel regarding case management conference. | 0.10 | 41.00 |
| 07/07/11 | J. Anthony | L230 | 0 | Telephone conference with court's clerk regarding possibly holding over case management conference until after mediation. | 0.20 | 82.00 |
| 07/07/11 | J. Anthony | L230 | 0 | Prepare for case management conference by reviewing case management statements, case file and various emails. | 0.30 | 123.00 |
| 07/07/11 | B. Bernstein | L120 | 0 | Researched background information on Judge Dan Oki for J. Anthony. | 0.20 | 36.00 |
| 07/08/11 | L. O'Hara | L110 | 0 | Communicate with J. Anthony regarding status of outstanding medical record subpoenas. | 0.20 | 115.00 |
| 07/08/11 | L. O'Hara | L230 | 0 | Communicate with J. Anthony regarding results of case management conference, calculate summary judgment filing deadlines in light of same (.50); communicate with A. Foran regarding same and communicate with mediator and opposing counsel regarding need for earlier mediation date (.60). | 1.10 | 632.50 |
| 07/08/11 | J. Anthony | L120 | 0 | Review subpoenaed records from plaintiff's doctors. | 0.20 | 82.00 |
| 07/08/11 | J. Anthony | L190 | 0 | Ensure proper calendaring of dates given by court after case management conference. | 0.10 | 41.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/08/11 | J. Anthony | L230 | 0 | Telephone conference with L. O'Hara regarding results of case management conference (.20); email with L. O'Hara regarding results of case management conference (.10); appear at case management conference (2.80). | 3.10 | 1,271.00 |
| 07/08/11 | M. Halperin | L310 | 0 | Review the certificate of no records received and update the subpoena chart accordingly and prepare communication to J. Anthony regarding same. | 0.30 | 85.50 |
| 07/09/11 | L. O'Hara | L160 | 0 | Communicate with mediator regarding possible earlier dates. | 0.10 | 57.50 |
| 07/11/11 | L. O'Hara | L190 | 0 | Calculate summary judgment filing deadline and arrange for reservation of hearing date in light of same (.40); review docket summary to determine pre-trial deadlines vis-a-vis mediation (.40); review availability of alternative mediators and communicate with A. Foran and opposing counsel regarding same (.20); telephone conference with opposing counsel's assistant asking for consideration of alternative mediator with more availability (.20). | 1.20 | 690.00 |
| 07/11/11 | J. Anthony | L243 | 0 | Telephone conference with L. O'Hara regarding strategy for motion for summary judgment. | 0.10 | 41.00 |
| 07/12/11 | L. O'Hara | L160 | 0 | Draft mediation brief (2.00); communicate with mediator regarding possibility of earlier date (.20). | 2.20 | 1,265.00 |
| 07/12/11 | L. O'Hara | L330 | 0 | Review deposition transcripts of defense witnesses. | 2.00 | 1,150.00 |
| 07/13/11 | L. O'Hara | L120 | 0 | Communicate with J. Anthony regarding status of efforts to procure plaintiff's tapes. | 0.20 | 115.00 |
| 07/13/11 | L. O'Hara | L160 | 0 | Further communications with opposing counsel regarding possibility of alternative mediator. | 0.20 | 115.00 |



Invoice No. 1883894

Page 4

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/13/11 | L. O'Hara | L330 | 0 | Draft correspondence to witnesses regarding deposition transcripts. | 0.30 | 172.50 |
| 07/13/11 | J. Anthony | L110 | 0 | Receive medical records pursuant to subpoena. | 0.10 | 41.00 |
| 07/13/11 | J. Anthony | L320 | 0 | Email with opposing counsel regarding obtaining documents (.10); email with L. O'Hara regarding obtaining documents from plaintiff (.20). | 0.30 | 123.00 |
| 07/13/11 | M. Halperin | L310 | 0 | Preparation of communication to the deposition officer with instructions regarding the copying of the Dr. Pechman's records on Friday. | 0.10 | 28.50 |
| 07/13/11 | M. Halperin | L310 | 0 | Review the subpoenaed records received, revise the subpoena log and prepare communication to the case attorneys transmitting electronic copies of same. | 0.40 | 114.00 |
| 07/14/11 | M. Halperin | L310 | 0 | Review status of outstanding subpoena for records from Dr. Pechman and prepare communication to the deposition officer regarding same. | 0.10 | 28.50 |
| 07/15/11 | L. O'Hara | L320 | 0 | Communicate with J. Anthony regarding status of attempts to procure tapes from plaintiff. | 0.20 | 115.00 |
| 07/15/11 | J. Anthony | L320 | 0 | Email with opposing counsel regarding obtaining documents (.10); telephone conference with opposing counsel regarding obtaining documents (.20). | 0.30 | 123.00 |
| 07/17/11 | L. O'Hara | L120 | 0 | Communicate with A. Foran regarding issues regarding mediation scheduling and timing (.20); finalize correspondence to witnesses regarding deposition transcripts (.30); communicate with L. Bugarin regarding same (.20). | 0.70 | 402.50 |
| 07/18/11 | J. Anthony | L320 | 0 | Email with opposing counsel regarding obtaining documents. | 0.10 | 41.00 |



Invoice No. 1883894

Page 5

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/19/11 | L. O'Hara | L350 | 0 | Communicate with J. Anthony regarding motion to compel deadline and status of procuring tapes from plaintiff. | 0.20 | 115.00 |
| 07/19/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding status update after telephone conference with opposing counsel regarding discovery dispute and obtaining supplemental documents from plaintiff. | 0.10 | 41.00 |
| 07/19/11 | J. Anthony | L320 | 0 | Telephone conference with opposing counsel regarding discovery dispute and obtaining supplemental production of documents (.20); email with opposing counsel regarding discovery dispute and obtaining documents (.10). | 0.30 | 123.00 |
| 07/20/11 | J. Anthony | L120 | 0 | Email with L. O'Hara regarding workers' comp claim and global mediation. | 0.10 | 41.00 |
| 07/20/11 | J. Anthony | L190 | 0 | Email with opposing counsel confirming our meet-and-conference conversation of July 19, 2011. | 0.20 | 82.00 |
| 07/21/11 | L. O'Hara | L160 | 0 | Prepare for and telephone call with client and workers compensation counsel regarding mediation strategy. | 0.60 | 345.00 |
| 07/21/11 | J. Anthony | L120 | 0 | Review returned subpoenas from plaintiff's medical providers. | 0.20 | 82.00 |
| 07/21/11 | J. Anthony | L190 | 0 | Email with opposing counsel regarding production of disputed documents and extension of deadline for motion to compel documents. | 0.10 | 41.00 |
| 07/22/11 | M. Halperin | L310 | 0 | Review the subpoenaed records received from Dr. Pechman (.10); provide electronic copies to the case attorneys (.10). | 0.20 | 57.00 |
| 07/26/11 | L. O'Hara | L160 | 0 | E-mail and telephone conference with opposing counsel regarding exploring global settlement at mediation. | 0.40 | 230.00 |
| 07/27/11 | L. O'Hara | L160 | 0 | Review issues for mediation brief. | 0.30 | 172.50 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1883894

Page 6

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/27/11 | M. Halperin | L310 | 0 | Review subpoenaed records received from Dr. Pechman's office (.10); prepare communication to the case attorneys transmitting an electronic copy of same (.10). | 0.20 | 57.00 |
| 07/28/11 | L. O'Hara | L160 | 0 | Review deposition transcripts for use in mediation brief (.50); draft same (3.00). | 3.50 | 2,012.50 |
| 07/29/11 | L. O'Hara | L160 | 0 | Review deposition transcripts (1.50); draft mediation brief (2.00). | 3.50 | 2,012.50 |
| 07/29/11 | J. Anthony | L120 | 0 | Conference with L. O'Hara regarding status and strategy of discovery requests and mediation. | 0.20 | 82.00 |

**Total Hours**      25.40

**Total Fees**      $13,027.00

**Less Discount**      ($1,302.70)

**Total Fees After Discount**      $11,724.30

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 17.10 | hours at | $575.00 | per hour |
| J. Anthony | Associate | - | 6.80 | hours at | $410.00 | per hour |
| M. Halperin | Paralegal | - | 1.30 | hours at | $285.00 | per hour |
| B. Bernstein | Librarian | - | 0.20 | hours at | $180.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Copying | 8.40 |
| Copying | 0.40 |
| Courier/Messenger Inv#: 756931585 Date Sent: 07/18/2011 Sender: Jodi L. Snyder Airbill: 982650724296 Leticia Bugarin California Community News 5091 4th Street BALDWIN PARK, CA 91706 | 10.88 |



Los Angeles Times (Sherman)

| Disbursements | Value |
|---|---|
| Local Travel - JOHN ANTHONY mileage- case mgmt conf 07/08/11 | 37.86 |
| Local Travel - LORRAINE H. O'HARA Travel from Manhattan Beach to Plaintiff's office in Long Beach to defend deposition | 22.95 |
| Local Travel - LORRAINE H. O'HARA Travel from Manhattan Beach to client's facility in Irwindale for witness deposition prep meetings | 41.82 |
| Long Distance Telephone | 16.10 |
| Meals - CAFE CONNECTION 6/24 | 30.75 |
| Parking Validations | 34.00 |
| Travel - JOHN ANTHONY parking - case mgmt conf 07/08/11 | 6.00 |

**Total Disbursements**                                                        209.16

**Total Amount Due**                                                        $11,933.46



SEYFARTH SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1883894
0276 33175 / 33175-000025
Jose Luis Velazquez v. California Community News
Corporation; Case No. KC060599

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $13,027.00 |
| Less Discount | ($1,302.70) |
| Total Fees after Discount | $11,724.30 |
| Total Disbursements | 209.16 |
| Total Fees and Disbursements This Statement | $11,933.46 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL: | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883909
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through July 31, 2011

### Country Club Matter 0000001901

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 07/20/11 | S. Carlson | L120 | 0 | Communications with client regarding preservation issues (.20); review of prior advice regarding time period of preservation obligation (.30). | 0.50 | 285.00 |
| 07/31/11 | S. Carlson | L120 | 0 | Review of revised document related to decommissioning of mainframe. | 0.50 | 285.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.00 | |
| **Total Fees** | | $570.00 |
| **Less Discount** | | ($57.00) |
| **Total Fees After Discount** | | $513.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Los Angeles Times

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| S. Carlson | Partner | - | 1.00 | hours at | $570.00 | per hour |

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                    $513.00



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA 90012

Invoice No. 1883909
0276 17832 / 17832-000034
Country Club Matter 0000001901

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $570.00 |
| Less Discount | ($57.00) |
| Total Fees after Discount | $513.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $513.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Invoice No. 1883916
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through July 31, 2011

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 06/21/11 | J. Meer | L190 | 0 | Prepare response to audit letter. | 0.30 | 177.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $177.00 |
| **Less Discount** | | ($17.70) |
| **Total Fees After Discount** | | $159.30 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| J. Meer | Partner | - | 0.30 | hours at | $590.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1883916

Page 2

Ira H. Goldstone

**Total Disbursements**                                                                 0.00

**Total Amount Due**                                                                $159.30



# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2011

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1883916
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $177.00 |
| Less Discount | ($17.70) |
| Total Fees after Discount | $159.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $159.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |