# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL WITH PREJUDICE OF MICROSOFT CORPORATION'S PROOF OF CLAIM (CLAIM NO. 4672)

PLEASE TAKE NOTICE that, Microsoft Corporation, having filed a Proof of Claim No. 4672 on June 11, 2009 in the contingent amount of $36,494,101.15 (the "Microsoft Claim"), hereby withdraws the Microsoft Claim with prejudice.

Dated: September 26, 2011                MICROSOFT CORPORATION

*/s/ Michael J. Gearin*
By: Michael J. Gearin, WSBA #20982
K & L Gates, LLP,
Attorneys for Microsoft Corporation

K:\2000101\02038\20892_MJG\20892P24BS

46429/0001-7919209v1