TRIBUNE COMPANY, et al (Case 08-13141)  Exhibit A

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period August 1, 2011 through August 31, 2011**

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 585.60 | $180,000.00 |
| **Subtotal - Fixed Fee Services** | **585.60** | **$180,000.00** |
| **Hourly Services** | | |
| Claims Consulting Services | 5.50 | $2,475.00 |
| Fresh Start | 3.00 | $1,215.00 |
| **Subtotal - Hourly Services** | **8.50** | **$3,690.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 1.20 | $525.00 |
| Monthly, Interim and Final Fee Applications | 12.70 | $5,080.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **13.90** | **$5,605.00** |
| **Total Hours and Compensation** | **608.00** | **$189,295.00** |

TRIBUNE COMPANY, et al (Case 08-13141)                                                                                 Exhibit B
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Project
For the Period August 1, 2011 through August 31, 2011

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2011 Consolidated Audit | 585.60 | $180,000.00 |
| **Subtotal - Fixed Fee Services** | 585.60 | $180,000.00 |
| **Total Hours and Compensation** | **585.60** | **$180,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**     **Exhibit B-1**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2011 Consolidated Audit
Summary of Professionals, Hours and Payments For the
Period August 1, 2011 through August 31, 2011

| Professional | Professional's Position | Hours |
|---|---|---:|
| William T England | Partner | 18.00 |
| Betsy J Smith | Director | 0.80 |
| Thomas L Koops | Director | 29.00 |
| Justin A Spahn | Manager | 69.00 |
| Maria Sanchez | Manager | 1.90 |
| Emily Busch | Senior Associate | 58.70 |
| Maria (Eugenia) Elizondo | Senior Associate | 1.00 |
| Sheri L York | Senior Associate | 80.30 |
| Emily Busch | Associate | 1.00 |
| James Richard Colwell | Associate | 13.00 |
| Kurt Gattiker | Associate | 5.50 |
| Macarena Treves | Associate | 0.50 |
| Melissa Mary Kirby | Associate | 152.00 |
| Mitchell Jay Brann | Associate | 40.00 |
| Ornella A Insaurralde | Associate | 2.40 |
| Sunil Yerramilli | Associate | 2.00 |
| Thomas Bradley Stutesman | Associate | 110.00 |
| Maryrose Cunningham | Paraprofessional | 0.50 |
| **Total Hours Incurred during Compensation Period** | | **585.60** |
| Total Hours Incurred prior to August 1, 2011 | | 1,022.40 |
| **Total Hours Incurred through August 31, 2011** | | **1,608.00** |

TRIBUNE COMPANY, et al (Case 08-13141)     Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2011 Consolidated Audit
Summary of Professionals, Hours and Payments For the
Period August 1, 2011 through August 31, 2011

| | | |
|---|---:|---:|
| Total Fees - Payments Previously Requested for 2011 Consolidated Audit | | $540,000.00 |
| Remaining Payments for 2011 Consolidated Audit | | $1,155,000.00 |
| Total Fixed Fee for 2011 Consolidated Audit | | $1,695,000.00 |
| Requested Payment - 2011 Consolidated Audit | 585.60 | $180,000.00 |

TRIBUNE COMPANY, et al (Case 08-13141) — Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory
Summary of Hours - August 1, 2011 through August 31, 2011

| Category | Hours |
| --- | --- |
| 0200 - Audit Strategy and Meetings with Management | 93.60 |
| 3700 - Income Tax Process | 0.80 |
| 9200 - Q1 Interim Review Procedures | 2.30 |
| 9201 - Q2 Interim Review Procedures | 42.00 |
| FSC-CA Fieldwork | 65.50 |
| TBC Group Office Fieldwork | 26.20 |
| TPC Group Office Fieldwork | 31.70 |
| WGN Fieldwork | 100.50 |
| WGN-Cable Fieldwork | 30.00 |
| WGN-TV Fieldwork | 40.50 |
| FSC Fieldwork | 3.50 |
| Blue Lynx Media Fieldwork | 149.00 |
| **Total Hours Incurred for the 2011 Consolidated Audit** | **585.60** |

TRIBUNE COMPANY, et al (Case 08-13141) — Exhibit C-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Professionals - Hourly Professional Services
For the Period August 1, 2011 through August 31, 2011

| Professional by Billing Category | Position | Rate | Total Hours | Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Stephen B Danton | Director | $450 | 5.50 | $2,475.00 |
| **Subtotal - Claims Consulting Services** | | | **5.50** | **$2,475.00** |
| **Fresh Start** | | | | |
| Betsy J Smith | Director | $475 | 1.00 | $475.00 |
| Mark Stachnik | Manager | $370 | 2.00 | $740.00 |
| **Subtotal - Fresh Start** | | | **3.00** | **$1,215.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 0.30 | $165.00 |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 0.90 | $360.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **1.20** | **$525.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 12.70 | $5,080.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **12.70** | **$5,080.00** |
| **Total Hours and Compensation** | | | **22.40** | **$9,295.00** |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period August 1, 2011 through August 31, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 6/17/2011 | Stephen B Danton | Director | 0810H0001: Teleconference with K. Cooke (City Attorney) regarding claims status. | $450.00 | 0.50 | $225.00 |
| 6/21/2011 | Stephen B Danton | Director | 0810H0002: Review and assess city of Chicago liability issues. | $450.00 | 1.00 | $450.00 |
| 8/22/2011 | Stephen B Danton | Director | 0810H0003: Discussion with M. Melgarejo (Tribune) regarding settlement of the administrative matter. | $450.00 | 1.00 | $450.00 |
| 8/29/2011 | Stephen B Danton | Director | 0810H0004: Follow-up with K. Cooke (City Attorney) regarding office liability issues and waiver by city of rights against officers of Tribune. | $450.00 | 1.00 | $450.00 |
| 8/30/2011 | Stephen B Danton | Director | 0810H0005: Review proposed settlement papers. | $450.00 | 1.50 | $675.00 |
| 8/31/2011 | Stephen B Danton | Director | 0810H0006: Review proposed settlement papers. | $450.00 | 0.50 | $225.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **5.50** | **$2,475.00** |
| **Fresh Start** | | | | | | |
| 8/2/2011 | Mark Stachnik | Manager | 0810H0007: Revenue recognition and lease accounting research. | $370.00 | 2.00 | $740.00 |
| 8/4/2011 | Betsy J Smith | Director | 0810H0008: Call with P. Shanahan and M. Deloian (both Tribune) regarding Section 1017 applicablity to Tribune and practical applicaton of reduction in tax basis of assets. | $475.00 | 0.50 | $237.50 |
| 8/11/2011 | Betsy J Smith | Director | 0810H0009: Call with P. Shanahan and M. Deloian (both Tribune) regarding Section 1017 tax accounting and next steps. | $475.00 | 0.50 | $237.50 |
| **Subtotal - Hours and Compensation for Fresh Start** | | | | | **3.00** | **$1,215.00** |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period August 1, 2011 through August 31, 2011

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Employment Applications and Other Court Filings** | | | | | | |
| 8/4/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0810H0010: Communications with J. Spahn (PwC) regarding expanded audit services. | $400.00 | 0.40 | $160.00 |
| 8/9/2011 | Andrea Clark Smith | Director (Bankruptcy) | 0810H0011: Meeting with J. Spahn, T. Koops, S. Finseth (all PwC) regarding the additional advisory services to be performed related to record retention. | $550.00 | 0.30 | $165.00 |
| 8/9/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0810H0012: Meeting with J. Spahn, T. Koops, A. Clark Smith (all PwC) regarding the additional advisory services to be performed related to record retention. | $400.00 | 0.30 | $120.00 |
| 8/10/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0810H0013: Review and respond to project related emails from S. York (PwC) regarding the ESOP and benefit plan services to be provided during FY 2011. | $400.00 | 0.20 | $80.00 |
| **Subtotal - Hours and Compensation for Employment Applications and Other Court Filings** | | | | | 1.20 | $525.00 |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 8/18/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0810H0014: Prepare the July 2011 Monthly Fee Application. | $400.00 | 3.40 | $1,360.00 |
| 8/25/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0810H0015: Prepare the July 2011 Monthly Fee Application. | $400.00 | 3.50 | $1,400.00 |
| 8/25/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0810H0016: Prepare the July 2011 Monthly Fee Application Narrative. | $400.00 | 2.10 | $840.00 |
| 8/25/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0810H0017: Prepare the July 2011 Monthly Fee Application exhibits. | $400.00 | 2.00 | $800.00 |
| 8/29/2011 | Shonda M Finseth | Manager (Bankruptcy) | 0810H0018: Finalize the July 2011 Monthly Fee Application and distribute to W. England (PwC) for signature. | $400.00 | 1.70 | $680.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | 12.70 | $5,080.00 |

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period August 1, 2011 through August 31, 2011

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Total Hours and Compensation** | | | | | 22.40 | $9,295.00 |