# EXHIBIT A

**TRIBUNE COMPANY, et al.**

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### August 1, 2011 through August 31, 2011

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 40.30 | $18,163.00 |
| Committee Meetings | 003 | 59.30 | 35,831.50 |
| Creditor Communications | 004 | 3.90 | 2,497.50 |
| Business Operations | 007 | 6.10 | 3,922.50 |
| Claims Administration/Bar Date | 009 | 46.30 | 22,189.50 |
| Fee/Retention Applications | 010 | 35.70 | 13,332.50 |
| Executory Contracts | 012 | 5.90 | 2,966.50 |
| Avoidance Issues | 013 | 31.30 | 18,792.50 |
| Employee Issues | 014 | 309.30 | 199,459.50 |
| Tax Issues | 016 | 2.30 | 2,265.50 |
| General Litigation | 017 | 92.00 | 58,739.00 |
| Travel * | 018 | 4.00 | 1,790.00 |
| Shareholder Claims | 020 | 71.40 | 39,527.00 |
| Plan Litigation | 021 | 379.00 | 197,249.00 |
| **Total** | | **1,086.80** | **$616,725.50** |

\* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                  For Services Through August 31, 2011

Our Matter #19804.002
             BANKRUPTCY GENERAL


08/01/11    D. BAVA              Review and analysis of docket        1.20 hrs.
                                 sheets, including Neil district
                                 court litigation and Delaware
                                 adversary proceedings re: daily
                                 case activity (.80); review,
                                 revise and finalize case calendar
                                 based on current docket entries
                                 (.40).

08/01/11    D. M. LeMAY         Review all latest court filings.     1.40 hrs.

08/02/11    D. BAVA              Review and analysis of docket        1.90 hrs.
                                 sheets, including Neil district
                                 court litigation and Delaware
                                 adversary proceedings re: daily
                                 case activity (.60); review,
                                 revise and finalize case calendar
                                 based on current docket entries
                                 (.20); prepare summary report of
                                 Intralinks postings (.80); post
                                 certain materials to Intralinks
                                 (.30).

08/03/11    D. BAVA              Review and analysis of docket        1.50 hrs.
                                 sheets, including Neil district
                                 court litigation and Delaware
                                 adversary proceedings re: daily
                                 case activity (.80); review,
                                 revise and finalize case calendar
                                 based on current docket entries
                                 (.40); post certain materials to
                                 Intralinks (.30).

08/04/11    D. BAVA              Review and analysis of docket        1.20 hrs.
                                 sheets, including Neil district
                                 court litigation and Delaware
                                 adversary proceedings re: daily
                                 case activity (.60); review,
                                 revise and finalize case calendar
                                 based on current docket entries
                                 (.30); post certain materials to
                                 Intralinks (.30).

08/04/11    D. E. DEUTSCH       Review last four daily pleading      0.80 hrs.
                                 reports, pleadings therein and
                                 court calendar (.8).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/05/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 08/08/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30). | 0.90 hrs. |
| 08/08/11 | D. M. LeMAY | Review latest court filings. | 1.30 hrs. |
| 08/09/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 08/09/11 | J. MARRERO | Conference with D.Deutsch re: status of various assignments | 0.20 hrs. |
| 08/10/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 08/11/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); post certain materials to Intralinks (.30). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       September 27, 2011
435 N. MICHIGAN AVENUE                              Page    3
CHICAGO, IL 60611

| 08/11/11 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: research and follow-up on various pending matters (.3). | 0.30 hrs. |
| 08/12/11 | D. E. DEUTSCH | Meeting with Marc Roitman to discuss pending Tribune projects (.2). | 0.20 hrs. |
| 08/12/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 08/15/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 08/15/11 | D. E. DEUTSCH | Review Intralinks postings to revise attachments for Committee review and access (.8); draft memorandum for certain postings related to same (.2); meeting with David Bava and Jessica Marrero re: revisions to Intralinks postings (.2); review last week's pleading reports, pleadings therein and court calendar (.5). | 1.70 hrs. |
| 08/15/11 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |
| 08/15/11 | J. MARRERO | Conference with D.Deutsch and D.Bava re: Intralinks postings | 0.20 hrs. |
| 08/16/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 27, 2011
435 N. MICHIGAN AVENUE                               Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/17/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 08/17/11 | D. E. DEUTSCH | Review last three docket reports, pleadings therein and court calendar (.4). | 0.40 hrs. |
| 08/18/11 | D. E. DEUTSCH | Meeting with Jessica Marrero to discuss status of various projects (.2). | 0.20 hrs. |
| 08/18/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 08/19/11 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.3). | 0.30 hrs. |
| 08/19/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 08/22/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| 08/22/11 | A. ROSENBLATT | Review memorandum re: summary of recently filed pleadings (.3) and agenda for upcoming omnibus hearing (.2). | 0.50 hrs. |
|---|---|---|---|
| 08/23/11 | D. M. LeMAY | Review all latest court filings (1.1). | 1.10 hrs. |
| 08/23/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 08/24/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); review and restructure Intralinks materials (2.2). | 3.40 hrs. |
| 08/24/11 | J. MARRERO | Email correspondence with M.Ashley re: matters for Aug 25 hearing (0.3); email correspondence with D.LeMay re same (0.2) | 0.50 hrs. |
| 08/25/11 | A. ROSENBLATT | Review summary of omnibus hearing, including Judge Carey's statements re: timing of decision on confirmation. | 0.30 hrs. |
| 08/25/11 | T. J. MCCORMACK | Attend portion of today's court hearing by phone (0.3). | 0.30 hrs. |
| 08/25/11 | M. ROITMAN | Telephonic appearance at bankruptcy court hearing (0.7). | 0.70 hrs. |
| 08/25/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks(.60). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/25/11 | D. E. DEUTSCH | Participate in part of today's Court hearing (.4). | 0.40 hrs. |
| 08/25/11 | D. M. LeMAY | Attend omnibus hearing in U.S. Bankruptcy Court. | 1.00 hrs. |
| 08/26/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks(.20). | 1.40 hrs. |
| 08/29/11 | D. M. LeMAY | Review all latest court filings. | 1.00 hrs. |
| 08/29/11 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.2); prepare updates to case calendar in accordance with same (.2). | 0.60 hrs. |
| 08/30/11 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.3); prepare updates to case calendar in accordance with same (.2). | 0.70 hrs. |
| 08/31/11 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and Delaware adversary proceedings re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks(.20). | 1.40 hrs. |

**Total Fees for Professional Services.............. $18,163.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 27, 2011
Page     7

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 6.90 | 6175.50 |
| T. J. MCCORMACK | 855.00 | .30 | 256.50 |
| A. ROSENBLATT | 725.00 | .80 | 580.00 |
| D. E. DEUTSCH | 725.00 | 4.30 | 3117.50 |
| D. BAVA | 280.00 | 25.10 | 7028.00 |
| H. LAMB | 285.00 | 1.30 | 370.50 |
| J. MARRERO | 375.00 | .90 | 337.50 |
| M. ROITMAN | 425.00 | .70 | 297.50 |
| TOTALS | | 40.30 | 18163.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                For Services Through August 31, 2011

Our Matter #19804.003
          COMMITTEE MEETINGS


08/01/11   A. ROSENBLATT        Preparation for professionals'          0.50 hrs.
                                only call (.3); review status on
                                Aurelius trading issue in advance
                                of call (.2).

08/01/11   J. MARRERO           Email correspondence with D.Bava        2.00 hrs.
                                re: posting June 30 meeting
                                minutes (0.2); draft Committee
                                professionals agenda (1.0);
                                conference with D.Deutsch re:
                                agenda (0.3); draft email re: same
                                to D.Gallai (0.1); revise agenda
                                (0.2); draft email to Committee
                                professionals re same (0.2)

08/02/11   J. MARRERO           Email correspondence with              2.40 hrs.
                                M.Roitman and D.Deutsch re: July
                                21 minutes (0.3); draft agenda for
                                Committee meeting (0.2); draft
                                email to H.Seife and D.LeMay re
                                same (0.2); draft email to
                                Committee Co-Chairs re same (0.2);
                                attend Committee professionals
                                meeting (1.2); review materials in
                                preparation for Committee
                                professionals meeting (0.3).

08/02/11   A. ROSENBLATT        Attend Tribune professional's only     1.40 hrs.
                                call (1.0) and post-call
                                discussion with C&P team (.4).

08/02/11   D. GALLAI            Participated in weekly                 1.30 hrs.
                                professionals' call re: MIP issues
                                (1.3).

08/02/11   R. J. GAYDA         Prepare presentation for (.6) and       1.50 hrs.
                                attend Committee professional's
                                meeting (.9).

08/02/11   M. ROITMAN          Attend Committee professionals          1.50 hrs.
                                conference call (1.1); Confer with
                                C&P team following call (0.4).

08/02/11   D. E. DEUTSCH       Exchange e-mails with Jessica           2.50 hrs.
                                Marrero re: status of minutes
                                (.2); prepare outline for today's
                                Committee professionals meeting
                                (.9); participate in today's
                                Committee professional meeting

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page     2
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                    |            |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | (1.2); conference with Jessica Marrero and Marc Roitman to discuss various action items related to Thursday's Committee meeting (.2).                                                                                                                                                                |            |
| 08/02/11   | D. M. LeMAY     | Attend weekly Committee Professionals call.                                                                                                                                                                                                                                                         | 0.90 hrs.  |
| 08/02/11   | M. D. ASHLEY    | Reviewed pleadings and correspondence in preparation for weekly Committee professionals' meeting (.6); attended weekly Committee professionals' meeting (.6); attend team meeting regarding status of confirmation hearing proceedings (.4).                                                         | 1.60 hrs.  |
| 08/03/11   | J. MARRERO     | Draft posting re: Committee meeting agenda                                                                                                                                                                                                                                                          | 0.20 hrs.  |
| 08/08/11   | D. E. DEUTSCH  | E-mail Damian Schaible re: possible meeting with Co-Chairs (.1); review action list from last week's Committee-related meetings (.2) and discuss analysis of issue with Marc Roitman (.1); review court pleading calendar (.2), review notes (.2) and revise agenda for this week's Committee professional meeting (.3). | 1.10 hrs.  |
| 08/08/11   | J. MARRERO     | Draft Committee professionals meeting agenda (0.3); revise agenda (0.1); draft email to internal group re: same (0.1); draft email to Committee professionals re same (0.1); review daily report in preparation for professionals' meeting (0.2); revise July 28 meeting minutes (0.3) | 1.10 hrs.  |
| 08/09/11   | D. M. LeMAY     | Prepare for (.3) and attend weekly Committee professionals call (.7).                                                                                                                                                                                                                               | 1.00 hrs.  |
| 08/09/11   | D. E. DEUTSCH  | Exchange e-mails with Chadbourne team re: agenda for meeting with Committee co-chairs (.2); prepare for today's Committee professional meeting (.5); participate in related meeting (.9).                                                                                                             | 1.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/09/11 | A. ROSENBLATT | Prepare for (.3) and attend Tribune professional's only call and post-call discussion (.8); attend follow-up meeting with with C&P team (.2). | 1.30 hrs. |
| 08/09/11 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for weekly Committee professionals' conference call (.7); attended weekly Committee professionals' conference call (.7); follow-up team meeting regarding status of confirmation proceedings (.2). | 1.60 hrs. |
| 08/09/11 | J. MARRERO | Review docket, memoranda, etc. in preparation for Committee professionals meeting (0.2); attend Committee professionals meeting (0.7); attend team follow-up meeting (0.2); draft agenda for Committee meeting (0.2) | 1.30 hrs. |
| 08/09/11 | M. ROITMAN | Attend Committee Professionals conference call (0.7); confer with C&P team following call (0.2) | 0.90 hrs. |
| 08/09/11 | R. J. GAYDA | Prepare for (.4) and call with Committee professionals (.7). | 1.10 hrs. |
| 08/09/11 | D. GALLAI | Weekly call with Committee professionals re MIP issues (0.8). | 0.80 hrs. |
| 08/10/11 | J. MARRERO | Draft July 28 minutes | 1.90 hrs. |
| 08/11/11 | J. MARRERO | Revise July 28 meeting minutes (0.6); draft posting re: same (0.1) | 0.70 hrs. |
| 08/11/11 | D. E. DEUTSCH | Review and edit draft July 28, 2011 Committee minutes (.5). | 0.50 hrs. |
| 08/15/11 | J. MARRERO | Draft Committee Professionals Meeting agenda (0.2); revise agenda (0.2); draft email re same to internal group (0.1); draft email re same to professionals group (0.1) | 0.60 hrs. |
| 08/15/11 | A. ROSENBLATT | Review and comment on agenda for professional's only call | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/16/11 | A. ROSENBLATT | Attend Tribune professionals' only meeting. | 0.60 hrs. |
| 08/16/11 | R. J. GAYDA | Attend Committee professionals' meeting (.8). | 0.80 hrs. |
| 08/16/11 | M. D. ASHLEY | Reviewed pleadings and correspondence in preparation for weekly Committee professionals' meeting (.6); attended weekly Committee professionals' meeting (.6). | 1.20 hrs. |
| 08/16/11 | D. M. LeMAY | Attend weekly Committee professionals call (.7) and follow up conference with C&P team (.3). | 1.00 hrs. |
| 08/16/11 | T. J. MCCORMACK | Confer M. Ashley re: status of professionals, conference call and pending issues raised on call (0.2). | 0.20 hrs. |
| 08/16/11 | J. MARRERO | Review case calendar, etc. in preparation for Committee Professionals meeting (0.3); attend Committee Professionals meeting (0.8); Draft email to Committee re: Committee meeting (0.3); draft email to Committee member re related issue (0.2). | 1.60 hrs. |
| 08/16/11 | D. E. DEUTSCH | Prepare for meeting with Committee professionals (.4); participate in Committee professionals meeting (.7); calls with Damian Schaible (.2), Ann Kurinskas (.1) and Roxanne Modjallal re: Committee meeting matters (.1). | 1.50 hrs. |
| 08/16/11 | M. ROITMAN | Attend Committee Professionals conference call. | 0.70 hrs. |
| 08/16/11 | D. GALLAI | Participated in weekly professionals call re MIP issues (0.6). | 0.60 hrs. |
| 08/22/11 | J. MARRERO | Draft Committee Professionals Meeting Agenda (0.2); revise same (0.1); draft email re: same to Committee Professionals (0.2) | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           September 27, 2011
435 N. MICHIGAN AVENUE                                   Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/22/11 | D. E. DEUTSCH | Review notes on last week's meeting and outstanding matters (.2); review and revise agenda for Committee professionals meeting (.2). | 0.40 hrs. |
| 08/23/11 | D. E. DEUTSCH | Prepare for (.3) and participate in Committee professional meeting (.6); exchange e-mails with co-chairs re: agenda and scheduling for this week's Committee meeting (.3); related call with co-chair Ann Kurinskas (.2). | 1.40 hrs. |
| 08/23/11 | M. ROITMAN | Attend Committee Professionals conference call (0.5); confer with C&P team following call (0.2) | 0.70 hrs. |
| 08/23/11 | D. M. LeMAY | Attend weekly call of Committee advisors (.7). | 0.70 hrs. |
| 08/23/11 | M. D. ASHLEY | Prepared for weekly Committee professionals' meeting (.5); attended weekly Committee professionals' meeting (.6). | 1.10 hrs. |
| 08/23/11 | J. MARRERO | Review case calendar, etc. in preparation for Committee professionals meeting (0.5); attend Committee professionals meeting (0.6) | 1.10 hrs. |
| 08/24/11 | J. MARRERO | Draft Committee meeting agenda (0.2); circulate draft agenda to C&P team for comment (0.2); draft email to Committee Co-Chairs re: same (0.3) | 0.70 hrs. |
| 08/24/11 | D. E. DEUTSCH | Edit agenda for Committee meeting (.2). | 0.20 hrs. |
| 08/25/11 | D. E. DEUTSCH | Exchange e-mails with David LeMay, Damian Schiable and co-chairs re: Committee meeting matters (.4); participate in prep call with co-chairs (.5). | 0.90 hrs. |
| 08/25/11 | J. MARRERO | Draft posting to Committee re: Committee meeting | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/26/11 | A. ROSENBLATT | Attend Creditors' Committee meeting | 1.00 hrs. |
| 08/26/11 | D. E. DEUTSCH | Prepare outline for today's Committee meeting discussion (1.2); discuss various matters related to today's meeting with David LeMay (.3); conference call with James Sottile to discuss resonation issue (.1); participate in today's Committee meeting (.9). | 2.50 hrs. |
| 08/26/11 | H. SEIFE | Prepare for Committee meeting (.6); telephonic meeting with Committee (.9). | 1.50 hrs. |
| 08/26/11 | M. ROITMAN | Take detailed minutes of Committee meeting (0.8); Confer with C&P team following meeting (0.2); Draft minutes of 8/26 Committee meeting (1.7) | 2.70 hrs. |
| 08/26/11 | D. M. LeMAY | Prepare for (.9) and participate in (.8) telephonic meeting of the Committee. | 1.70 hrs. |
| 08/29/11 | J. MARRERO | Review draft meeting minutes from Aug. 25 Committee meeting (0.2); draft agenda for Committee professionals meeting (0.4); email correspondence with D.LeMay and D.Deutsch re: same (0.3); draft email to Committee professionals re: Committee professionals meeting issue (0.3) | 1.20 hrs. |
| 08/31/11 | M. ROITMAN | Confer/correspond with R. Gayda re: Committee presentations (0.1) | 0.10 hrs. |
| 08/31/11 | J. MARRERO | Draft email to Co-Chairs re: Committee meeting (0.3); draft email to Committee re: same (0.2) Email correspondence with Committee Co-Chair re: Committee meeting (0.5). | 1.00 hrs. |

**Total Fees for Professional Services..............  $35,831.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 5.30 | 4743.50 |
| H. SEIFE | 985.00 | 1.50 | 1477.50 |
| T. J. MCCORMACK | 855.00 | .20 | 171.00 |
| M. D. ASHLEY | 675.00 | 5.50 | 3712.50 |
| A. ROSENBLATT | 725.00 | 5.00 | 3625.00 |
| D. E. DEUTSCH | 725.00 | 12.60 | 9135.00 |
| D. GALLAI | 685.00 | 2.70 | 1849.50 |
| R. J. GAYDA | 625.00 | 3.40 | 2125.00 |
| J. MARRERO | 375.00 | 16.50 | 6187.50 |
| M. ROITMAN | 425.00 | 6.60 | 2805.00 |
| TOTALS | | 59.30 | 35831.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

For Services Through August 31, 2011

Our Matter #19804.004
        CREDITOR COMMUNICATIONS

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/02/11 | D. E. DEUTSCH | Call with creditor David Dunn (Arrowgrass) re: general case questions/inquiry (.2); call with Zul Jamal re: same (.2). | 0.40 hrs. |
| 08/04/11 | D. E. DEUTSCH | Review multiple e-mails related to Wayne Smith (Warner Brothers) re: Intralinks matter (.1); e-mail Marc Roitman on same (.1); call with counsel to Wilmington Trust (Gordon Novod) re: various claim settlement matters (.3). | 0.50 hrs. |
| 08/08/11 | D. E. DEUTSCH | Review and respond to inquiry from Gabrielle Davis (Buena Vista) (.2). | 0.20 hrs. |
| 08/09/11 | D. E. DEUTSCH | Hold call with Damian Schaible (Lenders' counsel) re: MIP matters (.2). | 0.20 hrs. |
| 08/16/11 | M. ROITMAN | Call with Liquidity Solutions (unsecured creditor) re: status of plan confirmation process (0.2) | 0.20 hrs. |
| 08/17/11 | D. E. DEUTSCH | Review e-mails from Bill Salganik and Bob Paul re: inquiry on business matter (.1); e-mail Alan Holtz and Brad Hall re: same (.1). | 0.20 hrs. |
| 08/18/11 | D. E. DEUTSCH | Review e-mail from JPMorgan's counsel (Damian Schaible) re: Committee meeting and MIP issue and respond to same (.1); exchange additional related e-mails with Damian Schaible (.2). | 0.30 hrs. |
| 08/23/11 | D. E. DEUTSCH | Call with Damian Schaible (JPMorgan counsel) re: various pending and Committee meeting matters (.4); review and respond to e-mails from Gabrielle Davis various re: Committee matters (.2); call on outstanding matters with Gabrielle Davis (.2). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/25/11 | D. E. DEUTSCH | Review inquiry from creditor Arrowgrass Capital re: plan issue (.1); draft e-mail to Marc Roitman re: analysis on same (.1). | 0.20 hrs. |
| 08/25/11 | M. ROITMAN | Review Third Supplemental Voting Report (0.3); Confer/correspond with D. Deutsch and D. Dunn re: same (0.3); Call with I. Fuks re: plan confirmation status and creditors' trust issues (0.3) | 0.90 hrs. |

Total Fees for Professional Services.............    $2,497.50


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 725.00 | 2.80 | 2030.00 |
| M. ROITMAN | 425.00 | 1.10 | 467.50 |
| TOTALS | | 3.90 | 2497.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                            For Services Through August 31, 2011
Our Matter #19804.007
            BUSINESS OPERATIONS


| 08/03/11 | H. SEIFE | Review of AlixPartners weekly report. | 0.20 hrs. |
|---|---|---|---|
| 08/04/11 | H. SEIFE | Review of Moelis weekly report. | 0.20 hrs. |
| 08/09/11 | H. SEIFE | Review of weekly AlixPartners report. | 0.30 hrs. |
| 08/09/11 | J. MARRERO | Review Debtors' proposed 363 sale of property in Hollywood, FL (0.2); draft email to D.Deutsh re same (0.2). | 0.40 hrs. |
| 08/10/11 | M. ROITMAN | Review news reports on Tribune's digital business (0.2) | 0.20 hrs. |
| 08/10/11 | D. E. DEUTSCH | Review multiple e-mails re: Debtors' proposed sale of Hollywood, FL real estate (.2); e-mail Brad Hall re: required follow-up on same (.1). | 0.30 hrs. |
| 08/11/11 | D. E. DEUTSCH | Review articles provided by Albert Leung regarding Tribune business operations and new tablet (.3). | 0.30 hrs. |
| 08/16/11 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |
| 08/18/11 | D. E. DEUTSCH | Review AlixPartners' weekly business operations report on Debtors (.2). | 0.20 hrs. |
| 08/19/11 | D. E. DEUTSCH | Review e-mail from Brad Hall re: various business operation issues (.2). | 0.20 hrs. |
| 08/23/11 | H. SEIFE | Review of AlixPartners weekly report. | 0.20 hrs. |
| 08/26/11 | M. STRAND | Research RE: 3rd Cir. petition for rehearing (.5); email J. Stenger RE: same (.2). | 0.70 hrs. |
| 08/29/11 | J. A. STENGER | Review Tribune reconsideration petition and ex parte filing (1.4); telephone conference with Tribune FCC counsel regarding same (.9). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 27, 2011
435 N. MICHIGAN AVENUE                                       Page    2
CHICAGO, IL 60611


08/30/11   H. SEIFE              Review of AlixPartners weekly           0.30 hrs.
                                 report.


            **Total Fees for Professional Services.............   $3,922.50**


                        TIMEKEEPER SUMMARY

Timekeeper's Name                Rate      Hours           Amount

H. SEIFE                        985.00     1.50           1477.50
J. A. STENGER                   495.00     2.30           1138.50
D. E. DEUTSCH                   725.00     1.00            725.00
J. MARRERO                      375.00      .40            150.00
M. ROITMAN                      425.00      .20             85.00
M. STRAND                       495.00      .70            346.50
                      TOTALS                6.10           3922.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

For Services Through August 31, 2011

Our Matter #19804.009
            CLAIMS ADMINISTRATION/BAR DATE

| 08/01/11 | D. E. DEUTSCH | Review preliminary analysis from Debtors on amNewYork settlement (.3); exchange e-mails with Jessica Marrero re: next steps with Committee on same (.2); exchange e-mails with Joe Frank and Kevin Lantry re: bar date order issue (.3). | 0.80 hrs. |
|---|---|---|---|
| 08/01/11 | J. MARRERO | Review Debtors' suggested changes to Motion re: current D&O indemnification claims (0.2); email correspondence with D&O counsel re: Stipulation re D&O claims (0.4); draft memorandum to Committee re: amNY settlement (2.4); revise Stipulation (0.2); revise Motion re current D&O indemnification claims (0.3); draft email to D&O counsel re: Motion re current D&O indemnification claims (0.3) | 3.80 hrs. |
| 08/02/11 | J. MARRERO | Draft memo to the Committee re amNY settlement (1.3); email correspondence with D&O counsel re: Motion to Approve Stipulation re D&O Claims (0.2). | 1.50 hrs. |
| 08/02/11 | D. E. DEUTSCH | Review draft claim stipulation (.2); e-mail Jessica Marrero re: same (.1). | 0.30 hrs. |
| 08/03/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: various claim settlement matters (.2). | 0.20 hrs. |
| 08/03/11 | J. MARRERO | Revise memo re: amNY settlement (0.4); email correspondence with Debtors' counsel re: amNY settlement (0.2); conference with D.Deutsch re same (0.1); conference call with Debtors' counsel re: amNY settlement (0.2); second round revisions to amNY memorandum (0.8); email correspondence with D.Deutsch re: same (0.3); review Motion to Approve Stipulation re D&O Claims | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | (0.4); call with local counsel re: same (0.2); email correspondence with D.Deutsch and D&O counsel re: Stipulation (0.7) |  |
| 08/03/11 | J. MARRERO | Email correspondence with Debtors counsel re Motion to Approve Stipulation (0.3); review proposed order re: same (0.2); email correspondence with D.Deutsch and D&O counsel re: same (0.3) | 0.80 hrs. |
| 08/03/11 | A. ROSENBLATT | Review memorandum to Committee summarizing amNew York settlement and related issues. | 0.40 hrs. |
| 08/03/11 | D. M. LeMAY | Review and comment on draft stipulation re: late filed claims of certain officers. | 1.10 hrs. |
| 08/04/11 | D. E. DEUTSCH | Review revised memorandum re: AM New York settlement (.3) and review parts of related draft motion (.2); e-mail Jess Marrero re: required follow-up on same (.1); meeting with Jess Marrero re: same (.2); review related background materials (.4) and hold related call with Debtors counsel re: same (.2). | 1.40 hrs. |
| 08/04/11 | D. E. DEUTSCH | Review revised draft stipulation and new motion on certain late-filed employee claims and mark-up same (.5); call with Joe Frank (ECDG counsel) re: status of second motion on late claim allowance (.2); review and make final edits to revised mark-up of new motion on late filed claims (.4); discuss next steps on same with Jess Marrero (.1); review and analyze additional comments on motion from Joe Frank (.3); review additional e-mails to Kevin Lantry (.2). | 1.70 hrs. |
| 08/04/11 | J. MARRERO | Review amNY settlement agreement and motion to approve settlement (0.7); review DCL plan and law re: treatment of amNY class claims (0.5); conference with D.Deutsch | 2.30 hrs. |

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |            |
|------------|----------------|----|------------|
|            |                | re: amNY class claims (0.2); draft email to Debtors' counsel re: DCL Plan treatment of amNY claims (0.2); conference with D.Deutsch and Debtors counsel re same (0.4); review January 13 hearing transcript re: same (0.3). |            |
| 08/04/11   | J. MARRERO     | Revise motion and stipulation re: D&O claims (0.9); conference with D.Deutsch re revsions to motion (0.2); call with D&O counsel re motion (0.2); email correspondence with stipulation parties (0.4); review internal revisions to stipulation (0.3); conference with D.Deutsch and D.LeMay re same (0.2); second round revisions to stipulation and motion (0.7); email correspondence with D&O counsel re: D&O Claimants to be added to stipulation (0.3) revise motion to clarify the bar date order (0.3); conference with D.Deutsch re same (0.2); draft email re: same to ECDG counsel (0.2). | 3.90 hrs.  |
| 08/08/11   | D. E. DEUTSCH  | Review proposed insert for former employee claim motion from Kevin Lantry (.2); review and revise same (.2); review comments from Millie Solis re: revised proposed bar date-related motion (.1); e-mail Kevin Lantry re: same (.2); exchange e-mails with Jessica Marrero re: service issues on employee motions (.2); call with Jessica Marrero and, in part, Kevin Lantry re: new issue raised by motion and Millie Solis (.3). | 1.20 hrs.  |
| 08/08/11   | J. MARRERO     | Review comments from Kazan's counsel re: Motion to Clarify the Bar Date (0.2); draft email to D.Deutsch re: same (0.1) draft email to D&O counsel re: revisions to Motion to Approve the Stipulation (0.3); draft email to Debtors' counsel re: same (0.2); revise Motion to Approve Stipulation according to D&O | 3.90 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       September 27, 2011
435 N. MICHIGAN AVENUE                              Page    4
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | counsel comments (0.3); revise Stipulation to be consistent with Motion to Approve Stipulation (0.5); email correspondence with local counsel re: Motion and Stipulation (0.4); email correspondence with Debtors counsel re same (0.2); review Debtors' motion re amNew York settlement (0.3); discuss Motion to Clarify the Bar Date with local counsel (0.2); call with Debtors counsel re Motion to Approve Stipulation (0.3); call with Debtors counsel and D.Deutsch re: filing of the Motion to Approve the Stipulation (0.4); Draft email to D&O counsel re: filing of motion and stipulation (0.3); call with D&O counsel re: same (0.2). |  |
| 08/09/11 | J. MARRERO | Call with D&O counsel re: status of stipulation (0.2) | 0.20 hrs. |
| 08/09/11 | D. E. DEUTSCH | Exchange multiple emails (.3) and hold meeting with Jessica Marrero re: senior officer claim matters (.2). | 0.50 hrs. |
| 08/10/11 | J. MARRERO | Draft and revise amNY memorandum | 1.50 hrs. |
| 08/11/11 | J. MARRERO | Revise memo re amNY settlement (0.8); second round revisions to amNY settlement memo (0.5). | 1.30 hrs. |
| 08/11/11 | D. E. DEUTSCH | Review motion to settle claims with am New York plaintiffs and related memorandum to Committee (.6); edit related memorandum to Committee (.5). | 1.10 hrs. |
| 08/12/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: am New York settlement update for Committee (.2). | 0.20 hrs. |
| 08/12/11 | J. MARRERO | Revise amNY settlement memo (0.4); draft posting to the Committee re: same (0.3) | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page     5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/15/11 | J. MARRERO | Conference call with Debtors' counsel re: D&O Stipulation and related issues (0.2) | 0.20 hrs. |
| 08/15/11 | D. E. DEUTSCH | Review posted materials for Committee on am New York settlement (.2); e-mail Jess Marrero re: issue to follow-up on for same (.1); two calls with Kevin Lantry re: next steps with respect to certain Newsday related litigation (.3). | 0.60 hrs. |
| 08/18/11 | D. E. DEUTSCH | Call with Kevin Lantry re: next steps on California tort claimant settlement (.1). | 0.10 hrs. |
| 08/22/11 | D. E. DEUTSCH | Review and analysis of proposed changes to former D&O motion on late filed claims (.5); exchange e-mails with Jessica Marrero re: same (.1); review proposed settlement agreement related to claims against KTLA by certain parties (.5); e-mail Kevin Lantry re: questions re: same (.1); conference with Marc Roitman to discuss drafting memo to Committee on proposed KTLA related claim settlements (.2). | 1.40 hrs. |
| 08/22/11 | M. ROITMAN | Review Neuman/Goldstone/KTLA Settlement Agreement (0.5); Confer with D. Deutsch re: same (0.2) | 0.70 hrs. |
| 08/24/11 | M. ROITMAN | Draft memorandum re: Neuman/Goldstone/KTLA Settlement (2.8); Draft email to Committee re: proposed Xerox settlement (0.3) | 3.10 hrs. |
| 08/24/11 | D. E. DEUTSCH | Review various e-mails from Kevin Lantry and Jessica Marrero re: next steps on late filed claim stipulation (.3); exchange related e-mails with Jessica Marrero (.2); conferences with Marc Roitman to discuss analysis on Goldstone settlement (.3); review and edit memorandum to Committee on Xerox settlement (.5). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/24/11 | J. MARRERO | Draft email to Local Counsel re: filing of D&O motions (0.4); draft posting to the Committee re: revised D&O Stipulation to be filed (0.6); email correspondence with D&O Counsel re: sign-off and filing of Stipulation (0.3); call with Local Counsel re: same (0.2); review revised motions from Local Counsel (0.3) draft email to Local Counsel and Special Counsel re: draft motion to dismiss (0.5) | 2.30 hrs. |
| 08/25/11 | J. MARRERO | Email correspondence with Local Counsel re: D&O motions (0.7); draft posting to Committee re: memo re: Neil Settlement (0.3) | 1.00 hrs. |
| 08/25/11 | M. ROITMAN | Confer with D. Deutsch re: Dun and Bradstreet claims settlement (0.3); Call with G. Demo re: same (0.3); Draft memorandum re: Neuman/Goldstone/KTLA Settlement (0.9); | 1.50 hrs. |
| 08/26/11 | M. ROITMAN | Further drafting of memorandum re: Neuman/Goldstone/KTLA Settlement (1.4); | 1.40 hrs. |
| 08/29/11 | J. MARRERO | Email correspondence with D&O counsel re: status of D&O motions | 0.30 hrs. |
| 08/30/11 | J. MARRERO | Call with D.Deutsch re: status of D&O motions (0.1); draft email to Debtors' counsel re: same (0.2) | 0.30 hrs. |

**Total Fees for Professional Services.............. $22,189.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 1.10 | 984.50 |
| A. ROSENBLATT | 725.00 | .40 | 290.00 |
| D. E. DEUTSCH | 725.00 | 10.80 | 7830.00 |
| J. MARRERO | 375.00 | 27.30 | 10237.50 |
| M. ROITMAN | 425.00 | 6.70 | 2847.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

                    TOTALS          46.30        22189.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE               September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                           Page    1


                                    For Services Through August 31, 2011
Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


| 08/01/11 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of July fee application. | 3.70 hrs. |
|----------|---------|---------|-----------|
| 08/03/11 | H. LAMB | Further review of billing proformas/daily time detail in preparation of July fee application. | 3.40 hrs. |
| 08/03/11 | J. MARRERO | Revise professional fee application report. | 0.60 hrs. |
| 08/04/11 | J. MARRERO | Revise case professionals report (0.4); revise ordinary course professionals report (0.6) | 1.00 hrs. |
| 08/08/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: fee auditor report matters (.2). | 0.20 hrs. |
| 08/08/11 | J. MARRERO | Revise Professional Fee Application Report. | 0.50 hrs. |
| 08/09/11 | H. LAMB | Begin preparation of work description summaries for monthly fee application. | 2.20 hrs. |
| 08/10/11 | H. LAMB | Review Fee Examiner's preliminary report on Chadbourne's seventh interim fee period (.4); review preliminary report on Chadbourne's eighth interim fee period (.5); review and prepare preliminary notes in response to same (.8); conference with E.Daucher regarding response to reports (.2); continue to research and prepare summary work descriptions for July fee application (1.4). | 3.30 hrs. |
| 08/10/11 | M. ROITMAN | Draft insert for fee application regarding stipulation with Jewel Foods (0.4); confer with H. Lamb re: same (0.1) | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 27, 2011
435 N. MICHIGAN AVENUE                                       Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/11/11 | H. LAMB | Research and prepare response to certain expense issues raised by Fee Examiner in preliminary report on seventh interim fee applications. | 1.60 hrs. |
| 08/11/11 | D. E. DEUTSCH | Review weekly ordinary course report (.2). | 0.20 hrs. |
| 08/12/11 | H. LAMB | Research and prepare response to certain expense issues raised by Fee Examiner in preliminary report on eighth interim fee application. | 1.90 hrs. |
| 08/12/11 | D. E. DEUTSCH | Review weekly summary on fee applications (.1) and e-mail Jessica Marrero on follow-up of same (.1). | 0.20 hrs. |
| 08/15/11 | H. LAMB | Review of proposed order on fourth interim fees for Chadbourne and Committee members (.3); research on same to confirm amounts (.6); continue research and preparation of work summary descriptions for July fee application (2.2). | 3.10 hrs. |
| 08/15/11 | J. MARRERO | Revise ordinary course professionals report (0.2); revise Case Professional Fee Report (0.2) | 0.40 hrs. |
| 08/16/11 | E. DAUCHER | Discussions with H. Lamb re: supporting documentation to respond to 7th and 8th preliminary fee examiner reports (.5); examine reports (.3). | 0.80 hrs. |
| 08/16/11 | H. LAMB | Conference with E.Daucher regarding supporting information in response to expense issues raised in Fee Examiner's preliminary reports on seventh and eighth interim fee applications. | 0.40 hrs. |
| 08/18/11 | D. E. DEUTSCH | Meeting with Eric Daucher to discuss Fee Examiner issue (.1). | 0.10 hrs. |
| 08/19/11 | H. LAMB | Further research and preparation of litigation work description summaries for July fee application. | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           September 27, 2011
435 N. MICHIGAN AVENUE                                  Page    3
CHICAGO, IL 60611

| 08/21/11 | D. E. DEUTSCH | Review July billing entries and edit same (2.9). | 2.90 hrs. |
| 08/22/11 | H. LAMB | Review D.Deutsch comments to July fees (.3); finalize draft fee application in accordance with same (1.1). | 1.40 hrs. |
| 08/22/11 | J. MARRERO | Draft ordinary course professionals report (0.1); Draft Case Professionals Report (0.1). | 0.20 hrs. |
| 08/23/11 | D. E. DEUTSCH | Exchange e-mails with Eric Daucher re: Fee Examiner review matters (.2); review text for July fee application and edit same (1.3). | 1.50 hrs. |
| 08/23/11 | J. MARRERO | Review docket activity for recent filed professional fee applications. | 0.60 hrs. |
| 08/24/11 | H. SEIFE | Review of fee order regarding holdbacks. | 0.30 hrs. |
| 08/25/11 | J. MARRERO | Review docket re: professional fee applications (0.4); revise ordinary course professionals report (0.9) | 1.30 hrs. |
| 08/29/11 | J. MARRERO | Review Debtors report re: proposed ordinary course professional payments (.5) and revise ordinary course professionals report (.7). | 1.20 hrs. |

**Total Fees for Professional Services............** **$13,332.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | .30 | 295.50 |
| D. E. DEUTSCH | 725.00 | 5.10 | 3697.50 |
| E. DAUCHER | 425.00 | .80 | 340.00 |
| H. LAMB | 285.00 | 23.20 | 6612.00 |
| J. MARRERO | 375.00 | 5.80 | 2175.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611


M. ROITMAN                          425.00      .50          212.50
                        TOTALS                  35.70      13332.50