TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

For Services Through August 31, 2011

Our Matter #19804.012
            EXECUTORY CONTRACTS


| | | | |
|---|---|---|---|
| 08/15/11 | Y. YOO | Reviewed Debtors' proposed stipulation with Xerox re: cure amounts for issues that Committee may have (.3); discussed same with Douglas Deutsch (.1); corresponded by email with AlixPartners, Albert Leung, re: their review of same (.3). | 0.70 hrs. |
| 08/18/11 | Y. YOO | Corresponded by phone with AlixPartners, Albert Leung, re: proposed Xerox Settlement (.2); discussed same with Douglas Deutsch (.2); corresponded by email with Albert Leung re: background of proposed Xerox Settlement (.2); drafted and revised Committee memorandum re: same (.3). | 0.90 hrs. |
| 08/18/11 | D. E. DEUTSCH | Meeting with Young Yoo to discuss proposed Xerox settlement and next steps related thereto (.2). | 0.20 hrs. |
| 08/22/11 | Y. YOO | Continued drafting and revising Committee memorandum re: background of proposed Xerox Settlement (.1). | 0.10 hrs. |
| 08/24/11 | Y. YOO | Continued drafting and revising Committee memorandum re: background of proposed Xerox Settlement (3.7); discussed revisions with Douglas Deutsch (.2); corresponded by email with Jessica Marrero and Marc Roitman re: posting to Intralinks of same (.1). | 4.00 hrs. |


            Total Fees for Professional Services.............    $2,966.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 27, 2011
435 N. MICHIGAN AVENUE                                   Page    2
CHICAGO, IL 60611

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 725.00 | .20 | 145.00 |
| Y. YOO | 495.00 | 5.70 | 2821.50 |
| TOTALS | | 5.90 | 2966.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                                   For Services Through August 31, 2011

Our Matter #19804.013
          AVOIDANCE ISSUES


08/02/11   D. E. DEUTSCH          Review background materials (1.1)          1.70 hrs.
                                  and e-mail Danny Golden re:
                                  establishing new threshold for
                                  certain preference actions (.1);
                                  call with Danny Golden and Young
                                  Yoo re: establishing minimum
                                  threshold preference amounts (.5).

08/02/11   Y. YOO                 Attended conference call with             1.80 hrs.
                                  Douglas Deutsch and Aurelius
                                  counsel, Daniel Golden, re:
                                  proposed threshold amount to
                                  insider preference actions (.4);
                                  followup discussion with Douglas
                                  Deutsch (.2); reviewed Epiq claims
                                  database for insider defendant
                                  filed claims (.4); corresponded by
                                  email with Douglas Deutsch re:
                                  same (.2); corresponded by phone
                                  with special counsel, Andrew
                                  Goldfarb, re: update on service
                                  deadline extensions in Committee,
                                  Lender and FitzSimons Complaints
                                  (.2); corresponded by email with
                                  Douglas Deutsch re: same and
                                  amended SOLs with certain Debtors'
                                  professionals (.4).

08/09/11   Y. YOO                  Reviewed Order Amending                  1.10 hrs.
                                  Definition of Termination Event
                                  and expiration of stay re:
                                  FitzSimons and Lender Complaint
                                  and Insider Preference Complaints
                                  (.4); corresponded by email with
                                  Douglas Deutsch re: same (.3);
                                  discussed same with Douglas
                                  Deutsch (.4).

08/09/11   D. E. DEUTSCH          Discuss research on stay of               0.50 hrs.
                                  certain litigation with Young Yoo
                                  (.3); exchange e-mails with Adam
                                  Landis and Andrew Goldfarb and
                                  others re: same (.2).

08/10/11   D. E. DEUTSCH          Call with Danny Golden re:                1.10 hrs.
                                  preference threshold issue (.2);
                                  review background materials on
                                  threshold issue (.3) and hold call
                                  with Gordon Novod on same (.2);

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                              |           |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | meeting with David LeMay to discuss options to obtain preference threshold approval (.2); draft e-mail to Gordon Novod and David Adler seeking approval of threshold (.2).                                       |           |
| 08/11/11   | D. E. DEUTSCH  | Review e-mail to Debtors and others from James Sottile re: extension of "Termination Date" for various lawsuits (.1).                                                                                          | 0.10 hrs. |
| 08/11/11   | D. E. DEUTSCH  | Meeting with Meghan Towers to discuss drafting motion to approve non-ordinary course dismissal of certain Committee actions (.3); draft related e-mail to Meghan Towers with additional background information (.1). | 0.40 hrs. |
| 08/11/11   | Y. YOO         | Corresponded by phone with Douglas Deutsch re: negotiation and establishment of Threshold Amount to Insider Preference Actions (.2).                                                                           | 0.20 hrs. |
| 08/12/11   | D. E. DEUTSCH  | Review multiple e-mails from David Gallai and others re: treatment of severed employees (.3); exchange e-mails with Patrick Nash re: status of insurance reimbursement for claims against employees (.2); review e-mails related to employee issue to Kevin Lantry (.2). | 0.70 hrs. |
| 08/12/11   | M. S. TOWERS   | Researched (3.1) and drafted (3.0) motion to dismiss threshold claims                                                                                                                                         | 6.10 hrs. |
| 08/15/11   | D. E. DEUTSCH  | Two calls with David Adler re: possible dismissal of certain claims against employees (.2); call with Gordon Novod re: same (.2).                                                                              | 0.40 hrs. |
| 08/15/11   | M. S. TOWERS   | Continued to research, draft and revise motion to dismiss threshold claims                                                                                                                                    | 5.40 hrs. |
| 08/16/11   | M. S. TOWERS   | Reviewed and revised motion to dismiss threshold insider preference claims                                                                                                                                    | 1.30 hrs. |

| 08/16/11 | Y. YOO | Corresponded by phone with Meghan Towers re: filed insider complaints (.2); corresponded by email with Meghan Towers re: same (.2). | 0.40 hrs. |
|---|---|---|---|
| 08/17/11 | M. S. TOWERS | Met with D. Deutsch re: motion to dismiss threshold claims | 0.20 hrs. |
| 08/17/11 | D. E. DEUTSCH | Review and revise parts of draft motion on dismissal of certain claims against employees (1.4); conference with Meghan Towers to discuss research on issue re: dismissal of certain claims against employees (.3). | 1.70 hrs. |
| 08/18/11 | D. E. DEUTSCH | Call with Joe Frank re: motion to dismiss certain actions against executives and other matters (.2). | 0.20 hrs. |
| 08/19/11 | T. J. MCCORMACK | Review Zell objection re: definition of "termination event." | 0.20 hrs. |
| 08/22/11 | M. S. TOWERS | Revised motion to dismiss threshold insider preference actions | 1.60 hrs. |
| 08/23/11 | D. E. DEUTSCH | Review materials (.1) and call David Adler (.1) re: status of DB decision on lawsuit dismissal threshold issue. | 0.20 hrs. |
| 08/24/11 | M. D. ASHLEY | Reviewed draft Committee memo regarding dismissal of certain insider preference actions and related pleadings (.5). | 0.50 hrs. |
| 08/24/11 | M. S. TOWERS | Further revisions to motion to dismiss threshold insider preference cases | 0.50 hrs. |
| 08/24/11 | T. J. MCCORMACK | Review motion to dismiss certain insider preference claims (0.2); review court scheduling information (0.1); conf with M. Ashley re: court hearing on "termination" issue (0.1). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/25/11 | D. E. DEUTSCH | Review files re: preference motion dismissal (.3); e-mail Adam Landis re: next steps on same (.1); call with Dan Rath re: legal arguments in motion to dismiss preference claims below certain threshold (.3). | 0.70 hrs. |
| 08/26/11 | D. E. DEUTSCH | Review comments on draft motion re: dismissal of certain preference actions (.4); exchange related e-mails with Rick Cobb (.2). | 0.60 hrs. |
| 08/26/11 | Y. YOO | Reviewed and revised draft Motion to Dismiss Certain Insider Preference Actions (.6); corresponded by email with Douglas Deutsch re: same (.2); corresponded by phone with Rick Cobb re: same (.2); corresponded by email with Douglas Deutsch re: same (.2); discussed same with Megan Towers (.2); corresponded by email with Rock Cobb and Landon Ellis re: same (.2); corresponded by email with Douglas Deutsch and special counsel, James Sottile and Andrew Goldfarb, re: further comments to same and deadline for filing (.2). | 1.80 hrs. |
| 08/26/11 | D. M. LeMAY | Review draft motion re: preference action dismissal. | 1.20 hrs. |
| 08/30/11 | Y. YOO | Corresponded by phone with Jessica Marrero re: soliciting comments from Debtors on draft Motion to Dismiss Certain Insider Preference Actions (.1); corresponded by email with Debtors' counsel, Kevin Lantry, re: same (.2). | 0.30 hrs. |

**Total Fees for Professional Services.............    $18,792.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page     5
CHICAGO, IL 60611
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 1.20 | 1074.00 |
| T. J. MCCORMACK | 855.00 | .60 | 513.00 |
| M. D. ASHLEY | 675.00 | .50 | 337.50 |
| D. E. DEUTSCH | 725.00 | 8.30 | 6017.50 |
| M. S. TOWERS | 535.00 | 15.10 | 8078.50 |
| Y. YOO | 495.00 | 5.60 | 2772.00 |
| TOTALS | | 31.30 | 18792.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                          Page    1

For Services Through August 31, 2011

Our Matter #19804.014
            EMPLOYEE ISSUES

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/01/11 | J. MARRERO | Review prior reports re MIP (0.3); conference with D.LeMay re same (0.2). | 0.50 hrs. |
| 08/02/11 | A. K. NELLOS | Review information regarding entities named in Committee complaint (1.9); emails with M.Ashley re same (.2). | 2.10 hrs. |
| 08/02/11 | D. M. LeMAY | Investigate and review proposed severance of two Tribune senior executives (1.6).  E-mail Sidley re: same (.3).  Conference w/D. Deutsch re: senior officer MIP issues (.5). | 2.40 hrs. |
| 08/02/11 | M. D. ASHLEY | Reviewed factual materials relating to Tower defendants in third-party complaint (1.0); emails with A. Nellos and R. Kirby regarding same (.2). | 1.20 hrs. |
| 08/02/11 | M. ROITMAN | Review Examiner's Report re: analysis of directors of guarantor subsidiaries and analysis of senior financial management (2.1); Draft email memorandum re: same (2.3); Review Examiner's Report and Tribune SEC filings re: EGI-TRB investments (0.9); Meet with D. Deutsch re: same (0.3); Correspond with M. Ashley re: Owners of Tower Entities in connection with MIP involvement (0.1) | 5.70 hrs. |
| 08/02/11 | D. GALLAI | Prepared summary of severance agreements (0.8). Conf. w/ M. Roitman re same (0.1). | 0.90 hrs. |
| 08/02/11 | F. VAZQUEZ | Conf w/Deutsch and Zink re Tower claims (.4);review emails re Tower claims (.7). | 1.10 hrs. |
| 08/02/11 | D. E. DEUTSCH | E-mail Kevin Lantry re: update on status on senior executive departure issue (.1); exchange e-mails with Jess Marrero re: departure issues related to two | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 27, 2011
435 N. MICHIGAN AVENUE                                       Page    2
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | Tribune executives (.2); review MIP materials (1.4); review case materials (disclosures by Debtors, certain transcripts, etc.) (3.4); two conversations with Marc Roitman on related legal issues (.3). |  |
| 08/02/11 | H. SEIFE | Consideration of issues raised by severance agreements (1.0); review of D.Gallai email regarding same (.4); review of J.Boelter email regarding senior executive transaction (.4); review of email from M.Roitman regarding examiner analysis of employees and MIP (.7). | 2.50 hrs. |
| 08/02/11 | N. T. ZINK | Review new issue re payments to certain insider beneficiaries (.2); outline opposition to MIP payments to certain debtor officers (1.0). | 1.20 hrs. |
| 08/03/11 | N. T. ZINK | Prepare for meeting with H. Seife, D. LeMay and D. Deutsch re MIP payment issues (.4); attend meeting with Seife, LeMay and Deutsch re MIP payment issues (1.0); outline necessary research topics re MIP payment issues and possible objection to MIP program (1.6). | 3.00 hrs. |
| 08/03/11 | H. SEIFE | Work on MIP issues (1.3); conference call with Committee co-chairs regarding MIP (1.2); further review of severance issues (.5); further review of senior executive MIP issues (.3); review of legal analysis of officer duties and conflicts (.6); review of T.Zink analysis of senior executive transaction (.7). | 4.60 hrs. |
| 08/03/11 | D. E. DEUTSCH | Review Disclosure Statement, transcripts and other case materials on possible officer nondisclosure (2.2); related conference with Howard Seife, David LeMay and Marc Roitman on same and related MIP issues (1.4); conference with Eric Daucher to | 6.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|            |               | discuss legal research on same (.2); draft memorandum on specific officer transaction (1.7); review results of Eric Daucher preliminary research (.3) and related case (.2); exchange e-mails with Brad Hall re: required follow-up on various MIP issues (.3); hold meeting with Eric Daucher on required additional research related to same (.3); review various e-mails from Marc Ashley re: specific non-disclosure issue (.2). |            |
|------------|---------------|---|------------|
| 08/03/11   | D. E. DEUTSCH | Prepare for (.3) and participate in call with Howard Seife, Committee co-chairs, AlixPartners team and others re: preparation for Committee meeting on MIP issues (1.4). | 1.70 hrs. |
| 08/03/11   | H. SEIFE      | Review of email regarding Tower defendants in Committee lawsuit (.4). | 0.40 hrs. |
| 08/03/11   | D. GALLAI     | Reviewed separation agreements of senior executives (0.3); correspondence w/ D. LeMay re same (0.1). | 0.40 hrs. |
| 08/03/11   | M. ROITMAN    | Meet with C&P team re: 2011 MIP and severance issues (1.3); Review Examiner's Report re: specific allegations of wrongdoing against individual members of Tribune senior financial management (1.6); Draft email memorandum re: same (1.3); Conference call with Committee Co-Chairs and AlixPartners re: 2011 MIP (1.2); Draft email to Committee re: Update on 2011 MIP (0.6). | 6.00 hrs. |
| 08/03/11   | F. VAZQUEZ    | Conference with Ashley re amended complaint against Tower entities (.4); review e-mail re amended complaint (.3); conference with Zink re Tower entities participation in Step 2 (.3); review documents in Relativity re Tower entities' participation in | 8.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                       |            |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | Step 2 (6.8); review summary of Tower entities' participation in Step 2 (.4); email to/from Ashley re Tower entities (.2).                                                                                                                                              |            |
| 08/03/11   | E. PRZYBYLKO   | Corresp. w/A. Nellos re Tower entities (0.1); review documents and drafts re same (0.8)                                                                                                                                                                                 | 0.90 hrs.  |
| 08/03/11   | M. D. ASHLEY   | Call with F. Vazquez regarding Tower entity defendants in third-party complaint (.2); reviewed factual materials relating to LBO transaction and naming of Tower entity defendants in third-party complaint (1.8); emails with H. Seife, A. Nellos, A. Goldfarb, D. Rath regarding Tower entity defendants (.6). | 2.60 hrs.  |
| 08/03/11   | E. DAUCHER     | Meeting with D. Deutsch re: potential MIP objection (.4); research re: duties of certain specific senior executives (3.1); draft email memo re: same (2.0).                                                                                                             | 5.50 hrs.  |
| 08/03/11   | D. M. LeMAY    | Internal team meeting re: open MIP issues (1.2). Telephone conference w/Committee Co-chairs re: same (1.2).                                                                                                                                                             | 2.40 hrs.  |
| 08/03/11   | A. K. NELLOS   | Review additional materials relating to entities named in complaint (1.2); emails with E.Przybylko re same (.2).                                                                                                                                                       | 1.40 hrs.  |
| 08/04/11   | A. K. NELLOS   | Research and review documents and materials in Relativity in connection with Tower entities participation in Step 2 (4.9). Discuss with F. Vazquez (.2) and M. Ashley (.3) re same.                                                                                     | 5.40 hrs.  |
| 08/04/11   | F. VAZQUEZ     | Conference with Zink re senior officer transactions (.3); review documents on Relativity re senior officer and Tower DL (4.5); draft memo summarizing senior officer transactions (2.8); email to/from Zink re same (.2).                                               | 7.80 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/04/11 | D. M. LeMAY | Further due diligence regarding severence of departing Tribune executives. | 0.90 hrs. |
| 08/04/11 | E. DAUCHER | Research re: fiduciary duties of officers (6.1); calls with F. Vazquez re same (.7). | 6.80 hrs. |
| 08/04/11 | D. E. DEUTSCH | Review memorandum re: certain Step 1/Step 2 transactions (.4); e-mail Brad Hall re: require follow-up on same (.1); discuss legal research on MIP issue with Eric Daucher (.2); call with David Gallai to discuss various MIP issue (.2); review background materials related to specific executive MIP payment (.5). | 1.40 hrs. |
| 08/04/11 | H. SEIFE | Meeting with J.Conlan regarding MIP issues (1.0); conference with D.LeMay regarding MIP issues (.4); conference with T.Zink regarding MIP legal analysis and memo regarding same (.4); review of AlixPartners analysis of MIP (.8). | 2.60 hrs. |
| 08/04/11 | N. T. ZINK | Conference with H. Seife re preparation of a memorandum on MIP and related issues (.4); conferences with F. Vazquez and E. Daucher re memorandum preparation and research issues (.8); review Step Two Tower transactions and related transactional documents (2.2); further outline memorandum to committee re relevant considerations (.6). | 4.00 hrs. |
| 08/05/11 | N. T. ZINK | Various conferences with F. Vazquez and E. Daucher re issues relevant to inquiry into the propriety of MIP payments to various targets of outstanding estate litigation (1.0); review LBO transaction documentation for analysis of flow of funds at Step Two closing (1.2). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     September 27, 2011
435 N. MICHIGAN AVENUE                            Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/05/11 | D. M. LeMAY | Telephone conference w/Messrs. Lantry and Lotsoff re: severance of two senior executives (.5). Prepare committee report on same (.6). | 1.10 hrs. |
| 08/05/11 | A. ROSENBLATT | Discussion with Daucher re: memorandum re legal issues/analysis in connection with senior executive transaction. | 0.30 hrs. |
| 08/05/11 | B. DYE | Meeting with T. Zink to discuss research issue involving issue of setoff (.4); researching and summarizing findings on treatment of setoff under NY, Illinois, and Delaware law (6.7); researching issue of value with respect to fraudulent conveyance (2.4); researching for case law with respect to Bankruptcy Code section 550 (1.2) | 10.70 hrs. |
| 08/05/11 | D. BAVA | Review and analysis of SEC web site re: ESOP stock purchase agreement dated April 1, 2007 (.60). | 0.60 hrs. |
| 08/05/11 | D. GALLAI | Confs. w/ Sidley and D. LeMay re separation agreements (0.5). Reviewed related documents from Sidley (0.4). | 0.90 hrs. |
| 08/05/11 | E. DAUCHER | Research re: fiduciary duties of officer and directors (3.1); brief F. Vazquez re: same (.8); analysis of self dealing claims (1.8); analysis of self interest claims (1.3); brief T. Zink re: same (.8); draft memorandum re: claims analyses (4.3); revise same to reflect interactions with fraudulent transfer claims (.5). | 12.60 hrs. |
| 08/05/11 | F. VAZQUEZ | Conference with Daucher and Zink re senior officer and fraudulent transfers (.8); conference with Zink re merger transactions (.3); conference with Dye re set off issue (.4); conference with Daucher re fiduciary duties of senior officer (.5);  review | 12.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 27, 2011
435 N. MICHIGAN AVENUE                                  Page    7
CHICAGO, IL 60611

|            |              | transaction documents of senior officer (1.2); review caselaw addressing potential defenses to fraudulent conveyance action, including setoff, section 550 and netting (3.7); research setoff issues (.6); draft memo summarizing transactions, potential fraudulent conveyance claims and potential defenses thereto (5.4). |            |
|------------|--------------|---|---|
| 08/06/11   | F. VAZQUEZ   | Conf w/Daucher and Zink re analysis of potential fraudulent transfer claims against senior officer and defenses thereto (1.0); review and revise memo re same (2.2). | 3.20 hrs. |
| 08/06/11   | E. DAUCHER   | Call with T. Zink and F. Vazquez re: MIP memorandum. | 1.00 hrs. |
| 08/06/11   | B. DYE       | Researching for case law with respect to Bankruptcy Code section 550 issue and summarizing results for F. Vazquez | 0.70 hrs. |
| 08/06/11   | N. T. ZINK   | Review and revise memorandum re MIP issues and related objections (1.1); phone conference with E. Daucher and F. Vazquez re memorandum issues and additional necessary research (1.0). | 2.10 hrs. |
| 08/07/11   | N. T. ZINK   | Review Step Two Tower DL transaction documents (.3); draft section of memorandum re MIP payment and related issues (.5). | 0.80 hrs. |
| 08/07/11   | F. VAZQUEZ   | Review and revise memo re: senior officer transfer (6.7); review and research materials on 550 issues and transfer beneficiary (1.7); review setoff caselaw (1.8); conf w/Daucher re transfers to senior officer and credits (.8); e-mail to and from Nellos re related transaction documents (.1). | 11.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/07/11 | E. DAUCHER | Additional research for and substantial revisions to memo on senior officer MIP in light of T. Zink's comments (7.5); discussions with F. Vazquez re: same (.8). | 8.30 hrs. |
| 08/07/11 | A. K. NELLOS | Research and review documents in Relativity in connection with Tower entites participation in Step 2. | 1.60 hrs. |
| 08/08/11 | A. K. NELLOS | Further research and review of documents in Relativity in connection Tower entities participation in Step 2. | 1.50 hrs. |
| 08/08/11 | E. DAUCHER | Additional research re: Step 2 fraudulent conveyance with respect to co investors (4.1); discussions with T. Zink re: senior officer MIP memo (.8) revise same in light of T. Zink's comments (3.2); discussions with F. Vazquez re: same (.9); revise facts section of memo (.4). | 9.40 hrs. |
| 08/08/11 | D. M. LeMAY | Review latest draft of memo regarding departing senior executive severance. | 0.80 hrs. |
| 08/08/11 | A. ROSENBLATT | Review senior executive MIP memorandum (.5). | 0.50 hrs. |
| 08/08/11 | H. SEIFE | Review of M.Roitman email regarding EGI note (.3); review and revise draft memo on senior executive severance (.8). | 1.10 hrs. |
| 08/08/11 | F. VAZQUEZ | Conference with Zink re senior officer transactions (.2) and revisions to memo re same (1.2); Conference with Daucher re additional revisions and research (1.7); Review related transactional documents (1.3); Review and revise memo re senior officer transaction and fraudulent transfer risk (6.4); Email to/from Nellos re transactional documents (.2); Review Tribune Board minutes (.2). | 11.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                  Page    9
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/08/11 | D. GALLAI | Drafted and revised memo re separation agreements (2.0). Correspondence w/ AlixPartners re same (0.2). | 2.20 hrs. |
| 08/08/11 | M. ROITMAN | Review certain 2007 Tribune Board Minutes re: senior executive issue (0.2); Confer/correspond with D. Deutsch and F. Vazquez re: same (0.3); Correspond with D. Gallai and B. Hall re: severance agreements with two Tribune departing executives (0.3); Revise memorandum re: same (0.8); Confer with D. LeMay re: same (0.2). | 1.80 hrs. |
| 08/08/11 | C. L. RIVERA | Review/revise draft memo re: senior officer MIP issues. | 1.40 hrs. |
| 08/08/11 | D. BAVA | Review and analysis of Court's docket and claims register re: proofs of interest filed by certain parties (.60). | 0.60 hrs. |
| 08/08/11 | N. T. ZINK | Review and revise memorandum re MIP payment and related issues (3.2); phone conferences with F. Vazquez and E. Daucher re memorandum and research issues (.4). | 3.60 hrs. |
| 08/09/11 | N. T. ZINK | Review and revise memorandum re various issues related to Tribune's MIP proposal (6.2); conference with F. Vazquez re memorandum and issues (.8); conference with E. Daucher re discrete memorandum issues (.2). | 7.20 hrs. |
| 08/09/11 | M. ROITMAN | Review and revise memorandum re: departing executives' severance (0.6); Correspond with Committee Co-Chairs re: same (0.2); Correspond with B. Hall re: same (0.2). | 1.00 hrs. |
| 08/09/11 | D. GALLAI | Review and revised memo re severance agreements (0.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page   10
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/09/11 | F. VAZQUEZ | Conference with Zink re status of memo re senior officer transaction and revisions thereto (.7); Review and revise memo (4.1); Email to and from Zink and Daucher Re: set-off (.3). | 5.10 hrs. |
| 08/09/11 | H. SEIFE | Review and revise memo on employee proposed severance packages (.6); conference with D.LeMay regarding MIP (.4); conference with T.Zink regarding senior executive legal analysis (.4). | 1.40 hrs. |
| 08/09/11 | E. DAUCHER | Further revisions to MIP memo (.7); brief T. Zink on impact of invalidity of obligations underlying purported setoff (.6) | 1.30 hrs. |
| 08/10/11 | D. E. DEUTSCH | Prepare materials for today's meeting with Committee co-chairs re: 2011 MIP and other issues (.4); participate in part of related pre-call (.2); participate in meeting with Committee co-chairs (.8); exchange e-mails with Marc Roitman re: next Committee meeting matters (.3). | 1.70 hrs. |
| 08/10/11 | D. E. DEUTSCH | Review memorandum re: employee severance issue (.4); review memorandum re: senior officer duties (.6); exchange e-mails with Matt McGuire (Landis) re: issues related to filings of MIP motion (.3). | 1.30 hrs. |
| 08/10/11 | D. M. LeMAY | Call w/Co-Chairs regarding MIP and related matters (.8).  Prepare language for memo regarding senior officer disclosure issues (.9). Review latest version of memo regarding departing executives' severance (.9).  E-mail and t/c w/Sidley regarding same (.7). | 3.30 hrs. |
| 08/10/11 | H. SEIFE | Preparation for conference call regarding MIP (.9); conference call with co-chairs regarding MIP (.8); work on MIP/DL issues (1.3). | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page   11
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/10/11 | F. VAZQUEZ | Conference with Zink re status of memo re senior officer transaction issues (.3); Conference with Roitman re status of memo and Committee's reaction to MIP (.4). | 0.70 hrs. |
| 08/10/11 | M. ROITMAN | Preparation for (0.4) and attendance at conference call with Committee Co-Chairs re: 2011 MIP (0.7); meet with C&P team in advance of call (0.5); Draft email to Committee re: MIP-related matters (0.3); confer with D. Deutsch re: same (0.1). | 2.00 hrs. |
| 08/10/11 | D. GALLAI | Participated in call w/ Committee Co-Chairs (0.8).  Conf. w/ D. LeMay re separation agreements (0.1). | 0.90 hrs. |
| 08/11/11 | F. VAZQUEZ | Conference with Zink re Committee's response to MIP and next steps. | 0.30 hrs. |
| 08/11/11 | H. SEIFE | Review of revisions to Committee memo on severance proposals (.4); work on MIP issues (1.3). | 1.70 hrs. |
| 08/11/11 | M. ROITMAN | Confer/correspond with D. Gallai re: memo on severance agreements (0.3) | 0.30 hrs. |
| 08/11/11 | D. GALLAI | Confs. w/ Sidley, D. LeMay, H. Seife, and Alix re separation agreements with departing executives (0.9); revised memo re same (1.3). | 2.20 hrs. |
| 08/12/11 | M. ROITMAN | Correspond with Committee co-chairs re: severance agreements of departing executives (0.4); Draft email to Committee re: same (0.6); confer with D. LeMay re: same (0.2); correspond with R. Modjallal re: senior executive's role in Newsday litigation (0.2). | 1.40 hrs. |
| 08/12/11 | D. GALLAI | Confs. w/ D. LeMay re separation agreement memo (0.2); revised memo and prepared related cover email (0.5). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page   12
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/12/11 | H. SEIFE | Review of memo on MIP issues. | 0.50 hrs. |
| 08/12/11 | D. M. LeMAY | Review of latest version of governance memo. | 0.60 hrs. |
| 08/15/11 | D. E. DEUTSCH | Review e-mails from Debtors re: status of treatment of certain senior executive claims (.2); call with Kevin Lantry re: revising motion for certain former officer claims and treatment of certain senior executive matters (.4); detailed review of certain parts of revised MIP motion and order (.6); meeting with Jessica Marrero re: follow-up on certain MIP issues (.3); call with Kevin Lantry re: possible proposal to address former senior executive issues (.3); conference with David LeMay to discuss various executive issue (.2). | 2.00 hrs. |
| 08/15/11 | H. SEIFE | Review MIP issues and proposed order (.5); conference with D.LeMay regarding MIP issues (.4). | 0.90 hrs. |
| 08/15/11 | M. ROITMAN | Correspond with J. Marrero and D. LeMay re: departing executives' severance (0.3); Revise memo re: same (0.2) | 0.50 hrs. |
| 08/15/11 | D. GALLAI | Confs. w/ Sidley and D. LeMay re separation agreements (0.4); correspondence w/ client re same (0.3).  Confs. w/ Sidley and D. LeMay re MIP proposal (0.9); reviewed revised MIP motion (1.1); reviewed 409A regulations (1.4). | 4.10 hrs. |
| 08/15/11 | M. D. ASHLEY | Reviewed draft 2011 MIP motion and proposed order and related materials (.9); emails with D. LeMay regarding revisions to draft MIP motion and order (.3). | 1.20 hrs. |
| 08/15/11 | D. M. LeMAY | Conferences with D.Gallai re: MIP issues (.2) and senior executive severance issues (.2); conference with H.Seife re MIP issues (.3). | 0.70 hrs. |

| 08/15/11 | J. MARRERO | Review local rules re: filing of MIP motion (0.4); call with Local Counsel re same (0.2) | 0.60 hrs. |
|---|---|---|---|
| 08/16/11 | D. M. LeMAY | Revise proposed MIP Order to deal with issue re: officer-defendants. | 0.50 hrs. |
| 08/16/11 | M. D. ASHLEY | Meeting with D. LeMay regarding revisions to draft 2011 MIP proposed order (.2); emails with D. LeMay regarding same (.2); reviewed draft MIP motion and order (.4). | 0.80 hrs. |
| 08/16/11 | H. SEIFE | Review of memo regarding severance of two senior executives (.4); review of draft MIP order (.5). | 0.90 hrs. |
| 08/16/11 | D. E. DEUTSCH | Call with Kevin Lantry re: senior executive separation, possible dismissal of preference actions against certain current employees and other employee issues (.3). | 0.30 hrs. |
| 08/16/11 | M. ROITMAN | Draft email to Committee re: departing executive severance (0.3); Correspond with D. Gallai and D. LeMay re: same (0.1). | 0.40 hrs. |
| 08/16/11 | J. MARRERO | Review severance agreement of certain executive and research issues in connection with Committee's complaints and/or Examiners report (0.6); conference with D.LeMay re 2011 MIP order (0.2); draft proposed revisions to 2011 MIP order (0.6); draft email to AlixPartners re same (0.2); second round revisions to MIP order (0.5); call with AlixPartners re: same (0.2); draft email to Debtors Counsel re: same (0.5); draft memo re: executive's severance (.5). | 3.30 hrs. |
| 08/16/11 | D. GALLAI | Revised and distributed memo re separation agreements (0.5). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    14
CHICAGO, IL 60611


| 08/17/11 | D. GALLAI | Reviewed separation agreements of senior executives (0.5); prepared draft memo re related inquiry from Committee member (0.8); conf. w/ D. LeMay re same (0.1). | 1.40 hrs. |
|---|---|---|---|
| 08/17/11 | H. SEIFE | Email B.Salganik regarding staff cuts (.2); review of revised draft MIP motion (.6). | 0.80 hrs. |
| 08/17/11 | D. M. LeMAY | Revise MIP Motion. | 1.10 hrs. |
| 08/17/11 | D. E. DEUTSCH | Exchange e-mails with Jessica Marrero re: Committee notice of new proposed severance agreement (.2); review e-mails with David Gallai and others re: issue on severance with respect to certain former employees (.2). | 0.40 hrs. |
| 08/17/11 | J. MARRERO | Draft memo to the Committee re: severance package of certain executive (0.6); Review 2011 MIP motion (1.5); Review Debtors revised 2011 MIP motion and order (0.3). | 2.40 hrs. |
| 08/18/11 | D. M. LeMAY | Telephone conference and e-mails to Sidley re: open MIP issues (.6).  Respond to Guild's questions concerning departing executives' severance (.9). | 1.50 hrs. |
| 08/18/11 | D. M. LeMAY | Telephone conference with Conlan re: MIP (.2) and e-mail H. Seife re: same (.2).  E-mail to co-chairs re: same (.5). | 0.90 hrs. |
| 08/18/11 | D. GALLAI | Reviewed revised MIP (0.5); reviewed 409A regulations (0.5); conf. w/ Sidley re same (0.2). Reviewed documents from similar chapter 11 case re escrow arrangement for bonus (0.6). | 1.80 hrs. |
| 08/18/11 | J. MARRERO | Review Debtors' revised MIP motion (2.3); draft email to AlixPartners re: same (0.2); review motions, objections and transcripts in similar large Ch 11 case re: MIP and escrow option (2.4); draft email re: same to internal team | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page   15
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                     |            |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | (0.3); conference with D.Deutsch re: revisions to Debtors 2011 MIP motion (0.2).                                                                                                                                                                                                                                                                                     |            |
| 08/18/11   | D. E. DEUTSCH  | Review e-mails from Jonathan Lotsoff and others re: MIP next steps (.2); call with Kevin Lantry re: Committee approval of settlement with senior executives (.1); exchange e-mails with counsel to Guild (Bob Paul) re: possible settlement with senior executive (.1).                                                                                                | 0.40 hrs.  |
| 08/19/11   | D. M. LeMAY    | Finalize memo re senior executive severance.                                                                                                                                                                                                                                                                                                                         | 0.40 hrs.  |
| 08/19/11   | J. MARRERO     | Revise Debtors' MIP motion (0.5); review memo to Committee re: proposed severance packages for two departing executives (0.4); draft email to Debtors' counsel re Committee's position on same (0.5); draft memo re severance of certain executive (0.6).                                                                                                              | 2.00 hrs.  |
| 08/20/11   | H. SEIFE       | Review of Brad Hall response regarding staffing and related issues.                                                                                                                                                                                                                                                                                                  | 0.40 hrs.  |
| 08/22/11   | H. SEIFE       | Emails with D.LeMay regarding MIP.                                                                                                                                                                                                                                                                                                                                   | 0.40 hrs.  |
| 08/22/11   | D. E. DEUTSCH  | Review materials on proposed separation with executive (.4); conference with Jessica Marrero to discuss proposed approach to Committee memorandum on same (.2); review background materials (.2) and hold call with Bob Paul re: possible settlement of senior executive departure issues (.2); draft e-mail to Bob Paul with additional information on departure background facts and other data points (.2); call with Kevin Lantry re: multiple employee related motions and matters (.4); exchange e-mails with David LeMay re: MIP and related matters (.3); exchange e-mails with Bob Paul re: his additional inquiry on senior executive departure deal (.1). | 2.00 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 27, 2011
Page    16

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/22/11 | J. MARRERO | Conference with D.Deutsch re: memo re: severance of executive (0.2); revise same (0.3); revise 2011 MIP Order (1.0); research severance limits under Severance Order re: former executive (0.5); draft summary re: same (0.3); email correspondence with AlixPartners re: departing executive's participation in the 2011 MIP (0.2). | 2.50 hrs. |
| 08/22/11 | D. GALLAI | Review issues re executive compensation agreement. | 0.20 hrs. |
| 08/23/11 | D. E. DEUTSCH | Exchange e-mails with Robert Paul re: senior executive departure terms (.1); e-mail Kevin Lantry on same (.1); review e-mails re: severance agreement for executive (.2); e-mail Kevin Lantry and Jonathan Lotsoff re: same (.1); e-mail Jessica Marrero re: related follow-up question (.1); call with Kevin Lantry re: various employee issues (.2); review and revise draft motion to dismiss certain employee actions (1.3); e-mail Meghan Towers re: additional follow-up item on same (.2); e-mail Bob Paul re: senior executive severance issue (.1). | 2.40 hrs. |
| 08/23/11 | H. SEIFE | Review of Mercer report (.8); emails with D.LeMay regarding MIP issues (.6). | 1.40 hrs. |
| 08/23/11 | D. M. LeMAY | Telephone conferences w/Conlan (.2) Lantry (.4) re: MIP issues. E-mail H. Seife re: same (.3). Telephone conference from D. Schaible re: same (.3). | 1.20 hrs. |
| 08/23/11 | J. MARRERO | Review issues re: certain executive severance package (0.3); review revised 2011 MIP Order (0.3); review departing executive's separation agreement (0.5); research Committee action against departing executive (0.5); email correspondence with | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                  Page    17
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | D.Deutsch re: same (0.2); email correspondence with AlixPartners re 2011 MIP Motion (0.2). |  |
| 08/24/11 | J. MARRERO | Revise memo re: certain executive severance (0.8) | 0.80 hrs. |
| 08/24/11 | D. M. LeMAY | Multiple e-mails and telephone confs. to Sidley re: MIP issues (.5).  Two e-mails to H. Seife re: same (.3).  Review draft order language (.3).  Review draft posting note to Committee on MIP status (.2).  E-mail D. Schaible re: same (.2); telephone conf. w/H. Seife re: same (.2). | 1.70 hrs. |
| 08/24/11 | H. SEIFE | Call with D.LeMay regarding MIP (.6); review of AlixPartners report on MIP (.4); review of memo on MIP settlement (.5). | 1.50 hrs. |
| 08/24/11 | D. E. DEUTSCH | Review mark-up of MIP presentation for Committee (.6); revise same (.4); exchange e-mails with Brad Hall re: AlixPartners presentation on MIP target issues, etc. (.2); exchange e-mails with Jessica Marrero re: follow-up on memo for Committee re: certain executive severance (.2); review revised part of MIP presentation for Committee (.2); edit Committee memorandum re: executive departure (.5). | 2.10 hrs. |
| 08/24/11 | J. MARRERO | Review revised 2011 MIP Order (0.6); draft posting to Committee re: same (0.3) | 0.90 hrs. |
| 08/24/11 | M. D. ASHLEY | Reviewed draft MIP motion, MIP summary, and related pleadings (.7). | 0.70 hrs. |
| 08/25/11 | D. E. DEUTSCH | Exchange e-mails (.2) and hold conference with Jessica Marrero re: memo to Committee on new employee severance request (.1); edit posting note to Committee re: new employee -related request (.2); call with Joe Frank re: various outstanding matters (.2); | 1.50 hrs. |

|  |  |  |  |
|---|---|---|---|
|  |  | call with Kevin Lantry re: status of attachment for pending employee-related motions (.2); e-mail Matt McGuire re: same (.1); exchange e-mails with Kim Brown re: deadlines related to MIP motion (.2); exchange e-mails with Brad Hall re: tomorrow's presentation to Committee on MIP matters (.3). |  |
| 08/25/11 | M. ROITMAN | Review proposed 2011 MIP Order (0.3); Email correspondence with Committee Co-Chairs re: 2011 MIP (0.3); Conference call with Committee Co-Chairs re: same (0.6); follow-up call with W. Smith re: same (0.2); | 1.40 hrs. |
| 08/25/11 | D. M. LeMAY | Prepare for (.6) and participate in (.9) conference calls w/Co-Chairs re: MIP issues. Telephone conference w/D. Schaible re: same (.3). E-mail Sottile (.3) re: same. | 2.10 hrs. |
| 08/25/11 | H. SEIFE | Conference call with Committee co-chairs regarding MIP (1.0); email with W.Smith, co-chair, regarding call re senior executive (.3). | 1.30 hrs. |
| 08/25/11 | J. MARRERO | Revise memo to Committee re: departure agreement of certain executive (0.6); Draft posting to Committee re: same (0.4) | 1.00 hrs. |
| 08/25/11 | J. MARRERO | Revise memo to the Committee re executive departure agreement (0.9); draft posting to Committee re same (0.3). | 1.20 hrs. |
| 08/26/11 | D. M. LeMAY | Telephone conferences (2x) to Sidley re: MIP (.1). Two e-mails to H. Seife re: same (.4). | 0.50 hrs. |
| 08/29/11 | M. ROITMAN | Confer/correspond with D. LeMay re: 2011 MIP Motion | 0.10 hrs. |
| 08/29/11 | H. SEIFE | Emails with D.LeMay regarding MIP. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 27, 2011
435 N. MICHIGAN AVENUE                               Page    19
CHICAGO, IL 60611


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/29/11 | D. M. LeMAY | Telephone conference w/Lotsoff (2x), D. Schaible (.3). E-mail to Co-chairs re: MIP status (.3). Review objection deadlines for MIP (.3). Review debtors draft MIP motion (1.0). | 1.90 hrs. |
| 08/30/11 | H. SEIFE | Review of filed MIP motion. | 0.50 hrs. |
| 08/30/11 | M. ROITMAN | Draft email to Committee re: 2011 MIP Motion (0.5); correspond with D. LeMay re: same (0.1) | 0.60 hrs. |
| 08/31/11 | D. GALLAI | Reviewed new proposed separation agreement (0.9); correspondence with J.Marrero re same (0.2). | 1.10 hrs. |
| 08/31/11 | J. MARRERO | Review new separation agreement for executive (0.5); email correspondence with AlixPartners re: same (0.2); email correspondence with D.Gallai re: agreement (0.3); email correspondence with AlixPartners re: status of agreement with another executive (0.3) | 1.30 hrs. |
| 08/31/11 | D. M. LeMAY | Review MIP Motion as filed. | 1.10 hrs. |
| 08/31/11 | M. D. ASHLEY | Reviewed Debtors' 2011 MIP motion and related pleadings (.9). | 0.90 hrs. |


              **Total Fees for Professional Services.............. $199,459.50**


                      TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 25.10 | 22464.50 |
| H. SEIFE | 985.00 | 26.20 | 25807.00 |
| N. T. ZINK | 835.00 | 24.10 | 20123.50 |
| M. D. ASHLEY | 675.00 | 7.40 | 4995.00 |
| A. ROSENBLATT | 725.00 | .80 | 580.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page   20
CHICAGO, IL 60611

| | | | |
|---|---:|---:|---:|
| D. E. DEUTSCH | 725.00 | 29.40 | 21315.00 |
| E. PRZYBYLKO | 645.00 | .90 | 580.50 |
| F. VAZQUEZ | 645.00 | 61.80 | 39861.00 |
| D. BAVA | 280.00 | 1.20 | 336.00 |
| A. K. NELLOS | 645.00 | 12.00 | 7740.00 |
| C. L. RIVERA | 645.00 | 1.40 | 903.00 |
| D. GALLAI | 685.00 | 17.60 | 12056.00 |
| E. DAUCHER | 425.00 | 44.90 | 19082.50 |
| B. DYE | 495.00 | 11.40 | 5643.00 |
| J. MARRERO | 375.00 | 23.90 | 8962.50 |
| M. ROITMAN | 425.00 | 21.20 | 9010.00 |
| TOTALS | | 309.30 | 199459.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                                  For Services Through August 31, 2011

    Our Matter #19804.016
              TAX ISSUES


| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/08/11 | R. M. LEDER | Review ESOP tax issues settlement proposal. | 0.20 hrs. |
| 08/09/11 | R. M. LEDER | Review proposed changes by DOL to settlement provision with respect to Neil litigation (.3) and email to Deutsch in connection therewith (.2). | 0.50 hrs. |
| 08/12/11 | R. M. LEDER | Review papers re tax issues in Neil litigation MOU. | 0.20 hrs. |
| 08/25/11 | R. M. LEDER | Review memo on Neil settlement and IRS Claim. | 1.00 hrs. |
| 08/26/11 | R. M. LEDER | Emails with Doug Deutsch re IRS claim. | 0.20 hrs. |
| 08/30/11 | R. M. LEDER | TC with Blake Rubin re IRS Claim (.1); email to Doug Deutsch re same (.1). | 0.20 hrs. |


          Total Fees for Professional Services.............   $2,265.50



                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| R. M. LEDER | 985.00 | 2.30 | 2265.50 |
| TOTALS | | 2.30 | 2265.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through August 31, 2011

Our Matter #19804.017
          GENERAL LITIGATION


| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/05/11 | H. SEIFE | Review of memorandum of understanding on Neil litigation settlement. | 0.50 hrs. |
| 08/08/11 | D. E. DEUTSCH | Review and analyze revised Neil et al. MOU settlement (1.2); exchange e-mails with Bryan Krakauer re: next steps on same (.2); exchange related e-mails with James Sottile (.1); call with James Sottile re: input on revised Neil MOU (.3); e-mail Bryan Krakauer re: Committee's comments on same (.2); draft memorandum to Committee re: Neil MOU and next steps related thereto (.6); call with Debtors (Bryan Krakauer), Lenders (Damian Schaible) and others re: various MOU issues (.4); exchange e-mails with Richard Leder on tax issue raised by MOU (.2); exchange multiple e-mails with Andrew Rosenblatt re: plan issue raised by revision to MOU (.3); call (.1) and e-mail with Kevin Lantry re: issue raised on complaint "Termination Date" (.1); exchange e-mails with Young Yoo re: follow-up on same (.2). | 3.90 hrs. |
| 08/08/11 | M. D. ASHLEY | Reviewed draft MOU and related materials regarding Neil settlement (.4). | 0.40 hrs. |
| 08/08/11 | J. MARRERO | Prepare posting to the Committee re: Neil/DOL settlement | 0.30 hrs. |
| 08/08/11 | A. ROSENBLATT | Review memorandum re: Neil/ERISA settlement (.5). | 0.50 hrs. |
| 08/09/11 | A. ROSENBLATT | Review MOU and agreement with DOL and Neil Plaintiffs re: necessity to amend Plan, review Plan re: treatment of DOL claims in connection with same (1.5); discuss same with Deutsch (.3). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/09/11 | M. D. ASHLEY | Reviewed draft MOU relating to Neil settlement (.7); emails with D. Deutsch, J. Sottile regarding same (.2). | 0.90 hrs. |
| 08/09/11 | D. E. DEUTSCH | Review and analyze revised MOU related to Neil/DOL/GreatBanc/etc. settlement (1.4); meeting with Andrew Rosenblatt to discuss plan issue incorporated therein (.2); call with Bryan Krakauer to discuss two MOU issues (.2); review multiple proposed mark-ups to Neil MOU (1.1); exchange related e-mails with Bryan Krakauer (.4); review revised complete draft MOU mark-up (.6); e-mail James Sottile and team re: same (.2); call with Bryan Krakauer re: issues with revised MOU (.2). | 4.30 hrs. |
| 08/09/11 | H. SEIFE | Review of memorandum of understanding regarding Neil/ERISA litigation (.8); conference with D.Deutsch regarding same (.3). | 1.10 hrs. |
| 08/10/11 | H. SEIFE | Review of proposed changes to MOU. | 0.50 hrs. |
| 08/10/11 | M. D. ASHLEY | Call with D. Deutsch, J. Sottile regarding Neil settlement MOU (.3); call with D. Deutsch, J. Sottile, B. Krakauer regarding same (.2); reviewed revised drafts of MOU and related correspondence (.8); emails with D. Deutsch, J. Sottile regarding draft MOU (.4); reviewed Debtors' draft motion to approve Neil settlement (.3). | 2.00 hrs. |
| 08/10/11 | D. E. DEUTSCH | Review revised version of Neil MOU distributed by Bryan Krakauer (.8); exchange e-mails with Bryan Krakauer re: next steps on MOU (.2); review parts of second revised Neil MOU from Bryan Krakauer (.6); related call with James Sottile, Marc Ashley and, in part, Bryan Krakauer re: same (.5); call with Damian Schiable re: revised Neil MOU (.2). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 27, 2011
435 N. MICHIGAN AVENUE                              Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/10/11 | J. MARRERO | Review Neil-DOL Settlement | 0.20 hrs. |
| 08/10/11 | A. ROSENBLATT | Review status of Neil settlement and timing of draft motion to approve same re: plan amendment language (.6); review chart summarizing status of state court fraudulent conveyance lawsuits (.5). | 1.10 hrs. |
| 08/11/11 | M. D. ASHLEY | Call with D. Deutsch regarding draft Neil settlement MOU (.3); call with D. Deutsch, J. Sottile, parties' and insurers' counsel regarding Neil settlement MOU (.4); call with D. Deutsch, J. Sottile regarding revisions to draft Neil settlement MOU (.3); reviewed revisions to draft Neil settlement MOU (.7); emails with D. Deutsch, J. Sottile and parties' counsel regarding same (.5). | 2.20 hrs. |
| 08/11/11 | D. E. DEUTSCH | Review proposed insert for Neil MOU (.4); review draft insert on MDL process for memorandum to Committee (.2); e-mail Marc Roitman on related follow-up (.1); call with James Sottile re: comments on 16(m) of the Neil MOU (.3); review and revise proposed insert for 16(m) (.3); e-mail Bryan Krakauer re: same (.1); review and mark-up draft motion to approval Neil MOU (1.2); discuss issues in same with Marc Ashley (.2); draft e-mail to Bryan Krakauer on initial comments on Neil MOU approval motion (.2); review additional e-mails from Debtors and Lenders re: additional modifications to MOU (.7); review court papers to prepare for (.6) and hold call with Debtors, insurers and Jim Sottile regarding Section 16(m) of revised (.6); review related proposed language (.2) and exchange e-mails with James Sottile regarding same (.2); exchange e-mails with Bryan Krakauer re: revised MOU language | 5.90 hrs. |