TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       September 27, 2011
435 N. MICHIGAN AVENUE                          Page    4
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | (.2); conference with Howard Seife regarding status of Neil settlement (.4). |  |
| 08/11/11 | J. MARRERO | Review MOU re Neil Settlement and summary (0.9); draft memo to Committee re: Neil settlement (0.8); conference wth D.Deutsch re same (0.1); review draft motion to approve Neil settlement (0.8). | 2.60 hrs. |
| 08/11/11 | H. SEIFE | Conference with D.Deutsch regarding MOU and Neil settlement (.6); review of release issues (.5). | 1.10 hrs. |
| 08/11/11 | M. ROITMAN | Review dockets in Neil and Beatty adversary proceedings (0.1) | 0.10 hrs. |
| 08/12/11 | D. E. DEUTSCH | Review revised version of Debtors' motion to approve the MOU (.7); circulate e-mail to Jim Sottile and others re: status/next steps on Neil MOU issues (.3); e-mail Richard Leder re: follow-up on IRS ERISA-related settlement issues (.2); meeting with Howard Seife, Jim Sottile and Marc Ashley to discuss litigation issues related to proposed MOU settlement (.5); participate in conference call with insurers, Bryan Krakauer, Jim Sottile and others re: parts of MOU settlement (.4); related follow-up call with James Sottile (.2); review primary fiduciary insurance policy (.6); e-mail insurers re: proposed new insert for MOU (.2); review numerous additional e-mails re: MOU revision proposals (.7); exchange related e-mails with James Sottile (.2); hold related call with James Sottile and Marc Ashley (.3). | 4.30 hrs. |
| 08/12/11 | H. SEIFE | Conference call with D.Deutsch and J.Sottile regarding releases and Neil memorandum of understanding (.5); review Sidley emails regarding releases (.3). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       September 27, 2011
435 N. MICHIGAN AVENUE                              Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/12/11 | M. D. ASHLEY | Telephonic meeting with H. Seife, D. Deutsch, J. Sottile regarding Neil settlement MOU issues (.4); reviewed revisions to draft Neil settlement MOU (.6); call with D. Deutsch, J. Sottile, insurers' counsel regarding revised draft MOU (.4); call with D. Deutsch, J. Sottile regarding revisions to draft MOU (.2); call with J. Sottile regarding same (.2); call with D. Deutsch, J. Sottile regarding same (.4); emails with D. Deutsch, J. Sottile regarding revisions to draft MOU (.4); emails with Neil litigation parties' counsel regarding same (.3). | 2.90 hrs. |
| 08/13/11 | D. E. DEUTSCH | Review e-mails from insurers and others re: MOU release issues (.3); exchange e-mails with James Sottile re: options on same and related next steps (.3). | 0.60 hrs. |
| 08/14/11 | D. E. DEUTSCH | Review proposed revised language for Section 16(m) of MOU (.5); hold related call with Marc Ashley and James Sottile (.4); review e-mails to/from insurers and others re: MOU issues (.3); hold call with insurers, GreatBanc, Debtors and others re: revisions to MOU (.6); hold related call on issues/next steps with Marc Ashley and James Sottile (.3). | 2.10 hrs. |
| 08/14/11 | M. D. ASHLEY | Conference calls with D. Deutsch, J. Sottile regarding Neil (ERISA) settlement memorandum of understanding (.6); conference call with counsel for the ERISA settlement parties regarding revised MOU (.7); reviewed drafts of revised MOU (.8); emails with D. Deutsch, J. Sottile regarding same (.3). | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| 08/15/11 | D. E. DEUTSCH | Review multiple e-mails re: MOU settlement issues (.4); e-mail all insurers/Debtors/etc. re: today's call (.1); conference with Howard Seife to discuss status of MOU matters (.2); review draft proposed revisions to MOU (.5) and prepare for (.4) and hold call with insurers, Debtors, and others re: revising MOU (.8); review e-mail from David Bradford re: Committee review of MOU (.2); respond to same (.2). | 2.80 hrs. |
| --- | --- | --- | --- |
| 08/15/11 | H. SEIFE | Review of updates on MOU/Neil and release issues (1.0); conference with D.Deutsch regarding same (.2). | 1.20 hrs. |
| 08/15/11 | J. MARRERO | Draft memo to Committee re Neil-DOL settlement (0.4); conference with D.Deutsch re same (0.1). | 0.50 hrs. |
| 08/15/11 | M. D. ASHLEY | Conference call with Neil (ERISA) settlement parties' counsel regarding draft memorandum of understanding (.7); reviewed revisions to draft Neil settlement MOU (.6); emails with D. Deutsch, J. Sottile, parties' counsel regarding draft MOU (.5). | 1.80 hrs. |
| 08/16/11 | M. D. ASHLEY | Reviewed revisions to draft Neil (ERISA) settlement MOU (.7); call with counsel for parties to Neil settlement regarding revisions to MOU (.4); call with J. Sottile regarding revisions to draft Neil settlement MOU (.3); emails with D. Deutsch, J. Sottile regarding same (.3). | 1.70 hrs. |
| 08/16/11 | D. E. DEUTSCH | Review certain proposed revisions to MOU (.5); draft comments on same for James Sottile review (.3); review further revisions to MOU and mark-up same (.7); exchange related e-mails with James Sottile (.1); exchange e-mails with Marc Ashley re: meeting with insurers and next steps with Committee (.3). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/16/11 | J. MARRERO | Draft memorandum to the Committee re: Neil Settlement | 4.30 hrs. |
| 08/16/11 | A. ROSENBLATT | Review status of the DOL settlement issue (.4) | 0.40 hrs. |
| 08/17/11 | D. E. DEUTSCH | Review revisions to MOU (.3); e-mail James Sottile re: same (.1); review further revisions to MOU by insurers (.3); review and edit preliminary summary for Committee on MOU settlement (.9); conference with Jessica Marrero to discuss research and revisions related to Committee memorandum (.4). | 2.00 hrs. |
| 08/17/11 | M. D. ASHLEY | Emails with D. Deutsch, J. Sottile regarding Neil (ERISA) settlement memorandum of understanding (.3); reviewed revisions to draft Neil settlement MOU (.4). | 0.70 hrs. |
| 08/17/11 | J. MARRERO | Draft memo to Committee re Neil Settlement (2.7); conference with D.Deutsch re same (0.4); revise same (0.6) | 3.70 hrs. |
| 08/18/11 | M. D. ASHLEY | Reviewed revised drafts of Neil (ERISA) settlement MOU (.4); emails with D. Deutsch, J. Sottile regarding revisions to draft MOU (.3); reviewed draft declaration in support of motion to approve Neil settlement (.3); emails with Sidley regarding revised MOU (.1). | 1.10 hrs. |
| 08/18/11 | J. MARRERO | Conference with D.Deutsch re: status of D&O stipulation and Neil Litigation (0.2); Conference with Y.Yoo re: communications to Committee re Neil settlement (0.1); revisions to Neil Settlement memorandum (0.4) | 0.70 hrs. |
| 08/18/11 | D. E. DEUTSCH | Exchange e-mails with James Sottile re: proposal to address GreatBanc MOU issue (.3); review weekly adversary report (.2). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 27, 2011
435 N. MICHIGAN AVENUE                               Page    8
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/19/11 | D. E. DEUTSCH | Review and analyze revised draft MOU language (.8); exchange related e-mails with James Sottile and Marc Ashley (.3); draft insert on releases for inclusion in memorandum to Committee on MOU (1.3); review numerous e-mails from MOU parties related to modifications to draft MOU and related motion and exhibits (1.2). | 3.60 hrs. |
| 08/19/11 | M. D. ASHLEY | Reviewed revised drafts of Neil (ERISA) settlement MOU (.4); emails with J. Sottile, D. Deutsch regarding revised draft MOU (.3); reviewed draft Neil settlement motion and supporting declaration (.4); reviewed correspondence relating to Neil MOU (.3). | 1.40 hrs. |
| 08/19/11 | J. MARRERO | Review Debtors' revised motion re: Neil Settlement, Liebentritt declaration, etc. (0.9); Revise memorandum re: same (1.6) | 2.50 hrs. |
| 08/19/11 | T. J. MCCORMACK | Review status report from M. Ashley regarding Neil/ERISA claims and settlement (0.3); status M. Ashley re: same (0.1). | 0.40 hrs. |
| 08/21/11 | M. D. ASHLEY | Reviewed Neil (ERISA) settlement papers and related correspondence (.6). | 0.60 hrs. |
| 08/22/11 | D. E. DEUTSCH | Draft insert for memorandum to Committee on MOU/proposed Neil litigation settlement (1.2). | 1.20 hrs. |
| 08/22/11 | J. MARRERO | Revise memo re: Neil Settlement. | 4.30 hrs. |
| 08/22/11 | M. ROITMAN | Review pleadings in Neil adversary proceeding (0.3) | 0.30 hrs. |
| 08/23/11 | D. E. DEUTSCH | Review insert on motion re: Neil settlement and edit same (.6); discuss next steps on same with Jessica Marrero (.1). | 0.70 hrs. |
| 08/23/11 | J. MARRERO | Revise Neil Memorandum. | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      September 27, 2011
435 N. MICHIGAN AVENUE                             Page    9
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/23/11 | A. ROSENBLATT | Review debtor's motion seeking approval of DOL settlement. | 0.50 hrs. |
| 08/23/11 | M. D. ASHLEY | Reviewed draft Committee memo regarding Neil (ERISA) settlement and related correspondence (.7); emails with D. Deutsch regarding draft memo (.2). | 0.90 hrs. |
| 08/24/11 | D. E. DEUTSCH | Review revised MOU memorandum and make final edits to same (1.1). | 1.10 hrs. |
| 08/24/11 | J. MARRERO | Review comments from Special Counsel and M.Ashley re: Neil Settlement (0.5); Revise memo to Committee re: Neil Settlement (1.4). | 1.90 hrs. |
| 08/24/11 | M. D. ASHLEY | Reviewed revisions to draft Neil (ERISA) settlement memo and related materials (.7) | 0.70 hrs. |
| 08/25/11 | A. ROSENBLATT | Review Committee memorandum re: approval of DOL settlement and final terms regarding same. | 0.50 hrs. |
| 08/25/11 | D. E. DEUTSCH | Review multiple e-mails from Kim Brown and Jessica Marrero re: next steps on motions re: various claims against current and former officer and directors (.2); e-mail Kim Brown and Matt McGuire re: same (.1). | 0.30 hrs. |
| 08/26/11 | D. E. DEUTSCH | Exchange multiple e-mails with Richard Leder re: tax/Neil settlement issues (.4). | 0.40 hrs. |

**Total Fees for Professional Services..............   $58,739.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 27, 2011
435 N. MICHIGAN AVENUE                                  Page    10
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 985.00 | 5.20 | 5122.00 |
| T. J. MCCORMACK | 855.00 | .40 | 342.00 |
| M. D. ASHLEY | 675.00 | 19.70 | 13297.50 |
| A. ROSENBLATT | 725.00 | 4.80 | 3480.00 |
| D. E. DEUTSCH | 725.00 | 37.90 | 27477.50 |
| J. MARRERO | 375.00 | 23.60 | 8850.00 |
| M. ROITMAN | 425.00 | .40 | 170.00 |
| TOTALS | | 92.00 | 58739.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page     1


                            For Services Through August 31, 2011

  Our Matter #19804.018
            TRAVEL


08/25/11   D. M. LeMAY        Non-working travel to and from       4.00 hrs.
                              Wilmington, DE re hearing.



        **Total Fees for Professional Services.............    $3,580.00**



                        TIMEKEEPER SUMMARY

  Timekeeper's Name              Rate     Hours        Amount

  D. M. LeMAY                   895.00     4.00        3580.00
                      TOTALS              4.00        3580.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

For Services Through August 31, 2011

Our Matter #19804.020
        SHAREHOLDER CLAIMS

| | | | |
|---|---|---|---|
| 08/01/11 | D. M. LeMAY | Review Landis Rath discovery memo and related documents (1.4). Conference call w/LRC re same (.4). | 1.80 hrs. |
| 08/01/11 | M. D. ASHLEY | Emails with Landis Rath regarding shareholder discovery issues (.2); reviewed related factual materials (1.3); emails with D. LeMay regarding same (.2). | 1.70 hrs. |
| 08/03/11 | H. SEIFE | Review of email from J.Carey (.3); review email responses to J.Carey (.8). | 1.10 hrs. |
| 08/04/11 | D. BAVA | Review and analysis of docket sheets in state law fraudulent conveyance actions re: case activity (2.60). | 2.60 hrs. |
| 08/04/11 | M. ROITMAN | Review dockets in state law fraudulent conveyance actions and draft summary of pleadings (2.5) | 2.50 hrs. |
| 08/05/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.60). | 0.60 hrs. |
| 08/05/11 | M. ROITMAN | Correspond with H. Seife re: state law fraudulent conveyance actions (0.2) | 0.20 hrs. |
| 08/05/11 | C. L. RIVERA | Review case activity of related LBO/shareholder lawsuits. | 0.20 hrs. |
| 08/05/11 | H. SEIFE | Review of chart/summary of shareholder litigation status. | 0.80 hrs. |
| 08/05/11 | D. M. LeMAY | Review and comment on Landis Rath discovery memorandum. | 0.50 hrs. |
| 08/08/11 | D. M. LeMAY | Final review and posting of LRC discovery memo. | 0.60 hrs. |
| 08/08/11 | H. SEIFE | Review of chart/analysis of shareholder litigation (.8); conference with D.Deutsch regarding litigation (.3); emails with M.Roitman regarding MDL | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                Page    2
CHICAGO, IL 60611

|  |  |  | |
|---|---|---|---|
| | | issues (.4). | |
| 08/08/11 | H. SEIFE | Review of DCL letter to J.Carey (.2); review of Zell letter to J.Carey (.3); review of Landis draft discovery memo (.8). | 1.30 hrs. |
| 08/08/11 | M. D. ASHLEY | Call with A. Goldfarb regarding Tower defendant entities in third-party complaint (.2); reviewed factual materials relating to Tower entities (1.2); reviewed draft Committee memorandum and related materials relating to status of shareholder discovery (1.2); emails with H. Seife, D. LeMay regarding same (.2). | 2.80 hrs. |
| 08/08/11 | D. BAVA | Review and analysis of Bloomberg and PACER re: multidistrict litigation (.80). | 0.80 hrs. |
| 08/08/11 | M. ROITMAN | Research re: Multi-district litigation (0.6); correspond with H. Seife re: same (0.3); Review dockets in state law fraudulent conveyance actions (0.3); | 1.20 hrs. |
| 08/08/11 | D. E. DEUTSCH | Review summary of state law fraudulent conveyance claims and draft outline on same for Committee presentation (1.4); e-mail Marc Roitman re: required additional research on certain state law fraudulent conveyance claims (.2). | 1.60 hrs. |
| 08/09/11 | D. E. DEUTSCH | Exchange e-mails (.2) and hold call with Marc Ashley re: analysis on issue related to state law fraudulent conveyance claims (.1). | 0.30 hrs. |
| 08/09/11 | M. ROITMAN | Review memorandum re: third party adversary proceeding discovery update (0.2); Confer/correspond with D. LeMay and A. Landis re: same (0.1) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/09/11 | R. M. KIRBY | Research concerning procedure for transfer to multi-district litigation panel, as per M. Ashley. | 2.10 hrs. |
| 08/09/11 | M. D. ASHLEY | Reviewed materials relating to potential MDL consolidation of state law fraudulent conveyance actions (.9); emails with R. Kirby regarding same (.2). | 1.10 hrs. |
| 08/09/11 | H. SEIFE | Conference with M.Ashley regarding MDL issues (.4); review of emails regarding MDL issues (.4). | 0.80 hrs. |
| 08/10/11 | M. D. ASHLEY | Reviewed materials relating to status of state law fraudulent conveyance actions and MDL proceedings (.6); emails with M. Roitman regarding same (.1). | 0.70 hrs. |
| 08/10/11 | M. ROITMAN | Correspond with M. Ashley re: state law fraudulent conveyance actions (0.2) | 0.20 hrs. |
| 08/11/11 | M. D. ASHLEY | Reviewed legal research materials regarding MDL process relating to state law fraudulent conveyance actions (1.3); drafted insert regarding MDL process for Committee memorandum relating to state law actions (1.1). | 2.40 hrs. |
| 08/11/11 | M. ROITMAN | Review docket activity in state law fraudulent conveyance actions and draft summary of pleadings (2.3) | 2.30 hrs. |
| 08/11/11 | D. BAVA | Review and analysis of docket sheets in state law fraudulent conveyance actions re: case activity (1.80); review and analysis of initial complaints re: confirm certain defendants (.80). | 2.60 hrs. |
| 08/12/11 | M. ROITMAN | Review dockets in state law fraudulent conveyance actions (0.2); Confer with D. Deutsch re: multi-district litigation (0.1) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      September 27, 2011
435 N. MICHIGAN AVENUE      Page    4
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/12/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 0.40 hrs. |
| 08/12/11 | H. SEIFE | Review of revised report on shareholder litigation. | 0.40 hrs. |
| 08/12/11 | D. E. DEUTSCH | Review docket sheets and removal actions in various constructive fraud litigations (.7); meeting with Marc Roitman to discuss Committee update on state law constructive trust claims (.2). | 0.90 hrs. |
| 08/16/11 | M. ROITMAN | Draft memorandum re: Constructive Fraudulent Conveyance Actions and Multidistrict Litigation (5.4); Correspond with D. Deutsch re: same (0.2) | 5.60 hrs. |
| 08/16/11 | D. BAVA | Review and analysis of docket sheets in state law fraudulent conveyance actions re: motions for multidistrict litigations filed (.90). | 0.90 hrs. |
| 08/17/11 | D. BAVA | Review and analysis of docket sheets in state law fraudulent conveyance actions re: case activity (1.80); review and analysis of MDL motion re: actions listed (.30); prepare supplemental report (.80). | 2.90 hrs. |
| 08/17/11 | D. E. DEUTSCH | Review draft memorandum to Committee re: state law fraudulent conveyance claim issue analysis and edit same (1.1); related conference with Marc Roitman (.3). | 1.40 hrs. |
| 08/17/11 | M. D. ASHLEY | Call with M. Roitman regarding MDL process relating to state law fraudulent transfer actions (.1); reviewed materials related to MDL process and MDL motion (.8); emails with M. Roitman regarding MDL motion (.2). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/17/11 | M. ROITMAN | Review docket activity in state law fraudulent conveyance actions and draft summary of pleadings (1.8); Review Noteholders' multidistrict litigation motion (0.4); Revise memorandum re: Constructive Fraudulent Conveyance Actions and Multidistrict Litigation (3.6); Meet with D. Deutsch re: same (0.2) | 6.00 hrs. |
| 08/18/11 | D. E. DEUTSCH | Review new insert for Committee memorandum on state law fraudulent claims and edit same (1.3); review details in proposed attached summary chart for Committee on all 50 cases (.9); conference with David Bava re: proposed revisions to chart (.2); review MDL motion (.5); final revisions to memorandum to Committee on MDL litigation (.8); email Marc Roitman on same (.2). | 3.90 hrs. |
| 08/18/11 | D. BAVA | Review and revise summary chart re: listing and order of actions (.80). | 0.80 hrs. |
| 08/18/11 | M. ROITMAN | Correspond with D. Deutsch re: multidistrict litigation motion (0.2) | 0.20 hrs. |
| 08/19/11 | C. L. RIVERA | Review docket activity in related LBO/shareholder litigation. | 0.20 hrs. |
| 08/19/11 | D. BAVA | Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.60). | 0.60 hrs. |
| 08/19/11 | H. SEIFE | Review Zell objection to third order. | 0.20 hrs. |
| 08/22/11 | H. SEIFE | Review and revised memo to Committee on MDL motion. | 1.10 hrs. |
| 08/22/11 | M. ROITMAN | Revise memorandum re: constructive fraudulent conveyance actions and multidistrict litigation (1.3); confer with D. Deutsch re: same (0.2) | 1.50 hrs. |

| 08/22/11 | D. E. DEUTSCH | Review and edit draft memorandum to Committee re: state law fraudulent conveyance actions (.5); discuss question on same with Marc Roitman (.2). | 0.70 hrs. |
|---|---|---|---|
| 08/23/11 | M. D. ASHLEY | Call with M. Roitman regarding MDL process relating to fraudulent transfer litigation (.1); reviewed related legal research materials, motion and memorandum (.9). | 1.00 hrs. |
| 08/23/11 | M. ROITMAN | Revise memo re: constructive fraudulent conveyance actions (0.4); confer with D. Deutsch and D. LeMay re: same (0.2); Draft email to Committee re: same (0.3) | 0.90 hrs. |
| 08/23/11 | D. M. LeMAY | Review and comment on memo re: state law actions. | 1.20 hrs. |
| 08/25/11 | D. BAVA | Review and restructure state law fraudulent conveyance actions report to reflect all matters identified in MDL motion (.80). | 0.80 hrs. |
| 08/26/11 | D. BAVA | Begin review and analysis of docket sheets in state law fraudulent conveyance actions re: case activity (1.80); Review and analysis of docket sheet of similar large case adversary proceedings re: LBO litigation issues (.40). | 2.20 hrs. |
| 08/31/11 | D. BAVA | Finalize review and analysis of docket sheets in state law fraudulent conveyance actions re: case activity (1.60). | 1.60 hrs. |

**Total Fees for Professional Services.............. $39,527.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 4.10 | 3669.50 |
| H. SEIFE | 985.00 | 7.20 | 7092.00 |
| M. D. ASHLEY | 675.00 | 10.80 | 7290.00 |
| D. E. DEUTSCH | 725.00 | 8.80 | 6380.00 |
| D. BAVA | 280.00 | 16.80 | 4704.00 |
| C. L. RIVERA | 645.00 | .40 | 258.00 |
| R. M. KIRBY | 535.00 | 2.10 | 1123.50 |
| M. ROITMAN | 425.00 | 21.20 | 9010.00 |
| TOTALS | | 71.40 | 39527.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                    For Services Through August 31, 2011

  Our Matter #19804.021
              PLAN LITIGATION


08/01/11   R. A. SCHWINGER     E-mails with DCL team re trial        0.50 hrs.
                               exhibit issues.

08/01/11   M. ROITMAN         Draft memorandum re: bankruptcy        4.20 hrs.
                               appeals process and legal issues
                               (4.2)

08/01/11   M. D. ASHLEY       Emails with DCL counsel regarding      0.90 hrs.
                               confirmation hearing
                               confidentiality issues (.1);
                               emails with R. Schwinger, A.
                               Nellos regarding same (.2);
                               reviewed related confidentiality
                               materials (.6).

08/01/11   E. DAUCHER         Evaluate outstanding causes of        3.10 hrs.
                               action in light of Stern decision
                               and update memorandum re: same.

08/01/11   A. K. NELLOS       Review final confidential exhibit     0.90 hrs.
                               lists and Committee-produced
                               documents in connection therewith.

08/01/11   R. J. GAYDA        Detailed review of Judge Rakoff's     7.90 hrs.
                               decision in Madoff case (1.3);
                               analyze potential related
                               jurisdictional issues (1.1);
                               review case law cited in decision
                               (1.3); draft, review and revise
                               summary of Stern precedent (.6);
                               draft review and revise memorandum
                               re jurisdictional issues (1.5);
                               discuss same with Y. Yoo (.3);
                               review chart prepared by Y. Yoo
                               and E. Daucher re causes of action
                               in Tribune complaints (1.8).

08/01/11   J. MARRERO         Conference with A.Rosenblatt re       1.30 hrs.
                               draft confirmation order (0.2);
                               review draft confirmation order
                               (1.1)

08/01/11   A. ROSENBLATT      Review proposed confirmation order    3.60 hrs.
                               and begin to provide comments to
                               same (2.2); review of DCL plan in
                               connection with same (1.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/01/11 | H. SEIFE | Review of Hurley letter to Judge Carey (.2); review of updated exhibit list (.3). | 0.50 hrs. |
| 08/02/11 | H. SEIFE | Review and analysis of appeal issues (.7); conference with R.Gayda regarding Stern issues (.6). | 1.30 hrs. |
| 08/02/11 | J. MARRERO | Research re: confirmation order | 2.30 hrs. |
| 08/02/11 | R. J. GAYDA | Email correspondence (.3) and meeting (.3) with Y. Yoo and E. Daucher re status of research; draft, review and revise memorandum re Stern decision (1.3); review DCL Plan and Disclosure statement with respect to litigation and creditors' trusts (2.1). | 4.00 hrs. |
| 08/02/11 | E. DAUCHER | Evaluate outstanding causes of action in light of jurisdictional analysis (1.0); emails (.2) and meeting with R. Gayda and Y. Yoo (.3) re: same. | 1.50 hrs. |
| 08/02/11 | Y. YOO | Attended meeting with Robert Gayda and Eric Daucher re: analysis of outline chart of litigation claims (.4); Continued researching issue re: bankruptcy court's jurisdiction (1.1). | 1.50 hrs. |
| 08/03/11 | Y. YOO | Continued researching issue re: bankruptcy court's jurisdiction issue (1.3); researched issue re: fraudulent transfer/preference action jurisdiction (2.9). | 4.20 hrs. |
| 08/03/11 | M. D. ASHLEY | Reviewed proposed court order regarding confirmation hearing findings and conclusions and related correspondence (.5). | 0.50 hrs. |
| 08/03/11 | D. M. LeMAY | Review proposed order re: use of findings and conclusions. | 0.50 hrs. |
| 08/03/11 | M. ROITMAN | Draft memorandum re: bankruptcy appeals process and legal issues (0.7) | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 08/03/11 | R. J. GAYDA | Research re recent decision on jurisdiction(2.1); review and revise memorandum re application of Stern (.4). | 2.50 hrs. |
|---|---|---|---|
| 08/03/11 | A. ROSENBLATT | Further review and analysis of proposed confirmation order and compare trust-related provisions with confirmation order in recent similar Chapter 11 case (1.4). | 1.40 hrs. |
| 08/03/11 | J. MARRERO | Conference with A.Rosenblatt re draft confirmation order (0.3); revise draft confirmation order (0.8) | 1.10 hrs. |
| 08/04/11 | A. ROSENBLATT | Review plan provisions related to DOL claims (.4) | 0.40 hrs. |
| 08/04/11 | R. J. GAYDA | Review DCL Plan and litigation to be settled thereunder (.7); review research re settlement and final orders regarding settlements (1.1); research re what "related to" jurisdiction issue (1.3). | 3.10 hrs. |
| 08/04/11 | J. MARRERO | Review draft proposed confirmation order | 1.10 hrs. |
| 08/04/11 | M. ROITMAN | Continue to draft memorandum re: bankruptcy appeals process and legal issues (2.2) | 2.20 hrs. |
| 08/04/11 | D. M. LeMAY | Work on confirmation order revisions. | 0.80 hrs. |
| 08/04/11 | Y. YOO | Continued researching issue re "related to" jurisdiction. | 4.10 hrs. |
| 08/04/11 | M. D. ASHLEY | Emails with D. LeMay, J. Sottile, R. Schwinger regarding remaining confirmation hearing evidentiary issues (.3); reviewed pleadings and correspondence relating to open evidentiary issues (.8). | 1.10 hrs. |
| 08/04/11 | H. SEIFE | Meeting with J.Conlan regarding plan issues (1.2); review of status update on document admissibility (.3). | 1.50 hrs. |

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/05/11 | D. M. LeMAY | Review draft confirmation order. | 1.10 hrs. |
| 08/05/11 | M. D. ASHLEY | Reviewed draft DCL letter to Court regarding order relating to confirmation hearing findings (.1); emails with DCL counsel regarding draft letter (.2); reviewed related pleadings and correspondence (.3). | 0.60 hrs. |
| 08/05/11 | M. ROITMAN | Further drafting of memorandum re: bankruptcy appeals process and legal issues (6.1) | 6.10 hrs. |
| 08/05/11 | R. J. GAYDA | Review case docket in similar Ch. 11 case for pleadings re Stern decision in certain adversary proceeding (.4) and research re same (.5). | 0.90 hrs. |
| 08/05/11 | A. ROSENBLATT | Review draft of Committee memorandum re: Stern case analysis and potential impact on Tribune plan. | 0.50 hrs. |
| 08/07/11 | R. J. GAYDA | Review and revise memorandum re jurisdictional issue (1.2). | 1.20 hrs. |
| 08/08/11 | M. D. ASHLEY | Reviewed correspondence relating to proposed order regarding findings and conclusions (.6). | 0.60 hrs. |
| 08/08/11 | A. ROSENBLATT | Final review of draft confirmation order in advance of meeting with J. Marrero (.7). | 0.70 hrs. |
| 08/08/11 | J. MARRERO | Conference with A.Rosenblatt re: draft confirmation order (0.1); Review and analysis of confirmation orders in similar Chapter 11 cases re related issues (1.7). | 1.80 hrs. |
| 08/08/11 | M. ROITMAN | Research re: stay pending appeal (4.3); Draft memorandum re: bankruptcy appeals process and legal issues (1.5) | 5.80 hrs. |
| 08/09/11 | M. ROITMAN | Continue to draft memorandum re: bankruptcy appeals process and legal issues (4.1) | 4.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                Page    5
CHICAGO, IL 60611

| 08/09/11 | J. MARRERO | Review confirmation order | 1.50 hrs. |
| 08/09/11 | Y. YOO | Reviewed and analyzed outline chart of Committee's litigation claims (.6); corresponded by phone with Eric Daucher re: same (.2); discussed same with Robert Gayda (.1); discussed Dept. of Labor settlement and resolicitation considerations with Andrew Rosenblatt (.2); reviewed relevant pleadings in similar Ch. 11 case implicating Stern v. Marshall (2.5); discussed ongoing Stern v. Marshall issue analysis with Robert Gayda (.2); discussed same with Eric Daucher (.2); corresponded by email with Eric Daucher re: same (.3). | 4.30 hrs. |
| 08/09/11 | R. J. GAYDA | Detailed review of pleadings relating to Stern decision filed in similar case adversary proceeding (3.6); discuss same with Y. Yoo and E. Daucher (.4); review updated chart re causes of action settled by Tribune DCL Plan (1.3); research re various cases highlighted in relevant pleadings (1.7). | 7.00 hrs. |
| 08/09/11 | A. ROSENBLATT | Review prior memorandum re: standard for resolicitation of plan (.4) and discuss resolicitation issue/research with Y. Yoo (.2). | 0.60 hrs. |
| 08/09/11 | H. SEIFE | Conference with R.Gayda regarding jurisdictional issues (.5); conference with M.Roitman regarding appeal analysis (.4). | 0.90 hrs. |
| 08/09/11 | E. DAUCHER | Review new development re: bankruptcy court's jurisdiction to enter final orders (2.7); revise memo re: same (2.1). | 4.80 hrs. |
| 08/09/11 | T. J. MCCORMACK | Review status report from M. Ashley on evidentiary issues, shareholder discovery and ERISA litigation (0.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    September 27, 2011
435 N. MICHIGAN AVENUE                                          Page    6
CHICAGO, IL 60611

| 08/10/11 | E. DAUCHER | Review numerous jurisdictional decisions (8.3); discussions with Y. Yoo re: same (.5). | 8.80 hrs. |
| 08/10/11 | A. ROSENBLATT | Meet with J. Marrero re: comments to confirmation order (1.0). | 1.00 hrs. |
| 08/10/11 | R. J. GAYDA | Detailed review of pleadings filed by certain parties in similar Ch 11 proceedings (1.2); draft memorandum re Stern (1.9); review DCL and Noteholder plans re settlement and parties involved (.5); research re urisdiction issue (1.1); meeting with Y. Yoo re open issues (.5); review supplemental briefs filed in recent similar large Ch 11 case for relevant issues (1.7); email correspondence with D. Bava re same (.4); email correspondence with Y. Yoo and E. Daucher re settlement/final adjudication issues (.3). | 7.60 hrs. |
| 08/10/11 | M. D. ASHLEY | Emails with T. McCormack regarding status of confirmation proceedings (.3); reviewed pleadings and correspondence regarding confirmation status (1.1). | 1.40 hrs. |
| 08/10/11 | J. MARRERO | Review and edit draft confirmation order (1.1); conference with A Rosenblatt re same (1.0); revise draft confirmation order (1.2) | 3.30 hrs. |
| 08/10/11 | Y. YOO | Reviewed new caselaw development re: jurisdiction issue (5.4); drafted and revised case summaries of same (2.2); corresponded by email with Robert Gayda re: competing plans in Tribune (.4); discussed Stern analysis with Robert Gayda (.5). | 8.50 hrs. |
| 08/10/11 | M. ROITMAN | Research re: stay pending appeal (1.1); Draft memorandum re: bankruptcy appeals and legal issues (1.2) | 2.30 hrs. |
| 08/10/11 | M. DISTEFANO | Research for appeals memo (1.1). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/11/11 | Y. YOO | Corresponded by email with Robert Gayda, Eric Daucher and David Bava re: post-trial briefing in WaMu (.6); reviewed Debtors' and various parties' post- trial briefs in WaMu (6.1); corresponded by phone with Eric Daucher re: drafting executive summaries of same (.2); discussed same with Robert Gayda  (.2); corresponded by email with Robert Gayda re: same (.2); corresponded by phone with Eric Daucher re: review of post-trial briefing (.2); discussed post-trial brief analyses with Eric Daucher (.4). | 7.90 hrs. |
| 08/11/11 | M. DISTEFANO | Further research for appeals memo (1.2); | 1.20 hrs. |
| 08/11/11 | H. SEIFE | Review of Stern and appeal issues. | 1.20 hrs. |
| 08/11/11 | E. DAUCHER | Research and drafting re: analysis related to bankruptcy court jurisdiction. | 9.90 hrs. |
| 08/11/11 | R. J. GAYDA | Review Debtors supplemental pleadings filed in similar Ch 11 case (1.3); discuss Stern memo and next steps with Y. Yoo (.4); review supplemental pleadings in similar large Ch 11 case for relevant issues  (1.1). | 2.80 hrs. |
| 08/11/11 | M. ROITMAN | Continue to draft memorandum re: bankruptcy appeals and legal issues (3.2) | 3.20 hrs. |
| 08/12/11 | M. ROITMAN | Draft memorandum re: bankruptcy appeals and legal issues (2.8) | 2.80 hrs. |
| 08/12/11 | A. ROSENBLATT | Review blackline of confirmation order with C&P preliminary comments incorporated. | 0.40 hrs. |
| 08/12/11 | R. J. GAYDA | Detailed review of pleadings summary analysis prepared by Y. Yoo (1.0) and discuss same with Y.Yoo (.2). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/12/11 | E. DAUCHER | Further research for and revisions to memorandum on bankruptcy court jurisdictional issues (3.6); discuss same with Y. Yoo (.2) and R. Gayda (.2). | 4.00 hrs. |
| 08/12/11 | Y. YOO | Continued reviewing various post-trial briefs in similar Ch 11 (.5); drafted and revised executive summaries of same (2.1); corresponded by phone with Eric Daucher re: same (.2); conference with Robert Gayda re: same (.2); continued reviewing new caselaw development re: court's jurisdictional authority (2.8); drafted and revised case summaries of same (1.2). | 7.00 hrs. |
| 08/15/11 | M. DISTEFANO | Continue drafting part of appeals memo (4.8); | 4.80 hrs. |
| 08/15/11 | Y. YOO | Corresponded by phone with Eric Daucher re: caselaw development re: jurisdiction (.2); corresponded by email with Eric Daucher re: same (.2); continued reviewing new caselaw development re: court's jurisdiction (1.7); drafted and revised case summaries of same (.6); conference with Eric Daucher re: same (.2). | 2.90 hrs. |
| 08/15/11 | M. ROITMAN | Further drafting memorandum re: bankruptcy appeals and legal issues (1.8) | 1.80 hrs. |
| 08/15/11 | J. MARRERO | Review edits to draft confirmation order | 0.50 hrs. |
| 08/15/11 | E. DAUCHER | Review additional cases on jurisdiction issues (2.9); conferences re same with Y. Yoo (.8); synthesize research with materials prepared by Y. Yoo (1.5). | 5.20 hrs. |
| 08/16/11 | E. DAUCHER | Further analysis of recent jurisdiction-related cases (.8); confs with Y.Yoo re same (.8); drafting re: jurisdiction issue (1.6). | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 27, 2011
435 N. MICHIGAN AVENUE                                  Page    9
CHICAGO, IL 60611

| 08/16/11 | R. J. GAYDA | Detailed review of draft jurisdiction memorandum (.7); review Bankruptcy Court decision in similar Ch 11 case re jurisdiction (.9); research re consent issues (1.2). | 2.80 hrs. |
| 08/16/11 | M. ROITMAN | Continue to draft memorandum re: bankruptcy appeals and legal issues (2.0); specific legal research related to same (2.7). | 4.70 hrs. |
| 08/16/11 | Y. YOO | Researched issue re: modification and resolicitation standards under section 1127 and Rule 3019 (2.1); corresponded by email with Andrew Rosenblatt re: same (.1); reviewed Case Management Order in similar Ch 11 case (1.9); corresponded by email with Eric Daucher re: jurisdiction (.2); discussed analysis of court's jurisdiction with Robert Gayda (.3); corresponded by email with Eric Daucher re: newly reported caselaw on court's jurisdiction (.2); discussed same with Bonnie Dye (.3); corresponded by phone with Eric Daucher re: same (.7). | 5.80 hrs. |
| 08/16/11 | J. MARRERO | Draft email to Local Counsel and Special Counsel re: draft confirmation order | 0.20 hrs. |
| 08/16/11 | M. DISTEFANO | Continue drafting appeals memo (6.7); | 6.70 hrs. |
| 08/17/11 | M. ROITMAN | Further drafting of memorandum re: bankruptcy appeals and related legal issues (5.9) | 5.90 hrs. |
| 08/17/11 | M. DISTEFANO | Continue drafting insert for appeals memo (4.6); | 4.60 hrs. |
| 08/17/11 | Y. YOO | Continued researching issue re: modification and resolicitation standards under section 1127 and Rule 3019 (4.4); corresponded by email with Andrew Rosenblatt re: same (.1); continued reviewing new caselaw development re: court's jurisdiction (1.1); drafted and | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE               September 27, 2011
435 N. MICHIGAN AVENUE                                      Page    10
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                       |            |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | revised case summaries of same (.3); corresponded by phone with Eric Daucher re: same (.2).                                                                                                                                                                                                                                                                                                                              |            |
| 08/17/11   | D. M. LeMAY    | Work on confirmation order revisions.                                                                                                                                                                                                                                                                                                                                                                                   | 2.60 hrs.  |
| 08/17/11   | E. DAUCHER     | Finalize analysis of recent case law on jurisdiction.                                                                                                                                                                                                                                                                                                                                                                   | 2.10 hrs.  |
| 08/18/11   | E. DAUCHER     | Call with Y. Yoo re: case law on jurisdiction.                                                                                                                                                                                                                                                                                                                                                                          | 0.20 hrs.  |
| 08/18/11   | R. J. GAYDA    | Research and review various bankruptcy court decisions re jurisdiction (1.8); review claims chart prepared by Y. Yoo and E. Daucher re nature of actions (2.6).                                                                                                                                                                                                                                                           | 4.40 hrs.  |
| 08/18/11   | D. E. DEUTSCH  | Review parts of confirmation order (.4); discuss follow-up thereon with Jessica Marrero (.1).                                                                                                                                                                                                                                                                                                                            | 0.50 hrs.  |
| 08/18/11   | A. ROSENBLATT  | Review cases on resolicitation in preparation for memo re: settlement of DOL claims                                                                                                                                                                                                                                                                                                                                      | 0.80 hrs.  |
| 08/18/11   | Y. YOO         | Continued reviewing new caselaw re: court's jurisdiction (1.3); drafted and revised case summaries of same (.9); corresponded by email with Eric Daucher re: same (.2); corresponded by email with Robert Gayda re: same (.2); corresponded by email with Eric Daucher re: claims allowance process (.3); discussed same with Eric Daucher (.1); continued researching issue re: modification and resolicitation standards under section 1127 and Rule 3019 (1.5); reviewed proposed Neil v. Zell settlement for modifications to creditor treatment under Plan (1.8); drafted and revised research memorandum re: modification and resolicitation standards under section 1127 and Rule 3019 (.3). | 6.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page    11
CHICAGO, IL 60611

| 08/18/11 | J. MARRERO | Conference with D.Deutsch re: review of draft confirmation order (0.2); review DCL Plan re: draft confirmation order (0.3) | 0.50 hrs. |
|---|---|---|---|
| 08/18/11 | M. ROITMAN | Continue to draft memorandum re: bankruptcy appeals process and legal issues (6.3) | 6.30 hrs. |
| 08/19/11 | Y. YOO | Continued researching issue re: modification and resolicitation standards under section 1127 and Rule 3019 (.7); continued drafting and revising research memorandum re: modification and resolicitation standards under section 1127 and Rule 3019 (5.9); discussed same with Andrew Rosenblatt (.2). | 6.80 hrs. |
| 08/19/11 | A. ROSENBLATT | Meet with Yoo re: materiality standard for resolicitation and application of same to proposed settlement with DOL | 0.30 hrs. |
| 08/19/11 | D. E. DEUTSCH | Review provisions related to professional fee issues in draft confirmation order and edit same (.5). | 0.50 hrs. |
| 08/19/11 | R. J. GAYDA | Review and revise Stern memorandum (1.3); research re pleadings in similar Ch 11 case (1.7). | 3.00 hrs. |
| 08/22/11 | J. MARRERO | Research treatment of preference claims under DCL and Noteholder Plan (0.5); email correspondence with M.Towers re: same (0.3) | 0.80 hrs. |
| 08/22/11 | F. VAZQUEZ | Review and revise memo re appeal process (2.4); Conference with Roitman re confirmation status (.1). | 2.50 hrs. |
| 08/22/11 | D. E. DEUTSCH | Discuss plan litigation matter with Helen Lamb (.2); e-mail Ali Nellos and Bob Schwinger re: same (.2). | 0.40 hrs. |

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/22/11 | E. DAUCHER | Research and drafting re settlement and claims allowance processes. | 2.10 hrs. |
| 08/22/11 | Y. YOO | Continued drafting and revising research memorandum re: modification and resolicitation standards under section 1127 and Rule 3019 (2.1); corresponded by email with Marc Roitman re: Neil v. Zell settlement issue (.1); discussed same with Douglas Deutsch (.2). | 2.40 hrs. |
| 08/22/11 | M. ROITMAN | Work on draft memorandum re: bankruptcy appeals process and legal issues (3.1) | 3.10 hrs. |
| 08/22/11 | R. J. GAYDA | Detailed review of summary of Stern- related case law prepared by Y. Yoo and E. Daucher (1.2); research and review relevant cases (1.5). | 2.70 hrs. |
| 08/23/11 | F. VAZQUEZ | Review and revise part of memo re appeal process (.8); Conference with Roitman re memo on appeal process (.3). | 1.10 hrs. |
| 08/23/11 | A. K. NELLOS | Confer with R. Schwinger regarding discovery and Relativity issues (.3). Exchange emails with L. Moloney and P. Kelly regarding same (.6). | 0.90 hrs. |
| 08/23/11 | D. E. DEUTSCH | Review detailed memorandum re: plan appeal matters (1.2) and discuss further analysis and next steps on same with Marc Roitman (.2). | 1.40 hrs. |
| 08/23/11 | M. ROITMAN | Revise memo re: bankruptcy appeals and legal issues (1.7); Meet with D. Deutsch re: same (0.2) | 1.90 hrs. |
| 08/23/11 | R. J. GAYDA | Review articles re jurisdiction (.3); review and revise memo re jurisdiction (1.0). | 1.30 hrs. |
| 08/24/11 | M. ROITMAN | Call with A. Nellos re: Relativity documents (0.2) | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 27, 2011
435 N. MICHIGAN AVENUE                                 Page   13
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/24/11 | A. K. NELLOS | Review information in Relativity (.8). Participate in call (.6) and exchange emails with Complete Documents (.2) regarding Relativity issues. | 1.60 hrs. |
| 08/24/11 | Y. YOO | Corresponded by phone with Eric Daucher re: reviewing and revising draft Committee memorandum on jurisdiction issues (.1); continued drafting and revising research memorandum re: modification and resolicitation standards under section 1127 and Rule 3019 (3.4); discussed Neil v. Zell settlement dilution of general unsecured creditor pool recovery with Douglas Deutsch (.2). | 3.70 hrs. |
| 08/24/11 | E. DAUCHER | Discussion with Y. Yoo re: jurisdiction analysis. | 0.10 hrs. |
| 08/24/11 | A. ROSENBLATT | Review part of memorandum re: appeals process and provide comments to same. | 1.90 hrs. |
| 08/25/11 | A. ROSENBLATT | Complete review and analysis of appeals memorandum (.7) and meet with Roitman to discuss comments to same (.6); review draft confirmation order in connection with same (.4). | 1.70 hrs. |
| 08/25/11 | E. DAUCHER | Research and drafting re: precedent for intertwinement with claims allowance process. | 3.80 hrs. |
| 08/25/11 | Y. YOO | Continued revising draft Committee memorandum on jurisdiction (4.4); discussed same with Robert Gayda (.2); corresponded by email with Eric Daucher re: same (.3); continued reviewing caselaw re: court's jurisdictional authority (1.5); drafted insert for case summaries of same (2.4); corresponded by email with Robert Gayda and Eric Daucher re: same (.2); discussed research re: standards by which issues are necessarily resolved in claims allowance process with Eric | 9.30 hrs. |

|  |  | Daucher (.3). |  |
|---|---|---|---|
| 08/25/11 | M. ROITMAN | Revise memo re: bankruptcy appeals and related legal issues (1.0); confer with A. Rosenblatt re: same (0.6) | 1.60 hrs. |
| 08/25/11 | D. E. DEUTSCH | Exchange e-mails with Ali Nellos re: next steps with Relativity documents (.3). | 0.30 hrs. |
| 08/25/11 | R. J. GAYDA | Review and analysis of several recent court decisions for case law developments re courts' jurisdictional authority (3.4); review and revise related memorandum (1.5); discuss same with Y. Yoo (.5). | 5.40 hrs. |
| 08/26/11 | M. D. ASHLEY | Reviewed transcripts of court hearings (.6); emails with T. McCormack regarding court hearings (.2). | 0.80 hrs. |
| 08/26/11 | Y. YOO | Continued revising draft Committee memorandum on jurisdiction (4.6); continued reviewing new caselaw development re: court's jurisdictional authority (1.5); drafted and revised case summaries of same (.9). | 7.00 hrs. |
| 08/26/11 | A. K. NELLOS | Confer with D. Deutsch regarding Relativity issues (.2). Exchange emails with P. Kelly regarding same (.3). | 0.50 hrs. |
| 08/26/11 | A. ROSENBLATT | Review status of discussions between debtor and DOL re: possible settlement and timing for possible plan amendment re: same. | 0.50 hrs. |
| 08/29/11 | M. ROITMAN | Revise memo re: bankruptcy appeals and legal issues (4.1) | 4.10 hrs. |
| 08/29/11 | Y. YOO | Continued revising draft Committee memorandum on jurisdiction (10.5). | 10.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 27, 2011
435 N. MICHIGAN AVENUE                              Page   15
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 08/30/11 | Y. YOO | Continued revising part of draft Committee memorandum on jurisdiction(3.1); continued reviewing new caselaw development re: court's jurisdictional authority over plan confirmation (1.1); drafted and revised case summaries of same (.7); corresponded by email with Eric Daucher re: same (.2); corresponded by phone with Robert Gayda re: draft Committee memorandum on jurisdiction (.1).; corresponded by email with Eric Daucher re: same (.2). | 4.40 hrs. |
| 08/30/11 | H. SEIFE | Review of draft memo regarding appeal issues. | 1.00 hrs. |
| 08/30/11 | R. J. GAYDA | Review and revise jurisdiction memo (1.2); review and revise summaries of applicable case law (1.0); detailed review of DCL Disclosure Statement and Plan (1.4); discuss same with H. Seife and Y. Yoo (.4); detailed research re WaMu cases (1.6); review and analysis of related issues in recent case (1.5). | 7.10 hrs. |
| 08/30/11 | M. ROITMAN | Revise memorandum re: bankruptcy appeals process (.5); correspond with A. Landis re: same (0.2); confer/correspond with H. Seife re: same (0.2) | 0.90 hrs. |
| 08/31/11 | A. ROSENBLATT | Review proposed Plan amendment sent from Sidley re: the DOL settlement and J. Johnson comments to same (.5); review Plan to confirm accuracy of same (.3). | 0.80 hrs. |
| 08/31/11 | R. J. GAYDA | Detailed review of DCL Disclosure Statement and Plan (2.2); review briefs in similar Ch 11 cases (1.5); review Committee complaints (1.1); detailed review of examiner's report (3.4); meeting with Y. Yoo and E. Daucher re memo on jurisdiction (.8); further review of recent court decisions re court's jurisdictional | 10.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 27, 2011
435 N. MICHIGAN AVENUE                                       Page   16
CHICAGO, IL 60611

authority (1.4).

| 08/31/11 | Y. YOO | Corresponded by email with Robert Gayda re: draft Committee memorandum on jurisdiction issue (.6); continued revising draft Committee memorandum on same (8.8); attended meeting with Robert Gayda and Eric Daucher re: same (.5); corresponded by email with Robert Gayda and Eric Daucher re: same (.7); reviewed similar case transcript for developments in court's jurisdictional authority arguments(1.3); discussed analysis with Robert Gayda (.4). | 12.30 hrs. |
| 08/31/11 | E. DAUCHER | Meeting with R. Gayda and Y. Yoo re: jurisdiction analysis (.7); continue drafting memo re: same (.9). | 1.60 hrs. |

**Total Fees for Professional Services.............. $197,249.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 895.00 | 5.00 | 4475.00 |
| H. SEIFE | 985.00 | 6.40 | 6304.00 |
| R. A. SCHWINGER | 795.00 | .50 | 397.50 |
| T. J. MCCORMACK | 855.00 | .30 | 256.50 |
| M. D. ASHLEY | 675.00 | 5.90 | 3982.50 |
| A. ROSENBLATT | 725.00 | 14.60 | 10585.00 |
| D. E. DEUTSCH | 725.00 | 3.10 | 2247.50 |
| F. VAZQUEZ | 645.00 | 3.60 | 2322.00 |
| A. K. NELLOS | 645.00 | 3.90 | 2515.50 |
| E. DAUCHER | 425.00 | 50.40 | 21420.00 |
| R. J. GAYDA | 625.00 | 75.30 | 47062.50 |
| J. MARRERO | 375.00 | 14.40 | 5400.00 |
| M. DISTEFANO | 375.00 | 18.40 | 6900.00 |
| M. ROITMAN | 425.00 | 61.90 | 26307.50 |
| Y. YOO | 495.00 | 115.30 | 57073.50 |
| TOTALS | | 379.00 | 197249.00 |