# EXHIBIT "B"

# EXHIBIT "B" -- PROFESSIONAL SERVICES -- SUMMARIZED BY ACTIVITIES

August 1, 2011 through and including August 31, 2011

| Project Code | Description | Hour | Amount |
|---|---|---|---|
| 5735.00001 | Business Analysis | 2.9 | 1,870.50 |
| 5735.00004 | Current Financials | 77.4 | 44,823.00 |
| 5735.00005 | Prospective Financials | 6.9 | 4,272.00 |
| 5735.00007 | Employee Issues | 128.0 | 76,714.50 |
| 5735.00008 | Plan of Reorganization | 4.1 | 2,296.00 |
| 5735.00012 | Asset Sales | 2.1 | 1,354.50 |
| 5735.00015 | UCC Meetings | 6.9 | 4,263.50 |
| 5735.00017 | Billing and Retention | 13.2 | 7,675.50 |
| | | **241.5** | **$143,269.50** |

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 08/04/11 | BH | Review and analyze current Moelis Media Report. | 0.60 |
| 08/10/11 | BH | Review and analyze data on Tribune participation in development of content for Tablet delivery. | 1.80 |
| 08/31/11 | BH | Review latest Moelis Media Update. | 0.50 |
| | | **Total Hours** | **2.90** |

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 2.90 | 645.00 | 1,870.50 |
| **Total Hours & Fees** | **2.90** | | **1,870.50** |

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/01/11 | ANL | Prepared weekly status update to UCC. | 1.20 |
| 08/03/11 | BH | Review weekly financial results in comparison to Plan and report to UCC. | 2.20 |
| 08/04/11 | ANL | Reviewed weekly revenue flash reports. | 1.50 |
| 08/04/11 | ANL | Reviewed weekly cash results and 13 week cash forecast. | 1.80 |
| 08/04/11 | ANL | Prepared weekly status update to UCC. | 1.70 |
| 08/05/11 | ANL | Reviewed Viacom and Time Warner Q2 earnings. | 1.20 |
| 08/05/11 | ANL | Reviewed weekly revenue flash reports. | 1.60 |
| 08/05/11 | ANL | Prepared weekly status update to UCC. | 1.70 |
| 08/08/11 | ANL | Reviewed weekly revenue flash reports. | 1.10 |
| 08/09/11 | ANL | Reviewed weekly revenue flash reports. | 1.10 |
| 08/09/11 | ANL | Prepared weekly status update to UCC. | 2.50 |
| 08/09/11 | BH | Analyze Period 7 operating performance compared to Plan. | 2.80 |
| 08/09/11 | BH | Review and analyze weekly performance compared to Plan and report to UCC. | 2.10 |
| 08/10/11 | ANL | Reviewed information on Tribune digital strategy. | 1.60 |
| 08/11/11 | ANL | Reviewed weekly revenue flash and cash flow data. | 2.10 |
| 08/11/11 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 08/12/11 | ANL | Prepared weekly status update to UCC. | 1.20 |
| 08/15/11 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 08/16/11 | ANL | Prepared weekly status update to UCC. | 1.20 |
| 08/16/11 | BH | Review and analyze weekly financial results compared to Plan and report to Committee. | 2.20 |
| 08/17/11 | BH | Review monthly financial results for period 7. | 1.80 |
| 08/17/11 | ANL | Prepared weekly status update to UCC. | 1.20 |
| 08/17/11 | ANL | Reviewed July YTD results. | 2.30 |
| 08/18/11 | ANL | Prepared weekly status update to UCC and weekly revenue flash reports. | 2.30 |
| 08/18/11 | ANL | Reviewed July YTD results and brown books. | 2.10 |
| 08/18/11 | ANL | Reviewed Xerox stipulation agreement. | 2.50 |
| 08/19/11 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 08/19/11 | ANL | Reviewed July YTD results. | 2.80 |
| 08/19/11 | BH | Participate in conference call hosted by Tribune to review monthly financial performance. | 0.70 |
| 08/22/11 | ANL | Prepared weekly status update to UCC. | 1.20 |
| 08/22/11 | ANL | Reviewed July YTD results. | 1.70 |
| 08/23/11 | ANL | Reviewed weekly revenue and cash reports. | 1.70 |
| 08/23/11 | ANL | Reviewed July YTD publishing and broadcasting results. | 2.70 |

Re:                  Current Financials
Client/Matter #      005735.00004

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 08/24/11 | BH | Review and analyze weekly financial results and compare to Plan and report to Committee. | 2.40 |
| 08/26/11 | BH | Draft comments for verbal presentation of financial results to Committee. | 1.00 |
| 08/26/11 | ANL | Reviewed weekly revenue flash and cash reports. | 1.70 |
| 08/26/11 | ANL | Reviewed July YTD publishing and broadcasting results. | 2.30 |
| 08/29/11 | ANL | Prepared weekly status update. | 1.80 |
| 08/29/11 | ANL | Reviewed July 2011 Brown book. | 1.50 |
| 08/30/11 | ANL | Prepared weekly status update. | 2.30 |
| 08/30/11 | ANL | Reviewed weekly revenue flash reports, cash reports and industry news. | 1.80 |
| 08/30/11 | BH | Review and analyze weekly financial results compared to Plan and report to Committee. | 2.20 |
| 08/31/11 | ANL | Reviewed weekly revenue flash reports, cash reports and industry news. | 1.80 |
| | | **Total Hours** | **77.40** |

Re:                           Current Financials
Client/Matter #           005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 60.00 | 560.00 | 33,600.00 |
| Brad Hall | 17.40 | 645.00 | 11,223.00 |
| **Total Hours & Fees** | **77.40** | | **44,823.00** |

Re:                      Prospective Financials
Client/Matter #          005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/08/11 | BH | Review and analyze the financial impact of the proposed services for printing and delivery of the Chicago sun-Times. | 1.20 |
| 08/10/11 | ANL | Reviewed 2011 Plan presentations. | 2.10 |
| 08/17/11 | BH | Review and analyze headcount reduction and plans for additional reductions for the second half of 2011 and 2012. | 2.30 |
| 08/20/11 | BH | Draft memo to Committee Co-Chairs on the status of projected staff reductions at Tribune. | 1.30 |
| | | **Total Hours** | **6.90** |

Re:                          Prospective Financials
Client/Matter #              005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 2.10 | 560.00 | 1,176.00 |
| Brad Hall | 4.80 | 645.00 | 3,096.00 |
| **Total Hours & Fees** | **6.90** | | **4,272.00** |

Re:                    Employee Issues
Client/Matter #        005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/01/11 | ANL | Reviewed comparable bankruptcy incentive plans. | 3.70 |
| 08/01/11 | ANL | Reviewed Mercer reports on 2009, 2010 and 2011 MIP. | 3.30 |
| 08/01/11 | BH | Review Organization Chart in relation to 2011 MIP request. | 1.40 |
| 08/02/11 | BH | Phone call with Tribune advisors to discuss status of 2011 MIP request. | 0.50 |
| 08/02/11 | BH | Phone call with Tribune advisors on the responsibilities of each of Senior Executive Management Team in relation to proposed 2011 MIP. | 1.30 |
| 08/02/11 | BH | Draft memo to Chadbourne on the role of Tribune CRO and 2011 MIP request. | 0.60 |
| 08/02/11 | ANL | Reviewed comparable bankruptcy incentive plans from 2009-2011. | 4.50 |
| 08/02/11 | ANL | Prepared presentation on 2011 MIP to UCC. | 2.60 |
| 08/02/11 | ANL | Reviewed Mercer reports on 2009, 2010 and 2011 MIP. | 3.30 |
| 08/03/11 | ANL | Reviewed comparable bankruptcy incentive plans from 2009-2011. | 3.10 |
| 08/03/11 | ANL | Prepared presentation on 2011 MIP to UCC. | 3.20 |
| 08/03/11 | ANL | Reviewed senior lenders counterproposal on 2011 MIP. | 0.80 |
| 08/03/11 | BH | Call with UCC Co-Chairs to discuss 2011 MIP negotiation status. | 1.00 |
| 08/03/11 | BH | Draft interim report to UCC on 2011 MIP status of negotiation and open issues. | 3.80 |
| 08/03/11 | BH | Call with Tribune advisors to discuss MIP counterproposal offered by Senior Lender group. | 0.80 |
| 08/03/11 | BH | Review payments to insiders at Step 1 & 2 and participation of insiders in 2011 MIP. | 1.50 |
| 08/03/11 | AH | Review all work product re: MIP and conference call w/ counsel and UCC chairs re: same | 1.50 |
| 08/04/11 | BH | Review payments made to EGI-TRB individuals at Step 1 & 2 and compare to 2011 MIP request. | 2.40 |
| 08/04/11 | BH | Review updated Tribune organization chart and compare to 2011 MIP request. | 1.50 |
| 08/04/11 | ANL | Reviewed Mercer reports on 2009, 2010 and 2011 MIP. | 2.30 |
| 08/05/11 | ANL | Reviewed 2011 MIP plan details. | 1.50 |
| 08/05/11 | BH | Review the proposed separation agreements with Gremillion and Amsden. | 1.30 |
| 08/08/11 | BH | Revise memo to Committee on the Gremillion and Amsden separation agreements. | 0.80 |
| 08/08/11 | BH | Review revisions to 2011 MIP request as proposed by Tribune. | 0.60 |

Re:                          Employee Issues
Client/Matter #              005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/08/11 | BH | Review the payments made to Senior Executives in the 2010 MIP compared to the 2011 MIP proposal. | 0.90 |
| 08/08/11 | ANL | Reviewed CBA research. | 1.20 |
| 08/08/11 | ANL | Reviewed severance plans details. | 2.20 |
| 08/09/11 | ANL | Reviewed severance plans details. | 2.50 |
| 08/09/11 | ANL | Reviewed Mercer reports. | 1.30 |
| 08/09/11 | BH | Draft memo to Committee on Gremillion and Amsden separation agreements. | 0.70 |
| 08/10/11 | ANL | Reviewed separation agreements for Tribune senior executives. | 3.20 |
| 08/10/11 | ANL | Reviewed 2010 and 2011 MIP details. | 1.30 |
| 08/10/11 | AH | Review C&P memos and other information re: MIP program and proposed severance for two executives | 0.40 |
| 08/10/11 | AH | Weekly conference call w/ professionals and UCC co-chairs, focus on MIP and severance | 0.60 |
| 08/11/11 | ANL | Reviewed separation agreements for Tribune senior executives. | 2.20 |
| 08/11/11 | ANL | Prepared severance comp analysis. | 3.10 |
| 08/11/11 | BH | Call with Chadbourne on consistency of Tribune separation agreement terms. | 0.50 |
| 08/11/11 | BH | Review historical and projected payments to Gremillion and Amsden and draft memo to Chadbourne on same. | 2.90 |
| 08/12/11 | BH | Revise memo to Committee on Gremillion and Amsden separation agreements. | 0.70 |
| 08/12/11 | ANL | Reviewed updated 2011 MIP proposal. | 3.20 |
| 08/12/11 | ANL | Reviewed comp MIP plans. | 0.80 |
| 08/15/11 | ANL | Reviewed updated 2011 MIP proposal. | 2.20 |
| 08/15/11 | ANL | Reviewed 2011 MIP draft motion. | 1.80 |
| 08/15/11 | BH | Review proposed 2011 MIP motion and exhibits. | 1.60 |
| 08/16/11 | BH | Revise proposed 2011 MIP order. | 0.80 |
| 08/16/11 | ANL | Reviewed updated 2011 MIP proposal. | 1.30 |
| 08/18/11 | BH | Review and analyze Michael Gart severance arrangements. | 1.00 |
| 08/18/11 | BH | Draft response to Committee member on Tribune projected staffing levels. | 0.80 |
| 08/19/11 | ANL | Reviewed Mercer report and MIP motion. | 2.60 |
| 08/22/11 | ANL | Prepared 2011 MIP presentation to UCC. | 2.80 |
| 08/22/11 | ANL | Reviewed Mercer report and MIP motion. | 3.50 |
| 08/22/11 | MPM | Reviewed 2011 MIP presentation to UCC. | 1.20 |
| 08/22/11 | BH | Review and analyze Michael Gart separation agreement and | 0.60 |

Re:              Employee Issues
Client/Matter #  005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | draft memo to Chadbourne on same. | |
| 08/23/11 | BH | Draft updated report to Committee on revised 2011 MIP as proposed by Tribune. | 3.80 |
| 08/23/11 | BH | Review and analyze updated Mercer report. | 2.50 |
| 08/23/11 | AH | Review report on revised MIP and provide comments to team | 0.80 |
| 08/23/11 | ANL | Prepared 2011 MIP presentation to UCC. | 3.30 |
| 08/23/11 | ANL | Reviewed draft 2011 MIP motion. | 2.10 |
| 08/24/11 | ANL | Prepared 2011 MIP presentation to UCC. | 3.30 |
| 08/24/11 | ANL | Reviewed separation agreements for Tribune senior executives. | 2.10 |
| 08/24/11 | ANL | Reviewed draft 2011 MIP motion. | 1.60 |
| 08/24/11 | MPM | Reviewed 2011 MIP motion & order draft. | 0.50 |
| 08/24/11 | MPM | Reviewed Mercer report and 2011 MIP proposal. | 0.80 |
| 08/24/11 | BH | Revise report to Committee on revised 2011 MIP and send draft to Chadbourne. | 1.50 |
| 08/25/11 | BH | Discussion with Chadbourne on MIP report and presentation to Committee. | 1.20 |
| 08/25/11 | ANL | Prepared 2011 MIP presentation to UCC. | 2.50 |
| 08/26/11 | ANL | Reviewed 2011 MIP motion. | 1.30 |
| 08/29/11 | ANL | Reviewed 2011 MIP details and Mercer report. | 1.60 |
| 08/31/11 | ANL | Reviewed N. Sachs and Gart separation agreements and severance information. | 1.80 |
| 08/31/11 | BH | Review and analyze separation agreement and terms for Naomi Sachs | 1.50 |
| 08/31/11 | BH | Follow-up discussion with Tribune advisors on Michael Gart separation agreement and last day of employment. | 0.60 |
| | | **Total Hours** | **128.00** |

Re:                           Employee Issues
Client/Matter #               005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 2.50 | 855.00 | 2,137.50 |
| Alan Holtz | 3.30 | 855.00 | 2,821.50 |
| Albert Leung | 83.10 | 560.00 | 46,536.00 |
| Brad Hall | 39.10 | 645.00 | 25,219.50 |
| **Total Hours & Fees** | **128.00** | | **76,714.50** |

Re:                        Plan of Reorganization
Client/Matter #            005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 08/05/11 | ANL | Reviewed DCL plan and exit financing term sheet. | 2.30 |
| 08/08/11 | ANL | Reviewed DCL plan and exit financing term sheet. | 1.80 |
| | | **Total Hours** | **4.10** |

Re:           Plan of Reorganization
Client/Matter #     005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 4.10 | 560.00 | 2,296.00 |
| **Total Hours & Fees** | **4.10** | | **2,296.00** |

Re:                          Asset Sales
Client/Matter #              005735.00012

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/09/11 | BH | Review and analyze proposed sale of Florida real estate and draft memo to Chadbourne on same. | 1.60 |
| 08/11/11 | BH | Draft memo to Chadbourne on update of proposed Florida real estate sale. | 0.50 |
| | | **Total Hours** | **2.10** |

Re:                              Asset Sales
Client/Matter #                  005735.00012

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 2.10 | 645.00 | 1,354.50 |
| **Total Hours & Fees** | **2.10** | | **1,354.50** |

Re:             UCC Meetings
Client/Matter #   005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/02/11 | BH | Attend weekly UCC professionals meeting hosted by Chadbourne. | 1.10 |
| 08/03/11 | ANL | Participated in telephonic meeting with UCC co chairs re 2011 MIP issues. | 1.10 |
| 08/09/11 | BH | Participate in weekly UCC professionals meeting hosted by Chadbourne. | 0.60 |
| 08/10/11 | BH | Participate in conference call with Committee Co-Chairs to discuss MIP status. | 1.00 |
| 08/16/11 | BH | Participate in weekly UCC professionals meeting hosted by Chadbourne. | 0.60 |
| 08/23/11 | BH | Participate in UCC professionals meeting hosted by Chadbourne. | 0.50 |
| 08/26/11 | BH | Participate in Committee meeting and present report on MIP and financial results. | 0.90 |
| 08/26/11 | ANL | Participated in telephonic UCC Meeting. | 1.10 |
| | | **Total Hours** | **6.90** |

Re:                    UCC Meetings
Client/Matter #        005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 2.20 | 560.00 | 1,232.00 |
| Brad Hall | 4.70 | 645.00 | 3,031.50 |
| **Total Hours & Fees** | **6.90** | | **4,263.50** |

Re:                    Billing and Retention
Client/Matter #        005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/04/11 | ANL | Prepared fee application. | 0.70 |
| 08/16/11 | ANL | Reviewed 4th interim fee motion and exhibit. | 0.50 |
| 08/23/11 | ANL | Prepared July 2011 Fee application. | 1.80 |
| 08/26/11 | ANL | Prepared July 2011 Fee application. | 0.60 |
| 08/29/11 | ANL | Prepared July 2011 Fee application. | 2.20 |
| 08/29/11 | BH | Review fee application. | 1.60 |
| 08/30/11 | ANL | Reviewed Fee Examiners report for the 6th and 7th periods. | 1.20 |
| 08/30/11 | ANL | Prepared July 2011 Fee application and exhibits for filing. | 2.50 |
| 08/30/11 | MPM | Reviewed July 2011 fee application. | 0.50 |
| 08/31/11 | ANL | Reviewed Fee Examiners report for the 6th and 7th periods. | 1.60 |
| | | **Total Hours** | **13.20** |

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael P Murphy | 0.50 | 855.00 | 427.50 |
| Albert Leung | 11.10 | 560.00 | 6,216.00 |
| Brad Hall | 1.60 | 645.00 | 1,032.00 |
| **Total Hours & Fees** | **13.20** | | **7,675.50** |