# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## <u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Twenty-Seventh Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period August 1, 2011 through August 31, 2011 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Twenty-Seventh Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 29th day of September, 2011.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## AUGUST 1 - AUGUST 31, 2011

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 19.4 | 10,670.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 730 | 48.2 | 35,186.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 370 | 2.1 | 777.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 600 | 7.3 | 4,380.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 40.6 | 26,390.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | 7.5 | 2,062.50 |
| Christopher L. Meazell | Member (since 2010); Litigation & Bankruptcy; 2001 (GA); 2007(OK); | 450 | 3.0 | 1,350.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 460 | 9.2 | 4,232.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 640 | 15.8 | 10,112.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC (2009) | 330 | 5.0 | 1,650.00 |
| Henry H. Wendel | Paralegal (2011); Communications; n/a | 150 | 3.0 | 450.00 |

**TOTALS** — 161.1 — 97,259.50

**BLENDED RATE** — 603.7212911

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2011 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $730 per hour.

**COMPENSATION BY PROJECT CATEGORY
FOR THE PERIOD FROM
AUGUST 1 - AUGUST 31, 2011**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 136.3 | 85,320.50 |
| Fee Applications 08656.0101 | 3.0 | 1,350.00 |
| Broadcast Contracts 08656.0104 | 13.0 | 4,698.00 |
| Fox and Network Agreements | 8.8 | 5,891.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **161.1** | **97,259.50** |

# ↗ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

September 25, 2011                                                    Page 1

Tribune Company                                              Invoice 545556
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through August 31, 2011
FCC/Broadcast Matters

| | | |
|---|---|---|
| 08/01/11 | Correspondence with Sidley re FCC licensee entities. | |
| | C. Burrow | 1.30 hrs. |
| 08/01/11 | Telephone conference with D. Wiley re filings with FCC and possible updates re court action (0.3); review issues raised by Section 1.65 and changed information (0.4). | |
| | J. Feore | 0.70 hrs. |
| 08/01/11 | Review license status of Tribune Media in FCC databases per request of J. Langdon (Sidley) (0.7); review issues re arrangements for post-confirmation filing (0.8). | |
| | J. Logan | 1.50 hrs. |
| 08/01/11 | Review status of K13ZE, Prineville, OR construction permit. | |
| | L. McCarty (Practice Group Professional) | 0.10 hrs. |
| 08/01/11 | Review re Section 1.65 strategy to FCC re Third Circuit decision. | |
| | M. Swanson | 0.20 hrs. |
| 08/02/11 | Telephone conference with D. Wiley, J. Bayes, J. Fiorini and W. Johnson re pending Tribune applications/waivers/amendments, possible FCC filings and meetings (0.8); review draft letter to FCC (0.4); review issues to be raised in amendments to pending applications (0.9). | |
| | J. Feore | 2.10 hrs. |
| 08/02/11 | Prepare correspondence to J. Boelter re treatment of restructuring transactions in proposed conference with FCC counsel to credit co-proponents (0.3); review issues re changes to license status for authorizations in comprehensive exhibit and status of outstanding construction permits and internal assignments pending (1.1); prepare | |

|  |  |  |
|---|---|---|
|  | draft report/update to FCC on Third Circuit decision and bankruptcy status (0.9). | |
|  | J. Logan | 2.30 hrs. |
| 08/03/11 | Revise letter to FCC regarding decision of Third Circuit Court of Appeals regarding 2006 quadrennial media ownership review. | |
|  | J. Rademacher | 0.40 hrs. |
| 08/03/11 | Research re FCC reporting obligations and need to supplement pending applications (0.6); telephone conference with Media Bureau re future filings and amendments (0.2); review revisions to ownership certifications and Davis Polk's changes (0.8). | |
|  | J. Feore | 1.60 hrs. |
| 08/03/11 | Revise update letter on Third Circuit (1.4); prepare correspondence to J. Boelter (Sidley) re proposed conference with FCC counsel to credit co-proponents (0.3); review documents from J. Boelter re Davis Polk issues in FCC preparation for actions post-confirmation order (1.6). | |
|  | J. Logan | 3.30 hrs. |
| 08/03/11 | Review and revise Section 1.65 letter. | |
|  | M. Swanson | 0.20 hrs. |
| 08/04/11 | Work on draft letter to be filed with FCC re updates (0.5); review Sidley changes re foreign and ownership certifications for FCC (0.9); work on Tribune market update questions and issues for FCC application amendment (0.8). | |
|  | J. Feore | 2.20 hrs. |
| 08/04/11 | Revise Third Circuit update memorandum for credit co-proponents. | |
|  | J. Logan | 0.90 hrs. |
| 08/05/11 | Telephone conference with lenders' counsel regarding updates to FCC applications to assign broadcast licenses in bankruptcy (1.0); review update questionnaires in light of Third Circuit decision in 2006 quadrennial media ownership review regarding same (0.3). | |
|  | J. Rademacher | 1.40 hrs. |
| 08/05/11 | Telephone conference with D. Wiley, J. Bayes, J. Fiorini, W. Johnson and T. Davidson re filing report with FCC, arranging meeting with FCC and preparing amendment for FCC (1.2); work on FCC letter and materials and issues to be included in FCC amendment (0.9); review updated court materials re foreign certifications (0.6). | |
|  | J. Feore | 2.70 hrs. |
| 08/05/11 | Prepare for telephone conference with FCC counsel for co-proponents (0.8); prepare correspondence to J. Boelter re timing issues affecting effective date of anticipated confirmation order and timetable for agency action (0.5); telephone conference with J. Bayes and R. Wiley (JP Morgan counsel) and T. Davidson (Angelo Gordon/Oaktree counsel) re FCC steps to follow issuance of | |

Tribune Company

|  |  |  |
|---|---|---|
|  | confirmation order and sequencing of actions (0.9); prepare correspondence to J. Boelter re FCC counsel to credit co-proponents proposals for post-confirmation FCC steps (0.7); review restructuring application draft exhibit re additional information and showings to be prepared (1.4). |  |
|  | J. Logan | 4.30 hrs. |
| 08/05/11 | Preparation for and participate in telephone conference with lenders' and investors' counsel. |  |
|  | M. Swanson | 0.60 hrs. |
| 08/06/11 | Review outline of FCC restructuring applications and pending applications re timeline for FCC action based on Delaware court decision (0.8); research re possible waiver issues and/or approaches to FCC for cross-owned markets (0.9). |  |
|  | J. Feore | 1.70 hrs. |
| 08/08/11 | Review issues re FCC ownership and attribution. |  |
|  | C. Burrow | 0.70 hrs. |
| 08/08/11 | Review information re updated ownership for Tribune post-bankruptcy and impact re FCC (0.8); telephone conference with D. Wiley re FCC meeting (0.3); telephone conference with T. Davidson re letter filing and ownership follow-up (0.3). |  |
|  | J. Feore | 1.40 hrs. |
| 08/08/11 | Complete and file update with FCC re Third Circuit decision and bankruptcy status (0.8); prepare correspondence to FCC counsel to Oaktree re additional Townsquare radio purchases and possible overlap (0.3); review issues re satellite applications for intercompany assignments (0.3); prepare correspondence to FCC staff and petitioners' counsel of record re FCC-required notice filing (0.3); review issues re FCC implementation of licensee name change (0.6); prepare correspondence to counsel to credit co-proponents re update filing (0.2); review draft confirmation order re regulatory language sought by DOJ/FCC (0.8). |  |
|  | J. Logan | 3.30 hrs. |
| 08/08/11 | Finalize and submit application for assignment of license earth station applications for E090016, WGN (0.2), E110039, Tribune Television Co. (0.2), E110041, KTLA (0.2) and E11038, WPIX (0.2); prepare correspondence to client re same (0.1); update CORES data for WCCT entities (0.2); research licensee name update in CDBS for WCCT (0.1); telephone call to FCC staff re same (0.2); research ULS database to confirm name change (0.2). |  |
|  | L. McCarty (Practice Group Professional) | 1.60 hrs. |
| 08/09/11 | Telephone conference with counsel for creditors committee re pending ownership matters and impact on FCC applications (0.4); review media holdings of Oaktree and potential FCC issues (0.8); research attributable owners re FCC applications and updates to certifications (0.7). |  |

Page 4

Tribune Company                                                                    Invoice 545556

|  |  |  |
|---|---|---|
|  | J. Feore | 1.90 hrs. |
| 08/09/11 | Prepare comprehensive exhibit and attachments for amended exit applications (1.3); prepare exhibit and attachments for restructuring applications (2.1); review draft confirmation order from J. Boelter (Sidley) re FCC matters (0.8). | |
|  | J. Logan | 4.20 hrs. |
| 08/09/11 | Follow-up with FCC staff regarding WCCT name change correction (0.1); confirm same in CDBS (0.1); confirm same in ULS (0.1); prepare correspondence to client re same (0.1). | |
|  | L. McCarty (Practice Group Professional) | 0.40 hrs. |
| 08/10/11 | Review issues re FCC ownership restrictions (0.4); revise FCC exhibit for restructuring applications (1.8); revise FCC exhibit for exit application amendments (1.2). | |
|  | C. Burrow | 3.40 hrs. |
| 08/10/11 | Review draft agenda for FCC staff meeting on pending applications (0.4); review and revise ownership exhibits re waivers, certifications and recent cases (1.0). | |
|  | J. Feore | 1.40 hrs. |
| 08/10/11 | Research and analyze attributable media interests of Alden Global Capital and Smith Management LLC re prospective acquisition of interest in Tribune (1.5); review memorandum from E. Reed (JP Morgan counsel) re proposed presentation to FCC staff on post-confirmation approvals (0.9); revise license and ownership attachments to proposed exhibit for restructuring application (1.7); revise restructuring application draft comprehensive exhibit (1.1); revise exit application exhibits (0.9). | |
|  | J. Logan | 6.10 hrs. |
| 08/10/11 | Review re timeline (0.1); preparation of waiver updates (0.2). | |
|  | M. Swanson | 0.30 hrs. |
| 08/11/11 | Revise FCC exhibit for restructuring applications (0.8); review draft confirmation order for FCC timing issues (0.7); telephone conference with senior lender's FCC counsel re post-consummation timing issues (0.9); prepare outline of post-consummation steps and timing re FCC filings and foreign ownership calculations (1.6); revise comprehensive exhibit for FCC exit applications (0.7). | |
|  | C. Burrow | 4.70 hrs. |
| 08/11/11 | Telephone conference with D. Wiley, T. Davidson and team re FCC visit re pending application and FCC issues (1.0); review issues list and outline restructuring (0.5); telephone conference with FCC re meeting (0.2); work on draft compliance exhibit (0.8). | |
|  | J. Feore | 2.50 hrs. |
| 08/11/11 | Prepare correspondence to J. Stenger (FCC counsel to Committee of Unsecured Creditors) re Third Circuit decision and FCC filing in Tribune docket (0.3); revise application exhibits for proposed | |

September 25, 2011                                                        Page 5

Tribune Company                                                     Invoice 545556

restructuring applications (0.8); telephone conferences with K. Mills (Sidley) re organizational charts for proposed restructuring (0.3); review and revise proposed draft timeline for post-confirmation FCC-related tasks (0.5); prepare for telephone conference with FCC counsel to credit co-proponents re proposed FCC staff meeting (0.7); telephone conference with R. Wiley, J. Bayes and E. Reed (JP Morgan counsel) and T. Davidson (Angelo Gordon/Oaktree counsel) re presentation to FCC staff (0.8); revise draft comprehensive exhibit to exit applications (1.1).

J. Logan                                          4.50 hrs.

08/11/11        Research relating to submission of filing fees for earth station assignment applications (0.2); research regarding confirmation of same in FCC database (0.1); correspondence to client regarding status of various CPs due to expire (0.1); update tracking chart to reflect recent changes in license filings (0.3); prepare correspondence reporting these changes (0.3); correspondence with client regarding cancellation of W51CY license (0.1).

L. McCarty (Practice Group Professional)          1.10 hrs.

08/11/11        Review Wiley materials for "next steps" (0.2); prepare for and participate in conference call re same (0.8).

M. Swanson                                        1.00 hrs.

08/12/11        Revise FCC exhibits (0.8); correspondence with Sidley re same (0.3).

C. Burrow                                         1.10 hrs.

08/12/11        Telephone conference with J. Stenger re FCC ex parte letter update on FCC amendments and supplements and ownership decision's impact on waivers (0.9); review updated exhibit re restructuring transactions and outline for FCC (1.8).

J. Feore                                          2.70 hrs.

08/12/11        Revise organizational charts for restructuring applications, exit applications and proposed FCC staff presentation (0.7); revise draft amended comprehensive exhibit to exit applications (1.4); prepare correspondence to J. Boelter (Sidley) re exhibits for exit applications and restructuring applications (0.3).

J. Logan                                          2.40 hrs.

08/12/11        Review market material and revise questions for obtaining waiver update material.

M. Swanson                                        1.50 hrs.

08/13/11        Prepare material for meeting with FCC staff re restructuring transactions (0.6); review applications and necessary amendments and supplements (0.3).

J. Feore                                          0.90 hrs.

08/13/11        Review and edit comprehensive exhibits for proposed pro-forma assignment applications.

September 25, 2011                                                     Page 6

Tribune Company                                                        Invoice 545556

|            | L. McCarty (Practice Group Professional) | 2.20 hrs. |

| 08/15/11 | Revise draft timeline re post-confirmation issues. |
| | C. Burrow | 0.70 hrs. |

| 08/15/11 | Work on FCC meeting agenda re issues and timing (0.3); research re waiver standards without 2008 rules and factors to be considered (0.9). |
| | J. Feore | 1.20 hrs. |

| 08/16/11 | Review proposed letter to Judge Carey re Third Circuit decision for impact on FCC applications (0.8); revise timeline of post-confirmation issues (0.4). |
| | C. Burrow | 1.20 hrs. |

| 08/16/11 | Work on presentation for FCC staff meeting re restructuring applications (0.7); telephone conference with Wiley team and work on letter to Third Circuit (0.4); review proposed updates on FCC exhibits and waivers (0.7). |
| | J. Feore | 1.80 hrs. |

| 08/16/11 | Review revisions to Third Circuit update letter for bankruptcy court update on developments affecting applicable waiver standards at FCC (0.4); revise proposed timeline on post-confirmation order FCC actions (0.4); prepare charts for use in proposed meeting with FCC staff and in amendments to pending applications (2.6). |
| | J. Logan | 3.40 hrs. |

| 08/17/11 | Finalize timeline of post-confirmation issues (0.5); correspondence with Sidley re same (0.4). |
| | C. Burrow | 0.90 hrs. |

| 08/17/11 | Review and revise letter to Bankruptcy Court re Third Circuit decision (0.3); telephone conference with Wiley team re update (0.4). |
| | J. Feore | 0.70 hrs. |

| 08/17/11 | Review issues re timetable memorandum for post-confirmation FCC tasks (0.3); revise organizational charts for amendments (0.9). |
| | J. Logan | 1.20 hrs. |

| 08/17/11 | Revise proposed timeline for submission of regulatory fees and waiver of same. |
| | L. McCarty (Practice Group Professional) | 0.10 hrs. |

| 08/17/11 | Review redline draft of Tribune exhibits for proposed pro-forma applications. |
| | L. McCarty (Practice Group Professional) | 1.20 hrs. |

| 08/17/11 | Review FCC public notice re regulatory fee waivers. |
| | M. Swanson | 0.10 hrs. |

| 08/18/11 | Review Bankruptcy Court filings re timing and FCC issues. |

Tribune Company

|  |  |  |
|---|---|---|
|  | C. Burrow | 0.90 hrs. |
| 08/18/11 | Review court options re possible timing issues and conference with Sidley re Delaware decisions (0.5); work on revised timeline for Creditors Committee (0.5). | |
|  | J. Feore | 1.00 hrs. |
| 08/18/11 | Prepare correspondence to J. Boelter re effect of recent order on timing of release of confirmation order. | |
|  | J. Logan | 0.40 hrs. |
| 08/19/11 | Review and revise agenda for FCC meeting re status of pending applications (0.6); work on outline re new restructuring applications and amendments (0.7). | |
|  | J. Feore | 1.30 hrs. |
| 08/20/11 | Prepare outline and agenda items for FCC staff meeting (0.7); work on restructuring applications exhibits and further information (0.4). | |
|  | J. Feore | 1.10 hrs. |
| 08/20/11 | Review market material (1.2); revise questions for obtaining waiver updates material (0.7). | |
|  | M. Swanson | 1.90 hrs. |
| 08/22/11 | Review revised agenda for FCC staff meeting (0.4); review revised letter for court re Third Circuit decision (0.3); conference with Wiley team re pre-meeting and FCC (0.3). | |
|  | J. Feore | 1.00 hrs. |
| 08/23/11 | Telephone conference with D. Wiley, E. Reed and T. Davidson re FCC meeting issues and agenda (1.0); work on court letter (0.4); prepare items on restructuring for FCC staff meeting (0.7). | |
|  | J. Feore | 2.10 hrs. |
| 08/24/11 | Review issues re timing on filing FCC restructuring applications (0.8); correspondence with Sidley re same (0.6); correspondence with Sidley re timeline of post-confirmation issues (0.4); review Bankruptcy Court docket for timing issues (0.8). | |
|  | C. Burrow | 2.60 hrs. |
| 08/24/11 | Meeting at FCC with D. Wiley, T. Davidson and FCC Media Bureau staff re FCC applications, amendments, waivers and status of case (1.1); work on letter report re meeting (0.8); telephone conference with D. Wiley (0.2); follow-up re application amendments and supplements (0.7). | |
|  | J. Feore | 2.80 hrs. |
| 08/25/11 | Revise post-confirmation timeline re additions from Sidley (0.6); review timing issues re FCC restructuring applications (0.4). | |
|  | C. Burrow | 1.00 hrs. |
| 08/25/11 | Review FCC video description order for TMS. | |
|  | D. Teslik | 0.30 hrs. |

September 25, 2011                                                           Page 8

Tribune Company                                                             Invoice 545556

| | | |
|---|---|---|
| 08/25/11 | Preparation of ex parte letter regarding update meetings with FCC staff regarding applications to assign licenses in bankruptcy. | |
| | J. Rademacher | 0.20 hrs. |
| 08/25/11 | Telephone conference with J. Stenger (counsel for unsecured creditors) re FCC applications and processing (0.3); work on letter for FCC (0.6); conference with Wiley team re Third Circuit letter and review draft (0.4); revise timeline on restructuring applications and conference with FCC re filing (0.6). | |
| | J. Feore | 1.90 hrs. |
| 08/25/11 | Review issues re FCC ex parte notice for meeting with FCC staff on application status and restructuring applications. | |
| | J. Logan | 0.40 hrs. |
| 08/25/11 | Prepare draft email to FCC staff regarding recent assignment of license applications for new earth stations. | |
| | L. McCarty (Practice Group Professional) | 0.80 hrs. |
| 08/25/11 | Review re regulatory fee filing and waiver issues. | |
| | M. Swanson | 0.20 hrs. |
| 08/26/11 | Correspondence with Sidley re FCC meetings (0.3); correspondence with Sidley re draft letter on Third Circuit media ownership decision (0.6). | |
| | C. Burrow | 0.90 hrs. |
| 08/26/11 | Telephone conference with Media Bureau re follow-up to meeting (0.2); send letter to counsel for creditor's committee (0.2); telephone conference with S. Sheehan re FCC letters (0.3); send letters re Third Circuit and FCC to Tribune (0.3); work on updated timeline for restructuring (0.8). | |
| | J. Feore | 1.80 hrs. |
| 08/26/11 | Review market material and revise questions for obtaining waiver update material. | |
| | M. Swanson | 2.00 hrs. |
| 08/27/11 | Work on restructuring applications, exhibits and possible FCC timeline (0.6); review waiver updates re factual issues and possible revised legal arrangements (0.5). | |
| | J. Feore | 1.10 hrs. |
| 08/28/11 | Prepare update questionnaire for Chicago properties regarding factual development for amendment to FCC applications for approval of assignment of licenses in bankruptcy (1.6); prepare update questionnaire for Los Angeles properties regarding factual development for amendment to FCC applications for approval of assignment of licenses in bankruptcy (1.0); prepare update questionnaire for Miami properties regarding factual development for amendment to FCC applications for approval of assignment of licenses in bankruptcy (0.8). | |

Tribune Company                                              Invoice 545556

|  |  |  |
|---|---|---|
|  | J. Rademacher | 3.40 hrs. |

| 08/28/11 | Review market material and revise questions for obtaining waiver update material. |  |
|---|---|---|
|  | M. Swanson | 3.10 hrs. |

| 08/29/11 | Telephone conference with counsel for creditors re FCC filings (0.3); work on amendment issues for pending applications (0.4); work on final edits to restructuring application exhibits (0.7). |  |
|---|---|---|
|  | J. Feore | 1.40 hrs. |

| 08/29/11 | Finalize and email questions for updating cross-ownership waiver requests to E. Washburn (3.5); telephone conference with E. Washburn re same (0.3); email exchange with same re timing (0.1). |  |
|---|---|---|
|  | M. Swanson | 3.90 hrs. |

| 08/30/11 | Research re waiver options under 1975 standard for newspapers and under note 25 showing (0.8); telephone conference with D. Wiley re FCC filings and updates (0.3); review issues raised by timing of restructuring (0.5). |  |
|---|---|---|
|  | J. Feore | 1.60 hrs. |

| 08/30/11 | Telephone call responding to D. Roberts (FCC) (0.1); review issues in connection with proposed presentation to staff on mechanics of application filing for restructuring transactions (0.9). |  |
|---|---|---|
|  | J. Logan | 1.00 hrs. |

| 08/30/11 | Review re issues related to updating Hartford duopoly waiver and Indianapolis satellite showing. |  |
|---|---|---|
|  | M. Swanson | 0.40 hrs. |

| 08/31/11 | Analysis of Indianapolis satellite waiver request regarding required updates to FCC applications for consent to assignment of licenses in bankruptcy. |  |
|---|---|---|
|  | J. Rademacher | 0.80 hrs. |

| 08/31/11 | Analysis of Hartford duopoly waiver request regarding required updates to FCC applications for consent to assignment of licenses in bankruptcy (1.7); correspondence to E. Washburn regarding required updates to Indianapolis satellite reauthorization request regarding amendments to FCC applications to assign broadcast licenses in bankruptcy. (0.6); correspondence to E. Washburn regarding required updates to Indianapolis satellite reauthorization request regarding amendments to FCC applications to assign broadcast licenses in bankruptcy (0.7). |  |
|---|---|---|
|  | J. Rademacher | 3.00 hrs. |

| 08/31/11 | Review and revise template for restructuring applications and missing information (0.5); work on issues for supplemental filings and FCC requirements for amendment coordination (0.4). |  |
|---|---|---|
|  | J. Feore | 0.90 hrs. |

| 08/31/11 | Prepare for anticipated meeting with FCC staff on mechanics of |  |
|---|---|---|

September 25, 2011                                                  Page 10

Tribune Company                                                    Invoice 545556

filing applications for consent to restructuring applications.
J. Logan                                    1.40 hrs.

08/31/11        Review re updating Hartford duopoly waiver request and
                Indianapolis satellite showing.
                M. Swanson                                  0.40 hrs.

BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 19.40 |
| FEORE | 43.50 |
| LOGAN | 40.60 |
| SWANSON | 15.80 |
| RADEMACHER | 9.20 |
| TESL1K | 0.30 |
| MCCARTY | 7.50 |
| TOTAL | 136.30 |

Fees for Professional Services ........................................................ $         85,320.50

|  |  |  |
|---|---|---|
| REPRODUCTION | $ | 51.20 |
| TELEPHONE | $ | 9.72 |
| 08/02/11  D. Teslik inv#PCDHT080211- Taxi to/from FCC for IP-captioning meeting | $ | 24.00 |

Total Reimbursable Costs ............................................................ $            84.92
Total Current Billing for This File.................................................. $         85,405.42

Our File # 08656.0101        For Services Through August 31, 2011
Retention and Fee Applications

08/03/11        Preparation of 26th monthly fee application.
                C. Meazell                                  0.90 hrs.

08/08/11        Review fee examiner's reports.
                C. Meazell                                  0.30 hrs.

08/09/11        Preparation of 26th monthly fee application (0.6); correspondence
                with Delaware counsel regarding same (0.2); correspondence with
                fee examiner regarding same (0.1).
                C. Meazell                                  0.90 hrs.

08/11/11        Preparation of 26th monthly fee application.

September 25, 2011                                                              Page 11

Tribune Company                                                        Invoice 545556

                 C. Meazell                                      0.60 hrs.

08/24/11                    Review holdback order.
                 C. Meazell                                      0.30 hrs.

### BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 3.00 |
| TOTAL | 3.00 |

Fees for Professional Services ........................................................................ $     1,350.00
Total Current Billing for This File................................................................. $     1,350.00

Our File # 08656.0104            For Services Through August 31, 2011
Broadcast Contracts

| Date | Description | | |
|---|---|---|---|
| 08/03/11 | Review and exchange correspondence with K. Connor re cable carriage of WTIC. | | |
| | K. Latek | 0.20 hrs. | |
| 08/10/11 | Review and prepare response to DirecTV re streaming of WGN and WGNA signals. | | |
| | K. Latek | 0.10 hrs. | |
| 08/11/11 | Telephone conference with K. Connor re status of open retransmission consent issues including DirecTV, AT&T and RCN. | | |
| | K. Latek | 0.50 hrs. | |
| 08/15/11 | Analyze Suddenlink markup of WGN America distribution agreement (0.8); telephone call with K. Connor re Suddenlink distribution agreement for WGN America (0.6); prepare counter offer for Suddenlink for WGN America (0.7) | | |
| | R. Folliard III | 2.10 hrs. | |
| 08/18/11 | Telephone conferences with K. Connor re retransmission election strategy for Tribune stations. | | |
| | K. Latek | 1.40 hrs. | |
| 08/19/11 | Research regarding 2011 retransmission consent election letters for Tribune owned stations. | | |
| | D. Teslik | 0.30 hrs. | |
| 08/22/11 | Telephone call with E. Mackus regarding retransmission consent election letters. | | |

September 25, 2011                                                                Page 12

Tribune Company                                                        Invoice 545556

|  |  |  |
|---|---|---|
|  | D. Teslik | 0.40 hrs. |
| 08/23/11 | Prepare correspondence regarding DirecTV ex parte notice mentioning TMS captioning information. | |
|  | D. Teslik | 0.30 hrs. |
| 08/24/11 | Review Tribune data regarding top ten MSOs for preparation of retransmission consent election letters. | |
|  | D. Teslik | 0.30 hrs. |
| 08/25/11 | Prepare retransmission consent election letters. | |
|  | D. Teslik | 0.30 hrs. |
| 08/25/11 | Draft retransmission election letters for Time Warner (0.4), Comcast (0.4), Cablevision (0.3), Charter (0.3), RCN (0.3), Wave (0.3), AT&T (0.3), Service Electric (0.3) and Cox Communications (0.4). | |
|  | H. Wendel (Paralegal) | 3.00 hrs. |
| 08/26/11 | Prepare retransmission consent election letters to top ten cable operators. | |
|  | D. Teslik | 3.10 hrs. |
| 08/26/11 | Review draft retransmission consent election letters to major cable operators for Tribune stations. | |
|  | K. Latek | 0.30 hrs. |
| 08/31/11 | Telephone conference with K. Connor re retransmission consent election process and strategy. | |
|  | K. Latek | 0.70 hrs. |

### BILLING SUMMARY

|  | Hours |
|---|---|
| LATEK | 3.20 |
| FOLLIARD III | 2.10 |
| TESLIK | 4.70 |
| WENDEL | 3.00 |
| TOTAL | 13.00 |

| | | |
|---|---|---|
| Fees for Professional Services ........................................................ $ | | 4,698.00 |
| TELEPHONE | $ | 0.72 |
| Total Reimbursable Costs ............................................................... $ | | 0.72 |
| Total Current Billing for This File................................................ $ | | 4,698.72 |

September 25, 2011                                             Page 13

Tribune Company                                               Invoice 545556
Our File # 08656.0104:001        For Services Through August 31, 2011
Fox and Network Agreements


| 08/18/11 | Review proposed Fox affiliations and side agreements. | |
|---|---|---|
| | J. Feore | 0.40 hrs. |
| 08/19/11 | Review draft Fox affiliation proposal and side agreements (0.8); review issues and update to company (0.2). | |
| | J. Feore | 1.00 hrs. |
| 08/19/11 | Review and comment on letter of intent and form affiliation agreements from Fox. | |
| | K. Latek | 1.00 hrs. |
| 08/22/11 | Telephone conference with D. Eldersveld re Fox affiliation draft and various issues (0.8); review Fox side letters and letter of intent (0.2). | |
| | J. Feore | 1.00 hrs. |
| 08/22/11 | Telephone conference with D. Eldersveld re Fox affiliation agreement and related documents. | |
| | K. Latek | 1.10 hrs. |
| 08/25/11 | Review Fox proposals and issues raised by new affiliation (0.4); telephone conference with N. Larsen, D. Eldersveld, G. Mazzaferri and C. Sennett re Fox affiliation and issues/options (0.9). | |
| | J. Feore | 1.30 hrs. |
| 08/25/11 | Telephone conference with N. Larsen, D. Eldersveld, G. Mazzaferri and C. Sennett re business opportunities with Fox (1.1); analyze options for Tribune re same (0.4). | |
| | K. Latek | 1.50 hrs. |
| 08/26/11 | Review affiliation issues raised by Fox draft (0.3); telephone conference with N. Larsen re Fox matters (0.2). | |
| | J. Feore | 0.50 hrs. |
| 08/26/11 | Telephone conference with K. Earls (Fox) re affiliation agreements for Tribune stations. | |
| | K. Latek | 0.20 hrs. |
| 08/29/11 | Telephone conference with K. Earls (Fox) re Fox affiliation agreement for Tribune (0.2); prepare correspondence to client summarizing same (0.1). | |
| | K. Latek | 0.30 hrs. |
| 08/30/11 | Review Fox proposal (0.2); work on options re network programming, business opportunities and counterproposals for affiliation (0.3). | |
| | J. Feore | 0.50 hrs. |


BILLING SUMMARY

September 25, 2011                                        Page 14

Tribune Company                                          Invoice 545556

|       | Hours |
|-------|-------|
| FEORE | 4.70  |
| LATEK | 4.10  |
| TOTAL | 8.80  |

Fees for Professional Services ........................................................... $    5,891.00

Total Current Billing for This File................................................. $    5,891.00

Total Current Billing for This Invoice............................................. $    97,345.14

 **DowLohnes**

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T 202.776.2000  F 202.776.2222

# DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC 20036-6802**

September 25, 2011

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL 60611

Invoice 545556

Our File # 08656.0100          For Services Through August 31, 2011
FCC/Broadcast Matters
     Total Current Billing for This Invoice ........................................................... $          85,405.42

Our File # 08656.0101          For Services Through August 31, 2011
Retention and Fee Applications
     Total Current Billing for This Invoice ........................................................... $           1,350.00

Our File # 08656.0104          For Services Through August 31, 2011
Broadcast Contracts
     Total Current Billing for This Invoice ........................................................... $           4,698.72

Our File # 08656.0104:001     For Services Through August 31, 2011
Fox and Network Agreements
     Total Current Billing for This Invoice ........................................................... $           5,891.00

     Total Current Billing for This Invoice ........................................................... $          97,345.14

# **EXHIBIT C**

## **Excel Spreadsheet**

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## AUGUST 1 - AUGUST 31, 2011

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 51.20 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 24.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 0.00 |
| Telephone Tolls | | 10.44 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **85.64** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.