# EXHIBIT 1

## Tribune Twenty-Seventh Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Williams, Babbit & Weisman, Inc.<br>5255 N. Federal Highway<br>Boca Raton, FL 33487 | Collections | $48,000.00 |