IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered<br><br>Ref. No. 9742 |

**CERTIFICATION OF COUNSEL REGARDING MOTION FOR ENTRY OF AN ORDER CLARIFYING THE BAR DATE ORDER WITH RESPECT TO CURRENT DIRECTOR AND OFFICER INDEMNIFICATION AND/OR CONTRIBUTION CLAIMS AND ESTABLISHING A DEADLINE BY WHICH CURRENT DIRECTORS AND OFFICERS WHO CEASE TO SERVE THE DEBTORS MAY TIMELY FILE INDEMNIFICATION AND/OR CONTRIBUTION CLAIMS**

I, Matthew B. McGuire, counsel for the Official Committee of Unsecured Creditors (the "Committee") of Tribune Company hereby certify as follows:

1. On September 1, 2011, the above-captioned debtors and debtors-in-possession (the "Debtors") and the Committee filed the Motion for Entry of an Order Clarifying the Bar Date Order with Respect to Current Director and Officer Indemnification and/or Contribution Claims and Establishing a Deadline by which Current Directors and Officers who Cease to Serve the Debtors May Timely File Indemnification and/or Contribution Claims (the "Motion") [D.I. 9742].

2. Pursuant to the Notice of Motion, objections were to be filed by September 15, 2011. No objections to the Motion have been received as of the date hereof.

3. Subsequent to the filing of the Motion, the Debtors, Committee and various parties engaged in further negotiation regarding the form of order approving the Motion. Attached hereto as Exhibit A is a proposed order (the "Order") approving the Motion.

4. Undersigned counsel certifies that the Order attached hereto as Exhibit A is in a form acceptable to all parties. In addition, attached hereto as Exhibit B is a blackline

comparing the Order to the proposed order originally submitted with the Motion. Undersigned counsel respectfully requests that the Court enter the Order at its convenience.

Dated: September 30, 2011
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Howard Seife
David M. LeMay
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel for the Official Committee of Unsecured Creditors*