## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al</u>., | Cases No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, <u>et al</u>., | Adv. Pro. No. Various (KJC) |
| Plaintiff, | |
| vs. | **Hearing Date: October 4, 2011 at 10:00 a.m.**<br>**Objection Deadline: September 27, 2011 at 4:00 p.m.** |
| See Attached Exhibit A., | |
| Defendants. | |

## <u>CERTIFICATE OF NO OBJECTION</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Second Motion of the Official Committee of Unsecured Creditors for Extension of Time to Effect Service of Original Process*** (the "<u>Motion</u>") [Docket No. 9775] filed on September 14, 2011. The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleading to the Motion. Pursuant to the Notice of Motion, objections were to be filed and served no later than September 27, 2011 at 4:00 p.m.

It is hereby respectfully requested that the proposed form of Order attached hereto as

**Exhibit B** be entered at the Court's earliest convenience.

Dated: September 30, 2011
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of
Unsecured Creditors*