**EXHIBIT B**

**Excerpts of Transcript of August 11, 2009 Hearing**

1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

Case No. 08-13141-kjc

- - - - - - - - - - - - - - - - - - -x

In the Matter of:


TRIBUNE COMPANY ET AL.,


        Debtors.


- - - - - - - - - - - - - - - - - - -x

              EXCERPT FROM TRANSCRIPT

        United States Bankruptcy Court

        824 Market Street

        Wilmington, Delaware


        August 11, 2009

        10:03 AM


B E F O R E:

HON. KEVIN J. CAREY

U.S. BANKRUPTCY JUDGE

ECRO: AL LUGANO

2

1

2   HEARING re Motion of the Debtors for an order authorizing the

3   debtors to implement a 2009 management incentive plan and to

4   pay earned 2008 management incentive plan awards to certain

5   executives.

6

7   HEARING re Motion of the Debtors to file under seal an exhibit

8   to motion of the Debtors authorizing the debtors to implement a

9   2009 management incentive plan and to pay earned 2008

10  management incentive plan awards to certain executives.

11

12  HEARING re Motion of Debtors and Debtors-in-Possession for a

13  protective order with regard to discovery propounded by the

14  Washington Baltimore Newspaper Guild.

15

16

17

18

19

20

21

22

23

24

25  Transcribed by:  Penina Wolicki

3

1    A P P E A R A N C E S :

2

3    JONATHAN LOTSOFF, ESQ.

4    KEVIN LANTRY, ESQ.

5    CANDICE KLINE, ESQ. (TELEPHONICALLY)

6    BRYAN KRAKAUER, ESQ. (TELEPHONICALLY)

7    SIDLEY AUSTIN

8    REPRESENTING:  THE DEBTORS

9

10   KATE STICKLES, ESQ.

11   COLE SCHOTZ

12   REPRESENTING:  THE DEBTORS

13

14   JOHN STROCK, ESQ.

15   WOMBLE CARLYLE

16   REPRESENTING:  GREAT BONE TRUST

17

18   DAVID LEMAY, ESQ.

19   CHADBOURNE & PARKE

20   REPRESENTING:  CREDITORS' COMMITTEE

21

22   ADAM LANDIS, ESQ.

23   LANDIS RATH & COBB

24   REPRESENTING:  CREDITORS' COMMITTEE

25

4

1

2      MICHAEL JOYCE, ESQ.

3      CROSS & SIMON

4      REPRESENTING:  WASHINGTON-BALT NEWSPAPER GUILD

5

6      JOSEPH J. MCMAHON, JR, ESQ.

7      UNITED STATES DEPARTMENT OF JUSTICE

8      OFFICE OF THE U.S. TRUSTEE

9

10     DAMIAN SCHAIBLE, ESQ. (TELEPHONICALLY)

11     DAVIS POLK & WARDWELL

12     REPRESENTING:  JPMORGAN CHASE BANK, N.A.

13

14     ALSO PRESENT:

15         CHANDLER BIGELOW, Tribune Company (TELEPHONICALLY)

16         PEG BRICKLEY, Dow Jones News Wires (TELEPHONICALLY)

17         DAVE ELDERSVELD, Tribune Company (TELEPHONICALLY)

18         DON LEIBENTRITT, Tribune Company (TELEPHONICALLY)

19         JENNIFER SHARRET, ESQ., Kramer Levin Naftalis & Frankel

20     LLP (TELEPHONICALLY)

21

22

23

24

25

20

1          MR. JOYCE:  Understood, Your Honor.

2          THE COURT:  Okay.  Anyone else wish to be heard

3     preliminarily?  All right.  Mr. Lotsoff, I'm inclined to take a

4     short break to permit such discussions to occur and then

5     proceed from there.

6          MR. LOTSOFF:  Your Honor, just -- and I appreciate

7     that.  Are we also going to address the motion to seal the

8     Mercer report, or does your ruling on these issues effectively

9     deal with that issue --

10         THE COURT:  I --

11         MR. LOTSOFF:  -- since the Mercer report encapsulates

12    a lot of the information?

13         THE COURT:  I was expecting that it would.

14         MR. LOTSOFF:  Okay.

15         THE COURT:  If that's not the case, somebody can tell

16    me.  It's already been, now, widely disseminated in redacted

17    form, and the redactions looked principled to me, I'll put it

18    that way.  So the answer is, yes, I'm hopeful both get wrapped

19    into the one.  But that's not meant to preclude any further

20    argument that the U.S. Trustee may want to make in connection

21    with that --

22         MR. LOTSOFF:  Thank you, Your Honor.

23         THE COURT:  -- if any.

24         THE COURT:  Okay.  We'll take a short break.

25         MR. LOTSOFF:  Thank you, Your Honor.

33

1

2                        C E R T I F I C A T I O N

3

4      I, Penina Wolicki, certify that the foregoing transcript is a

5      true and accurate record of the proceedings.

6
       **Penina Wolicki**  Digitally signed by Penina Wolicki
                           DN: cn=Penina Wolicki, o, ou,
7                          email=digital1@veritext.com, c=US
                           Date: 2009.09.02 09:15:35 -04'00'

8      Penina Wolicki

9

10     Veritext LLC

11     200 Old Country Road

12     Suite 580

13     Mineola, NY 11501

14

15     Date:   September 1, 2009

16

17

18

19

20

21

22

23

24

25

**EXHIBIT C**

**Excerpts of Transcript of November 10, 2010 Hearing**

46429/0001-7858033V1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | Courtroom 5 |
| | ) | 824 Market Street |
| _____Debtors._____ | ) | Wilmington, Delaware |

November 10, 2010
10:05 a.m.


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:                    Sidley Austin LLP
                                BY: JONATHAN LOTSOFF, ESQ.
                                BY: KEVIN LANTRY, ESQ.
                                BY: JAMES BENDERNAGEL, JR., ESQ.
                                BY: BRIAN J. GOLD, ESQ.
                                One South Dearborn
                                Chicago, IL 60603
                                (213) 896-6022

                                Cole, Schotz, Meisel, Forman &
                                Leonard, PA
                                BY:  KATE STICKLES, ESQ.
                                1000 North West Street
                                Suite 1200
                                Wilmington, DE 19801
                                (302) 652-3131


ECRO:                           AL LUGANO

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664
                                www.diazdata.com

Proceedings recorded by electronic sound recording; transcript
produced by transcription service

2

APPEARANCES:
(Continued)

For Tribune:                          Mercer
Debtors:                              BY:   JOHN DEMPSEY
                                      155 North Wacker Drive
                                      15th Floor
                                      Chicago, IL 60606
                                      (312) 917-9900

                                      Tribune Company
                                      BY:   NILS LARSEN
                                      BY:   EDDY HARTENSTEIN

For The Creditors Committee:          Landis Rath & Cobb
                                      BY:   ADAM G. LANDIS, ESQ.
                                      BY:   KIMBERLY BROWN, ESQ.
                                      919 Market Street Suite 1800
                                      P.O. Box 2087
                                      Wilmington, DE 19899
                                      (302) 467-4400

                                      Chadbourne & Parke LLP
                                      BY:   DOUGLAS DEUTSCH, ESQ.
                                      BY:   DAVID LEMAY, ESQ.
                                      BY:   THOMAS MCCORMACK, ESQ.
                                      30 Rockefeller Plaza
                                      New York, NY 10112
                                      (212) 408-5100

                                      Zuckerman Spaeder LLP
                                      BY:   JAMES SOTTILE, ESQ.
                                      1800 M Street
                                      Suite 1000
                                      Washington, DC 20036-5807
                                      (202) 778-1800

For Great Banc:                       Womble Carlyle
                                      BY:   THOMAS M. HORAN, ESQ.
                                      222 Delaware Avenue
                                      Wilmington, DE 19801
                                      (302) 252-4320

For Merrill Lynch:                    Potter Anderson & Corroon LLP
                                      BY: LAURIE SELBER SILVERSTEIN
                                      Hercules Plaza
                                      1313 North Market Street
                                      6th Floor
                                      Wilmington, DE 19801
                                      (302) 984-6000

APPEARANCES:

3

(Continued)

For Aurelius Capital
Management:

Akin Gump Strauss Hauer & Feld
BY:   DANIEL H. GOLDEN, ESQ.
BY:   DAVID M. ZENSKY, ESQ.
One Bryant Park
New York, NY 10036
(212) 872-1000

For U.S. Trustee:

Office of the U.S. Trustee
BY:   DAVID KLAUDER, ESQ.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(302) 573-6491

For Credit Agreement
Lenders:

Young Conaway Stargatt & Taylor
BY:   BLAKE CLEARY, ESQ.
The Brandywine Building
1000 West Street 17th Floor
P.O. Box 391
Wilmington, DE 19801
(302) 571-6600

For Wells Fargo
As Bridge Agent:

Fox Rothschild LLP
BY:   JEFFREY M. SCHLERF, ESQ.
Citizens Bank Center
919 North Market Street
Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

White & Case LLP
BY:   ANDREW W. HAMMOND, ESQ.
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200

For Step One Lenders:

Morris Nichols Arsht & Tunnell
BY:   DEREK C. ABBOTT, ESQ.
1201 North Market Street
18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

TELEPHONIC APPEARANCES:

4

```
For Debtor:                        Tribune Company
                                   BY:  CHANDLER BIGELOW
                                   BY:  DAVID ELDERSVEID
                                   BY:  DON LIEBENTRITT
                                   BY:  MICHAEL D. O'NEAL
                                   (312) 853-7778

                                   Sidley Austin
                                   BY:  JILLIAN LUDWIG, ESQ.
                                   BY:  GARY WEITMAN, ESQ.
                                   BY:  BRIAN KRAKAUER, ESQ.
                                   BY:  CANDACE KLINE, ESQ.
                                   BY:  KERIANN MILLS, ESQ.
                                   BY:  DAVID MILES, ESQ.
                                   (312) 853-7030

For Bank of America:               O'Melveny & Myers
                                   BY:  DANIEL SHAMAH, ESQ.
                                   (212) 326-2000

For Wilmington Trust
Company:                           Brown Rudnick LLP
                                   BY:  JARED ELLIAS, ESQ.
                                   BY:  MARTIN SIEGEL, ESQ.
                                   BY:  GORDON NOVOD, ESQ.
                                   (212) 209-4811

For Anna Kalenchits:               BY:  ANNA KALENCHITS
                                   (212) 723-1808

For The Creditors Committee:       Chadbourne & Parke LLP
                                   BY:  HOWARD SEIFE, ESQ.
                                   BY:  MARC ROITMAN, ESQ.
                                   (212) 408-5169

For Citigroup:                     Paul Weiss Rifkind Wharton &
                                   Garrison LLP
                                   BY:  ANDREW LEVY, ESQ.
                                   BY:  ANDREW GORDON, ESQ.
                                   BY:  OKSANA LASHKO, ESQ.
                                   BY:  ELIZABETH MCCOLM, ESQ.
                                   (212) 373-3543

For JPMorgan Chase Bank:           BY:  KEVIN C. KELLEY
                                   BY:  SHACHAR MINKOVE
                                   (212) 648-0427

                                   Davis Polk & Wardwell LLP
                                   BY:  DONALD S. BERNSTEIN, ESQ.
                                   (212) 450-4092
```

TELEPHONIC APPEARANCES:
(Continued)

| | |
|---|---|
| For Morgan Stanley: | Weil Gotshal & Manges LLP<br>BY:  EVAN LEDERMAN, ESQ.<br>(212) 310-8948 |
| For Barclays: | Mayer Brown LLP<br>BY:  MICHAEL L. SIMES, ESQ.<br>BY:  AMIT K. TREHAN, ESQ.<br>BY:  JEAN-MARIE ATAMIAN, ESQ.<br>(212) 506-2607 |
| For Kramer Levin: | BY:  DAVID E. BLABEY, JR., ESQ.<br>(212) 715-9100 |
| For David & Kempner: | DK Partners<br>BY:  EPHRAIM DIAMOND<br>(646) 282-5841 |
| For Aurelius Capital<br>Management: | Akin Gump Strauss Hauer & Feld<br>BY:  JASON GOLDSMITH, ESQ.<br>BY:  PHILLIP DUBLIN, ESQ.<br>(212) 872-1000 |
| For Jefferies & Company: | BY:  JUSTIN BRASS<br>(203) 708-5847 |
| For Perry Capital: | BY:  JAMES FREEMAN<br>(212) 583-4000 |
| For Schulte Roth & Zabel: | BY:  KAREN S. PARK<br>(212) 756-2036 |
| For Dennis A. Prieto: | Aurelius Capital Management<br>BY:  MATTHEW A. ZLOTO<br>(646) 445-6516 |
| For Law Debenture Trust<br>Company of New York: | Kasowitz Benson Torres &<br>Friedman<br>BY:  MATTHEW STEIN, ESQ.<br>(212) 506-1726 |
| For Miller Tabak Roberts<br>Securities: | BY:  ANDREW M. THAU<br>(212) 692-5178 |
| For Alvarez & Marsal Inc.: | BY:  BRIAN WHITTMAN<br>(312) 601-4227 |

6

TELEPHONIC APPEARANCES:
(Continued)

For Dow Jones News Wires:    Dow Jones & Company
                             BY:  PEG BRICKLEY
                             (215) 462-0953

For Credit Agreement         Hennigan Bennett & Dorman LLP
Lenders:                     BY:  JAMES O. JOHNSTON, ESQ.
                             (213) 694-1030

For Neil S. Losquadro:       Brigade Capital Management
                             BY:  NEIL S. LOSQUADRO, PRO SE
                             (212) 745-9758

For Merrill Lynch:           Kaye Scholer LLP
                             BY:  MADLYN G. PRIMOFF, ESQ.
                             (212) 836-7042

For Deutsche Bank National   MCCARTER & ENGLISH
Trust Company:               BY:  DAVID J. ADLER, ESQ.
                             (212) 609-6800

For George Dougherty:        BY:  GEORGE DOUGHERTY
                             (312) 704-7700

Special Committee of the     Jones Day
Board of Directors:          BY:  BRAD ERENS, ESQ.
                             BY:  DAVID HALL, ESQ.
                             BY:  DAVID HEIMAN, ESQ.
                             (312) 269-4050

For Wells Fargo Bank:        White & Case LLP
                             BY:  SCOTT GREISSMAN, ESQ.
                             (212) 819-8567

For Royal Bank of Scotland:  BY:  COURTNEY ROGERS
                             (203) 897-4815

For EGI-TRB, LLC:            Jenner & Block LLP
                             BY:  ANDREW VAIL, ESQ.
                             (312) 840-8688

7

1                        INDEX

2                                                        Further

3  WITNESSES FOR THE        Direct Cross Redirect Recross Redirect

4    DEBTORS:

5  Eddy Hartenstein          23

6

7    EXHIBITS:                              Marked Received

8    DEBTORS:

9  Exhibit 1                                           31

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8

1   <u>WILMINGTON, DELAWARE, WEDNESDAY, NOVEMBER 10, 2010, 10:05 A.M.</u>

2           THE CLERK:  All rise.  Be seated, please.

3           THE COURT:  Good morning, everyone.

4           THE ATTORNEYS:  Good morning, Your Honor.

5           THE COURT:  Is the debtor ready?  Well, don't

6   everybody run up at once.

7       (Laughter)

8           MR. LOTSOFF:  Good morning, Your Honor.  Jonathan

9   Lotsoff on behalf of the debtors.  I believe the first item on

10  the agenda is the motion to seal the unredacted copies of the

11  May and July 2010 Mercer report.  The redacted copies, of

12  which, were filed in support of the 2010 MIP motion.  We

13  understand that there are no objections to that motion by the

14  U.S. Trustee, the bridge agent or the committee of unsecured

15  creditors.  And so, consistent with what was done at the 2008

16  and 2009 MIP hearings, we would ask that the Court enter that

17  order.

18           THE COURT:  Does anyone wish to be heard in

19  connection with that matter?

20           I hear no response.  Do you have a form of order for

21  me?

22           MR. LOTSOFF:  I do, Your Honor.

23           THE COURT:  That order's been signed.  Should we

24  deal next with the tolling agreement?

25           MR. LOTSOFF:  There was one more related --

1          THE COURT:  I'm sorry.  Go ahead.

2          MR. LOTSOFF:  Oh.  At the last hearing, as the Court

3    is aware, there are likely to be some exhibits that encompass

4    information that's comparable to what is in the redacted

5    versions of the Mercer reports, so we would ask that consistent

6    with the Court's treatment of those exhibits, which we can

7    identify in the course of the hearing at the '09 MIP hearing

8    that such exhibits also be filed under seal and maintained

9    confidential consistent with what was done last time.

10         THE COURT:  Anyone wish to weigh in on that subject?

11         I hear no response.  Okay.

12         MR. LOTSOFF:  Thank you, Your Honor.

13         MR. LANTRY:  Good morning, Your Honor.  Kevin Lantry

14   on behalf of the debtors regarding the motion for the tolling

15   agreement involving the inter-company parties.  We don't

16   believe anyone has objected, but I sense Your Honor may want to

17   address something?

18         THE COURT:  I do.  The agreement and the form of

19   order -- well, the agreement is designed to put in place a

20   tolling agreement between and among the debtor and its

21   subsidiaries to preserve statutes of limitation to the extent

22   they apply and without waiving any rights or safe harbors there

23   may be under other applicable law for the purpose of avoidance

24   actions and actions which may concern inter-company claims; is

25   that --

68

1    scheduled for the 23rd. At this point, what does the debtor

2    anticipate will be considered at that time?

3                MR. LANTRY:  Nothing at this point, Your Honor.

4    We do have quite a backlog of claims, objections, and those

5    types of more ministerial things to tend to, but beyond

6    that, nothing that's specifically scheduled.

7                THE COURT:  Well, it's now November 10th.  Is it

8    anticipated that --

9                MR. LANTRY:  We would be happy to give way on

10   that omnibus, Your Honor, if that's where you're going.

11               THE COURT:  Oh, I can have a day back?

12               MR. LANTRY:  Yes.

13               THE COURT:  Oh, it's like a gift.  Thank you.

14   Okay.  Anything further for today?  I'll take a look at my

15   calendar.  I'll, understanding that the parties are

16   generally looking toward March, figure out what fits where

17   and when.  And I'm sure we'll have further discussions on

18   it.

19               Thank you all very much.  That concludes this

20   hearing.  Court is adjourned.

21        (Whereupon at 12:09 p.m., the hearing was adjourned)

22

23

24

25

69

1                       CERTIFICATION

2             I   certify   that   the   foregoing   is   a   correct

3  transcript   from   the   electronic   sound   recording   of   the

4  proceedings in the above-entitled matter.

5

6

7  *Stephanie McMeel*                    November 11, 2010

8  Stephanie McMeel

9  AAERT Cert. No. 452

10  Certified Court Transcriptionist