# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                                    Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered<br><br>Related Docket No. 9775, 9851 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al.,<br><br>                                    Plaintiff,<br><br>vs.<br><br>See Attached Exhibit 1.,<br><br>                                    Defendants. | Adv. Pro. No. Various(KJC) |

## ORDER GRANTING SECOND MOTION FOR EXTENSION
## TO EFFECT SERVICE OF ORIGINAL PROCESS

Upon consideration of the Second Motion of the Official Committee of Unsecured Creditors (the "**Committee**") for Extension to Effect Service of Original Process (the "**Motion**")[1] pursuant to Federal Rules of Civil Procedure 4(m), as made applicable to those Adversary Proceeding Nos. **[listed in the attached Exhibit 1 (the "Preference Actions")]** by Bankruptcy Rule 7004(a)(1); and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these chapter 11 cases and adversary proceeding; after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Preference Standing Motion.

{698.001-W0016346.4}

ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Rule 7004(a)(1) of the Federal Rules of Bankruptcy Procedure, the time to effectuate service in the Preference Actions is extended to and including March 1, 2012; and it is further

ORDERED that the Committee (and any successor to the Committee prosecuting the Preference Complaints) is hereby relieved from any provision of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and/or any previous orders of this or any other Court, to the extent that such provision(s) contravene the terms of this Order; and it is further

ORDERED that this Order is without prejudice to the Committee's (and any successor to the Committee prosecuting the Preference Complaints) ability to request additional enlargements of time for service of process or any other deadline(s) in the future; and it is further

ORDERED that the Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _Sept 30_, 2011

The Honorable Kevin J. Carey
United States Bankruptcy Judge