# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Cases No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors. | Ref. Nos. 9741, 9849 and 9858 |

**CERTIFICATION OF COUNSEL REGARDING JOINT MOTION OF THE DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO BANKRUPTCY RULE 9019 FOR APPROVAL OF THE STIPULATION TO TREAT CERTAIN LATE-FILED INDEMNIFICATION CLAIMS AS TIMELY-FILED AND APPROVAL OF PROCEDURE FOR ENTRY INTO IDENTICAL STIPULATIONS WITH OTHER FORMER DIRECTORS AND OFFICERS**

I, Kimberly A. Brown, counsel for the Official Committee of Unsecured Creditors (the "Committee") of Tribune Company hereby certify as follows:

1. On September 1, 2011, the above-captioned debtors and debtors-in-possession (the "Debtors") and the Committee filed the Joint Motion of the Debtors and Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 9019 for Approval of the Stipulation (the "Stipulation") to Treat Certain Late-Filed Indemnification Claims as Timely-Filed and Approval of Procedure for Entry into Identical Stipulations with Other Former Directors and Officers (the "Motion") [D.I. 9741].

2. Pursuant to the Notice of Motion, objections were to be filed by September 15, 2011. No objections to the Motion have been received as of the date hereof.

3. Subsequent to the filing of the Motion, the Debtors, Committee and various parties engaged in additional negotiation regarding the form of order approving the Motion.

4. On September 30, 2011, the Committee filed a revised form of order under certification of counsel in a manner consistent with such negotiation [D.I. 9849] (the "Certification of Counsel"). Following further negotiation regarding the form of order, the

{698.001-W0016932.}

Committee withdrew the Certification of Counsel and attached form of order by notice dated October 3, 2011 [D.I. 9858].

5. Attached hereto as Exhibit A is a revised proposed order (the "Order") approving the Motion in a manner consistent with these further negotiations.

6. Undersigned counsel certifies that the Order attached hereto as Exhibit A is in a form acceptable to all parties. In addition, attached hereto as Exhibit B is a blackline comparing the Order to the proposed order originally submitted with the Motion. Undersigned counsel respectfully requests that the Court enter the Order at its convenience.

Dated: October 3, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Howard Seife
David M. LeMay
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel for the Official Committee of Unsecured Creditors*