# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Cases No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors. | Ref. Nos. 9742, 9850 and 9859 |

## CERTIFICATION OF COUNSEL REGARDING MOTION FOR ENTRY OF AN ORDER CLARIFYING THE BAR DATE ORDER WITH RESPECT TO CURRENT DIRECTOR AND OFFICER INDEMNIFICATION AND/OR CONTRIBUTION CLAIMS AND ESTABLISHING A DEADLINE BY WHICH CURRENT DIRECTORS AND OFFICERS WHO CEASE TO SERVE THE DEBTORS MAY TIMELY FILE INDEMNIFICATION AND/OR CONTRIBUTION CLAIMS

I, Kimberly A. Brown, counsel for the Official Committee of Unsecured Creditors (the "Committee") of Tribune Company hereby certify as follows:

1. On September 1, 2011, the above-captioned debtors and debtors-in-possession (the "Debtors") and the Committee filed the Motion for Entry of an Order Clarifying the Bar Date Order with Respect to Current Director and Officer Indemnification and/or Contribution Claims and Establishing a Deadline by which Current Directors and Officers who Cease to Serve the Debtors May Timely File Indemnification and/or Contribution Claims (the "Motion") [D.I. 9742].

2. Pursuant to the Notice of Motion, objections were to be filed by September 15, 2011. No objections to the Motion have been received as of the date hereof.

3. Subsequent to the filing of the Motion, the Debtors, Committee and various parties engaged in additional negotiation regarding the form of order approving the Motion.

4. On September 30, 2011, the Committee filed a revised form of order under certification of counsel in a manner consistent with such negotiation [D.I. 9850] (the "Certification of Counsel"). Following further negotiation regarding the form of order, the

Committee withdrew the Certification of Counsel and attached form of order by notice dated October 3, 2011 [D.I. 9859].

5. Attached hereto as Exhibit A is a revised proposed order (the "Order") approving the Motion in a manner consistent with these further negotiations.

6. Undersigned counsel certifies that the Order attached hereto as Exhibit A is in a form acceptable to all parties. In addition, attached hereto as Exhibit B is a blackline comparing the Order to the proposed order originally submitted with the Motion. Undersigned counsel respectfully requests that the Court enter the Order at its convenience.

Dated: October 3, 2011  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)  
Matthew B. McGuire (No. 4366)  
Kimberly A. Brown (No. 5138)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450

- and -

Howard Seife  
David M. LeMay  
**CHADBOURNE & PARKE LLP**  
30 Rockefeller Plaza  
New York, New York 10112  
Telephone: (212) 408-5100  
Facsimile: (212) 541-5369

*Counsel for the Official Committee of Unsecured Creditors*