# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
## Summary of Hours Worked
### August 1, 2011 - August 31, 2011

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 12.5 |
| Ashish Ajmera | Senior Vice President | 16.5 |
| Sandhya Sistla | Analyst | 27.5 |
| | **Total Moelis Team Hours** | **56.5** |

**Tribune Co.**
Time Log - August 2011

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 12.5 |
| Ashish Ajmera | Senior Vice President | 16.5 |
| Sandhya Sistla | Analyst | 27.5 |
| **Total** | | **56.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 8/1/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 8/1/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 8/2/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 8/2/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 8/2/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 8/8/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 8/8/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 8/9/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 8/9/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 8/9/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 8/9/2011 | 3.0 | Review of Neil/ERISA claims memorandum and related outline |
| Ashish Ajmera | 8/9/2011 | 3.0 | Review of Neil/ERISA claims memorandum and related outline |
| Sandhya Sistla | 8/9/2011 | 3.0 | Review of Neil/ERISA claims memorandum and related outline |
| Ashish Ajmera | 8/15/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 8/15/2011 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 8/16/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 8/16/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 8/16/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 8/19/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Ashish Ajmera | 8/19/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Sandhya Sistla | 8/19/2011 | 1.5 | Monthly FA Call and follow-up analysis |
| Ashish Ajmera | 8/22/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 8/22/2011 | 4.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 8/23/2011 | 1.0 | Weekly UCC Advisor Call |
| Ashish Ajmera | 8/23/2011 | 1.0 | Weekly UCC Advisor Call |
| Sandhya Sistla | 8/23/2011 | 1.0 | Weekly UCC Advisor Call |
| Zul Jamal | 8/25/2011 | 1.0 | Review of Neil settlement memorandum |
| Ashish Ajmera | 8/25/2011 | 1.0 | Review of Neil settlement memorandum |
| Sandhya Sistla | 8/25/2011 | 1.0 | Review of Neil settlement memorandum |
| Zul Jamal | 8/25/2011 | 2.0 | Review of MIP update and draft MIP motion |
| Ashish Ajmera | 8/25/2011 | 2.0 | Review of MIP update and draft MIP motion |
| Sandhya Sistla | 8/25/2011 | 2.0 | Review of MIP update and draft MIP motion |
| Zul Jamal | 8/26/2011 | 1.0 | UCC Meeting |
| Ashish Ajmera | 8/26/2011 | 1.0 | UCC Meeting |
| Sandhya Sistla | 8/26/2011 | 1.0 | UCC Meeting |
| Ashish Ajmera | 8/29/2011 | 1.0 | Weekly Media & Debt Pricing Updates |
| Sandhya Sistla | 8/29/2011 | 5.0 | Weekly Media & Debt Pricing Updates |
| | **Total** | **56.5** | |