# Court Conference

**Calendar Date:** 10/03/2011
**Calendar Time:** 03:00 PM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4499992 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4499899 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4499846 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4499975 | Gavin Baiera | 212-692-0217 | Angelo Gordon & Co., LP | Creditor, Angelo Gordon & Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4499735 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4499937 | Bruce Bennett | 213-621-6021 | Dewey & LeBoeuf LLP | Creditor, Oaktree Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4499941 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4499952 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4499839 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4499868 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4499947 | Rebecca Butcher | 302-467-4415 | Landis Rath & Cobb, LLP | Creditor, Official Committee for Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4499887 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4499806 | Randall Chase | (302) 674-3037 | Associated Press | Interested Party, Associated Press / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4499799 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4499797 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4500093 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499936 | Patrick Fleming | (212) 309-6614 | Morgan Lewis & Bockius | Interested Party, GreatBanc Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4500145 | Gregory W. Fox | (212) 833-1177 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499815 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499767 | Brian Gold | 312-853-2064 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499777 | Daniel H. Golden | 212-872-1000 | Akin Gump Strauss Hauer & Feld | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499880 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4500038 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499798 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4500042 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4500104 | David Klauder | 302-573-6491 | Office of the United States Trustee | Trustee, United States Trustee Office / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499905 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499783 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499964 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499807 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499878 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4500019 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499747 | Jonathan D. Lotsoff | (312) 853-4602 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499835 | Katharine L. Mayer | 302-984-6312 | McCarter & English | Creditor, Deutsche Bank Trust Company Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499830 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4500105 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4499707 | Frederick Morris | (212) 902-2886 | Goldman Sachs & Co. | Creditor, Goldman Sachs / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499825 | Elliot Moskowitz | (212) 450-4241 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank NA / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499764 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499881 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499903 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499711 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4500034 | David Powlen | (302) 888-4536 | Barnes & Thornburg LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499893 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499938 | Daniel Rath | 302-467-4400 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499817 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4500025 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499788 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4500043 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499924 | Laurie S. Silverstein | 302-984-6033 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499873 | Drew G Sloan | (302) 651-7612 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499854 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499862 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499757 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, | Creditor, Amalgamated Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4500035 | Eric M. Sutty | 302-622-4243 | Fox Rothschild LLP | Creditor, Wells Fargo Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499741 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499871 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499749 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499713 | Christopher A. Ward | (302) 252-0922 | Polsinelli Shughart | Interested Party, Daniel Kazan / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4499933 | Amanda Winfree | 302-654-1888 ext. 00 | Ashby & Geddes | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 4500039 | Jeffrey C. Wisler | (302) 888-6258 | Connolly Bove Lodge & Hutz LLP | Creditor, Certain Current & Former Officers and Directors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499978 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | In Propria Persona, Matthew A Zloto / LISTEN ONLY |