# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | | |
|---|---|---|
| **Debtor:** | Tribune Company | |
| **Case Number:** | 08-13141-KJC | **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 04, 2011 10:00 AM   CRT#5, 5TH FL. | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | |
| **Courtroom Clerk:** | NANCY HUNT | |
| **Reporter / ECR:** | AL LUGANO | |

## *Matters:*

1) Omnibus
   **R / M #:**   0 / 0

2) MIPS
   **R / M #:**   0 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Amended Agenda Item
#1 - Withdrawn
#2 through 8 - Continued
#9 through 14 - Orders Entered
#15 and 16 - Orders Signed