# SIGN-IN-SHEET

**CASE NAME:** Tribune  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** 10/4/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | Debtor |
| Brian Gold | Sidley | " |
| James Bendernagel | " | " |
| Jonathan Lotsoff | " | " |
| David LeMay | Chadbourne & Parke LLP | Official Ctee of Unsecured Creditors |
| James Sottile | Zuckerman Spaeder LLP | " |
| Adam Landis | Landis Rath & Cobb LLP | " |
| Daniel Golden | Akin Gump | Aurelius + Wilmington Trust as Indenture Trustee |
| Deba Neuman | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** 10/4/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katharine Mayer | McCarter & English | DBTCA |
| Robert Brady | Young Conaway | Credit Agreement Lenders |
| David Powlen | Barnes + Thornburg | Morgan Stanley |
| David Klauder | U.S. Trustee | U.S. Trustee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 10/04/2011
Calendar Time: 10:00 AM ET

Amended Calendar 10/04/2011 06:30 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 4496777 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4497236 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4458817 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4499047 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4499990 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4499167 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4500459 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4497245 | Graem Bush | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4500208 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4497257 | Andrew Caridas | 202-778-1855 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4498819 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4497207 | Douglas Deutsch | 212-408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 4497303 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 4460195 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, Defendants(Former Directors and Officers) / LIVE |

Peggy Drasal    CourtConfCal2009    Page 1 of 5

| Representing | Case | Proceeding | ID | Name | Phone | Firm | Party / Mode |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4501991 | David Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Creditor, Arrowgrass Capital Services / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499239 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4498818 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499052 | Patrick Fleming | (212) 309-6614 | Morgan Lewis & Bockius | Interested Party, GreatBanc Trust Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4208801 | Joseph Frank | (312) 276-1400 ext. 1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4496957 | Matthew Frank | (312) 371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499017 | Igor Fuks | (212) 303-9453 | Halcyon Asset Management | Creditor, Halcyon Asset Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499081 | Brian Gold | 312-853-2064 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4497248 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4497556 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4498935 | Peter Gruszka | 312-416-4215 | Chicago Fundamental Investment | Interested Party, Chicago Fundamental Investment Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4208842 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Defendant(s), Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 4502031 | Arthur Kavalis | (212) 667-2370 | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4495461 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4497214 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499227 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4496510 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499068 | Jonathan D. Lotsoff | (312) 853-4602 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499199 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499038 | Karen Luftglass | (212) 450-4775 | Davis Polk & Wardwell LLP | Creditor, JP Morgan / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499178 | Lynne Marek | (312) 649-5328 | Crain's Chicago Business | Other Prof., Crain's Chicago Business / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 4497229 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499024 | Joshua M. Mester | 213-621-6016 | Dewey & LeBoeuf LLP | Creditor, Credit Agreement Lenders / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499204 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499211 | Brett Myrick | (312) 853-1049 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4500938 | Mark A Neubauer | 310-734-3200 | Steptoe & Johnson | Defendant(s), Durham Monsma, et al / LIVE |
| Tribune Company | 08-13141 | Hearing | 4493444 | Therese K. Nohos | (312) 794-8027 | Dewey & LeBoeuf | Third Party, Daniel Kazan / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4497780 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigalo / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4498955 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wellmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 4496643 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4496767 | Jane Parver | (212) 836-8510 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499349 | Shannon Pennock | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499122 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4496774 | Madlyn G. Primoff | (212) 836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 4497226 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499106 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4496514 | Andrea Saavedra | (212) 310-8544 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 4497196 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4498926 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 4498956 | John Sieger | (312) 902-5294 | Katten Muchin Rosenman LLP | Interested Party, Robert R. McCormick Foundation & Cantigny Foundation / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4497240 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 4496812 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, | Creditor, Amalgamated Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 4496926 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 4499156 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4208563 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 4498822 | Rushabh Vora | (212) 231-6311 | Macquarie Capital (USA) | Creditor, Macquarie Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499248 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 4499158 | Stefanie L. Wowchuk | 312-876-2569 | SNR Denton US LLP | Debtor, SNR Denton US LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 4499137 | Dan Zimmerman | (504) 584-9365 | Phelps Dunbar LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 4500488 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | In Propria Persona, Matthew A Zloto / LISTEN ONLY |