```
              IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE


IN RE:                         )    Case No. 08-13141(KJC)
                               )    (Jointly Administered)
                               )
TRIBUNE COMPANY, et al.,       )    Chapter 11
                               )    Courtroom 5
                               )    824 Market Street
          Debtors.             )    Wilmington, Delaware
                               )
                               )    October 3, 2011
                               )    3:00 p.m.


                   TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                 UNITED STATES BANKRUPTCY JUDGE

TELEPHONIC APPEARANCES:

For Debtor:              Sidley Austin, LLP
                         BY: BRIAN GOLD, ESQ.
                         (312) 853-7000

ECRO:                    AL LUGANO

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com



Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

TELEPHONIC APPEARANCES:
(Continued)

| | |
|---|---|
| For JP Morgan: | Richards Layton & Finger<br>BY: DREW SLOAN, ESQ.<br>(302) 651-7700 |
| | Davis Polk & Wardwell<br>BY: ELLIOT MOSKOWITZ, ESQ.<br>(212) 450-4241 |
| For Official Committee<br>of Unsecured Creditors: | Landis, Rath & Cobb<br>BY: DANIEL B. RATH, ESQ.<br>(302) 467-4400<br>BY: REBECCA BUTCHER, ESQ.<br>(302) 467-4415<br>BY: ADAM LANDIS, ESQ.<br>(302) 467-4444<br>BY: MATTHEW MCGUIRE, ESQ.<br>(302) 467-4431 |
| | Chadbourne & Parke, LLP<br>BY: DAVID LEMAY, ESQ.<br>BY: THOMAS MCCORMACK, ESQ.<br>(212) 408-5100<br>BY: DOUGLAS DEUTSCH, ESQ.<br>(212) 408-5169<br>BY: MARC ASHLEY, ESQ.<br>(212) 408-5194<br>BY: MARC ROITMAN, ESQ.<br>(212) 408-5271<br>BY: HOWARD SEIFE, ESQ.<br>(212) 408-5361 |
| | Zuckerman Spaeder<br>BY: JAMES SOTTILE, ESQ.<br>BY: GRAEM BUSH, ESQ.<br>BY: ANDREW GOLDFARB, ESQ.<br>(202) 778-1800<br>BY: ANDREW CARIDAS, ESQ.<br>(202) 778-1855 |

TELEPHONIC APPEARANCES:
(Continued)

| | |
|---|---|
| For Aurelius: | Akin Gump Strauss Hauer & Feld<br>BY: DANIEL H. GOLDEN, ESQ.<br>(212) 872-1000<br><br>MATTHEW A. ZLOTO, ESQ.<br>(646) 445-6518<br><br>Ashby & Geddes<br>BY: AMANDA WINFREE, ESQ.<br>(302) 654-1888<br><br>Friedman Kaplan Seiler & Adelman<br>BY: GREGORY FOX, ESQ.<br>(212) 833-1177 |
| For Credit Lenders: | Young Conaway Stargatt & Taylor<br>BY: ROBERT BRADY, ESQ.<br>(302) 571-6600<br><br>Dewey & LeBoeuf, LLP<br>BY: BRUCE BENNETT, ESQ.<br>(213) 621-6021 |
| For Bank of America: | O'Melveny & Myers (New York)<br>BY:  DANIEL S. SHAMAH, ESQ.<br>(212) 326-2138 |
| For Citigroup: | Paul Weiss Rifkind Wharton<br>BY: SHANNON PENNOCK, ESQ.<br>(212) 373-3000 |
| For Tribune: | Sidley Austin<br>BY: JAMES BENDERNAGEL, ESQ.<br>(312) 736-8136<br>BY: KEVIN LANTRY, ESQ.<br>(213) 896-6022<br>BY: KEN KANSA, ESQ.<br>(312) 853-7163<br>BY: JONATHAN LOTSOFF, ESQ.<br>(312) 853-4602 |

TELEPHONIC APPEARANCES:
(Continued)

| | |
|---|---|
| For Tribune: | Tribune Company<br>BY: DAVE ELDERSVELD, ESQ.<br>(312) 222-4707<br>BY: DON LIEBENTRITT, ESQ.<br>(312) 222-3651<br>BY: MICHAEL O'NEAL, ESQ.<br>(312) 222-3490<br><br>Cole Schotz Meisel Forman<br>BY: NORMAN PERNICK, ESQ.<br>(302) 651-2000<br>BY: J. KATE STICKLES, ESQ.<br>(302) 651-2001 |
| For Merrill Lynch: | Kaye Scholer, LLP<br>BY: JANE PARVER, ESQ.<br>(212) 836-8510<br>BY: JONATHAN AGUDELO, ESQ.<br>(212) 836-8360<br>BY: MADLYN PRIMOFF, ESQ.<br>(212) 836-7042<br><br>Potter Anderson & Coroon, LLP<br>BY: LAURIE SILBERSTEIN, ESQ.<br>(302) 984-6033 |
| For Morgan Stanley: | Weil, Gotshal & Manges, LLP<br>BY: ANDREA SAAVEDRA, ESQ.<br>(212) 310-8544<br>BY: DAVID LITVACK, ESQ.<br>(212) 310-8361<br><br>Barnes & Thornburg, LLP<br>BY: DAVID POWLEN, ESQ.<br>(302) 888-4536 |
| For Employee Compensation Group: | Frank Gecker, LLP<br>BY: REED HELLIGMAN, ESQ.<br>(312) 276-1400<br>BY: JOSEPH FRANK, ESQ.<br>(312) 276-1400 |
| For Deutsche Bank: | McCarter & English<br>BY: DAVID ADLER, ESQ.<br>(212) 609-6847<br>BY: KATHARINE MAYER. ESQ.<br>(302) 984-6312 |

```
TELEPHONIC APPEARANCES:
(Continued)

For Dow Jones News Wires:    Dow Jones & Co.
                             BY: PEG BRICKLEY, ESQ.
                             (215) 462-0953

For EGI-TRB:                 Jenner & Block, LLP
                             BY: ANDREW VAIL, ESQ.
                             (312) 840-8688

For Great Banc Trust Co.:    Morgan Lewis & Brockius, LLP
                             BY: PATRICK FLEMING, ESQ.
                             (212) 309-6614

For Amalgamated Bank:        Milbank Tweed Hadley & McCloy
                             BY: ALAN STONE, ESQ.
                             (212) 530-8978

For Miller Taback Roberts    BY: ANDREW M. THAU, ESQ.
Securities, LLC:             (212) 692-8178

For Kramer Levin:            BY: DAVID BLABEY, JR., ESQ.
                             (212) 715-9100

For Angelo Gordon & Co:      BY: GAVIN BALERA, ESQ.
                             (212) 692-0217

                             Wilmer Cutler Pickering Hale
                             & Dorr
                             BY: ANDREW GOLDMAN, ESQ.
                             (212) 230-8836

For Associated Press:        BY: RANDALL CHASE, ESQ.
                             (302) 674-3037

For Goldman Sachs & Co:      BY: LEXI FALLON, ESQ.
                             (212) 902-0791
                             BY: FREDERICK MORRIS, ESQ.
                             (212) 902-2886

For U.S. Trustee:            Office of the U.S. Trustee
                             BY: DAVID KLAUDER, ESQ.
                             (302) 573-6491

For Oak Tree Capital:        BY: EDGAR LEE, ESQ.
                             (213) 830-6415
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Wells Fargo Bank:        Fox Rothschild, LLP
                             BY: ERIC SUTTY, ESQ.
                             (302) 622-4243

For Barclays Bank:           Mayer Brown, LLP
                             BY: AMIT K. TREHAN, ESQ.
                             (212) 506-2500

For Daniel Kazan:            Polsinelli Shughart
                             BY: CHRISTOPHER WARD, ESQ.
                             (302) 252-0922

For Certain Current &        Connolly Bove Lodge & Hutz
Former Officers &            BY: JEFFREY WISLER, ESQ.
Directors:                   (302) 888-6258
```

1

1    WILMINGTON, DELAWARE, MONDAY, OCTOBER 3, 2011, 2:59 P.M.

2            THE COURT:  Good afternoon.  This is Judge Carey.
3    We're on the record in the related Tribune Company, Chapter
4    11 proceedings.  Let me thank everyone for getting together
5    at the Court's request in advance of tomorrow's hearing.
6            And I'll start only by saying this.  It's all my
7    fault.  I reached out to counsel starting, I guess at the
8    end of last week, having seen that there were no contested
9    matters on for hearing tomorrow.  I note, however, that one
10   of the matters is with respect to the debtor's motion to
11   implement a management incentive plan for 2011.  I had seen
12   that declarations were submitted in support of the motion.
13   I have read the certification of counsel along with the
14   revised proposed form of order.  And as I normally would
15   have done through chamber's staff, asked what the parties
16   had intended to do in light of the fact that there was no
17   objection, and I think I just kind of caused more
18   uncertainty than I intended to by having asked the question.
19           So let me just turn to debtor's counsel at this
20   point and ask, in terms of the MIP motion, what type of
21   presentation had the debtor intended to make at tomorrow's
22   hearing?
23           MR. GOLD:  Good afternoon, Your Honor.  This is
24   Brian Gold on behalf of the debtor.
25           I think it was our intent, Your Honor, in light

1  of the fact that there were no objections, to first ask the
2  Court, you know, if the affidavits would suffice with
3  respect to the Court's consideration assuming there were no
4  belated inquiries, if you will, either of other counsel or
5  of Your Honor.  To the extent that your answer to that
6  question was they weren't, we were prepared to then suggest
7  moving to a proffer and, of course, if the Court desired it
8  and desired our appearance, we could do it through live
9  testimony.
10             With respect to the middle ground, if you will,
11 the proffer, you know, to the extent the Court would indulge
12 the proffer and testimony, if necessary, related to proffer
13 telephonically, that still could be a preference of ours.
14 But again, this is an important motion of our client and
15 this is very important we're prepared to proceed as the
16 Court sees fit.
17             THE COURT:  Yeah.  I mean, the very short answer
18 to that is so long as there are no objections.  And I know
19 the objection deadline has now passed.  Occasionally, as we
20 all know, sometimes somebody shows up in Court on the day of
21 the hearing and sticks up their hand and wishes to be heard
22 for whatever reason.
23             Or two, assuming that nobody wants to ask a
24 question of either of the declarants, then it might be safe
25 to proceed telephonically.  But understanding the importance

1   of this matter and that if something were to come up, the
2   debtor would, I'm sure want an immediate ruling on whatever
3   issue may arise, you know, there we'd be stuck with
4   declarants on the telephone and I typically don't take
5   testimony by phone.
6         Now all of that having been said, I am sensitive
7   and I think I probably mentioned it during at least during
8   one of our hearings, to the cost involved when everyone has
9   to come here for a hearing even if it's anticipated that
10  tomorrow's hearing would be of short duration since no
11  objections have been lodged.  So, you know, I -- put it
12  this way, the Court is willing to proceed on that basis, but
13  there's no risk involved for the Court.
14        MR. GOLD:  Your Honor, just one question then.
15  If there was a need for live testimony, if you will, or
16  testimony, I'll put it that way, from one of the declarants,
17  would the Court be amenable to the waiver or the exception
18  to the rule to permit that testimony to proceed
19  telephonically, thereby on our end at least substantially
20  avoiding the risk?
21        THE COURT:  Well that's a -- I'll give you a
22  qualified yes to that.  And by that I mean, let's say the
23  declarant supplements the written declarations that have
24  been filed with a proffer.  Okay, what if someone then wants
25  to cross examine one of the declarants?  I mean, that's

1  something I don't think I've ever permitted by telephone.  I
2  don't --
3              MR. GOLD:  Okay.
4              THE COURT:  See, taking the testimony under these
5  circumstances by telephone seems to me would be okay, but
6  I'm not going to permit cross examination by phone.
7              MR. GOLD:  Okay.  Your Honor, I think, you know,
8  subject to conferring with our client, and subject obviously
9  to anything you would prefer, I think this is an important
10 enough matter to our client that we at least will talk to
11 them about avoiding any risk whatsoever and appearing for a
12 hearing no matter how short it may be.  I guess the only
13 thing I would request is would be permitted to, in a very
14 short time after the conclusion of this call, to notify you
15 if our decision was otherwise?
16             THE COURT:  Yes, certainly. And the other thing
17 I'll add is that, you know, anyone, -- there seems to be a
18 dynamic which exists which some people buy into which is,
19 well, if one party is going to be in the courtroom, I'd like
20 to be there, too.  I will tell you, it's never yet made a
21 difference to me one way or the other.  If I permit
22 telephonic participation, I permit it and consider it as if
23 the person were here in the courtroom.  So that I'm telling
24 you this.  Even if the debtor should decide to bring
25 representatives to the Court in person tomorrow, anyone else

1   who wishes to participate by telephone is welcome to do so.
2   You know, my -- I would really like to have parties, whether
3   expense is borne by the estate or not, to save a couple of
4   bucks, if there truly is something, by the way, which I
5   welcome, on which all parties agree.  And --
6              MR. LEMAY:  Your Honor, David LeMay from
7   Chadbourne and Parke for the committee.  May I be briefly
8   heard?
9              THE COURT:  Certainly.  Go ahead.
10             MR. LEMAY:  Thank you, Your Honor.  First, as you
11  do note from the certificate of non-objection, the committee
12  doesn't object to, and in fact, tomorrow you'll hear me say
13  that the committee, in fact, supports the relief sought
14  under the order as amended.  There are some changes that
15  have been made to that order to reflect our changes.
16             As to the evidentiary record, we had not been
17  aware that there was going to proceed in any manner other
18  than the way it had in the past with live witnesses.  There
19  are as I understand it, two witnesses, Mr. Dempsey, and I've
20  read his declaration, and it's certainly completely
21  unobjectionable.  Mr. Hartenstein has put in a declaration,
22  which basically incorporates by reference all of the facts.
23  It doesn't really in itself set forth any facts.  It says
24  the facts set forth in the 40 odd page motion are true.
25             I'm not sure that the committee can say that it

1  agrees with every fact set forth in that motion.  In fact,
2  there are probably a couple that we don't.  I also am not
3  sure that from the committee's point of view, that
4  incredibly matters and I wouldn't want to waste the time of
5  Mr. Hartenstein who is absolutely one of the most valuable
6  executives in the company and one of the ones who has to
7  keep his eye on the ball.  But it is the fact that Mr.
8  Hartenstein's declaration does by incorporation go far and
9  deep into a lot of factual matters.  If there, you know, if
10 there was some way that we could know that, in fact, the
11 order would go in without the committee, in effect being,
12 you know, signing on, if you will for every one of those,
13 then we would share the Court's desire, I'm sure to make it
14 expeditious and cheap.
15             THE COURT:  Well I leave that then for the
16 parties to add to their discussion at the conclusion of this
17 telephone conference.  Does anyone else wish to be heard?
18                  (No audible response.)
19             THE COURT:  Okay.  The only --
20             MR. SOTTILE:  Your Honor, James Sottile of
21 Zuckerman Spaeder, special counsel to the official
22 committee.
23             Your Honor, I don't wish to be heard with respect
24 to the MIP.  If the Court would hear me very briefly on
25 another matter on the agenda, I would be most grateful.

1          THE COURT: Go ahead.

2          MR. SOTTILE: Your Honor, Item No. 14 on the
3  agenda for tomorrow concerns the committees' motion for a
4  further extension of the time in which to effect service
5  with respect to certain preference complaints. There is no
6  objection that has been filed with respect to it and a
7  Certificate of No Objection has been filed, however, Your
8  Honor, I have had some conversation with Mr. Golden, counsel
9  for the noteholders. And as a result of that conversation,
10 we do wish to make a clarifying statement tomorrow and
11 would, therefore, ask the Court's indulgence to hear us
12 briefly and by that I mean less than five minutes tomorrow
13 whether the hearing is telephonic or in person on that
14 matter.

15         THE COURT: All right.

16         MR. SOTTILE: Thank you, Your Honor.

17         THE COURT: Okay. I just -- just to give the
18 parties a heads up for tomorrow, I don't need an answer now,
19 but in connection with both No. 15 and No. 16, I had at
20 least as of now a single question. With respect to 15, that
21 is the transcript motion, I was just going to ask that when
22 we reach that matter, the parties simply point out to me
23 anything that they believe the Court might consider to be of
24 moment or some material correction of which you think I
25 should take specific note as I drill down on my opinion

1  draft.

2  And secondly, with respect to the MIP motion and
3  if it's in the papers, tomorrow you can just point it out to
4  me, otherwise I would like the information and that is since
5  we're, you know, into the fourth quarter already, I'd like
6  to know where the company and/or the proposed MIP
7  beneficiaries stand with respect to percentage targets.
8  Where are we at this point?  That's what I'd like to know.
9  And again, I don't need to know it today, but tomorrow would
10 be good.  Anything else --

11            MR. GOLD:  On the latter one, Your Honor, we have
12 that answer and be fully prepared to address that.

13            THE COURT:  Okay, terrific.  Anyone else wish to
14 be heard?  Is there anything else we need to talk about
15 today?

16            MR. BENDERNAGEL:  Your Honor, this is Jim
17 Bendernagel.  Two things.  One, with respect to the first
18 matter, the transcript corrections, we'll be prepared to
19 address that tomorrow.  But does it make any sense at this
20 juncture to just poll the other people on the call to
21 determine whether any of those people intend to examine
22 tomorrow --

23            THE COURT:  Well it --

24            MR. BENDERNAGEL:  -- on the MIP issue?

25            THE COURT:  It certainly can't hurt.  Let me ask.

1   Does anyone who's on the telephone, anticipate wishing to
2   examine either of the declarants in connection with the MIP
3   motion, apart from the concern expressed by Mr. LeMay?
4           MR. GOLDEN:  Your Honor, this is Mr. Golden from
5   Akin Gump on behalf of the noteholders.  At this juncture --
6           THE COURT:  I'm sorry, you're breaking up.  I
7   cannot hear you.
8           MR. GOLDEN:  I'm sorry.
9           THE COURT:  No, it's still --
10          MR. GOLDEN:  Judge, can you hear me?
11          THE COURT:  No, you're still breaking up.  Well
12  let me ask.  Does anyone else wish to be heard in response
13  to my question?
14                  (No audible response.)
15          THE COURT: All right.  I don't know who that
16  was, but anyway --
17          MR. GOLD:  Your Honor, I believe it was Mr.
18  Golden.
19          THE COURT:  Okay.  Mr. Golden, if that was you,
20  if you do have an intention to examine either one of the
21  declarants, please let debtor's counsel know and we can go
22  from there.
23          Okay.  I'm also told that revised CNO's for
24  Agenda Items 12 and 13 are going to be submitted.  I was
25  curious about where that stands.

1  MR. DEUTSCH: Your Honor, this is Doug Deutsch
2  from Chadbourne on behalf of the committee.
3  As I understand it, we have sent those revised
4  orders. They were just like -- excuse me. They were just a
5  minor tweak to both of the orders to local counsel and they
6  will be filing it -- Delaware counsel. They will be filing
7  it shortly.
8  THE COURT: All right, thank you. Anything
9  further for today?
10  (No audible response.)
11  THE COURT: Okay. Just let me thank everyone
12  again for getting together so quickly. I appreciate it.
13  And I apologize for any inconvenience. Hopefully, it will
14  work to everyone's benefit when we figure out how to
15  approach tomorrow. That concludes this hearing. Court will
16  stand adjourned.
17  (Whereupon, at 3:13 p.m., the hearing was adjourned.)
18  CERTIFICATION
19  I certify that the foregoing is a correct
20  transcript from the electronic sound recording of the
21  proceedings in the above-entitled matter.
22
23
24  _____          3 October 2011
25  Traci L. Calaman, Transcriber                    Date
26

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **08-13141(kjc)**(1) | 1:5 | **avoiding**(2) | 9:20  10:11 | **committee's**(1) | 12:3 | **don**(1) | 4:7 |
| **about**(3) | 10:11  14:14  15:25 | **aware**(1) | 11:17 | **company**(5) | 1:8  4:4  7:3  12:6  14:6 | **don't**(8) | 9:4  10:1  10:2  12:2  12:23  13:18  14:9  15:15 |
| **aboveentitled**(1) | 16:21 | **balera**(1) | 5:26 | **compensation**(1) | 4:40 | | |
| **absolutely**(1) | 12:5 | **ball**(1) | 12:7 | **complaints**(1) | 13:5 | | |
| **adam**(1) | 2:17 | **banc**(1) | 5:12 | **completely**(1) | 11:20 | **done**(1) | 7:15 |
| **add**(2) | 10:17  12:16 | **bank**(5) | 3:29  4:46  5:16  6:4  6:8 | **conaway**(1) | 3:20 | **dorr**(1) | 5:30 |
| **address**(2) | 14:12  14:19 | **bankruptcy**(2) | 1:1  1:19 | **concern**(1) | 15:3 | **doug**(1) | 16:1 |
| **adelman**(1) | 3:16 | **barclays**(1) | 6:8 | **concerns**(1) | 13:3 | **douglas**(1) | 2:26 |
| **adjourned**(2) | 16:16  16:17 | **barnes**(1) | 4:36 | **concludes**(1) | 16:15 | **dow**(2) | 5:4  5:4 |
| **adler**(1) | 4:47 | **basically**(1) | 11:22 | **conclusion**(2) | 10:14  12:16 | **down**(1) | 13:25 |
| **administered**(1) | 1:6 | **basis**(1) | 9:12 | **conference**(1) | 12:17 | **draft**(1) | 14:1 |
| **advance**(1) | 7:5 | **been**(7) | 9:6  9:11  9:24  11:15  11:16  13:6  13:7 | **conferring**(1) | 10:8 | **drew**(1) | 2:5 |
| **affidavits**(1) | 8:2 | | | **connection**(2) | 13:19  15:2 | **drill**(1) | 13:25 |
| **after**(1) | 10:14 | | | **connolly**(1) | 6:16 | **duration**(1) | 9:10 |
| **afternoon**(2) | 7:2  7:23 | **before**(1) | 1:18 | **consider**(2) | 10:22  13:23 | **during**(2) | 9:7  9:7 |
| **again**(3) | 8:14  14:9  16:12 | **behalf**(3) | 7:24  15:5  16:2 | **consideration**(1) | 8:3 | **dynamic**(1) | 10:18 |
| **agenda**(3) | 12:25  13:3  15:24 | **being**(1) | 12:11 | **contested**(1) | 7:8 | **ecro**(1) | 1:27 |
| **agree**(1) | 11:5 | **belated**(1) | 8:4 | **continued**(5) | 2:2  3:2  4:2  5:2  6:2 | **edgar**(1) | 5:46 |
| **agrees**(1) | 12:1 | **believe**(2) | 13:23  15:17 | **conversation**(2) | 13:8  13:9 | **effect**(2) | 12:11  13:4 |
| **agudelo**(1) | 4:21 | **bendernagel**(4) | 3:38  14:16  14:17  14:24 | **coroon**(1) | 4:26 | **egi-trb**(1) | 5:8 |
| **ahead**(2) | 11:9  13:1 | **beneficiaries**(1) | 14:7 | **correct**(1) | 16:19 | **either**(4) | 8:4  8:24  15:2  15:20 |
| **akin**(2) | 3:4  15:5 | **benefit**(1) | 16:14 | **correction**(1) | 13:24 | **eldersveld**(1) | 4:5 |
| **alan**(1) | 5:17 | **bennett**(1) | 3:26 | **corrections**(1) | 14:18 | **electronic**(2) | 1:36  16:20 |
| **all**(8) | 7:6  8:20  9:6  11:5  11:22  13:15  15:15  16:8 | **blabey**(1) | 5:23 | **cost**(1) | 9:8 | **elliot**(1) | 2:9 |
| | | **block**(1) | 5:8 | **could**(3) | 8:8  8:13  12:10 | **else**(6) | 10:25  12:17  14:10  14:13  14:14 |
| | | **borne**(1) | 11:3 | **counsel**(9) | 7:7  7:13  7:19  8:4  12:21  13:8  15:21  16:5  16:6 | **employee**(1) | 4:40 |
| **along**(1) | 7:13 | **both**(2) | 13:19  16:5 | | | **end**(2) | 7:8  9:19 |
| **already**(1) | 14:5 | **bove**(1) | 6:16 | | | **english**(1) | 4:46 |
| **also**(2) | 12:2  15:23 | **brady**(1) | 3:22 | **couple**(2) | 11:3  12:2 | **enough**(1) | 10:10 |
| **amalgamated**(1) | 5:16 | **breaking**(2) | 15:6  15:11 | **course**(1) | 8:7 | **eric**(1) | 6:5 |
| **amanda**(1) | 3:12 | **brian**(2) | 1:24  7:24 | **court**(34) | 1:1  7:2  8:2  8:7  8:11  8:16  8:17  8:20  9:12  9:13  9:17  9:21  10:4  10:16  10:25  11:9  12:15  12:19  12:24  13:1  13:15  13:17  13:23  14:13  14:23  14:25  15:6  15:9  15:11  15:15  15:19  16:8  16:11  16:15 | **esq**(62) | 1:24  2:5  2:9  2:13  2:15  2:17  2:19  2:23  2:24  2:26  2:28  2:30  2:32  2:36  2:37  2:38  2:40  3:5  3:8  3:12  3:17  3:22  3:26  3:30  3:34  3:38  3:40  3:42  3:44  4:5  4:7  4:9  4:13  4:15  4:19  4:21  4:23  4:27  4:31  4:33  4:37  4:41  4:43  4:47  4:49  5:5  5:9  5:13  5:17  5:20  5:23  5:26  5:31  5:34  5:37  5:39  5:43  5:46  6:5  6:9  6:13  6:17 |
| **amenable**(1) | 9:17 | **brickley**(1) | 5:5 | | | | |
| **amended**(1) | 11:14 | **briefly**(3) | 11:7  12:24  13:12 | | | | |
| **america**(1) | 3:29 | **bring**(1) | 10:24 | | | | |
| **amit**(1) | 6:9 | **brockius**(1) | 5:12 | | | | |
| **and**(42) | 7:6  7:14  7:17  7:20  8:7  8:8  8:12  8:14  8:18  8:21  8:21  9:1  9:4  9:7  9:22  10:8  10:11  10:16  10:22  11:5  11:7  11:12  11:19  11:20  12:4  12:6  12:8  12:14  13:6  13:9  13:10  13:12  13:19  14:2  14:2  14:4  14:9  14:12  15:21  15:24  16:5  16:13 | **brown**(1) | 6:8 | **court's**(4) | 7:5  8:3  12:13  13:11 | | |
| | | **bruce**(1) | 3:26 | **courtroom**(3) | 1:9  10:19  10:23 | | |
| | | **bucks**(1) | 11:4 | **credit**(1) | 3:20 | **estate**(1) | 11:3 |
| | | **bush**(1) | 2:37 | **creditors**(1) | 2:13 | **even**(2) | 9:9  10:24 |
| | | **but**(9) | 8:14  8:25  9:12  10:5  12:7  13:19  14:9  14:19  15:16 | **cross**(2) | 9:25  10:6 | **ever**(1) | 10:1 |
| | | | | **curious**(1) | 15:25 | **every**(2) | 12:1  12:12 |
| **and/or**(1) | 14:6 | **butcher**(1) | 2:15 | **current**(1) | 6:16 | **everyone**(3) | 7:4  9:8  16:11 |
| **anderson**(1) | 4:26 | **buy**(1) | 10:18 | **cutler**(1) | 5:29 | **everyone's**(1) | 16:14 |
| **andrea**(1) | 4:31 | **calaman**(1) | 16:25 | **daniel**(4) | 2:13  3:5  3:30  6:12 | **evidentiary**(1) | 11:16 |
| **andrew**(5) | 2:38  2:40  5:9  5:20  5:31 | **call**(2) | 10:14  14:20 | **data**(1) | 1:29 | **examination**(1) | 10:6 |
| **angelo**(1) | 5:26 | **can**(4) | 11:25  14:3  15:10  15:21 | **date**(1) | 16:25 | **examine**(4) | 9:25  14:21  15:2  15:20 |
| **another**(1) | 12:25 | **can't**(1) | 14:25 | **dave**(1) | 4:5 | **exception**(1) | 9:17 |
| **answer**(4) | 8:5  8:17  13:18  14:12 | **cannot**(1) | 15:7 | **david**(7) | 2:23  4:33  4:37  4:47  5:23  5:43  11:6 | **excuse**(1) | 16:4 |
| **anticipate**(1) | 15:1 | **capital**(1) | 5:46 | | | **executives**(1) | 12:6 |
| **anticipated**(1) | 9:9 | **carey**(2) | 1:18  7:2 | | | **exists**(1) | 10:18 |
| **any**(6) | 10:11  11:17  11:23  14:19  14:21 | **caridas**(1) | 2:40 | **davis**(1) | 2:8 | **expeditious**(1) | 12:14 |
| **anyone**(6) | 10:17  10:25  12:17  14:13  15:1  15:12 | **case**(1) | 1:5 | **day**(1) | 8:20 | **expense**(1) | 11:3 |
| | | **caused**(1) | 7:17 | **deadline**(1) | 8:19 | **expressed**(1) | 15:3 |
| | | **certain**(2) | 6:16  13:5 | **debtor**(5) | 1:23  7:21  7:24  9:2  10:24 | **extension**(1) | 13:4 |
| **anything**(5) | 10:9  13:23  14:10  14:14  16:8 | **certainly**(4) | 10:16  11:9  11:20  14:25 | **debtors**(1) | 1:11 | **extent**(2) | 8:5  8:11 |
| **anyway**(1) | 15:16 | **certificate**(2) | 11:11  13:7 | **debtor's**(3) | 7:10  7:19  15:21 | **eye**(1) | 12:7 |
| **apart**(1) | 15:3 | **certification**(2) | 7:13  16:18 | **decide**(1) | 10:24 | **fact**(8) | 7:16  8:1  11:12  11:13  12:1  12:1  12:7  12:10 |
| **apologize**(1) | 16:13 | **certify**(1) | 16:19 | **decision**(1) | 10:15 | | |
| **appearance**(1) | 8:8 | **chadbourne**(3) | 2:22  11:7  16:2 | **declarant**(1) | 9:23 | | |
| **appearances**(6) | 1:21  2:1  3:1  4:1  5:1  6:1 | **chamber's**(1) | 7:15 | **declarants**(6) | 8:24  9:4  9:16  9:25  15:2 | **facts**(3) | 11:22  11:23  11:24 |
| **appearing**(1) | 10:11 | **changes**(2) | 11:14  11:15 | **declaration**(3) | 11:20  11:21  12:8 | **factual**(1) | 12:9 |
| **appreciate**(1) | 16:12 | **chapter**(2) | 1:8  7:3 | **declarations**(2) | 7:12  9:23 | **fallon**(1) | 5:37 |
| **approach**(1) | 16:15 | **chase**(1) | 5:34 | **deep**(1) | 12:9 | **far**(1) | 12:8 |
| **are**(7) | 8:18  11:14  11:19  11:24  12:2  14:8  15:24 | **cheap**(1) | 12:14 | **delaware**(4) | 1:2  1:11  7:1  16:6 | **fargo**(1) | 6:4 |
| | | **christopher**(1) | 6:13 | **dempsey**(1) | 11:19 | **fault**(1) | 7:7 |
| | | **circumstances**(1) | 10:5 | **desire**(1) | 12:13 | **feld**(1) | 3:4 |
| **arise**(1) | 9:3 | **citigroup**(1) | 3:33 | **desired**(2) | 8:7  8:8 | **figure**(1) | 16:14 |
| **ashby**(1) | 3:11 | **clarifying**(1) | 13:10 | **determine**(1) | 14:21 | **filed**(3) | 9:24  13:6  13:7 |
| **ashley**(1) | 2:28 | **client**(3) | 8:14  10:8  10:10 | **deutsch**(3) | 2:26  16:1  16:1 | **filing**(2) | 16:6  16:6 |
| **ask**(7) | 7:20  8:1  8:23  13:11  13:21  14:25  15:12 | **cno's**(1) | 15:23 | **deutsche**(1) | 4:46 | **finger**(1) | 2:4 |
| | | **cobb**(1) | 2:12 | **dewey**(1) | 3:25 | **first**(3) | 8:1  11:10  14:17 |
| | | **cole**(1) | 4:12 | **diaz**(1) | 1:29 | **fit**(1) | 8:16 |
| **asked**(2) | 7:15  7:18 | **come**(2) | 9:1  9:9 | **difference**(1) | 10:21 | **five**(1) | 13:12 |
| **associated**(1) | 5:34 | **committee**(8) | 2:12  11:7  11:11  11:13  11:25  12:11  12:22  16:2 | **directors**(1) | 6:18 | **fleming**(1) | 5:13 |
| **assuming**(2) | 8:3  8:23 | | | **discussion**(1) | 12:16 | | |
| **audible**(3) | 12:18  15:14  16:10 | | | **district**(1) | 1:2 | | |
| **aurelius**(1) | 3:4 | **committees**(1) | 13:3 | **does**(5) | 12:8  12:17  14:19  15:1  15:12 | | |
| **austin**(2) | 1:23  3:37 | | | **doesn't**(2) | 11:12  11:23 | | |

Page : 1     10/04/11 14:52:42

| Word Page:Line | Word Page:Line | Word Page:Line | Word Page:Line |
|---|---|---|---|
| **for**(48) 1:2 1:23 2:4 2:12 3:4 3:20 3:29 3:33 3:37 4:4 4:18 4:30 4:40 4:46 5:4 5:8 5:12 5:16 5:20 5:23 5:26 5:34 5:37 5:42 5:46 6:4 6:8 6:12 6:16 7:4 7:9 7:11 8:22 9:9 9:13 9:15 10:11 11:7 12:12 12:15 13:3 13:3 13:9 13:18 15:23 16:9 16:12 16:13 | **how**(2) 10:12 16:14<br>**howard**(1) 2:32<br>**however**(2) 7:9 13:7<br>**hurt**(1) 14:25<br>**hutz**(1) 6:16<br>**i'd**(3) 10:19 14:5 14:8<br>**i'll**(4) 7:6 9:16 9:21 10:17<br>**i'm**(8) 9:2 10:6 10:23 11:25 12:13 15:6 15:8 15:23 | **let's**(1) 9:22<br>**levin**(1) 5:23<br>**lewis**(1) 5:12<br>**lexi**(1) 5:37<br>**liebentritt**(1) 4:7<br>**light**(2) 7:16 7:25<br>**like**(6) 10:19 11:2 14:4 14:5 14:8 16:4<br>**litvack**(1) 4:33<br>**live**(3) 8:8 9:15 11:18<br>**llc**(1) 5:21<br>**llp**(12) 1:23 2:22 3:25 4:18 4:26 4:30 4:36 4:40 5:8 5:12 6:4 6:8 | **now**(4) 8:19 9:6 13:18 13:20<br>**o'melveny**(1) 3:29<br>**o'neal**(1) 4:9<br>**oak**(1) 5:46<br>**object**(1) 11:12<br>**objection**(4) 7:17 8:19 13:6 13:7<br>**objections**(3) 8:1 8:18 9:11<br>**obviously**(1) 10:8<br>**occasionally**(1) 8:19<br>**october**(3) 1:13 7:1 16:24<br>**odd**(1) 11:24<br>**office**(1) 5:42 |
| **foregoing**(1) 16:19<br>**form**(1) 7:14<br>**forman**(1) 4:12<br>**former**(1) 6:17<br>**forth**(3) 11:23 11:24 12:1<br>**fourth**(1) 14:5<br>**fox**(2) 3:17 6:4<br>**frank**(2) 4:40 4:43<br>**frederick**(1) 5:39<br>**friedman**(1) 3:15<br>**from**(9) 9:16 11:6 11:11 12:3 15:3 15:4 15:22 16:2 16:20 | **i've**(2) 10:1 11:19<br>**immediate**(1) 9:2<br>**implement**(1) 7:11<br>**importance**(1) 8:25<br>**important**(3) 8:14 8:15 10:9<br>**incentive**(1) 7:11<br>**inconvenience**(1) 16:13<br>**incorporates**(1) 11:22<br>**incorporation**(1) 12:8<br>**incredibly**(1) 12:4<br>**indulge**(1) 8:11 | **local**(1) 16:5<br>**lodge**(1) 6:16<br>**lodged**(1) 9:11<br>**long**(1) 8:18<br>**lot**(1) 12:9<br>**lotsoff**(1) 3:44<br>**lugano**(1) 1:27<br>**lynch**(1) 4:18 | **officers**(1) 6:17<br>**official**(2) 2:12 12:21<br>**okay**(10) 9:24 10:3 10:5 10:7 12:19 13:17 14:13 15:19 15:23 16:11<br>**one**(13) 7:9 9:8 9:14 9:16 9:25 10:19 10:21 12:5 12:6 12:12 14:11 14:17 15:20 |
| **fully**(1) 14:12<br>**further**(2) 13:4 16:9<br>**gavin**(1) 5:26<br>**gecker**(1) 4:40<br>**geddes**(1) 3:11<br>**getting**(2) 7:4 16:12<br>**give**(2) 9:21 13:17<br>**going**(5) 10:6 10:19 11:17 13:21 15:24<br>**gold**(8) 1:24 7:23 7:24 9:14 10:3 10:7 14:11 15:17 | **indulgence**(1) 13:11<br>**information**(1) 14:4<br>**inquiries**(1) 8:4<br>**intend**(1) 14:21<br>**intended**(3) 7:16 7:18 7:21<br>**intent**(1) 7:25<br>**intention**(1) 15:20<br>**into**(3) 10:18 12:9 14:5<br>**involved**(2) 9:8 9:13<br>**issue**(2) 9:3 14:24<br>**it's**(6) 7:6 9:9 10:20 11:20 14:3 15:9<br>**item**(1) 13:2 | **made**(2) 10:20 11:15<br>**madlyn**(1) 4:23<br>**make**(4) 7:21 12:13 13:10 14:19<br>**management**(1) 7:11<br>**manges**(1) 4:30<br>**manner**(1) 11:17<br>**marc**(2) 2:28 2:30<br>**market**(1) 1:10<br>**material**(1) 13:24<br>**matter**(8) 9:1 10:10 10:12 12:25 13:14 13:22 14:18 16:21 | **ones**(1) 12:6<br>**only**(3) 7:6 10:12 12:19<br>**opinion**(1) 13:25<br>**order**(4) 7:14 11:14 11:15 12:11<br>**orders**(2) 16:4 16:5<br>**other**(5) 8:4 10:16 10:21 11:17 14:20<br>**otherwise**(2) 10:15 14:4<br>**our**(9) 7:25 8:8 8:14 9:8 9:19 10:8 10:10 10:15 11:15 |
| **golden**(8) 3:5 13:8 15:4 15:4 15:8 15:10 15:18 15:19 | **items**(1) 15:24<br>**itself**(1) 11:23<br>**james**(3) 2:36 3:38 12:20<br>**jane**(1) 4:19<br>**jeffrey**(1) 6:17<br>**jenner**(1) 5:8<br>**jim**(1) 14:16<br>**jointly**(1) 1:6 | **matters**(4) 7:9 7:10 12:4 12:9<br>**matthew**(2) 2:19 3:8<br>**may**(3) 9:3 10:12 11:7<br>**mayer**(2) 4:49 6:8<br>**mccarter**(1) 4:46<br>**mccloy**(1) 5:16<br>**mccormack**(1) 2:24<br>**mcguire**(1) 2:19 | **ours**(1) 8:13<br>**out**(4) 7:7 13:22 14:3 16:14<br>**p.m**(3) 1:14 7:1 16:17<br>**page**(1) 11:24<br>**papers**(1) 14:3<br>**parke**(2) 2:22 11:7<br>**participate**(1) 11:1<br>**participation**(1) 10:22<br>**parties**(6) 7:15 11:2 11:5 12:16 13:18 |
| **goldfarb**(1) 2:38<br>**goldman**(2) 5:31 5:37<br>**good**(3) 7:2 7:23 14:10<br>**gordon**(1) 5:26<br>**gotshal**(1) 4:30<br>**graem**(1) 2:37<br>**grateful**(1) 12:25<br>**great**(1) 5:12<br>**gregory**(1) 3:17<br>**ground**(1) 8:10<br>**group**(1) 4:41<br>**guess**(2) 7:7 10:12<br>**gump**(2) 3:4 15:5<br>**had**(7) 7:11 7:16 7:21 11:16 11:18 13:8 13:19 | **jonathan**(2) 3:44 4:21<br>**jones**(2) 5:4 5:4<br>**joseph**(1) 4:43<br>**judge**(4) 1:18 1:19 7:2 15:10<br>**juncture**(2) 14:20 15:5<br>**just**(11) 7:17 7:19 9:14 13:17 13:17 13:21 14:3 14:20 16:4 16:4 16:11<br>**kansa**(1) 3:42<br>**kaplan**(1) 3:15<br>**kate**(1) 4:15<br>**katharine**(1) 4:49<br>**kaye**(1) 4:18<br>**kazan**(1) 6:12<br>**keep**(1) 12:7<br>**ken**(1) 3:42<br>**kevin**(2) 1:18 3:40<br>**kind**(1) 7:17 | **mean**(4) 8:17 9:22 9:25 13:12<br>**meisel**(1) 4:12<br>**mentioned**(1) 9:7<br>**merrill**(1) 4:18<br>**michael**(1) 4:9<br>**middle**(1) 8:10<br>**might**(2) 8:24 13:23<br>**milbank**(1) 5:16<br>**miller**(1) 5:20<br>**minor**(1) 16:5<br>**minutes**(1) 13:12<br>**mip**(6) 7:20 12:24 14:2 14:6 14:24 15:2<br>**moment**(1) 13:24<br>**monday**(1) 7:1<br>**more**(1) 7:17<br>**morgan**(3) 2:4 4:30 5:12<br>**morris**(1) 5:39 | **party**(1) 10:19<br>**parver**(1) 4:19<br>**passed**(1) 8:19<br>**past**(1) 11:18<br>**patrick**(1) 5:13<br>**paul**(1) 3:33<br>**peg**(1) 5:5<br>**pennock**(1) 3:34<br>**pennsylvania**(1) 1:31<br>**people**(3) 10:18 14:20 14:21<br>**percentage**(1) 14:7<br>**permit**(4) 9:18 10:6 10:21 10:22<br>**permitted**(2) 10:1 10:13<br>**pernick**(1) 4:13<br>**person**(3) 10:23 10:25 13:13<br>**phone**(2) 9:5 10:6 |
| **hadley**(1) 5:16<br>**hale**(1) 5:29<br>**hand**(1) 8:21<br>**harrisburg**(1) 1:31<br>**hartenstein**(2) 11:21 12:5<br>**hartenstein's**(1) 12:8<br>**has**(6) 8:19 9:8 11:21 12:6 13:6 13:7<br>**hauer**(1) 3:4<br>**have**(10) 7:13 7:15 9:11 9:23 11:2 11:15 13:8 14:11 15:20 16:3 | **klauder**(1) 5:43<br>**know**(18) 8:2 8:11 8:18 8:20 9:3 9:11 10:7 10:17 11:2 12:9 12:10 12:12 14:5 14:6 14:8 14:9 15:15 15:21 | **moskowitz**(1) 2:9<br>**most**(2) 12:5 12:25<br>**motion**(10) 7:10 7:12 7:20 8:14 11:24 12:1 13:3 13:21 14:2 15:3 | **pickering**(1) 5:29<br>**plan**(1) 7:11<br>**please**(1) 15:21<br>**point**(5) 7:20 12:3 13:22 14:3 14:8<br>**polk**(1) 2:8<br>**poll**(1) 14:20<br>**polsinelli**(1) 6:12<br>**potter**(1) 4:26<br>**powlen**(1) 4:37<br>**prefer**(1) 10:9<br>**preference**(2) 8:13 13:5 |
| **having**(3) 7:8 7:18 9:6<br>**heads**(1) 13:18<br>**hear**(5) 11:12 12:24 13:11 15:7 15:10<br>**heard**(6) 8:21 11:8 12:17 12:23 14:14<br>**hearing**(10) 7:5 7:9 7:22 8:21 9:9 9:10 10:12 13:13 16:15 16:17 | **moving**(1) 8:7<br>**myers**(1) 3:29<br>**kramer**(1) 5:23<br>**landis**(2) 2:12 2:17<br>**lantry**(1) 3:40<br>**last**(1) 7:8<br>**latter**(1) 14:11<br>**laurie**(1) 4:27<br>**layton**(1) 2:4 | **necessary**(1) 8:12<br>**need**(4) 9:15 13:18 14:9 14:14<br>**never**(1) 10:20<br>**new**(1) 3:29<br>**news**(1) 5:4<br>**nobody**(1) 8:23<br>**non-objection**(1) 11:11<br>**normally**(1) 7:14<br>**norman**(1) 4:13 | **prepared**(4) 8:6 8:15 14:12 14:18<br>**presentation**(1) 7:21<br>**press**(1) 5:34<br>**primoff**(1) 4:23<br>**probably**(2) 9:7 12:2<br>**proceed**(5) 8:15 8:25 9:12 9:18 11:17<br>**proceedings**(4) 1:17 1:36 7:4 16:21<br>**produced**(1) 1:37 |
| **hearings**(1) 9:8<br>**helligman**(1) 4:41<br>**here**(2) 9:9 10:23<br>**his**(2) 11:20 12:7<br>**honor**(17) 7:23 7:25 8:5 9:14 10:7 11:6 11:10 12:20 12:23 13:2 13:8 13:16 14:11 14:16 15:4 15:17 16:1 | **least**(4) 9:7 9:19 10:10 13:20<br>**leave**(1) 12:15<br>**leboeuf**(1) 3:25<br>**lee**(1) 5:46<br>**lemay**(5) 2:23 11:6 11:6 11:10 15:3<br>**lenders**(1) 3:20<br>**less**(1) 13:12 | **not**(5) 10:6 11:3 11:16 11:25 12:2<br>**note**(3) 7:9 11:11 13:25<br>**noteholders**(2) 13:9 15:5<br>**notify**(1) 10:14 | **proffer**(5) 8:7 8:11 8:12 8:12 9:24<br>**proposed**(2) 7:14 14:6<br>**put**(3) 9:11 9:16 11:21<br>**qualified**(1) 9:22 |
| **honorable**(1) 1:18<br>**hopefully**(1) 16:13 | **let**(6) 7:4 7:19 14:25 15:12 15:21 16:11 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **quarter**(1) | 14:5 | **somebody**(1) | 8:20 | **the**(149) | 1:1 1:2 1:18 5:42 7:2 7:3 7:3 7:5 7:7 7:10 7:10 7:12 7:13 7:13 7:15 7:16 7:18 7:20 7:21 7:24 8:1 8:1 8:2 8:3 8:5 8:7 8:10 8:11 8:11 8:11 8:12 8:15 8:17 8:17 8:19 8:20 8:21 8:24 8:25 9:1 9:4 9: 9:12 9:13 9:16 9:17 9:17 9:17 9:18 9:20 9:21 9:22 9:23 9:25 10:4 10:4 10:12 10:14 10:16 10:16 10:19 10:21 10:23 10:23 10:24 10:25 11:3 11:4 11:7 11:9 11:11 11:11 11:13 11:13 11:14 11:16 11:18 11:18 11:22 11:24 11:24 11:25 12: 12:4 12:5 12:6 12:6 12:7 12:7 12:10 12:11 12:13 12:15 12:15 12:16 12:19 12:19 12:21 12:24 12:24 12:25 13:1 13:2 13:3 13:4 13:9 13:11 13:13 13:15 13:17 13:17 13:21 13:22 13:23 14:2 14:3 14:4 14:5 14:6 14:6 14:11 14:13 14:17 14:18 14:20 14:20 14:23 14:24 14:25 15:1 15:2 15:2 15:3 15:5 15:6 15:9 15:11 15:15 15:19 15:20 16:2 16:5 16:8 16:11 16:17 16:19 16:20 16:20 16:21 | **vail**(1) | 5:9 |
| **question**(6) | 7:18 8:6 8:24 9:14 13:20 15:1 | **someone**(1) | 9:24 | | | **valuable**(1) | 12:5 |
| **quickly**(1) | 16:12 | **something**(3) | 9:1 10:1 11:4 | | | **very**(4) | 8:15 8:17 10:13 12:24 |
| **randall**(1) | 5:34 | **sometimes**(1) | 8:20 | | | **view**(1) | 12:3 |
| **rath**(2) | 2:12 2:13 | **sorry**(2) | 15:6 15:8 | | | **waiver**(1) | 9:17 |
| **reach**(1) | 13:22 | **sottile**(5) | 2:36 12:20 12:20 13:2 13:16 | | | **want**(2) | 9:2 12:4 |
| **reached**(1) | 7:7 | **sought**(1) | 11:13 | | | **wants**(2) | 8:23 9:24 |
| **read**(2) | 7:13 11:20 | **sound**(2) | 1:36 16:20 | | | **ward**(1) | 6:13 |
| **really**(2) | 11:2 11:23 | **spaeder**(2) | 2:35 12:21 | | | **wardwell**(1) | 2:8 |
| **reason**(1) | 8:22 | **special**(1) | 12:21 | | | **was**(13) | 7:16 7:25 8:6 9:15 10:15 11:17 12:10 13:21 15:16 15:17 15:19 15:24 16:17 |
| **rebecca**(1) | 2:15 | **specific**(1) | 13:25 | | | | |
| **record**(2) | 7:3 11:16 | **staff**(1) | 7:15 | | | **waste**(1) | 12:4 |
| **recorded**(1) | 1:36 | **stand**(2) | 14:7 16:16 | | | **way**(6) | 9:12 9:16 10:21 11:4 11:18 12:10 |
| **recording**(2) | 1:36 16:20 | **stands**(1) | 15:25 | | | **we'd**(1) | 9:3 |
| **reed**(1) | 4:41 | **stanley**(1) | 4:30 | | | **we'll**(1) | 14:18 |
| **reference**(1) | 11:22 | **stargatt**(1) | 3:20 | | | **we're**(3) | 7:3 8:15 14:5 |
| **reflect**(1) | 11:15 | **start**(1) | 7:6 | | | **week**(1) | 7:8 |
| **related**(2) | 7:3 8:12 | **starting**(1) | 7:7 | | | **weil**(1) | 4:30 |
| **relief**(1) | 11:13 | **statement**(1) | 13:10 | | | **weiss**(1) | 3:33 |
| **representatives**(1) | 10:25 | **states**(2) | 1:1 1:19 | | | **welcome**(2) | 11:1 11:5 |
| **request**(2) | 7:5 10:13 | **stickles**(1) | 4:15 | | | **well**(5) | 9:21 10:19 12:15 14:23 15:11 |
| **respect**(10) | 7:10 8:3 8:10 12:23 13:5 13:6 13:20 14:2 14:7 14:17 | **sticks**(1) | 8:21 | | | **wells**(1) | 6:4 |
| | | **still**(3) | 8:13 15:9 15:11 | | | **were**(9) | 7:8 7:12 8:1 8:3 8:6 9:1 10:23 16:4 16:4 |
| | | **stone**(1) | 5:17 | | | | |
| **response**(4) | 12:18 15:12 15:14 16:10 | **strauss**(1) | 3:4 | **their**(2) | 8:21 12:16 | | |
| **result**(1) | 13:9 | **street**(2) | 1:10 1:30 | **them**(1) | 10:11 | **weren't**(1) | 8:6 |
| **revised**(3) | 7:14 15:23 16:3 | **stuck**(1) | 9:3 | **then**(6) | 8:6 8:24 9:14 9:24 12:13 12:15 | **wharton**(1) | 3:33 |
| **richards**(1) | 2:4 | **subject**(2) | 10:8 10:8 | **there**(19) | 7:8 7:16 8:1 8:3 8:18 9:3 9:15 10:17 10:20 11:4 11:14 11:17 11:18 12:2 12:9 12:10 13:5 14:14 15:22 | **what**(4) | 7:15 7:20 9:24 14:8 |
| **rifkind**(1) | 3:33 | **submitted**(2) | 7:12 15:24 | | | **whatever**(2) | 8:22 9:2 |
| **right**(3) | 13:15 15:15 16:8 | **substantially**(1) | 9:19 | | | **whatsoever**(1) | 10:11 |
| **risk**(3) | 9:13 9:20 10:11 | **suffice**(1) | 8:2 | | | **when**(3) | 9:8 13:21 16:14 |
| **robert**(1) | 3:22 | **suggest**(1) | 8:6 | **there's**(1) | 9:13 | **where**(3) | 14:6 14:8 15:25 |
| **roberts**(1) | 5:20 | **supplements**(1) | 9:23 | **thereby**(1) | 9:19 | **whereupon**(1) | 16:17 |
| **roitman**(1) | 2:30 | **support**(1) | 7:12 | **therefore**(1) | 13:11 | **whether**(3) | 11:2 13:13 14:21 |
| **rothschild**(1) | 6:4 | **supports**(1) | 11:13 | **these**(1) | 10:4 | **which**(8) | 10:18 10:18 10:18 11:4 11:5 11:22 13:4 13:24 |
| **rule**(1) | 9:18 | **sure**(4) | 9:2 11:25 12:3 12:13 | **they**(6) | 8:6 13:23 16:4 16:4 16:5 16:6 | | |
| **ruling**(1) | 9:2 | **sutty**(1) | 6:5 | **thing**(2) | 10:13 10:16 | | |
| **saavedra**(1) | 4:31 | **taback**(1) | 5:20 | **things**(1) | 14:17 | **who**(4) | 11:1 12:5 12:6 15:15 |
| **sachs**(1) | 5:37 | **take**(2) | 9:4 13:25 | **think**(7) | 7:17 7:25 9:7 10:1 10:7 10:9 | **who's**(1) | 15:1 |
| **safe**(1) | 8:24 | **taking**(1) | 10:4 | **this**(19) | 7:2 7:6 7:19 7:23 8:14 8:15 9:1 9:12 10:9 10:14 10:24 12:16 14:8 14:16 14:19 15:4 15:5 16:1 16:15 | **will**(10) | 8:4 8:10 9:15 10:10 10:20 12:12 16:6 16:6 16:13 16:15 |
| **said**(1) | 9:6 | **talk**(2) | 10:10 14:14 | | | | |
| **save**(1) | 11:3 | **targets**(1) | 14:7 | | | **willing**(1) | 9:12 |
| **say**(3) | 9:22 11:12 11:25 | **taylor**(1) | 3:21 | | | **wilmer**(1) | 5:29 |
| **saying**(1) | 7:6 | **telephone**(6) | 9:4 10:1 10:5 11:1 12:17 15: | **thomas**(1) | 2:24 | **wilmington**(2) | 1:11 7:1 |
| **says**(1) | 11:23 | **telephonic**(8) | 1:21 2:1 3:1 4:1 5:1 6:1 10:22 13:13 | **thornburg**(1) | 4:36 | **winfree**(1) | 3:12 |
| **scholer**(1) | 4:18 | | | **those**(3) | 12:12 14:21 16:3 | **wires**(1) | 5:4 |
| **schotz**(1) | 4:12 | | | **through**(2) | 7:15 8:8 | **wish**(5) | 12:17 12:23 13:10 14:13 15:12 |
| **schuylkill**(1) | 1:30 | **telephonically**(3) | 8:13 8:25 9:19 | **time**(3) | 10:14 12:4 13:4 | **wishes**(2) | 8:21 11:1 |
| **secondly**(1) | 14:2 | **tell**(1) | 10:20 | **today**(3) | 14:9 14:15 16:9 | **wishing**(1) | 15:1 |
| **securities**(1) | 5:21 | **telling**(1) | 10:23 | **together**(2) | 7:4 16:12 | **wisler**(1) | 6:17 |
| **see**(1) | 10:4 | **terms**(1) | 7:20 | **told**(1) | 15:23 | **with**(19) | 7:10 7:13 8:2 8:10 9:3 9:24 10:8 11:18 12:1 12:23 13:5 13:6 13:8 13:19 13:20 14:2 14:7 14:17 15:2 |
| **seems**(2) | 10:5 10:17 | **terrific**(1) | 14:13 | **tomorrow**(12) | 7:9 10:25 11:12 13:3 13:10 13:12 13:18 14:3 14:9 14:19 14:22 16:15 | | |
| **seen**(2) | 7:8 7:11 | **testimony**(7) | 8:9 8:12 9:5 9:15 9:16 9:18 10:4 | | | | |
| **sees**(1) | 8:16 | | | **tomorrow's**(3) | 7:5 7:21 9:10 | | |
| **seife**(1) | 2:32 | | | **too**(1) | 10:20 | | |
| **seiler**(1) | 3:15 | | | **traci**(1) | 16:25 | **without**(1) | 12:11 |
| **sense**(1) | 14:19 | **than**(3) | 7:18 11:18 13:12 | **transcriber**(1) | 16:25 | **witnesses**(2) | 11:18 11:19 |
| **sensitive**(1) | 9:6 | **thank**(5) | 7:4 11:10 13:16 16:8 16:11 | **transcript**(5) | 1:17 1:37 13:21 14:18 16:20 | **work**(1) | 16:14 |
| **sent**(1) | 16:3 | **that**(54) | 7:8 7:9 7:12 7:16 8:1 8:5 8:5 8:13 8:18 8:23 9:1 9:6 9:9 9:12 9:16 9:18 9:22 9:22 9:23 10:10 10:17 10:23 11:13 11:14 11:17 11:17 11:25 11:25 12:2 12:3 12:3 12:7 12:10 12:10 12:15 13:6 13:9 13:12 13:13 13:20 13:21 13:22 13:23 14:4 14:12 14:12 14:19 15:15 15:19 15:23 15:25 16:15 16:19 | **transcription**(2) | 1:29 1:37 | **would**(18) | 7:14 8:2 8:11 9:2 9:10 9:17 10:5 10:9 10:13 10:13 11:2 12:11 12:13 12:24 12:25 13:11 14:4 14:9 |
| **service**(3) | 1:29 1:37 13:4 | | | **tree**(1) | 5:46 | | |
| **services**(1) | 1:29 | | | **trehan**(1) | 6:9 | | |
| **set**(3) | 11:23 11:24 12:1 | | | **tribune**(5) | 1:8 3:37 4:4 4:4 7:3 | | |
| **shamah**(1) | 3:30 | | | **true**(1) | 11:24 | | |
| **shannon**(1) | 3:34 | | | **truly**(1) | 11:4 | **wouldn't**(1) | 12:4 |
| **share**(1) | 12:13 | | | **trust**(1) | 5:12 | **written**(1) | 9:23 |
| **short**(4) | 8:17 9:10 10:12 10:14 | | | **trustee**(2) | 5:42 5:42 | **www.diazdata.com**(1) | 1:33 |
| **shortly**(1) | 16:7 | **that's**(3) | 9:21 9:25 14:8 | **turn**(1) | 7:19 | **yeah**(1) | 8:17 |
| **should**(2) | 10:24 13:25 | **thau**(1) | 5:20 | **tweak**(1) | 16:5 | **yes**(2) | 9:22 10:16 |
| **shows**(1) | 8:20 | | | **tweed**(1) | 5:16 | **yet**(1) | 10:20 |
| **shughart**(1) | 6:12 | | | **two**(3) | 8:23 11:19 14:17 | **york**(1) | 3:29 |
| **sidley**(2) | 1:23 3:37 | | | **type**(1) | 7:20 | **you**(29) | 8:2 8:4 8:10 8:11 9:3 9:11 9:15 9:21 10:7 10:9 10:14 10:17 10:20 10:24 11:2 11:10 11:10 12:9 12:12 12:12 13:16 13:24 14:3 14:5 15:7 15:10 15:19 15:20 16:8 |
| **signing**(1) | 12:12 | | | **typically**(1) | 9:4 | | |
| **silberstein**(1) | 4:27 | | | **u.s**(2) | 5:42 5:42 | | |
| **simply**(1) | 13:22 | | | **uncertainty**(1) | 7:18 | | |
| **since**(2) | 9:10 14:4 | | | **under**(2) | 10:4 11:14 | | |
| **single**(1) | 13:20 | | | **understand**(2) | 11:19 16:3 | **you'll**(1) | 11:12 |
| **sloan**(1) | 2:5 | | | **understanding**(1) | 8:25 | **you're**(2) | 15:6 15:11 |
| **some**(5) | 10:18 11:14 12:10 13:8 13:24 | | | **united**(2) | 1:1 1:19 | **young**(1) | 3:20 |
| | | | | **unobjectionable**(1) | 11:21 | | |
| | | | | **unsecured**(1) | 2:13 | | |

| Word | Page:Line |
|---|---|
| **your**(18) | 7:23  7:25  8:5  8:5  9:14  10:7  11:6  11:10  12:20  12:23  13:2  13:7  13:16  14:11  14:16  15:4  15:17  16:1 |
| **zloto**(1) | 3:8 |
| **zuckerman**(2) | 2:35  12:21 |