# Notice Recipients

District/Off: 0311−1      User: Brandon              Date Created: 10/4/2011
Case: 08−13141−KJC        Form ID: ntcBK             Total: 22

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |
| aty | Patricia K. Smoots | psmoots@mcguirewoods.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- db  Tribune Company    435 N. Michigan Avenue    Chicago, IL 60611
- aty  Carl D. Neff    Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A.
- aty  Carl D. Neff    Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A.
- aty  Edward Cerasia, II    Seyfarth Shaw LLP    620 Eighth Avenue    32nd Floor    New York, NY 10018
- aty  George R. Dougherty    Grippo &Elden LLC    111 S. Wacker Drive    Chicago, IL 60606
- aty  J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
- aty  J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
- aty  James F. Conlan    Sidley Austin LLP    One South Dearborn Street    Chicago, IL 60603
- aty  Jared D. Zajac    McDermott Will &Emery LLP    340 Madison Avenue    New York, NY 10173−0002
- aty  John H. Strock, III    Fox Rothschild LLP    919 N. Market St., Suite 1300    P.O Box 2323    Wilmington, DE 19899−2323
- aty  John R. McCambridge    Grippo &Elden    111 S. Wacker Drive    Chicago, IL 60606
- aty  Michael W. kazan    Grippo &Elden LLC    111 S. Wacker Drive    Chicago, IL 60606
- aty  Norman L. Pernick    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue,Suite 1410    Wilmington, DE 19801
- aty  Patrick J. Reilley    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
- aty  Patrick T. Nash    Grippo &Elden    111 S. Wacker Drive    Chicago, IL 60606
- aty  Patrick Theodore Garvey    Johnson &Bell, Ltd    33 W. Monroe, Suite 2700    Chicago, IL 60603
- aty  Robert S. Brady    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391
- aty  Stephen Novack    Novack and Macey LLP    100 North Riverside Plaza    Chicago, IL 312−419−6900 312−419−6928

TOTAL: 18