**EXHIBIT A**

**Fee Statements**

(please see attached statements)

| INVOICE NUMBER | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES |
|---|---|---|---|
| 1889654 | June 2011 | $942.00 | $13.58 |
| 1895467 | July 2011 | $957.00 | $0.00 |
| 1898066 | August 2011 | $286.00 | $0.00 |
| **TOTAL** | | **$2,185.00  (80% of which is $1,748.00)** | **$13.58** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

July 31, 2011

Please refer to
Invoice Number: 1889654

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2011 | $942.00 |
| Costs incurred and advanced | 13.58 |
| **Current Fees and Costs** | **$955.58** |
| **Total Balance Due** | **$955.58** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203874532
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

July 31, 2011

Please refer to
Invoice Number: 1889654

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2011 | $942.00 |
| Costs incurred and advanced | 13.58 |
| **Current Fees and Costs Due** | **$955.58** |
| **Total Balance Due** | **$955.58** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203874532
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Billing at billing@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

July 31, 2011

Please refer to
Invoice Number: 1889654

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2011

## Post-Petition General Matter                                     $942.00

### B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/27/11 | LMN2 | Review and address compensation matters for nineteenth monthly fee application (0.8); prepare nineteenth monthly fee application (1.5) | 2.30 | 240.00 | 552.00 |
| | | **Subtotal: B160  Fee/ Employment Applications** | **2.30** | | **552.00** |

### B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/16/11 | JSR6 | Review amendment to purchase agreement for sale of 25 Deshon Drive, Melville, NY (0.5) | 0.50 | 780.00 | 390.00 |
| | | **Subtotal: B250  Real Estate** | **0.50** | | **390.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|

Tribune Company                                                            Page 2
75245-00001
Invoice No. 1889654

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.50 | 780.00 | 390.00 |
| LMN2 | Lito M. Natividad | OTHER TIMEKEEPR | 2.30 | 240.00 | 552.00 |

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 06/07/2011 | PHJW | UPS 06/07/11 Rita DeBoer Tribune Company Chicago IL 60611 1Z3F8W751396827576 (MAN) | | | 13.18 |
| 06/07/2011 | PHJW | Long Distance Telephone Charges | | | 0.40 |
| | | **Total Costs** | | | **$13.58** |

| | |
|---|---|
| **Current Fees and Costs** | **$955.58** |
| **Total Balance Due** | **$955.58** |

# PAUL HASTINGS

**PAUL HASTINGS LLP**
191 N. Wacker Drive, 30th Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100| www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 31, 2011

Please refer to
Invoice Number: 1895467

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Post-Petition General Matter
PH LLP Client/Matter # 75245-00001
Gregory E. Spitzer

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2011 | $957.00 |
| **Current Fees and Costs Due** | **$957.00** |
| **Total Balance Due** | **$957.00** |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 203874532
Account Name: Paul Hastings LLP

Comment: Please refer to the invoice number listed above

Refer all questions to Billing at billing@paulhastings.com.

**Remittance Address:**
Paul Hastings LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

# PAUL HASTINGS

**PAUL HASTINGS LLP**
191 N. Wacker Drive, 30th Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100| www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

August 31, 2011

Please refer to
Invoice Number: 1895467

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Post-Petition General Matter
PH LLP Client/Matter # 75245-00001
Gregory E. Spitzer

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2011 | $957.00 |
| **Current Fees and Costs Due** | **$957.00** |
| **Total Balance Due** | **$957.00** |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 203874532
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Comment: Please refer to the invoice number listed above

Refer all questions to Billing at billing@paulhastings.com.

PAUL
HASTINGS

**PAUL HASTINGS LLP**
191 N. Wacker Drive, 30th Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100| www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
       Vice President & Deputy General Counsel

August 31, 2011

Please refer to
Invoice Number: 1895467

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2011

**Post-Petition General Matter**                                                    **$957.00**

**B160   Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/30/11 | KAT2 | Review notice from P. Ratkowiak regarding quarterly fee requests (.1); prepare nineteenth monthly and tenth quarterly fee requests (.2); exchange correspondence with H. Snow regarding same (.1) | 0.40 | 715.00 | 286.00 |
| 07/05/11 | HS5 | Review fee applications (0.1); prepare correspondence to K. Traxler regarding same (0.1) | 0.20 | 495.00 | 99.00 |
| 07/05/11 | KAT2 | Prepare nineteenth monthly fee request (March 1, 2011 through May 31, 2011) (.2); exchange correspondence with P. Ratkowiak regarding same (.2); prepare correspondence to fee examiner regarding same (.1); prepare tenth interim fee application (March 1, 2011 through May 31, 2011) (.2); prepare correspondence to P. Ratkowiak regarding same (.1) | 0.80 | 715.00 | 572.00 |

Tribune Company                                                        Page 2
75245-00001
Invoice No. 1895467

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | **Subtotal:  B160   Fee/ Employment Applications** | **1.40** | | **957.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|------|-----------------|----------------|-------|--------|--------|
| HS5 | Holly Snow | Associate | 0.20 | 495.00 | 99.00 |
| KAT2 | Katherine A. Traxler | Other Attorney | 1.20 | 715.00 | 858.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$957.00** |
| **Total Balance Due** | | **$957.00** |

# PAUL
# HASTINGS

**PAUL HASTINGS LLP**
191 N. Wacker Drive, 30th Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100| www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

September 30, 2011

Please refer to
Invoice Number: 1898066

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Post-Petition General Matter**
PH LLP Client/Matter # 75245-00001
Gregory E. Spitzer

Legal fees for professional services
for the period ending August 31, 2011                $286.00
          **Current Fees and Costs Due**      **$286.00**
          **Total Balance Due**      **$286.00**

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203874532
  Account Name: Paul Hastings LLP

  Comment: Please refer to the invoice number listed above

Refer all questions to Billing at billing@paulhastings.com.

**Remittance Address:**
  Paul Hastings LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

# PAUL
# HASTINGS

**PAUL HASTINGS LLP**
191 N. Wacker Drive, 30th Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100| www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

September 30, 2011

Please refer to
Invoice Number: 1898066

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Post-Petition General Matter
PH LLP Client/Matter # 75245-00001
Gregory E. Spitzer

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2011 | $286.00 |
| **Current Fees and Costs Due** | **$286.00** |
| **Total Balance Due** | **$286.00** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 203874532
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

  Comment: Please refer to the invoice number listed above

Refer all questions to Billing at billing@paulhastings.com.

# PAUL
# HASTINGS

**PAUL HASTINGS LLP**
191 N. Wacker Drive, 30th Floor, Chicago, IL 60606
t: +1.312.499.6000 | f: +1.312.499.6100| www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

September 30, 2011

Please refer to
Invoice Number: 1898066

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2011

**Post-Petition General Matter**                                    $286.00

**B155   Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/24/11 | KAT2 | Exchange correspondence with P. Ratkowiak regarding August 25 hearing (.1); review hearing agenda (.2); review correspondence from D. Streany regarding hearing issues (.1) | 0.40 | 715.00 | 286.00 |
| | | **Subtotal: B155   Court Hearings** | **0.40** | | **286.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|-----|-----------------|-------|-------|------|-----|
| KAT2 | Katherine A. Traxler | Other Attorney | 0.40 | 715.00 | 286.00 |

**Current Fees and Costs**                                    $286.00

**Total Balance Due**                                         $286.00

# EXHIBIT B

## (Expenses)

### EXPENSE SUMMARY
### JUNE 1, 2011 THROUGH AUGUST 31, 2011

| Expense Category | June Expenses | July Expenses | August Expenses | Total Expenses |
|---|---|---|---|---|
| Courier Service/Overnight Delivery | $13.18 | $0.00 | $0.00 | $13.18 |
| Long Distance/Telephone Charges | $0.40 | $0.00 | $0.00 | $0.40 |
| **TOTAL** | **$13.58** | **$0.00** | **$0.00** | **$13.58** |