IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                          )   Case No. 08-13141(KJC)
                                )   (Jointly Administered)
                                )
TRIBUNE COMPANY, et al.,         )   Chapter 11
                                )
                                )   Related to Docket 9853
                                )
            Debtors.            )   Courtroom 5
                                )   824 Market Street
                                )   Wilmington, Delaware
                                )
                                )   October 4, 2011
                                )   10:00 a.m.


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

TELEPHONIC APPEARANCES:

For Debtor:              Sidley Austin, LLP
                         BY: BRIAN GOLD, ESQ.
                         BY: JAMES BENDERNAGEL, ESQ.
                         BY: JONATHAN LOTSOFF, ESQ.
                         One South Dearborn
                         Chicago, IL  60603
                         (312) 853-7000

                         Cole, Schotz, Meisel, Forman
                         & Leonard, P.A.
                         BY: NORMAN PERNICK, ESQ.
                         500 Delaware Avenue, Suite 410
                         Wilmington, DE  19801
                         (302) 652-3131

ECRO:                    AL LUGANO

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For Official Committee          Landis, Rath & Cobb
of Unsecured Creditors:         BY: ADAM LANDIS, ESQ.
                                919 Market Street, Suite 1800
                                Wilmington, DE 19801
                                (302) 467-4400

                                Chadbourne & Parke, LLP
                                BY: DAVID LEMAY, ESQ.
                                30 Rockefeller Plaza
                                New York, NY 10112
                                (212) 408-5100

                                Zuckerman Spaeder
                                BY: JAMES SOTTILE, ESQ.
                                1800 M Street, NW
                                Suite 1000
                                Washington, DC 20036
                                (202) 778-1800

For Aurelius:                   Akin Gump Strauss Hauer & Feld
                                BY: DANIEL GOLDEN, ESQ.
                                BY: DEBRA NEWMAN, ESQ.
                                One Bryant Park
                                New York, NY 10036
                                (212) 872-1000

For DBTCA:                      McCarter & English, LLP
                                BY: KATHARINE MAYER, ESQ.
                                245 Park Avenue, 27th Floor
                                New York, NY  10167
                                (212) 609-6800

For Credit Agreement            Young Conaway Stargatt &
Lenders:                        Taylor
                                BY: ROBERT BRADY, ESQ.
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                P.O. Box 391
                                Wilmington, DE  19801
                                (302) 571-6600

For Morgan Stanley:             Barnes & Thornburg, LLP
                                BY: DAVID M. POWLEN, ESQ.
                                1000 North West St., Ste.1200
                                Wilmington, DE  19801-1058
                                (302) 888-4536

APPEARANCES:
(Continued)

For U.S. Trustee:              Office of the U.S. Trustee
                               BY: DAVID KLAUDER, ESQ.
                               844 King Street, Suite 2207
                               Lockbox 35
                               Wilmington, DE  19801
                               (302) 573-6491

TELEPHONIC APPEARANCES:

For JP Morgan:                 Davis Polk & Wardwell
                               BY: KAREN LUFTGLASS, ESQ.
                               (212) 450-4775

For Official Committee         Chadbourne & Parke, LLP
of Unsecured Creditors:        BY: THOMAS MCCORMACK, ESQ.
                               (212) 408-5100
                               BY: DOUGLAS DEUTSCH, ESQ.
                               (212) 408-5169
                               BY: MARC ASHLEY, ESQ.
                               (212) 408-5194
                               BY: MARC ROITMAN, ESQ.
                               (212) 408-5271
                               BY: HOWARD SEIFE, ESQ.
                               (212) 408-5361

                               Zuckerman Spaeder
                               BY: GRAEM BUSH, ESQ.
                               BY: ANDREW GOLDFARB, ESQ.
                               (202) 778-1800
                               BY: ANDREW CARIDAS, ESQ.
                               (202) 778-1855

For Aurelius:                  MATTHEW A. ZLOTO, ESQ.
                               (646) 445-6518

For Credit Lenders:            Dewey & LeBoeuf, LLP
                               BY: JOSHUA MESTAR, ESQ.
                               (213) 621-6016

For Daniel Kazan:              Dewey & LeBoeuf, LLP
                               BY: THERESA NOHOS, ESQ.
                               (312) 794-8027

For Bank of America:           O'Melveny & Myers (New York)
                               BY:  DANIEL S. SHAMAH, ESQ.
                               (212) 326-2138

TELEPHONIC APPEARANCES:
(Continued)

For Citigroup:                    Paul Weiss Rifkind Wharton
                                  BY: SHANNON PENNOCK, ESQ.
                                  (212) 373-3000


For Tribune:                      Sidley Austin
                                  BY: JESSICA BOELTER, ESQ.
                                  (312) 853-7030
                                  BY: KEVIN LANTRY, ESQ.
                                  (213) 896-6022
                                  BY: KEN KANSA, ESQ.
                                  (312) 853-7163
                                  BY: JILLIAN LUDWIG, ESQ.
                                  (312) 853-7523
                                  BY: DAVID MILES, ESQ.
                                  (202) 736-8556
                                  BY: BRETT MYRICK, ESQ.
                                  (312) 853-1049
                                  BY: THOMAS E. ROSS, ESQ.
                                  (202) 736-8374

                                  Tribune Company
                                  BY: DAVE ELDERSVELD, ESQ.
                                  (312) 222-4707
                                  BY: DON LIEBENTRITT, ESQ.
                                  (312) 222-3651
                                  BY: MICHAEL O'NEAL, ESQ.
                                  (312) 222-3490
                                  BY: GARY WEITMAN, ESQ.
                                  (312) 222-3394

                                  Phelps Dunbar, LLP
                                  BY: DAN ZIMMERMAN, ESQ.
                                  (504) 584-9365


For Merrill Lynch:                Kaye Scholer, LLP
                                  BY: JANE PARVER, ESQ.
                                  (212) 836-8510
                                  BY: JONATHAN AGUDELO, ESQ.
                                  (212) 836-8360
                                  BY: MADLYN PRIMOFF, ESQ.
                                  (212) 836-7042

TELEPHONIC APPEARANCES:
(Continued)

| | |
|---|---|
| For Morgan Stanley: | Weil, Gotshal & Manges, LLP<br>BY: ANDREA SAAVEDRA, ESQ.<br>(212) 310-8544<br>BY: DAVID LITVACK, ESQ.<br>(212) 310-8361 |
| For Employee Compensation Group: | Frank Gecker, LLP<br>BY: REED HELLIGMAN, ESQ.<br>(312) 276-1400<br>BY: JOSEPH FRANK, ESQ.<br>(312) 276-1400 |
| For Dow Jones News Wires: | Dow Jones & Co.<br>BY: PEG BRICKLEY, ESQ.<br>(215) 462-0953 |
| For EGI-TRB: | Jenner & Block, LLP<br>BY: ANDREW VAIL, ESQ.<br>(312) 840-8688 |
| For Great Banc Trust Co.: | Morgan Lewis & Brockius, LLP<br>BY: PATRICK FLEMING, ESQ.<br>(212) 309-6614 |
| For Amalgamated Bank: | Milbank Tweed Hadley & McCloy<br>BY: ALAN STONE, ESQ.<br>(212) 530-8978 |
| For Miller Taback Roberts Securities, LLC: | BY: ANDREW M. THAU, ESQ.<br>(212) 692-8178 |
| For Kramer Levin: | BY: DAVID BLABEY, JR., ESQ.<br>(212) 715-9100 |
| For Goldman Sachs & Co: | BY: LEXI FALLON, ESQ.<br>(212) 902-0791 |
| For SuttonBrook Capital Management: | BY: CAROL L. BALE<br>(212) 588-6640 |
| For Goldman Sachs & Co.: | BY: SCOTT BYNUM<br>(212) 902-8060 |
| For Bank of America: | BY: ESTHER CHUNG<br>(646) 855-6705 |

TELEPHONIC APPEARANCES:
(Continued)

For Former Directors &         Grippo & Elden, LLC
Officers:                      BY: GEORGE DOUGHERTY, ESQ.
                               (312) 704-7000

For Davidson & Kempner:        DK Partners
                               BY: EPHRAIM DIAMOND
                               (646) 282-5841

For Bigalo:                    Sperling & Slater
                               BY: GWEN NOLAN, ESQ.
                               (312) 641-3200

For Durham Monsma:             Steptoe & Johnson
                               BY: MARK A. NEUBAUER, ESQ.
                               (310) 734-3200

For Wilmington Trust:          Brown Rudnick, LLP
                               BY: GORDON NOVOD, ESQ.
                               (212) 209-4940

For Robert McCormick           Katten Muchin Rosenman LLP
Foundation & Cantigny          BY: JOHN SIEGER, ESQ.
Foundation:                    (312) 902-5294

For Contrarian Capital         BY: JOSHUA TRUMP
Management:                    (203) 862-8299

For Macquarie Capital:         BY: RUSHABH VORA
                               (212) 231-6311

For SNR Denton:                BY: STEFANIE L. WOWCHUK
                               (312) 876-2569

For Arrowgrass Partners:       BY: DAVID DUNN
                               (212) 584-5946

For Matthew Frank:             Alvarez & Marsal, LLC
                               BY: MATTHEW FRANK, ESQ.
                               (312) 371-9955

For Halcyon Asset Management:  BY: IGOR FUKS
                               (212) 303-9453

For Wells Fargo Bank:          White & Case
                               BY: SCOTT GREISSMAN, ESQ.
                               (212) 819-8567

TELEPHONIC APPEARANCES:
(Continued)

For Chicago Fundamental         BY: PETER GRUSZKA
Investment Partners:            (312) 416-4215

For Nomura Securities:          BY: ARTHUR KAVALIS
                                (212) 667-2370

For Crain's Chicago Business: BY: LYNNE MAREK
                                (312) 649-5328

1

 1  WILMINGTON, DELAWARE, TUESDAY, OCTOBER 4, 2011, 10:02 A.M.

 2              THE CLERK:  All rise.  Be seated, please.

 3              THE COURT:  Good morning, everyone.

 4              ALL:  Good morning, Your Honor.

 5              THE COURT:  And welcome.

 6              MR. PERNICK:  Good morning, Your Honor.  Your

 7  Honor, Norman Pernick on behalf of the debtor's, Tribune

 8  Company.

 9              I thought I'd just run through the agenda very

10  quickly to make sure that we're in sync for today.

11              THE COURT:  All right.

12              MR. PERNICK:  I have as Matter No. 1 as

13  withdrawn.  That's the motion of the New York Department of

14  Labor for payment of administrative claim.

15              And then continued to October 19, Item No. 2, the

16  tenth omnibus objection with respect to GE Capital Fleet

17  Services and Robby Wells.

18              Item No. 3, the twenty-fourth omnibus objection

19  with respect to Marbury von Briesen and Herbert Eye.

20              Item No. 4, the twenty-seventh omnibus objection

21  with respect to Marcia Willette.  As the agenda notes, a

22  resolution was reached and a stipulation is anticipated to

23  be submitted prior to the October 19 hearing.

24              Item No. 5, the thirty-third omnibus objection

25  with respect to the City of Chicago.

1          Item No. 6, the fortieth omnibus objection with

2    respect to USDR CNI Corp.

3          Item No. 7, the forty-second omnibus objection

4    with respect to Broadspire Services Software AG and Carol

5    Walker.

6          Item No. 8, the forty-fifth omnibus objection

7    with respect to RMS Bankruptcy Recovery Services as agent

8    for Dunn & Bradstreet.  Again, as the agenda notes, a

9    settlement has been reached, and to be submitted prior to

10   the October 19 hearing.

11         Your Honor was kind enough to enter orders in the

12   following matters: No. 9, the Phelps Dunbar ordinary course

13   fee application; No. 10, the SNR Denton ordinary course fee

14   application; No. 11, the MIP exhibit seal motion; No. 14,

15   the second motion of the committee for an extension of time

16   to affect service or process.  And I believe and I've just

17   been checking with my office, I believe the Court may have

18   entered orders on 12 and 13.

19         THE COURT:  I have.  And let me just go back to

20   14 for a moment.  At the time at which we spoke in the

21   telecon yesterday, that order had already been docketed.  I

22   do note, however, that parties, at least one party indicated

23   a desire to be heard on that and they'll have that

24   opportunity today.

25         MR. PERNICK:  Thank you, Your Honor.  And that

1  leaves us with No. 14, No. 15, which is the motion for order

2  authorizing the proposed changes to the official

3  confirmation transcript.

4          And No. 16, which is the debtor's motion to

5  implement the 2011 management incentive plan.

6          And with the Court's permission, we'd propose to

7  actually take these a little bit out of order and go with

8  No. 16 first and then come back and deal with 14 and 15.

9          THE COURT:  That's fine.

10         MR. PERNICK:  Thank you, Your Honor.

11         MR. GOLD:  Good morning, Your Honor.  Brian Gold

12 on behalf of the debtors with respect to the motion to

13 approve the 2011 MIP.

14         Per our telephone conference call yesterday, Your

15 Honor, I think the one resolution of it was we would proceed

16 by proffer with respect to the motion and then obviously, we

17 have witnesses available should the need arise.

18         So, Your Honor, I -- we would first want to

19 proffer the testimony of Eddy Hartenstein, who is, as you'll

20 hear in the testimony, is the current CEO of the debtor.

21 And with Your Honor's permission, I would proceed with that

22 proffer.

23         THE COURT:  Go ahead.

24         MR. GOLD:  Your Honor, if called to testify in

25 this proceeding, Mr. Hartenstein would testify as follows:

1           He's currently the President and CEO of the

2   debtor, Tribune Company and also is the Publisher and CEO of

3   the L.A. Times.  He was appointed the President and CEO

4   position by the Tribune board of directors effective May 6

5   of this year.

6           Prior to that, from October 2010 until May 2011,

7   Mr. Hartenstein was Co-President of the Tribune Company,

8   part of an executive council along with three other

9   executives.

10          In May of this year, the board of directors with

11  the encouragement of all members of the executive council

12  agreed that it was time to make the transition back to a

13  more traditional single CEO structure.

14          Prior to that, Mr. Hartenstein was President,

15  Publisher, and CEO of the L.A. Times, positions that he held

16  since he joined the company in August 2008.

17          And as the Court knows from prior testimony, Mr.

18  Hartenstein joined the company after the LBO and had no

19  involvement in it.

20          As the Court also knows, the debtor is in the

21  media business with extensive holdings in publishing and

22  broadcasting.  The debtor's operations are conducted through

23  two primary business units; publishing and broadcasting.

24          The publishing business currently consists of

25  eight major market daily newspapers and also has numerous

1    niche and other publications.

2         The broadcasting unit includes 23 television

3    stations in 19 markets, as well as, certain cable operations

4    and radio stations.

5         There is a third business, the corporate

6    division, that consists of senior management and certain

7    centralized corporate activities such as finance, legal,

8    accounting, IT, HR, and the like.

9         The 2011 management incentive plan or MIP, which

10   has been approved by the compensation committee of the

11   debtor's board of directors, is based upon the achievement

12   of the company's and/or business unit's financial

13   performance; namely, what's known as operating cash flow,

14   and I'll refer to it also, and I know it's been referred

15   before this way, as OCF.

16        Each year, including for 2011, the company's

17   management establishes an operating plan and budget that is

18   presented to and approved by the board of directors.  The

19   operating plan budget for 2011 was constructed by a process

20   that was substantially similar as in prior years and I'll

21   just briefly outline what Mr. Hartenstein would testify to

22   as that process.

23        Individual business units prepared initial

24   budgets.  Individual business units then met with the senior

25   management of the company.  There's a give-and-take process

1    to review and challenge assumptions and budgets in order to

2    understand the reasoning and basis for the projections.

3    While in the end management wants to ensure that the

4    projections are not overly optimistic or overly

5    conservative, as part of the process, the senior management

6    team attempts to ensure that all reasonably achievable

7    revenue enhancements and cost cutting initiatives are

8    identified and included.

9          Management then continues to monitor trends in

10   the interim between budget meetings.  And the first weeks of

11   2011 and they make appropriate adjustments to the plan.  And

12   then the board was updated finally in the fourth quarter of

13   2010 and then finally approved the final operating plan on

14   February the 2nd of 2011.

15          Now, Your Honor, when Mr. Hartenstein testified

16   to the Court earlier this year in March in connection with

17   the confirmation hearings, he noted some of the challenges

18   that the company faced in 2011, both due to the uncertainty

19   in the overall economy and in particular, uncertainty and

20   challenges that face the media industry.  Those challenges

21   have not abated, Your Honor.  In fact, they have

22   accelerated.  As a result, 2011's performance is consistent

23   with the performance discussed by Mr. Hartenstein with the

24   Court in March 2011.

25          On the publishing side, newspapers generally are

1  facing accelerated advertising declines and the Tribune is

2  no exception in that regard.  Publishing advertising revenue

3  is down from last year.  And on the broadcasting side,

4  advertising though has fared somewhat better.  In

5  particular, Tribune's advertising revenue in broadcasting

6  has been relatively stable.  However, broadcasting has been

7  impacted by the fact that 2011 is not a political year and

8  political advertising spend is down dramatically relative to

9  2010.

10            Also, with respect to its pension plans due to an

11  actuarial review, the company was required to accrue

12  significantly higher non-cash pension expense for 2011

13  versus 2010.  Specifically, this expense increased those

14  amounts by an accounting basis by $44 million.

15            When the operating plan budget for 2011 was

16  prepared by management, these challenges were taken into

17  account and appropriately accounted for in the budgeting

18  process.  To some extent, however, the challenges have been

19  even greater than expected particularly due to the

20  deteriorating overall economic outlook and the accelerated

21  pace at which advertising dollars have migrated away from

22  publishing.

23            The board of directors approved an operating plan

24  for 2011, Your Honor, and this number may be good for a

25  point of reference as we go of $497 million OCF.

1  Notwithstanding these challenges, due to the rigor of

2  management's construction of the operating plan and budget

3  and the hard work of Tribune's employees in devising and

4  implementing new initiatives, the company continues to be on

5  plan, that is with respect to the operating plan for 2011,

6  and even somewhat ahead of it on a consolidated basis.

7          And to answer the question that Your Honor posed

8  yesterday, in terms of this year's performance, the company

9  currently projects OCF for 2011 of $517 million, which is

10 about $20 million above that $497 budgeted OCF number.  And

11 I'll come back and through the proffer compare that to the

12 actual MIP targets for Your Honor's reference.

13         THE COURT:  Well I see from the report that it's

14 just shy of the 100 percent target payout.

15         MR. GOLD:  It's in the -- yeah, probably in the

16 mid '90s somewhere, Your Honor.

17         Mr. Hartenstein would testify that the

18 performance in achieving and somewhat exceeding the

19 operating budget by about 4 percent in the face of both

20 predicted and emerging economic headwinds has only been

21 achieved as a result of excellent performance of the

22 workforce.  This performance includes the continued

23 successful implementation and initiation of a number of

24 revenue enhancing initiatives, as well as, cost cutting

25 initiatives.  Those cost cutting initiatives have resulted

1   in $136 million in savings, in the last two years, on top of

2   over $600 million in savings over the preceding two years.

3              And with Your Honor's permission, I would

4   approach and proffer an exhibit with respect to the MIP

5   metrics.

6              THE COURT:  Very well.  Thank you.  Has this been

7   shared with others?

8              MR. LOTSOFF:  It's in -- Your Honor, Jonathan

9   Lotsoff on behalf of the debtors.  It basically restates

10  what's in the Mercer report.

11             THE COURT:  Very well.  Okay.  I'm looking at

12  Page 5 of the Mercer report, which is part of what was not

13  redacted, and this looks to be a summary of what's on that

14  page.

15             MR. GOLD:  That's accurate, Your Honor.

16             THE COURT:  All right.

17             MR. GOLD:  We'd mark this particular exhibit as

18  Debtor's Exhibit 1.  And turning to these MIP metrics, in

19  order to achieve a target payout under the proposed MIP, the

20  company would need t achieve an OCF of $525 million.  As

21  Your Honor just pointed out, the $517 million projection is

22  just slightly below that number to achieve the target

23  payout.

24             As noted, to achieve its budgeted OCF, that was

25  $497, so the company is somewhat above that with respect to

1  its current projected OCF of $517 million.

2          To put this in perspective, just from the metrics

3  standpoint, if the company's performance equals its budgeted

4  OCF, Your Honor, the payout under the proposed MIP is only

5  at 81 percent of target.

6          These MIP targets are a result of discussions,

7  compromise, and eventual agreement with certain key creditor

8  constituencies.  The company as Your Honor knows from prior

9  motions on the subject, has had a MIP in effect outside of

10  bankruptcy since at least 1997.  That plan is encompassed by

11  the 1997 incentive compensation plan which is Exhibit E to

12  the MIP motion.  When comparing the proposed 2011 MIP to

13  these historical MIP's that were in place, the proposed MIP

14  is more conservative than the historical MIP's in all

15  respects.  Comparing the number of proposed participants it

16  is lower.  Comparing the percentage payout at budgeted OCF

17  it is lower.  Comparing the dollar payouts at each of the

18  threshold target and max levels, all lower.  Comparing the

19  2011 actual total dollars that will be paid based on current

20  OCF projections, also lower than 2010.

21          In addition to approval of the MIP plan, Your

22  Honor, just to move away from the metrics, the company's

23  motion and proposed order seeks approval of the proposed MIP

24  with respect to two individuals who remain employed by the

25  debtor, but who had not been included without prejudice

1    under the 2010 MIP order.  The three other individuals who

2    also had been included in 2010, have since left the company

3    and were separated solely as a result of position reductions

4    as part of the company's cost cutting efforts that I alluded

5    to earlier.

6            The proposed order contains a provision

7    specifically including these two individuals who remain

8    employed in the 2011 MIP.  However, as a result of

9    discussions, and a compromise reached with the creditors'

10   committee, the order before you also provides that such

11   amounts be paid into a trust and distributed to the

12   individuals only upon satisfaction of certain conditions

13   specified in the proposed order related to the pendency of

14   certain claims by the creditors' committee.

15           The board of directors has approved -- the

16   company has approved these two individuals for inclusion in

17   the MIP.  And Mr. Hartenstein, like the board, continues to

18   believe these individuals are very valuable and hardworking

19   employees that are integral to the debtor's success.  Mr.

20   Hartenstein believes it would be manifestly unfair to these

21   individuals not to receive their 2011 MIP and, therefore, be

22   paid substantially below market compensation.  However, he

23   views the compromise with the creditors' committee as a

24   reasonable solution under the circumstances.

25           In summary, Your Honor, Mr. Hartenstein if called

1  to testify, would state that the 2011 proposed MIP should be

2  approved so that eligible company employees through their

3  efforts and successes can attain compensation that even

4  somewhat approaches market based payouts.  Further, it is

5  critical that the MIP be approved as soon as possible so

6  that employees are incentivized to continue their hard work

7  and outperform during the fourth quarter in face of what was

8  referred to as an uncertain operating environment in an

9  uncertain economy.

10          That would conclude the proffer with respect to

11  Mr. Hartenstein, Your Honor.  Your Honor may have questions

12  and others may as well.  I would state before we get to that

13  that our only other proffer would be with respect to Mr.

14  Dempsey, if Your Honor desires.  On the other hand, if Your

15  Honor is amenable, we can move for the introduction of Mr.

16  Dempsey's affidavit in lieu of that, but that's solely up to

17  Your Honor.

18          THE COURT:  All right.  Well let's address Mr.

19  Hartenstein's testimony first.  Does anyone wish to cross

20  examine Mr. Hartenstein?

21                  (No audible response.)

22          THE COURT:  I hear no response.  All right.

23  Anyone object to the introduction of the Dempsey

24  declaration?

25                  (No audible response.)

1          THE COURT:  I hear no response.  And I take it

2   that the motion is to include introduction of the report --

3          MR. GOLD:  Yes, Your Honor.

4          THE COURT:  -- as well.  Is there any objection

5   to that?

6                    (No audible response.)

7          THE COURT:  I hear no response.  They're admitted

8   without objection.

9          MR. GOLD:  And we also would move for the

10  introduction of what I referred to as Debtor's Exhibit 1,

11  Your Honor.

12         THE COURT:  Is there objection to the

13  introduction of D1?

14                   (No audible response.)

15         THE COURT:  I hear none, it's admitted without

16  objection.  Does the debtor have anything further in support

17  of its motion?

18         MR. GOLD:  We do not, Your Honor.

19         THE COURT:  Does anyone else wish to be heard in

20  connection with the MIP motion?

21         MR. LEMAY:  Good morning, Your Honor.  David

22  LeMay from Chadbourne and Parke for the official committee

23  of unsecured creditors.

24         As the Court is aware from yesterday's telephone

25  hearing, the committee supports this motion.  I rise only,

1  as I have in years past, to assure the Court that the

2  committee and its financial and legal professionals have

3  reviewed this year's iteration of the MIP with great care,

4  have negotiated certain provisions of that MIP, have

5  negotiated and obtained certain changes to the form of the

6  proposed order that would approve the MIP, and those are

7  embodied in the version that's before Your Honor.  And after

8  that review and after that, those negotiations, and with all

9  those changes, the committee has voted to support the MIP,

10  and request that the order be entered in the form before the

11  Court now.  That's all I have, Your Honor.

12          THE COURT:  Thank you.  Does anyone else wish to

13  be heard in connection with the MIP motion?

14                  (No audible response.)

15          THE COURT:  I hear no further response.  All

16  right, thank you.  I'm prepared to make my ruling now.  I've

17  reviewed all of the written submissions, including but not

18  limited to the Mercer un-redacted version of the report.

19  And based upon the testimony, I'm prepared to approve the

20  relief that's been requested.

21          The Mercer report reflects that, frankly, there

22  have been a variety of approaches to management compensation

23  among the samples chosen, but I find under these

24  circumstances, the metrics that the debtor has chosen here

25  and the methods by which they -- on which they base

1   incentive plans and payments, that is operating cash flow is

2   reasonable and sensible, and that the relief requested here

3   is justified under the facts and circumstances.  There is no

4   objection to the relief that's been requested.  And I think

5   it's entirely appropriate to order this relief in these

6   uncertain times with respect to this particular debtor.  Is

7   there a form of order?

8           MR. LOTSOFF:  There is, Your Honor.  May I

9   approach?

10          THE COURT:  You may.  Thank you.  That order has

11  been signed.  What's next?

12          MR. SOTTILE:  Your Honor, James Sottile of

13  Zuckerman Spaeder, special counsel to the official committee

14  of unsecured creditors.

15          Your Honor, I rise, with the Court's indulgence,

16  to address briefly Item No. 14 on the agenda.  That's the

17  second motion of the committee to extend the time to

18  effectuate service of process with respect to two preference

19  complaints against certain insiders and professionals of the

20  debtors.

21          Your Honor, I understand the Court has already

22  entered the order and nothing I saw will affect entry of the

23  order.  There's no objection that was filed in time, and the

24  issue that I'm going to address does not concern an

25  objection to entry of the relief sought by the motion.

1          Your Honor, Mr. Golden, after reviewing the

2   motion, raised a question with me that I want to address so

3   that the record before the Court is clear on the committees'

4   position.  The motion says, in two places, that confirmation

5   of the plans, the DCL plan and the noteholders' plan, could

6   result in some circumstances in certain preference claims

7   being released or otherwise mooted.  And Mr. Golden pointed

8   out that, in argument before the Court on April 14, I

9   advised the Court that the DCL plan did not contain a

10  release of such preference claims, and was not intended to

11  release such preference claims, and asked whether there was

12  some inconsistency in the two statements.

13          The short answer, Your Honor, is no.  As set

14  forth in the motion, which is Item 14 on the agenda, the

15  reason why confirmation of the DCL plan could result in

16  certain of these preference claims being released is that

17  under the DCL plan, those claims are retained by the debtors

18  and passed to the reorganized debtors.  And the reorganized

19  debtors would, as the motion indicates, then in the exercise

20  of their sound business judgment, be entitled to proceed as

21  they chose with respect to such claims.  They could enforce

22  them, sue on them, settle them, compromise them, or dismiss

23  them, if the reorganized debtors, in the exercise of good

24  judgment, concluded that was the appropriate thing to do.

25          So I rise, Your Honor, only to make absolutely

1   clear that the DCL plan does not release these preference

2   claims.  Instead, if the Court were to confirm the plan in

3   its current terms, what would happen with respect to these

4   preference claims is that they would remain with the

5   debtors, go the reorganized debtors, and then the

6   reorganized debtors could proceed as they deemed

7   appropriate, and that could, as the motion indicates, result

8   in a release if the debtors conclude that was the right

9   thing to do.

10          And I rise simply to make that point and to

11  explain the statements in the motion and why they are

12  consistent with the statements I've previously made to the

13  Court.

14          THE COURT:  Thank you.

15          MR. SOTTILE:  Thank you, Your Honor.

16          THE COURT:  Does anyone else wish to be heard on

17  that matter?

18                  (No audible response.)

19          THE COURT:  I hear no further response.

20          MR. BENDERNAGEL:  Your Honor, Jim Bendernagel for

21  the debtor.

22          I'm standing to address Item 15 which relates to

23  the debtor's motion to complete the record from the

24  confirmation hearing.  That motion seeks three things.

25          First, it asks for authorization to make the

1  corrections to the trial transcript that are reflected on

2  the errata that's attached as Exhibit A to the motion.  That

3  errata is the product of discussions between the noteholder

4  plan proponents and the DCL plan proponents, as well as

5  consultation with the reporting service, Diaz.  Diaz has

6  reviewed all of the proposed changes and made the ones that

7  it felt comfortable making which are the ones that are

8  reflected on the errata sheet.

9          Yesterday, you asked the question, well this is a

10  long errata sheet, which are these are potentially decision

11  affecting?  I don't believe any of them are of that

12  consequence.  I think they're all important in the sense

13  that they clarify the record.  The principal changes are

14  that there are lot of names that were misspelled.  That

15  there was punctuation that was misplaced in the sense that

16  it could be made clear as to what the witness was trying to

17  say.  There are situations where certain information was

18  missing.  For instance, a video clip would have been run,

19  but it wasn't reflected in the record.  That's all been

20  corrected.  There was one instance that the noteholders had

21  pointed out to me where your ruling as to what the

22  admissibility of Mr. Black's rebuttal testimony was needed

23  to be clarified and that's been done.  And there are no

24  objections.  And alike, I think that, you know, we'd ask

25  that that portion be approved.

1          The second item that the motion seeks to address

2  is the status of all of the exhibits that both the

3  noteholder plan proponents and the DCL plan proponents

4  offered in evidence.  You've already dealt with the

5  evidentiary issue.  The question that this motion deals with

6  is confidentiality.  All of these documents, essentially for

7  the most part, were under seal.  We've taken steps to

8  address that issue. There are 3,400 or so exhibits.  Those

9  exhibits are set forth in Exhibits B, C, and D.  Exhibits E,

10 F, G, and H identify those exhibits which the parties wish

11 to maintain under seal.  There are less than 200 exhibits in

12 that regard.  The reasons for the requests are generally set

13 forth on those exhibits, and they are things that the

14 parties have talked about, and there are no objections.  So

15 my sense is that at the moment that's fine.  I suppose if

16 down the road somebody wanted to challenge one of the 200,

17 they could do that at that juncture.  There's nothing

18 preventing them from doing that, but that's the status of

19 that aspect of the motion.

20          The third portion of the motion relates to the

21 deposition designations.  There were some that were read.

22 There were more that were offered.  In total there were 34

23 separate deponent's deposition designations that were

24 offered.  With respect to seven of those deponents, there

25 were certain passages that were considered to be

1    confidential.  Those are identified on Exhibit I.  They've

2    been the product, as well, of discussions between the

3    parties and there are no objections pending.

4         So with that, we'd ask that the three items that

5    are directed, that are addressed in the motion be approved.

6    And specifically what we're asking for is that Diaz be

7    directed to incorporate these changes into the trial

8    transcript.  It's my understanding that Diaz has already

9    done that, and is just waiting for authorization to publish

10   the complete or new and final transcript.

11        Secondly, we've made arrangements with Epic to

12   publish all of the non-confidential materials that are

13   reflected on Exhibits B, C, D, as well as, the deposition

14   designations that are not on Exhibit I.  And that my

15   understanding is that those various parties are set to do

16   that in the next few days once the order is entered.

17        THE COURT:  All right, thank you.  Does anyone

18   else wish to be heard in connection with this motion?

19        MR. GOLDEN:  Thank you, Your Honor.  Good

20   morning.  Daniel Golden, Akin, Gump, Strauss, Hauer & Feld,

21   counsel for Aurelius Capital Management and the other

22   noteholder plan proponents.

23        Your Honor, we do agree with Mr. Bendernagel.  We

24   did spend a lot time and a lot of people in our shop spent a

25   lot of time pouring through the transcripts.  We think we

1    have fairly captured the errors that were made.  We've had a

2    long laborious process in working through those changes with

3    the debtors.  And so -- and we also agree with Mr.

4    Bendernagel that no one change in and of itself is -- would

5    or should change the Court's view or whatever the Court's

6    view may be.  There are -- but we think cumulatively they

7    are important.  We did speak to Mr. Bendernagel this morning

8    because it was not clear from the form of proposed order

9    that was being presented to the Court that it was the

10    intention of the official court reporter to issue a final

11    version of the revised trial transcript.  We understand that

12    that is the case.

13         And with that understanding, we think this will

14    adequately and appropriately set forth the trial record for

15    the confirmation hearing and we urge that the Court enter

16    the proposed order in its, I guess, current revised form.

17    Mr. Bendernagel, I think is going to present a slightly

18    revised form of order for this matter.  Thank you.

19         THE COURT:  Okay, thank you.  Does anyone else

20    wish to be heard in connection with the motion?

21              (No audible response.)

22         THE COURT:  I hear no further response.

23         MR. BENDERNAGEL:  Your Honor, as Mr. Golden

24    indicated, we do have a revised order to hand up to the

25    Court.  It seems ironic that the order to correct the

1    transcript has to be corrected itself, but the like with

2    your permission, I'd hand you up a black line first.  I've

3    shared that with the committee and with Mr. Golden.  And I

4    don't think it's controversial what -- let me -- if I could

5    approach?

6              THE COURT:  You may.

7              MR. BENDERNAGEL:  Turn to Page 2 and see that the

8    changes are in the third and fourth ordering paragraphs.

9    And what was done was to make clear that all trial exhibits

10   and all deposition designations with the exception of those

11   on the particular Exhibits E, F, G, H & I were going to be

12   made public.  Before it was a little bit unclear the way it

13   was worded.  I think that was always the intent, but this is

14   trying to make it clearer.  As Mr. Golden pointed out, it is

15   our intention and I believe it's Diaz's intention to publish

16   a complete corrected transcript and that will be done.

17   That's not reflected in the order, but that is the intention

18   and that will be carried forward.

19              And if those changes meet with your approval,

20   Your Honor, I'll hand up a clean copy of that'd be helpful.

21              THE COURT:  All right.  Has the black line been

22   circulated?

23              MR. BENDERNAGEL:  It has not been circulated.  If

24   you want me to just note for the record what the changes

25   are, I would be happy to do that.

1          THE COURT:  Yes, if you would.

2          MR. BENDERNAGEL:  On the existing order, the

3  changes to the third ordering paragraph are the phrase

4  "confidential trial exhibits" is modified to say "trial

5  exhibits except those set forth in E through H to the motio"

6  by posting all such -- "by posting such exhibits on Epic."

7  The point of the matter here was just to make it absolutely

8  clear that all the trial exhibits that are in B, C, and D

9  would be published with the exception of what's in Exhibits

10 E through H.

11         A similar change was made to ordering -- the

12 fourth ordering paragraph which relates to the deposition

13 designations.  And the language now reads "all deposition

14 designations except those set forth on Exhibit I to the

15 motion by posting such deposition designations on Epic."

16 And that's the intent.

17         THE COURT:  All right.  Does anyone have any

18 comment on the revisions to the proposed form of order?

19              (No audible response.)

20         THE COURT:  I hear no response.  Do you have a

21 clean copy for me?

22         MR. BENDERNAGEL:  Yes, I do, Your Honor.

23         THE COURT:  Thank you.  That order has been

24 signed.

25         MR. BENDERNAGEL:  Thank you, Your Honor.

1          THE COURT:  Is there anything else for today?

2          MR. BENDERNAGEL:  I don't believe there is, Your

3 Honor.

4          THE COURT:  All right.  I'll comment, just

5 because I'm sure the parties continue to be curious about

6 the timing on a confirmation decision.  We are working a

7 pace on a draft decision, and much farther along than when

8 we last spoke, and I hope to have something soon.  Don't sit

9 by your computers yet, but I hope to have something soon.

10          MR. BENDERNAGEL:  Just on that point, Your Honor.

11 I'm quite sure Mr. Krakauer would want me to remind you that

12 we have been working with the Department of Labor, and we've

13 actually filed for the 19th, the motion to deal with the

14 settlement that's reached with the Department of Labor.

15 It's my understanding we're also making progress with the

16 IRS, and the hope is that both those matters can be

17 addressed on the 19th.  And that that would relieve some of

18 your burden, but that's moving forward.

19          THE COURT:  Some.

20                    (Laughter)

21          THE COURT:  All right.  Thank you all very much.

22 That concludes this hearing.  Court will stand in recess.

23          ALL:  Thank you, Your Honor.

24      (Whereupon, at 10:34 a.m., the hearing was adjourned.)

25

1                          CERTIFICATION

2          I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter.

5

6

7    _____        4 October 2011
8    Traci L. Calaman, Transcriber                Date
9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **08-13141(kjc** | (1) 1:5 | **and(156)** 8:5  8:15  8:17  8:19  8:22  9:4  9:9 | | **aware(1)** 20:24 | | **can(3)** 19:3  19:15  31:16 | |
| **a.m(1)** 1:17  8:1  31:24 | | 9:16  9:16  9:18  9:19  9:23  9:25  10:4  10:6 | | **away(2)** 14:21  17:22 | | **cantigny(1)** 6:25 | |
| **abated(1)** 13:21 | | 10:7  10:8  10:8  10:16  10:21  11:1 | | **back(4)** 9:19  9:18  11:12  15:11 | | **capital(5)** 5:41  6:28  6:31  8:16  27:21 | |
| **about(4)** 15:10  15:19  26:14  31:5 | | 11:2  11:2  11:3  11:15  11:17  11:18  11:22 | | **bale(1)** 5:41 | | **captured(1)** 28:1 | |
| **above(1)** 15:10  16:25 | | 11:23  11:25  12:1  12:4  12:6  12:8  12:14 | | **banc(1)** 5:24 | | **care(1)** 21:3 | |
| **aboveentitled** (1) 32:4 | | 12:14  12:17  12:18  12:20  13:1  13:1  13:2 | | **bank(4)** 5:47  5:28  5:47  6:47 | | **carey(1)** 1:21 | |
| **absolutely(2)** 23:25  30:7 | | 13:7  13:8  13:10  13:11  13:11  13:13  13:19 | | **bankruptcy(4)** 1:1  1:22  9:7  17:10 | | **caridas(1)** 3:33 | |
| **accelerated(3)** 13:22  14:1  14:20 | | 13:19  14:1  14:3  14:7  14:17  14:20  14:24 | | **barnes(1)** 2:45 | | **carol(2)** 5:41  9:4 | |
| **account(1)** 14:17 | | 15:2  15:3  15:3  15:6  15:7  15:10  15:11 | | **base(1)** 21:25 | | **carried(1)** 29:18 | |
| **accounted(1)** 14:17 | | 15:18  15:20  15:23  16:3  16:4  16:13  16:18 | | **based(4)** 12:11  17:19  19:4  21:19 | | **case(3)** 1:5  6:47  28:12 | |
| **accounting(2)** 12:8  14:14 | | 17:7  17:18  17:23  18:3  18:9  18:11  18:17 | | **basically(1)** 16:9 | | **cash(2)** 12:13  22:1 | |
| **accrue(1)** 14:11 | | 18:18  18:21  19:3  19:7  19:12  20:1  20:9 | | **basis(3)** 13:2  14:14  15:6 | | **centralized(1)** 12:7 | |
| **accurate(1)** 16:15 | | 20:22  21:2  21:2  21:5  21:6  21:7  21:8  21:8 | | **because(2)** 28:8  31:5 | | **ceo(6)** 10:20  11:1  11:2  11:3  11:13  11:15 | |
| **achievable(1)** 13:6 | | 21:10  21:19  21:25  22:1  22:2  22:2  22:3 | | **been(24)** 9:9  9:17  9:21  12:10  12:14  14:6 | | 21:4  21:5  22:19  23:6  23:16  25:17  26:25 | |
| **achieve(4)** 16:19  16:20  16:22  16:24 | | 22:4  22:19  22:22  22:23  23:5  23:7  23:10 | | 14:6  14:18  15:20  16:6  17:25  18:2  21:20 | | **certification(1)** 32:1 | |
| **achieved(1)** 15:21 | | 23:11  23:18  23:18  24:5  24:7  24:10  24:10 | | 21:22  22:4  22:11  25:18  25:19  25:23  27:2 | | **certify(1)** 32:2 | |
| **achievement(1)** 12:11 | | 24:11  25:4  25:6  25:23  25:23  26:24  26:3 | | 29:21  29:23  30:23  31:12 | | **chadbourne(3)** 2:10  3:17  20:22 | |
| **achieving(1)** 15:18 | | 26:9  26:10  26:13  26:14  27:3  27:6  27:7 | | | | **challenge(2)** 13:1  26:16 | |
| **activities(1)** 12:7 | | 27:10  27:14  27:21  27:24  28:3  28:3  28:4 | | **before(9)** 1:21  12:15  18:10  19:12  21:7 | | **challenges(6)** 13:17  13:20  13:20  14:16 | |
| **actual(2)** 15:12  17:19 | | 28:13  28:14  28:15  29:3  29:3  29:7  29:8 | | 21:10  23:3  23:8  29:12 | | 14:18  15:1 | |
| **actually(2)** 10:7  31:13 | | 29:9  29:10  29:15  29:16  29:18  29:19  30:8 | | | | | |
| **actuarial(1)** 14:11 | | 30:13  30:16  31:7  31:8  31:12  31:16  31:17 | | **behalf(3)** 8:7  10:12  16:9 | | **change(3)** 28:4  28:5  30:11 | |
| **adam(1)** 2:5 | | | | **being(3)** 23:7  23:16  28:9 | | **changes(11)** 10:2  21:5  21:9  25:6  25:13 | |
| **addition(1)** 17:21 | | **and/or(1)** 12:12 | | **believe(6)** 9:16  9:17  18:18  25:11  29:15 | | 27:7  28:2  29:8  29:19  29:24  30:3 | |
| **address(7)** 19:18  22:16  22:24  23:2  24:22 | | **andrea(1)** 5:5 | | **believes(1)** 18:20 | | | |
| 26:1  26:8 | | **andrew(4)** 3:31  3:33  5:21  5:32 | | **below(2)** 16:22  18:22 | | **chapter(1)** 1:8 | |
| | | **answer(2)** 15:7  23:13 | | **bendernagel(15)** 1:28  24:20  24:20  27:23 | | **checking(1)** 9:17 | |
| **addressed(2)** 27:5  31:17 | | **anticipated(1)** 8:22 | | 28:4  28:7  28:17  28:23  29:7  29:23  30:22 | | **chicago(4)** 1:31  7:4  7:10  8:25 | |
| **adequately(1)** 28:14 | | **any(3)** 20:4  25:11  30:17 | | 30:22  30:25  31:2  31:10 | | **chose(1)** 23:21 | |
| **adjourned(1)** 31:24 | | **anyone(8)** 19:19  19:23  20:19  21:12  24:16 | | | | **chosen(2)** 21:23  21:24 | |
| **adjustments(1)** 13:11 | | 27:17  28:19  30:17 | | **better(1)** 14:4 | | **chung(1)** 5:47 | |
| **administered(1)** 1:6 | | | | **between(3)** 13:10  25:3  27:2 | | **circulated(2)** 29:22  29:23 | |
| **administrativ(1)** 8:14 | | **anything(1)** 20:16  31:1 | | **bigalo(1)** 6:12 | | **circumstances(4)** 18:24  21:24  22:3  23:6 | |
| **admissibility(1)** 25:22 | | **appearances(6)** 1:24  3:11  4:1  5:1  6:1  7:1 | | **bit(1)** 10:7  29:12 | | **citigroup(1)** 4:4 | |
| **admitted(2)** 20:7  20:15 | | **application(2)** 9:13  9:14 | | **blabey(1)** 5:35 | | **city(1)** 8:25 | |
| **advertising(6)** 14:1  14:2  14:4  14:5  14:8 | | **appointed(1)** 11:3 | | **black(2)** 29:2  29:2 | | **claim(1)** 8:14 | |
| 14:21 | | **approach(3)** 16:4  22:9  29:5 | | **black's(1)** 25:22 | | **claims(9)** 18:14  23:6  23:10  23:11  23:16 | |
| | | **approaches(2)** 19:4  21:22 | | **block(1)** 5:20 | | 23:17  23:21  24:2  24:4 | |
| **advised(1)** 23:9 | | **appropriate(4)** 13:11  22:5  23:24  24:7 | | **board(8)** 11:4  11:10  12:11  12:18  13:12 | | | |
| **affect(2)** 9:16  22:22 | | **appropriately(2)** 14:17  28:14 | | 14:23  18:15  18:17 | | **clarified(1)** 25:23 | |
| **affecting(1)** 25:11 | | **approval(3)** 17:21  17:23  29:19 | | | | **clarify(1)** 25:13 | |
| **affidavit(1)** 19:16 | | **approve(3)** 10:13  21:6  21:19 | | **boelter(1)** 4:9 | | **clean(2)** 29:20  30:21 | |
| **after(4)** 11:18  21:7  21:8  23:1 | | **approved(10)** 12:10  12:18  13:13  14:23 | | **both(4)** 13:8  15:19  26:2  31:16 | | **clear(6)** 23:3  24:1  25:16  28:8  29:9  30:8 | |
| **again(1)** 9:8 | | 18:15  18:16  19:2  19:5  25:25  27:5 | | **box(1)** 2:41 | | **clearer(1)** 29:14 | |
| **against(1)** 22:19 | | | | **bradstreet(1)** 9:8 | | **clerk(1)** 8:2 | |
| **agenda(5)** 8:9  8:21  9:8  22:16  23:14 | | **april(1)** 23:8 | | **brady(1)** 2:38 | | **clip(1)** 25:18 | |
| **agent(1)** 9:7 | | **are(11)** 11:22  13:4  13:7  13:25  17:6  18:18 | | **brandywine(1)** 2:39 | | **cni(1)** 9:2 | |
| **agree(2)** 27:23  28:3 | | 18:19  19:6  21:6  23:17  24:11  25:1  25:7 | | **brett(1)** 4:19 | | **co-president(1)** 11:7 | |
| **agreed(1)** 11:12 | | 25:7  25:10  25:10  25:11  25:13  25:14  25:1 | | **brian(1)** 1:27  10:11 | | **cobb(1)** 2:4 | |
| **agreement(2)** 2:36  17:7 | | 25:23  26:8  26:9  26:11  26:12  26:13  26:14 | | **brickley(1)** 5:17 | | **cole(1)** 1:34 | |
| **agudelo(1)** 4:41 | | 27:1  27:3  27:5  27:12  27:12  27:14  27:15 | | **briefly(2)** 12:21  22:16 | | **come(1)** 10:8  15:11 | |
| **ahead(2)** 10:23  15:6 | | 28:6  28:7  29:8  29:25  30:3  30:8  31:6 | | **briesen(1)** 8:19 | | **comfortabl(1)** 25:7 | |
| **akin(2)** 2:23  27:20 | | | | **broadcasting(6)** 11:22  11:23  12:2  14:3 | | **comment(2)** 30:18  31:4 | |
| **alan(1)** 5:29 | | **argument(1)** 23:8 | | 14:5  14:6 | | | |
| **alike(1)** 25:24 | | **arise(1)** 10:17 | | **broadspire(1)** 9:4 | | **committee(14)** 2:4  3:17  9:15  12:10  18:10 | |
| **all(31)** 8:2  8:4  8:11  11:11  13:6  16:16 | | **arrangements(1)** 27:11 | | **brockius(1)** 5:24 | | 18:14  18:23  20:22  20:25  21:2  21:9  22:13 | |
| 17:14  17:18  19:18  19:22  21:8  21:11  21:13 | | **arrowgrass(1)** 6:37 | | **brown(1)** 6:20 | | 22:17  29:3 | |
| 21:17  25:6  25:12  25:19  26:2  26:6  27:12 | | **arthur(1)** 7:7 | | **bryant(1)** 2:26 | | | |
| 27:17  29:9  29:10  29:21  30:6  30:8  30:17 | | **ashley(1)** 3:22 | | **budget(6)** 12:17  12:19  13:10  14:15  15:2 | | **committees(1)** 23:3 | |
| 31:4  31:21  31:21  31:23 | | **ask(2)** 25:24  27:4 | | 15:19 | | **company(18)** 1:8  4:24  8:8  11:2  11:7  11:16 | |
| | | **asked(2)** 23:11  25:9 | | | | 11:18  12:25  13:18  14:11  15:4  15:8  16:20 | |
| **alluded(1)** 18:4 | | **asking(1)** 27:6 | | **budgeted(4)** 15:10  16:24  17:3  17:16 | | 16:25  17:8  18:12  18:16  19:2 | |
| **along(2)** 11:8  31:7 | | **asks(1)** 24:25 | | **budgeting(1)** 14:17 | | | |
| **already(4)** 9:21  12:21  26:4  27:8 | | **aspect(1)** 26:19 | | **budgets(2)** 12:24  13:1 | | **company's(5)** 12:12  12:16  17:3  17:22  18:4 | |
| **also(1)** 11:2  11:20  11:25  12:14  14:10 | | **asset(1)** 6:44 | | **building(1)** 2:39 | | **compare(1)** 15:11 | |
| 17:20  18:2  18:10  20:9  28:3  31:15 | | **assumptions(1)** 13:1 | | **burden(1)** 31:18 | | **comparing(5)** 17:17  17:15  17:16  17:17 | |
| | | **assure(1)** 21:1 | | **bush(1)** 3:30 | | 17:18 | |
| **alvarez(1)** 6:40 | | **attached(1)** 25:2 | | **business(9)** 7:10  11:21  11:23  11:24  12:5 | | | |
| **always(1)** 29:13 | | **attain(1)** 19:3 | | 12:12  12:23  12:24  23:20 | | **compensation(6)** 5:10  12:10  17:11  18:22 | |
| **amalgamated(1)** 5:28 | | **attempts(1)** 13:6 | | | | 19:3  21:22 | |
| **amenable(1)** 19:15 | | **audible(8)** 19:21  19:25  20:6  20:14  21:14 | | **but(12)** 17:25  19:16  21:17  21:23  25:19 | | | |
| **america(2)** 3:47  5:47 | | 24:18  28:21  30:19 | | 26:18  28:6  29:12  29:13  29:17  31:9  31:18 | | **complaints(1)** 22:19 | |
| **among(1)** 21:23 | | | | | | **complete(3)** 24:23  27:10  29:16 | |
| **amounts(2)** 14:14  18:11 | | **august(1)** 11:16 | | **bynum(1)** 5:44 | | **compromise(4)** 17:7  18:9  18:23  23:22 | |
| | | **aurelius(3)** 2:23  3:36  27:21 | | **cable(1)** 12:3 | | **computers(1)** 31:9 | |
| | | **austin(2)** 1:26  4:8 | | **calaman(1)** 32:8 | | **conaway(1)** 2:36 | |
| | | **authorization(2)** 24:25  27:9 | | **call(1)** 10:14 | | **concern(1)** 22:24 | |
| | | **authorizing(1)** 10:2 | | **called(2)** 10:24  18:25 | | **conclude(2)** 19:10  24:8 | |
| | | **available(1)** 10:17 | | | | | |
| | | **avenue(2)** 1:37  2:32 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| concluded(1) 23:24 | | davidson(1) 6:8 | | each(2) 12:16 17:17 | | explain(1) 24:11 | |
| concludes(1) 31:22 | | davis(1) 3:13 | | earlier(2) 13:16 18:5 | | extend(1) 22:17 | |
| conditions(1) 18:12 | | days(1) 27:16 | | economic(2) 14:20 15:20 | | extension(1) 9:15 | |
| conducted(1) 11:22 | | dbtca(1) 2:30 | | economy(2) 13:19 19:9 | | extensive(1) 11:21 | |
| conference(1) 10:14 | | dcl(7) 23:5 23:9 23:15 23:17 24:1 25:4 | | ecro(1) 1:41 | | extent(1) 14:18 | |
| confidential(1) 27:1 | | deal(2) 10:8 31:13 | | eddy(1) 10:19 | | eye(1) 8:19 | |
| confidentiality(1) 26:6 | | deals(1) 26:5 | | effect(1) 17:9 | | |
| confirm(1) 24:2 | | dealt(1) 26:4 | | effective(1) 11:4 | | face(3) 13:20 15:19 19:7 |
| confirmation(7) 10:3 13:17 23:4 23:15 24:24 28:15 31:6 | | dearborn(1) 1:30 | | effectuate(1) 22:18 | | faced(1) 13:18 |
| | | debra(1) 2:25 | | efforts(2) 18:4 19:3 | | facing(1) 14:1 |
| connection(5) 13:16 20:20 21:13 27:18 28:20 | | debtor(9) 1:26 10:20 11:2 11:20 11:25 20:16 21:24 22:6 24:21 | | egi-trb(1) 5:20 | | fact(2) 13:21 14:7 |
| | | | | eight(1) 11:25 | | facts(1) 22:3 |
| consequence(1) 25:12 | | debtors(13) 1:12 10:12 16:9 22:20 23:17 23:18 23:19 23:23 24:5 24:5 24:6 24:8 28:3 | | elden(1) 6:4 | | fairly(1) 28:1 |
| conservative(2) 13:5 17:14 | | | | eldersveld(1) 4:25 | | fallon(1) 5:38 |
| considered(1) 26:25 | | | | electronic(2) 1:50 32:3 | | fared(1) 14:4 |
| consistent(2) 13:22 24:12 | | debtor's(8) 8:7 10:4 11:22 12:11 16:18 18:19 20:10 24:23 | | eligible(1) 19:2 | | fargo(1) 6:47 |
| consists(2) 11:24 12:6 | | | | else(6) 20:19 21:12 24:16 27:18 28:19 31: | | farther(1) 31:7 |
| consolidated(1) 15:6 | | decision(3) 25:10 31:6 31:7 | | embodied(1) 21:7 | | february(1) 13:14 |
| constituencies(1) 17:8 | | declaration(1) 19:24 | | emerging(1) 15:20 | | feld(2) 2:23 27:20 |
| constructed(1) 12:19 | | declines(1) 14:1 | | employed(1) 17:24 18:8 | | felt(1) 25:7 |
| construction(1) 1:5 | | deemed(1) 24:6 | | employee(1) 5:10 | | few(1) 27:16 |
| consultation(1) 25:5 | | delaware(4) 1:2 1:14 1:37 8:1 | | employees(4) 15:3 18:19 19:2 19:6 | | filed(2) 22:23 31:13 |
| contain(1) 23:9 | | dempsey(2) 19:14 19:23 | | encompassed(1) 17:10 | | final(3) 13:13 27:10 28:10 |
| contains(1) 18:6 | | dempsey's(1) 19:16 | | encouragement(1) 11:11 | | finally(2) 13:12 13:13 |
| continue(1) 19:6 31:5 | | denton(2) 6:34 9:13 | | end(1) 13:33 | | finance(1) 12:7 |
| continued(8) 2:2 3:2 4:2 5:2 6:2 7:2 8:15 15:22 | | department(3) 8:13 31:12 31:14 | | enforce(1) 23:21 | | financial(2) 12:12 21:2 |
| | | deponent's(1) 26:23 | | english(1) 2:30 | | find(1) 21:23 |
| continues(3) 13:9 15:4 18:17 | | deponents(1) 26:24 | | enhancements(1) 13:7 | | fine(1) 10:9 26:15 |
| contrarian(1) 6:28 | | deposition(7) 26:21 26:23 27:13 29:10 30:12 30:13 30:15 | | enhancing(1) 15:24 | | first(6) 10:8 10:18 13:10 19:19 24:25 29:2 |
| controversial(1) 29:4 | | | | enough(1) 9:11 | | fleet(1) 8:16 |
| copy(3) 29:20 30:21 | | designations(7) 26:21 26:23 27:14 29:10 30:13 30:14 30:15 | | ensure(2) 13:3 13:6 | | fleming(1) 5:25 |
| corp(1) 9:2 | | | | enter(2) 9:11 28:15 | | floor(2) 2:32 2:40 |
| corporate(2) 12:5 12:7 | | desire(1) 9:23 | | entered(4) 9:18 21:10 22:22 27:16 | | flow(2) 12:13 22:1 |
| correct(2) 28:25 32:2 | | desires(1) 19:14 | | entirely(1) 22:5 | | following(1) 9:12 |
| corrected(3) 25:20 29:1 29:16 | | deteriorating(1) 14:20 | | entitled(1) 23:20 | | follows(1) 10:25 |
| corrections(1) 25:1 | | deutsch(1) 3:20 | | entry(2) 22:22 22:25 | | for(80) 1:2 1:26 2:4 2:23 2:30 2:36 2:45 |
| cost(4) 13:7 15:24 15:25 18:4 | | devising(1) 15:3 | | environment(1) 19:8 | | 3:4 3:13 3:17 3:36 3:39 3:43 3:47 4:4 4:8 |
| could(8) 23:5 23:15 23:21 24:6 24:7 25:16 26:17 29:4 | | dewey(2) 3:39 3:43 | | ephraim(1) 6:9 | | 4:38 5:4 5:10 5:16 5:20 5:24 5:28 5:32 |
| | | diamond(1) 6:9 | | epic(1) 27:11 | | 5:35 5:38 5:41 5:44 5:47 6:4 6:8 6:12 |
| council(1) 11:8 11:11 | | diaz(5) 1:43 25:5 25:5 27:6 27:8 | | epic."(2) 30:6 30:15 | | 6:16 6:20 6:24 6:28 6:31 6:34 6:37 6:40 |
| counsel(2) 22:13 27:21 | | diaz's(1) 29:15 | | equals(1) 17:3 | | 6:44 6:47 7:4 7:7 7:10 8:10 8:14 9:8 9:15 |
| course(2) 9:12 9:13 | | did(3) 23:9 27:24 28:7 | | errata(4) 25:2 25:3 25:8 25:10 | | 9:20 10:1 12:16 12:19 13:2 14:12 14:15 |
| court(57) 1:1 8:3 8:5 8:11 9:17 9:19 10:9 | | directed(2) 27:5 27:7 | | errors(1) 28:1 | | 14:17 14:24 14:24 15:5 15:9 15:12 18:16 |
| 10:23 11:17 11:20 13:16 13:24 15:13 16: | | directors(7) 6:4 11:4 11:10 12:11 12:18 14:23 18:15 | | esq(60) 1:27 1:28 1:29 1:36 2:5 2:11 2:17 | | 19:15 20:9 20:22 24:20 24:25 25:18 26:6 |
| 16:11 16:16 19:18 19:22 20:1 20:4 20:7 | | | | 2:24 2:25 2:31 2:38 2:46 3:5 3:14 3:18 | | 26:12 27:6 27:9 27:21 28:14 28:18 29:24 |
| 20:12 20:15 20:19 20:24 21:1 21:11 21:12 | | discussed(1) 13:23 | | 3:20 3:22 3:24 3:26 3:30 3:31 3:33 3:36 | | 30:21 31:1 31:13 |
| 21:15 22:10 22:21 23:3 23:8 23:9 24:2 | | discussions(4) 17:6 18:9 25:3 27:2 | | 3:40 3:44 3:48 4:5 4:9 4:11 4:13 4:15 | | |
| 24:13 24:14 24:16 24:19 27:17 28:9 28:10 | | dismiss(1) 23:22 | | 4:17 4:19 4:21 4:25 4:27 4:29 4:31 4:35 | | foregoing(1) 32:2 |
| 28:15 28:19 28:22 28:25 29:6 29:21 30:1 | | dismissal(1) 18:11 | | 4:39 4:41 4:43 5:5 5:7 5:11 5:13 5:17 | | form(7) 21:5 21:10 22:7 28:8 28:16 28:18 |
| 30:17 30:20 30:23 31:1 31:4 31:19 31:21 | | distributed(1) 11:8 | | 5:21 5:25 5:29 5:32 5:35 5:38 6:5 6:13 | | 30:18 |
| 31:22 | | district(1) 1:2 | | 6:17 6:21 6:25 6:41 6:48 | | |
| | | division(1) 12:6 | | | | forman(1) 1:34 |
| court's(4) 10:6 22:15 28:5 28:5 | | docket(1) 1:10 | | | | former(1) 6:4 |
| courtroom(1) 1:12 | | docketed(1) 9:21 | | essentially(1) 26:6 | | forth(6) 23:14 26:9 26:13 28:14 30:5 |
| crain's(1) 7:10 | | documents(1) 26:6 | | establishes(1) 12:17 | | fortieth(1) 9:1 |
| credit(2) 2:36 3:39 | | does(10) 19:19 20:16 20:19 21:12 22:24 | | esther(1) 5:47 | | forty-fifth(1) 9:6 |
| creditor(1) 17:7 | | 24:1 24:16 27:17 28:19 30:17 | | even(3) 14:19 15:6 19:3 | | forty-second(1) 9:3 |
| creditors(7) 2:5 3:18 18:9 18:14 18:23 | | | | eventual(1) 17:7 | | forward(2) 29:18 31:18 |
| 20:23 22:14 | | doing(1) 26:18 | | everyone(1) 8:3 | | foundation(2) 6:25 6:26 |
| | | dollar(1) 17:17 | | evidence(1) 26:4 | | fourth(1) 13:12 19:7 29:8 30:12 |
| critical(1) 19:5 | | dollars(2) 14:21 17:19 | | evidentiary(1) 26:5 | | frank(4) 5:10 5:13 6:40 6:41 |
| cross(1) 19:19 | | don(1) 4:27 | | evidentiary(1) 26:5 | | frankly(1) 21:21 |
| cumulatively(1) 28:6 | | don't(4) 25:11 29:4 31:2 31:8 | | examine(1) 19:20 | | from(14) 11:6 11:17 14:3 14:21 15:13 |
| curious(1) 31:5 | | done(5) 25:23 27:9 27:9 29:9 29:16 | | exceeding(1) 15:18 | | 17:2 17:8 17:22 20:22 20:24 24:23 26:18 |
| current(5) 10:20 17:1 17:19 24:3 28:16 | | dougherty(1) 6:5 | | excellent(1) 15:21 | | 28:8 32:3 |
| currently(3) 11:1 11:24 15:9 | | douglas(1) 3:20 | | except(2) 30:5 30:14 | | |
| cutting(4) 13:7 15:24 15:25 18:4 | | dow(2) 5:16 5:16 | | exception(1) 14:2 29:10 30:9 | | fuks(1) 6:44 |
| | | down(3) 14:3 14:8 26:16 | | executive(2) 11:8 11:11 | | fundamental(1) 7:4 |
| daily(1) 11:25 | | dramatically(1) 14:8 | | executives(1) 11:9 | | further(5) 19:4 20:16 21:15 24:19 28:22 |
| dan(1) 4:35 | | draft(1) 31:7 | | exercise(2) 23:19 23:23 | | gary(1) 4:31 |
| daniel(4) 2:24 3:43 3:48 27:20 | | due(4) 13:18 14:10 14:19 15:1 | | exhibit(10) 9:14 16:4 16:17 16:18 17:11 | | gecker(1) 5:10 |
| data(1) 1:43 | | dunbar(1) 4:34 9:12 | | 20:10 25:2 27:1 27:14 30:14 | | generally(2) 13:25 26:12 |
| date(1) 32:8 | | dunn(2) 6:37 9:8 | | | | george(1) 6:5 |
| dave(1) 4:25 | | durham(1) 6:16 | | exhibits(15) 26:2 26:8 26:9 26:9 26:9 | | get(1) 19:12 |
| david(8) 2:11 2:46 3:5 4:17 5:7 5:35 6:37 | | during(1) 19:7 | | 26:10 26:11 26:13 27:13 27:13 29:9 29:11 30:6 | | give-and-take(1) 12:25 |
| 20:21 | | | | 30:6 30:8 30:9 | | going(2) 22:24 28:17 29:11 |
| | | | | | | gold(10) 1:27 10:11 10:11 10:24 15:15 |
| | | | | exhibits"(1) 30:4 | | 16:15 16:17 20:3 20:9 20:18 |
| | | | | existing(1) 30:2 | | |
| | | | | expected(1) 14:19 | | |
| | | | | expense(2) 14:12 14:13 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**golden**(8) 2:24 23:1 23:7 27:19 27:20 28:23 29:3 29:14

**goldfarb**(1) 3:31

**goldman**(2) 5:38 5:44

**good**(8) 8:3 8:4 8:6 10:11 14:24 20:21 23:23 27:19

**gordon**(1) 6:21

**gotshal**(1) 5:4

**graem**(1) 3:30

**great**(2) 5:24 21:3

**greater**(1) 14:19

**greissman**(1) 6:48

**grippo**(1) 6:4

**group**(1) 5:11

**gruszka**(1) 7:4

**guess**(1) 28:16

**gump**(2) 2:23 27:20

**gwen**(1) 6:13

**had**(7) 9:21 11:18 17:9 17:25 18:2 25:20 28:1

**hadley**(1) 5:28

**halcyon**(1) 6:44

**hand**(4) 19:14 28:24 29:2 29:20

**happen**(1) 24:3

**happy**(1) 29:25

**hard**(2) 15:3 19:6

**hardworking**(1) 18:18

**harrisburg**(1) 1:45

**hartenstein**(14) 10:19 10:25 11:7 11:14 11:18 12:21 13:15 13:23 15:17 18:17 18:20 18:25 19:14 19:17 19:20

**hartenstein's**(1) 19:19

**has**(21) 9:9 11:25 12:10 14:4 14:6 14:6 15:20 16:6 17:9 18:15 18:16 21:9 21:24 22:10 22:21 25:5 27:8 29:1 29:21 29:23 30:23

**hauer**(2) 2:23 27:20

**have**(28) 8:12 9:17 9:19 9:23 10:17 13:21 13:21 14:18 14:21 15:25 19:20 20:16 21:1 21:2 21:4 21:4 21:11 21:22 25:18 26:14 28:1 28:24 30:17 30:20 31:8 31:9 31:12

**he's**(1) 11:1

**headwinds**(1) 15:20

**hear**(9) 10:20 19:22 20:1 20:7 20:15 21:15 24:19 28:22 30:20

**heard**(6) 9:23 20:19 21:13 24:16 27:18 28:20

**hearing**(7) 8:23 9:10 20:25 24:24 28:15 31:22 31:24

**hearings**(1) 13:17

**held**(1) 11:15

**helligman**(1) 5:11

**helpful**(1) 29:20

**herbert**(1) 8:19

**here**(3) 21:24 22:2 30:7

**higher**(1) 14:12

**historical**(2) 17:13 17:14

**holdings**(1) 11:21

**honor**(51) 8:4 8:6 8:7 9:11 9:25 10:10 10:11 10:15 10:18 10:24 13:15 13:21 14:24 15:7 15:16 15:16 16:8 16:15 16:21 17:4 17:8 17:22 18:25 19:11 19:11 19:14 19:17 19:20 20:11 20:18 20:21 21:7 21:11 22:8 22:12 22:15 22:21 23:1 23:13 23:25 24:15 24:20 27:19 27:23 28:23 29:20 30:22 30:25 31:3 31:10 31:23

**honor's**(3) 10:21 15:12 16:3

**honorable**(1) 1:21

**hope**(3) 31:8 31:9 31:16

**howard**(1) 3:26

**however**(5) 9:22 14:6 14:18 18:8 18:22

**i'd**(2) 8:9 29:2

**i'll**(5) 12:14 12:20 15:11 29:20 31:4

**i'm**(7) 16:11 21:16 21:19 22:24 24:22 31:5 31:11

**i've**(4) 9:16 21:16 24:12 29:2

**identified**(2) 13:8 27:1

**identify**(1) 26:10

**igor**(1) 6:44

**impacted**(1) 14:7

**implement**(1) 10:5

**implementation**(1) 15:23

**implementing**(1) 15:4

**important**(2) 25:12 28:7

**incentive**(4) 10:5 12:9 17:11 22:1

**incentivized**(1) 19:6

**include**(1) 20:2

**included**(3) 13:8 17:25 18:2

**includes**(2) 12:2 15:22

**including**(3) 12:16 18:7 21:17

**inclusion**(1) 18:16

**inconsistency**(1) 23:12

**incorporate**(1) 27:7

**increased**(1) 14:13

**indicated**(3) 9:22 28:24

**indicates**(2) 23:19 24:7

**individual**(2) 12:23 12:24

**individuals**(7) 17:24 18:1 18:7 18:12 18:16 18:18 18:21

**indulgence**(1) 22:15

**industry**(1) 13:20

**information**(1) 25:17

**initial**(1) 12:23

**initiation**(1) 15:23

**initiatives**(5) 13:7 15:4 15:24 15:25 15:25

**insiders**(1) 22:19

**instance**(2) 25:18 25:20

**instead**(1) 24:2

**integral**(1) 18:19

**intended**(1) 23:10

**intent**(2) 29:13 30:16

**intention**(4) 28:10 29:15 29:15 29:17

**interim**(1) 13:10

**into**(3) 14:16 18:11 27:7

**introduction**(2) 19:15 19:23 20:2 20:10 20:13

**investment**(1) 7:5

**involvement**(1) 11:19

**ironic**(1) 25:8

**irs**(1) 31:16

**issue**(4) 22:24 26:5 26:8 28:10

**it's**(10) 12:14 15:13 15:15 16:8 20:15 22:5 27:8 29:4 29:15 31:5

**item**(11) 8:15 8:18 8:20 8:24 9:1 9:3 9:6 22:16 23:14 24:22 26:1

**items**(1) 27:4

**iteration**(1) 21:3

**its**(8) 14:10 16:24 17:1 17:3 20:17 21:12 24:3 28:16

**itself**(2) 28:4 29:1

**james**(3) 1:28 2:17 22:12

**jane**(1) 4:39

**jenner**(1) 5:20

**jessica**(1) 4:9

**jillian**(1) 4:15

**jim**(1) 24:20

**john**(1) 6:25

**johnson**(1) 6:16

**joined**(2) 11:16 11:18

**jointly**(1) 1:6

**jonathan**(3) 1:29 4:41 16:8

**jones**(2) 5:16 5:16

**joseph**(1) 5:13

**joshua**(2) 3:40 6:28

**judge**(1) 1:21 1:22

**judgment**(2) 23:20 23:24

**juncture**(1) 26:17

**just**(14) 8:9 9:16 9:19 12:21 15:14 16:21 16:22 17:2 17:22 27:9 29:24 30:7 31:4 31:10

**justified**(1) 22:3

**kansa**(1) 4:13

**karen**(1) 3:14

**katharine**(1) 2:31

**katten**(1) 6:24

**kavalis**(1) 7:7

**kaye**(1) 4:38

**kazan**(1) 3:43

**kempner**(1) 6:8

**ken**(1) 4:13

**kevin**(2) 1:21 4:11

**key**(1) 17:7

**kind**(1) 9:11

**king**(1) 3:6

**klauder**(1) 3:5

**know**(2) 12:14 25:24

**known**(1) 12:13

**knows**(3) 11:17 11:20 17:8

**krakauer**(1) 31:11

**kramer**(1) 5:35

**l.a**(2) 11:3 11:15

**labor**(3) 8:14 31:12 31:14

**laborious**(1) 28:2

**landis**(2) 2:4 2:5

**language**(1) 30:13

**lantry**(1) 4:11

**last**(3) 14:3 16:1 31:8

**laughter**(1) 31:20

**lbo**(1) 11:18

**least**(2) 9:22 17:10

**leaves**(1) 10:1

**leboeuf**(2) 3:39 3:43

**left**(1) 18:2

**legal**(2) 12:7 21:2

**lemay**(3) 2:11 20:21 20:22

**lenders**(2) 2:37 3:39

**leonard**(1) 1:35

**less**(1) 26:11

**let**(2) 9:19 29:4

**let's**(1) 9:18

**levels**(1) 17:17

**levin**(1) 5:35

**lewis**(1) 5:24

**lexi**(1) 5:38

**liebentritt**(1) 4:27

**lieu**(1) 19:16

**like**(3) 12:8 18:17 29:1

**limited**(1) 21:18

**line**(2) 29:2 29:21

**little**(2) 10:7 29:12

**litvack**(1) 5:7

**llc**(3) 5:33 6:4 6:40

**llp**(15) 1:26 2:10 2:30 2:45 3:17 3:39 3:43 4:34 4:38 5:4 5:10 5:20 5:24 6:20 6:24

**lockbox**(1) 3:7

**long**(2) 25:10 28:2

**looking**(1) 16:11

**looks**(1) 16:13

**lot**(4) 25:14 27:24 27:24 27:25

**lotsoff**(1) 1:29 16:8 16:9 22:8

**lower**(3) 17:16 17:17 17:18 17:20

**ludwig**(1) 4:15

**luftglass**(1) 3:14

**lugano**(1) 1:41

**lynch**(1) 4:38

**lynne**(1) 7:10

**macquarie**(1) 6:31

**made**(7) 24:12 25:6 25:16 27:11 28:1 29:12 30:11

**madlyn**(1) 4:43

**maintain**(1) 26:11

**major**(1) 11:25

**make**(10) 8:10 11:12 13:11 21:16 23:25 24:10 24:25 29:9 29:14 30:7

**making**(2) 25:7 31:15

**management**(14) 5:42 6:29 6:44 10:5 12:6 12:9 12:17 12:25 13:3 13:5 13:9 14:16 21:22 27:21

**management's**(1) 15:2

**manges**(1) 5:4

**manifestly**(1) 18:20

**marbury**(1) 8:19

**marc**(2) 3:22 3:24

**march**(2) 13:16 13:24

**marcia**(1) 8:21

**marek**(1) 7:10

**mark**(2) 6:17 16:17

**market**(5) 1:13 2:6 11:25 18:22 19:4

**markets**(1) 12:3

**marsal**(1) 6:40

**materials**(1) 27:12

**matter**(5) 8:12 24:17 28:18 30:7 32:4

**matters**(2) 9:12 31:16

**matthew**(3) 3:36 6:40 6:41

**max**(1) 17:18

**may**(11) 9:17 11:4 11:6 11:10 14:24 19:11 19:12 22:10 22:10 28:6 29:6

**mayer**(1) 2:31

**mccarter**(1) 2:30

**mccloy**(1) 5:28

**mccormack**(1) 3:18

**mccormick**(1) 6:24

**media**(2) 11:21 13:20

**meet**(1) 29:19

**meetings**(1) 13:10

**meisel**(1) 1:34

**members**(1) 11:11

**mercer**(4) 16:10 16:12 21:18 21:21

**merrill**(1) 4:38

**mestar**(1) 3:40

**met**(1) 12:24

**methods**(1) 21:25

**metrics**(5) 16:5 16:18 17:2 17:22 21:24

**michael**(1) 4:29

**mid**(1) 15:16

**migrated**(1) 14:21

**milbank**(1) 5:28

**miles**(1) 4:17

**miller**(1) 5:32

**million**(9) 14:14 14:25 15:9 15:10 16:1 16:2 16:20 16:21 17:1

**mip**(27) 9:14 10:13 12:9 15:12 16:4 16:18 16:19 17:4 17:6 17:9 17:12 17:12 17:13 17:21 17:23 18:1 18:8 18:17 18:21 19:1 19:5 20:20 21:3 21:4 21:6 21:9 21:13

**mip's**(2) 17:13 17:14

**misplaced**(1) 25:15

**missing**(1) 25:18

**misspelled**(1) 25:14

**modified**(1) 30:4

**moment**(2) 9:20 26:15

**monitor**(1) 13:9

**monsma**(1) 6:16

**mooted**(1) 23:7

**more**(3) 11:13 17:14 26:22

**morgan**(4) 2:45 3:13 5:4 5:24

**morning**(7) 8:3 8:4 8:6 10:11 20:21 27:20 28:7

**most**(1) 26:7

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**motion**(34) 8:13 9:14 9:15 10:1 10:4 10:12 10:16 17:12 17:23 20:2 20:17 20:20 20:25 21:13 22:17 22:25 23:2 23:4 23:14 23:19 24:7 24:11 24:23 24:24 25:2 26:1 26:5 26:19 26:20 27:5 27:18 28:20 30:15 31:13

**motions**(1) 17:9
**motio''**(1) 30:5
**move**(3) 17:22 19:15 20:9
**moving**(1) 31:18
**much**(2) 31:7 31:21
**muchin**(1) 6:24
**myers**(1) 3:47
**myrick**(1) 4:19
**namely**(1) 12:13
**names**(1) 25:14
**need**(2) 10:17 16:20
**needed**(1) 25:22
**negotiated**(2) 21:4 21:5
**negotiations**(1) 21:8
**neubauer**(1) 6:17
**new**(7) 2:13 2:27 2:33 3:47 8:13 15:4
**newman**(1) 2:25
**news**(1) 5:16
**newspapers**(1) 11:25 13:25
**next**(2) 22:11 27:16
**niche**(1) 12:1
**nohos**(1) 3:44
**nolan**(1) 6:13
**nomura**(1) 7:7
**non-cash**(1) 14:12
**non-confidentia**(1) 27:12
**none**(1) 20:15
**norman**(1) 1:36 8:7
**north**(1) 2:47
**not**(16) 13:4 13:21 14:7 16:12 17:25 18:2 20:18 21:17 22:24 23:9 23:10 24:1 27:14 28:8 29:17 29:23

**note**(2) 9:22 29:24
**noted**(2) 13:17 16:14
**noteholder**(3) 25:3 26:3 27:22
**noteholders**(2) 23:5 25:20
**notes**(2) 8:21 9:8
**nothing**(2) 22:22 26:17
**notwithstanding**(1) 15:1
**novod**(1) 6:21
**now**(4) 13:15 21:11 21:16 30:13
**number**(5) 14:24 15:10 15:23 16:22 17:15
**numerous**(1) 11:25
**o'melveny**(1) 3:47
**o'neal**(1) 4:29
**object**(1) 19:23
**objection**(14) 8:16 8:18 8:20 8:24 9:1 9:3 9:6 20:4 20:8 20:12 20:16 22:4 22:23 22:25
**objections**(3) 25:24 26:14 27:3
**obtained**(1) 21:5
**obviously**(1) 10:16
**ocf**(10) 12:15 14:25 15:9 15:10 16:20 16:24 17:1 17:4 17:16 17:20

**october**(7) 1:16 8:1 8:15 8:23 9:10 11:6 32:7

**offered**(3) 26:4 26:22 26:24
**office**(2) 3:4 9:17
**officers**(1) 6:5
**official**(6) 2:4 3:17 10:2 20:22 22:13 28:10
**okay**(2) 16:11 28:19
**omnibus**(7) 8:16 8:18 8:20 8:24 9:1 9:3
**once**(1) 27:16
**one**(7) 1:30 2:26 9:22 10:15 25:20 26:16 28:4
**ones**(2) 25:6 25:7
**only**(6) 15:20 17:4 18:12 19:13 20:25

**operating**(11) 12:13 12:17 12:19 13:13 14:15 14:23 15:2 15:5 15:19 19:8 22:1
**operations**(2) 11:22 12:3
**opportunity**(1) 9:24
**optimistic**(1) 13:4
**order**(27) 9:21 10:1 10:7 13:1 16:19 17:23 18:1 18:6 18:10 18:13 21:6 21:10 22:5 22:7 22:10 22:22 22:23 27:16 28:8 28:16 28:18 28:24 28:25 29:17 30:2 30:18 30:2
**ordering**(4) 29:8 30:3 30:11 30:12
**orders**(2) 9:11 9:18
**ordinary**(2) 9:12 9:13
**other**(6) 11:8 12:1 18:1 19:13 19:14 27:21
**others**(2) 16:7 19:12
**otherwise**(1) 23:7
**our**(4) 10:14 19:13 27:24 29:15
**out**(5) 10:7 16:21 23:8 25:21 29:14
**outline**(1) 12:21
**outlook**(1) 14:20
**outperform**(1) 19:7
**outside**(1) 17:9
**over**(2) 16:2 16:2
**overall**(2) 13:19 14:20
**overly**(2) 13:4 13:4
**p.a**(1) 1:35
**p.o**(1) 2:41
**pace**(2) 14:21 31:7
**page**(3) 16:12 16:14 29:7
**paid**(3) 17:19 18:11 18:22
**paragraph**(2) 30:3 30:12
**paragraphs**(1) 29:8
**park**(2) 2:26 2:32
**parke**(3) 2:10 3:17 20:22
**part**(5) 11:8 13:5 16:12 18:4 26:7
**participants**(1) 17:15
**particular**(5) 13:19 14:5 16:17 22:6 29:11
**particularly**(1) 14:19
**parties**(6) 9:22 26:10 26:14 27:3 27:15
**partners**(3) 6:8 6:37 7:5
**party**(1) 9:22
**parver**(1) 4:39
**passages**(1) 26:25
**passed**(1) 23:18
**past**(1) 21:1
**patrick**(1) 5:25
**paul**(1) 4:4
**payment**(1) 8:14
**payments**(1) 22:1
**payout**(5) 15:14 16:19 16:23 17:4 17:16
**payouts**(2) 17:17 19:4
**peg**(1) 5:17
**pendency**(1) 18:13
**pending**(1) 27:3
**pennock**(1) 4:5
**pennsylvania**(1) 1:45
**pension**(2) 14:10 14:12
**people**(1) 27:24
**per**(1) 10:14
**percent**(3) 15:14 15:19 17:5
**percentage**(1) 17:16
**performance**(8) 12:13 13:22 13:23 15:8 15:18 15:21 15:22 17:3
**permission**(4) 10:6 10:21 16:3 29:2
**pernick**(6) 1:36 8:6 8:7 8:12 9:25 10:10
**perspective**(1) 17:2
**peter**(1) 7:4
**phelps**(2) 4:34 9:12
**phrase**(1) 30:3
**place**(1) 17:13
**places**(1) 23:4
**plan**(26) 10:5 12:9 12:17 12:19 13:11 13:13 14:15 14:23 15:21 15:5 17:10 17:11 17:21 23:5 23:5 23:9 23:15 23:17 24:1 24:2 25:4 25:4 26:3 26:3 27:22
**plans**(3) 14:10 22:1 23:5

**plaza**(1) 2:12
**please**(1) 8:2
**point**(4) 14:25 24:10 30:7 31:10
**pointed**(4) 16:21 23:7 25:21 29:14
**political**(2) 14:7 14:8
**polk**(1) 3:13
**portion**(2) 25:25 26:20
**posed**(1) 15:7
**position**(3) 11:4 18:3 23:4
**positions**(1) 11:15
**possible**(1) 19:5
**posting**(3) 30:6 30:6 30:15
**potentially**(1) 25:10
**pouring**(1) 27:25
**powlen**(1) 2:46
**preceding**(1) 16:2
**predicted**(1) 15:20
**preference**(5) 22:18 23:6 23:10 23:11 23:16 24:1 24:4
**prejudice**(1) 17:25
**prepared**(4) 12:23 14:16 21:16 21:19
**present**(1) 28:17
**presented**(2) 12:18 28:9
**president**(3) 11:1 11:3 11:14
**preventing**(1) 26:18
**previously**(1) 24:12
**primary**(1) 11:23
**primofl**(1) 4:43
**principal**(1) 25:13
**prior**(7) 8:23 9:9 11:6 11:14 11:17 12:20 17:8
**probably**(1) 15:15
**proceed**(4) 10:15 10:21 23:20 24:6
**proceeding**(1) 10:25
**proceedings**(3) 1:20 1:50 32:4
**process**(8) 9:16 12:19 12:22 12:25 13:5 14:18 22:18 28:2

**produced**(1) 1:51
**product**(2) 25:3 27:2
**professionals**(2) 21:2 22:19
**proffer**(7) 10:16 10:19 10:22 15:11 16:4 19:10 19:13
**progress**(1) 31:15
**projected**(1) 17:1
**projection**(1) 16:21
**projections**(3) 13:2 13:4 17:20
**projects**(1) 15:9
**proponents**(5) 25:4 25:4 26:3 26:3 27:22
**propose**(1) 10:6
**proposed**(16) 10:2 16:19 17:4 17:12 17:13 17:15 17:23 17:23 18:6 18:13 19:1 21:6 25:6 28:8 28:16 30:18

**provides**(1) 18:10
**provision**(1) 18:6
**provisions**(1) 21:4
**public**(1) 29:12
**publications**(1) 12:1
**publish**(3) 27:9 27:12 29:15
**published**(1) 30:9
**publisher**(2) 11:2 11:15
**publishing**(6) 11:21 11:23 11:24 13:25 14:2 14:22

**punctuation**(1) 25:15
**put**(1) 17:2
**quarter**(2) 13:12 19:7
**question**(4) 15:7 23:2 25:9 26:5
**questions**(1) 19:11
**quickly**(1) 8:10
**quite**(1) 31:11
**radio**(1) 12:4
**raised**(1) 23:2
**rath**(1) 2:4

**reached**(4) 8:22 9:9 18:9 31:14
**read**(1) 26:21
**reads**(1) 30:13
**reason**(1) 23:15
**reasonable**(2) 18:24 22:2
**reasonably**(1) 13:6
**reasoning**(1) 13:2
**reasons**(1) 26:12
**rebuttal**(1) 25:22
**receive**(1) 18:21
**recess**(1) 31:22
**record**(6) 23:3 24:23 25:13 25:19 28:14 29:24

**recorded**(1) 1:50
**recording**(2) 1:50 32:3
**recovery**(1) 9:7
**redacted**(1) 16:13
**reductions**(1) 18:3
**reed**(1) 5:11
**refer**(1) 12:14
**reference**(4) 14:25 15:12
**referred**(3) 12:14 19:8 20:10
**reflected**(5) 25:1 25:8 25:19 27:13 29:17
**reflects**(1) 21:21
**regard**(1) 14:2 26:12
**related**(2) 1:10 18:13
**relates**(3) 24:22 26:20 30:12
**relative**(1) 14:8
**relatively**(1) 14:6
**release**(4) 23:10 23:11 24:1 24:8
**released**(2) 23:7 23:16
**relief**(5) 21:20 22:2 22:4 22:5 22:25
**relieve**(1) 31:17
**remain**(3) 17:24 18:7 24:4
**remind**(1) 31:11
**reorganized**(5) 23:18 23:18 23:23 24:5
**report**(6) 15:13 16:10 16:12 20:2 21:18 21:21

**reporter**(1) 28:10
**reporting**(1) 25:5
**request**(1) 21:10
**requested**(3) 21:20 22:2 22:4
**requests**(1) 26:12
**required**(1) 14:11
**resolution**(2) 8:22 10:15
**respect**(21) 8:16 8:19 8:21 8:25 9:2 9:4 9:7 10:12 10:16 14:10 15:5 16:4 16:25 17:24 19:10 19:13 22:6 22:18 23:21 24:3 26:24
**respects**(1) 17:15
**response**(15) 19:21 19:22 19:25 20:1 20:6 20:7 20:14 21:14 21:15 24:18 24:19 28:21 28:22 30:19 30:20

**restates**(1) 16:9
**result**(8) 13:22 15:21 17:6 18:3 18:8 23:6 23:15 24:7

**resulted**(1) 15:25
**retained**(1) 23:17
**revenue**(4) 13:7 14:2 14:5 15:24
**review**(3) 13:1 14:11 21:8
**reviewed**(3) 21:3 21:17 25:6
**reviewing**(1) 23:1
**revised**(4) 28:11 28:16 28:18 28:24
**revisions**(1) 30:18
**rifkind**(1) 4:4
**right**(11) 8:11 16:16 19:18 19:22 21:16 24:8 27:17 29:21 30:17 31:4 31:21

**rigor**(1) 15:1
**rise**(5) 8:2 20:25 22:15 23:25 24:10
**rms**(1) 9:7
**road**(1) 26:16
**robby**(1) 8:17
**robert**(2) 2:38 6:24
**roberts**(1) 5:32

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| rockefeller(1) 2:12 | | south(1) 1:30 | | that(144) 8:10 9:21 9:22 9:23 9:23 9:25 | | the(135) 24:16 24:19 24:21 24:23 24:23 | |
| roitman(1) 3:24 | | spaeder(3) 2:16 3:29 22:13 | | 10:21 11:6 11:12 11:14 11:15 12:6 12:17 | | 24:23 24:25 25:1 25:2 25:2 25:3 25:3 | |
| rosenman(1) 6:24 | | speak(1) 28:7 | | 12:20 12:22 13:3 13:6 13:18 13:20 14:2 | | 25:4 25:5 25:6 25:6 25:7 25:8 25:9 25:12 | |
| ross(1) 4:21 | | special(1) 22:13 | | 14:7 15:5 15:7 15:10 15:11 15:13 15:17 | | 25:13 25:13 25:15 25:16 25:19 25:20 | |
| rudnick(1) 6:20 | | specifically(3) 14:13 18:7 27:6 | | 16:13 16:24 16:26 16:25 17:10 17:13 | | 25:21 26:1 26:1 26:2 26:2 26:3 26:4 | |
| ruling(2) 21:16 25:21 | | specified(1) 18:13 | | 17:19 18:4 18:10 18:19 19:1 19:2 19:3 | | 26:5 26:7 26:10 26:12 26:12 26:13 26:15 | |
| run(2) 8:9 25:18 | | spend(2) 14:8 27:24 | | 19:5 19:6 19:10 19:12 19:13 19:16 20:2 | | 26:16 26:16 26:18 26:19 26:20 26:20 | |
| rushabh(1) 6:31 | | spent(1) 27:24 | | 20:5 21:1 21:4 21:6 21:8 21:8 21:10 | | 26:20 27:2 27:2 27:4 27:5 27:7 27:10 | |
| saavedra(1) 5:5 | | sperling(1) 6:12 | | 21:21 21:24 22:1 22:2 22:2 22:23 22:24 | | 27:12 27:13 27:16 27:16 27:17 27:21 | |
| sachs(2) 5:38 5:44 | | spoke(2) 9:20 31:8 | | 23:2 23:3 23:4 23:8 23:9 23:16 23:24 | | 27:25 28:1 28:3 28:5 28:5 28:8 28:9 28:9 | |
| samples(1) 21:23 | | stable(1) 14:6 | | 24:1 24:4 24:7 24:8 24:10 24:17 24:24 | | 28:10 28:11 28:12 28:14 28:15 28:15 | |
| satisfaction(1) 18:12 | | stand(1) 31:22 | | 25:1 25:2 25:6 25:7 25:11 25:13 25:14 | | 28:16 28:19 28:20 28:22 28:24 28:25 | |
| savings(2) 16:1 16:2 | | standing(1) 24:22 | | 25:14 25:14 25:15 25:15 25:20 25:24 | | 28:25 29:1 29:3 29:6 29:7 29:8 29:10 | |
| saw(1) 22:22 | | standpoint(1) 17:3 | | 25:25 25:25 26:1 26:4 26:5 26:8 26:12 | | 29:11 29:12 29:19 29:17 29:17 29:21 | |
| say(2) 25:17 30:4 | | stanley(2) 2:45 5:4 | | 26:13 26:15 26:17 26:17 26:18 26:19 | | 29:21 29:24 29:24 30:1 30:2 30:2 30:3 | |
| says(1) 23:4 | | stargatt(1) 2:36 | | 26:21 26:22 26:23 26:25 27:4 27:4 27:9 | | 30:3 30:5 30:7 30:7 30:8 30:9 30:11 | |
| scholer(1) 4:38 | | state(2) 19:1 19:12 | | 27:5 27:6 27:8 27:9 27:12 27:14 27:14 | | 30:12 30:13 30:14 30:16 30:17 30:18 | |
| schotz(1) 1:34 | | statements(3) 23:12 24:11 24:12 | | 27:15 27:16 28:1 28:4 28:9 28:9 28:11 | | 30:18 30:20 30:23 31:1 31:4 31:5 31:6 | |
| schuylkill(1) 1:44 | | states(2) 1:1 1:22 | | 28:12 28:13 28:15 28:25 29:3 29:7 29:9 | | 31:12 31:13 31:13 31:13 31:14 31:15 | |
| scott(2) 5:44 6:48 | | stations(2) 12:3 12:4 | | 29:13 29:16 29:17 29:18 29:25 30:8 30:8 | | 31:16 31:17 31:19 31:21 31:24 32:2 32:3 | |
| seal(3) 9:14 26:7 26:11 | | status(2) 26:2 26:18 | | 30:23 31:10 31:11 31:16 31:17 31:17 | | 32:3 32:4 | |
| seated(1) 8:2 | | ste.1200(1) 2:47 | | 31:22 32:2 | | their(4) 18:21 19:2 19:6 23:20 | |
| second(3) 9:15 22:17 26:1 | | stefanie(1) 6:34 | | | | them(7) 23:22 23:22 23:22 23:23 23:23 | |
| secondly(1) 27:11 | | steps(1) 26:7 | | that'd(1) 29:20 | | 25:11 26:18 | |
| securities(2) 5:33 7:7 | | steptoe(1) 6:16 | | that's(18) 8:13 10:9 16:15 19:16 21:7 | | | |
| see(2) 15:13 29:7 | | stipulation(1) 8:22 | | 21:11 21:20 22:4 22:16 25:2 25:19 25:23 | | then(9) 8:15 10:16 12:24 13:9 13:12 | |
| seeks(3) 17:23 24:24 26:1 | | stone(1) 5:29 | | 26:15 26:18 29:17 30:16 31:14 31:18 | | 13:13 23:19 24:5 | |
| seems(1) 28:25 | | strauss(2) 2:23 27:20 | | | | | |
| seife(1) 3:26 | | street(6) 1:13 1:44 2:6 2:18 2:40 3:6 | | thau(1) 5:32 | | there(24) 12:5 20:4 20:12 21:21 22:3 22:7 | |
| senior(3) 12:6 12:24 13:5 | | 8:7 8:9 8:11 8:13 8:13 8:15 8:18 8:20 | | the(301) 1:1 1:2 1:21 2:39 3:4 8:2 8:3 8:5 | | 22:8 23:11 25:14 25:15 25:17 25:20 25:23 | |
| sense(3) 25:12 25:15 26:15 | | 8:21 8:23 8:24 8:25 9:1 9:3 9:6 9:8 9:10 | | 8:7 8:9 8:11 8:13 8:13 8:15 8:18 8:20 | | 26:8 26:11 26:14 26:21 26:22 26:22 26:24 | |
| separate(1) 26:23 | | 9:11 9:12 9:13 9:14 9:15 9:15 9:17 9:19 | | 9:11 9:12 9:13 9:14 9:15 9:15 9:17 9:19 | | 27:3 28:6 31:1 31:2 | |
| separated(1) 18:3 | | 9:20 9:20 10:1 10:2 10:2 10:4 10:5 10:6 | | 9:20 9:20 10:1 10:2 10:2 10:4 10:5 10:6 | | | |
| service(5) 1:43 1:51 9:16 22:18 25:5 | | 10:9 10:12 10:12 10:13 10:15 10:16 10:17 | | 10:9 10:12 10:12 10:13 10:15 10:16 10:17 | | there's(3) 12:25 22:23 26:17 | |
| services(4) 1:43 8:17 9:4 9:7 | | 10:19 10:20 10:20 10:20 10:23 11:1 11:1 | | 10:19 10:20 10:20 10:20 10:23 11:1 11:1 | | therefore(1) 18:21 | |
| set(5) 23:13 26:9 26:22 27:15 28:14 30:5 | | 11:2 11:3 11:3 11:4 11:7 11:10 11:11 | | 11:2 11:3 11:3 11:4 11:7 11:10 11:11 | | theresa(1) 3:44 | |
| 30:14 | | 11:11 11:12 11:15 11:16 11:17 11:18 | | 11:11 11:12 11:15 11:16 11:17 11:18 | | these(18) 10:7 14:16 15:1 16:18 17:6 | |
| | | 11:18 11:20 11:20 11:20 11:22 11:24 | | 11:18 11:20 11:20 11:20 11:22 11:24 | | 17:13 18:7 18:16 18:18 18:20 21:23 22:5 | |
| settle(1) 23:22 | | 12:5 12:8 12:9 12:10 12:10 12:11 12:12 | | 12:5 12:8 12:9 12:10 12:10 12:11 12:12 | | 23:16 24:1 24:3 25:10 26:6 27:7 | |
| settlement(2) 9:9 31:14 | | 12:16 12:18 12:18 12:24 12:25 13:2 13:2 | | 12:16 12:18 12:18 12:24 12:25 13:2 13:2 | | | |
| seven(1) 26:24 | | 13:3 13:3 13:5 13:5 13:10 13:10 13:11 | | 13:3 13:3 13:5 13:5 13:10 13:10 13:11 | | they(13) 13:11 13:21 21:25 23:21 23:21 | |
| shamah(1) 3:48 | | 13:12 13:12 13:13 13:14 13:16 13:17 | | 13:12 13:12 13:13 13:14 13:16 13:17 | | 23:21 24:4 24:6 24:11 25:13 26:13 26:17 | |
| shannon(1) 4:5 | | 13:17 13:18 13:18 13:19 13:22 13:23 | | 13:17 13:18 13:18 13:19 13:22 13:23 | | 28:6 | |
| shared(2) 16:7 29:3 | | 13:23 13:25 14:1 14:3 14:7 14:11 14:15 | | 13:23 13:25 14:1 14:3 14:7 14:11 14:15 | | they'll(1) 9:23 | |
| sheet(2) 25:8 25:10 | | 14:17 14:18 14:19 14:20 14:23 15:1 15:2 | | 14:17 14:18 14:19 14:20 14:23 15:1 15:2 | | they're(2) 20:7 25:12 | |
| shop(1) 27:24 | | 15:3 15:4 15:5 15:7 15:8 15:11 15:11 | | 15:3 15:4 15:5 15:7 15:8 15:11 15:11 | | they've(1) 27:1 | |
| short(1) 23:13 | | 15:13 15:13 15:14 15:14 15:15 15:15 15:17 | | 15:13 15:13 15:14 15:14 15:15 15:15 15:17 | | thing(2) 23:24 24:9 | |
| should(3) 10:17 19:1 28:5 | | 15:18 15:19 15:21 15:22 16:1 16:2 16:4 | | 15:18 15:19 15:21 15:22 16:1 16:2 16:4 | | things(2) 24:24 26:13 | |
| shy(1) 15:14 | | 16:6 16:9 16:10 16:11 16:12 16:16 16:19 | | 16:6 16:9 16:10 16:11 16:12 16:16 16:19 | | think(10) 10:15 22:4 25:12 25:24 27:25 | |
| side(2) 13:25 14:3 | | 16:19 16:21 16:22 16:25 17:2 17:3 17:4 | | 16:19 16:21 16:22 16:25 17:2 17:3 17:4 | | 28:6 28:13 28:17 29:4 29:13 | |
| sidley(2) 1:26 4:8 | | 17:4 17:8 17:9 17:11 17:12 17:12 17:13 | | 17:4 17:8 17:9 17:11 17:12 17:12 17:13 | | | |
| sieger(1) 6:25 | | 17:14 17:15 17:16 17:17 17:17 17:18 | | 17:14 17:15 17:16 17:17 17:17 17:18 | | third(4) 12:5 26:20 29:8 30:3 | |
| signed(2) 22:11 30:24 | | 17:21 17:22 17:22 17:23 17:24 18:1 18:1 | | 17:21 17:22 17:22 17:23 17:24 18:1 18:1 | | thirty-third(1) 8:24 | |
| significantly(1) 14:12 | | 18:2 18:4 18:6 18:8 18:9 18:10 18:11 | | 18:2 18:4 18:6 18:8 18:9 18:10 18:11 | | this(25) 10:25 11:5 11:10 12:15 13:16 | |
| similar(2) 12:20 30:11 | | 18:13 18:13 18:14 18:15 18:15 18:17 | | 18:13 18:13 18:14 18:15 18:15 18:17 | | 14:13 14:24 15:8 15:22 16:6 16:13 16:17 | |
| simply(1) 24:10 | | 18:17 18:19 18:23 18:23 18:24 19:1 19:5 | | 18:17 18:19 18:23 18:23 18:24 19:1 19:5 | | 17:2 20:25 21:3 22:5 22:16 25:9 26:5 | |
| since(3) 11:16 17:10 18:2 | | 19:7 19:10 19:14 19:15 19:18 19:22 19:23 | | 19:7 19:10 19:14 19:15 19:18 19:22 19:23 | | 27:18 28:7 28:13 28:18 29:13 31:22 | |
| single(1) 11:13 | | 19:23 20:1 20:2 20:2 20:4 20:7 20:9 | | 19:23 20:1 20:2 20:2 20:4 20:7 20:9 | | | |
| sit(1) 31:8 | | 20:12 20:12 20:15 20:16 20:19 20:20 | | 20:12 20:12 20:15 20:16 20:19 20:20 | | thomas(2) 3:18 4:21 | |
| situations(1) 25:17 | | 20:22 20:24 21:2 21:6 21:11 21:3 21:5 | | 20:22 20:24 21:2 21:6 21:11 21:3 21:5 | | thornburg(1) 2:45 | |
| slater(1) 6:12 | | 21:5 21:6 21:7 21:9 21:9 21:10 21:10 | | 21:5 21:6 21:7 21:9 21:9 21:10 21:10 | | those(19) 13:20 14:13 13:25 21:6 21:8 | |
| slightly(2) 16:22 28:17 | | 21:10 21:12 21:13 21:15 21:17 21:18 | | 21:10 21:12 21:13 21:15 21:17 21:18 | | 21:9 23:17 26:8 26:10 26:13 26:24 27:1 | |
| snr(2) 6:34 9:13 | | 21:18 21:19 21:19 21:24 21:23 21:24 | | 21:18 21:19 21:19 21:24 21:23 21:24 | | 27:15 28:2 29:10 29:19 30:5 30:14 31:16 | |
| software(1) 9:4 | | 21:24 21:25 22:2 22:3 22:4 22:10 22:13 | | 21:24 21:25 22:2 22:3 22:4 22:10 22:13 | | | |
| solely(2) 18:3 19:16 | | 22:15 22:16 22:16 22:17 22:17 22:19 | | 22:15 22:16 22:16 22:17 22:17 22:19 | | though(1) 14:4 | |
| solution(1) 18:14 | | 22:21 22:22 22:22 22:23 22:25 22:25 23: | | 22:21 22:22 22:22 22:23 22:25 22:25 23: | | thought(1) 8:9 | |
| some(7) 13:17 14:18 23:6 23:12 26:21 | | 23:3 23:3 23:3 23:4 23:4 23:5 23:5 23:8 | | 23:3 23:3 23:3 23:4 23:4 23:5 23:5 23:8 | | three(4) 11:8 18:1 24:24 27:4 | |
| 31:17 31:19 | | 23:9 23:9 23:12 23:13 23:13 23:14 23:14 | | 23:9 23:9 23:12 23:13 23:13 23:14 23:14 | | threshold(1) 17:18 | |
| | | 23:15 23:17 23:17 23:18 23:18 23:19 | | 23:15 23:17 23:17 23:18 23:18 23:19 | | through(8) 8:9 11:22 15:11 19:2 27:25 | |
| somebody(1) 26:16 | | 23:19 23:23 23:23 23:24 24:1 24:2 24:2 | | 23:19 23:23 23:23 23:24 24:1 24:2 24:2 | | 28:2 30:5 30:10 | |
| something(2) 31:8 31:9 | | 24:4 24:5 24:5 24:7 24:8 24:8 24:11 | | 24:4 24:5 24:5 24:7 24:8 24:8 24:11 | | | |
| somewhat(5) 14:4 15:6 15:18 16:25 19:4 | | 24:11 24:12 24:12 24:14 | | 24:11 24:12 24:12 24:14 | | time(7) 9:15 9:20 11:12 22:17 22:23 27:24 | |
| somewhere(1) 15:16 | | | | | | 27:25 | |
| soon(3) 19:5 31:8 31:9 | | than(5) 14:19 17:14 17:20 26:11 31:7 | | | | | |
| sottile(4) 2:17 22:12 22:12 24:15 | | thank(16) 9:25 10:10 16:6 21:12 21:16 | | | | times(3) 11:3 11:15 22:6 | |
| sought(1) 22:25 | | 22:10 24:14 24:15 27:17 27:19 28:18 | | | | timing(1) 31:6 | |
| sound(3) 1:50 23:20 32:3 | | 28:19 30:23 30:25 31:21 31:23 | | | | today(3) 8:10 9:24 31:1 | |
| | | | | | | top(1) 16:1 | |
| | | | | | | total(2) 17:19 26:22 | |
| | | | | | | traci(1) 32:8 | |

| Word | Page:Line |
|------|-----------|
| **traditional**(1) 11:13 | |
| **transcriber**(1) 32:8 | |
| **transcript**(10) 1:20  1:51  10:3  25:1  27:8 | |
| 27:10  28:11  29:1  29:6  32:3 | |
| **transcription**(2) 1:43  1:51 | |
| **transcripts**(1) 27:25 | |
| **transition**(1) 11:12 | |
| **trends**(1) 13:9 | |
| **trial**(7) 25:1  27:7  28:11  28:14  29:9  30:4 | |
| 30:8 | |
| **tribune**(8) 1:8  4:8  4:24  8:7  11:2  11:4 | |
| 11:7  14:1 | |
| **tribune's**(2) 14:5  15:3 | |
| **trump**(1) 6:28 | |
| **trust**(3) 5:24  6:20  18:11 | |
| **trustee**(2) 3:4  3:4 | |
| **trying**(2) 25:16  29:14 | |
| **tuesday**(1) 8:1 | |
| **turn**(1) 29:7 | |
| **turning**(1) 16:18 | |
| **tweed**(1) 5:28 | |
| **twenty-fourth**(1) 8:18 | |
| **twenty-seventh**(1) 8:20 | |
| **two**(9) 11:23  16:1  16:2  17:24  18:7  18:16 | |
| 22:18  23:4  23:12 | |
| **u.s**(2) 3:4  3:4 | |
| **un-redacted**(1) 21:18 | |
| **uncertain**(3) 19:8  19:9  22:6 | |
| **uncertainty**(2) 13:18  13:19 | |
| **unclear**(1) 29:12 | |
| **under**(9) 16:19  17:4  18:1  18:24  21:23 | |
| 22:3  23:17  26:7  26:11 | |
| **understand**(3) 13:2  22:21  28:11 | |
| **understanding**(4) 27:8  27:15  28:13  31:15 | |
| **unfair**(1) 18:20 | |
| **unit**(1) 12:2 | |
| **unit's**(1) 12:12 | |
| **united**(2) 1:1  1:22 | |
| **units**(3) 11:23  12:23  12:24 | |
| **unsecured**(4) 2:5  3:18  20:23  22:14 | |
| **until**(1) 11:6 | |
| **updated**(1) 13:12 | |
| **upon**(3) 12:11  18:12  21:19 | |
| **urge**(1) 28:15 | |
| **usdr**(1) 9:2 | |
| **vail**(1) 5:21 | |
| **valuable**(1) 18:18 | |
| **variety**(1) 21:22 | |
| **various**(1) 27:15 | |
| **version**(3) 21:7  21:18  28:11 | |
| **versus**(1) 14:13 | |
| **very**(5) 8:9  16:6  16:11  18:18  31:21 | |
| **video**(1) 25:18 | |
| **view**(2) 28:5  28:6 | |
| **views**(1) 18:23 | |
| **von**(1) 8:19 | |
| **vora**(1) 6:31 | |
| **voted**(1) 21:9 | |
| **waiting**(1) 27:9 | |
| **walker**(1) 9:5 | |
| **want**(4) 10:18  23:2  29:24  31:11 | |
| **wanted**(1) 26:16 | |
| **wants**(1) 13:3 | |
| **wardwell**(1) 3:13 | |
| **was**(37) 8:22  9:11  10:15  11:3  11:7  11:12 | |
| 11:14  12:19  12:20  13:12  14:11  14:15 | |
| 16:12  16:24  19:7  22:23  23:10  23:11  23:23 | |
| 24:8  25:15  25:15  25:16  25:17  25:20  25:22 | |
| 28:8  28:9  28:9  29:9  29:9  29:12  29:13 | |
| 29:13  30:7  30:11  31:24 | |
| **washington**(1) 2:20 | |
| **wasn't**(1) 25:19 | |
| **way**(2) 12:15  29:12 | |

| Word | Page:Line |
|------|-----------|
| **we'd**(4) 10:6  16:17  25:24  27:4 | |
| **we're**(3) 8:10  27:6  31:15 | |
| **we've**(4) 26:7  27:11  28:1  31:12 | |
| **weeks**(1) 13:10 | |
| **weil**(1) 5:4 | |
| **weiss**(1) 4:4 | |
| **weitman**(1) 4:31 | |
| **welcome**(1) 8:5 | |
| **well**(12) 12:3  15:13  15:24  16:6  16:11 | |
| 19:12  19:18  20:4  25:4  25:9  27:2  27:13 | |
| **wells**(2) 6:47  8:17 | |
| **were**(16) 14:16  17:13  18:3  24:2  25:14 | |
| 26:7  26:21  26:21  26:22  26:22  26:22  26:25 | |
| 26:25  26:25  28:1  29:11 | |
| **west**(2) 2:40  2:47 | |
| **wharton**(1) 4:4 | |
| **what**(11) 12:21  16:12  19:7  20:10  24:3 | |
| 25:16  25:21  27:6  29:4  29:9  29:24 | |
| **what's**(5) 12:13  16:10  16:13  22:11  30:9 | |
| **whatever**(1) 28:5 | |
| **when**(4) 13:15  14:15  17:12  31:7 | |
| **where**(2) 25:17  25:21 | |
| **whereupon**(1) 31:24 | |
| **whether**(1) 23:11 | |
| **which**(16) 9:20  10:1  10:4  12:9  14:21  15:9 | |
| 16:12  17:11  21:25  21:25  23:14  24:22  25:7 | |
| 25:10  26:10  30:12 | |
| **while**(1) 13:3 | |
| **white**(1) 6:47 | |
| **who**(5) 10:19  17:24  17:25  18:1  18:7 | |
| **why**(2) 23:15  24:11 | |
| **will**(6) 17:19  22:22  28:13  29:16  29:18 | |
| 8:21 | |
| **willette**(1) 8:21 | |
| **wilmington**(8) 1:14  1:38  2:7  2:42  2:48  3:8 | |
| 6:20  8:1 | |
| **wires**(1) 5:16 | |
| **wish**(7) 19:19  20:19  21:12  24:16  26:10 | |
| 27:18  28:20 | |
| **with**(69) 8:16  8:19  8:21  8:25  9:1  9:4  9:7 | |
| 9:17  10:1  10:6  10:7  10:8  10:12  10:16 | |
| 10:21  10:21  11:8  11:10  11:21  12:24  13:16 | |
| 13:23  13:23  14:10  15:5  16:3  16:4  16:7 | |
| 16:25  17:7  17:24  18:9  18:23  19:10  19:13 | |
| 20:20  21:3  21:8  21:13  22:6  22:15  22:18 | |
| 23:2  23:21  24:3  24:4  24:12  25:5  26:4 | |
| 26:5  26:24  27:4  27:11  27:18  27:23  28:2 | |
| 28:3  28:13  28:20  29:1  29:3  29:3  29:10 | |
| 29:19  30:9  31:12  31:13  31:14  31:15 | |
| **withdrawn**(1) 8:13 | |
| **without**(3) 17:25  20:8  20:15 | |
| **witness**(1) 25:16 | |
| **witnesses**(1) 10:17 | |
| **worded**(1) 29:13 | |
| **work**(2) 15:3  19:6 | |
| **workforce**(1) 15:22 | |
| **working**(3) 28:2  31:6  31:12 | |
| **would**(25) 10:15  10:18  10:21  10:25  12:21 | |
| 15:17  16:3  16:20  18:20  19:1  19:10  19:12 | |
| 19:13  20:9  21:6  23:19  24:3  24:4  25:18 | |
| 28:4  29:25  30:1  30:9  31:11  31:17 | |
| **wowchuk**(1) 6:34 | |
| **written**(1) 21:17 | |
| **www.diazdata.com**(1) 1:47 | |
| **yeah**(1) 15:15 | |
| **year**(6) 11:5  11:10  12:16  13:16  14:3  14:7 | |
| **year's**(2) 15:8  21:3 | |
| **years**(4) 12:20  16:1  16:2  21:1 | |
| **yes**(3) 20:3  30:1  30:22 | |
| **yesterday**(4) 9:21  10:14  15:8  25:9 | |
| **yesterday's**(1) 20:24 | |
| **yet**(1) 31:9 | |

| Word | Page:Line |
|------|-----------|
| **york**(5) 2:13  2:27  2:33  3:47  8:13 | |
| **you**(26) 9:25  10:10  16:6  18:10  21:12 | |
| 21:16  22:10  22:10  24:14  24:15  25:9  25:24 | |
| 27:17  27:19  28:18  28:19  29:2  29:6  29:24 | |
| 30:1  30:20  30:23  30:25  31:11  31:21  31:23 | |
| **you'll**(1) 10:19 | |
| **you've**(1) 26:4 | |
| **young**(1) 2:36 | |
| **your**(59) 8:4  8:6  8:6  9:11  9:25  10:10 | |
| 10:11  10:14  10:18  10:21  10:24  13:15 | |
| 13:21  14:24  15:7  15:12  15:16  16:3  16:8 | |
| 16:15  16:21  17:4  17:8  17:21  18:25  19:11 | |
| 19:11  19:14  19:14  19:17  20:3  20:11  20:18 | |
| 20:21  21:7  21:11  22:8  22:12  22:15  22:21 | |
| 23:1  23:13  23:25  24:15  24:20  25:21  27:19 | |
| 27:23  28:23  29:2  29:19  29:20  30:22  30:25 | |
| 31:2  31:9  31:10  31:18  31:23 | |
| **zimmerman**(1) 4:35 | |
| **zloto**(1) 3:36 | |
| **zuckerman**(3) 2:16  3:29  22:13 | |
| **"all**(1) 30:13 | |
| **"confidential**(1) 30:4 | |
| **"trial**(1) 30:4 | |