Exhibit A

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

September 30, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:279883
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

### STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through August 31, 2011.

| | |
|---|---:|
| By Graeme W. Bush<br>0.60 hours at $850.00 per hour | $    510.00 |
| By James Sottile<br>31.40 hours at $725.00 per hour | $ 22,765.00 |
| By Andrew N. Goldfarb<br>36.30 hours at $600.00 per hour | $ 21,780.00 |
| By P. Andrew Torrez<br>7.80 hours at $585.00 per hour | $  4,563.00 |
| By Andrew Caridas<br>26.40 hours at $340.00 per hour | $  8,976.00 |
| By Lisa Medoro<br>31.30 hours at $265.00 per hour | $  8,294.50 |
| By Kimberley Wilson<br>6.50 hours at $175.00 per hour | $  1,137.50 |
| By Jeanne Trahan Faubell<br>1.50 hours at $175.00 per hour | $    262.50 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

September 30, 2011                                                    Page 2

| | | |
|---|---|---|
| TOTAL FEES | $ | 68,288.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 68,288.50 |

DESCRIPTION OF SERVICES                                        CLIENT: 12464
                                                               MATTER: 0001

James Sottile

| Date | Hours | Description |
|---|---|---|
| 08/03/11 | 0.20 | Review Court order concerning admissibility of exhibits. |
| 08/05/11 | 0.20 | E-mail to counsel for DCL Proponents re letter to Chambers concerning Court's draft order re admissibility of exhibits. |
| 08/09/11 | 0.30 | Participate in part of Committee professionals weekly call re bankruptcy and litigation status and strategy. |
| 08/09/11 | 0.10 | E-mail to D. Golden (Akin) re extension of stay of adversary proceedings. |
| 08/10/11 | 0.40 | Review revisions to Neil settlement memorandum of understanding. |
| 08/10/11 | 0.30 | Teleconference with D. Deutsch and M. Ashley (Chadbourne & Parke) re revisions to Neil settlement memorandum of understanding. |
| 08/10/11 | 0.10 | E-mail to counsel for DCL proponents re extension of stay of adversary proceedings. |
| 08/10/11 | 0.40 | Draft/edit revised release language for Neil memorandum of understanding. |
| 08/11/11 | 0.50 | Participate in conference call with counsel for parties to Neil settlement with D. Deutsch and M. Ashley (Chadbourne & Parke). |
| 08/11/11 | 0.40 | Further revisions to draft Neil settlement memorandum of understanding. |
| 08/11/11 | 0.30 | Email correspondence with D. Deutsch and M. Ashley (Chadbourne & Parke) re revisions to Neil settlement memorandum of understanding. |
| 08/12/11 | 0.40 | Teleconference with H. Seife, D. LeMay, D. Deutsch and M. Ashley (Chadbourne & Parke) re issues on release provisions of Neil settlement memorandum of understanding. |
| 08/12/11 | 0.60 | Review and comment on multiple drafts of release language from Neil settlement memorandum of understanding. |
| 08/12/11 | 0.30 | Conference call with counsel for parties to Neil settlement memorandum of understanding re release provisions. |
| 08/12/11 | 0.80 | Draft/edit release provisions of Neil settlement memorandum of understanding. |

| 08/12/11 | 0.40 | E-mail correspondence with counsel for parties to Neil settlement re release issues. |
| 08/12/11 | 0.40 | Teleconferences with counsel for GreatBanc re issues on release language for Neil settlement. |
| 08/12/11 | 0.20 | Teleconference with B. Krakauer (Sidley) re issues on release provisions for Neil settlement. |
| 08/12/11 | 0.80 | Analyze Neil complaint and Committee complaint to analyze potential effect of different release language for Neil settlement. |
| 08/13/11 | 0.80 | Draft new version of release language for Neil settlement. |
| 08/14/11 | 0.30 | Teleconference with D. Deutsch and M. Ashley (Chadbourne & Parke) re latest version of release language for Neil settlement. |
| 08/14/11 | 0.20 | Teleconference with B. Krakauer (Sidley) re release issues on Neil settlement. |
| 08/14/11 | 0.60 | Teleconference with counsel for parties to Neil settlement re release issues. |
| 08/15/11 | 0.40 | Review/analyze revised draft of release provisions for Neil settlement from insurers' counsel. |
| 08/15/11 | 0.40 | Teleconference with counsel for parties to Neil settlement re release provisions. |
| 08/15/11 | 0.50 | Further revisions to release provisions for Neil settlement. |
| 08/15/11 | 0.80 | Close review of entire Neil settlement memorandum of understanding for issues arising from revisions. |
| 08/15/11 | 2.90 | Further work on revisions to third party adversary complaint. |
| 08/15/11 | 2.00 | Review allegations of state law constructive fraud complaints and compare to allegations in Committee complaint. |
| 08/16/11 | 0.70 | Further revisions to release provisions of Neil settlement. |
| 08/16/11 | 0.30 | Teleconference with B. Krakauer (Sidley) re release provisions of Neil settlement. |
| 08/16/11 | 0.40 | Conference call with counsel for parties to Neil settlement re release provisions. |
| 08/16/11 | 0.30 | Review further revised draft of release provisions of Neil settlement. |
| 08/16/11 | 0.30 | E-mail correspondence with M. Ashley and D. Deutsch (Chadbourne & Parke) re issues on release provisions of Neil settlement. |

| | | |
|---|---|---|
| 08/16/11 | 1.20 | Further analysis of potential future claims against parties to Neil settlement and effect of release provisions. |
| 08/16/11 | 1.20 | Review/analyze draft confirmation order. |
| 08/16/11 | 1.80 | Analysis of potential appeal issues arising from confirmation. |
| 08/17/11 | 0.40 | Teleconferences with B. Krakauer (Sidley) re issues on release provisions of Neil settlement. |
| 08/17/11 | 0.40 | Further revisions to release provisions of Neil settlement. |
| 08/17/11 | 0.30 | Review further revised draft of release provisions of Neil settlement. |
| 08/18/11 | 0.20 | Teleconference with B. Krakauer (Sidley) re issues on Neil settlement. |
| 08/18/11 | 0.20 | Teleconference with K. Lantry (Sidley) re issues concerning MIP. |
| 08/19/11 | 0.50 | Review final version of Neil settlement MOU. |
| 08/19/11 | 0.20 | E-mail correspondence with D. Deutsch and M. Ashley (Chadbourne & Parke) re final version of Neil settlement MOU. |
| 08/19/11 | 0.20 | Teleconference with B. Krakauer (Sidley) re issues on final version of release language for Neil settlement. |
| 08/19/11 | 0.30 | Teleconference with R. Rezner (counsel for GreatBanc) re final version of release language for Neil settlement. |
| 08/19/11 | 0.20 | Review further revisions of release language for Neil settlement from GreatBanc. |
| 08/24/11 | 0.50 | Edit memo to Committee re Neil settlement and release issues. |
| 08/24/11 | 0.20 | Teleconference with A. Vail (Jenner) re hearing on motion to extend stay of adversary proceedings. |
| 08/25/11 | 0.40 | Prepare for hearing by reviewing submissions re extension of stay of adversary proceedings. |
| 08/25/11 | 0.60 | Participate in conference call with Committee co-chairs and H. Seife, D. LeMay and D. Deutsch (Chadbourne & Parke) re MIP issues. |
| 08/25/11 | 0.20 | Discuss MIP issues with D. LeMay (Chadbourne). |
| 08/25/11 | 0.70 | Participate in omnibus hearing. |
| 08/25/11 | 0.20 | Teleconference with W. Smith (Committee co-chair) re MIP issues. |

| 08/25/11 | 0.80 | Review memoranda and other documents relevant to MIP issues. |
| 08/26/11 | 0.70 | Prepare for and participate in telephonic meeting of Tribune Creditors Committee. |
| 08/29/11 | 1.20 | Review objections by banks and brokers to document requests and outline arguments for motion to compel. |
| 08/29/11 | 0.80 | Further, analysis of Zell, EGI and associated persons asserted defenses to fraudulent conveyance and other claims. |

**P. Andrew Torrez**

| 08/03/11 | 0.70 | Review e-mail correspondence, meeting minutes, debtor's report and agenda. |
| 08/08/11 | 0.30 | Review e-mail correspondence to keep abreast of Tribune developments. |
| 08/09/11 | 1.40 | Review draft Memorandum of Understanding regarding proposed settlement on Neil plaintiff claims. |
| 08/10/11 | 1.20 | Review motion to approve settlement, grant class certification and for other relief. |
| 08/11/11 | 0.90 | Review memorandum regarding status of discovery in connection with Third Party Complaint. |
| 08/25/11 | 1.80 | Review of memorandum regarding status of lawsuits filed by Noteholders and Retirees asserting fraudulent conveyance claims and summary chart. |
| 08/26/11 | 0.50 | Review of proposed draft order regarding 2011 management incentive program. |
| 08/26/11 | 0.40 | Review of memorandum regarding proposed 2011 management incentive program. |
| 08/30/11 | 0.60 | Review of memorandum regarding settlement of ERISA-related claims in Neil litigation. |

**Andrew N. Goldfarb**

| 08/01/11 | 0.20 | Review objections to UCC Rule 34 document requests. |
| 08/01/11 | 0.10 | Review Silver Point Capital responses to UCC document requests. |
| 08/01/11 | 0.10 | Call with B. Lack (Friedman Kaplan) re proposed protective order revisions. |
| 08/01/11 | 0.10 | Email T. Johnson (US Bank) re status of protective order and US Bank position on production. |

| | | |
|---|---|---|
| 08/01/11 | 0.10 | Review Monteagle responses to Rule 34 requests. |
| 08/01/11 | 0.10 | Email LRC re status of service efforts in third party action. |
| 08/02/11 | 1.00 | Participate in weekly professionals' call re status of bankruptcy and confirmation proceedings. |
| 08/02/11 | 0.10 | Call with A. Saavedra (Weil) re Rule 34 requests. |
| 08/02/11 | 0.20 | Email T. Johnson (US Bank) re confidentiality and shareholder discovery issues. |
| 08/02/11 | 0.10 | Call with D. Zensky (Akin) re shareholder discovery protective order motion. |
| 08/02/11 | 0.10 | Revise and review draft protective order. |
| 08/02/11 | 0.10 | Circulate draft protection order to Noteholders' counsel (Akin and Friedman Kaplan). |
| 08/02/11 | 0.10 | Review transcript of 7/26 hearing in connection with Rule 4(m) motion in lender action. |
| 08/02/11 | 0.10 | Call from Y. Yoo (Chadbourne & Parke) re status of Rule 4(m) motion in lender action. |
| 08/02/11 | 0.10 | Email J. Green (SVG) re docket status of signed Rule 4(m) order in lender action. |
| 08/02/11 | 0.10 | Email counsel for Northern Trust (Fulbright) re revised draft of protective order. |
| 08/02/11 | 0.10 | Review and respond to email from P. Guirguis (Fulbright) re revised protective order draft. |
| 08/02/11 | 0.10 | Review protective order in light of P. Guirguis (Fulbright) comments. |
| 08/03/11 | 1.00 | Continue drafting and revising motion to compel in connection with shareholder discovery. |
| 08/03/11 | 0.50 | Research and review caselaw related to motion to compel. |
| 08/03/11 | 0.10 | Email to D. Zensky (Akin) and R. Lack (Friedman Kaplan) re protective order. |
| 08/03/11 | 0.10 | Confer with A. Caridas re developments in shareholder discovery and Rule 34 requests. |
| 08/03/11 | 0.50 | Research on Tower defendants and role in third party action. |
| 08/03/11 | 0.20 | Review and analyze language modification to protective order proposed by D. Zensky (Akin). |
| 08/03/11 | 0.10 | Emails with R. Cobb (LRC) re Noteholders' proposed change to language in protective order. |

| | | |
|---|---|---|
| 08/03/11 | 0.10 | Email to D. Zensky (Akin) with questions about proposed changes in protective order. |
| 08/04/11 | 0.30 | Review Chadbourne & Parke email string and attached document analyzing Tower entities' role in LBO transaction. |
| 08/04/11 | 0.10 | Call with D. Rath (Landis Rath) re Tower entities and third party complaint. |
| 08/04/11 | 0.10 | Email A. Cho (Grippo) in response to query re Morgan Stanley position on shareholder discovery. |
| 08/04/11 | 0.10 | Follow up email to D. Zensky (Akin) and R. Lack (Friedman Kaplan) re protective order in connection with Noteholders' suggested revision thereto. |
| 08/04/11 | 0.10 | Review and respond to A. Landis (Landis Rath) draft letter to court re exhibits' order. |
| 08/05/11 | 0.10 | Email J. Sottile and D. Rath (LRC) re update on UCC protective order comments from Noteholders. |
| 08/05/11 | 0.20 | Review and edit COC to accompany UCC revised protective order. |
| 08/05/11 | 0.10 | Email R. Cobb (LRC) re potential edits to COC for protective order. |
| 08/05/11 | 0.20 | Email LRC re service of shareholder defendants and recipients of R. 34 requests. |
| 08/05/11 | 0.10 | Distribute filed COC to counsel for Northern Trust (Fulbright) to facilitate shareholder discovery production. |
| 08/05/11 | 0.30 | Revise and finalize draft UCC protective order and blackline of same for submission under COC. |
| 08/08/11 | 0.10 | Email T. Johnson (US Bank) re protective order to govern shareholder discovery. |
| 08/08/11 | 0.10 | Email C. O'Loughlin (Bingham) re protective order for shareholder discovery and production by Credit Suisse Securities (USA) LLC. |
| 08/08/11 | 0.10 | Email P. Guirguis (Fulbright) re protective order and Northern Trust production. |
| 08/08/11 | 0.10 | Review protective order as entered by court on 8/8 for third party action. |
| 08/08/11 | 0.10 | Review order extending termination date to 8/15/11. |
| 08/08/11 | 0.10 | Email J. Sottile and LRC re preparing COC that extends termination date by 60 days. |

| | | |
|---|---|---|
| 08/08/11 | 0.20 | Call with M. Ashley (Chadbourne & Parke) re Tower defendants and allegations concerning same. |
| 08/08/11 | 0.50 | Revise draft of third order modifying termination date definition for stay. |
| 08/09/11 | 0.60 | Participate in weekly professionals' call re status of bankruptcy and confirmation issues. |
| 08/09/11 | 0.10 | Email to J. Sottile updating him on the weekly professionals' call and Committee issues to address. |
| 08/09/11 | 0.10 | Send draft proposed order to LRC re extension of termination date for litigation stay. |
| 08/09/11 | 0.10 | Call with J. Green (LRC) re suggested revisions to proposed order. |
| 08/09/11 | 0.10 | Revise proposed order re termination date extension for stay. |
| 08/09/11 | 0.10 | Respond to email from D. Deutsch (Chadbourne & Parke) re extension of stay termination date. |
| 08/09/11 | 0.10 | Email A. Landis (LRC) re memo for Committee to be posted to Intralinks. |
| 08/10/11 | 0.30 | Prepare draft certification of counsel to accompany stay extension order. |
| 08/10/11 | 0.10 | Circulate draft COC and proposed order to DCL group. |
| 08/10/11 | 0.30 | Review and analyze updated service spreadsheet for lender action. |
| 08/10/11 | 0.30 | Meet with L. Medoro to discuss lender action service progress and next steps. |
| 08/10/11 | 0.10 | Email Northern Trust counsel (Fulbright) re shareholder discovery update. |
| 08/10/11 | 0.20 | Confer with A. Caridas re strategy on particular response to UCC's R. 34 requests. |
| 08/10/11 | 0.10 | Review J. Green (LRC) email re shareholder discovery service and strategy. |
| 08/10/11 | 0.10 | Email A. Caridas re preparing notice of withdrawal for T. Macauley. |
| 08/11/11 | 0.40 | Analyze exhibits to Amended Third Party Complaint. |
| 08/11/11 | 0.20 | Email to Northern Trust counsel (Fulbright) re service of complaint and shareholder discovery. |

| 08/11/11 | 0.10 | Email to US Bank contact (T. Johnson) re shareholder discovery update and service. |
| 08/11/11 | 1.10 | Draft cover memo for service packet to banks and brokers in third party action. |
| 08/11/11 | 0.10 | Email D. Zensky and D. Golden (Akin) draft COC and proposed order to extend stay termination definition. |
| 08/11/11 | 0.10 | Coordinate filing of finalized COC and proposed order. |
| 08/11/11 | 0.10 | Review LRC suggested revisions to draft cover memo. |
| 08/12/11 | 0.20 | Email exchange with J. Green after reviewing docket entries re service of third party complaint. |
| 08/16/11 | 0.50 | Participate in weekly professionals' call re bankruptcy and confirmation proceedings. |
| 08/16/11 | 0.10 | Email Credit Suisse Securities (USA) counsel (Bingham) re shareholder discovery and August 8 protective order. |
| 08/16/11 | 0.20 | Review US Bank shareholder discovery production. |
| 08/16/11 | 0.20 | Email US Bank (T. Johnson) re deficiencies in shareholder production. |
| 08/16/11 | 0.50 | Review DCL 2nd amended plan and litigation trust agreement. |
| 08/16/11 | 0.10 | Email G. Bush re DCL plan and litigation trust provisions. |
| 08/16/11 | 0.20 | Respond to email from J. Lively (Cadwalader) re service of third party complaint on RBS. |
| 08/17/11 | 1.10 | Coordinate and review state of shareholder discovery. |
| 08/17/11 | 0.40 | Review status of service of lender action. |
| 08/17/11 | 0.30 | Confer with J. Sottile re service, anticipated motions to compel on shareholder discovery. |
| 08/17/11 | 0.40 | Email J. Green and R. Butcher (LRC) re shareholder discovery and third party action service. |
| 08/17/11 | 0.10 | Respond to H. Neier (Friedman Kaplan) email re shareholder information from BNY Mellon. |
| 08/17/11 | 0.40 | Review Noteholders' 3rd Amended Plan re litigation trust issues. |
| 08/17/11 | 0.10 | Email A. Rosenblatt (Chadbourne & Parke) re Noteholders' 3rd Amended Plan. |
| 08/17/11 | 0.20 | Send email to G. Bush re Noteholders' Plan. |

September 30, 2011

| | | |
|---|---|---|
| 08/17/11 | 0.20 | Review DCL amended plan. |
| 08/17/11 | 0.10 | Send email to G. Bush re DCL plan and litigation trust structure. |
| 08/17/11 | 0.10 | Email to counsel for Credit Suisse Securities (USA) re shareholder discovery. |
| 08/17/11 | 0.20 | Phone call with S. Sulkowski (Milbank) re Credit Suisse Securities (USA) response to shareholder discovery subpoena. |
| 08/17/11 | 0.10 | Email to A. Oettinger (M&I Bank counsel) re shareholder discovery. |
| 08/17/11 | 0.30 | Send beneficial owner discovery materials to Akin, Sidley, and J. Teitelbaum in response to subpoena. |
| 08/17/11 | 0.10 | Email with M. Ashley (Chadbourne & Parke) re memo on potential defendant in third party action. |
| 08/17/11 | 0.10 | Respond to K. Lantry (Sidley) email on shareholder discovery information. |
| 08/17/11 | 0.10 | Email J. Green (LRC) re production of shareholder information to parties that subpoenaed the Committee. |
| 08/17/11 | 0.10 | Review material produced by JPM in response to UCC shareholder discovery subpoena. |
| 08/18/11 | 0.30 | Confer with A. Caridas re notice of T. Macauley withdrawal. |
| 08/18/11 | 0.10 | Email J. Sottile re issue with retention of local counsel and T. Macauley withdrawal notice. |
| 08/18/11 | 0.10 | Email P. Guirguis (Fulbright) re service on Northern Trust entities. |
| 08/18/11 | 0.30 | Email M. Stein (Kasowitz) in follow-up to certain questions about shareholder discovery and information. |
| 08/18/11 | 0.20 | Call with S. Sulkowski (Milbank) re Credit Suisse (Securities) USA's objections to UCC subpoena for shareholder information. |
| 08/18/11 | 0.10 | Email to S. Sulkowski (Milbank) in follow up to call re Credit Suisse (Securities) USA's objections to UCC subpoena for shareholder information. |
| 08/18/11 | 0.20 | Send counsel for Noteholders, Debtors, and Retirees shareholder information received from US Bank. |
| 08/18/11 | 0.30 | Review US Bank shareholder information spreadsheets. |

| | | |
|---|---|---|
| 08/18/11 | 0.30 | Email to D. Rath, J. Green (LRC), J. Sottile and A. Caridas re shareholder discovery strategy and proposed next steps. |
| 08/18/11 | 0.10 | Email LRC re US Bank shareholder information. |
| 08/19/11 | 1.00 | Call with LRC (D. Rath and J. Green) re shareholder discovery and complaint service issues. |
| 08/19/11 | 0.20 | Confer with J. Sottile re shareholder discovery and local counsel. |
| 08/19/11 | 0.20 | Review FRCP re timing of shareholder discovery production return date and motions timing. |
| 08/19/11 | 0.20 | Email to LRC (J. Green and D. Rath) re FRCP timing issues. |
| 08/19/11 | 0.20 | Review BNY-Mellon spreadsheet on shareholder discovery. |
| 08/19/11 | 0.10 | Send BNY-Mellon shareholder info to parties that subpoenaed the Committee. |
| 08/19/11 | 0.10 | Email counsel for National Financial Services (T. Daluz, Ballard) re shareholder discovery and service. |
| 08/19/11 | 0.10 | Email J. Goldsmith (Akin), K. Lantry (Sidley), and J. Teitelbaum shareholder information from BNY-Mellon. |
| 08/19/11 | 0.10 | Email H. Neier (Friedman Kaplan) BNY-Mellon shareholder information. |
| 08/19/11 | 0.10 | Email J. Sottile update on shareholder discovery developments. |
| 08/22/11 | 0.20 | Email with R. Butcher (LRC) re planned service in third-party action after review of relevant information re service. |
| 08/22/11 | 0.20 | Review shareholder information produced by Stifel, Nicolaus. |
| 08/22/11 | 0.10 | Email J. Green (LRC) re Stifel, Nicolaus shareholder information production. |
| 08/22/11 | 0.10 | Email F. Panchak (LRC) re entry of order extending stay termination date. |
| 08/22/11 | 0.10 | Email A. Oettinger (M&I Bank counsel) re shareholder discovery. |
| 08/22/11 | 0.20 | Email J. Teitelbaum re confidentiality issues in connection with shareholder discovery. |
| 08/22/11 | 1.00 | Draft memorandum to Committee regarding status of shareholder discovery and service. |
| 08/22/11 | 0.10 | Email J. Lively (Cadwalader) re service of shareholder complaint on RBS NV. |

| 08/23/11 | 0.40 | Participate in weekly professionals' call re status of confirmation, litigation and bankruptcy matters. |
| 08/23/11 | 0.20 | Respond via email to A. Oettinger (M&I Bank counsel) re shareholder discovery and service of the complaint. |
| 08/23/11 | 0.40 | Review and analyze Chadbourne & Parke memorandum on potential additional defendant in third party action. |
| 08/23/11 | 0.20 | Call with R. Butcher (LRC) re service on certain shareholders in third party action. |
| 08/23/11 | 0.80 | Review and research service list received from R. Butcher (LRC). |
| 08/23/11 | 0.20 | Email R. Butcher (LRC) re questions about service list. |
| 08/23/11 | 0.70 | Legal research re service on state retirement programs. |
| 08/23/11 | 0.30 | Review shareholder discovery information received by Committee. |
| 08/24/11 | 0.10 | Email to J. Green and D. Rath re teleconference to discuss several shareholder discovery strategy issues. |
| 08/24/11 | 0.10 | Email to T. Daluz (Ballard) re shareholder discovery and service for National Financial Services. |
| 08/24/11 | 0.10 | Email F. Panchak (LRC) regarding third order extending termination date for stay. |
| 08/24/11 | 0.20 | Exchange emails with J. Goldsmith (Akin) re shareholder information production. |
| 08/25/11 | 1.00 | Call with J. Green (LRC) and A. Caridas re shareholder discovery and service issues. |
| 08/25/11 | 0.50 | Draft email to Zuckerman Spaeder and LRC team re shareholder discovery strategy. |
| 08/25/11 | 0.20 | Revise and send email to Zuckerman Spaeder and LRC team re shareholder discovery strategy. |
| 08/25/11 | 0.30 | Participate in telephonic court hearing. |
| 08/25/11 | 0.20 | Draft and edit cover letter to J. Goldsmith (Akin) re shareholder information. |
| 08/25/11 | 0.20 | Confer with A. Caridas re notice of appearance filing and related issues. |
| 08/25/11 | 0.20 | Email A. Saavedra (Weil) re shareholder discovery from Morgan Stanley entities. |

| 08/26/11 | 0.10 | Review J. Green (LRC) email re UBS counsel and shareholder discovery strategy. |
| 08/26/11 | 0.10 | Email J. Green (LRC) re UBS strategy issue. |
| 08/26/11 | 0.10 | Review J. Green (LRC) email re follow up to 8/25 strategy call. |
| 08/26/11 | 0.20 | Review responses and objections from Brown Bros. Harriman and Pershing LLC. |
| 08/26/11 | 0.30 | Email counsel for Brown Bros. Harriman (Milbank) and Pershing LLC (Proskauer) re shareholder discovery. |
| 08/26/11 | 0.30 | Exchange emails with J. Green (LRC) re shareholder discovery strategy and implementation. |
| 08/26/11 | 0.20 | Calls with S. Sulkowski (Milbank) re Brown Bros. objections to shareholder discovery. |
| 08/26/11 | 0.10 | Email D. Rath (LRC) re service of defendant in shareholder action (NFS). |
| 08/28/11 | 0.10 | Email S. Sulkowski (Milbank) re meet and confer. |
| 08/29/11 | 0.20 | Confer with L. Medoro re updated service spreadsheet. |
| 08/29/11 | 0.30 | Review updated service spreadsheet received from L. Medoro. |
| 08/29/11 | 0.50 | Review caselaw research on foreign service methods. |
| 08/29/11 | 0.20 | Email to R. Butcher (LRC) re foreign service of 3rd party complaint. |
| 08/29/11 | 0.10 | Email to L. Medoro and A. Caridas to coordinate service of lender complaint on non-US defendants. |
| 08/29/11 | 0.20 | Email to L. Medoro re project to compile shareholder discovery information. |
| 08/29/11 | 0.50 | Review list of defendants to be served in third party action. |
| 08/29/11 | 0.10 | Email R. Butcher (LRC) re service on third party defendants that are banks/brokers. |
| 08/30/11 | 0.10 | Email P. Guirguis (Fulbright) re shareholder discovery and service update from Northern Trust. |
| 08/31/11 | 0.10 | Email to A. Caridas and L. Medoro re coordinating service on foreign lender defendants. |
| 08/31/11 | 0.20 | Confer with L. Medoro re shareholder information project. |

Graeme W. Bush

| 08/16/11 | 0.30 | Review draft confirmation order and e-mails regarding same. |
| 08/25/11 | 0.30 | E-mail J. Sottile regarding UCC consideration of Leibentritt MIP. |

### Andrew Caridas

| 08/01/11 | 0.50 | Review Silver Point responses and correspondence. |
| 08/03/11 | 1.20 | Correspond with Winston & Strawn regarding responses and objections. |
| 08/03/11 | 0.80 | Correspond with local counsel (LRC) re: discovery response tracking. |
| 08/03/11 | 0.40 | Correspond with Ropes & Gray re: discovery responses. |
| 08/03/11 | 0.70 | Correspond with West Oak Capital re: discovery responses. |
| 08/03/11 | 0.30 | Correspond with Principal Financial re: discovery responses. |
| 08/03/11 | 0.40 | Correspond with Cal Teacher Retirement System re: discovery responses. |
| 08/04/11 | 0.50 | Correspond with Col. Pub. Retirement System re: discovery responses. |
| 08/04/11 | 0.50 | Correspond with Upton Hatfield re: discovery responses. |
| 08/04/11 | 1.50 | Correspond with Davis Polk re: discovery responses. |
| 08/05/11 | 1.10 | Correspond with Davis Polk regarding latest J.P. Morgan production. |
| 08/05/11 | 0.80 | Confer with cocounsel (LRC) regarding strategy for motions to compel. |
| 08/11/11 | 0.40 | Correspond with J. Green  (LRC) regarding Regent Atlantic objections. |
| 08/11/11 | 0.40 | Correspond with co counsel re: Regent Atlantic response to discovery request. |
| 08/12/11 | 0.60 | Correspond with Bryan Cave re: protective order and discovery requests. |
| 08/12/11 | 0.70 | Correspond with Baker Hostetler re: protective order and discovery requests. |
| 08/12/11 | 0.40 | Correspond with Ropes & Gray re: protective order and discovery requests. |
| 08/12/11 | 0.60 | Correspond with Dougherty Financial re: protective order and discovery requests. |
| 08/16/11 | 0.80 | Confer with LRC re: same. |

| | | |
|---|---|---|
| 08/16/11 | 2.30 | Review discovery responses and correspondence, including with West Oak Capital, Principal Financial Group, Dougherty Financial. |
| 08/17/11 | 3.10 | Research and draft withdrawal and substitution of T. Macauley as counsel. |
| 08/17/11 | 1.20 | Correspond with LRC and SVG re: same. |
| 08/17/11 | 0.40 | Review discovery responses of U.S. Bank. |
| 08/18/11 | 1.40 | Correspond with counsel re: withdrawal of T. Macauley as counsel and SVG substitution. |
| 08/18/11 | 0.90 | Correspond with Bryan Cave re: protective order and discovery request. |
| 08/18/11 | 0.50 | Correspond with Ropes & Gray re: protective order and discovery request. |
| 08/19/11 | 1.20 | Review correspondence re: substitution of counsel. |
| 08/24/11 | 1.30 | Review correspondence with Milbank Tweed re: discovery responses. |
| 08/25/11 | 1.50 | Prepare for and participate in teleconference with co counsel regarding service and discovery issues. |

Lisa Medoro

| | | |
|---|---|---|
| 08/03/11 | 4.60 | Continue to revise complaint tracking spreadsheet to reflect located addresses for certain lender action defendants. |
| 08/10/11 | 1.80 | Review and create labels for lender action defendants for which new addresses have been found since packages were returned and service was not accepted at previous address. |
| 08/10/11 | 4.00 | Prepare packages for delivery to lender action defendants in which new addresses have been found since packages were returned and service was not accepted at previous address. |
| 08/10/11 | 0.40 | Confer with A. Goldfarb regarding status of package mailings and complaint service spreadsheet. |
| 08/10/11 | 0.40 | E-mail A. Goldfarb regarding adversary proceeding docket for certificates of service filed relating to summonses. |
| 08/12/11 | 4.30 | Prepare packages for delivery to lender action defendants in which new addresses have been found since packages were returned and service was not accepted at previous address. |
| 08/18/11 | 1.40 | Prepare and finalize packages for delivery to certain lender action defendants. |

| 08/19/11 | 5.00 | Continue to prepare and finalize packages for delivery to lender action defendants in which new addresses have been found since packages were returned and service was not accepted at previous address. |
| 08/25/11 | 3.90 | Revise tracking spreadsheet to reflect recent mailings of summonses, returned packages and return receipts received in lender action. |
| 08/29/11 | 1.10 | Edit and revise tracking spreadsheet to include return receipts received and packages returned in lender action. |
| 08/29/11 | 1.20 | Prepare summonses for lender action service packages that were sent on August 18 and August 19, 2011. |
| 08/31/11 | 3.20 | Review and combine production spreadsheets from JPM and US Bank shareholder information productions. |

**Kimberley Wilson**

| 08/02/11 | 2.00 | Search for addresses for the Tribune lender action service project. |
| 08/03/11 | 0.30 | Get the correct citation and text of case. |
| 08/03/11 | 1.20 | Work on getting addresses for the Tribune project. |
| 08/12/11 | 3.00 | Work on the Tribune address project. |

**Jeanne Trahan Faubell**

| 08/02/11 | 0.50 | Finalize and send to L. Medoro the information entered into the Tribune Defendants worksheet. |
| 08/10/11 | 0.30 | Discussion with Moody's Analytic Services re address information for Tribune lenders. |
| 08/23/11 | 0.70 | Research service on California Public Employees' Retirement System (CALPERS). |

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

September 30, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:279884
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through August 31, 2011.

| | | |
|---|---|---|
| By Graeme W. Bush | | |
| 0.50 hours at $850.00 per hour | $ | 425.00 |
| By Andrew N. Goldfarb | | |
| 20.40 hours at $600.00 per hour | $ | 12,240.00 |
| | | |
| TOTAL FEES | $ | 12,665.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 12,665.00 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

September 30, 2011                                                                    Page 2

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                 MATTER: 0002


Andrew N. Goldfarb

| 08/01/11 | 1.00 | Review, revise, and finalize for filing Zuckerman Spaeder 23rd monthly fee application. |
| 08/01/11 | 0.50 | Review existing draft of response to fee examiner's preliminary report on 3rd interim fee application. |
| 08/01/11 | 0.10 | Review expert invoices. |
| 08/01/11 | 0.10 | Send materials for Zuckerman Spaeder recent fee application filings to fee examiner. |
| 08/02/11 | 0.50 | Attention to records for 3rd and 4th interim fee applications. |
| 08/03/11 | 0.50 | Initial review of fee examiner's preliminary report on Zuckerman's 3rd interim fee application. |
| 08/04/11 | 0.40 | Analyze Zuckerman monthly fee applications in connection with response to fee examiner's preliminary report on Zuckerman's 3rd interim fee application. |
| 08/04/11 | 2.00 | Begin drafting response to fee examiner's preliminary report on Zuckerman's 3rd interim fee application. |
| 08/05/11 | 0.10 | Draft footnote for CNO on 22nd monthly fee application for LRC submission. |
| 08/05/11 | 0.20 | Consider and prepare potential corrected version of 22nd monthly application to address scrivener's error. |
| 08/08/11 | 0.10 | Confer with M. McGuire (LRC) re filing of Zuckerman Spaeder 22nd fee application and CNO. |
| 08/08/11 | 1.50 | Draft and revise response to fee examiner's preliminary report on 3rd interim fee application. |
| 08/08/11 | 0.10 | Coordinate filing of CNO for Zuckerman Spaeder 21st monthly fee application. |
| 08/08/11 | 0.20 | Email V. Garlati re status of 21st and 22nd monthly fee applications. |
| 08/09/11 | 2.10 | Draft and revise response to fee examiner's preliminary report on 3rd interim fee application. |
| 08/09/11 | 0.20 | Coordinate administrative work on expense detail spreadsheet. |

| 08/09/11 | 0.30 | Review expense detail in connection with response to fee examiner on 3rd interim fee application. |
| 08/10/11 | 0.10 | Email response to V. Garlati re payment of 21st and 22nd monthly fee applications. |
| 08/10/11 | 0.20 | Review fee examiner's preliminary report on 4th interim fee application. |
| 08/10/11 | 0.40 | Review monthly fee applications in connection with response to fee examiner on 4th interim application. |
| 08/10/11 | 0.70 | Begin drafting response to fee examiner's preliminary report on 4th interim fee application. |
| 08/10/11 | 0.20 | Confer with T. Jackson re preparation of expense detail to respond to fee examiner on 4th interim. |
| 08/10/11 | 0.20 | Revise response to 3rd interim fee application preliminary report. |
| 08/11/11 | 0.50 | Final revision and edit of response to preliminary report on 3rd interim. |
| 08/11/11 | 0.10 | Email to G. Bush and J. Sottile re draft response to preliminary report on 3rd interim fee application. |
| 08/11/11 | 0.20 | Review and revise travel expense detail spreadsheet for fee examiner for 3rd interim preliminary report response. |
| 08/12/11 | 0.20 | Locate and send text files for monthly fee applications in response to request from fee examiner. |
| 08/12/11 | 0.40 | Finalize and send to fee examiner Zuckerman Spaeder response to preliminary report on 3rd interim fee application. |
| 08/16/11 | 0.10 | Confer with J. Clark to coordinate expense detail report for response on 4th interim preliminary report. |
| 08/21/11 | 1.40 | Draft and revise response to preliminary report on 4th interim fee application. |
| 08/22/11 | 0.10 | Call with M. McGuire (LRC) re 8/25 hearing on first interim fee application. |
| 08/22/11 | 0.60 | Revise and edit response to fee examiner's preliminary report on Zuckerman Spaeder 4th interim fee application. |
| 08/22/11 | 0.10 | Email draft response on preliminary report to J. Sottile and G. Bush with explanation. |
| 08/22/11 | 0.20 | Review fee examiner's final report on Zuckerman Spaeder second interim fee application. |

September 30, 2011                                                                                      Page 4

| 08/23/11 | 0.10 | Email M. McGuire (LRC) re filing of CNO on Zuckerman's 23rd Monthly fee Application. |
| 08/24/11 | 1.00 | Finalize and send Zuckerman Spaeder response to fee examiner's preliminary report on fourth interim fee application. |
| 08/29/11 | 0.10 | Confer with J. Clark re preparation of 24th monthly fee application. |
| 08/29/11 | 1.30 | Review timesheets for July 2011 for compliance with local rules. |
| 08/30/11 | 0.30 | Prepare 24th interim fee application. |
| 08/30/11 | 0.70 | Calculate and prepare invoice for holdback in light of order approving 1st interim fee application. |
| 08/31/11 | 0.80 | Review/edit invoice attachments to 24th monthly fee application in preparation for filing. |
| 08/31/11 | 0.50 | Revise/finalize and send invoice to V. Garlati for payment of holdback on first interim. |

Graeme W. Bush

| 08/22/11 | 0.50 | Review e-mail from Andrew Goldfarb with draft fee submission. |

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

September 30, 2011

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:279885
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through August 31, 2011.

By James Sottile
    4.00 hours at $725.00 per hour

$    2,900.00

| | |
|---|---|
| TOTAL FEES | $    2,900.00 |
| Less Professional Courtesy | $    -1,450.00 |
| TOTAL FEES | $    1,450.00 |
| TOTAL EXPENSES | $    0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $    1,450.00 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

September 30, 2011                                                                   Page 2

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                MATTER: 0003


James Sottile
08/25/11              4.00  Travel to/from Wilmington for omnibus hearing.