# Exhibit B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
25th Monthly Fee Application
Period 8/1/11-8/31/11

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| **TRAVEL** | $ 255.00 | 8/8/2011 | ANG | |
| Total | $ 255.00 | | | $ 255.00 |
| **FILING FEES -** | | | | |
| Parcels, Inc. | $ 250.00 | 8/2/2011 | | |
| Total | $ 250.00 | | | $ 250.00 |
| **EXPRESS DELIVERY** | | | | |
| FedEx | $ 16.26 | 8/2/2011 | | |
| FedEx | $ 23.32 | 8/24/2011 | | |
| FedEx | $ 18.31 | 8/30/2011 | | |
| Total | $ 57.89 | | | $ 57.89 |
| **COURIER** | | | | |
| Washington Express | $ 255.54 | 8/30/2011 | | |
| Total | $ 255.54 | | | $ 255.54 |
| **TELEPHONE CONFERENCING** | | | | |
| SOUNDPATH | $ 179.14 | 8/30/2011 | | |
| Total | $ 179.14 | | | $ 179.14 |
| **LONG DISTANCE CALLS** | $ 0.36 | 8/1/2011 | | |
| | $ 0.84 | 8/1/2011 | | |
| | $ 0.96 | 8/1/2011 | | |
| | $ 0.12 | 8/2/2011 | | |
| | $ 0.60 | 8/2/2011 | | |
| | $ 0.36 | 8/2/2011 | | |
| | $ 0.12 | 8/3/2011 | | |
| | $ 1.68 | 8/3/2011 | | |
| | $ 0.24 | 8/3/2011 | | |
| | $ 0.12 | 8/3/2011 | | |
| | $ 0.96 | 8/4/2011 | | |
| | $ 0.12 | 8/5/2011 | | |
| | $ 1.20 | 8/8/2011 | | |
| | $ 0.12 | 8/8/2011 | | |
| | $ 0.48 | 8/9/2011 | | |
| | $ 0.12 | 8/10/2011 | | |
| | $ 0.72 | 8/10/2011 | | |
| | $ 0.60 | 8/16/2011 | | |
| | $ 0.12 | 8/17/2011 | | |
| | $ 0.12 | 8/17/2011 | | |
| | $ 2.28 | 8/18/2011 | | |
| | $ 0.36 | 8/18/2011 | | |
| | $ 0.24 | 8/18/2011 | | |
| | $ 0.12 | 8/19/2011 | | |
| | $ 0.12 | 8/19/2011 | | |
| | $ 0.24 | 8/19/2011 | | |
| | $ 0.12 | 8/19/2011 | | |
| | $ 0.24 | 8/22/2011 | | |
| | $ 0.72 | 8/24/2011 | | |
| | $ 0.12 | 8/24/2011 | | |
| | $ 0.12 | 8/24/2011 | | |
| | $ 3.00 | 8/24/2011 | | |
| | $ 0.12 | 8/24/2011 | | |
| | $ 0.12 | 8/24/2011 | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | $ | 0.36 | 8/24/2011 |  |  |
|  | $ | 0.24 | 8/24/2011 |  |  |
|  | $ | 0.12 | 8/24/2011 |  |  |
|  | $ | 1.68 | 8/24/2011 |  |  |
|  | $ | 0.24 | 8/24/2011 |  |  |
|  | $ | 6.84 | 8/25/2011 |  |  |
|  | $ | 0.36 | 8/30/2011 |  |  |
|  | $ | 0.48 | 8/30/2011 |  |  |
|  | $ | 0.72 | 8/31/2011 |  |  |
|  | $ | 0.12 | 8/31/2011 |  |  |
| Total | $ | 29.04 |  | $ | 29.04 |
| **COURT CALLS** |  |  |  |  |  |
|  | $ | 156.00 | 1/31/2011 | ANG |  |
|  | $ | 65.00 | 2/9/2011 | ANG |  |
|  | $ | 72.00 | 2/24/2011 | ANG |  |
| Total | $ | 293.00 |  | $ | 293.00 |
| **IN HOUSE COPY** | $ | 0.10 | 8/22/2011 |  |  |
| Total | $ | 0.10 |  | $ | 0.10 |
| **OUTSIDE SERVICES** |  |  |  |  |  |
| LexisNexis Risk Data Management | $ | 712.15 | 8/8/2011 |  |  |
| Total | $ | 712.15 |  | $ | 712.15 |
| **LEXIS/NEXIS RESEARCH** | $ | 77.47 | 7/31/2011 |  |  |
| Total | $ | 77.47 |  | $ | 77.47 |
| **WESTLAW RESEARCH** | $ | 568.38 | 7/31/2011 |  |  |
| Total | $ | 568.38 |  | $ | 568.38 |
| **POSTAGE** |  |  |  |  |  |
|  | $ | 5.20 | 8/10/2011 |  |  |
|  | $ | 10.20 | 8/10/2011 |  |  |
|  | $ | 66.60 | 8/10/2011 |  |  |
|  | $ | 10.40 | 8/10/2011 |  |  |
|  | $ | 66.60 | 8/10/2011 |  |  |
|  | $ | 10.20 | 8/10/2011 |  |  |
|  | $ | 5.55 | 8/10/2011 |  |  |
|  | $ | 5.55 | 8/10/2011 |  |  |
|  | $ | 30.60 | 8/12/2011 |  |  |
|  | $ | 71.40 | 8/12/2011 |  |  |
|  | $ | 17.20 | 8/12/2011 |  |  |
|  | $ | 10.20 | 8/12/2011 |  |  |
|  | $ | 71.10 | 8/12/2011 |  |  |
|  | $ | 18.60 | 8/12/2011 |  |  |
|  | $ | 6.20 | 8/12/2011 |  |  |
|  | $ | 61.05 | 8/12/2011 |  |  |
|  | $ | 55.50 | 8/12/2011 |  |  |
|  | $ | 5.55 | 8/12/2011 |  |  |
|  | $ | 15.60 | 8/12/2011 |  |  |
|  | $ | 37.20 | 8/12/2011 |  |  |
|  | $ | 7.90 | 8/12/2011 |  |  |
|  | $ | 8.60 | 8/12/2011 |  |  |
|  | $ | 5.55 | 8/12/2011 |  |  |
|  | $ | 36.40 | 8/12/2011 |  |  |
|  | $ | 68.20 | 8/12/2011 |  |  |
|  | $ | 5.20 | 8/12/2011 |  |  |

Zuckerman Spaeder LLP
25th Monthly Fee Application
Period 8/1/11-8/31/11

| | | | | |
|---|---|---|---|---|
| | $ 5.55 | 8/12/2011 | | |
| | $ 5.55 | 8/12/2011 | | |
| | $ 81.60 | 8/12/2011 | | |
| | $ 55.80 | 8/12/2011 | | |
| | $ 22.20 | 8/12/2011 | | |
| | $ 77.70 | 8/12/2011 | | |
| | $ 22.20 | 8/12/2011 | | |
| | $ 8.60 | 8/18/2011 | | |
| | $ 7.90 | 8/18/2011 | | |
| | $ 7.90 | 8/18/2011 | | |
| | $ 44.40 | 8/18/2011 | | |
| | $ 49.60 | 8/18/2011 | | |
| | $ 66.60 | 8/18/2011 | | |
| | $ 68.80 | 8/18/2011 | | |
| | $ 5.20 | 8/18/2011 | | |
| | $ 10.20 | 8/18/2011 | | |
| | $ 7.90 | 8/18/2011 | | |
| | $ 7.90 | 8/18/2011 | | |
| | $ 22.20 | 8/18/2011 | | |
| | $ 22.20 | 8/18/2011 | | |
| | $ 55.80 | 8/18/2011 | | |
| | $ 10.20 | 8/18/2011 | | |
| | $ 5.55 | 8/18/2011 | | |
| | $ 5.55 | 8/18/2011 | | |
| | $ 8.60 | 8/19/2011 | | |
| | $ 31.00 | 8/19/2011 | | |
| | $ 49.95 | 8/19/2011 | | |
| | $ 43.40 | 8/19/2011 | | |
| | $ 77.70 | 8/19/2011 | | |
| | $ 34.40 | 8/19/2011 | | |
| | $ 20.80 | 8/19/2011 | | |
| | $ 71.40 | 8/19/2011 | | |
| | $ 11.10 | 8/19/2011 | | |
| | $ 7.90 | 8/19/2011 | | |
| | $ 10.20 | 8/19/2011 | | |
| | $ 22.20 | 8/19/2011 | | |
| | $ 81.60 | 8/19/2011 | | |
| | $ 51.00 | 8/19/2011 | | |
| | $ 27.75 | 8/19/2011 | | |
| | $ 7.90 | 8/19/2011 | | |
| | $ 24.80 | 8/19/2011 | | |
| | $ 7.90 | 8/19/2011 | | |
| Total | $ 1,979.05 | | | $ 1,979.05 |
| GRAND TOTAL | | | | $ 4,656.76 |